Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                            :
In re:                      :    Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :    Case No. 08-35653
et al.,                     :
                            :
            Debtors.        :    Jointly Administered
- - - - - - - - - - - - - - x

**MOTION OF THE DEBTORS, PURSUANT TO 11 U.S.C. § 105
AND LOCAL BANKRUPTCY RULE 9013-1(M), FOR AN ORDER
SETTING AN EXPEDITED HEARING ON "FIRST DAY PLEADINGS"
AND FOR RELATED RELIEF**

The debtors and debtors in possession in the

above-captioned cases (collectively, the "Debtors")[1]

---

[1]  The Debtors are the following entities: The Debtors and the last
     four digits of their respective taxpayer identification numbers
                                                    *(cont'd)*

hereby move the Court (the "Motion") for the entry of an

order, pursuant to 11 U.S.C. § 105 and Rule 9013-1(M)

and (N) of the Local Bankruptcy Rules for the United

States Bankruptcy Court for the Eastern District of

Virginia (the "Local Bankruptcy Rules"), setting an

expedited hearing at the Court's earliest convenience on

the Debtors' "first day" motions and applications

(collectively, the "First Day Pleadings") and deeming

the Debtors' notice of the First Day Hearing as set

forth herein to be adequate and appropriate notice under

the circumstances.  In support of the Motion, the

Debtors rely upon and incorporate by reference the

Declaration of Bruce H. Besanko, Executive Vice

President and Chief Financial Officer of Circuit City

Stores, Inc., in Support of Chapter 11 Petitions and

---

*(cont'd from previous page)*
   are as follows: Circuit City Stores, Inc. (3875), Circuit City
   Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
   International, Inc. (1838), Circuit City Purchasing Company, LLC
   (5170), CC Aviation, LLC (0841), CC Distribution Company of
   Virginia, Inc. (2821), Circuit City Properties, LLC (3353),
   Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc.
   (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311),
   Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
   Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit
   City Stores PR, LLC (5512).  The address for Circuit City Stores
   West Coast, Inc. is 9250 Sheridan Boulevard, Westminster,
   Colorado 80031.  For all other Debtors, the address is 9950
   Mayland Drive, Richmond, Virginia 23233.

First Day Pleadings (the "Besanko Declaration"), filed
with the Court concurrently herewith.  In further support
of the Motion, the Debtors respectfully represent:

### JURISDICTION AND VENUE

1.   The Court has jurisdiction over this
matter pursuant to 28 U.S.C. §§ 157 and 1334. This
matter is a core proceeding within the meaning of 28
U.S.C. § 157(b)(2).  Venue is proper pursuant to 28
U.S.C. §§ 1408 and 1409.

2.   The statutory bases for the relief
requested herein are section 105(a) of the Bankruptcy
Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and
Local Bankruptcy Rule 9013-1(M) and (N).

### BACKGROUND

3.   On the date hereof (the "Petition Date"),
the Debtors filed voluntary petitions in this Court for
relief under chapter 11 of the Bankruptcy Code.  The
factual background regarding the Debtors, including
their business operations, their capital and debt
structure, and the events leading to the filing of these
bankruptcy cases, is set forth in detail in the Besanko

Declaration, filed concurrently herewith and fully
incorporated herein by reference.[2]

4.    The Debtors continue to manage and
operate their businesses as debtors in possession
pursuant to Bankruptcy Code sections 1107 and 1108.

5.    No trustee or examiner has been appointed
in these chapter 11 cases, and no committees have yet
been appointed or designated.

**RELIEF REQUESTED**

6.    On the Commencement Date, the Debtors
filed the First Day Pleadings to be heard by this Court
on an expedited basis. Prompt entry of the relief
requested in the First Day Pleadings is critical to
maintaining the Debtors' ongoing operations and the
value of their bankruptcy estates. Accordingly, by this
Motion, the Debtors seek this Court's entry of an order
setting an expedited First Day hearing for Monday,
November 10, 2008 at 1:00 p.m. prevailing Eastern Time
(the "First Day Hearing") or as soon thereafter as
counsel may be heard, to consider the First Day

---

[2] Capitalized terms not otherwise defined herein shall have the
meanings ascribed to them in the Besanko Declaration.

