| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
                              :   Chapter 11
In re:                        :
                              :   Case No. 08-35653
CIRCUIT CITY STORES, INC.,    :
et al.,                       :   Jointly Administered
                              :
         Debtors.[1]          :
                              :
- - - - - - - - - - - - - - - x
```

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address
*(cont'd)*

1

**NOTICE OF BANKRUPTCY FILING AND DEBTORS' PRESENTATION OF
MOTIONS AND APPLICATIONS TO THE COURT FOR CONSIDERATION**

PLEASE TAKE NOTICE that on November 10, 2008, Circuit City Stores, Inc. and its affiliates (the "Affiliate Debtors"), the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Debtors have requested that the first-day hearing in these cases (the "First-Day Hearing") be held on a date to be announced, to consider the following applications and motions:

1. Motion Of The Debtors, Pursuant To 11 U.S.C. § 105 And Local Bankruptcy Rule 9013-1(M), For An Order Setting An Expedited Hearing On "First Day Pleadings" And For Related Relief (Docket No. 25)

---

*(cont'd from previous page)*
for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

2

2. Motion Of Debtors For Order Directing Joint Administration Pursuant To Bankruptcy Code Section 302 And Bankruptcy Rule 1015(b) And Waiving Requirements Of Bankruptcy Code Sections 105 And 342(C)(1) And Rules 1005 And 2002(n) (Docket No. 3)

3. Application Of Debtors For Order Under 28 U.S.C. § 156(c) And Bankruptcy Rule 2002(f) Approving Agreement With Kurtzman Carson Consultants LLC And Appointing As Claims, Noticing, And Balloting Agent (Docket No. 17)

4. Motion Of The Debtors For An Order Pursuant To Bankruptcy Code Sections 102 And 105, Bankruptcy Rules 2002 And 9007, And Local Bankruptcy Rules 2002-1 And 9013-1 Establishing Certain Notice, Case Management And Administrative Procedures (Docket No. 5)

5  Motion Of The Debtors, Pursuant To 11 U.S.C. §§ 105(a), 342(a) And 521, Fed. R. Bankr. P. 1007 And Local Bankruptcy Rule 1007-1, For Authority To (A) Prepare A List Of Creditors In Lieu Of Submitting A Formatted Mailing Matrix And (B) File A Consolidated List Of The Debtors' Fifty (50) Largest Unsecured Creditors (Docket No. 4)

6. Motion Of Debtors For Order Pursuant To 11 U.S.C. §§ 105(a), 363 And 364 And Fed. R. Bankr. P. 6003 (I) Authorizing Maintenance Of Existing Bank Accounts, (II) Authorizing Use Of Existing Business Forms, (III) Authorizing Use Of Existing Cash Management System, (IV) Authorizing Intercompany Transactions And (V) Granting Superpriority Status To Intercompany Claims (Docket No. 15)

7. Motion of the Debtors for Interim and Final Waivers of Investment and Deposit Requirements Pursuant to Bankruptcy Code Sections 105 and 345 (Docket No. 16)

8.  Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(a), 363, 507(a), 541, 1107(a) And 1108 And Bankruptcy Rule 6003 Authorizing Debtors To Pay Prepetition Wages, Compensation, And Employee Benefits (Docket No. 6)

9.  Motion Of The Debtors For Order Pursuant To Bankruptcy Code Sections 105(a), 506(a), 507(a)(8), 541 And 1129 And Bankruptcy Rule 6003 Authorizing The Debtors To Pay Prepetition Sales, Use, Trust Fund And Other Taxes And Related Obligations (Docket No. 7)

10. Motion Of Debtors For Order Under Bankruptcy Code Sections 105(a),363, And 366, And Bankruptcy Rule 6003 (I) Approving Debtors' Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Requests By Utility Companies For Additional Assurance Of Payment, (III) Scheduling A Hearing With Respect To Contested Adequate Assurance Of Payment Requests, And (IV) Authorizing Debtors To Pay Claims Of A Third Party Vendor (Docket No. 8)

11. Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(a), 363, 506, 507(a), 553, 1107(a), 1108 And 1129(b) And Bankruptcy Rule 6003 Authorizing Continuation Of Certain Customer Practices (Docket No. 9)

12. Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105, 362(b), 363, 503(b), 506, 546(b), 1107(a) And 1108 And Bankruptcy Rule 6003 Authorizing Payment Of Certain Prepetition Shipping And Delivery Charges (Docket No. 10)

13. Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(a), 362(b), 506, 546(b), 1107(a), 1108 And 1129 And Bankruptcy Rule 6003 Authorizing Payment Of Contractors In Satisfaction Of Liens (Docket No. 11)

14. Motion Of Debtors For Order Pursuant To Bankruptcy Code Sections 105, 363, 1107(a) And 1108, And Bankruptcy Rule 6003 Authorizing Debtors To Pay Prepetition Claims Of Certain Foreign Vendors And Service Providers (Docket No. 12)

15. Motion Of The Debtors For Order Pursuant To Bankruptcy Code Sections 105, 363, 364, 1107 And 1108, And Bankruptcy Rule 6003 (I) Authorizing Debtors To Maintain Insurance Policies, Pay Insurance Obligations, And Renew Insurance Policies; (II) Authorizing Intercompany Transactions; And (III) Granting Superpriority Claim Status To Postpetition Intercompany Claims (Docket No. 13)

16. Motion Of Debtors For Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), And 546(h) (I) Granting Administrative Expense Status To Obligations From Postpetition Delivery Of Goods; (II) Authorizing Payment Of Expenses In The Ordinary Course Of Business; (III) Authorizing Debtors To Return Goods; And (IV) Establishing Procedures For Reclamation Demands (Docket No. 14)

17. Debtors' Motion For Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363 And 364 And Federal Rules Of Bankruptcy Procedure 2002 And 4001 (I) Authorizing Debtors (A) To Obtain Postpetition Financing And (B) To Utilize Cash Collateral; (II) Granting Adequate Protection; And (III) Scheduling Interim And Final Hearings (Docket No. 23)

18. Motion Of The Debtors For Entry Of Order Pursuant To Bankruptcy Code Sections 105, 363 And 365 (I) Assuming The Agency Agreement Among The Debtors, Hilco Merchant Resources, LLC And Gordon Brothers Retail Partners, LLC, And (II) Authorizing The Debtors To Continue Agency Agreement Sales Pursuant To Store Closing Agreement (Docket No. 24)

19. Debtors' Motion For Order Pursuant To 11 U.S.C. §§ 105(a), 365(a) And 554 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Unexpired Leases Of Nonresidential Real Property And Abandonment Of Personal Property Effective As Of The Petition Date (Docket No. 21)

20. Motion Of Debtors For Order Establishing Bar Date For Filing Requests For Payment Of Administrative Expense Claims Under Bankruptcy Code Sections 105 And 503(b)(9) And Approving Form, Manner And Sufficiency Of Notice Of The Bar Date Pursuant To Bankruptcy Rule 9007 (Docket No. 19)

21. Motion For Order Under 11 U.S.C. §§ 105, 362 And 541 And Fed. R. Bankr. P. 3001 And 3002 Establishing Notice, Hearing, And Sell-Down Procedures For Trading In Equity Securities And Claims Against The Debtors' Estates (Docket No. 20)

23. Motion to File Certain Documents Under Seal (Docket No._____)

PLEASE TAKE FURTHER NOTICE that in addition to the documents listed above, the Debtors also have filed with the Bankruptcy Court the following document:

1. Declaration Of Bruce H. Besanko, Executive Vice President And Chief Financial Officer Of Circuit City Stores, Inc., In Support Of Chapter 11 Petitions And First Day Pleadings (Docket No. 22).

PLEASE TAKE FURTHER NOTICE that copies of the above referenced documents may be obtained from Circuit City Stores, Inc.'s bankruptcy website, http://www.kccllc.net/circuitcity

6

PLEASE TAKE FURTHER NOTICE that documents also are immediately available through PACER on the court's website: https://ecf.vaeb.uscourts.gov/cgi-bin/iquery.pl

Dated: November 10, 2008
Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel for Debtors and Debtors in Possession

7