**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |
|---|---|
| **IN RE:** ) | |
| ) | |
| **CIRCUIT CITY STORES, INC.,** ) | Case No. 08-35653 |
| ) | Chapter 11 |
| ) | |
| **Debtor** ) | |
| ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

  PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., a Landlord (Creditor) and party in interest in the above case.  The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 2002 (a).  All such notices should be addressed as follows:

    Simon Property Group, Inc.
    Attn:  Ronald M. Tucker, Esq.
    225 West Washington Street
    Indianapolis, Indiana  46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

    Respectfully submitted,

     /s/Ronald M. Tucker, Esq.
    Ronald M. Tucker, Esq., Attorney for
    Simon Property Group, Inc. and its related entities
    Indiana Bar #11428-49
    (317) 263-2346
    (317) 263-7901 (FAX)
    E-mail address:  rtucker@simon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 10th day of November, 2008, via regular U.S. Mail prepaid, facsimile and/or ECF Noticing to each of the persons on the annexed Service List.


                                            By:   /s/Ronald M. Tucker, Esq.
                                                    Ronald M. Tucker, Esq.


Daniel F. Blanks
Dion W. Hayes
Douglas M. Foley
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219