**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| CIRCUIT CITY STORES, INC. | * | Case No. 08-35653 |
| | * | Chapter 11 |
| | * | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW Taxing Authority Consulting Services, P.C. and notes its appearance on behalf of the Commonwealth of Virginia, Department of Taxation in this matter. Accordingly, you are requested to serve a copy of all notices and papers filed herein, including, but not limited to, notices required to be served under Bankruptcy Rules 2002 and 9010 and the Local Rules of the Bankruptcy Court upon the undersigned at the below address.

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF TAXATION

BY:____/s/ Mark K. Ames_____
Jeffrey Scharf, VSB 30591
Mark K. Ames, VSB 27409
Taxing Authority Consulting Services, P.C.
P.O. Box 771476
Richmond, Virginia 23255
(804)649-2445
mark@taxva.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was sent to the Debtor, the US Trustee and other parties requesting notice via electronic communication or first class mail.

____/s/ Mark K. Ames_____

Mark K. Ames VSB 27409
Taxing Authority Consulting Services, P.C.
P.O. Box 71476
Richmond, Virginia 23255
(804) 649-2445