# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.* ) | Case Nos. 08-35653 |
| ) | Jointly Administered |
| Debtors.[1] ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance on behalf of Alliance Entertainment Corporation and Source Interlink Media, LLC and give this notice of appearance, and request notice of all hearings and conferences herein and make demand for service of all papers herein, including without limitation all papers and notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 and sections 342 and 1109(b) of the Bankruptcy Code.

All notices given or required to be given in this case and all papers served or required to be served in this case shall be given and served upon the following:

> Bradford F. Englander, Esq.
> Brian M. Nestor, Esq.
> Linowes and Blocher LLP
> 7200 Wisconsin Avenue, Suite 800
> Bethesda, Maryland 20814
> Phone: (301) 961-5125
> Fax: (301) 654-2801
> Email: benglander@linowes-law.com

---

[1] The Debtors and their respective case numbers are as follows: Circuit City Stores, Inc. (08-35653), Circuit City Stores West Coast, Inc. 08-35654), InterTAN, Inc. (08-35655), Ventoux International, Inc. (08-35656), Circuit City Purchasing Company, LLC (08-35657), CC Aviation, LLC (08-35658), CC Distribution Company of Virginia, Inc. (08-35659), Circuit City Properties, LLC (08-35661), Kinzer Technology, LLC (08-35663), Abbott Advertising Agency, Inc. (08-35665), Patapsco Designs, Inc. (08-35667), Sky Venture Corp. (08-35668), Prahs, Inc. (08-35670), XSStuff, LLC (08-35669), Mayland MN, LLC (08-35666), Courchevel, LLC (n/a), Orbyx Electronics, LLC (08-35664), and Circuit City Stores PR, LLC (08-35660).

This notice of appearance is not a waiver of any rights under the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with or delivered to the Clerk or the Court in connection with and with regard to the above-captioned bankruptcy case and any proceedings related thereto.

Dated: November 10, 2008   LINOWES AND BLOCHER LLP

/s/ Bradford F. Englander
Bradford F. Englander, Esq.
Virginia Bar No. 36221
Brian M. Nestor, Esq.
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814
(301) 961-5125
Email: benglander@linowes-law.com

Counsel to Alliance Entertainment Corporation and Source Interlink Media, LLC

L&B 1079717v1