JESSE N. SILVERMAN (VA 46456)
DAVID L. POLLACK (PA 15694)
JEFFREY MEYERS (PA 23760)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
51st Fl - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 864-8325
Facsimile: (215) 864-9473

CONSTANTINOS G. PANAGOPOULOS (VA 33356)
CHARLES W. CHOTVACS (VA 70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005
Telephone: (202) 661-2200
Facsimile: (202) 661-2299

*Attorneys for Centro Properties Group
and Federal Realty Investment Trust*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---------------------------------------------------------x
In re:                                  :       Chapter 11
                                        :
**CIRCUIT CITY STORES, INC. *et al.*.**   :       Case No. 08-35653-KRH
                                        :
            Debtor.                     :       Jointly Administered (Pending)
---------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Please take notice that **CENTRO PROPERTIES GROUP** and **FEDERAL REALTY INVESTMENT TRUST,** by their attorneys, **BALLARD SPAHR ANDREWS & INGERSOLL, LLP**, appear in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and request that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

1

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 864-8325
DID Facsimile: (215) 864-9473
pollack@ballardspahr.com
meyers@ballardspahr.com
silvermanj@ballardspahr.com
Attn: David L. Pollack, Esquire
Jeffrey Meyers, Esquire
Jesse N. Silverman, Esquire

**and**

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com
Attn: Constantinos G. Panagopoulos, Esquire
Charles W. Chotvacs, Esquire

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District

2

Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: November 10, 2008

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**


BY:_____/s/ Jesse N. Silverman_____
**JESSE N. SILVERMAN (VA 46456)
DAVID L. POLLACK (PA 15694)
JEFFREY MEYERS (PA 23760)
51st Fl - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania  19103
Telephone: (215) 864-8325
Facsimile: (215) 864-9473
silvermanj@ballardspahr.com
pollack@ballardspahr.com
meyers@ballardspahr.com**


BY: _____/s/ Charles W. Chotvacs_____
**CONSTANTINOS G. PANAGOPOULOS (VA 33356)
CHARLES W. CHOTVACS (VA 70045)
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com**

*Attorneys for Centro Properties Group and
Federal Realty Investment Trust*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2008, a true and correct copy of the foregoing Notice of Appearance and Request for Service was electronically filed with the Clerk of the Court using the CM/ECF system and served via electronic service (unless otherwise noted) upon the following:

Office of the United States Trustee
600 East Main Street, Suite 301
Richmond, VA 23219

Daniel F. Blanks
Dion W. Hayes
Douglas M. Foley s
Joseph S. Sheerin
Sarah Beckett Boehm
MCGUIREWOODS LLP
One James Center
901 East Cary St.
Richmond, VA 23219
(804) 775-1000
Email: sboehm@mcguirewoods.com

                                                                                         _/s/ Charles Chotvacs_____
                                                                                         Charles Chotvacs

DMEAST #10148575 v2