UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**In re** _____

_____

**Debtor(s)**

**Case No.** _____

**Chapter** _____

## DECLARATION OF DIVISIONAL VENUE

The debtor's domicile, residence, principal place of business or principal assets were located for the greater part of the 180 days preceding the filing of the bankruptcy petition in the indicated city or county [check one box only]:

**ALEXANDRIA DIVISION**
  **Cities:**
   ❏ Alexandria-510
   ❏ Fairfax-600
   ❏ Falls Church-610
   ❏ Manassas-683
   ❏ Manassas Park-685
  **Counties:**
   ❏ Arlington-013
   ❏ Fairfax-059
   ❏ Fauquier-061
   ❏ Loudoun-107
   ❏ Prince William-153
   ❏ Stafford-179

**RICHMOND DIVISION**
  **Cities:**
   ❏ Richmond (city)-760
   ❏ Colonial Heights-570
   ❏ Emporia-595
   ❏ Fredericksburg-630
   ❏ Hopewell-670
   ❏ Petersburg-730
  **Counties:**
   ❏ Amelia-007
   ❏ Brunswick-025
   ❏ Caroline-033
   ❏ Charles City-036
   ❏ Chesterfield-041
   ❏ Dinwiddie-053
   ❏ Essex-057
   ❏ Goochland-075
   ❏ Greensville-081
   ❏ Hanover-085
   ❏ Henrico-087
   ❏ King and Queen-097
   ❏ King George-099
   ❏ King William-101
   ❏ Lancaster-103
   ❏ Lunenburg-111
   ❏ Mecklenburg-117
   ❏ Middlesex-119
   ❏ New Kent-127
   ❏ Northumberland-133
   ❏ Nottoway-135
   ❏ Powhatan-145
   ❏ Prince Edward-147
   ❏ Prince George-149
   ❏ Richmond(county)-159
   ❏ Spotsylvania-177
   ❏ Surry-181
   ❏ Sussex-183
   ❏ Westmoreland-193

**NORFOLK DIVISION**
  **Cities:**
   ❏ Norfolk-710
   ❏ Cape Charles-535
   ❏ Chesapeake-550
   ❏ Franklin-620
   ❏ Portsmouth-740
   ❏ Suffolk-800
   ❏ Virginia Beach-810
  **Counties:**
   ❏ Accomack-001
   ❏ Isle of Wight-093
   ❏ Northampton-131
   ❏ Southampton-175

**NEWPORT NEWS DIVISION**
  **Cities:**
   ❏ Newport News-700
   ❏ Hampton-650
   ❏ Poquoson-735
   ❏ Williamsburg-830
  **Counties:**
   ❏ Gloucester-073
   ❏ James City-095
   ❏ Mathews-115
   ❏ York-199

**Date**: _____

_____
**Signature of Attorney or** *Pro Se* **Debtor**

_____
**Signature of Joint Debtor** (if case is a joint case and debtors are not represented by an attorney)

Ver. 8/22/00