UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | |
| | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE PURSUANT TO**
**BANKRUTCY RULE 9010 AND REQUEST FOR NOTICE**

**Please take notice that** the undersigned counsel hereby enters their appearance pursuant to 11 U.S.C. §1109(b), Fed. R. Bankr. P. 9010 and Local Bankruptcy Rule 9010-1 on behalf of Bank of America, N.A., as Agent, a party in interest in this proceeding, and requests that copies of all notices, pleadings and papers filed in this case be served on the following via mail, hand delivery, fax, electronically or other appropriate means at the address indicated below:

>  Bruce H. Matson (Va. Bar No. 22874)
>  LeClairRyan, A Professional Corporation
>  Riverfront Plaza, East Tower
>  951 East Byrd Street
>  Richmond, Virginia 23218-2499
>  Phone: (804) 783-2003
>  Fax: (804) 783-2294
>  E-mail: Bruce.Matson@leclairryan.com

---

Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 783-2003

Counsel for Bank of America, N.A., as Agent

                                      LeCLAIRRYAN, A PROFESSIONAL CORPORATION

                                      /s/ Bruce H. Matson
                                      Counsel

Bruce H. Matson (Va. Bar No. 22874)
Katherine M. Mueller (Va. Bar No. 44302)
Christian K. Vogel (Va. Bar No. 75537)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219
(804) 783-2003

Counsel for Bank of America, N.A., as Agent

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of November, 2008, a true and correct copy of the foregoing Notice of Appearance Pursuant to Bankruptcy Rule 9010 and Request for Notice was served on all persons receiving electronic notice in these cases and to the following:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
 *Assistant United States Trustee*

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
 *Counsel for Bank of America, N.A., as Agent*

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
 *Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
 *Counsel for the Debtors*

/s/ Bruce H. Matson
Counsel