KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
David J. Ervin (VSB No. 34719)
Tel: (202) 342-8436
Fax: (202) 342-8451

Attorneys for Developers Diversified Realty Corporation

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653 (KRH) |
| | ) | (Joint Administration Pending) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of Developers Diversified Realty Corporation ("DDR"), a creditor, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further request to be added to the Master Service List:

| | |
|---|---|
| James S. Carr, Esq.<br>Robert L. LeHane, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York  10178<br>Tel:  (212) 808-7800<br>Fax:  (212) 808-7897<br>E-mail: KDWBankruptcyDepartment@kelleydrye.com | Eric C. Cotton, Esq.<br>Developers Diversified Realty Corporation<br>3300 Enterprise Parkway<br>P.O. Box 227042<br>Beachwood, Ohio 44122<br>Tel: (212) 755-5500<br>e-mail: ecotton@ddrc.com |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive DDR's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which DDR is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
November 10, 2008

KELLEY DRYE & WARREN LLP

By: /s/ *David J. Ervin*_____
David J. Ervin (VSB No. 34719)
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Tel: (202) 342-8436
Fax: (202) 342-8451

James S. Carr
Robert L. LeHane
101 Park Avenue
New York, NY 10178-0002
Tel: (212) 808-7800
Fax: (212) 808-7897

Attorneys for Developers Diversified
Realty Corporation