IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CIRCUIT CITY STORES, INC., *et al.* | § | CASE NO. 08-35653-KRH |
| | § | (Chapter 11) |
| | § | |
| Debtors | § | Joint Administration Pending |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel represents UrbanCal Oakland, II LLC ("Urban") a landlord/creditor in this case, and hereby enters an appearance pursuant to 11 U.S.C. § 1109. Counsel for Milestone requests that copies of all notices and pleadings pursuant to Fed.R.Bankr.P. 2002, 3017 and 9007 be served as follows:

>Pamela Gale Johnson
>BAKER & HOSTETLER, LLP
>1000 Louisiana, Suite 2000
>Houston, TX 77002
>Telephone: (713) 751-1600
>Facsimile: (713) 751-1717
>E-mail: pjohnson@bakerlaw.com

>AND

>Laura Lawton Gee
>BAKER & HOSTETLER, LLP
>1000 Louisiana, Suite 2000
>Houston, TX 77002
>Telephone: (713) 751-1600
>Facsimile: (713) 751-1717
>E-mail: lgee@bakerlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion,

petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to this case.

DATED: November 10, 2008

Respectfully submitted,

**BAKER & HOSTETLER, LLP**

By: */s/ Laura Lawton Gee*
Pamela Gale Johnson
Texas Bar No. 10777700
pjohnson@bakerlaw.com
Laura Lawton Gee
Texas Bar No. 24041309
lgee@bakerlaw.com
1000 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717

COUNSEL FOR
UrbanCal Oakland, II LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2008, a copy of the foregoing *Notice of Appearance and Request for Service of Papers* is to be served by electronic means via the Court's ECF/CM system.

By: */s/ Laura Lawton Gee*
Laura Lawton Gee