UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| In re: ) <br> ) <br> CIRCUIT CITY STORES, INC., et al., ) <br> ) <br>                              Debtor. ) <br> Tax No. XX-XXX3875                ) | Chapter 11 <br><br> Case No. 08-35653-KRH |

## APPEARANCE AND REQUEST TO RECEIVE NOTICES

To:    The Clerk of the Above Named Court

Please enter my appearance as counsel for the Taubman Landlords,[1] as Creditors in the above named action. This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002(g), that all notices required to be mailed or electronically delivered to creditors under Bankruptcy Rule 2002 be mailed to the following address:

                             Andrew S. Conway, Esq.
                             200 East Long Lake Road, Suite 300
                             Bloomfield Hills, Michigan 48304
                             Email address: Aconway@taubman.com

Dated: November 10, 2008        Andrew S. Conway
                                           Attorney for the Taubman Landlords
                                           By:     /s/ Andrew S. Conway
                                           Andrew S. Conway
                                           (248) 258-7427

---

[1] The Taubman Landlords, including Taubman Auburn Hills Associates Limited Partnership, are the owners of certain regional retail shopping centers, which include Great Lakes Crossing located in Auburn Hills, Michigan.

Doc ID: 4112.1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) | |
| | ) | Case No. 08-35653-KRH |
| Debtor. | ) | |
| Tax No. XX-XXX3875 | ) | |

**NOTICE OF FILING OF GENERAL POWER OF ATTORNEY**

To: Clerk of the Above Named Court:

Please take notice that the undersigned has been authorized to vote on any questions that may be lawfully submitted to creditors of the debtor in the above-entitled case; to vote for a trustee of the estate of the debtor and for a committee of creditors to execute in the name of the Taubman Landlords[1] (the "Claimants"), and on its behalf, and to file and prosecute, one or more proofs of claim, any supplements of amendments to proofs of claims; to receive dividends; and in general to perform any acts for the claimants in all matters arising in this case, pursuant to a General Power of Attorney, dated January 28, 2008 (a copy of which is attached hereto as Exhibit A).

Dated: November 10, 2008

Andrew S. Conway
Attorney for the Taubman Landlords

By:  /s/ Andrew S. Conway
Andrew S. Conway
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304
(248) 258-7427

---

[1] The Taubman Landlords, including Taubman Auburn Hills Associates Limited Partnership, are the owners of certain regional retail shopping centers, which include Great Lakes Crossing located in Auburn Hills, Michigan.

Doc ID: 4112.1

## GENERAL POWER OF ATTORNEY

To:   Andrew S. Conway, Esq.
      200 East Long Lake Road
      Suite 300
      Bloomfield Hills, Michigan 48304

The undersigned, on behalf of The Taubman Company LLC, d/b/a The Taubman Company, the managing agent for the "Taubman Landlords" (see attached list), hereby authorizes you as attorney in fact for the Taubman Landlords and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in any bankruptcy action in which any of the Taubman Landlords are creditors; to vote for a trustee of the estate of the debtor and for a committee of creditors; to execute in the name of the Taubman Landlords and on each of their behalf, and to file and prosecute, one or more proofs of claim, any supplements of amendments to proofs of claims; to receive dividends; and in general to perform any act for any of the Taubman Landlords in any bankruptcy action in which any of the Taubman Landlords are creditors.

Dated: January 28, 2008

The Taubman Company LLC,
a Delaware limited liability company

Managing Agents for the Taubman Landlords

By: _____
        Chris B. Heaphy
Its:    General Counsel

Doc ID: 1133.1

## ACKNOWLEDGMENT

Acknowledged before me on January 28, 2008, by Chris B. Heaphy, who says that he is the General Counsel of The Taubman Company LLC, d/b/a The Taubman Company, the Managing Agent for the Taubman Landlords, and is authorized to execute this power of attorney on behalf of the Taubman Landlords.

