Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                          :  Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :  Case No. 08-35653
et al.,                         :
                                :
              Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SETTING AN EXPEDITED HEARING ON "FIRST DAY
PLEADINGS" AND FOR RELATED RELIEF**

Upon the motion (the "Motion")[1] of the Debtors

for an order, pursuant to Bankruptcy Code sections 105

and Rule 9013-1(M) and (N) of the Local Bankruptcy Rules

---

[1]  Capitalized terms not otherwise defined herein shall have the
meanings ascribed to such terms in the Motion.

1

for the United States Bankruptcy Court for the Eastern
District of Virginia (the "Local Bankruptcy Rules"),
authorizing, but not directing, setting an expedited
hearing at the Court's earliest convenience on the
Debtors' "first day" motions and applications and
deeming the Debtors' notice of the First Day Hearing as
set forth herein to be adequate and appropriate notice
under the circumstances and the First Day Affidavit; and
the Court having reviewed the Motion and the Besanko
Declaration; and the Court having determined that the
relief requested in the Motion is in the best interests
of the Debtors, their estates, their creditors, and
other parties in interest; and it appearing that proper
and adequate notice of the Motion has been given and
that no other or further notice is necessary; and upon
the record herein; and after due deliberation thereon;
and good and sufficient cause appearing therefor, it is
hereby

**ORDERED, ADJUDGED AND DECREED that:**

1.    The Motion is GRANTED.

2.    A hearing will be held on November 10,
2008 at 1:00 p.m., prevailing Eastern Time (the "First

2

Day Hearing"), to hear and consider the "first day"
motions and applications listed on the proposed agenda
attached hereto as Exhibit A (collectively, the "First
Day Pleadings").

3.    The form of the Notice Of Bankruptcy
Filing And Debtor's Presentation Of Motions And
Applications To The Court For Consideration attached
hereto as Exhibit B (the "First Day Notice") is hereby
approved in all respects.

4.    Service (a) by hand or facsimile, of the
First Day Pleadings and related documents (including the
First Day Notice) on: (i) the Office of the United
States Trustee for the Eastern District of Virginia, (ii)
counsel to the agent for Debtors' postpetition lenders,
and (iii) counsel to the agent for the Debtors'
prepetition lenders; and (b) service by facsimile of the
First Day Notice on the following parties for which the
Debtors have a facsimile number: (i) the entities listed
on the Consolidated List of Creditors Holding the Fifty
(50) Largest Unsecured Claims filed pursuant to
Bankruptcy Rule 1007(d), (ii) the banks at which the
Debtors maintain bank accounts, (iii) each of the

3

landlords for which the Debtors are seeking to reject an unexpired lease of non-residential real property; (iv) the Internal Revenue Service, and (v) the Securities and Exchange Commission, is adequate and appropriate notice of the First Day Hearing under the circumstances.

5.    The notice requirements of Local Bankruptcy Rule 9013-1(M) are hereby waived for the Motion and the other First Day Pleadings, subject to the Court's right, upon further consideration at the First Day Hearing, to require additional notice with respect to any particular First Day Pleading, other than this Motion.

6.    Subject to the Debtors serving the First Day Pleadings in accordance with this Order, the requirements of Local Bankruptcy Rule 9022-1(B), (C) are hereby waived for the Motion and the other First Day Pleadings.

7.    The requirement of filing a written response to the First Day Pleadings is waived.

8.    The endorsement requirement of Local Bankruptcy Rule 9022-1(C) is hereby waived for the purposes of this Order.

4

9.    A copy of this Order shall be separately docketed in each of the Debtors' chapter 11 cases.

10.   The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

11.   The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

12.   The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

13.   The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:   Richmond, Virginia
         [_____], 2008

                              _____
                              UNITED STATES BANKRUPTCY JUDGE

5

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel to the Debtors
and Debtors in Possession

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

     I hereby certify that notice of the Debtors' intent
to seek entry of the foregoing proposed order was
provided to the parties identified in the Motion and
copy of this proposed order was provided to the Office
of the United States Trustee for the Eastern District of
Virginia prior to submission to this Court.

