UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: § | |
| § | CASE NO. 08-35653-KRH-11 |
| CIRCUIT CITY STORES, INC. § | |
| § | Chapter 11 |
| Debtor § | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548

The Comptroller respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        */s/ Mark Browning*
        MARK BROWNING
        Assistant Attorney General
        Texas State Bar No. 03223600
        Bankruptcy & Collections Division
        P. O. Box 12548
        Austin, TX 78711-2548
        Telephone: (512) 475-4883
        Facsimile: (512) 482-8341
        mark.browning@oag.state.tx.us

        ATTORNEYS FOR THE TEXAS
        COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on November 10, 2008, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

Circuit City Stores, Inc.
9930 Mayland Drive
Richmond, VA 23233

By Electronic Means as listed on the Court's ECF Noticing System:

Mark K. Ames mark@taxva.com
Daniel F. Blanks dblanks@mcguirewoods.com
Sarah Beckett Boehm sboehm@mcguirewoods.com, kcain@mcguirewoods.com
Charles W. Chotvacs chotvacsc@ballardspahr.com, aconway@taubman.com;Pollack@ballardspahr.com
Andrew S. Conway aconway@taubman.com
Bradford F. Englander benglander@linowes-law.com, klevie@linowes-law.com;jkneeland@linowes-law.com;gduvall@linowes-law.com;nconstantino@linowes-law.com;bnestor@linowes-law.com
David J. Ervin dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Douglas M. Foley dfoley@mcguirewoods.com
Laura Lawton Gee lgee@bakerlaw.com, cydavis@bakerlaw.com

Dion W. Hayes dhayes@mcguirewoods.com
W. Clarkson McDow, Jr. USTPRegion04.RH.ECF@usdoj.gov
Joseph S. Sheerin jsheerin@mcguirewoods.com
Ronald M. Tucker rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,shclark@simon.com
Mitchell B. Weitzman mweitzman@beankinney.com, npeele@beankinney.com

*/s/ Mark Browning*
MARK BROWNING