IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In Re:<br><br>CIRCUIT CITY STORES, INC., *et al.*<br><br>Debtors | Case No. 08-35653-KRH<br><br>Chapter 11 |

## VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION BY BEAN, KINNEY & KORMAN, P.C. UNDER RULE 2019

Mitchell B. Weitzman and Bean, Kinney & Korman, P.C. hereby file this verified statement, in accordance with Bankruptcy Rule 2019, with respect to their legal representation of Tysons 3, LLC and Madison Waldorf, LLC, and state as follows:

1.  The names and addresses of the creditors represented by Bean Kinney & Korman, P.C. in this matter are as follows:

    Tysons 3, LLC
    c/o The Ziegler Companies, LLC
    P.O. Box 1393
    Great Falls, VA 22055

    Madison Waldorf, LLC
    c/o Madison Marquette Realty Service
    2001 Pennsylvania Ave., N.W. 10th Floor
    Washington, DC 20002

LAW OFFICES
BEAN, KINNEY & KORMAN
A PROFESSIONAL CORPORATION
2300 WILSON BOULEVARD, 7TH FLOOR
ARLINGTON, VIRGINIA 22201

Mitchell B. Weitzman
Bean Kinney & Korman, P.C.
2300 Wilson Boulevard, Seventh Floor
Arlington, Virginia 22201
Tel: (703) 525-4000; Fax: (703) 525-2207

In re:  Circuit City Stores, Inc.            Case No. 08-35653-KRH

2.     Tysons 3, LLC and Madison Waldorf, LLC are two (2) non-residential landlords and intend to participate in the lease disposition and claims filing processes.

3.     Tysons 3, LLC retained Bean Kinney & Korman, P.C. on November 10, 2008 and Madison Waldorf, LLC retained Bean Kinney & Korman, P.C. on November 10, 2008 . Mitchell B. Weitzman is the primary contact at Bean Kinney & Korman, P.C. for both parties.

4.     These creditors have not yet determined the nature and amount of any claims to be asserted.

This statement is hereby executed by Mitchell B. Weitzman on behalf of Bean Kinney & Korman, P.C. effective as of November 10, 2008.

Date:  November 10, 2008

                                       By:     /s/ Mitchell B. Weitzman
                                                    Mitchell B. Weitzman
                                                    Bean, Kinney & Korman, P.C.
                                                    2300 Wilson Boulevard, 7th Floor
                                                    Arlington, Virginia  22201
                                                    Counsel for the Tysons 3, LLC
                                                    and Madison Waldorf, LLC

In re: Circuit City Stores, Inc.                                  Case No. 08-35653-KRH

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2008, the foregoing Verified Statement of Multiple Creditor Representation was filed with the Clerk of the Court using the Court's CM/ECF system and served electronically or via First-Class mail, postage prepaid, upon the persons required to be served pursuant to the Case Management Order entered in this case.

| Daniel F. Blanks<br>McGuire Woods, LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510 | Sarah Beckett Boehm<br>McGuire Woods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219 |
|---|---|

/s/ Mitchell B. Weitzman
Mitchell B. Weitzman