IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

In Re:

CIRCUIT CITY STORES, INC., *et al.*

Debtors

Case No. 08-35653-KRH

(Chapter 11)

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby enter his appearance on behalf of Madison Waldorf, LLC, and its management agent, Madison Marquette Realty Services, and pursuant to Bankruptcy Code §§ 342(a) and 1109(b), as well as Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and the Local Rules of this Court. The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon:

> Mitchell B. Weitzman, Esquire
> Mweitzman@beankinney.com
> BEAN, KINNEY & KORMAN, P.C.
> 2300 Wilson Boulevard, 7th Floor
> Arlington, Virginia 22201
> (703) 525-4000; (703) 525-2207 Facsimile

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code § 1109(b) and Federal Rule of Bankruptcy Procedure 9010(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but

Mitchell B. Weitzman, VSB 28434
Counsel for Madison Waldorf, LLC
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
(703) 525-4000; (703) 525-2207 (Fax)

also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy or otherwise, which may in any way affect or seek to affect any right or interest of Madison Waldorf, LLC, and its management agent, Madison Marquette Realty Services.

Respectfully submitted,

By: /s/   Mitchell B. Weitzman
Mitchell B. Weitzman, VSB 28434
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia  22201
(703) 525-4000; (703) 525-2207 fax
Counsel for Madison Waldorf, LLC

### CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2008, a copy of the foregoing Entry of Appearance and Request for Service of Papers is to be served by electronic means via the Court's ECF/CM system.

Daniel F. Blanks
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

/s/ Mitchell B. Weitzman
Mitchell B. Weitzman