Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel to the Debtors
and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                              :
In re:                        :    Chapter 11
                              :
                              :    Case No. 08-
CIRCUIT CITY STORES, INC.,    :
et al.,                       :
                              :    Jointly Administered
         Debtors.             :
- - - - - - - - - - - - - - - :
                              x

**ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 365(a)
AND 554 AND FED. R. BANKR. P. 6006 AUTHORIZING
REJECTION OF UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND ABANDONMENT OF PERSONAL PROPERTY
EFFECTIVE AS OF THE PETITION DATE**

Upon the motion (the "Motion")[1] of the Debtors for an order pursuant to Bankruptcy Code sections 105(a), 365(a) and 554 and Bankruptcy Rule 6006, authorizing the Debtors (i) to reject certain unexpired leases of nonresidential real property, including any amendments or modifications thereto (collectively, the "Leases") for the locations listed on Exhibit A hereto (the "Premises") and any guaranties thereof, effective as of the petition date (the "Rejection Date") and (ii) to abandon any equipment, furniture, or fixtures located at the Premises on the Rejection Date; and the Court having reviewed the Motion and the Besanko Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED.

2. The Leases and any guaranties (to the extent executory) thereof are hereby rejected effective as of the Petition Date, provided the Debtors surrender possession not later than November 12, 2008. Any subleases associated with the Leases or the Premises are hereby rejected effective as of the Petition Date. Nothing in this paragraph 2 shall preclude a Landlord from seeking rejection damages against a guarantor of a rejected guaranty, in addition to such Landlord's right to seek lease rejection damages.

3. Pursuant to Bankruptcy Code section 554, the Debtors are authorized to abandon any and all furniture, fixtures, equipment, inventory and/or any other personal property ("Abandoned Property") located at the Premises, and such Abandoned Property is deemed abandoned, on the Rejection Date to the Landlords, and the Landlords may, in their sole discretion and without further notice, dispose of such Abandoned Property

without liability to the Debtors or any third parties claiming an interest in such Abandoned Property.

4. All Landlords seeking to object to the relief requested in this Motion must file such objection and service it upon counsel for the Debtors so as to be actually received on or before November 20, 2008, at 4:00 p.m. (Eastern) (the "Objection Deadline"). The deadline for any objection by the Official Committee of Unsecured Creditors shall be due on or before November 15, 2008, at 4:00 p.m. (Eastern).

5. If a Landlord Objection is not filed and actually received on or before the Objection Deadline, this Order shall automatically become final and non-appealable.

6. In the event that one or more Landlord Objections are filed, the Hearing on such objections shall be held December 5, 2008, at 10:00 a.m. (Eastern).

7. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

8. The Court retains jurisdiction to hear and determine all matters arising from or related to the

4

implementation or interpretation of this Order.

Dated:   Richmond, Virginia
         November 10, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

   - and -

/s/ Douglas M. Foley
_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel to the Debtors
and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    I hereby certify that notice of the Debtors' intent to seek entry of the foregoing proposed order was provided to the parties identified in the Motion and copy of this proposed order was provided to the Office of the United States Trustee for the Eastern District of Virginia prior to submission to this Court.

                                /s/ Douglas M. Foley
                                _____

**EXHIBIT A**

**List of Leases**

EXHIBIT A

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6001 | Syracuse Sublease (Former 1115 Service) (S/L) | 7351 Round Pond Road | Prime Lease | North Syracuse | Wee 97G-Syracuse Investment Trust | C/O David M. Van Driel | 6032 Dudley Court | | Arvada | CO | 80004 |
| 6022 | Miami Sublease (Former Dist./Hd 00208/00043) (S/L) | 3245-B Meridian Parkway | Prime Lease | | Lexington Lion Weston I Lp | C/O Md Hodges, And Ing Clarion Company | 3350 Riverwood Parkway, Suite 850 | | Atlanta | GA | 30339 |
| 6022 | Quantum Fine Casework, Inc. | 3245-B Meridian Parkway | Sublease | | Quantum Fine Casework, Inc. | 3245 Meridian Parkway | Attn: Jeff Mcgovern | | Weston | FL | 33331 |
| 6027 | Chicago Sublease (Former 226 Dist./59 Serv.) (S/L) | 6300-B Muirfield Drive | Prime Lease | Turnberry Lakes Business Ctr. | Circuit Distribution - Illinois | C/O Cardinal Capital Partners, Inc. | 8214 Westchester Drive | 9Th Floor | Dallas | TX | 75225-5520 |
| 6027 | Ge Transportation Systems | 6300-B Muirfield Drive | Sublease | | Ge Transportation Systems | | Chief Financial Officer, Bldg 14-5 | | Erie | PA | 16531 |
| 6028 | Chehalis Sublease (Former 367 Dist.) (S/L) | 208 Maurin Road | Prime Lease | | Chehalis Hawaii Partners, Llc | C/O Kurisu & Fergus | 1000 Bishop Street, Suite 310 | | Honolulu | HI | 96813 |
| 6028 | Dhl Express, Inc. | 208 Maurin Road | Sublease | | Dhl Global Business Services | 1200 S. Pine Island Road | Suite 500 | | Plantation | FL | 33324 |
| 6030 | Des Moines Sublease (Former 885 Dist.) (S/L) | 1010 S.E. 54Th Street | Prime Lease | | Cc - Investors 1996-17 Inc. | C/O Cardinal Capital Partners, Inc. | 8214 Westchester Drive, 9Th Floor | | Dallas | TX | 75225 |
| 6030 | Remington Seeds | 1010 S.E. 54Th Street | Sublease | | Remington Seeds, Llc | Attn: Steve Hageman | 4746 West Us Highway 24 | Po Box 9 | Remington | IN | 47977 |
| 6044 | Fredericksburg Ss Relo (Former Store #01/601) (S/L) | 3061 Plank Road | Prime Lease | | Tam Stockton, Llc | C/O Sansome Pacific Properties | 500 Washington Street Suite 475 | | San Francisco | CA | 94111 |
| 6044 | Dollar Tree Stores, Inc. (Store #630) | 3061 Plank Road | Sublease | | Dollar Tree Stores, Inc. | 500 Volvo Parkway | Attn: Real Estate | | Chesapeake | VA | 23320 |
| 6049 | Detroit Sublease (Former #1117 Service/Hd) | 7171 Haggerty Road | Prime Lease | | Carrollton Arms | C/O Bob Paciocco | 1330 Goldsmith | | Plymouth | MI | 48170 |
| 6051 | Gurnee Mills Ss Relo (S/L) (Former Store #03127) | 6609 Grand Avenue | Prime Lease | Grand Hunt Shopping Center | Olp 6609 Grand Llc | C/O One Liberty Properties, Inc. | 60 Cutter Mill Road | Suite 303 | Great Neck | NY | 11021 |
| 6051 | La-Z-Boy Showcase Shoppes, Inc. | 6609 Grand Avenue | Sublease | | La-Z-Boy Showcase Shoppes | | 724 Hoffman Street | | Hammond | IN | 46327 |

