| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

```
- - - - - - - - - - - - - - - - x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-
et al.,                         :
                                :   Jointly Administered
              Debtors.          :
- - - - - - - - - - - - - - - - x
```

**ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363 AND FED. R. BANKR. P. 6003 (I) AUTHORIZING CONTINUED MAINTENANCE OF EXISTING BANK ACCOUNTS, (II) AUTHORIZING CONTINUED USE OF EXISTING BUSINESS FORMS, (III) AUTHORIZING CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM, (IV) AUTHORIZING INTERCOMPANY TRANSACTIONS AND (V) GRANTING SUPERPRIORITY CLAIM STATUS TO ALL POSTPETITION INTERCOMPANY CLAIMS**

Upon the motion (the "Motion")[1] of the Debtors for an Order, pursuant to Bankruptcy Code sections 105

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

and 363 and Bankruptcy Rule 6003, (i) authorizing, but not directing, continued maintenance of existing bank accounts, and authorizing a waiver of certain operating guidelines relating to bank accounts, (ii) authorizing, but not directing, continued use of existing business forms, (iii) authorizing, but not directing, continued use of existing cash management system, (iv) authorizing, but not directing, intercompany transactions among the Debtors, and (v) granting superpriority administrative expense claim status to all postpetition intercompany transactions; and upon the Besanko Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

    1.    The Motion is GRANTED as provided herein.

**A.    Maintenance of Bank Accounts.**

    2.    Pursuant to sections 105 and 363 of the Bankruptcy Code, the Debtors are authorized and directed

to (i) designate, maintain, and continue to use any and all of their respective store depository, credit card depository, other depository, concentration, disbursement, payment, operating, and other accounts (collectively, the "Prepetition Bank Accounts") in existence as of the Petition Date, with the same account numbers, including the accounts identified in Exhibit A annexed hereto; (ii) if necessary, open new accounts wherever they are needed, whether or not such banks are designated depositories in the Eastern District of Virginia (such new accounts, together with the Prepetition Bank Accounts, hereinafter the "Bank Accounts"); and (iii) treat the Bank Accounts for all purposes as accounts of the Debtors in their capacity as debtors in possession; provided, however, that the Debtors may only open new Bank Accounts with Banks that agree to be bound by the terms of this Order and, in particular, the Debtors' cash management system.

**B.   Use of Business Forms.**

3.   The Debtors are authorized to continue to use their existing business forms and checks without alteration or change and without the designation "Debtor in Possession" or a "debtor in possession case number"

imprinted upon them.  To the extent the Debtors open or close bank accounts, they shall provide notice to the United States Trustee and the pre- and post-petition lenders.  Any new check stock used by the Debtors shall contain the designation "Debtor in Possession".

**C.    Cash Management System.**

4.    The Debtors are authorized and directed to continue to use their existing cash management system and shall maintain through the use thereof detailed records reflecting all transfers of funds under the terms and conditions provided for by the existing agreements with the institutions participating in the Debtors' cash management system, except as modified by this Order.  In connection with the ongoing utilization of their cash management system, the Debtors shall continue to maintain records with respect to all transfers of cash so that all transactions may be readily ascertained, traced, and recorded properly.

5.    After the Petition Date, and subject to the terms of this Order, all Banks at which the Bank Accounts are maintained are authorized and directed to continue to administer the Bank Accounts as such accounts were maintained prepetition, without

interruption and in the usual and ordinary course, and to pay any and all checks, wire transfers, electronic funds transfers, or other items presented, issued, or drawn on the Bank Accounts; <u>provided</u>, <u>further</u>, that the Bank Accounts shall be administered in accordance with the Debtors' obligations under debtor-in-possession financing facility (the "DIP Facility") such that, unless otherwise agreed to by the Debtors' postpetition lenders, all amounts shall be upstreamed daily to Bank of America for application against the Debtors' postpetition obligations under and in accordance with the DIP Facility; <u>provided</u>, <u>however</u>, that unless otherwise ordered by the Court, no checks, drafts, electronic funds transfers (excluding any electronic funds transfer that the banks are obligated to settle), or other items presented, issued, or drawn on the Bank Accounts prior to the Petition Date shall be honored.

6.  Each Bank that maintains a disbursement account shall implement reasonable handling procedures designed to effectuate the terms of this Order.  No Bank that implements such handling procedures and then honors a prepetition check or other item drawn on any account that is the subject of this Order either (i) at the

direction of the Debtors to honor such prepetition check or item, (ii) in the good-faith belief that the Court has authorized such prepetition check or item to be honored, or (iii) as a result of a good faith error made despite implementation of such handling procedures, shall be deemed to be liable to the Debtors or their estates or otherwise in violation of this Order.

7. Subject to the provisions of this Order, the Banks are authorized and directed to honor all representations from the Debtors as to which checks should be honored or dishonored.

8. To the extent applicable, the Court finds and determines that the requirements of Bankruptcy Rule 6003 are satisfied and that the relief requested is necessary to avoid immediate and irreparable harm.

