John G. McJunkin, Esquire
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Phone: 202-496-7312
Facsimile: 202-496-7094

Attorneys for Bethesda Softworks, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| | * | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | * | **Case No. 08-35653 (KRH)** |
| | * | |
| Debtors. | * | **(Joint Administration Pending)** |
| *    *    *    *    *    *    * | * | *    *    *    *    * |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**
**AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), Bethesda Softworks, LLC ("Bethesda Softworks") hereby appears in the above-captioned case by its counsel, John G. McJunkin and McKenna Long & Aldridge LLP. Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002 be served at the address set forth below:

> John G. McJunkin, Esquire
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006
> Phone: 202-496-7312
> Facsimile: 202-496-7094
> Email Address: jmcjunkin@mckennalong.com

DC:50584832.1

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Bethesda Softworks intends that neither this Notice of Appearance, nor any later appearance, pleading, claim or suit shall (i) not be, and shall not be deemed to be, a consent to jurisdiction of, or venue in the U.S. Bankruptcy Court for the Eastern District of Virginia (Richmond Division) and (ii) waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Bethesda Softworks is or may be entitled to under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  November 11, 2008

/s/ John G. McJunkin
JOHN G. McJUNKIN, (VSB No. 31011)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006-1108
Telephone:  (202) 496-7312
Facsimile:  (202) 496-7094

Counsel for Bethesda Softworks, LLC

DC:50584832.1

## CERTIFICATE OF SERVICE

I hereby certify on November 11, 2008, a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served electronically on all parties registered to receive electronic noticing in this case.

/s/ John G. McJunkin
John G. McJunkin

DC:50584832.1