Heather D. Dawson, Esq.
Kitchens Kelley Gaynes, P.C.
Eleven Piedmont Center, Suite 900
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone:  (404) 237-4100

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Proceeding No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., | ) |  |
|  | ) |  |
| Debtors. | ) |  |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Heather D. Dawson and Kitchens Kelley Gaynes, P.C. hereby file an appearance pursuant to Bankruptcy Rule 9010 in connection with the above-captioned Chapter 11 case on behalf of Westgate Village, LP (a Creditor).

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and Bankruptcy Code Sections 102(a) and 342, the undersigned hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and email address, and telephone and facsimile numbers:

Heather D. Dawson, Esq.
Kitchens Kelley Gaynes, P.C.
Suite 900, 11 Piedmont Center
3495 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone:  (404) 237-4100
Facsimile:  (404) 364-0126
email: hdawson@kkgpc.com

The foregoing request includes not only notices and papers referred to in the Rules specified above and any other provision, but also includes, without limitation, orders and notices of all filings with respect to any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telecopy, email or otherwise, which affects or seeks to affect in any way, any rights or interests of the debtor or any creditor, equity security holder, party in interest, and/or any other person or entity.

This 11th day of November, 2008.

        Respectfully submitted,

        KITCHENS KELLEY GAYNES, P.C.

        By: s/ Heather D. Dawson, Esq.
          Virginia Bar No. 45303

          Attorneys for
          Westgate Village, LP
          Kitchens Kelley Gaynes, P.C.
          Eleven Piedmont Center
          Suite 900
          Atlanta, Georgia 30305
          (404) 237-4100
          hdawson@kkgpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2008 I electronically filed a copy of the foregoing Notice of Appearance and Request for Notices with the Clerk of Court using the CM/ECF system, which will electronically serve a copy on all counsel of record.

This the 11th day of November, 2008.

        KITCHENS KELLEY GAYNES, P.C.

By: s/ Heather D. Dawson, Esq.
    Virginia Bar No. 45303

Attorneys for
Westgate Village, LP
Kitchens Kelley Gaynes, P.C.
Eleven Piedmont Center
Suite 900
Atlanta, Georgia 30305
(404) 237-4100
hdawson@kkgpc.com