**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | No. 08-35653-KRH |
| | ) | |
| **Debtor.** | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

Please take notice that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), WILEY REIN LLP, by its undersigned counsel, hereby enters its appearance as counsel for LG Electronics USA, Inc. in the above-referenced case.[1]  Pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and 11 U.S.C. §§ 342 and 1109(b), counsel requests copies of all notices, pleadings and papers given or filed in this case and in any contested matter or adversary proceeding be given and served upon the parties listed below at the following address, telephone and facsimile numbers and email addresses:

> H. Jason Gold, Esquire                  jgold@wileyrein.com
> Dylan G. Trache, Esquire              dtrache@wileyrein.com
> Wiley Rein LLP
> 7925 Jones Branch Drive, Suite 6200
> McLean, Virginia 22102
> Telephone No.: 703.905.2800
> Telecopier No.: 703.905.2820

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, request, plan of reorganization or disclosure statement, answer or response, whether formal or informal, written

---

[1] LG Electronics USA, Inc. was incorrectly listed on the Consolidated List of Creditors Holding the Fifty Largest Unsecured Claims Against the Debtors as Zenith Electronics Corp.

-2-

or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex or fax or otherwise filed with regard to the above cases and adversary proceedings therein.

        Respectfully submitted,

        LG ELECTRONICS USA, INC.

        By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800


By:    /s/ Dylan G. Trache
       H. Jason Gold, Va. Bar No. 19117
       Dylan G. Trache, Va. Bar No. 45939

Counsel to LG Electronics USA, Inc.

CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of November 2008, a copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers was sent by first class mail, postage prepaid, to:

    Office of the United States Trustee
    Attn: Robert B. Van Arsdale
    701 E. Broad Street, Suite 4304
    Richmond, Virginia 23219-1888

    Circuit City Stores, Inc.
    Attn: Reginald D. Hedgebeth
    9950 Mayland Dr.
    Richmond, Virginia 23233

    Circuit City Stores, Inc.
    Attn: Daniel W. Ramsey
    9950 Mayland Dr.
    Richmond, Virginia 23233

    Gregg M. Galardi, Esquire
    Ian S. Fredericks, Esquire
    Skadden, Arps, Slate, Meagher & Flom, LLP
    One Rodney Square
    P.O. Box 636
    Wilmington, DE 19899-0636

    Chris L. Dickerson, Esquire
    Skadden, Arps, Slate, Meagher & Flom, LLP
    333 West Wacker Drive
    Chicago, Illinois 60606

    Dion W. Hayes, Esquire
    Douglas M. Foley, Esquire
    McGuireWoods LLP
    One James Center
    901 E. Cary Street
    Richmond, Virginia 23219

    And to the parties in interest on the attached service list.

                                          /s/ Dylan G. Trache
                                          Dylan G. Trache

12924305.1