Ronald M. Tucker
Simon Property Group
225 W. Washington Street
Indianapolis, IN 46204

David L. Pollack, Esquire
Jesse N. Silverman, Esquire
Ballard Spahr Andrews & Ingersoll LLP
51st Floor-Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Bruce H. Matson
LeClair Ryan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23218-2499

Eric C. Cotton, Esquire
Developers Diversified Realty Corp.
3300 Enterprise Parkway
P.O. Box 227042
Beachwood, OH 44122

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Jeffrey Scharf, Esquire
Mark K. Ames, Esquire
Taxing Authority Consulting Services PC
P.O. Box 771476
Richmond, Virginia 23255

Constantinos G. Panagopoulos, Esquire
Charles W. Chotvacs, Esquire
Ballard Spahr Andrews & Ingersoll LLP
601 13th Street, N.W.
Suite 1000 South
Washington, DC 20005

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

Pamela Gale Johnson
Laura Lawton Gee
Baker & Hostetler, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

John G. McJunkin, Esquire
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Bradford F. Englander, Esquire
Brian M. Nestor, Esquire
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814

Mitchell B. Weitzman, Esquire
Bean Kinney & Korman PC
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201

James S. Carr, Esquire
Robert L. LeHane, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Andrew S. Conway, Esquire
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304