Jeffrey L. Tarkenton (VA Bar # 20631)
Womble Carlyle Sandridge & Rice PLLC
1401 Eye Street, N.W., Suite 700
Washington, D.C.  20005
(202) 467-6900 – Telephone
(202) 261-0050 – Facsimile

Counsel to Gateway, Inc. and
Acer American Holdings Corp.

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Womble Carlyle Sandridge & Rice, PLLC ("WCSR") appears herein as counsel for Gateway, Inc. ("Gateway") and Acer American Holdings Corp. ("Acer") pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010, and demands, pursuant to Rules 2002, 3017, 4001, and 9007 of the Federal Rules of Bankruptcy Procedure and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

>  Jeffrey L. Tarkenton
>  Todd D. Ross
>  Womble Carlyle Sandridge & Rice, PLLC
>  1401 Eye Street, N.W., Suite 700
>  Washington, D.C.  20005
>  (202) 467-6900 – Telephone
>  (202) 261-0050 – Facsimile
>  jtarkenton@wcsr.com
>  toross@wcsr.com

This Notice of Appearance is not a waiver of any rights under the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the above-specified provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, telegraph or otherwise which may affect or seek to affect in any way any rights or interests of creditors and parties in interest.

Dated:  November 11, 2008

                                      Respectfully submitted,

                                      */s/ Jeffrey L. Tarkenton*
                                      Jeffrey L. Tarkenton (VA Bar # 20631)
                                      Womble Carlyle Sandridge & Rice PLLC
                                      1401 Eye Street, N.W., Suite 700
                                      Washington, D.C.  20005
                                      (202) 467-6900 – Telephone
                                      (202) 261-0050 – Facsimile
                                      jtarkenton@wcsr.com

                                      *Counsel to Gateway, Inc. and*
                                      *Acer American Holdings Corp.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November 2008, I served a copy of the foregoing Notice of Appearance via the Court's CM/ECF system upon the following:

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
dhayes@mcguirewoods.com

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA  23510
dfoley@mcguirewoods.com

W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA  23219

            ___*/s/ Jeffrey L. Tarkenton*_____
            Jeffrey L. Tarkenton

WCSR 4015737v1