DAVID M. POITRAS P.C. (SBN 141309)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Telephone: (310) 203-8080
Facsimile : (310) 712-8571
Email:   dpoitras@jmbm.com

Attorneys for THQ, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. 08-35653 |
| | ) |
| | ) Jointly Administered |
| Debtors.[1] | ) |
| | ) |
| | ) **NOTICE OF APPEARANCE AND** |
| | ) **REQUEST FOR SERVICE OF PAPERS** |
| | ) |
| | ) |
| | ) [No Hearing Required] |
| | ) |

**TO THE CLERK OF THE COURT AND INTERESTED PARTIES:**

Pursuant to Section 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Jeffer, Mangels, Butler & Marmaro LLP, attorneys for THQ, Inc., a party

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

in interest herein, hereby enters their appearance in this bankruptcy case and requests that copies of all notices given or required in this case and copies of all notices, pleadings or papers served or required to be served in this case be given to and served upon the following:

David M. Poitras P.C.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone : (310) 203-8080
Facsimile: (310) 712-8571
E-mail Address: dpoitras@jmbm.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before the Bankruptcy Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, e-mail, or otherwise.

DATED: November 11, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____
DAVID M. POITRAS
Attorneys for THQ, Inc.

DAVID M. POITRAS P.C. (SBN 141309)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Telephone: (310) 203-8080
Facsimile : (310) 712-8571
Email:   dpoitras@jmbm.com

Attorneys for THQ, Inc.

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., | ) Case No. 08-35653 |
| et al., | ) |
| | ) Jointly Administered |
| Debtors.[2] | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| | ) **NOTICE OF APPEARANCE AND** |
| | ) **REQUEST FOR SERVICE OF PAPERS** |
| | ) |
| | ) [No Hearing Required] |
| | ) |

I, Billie Terry, hereby certify that, at the direction of David M. Poitras P.C., on this 11th day of November, 2008, I caused to be served a copy of the *Notice of Appearance and Request for Service of Papers* on the parties set forth on the attached Service List via ECF.

*/s/ Billie Terry*
Billie Terry

---

[2] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

5750949v1

Service List

| | |
|---|---|
| Dion W. Hayes, Esq.<br>McGuireWoods LLP<br>One James Center, 901 E. Cary St.<br>Richmond, VA 23219<br>**Counsel to the Debtors**<br>(via ECF) | Office of the U. S. Trustee<br>600 E. Main St., Suite 301<br>Richmond, VA 23219<br>(via ECF) |
| Jeffrey Scharf,<br>Mark K. Ames<br>Taxing Authority Consulting Services, P.C.<br>P.O. Box 771476<br>Richmond, Virginia 23255<br>(via ECF) | Mark Browning<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>(via ECF) |
| Jesse Silverman, Esq.<br>David L. Pollack, Esq.<br>Jeffrey Meyers, Esq.<br>BALLARD SPAHR ANDREWS &<br>INGERSOLL, LLP<br>51st Fl - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, Pennsylvania 19103<br>(via ECF) | Andrew S. Conway<br>200 East Long Lake Road<br>Bloomfield Hill, MI 48304<br>(via ECF) |
| Heather D. Dawson, Esq.<br>Kitchens Kelley Gaynes, P.C.<br>Eleven Piedmont Center, Suite 900<br>3495 Piedmont Road, N.E.<br>Atlanta, Georgia 30305<br>(via ECF) | Bradford F. Englander, Esq.<br>Brian M. Nestor, Esq.<br>Linowes and Blocher LLP<br>7200 Wisconsin Avenue, Suite 800<br>Bethesda, Maryland 20814<br>(via ECF) |
| David J. Ervin, Esq.<br>KELLEY DRYE & WARREN LLP<br>Washington Harbour, Suite 400<br>3050 K Street, NW<br>Washington, DC 20007-5108<br>(via ECF) | Laura Lawton Gee<br>BAKER & HOSTETLER, LLP<br>1000 Louisiana, Suite 2000<br>Houston, TX 77002<br>(via ECF) |
| Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, Indiana 46204<br>(via ECF) | Mitchell B. Weitzman, Esq.<br>Bean, Kinney & Korman, PC<br>2300 Wilson Boulevard<br>Arlington, VA 22201<br>(via ECF) |