**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re:  CIRCUIT CITY STORES, INC., et al. ) | Case No.:  08-35653-KRH |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Pursuant to FED.R.BANKR.PROC. 2002(g) and 9010(b), the undersigned enter their appearance as counsel for Hewlett Packard Company, a creditor in the above-captioned case.

Counsel hereby requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, be served upon the undersigned at the following address:

> Roy M. Terry, Jr., Esq.
> John C. Smith, Esq.
> Elizabeth L. Gunn, Esq.
> DurretteBradshaw PLC
> 600 E. Main Street, 20th Floor
> Richmond, VA  23219
> Telephone: (804) 775-6900
> Facsimile: (804) 775-6911
> rterry@durrettebradshaw.com
> jsmith@durrettebradshaw.com
> egunn@durrettebradshaw.com

Roy M. Terry, Jr. VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
☎ 804.775.6900
🖷 804.775.6911
Counsel for Hewlett Packard Company

This request includes not only the notices and papers required to be served pursuant to Federal Rule of Bankruptcy Procedure 2002, but additionally includes, without limitation, notices of any application, disclosure statement, plan of reorganization, complaint, demand, notice of hearing, motion, petitions, pleading or request, whether formal or informal, whether transmitted or conveyed electronically, by mail, delivery, telephone or otherwise.

The foregoing request simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial. **Counsel also requests inclusion on any limited notice list as ordered by this Court.**

Respectfully submitted, this 11th day of November, 2008.

/s/ Roy M. Terry, Jr.
Roy M. Terry, Jr., VSB #17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
☎804 775-6900
📄 804 775-6911
Counsel for Hewlett Packard Company

# CERTIFICATE OF SERVICE

      I hereby certify on this 11th day of November, 2008, a true copy of the foregoing Notice of Appearance and Request for Service was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following:

> Dion W. Hayes, Esq.
> dhayes@mcquirewoods.com
> Douglas M. Foley, Esq.
> dfoley@mcguirewoods.com
> *Counsel for Debtor*
>
> Robert Van Arsdale, Esq.
> Office of the U.S. Trustee
> USTPRegion04.RH.ECF@usdoj.gov
>
>     /s/ Roy M. Terry, Jr.

F:\S\Slate, Edward and Sally\notice of appearance and certificate of service.doc