**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: <u>08-35653-KRH</u> |
| CIRCUIT CITY STORES, INC., *et al.*, | * | (CHAPTER 11) |
| DEBTORS. | * | (JOINTLY ADMINISTERED) |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**ENTRY OF APPEARANCE OF COUNSEL TO TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C. AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC. AND REQUEST FOR ALL NOTICES**

Jeremy S. Friedberg and Gordon S. Young of Leitess Leitess Friedberg + Fedder PC hereby enter their appearances in the above captioned case as counsel to Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc. (together, "Toshiba"). As directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorneys' names, office addresses, telephone numbers, fax numbers and email addresses are:

> Jeremy S. Friedberg, Esq.
> Leitess Leitess Friedberg + Fedder PC
> One Corporate Center
> 10451 Mill Run Circle, Suite 1000
> Owings Mills, Maryland 21117
> (410) 581-7400
> (410) 581-7410 (facsimile)
> Email: jeremy.friedberg@llff.com

Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America Consumer Products, L.L.C.
and Toshiba America Information Systems, Inc.*

84501.doc

    Gordon S. Young, Esq.
    Leitess Leitess Friedberg + Fedder PC
    One Corporate Center
    10451 Mill Run Circle, Suite 1000
    Owings Mills, Maryland 21117
    (410) 581-7400
    (410) 581-7410 (facsimile)
    Email: gordon.young@llff.com.

  Toshiba requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure, including notices under Rule 2002(i), be given to it by service upon its attorneys at the address shown above.

  Pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Toshiba further requests that copies of all plans filed herein be served upon it by service upon its attorneys at the above address.

  The foregoing request includes all of the notices and papers referred to in the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules and also includes, without limitation, notices of any hearings, orders, pleadings, motions, applications, complaints, demands, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to this case and any proceeding therein whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, or otherwise, all of which should be sent to its attorney at the address shown above.

  This *Entry of Appearance of Counsel to Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc. and Request for All Notices*, nor any later appearance, pleading, claim or suit (i) shall not be, and shall not be deemed or

84501.doc

2

construed to be, a consent to jurisdiction of, or venue in the United States Bankruptcy Court for the Eastern District of Virginia and (ii) shall not be, and shall not be deemed or construed to be, a waiver of Toshiba's rights: (1) to have final orders in non-core matters entered only after *de novo* review by a district judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs, or recoupment to which Toshiba is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Toshiba expressly reserves.

      /s/ Jeremy S. Friedberg
Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc.*

## C**ERTIFICATE OF** S**ERVICE**

I HEREBY CERTIFY that on this 12th day of November, 2008, a copy of the foregoing was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

| | |
|---|---|
| Dion W. Hayes, Esq.<br>Joseph S. Sheerin, Esq.<br>Sarah Beckett Boehm, Esq.<br>McGuireWoods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219<br><br>Daniel F. Blanks, Esq.<br>Douglas M. Foley, Esq.<br>McGuireWoods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510 | Greg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899<br><br>Office of the United States Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219. |

                                                /s/ Jeremy S. Friedberg
                                                Jeremy S. Friedberg