**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: <u>08-35653-KRH</u> |
| CIRCUIT CITY STORES, INC., *et al.*, | * | (CHAPTER 11) |
| DEBTORS. | * | (JOINTLY ADMINISTERED) |

\* \* \* \* \* \* \* \* \* \* \* \*

**VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION
BY LEITESS LEITESS FRIEDBERG + FEDDER PC
<u>UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019</u>**

Jeremy S. Friedberg and Leitess Leitess Friedberg + Fedder PC ("LLFF"), pursuant to Federal Rule of Bankruptcy Procedure 2019, file this verified statement with respect to their legal representation of Toshiba America Consumer Products, L.L.C. ("TACP") and Toshiba America Information Systems, Inc. ("TAIS") in the captioned bankruptcy case, and state:

1. The names and addresses of the creditors represented by LLFF in this matter are:

   Toshiba America Consumer Products, L.L.C.
   82 Totowa Road
   Wayne, NJ 07470

   Toshiba America Information Systems, Inc.
   9740 Irvine Boulevard
   Irvine, CA 92618.

---

Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America Consumer Products, L.L.C.
and Toshiba America Information Systems, Inc.*

84512.doc

2. TACP and TAIS are electronics vendors and intend to participate in the claims filing process.

3. TACP retained LLFF on November 11, 2008, and TAIS retained LLFF on November 11, 2008. Jeremy S. Friedberg is the primary contact at LLFF for both parties.

4. TACP and TAIS have not yet determined the nature and amount of any claims to be asserted in this bankruptcy case.

This statement is executed by Jeremy S. Friedberg on behalf of LLFF effective as of November 11, 2008.

Date: November 11, 2008       By:      /s/ Jeremy S. Friedberg
                                       Jeremy S. Friedberg, VSB No. 40228
                                       Gordon S. Young, VSB No. 68822
                                       Leitess Leitess Friedberg + Fedder PC
                                       One Corporate Center
                                       10451 Mill Run Circle, Suite 1000
                                       Owings Mills, Maryland 21117
                                       (410) 581-7400
                                       (410) 581-7410 (facsimile)

                                       *Attorneys for Toshiba America Consumer
                                         Products, L.L.C. and Toshiba America
                                         Information Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2008, a copy of the foregoing was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
PO Box 636
Wilmington, DE 19899

Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219.

      /s/ Jeremy S. Friedberg
Jeremy S. Friedberg