**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, Inc., | Case No. 08-35653 (KRH) |
| Debtors. | Hon. Kevin R. Huennekens |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), the undersigned appear in the above-captioned case on behalf of MICROSOFT CORPORATION and pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §§ 102(1) and 342, request that the following be placed on any mailing matrixes in this case and further request that all notices, given or required to be given, in all pleadings, papers, or other documentation served or required to be served in this case be given to and served upon the following:

Marc Barreca (WSBA #13412)  
K&L GATES LLP  
925 Fourth Avenue, Suite 2900  
Seattle, WA 98104-1158  
Telephone: 206-623-7580  
Fax: 206-623-7022  
marc.barreca@klgates.com  
bankruptcyecf@klgates.com  

Eric C. Rusnak (VSB # 65895)  
K&L GATES LLP  
1601 K Street, N.W.  
Washington, DC 20006-1600  
Telephone: 202-778-9000  
Fax: 202-778-9100  
eric.rusnak@klgates.com  

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, motions, petitions, pleadings, requests, complaints, demands,

Eric C. Rusnak (VSB #65895)  
K&L GATES LLP  
1601 K Street, N.W.  
Washington, DC 20006-1600  
Telephone:  202-778-9000  
Fax:  202-778-9100  
eric.rusnak@klgates.com  

Marc Barreca (WSBA # 13412)  
K&L GATES LLP  
925 Fourth Avenue, Suite 2900  
Seattle, WA 98104-1158  
Telephone: 206-623-7580  
Fax: 206-623-7022  
marc.barreca@klgates.com  
bankruptcyecf@klgates.com

disclosure statements, and answering or reply papers, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or telecopier or otherwise.

Respectfully Submitted,

**MICROSOFT CORPORATION**

By its attorneys,

_____/s/ *Eric C. Rusnak*_____
Eric C. Rusnak (VSB #65895)
K&L GATES LLP
1601 K Street, N.W.
Washington, DC 20006
Telephone: 202-778-9000
Fax: 202-778-9100
eric.rusnak@klgates.com

Marc Barreca (WSBA #13412)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: 206-623-7580
Fax: 206-623-7022
marc.barreca@klgates.com
bankruptcyecf@klgates.com

Attorneys for Microsoft Corporation

Dated: November 12, 2008

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Notice and Service of Papers is to be served by electronic means through the Court's ECF/CM system on this 12th day of November, 2008.

                                                      /s/ *Eric C. Rusnak*
                                       Eric C. Rusnak (VSB #65895)
                                       K&L GATES LLP
                                       1601 K Street, N.W.
                                       Washington, DC 20006
                                       Telephone: 202-778-9000
                                       Fax: 202-778-9100
                                       eric.rusnak@klgates.com


                                       Attorney for Microsoft Corporation