**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Commercial Property Management, Inc., and Inland Continental Property Management Corp. (jointly, "Inland"), a creditor and party-in-interest in the above-captioned cases, hereby appears by its counsel, Connolly Bove Lodge & Hutz LLP, and such counsel enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

| | |
|---|---|
| Min Park, Esquire | Karen C. Bifferato, Esquire |
| Connolly Bove Lodge & Hutz LLP | Christina M. Thompson, Esquire |
| 1875 Eye Street NW, 11th Floor | Connolly Bove Lodge & Hutz LLP |
| Washington, DC 20006 | 1007 N. Orange Street; P.O. Box 2207 |
| Telephone: (202) 331-7111 | Wilmington, DE 19899 |
| Telecopy:  (202) 293-6229 | Telephone: (302) 658-9141 |
| Email address: mpark@cblh.com | Telecopy:  (302) 658-0380 |
| | Email address: kbifferato@cblh.com |
| | Email address: cthompson@cblh.com |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This *Notice of Appearance and Demand for Notices and Papers* shall not be deemed or construed to be a waiver of (a) Inland's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Inland is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Inland expressly reserves.

Dated: November 12, 2008                    CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Min Park
Min Park, Esquire
1875 Eye Street NW, 11th Floor
Washington, DC 20006
Telephone: (202) 331-7111
Telecopy:   (202) 293-6229
Email address: mpark@cblh.com

-and-

Karen C. Bifferato, Esquire
Christina M. Thompson, Esquire
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorneys for Inland Southwest Management LLC, Inland American Retail Management LLC, Inland US Management LLC, Inland Pacific Property Services LLC, Inland Commercial Property Management LLC, and Inland Continental Property Management Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2008, a true and correct copy of the foregoing *Notice of Appearance and Demand for Notices and Papers* was electronically filed with the Clerk of the Court using the CM/ECF system and served via electronic service (unless otherwise noted) upon the parties registered with the Court's ECF Noticing System.

**Via First Class U.S. Mail**
Circuit City Stores, Inc.
9930 Mayland Drive
Richmond, VA 23233

Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

**Via First Class U.S. Mail and ECF Noticing System**
Office of the United States Trustee
Attn: W. Clarkson McDow, Jr., Esquire
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

**Via Hand Delivery**
Gregg M, Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington, DE 19801

                                                        **/s/ Min Park**
                                                        Min Park

#646474