Jaime S. Dibble, #75979
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, D.C. 20036
*Attorneys for Garmin International, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned appears as counsel for Garmin International, Inc. ("Garmin") a party in interest herein, and pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, demands that all notice given or required to be given in this case and all papers served in this case be given to and served upon:

> STINSON MORRISON HECKER LLP
> 1150 18th Street, NW, Suite 800
> Washington, DC 20036-3816
> Tel: (202) 785-9100
> Fax: (202) 785-9163
> jdibble@stinson.com
> ATTENTION: Jaime S. Dibble, Bar No. 75979

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Garmin's right to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a district court judge (ii) the right to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) the right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which Garmin is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 12, 2008               Respectfully Submitted,


                                       <u>/s/ Jaime S. Dibble</u>
                                       Jaime S. Dibble, #75979
                                       Stinson Morrison Hecker LLP
                                       1150 18th Street, NW, Suite 800
                                       Washington, D.C.  20036
                                       (202) 785-9100
                                       (202) 785-9163 (fax)
                                       Email: jdibble@stinson.com
                                       *Counsel for Garmin International, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 12, 2008, the foregoing was served upon the following by first-class mail, postage prepaid or through the Court's electronic transmission system:

W. Clarkson McDow, Jr., Esq.
Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, VA 22314

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Daniel F. Blanks, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Joseph S. Sheerin, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Sarah Beckett Boehm, Esq.
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

        /s/ Jaime S. Dibble
        Jaime S. Dibble, #75979
        Stinson Morrison Hecker LLP
        1150 18th Street, NW, Suite 800
        Washington, D.C. 20036
        (202) 785-9100
        (202) 785-9163 (fax)
        Email: jdibble@stinson.com
        *Counsel for Garmin International, Inc.*