IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------ x
                                            :
In re:                                      :        Chapter 11
                                            :
CIRCUIT CITY STORES, INC., et al.           :        Case No. 08-35653-KRH
                                            :
          Debtors.                          :        Jointly Administered
                                            :        Judge Kevin R. Huennekens
------------------------------------------------------ x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Schulte, Roth & Zabel, LLP and Hunton & Williams, LLP, as counsel for Panasonic Corporation of North America ("Panasonic"), hereby enter their appearance pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Benjamin C. Ackerly [VSB # 09120]
J.R. Smith [VSB # 41913]
Henry (Toby) P. Long III [VSB # 75134]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

and

Michael L. Cook (NY Bar No. [MLC 7887])
David M. Hillman (NY Bar No. [DMH 8666])
Meghan M. Breen (NY Bar No. [MMB 2389])
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

Counsel for Panasonic Corporation of North America

| | |
|---|---|
| Michael L. Cook, Esq. | Benjamin C. Ackerly |
| David M. Hillman, Esq. | J.R. Smith |
| Meghan Breen, Esq. | Henry (Toby) P. Long III |
| **Schulte Roth & Zabel, LLP** | **HUNTON & WILLIAMS LLP** |
| 919 Third Avenue | Riverfront Plaza, East Tower |
| New York, NY 10022 | 951 E. Byrd Street |
| Telephone: (212) 756-2000 | Richmond, VA 23219 |
| Main Fax: (212) 593-5955 | Telephone: (804) 788-8479 |
| michael.cook@srz.com | Facsimile: (804) 788-8218 |
| david.hillman@srz.com | backerly@hunton.com |
| meghan.breen@srz.com | jrsmith@hunton.com |
| | hlong@hunton.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization and answering or reply briefs whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which Panasonic is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  November 12, 2008         /s/ Henry (Toby) P. Long, III  _____
      Richmond, Virginia         Benjamin C. Ackerly [VSB # 09120]
                                                          J.R. Smith [VSB # 41913]
                                                          Henry (Toby) P. Long III [VSB # 75134]
**HUNTON & WILLIAMS LLP**
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

 - and -

Michael L. Cook [NY Bar No. MLC 7887]
David M. Hillman [NY Bar No. DMH 86666]
Meghan M. Breen [NY Bar No. MMB 2389]
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York  10022
Telephone:  (212) 756-2000
Facsimile:  (212) 593-5955

COUNSEL FOR PANASONIC
CORPORATION OF NORTH AMERICA

# **CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2008, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Attn: Douglas M. Foley, Esq.

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Attn: Dion W. Hayes, Esq.

Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899
Attn: Gregg Galardi, Esq.

Attorneys for Circuit City Stores, Inc.

Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale, Esq.

                                            /s/ Henry (Toby) P. Long III