# **EXHIBIT C**

**Circuit City**
**13 Week U.S. Cash Flow & Availability**
**DIP Budget - 11/9/08 530pm**
**($ in 000's)**

| Week Ending | Week 1 Forecast 15-Nov | Week 2 Forecast 22-Nov | Week 3 Forecast 29-Nov | Week 4 Forecast 6-Dec | Week 5 Forecast 13-Dec | Week 6 Forecast 20-Dec | Week 7 Forecast 27-Dec | Week 8 Forecast 3-Jan | Week 9 Forecast 10-Jan | Week 10 Forecast 17-Jan | Week 11 Forecast 24-Jan | Week 12 Forecast 31-Jan | Week 13 Forecast 7-Feb | Post 13 Week Forecast Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **I. Comp Sales vs. Prior Year** | -35.0% | -30.0% | -25.0% | -20.0% | -20.0% | -20.0% | -20.0% | -20.0% | -15.0% | -15.0% | -15.0% | -15.0% | -10.0% | -21.0% |
| **II. Cash Flows** | | | | | | | | | | | | | | |
| **Receipts** | | | | | | | | | | | | | | |
| Sales | 144,652 | 230,846 | 277,929 | 494,480 | 297,127 | 401,118 | 332,063 | 198,204 | 143,399 | 145,285 | 152,836 | 167,853 | 154,035 | 3,139,827 |
| Sales Tax | 9,835 | 18,029 | 33,075 | 17,044 | 20,746 | 29,276 | 17,449 | 10,430 | 8,867 | 9,994 | 10,246 | 11,721 | 9,453 | 206,165 |
| Credit Card Holdbacks | (2,800) | - | - | - | - | - | - | - | - | - | - | - | - | (2,800) |
| Other Receipts | 5,550 | 5,300 | 4,450 | 4,400 | 5,400 | 5,180 | 4,432 | 4,388 | 5,450 | 5,220 | 4,438 | 4,392 | 5,450 | 64,050 |
| Subtotal | 157,238 | 254,174 | 315,454 | 515,925 | 323,272 | 435,574 | 353,944 | 213,022 | 157,716 | 160,499 | 167,519 | 183,966 | 168,938 | 3,407,242 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Advertising | 11,515 | 11,515 | 11,515 | 11,646 | 11,646 | 11,646 | 11,646 | 11,646 | 7,345 | 7,345 | 7,345 | 7,345 | 5,601 | 127,759 |
| Merchandise (incl. freight) | 100,930 | 169,550 | 195,480 | 238,100 | 207,100 | 238,100 | 209,100 | 159,480 | 126,860 | 100,050 | 84,050 | 103,860 | 100,190 | 2,032,850 |
| Rent | - | - | - | 32,250 | - | - | 32,250 | - | - | - | - | - | 32,250 | 96,751 |
| Payroll & Payroll Taxes | 34,203 | 1,635 | 32,217 | 1,635 | 32,217 | 1,635 | 32,217 | 1,635 | 32,217 | 1,635 | 29,682 | 1,500 | 29,682 | 232,113 |
| Benefits | 1,912 | 1,427 | 1,889 | 1,427 | 1,889 | 1,427 | 1,889 | 1,427 | 1,889 | 1,427 | 1,938 | 1,131 | 2,304 | 21,974 |
| Utilities | 503 | 503 | 1,551 | 1,551 | 1,551 | 1,551 | 1,551 | 1,551 | 1,551 | 1,551 | 1,551 | 1,551 | 1,551 | 18,067 |
| Sales and Other Taxes | 16,040 | 4,325 | 8,321 | 8,017 | 9,928 | 33,460 | 9,928 | 8,376 | 13,574 | 45,500 | 12,268 | 23,603 | 5,837 | 199,178 |
| General Operating | 11,797 | 17,057 | 18,423 | 12,317 | 23,076 | 24,586 | 17,737 | 25,728 | 24,282 | 27,551 | 14,458 | 26,615 | 13,810 | 257,438 |
| D&O Insurance | - | - | - | 9,000 | - | - | - | - | - | - | - | - | - | 9,000 |
| Subtotal | 176,901 | 206,012 | 269,397 | 315,943 | 287,408 | 312,405 | 316,320 | 209,844 | 207,718 | 185,059 | 151,292 | 165,605 | 191,226 | 2,995,128 |
| **Operating Cash Flow** | (19,663) | 48,163 | 46,057 | 199,982 | 35,864 | 123,169 | 37,624 | 3,178 | (50,002) | (24,560) | 16,227 | 18,362 | (22,288) | 412,113 |
| **Store Closing Expenses** | 5,814 | 3,614 | 8,014 | 9,860 | 8,014 | 3,614 | 8,014 | 3,614 | 2,200 | - | - | - | - | 52,759 |
| **Non Operating Disbursements** | | | | | | | | | | | | | | |
| *Bankruptcy Payments* | | | | | | | | | | | | | | |
| Customer Practices | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | - | - | - | - | - | - | - | - | 5,625 |
| Freight | - | - | 3,000 | 3,000 | 2,000 | 2,000 | - | - | - | - | - | - | - | 10,000 |
| Insurance | - | - | 205 | 205 | - | - | - | - | - | - | - | - | - | 410 |
| Mechanics Liens | - | - | 3,250 | 3,250 | - | - | - | - | - | - | - | - | - | 6,500 |
| Foreign Vendors | - | - | 3,250 | 3,250 | - | - | - | - | - | - | - | - | - | 6,500 |
| Other | - | 2,500 | 5,000 | 5,000 | 2,500 | 2,500 | 2,500 | - | - | - | - | - | - | 20,000 |
| Subtotal | 1,125 | 3,625 | 15,830 | 15,830 | 5,625 | 4,500 | 2,500 | - | - | - | - | - | - | 49,035 |
