**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | JUDGE KEVIN R. HUENNEKENS |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | CASE NO. : 08-35653-KRH |
| dba CIRCUIT CITY | ) | CHAPTER 11 |
| DEBTOR. | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appears on behalf of Howland Commons Partnership, an Ohio general partnership dba Howland Commons; Huntington Mall Company, a West Virginia general partnership dba Huntington Mall; Kentucky Oaks Mall Company, an Ohio limited partnership dba Kentucky Oaks Mall; and The Cafaro Northwest Partnership, an Ohio general partnership, dba South Hill Mall; and pursuant to Rule 2002 of the Bankruptcy Rules and 11 U.S.C. §1109(b), request that all notices required to be served in these cases be served upon Cafaro Management Company, 2445 Belmont Avenue, P.O. Box 2186, Youngstown, OH 44504-0186, Attention: Richard T. Davis.

Dated: November 12, 2008

/s Richard T. Davis
RICHARD T. DAVIS
Ohio Reg. No. 0033405
The Cafaro Company
2445 Belmont Avenue
P.O. Box 2186
Youngstown, Ohio 44504-0186
Telephone: (330) 747-2661
Facsimile: (330) 743-2902
E-mail: rdavis@cafarocompany.com

RTD/lms