UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

---

In re:

CIRCUIT CITY STORES, INC., *et al.*

Debtors.

Case No. 08-35653-KRH
Jointly Administered
Chapter 11 Proceedings

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Statement Pursuant to Federal Rule of Bankruptcy Procedures 2019* was mailed on the 12th day of November, 2008, by depositing same in the U.S. Mail, postage prepaid to:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2000
Chicago, IL 60606

Office of the United States Trustee
Richmond, Virginia Office
600 East Main Street, Suite 301
Richmond, VA 23219

/s/Audrey A. Vrooman
AUDREY A. VROOMAN

Sworn to before me this
12th day of November, 2008.

/s/James C. Thoman
Notary Public, State of New York
Qual. In Onondaga Cty., No. 02TH6088817
Commission Expires March 17, 2011