IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CIRCUIT CITY STORES, INC., | § | CASE NO. 08-35653 |
| | § | |
| DEBTOR | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW, AmREIT, a Texas real estate investment trust, a creditor party-in-interest in the above-styled case, by and through its counsel, Ross, Banks, May, Cron & Cavin, P.C., and pursuant to applicable law and Bankruptcy Rule 9010, hereby respectfully requests that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, including service of process, be served upon the undersigned at the office, postal address and facsimile number listed as follows:

> AmREIT, a Texas real estate investment trust
> c/o James V. Lombardi, III
> Ross, Banks, May, Cron & Cavin, P.C.
> 2 Riverway, Suite 700
> Houston, Texas 77056
> Phone: (713) 626-1200
> Fax: (713) 623-6014

PLEASE TAKE FURTHER NOTICE that, pursuant to applicable law, the foregoing request includes notices and papers referred to in the Bankruptcy Rules including service of process and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Movant additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Respectfully submitted,

**ROSS, BANKS, MAY, CRON & CAVIN, P.C.**
Attorneys for AmREIT, a Texas real estate investment trust

By: _____
James V. Lombardi, III
Texas Bar No. 00789779
2 Riverway, Suite 700
Houston, Texas 77056-1918
Phone: (713) 626-1200
Fax: (713) 623-6014
E-mail: jvlombardi@rossbanks.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 12th day of November, 2008, a true and correct copy of the foregoing was served by U.S. first class mail, postage prepaid upon the parties listed on the attached service list.

_____
James V. Lombardi, III

G:\JVL\3991-115\Notice of Appearance.wpd

## SERVICE LIST

*Case No. 08-35653*
*In Re: Circuit City Stores, Inc., Debtor*

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Daniel F. Blanks
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes
McGuireWoods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219

Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219