Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
 McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000

*Proposed Counsel to the Debtors
and Debtors-in-Possession*

```
          IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION
- - - - - - - - - - - - - - - -x
                                :
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653-KRH
et al.,[1]                      :
                                :   Jointly Administered
                 Debtors.       :
- - - - - - - - - - - - - - - -x
```

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

THIS MATTER having come before the Court upon the

Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy

Rule 2090-1(E)(2) (the "Motion")[2] of Dion W. Hayes, partner

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

[2]  Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

with the law firm of McGuireWoods LLP, for the admission *pro hac vice* of Gregg M. Galardi, Chris L. Dickerson, and Ian S. Fredericks, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors, (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion.  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. Gregg M. Galardi, Chris L. Dickerson, and Ian S. Fredericks are permitted to appear *pro hac vice* as counsel to each of the Debtors in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(E)(2).

Dated:     Richmond, Virginia
           November ___, 2008

```
_____
UNITED STATES BANKRUPTCY JUDGE
```

WE ASK FOR THIS:

 /s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000

*Proposed Counsel to the Debtors
and Debtors-in-Possession*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify that notice of the Debtors' intent to seek entry of the foregoing proposed order was provided to the parties identified in the Motion and copy of this proposed order was provided to the Office of the United States Trustee for the Eastern District of Virginia prior to submission to this Court.

 /s/ Douglas M. Foley
Douglas M. Foley

6682098_3

3