**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In Re:   CIRCUIT CITY STORES, INC., ) | |
| ) | |
| ) | Case No.  08-35653-KRH |
| ) | |
| Debtor.                                 ) | Chapter 11 |

## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears for Monument Consulting, LLC (hereinafter "Monument"), and pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, and Section 1109(b) of the United States Bankruptcy Code, requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given and served upon:

William A. Gray (VSB No. 46911)
C. Thomas Ebel (VSB18637)
Sands Anderson Marks & Miller
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia   23218-1998
804-783-7237 (office)
804-783-7291 (fax)

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and in whatever manner transmitted or conveyed.

---

William A. Gray (VSB No. 46911)
C. Thomas Eel (VSB18637)
Sands Anderson Marks & Miller
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia   23218-1998
804-783-7237 (office)
804-783-7291 (fax)
*Counsel for Monument Consulting, LLC*
{W0833000.1 }

**PLEASE TAKE FURTHER NOTICE,** that Monument intends that neither this Notice of Appearance nor any later appearance, pleading, claims or suit shall waive its right to trial by jury of any claim controversy or proceeding related to these cases; nor shall it waive any other right, claim, defense, setoff, or recoupment to which it is or may be entitled in law or equity, under any agreement, or otherwise, all of which rights, claims, defenses, setoffs, and recoupments are expressly reserved.

                Respectfully submitted,

                **MONUMENT CONSULTING, LLC**

                By Counsel

___/s/ William A. Gray_____
William A. Gray (VSB No. 46911)
C. Thomas Ebel (VSB18637)
Sands Anderson Marks & Miller
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia  23218-1998
804-783-7237 (office)
804-783-7291 (fax)
   *Counsel for Monument Consulting, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12TH day of November, 2008 a true copy of the foregoing Notice of Appearance and Request for Service of Notices and Other Documents was served on all persons receiving electronic notice in these cases and to the following:

        Daniel F. Blanks, Esquire
        McGuire Woods LLP
        9000 World Trade Center, Suite 101
        W. Main Street
        Norfolk, Virginia 23510
         *Counsel for the Debtor*

        Dion W. Hayes
        McGuire Woods LLP
        One James Center
        901 East Cary Street
        Richmond, Virginia 2319
         *Counsel for the Debtor*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
*Counsel for the Debtor*

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
  *Assistant United States Trustee*

        /s/ William A. Gray\_\_\_\_\_
William A. Gray, Esquire