UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re | Case No.: 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., | Chapter 11 |
| Debtors. [1] | |

### REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned, pursuant to Bankruptcy Code section 1109 and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appears on behalf of Paramount Home Entertainment and files its Request for Special Notice as follows: that copies of all notices and other papers filed in the above-referenced bankruptcy proceeding be given to and served upon the following:

> Michael L. Tuchin
> Klee, Tuchin, Bogdanoff & Stern LLP
> 1999 Avenue of the Stars, 39th Floor
> Los Angeles, CA  90067- 6049
> e-mail: mtuchin@ktbslaw.com

**PLEASE TAKE FURTHER NOTICE** that the undersigned, pursuant to Rule 3017 of the Federal Rules of Bankruptcy Procedure, hereby files its Request For Disclosure Statement and Plan of Reorganization as follows: that copies of all disclosure statements and plans of reorganization, notices and other papers filed in conjunction with any disclosure statement and plan of reorganization be given to and served upon the same persons designated for service above.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Design Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

109581.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, facsimile, electronic mail, hand delivery, telephone, or otherwise filed with regard to the above cases or proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, the herein request is not (i) a consent to jurisdiction of the Bankruptcy Court, (ii) a consent to entry of a final order by the Bankruptcy Court in a non-core matter, (iii) a waiver of any right to trial by jury, or consent to having such a jury trial heard in the Bankruptcy Court, or (iv) a waiver of any right, claim, action, defense, setoff or recoupment to which Paramount Home Entertainment may be entitled at law, equity or pursuant to any agreement, all of which matters are in all things expressly preserved.

DATED: November 12, 2008         */s/ Courtney E. Pozmantier*
                                 Courtney E. Pozmantier, Esq.
                                 KLEE, TUCHIN, BOGDANOFF & STERN LLP
                                 Counsel for Creditor Paramount Home Entertainment