Thomas J. Leanse (Cal Bar No. 084638)
Brian D. Huben (Cal. Bar No. 134354)
Dustin P. Branch (Cal Bar No. 174909)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 (telephone)
310.788.4471 (facsimile)

Attorneys for Landlord Creditors
The Macerich Company, RREEF Property Management, Watt Companies,
Cousins Properties, Portland Investment Company of America, and Prudential
Insurance Company of America

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF VIRGINIA**

**(RICHMOND)**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., | ) Case No. 08-35653-KRH |
| | ) |
| Debtor. | ) **REQUEST FOR SPECIAL NOTICE** |
| | ) |

PLEASE TAKE NOTICE that A) The Macerich Company, as Landlord and/or agent for Landlord of the premises located at Chandler Gateway, Chandler, AZ, Green Tree Mall, Clarksville, IN, Lakewood Center Mall, Lakewood, CA, San Tan Village, Gilbert, AZ, Scottsdale 101, Phoenix, AZ, Tysons Corner Center, McLean, VA, Village Square I, Phoenix, AZ, Vintage Faire Mall, Modesto, CA; B) RREEF Property Management, as Landlord and/or agent for Landlord of the premises located at Crossroads Center, Falls Church, VA, The Arboretum, South Barrington, IL, Firecreek Crossing, Reno, NV; C) Watt Companies, as Landlord and/or agent for Landlord of the premises located at Compton Town Center, Compton, CA, Norwalk Plaza, Norwalk, CA, Riverside Town Center, Riverside, CA; C) Cousins Properties, as Landlord and/or agent for Landlord of the premises located at The Avenue Forsyth, Cumming, GA, Los Altos Market Center, Long Beach, CA, North Point Market Center, Alpharetta, GA; D) Portland Investment Company of America, as Landlord and/or agent for Landlord of the premises located at Sawmill Plaza, Columbus, OH; and, E) Prudential Insurance Company of America, as Landlord and/or agent for Landlord of the premises located at Desert Crossing, Palm Desert, CA, Pembrooke Crossing, Pembrooke Pines, FL

1

(collectively the "Landlords"), appearing through their counsel, Katten Muchin Rosenman LLP, requests that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

> Katten Muchin Rosenman LLP
> c/o Thomas J. Leanse
> c/o Dustin P. Branch
> 2029 Century Park East, Suite 2600
> Los Angeles, California 90067-3012
> Telephone: (310) 788-4400

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1)    Which affect or seek to affect in any way any rights or interests of Landlords with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Landlords claim an interest; (d) property or proceeds thereof in possession, custody or control of Landlords which the Debtors may seek to use; or

(2)    Which require or seek to require any act, delivery of any property, payment or other conduct by Landlords.

Dated:  November 12, 2008    KATTEN MUCHIN ROSENMAN LLP
Thomas J. Leanse
Brian D. Huben
Dustin P. Branch

By:    */s/ Brian D. Huben*
Attorneys for Landlord Creditors
The Macerich Company, RREEF Property
Management, Watt Companies, Cousins
Properties, Portland Investment Company of
America, and Prudential Insurance Company of
America

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On November 12, 2008, I served the foregoing document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true and correct copy of this document thereof, enclosed in a sealed envelope, addressed as follows:

| Debtor's Counsel | Debtor |
|---|---|
| Daniel F. Blanks<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510<br>E-mail: dblanks@mcguirewoods.com<br><br>U.S. Trustee<br><br>W. Clarkson McDow, Jr.<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219<br><br>*Via U.S. Mail Only* | Circuit City Stores, Inc.<br>9950 Mayland Drive<br>Richmond, VA 23233<br><br>*Via U.S. Mail Only* |

(**X**) **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with US. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(**X**) **(BY ELECTRONIC MAIL)** By transmitting electronically to the parties at the email address indicated below. To the best of my knowledge the transmission was reported as complete and I did not receive a notice of failure of receipt of each such document

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 12, 2008, at Los Angeles, California.

*/s/ Donna M. Carolo*
Donna M. Carolo