Brian Sirower, Esq.
Lori L. Winkelman, Esq.
Catherine M. Guastello, Esq.
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
Telephone:  (602) 229-5200
E-mail:  bsirower@quarles.com
lwinkelm@quarles.com
cguastel@quarles.com

Attorneys for DFS Services LLC

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| Debtors. | (Jointly Administered) |

### **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

QUARLES & BRADY LLP, attorneys for DFS SERVICES LLC ("DFS"), hereby notices its appearance and requests that it receive notice of all proceedings in this matter, including, but not limited to, any notices in the above-referenced administrative matter and any related adversary proceedings and that the following names be added to the master mailing list:

Brian Sirower, Esq.
Lori L. Winkelman, Esq.
Catherine M. Guastello, Esq.
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona  85004-2391
Phone:  (602) 229-5200
Fax:  (602) 229-5690
E-mail:  bsirower@quarles.com
E-mail:  lwinkelm@quarles.com
E-mail:  cguastel@quarles.com

QB\6814723.1

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or notice, shall constitute a waiver of DFS':

    (a)    Right to have any and all final orders for any and all non-core matters entered only after a de novo review by a United States District Court;

    (b)    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 and whether such jury trial right is pursuant to statute or the United States Constitution;

    (c)    Right to have the reference of this matter withdrawn by the United States District Court in any manner or proceeding subject to mandatory or discretionary withdrawal; and

    (d)    Other rights, claims, actions, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

QB\6814723.1

All of the above rights are expressly reserved and preserved by DFS without exception and shall not be waived, confessed or conceded by filing this notice or by any other participation in this matter.

DATED this 12th day of November, 2008.

>QUARLES & BRADY LLP
>Renaissance One
>Two North Central Avenue
>Phoenix, AZ  85004-2391
>
>By    /s/ Lori Winkelman
>    Brian Sirower
>    Lori Winkelman
>    Catherine M. Guastello
>
>Attorneys for DFS SERVICES LLC

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 12th day of November, 2008, a true and correct copy of the foregoing "Notice Of Appearance And Request For Notice" was served electronically on all parties registered to receive electronic noticing via the Court's ECF/CM system.

                                                /s/ Lisa Cummings
                                                Lisa Cummings

QB\6814723.1