IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| | : | (Jointly Administered) |
| | : | |
| Debtor. | : | Hon. Kevin R. Huennekens |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090-1(E)(2) of this Court, Steven H. Greenfeld, a member of the bar of this Court, moves the admission of Jeffrey Kurtzman, to appear *pro hac vice* in the above-captioned proceeding as counsel for PREIT Services, LLC and The Goldenberg Group, as agents for various landlords and respectfully certifies as follows:

1. The proposed admittee is not a member of the Bar of Virginia.

2. The proposed admittee is a graduate of the Benjamin Cardozo School of Law.

3. During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has not been admitted *pro hac vice* in this Court for any other matters.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice in any jurisdiction.

5. The proposed admittee is familiar with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, the Federal Rules of Evidence, and the Virginia Lawyers Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

6. Co-counsel for the proposed admittee in this proceeding will be the undersigned, who is admitted to the bar of the United States District for the Eastern District of Virginia.

PHIL1 815358-1

7. It is understood that admission *pro hac vice* does not constitute formal admission to the bar of the United States District Court for the Eastern District of Virginia.

        Respectfully submitted,

        COHEN BALDINGER & GREENFELD, LLP

        By: */s/ Steven H. Greenfeld*

PROPOSED ADMITTEE:    */s/ Jeffrey Kurtzman*
    Jeffrey Kurtzman, Esquire
    KLEHR, HARRISON, HARVEY,
    BRANZBURG & ELLERS, LLP
    260 S. Broad Street
    Philadelphia, PA  19102
    (215) 569-4493

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on the __12th__ day of November, 2008, a copy of the foregoing Motion for Admission *pro hac vice* was served electronically via the CM/ECF system and mailed upon all creditors and parties in interest per the Court's matrix.

        */s/ Steven H. Greenfeld*