# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| | : | (Jointly Administered) |
| | : | |
| Debtor. | : | Hon. Kevin R. Huennekens |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF JEFFREY KURTZMAN ON BEHALF OF PREIT SERVICES, LLC, AS AGENT FOR THE GOLDENBERG GROUP

Upon consideration of the Motion of Steven H. Greenfeld for the entry of an order admitting Jeffrey Kurtzman, *pro hac vice* on behalf of PREIT Services, LLC as agent for The Rosenberg Group and after due deliberation thereon and sufficient cause appearing therefore, it is hereby

ORDERED that attorney Jeffrey Kurtzman, a member of the Bars of the States of New York, New Jersey and Pennsylvania, is hereby granted admission to practice *pro hac vice* before this Court in the above-captioned proceeding.

Dated: November ____, 2008

_____
Kevin R. Huennekens, Judge
United States Bankruptcy Court for the
Eastern District of Virginia

I ASK FOR THIS:

COHEN BALDINGER & GREENFELD, LLC

*/s/ Steven H. Greenfeld*
Steven H. Greenfeld, Esquire
Suite 1103
7910 Woodmont Avenue
Bethesda, MD  20814
(301) 881-8300

**END OF ORDER**