# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**In re:**

**Case Number** 08–35653–KRH
**Chapter** 11

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

**SSN:** NA            **EIN:** NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 1007–1 LISTS, SCHEDULES AND STATEMENTS

**TO:**      **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on November 10, 2008. Pursuant to Local Bankruptcy Rule 1007–1, please be advised that the following document(s) are missing and must be filed within fifteen (15) days of the petition date.

**Missing Documents Due:  November 25, 2008**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 All Schedules (A–J) and Statement of Financial Affairs
**Summary of Schedules (2–pages)**
**List of Equity Security Holders**
**Attorney Disclosure of Fees**

Date:  November 10, 2008

**William C. Redden**
**Clerk, United States Bankruptcy Court**

/s/   Jenni Jafarbay
Deputy Clerk

[ver. V2.7 1007–1 10/2006]

# CERTIFICATE OF NOTICE

```
District/off: 0422-7         User: jafarbayj         Page 1 of 1         Date Rcvd: Nov 10, 2008
Case: 08-35653               Form ID: 10071          Total Served: 1

The following entities were served by first class mail on Nov 12, 2008.
db           +Circuit City Stores, Inc.,   9950 Mayland Drive,   Richmond, VA 23233-1463

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2008**                    **Signature:**    _/s/ Joseph Speetjens_