| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

```
            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - - - x
                                :
In re:                          : Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      : Case No. 08- _____ (___)
et al.,                         :
                                :
           Debtors.             : Jointly Administered
                                :
- - - - - - - - - - - - - - - - x
```

**ORDER DIRECTING JOINT ADMINISTRATION PURSUANT TO BANKRUPTCY CODE SECTION 302 AND BANKRUPTCY RULE 1015(B) AND WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTIONS 105 AND 342(C)(1) AND BANKRUPTCY RULES 1005 AND 2002(N)**

Upon the motion (the "Motion")[1] of the Debtors for an order, pursuant to Bankruptcy Code sections 105,

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion related hereto.

302 and 342(c)(1) and Bankruptcy Rule 1015(b) directing joint administration of these cases and administratively consolidating the respective chapter 11 cases of each Debtor for procedural purposes only and waiving the requirement that the Debtors' captions list the Debtors' tax identification numbers and addresses; and the Court having reviewed the Motion and the Besanko Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED.

2. Each of the above-captioned chapter 11 cases of the Debtors be, and hereby is, jointly administered by the Court.

3. The caption of the jointly administered cases shall read as follows:

```
         IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                    Richmond Division

- - - - - - - - - - - - - - - x
                              : Chapter 11
In re:                        :
                              : Case No. 08-____ (___)
CIRCUIT CITY STORES, INC.,    :
et al.,                       :
                              : Jointly Administered
                 Debtors.     :
                              :
- - - - - - - - - - - - - - - x
```

4. Each motion, application and notice shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of Circuit City Stores, Inc., Case No. 08-_____ (___).

5. The requirements that each of the Debtors' addresses and taxpayer identification number be contained in the caption is hereby waived.

6. A docket entry shall be made in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing the joint administration of the chapter 11 cases of Circuit City Stores, Inc., its subsidiaries and affiliates and the docket

3

```
        in   case   no.   08-_____   (___),   should   be
        consulted for all matters affecting this case.

             7.   The requirement under Local Bankruptcy

        Rule 9013-1(G) to file a memorandum of law in connection

        with the Motion is hereby waived.

             8.   This Court retains jurisdiction to hear

        and determine all matters arising from or related to the

        implementation or interpretation of this Order.


        Dated:  Richmond, Virginia
                November 10, 2008
```

Nov 10 2008

/s/ Kevin Huennekens
```
        UNITED STATES BANKRUPTCY JUDGE
```

Entered on Docket:11/10/08

4

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

   - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    I hereby certify that notice of the Debtors' intent to seek entry of the foregoing proposed order was provided to the parties identified in the Motion and copy of this proposed order was provided to the Office of the United States Trustee for the Eastern District of Virginia prior to submission to this Court.

                                /s/ Douglas M. Foley

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: jafarbayj              Page 1 of 1                   Date Rcvd: Nov 10, 2008
Case: 08-35653                 Form ID: pdford2             Total Served: 11

The following entities were served by first class mail on Nov 12, 2008.
db           +Circuit City Stores, Inc.,    9950 Mayland Drive,    Richmond, VA 23233-1463
aty          +David S. Berman,    Riemer & Braunstein, LLP,    Three Center Plaza,    6th Floor,
               Boston, MA 02108-2003
cr           +Madison Waldorf, LLC,    c/o Madison Marquette Realty Service,    c/o Mitchell B. Weitzman, Esq.,
               2001 Pennsylvania Ave., N.W., 10th Floor,    Washington, DC 20006-1851,    U.S.A.
cr           +Simon Property Group, Inc.,    Attn: Ronald M. Tucker, Esq.,    225 W. Washington Street,
               Indianapolis, IN 46204-3438
cr           +Taubman Landlords,    c/o The Taubman Company,    Attn. Andrew S. Conway,    200 East Long Lake Road,
               Suite 300,    Bloomfield Hills, MI 48304-2324
cr           +Tysons 3, LLC,    c/o Mitchell B. Weitzman, Esq.,    Bean Kinney & Korman, PC,
               2300 Wilson Blvd., 7th Floor,    Arlington, VA 22201-5424,    UNITED STATES
8567308      +Madison Waldorf, LLC,    c/o Madison Marquette Realty Services,    c/o Mitchell B. Weitzman, Esq.,
               Bean Kinney & Korman, PC,    2300 Wilson Blvd., 7th Floor,    Arlington, VA 22201-5424
8567200       Mark Browning,    Assistant Attorney General,    Bankruptcy & Collections Division,    PO Box 12548,
               Austin, TX 78711 2548
8566899      +Taubman Landlords,    c/o The Taubman Landlords,    Attn. Andrew S. Conway,
               200 East Long Lake Road, Suite 300,    Bloomfield Hills, MI 48304-2324
8566065      +Tysons 3, LLC and its management agent,    The Ziegler Companies, LLC,
               c/o Mitchell B. Weitzman, Esq.,    Bean Kinney & Korman, PC,    2300 Wilson Blvd., 7th Floor,
               Arlington, VA 22201-5424
8566500      +UrbanCal Oakland, II LLC,    c/o Baker & Hostetler, LLP,    ATTN: Laura Lawton Gee,
               1000 Louisiana Street, Suite 2000,    Houston, TX 77002-5018

The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Alliance Entertainment Corporation
cr            Bank of America, N.A., as Agent
cr            Basser-Kaufman
cr            Centro Properties Group
cr            Commonwealth of Virginia, Department of Taxation
cr            Developers Diversified Realty Corporation
cr            Federal Realty Investment Trust
cr            General Growth Properties, Inc.
cr            Jones Lang LaSalle Americas, Inc.
cr            Philips International
cr            Source Interlink Media, LLC
cr            Texas Comptroller of Public Accounts
cr            Weingarten Realty Investors and Its Affiliates
cr*          +UrbanCal Oakland, II LLC,    c/o Baker & Hostetler, LLP,    ATTN: Laura Lawton Gee,
               1000 Louisiana Street,    Suite 2000,    Houston, TX 77002-5018
8566900*     +Taubman Landlords,    c/o The Taubman Landlords,    Attn. Andrew S. Conway,
               200 East Long Lake Road, Suite 300,    Bloomfield Hills, MI 48304-2324
                                                                                              TOTALS: 13, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2008**                         **Signature:** *Joseph Speetjens*