Richard M. Maseles, Mo. Bar #58243
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531   FAX (573) 751-7232
Attorney for Department of Revenue.

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| IN RE | ) |
| | ) |
| CIRCUIT CITY STORES, INC., | ) Case No. 08-35653-KRH |
| | ) Chapter 11 |
| | ) |
| Debtor(s). | ) |

**ENTRY OF APPEARANCE AND REQUEST FOR
PLEADINGS, NOTICES AND DOCUMENTS**

     Comes now the Missouri Department of Revenue and enters its appearance as a creditor of the captioned Debtor(s).  This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.
     All pleadings, notices and documents should be served at the following address:
<u>Missouri Department of Revenue, Bankruptcy Unit, Attn:  Richard M. Maseles, P.O. Box 475, Jefferson City, MO  65105-0475.</u>
     **This pleading constitutes a written and specific request for the disclosure statement and plan.**

                                          Jeremiah W. (Jay) Nixon, Attorney General
                                          State of Missouri

                                          **<u>By: /s/ Richard M. Maseles</u>**
                                          Richard M. Maseles, Mo. Bar #58243
                                          Special Assistant Attorney General
                                          Missouri Department of Revenue
                                          General Counsel's Office
                                          301 W. High Street, Room 670
                                          P.O. Box 475
                                          Jefferson City, MO  65105-0475
                                          (573) 751-5531   FAX (573) 751-7232
                                          Attorney for Department of Revenue.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was mailed, postage paid, on November 13, 2008 to:

| | |
|---|---|
| U.S. Trustee<br>701 E. Broad St., Suite 4304<br>Richmond, VA  23219 | Daniel F. Blanks<br>101 W. MainSt.<br>Norfork, VA  23510 |

**/s/ Richard M. Maseles**