**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____ Division**

In re

Debtor(s)

Case No.

Chapter

# ORDER OF DESIGNATION

An order for relief under Title 11 U.S.C., Chapter \_\_\_\_ having been entered on the petition filed in this case on _____; it is, therefore

**ORDERED** that _____ is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

**ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date: _____    _____
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET
_____

[ver. 12/03]