John G. McJunkin, Esquire (Va. Bar No. 31011)
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Phone: 202-496-7312
Facsimile: 202-496-7094

Attorneys for Bethesda Softworks, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| | * | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | * | **Case No. 08-35653 (KRH)** |
| | * | |
| **Debtors.** | * | **(Jointly Administered)** |

## MOTION FOR ADMISSION
## PRO HAC VICE OF DANIEL J. CARRIGAN

John G. McJunkin ("Movant") hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(e), to enter an order authorizing Daniel J. Carrigan ("Mr. Carrigan"), an attorney with the law firm of McKenna Long & Aldridge LLP, to appear pro hac vice in the referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent Bethesda Softworks, LLC, and in support of this Motion, the Movant states as follows:

1. Movant is a member in good standing of the Bar of Virginia and an attorney admitted to practice before the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of Virginia, the United States District Court for the Western District of Virginia, the United States Bankruptcy Court for the Eastern District of Virginia, and the United States Bankruptcy Court for the Western District of Virginia.

DC:50585254.1

2.   Mr. Carrigan is a member in good standing of the State Bars of Iowa, Pennsylvania, Wisconsin and the District of Columbia and an attorney admitted to practice before the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Third Circuit, the United States District Courts for the Eastern, Middle and Western Districts of Pennsylvania, the United States District Courts for the Eastern and Western Districts of Wisconsin, the United States District Court for the District of Maryland, the United States Bankruptcy Court for the District of Maryland, the United States District Court for the District of Columbia, and the United States Bankruptcy Court for the District of Columbia. There are no disciplinary proceedings pending against Mr. Carrigan in any jurisdiction in which he is admitted to practice.

3.   Movant requests that this Court authorize Mr. Carrigan to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of Bethesda Softworks, LLC.

4.   Movant shall serve as co-counsel with Mr. Carrigan in the Bankruptcy Case (and related proceedings).

5.   Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Daniel J. Carrigan to appear pro hac vice in the Bankruptcy Case in substantially the same form as Exhibit A attached hereto and grant such other and further relief as is just.

/s/ John G. McJunkin
Movant

DC:50585254.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2008, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Daniel J. Carrigan was served on the following and all persons receiving electronic notice in these cases.

>Robert B. Van Arsdale
>Office of the United States Trustee
>701 East Broad St., Suite 4304
>Richmond, Virginia 23219
>>*Assistant United States Trustee*
>
>David S. Berman
>Riemer & Braunstein LLP
>Three Center Plaza, 6th Floor
>Boston, Massachusetts 02108
>>*Counsel for Bank of America, N.A., as Agent*
>
>Dion W. Hayes
>McGuireWoods LLP
>One James Center
>901 East Cary Street
>Richmond, Virginia 23219
>>*Counsel for the Debtors*
>
>Greg M. Galardi
>Ian S. Fredericks
>Skadden, Arps, Slate, Meagher & Flom
>One Rodney Square
>P.O. Box 636
>Wilmington, Delaware 19899
>>*Counsel for the Debtors*

/s/ John G. McJunkin

DC:50585254.1