**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., *et al.*, | : | Case No. 08-35653 (KRH) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**REQUEST FOR NOTICES AND OTHER PAPERS
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002**

Pursuant to Federal Rule of Bankruptcy Procedure 2002, the undersigned, for and on behalf of Cellco Partnership, on behalf of itself and its affiliated license holders d/b/a Verizon Wireless ("Verizon Wireless"), requests that all notices given or required to be given in these cases (including, without limitation, all papers filed and served and all adversary proceedings in this case, and all notices mailed only to statutory committees or their authorized agents and to creditors who file with the Court their request that all notices be mailed to them) be given to and served upon Blank Rome LLP at the following address:

Regina Stango Kelbon, Esquire
John Lucian, Esquire
*Blank Rome LLP*
One Logan Square
Philadelphia, PA 19103
Telephone: (215) 569-5507   Facsimile: (215) 832-5507
Email: Kelbon@blankrome.com
Email: Lucian@blankrome.com

This request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002 but also includes, without limitation, orders and notices of any

---

John Lucian, Esquire
Virginia Bar No. 43558
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
215-569-5500

Counsel for Cellco Partnership d/b/a Verizon Wireless

900200.00001/21736850v.1

application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex, email or otherwise, relating to these debtors or property of their estates.

This request shall not be deemed or construed to be a waiver of any substantive or procedural right of Verizon Wireless, including without limitation, to: (a) require that where any adversary proceeding is to be initiated against Verizon Wireless in this or any related case or where any proceeding is to be initiated by complaint against Verizon Wireless in accordance with applicable non-bankruptcy law, service shall be made on Verizon Wireless in accordance with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) require final orders in non-core matters entered only after *de novo* review by the United Sates District Court; (c) require trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) require the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (e) compel arbitration of any disputes arising under or relating in any way to any contract, lease or other agreement or arrangement between Verizon Wireless, the debtors or any third party; or (f) assert any other rights, claims, actions, defenses, setoffs or recoupments to which Verizon

Wireless is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Verizon Wireless expressly reserves.

**BLANK ROME LLP**

*/s/ John Lucian*
Regina Stango Kelbon
John Lucian (Virginia Bar No. 43558)
One Logan Square
Philadelphia, PA 19103
(215) 569-5507
Kelbon@blankrome.com
Lucian@blankrome.com

Attorneys for Cellco Partnership
d/b/a Verizon Wireless

### CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2008, the foregoing *Request for Notices and Other Papers Pursuant to Federal Rule of Bankruptcy Procedure 2002* was served electronically via the Court's ECF system on all subscribed parties.

/s/ *John Lucian*

3