**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: ) | |
|    Circuit City Stores, Inc. et al. ) | Case No. 08-35653 |
| ) |    Jointly Administered |
| Debtor. ) | Chapter 11 |

**AMENDED APPOINTMENT OF UNSECURED CREDITORS COMMITTEE**

     Pursuant to 11 U.S.C. §1102, the following creditors are hereby appointed by the United States Trustee to serve on the Official Committee of Unsecured Creditors of **Circuit City Stores, Inc., et al.**

Hewlett-Packard Company
Attn: Ramona Neal/Chris Patafio
11307 Chinden Blvd, MS 314
Boise, ID 83714
Phone: 208-396-6484
Fax: 208-396-3958
Email: ramona.neal@hp.com
     Chris.patafio@hp.com

Samsung Electronics America, Inc.
Attn: Joseph McNamara
105 Challenger Rd.
Ridgefield Park, NJ 07660
Phone: 201-229-4253
Fax: 201-229-5704
Email:josephm@sea.samsung.com

LG Electronics USA, Inc.
Attn: Brian Wehr
c/o H. Jason Gold
Wiley Rein LLP
7925 Jones Branch Drive
McLean, VA 22102
Phone: 703-905-2829
Fax: 703-905-2820
Email: jgold@wileyrein.com

Alliance Entertainment
Attn: Douglas J. Bates
27500 Riverview Center Blvd
Bonita Springs, FL 34134
Phone: 239-949-7688
Fax: 239-949-7689
Email: dbates@sourceinterlink.com

Garmin International, Inc.
Attn: Lisa Brauch
1200 East 151st Street
Olathe, KS 66062
Phone: 913-440-1911
Fax: 913-397-8282
Email: lisa.brauch@garmin.com

Simon Property Group, Inc.
Attn: Ronald M. Tucker
225 W. Washington St.
Indianapolis, IN 46204
Phone: 317-263-2346
Fax: 317-263-7901
Email: rtucker@simon.com

Weidler Settlement Class
Attn: Christopher Jones and Martin Fletcher
Whiteford Taylor & Preston LLP
3190 Fairview Park Drive, Suite 300
Falls Church, VA 22042
Phone: 703-280-9263
Fax: 703-280-8942
Email: cajones@wtplaw.com

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
Beachwood, OH 44122
Phone: 216-755-5660
Fax: 216-755-1660
Email: ecotton@ddrc.com

| | |
|---|---|
| Pension Benefit Guarantee Corporation<br>Attn: Sara Eagle<br>Office of General Counsel<br>1200 K St. NW<br>Washington, DC 20005<br>Phone: 202-326-4020 x3881<br>Email: eagle.sara@pbgc.gov | Toshiba America Consumer Products, LLC<br>Attn: Judy Oliver and Joe Shedlock<br>82 Totowa Road<br>Wayne, NJ 07470<br>Phone: 973-628-8000<br>Fax: 973-628-1410<br>Email: judy_olivero@tacp.com<br>          Joe_shedlock@tacp.com |

Paramount Home Entertainment
Attn: Andi Marygold
5555 Melrose Ave.
Bluhdorn #213
Hollywood, CA 90038
Phone: 323-956-5489
Fax: 323-862-1183
Email: andi_marygold@paramount.com

                                        W. CLARKSON MCDOW, JR.
                                        UNITED STATES TRUSTEE FOR
                                        REGION FOUR


Date: November 13, 2008                 By:  /s/ Robert B. Van Arsdale
                                          Robert B. Van Arsdale
                                          Assistant U.S. Trustee

Robert B. Van Arsdale, AUST (VBN 17483)
Shannon F, Pecoraro Trial Attorney (VBN 46864)
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Phone (804) 771-2310
Fax: (804) 771-2330


       I hereby certify that a true copy of the foregoing Appointment of Unsecured Creditors Committee was served via electronic delivery, fax or first class mail, postage prepaid, this 13th day of November 2008 to the members of the committee as listed above, and counsel for the debtor.


                                          /s/ Robert B. Van Arsdale
                                          Robert B. Van Arsdale
                                          Assistant U.S. Trustee