UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
RICHMOND DIVISION
FILED
NOV 1 3 2008
CLERK
U.S. BANKRUPTCY COURT
```

------------------------------------------------x
In re:                                           :    Chapter 11
                                                 :
CIRCUIT CITY STORES, INC. *et al.*.              :    Case No. 08-35653-KRH
                                                 :
        Debtor.                                  :    Jointly Administered (Pending)
------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, attorney John L. Senica hereby appears on behalf of Evergreen Plaza Associates Limited Partnership, Evergreen Plaza Associates I, L.P., and their Managing Agent TPG Management Inc., all located at 9730 So. Western Avenue, Suite 418, Evergreen Park, Illinois 60805, the office for the Evergreen Plaza Shopping Center, in this case, and requests that copies of all pleadings and other papers, including, without limitation, all notices, motions, applications, objections, responses, lists, schedules, statements, and all other matters arising in the case, be duly served upon him, at the address set forth below:

John L. Senica
Miller, Canfield, Paddock and Stone, P.L.C.
225 W. Washington, Suite 2600
Chicago, IL 60606
Phone: 312-460-4215
Fax: 312-460-4201
senica@millercanfield.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail,

delivery, telephone, email, telegraph, telex or otherwise or made with regard to the referenced case and proceedings herein.

        Respectfully submitted,

        MILLER, CANFIELD, PADDOCK AND STONE, PLC

By: _____
        John L. Senica, Esq.
        ARDC Number: 6192332
        225 W. Washington, Suite 2600
        Chicago, IL 60606
        Ph: (312) 460-4215
        Fax: (312) 460-4201
        Senica@millercanfield.com

Dated: November 10, 2008

DELIB:3031629.1\135675-00007

| | | |
|---|---|---|
| Founded in 1852<br>by Sidney Davy Miller | **MILLER<br>CANFIELD** | MICHIGAN: Ann Arbor<br>Detroit • Grand Rapids<br>Kalamazoo • Lansing<br>Saginaw • Troy |
| | | FLORIDA: Naples<br>ILLINOIS: Chicago |
| JOHN L. SENICA<br>TEL (312) 460-4215<br>E-MAIL senica@millercanfield.com | Miller, Canfield, Paddock and Stone, P.L.C.<br>225 W. Washington, Suite 2600<br>Chicago, Illinois 60606<br>TEL (312) 460-4200<br>FAX (312) 460-4201<br>www.millercanfield.com | MASSACHUSETTS: Cambridge<br>NEW YORK: New York<br>CANADA: Toronto • Windsor<br>CHINA: Shanghai<br>POLAND: Gdynia<br>Warsaw • Wrocław |

November 11, 2008

**VIA FEDEX**

U.S. Bankruptcy Court
701 E. Broad Street
Suite 4000
Richmond, VA 23219

    Re:    In re Circuit City Stores, Inc., et al., Debtor

To Whom It May Concern:

    Enclosed for filing is and original and two copies of the *Notice of Appearance and Demand for Service of Papers* from Miller, Canfield, Paddock and Stone on behalf of Evergreen Plaza Associates Limited Partnership. Please return one file-stamped copy to the undersigned in the enclosed self-addressed, stamped envelope.

    Very truly yours,

    Miller, Canfield, Paddock and Stone, P.L.C.

    By: *[signature]*
    John L. Senica

JLS/dlj
Enclosures
cc:    Gregg M. Galardi, Esq. (via email – gregg.galardi@skadden.com)
        Chris L. Dickerson, Esq. (via email – chris.dickerson@skadden.com)
        Dion W. Hayes, Esq. (via email – dhayes@mcguirewoods.com)

CHLIB:21868.1\135675-00006