UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

FILED NOV 1 2 2008

CLERK
U.S. BANKRUPTCY COURT

In re

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

        Debtor.

Case No. 08-35653-krh

)
)
)
)
)

TO: THE DEBTOR, THE UNITED STATES TRUSTEE, PARTIES IN INTEREST AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

HAMILTON BEACH BRANDS, INC., a Delaware corporation creditor and party-in-interest, does hereby request special notice of all matters relating to the above-captioned proceeding, as required by Rule 2002 of the Bankruptcy Rules of Practice & Procedure and by the Bankruptcy Code, and other applicable rules or statutes.

PLEASE TAKE FURTHER NOTICE that HAMILTON BEACH BRANDS, INC. does hereby request special notice of all applications including, but not limited to, applications to employ attorneys, accountants, real estate brokers (and/or any other professionals), motions, adversary proceedings, monthly operating reports, monthly tax reports, status reports, disclosure statements, plans of reorganization, and all other pleadings filed in relation to the above-referenced proceeding, whether sent by the Court, the debtor, the trustee, or any other party-in-interest in this case.

PLEASE TAKE FURTHER NOTICE that all notices should be addressed to:

Bill Ray
Hamilton Beach Brands, Inc.
4421 Waterfront Drive
Glen Allen, Virginia 23060

OR emailed to bill.ray@hamiltonbeach.com

Dated: November 10, 2008          HAMILTON BEACH BRANDS, INC.

                                  BY: _____
                                      Bill Ray
                                      Credit Manager – US Consumer

PROOF OF SERVICE BY MAIL

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 4421 Waterfront Drive, Glen Allen, Virginia 23060.

On the date indicated below, I served by mail a true copy of the following documents: REQUEST FOR SPECIAL NOTICE.

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced documents were placed in a sealed envelope with postage thereon fully prepaid, addressed to each of the below listed parties, and such envelope was placed for collection and deposit with the United States Postal Service on the date listed below at Glen Allen, Virginia.
[See attached List.]

Executed on November 10, 2008 at Glen Allen, Virginia. I declare under penalty of perjury under the laws of the State of Virginia that the foregoing is true and correct.

_____
Bill Ray

SERVICE LIST

United States Bankruptcy Court for the
Eastern District of Virginia
Clerk's Office
701 East Broad St.
Richmond, VA 23219

Mr. Bruce Besanko, Executive VP & CFO
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Office of the US Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219

Mr. Daniel F. Blanks, Esq
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Ms. Sarah Beckett Boehm, Esq
McGuireWoods LLP
One James Center, 901 East Cary St.
Richmond, VA 23219

Ms. Douglas M. Foley, Esq
McGuireWoods LLP
One James Center, 901 East Cary St.
Richmond, VA 23219

Ms. Dion W. Hayes, Esq
McGuireWoods LLP
One James Center, 901 East Cary St.
Richmond, VA 23219

Ms. Joseph S. Sheerin, Esq
McGuireWoods LLP
One James Center, 901 East Cary St.
Richmond, VA 23219