**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**
Attorneys for F&M Properties, Inc.
1345 Avenue of the Americas
New York, New York 10105
212-603-6300
**Fred B. Ringel, Esq.**



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In Re: | ) ) | Chapter 11 Case |
| | ) | Case No.08-35653 (KRH) |
| **CIRCUIT CITY STORES, INC.,** | ) | |
| *et al.,* | ) | |
| Debtors. | ) ) | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

**PLEASE TAKE NOTICE,** that the undersigned counsel, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure , 11 U.S.C. Section 1109(b) and the Court's *Order Establishing Certain Notice, Case Management and Administrative Procedures*, hereby enters his appearance as counsel to **F&M Properties, Inc.,** creditor, landlord and party-in-interest in each of these jointly administered cases and requests that his name be added to the Master Service List, as the same may be amended or supplemented from time to time, and requests that all notices given or required to be given in this case be given to and served upon the undersigned as follows:

Fred B. Ringel, Esq.
**Robinson Brog Leinwand Greene**
**Genovese & Gluck P.C.**
**Attorneys for F&M Properties, Inc.**
1345 Avenue of the Americas
New York, New York 10105
Tele: 212-603-6300
Fax: 212-581-5981

**PLEASE TAKE FURTHER NOTICE,** that pursuant to 11 U.S.C. Section 1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named Debtor or the property of the estate of the above named Debtor.

**DATED:** New York, New York
November 11, 2008

                                      **ROBINSON BROG LEINWAND GREENE**
                                          **GENOVESE & GLUCK P.C.**
                                      **Attorneys for F&M Properties, Inc.**
                                      1345 Avenue of the Americas
                                      New York, New York 10105
                                      212-603-6300

                                      By: _____
                                            Fred B. Ringel

TO: Gregg M. Galardi, Esq.
     Skadden, Arps, Slate, Meagher & Flom, LLP
     P.O. Box 636
     Wilmington, DE 19899-0636

     Dion W. Hayes, Esq.
     McGuire Woods LLP
     901 East Cory Street
     Richmond, VA 23219

410595                                    2

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

1345 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10105-0143

212-603-6300

FAX 212-956-2164

November 11, 2008

Fred B. Ringel
212-603-6301
fbr@robinsonbrog.com
Fax: 212-581-5981

**VIA FEDERAL EXPRESS**
Clerk's Office
United States Bankruptcy Court
District of Virginia, Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219

RE: Circuit City Stores, Inc., *et al.* Case No.: 08-35653(KRH)

Gentlemen:

Enclosed herewith for filing, please find the Notice of Appearance, Demand for Service of Papers and Request to be Added to the Master Service List filed by F&M Properties, Inc. in the above-captioned case. We would request that this Notice be docketed with respect to the Circuit City Stores, Inc. bankruptcy.

We would also request that a conformed copy of the Notice of Appearance stamped "FILED" be returned to the undersigned in the enclosed, self-addressed envelope provided for that purpose.

Thank you for your assistance with this matter.

Very truly yours,

Fred B. Ringel

FBR:tef
Enclosures

410630