IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

------------------------------------------------------------x
:
In re:                                            : Chapter 11
:
CIRCUIT CITY STORES, INC., *et al.*,              : Case No. 08-35653 (KRH)
:
Debtors.                                          :
:
:
:
:
------------------------------------------------------------x

*FILED NOV 1 2 2008 CLERK U.S. BANKRUPTCY COURT RICHMOND DIVISION*

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear as counsel for Dollar Tree Stores, Inc. in the above-captioned cases. Pursuant to section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned request that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that notices be mailed to them), be given to and served upon the following:

> Scott R. Kipnis, Esq.
> Rachel N. Greenberger, Esq.
> Nicholas B. Malito, Esq.
> HOFHEIMER GARTLIR & GROSS, LLP
> 530 Fifth Avenue
> New York, New York 10036
> Telephone: (212) 818-9000
> Facsimile: (212) 869-4830
> Email: skipnis@hgg.com
>         rgreenberger@hgg.com
>         nmalito@hgg.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, email, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case,

with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

Dated: New York, New York
       November 10, 2008

                    HOFHEIMER GARTLIR & GROSS, LLP

                    By: /s/ Scott R. Kipnis
                    Scott R. Kipnis, Esq.
                    Rachel N. Greenberger, Esq.
                    Nicholas B. Malito, Esq.
                    530 Fifth Avenue
                    New York, NY 10036
                    (212) 818-9000

                    Attorneys for Dollar Tree Stores, Inc.

## CERTIFICATE OF SERVICE

I, Nicholas B. Malito, hereby certify that on the 10th day of November 2008, I caused a copy of the Notice of Appearance and Request for Service of Papers to be served upon the parties on the attached service list via Federal Express for overnight delivery.

Nicholas B. Malito, Esq.

**SERVICE LIST**

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
*Counsel for the Debtors*
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
*Counsel for the Debtors*
One James Center
901 East Cary Street
Richmond, Virginia 23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom
*Counsel for the Debtors*
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, Virginia 23219

Clerk of the Court
United States Bankruptcy Court
Eastern District of Virginia
701 E. Broad Street, Suite 4000
Richmond, Virginia 23219-1888

## HOFHEIMER GARTLIR & GROSS, LLP

530 Fifth Avenue, New York, NY 10036
Tel (212) 818-9000  Fax (212) 869-4930
Web www.hgg.com

Writer's Email
nmalito@hgg.com
Direct line
(212) 897-7916 (voice)
(212) 897-4980 (fax)

Bernard Gartlir*
Norman Gross
Jules E. Levy
Gerald H. Morganstern
Edward S. Schlesinger, P.C.△
Sharon M. Zimmer
David L. Birch°
Louis D. Sherman
Douglas Gross
Richard G. Klein
Robert D. Howard***
Scott R. Kipnis***
Gary B. Sachs
Edwin A. Novak
Peter I. Reiter

Rachel N. Greenberger**
Marina Ivolgina**
Adam Hochhauser
Suzanne M. O'Malley
Damon T. Osborne°°
Gary N. Smith**
Nicholas B. Malito°°°

* Admitted NY and FL
** Admitted NY and NJ
*** Admitted NY, NJ and PA
° Admitted NY and PA
△ Admitted NY and IL
°° Admitted NY and CT
°°° Admitted NY, NJ and CT

Arthur M. Michaelson
Jerod A. Rosenthal
Craig Weiner
Robert Kenney°°
Jonathan J. Lerner**

COUNSEL

November 10, 2008

Clerk of the Court
United States Bankruptcy Court
Eastern District of Virginia
701 E. Broad Street, Suite 4000
Richmond, Virginia 23219-1888

Re: In re Circuit City Stores, Inc., *et al.*
    Chapter 11, Case No. 08-35653 (KRH)

Dear Sir or Madam:

Enclosed please find a Notice of Appearance for Hofheimer Gartlir & Gross, LLP who is appearing on behalf of Dollar Tree Stores, Inc., a party-in-interest. The firm is in the process of obtaining local counsel. In the interim, please accept the enclosed for conventional filing purposes.

Very truly yours,

HOFHEIMER GARTLIR & GROSS, LLP

By: _____
    NICHOLAS B. MALITO

/nbm
Encl.

666 Old Country Road
Garden City, NY 11530
Tel (516) 385-6423
LONG ISLAND OFFICE

P.O. Box 382
105 Eisenhower Pkwy.
Roseland, NJ 07068-1640
Tel (973) 226-4788
NEW JERSEY OFFICE

{ 9103A/001/01178771:1-NBM}