Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

               - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors and
Debtors in Possession

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - x | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-35653(KRH) |
| CIRCUIT CITY STORES, INC., | : | |
| et al., | : | Jointly Administered |
| | : | |
| Debtors.[1] | : | **Hrg Date: 12/5/08 at 10:00 a.m.** |
| | : | **Obj. Due: 11/28/08 at 4:00 p.m.** |
| | : | |
| | : | **Related Docket Nos. 14, 133** |
| - - - - - - - - - - - - - - x | | |

---

[1]  The Debtors and the last four digits of their respective taxpayer
   identification numbers are as follows: Circuit City Stores, Inc.
   (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc.
   (0875), Ventoux International, Inc. (1838), Circuit City Purchasing
   Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company
   of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer
   Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659),
   Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs,
   Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval,
   LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR,
   LLC (5512).  The address for Circuit City Stores West Coast, Inc. is

*(cont'd)*

**NOTICE OF ENTRY OF INTERIM ORDER UNDER BANKRUPTCY CODE
SECTIONS 105(a), 362, 503(b), 507(a), 546(c), AND 546(h) (I)
GRANTING ADMINISTRATIVE EXPENSE STATUS TO OBLIGATIONS FROM
POSTPETITION DELIVERY OF GOODS; (II) AUTHORIZING PAYMENT OF
EXPENSES IN THE ORDINARY COURSE OF BUSINESS; (III)
AUTHORIZING DEBTORS TO RETURN GOODS; AND (IV) ESTABLISHING
PROCEDURES FOR RECLAMATION DEMANDS**

PLEASE TAKE NOTICE that on November 10, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Motion of Debtors for Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands (Docket No. 14) (the "Motion").

PLEASE TAKE FURTHER NOTICE that on November 13, 2008, the Bankruptcy Court (defined below) entered an interim order (Docket No. 133) (the "Interim Order") granting the Motion on an interim basis.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and Interim Order may be obtained from Circuit City Stores, Inc.'s bankruptcy website, http://www.kccllc.net/circuitcity.

PLEASE TAKE FURTHER NOTICE that the final hearing on the Motion (the "Final Hearing") will be held on **December 5, 2008 at 10:00 a.m.** Eastern Time before the Honorable Kevin R. Huennekens, United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), Spottswood W. Robinson III & Robert R. Merhige, Jr., U.S. Courthouse, Room 5000, 701 East Broad Street Richmond, VA 23219-1888.

---

*(cont'd from previous page)*
9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

PLEASE TAKE FURTHER NOTICE that at the Final Hearing the Debtors will seek approval of the Motion on a final basis and entry of the Final Order (as defined in the Interim Order).

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motion on a final basis and entry of the Final Order must be made in writing, filed with the United States Bankruptcy Court for the Eastern District of Virginia, Spottswood W. Robinson III & Robert R. Merhige, Jr., U.S. Courthouse, Suite 4000, 701 East Broad Street Richmond, VA 23219-1888., and served so as to be received by the following parties no later than **4:00 p.m. Eastern Time on November 28, 2008**: (a) counsel for Debtor, (i) Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601, Attn: Linda K. Myers, Esq., Fax: (312) 861-2200, (ii) Skadden Arps Slate Meagher & Flom, LLP One Rodney Square, Wilmington, Delaware 19889, Attn.: Gregg Galardi, Esq., Fax: (888) 329-3792 and Chris L. Dickerson, Esq., Fax: (312) 407-8680, (iii) McGuireWoods LLP, One James Center, 901 East Cary Street, 40 Richmond, Virginia 23219, Attn.: Dion W. Hayes, Esq., Fax: (804) 698-2078 and Douglas M. Foley, Esq., Fax: (757) 640-3957; (b) counsel for DIP Agents (i) Riemer & Braunstein LLP, Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq., Fax: (617) 880-3456, and (ii) LeClair Ryan, Riverfront Plaza, East Tower, 951 East Byrd Street, Eighth Floor, Richmond, Virginia 23219, Attn.: Bruce Matson, Esq., Fax: (804) 783-7269; (c) counsel to any Committee; and (d) the U.S. Trustee; and shall be filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia.  Only objection made in writing and timely filed and received will be considered by the Bankruptcy Court at the Final Hearing.

        **PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO APPROVAL OF THE MOTION ON A FINAL BASIS ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE FINAL ORDER MAY BE ENTERED GRANTING THE RELIEF REQUESTED IN THE MOTION ON A FINAL BASIS WITHOUT FURTHER NOTICE OR A HEARING.**

```
Dated: November 13, 2008      SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia     FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                       - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              333 West Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                       - and -

                              MCGUIREWOODS LLP

                              /s/ Douglas M. Foley
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Proposed Counsel for Debtors and
                              Debtors in Possession
```