IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. 08-35653-KRH |
| | ) Chapter 11 |
| Debtor. | ) Jointly Administered |
| | ) |

### NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that Anne M. Magruder, Leon Koutsouftikis, and Magruder, Cook, Carmody & Koutsouftikis, counsel for Washington Real Estate Investment Trust ("WRIT"), hereby request that all notices given or required to be given in the above-captioned proceeding, and in any cases consolidated herewith, and all notices and documents served or required to be served in the proceeding, and in any cases consolidated herewith, be given to and served upon:

> **Anne M. Magruder, Esq.**
> **Leon Koutsouftikis, Esq.**
> **Magruder, Cook, Carmody & Koutsouftikis**
> **1889 Preston White Drive, Suite 200**
> **Reston, VA 20191**
> **Telephone: (703) 766-4400**
> **Facsimile: (703) 766-4408**
> **E-mail: lkouts@magruderpc.com**

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in

---

Leon Koutsouftikis    #44262
MAGRUDER, COOK, CARMODY & KOUTSOUFTIKIS
1889 Preston White Drive, Suite 200
Reston, VA 20191
(703) 766-4400/fax: (703) 766-4408
Counsel for Washington Real Estate Investment Trust

Rules 2002, 3017, 9006, 9007 or 9010 of the Federal Bankruptcy Rules, but also includes, without limitation, notices of any hearings, orders, motions, demands, complaints, petitions, pleadings, requests, applications, disclosure statements, plans, and any other documents, including, but not limited to, pleadings filed in this Court, whether formal or informal, written or oral, or transmitted by mail, delivery, telephone, telegraph, telex, telecopy or otherwise, which in any way affect or seek to affect the above-captioned proceeding or any proceeding consolidated herewith.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance, Request for Matrix Entry and Request for Service of All Notices and Documents shall not be deemed or construed to be a waiver of WRIT'S right:  (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceedings related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which WRIT is or may be entitled, in law or in equity, all of which WRIT expressly reserves.

Respectfully submitted,

Dated: November 14, 2008

MAGRUDER, COOK, CARMODY
& KOUTSOUFTIKIS

By: /s/ Leon Koutsouftikis
Leon Koutsouftikis        #44262
1889 Preston White Drive, Suite 200
Reston, VA 20191
(703) 766-4400
Counsel for Washington Real Estate
    Investment Trust

2

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that copies of the foregoing Notice of Appearance, Request for Matrix Entry and Request for Service of All Notices and Documents were mailed, first-class, postage prepaid, this 14th day of November 2008, to:

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219

W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA  23219

/s/ Leon Koutsouftikis
Leon Koutsouftikis

W3561296.001