**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No. 08-35653-KRH** |
| | ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE The Law Offices of David A. Greer, PLC, by its principal, David A. Greer, hereby gives notice of its appearance as counsel in this bankruptcy case on behalf of Creditor, Pan Am Equities, Inc. ("Pan Am Equities"), a creditor of Debtor, Circuit City Stores, Inc. ("Debtor"), and lessor at Oakland Pointe Shopping Center in Pontiac, Michigan. Creditor's counsel requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b), that all notices given or required to be given in the case, and all bankruptcy filings and other papers served or required to be served be given and served upon him at the following address:

David A. Greer, Esquire
The Law Offices of David A. Greer PLC
500 East Main Street, Suite 1225
Norfolk, VA  23510
dgreer@davidgreerlaw.com
Telephone:  757-227-5155
Facsimile:  757-227-5158

The undersigned counsel for Pan Am Equities further requests that he be placed on the Master Service List for CM/ECF filings and all other means of notification, and that he be added

David A. Greer (VSB #24128)
The Law Offices of David A. Greer, PLC
500 East Main Street, Suite 1225
Norfolk, VA  23510
(757) 227-5155
(757) 227-5158 facsimile
*Attorneys for Pan Am Equities, Inc.*

to any mailing matrix or appearance docket, so that he receives the notices and papers referred to in the rules specified above, and also receives, without limitation, copies of all other notices and filings with regard to this case, the proceedings therein and the property of the Debtor, and whether sent by the Court, the Debtor or any other party.

DATED this 14th day of November, 2008.

THE LAW OFFICES OF DAVID A. GREER, PLC

By:____/s/ David A. Greer_____
David A. Greer
The Law Offices of David A. Greer, PLC
500 East Main Street, Suite 1225
Norfolk, VA  23510
*Virginia Bar No. 24128*
*Attorneys for Pan Am Equities, Inc.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

_____/s/ David A. Greer
David A. Greer

David A. Greer (VSB #24128)
The Law Offices of David A. Greer, PLC
500 East Main Street, Suite 1225
Norfolk, VA  23510
(757) 227-5155
(757) 227-5158 facsimile
*Attorneys Pan Am Equities, Inc.*

0573