IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN THE MATTER OF:                                         CASE NO. 08-35653

CIRCUIT CITY STORES, INC.

   DEBTOR                                                          CHAPTER 11

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

   Notice is hereby given that Michael Reed, of McCreary, Veselka, Bragg & Allen, P.C., P.O.Box 1269, Round Rock, Texas 78680, will appear as counsel for Williamson County, Texas, et al., in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated : November 13, 2008

Respectfully submitted,

McCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for Claimant, Williamson County, et al.
P. O. Box 1269
Round Rock, Texas 78680
(512) 323-3200

 /s/  Michael Reed_____
Michael Reed
State Bar Number 16685400

CERTIFICATE OF SERVICE

   I hereby certify that I have placed a copy of the above Notice of Appearance and Request for Service of Notices and Other Documents to Circuit City Stores, Inc., 9950 Mayland Drive, Richmond, VA 23233; Daniel F. Blanks, McGuire Woods LLP, 9000 World Trade Center, 101 W. Main St., Norfolk, VA 23510; U.S. Trustee, W. Clarkson McDow, Jr., 701 E. Broad St., Suite 4304, Richmond, VA 23219, on November 13, 2008, by First Class U. S. Mail or by Electronic Notification.

                                                      /s/  Michael Reed_____
                                                      Michael Reed