IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In Re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC. et al., | ) CASE NO. 08-35653-KRH |
| | ) |
| *Debtors.* | ) JOINTLY ADMINISTERED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the United States of America, hereby appears in this case by the United States Attorney.

REQUEST IS HEREBY MADE, pursuant to Fed. R. Bankr. Pro. 2002(j) and 9007 that all notices given or required to be given in this case and all papers, pleadings, motion, applications, plans and disclosure statements served or required to be served in this case shall be directed to undersigned counsel.

IN ADDITION, the United States makes specific request for all plans and disclosure statements filed in this proceeding.

IN ADDITION, with respect to any contested matter or adversary proceeding, service of all pleadings, motions, applications notices and all other documents shall also be made on the following pursuant to Fed. R. Bankr. Pro. 7004:

> Attorney General of the United States
> Main Justice Building, Room 5111
> 10th Street and Constitution Avenue, N.W.
> Washington, D.C. 20530

Richard F. Stein
Special Assistant United States Attorney
D.C. Bar No. 931105
Counsel for the Internal Revenue Service
Eastern District of Virginia
600 East Main Street, Suite 1601
Richmond, Virginia 23219-2430
Tel: (804) 916-3945
Fax: (804) 916-3939

IN ADDITION, pursuant to Fed. R. Bankr. Pro. 2002 notices, including plans and disclosure statements, if applicable, must be sent to the specific department, agency or instrumentality of the United States through which the debtor became indebted.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent pleading is intended to waive (i) the right to have final orders in non-core matters entered after *de novo* review by a district judge, (ii) the right to trial by jury, (iii) the right to have the reference withdrawn by the District Court, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the United States is or may be entitled to which the United States expressly reserves. Further, the United States reserves its objection to the jurisdiction of the Court over it and files this pleading as part of a limited appearance in this case pursuant to 28 U.S.C. §517. *See* <u>McQuillen v. Nat'l Cash Register Co.</u>, 112 F.2d 877, 881-882 (4th Cir. 1940); <u>Flatow v. Islamic Republic of Iran</u>, 305 F.3d 1249 (D.C. Cir. 2002).

    Respectfully submitted,

    Dana J. Boente
    Acting United States Attorney

By:   /s/ Richard F. Stein
    Richard F. Stein
    Special Assistant United States Attorney

CERTIFICATE OF SERVICE

      I hereby certify that I have served the foregoing Notice of Appearance upon all interested parties to this proceeding, by causing true and correct copies thereof to be placed in the United States mail, postage prepaid, addressed as follows:

David S. Berman
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

Hamilton Beach Brands, Inc.
Bill Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178-0600

Howland Commons Partnership, an Ohio gen partnership dba Howland Commons
Richard T. Davis, Esq.
2445 Belmont Avenue
P.O. Box 2186
Youngstown, OH 44504-0186

Scott R. Kipnis
Hofheimer Gartlir & Gross LLP
530 Fifth Ave.
New York, NY 10036

John L. Senica
Miller,Canfield,Paddock and Stone, PLC
225 W. Washington, Suite 2600
Chicago, IL 60606

Elizabeth Weller
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

I further certify a copy of foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Parties currently listed by the CM/ECF system to receive electronic notice in this case are set forth below.

Mark K. Ames    mark@taxva.com

Daniel F. Blanks    dblanks@mcguirewoods.com

Sarah Beckett Boehm    sboehm@mcguirewoods.com, kcain@mcguirewoods.com

Timothy Francis Brown    brownt@arentfox.com, giaimo.christopher@arentfox.com

Mark E. Browning    bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Charles W. Chotvacs    chotvacsc@ballardspahr.com, aconway@taubman.com;Pollack@ballardspahr.com

Andrew S. Conway    aconway@taubman.com

Heather D. Dawson    hdawson@kkgpc.com, scarlberg@kkgpc.com

Bradford F. Englander    benglander@linowes-law.com, klevie@linowes-law.com;jkneeland@linowes-law.com;gduvall@linowes-law.com;nconstantino@linowes-law.com;bnestor@linowes-law.com;aevert@linowes-law.com

David J. Ervin    dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Douglas M. Foley    dfoley@mcguirewoods.com

Jeremy S. Friedberg    jsf@llff.com, ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com

Laura Lawton Gee     lgee@bakerlaw.com, cydavis@bakerlaw.com
William A. Gray     bgray@sandsanderson.com, lhudson@sandsanderson.com

Steven H. Greenfeld     steveng@cohenbaldinger.com

David A. Greer     dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com

Dion W. Hayes     dhayes@mcguirewoods.com

Brian D. Huben     brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.com

Leonidas Koutsouftikis     lkouts@magruderpc.com, mcook@magruderpc.com

Richard E. Lear     rlear@hklaw.com

James V. Lombardi     jvlombardi@rossbanks.com

Henry Pollard Long     hlong@hunton.com

John E. Lucian     lucian@blankrome.com

Christine D. Lynch     clynch@goulstonstorrs.com

Richard M. Maseles     edvaecf@dor.mo.gov

Bruce H. Matson     bruce.matson@leclairryan.com,
kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

W. Clarkson McDow, Jr.     USTPRegion04.RH.ECF@usdoj.gov

John G. McJunkin     jmcjunkin@mckennalong.com, sparson@mckennalong.com

Kevin M. Newman     knewman@menterlaw.com

Min Park     mpark@cblh.com

David M. Poitras     dmp@jmbm.com

Courtney E. Pozmantier     cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com

Fred B. Ringel     fbr@robinsonbrog.com

Eric Christopher Rusnak     eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com

    Joseph S. Sheerin    jsheerin@mcguirewoods.com

    Jeffrey L. Tarkenton    jtarkenton@wcsr.com, toross@wcsr.com

    Roy M. Terry    rterry@durrettebradshaw.com, sryan@durrettebradshaw.com

    Dylan G. Trache    dtrache@wileyrein.com, rours@wileyrein.com

    Ronald M. Tucker    rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,shclark@simon.com

    Robert B. Van Arsdale    Robert.B.Van.Arsdale@usdoj.gov, USTPRegion04.RH.ECF@usdoj.gov

    Mitchell B. Weitzman    mweitzman@beankinney.com, npeele@beankinney.com

    Lori L. Winkelman    lwinkelman@quarles.com

Date: November 14, 2008

                                        /s/ Richard F. Stein
                                        Richard F. Stein