MICHAEL W. MALTER, Cal. State Bar #96533
JULIE H. ROME-BANKS, Cal. State Bar #142364
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: michael@bindermalter.com
Email: julie@bindermalter.com

Attorneys for Creditor
Envision Peripherals, Inc.

NOV 1 4 2008

CLERK
BANKRUPTCY COURT

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION**

| | |
|---|---|
| In re | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et. al., | Chapter 11 |
| Debtor. | Jointly Administered |

**REQUEST FOR SPECIAL NOTICE**

NOTICE IS HEREBY GIVEN that Envision Peripherals, Inc. is a creditor of the Debtor and does hereby request pursuant to Federal Rule of Bankruptcy Procedure 2002 that it receive notice of all pleadings, notices and other documents, including any proposed plan of reorganization and motion to assume or reject the leases for the subject properties, filed and served in this matter by sending copies of the same to (electronic delivery preferred):

Michael W. Malter, Esq.
Julie H. Rome-Banks, Esq.
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
email: michael@bindermalter.com
email: julie@bindermalter.com

- AND -

1  
2  Envision Peripherals, Inc.  
Atten: Gay Richey, Senior Credit Manager  
47490 Seabridge Drive  
Fremont, CA 94538  
3  email: gay@epius.com  

4  
Dated: November 13, 2008         BINDER & MALTER LLP  
5  

6  
By /s/ Julie H. Rome-Banks  
7  Julie H. Rome-Banks  
Attorneys for Creditor  
8  Envision Peripherals, Inc.  

9  JHR:F:\DATAFILES\Clients\Envision Peripherals Inc. re Circuit City\Pleading\Request for Special Notice.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  MICHAEL W. MALTER, Cal. State Bar #96533
   JULIE H. ROME-BANKS, Cal. State Bar #142364
2  Binder & Malter, LLP
   2775 Park Avenue
3  Santa Clara, CA 95050
   Telephone: (408)295-1700
4  Facsimile: (408) 295-1531
   Email: michael@bindermalter.com
5  Email: julie@bindermalter.com

6
   Attorneys for Creditor
7  Envision Peripherals, Inc.

8

9                UNITED STATES BANKRUPTCY COURT

10          EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

11

12  In re                              Case No. 08-35653-KRH

13  CIRCUIT CITY STORES, INC., et. al.,   Chapter 11

14           Debtor.                    Jointly Administered

15

16

17

18                    **CERTIFICATE OF SERVICE**

19       I declare:

20       I am employed in the County of Santa Clara, California. I am over the age of
    eighteen years and not a party to the within entitled cause; my business address is 2775
21  Park Avenue, Santa Clara, CA 95050. On November 13, 2008, I served the following:

22                    REQUEST FOR SPECIAL NOTICE

23  on the interested parties in said cause, by placing a true and correct copy thereof in a
    sealed envelope with postage fully prepaid thereon and depositing it in the United States
24  mail at Santa Clara, California addressed as follows:

25  <u>Attorneys for Debtors</u>              Joseph S. Sheerin & Sarah Beckett Boehm
    Daniel F. Blanks and Dion Hayes           McGuire Woods LLP
26  McGuire Woods LLP                         One James Center
    9000 World Trade Center                   901 East Cary St.
27  101 W. Main St.                           Richmond, VA  23219
    Norfolk, VA  23510
28

CERTIFICATE OF SERVICE                                                              Page 1

1  U.S. Trustee
   Office of the U.S. Trustee
2  Atten: Robert R. Van Arsdale
   701 E. Broad St. Suite 4304
3  Richmond, VA  23219

4
      I declare under penalty of perjury that the foregoing is true and correct and that
5
   this declaration was executed at Santa Clara, California on November 13, 2008.
6

7                                         /s/ Johnie M. Kelly, Jr.

8

9  JHR;F:\Clients\Envision Peripherals Inc. re Circuit City\Pleading\Request for Special Notice - POS.wpd

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## BINDER & MALTER, LLP
### ATTORNEYS AT LAW

MICHAEL W. MALTER
HEINZ BINDER
GAYLE ZICKGRAFF GREEN
DAVID B. RAO
ROBERT G. HARRIS
JULIE H. ROME-BANKS
C. LAINE LUCAS
WENDY W. SMITH
ROYA SHAKOORI

NAN L. CORBER
PARALEGAL

2775 PARK AVENUE
SANTA CLARA, CALIFORNIA 95050

PLEASE REPLY TO:
P.O. BOX 28461
SAN JOSE, CALIFORNIA 95159-8461

TELEPHONE 408-295-1700
FACSIMILE 408-295-1531

November 13, 2008

**_Via Federal Express_**

Clerk of the Court
United States Bankruptcy Court
   Eastern District of Virginia, Richmond Division
701 E. Broad Street, Suite 4000
Richmond, VA 23219-1888

RE:   _In re Circuit City Stores, Inc., et. al._
       Case No.: 08-35653 (KRH)
       Chapter 11

Dear Clerk of the Court:

Enclosed please find the original plus two copies of the following documents:

1.   Request For Special Notice; and Certificate of Service.

Please file the original documents and return two conformed copies of each in the enclosed return FedEx envelope. Should you have any questions, please do not hesitate to call me.

Thank you for your assistance.

Sincerely,

BINDER & MALTER, LLP

Johnie M. Kelly, Jr.
Legal Assistant

/jmk
Encls.
F:\Clients\Treble, Christopher\Corr\111308 Ltr to Clerk of Court VA.doc