# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISIONS

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No.: 08-35653-KRH |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

FILED 2008 NOV 13 A 10:00 US BANKRUPTCY COURT CLERK ALEXANDRIA DIVISION

## NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE

## AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance for Alliance-Rocky Mount, L.L.C., a North Carolina limited liability company ("Alliance") a creditor and party in interest in the above captioned Chapter 11 case.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010, Alliance hereby requests that copies of all pleadings and notices, including, but not limited to, any proposed plan and disclosure statement, and other filings be delivered and served on Alliance and its undersigned counsel at the addresses shown below:

| | |
|---|---|
| Scott P. Carroll, Esq. | James Donaldson |
| Carroll & Carroll, P.L.L.C. | Core Properties, Inc. |
| 831 East Morehead Street | 831 East Morehead Street |
| Suite 440 | Suite 445 |
| Charlotte, North Carolina 28202 | Charlotte, North Carolina 28202 |
| Telephone: (704) 332-5654 | Telephone: (704) 342-0410 |
| Telecopier: (704) 332-6238 | Telecopier: (704) 342-0704 |

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to nor shall waive (i) Alliance's right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii)

Alliance's right to trial by jury in any proceeding so triable therein or in any case, controversy or proceeding related hereto, (iii) Alliance's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs and recoupments to which Alliance may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Alliance expressly reserves.

Dated this 12 Th day of November, 2008.

Respectfully submitted,

By: _____
Scott P. Carroll
CARROLL & CARROLL, P.L.L.C.
831 East Morehead Street, Suite 440
Charlotte, North Carolina 28202
Telephone: (704) 332-5654
Facsimile: (704) 332-6238

Attorneys for Alliance-Rocky Mount, L.L.C., a North Carolina limited liability company

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12Th day of November, 2008, I caused the foregoing document to be served by regular U.S. Mail, postage prepaid, on :

Circuit City Stores, Inc.
9330 Maryland Drive
Richmond, Virginia 23233

W. Clarkson McDow, Jr., Trustee
Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

Gregg M. Galardi, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
Wilmington, Delaware 19899

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
Wilmington, Delaware 19899

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
MCGUIREWOODS, LLP
101 W. Main Street
9000 World Trade Center
Norfolk, Virginia 23510

Sarah Beckett Boehm, Esq.
Joseph S. Sheerin, Esq.
MCGUIREWOODS, LLP
901 East Cary Street
One James Center
Richmond, Virginia 23219

SCOTT P. CARROLL