**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |  |
|---|---|---|
| In re:  CIRCUIT CITY STORES, INC., et al. | ) ) ) ) ) | Case No.: 08-35653-KRH<br>Chapter 11 |
|         Debtors. | | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

Pursuant to FED.R.BANKR.PROC. 2002(g) and 9010(b), the undersigned enter their appearance for Hewlett-Packard Company, a creditor in the above-captioned case.

The undersigned hereby request that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, be served at the following addresses:

> Ellen A. Friedman, Esq.
> California Bar No. 127684
> Friedman Dumas & Springwater LLP
> 150 Spear Street, Suite 1600
> San Francisco, CA 94105
> Phone: (415) 834-3800
> Fax: (415) 834-1044
> Email: efriedman@friedumspring.com

Roy M. Terry, Jr. VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
804-775-6900
804-775-6911
Local Counsel for Hewlett Packard Company

Anne M. Kennelly, Esq.
California Bar No. 55666
Hewlett-Packard Company
3000 Hanover Street, M/S 1050
Palo Alto, CA  94304
Phone: (650) 857-6902
Fax: (650) 852-8617
Email:  anne.kennelly@hp.com

Ramona S. Neal, Esq.
Idaho Bar No. 4803
Hewlett-Packard Company
11307 Chinden Blvd, MS 314
Boise, ID 83714
Phone: (208) 396-6484
Fax: (208) 396-3958
Email: ramona.neal@hp.com

Mr. Ken Higman
Hewlett-Packard Company
2125 E. Katella Avenue, Suite 400
Anaheim, CA 92806
Phone: (714) 940-7120
Email: ken.higman@hp.com

This request includes not only the notices and papers required to be served pursuant to Federal Rule of Bankruptcy Procedure 2002, but additionally includes, without limitation, notices of any application, disclosure statement, plan of reorganization, complaint, demand, notice of hearing, motion, petitions, pleading or request, whether formal or informal, whether transmitted or conveyed electronically, by mail, delivery, telephone or otherwise.

The foregoing request simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial. **Counsel also requests inclusion on any limited notice list as ordered by this Court.**

Respectfully submitted, this 14th day of November, 2008.

/s/ Elizabeth L. Gunn
Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
804-775-6900
Fax: 804-775-6911
Local Counsel for Hewlett Packard Company

## CERTIFICATE OF SERVICE

I hereby certify on this 14th day of November, 2008, a true copy of the foregoing Notice of Appearance and Request for Service was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

circuitcityservice@mcguirewoods.com

project.circuitcity@skadden.com


/s/ Elizabeth L. Gunn


F:\C\Circuit City\Hewlett-Packard Company\Additional Notice of Appearance.doc