UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                              )
                                                    )
    CIRCUIT CITY STORES, INC., et al.    )    Case No.: 08-35653-KRH
                                                    )    Chapter 11
                    Debtors.    )
                                                    )

## MOTION TO ADMIT COUNSEL PRO HAC VICE

COMES NOW Roy M. Terry, Jr., local counsel for Hewlett-Packard Company in this case and a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of Ellen A. Friedman of the firm Friedman, Dumas & Springwater LLP, San Francisco, California. In support thereof, Movant states as follows:

    1.    Ellen A. Friedman graduated from Vanderbilt University School of Law in 1985 and was admitted to practice in the State of California in 1986. Ms. Friedman is a member in good standing of the State Bar of New York and the State Bar of California. Ms. Friedman is admitted to practice in the Northern District of California, Central District of California, Eastern District of California, Southern District of California, District of Arizona and the Southern District of New York.

    2.    Ms. Friedman's admittance to practice law has never been revoked and she is not the subject of any disciplinary proceedings.

Roy M. Terry, Jr. VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
804-775-6900
804-775-6911
Local Counsel for Hewlett-Packard Company

3. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

4. No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Movant requests this Court enter an order admitting Ellen A. Friedman of the firm Friedman, Dumas & Springwater LLP *pro hac vice* to the bar of this Court for the conduct of this case.

Respectfully submitted, this 14th day of November, 2008.

 /s/ Roy M. Terry, Jr.
Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
804-775-6900
Fax: 804-775-6911
Local Counsel for Hewlett-Packard Company

## CERTIFICATE OF SERVICE

I hereby certify on this 14th day of November, 2008, a copy of the foregoing was delivered by delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

circuitcityservice@mcguirewoods.com

project.circuitcity@skadden.com

/s/ Roy M. Terry, Jr.

F:\C\Circuit City\Hewlett-Packard Company\Motion for pro hac admission Friedman.doc