# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al. ) | Case No.:  08-35653-KRH |
| ) | Chapter 11 |
| Debtors. ) | |
| ) | |

## ORDER APPROVING ADMISSION PRO HAC VICE OF ELLEN A. FRIEDMAN

This matter comes before the Court upon the Motion of Roy M. Terry, Jr., requesting entry of an order approving the admission *pro hac vice* of Ellen A. Friedman of the firm of Friedman Dumas & Springwater LLP, San Francisco, California, to represent the interests of Hewlett-Packard Company in these proceedings.  Based upon the representations set forth in the Motion, and finding it otherwise proper, the Court

ORDERS that Ellen A. Friedman be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

Entered: _____

KEVIN R. HUENNEKENS
UNITED STATE BANKRUPTCY JUDGE

Roy M. Terry, Jr. VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
804-775-6900
804-775-6911
Local Counsel for Hewlett-Packard Company

I ASK FOR THIS:

/s/ Roy M. Terry, Jr.
Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
804-775-6900
Fax: 804-775-6911
Local Counsel for Hewlett-Packard Company

## **LOCAL RULE CERTIFICATION**

I hereby certify that the foregoing has been endorsed by all necessary parties.

/s/ Roy M. Terry, Jr.

**Parties to Receive Copies**

Roy M. Terry, Jr., Esq.
John C. Smith, Esq.
Elizabeth L. Gunn, Esq.
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219

Ellen A. Friedman, Esq.
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636