IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., | Case No. 08-35653 (KRH)<br>(Jointly Administered) |
| Debtor. | Hon. Kevin R. Huennekens |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Chapter 11 case as counsel for The Goldenberg Group pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) and hereby requests that all notices given or required to be given and all papers served or required to be served in this Chapter 11 case be delivered and served upon The Goldenberg Group at the address of its counsel as set forth below:

> Jeffrey Kurtzman, Esquire
> KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
> 260 S. Broad Street
> Philadelphia, PA  19102
> Phone:  (215) 569-4493
> Fax:  (215) 568-6603
> Email:  jkurtzma@klehr.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes all notices and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which in any way affect the debtor or its property.

The foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopy, telegraph, telex or otherwise filed or made with regard to the above-referenced case and all proceedings therein.

Dated: November 10, 2008        KLEHR, HARRISON, HARVEY,
                                BRANZBURG & ELLERS LLP

                                By: _____
                                Jeffrey Kurtzman, Esquire
                                260 S. Broad Street
                                Philadelphia, PA 19102
                                Telephone: (215) 549-4493

                                Attorneys for The Goldenberg Group

2

PHIL1 815320-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., | Case No. 08-35653 (KRH)<br>(Jointly Administered) |
| Debtor. | Hon. Kevin R. Huennekens |

### CERTIFICATE OF SERVICE

I hereby certify, that on this 10 day of November, 2008, a true and correct copy of Notice of Appearance and Request for Service of Papers was caused to be served on the following via first-class mail, postage prepaid:

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

Dion W. Hayes, Esquire
Joseph S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219

W. Clarkson McDow, Jr., U.S. Trustee
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA  23219

_____
JEFFREY KURTZMAN

PHIL1 815320-1

# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

ATTORNEYS AT LAW

260 S. BROAD STREET

PHILADELPHIA, PA 19102-5003

(215) 568-6060
FAX: (215) 568-6603
www.klehr.com

**NEW JERSEY OFFICE**
457 HADDONFIELD ROAD
SUITE 510
CHERRY HILL, NEW JERSEY 08002-2220
(856) 486-7900

**DELAWARE OFFICE**
919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062
(302) 426-1189

November 10, 2008

MORTON R. BRANZBURG
LAWRENCE J. AREM
RICHARD S. ROISMAN
JEFFREY KURTZMAN
FRANCIS M. CORRELL, JR.
CARL S. PRIMAVERA
PAUL G. NOFER
BARRY J. SIEGEL
STEPHAN L. CUTLER
DAVID S. EAGLE*
CHARLES A. ERCOLE
GREGORY G. GOSFIELD
SHAHAN G. TEBERIAN
DANIEL P. O'BRIEN
DON P. FOSTER
HEATHER I. LEVINE
MARC H. STOFMAN
MATTHEW J. BORGER
JON M. KATONA
LEE R. SUSSMAN
JOSHUA S. WANDERER††
ROBERT A. MCKINLEY
LISA A. LORI
MATTHEW H. WERTHMAN

WILLIAM A. HARVEY
RONA J. ROSEN
CAROL ANN SLOCUM
MICHAEL K. CORAN
JOANNE B. WILLS
KEITH W. KAPLAN
DOUGLAS F. SCHLEICHER
RICHARD M. BECK
DENISE M. DAY
BRADLEY A. KROUSE
WILLIAM W. MATTHEWS III
RONALD J. PATTERSON
GLENN A. WEINER
IRA A. ROSENAU
MICHAEL A. IACONELLI
A. GRANT PHELAN
JON S. ROBINS
IRA C. GUBERNICK
MICHAEL P. RITTINGER
WILLIAM R. HINCHMAN
DOMENIC E. PACITTI
JONATHAN R. FLORA▲
ANTHONY P. TABASSO
LINDA RICHENDERFER

DAVID C. ROULSTON
DAVID J. SANDER
BRETT D. FELDMAN
RANDI L. RUBIN
JULIE BEDDINGFIELD
KELLY A. GREEN**
LAURA KERN
DARWIN R. BEAUVAIS
TRACY L. HASLETT
KEITH LORENZE
RYAN A. SILVERMAN
S. JUSTIN DAVIS
ZAL A. KUMAR ††
JEFFREY D. SPANN
DANIEL R. COOPER
RANDOLPH C. RELIFORD
BENJAMIN SPECIALE
JESSICA KOVACK
SIOBHAN M. O'DONNELL
BRIAN VRABEL

SHARON L. SULETA
GIANNA M. KARAPELOU
FRANCIS X. GORMAN**
MICHAEL W. YURKEWICZ
WILLIAM J. CLEMENTS
WILLIAM T. HILL
JAWAD H. SALAH
MARK A. BEAVER
ARI INDIK
GREGG PERCHICK
DAWN N. ZUBRICK
NICOLE R. FAUX
LYNETTE SANTIAGO-RIVERA
RACHEL E. BERNSTEIN
KATHERINE DUREE❖❖
MATTHEW P. ROSENBERG
G. MATTHEW BARNARD
KIMBERLY KUPKA
JENNIFER PATONE COOK
MICHAEL P. ZANAN

\* MEMBER OF NEW YORK & DELAWARE BAR ONLY
\*\* MEMBER OF DELAWARE BAR ONLY
\*\*\* MEMBER OF NEW JERSEY BAR ONLY
†† MEMBER OF NEW YORK BAR ONLY
❖ MEMBER OF CALIFORNIA & NEW JERSEY BAR ONLY
❖❖ MEMBER OF CALIFORNIA & DISTRICT OF COLUMBIA BAR ONLY
▲ MEMBER OF CALIFORNIA, DISTRICT OF COLUMBIA, MINNESOTA & WASHINGTON ONLY

**OF COUNSEL**
LEONARD M. KLEHR
DONALD M. HARRISON
PETER J. NORMAN
MARY ELLEN O'LAUGHLIN
STEPHEN C. SUSSMAN
LYNN A. COLLINS
MICHAEL C. FORMAN\*\*\*
KATHLEEN E. TORBIT
SHERRY OLIN LEMONICK
RICHARD C. DeMARCO
LEONA MOGAVERO

Direct Dial: (215) 569-4493
E-Mail: JKURTZMA@klehr.com

Clerk,
United States Bankruptcy Court
Eastern District of Virginia
310 Lewis F. Powell, Jr. U.S. Courthouse Annex
1100 East Main Street
Richmond, VA 23219-3523

   Re: **Circuit City Stores, Inc.**
     <u>**Case No. 08-5653 (KRH) (Chapter 11)**</u>

Dear Sir/Madam:

   We are enclosing herewith an original and one copy of Notice of Appearance and Request for Service of Papers in the above-referenced Chapter 11 case. Please file the original and return a time-stamped copy in the enclosed, self-addressed stamped envelope.

                   Sincerely,

                   JEFFREY KURTZMAN

JK/ap
Enclosures

PHIL1 815322-1