

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

IN RE :

Circuit City Stores, Inc.

|  |  |  |
|---|---|---|
|  | § | CASE NO. 08-35653-KRH |
|  | § | (Chapter 11) |
| Debtor(s) | § |  |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

> **City of Cedar Hill, Burleson ISD, Arlington ISD
> City of Hurst, Mansfield ISD, Carroll ISD, City
> City of Lake Worth**
> c/o Elizabeth Banda
> Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
> P.O. Box 13430
> Arlington, Texas 76094-0430
> (817) 461-3344
> (817) 860-6509 FAX
> email: arlbank@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions,

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS - 1**

applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
Attorneys for Claimant(s)

By: *[signature]*
ELIZABETH BANDA
State Bar No. 24012238
R. BRUCE MEDLEY
State Bar No. 13895835
P.O. Box 13430
Arlington, Texas 76094-0430
(817) 461-3344
(817) 860-6509 FAX

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed below, via U.S. first class mail, on this date: November 10, 2008.

*[signature]*
ELIZABETH BANDA
R. BRUCE MEDLEY

Daniel F. Blanks, Esq.
9000 World Trade Center,
101 W. Main Street
Norfolk, Virginia 23510

U. S. Trustee
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS - 2