

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al.   ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| Debtor.   ) | Jointly Administered |

### NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
### AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that William H. Casterline, Jr., and Jeremy B. Root, Virginia counsel for ACCO Brands Corporation ("ACCO"), and Jonathan W. Young, Scott A. Semenek and Jeffrey Chang, Illinois counsel, hereby request that all notices given or required to be given in the above-captioned proceeding, and in any cases consolidated herewith, and all notices and documents served or required to be served in the proceeding, and in any cases consolidated herewith, be given to and served upon:

> William H. Casterline, Jr., Esquire Va Bar #16277
> Jeremy B. Root, Esquire Va Bar #65885
> Blankingship & Keith, P.C.
> 4020 University Drive, Suite 300
> Fairfax, Virginia  22030
> Telephone: 703-691-1235
> Facsimile: 703-691-3913
> Email: wcasterlinejr@bklawva.com
> Email: jroot@bklawva.com
>
> and

_____
William H. Casterline, Jr., Esquire Va Bar #16277
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia  22030
703-691-1235 / Facsimile 703-691-3913
Counsel for ACCO Brands Corporation

        Jonathan W. Young  ARDC #6204590
        Scott A. Semenek ARDC #6209999
        Jeffrey Chang  ARDC #6292539
        Wildman, Harrold, Allen & Dixon, LLP
        225 West Wacker Drive
        Chicago, IL  60606-1229
        Email: young@wildman.com
        Email: semenek@wildman.com
        Email: jchang@wildman.com

      PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in  Rules 2002, 3017, 9006, 9007 or 9010 of the Federal Bankruptcy Rules, but also includes, without limitation, notices of any hearings, orders, motions, demands, complaints, petitions, pleadings, requests, applications, disclosure statements, plans, and any other documents, including, but not limited to pleadings filed in this Court, whether formal or informal, written or oral or transmitted by mail, delivery, telephone, telegraph, telex, telecopy or otherwise, which in any way affect or seek to affect the above-captioned proceeding or any proceeding consolidated herewith.

      PLEASE TAKE FURTHJER NOTICE that this Notice of Appearance, Request for Matrix Entry and Request for Service of All Notices and Documents shall not be deemed or construed to be a waiver of ACCO'S right: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trail by jury in any proceeding so triable in this case or any case, controversy, or proceedings  related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions,



defenses, setoffs, or recoupments to which WRIT is or may be entitled, in law or in equity, all of which WRIT expressly reserves.

                        Respectfully submitted,

                        ACCO BRANDS CORPORATION

Dated: November 14, 2008    By:    /s/ William H. Casterline, Jr.
                        William H. Casterline, Jr. #16277
                        Blankingship & Keith, P.C.
                        4020 University Drive, Suite 300
                        Fairfax, Virginia 22030
                        703-691-1235
                        Counsel for ACCO Brands Corporation

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTKICE that copies of the foregoing Notice of Appearance, Request for Matrix Entry and Request for Service of All Notices and Documents were mailed, first-class, postage prepaid, this 14th date of November, 2008, to:

| | |
|---|---|
| Daniel F. Blanks, Esquire | Dion W. Hayes, Esquire |
| Douglas M. Foley, Esquire | Joseph S. Sheerin, Esquire |
| McGuire Woods, LLP | Sarah Beckett Boehm, Esquire |
| 9000 World Trade Center | McGuire Woods, LLP |
| 101 W. Main Street | One James Center |
| Norfolk, Virginia 23510 | 901 E. Cary Street |
| | Richmond, Virginia 23219 |

W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219

                        /s/ William H. Casterline, Jr.
                        William H. Casterline, Jr. #16277