**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.:  **08-35653-KRH** |
| CIRCUIT CITY STORES, INC., *et al.*, | * | (CHAPTER 11) |
| DEBTORS. | * | (JOINTLY ADMINISTERED) |

*    *    *    *    *    *    *    *    *    *    *    *    *

### MOTION FOR ADMISSION PRO HAC VICE OF STEVEN N. LEITESS

Jeremy S. Friedberg ("Movant"), an attorney of record for Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc. (together, "Toshiba") in the above captioned bankruptcy cases before this Court (the "Bankruptcy Case"), pursuant to Local Bankruptcy Rule 2090-1(E), hereby moves for the admission *pro hac vice* of Steven N. Leitess to represent Toshiba, and in support hereof states:

1. Movant is a member in good standing of the State Bar of Virginia and is an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Mr. Leitess is a member in good standing of the State Bar of Maryland and the District of Columbia Bar and is an attorney admitted to practice before various courts, including the United States Bankruptcy Court for the District of Maryland and the United States Bankruptcy Court for the District of Columbia. Mr. Leitess is currently employed as a partner at Leitess Leitess Friedberg + Fedder PC in Owings Mills,

Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America Consumer Products, L.L.C.
and Toshiba America Information Systems, Inc.*

84640_2.doc

Maryland. There are no disciplinary proceedings pending against Mr. Leitess in any jurisdiction in which he is admitted to practice.

      3.      Movant requests that this Court authorize Mr. Leitess to appear and be heard at hearings concerning, and to otherwise participate in, the Bankruptcy Case and related proceedings on behalf of Toshiba.

      4.      Movant and his law firm shall serve as co-counsel with Mr. Leitess in the Bankruptcy Case and related proceedings.

      5.      Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the above captioned matter as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an order:

      A.      Permitting Steven N. Leitess to appear *pro hac vice* for the purpose of representing Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc. in the above captioned bankruptcy cases and related proceedings; and

B.    Granting such other and further relief as this cause may require.

Respectfully submitted,

    /s/ Jeremy S. Friedberg
Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2008, a copy of the foregoing, along with proposed order, was served *via* first-class mail, postage prepaid, and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
PO Box 636
Wilmington, DE 19899

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219.

    /s/ Jeremy S. Friedberg
Jeremy S. Friedberg

84640_2.doc