LATHAM & WATKINS LLP
J. Christian Word (VSB No. 46008)
11955 Freedom Drive
Reston, VA  20190-5651
Tel:  (703) 456-1000
Facsimile: (703) 456-1001
Email: christian.word@lw.com

and

Josef S. Athanas
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
Tel: (312) 876-7700
Facsimile: (312) 993-9767
Email: josef.athanas@lw.com

COUNSEL TO A JOINT VENTURE COMPOSED OF
HILCO MERCHANT SERVICES, LLC AND
GORDON BROTHERS RETAIL PARTNERS, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
Circuit City Stores, Inc., et al.,                             :
                                                               :    Case No. 08-35653 (KRH)
                    Debtors.                                   :
                                                               :    [Joint Administration pending]
                                                               :
                                                               :
---------------------------------------------------------------

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that a joint venture composed of Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, (the "JV") by and through their undersigned counsel, hereby appears in the above-captioned cases under chapter 11 of title 11 of

CH\1064995.1

the United States Code (the "Bankruptcy Code") and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon counsel of record at:

> Josef S. Athanas
> Latham & Watkins LLP
> Sears Tower, Suite 5800
> 233 South Wacker Drive
> Chicago, Illinois  60606
> Tel: (312) 876-7700
> Facsimile: (312) 993-9767
> Email: josef.athanas@lw.com

PLEASE TAKE FURTHER NOTICE THAT the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise.

PLEASE TAKE FURTHER NOTICE this Notice of Appearance and Request For Service of Papers shall not be deemed or construed to be a waiver of any rights (1) to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs or recoupments which

may be entitled, in law or in equity. All of these rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: November 14, 2008
   Reston, Virginia

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ Christian Word
J. Christian Word (VSB No. 46008)
11955 Freedom Drive
Reston, VA  20190-5651
Tel:  (703) 456-1000
Facsimile: (703) 456-1001
Email: christian.word@lw.com

CH\1064995.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those attorneys registered to receive notices. Additionally, I served a copy of the document on the following parties in the manner indicated.

**FIRST CLASS U.S. MAIL**

Office of the United States Trustee
600 East Main Street, Suite 301
Richmond, VA  23219

Dion W. Hayes
Douglas M. Foley
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA  23219

/s/ Christian Word
J. Christian Word

CH\1064995.1