**SAIBER LLC**
Nancy A. Washington [NW4350]
One Gateway Center - 13th Floor
Newark, New Jersey 07102
(973) 622-3333

Counsel for FM Facility Maintenance, f/k/a IPT, LLC

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

  **PLEASE TAKE NOTICE** that Nancy A. Washington, Esq. of **Saiber LLC**, hereby enters an appearance in the above-captioned case on behalf of FM Facility Maintenance, f/k/a IPT, LLC, pursuant to 11 U.S.C. §1109(b), Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9010-1.  The undersigned requests that all notices and pleadings given or filed in this case be given and served upon:

> Nancy A. Washington, Esq.
> **SAIBER LLC**
> One Gateway Center, 13th Floor
> Newark, New Jersey 07102
> (973) 622-3333 (Telephone)
> (973) 622-3349 (Telecopier)
> naw@saiber.com

  **PLEASE TAKE FURTHER NOTICE THAT**, in accordance with Section 1109(b) of the Bankruptcy Code, the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, delivery, telephone, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

      This Notice of Appearance and Demand for Service of Papers shall not be deemed or construed to be a waiver of any of the rights of FM Facility Maintenance, f/k/a IPT, LLC to: (1) a trial by jury in any case, controversy or proceeding so triable in this case or any case, controversy or proceeding related to this case; (2) assert any other rights, claims, defenses, actions, setoffs, offsets or recoupments to which it is entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, offsets and recoupments are hereby expressly reserved; (3) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (4) object to the jurisdiction of this Court.

      Respectfully submitted,

/s/Nancy A. Washington
**SAIBER LLC**
Nancy A. Washington [NW4350]
One Gateway Center - 13th Floor
Newark, New Jersey 07102
(973) 622-3333 (Telephone)
(973) 622-3349 (Telecopier)
naw@saiber.com

DATED:  November 14, 2008

304663