IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---

**In re**

**Circuit City Stores, Inc. et al.,**

**Debtors.**

: Chapter 11
:
: Case No. 08-35653 (KRH)
:
: Jointly Administered
:

---

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that, by this notice of appearance ("Notice of Appearance"), the firms listed below hereby appear in the above-captioned, jointly administered cases under Chapter 11 of Title 11 the United States Code (the "Bankruptcy Code") as counsel for Altamonte Springs Real Estate Associates, LLC ("Altamonte") pursuant to § 1109 of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure. Counsel hereby requests, pursuant to Rules 2002, 3017, and 9007 of the Federal Rules of Bankruptcy Procedure, and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in this case be served upon them at the following addresses:

> Michael P. Falzone, Esq.
> Sheila deLa Cruz, Esq.
> Hirschler Fleischer, P.C.
> P.O. Box 500
> Richmond, Virginia 23218-0500
> Telephone: (804) 771-9530
> Facsimile: (804) 644-0957

---

| | |
|---|---|
| Michael P. Falzone (VSB No. 22324) | Geoffrey T. Raicht, Esq. |
| Sheila deLa Cruz (VSB No. 65395) | Karla L. Palmer, Esq. (VSB No. 34267) |
| Hirschler Fleischer, PC | McDermott Will & Emery LLP |
| Post Office Box 500 | 340 Madison Avenue |
| Richmond, Virginia 23218-0500 | New York, NY 10173-1922 |
| (804) 771-9500 | (212) 547-5477 |
| (804) 644-0957 (fax) | (212) 547-5444 (fax) |
| | |
| *Counsel for Altamonte Springs* | *Co-counsel for Altamonte Springs* |
| *Real Estate Associates, LLC* | *Real Estate Associates, LLC* |

NYK 1158344-1.051880.0010

E-mail: sdelacruz@hf-law.com
mfalzone@hf-law.com

– and –

McDERMOTT WILL & EMERY LLP
Karla L. Palmer, Esq.
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
E-mail: kpalmer@mwe.com

– and –

Geoffrey T. Raicht, Esq.
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
E-mail: graicht@mwe.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic or computer means, facsimile transmission, telegraph, telex, or otherwise that (1) affect any of the above-captioned debtors (the "Debtors"), any property of the Debtors, or any property in which the Debtors hold an interest; and/or (2) affect or seek to affect in any way any rights or interest of any party in interest in this proceeding.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Altamonte (i) to have final orders in noncore matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to this case, (iii) to have the District

NYK 1158344-1.051880.0010

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Altamonte is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 14, 2008

Respectfully submitted,

/s/ Sheila deLa Cruz
Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
P.O. Box 500
Richmond, VA 23218-0500
Tel: (804) 771-9500
Fax: (804) 644-0957

and

MCDERMOTT, WILL & EMERY LLP
Karla L. Palmer (VSB No. 34267)
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
kpalmer@mwe.com

Geoffrey T. Raicht, Esq.
340 Madison Avenue
New York, New York 10173-1922
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
graicht@mwe.com

*Counsel for Altamonte Springs Real Estate Associates, LLC*

NYK 1158344-1.051880.0010

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November 2008, a true and correct copy of the foregoing Notice of Appearance and Request for Service was served on all persons receiving electronic notice in these cases and to the following parties:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov
    *Assistant United States Trustee*

Dion W. Hayes
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
gregg.galardi@skadden.com
    *Counsel for the Debtors*

                                            */s/ Sheila deLa Cruz*
                                            Sheila deLa Cruz

#227558v1

NYK 1158344-1.051880.0010