**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Richmond_____ Division

In re   Circuit City Stores, Inc.

                                Case No.   08-35653-KRH

        Debtor(s)

                                Chapter   11

# ORDER OF DESIGNATION

An order for relief under Title 11 U.S.C., Chapter  11  having been entered on the petition filed in this case on  November 10, 2008 ; it is, therefore

**ORDERED** that   Bruce H. Besanko   is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

**ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.


Date:  Nov 13 2008           /s/ Kevin Huennekens
                             United States Bankruptcy Judge


                             NOTICE OF JUDGMENT OR ORDER
                             ENTERED ON DOCKET
                                      11/13/08

[ver. 12/03]

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1          Date Rcvd: Nov 13, 2008
Case: 08-35653                Form ID: pdforder        Total Served: 1

The following entities were served by first class mail on Nov 15, 2008.
desig        +Bruce H. Besanko,   9950 Mayland Drive,   Richmond, VA 23233-1463

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2008**             **Signature:**   _Joseph Speetjens_