4

Pleadings described on the proposed Agenda of Matters
Scheduled for Hearing on November 10, 2008 at 1:00 p.m.
(ET), a copy of which is annexed as Exhibit A to the
Order (the "First Day Agenda") and deeming the Debtors'
Notice Of Bankruptcy Filing And Debtor's Presentation Of
Motions And Applications To The Court For Consideration,
a copy of which is annexed as Exhibit B to the Order
(the "First Day Notice") to be adequate and appropriate
notice under the circumstances. The Debtors further
request that the requirement of filing a written
response to the First Day Pleadings be waived.

**BASIS FOR RELIEF**

7.   Local Bankruptcy Rule 9013-1 allows the
setting of a hearing on an expedited basis as requested
herein. Attached hereto as Exhibit 1 is the
certification required under Local Rule 9013-1(N). An
expedited hearing on the First Day Pleadings is
appropriate under these circumstances and is consistent
with past practices in virtually every significant
chapter 11 case, where various relief is required at the
outset of the case to ensure a smooth transition into
chapter 11.

8.    Additionally, section 105(a) of the
Bankruptcy Code provides this Court with the power to
set an expedited First Day Hearing on the First Day
Pleadings. Section 105(a) states that a bankruptcy court
"may issue any order, process, or judgment that is
necessary or appropriate to carry out the provisions of
[the Bankruptcy Code]." 11 U.S.C. § 105(a).

9.    The relief sought in the First Day
Pleadings is essential to avoid substantial disruption
and irreparable harm to the normal operations of the
Debtors' business. Moreover, expedited consideration of
first day motions was granted by this Court in several
previous chapter 11 cases. See, e.g., In re Movie
Gallery, Inc., et al., Case No. 07-33849 (SSM)(Bankr.
E.D. Va. Oct. 16, 2007); In re Storehouse, Inc., Case No.
06-11144 (SSM)(Bankr. E.D. Va. Sept. 19, 2006); In re
The Rowe Cos., Case No. 06-11142 (SSM) (Bankr. E.D. Va.
Sept. 19, 2006).

**NOTICE**

10.    Notice of this Motion will be given to:
(i) the Office of the United States Trustee for the
Eastern District of Virginia; (ii) counsel to the agent

for Debtors' postpetition lenders; (iii) counsel to the
agent for the Debtors' prepetition lenders; and (iv) the
Debtors' top fifty (50) largest unsecured creditors on a
consolidated basis.  The Debtors submit that, under the
circumstances, no other or further notice of the Motion
is required.

**WAIVER OF MEMORANDUM OF LAW**

11.   Pursuant to Local Bankruptcy Rule 9013-
1(G), and because there are no novel issues of law
presented in the Motion and all applicable authority is
set forth in the Motion, the Debtors request that the
requirement that all motions be accompanied by a
separate memorandum of law be waived.

**NO PRIOR REQUEST**

12.   No previous request for the relief sought
herein has been made to this Court or any other court.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto, granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated: November 10, 2008
        Richmond, Virginia

                        SKADDEN, ARPS, SLATE, MEAGHER &
                        FLOM, LLP
                        Gregg M. Galardi, Esq.
                        Ian S. Fredericks, Esq.
                        P.O. Box 636
                        Wilmington, Delaware 19899-0636
                        (302) 651-3000

                                – and –

                        SKADDEN, ARPS, SLATE, MEAGHER &
                        FLOM, LLP
                        Chris L. Dickerson, Esq.
                        333 West Wacker Drive
                        Chicago, Illinois 60606
                        (312) 407-0700

                                – and –

                        MCGUIREWOODS LLP

                        /s/ Douglas M. Foley
                        Dion W. Hayes (VSB No. 34304)
                        Douglas M. Foley (VSB No. 34364)
                        One James Center
                        901 E. Cary Street
                        Richmond, Virginia 23219
                        (804) 775-1000

                        Proposed Counsel for Debtors and
                        Debtors in Possession

**EXHIBIT 1**

**(Certification)**

Gregg M. Galardi, Esq.                 Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &        MCGUIREWOODS LLP
FLOM, LLP                              One James Center
One Rodney Square                      901 E. Cary Street
PO Box 636                             Richmond, Virginia 23219
Wilmington, Delaware 19899-0636        (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                            :
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - X