Susan K. Link
Notary Public, Oakland County, Michigan
My commission expires:
Acting in Oakland County, Michigan

SUSAN K LINK
Notary Public - Michigan
Oakland County
My Commission Expires Oct 10, 2012
Acting in the County of Oakland

Doc ID: 1133.1

# TAUBMAN LANDLORDS

| Landlord | Center Name |
|---|---|
| Arizona Mills L.L.C., a Delaware limited liability company | Arizona Mills Tempe, Arizona |
| La Cienega Partners Limited Partnership, a Delaware limited partnership | Beverly Center Los Angeles, California |
| Charleston Center L.L.C., a Delaware limited liability company | Charleston Place Charleston County, S. Carolina |
| Taubman-Cherry Creek Shopping Center L.L.C., a Delaware limited liability company | Cherry Creek Denver, Colorado |
| Dolphin Mall Associates LLC, a Delaware limited liability company | Dolphin Mall Miami, Florida |
| Fairlane Town Center LLC, a Michigan limited liability company | Fairlane Town Center Dearborn, Michigan |
| Fairfax Company of Virginia L.L.C., a Virginia limited liability company | Fair Oaks Fairfax, Virginia |
| Taubman Auburn Hills Associates Limited Partnership, a Delaware limited partnership | Great Lakes Crossing Auburn Hills, Michigan |
| Tampa Westshore Associates Limited Partnership, A Delaware limited partnership | International Plaza Tampa, Florida |
| MacArthur Shopping Center LLC, A Delaware limited liability company | MacArthur Center Norfolk, Virginia |
| Forbes Taubman Orlando, L.L.C., a Michigan limited liability company | The Mall at Millenia Orlando, Florida |
| TRG Charlotte LLC, a Delaware limited liability company | Northlake Village Charlotte, North Carolina |
| Oyster Bay Associates Limited Partnership, A Delaware limited partnership | The Mall at Oyster Bay Syosset, New York |
| Partridge Creek Fashion Park LLC, a Delaware limited liability company | The Mall at Partridge Creek Clinton Township, Michigan |

| **Landlord** | **Center Name** |
|---|---|
| Atlantic Pier Associates, LLC, a Delaware limited liability company | The Pier Shops at Caesars Atlantic City, New Jersey |
| Taubman Regency Square Associates, LLC, a Delaware limited liability company | Regency Square Richmond, Virginia |
| Short Hills Associates, L.L.C., a Delaware limited liability company | The Mall at Short Hills Millburn, New Jersey |
| Rich-Taubman Associates, a Connecticut general partnership | Stamford Town Center Stamford, Connecticut |
| Stony Point Fashion Park Associates, L.L.C., a Delaware limited liability company | Stony Point Fashion Park Richmond, Virginia |
| SunValley Shopping Center LLC, a Delaware limited liability company | SunValley Concord, California |
| Twelve Oaks Mall, LLC, a Michigan limited liability company | Twelve Oaks Mall Novi, Michigan |
| Waterside at Pelican Bay LLC, a Delaware limited liability company | Waterside Shops at Pelican Bay Naples, Florida |
| TJ Palm Beach Associates Limited Partnership, a Delaware limited partnership | The Mall at Wellington Green West Palm Beach, Florida |
| West Farms Mall, LLC, a Delaware limited liability company | Westfarms Mall West Hartford/Farmington, Connecticut |
| Willow Bend Shopping Center Limited Partnership, a Delaware limited partnership | The Shops at Willow Bend Plano, Texas |
| Woodfield Mall LLC, a Delaware limited liability company | Woodfield Schaumburg, Illinois |
| Woodland Shopping Center Limited Partnership, a Delaware limited partnership | Woodland Grand Rapids, Michigan |

Doc ID: 1133.1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| In re:  )<br>  )<br>CIRCUIT CITY STORES, INC., et al.,  )<br>  )<br>               Debtor.  )<br>Tax No. XX-XXX3875  ) | Chapter 11<br><br>Case No. 08-35653-KRH |

**CERTIFICATE OF SERVICE**

Susan K. Link, being first duly sworn, deposes and says that she is an employee of The Taubman Company, and that on November 10, 2008, she served a copy of an **Appearance and Request to Receive Notices, Notice of Filing of General Power of Attorney, and this Certificate of Service**, via Notice of Electronic Filing and/or by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing the envelopes and their contents in the United States mail, addressed as follows:

| | |
|---|---|
| Daniel F. Blanks, Esq.<br>McGuire Woods LLP<br>101 W. Main Street<br>Norfolk, VA 23510 | W. Clarkson McDow, Jr.<br>U.S. Trustee<br>Office of the U.S. Trustee<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219 |

                                                                /s/ Susan K. Link
                                                                Susan K. Link

Subscribed and sworn to before me,
on this 10th day of November, 2008
      /s/ Wendy L. Paul
Wendy L. Paul, Notary Public
Oakland County, Michigan
My commission expires: 10/4/10
Acting in Oakland County, MI