                     /s/ Douglas M. Foley

Exhibit A

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                             :    Chapter 11
In re:                       :
                             :    Case No. 08-35653
CIRCUIT CITY STORES, INC.,   :
et al.,                      :    Jointly Administered
                             :
            Debtors.[1]      :
                             :
- - - - - - - - - - - - - - - x

_____

[1]   The Debtors and the last four digits of their respective taxpayer
      identification numbers are as follows: Circuit City Stores, Inc.
      (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN,
      Inc. (0875), Ventoux International, Inc. (1838), Circuit City
      Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC
      Distribution Company of Virginia, Inc. (2821), Circuit City
      Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
      Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796),
                                                        (cont'd)

### AGENDA OF MATTERS SCHEDULED FOR HEARING ON
### NOVEMBER 10, 2008 AT 1:00 P.M.

Set forth below are the matters previously

scheduled to be heard before the Honorable [___], United

States Bankruptcy Judge, in the United States Bankruptcy

Court for the Eastern District of Virginia, Spottswood W.

Robinson III & Robert R. Merhige, Jr., U.S. Courthouse,

Courtroom 5000, 701 East Broad Street Richmond, VA

23219-1888, on November 10, 2008 beginning at 1:00 p.m.

Eastern.

### I.   INTRODUCTION

Preliminary Remarks and Introduction

1.   Declaration Of Bruce H. Besanko, Executive Vice
     President And Chief Financial Officer Of Circuit
     City Stores, Inc., In Support Of Chapter 11
     Petitions And First Day Pleadings (Docket No. 22)

### II.  FIRST-DAY PAPERS

2.   Motion Of The Debtors, Pursuant To 11 U.S.C. § 105
     And Local Bankruptcy Rule 9013-1(M), For An Order
     Setting An Expedited Hearing On "First Day
     Pleadings" And For Related Relief (Docket No. 25)

---

*(cont'd from previous page)*
Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263),
Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address
for Circuit City Stores West Coast, Inc. is 9250 Sheridan
Boulevard, Westminster, Colorado 80031.  For all other Debtors,
the address is 9950 Mayland Drive, Richmond, Virginia 23233.

3.   Motion Of Debtors For Order Directing Joint
     Administration Pursuant To Bankruptcy Code Section
     302 And Bankruptcy Rule 1015(b) And Waiving
     Requirements Of Bankruptcy Code Sections 105 And
     342(C)(1) And Rules 1005 And 2002(n) (Docket No. 3)

4.   Application Of Debtors For Order Under 28 U.S.C. §
     156(c) And Bankruptcy Rule 2002(f) Approving
     Agreement With Kurtzman Carson Consultants LLC And
     Appointing As Claims, Noticing, And Balloting Agent
     (Docket No. 17)

5.   Motion Of The Debtors For An Order Pursuant To
     Bankruptcy Code Sections 102 And 105, Bankruptcy
     Rules 2002 And 9007, And Local Bankruptcy Rules
     2002-1 And 9013-1 Establishing Certain Notice, Case
     Management And Administrative Procedures (Docket No.
     5)

6.   Motion Of The Debtors, Pursuant To 11 U.S.C. §§
     105(a), 342(a) And 521, Fed. R. Bankr. P. 1007 And
     Local Bankruptcy Rule 1007-1, For Authority To (A)
     Prepare A List Of Creditors In Lieu Of Submitting A
     Formatted Mailing Matrix And (B) File A
     Consolidated List Of The Debtors' Fifty (50)
     Largest Unsecured Creditors (Docket No. 4)

7.   Motion Of Debtors For Order Pursuant To 11 U.S.C.
     §§ 105(a), 363 And 364 And Fed. R. Bankr. P. 6003
     (I) Authorizing Maintenance Of Existing Bank
     Accounts, (II) Authorizing Use Of Existing Business
     Forms, (III) Authorizing Use Of Existing Cash
     Management System, (IV) Authorizing Intercompany
     Transactions And (V) Granting Superpriority Status
     To Intercompany Claims (Docket No. 15)