1

EXHIBIT A

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY |
|---|---|---|---|---|---|---|---|---|---|
| 6053 | El Paso East Ss Relo (Former Store #04508) | 1145 Westmoreland Drive | Prime Lease | | Sullivan Crosby Trust | 2851 Jacks Valley Road | | Sullivan, M. W. & Kathryn Crosby | Genoa |
| 6053 | Salom Sons Inc. | 1145 Westmoreland Drive | Sublease | | Salom Sons, Inc. | Caa Bella, 500 Zaeagosa, Suite K | Attn: Martha Salom | | El Paso |
| 6054 | Cherry Hill Ss Relo (Former Store #00734) | 2128 Route 38 | Prime Lease | | Silverstein - Trustee, Raymond | The Goodman Group | 131A Gaither Drive | | Mt. Laurel |
| 6057 | Columbus Ss Relo (Former Store #03200) (S/L) | 3001 Airport Throughway | Prime Lease | | Circuit Investors #2 Ltd. | C/O Robert Balogh | 777 Arthur Godfrey Road, #400 | | Miami Beach |
| 6057 | Restoration Ministries | 3001 Airport Throughway | Sublease | | Restoration Ministries | 4105 Beallwood Avenue | | | Columbus |
| 6102 | Fairfax Surplus (Former Store #03102) | 11220 James Swart Circle | Prime Lease | Fairfax Court | Fairfax Court Lp | C/O Simon Property Group | 225 W. Washington Street | | Indianapolis |
| 6112 #1612 | Kileen Mini-Ss (S/L) Surplus (Former Store | 2500 E. Central Texas Expwy., Suite C | Prime Lease | Cielo Vista S.C. | Bc Portland Partners, Inc. | 675 Third Ave. | Attn: Arthur Walker | | New York |
| 6112 | Wired Management, Llc | 2500 E. Central Texas Expwy., Suite C | Sublease | | Wired Management, Llc | Attn: Real Estate | 1033 South Fort Hood Street | | Killeen |
| 6133 | Darien Surplus (Former Store #03116) | 2157 75Th Street | Prime Lease | Darien Towne Center | Inland Us Management, Llc | 13068 Collections Center Drive | Darien Town Center | | Chicago |
| 6157 | Henrietta Ss Surplus (Former Store # 3155) | 1575 Marketplace Drive | Prime Lease | Marketplace Center | Southwind Ltd. | 5900 Wilshire Blvd. Suite 1425 | | | Los Angeles |
| 6178 | North Randall Surplus (Former Store #03178) | 21639 Miles Road | Prime Lease | Village Of North Randall | Sonnet Investments, Llc | C/O Terra Enterprises, Inc. | 11812 San Vicente Blvd, Ste 510 | | Los Angeles |
| 6191 | Indianapolis Surplus (Former Store #03190) (S/L) | 3670 Moller Road | Prime Lease | | Cc Indianapolis 98, L.L.C. | C/O Lucknow Associates | 4025 Crooked Hill Road | | Harrisburg |