**D.    Intercompany Transactions.**

9. The Debtors and the Non-Debtor Subsidiaries are authorized to continue to engage in Intercompany Transactions necessary to execute the cash management system and manage the day-to-day operations of their businesses, and the Debtors and the Non-Debtor Subsidiaries shall continue to maintain records with respect to all transfers of cash (including pursuant to

such transactions) so that all Intercompany Transactions may be readily ascertained, traced, and recorded properly on applicable intercompany accounts.

10. Pursuant to section 364(c)(1) of the Bankruptcy Code all Intercompany Claims arising from Intercompany Transactions between and among the Debtors and the Non-Debtor Subsidiaries after the Petition Date shall be accorded priority over any and all administrative expenses of the kind specified in sections 503(b) and 507(b) of the Bankruptcy Code, subject and subordinate only to (i) other valid liens in existence as of the Petition Date or granted in connection with any post-petition debtor in possession financing granted by this Court and (ii) liens and superpriority administrative expenses granted to the prepetiton lenders as adequate protection.

11. The Debtors are hereby authorized to execute any additional documents incident to the relief granted pursuant to this Order.

12. Notwithstanding Rule 6004 of the Federal Rules of Bankruptcy Procedure (to the extent applicable), this Order shall be effective and enforceable immediately upon entry hereof.

13. The Debtors shall serve a copy of this Order on all of the Banks within five (5) business days of the entry of this Order.

14. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

15. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation interpretation of this Order.

Dated:  Richmond, Virginia
        November 10, 2008

---
UNITED STATES BANKRUPTCY JUDGE

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    I hereby certify that notice of the Debtors' intent to seek entry of the foregoing proposed order was provided to the parties identified in the Motion and copy of this proposed order was provided to the Office of the United States Trustee for the Eastern District of Virginia prior to submission to this Court.

                                                           /s/ Douglas M. Foley

**EXHIBIT A**

**(List of Deposit Accounts)**

**Exhibit A**

List of Bank Accounts

| Bank | Debtor | Account Number | Purpose |
|---|---|---|---|
| American Savings Bank<br>**Attn:** Mel Yamamoto<br>677 Ala Noana Blvd.<br>Honolulu, HI  96813<br>Tel:    (808) 539-7811 | Circuit City Stores, Inc. | xxxxxx6380 | Store Depository |
| AmSouth/Regions<br>**Attn:** Dawn Smith<br>1900 5th Avenue, North 23rd Floor<br>Birmingham, AL  35203<br>Tel:    (205) 264-5222 | Circuit City Stores, Inc. | xxxxxx3210 | Store Depository |
| Banco Popular<br>**Attn:** Amarilis Ginnes<br>209 Ponce de Leon Ave.<br>Popular Center Building, Floor 6<br>Hato Rey, Puerto Rico  00917<br>Tel:    (787) 765-9800 (ext. 5800) | Circuit City Stores Puerto Rico LLC | xxxxx5139 | Operating Account |
| | | xxxxx5120 | Depository Account |
| | | xxxxx5147 | Payroll Account |
| Bank of America<br>**Attn:** Jay Norris<br>101 South Tryon Street<br>Charlotte, NC  28255<br>Tel:    (704) 387-3035<br><br>Circuit City Global Sourcing Accounts<br>Attn: Darlene Holtz<br>201 East Washington<br>Collier Center, 22nd Fl<br>Phoenix, AZ 85004<br>Tel:    (602) 523-2141 | Circuit City Stores, Inc. | xxxxxx9967 | Store Depository |
| | | xxxxxx3301 | Credit Facility Funding Account (Z-line) |
| | | xxxxxx5447 | Sky Venture Account |
| | | xxxxxxx1020 | Circuit City Global Sourcing U.S. Dollar Account |
| | | xxxxxxx1012 | Circuit City Global Sourcing HK Dollar Account |
| | | xxxxxxx1038 | Circuit City Global Sourcing HK Dollar PC Account |
| | | xxxxxxx2036 | Circuit City Global Sourcing TW Dollar Account |
| | Circuit City Stores West Coast, Inc. | xxxxxx0844 | Circuit City Datamailer (Payroll) |
| | | xxxxxx1029 | Concentration Account for Payroll Paychecks |