| *Financing Expenses* | | | | | | | | | | | | | | |
| Interest and Bank Fees | 2,217 | 431 | 52 | 108 | - | - | 1,149 | - | 466 | 6,475 | 575 | 574 | 430 | 12,477 |
| DIP Fees / Advisory Fees | 30,000 | - | - | - | - | - | - | - | - | - | - | - | - | 30,000 |
| Lender's Counsel | 2,000 | - | - | - | - | - | - | - | - | - | - | - | - | 2,000 |
| Subtotal | 34,217 | 431 | 52 | 108 | - | - | 1,149 | - | 466 | 6,475 | 575 | 574 | 430 | 44,477 |
| *Other* | | | | | | | | | | | | | | |
| Restructuring Professionals | - | - | - | - | - | - | - | - | - | 2,882 | - | - | - | 2,882 |
| Employee Termination Costs | - | - | - | - | - | - | - | - | 5,000 | - | - | - | - | 5,000 |
| Employee Incentive Plan | - | - | - | - | - | - | - | - | - | 10,000 | - | - | - | 10,000 |
| Liquidator Fees | - | - | - | 3,000 | - | - | - | - | - | - | - | - | - | 3,000 |
| Capital Expenditures | 193 | 193 | 193 | 214 | 214 | 214 | 214 | 214 | 482 | 482 | 482 | 482 | 342 | 3,919 |
| Subtotal | 193 | 193 | 193 | 3,214 | 214 | 214 | 214 | 214 | 5,482 | 13,364 | 482 | 482 | 342 | 24,801 |
| **Total Disbursements** | 218,250 | 213,875 | 293,486 | 344,955 | 301,261 | 320,734 | 328,196 | 213,672 | 215,866 | 204,897 | 152,349 | 166,660 | 191,999 | 3,166,200 |
| **Net Cash Flow** | (61,012) | 40,300 | 21,968 | 170,969 | 22,011 | 114,840 | 25,748 | (650) | (58,149) | (44,399) | 15,171 | 17,306 | (23,061) | 241,042 |
| **III. Loan Balance - Post-Petition** | | | | | | | | | | | | | | |
| Beginning Loan - Book | 756,166 | 831,466 | 789,670 | 771,692 | 594,391 | 564,862 | 421,270 | 390,743 | 386,027 | 446,504 | 488,208 | 476,036 | 459,486 | 756,166 |
| Net Cash Flow (Increase) / Decrease | 61,012 | (40,300) | (21,968) | (170,969) | (22,011) | (114,840) | (25,748) | 650 | 58,149 | 44,399 | (15,171) | (17,306) | 23,061 | (241,042) |
| Canadian Borrowings | 14,288 | (1,497) | 3,991 | (6,331) | (7,518) | (28,752) | (4,780) | (5,366) | 2,327 | (2,694) | 2,998 | 757 | 3,052 | (29,525) |
| Ending Loan - Book | 831,466 | 789,670 | 771,692 | 594,391 | 564,862 | 421,270 | 390,743 | 386,027 | 446,504 | 488,208 | 476,036 | 459,486 | 485,599 | 485,599 |
| Total Checks Outstanding | (28,223) | (26,530) | (68,317) | (56,743) | (107,618) | (117,623) | (95,234) | (84,815) | (103,548) | (134,876) | (121,543) | (83,451) | (87,749) | (87,749) |
| Ending Balance - Bank | 803,243 | 763,140 | 703,375 | 537,648 | 457,245 | 303,647 | 295,509 | 301,212 | 342,956 | 353,332 | 354,493 | 376,035 | 397,850 | 397,850 |
| **IV. Availability Summary** | | | | | | | | | | | | | | |
| Borrowing Base Availability | 1,058,618 | 1,020,961 | 965,369 | 957,271 | 753,464 | 737,296 | 653,321 | 628,097 | 606,954 | 603,908 | 591,882 | 590,876 | 588,085 | 588,085 |
| Total Loan Balance | (803,243) | (763,140) | (703,375) | (537,648) | (457,245) | (303,647) | (295,509) | (301,212) | (342,956) | (353,332) | (354,493) | (376,035) | (397,850) | (397,850) |
| LC's | (131,436) | (131,811) | (150,417) | (172,167) | (197,167) | (195,167) | (193,167) | (192,167) | (150,167) | (148,167) | (121,167) | (109,167) | (107,167) | (107,167) |
| Canadian Portion Borrowing Base | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 59,000 | 59,000 | 54,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Utilities Reserve | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) |
| Professional Fees Reserve | (6,640) | (6,640) | (6,640) | (10,495) | (10,495) | (10,495) | (10,495) | (10,495) | (10,378) | (10,378) | (10,378) | (10,378) | (10,379) | (10,379) |
| Minimum Availability Covenant (10%) | (105,862) | (102,096) | (96,537) | (95,727) | (75,346) | (75,000) | (75,000) | (75,000) | (60,695) | (60,391) | (60,000) | (60,000) | (60,000) | (60,000) |
| **Net Availability** | 56,438 | 62,274 | 53,400 | 186,234 | 58,211 | 197,987 | 133,151 | 103,223 | 91,758 | 76,640 | 90,844 | 80,295 | 57,689 | 57,689 |