**CERTIFICATION FOR EXPEDITED HEARING**

The above-captioned debtors (collectively, the
"Debtors") contemporaneously herewith are filing, (a) the
Motion of the Debtors for an Order Setting an Expedited
Hearing on "First Day Pleadings" and for Related Relief

(the "Motion to Expedite")[3] and (b) each of the First Day Pleadings.  In support thereof, and as required by Rule 9013-1 (N) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia, the undersigned proposed counsel for the Debtors certify as follows:

1.   I am a member of the Bar of this Court, and I have carefully examined these matters and there is a true necessity for an emergency hearing.

2.   The necessity for this emergency hearing has not been caused by any lack of due diligence on my part, but has been brought about only by the circumstances of the Debtors' chapter 11 cases.

3.   Based upon the nature of the matters and the relief requested in the Motion to Expedite, no *bona fide* effort to resolve these matters without a hearing is possible.

/s/ Dion W. Hayes
Dion W. Hayes (VSB No. 34304)

---

[3]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Expedite.

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                    :    Chapter 11
                          :
CIRCUIT CITY STORES, INC., :    Case No. 08-35653
et al.,                   :
                          :
          Debtors.        :    Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER SETTING AN EXPEDITED HEARING ON "FIRST DAY
PLEADINGS" AND FOR RELATED RELIEF**

Upon the motion (the "Motion")[1] of the Debtors

for an order, pursuant to Bankruptcy Code sections 105

and Rule 9013-1(M) and (N) of the Local Bankruptcy Rules

---

[1] Capitalized terms not otherwise defined herein shall have the
meanings ascribed to such terms in the Motion.

1

for the United States Bankruptcy Court for the Eastern
District of Virginia (the "Local Bankruptcy Rules"),
authorizing, but not directing, setting an expedited
hearing at the Court's earliest convenience on the
Debtors' "first day" motions and applications and
deeming the Debtors' notice of the First Day Hearing as
set forth herein to be adequate and appropriate notice
under the circumstances and the First Day Affidavit; and
the Court having reviewed the Motion and the Besanko
Declaration; and the Court having determined that the
relief requested in the Motion is in the best interests
of the Debtors, their estates, their creditors, and
other parties in interest; and it appearing that proper
and adequate notice of the Motion has been given and
that no other or further notice is necessary; and upon
the record herein; and after due deliberation thereon;
and good and sufficient cause appearing therefor, it is
hereby

        **ORDERED, ADJUDGED AND DECREED that:**

        1.    The Motion is GRANTED.

        2.    A hearing will be held on November 10,
2008 at 1:00 p.m., prevailing Eastern Time (the "First

Day Hearing"), to hear and consider the "first day"
motions and applications listed on the proposed agenda
attached hereto as Exhibit A (collectively, the "First
Day Pleadings").

3.    The form of the Notice Of Bankruptcy
Filing And Debtor's Presentation Of Motions And
Applications To The Court For Consideration attached
hereto as Exhibit B (the "First Day Notice") is hereby
approved in all respects.

4.    Service (a) by hand or facsimile, of the
First Day Pleadings and related documents (including the
First Day Notice) on: (i) the Office of the United
States Trustee for the Eastern District of Virginia, (ii)
counsel to the agent for Debtors' postpetition lenders,
and (iii) counsel to the agent for the Debtors'
prepetition lenders; and (b) service by facsimile of the
First Day Notice on the following parties for which the
Debtors have a facsimile number: (i) the entities listed
on the Consolidated List of Creditors Holding the Fifty
(50) Largest Unsecured Claims filed pursuant to
Bankruptcy Rule 1007(d), (ii) the banks at which the
Debtors maintain bank accounts, (iii) each of the

landlords for which the Debtors are seeking to reject an
unexpired lease of non-residential real property; (iv)
the Internal Revenue Service, and (v) the Securities and
Exchange Commission, is adequate and appropriate notice
of the First Day Hearing under the circumstances.