8.   Motion of the Debtors for Interim and Final Waivers
     of Investment and Deposit Requirements Pursuant to
     Bankruptcy Code Sections 105 and 345 (Docket No. 16)

4

9.  Debtors' Motion For Order Pursuant To Bankruptcy
    Code Sections 105(a), 363, 507(a), 541, 1107(a) And
    1108 And Bankruptcy Rule 6003 Authorizing Debtors
    To Pay Prepetition Wages, Compensation, And
    Employee Benefits (Docket No. 6)

10. Motion Of The Debtors For Order Pursuant To
    Bankruptcy Code Sections 105(a), 506(a), 507(a)(8),
    541 And 1129 And Bankruptcy Rule 6003 Authorizing
    The Debtors To Pay Prepetition Sales, Use, Trust
    Fund And Other Taxes And Related Obligations
    (Docket No. 7)

11. Motion Of Debtors For Order Under Bankruptcy Code
    Sections 105(a),363, And 366, And Bankruptcy Rule
    6003 (I) Approving Debtors' Adequate Assurance Of
    Payment, (II) Establishing Procedures For Resolving
    Requests By Utility Companies For Additional
    Assurance Of Payment, (III) Scheduling A Hearing
    With Respect To Contested Adequate Assurance Of
    Payment Requests, And (IV) Authorizing Debtors To
    Pay Claims Of A Third Party Vendor (Docket No. 8)

12. Debtors' Motion For Order Pursuant To Bankruptcy
    Code Sections 105(a), 363, 506, 507(a), 553,
    1107(a), 1108 And 1129(b) And Bankruptcy Rule 6003
    Authorizing Continuation Of Certain Customer
    Practices (Docket No. 9)

13. Debtors' Motion For Order Pursuant To Bankruptcy
    Code Sections 105, 362(b), 363, 503(b), 506, 546(b),
    1107(a) And 1108 And Bankruptcy Rule 6003
    Authorizing Payment Of Certain Prepetition Shipping
    And Delivery Charges (Docket No. 10)

14. Debtors' Motion For Order Pursuant To Bankruptcy
    Code Sections 105(a), 362(b), 506, 546(b), 1107(a),
    1108 And 1129 And Bankruptcy Rule 6003 Authorizing
    Payment Of Contractors In Satisfaction Of Liens
    (Docket No. 11)

15. Motion Of Debtors For Order Pursuant To Bankruptcy
    Code Sections 105, 363, 1107(a) And 1108, And
    Bankruptcy Rule 6003 Authorizing Debtors To Pay
    Prepetition Claims Of Certain Foreign Vendors And
    Service Providers (Docket No. 12)

16. Motion Of The Debtors For Order Pursuant To
    Bankruptcy Code Sections 105, 363, 364, 1107 And
    1108, And Bankruptcy Rule 6003 (I) Authorizing
    Debtors To Maintain Insurance Policies, Pay
    Insurance Obligations, And Renew Insurance Policies;
    (II) Authorizing Intercompany Transactions; And
    (III) Granting Superpriority Claim Status To
    Postpetition Intercompany Claims (Docket No. 13)

17. Motion Of Debtors For Order Under Bankruptcy Code
    Sections 105(a), 362, 503(b), 507(a), 546(c), And
    546(h) (I) Granting Administrative Expense Status
    To Obligations From Postpetition Delivery Of Goods;
    (II) Authorizing Payment Of Expenses In The
    Ordinary Course Of Business; (III) Authorizing
    Debtors To Return Goods; And (IV) Establishing
    Procedures For Reclamation Demands (Docket No. 14)

18. Debtors' Motion For Interim And Final Orders
    Pursuant To 11 U.S.C. §§ 105, 361, 362, 363 And 364
    And Federal Rules Of Bankruptcy Procedure 2002 And
    4001 (I) Authorizing Debtors (A) To Obtain
    Postpetition Financing And (B) To Utilize Cash
    Collateral; (II) Granting Adequate Protection; And
    (III) Scheduling Interim And Final Hearings (Docket
    No. 23)