2

EXHIBIT A

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6201 | Melbourne Surplus (Former Store #04201) | 2730 W. New Haven Avenue | Prime Lease | | Leben, Robert L. & Mary C. | 1700 West Pioneer Road | | | Cedarburg | WI | 53012 |
| 6201 | Topline Appliance Depot, Inc. | 2730 W. New Haven Avenue | Sublease | | Topline Appliance Depot, Inc. | Mr. Chris Barnas, General Manager | 965 N Cocoa Boulevard | | Cocoa | FL | 32922 |
| 6214 | Evergreen Park Surplus (Former Store #03114) | 9600 South Western Avenue | Prime Lease | Evergreen Plaza Shopping Center | Provo Group, The, As Agent For | Evergreen Plaza Associates Lp | 9730 S. Western Ave., Ste. 418 | | Evergreen Park | IL | 60642 |
| 6232 | Matteson Surplus (Former Store #03132) (S/L) | 4818 Southwick Drive | Prime Lease | Southwick Corporate Park | Circuit II Corporation | C/O Sigmund Sommer Properties | 280 Park Avenue | | New York | NY | 10017 |
| 6242 | Wichita Surplus (Former Store #03239) (S/L) | 8401 East Kellogg Street | Prime Lease | | Cc-Investors 1997-2 | C/O Bill Arest | 31366 North Highway 45 | | Libertyville | IL | 60048 |
| 6253 | Sacramento Surplus (Former Store #00252) | 1874 Arden Way | Prime Lease | Point West Plaza | Point West Investors Ii | C/O Buckeye Pacific Investors | 201 Hoffman Avenue | | Monterey | CA | 93940 |
| 6257 | Brunswick Surplus (Former Store #03256) | 114 Golden Isles Plaza, Suite 137 | Prime Lease | Golden Isles Plaza S. C. | Koio Enterprises | C/O The Shopping Center Group, Llc | 3101 Towecreek Pkwy., Suite 200 | | Atlanta | GA | 30339 |
| 6261 | Louisville Surplus (Former 361/80 Dist/Supply/Serv) (S/L) | 7300-A & B Intermodal Drive | Prime Lease | | Hollingsworth Capital Partners - Intermodal, Llc | Two Centre Plaza | | | Clinton | TN | 37716 |
| 6274 | Jackson Surplus (Former Store #03275) (S/L) | 1938 Emporium Drive | Prime Lease | Jackson Towne Center | Cc Jackson 98 Llc | C/O Lucknow Associates | 4025 Crooked Hill Road | | Harrisburg | PA | 17110 |
| 6275 | Bannister Ss Main Lease (Former Store #03209) | 9251 Hillcrest Road | Prime Lease | Benjamin Plaza Shopping Center | Kc Benjamin Realty Llc | C/O Sandor Development Company | 2220 North Meridian Street | | Indianapolis | IN | 46208 |
| 6282 | Tempe Ss Relo (Former Store #03330) | 1270 West Elliott Road | Prime Lease | Groves Power Center | Pacific Castle Groves Llc | 2661 Main Street | Suite 900 | C/O Pacific Castle Management | Irvine | CA | 92614 |

3

Case 08-35653-KRH    Doc 81    Filed 11/10/08    Entered 11/10/08 18:52:46    Desc Main
Document      Page 11 of 19

EXHIBIT A

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6282 | Mor Furniture For Less (Az) | 1270 West Elliott Road | Sublease | | Mor Furniture For Less | 1270 West Elliott Road | | | Tempe | AZ | 85284-1100 |
| 6289 | Southpark Ss Relo (Former Store #03106) (S/L) | 1823 Southpark Boulevard | Prime Lease | Southpark Mall | Cc Colonial Trust | C/O Paragon Affiliates, Inc. | One Paragon Dr., Ste 145 | | Montvale | NJ | 07645 |
| 6292 | Meriden Sublease (Former 1119 Service/Hd) (S/L) | 1020 Research Parkway | Prime Lease | | Paige Exchange Corp. | 3205 Underhill Place | | | Bend | OR | 97701 |
| 6292 | Homans Associates, Inc. | 1020 Research Parkway | Sublease | | Homans Associates, Inc. | 250 Ballardvale Street | | | Wilmington | MA | 01887 |
| 6294 | Tuscaloosa Surplus (Former Store #03291) | 2600 Mcfarland Blvd East, Suite J | Prime Lease | Mcfarland Plaza Shopping Center | Ddrtc Mcfarland Plaza, Llc | C/O Developers Diversified Realty Corporation | 3300 Enterprise Parkway | | Beachwood | OH | 44122 |
| 6301 | Bakersfield, Ca Main Lease | 2204 Wible Road | Prime Lease | | Oates, Marvin L. | 960 Fulton Avenue, Suite 100 | C/O Oates Investments, Inc. | | Sacramento | CA | 95828 |
| 6301 | Mor Furniture For Less, Inc. | 2204 Wible Road | Sublease | | Waterbed Emporium Of Ca | 8996 Miramar Road, #360 | | | San Diego | CA | 92126 |
| 6324 | Salem Surplus (Former Store #03314) (S/L) | 435 Lancaster Drive | Prime Lease | | Cci Trust 1994-I, Lloyd Draper - Trustee | C/O Wilmington Trust Company | 1100 North Market Street | Rodney Square North | Wilmington | DE | 19890-0001 |
| 6336 | Winston-Salem Billboard | 1612 South Stratford Road | Prime Lease | | Kroustalis Investments | Attn: Jimmy Kroustalis | 131 Milnor Place | | Winston-Salem | NC | 27104 |
| 6336 | ** 2 Landlords Fabri Centers Of America, Inc. (Billboard) | 1612 South Stratford Road | Sublease | | Fabri-Centers Of America, Inc. | 5555 Darrow Road | Attn: Vice President, Corp. Finance | | Hudson | OH | 44236 |
| 6345 | Dallas Surplus (Former Store 509 & Ofc 9240/00667) (S/L) | 5955 Alpha Road | Prime Lease | | Ar Investments, L.P. | C/O Terra Enterprises, Inc | 11812 San Vicente Blvd., Suite 510 | | Los Angeles | CA | 90049 |
| 6345 | Entertainmart | 5955 Alpha Road | Sublease | | Entertainmart-Preston Rd, Llc | Attn: Mark Kane | 6515 Pemberton Drive | | Dallas | TX | 75230 |
| 6510 | Edwin Watts Golf Shops, Inc. | 5955 Alpha Road | Sublease | | Edwin Watts Golf Shop | 20 Hill Avenue | Attn: Ronnie Watts | | Fort Walton Beach | FL | 32549 |
| 6511 | Dan'S Big & Tall Shop, Inc. | 5957 Alpha Road | Sublease | | Dan'S Big & Tall Shop, Inc. | 7275 Envoy Ct | | | Dallas | TX | 75247 |
| 6512 | Great Golf, Inc. | 5955 Alpha Road, Suite 100 | Sublease | | Great Golf, Inc. | 3110 Thomas Avenue, Suite 333 | Attn: Marc Fagan | | Dallas | TX | 75204 |