| Bank | Debtor | Account Number | Purpose |
|---|---|---|---|
| | | xxxxxx1034 | Operating Account |
| | | xxxxxx7748 | Payroll Account (ZBA) |
| Chase<br>**Attn:** Christie Donahue<br>50 Rowes Wharf, 4th Floor<br>Boston, MA  02110<br>Tel:     (617) 310-0766 | Circuit City Stores, Inc. | xxxxx7244 | Store Depository |
| | | xxxxx0266 | Empire Blue Cross/Payment of Medical Claims |
| FifthThird Bank<br>**Attn:** Tom Galbo<br>114 Anderson Farm Ct.<br>Charlotte, NC  28117<br>Tel:     (704) 662-9490 | Circuit City Stores, Inc. | xxxx6916 | Credit Card |
| Suntrust<br>**Attn:** Donna Smith<br>919 East Main St., 22nd Floor<br>Richmond, VA  23219<br>Tel:     (804) 782-7557 | Circuit City Stores, Inc. | xxxxxx3706 | Concentration Account |
| | | xxxxxx6660 | E/P Disbursement |
| Wachovia<br>**Attn:** Parshant Dhiman<br>301 South Tryon Street, NC 5710<br>Charlotte, NC 28288-0013<br>Tel:     (704) 383-0803 | Circuit City Stores, Inc. | xxxxxxxx5100 | Store Depository |
| | | xxxxxxxx9620 | American Express Credit Card |
| | | xxxxxxxx4767 | Corporate Jet Account |
| | | xxxxxxxx9993 | Deposit Account |
| | | xxxxxxxx9858 | Tourmalet Corp. - LLC Tax Payments |
| | | xxxxxxxx9528 | Ventoux International - Holding Company Tax Payments, Intercompany Interest |
| | | xxxxxxxx0950 | Lockbox |
| | | xxxxxxxx4038 | Direct Deposit Payroll Settlement |
| | | xxxxxxxx5191 | Empire Blue Cross |
| | | xxxxxxxx7073 | Extended Service Contract Warranty Payments |
| | | xxxxxxxx4528 | Fifth Third Bankcard |
| | | xxxxxxxx3099 | Fifth Third Check Collection – gift card purchases over the web with gift cards |
| | | xxxxxxxx8908 | HFC third party financing sales commissions |
| | | xxxxxxxx1509 | Main Concentration/Operating Account |
| | | xxxxxxxx6031 | Music Payables |
| | | xxxxxxxx9175 | Purchasing Co., LLC Main Operating Account |
| | | xxxxxxxx0992 | Purchase Co., LLC Purchase EP disbursement |

| Bank | Debtor | Account Number | Purpose |
|---|---|---|---|
| | | xxxxxxxxx1107 | Reverse Affiliates Lockbox |
| | | xxxxxxxxx1048 | Sales Receivables Lockbox |
| | | xxxxxxxxx6044 | Service Payables |
| | | xxxxxxxxx2189 | Payments from Sublease Tenants |
| | | xxxxxxxxx9133 | Trading Circuits – internet sales of merchandise not sold in stores |
| | | xxxxxxxxx6733 | Vendor Disbursements |
| Wells Fargo<br>**Attn:** Ryan Carlson<br>MAC N9305-052, 6th & Marquette<br>Minneapolis, MN  55479<br>Tel:     (612) 667-9566 | Circuit City Stores, Inc. | xxxxxx4672 | Store Depository |

**EXHIBIT B**

**(Cash Management System Flow Chart)**

1

**EXHIBIT B**

List of Investment Accounts

| Bank | Debtor | Account Number |
|---|---|---|
| Bank of America/CRP Securities, LLC<br><br>**Attn:** Laura Bynum<br>600 Peachtree St. NE<br>4th Floor<br>Atlanta, GA  30308<br>Tel:    (404) 607-4943<br>Fax:   (404) 607-6624 | Circuit City Stores, Inc. | xx7458 |
| Fifth Third Securities, Inc.<br><br>**Attn:** J.B. Ward<br>38 Fountain Square Plaza<br>Cincinnati, OH  45263<br>Tel:    (513) 534-3072 | Circuit City Stores, Inc. | xxxxxx9774 |
| J.P. Morgan Securities, Inc.<br><br>**Attn:** James M. Griffin<br>270 Park Ave.<br>8th Floor<br>New York, NY  10117<br>Tel:    (212) 834-2300 | Circuit City Stores, Inc. | xx2526 |

| Bank | Debtor | Account Number |
|---|---|---|
| Merrill Lynch Global Institutional Advisory Division<br><br>**Attn:** Scott Dorsey<br>100 Jericho Quadrangle<br>P.O. Box 787<br>Jericho, NY  11753<br>Tel:      (516) 827-3283<br>Fax:      (516) 935-5330 | Circuit City Stores, Inc. | xxxx07Z07 |
| RBC Dain Rauscher<br><br>**Attn:** Paul Kitzinger<br>100 Second Ave. South<br>Suite 800<br>St. Petersburg, FL  33701<br>Tel:      (727) 502-3634 | Circuit City Stores, Inc. | xxxxxxxxx1817 |
| UBS Financial Services, Inc.<br><br>**Attn:** Steven Hayden<br>33 South 6th Street<br>Suite 3737<br>Minneapolis, MN  55402<br>Tel:      (612) 371-4129<br>Fax:      (612) 371-4117 | Circuit City Stores, Inc. | xxxx3160 |

| Bank | Debtor | Account Number |
|---|---|---|
| Wachovia Bank & Securities<br><br>**Attn:** Eddie Tugman<br>One Wachovia Center<br>NC 0602<br>Charlotte, NC  28288<br>Tel:     (704) 374-4164<br>Fax:    (704) 374-3375 | Circuit City Stores, Inc. | xxxx9008 |