     5.   The notice requirements of Local
Bankruptcy Rule 9013-1(M) are hereby waived for the
Motion and the other First Day Pleadings, subject to the
Court's right, upon further consideration at the First
Day Hearing, to require additional notice with respect
to any particular First Day Pleading, other than this
Motion.

     6.   Subject to the Debtors serving the First
Day Pleadings in accordance with this Order, the
requirements of Local Bankruptcy Rule 9022-1(B), (C) are
hereby waived for the Motion and the other First Day
Pleadings.

     7.   The requirement of filing a written
response to the First Day Pleadings is waived.

     8.   The endorsement requirement of Local
Bankruptcy Rule 9022-1(C) is hereby waived for the
purposes of this Order.

9.    A copy of this Order shall be separately docketed in each of the Debtors' chapter 11 cases.

10.  The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11.  The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

12.  The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

13.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  Richmond, Virginia
        [_____], 2008


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636

(302) 651-3000

  - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

  - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

  I hereby certify that notice of the Debtors' intent
to seek entry of the foregoing proposed order was
provided to the parties identified in the Motion and
copy of this proposed order was provided to the Office
of the United States Trustee for the Eastern District of
Virginia prior to submission to this Court.

         /s/ Douglas M. Foley

<u>Exhibit A</u>

Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - x
                           :    Chapter 11
In re:                     :
                           :    Case No. 08-35653
CIRCUIT CITY STORES, INC., :
<u>et</u> <u>al</u>.,                    :    Jointly Administered
                           :
          Debtors.[1]      :
                           :
- - - - - - - - - - - - - - x

───────────────────

[1]  The Debtors and the last four digits of their respective taxpayer
     identification numbers are as follows: Circuit City Stores, Inc.
     (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN,
     Inc. (0875), Ventoux International, Inc. (1838), Circuit City
     Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC
     Distribution Company of Virginia, Inc. (2821), Circuit City
     Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
     Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796),

                                                            *(cont'd)*

AGENDA OF MATTERS SCHEDULED FOR HEARING ON
NOVEMBER 10, 2008 AT 1:00 P.M.

Set forth below are the matters previously
scheduled to be heard before the Honorable [____], United
States Bankruptcy Judge, in the United States Bankruptcy
Court for the Eastern District of Virginia, Spottswood W.
Robinson III & Robert R. Merhige, Jr., U.S. Courthouse,
Courtroom 5000, 701 East Broad Street Richmond, VA
23219-1888, on November 10, 2008 beginning at 1:00 p.m.
Eastern.

I.    **INTRODUCTION**

Preliminary Remarks and Introduction

1.    Declaration Of Bruce H. Besanko, Executive Vice
      President And Chief Financial Officer Of Circuit
      City Stores, Inc., In Support Of Chapter 11
      Petitions And First Day Pleadings (Docket No. 22)

II.   **FIRST-DAY PAPERS**

2.    Motion Of The Debtors, Pursuant To 11 U.S.C. § 105
      And Local Bankruptcy Rule 9013-1(M), For An Order
      Setting An Expedited Hearing On "First Day
      Pleadings" And For Related Relief (Docket No. 25)

_____

*(cont'd from previous page)*
      Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263),
      Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
      LLC (3360), and Circuit City Stores PR, LLC (5512).  The address
      for Circuit City Stores West Coast, Inc. is 9250 Sheridan
      Boulevard, Westminster, Colorado 80031.  For all other Debtors,
      the address is 9950 Mayland Drive, Richmond, Virginia 23233.

3.    Motion Of Debtors For Order Directing Joint
      Administration Pursuant To Bankruptcy Code Section
      302 And Bankruptcy Rule 1015(b) And Waiving
      Requirements Of Bankruptcy Code Sections 105 And
      342(C)(1) And Rules 1005 And 2002(n) (Docket No. 3)

4.    Application Of Debtors For Order Under 28 U.S.C. §
      156(c) And Bankruptcy Rule 2002(f) Approving
      Agreement With Kurtzman Carson Consultants LLC And
      Appointing As Claims, Noticing, And Balloting Agent
      (Docket No. 17)