19. Motion Of The Debtors For Entry Of Order Pursuant
    To Bankruptcy Code Sections 105, 363 And 365 (I)
    Assuming The Agency Agreement Among The Debtors,
    Hilco Merchant Resources, LLC And Gordon Brothers
    Retail Partners, LLC, And (II) Authorizing The
    Debtors To Continue Agency Agreement Sales Pursuant
    To Store Closing Agreement (Docket No. 24)

20. Debtors' Motion For Order Pursuant To 11 U.S.C. §§
    105(a), 365(a) And 554 And Fed. R.  Bankr. P. 6006
    Authorizing Rejection Of Unexpired Leases Of
    Nonresidential Real Property And Abandonment Of
    Personal Property Effective As Of The Petition Date
    (Docket No. 21)

21. Motion Of Debtors For Order Establishing Bar Date
    For Filing Requests For Payment Of Administrative
    Expense Claims Under Bankruptcy Code Sections 105
    And 503(b)(9) And Approving Form, Manner And
    Sufficiency Of Notice Of The Bar Date Pursuant To
    Bankruptcy Rule 9007 (Docket No. 19)

22. Motion For Order Under 11 U.S.C. §§ 105, 362 And
    541 And Fed. R. Bankr. P. 3001 And 3002
    Establishing Notice, Hearing, And Sell-Down
    Procedures For Trading In Equity Securities And
    Claims Against The Debtors' Estates (Docket No. 20)

23.   Motion to File Certain Documents Under Seal (Docket
      No.____)


Dated: November 10, 2008
       Richmond, Virginia
                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                    - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            333 West Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                    - and -

                            MCGUIREWOODS LLP


                            /s/ Douglas M. Foley
                            Dion W. Hayes (VSB No. 34304)
                            Douglas M. Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Proposed Counsel for Debtors and
                            Debtors in Possession

8

Exhibit B

Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                                 :   Chapter 11
In re:                           :
                                 :   Case No. 08-35653
CIRCUIT CITY STORES, INC.,       :
et al.,                          :   Jointly Administered
                                 :
            Debtors.[1]          :
                                 :
- - - - - - - - - - - - - - - x
_____

[1]   The Debtors and the last four digits of their respective taxpayer
      identification numbers are as follows: Circuit City Stores, Inc.
      (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN,
      Inc. (0875), Ventoux International, Inc. (1838), Circuit City
      Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC
      Distribution Company of Virginia, Inc. (2821), Circuit City
      Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
      Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796),
      Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263),
                                                               (cont'd)

1

**NOTICE OF BANKRUPTCY FILING AND DEBTORS' PRESENTATION OF
MOTIONS AND APPLICATIONS TO THE COURT FOR CONSIDERATION**

PLEASE TAKE NOTICE that on November 10, 2008,
Circuit City Stores, Inc. and its affiliates (the
"Affiliate Debtors"), the debtors and debtors-in-
possession in the above-captioned cases (collectively,
the "Debtors"), filed voluntary petitions for relief
under chapter 11 of title 11 of the United States Code
with the United States Bankruptcy Court for the Eastern
District of Virginia (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Debtors
have requested that the first-day hearing in these cases
(the "First-Day Hearing") be held on a date to be
announced, to consider the following applications and
motions:

1.    Motion Of The Debtors, Pursuant To 11 U.S.C. § 105
      And Local Bankruptcy Rule 9013-1(M), For An Order
      Setting An Expedited Hearing On "First Day
      Pleadings" And For Related Relief (Docket No. 25)

---

*(cont'd from previous page)*
Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address
for Circuit City Stores West Coast, Inc. is 9250 Sheridan
Boulevard, Westminster, Colorado 80031.  For all other Debtors,
the address is 9950 Mayland Drive, Richmond, Virginia 23233.