4

EXHIBIT A

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6359 | Deptford Surplus (Former Store #00537) | 1500 Almonesson Road | Prime Lease | The Court At Deptford | Almonesson Associates, L.P. | C/O The Goldenberg Group | 350 Sentry Pkwy., Bldg. 630, Ste. 300 | | Blue Bell | PA | 19422-2316 |
| 6360 | Greensboro Surplus (Former Store #00820) (S/L) | 1314 Bridford Parkway | Prime Lease | Landmark Crossing S.C. | Dmc Properties, Inc. | 415 Minuet Lane | Suite F | | Charlotte | NC | 28217 |
| 6360 | Peak Pl Holdings, Llc | 1314 Bridford Parkway | Sublease | Landmark Crossing S.C. | Peak Pl Holdings, Llc | 15806 Brookway Drive | Suite 400 | | Huntersville | NC | 28078 |
| 6361 | Landover Surplus (Former Store #00824) | 8503 Landover Road | Prime Lease | Landover Crossing S.C. | 5035 Associates, L.P. | C/O Rivercrest Realty Investors | 8816 Six Forks Rd - Ste 201 | | Raleigh | NC | 27615 |
| 6361 | Mall Of Decoration, Inc. | 8503 Landover Road | Sublease | | Mall Of Decoration, Inc. | 8503 Landover Road | | | Landover | MD | 20785 |
| 6364 | Rocky Mount Surplus (Former Store #03244) | 750 Sutters Creek Boulevard | Prime Lease | Rocky Mount Towne Center | Alliance - Rocky Mount, L.L.C. | Attn: Connie Choleray | 6100 Fairview Road, Suite 350 | | Charlotte | NC | 28210 |
| 6365 | Wilkes-Barre Surplus (Former Store #04106) | 540 Kidder Street | Prime Lease | | Bgp-Wb, L.L.C. | C/O Saunders Hotel Group | 240 Newbury Street | Third Floor | Boston | MA | 02116 |
| 6365 | Eynon Furniture Outlet, Inc. | 540 Kidder Street | Sublease | | Eynon Furniture Outlet, Inc. | Attn: Real Estate Depart | 101 Monahan Avenue | | Dunmore | PA | 18512 |
| 6366 | Lewisville Surplus (Former Store #04502) (S/L) | 2325 S. Stemmons Pkwy, Suite 104 | Prime Lease | Vista Ridge Village Sc | Cci Trust 1994-I; Lloyd Draper - Trustee | C/O Wilmington Trust Company | 1100 North Market Street | Rodney Square North | Wilmington | DE | 19890-0001 |
| 6372 | Gastonia Surplus (Former Store #00831) | 1875 Remount Road | Prime Lease | Northbridge Shopping Center | Remount Road Associates, L.P. | Attn: President | C/O Lmg Properties, Inc. | 5815 Westpark Drive | Charlotte | NC | 28217 |
| 6373 | Winchester Surplus (Former Store #01609) (S/L) | 2173 South Pleasant Valley Road | Prime Lease | | Southland Investors, L.P. | 2 North Riverside Plaza | Suite 600 | | Chicago | IL | 60606 |
| 6373 | Winchester Fun Expedition Corp. | 2173 South Pleasant Valley Road | Sublease | | Winchester Fun Expedition Corp | Attn: Eric Burstock, Pres. | 2173 South Pleasant Valley Road | | Winchester | VA | 22601 |