5.    Motion Of The Debtors For An Order Pursuant To
      Bankruptcy Code Sections 102 And 105, Bankruptcy
      Rules 2002 And 9007, And Local Bankruptcy Rules
      2002-1 And 9013-1 Establishing Certain Notice, Case
      Management And Administrative Procedures (Docket No.
      5)

6.    Motion Of The Debtors, Pursuant To 11 U.S.C. §§
      105(a), 342(a) And 521, Fed. R. Bankr. P. 1007 And
      Local Bankruptcy Rule 1007-1, For Authority To (A)
      Prepare A List Of Creditors In Lieu Of Submitting A
      Formatted Mailing Matrix And (B) File A
      Consolidated List Of The Debtors' Fifty (50)
      Largest Unsecured Creditors (Docket No. 4)

7.    Motion Of Debtors For Order Pursuant To 11 U.S.C.
      §§ 105(a), 363 And 364 And Fed. R. Bankr. P. 6003
      (I) Authorizing Maintenance Of Existing Bank
      Accounts, (II) Authorizing Use Of Existing Business
      Forms, (III) Authorizing Use Of Existing Cash
      Management System, (IV) Authorizing Intercompany
      Transactions And (V) Granting Superpriority Status
      To Intercompany Claims (Docket No. 15)

8.    Motion of the Debtors for Interim and Final Waivers
      of Investment and Deposit Requirements Pursuant to
      Bankruptcy Code Sections 105 and 345 (Docket No. 16)

9.   Debtors' Motion For Order Pursuant To Bankruptcy
     Code Sections 105(a), 363, 507(a), 541, 1107(a) And
     1108 And Bankruptcy Rule 6003 Authorizing Debtors
     To Pay Prepetition Wages, Compensation, And
     Employee Benefits (Docket No. 6)

10.  Motion Of The Debtors For Order Pursuant To
     Bankruptcy Code Sections 105(a), 506(a), 507(a)(8),
     541 And 1129 And Bankruptcy Rule 6003 Authorizing
     The Debtors To Pay Prepetition Sales, Use, Trust
     Fund And Other Taxes And Related Obligations
     (Docket No. 7)

11.  Motion Of Debtors For Order Under Bankruptcy Code
     Sections 105(a),363, And 366, And Bankruptcy Rule
     6003 (I) Approving Debtors' Adequate Assurance Of
     Payment, (II) Establishing Procedures For Resolving
     Requests By Utility Companies For Additional
     Assurance Of Payment, (III) Scheduling A Hearing
     With Respect To Contested Adequate Assurance Of
     Payment Requests, And (IV) Authorizing Debtors To
     Pay Claims Of A Third Party Vendor (Docket No. 8)

12.  Debtors' Motion For Order Pursuant To Bankruptcy
     Code Sections 105(a), 363, 506, 507(a), 553,
     1107(a), 1108 And 1129(b) And Bankruptcy Rule 6003
     Authorizing Continuation Of Certain Customer
     Practices (Docket No. 9)

13.  Debtors' Motion For Order Pursuant To Bankruptcy
     Code Sections 105, 362(b), 363, 503(b), 506, 546(b),
     1107(a) And 1108 And Bankruptcy Rule 6003
     Authorizing Payment Of Certain Prepetition Shipping
     And Delivery Charges (Docket No. 10)

14.  Debtors' Motion For Order Pursuant To Bankruptcy
     Code Sections 105(a), 362(b), 506, 546(b), 1107(a),
     1108 And 1129 And Bankruptcy Rule 6003 Authorizing
     Payment Of Contractors In Satisfaction Of Liens
     (Docket No. 11)

15. Motion Of Debtors For Order Pursuant To Bankruptcy
Code Sections 105, 363, 1107(a) And 1108, And
Bankruptcy Rule 6003 Authorizing Debtors To Pay
Prepetition Claims Of Certain Foreign Vendors And
Service Providers (Docket No. 12)

16. Motion Of The Debtors For Order Pursuant To
Bankruptcy Code Sections 105, 363, 364, 1107 And
1108, And Bankruptcy Rule 6003 (I) Authorizing
Debtors To Maintain Insurance Policies, Pay
Insurance Obligations, And Renew Insurance Policies;
(II) Authorizing Intercompany Transactions; And
(III) Granting Superpriority Claim Status To
Postpetition Intercompany Claims (Docket No. 13)