2

2.   Motion Of Debtors For Order Directing Joint
     Administration Pursuant To Bankruptcy Code Section
     302 And Bankruptcy Rule 1015(b) And Waiving
     Requirements Of Bankruptcy Code Sections 105 And
     342(C)(1) And Rules 1005 And 2002(n) (Docket No. 3)

3.   Application Of Debtors For Order Under 28 U.S.C. §
     156(c) And Bankruptcy Rule 2002(f) Approving
     Agreement With Kurtzman Carson Consultants LLC And
     Appointing As Claims, Noticing, And Balloting Agent
     (Docket No. 17)

4.   Motion Of The Debtors For An Order Pursuant To
     Bankruptcy Code Sections 102 And 105, Bankruptcy
     Rules 2002 And 9007, And Local Bankruptcy Rules
     2002-1 And 9013-1 Establishing Certain Notice, Case
     Management And Administrative Procedures (Docket No.
     5)

5    Motion Of The Debtors, Pursuant To 11 U.S.C. §§
     105(a), 342(a) And 521, Fed. R. Bankr. P. 1007 And
     Local Bankruptcy Rule 1007-1, For Authority To (A)
     Prepare A List Of Creditors In Lieu Of Submitting A
     Formatted Mailing Matrix And (B) File A
     Consolidated List Of The Debtors' Fifty (50)
     Largest Unsecured Creditors (Docket No. 4)

6.   Motion Of Debtors For Order Pursuant To 11 U.S.C.
     §§ 105(a), 363 And 364 And Fed. R. Bankr. P. 6003
     (I) Authorizing Maintenance Of Existing Bank
     Accounts, (II) Authorizing Use Of Existing Business
     Forms, (III) Authorizing Use Of Existing Cash
     Management System, (IV) Authorizing Intercompany
     Transactions And (V) Granting Superpriority Status
     To Intercompany Claims (Docket No. 15)

7.   Motion of the Debtors for Interim and Final Waivers
     of Investment and Deposit Requirements Pursuant to
     Bankruptcy Code Sections 105 and 345 (Docket No. 16)

3

8.   Debtors' Motion For Order Pursuant To Bankruptcy
     Code Sections 105(a), 363, 507(a), 541, 1107(a) And
     1108 And Bankruptcy Rule 6003 Authorizing Debtors
     To Pay Prepetition Wages, Compensation, And
     Employee Benefits (Docket No. 6)

9.   Motion Of The Debtors For Order Pursuant To
     Bankruptcy Code Sections 105(a), 506(a), 507(a)(8),
     541 And 1129 And Bankruptcy Rule 6003 Authorizing
     The Debtors To Pay Prepetition Sales, Use, Trust
     Fund And Other Taxes And Related Obligations
     (Docket No. 7)

10.  Motion Of Debtors For Order Under Bankruptcy Code
     Sections 105(a),363, And 366, And Bankruptcy Rule
     6003 (I) Approving Debtors' Adequate Assurance Of
     Payment, (II) Establishing Procedures For Resolving
     Requests By Utility Companies For Additional
     Assurance Of Payment, (III) Scheduling A Hearing
     With Respect To Contested Adequate Assurance Of
     Payment Requests, And (IV) Authorizing Debtors To
     Pay Claims Of A Third Party Vendor (Docket No. 8)

11.  Debtors' Motion For Order Pursuant To Bankruptcy
     Code Sections 105(a), 363, 506, 507(a), 553,
     1107(a), 1108 And 1129(b) And Bankruptcy Rule 6003
     Authorizing Continuation Of Certain Customer
     Practices (Docket No. 9)

12.  Debtors' Motion For Order Pursuant To Bankruptcy
     Code Sections 105, 362(b), 363, 503(b), 506, 546(b),
     1107(a) And 1108 And Bankruptcy Rule 6003
     Authorizing Payment Of Certain Prepetition Shipping
     And Delivery Charges (Docket No. 10)

13.  Debtors' Motion For Order Pursuant To Bankruptcy
     Code Sections 105(a), 362(b), 506, 546(b), 1107(a),
     1108 And 1129 And Bankruptcy Rule 6003 Authorizing
     Payment Of Contractors In Satisfaction Of Liens
     (Docket No. 11)