5

EXHIBIT A

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6377 | N. Richland Hills Surplus (Former Store #03505) (S/L) | 8701 Airport Freeway | Prime Lease | | Circuit Tex Property Investors L.P. | C/O Immobilien Verwaltung Gmbh | Augustenstr. 14A - 5Th Floor | | D-80333 Munchen | | |
| 6377 | Golfsmith International, L.P #71 | 8701 Airport Freeway | Sublease | | Golfsmith International, L.P. | 11000 North 1H 35 | Attn: Real Estate | | Austin | TX | 78753 |
| 6379 | Highland Surplus (Former Store #03625) | 10323 Indianapolis Blvd. | Prime Lease | Highland Grove Shopping Center | Ddr Highland Grove Llc | C/O Developers Diversified Realty Corporation | 3300 Enterprise Parkway | P.O. Box 228042 | Beachwood | OH | 44122-7249 |
| 6381 | Johnstown Surplus (Former Store #03746) (S/L) | 626 Gallaria Drive | Prime Lease | Johnstown Galleria | Millstein Industries, L.L.C. | 322 Armbrust Road | 2Nd Floor | | Youngwood | PA | 15697 |
| 6384 | Shreveport Surplus (Former Store #03238) (S/L) | 8100 Jump Run Road | Prime Lease | Walmart Center | Harold And Lucille Chaffee Trust | 8816 Natalie Ave. N.E. | Haraold D. Chaffee Trustee | | Albuquerque | NM | 87111 |
| 6385 | Niles Surplus (Former Store #03626) (S/L) | 5100 Youngstown Warren Road | Prime Lease | | Wec 96D Niles Investment Trust | 6750 Lbj Freeway | Suite 1100 | | Dallas | TX | 75240 |
| 6111 | Dollar General Corporation | 5130 Youngstown Warren Road | Sublease | | Dollar General Corporation | 100 Mission Ridge | Store #4768 | | Goodlettsville | TN | 37072-2170 |
| 6522 | Schiavone, Daniel P. & Deborah A. (Cam Only) | 5150 Youngstown Warren Road | Sublease | | Daniel And Deborah Schiavone | 1309 Valley View Lane | | | Youngstown | OH | 44512-3750 |
| 6390 | Rancho Cucamonga Surplus (Former Store #03311) | 12489 Foothill Boulevard | Prime Lease | Foothill Marketplace | Kimco Pk Llc | Pk Sale Llc | 3333 New Hyde Park Road | Suite 100 | New Hyde Park | NY | 00142 |
| 6399 | Lynchburg Surplus (Former Store #00399) | 3700 Candlers Mountain Rd | Prime Lease | Candler'S Station S.C. | Developers Deiversified Realty Corporation | 3300 Enterprise Parkway | Po Box 228042 | | Beachwood | OH | 44122 |
| 6417 | Beaumont Surplus (Former Store #03517) | 6490 Eastex Freeway (Hwy, 69) | Prime Lease | Parkdale Village Sc | Parkdale Village Lp | C/O Cb Richard Ellis, Inc. | 1880 S. Dairy Ashford | Suite 106 | Houston | TX | 77077 |
| 6438 | Houston/Almeda Surplus (Former Store #00538) (S/L) | 9950 Kleckley Road | Prime Lease | | Watkins Houston Investments, L.P. | 751 Champagne Road | | | Incline Village | NV | 89451 |

6

EXHIBIT A

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6464 | Lancaster Ss Relo (Former Store #00411) | 44600 Valley Central Way | Prime Lease | | | Rvip Valley Central Lp | 3300 Enterprise Parkway | | Beachwood | OH | 44122 |
| 6467 | Duncanville Ss Relo (Former Store #00569) (S/L) | 667 N. Cockrell Hill Road | Prime Lease | | | Circuit Investors #2 Ltd. | C/O Robert Balogh | 777 Arthur Godfrey Road, #400 | Miami Beach | FL | 33140 |
| 6467 | K&G Men'S Company, Inc. | 667 N. Cockrell Hill Road | Sublease | | | K&G Men'S Company, Inc. | 1225 Chattahoochee Avenue, Nw | Attn: Executive Offices | Atlanta | GA | 30318 |
| 6478 | Cleveland Sublease (Former Serv/Hd 0096 Attach 6280/6281) | 6400 West Snowville Road, #1 | Prime Lease | Snowville Business Centre I/Ii | | Fogg-Snowville, L.L.C. | 981 Keynote Circle; Suite 15 | | Brooklyn Heights | OH | 44131 |
| 6478 | Sky Bank | 6400 West Snowville Road, #1 | Sublease | Snowville Business Centre I/Ii | | Sky Bank / The Huntington National Bank | Corporate Real Estate - Lease Admin. | 37 West Broad Street, Hp1097 | Columbus | OH | 43215 |
| 6480 | Richmond Sublease (Former Service Center #0091) | 8080 Villa Park Drive | Prime Lease | Villa Park Ii | | Ck Richmond Business Services #2, L.L.C. | C/O Brandywine Realty Trust | 300 Arboretum Place, Suite 260 | Richmond | VA | 23236 |
| 6480 | North South Partners, Llc | 8080 Villa Park Drive | Sublease | Villa Park Ii | | North South Partners, Llc | 2601 Floyd Avenue | Attn: Real Estate | Richmond | VA | 23220 |
| 6492 | Tampa Sublease (Former 00058 Serv/Hd) | 3401 Queen Palm Drive | Prime Lease | Sabal Distribution Center | | Rreef America Reit Ii Corp Vvv | Rreef Management Company | 601 South Lake Destiny Road | Suite 190 | Maitland | FL | 32751 |
| 6492 | Hughes Mro, Ltd. | 3401 Queen Palm Drive | Sublease | Sabal Distribution Center | | Hughes Mro, Ltd. | | C/O Hd Supply, Inc. | Attn: Real Estate/Property Management | 10641 Scripps Summit Court | San Diego | CA | 92131 |
| 6500 | Dallas Surplus (Former Store #00509) | 13838 Dallas Parkway | Prime Lease | Alpha Parkway Plaza S.C. | | Galleria Plaza, Ltd | 2001 Preston Road | | Plano | TX | 75093 |
| 6500 | Dick'S Sporting Goods, Inc. A Delaware Corp. | 13838 Dallas Parkway | Sublease | Alpha Parkway Plaza S.C. | | Dick'S Sporting Goods, Inc. | Attn: Senior Vice President, Real Estate & Development | Attn: Real Estate/Property And Legal Department | 300 Industry Drive | Pittsburgh | PA | 15275 |
| 6524 | Lakeshore Learning Materials | 13846 N. Dallas Parkway | Sublease | | | Lakeshore Equipment Co. | 2695 E. Dominguez Street | P.O. Box 6261 | | Carson | CA | 90895 |