17. Motion Of Debtors For Order Under Bankruptcy Code
Sections 105(a), 362, 503(b), 507(a), 546(c), And
546(h) (I) Granting Administrative Expense Status
To Obligations From Postpetition Delivery Of Goods;
(II) Authorizing Payment Of Expenses In The
Ordinary Course Of Business; (III) Authorizing
Debtors To Return Goods; And (IV) Establishing
Procedures For Reclamation Demands (Docket No. 14)

18. Debtors' Motion For Interim And Final Orders
Pursuant To 11 U.S.C. §§ 105, 361, 362, 363 And 364
And Federal Rules Of Bankruptcy Procedure 2002 And
4001 (I) Authorizing Debtors (A) To Obtain
Postpetition Financing And (B) To Utilize Cash
Collateral; (II) Granting Adequate Protection; And
(III) Scheduling Interim And Final Hearings (Docket
No. 23)

19. Motion Of The Debtors For Entry Of Order Pursuant
To Bankruptcy Code Sections 105, 363 And 365 (I)
Assuming The Agency Agreement Among The Debtors,
Hilco Merchant Resources, LLC And Gordon Brothers
Retail Partners, LLC, And (II) Authorizing The
Debtors To Continue Agency Agreement Sales Pursuant
To Store Closing Agreement (Docket No. 24)

20.   Debtors' Motion For Order Pursuant To 11 U.S.C. §§
      105(a), 365(a) And 554 And Fed. R.  Bankr. P. 6006
      Authorizing Rejection Of Unexpired Leases Of
      Nonresidential Real Property And Abandonment Of
      Personal Property Effective As Of The Petition Date
      (Docket No. 21)

21.   Motion Of Debtors For Order Establishing Bar Date
      For Filing Requests For Payment Of Administrative
      Expense Claims Under Bankruptcy Code Sections 105
      And 503(b)(9) And Approving Form, Manner And
      Sufficiency Of Notice Of The Bar Date Pursuant To
      Bankruptcy Rule 9007 (Docket No. 19)

22.   Motion For Order Under 11 U.S.C. §§ 105, 362 And
      541 And Fed. R. Bankr. P. 3001 And 3002
      Establishing Notice, Hearing, And Sell-Down
      Procedures For Trading In Equity Securities And
      Claims Against The Debtors' Estates (Docket No. 20)

23.   Motion to File Certain Documents Under Seal (Docket
      No._____)


Dated: November 10, 2008
       Richmond, Virginia
                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                    - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              333 West Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                    - and -

                              MCGUIREWOODS LLP


                              /s/ Douglas M. Foley
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Proposed Counsel for Debtors and
                              Debtors in Possession

<u>Exhibit B</u>

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

             IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

- - - - - - - - - - - - - - x
                              :   Chapter 11
In re:                        :
                              :   Case No. 08-35653
CIRCUIT CITY STORES, INC.,    :
<u>et al.</u>,                :   Jointly Administered
                              :
             Debtors.[1]      :
                              :
- - - - - - - - - - - - - - x
                              _____

[1]  The Debtors and the last four digits of their respective taxpayer
     identification numbers are as follows: Circuit City Stores, Inc.
     (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN,
     Inc. (0875), Ventoux International, Inc. (1838), Circuit City
     Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC
     Distribution Company of Virginia, Inc. (2821), Circuit City
     Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
     Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796),
     Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263),
                                              *(cont'd)*

## NOTICE OF BANKRUPTCY FILING AND DEBTORS' PRESENTATION OF MOTIONS AND APPLICATIONS TO THE COURT FOR CONSIDERATION

PLEASE TAKE NOTICE that on November 10, 2008, Circuit City Stores, Inc. and its affiliates (the "Affiliate Debtors"), the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Debtors have requested that the first-day hearing in these cases (the "First-Day Hearing") be held on a date to be announced, to consider the following applications and motions:

1.    Motion Of The Debtors, Pursuant To 11 U.S.C. § 105 And Local Bankruptcy Rule 9013-1(M), For An Order Setting An Expedited Hearing On "First Day Pleadings" And For Related Relief (Docket No. 25)