4

14.  Motion Of Debtors For Order Pursuant To Bankruptcy
     Code Sections 105, 363, 1107(a) And 1108, And
     Bankruptcy Rule 6003 Authorizing Debtors To Pay
     Prepetition Claims Of Certain Foreign Vendors And
     Service Providers (Docket No. 12)

15.  Motion Of The Debtors For Order Pursuant To
     Bankruptcy Code Sections 105, 363, 364, 1107 And
     1108, And Bankruptcy Rule 6003 (I) Authorizing
     Debtors To Maintain Insurance Policies, Pay
     Insurance Obligations, And Renew Insurance Policies;
     (II) Authorizing Intercompany Transactions; And
     (III) Granting Superpriority Claim Status To
     Postpetition Intercompany Claims (Docket No. 13)

16.  Motion Of Debtors For Order Under Bankruptcy Code
     Sections 105(a), 362, 503(b), 507(a), 546(c), And
     546(h) (I) Granting Administrative Expense Status
     To Obligations From Postpetition Delivery Of Goods;
     (II) Authorizing Payment Of Expenses In The
     Ordinary Course Of Business; (III) Authorizing
     Debtors To Return Goods; And (IV) Establishing
     Procedures For Reclamation Demands (Docket No. 14)

17.  Debtors' Motion For Interim And Final Orders
     Pursuant To 11 U.S.C. §§ 105, 361, 362, 363 And 364
     And Federal Rules Of Bankruptcy Procedure 2002 And
     4001 (I) Authorizing Debtors (A) To Obtain
     Postpetition Financing And (B) To Utilize Cash
     Collateral; (II) Granting Adequate Protection; And
     (III) Scheduling Interim And Final Hearings (Docket
     No. 23)

18.  Motion Of The Debtors For Entry Of Order Pursuant
     To Bankruptcy Code Sections 105, 363 And 365 (I)
     Assuming The Agency Agreement Among The Debtors,
     Hilco Merchant Resources, LLC And Gordon Brothers
     Retail Partners, LLC, And (II) Authorizing The
     Debtors To Continue Agency Agreement Sales Pursuant
     To Store Closing Agreement (Docket No. 24)

19. Debtors' Motion For Order Pursuant To 11 U.S.C. §§
    105(a), 365(a) And 554 And Fed. R. Bankr. P. 6006
    Authorizing Rejection Of Unexpired Leases Of
    Nonresidential Real Property And Abandonment Of
    Personal Property Effective As Of The Petition Date
    (Docket No. 21)

20. Motion Of Debtors For Order Establishing Bar Date
    For Filing Requests For Payment Of Administrative
    Expense Claims Under Bankruptcy Code Sections 105
    And 503(b)(9) And Approving Form, Manner And
    Sufficiency Of Notice Of The Bar Date Pursuant To
    Bankruptcy Rule 9007 (Docket No. 19)

21. Motion For Order Under 11 U.S.C. §§ 105, 362 And
    541 And Fed. R. Bankr. P. 3001 And 3002
    Establishing Notice, Hearing, And Sell-Down
    Procedures For Trading In Equity Securities And
    Claims Against The Debtors' Estates (Docket No. 20)

23. Motion to File Certain Documents Under Seal (Docket
    No._____)

        PLEASE TAKE FURTHER NOTICE that in addition to

the documents listed above, the Debtors also have filed

with the Bankruptcy Court the following document:

1.  Declaration Of Bruce H. Besanko, Executive Vice
    President And Chief Financial Officer Of Circuit
    City Stores, Inc., In Support Of Chapter 11
    Petitions And First Day Pleadings (Docket No. 22).

        PLEASE TAKE FURTHER NOTICE that copies of the

above referenced documents may be obtained from Circuit

City Stores, Inc.'s bankruptcy website,

http://www.kccllc.net/circuitcity

6

PLEASE TAKE FURTHER NOTICE that documents also

are immediately available through PACER on the court's

website: https://ecf.vaeb.uscourts.gov/cgi-bin/iquery.pl


Dated: November 10, 2008
       Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel for Debtors and
Debtors in Possession

7