7

EXHIBIT A

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6502 | Midwest City (Heritage) Main Lease (S/L) | 6830 East Reno Avenue | Prime Lease | Heritage Park Mall | Circuit Okla Property Investor | C/O Immobilien Verwaltung Gmbh | Augustenstr. 14A - 5Th Floor | | D-80333 Munchen | | |
| 6502 | Oklahoma Goodwill Industries, Inc. | 6830 East Reno Avenue | Sublease | | Oklahoma Goodwill Industries, Inc. | 410 Sw 3Rd | | | Oklahoma City | OK | 73109 |
| 6507 | Se Truong & Ly Truong | 6830 East Reno Avenue | Sublease | | Se Truong & Ly Truong | 5640 Greenview Drive | | | Oklahoma City | OK | 73135 |
| 6509 | Eyecare Discount Optical, Inc. (Eyemart Express) | 6824 East Reno Avenue | Sublease | Heritage Park Mall | Eyecare Discount Optical Inc | Attn: Bette Madore | 400 S. Vermont #125 | | Oklahoma City | OK | 73108 |
| 6533 | Windcrest Surplus (Former Store #03503) | 8540 Four Winds Drive | Prime Lease | Windsor Park Centre | Whitestone Reit | 2600 S Gessner Road | Suite 500 | | Houston | TX | 77063 |
| 6548 | Decatur Sublease (Former Store #00818) | 4572 Memorial Drive | Prime Lease | Memorial Drive Shopping Center | Teplis, Nathan; Dr. Paul Teplis; Mrs. Belle Teplis; Frank & | C/O Hendee - Barnes Properties | 3280 Pointe Pkwy., Suite 2300 | | Norcross | GA | 30092 |
| 6548 | New Avenues Lease Ownership, Llc | 4572 Memorial Drive | Sublease | Memorial Drive Shopping Center | New Avenues Lease Ownership, Llc | Attn: Legal Department | 3440 Preston Ridge Road, Suite 500 | | Alpharetta | GA | 30005 |
| 6551 | Martinsville Sublease (Former Store #01617) | 233 Commonwealth Blvd. | Prime Lease | | Lester Development Corporation | Attn: George W. Lester, ii | 14 E. Liberty Street | | Martinsville | VA | 24115 |
| 6552 | Odessa Sublease (Former Store #01626) (S/L) | 5171 East 42Nd Street | Prime Lease | | Chalex Company Llc | P. O. Box 11239 | | Attn: Vice President - Real Estate & Construction | Marina Del Rey | CA | 90295 |
| 6552 | Dollar Tree Stores, Inc. - #2935 | 5171 East 42Nd Street | Sublease | | Dollar Tree Stores, Inc. | 500 Volvo Parkway | Ref: Dollar Tree Store #2935 | | Chesapeake | VA | 23320 |
| 6553 | Kokomo Sublease (Former Store #01689) | 1012 S. Reed Road | Prime Lease | | By-Pass Development Company Llc | 2220 N. Meridan | | | Indianapolis | IN | 46208 |
| 6553 | Academy Alliance, Llc (T/A Salon Professionals/Spa Bldrs) | 1012 S. Reed Road | Sublease | | Academy Alliance, Llc | 406 West Superior | | | Kokomo | IN | 46901 |