_____

(cont'd from previous page)
    Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

2.    Motion Of Debtors For Order Directing Joint
      Administration Pursuant To Bankruptcy Code Section
      302 And Bankruptcy Rule 1015(b) And Waiving
      Requirements Of Bankruptcy Code Sections 105 And
      342(C)(1) And Rules 1005 And 2002(n) (Docket No. 3)

3.    Application Of Debtors For Order Under 28 U.S.C. §
      156(c) And Bankruptcy Rule 2002(f) Approving
      Agreement With Kurtzman Carson Consultants LLC And
      Appointing As Claims, Noticing, And Balloting Agent
      (Docket No. 17)

4.    Motion Of The Debtors For An Order Pursuant To
      Bankruptcy Code Sections 102 And 105, Bankruptcy
      Rules 2002 And 9007, And Local Bankruptcy Rules
      2002-1 And 9013-1 Establishing Certain Notice, Case
      Management And Administrative Procedures (Docket No.
      5)

5     Motion Of The Debtors, Pursuant To 11 U.S.C. §§
      105(a), 342(a) And 521, Fed. R. Bankr. P. 1007 And
      Local Bankruptcy Rule 1007-1, For Authority To (A)
      Prepare A List Of Creditors In Lieu Of Submitting A
      Formatted Mailing Matrix And (B) File A
      Consolidated List Of The Debtors' Fifty (50)
      Largest Unsecured Creditors (Docket No. 4)

6.    Motion Of Debtors For Order Pursuant To 11 U.S.C.
      §§ 105(a), 363 And 364 And Fed. R. Bankr. P. 6003
      (I) Authorizing Maintenance Of Existing Bank
      Accounts, (II) Authorizing Use Of Existing Business
      Forms, (III) Authorizing Use Of Existing Cash
      Management System, (IV) Authorizing Intercompany
      Transactions And (V) Granting Superpriority Status
      To Intercompany Claims (Docket No. 15)

7.    Motion of the Debtors for Interim and Final Waivers
      of Investment and Deposit Requirements Pursuant to
      Bankruptcy Code Sections 105 and 345 (Docket No. 16)

3

8.    Debtors' Motion For Order Pursuant To Bankruptcy
      Code Sections 105(a), 363, 507(a), 541, 1107(a) And
      1108 And Bankruptcy Rule 6003 Authorizing Debtors
      To Pay Prepetition Wages, Compensation, And
      Employee Benefits (Docket No. 6)

9.    Motion Of The Debtors For Order Pursuant To
      Bankruptcy Code Sections 105(a), 506(a), 507(a)(8),
      541 And 1129 And Bankruptcy Rule 6003 Authorizing
      The Debtors To Pay Prepetition Sales, Use, Trust
      Fund And Other Taxes And Related Obligations
      (Docket No. 7)

10.   Motion Of Debtors For Order Under Bankruptcy Code
      Sections 105(a),363, And 366, And Bankruptcy Rule
      6003 (I) Approving Debtors' Adequate Assurance Of
      Payment, (II) Establishing Procedures For Resolving
      Requests By Utility Companies For Additional
      Assurance Of Payment, (III) Scheduling A Hearing
      With Respect To Contested Adequate Assurance Of
      Payment Requests, And (IV) Authorizing Debtors To
      Pay Claims Of A Third Party Vendor (Docket No. 8)

11.   Debtors' Motion For Order Pursuant To Bankruptcy
      Code Sections 105(a), 363, 506, 507(a), 553,
      1107(a), 1108 And 1129(b) And Bankruptcy Rule 6003
      Authorizing Continuation Of Certain Customer
      Practices (Docket No. 9)

12.   Debtors' Motion For Order Pursuant To Bankruptcy
      Code Sections 105, 362(b), 363, 503(b), 506, 546(b),
      1107(a) And 1108 And Bankruptcy Rule 6003
      Authorizing Payment Of Certain Prepetition Shipping
      And Delivery Charges (Docket No. 10)

13.   Debtors' Motion For Order Pursuant To Bankruptcy
      Code Sections 105(a), 362(b), 506, 546(b), 1107(a),
      1108 And 1129 And Bankruptcy Rule 6003 Authorizing
      Payment Of Contractors In Satisfaction Of Liens
      (Docket No. 11)