8

EXHIBIT A

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6554 | Northbrook Surplus (Former Store #03110) | 127 Skokie Boulevard | Prime Lease | Village Square Of Northbrook | Mid-America Asset Management | Village Square Of Northbrook | One Parkview Plaza | 9Th Floor | Oakbrook Terrace | IL | 60181 |
| 6554 | Trader Joe'S East, Inc. | 127 Skokie Boulevard | Sublease | Village Square Of Northbrook | Trader Joe'S Company | 800 South Shamrock Road | Attn: Mary Genest, Treasurer | | Monrovia | CA | 91016-6346 |
| 6558 | Fairlawn Sublease (Former Store #03188) | 2789 West Market Street | Prime Lease | Fairlawn Towne Center | E&A Northeast Limited Partnership | C/O Legal Department | Po Box 528 | | Columbia | SC | 29202 |
| 6561 | Topeka Sublease (Former Store #03225) | 2040 S. W. Wanamaker Road | Prime Lease | Wanamaker 21 Shops | Gunning Investments, Llc | D/B/A Wanamaker 21 Shopping Center | C/O Nai Nvision | 534 S Kansas Ave, Ste 1008 | Kansas City | MO | 64196 |
| 6561 | Mrv Wanamaker, L.C. | 2040 S. W. Wanamaker Road | Sublease | Wanamaker 21 Shops | Mrv Wanamaker, Lc. | 3501 Southwest Fairlawn Road | Suite 200 | | Topeka | KS | 66614 |
| 6562 | Ft. Smith Sublease (Former Store #03271) (S/L) | 7601 Rogers Road | Prime Lease | | Cc Ft. Smith Investors 1998, Llc | C/O Cardinal Capital Partners | 8214 Westchester Dr., 9Th Fl | | Dallas | TX | 75225 |
| 6564 | Cape Girardeau Sublease (Former Store #03765) | 164 Siemers Drive | Prime Lease | Cape West Shopping Center | Drury Land Development, Inc. | 8315 Drury Industrial Parkway | | | St. Louis | MO | 63114 |
| 6564 | Dollar Tree Stores, Inc. (V#761) | 164 Siemers Drive | Sublease | Cape West Shopping Center | Dollar Tree Stores, Inc. | 500 Volvo Parkway | Attn: Real Estate Dept. | | Chesapeake | VA | 23320 |
| 6566 | Brentwood Surplus (Former Store #03226) (S/L) | 8099 Moores Lane | Prime Lease | | Melville Walton Hone Trustee Of Home Family | 3243 Blackhawk Meadow Drive | | | Danville | CA | 93506 |
| 6566 | Ashley Furniture (Pot Luck Enterprises, Inc.) | 8099 Moores Lane | Sublease | | Pot Luck Enterprises, Inc. | 1400 North Illinoise Avenue, Suite 501 | Attn: Real Estate | | Carbondale | IL | 62901 |
| 6580 | N. Olmsted Surplus (Former Store #03180) | 27250 Lorain Road | Prime Lease | Water Tower Square | Water Tower Square, L.P. | C/O Carnegie Management And Development Corp. | 27500 Detroit Road #300 | | Westlake | OH | 44145 |
| 6589 | Hickory Surplus (Former Store #00589) | 2104 Highway #70, S.E. | Prime Lease | Valley Crossing Shopping Ctr. | Galileo Cmbs T2 Nc Lp | C/O Ert Australian Management, L.P. | 420 Lexington Avenue | 7Th Floor | New York | NY | 10170 |

9

EXHIBIT A

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6597 | Austin Surplus (Former Store #00597) | 9333 Research Blvd., Suite A-4 | Prime Lease | Arboretum Crossing Sc | Kir Arboretum Crossing L.P. | C/O Kimco Realty Corporation | Po Box 5020, Code 49865/rao564 | 3333 New Hyde Park Road | New Hyde Park | NY | 11042-0020 |
| 6605 | Harper Woods Surplus (Former Store #03605) (S/L) | 20570 Kelly Road | Prime Lease | | Cc Harper Woods 98, Llc | C/O Lucknow Associates | 4025 Crooked Hill Road | | Harrisburg | PA | 17110 |
| 6608 | Oklahoma City Surplus (Former Store #03608) | 221 South East 74Th Street | Prime Lease | South Shields Plaza | South Shields #1 Ltd. | C/O Enterprise Asset Management, Inc., Manager | 521 Fifth Avenue | Suite 1804 | New York | NY | 10175 |
| 6609 | Troy Surplus (Former Store #03609) | 750 West 14 Mile Road | Prime Lease | Oakland Mall | Urbancal Oakland Ii Llc | C/O Urban Retail Properties, Llc | 900 North Michigan Avenue, Suite 900 | | Chicago | IL | 60611 |
| 6619 | Humble Surplus (Former Store #03519) (S/L) | 20465 Highway 59 | Prime Lease | | Cci Trust 1994-I; Lloyd Draper - Trustee | C/O Wilmington Trust Company | 1100 North Market Street | Rodney Square North | Wilmington | DE | 19890-0001 |
| 6620 | Beaver Micro Surplus (Former Store #03620) | Beaver Valley Mall, Unit 528 | Prime Lease | Beaver Valley Mall | Pr Beaver Valley L.P. | W510284 | P.O. Box 7777 | | Philadelphia | PA | 19175-0284 |
| 6624 | College Station Surplus (Former Store #01624) (S/L) | 1003 Harvey Road | Prime Lease | | Cc Investors 1995-3 | P. O. Box 6370 | | | Malibu | CA | 90264 |
| 6625 | Lufkin Surplus (Former Store #01625) (S/L) | 4600 S. Medford Dr., Suite 5000 | Prime Lease | | Cc - Investors 1996-1 | 8411 Preston Road, 8Th Floor | | | Dallas | TX | 75225-5520 |
| 6630 | Williamsport Micro-Ss (S/L) (Former Store #01630) | 495 Lycoming Mall Circle | Prime Lease | Lycoming Mall | Bpp-Muncy L.L.C. | C/O Saunders Hotel Group | 240 Newbury Street | Third Floor | Boston | MA | 02116 |
| 6636 | Green Bay Surplus (Former Store #03636) (S/L) | 1940 West Mason Street | Prime Lease | | Cc Green Bay 98, Llc | C/O Lucknow Associates | 4025 Crooked Hill Road | | Harrisburg | PA | 17110 |
| 6655 | East Lansing Surplus (Former Store #03655) (S/L) | 2655 East Grand River Avenue | Prime Lease | Meridian Point Center | Cc East Lansing 98, L.L.C. | C/O Lucknow Associates | 4025 Crooked Hill Road | | Harrisburg | PA | 17110 |