14.   Motion Of Debtors For Order Pursuant To Bankruptcy
      Code Sections 105, 363, 1107(a) And 1108, And
      Bankruptcy Rule 6003 Authorizing Debtors To Pay
      Prepetition Claims Of Certain Foreign Vendors And
      Service Providers (Docket No. 12)

15.   Motion Of The Debtors For Order Pursuant To
      Bankruptcy Code Sections 105, 363, 364, 1107 And
      1108, And Bankruptcy Rule 6003 (I) Authorizing
      Debtors To Maintain Insurance Policies, Pay
      Insurance Obligations, And Renew Insurance Policies;
      (II) Authorizing Intercompany Transactions; And
      (III) Granting Superpriority Claim Status To
      Postpetition Intercompany Claims (Docket No. 13)

16.   Motion Of Debtors For Order Under Bankruptcy Code
      Sections 105(a), 362, 503(b), 507(a), 546(c), And
      546(h) (I) Granting Administrative Expense Status
      To Obligations From Postpetition Delivery Of Goods;
      (II) Authorizing Payment Of Expenses In The
      Ordinary Course Of Business; (III) Authorizing
      Debtors To Return Goods; And (IV) Establishing
      Procedures For Reclamation Demands (Docket No. 14)

17.   Debtors' Motion For Interim And Final Orders
      Pursuant To 11 U.S.C. §§ 105, 361, 362, 363 And 364
      And Federal Rules Of Bankruptcy Procedure 2002 And
      4001 (I) Authorizing Debtors (A) To Obtain
      Postpetition Financing And (B) To Utilize Cash
      Collateral; (II) Granting Adequate Protection; And
      (III) Scheduling Interim And Final Hearings (Docket
      No. 23)

18.   Motion Of The Debtors For Entry Of Order Pursuant
      To Bankruptcy Code Sections 105, 363 And 365 (I)
      Assuming The Agency Agreement Among The Debtors,
      Hilco Merchant Resources, LLC And Gordon Brothers
      Retail Partners, LLC, And (II) Authorizing The
      Debtors To Continue Agency Agreement Sales Pursuant
      To Store Closing Agreement (Docket No. 24)

19.   Debtors' Motion For Order Pursuant To 11 U.S.C. §§
      105(a), 365(a) And 554 And Fed. R.  Bankr. P. 6006
      Authorizing Rejection Of Unexpired Leases Of
      Nonresidential Real Property And Abandonment Of
      Personal Property Effective As Of The Petition Date
      (Docket No. 21)

20.   Motion Of Debtors For Order Establishing Bar Date
      For Filing Requests For Payment Of Administrative
      Expense Claims Under Bankruptcy Code Sections 105
      And 503(b)(9) And Approving Form, Manner And
      Sufficiency Of Notice Of The Bar Date Pursuant To
      Bankruptcy Rule 9007 (Docket No. 19)

21.   Motion For Order Under 11 U.S.C. §§ 105, 362 And
      541 And Fed. R. Bankr. P. 3001 And 3002
      Establishing Notice, Hearing, And Sell-Down
      Procedures For Trading In Equity Securities And
      Claims Against The Debtors' Estates (Docket No. 20)

23.   Motion to File Certain Documents Under Seal (Docket
      No._____)

        PLEASE TAKE FURTHER NOTICE that in addition to

the documents listed above, the Debtors also have filed

with the Bankruptcy Court the following document:

1.    Declaration Of Bruce H. Besanko, Executive Vice
      President And Chief Financial Officer Of Circuit
      City Stores, Inc., In Support Of Chapter 11
      Petitions And First Day Pleadings (Docket No. 22).

        PLEASE TAKE FURTHER NOTICE that copies of the

above referenced documents may be obtained from Circuit

City Stores, Inc.'s bankruptcy website,

http://www.kccllc.net/circuitcity

PLEASE TAKE FURTHER NOTICE that documents also
are immediately available through PACER on the court's
website: https://ecf.vaeb.uscourts.gov/cgi-bin/iquery.pl


Dated: November 10, 2008
        Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel for Debtors and
Debtors in Possession

7