10

EXHIBIT A

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6703 | Traverse City Surplus (Former Store #03703) (S/L) | 3123 W. South Airport Road | Prime Lease | | Ddrtc Mcfarland Plaza Llc | C/O Developers Diversified Realty Corporation | Attn: Executive Vice President | 3300 Enterprise Parkway | Beachwood | OH | 44122 |
| 6719 | Elmwood Park Surplus (Former Store #03119) (S/L) | 7200 West Grand | Prime Lease | | Daniel G. Kamin Elmwood Park Llc | C/O Kamin Realty Co. | P. O. Box 10234 | | Pittsburgh | PA | 15232 |
| 6729 | Muncie Surplus (Former Store #03729) (S/L) | 3500 North Morrison Road | Prime Lease | | Bard, Ervin & Suzanne Bard | 1100 Alta Loma Road | Suite 16B | | Los Angeles | CA | 90069 |
| 6791 | Skokie Surplus (Former Store #03791) | 4831 Golf Road | Prime Lease | Orchard Place | 120 Orchard Llc | 427 Orchard Llc, Ft Orchard Llc | C/O Marc Realty, Llc As Managing Agent | 55 East Jackson Blvd., Suite 500 | Chicago | IL | 60604 |
| 6791 | Golf Galaxy, Inc. | 4831 Golf Road | Sublease | | Golf Galaxy | Accounts Payable | Po Box 7000 | | Coraopolis | PA | 15108 |
| 6792 | Staples, The Office Superstore East, Inc. | 4831 Golf Road | Sublease | | Staples, The Office Superstore, Inc. | P.O. Box 9271 | 500 Staples Drive | Attn: Lease Administrator | Framingham | MA | 01701-9271 |
| 6802 | Springfield Ss Relo Lease (Former Store #802) | 7039 Old Keene Mill Road | Prime Lease | | Mr Keene Mill 1 Llc | C/O Monument Realty | 1700 K Street, Nw Suite 600 | | Washington | DC | 20006 |
| 6807 | Knoxville Surplus (Former Store #00807) | 2936 Knoxville Center Drive | Prime Lease | Knoxville Center Mall | Spg Tennessee, L.P. | C/O Simon Property Group | 225 W. Washington Street | | Indianapolis | IN | 46204-3438 |
| 6861 | Montgomery Surplus (Former Store #00860) (S/L) | 3987 Eastern Boulevard | Prime Lease | Montgomery Towne Center | Montgomery Towne Center Station, Inc | Attn: R. Mark Addy, Coo | 11501 Northlake Drive | | Cincinnati | OH | 45249 |
| 6899 | Louisville Surplus (Former Music Dc Former Store #00899) (S/L) | 7100 Global Drive | Prime Lease | | Bond C.C. Iv Delaware Business Trust | C/O Bond C.C., L.P. | 2901 Butterfield Road | | Oak Brook | IL | 60521 |
| 6954 | Nashville Ss Relo Lease | 1647 Gallatin Road, North | Prime Lease | Rivergate Shopping Center | Rivergate Station Shopping Center Lp | C/O Kimco Realty Corp | P. O. Box 5020 | | New Hyde Park | NY | 11042 |
| 6954 | Sam Ash Pennsylvania, Inc. | 1647 Gallatin Road, North | Sublease | | Sam Ash Megastores, Llc | Attn: David C. Ash | P.O. Box 9047 | | Hicksville | NY | 11802 |

11

EXHIBIT A

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6988 | Carmel Surplus (Former Store #03535) | 14455 Clay Terrace Boulevard | Prime Lease | Clay Terrace Shopping Center | Clay Terrace Partners, Llc | C/O Simon Property Group, Lp | 115 W. Washington Street | | Indianapolis | IN | 46204 |
| 6989 | San Angelo Surplus (Former Store #03573) | 4351 West Houston Harte Expressway | Prime Lease | San Angelo Town Center Sc | Scc San Angelo Partners, Ltd | 301 Congress Ave | Suite 1550 | | Austin | TX | 78746 |
| 6990 | East Northport Surplus (Former Store #03553) | 3083-87 Jericho Turnpike | Prime Lease | Stop N' Shop East Northport | Stop & Shop Supermarket Company, Llc | 1385 Hancock Street | | | Quincy | MA | 02169 |
| 6992 | Timonium Surplus (Former Store #00826) | 130 West Ridgely Road | Prime Lease | Lutherville Station Shopping Center | Hri/Lutherville Station, Llc | C/O The Huensky Group | 100 Constitution Plaza | Seventh Floor | Hartford | CT | 06103-1703 |
| 6993 | Burlington Surplus (Former #02002 Connect Store) | 6 Wayside Road; Space 6Q | Prime Lease | Wayside Commons | Wayside Commons Investors Llc | C/O Ubs Realty Investors Llc | Attn: Asset Manager | 242 Trumbull Street | Hartford | CT | 06103 |
| 6994 | Medford Surplus (Former #02001 Connect Store) | 65 Station Landing | Prime Lease | Station Landing | Station Landing, Llc | C/O National Development | 2310 Washington Street | Attn: John J. O'Neil, Iii | Newton Lower Falls | MA | 02462 |

12