IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

------------------------------------------------------ x
                                                       :    Chapter 11
In re:                                                 :
                                                       :    Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                             :
et al.,                                                :
                                                       :    Jointly Administered
                                    Debtors.[1]        :
                                                       :
------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed

by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the

Debtors in the above-captioned cases.

On November 10, 2008, copies of the following document were served via first class mail

upon the parties set forth on the service list attached hereto as **Exhibit A**:

- Motion of Debtors for Order Directing Joint Administration Pursuant to Bankruptcy
  Code Section 302 and Bankruptcy Rule 1015(b) and Waiving Requirements of
  Bankruptcy Code Sections 105 and 342(c)(1) and Rules 1005 and 2002(n) (Docket No. 3)

- Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363, 507(a),
  541, 1107(a) and 1108 and Bankruptcy Rule 6003 Authorizing Debtors to Pay Prepetition
  Wages, Compensation, and Employee Benefits (Docket No. 6)

- Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R.
  Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real
  Property and Abandonment of Personal Property Effective as of the Petition
  Date (Docket No. 21)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

- Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement (Docket No. 24)

- Amended Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364 and Fed. R. Bankr. P. 6003 (I) Authorizing Maintenance of Existing Bank Accounts, (II) Authorizing Use of Existing Business Forms, (III) Authorizing Use of Existing Cash Management System, (IV) Authorizing Intercompany Transactions and (V) Granting Superpriority Status to Intercompany Claims [Amended Soley to Include Missing Paragraph Number 9] (Docket No. 35)

- Order Directing Joint Administration Pursuant to Bankruptcy Code Section 302 and Bankruptcy Rule 1015(b) and Waiving Requirements of Bankruptcy Code Sections 105 and 342(c)(1) and Rules 1005 and 2002(n) (Docket No. 77)

- Order Pursuant to Bankruptcy Code Section 105(a), 363, 507(a), 541, 1107(a) and 1108 and Bankruptcy Rules 6003 Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits (Docket No. 80)

- Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 81)

- Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and Gorden Brothers Retail Partners, LLC and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement Sales Pursuant to Store Closing Agreement (Docket No. 82)

- Order Pursuant to 11 U.S.C. §§ 105 (a) and 363 and Fed. R. Bankr. P. 6003 (I) Authorizing Continued Maintenance of Existing Bank Accounts, (II) Authorizing Continued Use of Existing Business Forms, (III) Authorizing Continued Use of Existing Cash Management System, (IV) Authorizing Intercompany Transactions and (V) Granting Superpriority Claim Status to all Postposition Intercompany Claims (Docket No. 83)

On November 10, 2008, copies of the following document were served via first class mail

upon the parties set forth on the service list attached hereto as **Exhibit B**:

- Motion of Debtors for Order Directing Joint Administration Pursuant to Bankruptcy Code Section 302 and Bankruptcy Rule 1015(b) and Waiving Requirements of Bankruptcy Code Sections 105 and 342(c)(1) and Rules 1005 and 2002(n) (Docket No. 3)

- Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363, 507(a), 541, 1107(a) and 1108 and Bankruptcy Rule 6003 Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits (Docket No. 6)

- Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 21)

- Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement (Docket No. 24)

- Amended Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364 and Fed. R. Bankr. P. 6003 (I) Authorizing Maintenance of Existing Bank Accounts, (II) Authorizing Use of Existing Business Forms, (III) Authorizing Use of Existing Cash Management System, (IV) Authorizing Intercompany Transactions and (V) Granting Superpriority Status to Intercompany Claims [Amended Soley to Include Missing Paragraph Number 9] (Docket No. 35)

- Order Directing Joint Administration Pursuant to Bankruptcy Code Section 302 and Bankruptcy Rule 1015(b) and Waiving Requirements of Bankruptcy Code Sections 105 and 342(c)(1) and Rules 1005 and 2002(n) (Docket No. 77)

- Order Pursuant to Bankruptcy Code Section 105(a), 363, 507(a), 541, 1107(a) and 1108 and Bankruptcy Rules 6003 Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits (Docket No. 80)

- Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 81)

- Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and Gorden Brothers Retail Partners, LLC and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement Sales Pursuant to Store Closing Agreement (Docket No. 82)

- Order Pursuant to 11 U.S.C. §§ 105 (a) and 363 and Fed. R. Bankr. P. 6003 (I) Authorizing Continued Maintenance of Existing Bank Accounts, (II) Authorizing Continued Use of Existing Business Forms, (III) Authorizing Continued Use of Existing Cash Management System, (IV) Authorizing Intercompany Transactions and (V) Granting Superpriority Claim Status to all Postposition Intercompany Claims (Docket No. 83)

On November 10, 2008, copies of the following document were served via first class mail

upon the parties set forth on the service list attached hereto as **Exhibit C**:

- Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363, 507(a), 541, 1107(a) and 1108 and Bankruptcy Rule 6003 Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits (Docket No. 6)

- Order Pursuant to Bankruptcy Code Section 105(a), 363, 507(a), 541, 1107(a) and 1108 and Bankruptcy Rules 6003 Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits (Docket No. 80)

- Amended Motion of Debtors for Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 364 and Fed. R. Bankr. P. 6003 (I) Authorizing Maintenance of Existing Bank Accounts, (II) Authorizing Use of Existing Business Forms, (III) Authorizing Use of Existing Cash Management System, (IV) Authorizing Intercompany Transactions and (V) Granting Superpriority Status to Intercompany Claims [Amended Soley to Include Missing Paragraph Number 9] (Docket No. 35)

- Order Pursuant to 11 U.S.C. §§ 105 (a) and 363 and Fed. R. Bankr. P. 6003 (I) Authorizing Continued Maintenance of Existing Bank Accounts, (II) Authorizing Continued Use of Existing Business Forms, (III) Authorizing Continued Use of Existing Cash Management System, (IV) Authorizing Intercompany Transactions and (V) Granting Superpriority Claim Status to all Postposition Intercompany Claims (Docket No. 83)

On November 10, 2008, copies of the following document were served via first class mail

upon the parties set forth on the service list attached hereto as **Exhibit D**:

- Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement (Docket No. 24)

- Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and Gorden Brothers Retail Partners, LLC and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement Sales Pursuant to Store Closing Agreement (Docket No. 82)

On November 10, 2008, copies of the following document were served via first class mail

upon the parties set forth on the service list attached hereto as **Exhibit E**:

- Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 21)

- Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 81)

On November 10, 2008, copies of the following document were served via first class mail

upon the parties set forth on the service list attached hereto as **Exhibit F**:

- Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 363, 507(a), 541, 1107(a) and 1108 and Bankruptcy Rule 6003 Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits (Docket No. 6)

- Order Pursuant to Bankruptcy Code Section 105(a), 363, 507(a), 541, 1107(a) and 1108 and Bankruptcy Rules 6003 Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits (Docket No. 80)

Dated: November 14, 2008

Evan Gershbein

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 14th day of November, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature:

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

# EXHIBIT A

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| ADVERTISING.COM | MARK FAILA | 24143 NETWORK PL | | CHICAGO | IL | 60673-1241 | |
| ALLIANCE ENTERTAINMENT | HEATHER PEAGH | 4250 CORAL RIDGE DRIVE | | CORAL SPRINGS | FL | 33065 | |
| APPLE COMPUTER INC | JIM FITZGERALD | 15881 E VALLEY BLVD | | CITY OF INDUSTRY | CA | 91761 | |
| AUDIOVOX | LORRAIN SHELTON | 150 MARCUS BLVD | | HAUPPAUGE | NY | 11788 | |
| BELKIN LOGISTICS INC | JOE CAPENETTO | 501 WEST WALNUT STREET | | COMPTON | CA | 90220 | |
| BETHESDA SOFTWORKS | JILL BRALOVE | 1370 PICCARD DR | SUITE 120 | ROCKVILLE | MD | 20850 | |
| BUENA VISTA HOME VIDEO | LIZETTE BRADLEY | 500 SOUTH BUENA VISTA STREET | | BURBANK | CA | 91521 | |
| CIRCUIT CITY STORES, INC. | REGINALD D HEDGEBETH | 9950 MAYLAND DR | | RICHMOND | VA | 23233 | |
| CIRCUIT CITY STORES, LLC | | 9950 MAYLAND DRIVE | | RICHMOND | VA | 23233 | |
| COLUMBIA TRISTAR HOME VIDEO | MICHAEL SCHILLO | 10202 W. WASHINGTON BLVD | | CULVER CITY | CA | 90232 | |
| COMMONWEALTH OF VIRGINIA | STATE CORPORATION COMMISSION | TYLER BUILDING | 1300 E. MAIN STREET | RICHMOND | VA | 23219 | |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION ATTN: DIRECTOR COMMERCIAL LITIGATION BRANCH | 3600 WEST BROAD STREET | | RICHMOND | VA | 23230-4915 | |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | SHEENA LEWIS-WALCZYK | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | |
| D-LINK SYSTEMS | CAROL THOMAS | 17595 MOUNT HERMANN ST | | FOUNTAIN VALLEY | CA | 92708-4160 | |
| EASTMAN KODAK CO | OFFICE OF GENERAL COUNSEL | 3003 SUMMIT BLVD | | ATLANTA | GA | 30319 | |
| ENVIRONMENTAL PROTECTION AGENCY | DIANA SAENZ | 1650 ARCH STREET | | PHILADELPHIA | PA | 19103-2029 | |
| ENVIRONMENTAL PROTECTION AGENCY | MICHELE VEDO | U.S. EPA MAILCODE 2377R | 1200 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20004 | |
| FOX HOME ENTERTAINMENT | MR. ROBERT J. DUFFY | 2121 AVENUE OF THE STARS | | LOS ANGELES | CA | 90067 | |
| FTI CONSULTING, INC. | MR. STEPHEN COLOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 | |
| FUJI PHOTO FILM USA | DENNIS FENNELL | 200 SUMMIT LAKE DRIVE | | VALHALLA | NY | 10595-1356 | |
| FUNAI | KEVIN RAUCKMAN | | | OLATHE | KS | 66062-3426 | |
| GRAPHIC COMMUNICATIONS INC | ANDRAS TOROK | | | MATTHEWS | NC | 28105 | |
| HEWLETT-PACKARD | JONATHAN FAULKNER | 11445 COMPAQ CENTER DR W | | HOUSTON | TX | 77070 | |
| HEWLETT-PACKARD US OPERATIONS | JONATHAN FAULKNER | 11445 COMPAQ CENTER DR W | | HOUSTON | TX | 77070 | |
| HISENSE USA CORPORATION | STEVEN COHEN | 105 SATELLITE BLVD NW | SUITE A | SUWANEE | GA | 30024 | |
| IBM | SUZETTE FERNANDES | INTERNATIONAL BUSINESS MACHINES CORPORATION | GLOBAL TECHNOLOGY SERVICES ROUTE 100 | SOMERS | NY | 10589 | |
| IBM STRATEGIC OUTSOURCING WIRE | MAHAFRIN MEHTA | | | SOMERS | NY | 10589 | |
| INTERNAL REVENUE SERVICE | CAROLYN KIDWELL | INSOLVENCY UNIT | 31 HOPKINS PLAZA, RM. 1140 | BALTIMORE | MD | 21201 | |
| INTERNAL REVENUE SERVICE | GERALD THORPE | 701 MARKET STREET | 6TH FLOOR | PHILADELPHIA | PA | 19106 | |
| KENSINGTON | JEFF SMITH | 333 TWIN DOLPHIN DRIVE | | REDWOOD SHORES | CA | 94065 | |
| KINGSTON TECHNOLOGIES | DAVID KUAN | 17600 NEWHOPE ST | | FOUNTAIN VALLEY | CA | 92708 | |
| KSC | JACKSON NAM | | SUITE 200 | INDIANAPOLIS | IN | 46268 | |
| KURTZMAN CARSON CONSULTANTS LLC | EVAN GERSHBEIN | 2335 ALASKA AVE | | EL SEGUNDO | CA | 90245 | |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | RICHMOND | VA | 23219 | |
| LENOVO, INC. | MICHAEL O'NEILL, SENIOR VICE PRESIDENT AND GENERAL COUNSEL | 1009 THINK PLACE | | MORRISVILLE | NC | 27560 | |
| LEXAR MEDIA INC | CORRYN OAKLAND | 3475 E. COMMERCIAL CT. | SUITE 200 | MERIDIAN | ID | 83642 | |
| LEXMARK INTERNATIONAL INC | RUSS BOOKER | 740 W. NEW CIRCLE RD. | | LEXINGTON | KY | 40550 | |
| LINKSYS | JULIE ASUSA | 121 THEORY | | IRVINE | CA | 92612 | |
| MCCONNELL VALDES LLP | ATTN: DONNA HAYES | | | | | | |
| MICROSOFT CORP | PAM POWELL | 6100 NEIL ROAD | | RENO | NV | 89511 | |
| MICROSOFT CORP CONSIGNMENT | LENKA MENSIKOVA | BELLEVUE CCE/1360 | 37590 112TH STREET | BELLEVUE | WA | 98004 | |
| MICROSOFT XBOX | PAM POWELL | 6100 NEIL ROAD | | RENO | NV | 89511 | |
| MICROSOFT XBOX CONSIGNMENT | ATTN: BOB SMRECANSKY | BELLEVUE CCE/1360 | 37550 112TH STREET | BELLEVUE | WA | 98004 | |
| MITAC USA INC | SARAH CHANG | 47988 FREMONT BLVD | | FREMONT | CA | 94538 | |
| MITSUBISHI DIGITAL ELECTRONICS | BRIAN ATTEBERRY | 9351 JERONIMO ROAD | | IRVINE | CA | 92618-1904 | |
| MONSTER CABLE | ANNE CASEY | 455 VALLEY DRIVE | | BRISBANE | CA | 94005 | |
| MONSTER CABLE PRODUCTS | ANNE CASEY | 455 VALLEY DRIVE | | BRISBANE | CA | 94005 | |
| MONSTER LLC | AARON MELLOW | 455 VALLEY DRIVE | | BRISBANE | CA | 94005 | |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W., 8TH FLOOR | WASHINGTON | DC | 20036 | |
| NAVARRE CONSIGNMENT | PAT YOUNG | 7400 49TH AVE N | | NEW HOPE | MN | 55428 | |
| NAVARRE CONSIGNMENT SYMANTEC | PAT YOUNG | 7400 49TH AVE N | | NEW HOPE | MN | 55428 | |
| NAVARRE CORPORATION | PAT YOUNG | 7400 49TH AVE N | | NEW HOPE | MN | 55428 | |

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| NAVARRE DISTRIBUTION | PAT YOUNG | 7400 49TH AVE N | NW-8510, PO BOX 1450 | NEW HOPE | MN | 55428 | |
| NIKON INC | PAT PREISEL | 1300 WALT WHITMAN RD | | MELVILLE | NY | 11747 | |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | RICHMOND | VA | 23219 | |
| OFFICE OF THE SECRETARY OF THE COMMONWEALTH | | 1111 EAST BROAD STREET, 4TH FLOOR | | RICHMOND | VA | 23219 | |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | RICHMOND | VA | 23219-1888 | |
| OFFICE OF THE UNITED STATES TRUSTEE | RICHMOND, VIRGINIA OFFICE | 600 EAST MAIN STREET, SUITE 301 | | RICHMOND | VA | 23219 | |
| OLYMPUS CORPORATION | ERIC VAUTRIN | 3500 CORPORATE PARKWAY | | CENTER VALLEY | PA | 18034 | |
| OMNIMOUNT SYSTEMS INC | KRISTIN JACOBS | 8201 S. 48TH STREET | | PHOENIX | AZ | 85044 | |
| ONKOR US, INC | LEGAL DEPARTMENT | 450 E. 96TH STREET | SUITE 500 | INDIANAPOLIS | IN | 46240 | |
| ONKYO USA CORP | MATT LATANSIO | 18 PARK WAY | | UPPER SADDLE RIVER | NJ | 07458 | |
| PANASONIC COMPANY NATIONAL ACCT | JOSEPH LABRACE | 1707 N RANDALL ROAD | | ELGIN | IL | 60123 | |
| PANASONIC NORTH AMERICA | JOSEPH LABRACE | 1707 N RANDALL ROAD | | ELGIN | IL | 60123 | |
| PARAMOUNT HOME VIDEO | ANDI MARYGOLD | 5555 MELROSE AVE | | HOLLYWOOD | CA | 90038 | |
| PIONEER ELECTRONICS (USA) INC | OSCAR ROLAN | 2265 E 220TH ST | | LONG BEACH | CA | 90810 | |
| PIONEER ELECTRONICS SERVICE | OSCAR ROLAN | 2265 E 220TH ST | | LONG BEACH | CA | 90810 | |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | BOSTON | MA | 02108 | |
| SAMSUNG ELECTRONICS AMER INC. | JOSEPH MCNAMARA | 105 CHALLENGER ROAD | | RIDGEFIELD PARK | NJ | 07660 | |
| SAMSUNG ELECTRONICS AMERICA | JOHN ALPAY | 3351 MICHELSON DRIVE | SUITE 250 | IRVINE | CA | 92612 | |
| SAMSUNG OPTO ELECTRONICS INC | JOSEPH MCNAMARA | 105 CHALLENGER ROAD | | RIDGEFIELD PARK | NJ | 07660 | |
| SANDISK CORPORATION | ED LYONS | 601 MCCARTHY BLVD | | MILPITAS | CA | 95053 | |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, | | WASHINGTON | DC | 20020 | |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE BRANCH/REORGANIZATION | 233 BROADWAY | NEW YORK | NY | 10279 | |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 15TH & PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20020 | |
| SHARP ELECTRONICS CORP | MARIO ZINICOLA | 1 SHARP PLAZA | | MAHWAH | NJ | 07430-2135 | |
| SIMPLETECH | ALAN DOCHERTY | 1830 EAST WARNER AVE | | SANTA ANA | CA | 92705 | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ., IAN S. FREDERICKS, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | WILMINGTON | DE | 19899-0636 | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | WILMINGTON | DE | 19899-0636 | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | CHRIS L. DICKERSON, ESQ. | 333 WEST WACKER DRIVE SUITE 2000 | | CHICAGO | IL | 60606 | |
| FLOM, LLP | ATTN: GREGG M. GALARDI | 120 INTERSTATE PKWY EAST | SUITE 410 | ATLANTA | GA | 30339 | |
| SONY | TOM DITULEILO | 910 HILLSDALE BLVD | | FOSTER CITY | CA | 94404 | |
| SONY COMPUTER ENTERTAINMENT | JIM BASS | 16550 VIA ESPRILLO | | SAN DIEGO | CA | 92127 | |
| STILLWATER DESIGNS INC | STEVE GLASGOW PRESIDENT AND COO | 5021 N. PERKINS ROAD | | STILLWATER | OK | 74076 | |
| THQ INC | KIM WRIGHT | 29903 AGOURA ROAD | | AGOURA HILLS | CA | 91301 | |
| TOSHIBA AMERICA BUSINESS SOLUTIONS INC | ROY DEGROLIER | 2 MUSICK | | IRVINE | CA | 92618 | |
| TOSHIBA AMERICA CONSUMER PRODU | RENEE SOLIS | 82 TOTOWA ROAD | | WAYNE | NJ | 07470 | |
| TOSHIBA COMPUTER SYSTEMS DIV | JOE SHERLOCK | 9740 IRVINE BLVD | | IRVINE | CA | 92618-1697 | |
| TOSHIBA, A DIVISION OF THQ | YASUHIKO MIJIAMURA | 3560 CHESTNUT ST N | SUITE 101A | CHASKA | MN | 55318 | |
| VIZIO | JULIANNE VALDEZ TURK / ANN TRAN | 39 TESLA | SUITE 120 | IRVINE | CA | 92618 | |
| VTECH COMMUNICATIONS INC | SUSAN SPICER | 9590 SW GEMINI DRIVE | SUITE 120 | BEAVERTON | OR | 97008 | |
| VTECH ELECTRONICS | SUSAN SPICER | 9590 SW GEMINI DRIVE | | BEAVERTON | OR | 97008 | |
| WARNER HOME VIDEO | MIKE SKEENS | 4000 WARNER BLVD | | BURBANK | CA | 91522 | |
| ZENITH ELECTRONICS CORP | PAUL ERTEL | 1000 SYLVAN AVENUE | | ENGLEWOOD CLIFFS | NJ | 07632 | |

Circuit City Stores, Inc.
Core Group Service List

# EXHIBIT B

Circuit City Stores, Inc.
2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| Andrew S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | |
| Assistant Attorney General | Mark Browning | Bankruptcy & Collections Division | PO Box 12548 | Austin | TX | 78711-2548 | |
| Baker & Hostetler LLP | Pamela Gale Johnson | 1000 Louisiana Ste 2000 | | Houston | TX | 77002 | |
| Baker & Hostetler LLP | Laura Lawton Gee | 1000 Louisiana Ste 2000 | | Houston | TX | 77002 | |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 | |
| Ballard Spahr Andrews & Ingersoll LLP | Jeffrey Meyers Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 | |
| Ballard Spahr Andrews & Ingersoll LLP | Jesse N Silverman Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 | |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | |
| Ballard Spahr Andrews & Ingersoll LLP | Charles W Chotvacs Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | |
| Kelley Drye & Warren LLP | James S Carr Esq | 101 Park Ave | | New York | NY | 10178 | |
| Kelley Drye & Warren LLP | Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | |
| LeClairRyan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | |
| Linowes and Blocher LLP | Bradford F Englander Esq | 7200 Wisconsin Ave Ste 800 | | Bethesda | MD | 20814 | |
| Linowes and Blocher LLP | Brian M Nestor Esq | 7200 Wisconsin Ave Ste 800 | | Bethesda | MD | 20814 | |
| Riemer & Braunstein LLP | David S Berman | Three Ctr Plz 6th Fl | | Boston | MA | 02108 | |
| Ronald M Tucker Esq | | 225 W Washington St | | Indianapolis | IN | 46204 | |
| Taxing Authority Consulting Services PC | Mark K Ames | PO Box 771476 | | Richmond | VA | 23255 | |
| Taxing Authority Consulting Services PC | Jeffrey Scharf | PO Box 771476 | | Richmond | VA | 23255 | |
| Weingarten Realty Investors | Jenny J Hyun Esq | 2600 Citadel Plz Dr | | Houston | TX | 77008 | |

# EXHIBIT C

Circuit City Stores, Inc.
Banks Service List

| Bank | Notice Name | Address1 | Address2 | City | State | Zip | Country |
|------|-------------|----------|----------|------|-------|-----|---------|
| American Savings Bank | Mel Yamamoto | 677 Ala Noana Blvd. | | Honolulu | HI | 96813 | |
| AmSouth/Regions | Dawn Smith | 1900 5th Avenue, North 23rd Floor | | Birmingham | AL | 35203 | |
| Banco Popular | Amarilis Ginmes | 209 Ponce de Leon Ave. | Popular Center Building, Floor 6 | Hato Rey | | 00917 | Puerto Rico |
| Bank of America | Jay Norris | 101 South Tryon Street | | Charlotte | NC | 28255 | |
| Bank of America/CRP Securities, LLC | Laura Bynum | 600 Peachtree St. NE | 4th Floor | Atlanta | GA | 30308 | |
| Chase | Christie Donahue | 50 Rowes Wharf, 4th Floor | | Boston | MA | 02110 | |
| Circuit City Global Sourcing Accounts | Darlene Holtz | 201 East Washington | | Phoenix | AZ | 85004 | |
| Fifth Third Securities, Inc. | J.B. Ward | 38 Fountain Square Plaza | Collier Center, 22nd Fl | Cincinnati | OH | 45263 | |
| Fifth Third Bank | Tom Galbo | 114 Anderson Farm Ct. | | Charlotte | NC | 28117 | |
| J.P. Morgan Securities, Inc. | James M. Griffin | 270 Park Ave. | 8th Floor | New York | NY | 10117 | |
| Merrill Lynch Global Institutional Advisory Division | Scott Dorsey | 100 Jericho Quadrangle | P.O. Box 787 | Jericho | NY | 11753 | |
| RBC Dain Rauscher | Paul Kitzinger | 100 Second Ave. South | Suite 800 | St. Petersburg | FL | 33701 | |
| Suntrust | Donna Smith | 919 East Main St., 22nd Floor | | Richmond | VA | 23219 | |
| UBS Financial Services, Inc. | Steven Hayden | 33 South 6th Street | Suite 3737 | Minneapolis | MN | 55402 | |
| Wachovia | Parshant Dhiman | 301 South Tryon Street, NC 5710 | | Charlotte | NC | 28288-0013 | |
| Wachovia Bank & Securities | Eddie Tugman | One Wachovia Center | NC 0602 | Charlotte | NC | 28288 | |
| Wells Fargo | Ryan Carlson | MAC N9305-062, 6th & Marquette | | Minneapolis | MN | 55479 | |

# EXHIBIT D

## Circuit City Stores,Inc.
## Store Closing List

| Loc # | Location Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Store Location #235 | Concord | 2030 Diamond Boulevard | Concord | CA | 94520-5702 |
| Store Location #236 | Dublin | 7153 Amador Plaza Road | Dublin | CA | 94568-2317 |
| Store Location #238 | San Rafael | 330 Bellam Boulevard | San Rafael | CA | 94901-4804 |
| Store Location #413 | Santa Barbara | 3761 State Street | Santa Barbara | CA | 93105-3116 |
| Store Location #422 | Compton | 120 East Compton Boulevard | Compton | CA | 90220-2411 |
| Store Location #426 | Riverside | 10255 Magnolia Avenue | Riverside | CA | 92503 |
| Store Location #435 | Phoenix Metro | 9801 N. Metro Parkway East | Phoenix | AZ | 85021 |
| Store Location #436 | Mesa | 1530 W Southern Ave. #210 | Mesa | AZ | 85202 |
| Store Location #437 | Scottsdale | 8929 East Indian Bend Road | Scottsdale | AZ | 85256 |
| Store Location #441 | Avondale | 10140 West Mcdowell Road | Avondale | AZ | 85323-4841 |
| Store Location #449 | Escondido | 1138 West Valley Parkway | Escondido | CA | 92025-2559 |
| Store Location #520 | Outer Loop | 4805 Outer Loop | Louisville | KY | 40219-3200 |
| Store Location #534 | Ferguson | 3344 Pershall Road | Ferguson | MO | 63135 |
| Store Location #540 | Sharpstown Ss | 7553 Bellaire Boulevard | Houston | TX | 77036-1903 |
| Store Location #712 | Town Center Ss | 1185 Ernest West Barrett Parkway | Kennesaw | GA | 30144-4535 |
| Store Location #803 | Tysons Corner | 1905 Chainbridge Road | Tysons Corner | VA | 22180 |
| Store Location #821 | Beltsville | 11011 Baltimore Avenue | Beltsville | MD | 20705 |
| Store Location #825 | Marlow Heights | 3551 32Nd Avenue | Marlow Heights | MD | 20748 |
| Store Location #829 | Trussville | 3555 Roosevelt Boulevard | Trussville | AL | 35173-1918 |
| Store Location #834 | Greenbriar Ss | 3755 Carmia Drive SW, Suite 1100 | Atlanta | GA | 30331-2620 |
| Store Location #841 | Lexington | 2434 Nicholasville Road | Lexington | KY | 40503-3107 |
| Store Location #847 | Golden Ring | 8823 Pulaski Highway | Baltimore | MD | 21237 |
| Store Location #853 | American Way Ss | 6491 Winchester Road | Memphis | TN | 38115 |
| Store Location #880 | Cumberland/Akers Mill | 2971 Akers Mill Road Se | Atlanta | GA | 30339-2701 |
| Store Location #884 | Southlake Ss | 1906 Mt. Zion Road | Morrow | GA | 30260 |
| Store Location #886 | Buckhead | 3637 Peachtree Road | Atlanta | GA | 30326 |
| Store Location #893 | Orange Park | 6155 Youngerman Circle | Jacksonville | FL | 32244-6607 |
| Store Location #920 | Hickory Hollow Mall | 5221 Hickory Hollow Pkwy. | Antioch | TN | 37013 |
| Store Location #1604 | Charlottesville | 100 Albemarle Square | Charlottesville | VA | 22901-1466 |
| Store Location #1611 | Athens | 3310 South 31St Street | Temple | TX | 76502 |
| Store Location #1615 | Athens | 4110 Atlanta Highway | Bogart | GA | 30606 |
| Store Location #1628 | Merced | 3275 R Street | Merced | CA | 95340 |
| Store Location #1629 | Santa Maria | 1535 South Bradley Road | Santa Maria | CA | 93454 |
| Store Location #697 | East 86Th Street | 232-240 East 86Th Street | New York | NY | 10028 |
| Store Location #806 | Akron Outlet | 1120 Main Street | Cuyahoga Falls | OH | 44221-4922 |
| Store Location #809 | Muskegon Outlet | 1650 East Sherman Boulevard | Muskegon | MI | 49444-1863 |
| Store Location #811 | Milwaukee Outlet | 8173 West Brown Deer Road | Milwaukee | WI | 53223-1703 |
| Store Location #813 | Columbus Outlet | 4030 West Broad Street | Columbus | OH | 43228-1449 |
| Store Location #814 | Indianapolis Outlet | 10235 East Washington Street | Indianapolis | IN | 46229-2627 |
| Store Location #816 | Connecticut Outlet | 130 Boston Post Road | Orange | CT | 16477 |
| Store Location #818 | Bloomingdale Outlet | 152 South Gary Avenue, Suite 101 | Bloomingdale | IL | 60108-2225 |
| Store Location #1880 | Pontiac Outlet | 550 North Telegraph Road | Pontiac | MI | 48341-1038 |
| Store Location #1882 | Seattle Outlet Store | 34920 Enchanted Parkway South | Federal Way | WA | 98003-8325 |

Circuit City Stores, Inc.
Store Closing List

| Loc # | Location Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Store Location #3107 | North Point | 6290 North Point Parkway | Alpharetta | GA | 30022-3014 |
| Store Location #3118 | Skokie | 5701 Touhy Avenue | Niles. | IL | 60714-4605 |
| Store Location #3122 | Calumet City | 1747 East-West Road | Calumet City | IL | 60409 |
| Store Location #3123 | Joliet | 3150 Tonti Drive | Joliet | IL | 60435 |
| Store Location #3124 | Vernon Hills | 551 North Milwaukee Avenue | Vernon Hills | IL | 60061 |
| Store Location #3165 | Western Hills | 5455 Glenway Avenue | Cincinnati | OH | 45238 |
| Store Location #3171 | Crystal Lake Ss | 4483 Us Route 14 | Crystal Lake | IL | 60014 |
| Store Location #3172 | Manassas | 10690 Davidson Place | Manassas | VA | 20109 |
| Store Location #3181 | Mentor Ss | 7900 Plaza Boulevard, #100 | Mentor | OH | 44060 |
| Store Location #3182 | Elyria Ss | 110 Market Drive | Elyria | OH | 44035 |
| Store Location #3201 | Macon | 3670 Eisenhower Parkway | Macon | GA | 31206 |
| Store Location #3208 | Kansas City North Ss | 8440 North Madison Avenue | Kansas City | MO | 64155 |
| Store Location #3210 | Independence Mall | 18701 East 39Th Street | Independence | MO | 64057 |
| Store Location #3220 | Gwinnett Mall | 3850 Venture Drive | Duluth | GA | 30316 |
| Store Location #3222 | Perimeter | 1165 Perimeter Center West | Atlanta | GA | 30338-5416 |
| Store Location #3228 | Charlotte University | 8215 University City Blvd., Suite D | Charlotte | NC | 28213 |
| Store Location #3240 | Fayetteville 99 | 744 East Joyce Blvd | Fayetteville | AR | 72701 |
| Store Location #3243 | Tupelo | 3834 Market Center Drive | Tupelo | MS | 38804 |
| Store Location #3268 | West Orlando | 751 Good Homes Road | Orlando | FL | 32818 |
| Store Location #3280 | Anniston | 704 South Quintard Avenue | Anniston | AL | 36201 |
| Store Location #3297 | Snellville Ss | 1670 Scenic Hwy 124 North -Suite H | Snellville | GA | 30178 |
| Store Location #3298 | Panama City | 427 East 23Rd Street | Panama City | FL | 32405 |
| Store Location #3299 | Overland Park | 12020 Metcalf Avenue | Overland Park | KS | 66213 |
| Store Location #3301 | Industry Ss | 1600 S. Azusa Avenue | City Of Industry | CA | 91748-1517 |
| Store Location #3303 | Thousand Oaks | 600 West Hillcrest Drive | Thousand Oaks | CA | 91360 |
| Store Location #3312 | Pomona Ss New#3888 | 2735 S Towne Ave | Pomona | CA | 91766 |
| Store Location #3330 | Tempe Ss | 3456 West Chandler Boulevard | Chandler | AZ | 85226-1100 |
| Store Location #3337 | Superstition Springs | 1515 South Power Road | Mesa | AZ | 85206 |
| Store Location #3341 | N Scottsdale | 7000 East Mayo Boulevard | Phoenix | AZ | 85054-7701 |
| Store Location #3357 | Norman | 1620 24Th Avenue Nw | Norman | OK | 73069-6390 |
| Store Location #3362 | Arrowhead | 7645 West Bell Road | Peoria | AZ | 85382-3830 |
| Store Location #3374 | Hilltop Ss | 4100 Klose Drive | Richmond | CA | 94806 |
| Store Location #3380 | N Colorado | 7670 North Academy Boulevard | Colorado Springs | CO | 80920-3208 |
| Store Location #3394 | Murrieta | 24390 Village Walk Place | Murrieta | CA | 92562 |
| Store Location #3402 | Pittsburg | 4300 Delta Gateway Boulevard | Pittsburg | CA | 94565 |
| Store Location #3406 | Douglasville | 9365 A The Landing Drive | Douglasville | GA | 30135 |
| Store Location #3411 | Mall Of Georgia | 3295 Buford Drive, Suite 100 | Buford | GA | 30519-4911 |
| Store Location #3416 | Conyers | 1540 Dogwood Drive Se | Conyers | GA | 30013-5041 |
| Store Location #3421 | Newnan | 1098 Bullsboro Drive (Hwy. 34) | Newnan | GA | 30264-1320 |
| Store Location #3423 | Vero Beach | 6560 20Th Street | Vero Beach | FL | 32966 |
| Store Location #3426 | Camelback | 1670 East Camelback Road | Phoenix | AZ | 85016-3902 |
| Store Location #3501 | Central North | 10400 N. Central Expressway | Dallas | TX | 75231 |
| Store Location #3506 | West Bank | 4945 Lapalco Blvd. | Marrero | LA | 70072 |

Circuit City Stores, Inc.
Store Closing List

| Loc # | | Location Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|---|
| Store Location | #3507 | Veterans | 2421 Veterans Memorial Blvd. | Kenner | LA | 70062 |
| Store Location | #3511 | Baton Rouge | 8640 Airline Highway | Baton Rouge | LA | 70815-8107 |
| Store Location | #3551 | Garfield Heights | 5642 Transportation Boulevard | Garfield Heights | OH | 44125-5363 |
| Store Location | #3552 | Slidell | 61119 Airport Road | Slidell | LA | 70460-6838 |
| Store Location | #3558 | Happy Valley | 2501 West Happy Valley Road | Phoenix | AZ | 85027-7849 |
| Store Location | #3575 | Brooklyn | 7349 Northcliff Avenue | Brooklyn | OH | 44144-3249 |
| Store Location | #3580 | Gilbert | 2817 South Market Street | Gilbert | AZ | 85296-6303 |
| Store Location | #3598 | Acworth | 3384 Cobb Parkway, N.W., Suite 100 | Acworth | GA | 30101-8304 |
| Store Location | #3604 | Dearborn Ss | 5600 Mercury Drive | Dearborn | MI | 48126 |
| Store Location | #3637 | Auburn Hills | 4612 Baldwin Road | Auburn Hills | MI | 48326-1281 |
| Store Location | #3661 | Bay Shore | 1675 B Sunrise Highway | Bay Shore | NY | 11706 |
| Store Location | #3671 | Freehold | 4345 Highway 9 | Freehold | NJ | 07728 |
| Store Location | #3678 | Smith Haven | 139 Alexander Avenue | Lake Grove | NY | 11755 |
| Store Location | #3681 | Massapequa | 5500 Sunrise Highway | Massapequa | NY | 11758 |
| Store Location | #3683 | West Nyack | 2731 Palisades Center Drive | West Nyack | NY | 10994 |
| Store Location | #3685 | Patchogue | 7001 Sunrise Highway | Holbrook | NY | 11741 |
| Store Location | #3704 | Paducah | 3430 James-Sanders Blvd. | Paducah | KY | 42001 |
| Store Location | #3712 | Mansfield | 2190 W. 4TH Street | Mansfield | OH | 44906 |
| Store Location | #3714 | Livingston Ss | 530 West Mount Pleasant Avenue | Livingston | NJ | 07039 |
| Store Location | #3722 | Jackson,MI Micro | 1511 Boardman Road | Jackson | MI | 49202 |
| Store Location | #3728 | Lafayette | 2121 Sagamore Parkway South | Lafayette | IN | 47905 |
| Store Location | #3749 | Eastvale | 6397 Pats Ranch Road | Mira Loma | CA | 91752-4431 |
| Store Location | #3758 | Batavia | 1980 West Fabyan Parkway | Batavia | IL | 60510-1215 |
| Store Location | #3760 | Goodyear | 15433 West Mcdowell Road | Goodyear | AZ | 85338 |
| Store Location | #3763 | Sparks | 125 Disc Drive | Sparks | NV | 89436-7704 |
| Store Location | #3766 | East Palo Alto | 1733-1 East Bayshore Road | Palo Alto | CA | 94303-2523 |
| Store Location | #3778 | Bronx Co-Op City | 1770-1778 Gun Hill Road | Bronx | NY | 10469 |
| Store Location | #3784 | Mayfield Heights | 1405 Som Center Rd | Mayfield Heights | OH | 44124 |
| Store Location | #3790 | Bolingbrook | 111 South Weber Road | Bolingbrook | IL | 60490-1565 |
| Store Location | #3794 | North Avenue | 1030 W. North Avenue | Chicago | IL | 60622-2545 |
| Store Location | #3795 | Kildeer | 20505 North Rand Road, Bldg. E | Kildeer | IL | 60047-3004 |
| Store Location | #3802 | South Bend | 1290 East Ireland Road | South Bend | IN | 46614-3473 |
| Store Location | #3808 | Sherman | 4127 Highway 75 North | Sherman | TX | 75090-9310 |
| Store Location | #3809 | Mansfield | 1551 N. Highway 287 | Mansfield | TX | 76063 |
| Store Location | #3818 | Hilliard | 1881 Hilliard Rome Road | Columbus | OH | 43226 |
| Store Location | #3823 | Spring Hill | 1037 Crossings Blvd | Spring Hill | TN | 37174 |
| Store Location | #3829 | Ks-Lenexa-Relo 3211 | 12010 West 95th Street | Lenexa | KS | 66215 |
| Store Location | #3860 | Rochester Hills | Adams Road And Market Place Circle | Rochester Hills | MI | 48306 |
| Store Location | #4109 | Clarksville | 1500 Greentree Boulevard | Clarksville | IN | 47129 |
| Store Location | #4126 | Countryside | 9950 Joliet Road | Countryside | IL | 60525 |
| Store Location | #4195 | Hoffman Estates | 100 West Higgins Road, Suite K-1 | South Barrington | IL | 60010 |
| Store Location | #4200 | Tallahassee | 2425 Apalachee Parkway | Tallahassee | FL | 32301 |
| Store Location | #4211 | Bloomfield Township | 2169 Telegraph Road | Bloomfield | MI | 48302 |

Circuit City Stores, Inc.
Store Closing List

| Loc # | Location Name | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Store Location #4224 | Shoal Creek | 8260 North Ditzler Avenue | Kansas City | MO | 64158-4541 |
| Store Location #4228 | Moreno Valley | 27610 Eucalyptus Avenue | Moreno Valley | CA | 92553 |
| Store Location #4229 | Morgan Hill | 1007 Cochran Road | Morgan Hill | CA | 95037 |
| Store Location #4230 | North Fontana | 16685 Sierra Lakes Parkway | Fontana | CA | 92336-1255 |
| Store Location #4234 | Arlington Heights | 370 East Rand Road | Arlington Heights | IL | 60004-3104 |
| Store Location #4240 | Northglenn | 10602 Melody Drive East | Northglenn | CO | 80234-4114 |
| Store Location #4243 | Foothill Ranch | 26542 Towne Centre Drive | Foothill Ranch | CA | 92610-2417 |
| Store Location #4245 | Parker | 9851 S. Parker Road | Parker | CO | 80134 |
| Store Location #4248 | McKinney | 2050 West University Drive | McKinney | TX | 75071-2902 |
| Store Location #4252 | Cumming | Intersection Of Us 19 & Sr-141F | Cumming | GA | 30041 |
| Store Location #4257 | Collierville | 10217 East Shelby Dr. | Collierville | TN | 38017 |
| Store Location #4268 | Oswego | 1720 Douglas Road | Oswego | IL | 60543-5112 |
| Store Location #4273 | Naples | 13585 Tamiami Trail North | Naples | FL | 34110 |
| Store Location #4278 | Oakleaf | 9825 Crosshill Boulevard | Jacksonville | FL | 32222-5830 |
| Store Location #4279 | Hiram | 4749 Jimmy Lee Smith Parkway | Hiram | GA | 30141-2791 |
| Store Location #4300 | Fremont | 43706 Christy Street | Fremont | CA | 94538-5002 |
| Store Location #4301 | Vista | 1715 Hacienda Drive | Vista | CA | 92083 |
| Store Location #4303 | Fairfield | 1560 Gateway Boulevard | Fairfield | CA | 94533 |
| Store Location #4310 | Cedar Park | 1335 East Whitestone Boulevard, Suite G | Cedar Park | TX | 78613-7282 |
| Store Location #4312 | League City | 3270 S. Gulf Freeway | League City | TX | 77573 |
| Store Location #4314 | Queen Creek | 21002 S. Ellsworth Loop | Queen Creek | AZ | 85242 |
| Store Location #4319 | Macon | 2951 Watson Boulevard | Warner Robins | GA | 31093-8535 |
| Store Location #4323 | Triangle Junction | 2201 Nostrand Ave | Brooklyn | NY | 11210 |
| Store Location #4324 | Grove City | 4178 Buckeye Parkway | Grove City | OH | 43123-8175 |
| Store Location #4338 | Burleson | 12640 South Freeway | Burleson | TX | 76028-8435 |
| Store Location #4501 | Penn Square | 3625 North West Expressway | Oklahoma City | OK | 73112 |

# EXHIBIT E

Circuit City Stores, Inc.
Rejected Landlords List

| SHOPPING CENTER NAME | LANDLORD/SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Academy Alliance, Llc | Dick's Sporting Goods, Inc. | 408 West Superior | And Legal Department | | Kokomo | IN | 46901 |
| Alpha Parkway Plaza S.C. | | 2001 Preston Road | | 300 Industry Drive | Pittsburgh | PA | 15275 |
| Alpha Parkway Plaza S.C. | Galleria Plaza, Ltd. | 2001 Preston Road | | | Pittsburgh | PA | 15275 |
| Ar Investments, L.P. | | 500 Terra Enterprises, Inc | | | Los Angeles | CA | 90003 |
| Arboretum Crossing Sc | Kir Arboretum Crossing L.P. | C/O Kimco Realty Corporation | Po Box 5020, Code 4998/Stexc554 | 3333 New Hyde Park Road | New Hyde Park | NY | 11042-0020 |
| Bard, Ervin & Suzanne Bard | | 1100 Alta Loma Road | P.O. Box 7777 | | Los Angeles | CA | 90069 |
| Beaver Valley Mall | Pr Beaver Valley L.P. | W510284 | P.O. Box 7777 | | Philadelphia | PA | 19175-0284 |
| Benjamin Franklin Realty & S.C. | Kc Benjamin Realty Llc | C/O Sandor Development Company | 2220 North Meridian Street | | Indianapolis | IN | 46208 |
| Bond C.C. Iv Delaware Business Trust | | 2901 Butterfield Road | | | Oak Brook | IL | 60521 |
| Bpp-Va, L.L.C. | | C/O Sanders Hotel Group | 240 Newbury Street | | Boston | MA | 02116 |
| By-Pass Development Company Llc | | 2220 N. Meridian | | Third Floor | Indianapolis | IN | 46208 |
| Candler's Station S.C. | Developers Diversified Realty Corporation | 3300 Enterprise Parkway | Po Box 228042 | | Beachwood | OH | 44122 |
| Cape West Shopping Center | Dollar Tree Stores, Inc. | 500 Volvo Parkway | Attn. Real Estate Dept. | | Chesapeake | VA | 23320 |
| Cape West Shopping Center | Drury Land Development, Inc. | 8315 Drury Industrial Parkway | | | St. Louis | MO | 63114 |
| Carrollton Arms | | 1330 Goldsmith | | | Plymouth | MI | 48170 |
| Cc- Investors 1996-1 | | C/O Bob Pacocco | | | Dallas | TX | 75225 |
| Cc- Investors 1996-17 | | 8411 Preston Road, 8Th Floor | | | Dallas | TX | 75225-5500 |
| Cc-Ft. Smith Investors 1998, Llc | | C/O Cardinal Capital Partners, Inc. | 8214 Westchester Drive, 9Th Floor | | Dallas | TX | 75225 |
| Cc-Green Bay 98, Llc | | C/O Cardinal Capital Partners | 8214 Westchester Road, 9Th Fl | | Dallas | TX | 75225 |
| Cc-Harper Woods 98, Llc | | C/O Luckow Associates | 4025 Crooked Hill Road | | Harrisburg | PA | 17110 |
| Cc Indianapolis 98, L.L.C. | | C/O Luckow Associates | 4025 Crooked Hill Road | | Harrisburg | PA | 17110 |
| Cc Investors 1995-3 | | P. O. Box 6370 | 4025 Crooked Hill Road | | Harrisburg | PA | 17110 |
| Cci Trust 1994-1- Lloyd Draper - Trustee | | C/O Wilmington Trust Company | 1100 North Market Street | Rodney Square North | Wilmington | DE | 19890-0001 |
| Cci Trust 1994-1- Lloyd Draper - Trustee | | C/O Wilmington Trust Company | 1100 North Market Street | Rodney Square North | Wilmington | DE | 19890-0001 |
| Cc-Investors 1997-2 | | C/O Bill Arnest | 31366 North Highway 45 | | Libertyville | IL | 60048 |
| Chalek Company Llc | | P. O. Box 11239 | | | Marina Del Rey | CA | 90295 |
| Chishotb Hawaii Partners, Llc | | 675 Third Ave. | | | Honolulu | HI | 96813 |
| Cielo Vista S.C. | Bc Portland Partners, Inc. | 675 Third Ave. | Attn. Arthur Walker | | New York | NY | 10017 |
| Circuit Investors #2 Ltd. | | 8411 Preston Road/ Batogh | 8214 Westchester Road; #400 | | Dallas | TX | 33140 |
| Circuit Investors #2 Ltd | | C/O Robert Batogh | 777 Arthur Godfrey Road, #400 | | Miami Beach | FL | 33140 |
| Circuit Tex Property Investors L.P. | | C/O Immoblien Verwaltung Gmbh | Augustenstr. 14A - 5Th Floor | | D-80333 Munchen | | 33140 |
| Clay Terrace Shopping Center | Clay Terrace Partners, Llc | C/O Simon Property Group, Lp | 115 W. Washington Street | | Indianapolis | IN | 46204 |
| Daniel And Deborah Schiavone | | 1309 Valley View Lane | | | Youngstown | OH | 44512-3750 |
| Daniel G. Kamin Elmwood Park Llc | | C/O Kamin Realty Co. | P. O. Box 10234 | | Pittsburgh | PA | 15232 |
| Darien Towne Center | Inland Us Management, Llc | 13068 Collections Center Drive | Darien Town Center | | Chicago | IL | 60693-0130 |
| Darien Towne Center | | C/O Developers Diversified Realty Corporation | Attn. Executive Vice President | 3300 Enterprise Parkway | Beachwood | OH | 44122 |
| Dhi Global Business Services | | 1200 S. Pine Island Road | Suite 500 | | Plantation | FL | 33324 |
| Dollar General Corporation | | 100 Mission Ridge | | | Goodlettsville | TN | 37072-2170 |
| Dollar Tree Stores, Inc. | | 500 Volvo Parkway | Attn. Roma Watts | | Chesapeake | VA | 23320 |
| Dollar Tree Stores, Inc. | | 500 Volvo Parkway | Ref. Dollar Tree Store #2935 | & Construction | Chesapeake | VA | 23320 |
| Dpj Real Estate, Llc | | 7275 Envoy Ct. | | | Dallas | TX | 75247 |
| Eastgate S.C. | | 20 Hill Avenue | Store #4798 | | Fort Hudson Beach | FL | 32540 |
| Entertainment-Preston Rd, Llc | | Attn. Mark Kane | 6516 Pemberton Drive | | Dallas | TX | 75230 |
| Evergreen Plaza Shopping Center | Provo Group, The, As Agent For | Evergreen Plaza Associates Lp | 9701 S. Western Ave. Ste. 418 | | Evergreen Park | IL | 60642 |
| Eynon Furniture Outlet, Inc. | | Attn. Real Estate Depart | 101 Monahan Avenue | | Dunmore | PA | 18512 |
| Fabri-Centers Of America, Inc. | | 5555 Darrow Road | Attn. Vice President, Corp. Finance | | Hudson | OH | 44236 |
| Fairfax Court | Fairfax Court Lp | C/O Simon Property Group | 225 W. Washington Street | | Indianapolis | IN | 46204-3438 |
| Fairfax Court | E&A Northeast Limited Partnership | Galleria Towne Center | 3333 New Hyde Park | Suite 100 | New Hyde Park | NY | 25202 |
| Foothill Marketplace | Kimco Pa Llc | Pk Sale Llc | | | New Hyde Park | NY | 00142 |
| Ge Transportation Systems | | 2901 Eastlake Road | Chief Financial Officer, Bldg 14-5 | | Erie | PA | 16531 |
| Golden Isles Plaza S. C. | Kojo Enterprises | C/O The Shopping Center Group, Llc | 3101 Towncreek Pkwy., Suite 200 | | Atlanta | GA | 30339 |
| Golf Galaxy | | Accounts Payable | Po Box 7000 | | Coraopolis | GA | 15108 |
| Goldsmith International, L.P. | | 11000 North I H 35 | Attn. Real Estate | | Austin | TX | 78753 |
| Grand Hunt Shopping Center | Olp 6699 Grand Llc | C/O One Liberty Properties, Inc. | 60 Cutter Mill Road | Suite 303 | Great Neck | NY | 11021 |
| Great Golf, Inc. | | 3110 Thomas Avenue, Suite 333 | Attn. Marc Fagan | | Dallas | TX | 75204 |
| Groves Power Center | Pacific Castle Groves Llc | 2601 Main Street | Suite 900 | C/O Pacific Castle Management | Irvine | CA | 92614 |
| Heritage Park Mall | Circuit Oka Property Investor | C/O Immoblien Verwaltung Gmbh | Augustenstr. 14A - 5Th Floor | | D-80333 Munchen | | |
| Heritage Park Mall | Eyecare Discount/Optical Inc. | Attn. Belle Medcre | 400 S. Vermont #125 | | Oklahoma City | OK | |

Circuit City Stores, Inc.
Rejected Landlords List

| SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Highland Grove Shopping Center | Ddr Highland Grove Llc | C/O Developers Diversified Realty Corporation | 3300 Enterprise Parkway | P.O. Box 228042 | Beachwood | OH | 44122-7249 |
| Intermodal, Llc | | Two Centre Plaza | | | Clinton | TN | 37716 |
| Inmans Associates, Inc. | | 250 Baintree Street | | | Wilmington | MA | 01887 |
| Jackson Towne Center | Cc Jackson 98 Llc | C/O Lucknow Associates | P.O. Box 894 | | Yarmouthport | MA | 11170 |
| Johnstown Galleria | Millstein Industries, L.L.C. | 322 Armbrust Road | 2nd Floor | | Youngwood | PA | 15697 |
| K&G Men'S Company, Inc. | Sgg Tennessee, L.P. | 1225 Chattahoochee Avenue, Nw | | | Atlanta | GA | 30318 |
| Knoxville Center Mall | | C/O Simon Property Group | 225 W. Washington Street | | Indianapolis | IN | 46204-3438 |
| Koustalas Investments | | Attn: Jimmy Koustalas | 131 Minor Place | | Winston-Salem | NC | 27104 |
| Lakeshore Equipment Co. | Dmc Properties, Inc. | 2895 E. Dominguez Street | P.O. Box 6261 | | Carson | CA | 90895 |
| Lakeshore Equipment Co. | | 2895 E. Dominguez Street | P.O. Box 6261 | | Carson | CA | 90895 |
| Landmark Crossing S.C. | | 415 Minuet Lane | Suite F | | Covina | CA | 91722 |
| Landmark Crossing S.C. | Peak Pt Holdings, Llc | 18905 Brookway Drive | Suite 400 | | Huntersville | NC | 28078 |
| Landmark Crossing S.C. | 5035 Associates, L.P | C/O Rivercrest Realty Investors | 8816 Six Forks Rd - Ste 201 | | Raleigh | NC | 27615 |
| La-Z-Boy Showcase Shoppes | | 724 Hoffman Street | | | Hammond | IN | 46327 |
| Lieben, Robert L. & Mary C. | | 1700 West Pioneer Road | | | Cedarburg | WI | 53012 |
| Lincoln Development Corp | | Attn: George W. Lester, Ii | 14 E. Liberty Street | | Danville | VA | 24541 |
| Lexington Lion Weston I Lp | | C/O Md Hodges, And Ing Clarion Company | 3350 Riverwood Parkway, Suite 850 | | Atlanta | GA | 30339 |
| Lutherville Station Shopping Center | | C/O The Hallmark Group | 100 Constitution Plaza | Seventh Floor | Hartford | CT | 06103-7703 |
| Lycoming Mall | | C/O Saunders Hotel Group | 240 Newbury Street | Third Floor | Boston | MA | 02116 |
| Mall Of Decoration, Inc. | Bpp-Muncy L.L.C. | 8503 Landover Road | | | Landover | MD | 20785 |
| Marketplace Center | Southwind Llc | 5600 Wilshire Blvd | Suite 1425 | | Los Angeles | CA | 90036 |
| Mcfarland Plaza Shopping Center | Dortc Mcfarland Plaza, Llc | C/O Developers Diversified Realty Corporation | 3300 Enterprise Parkway | | Beachwood | OH | 44122 |
| Memorial Drive Shopping Center | | 3243 Blackburn Memorial Drive | | | Danville | VA | 22041 |
| Memorial Drive Shopping Center | New Avenues Lease Ownership, Llc | Attn: Legal Department | 3440 Preston Ridge Road, Suite 500 | | Alpharetta | GA | 30005 |
| Meridian Point Center | | C/O Herdev - Barnes Properties | 3280 Pointe Pkwy, Suite 2300 | | Norcross | GA | 30092 |
| Meridian Point Center | Oc East Lansing 98, L.L.C. | C/O Lucknow Associates | 4025 Crooked Hill Road | | Harrisburg | PA | 17110 |
| Montgomery Towne Center Station, Inc. | Montgomery Towne Center Station, Inc. | Attn: R. Mark Addy, Coo | 11501 Northlake Drive | | Cincinnati | OH | 45249 |
| Mor Furniture For Less | | 1270 West Elliott Road | | | Tempe | AZ | 85284-1100 |
| Mr Kceene Mill 1 Llc | | C/O Monument Realty | 1700 K Street, Nw Suite 600 | Po Box 600 | Washington | DC | 20006 |
| North Syracuse | | C/O David M. Van Driel | 6032 Dudley Court | | Arvada | CO | 80006 |
| Northridge Shopping Center | Ramount Road Associates, L.P. | Attn: President | | 5815 Westpark Drive | Charlotte | NC | 28217 |
| Oakland Mall | Urbancal Oakland II Llc | C/O Lmg Properties, Inc | 900 | Chicago | Chicago | IL | 60611 |
| Oates, Marvin L. | | 960 Fulton Avenue, Suite 100 | | C/O Oates Investments, Inc. | Sacramento | CA | 95828 |
| Oklahoma Goodwill Industries, Inc. | | 410 Sw 3Rd St | | | Oklahoma City | OK | 73109 |
| Orchard Place | 120 Orchard Llc | 427 Orchard Llc, Ft Orchard Llc | Agent | 55 East Jackson Blvd.,Suite 500 | Chicago | IL | 60604 |
| Parkdale Village Sc | Parkdale Village Sc | 3205 Underhill Place | | | Bend | OR | 97701 |
| Point West Plaza | Point West Investors Ii | C/O Cb Richard Ellis, Inc. | 1880 S. Dairy Ashford | | Houston | TX | 77077 |
| Pot Luck Enterprises, Inc. | | C/O Buckeye Pacific Investors | 201 Hoffmann Avenue | Suite 106 | Monterey | CA | 93940 |
| Quantum Fine Casework, Inc. | | 1400 North Illinois Avenue, Suite 501 | | | Carbondale | IL | 62901 |
| Remington Seeds, Llc | | 3245 Meridian Parkway | | | Weston | FL | 33331 |
| Restoration Ministries | | Attn: Steve Hageman | 4740 West Us Highway 24 | Po Box 9 | Marion | IN | 42977 |
| Riverdale Shopping Center | | C/O Kimco Realty Corp | P.O. Box 5020 | | New Hyde Park | NY | 11042 |
| Rocky Mount Towne Center | Alliance - Rocky Mount, L.L.C. | Attn: Connie Cluckney | 6100 Fairview Road, Suite 350 | | Charlotte | NC | 28210 |
| Rvp Valley Central Lp | | 3300 Enterprise Parkway | | | Beachwood | OH | 44122 |
| Sabal Distribution Center | Hughes Mro, Ltd. | C/O Hd Supply, Inc. | 601 South Lake Destiny Road | Suite 190 | Maitland | FL | 32751 |
| Sabal Distribution Center | Reed America Reit Ii Corp Vw | Reed Management Company | | 10641 Scripps Summit Court | San Diego | CA | 92131 |
| Sabon Sons, Inc. | | Carr Bella, 5200 Zaragesta, Suite K | | | | TX | 79802 |
| San Angelo Town Center Sc | | Attn: David C. Ash | P.O. Box 9047 | | El Paso | TX | 79802 |
| Sic San Angelo Partners, Ltd | Scc San Angelo Partners, Ltd | 301 Congress Ave | Suite 1550 | | Austin | TX | 78746 |
| Sia Truong & Ly Truong | | 5640 Greenview Drive | | | Oklahoma City | OK | 73135 |
| Silverstein - Trustee, Raymond | | The Goodman Group | 1314 Galther Drive | | Mt. Laurel | NJ | 08054 |
| Snoville Business Centre I/Ii | Fogg-Snowville, L.L.C. | 981 Keynote Circle | Suite 15 | | Brooklyn Heights | OH | 44131 |
| Snoville Business Centre I/Ii | Sky Bank / The Huntington National Bank | Corporate Real Estate - Lease Admin. | 37 West Broad Street, Hp1097 | | Columbus | OH | 43215 |
| Snoville Business Centre I/Ii | Sky Bank / The Huntington National Bank | Corporate Real Estate - Lease Admin. | 37 West Broad Street, Hp1097 | | Columbus | OH | 43215 |
| Snoville Business Centre I/Ii | | | | | Columbus | OH | 43215 |
| South Shields Plaza | South Shields #1 Ltd. | Manager | 521 Fifth Avenue | Suite 1804 | New York | NY | 10175 |
| South Shields #1 Ltd. | | 2 North Riverside Plaza | | | Chicago | IL | 60606 |
| Southland Investors, L.P. | | 2 North Riverside Plaza | | | Chicago | IL | 60606 |
| Southpark Mall | Cc Colonial Trust | C/O Paragon Affiliates, Inc. | One Paragon Drive, Ste. 145 | Suite 600 | Montvale | NJ | 07045 |

Circuit City Stores, Inc.
Rejected Landlords List

| SHOPPING CENTER NAME | LANDLORD SUBTENANT ADDRESS | ADDR1 | ADDR2 | ADDR3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Southwick Corporate Park | Circuit Il Corporation | 280 Park Avenue | | | New York | NY | 10017 |
| Staples, The Office Superstore, Inc. | | C/O Sigmund Sommer Properties | | | Framingham | MA | 01701-9271 |
| Station Landing | | P.O. Box 9271 | 500 Staples Drive | | Newton Lower Falls | MA | 02462 |
| Station Landing, Llc | C/O National Development | 500 Staples Drive | 2310 Washington Street | Attn: Lease Administrator | Quincy | MA | 02169 |
| Stop N Shop East Northport | Stop & Shop Supermarket Company, Llc | 1385 Hancock Street | | Attn: John J. O'Neil, Iii | Quincy | MA | 02169 |
| Sullivan Crosby Trust | | 2951 Jacks Valley Road | | Sullivan, M. W. & Kathryn Crosby | Genoa | NV | 89411 |
| Tam Stockton, Llc | | 500 Washington Street Suite 475 | | | San Francisco | CA | 94111 |
| The Court At Deptford | Atmonsson Associates, L.P. | C/O Samsome Pacific Properties | 350 Sentry Pkwy., Bldg. 630, Ste. 300 | | Blue Bell | PA | 19422-0316 |
| Topline Appliance Depot, Inc. | | C/O The Goldenberg Group | 965 N Cocoa Boulevard | | Cocoa | FL | 32922 |
| Turnberry Lakes Business Ctr. | Circuit Distribution - Illinois | Mr. Chris Barnas, General Manager | 8214 Westchester Drive | 9th Floor | Dallas | TX | 75225-5520 |
| Valley Crossing Shopping Ctr. | Galileo Cmbs T2 Nj, L.P. | C/O Cardinal Capital Partners, Inc. | 8214 Westchester Drive | 9th Floor | New York | NY | 10170 |
| Villa Park Ii | Cк Richmond Business Services #2, L.L.C. | C/O Ef/Australian Management, L.P. | 300 Arboretum Place, Suite 260 | 7th Floor | Richmond | VA | 23236 |
| Villa Park Ii | North South Partners, Llc | C/O Brandywine Realty Trust | Attn: Real Estate | | Richmond | VA | 23220 |
| Village Of North Randall | Sonnet Investments, Llc | 2601 Floyd Avenue | | | Los Angeles | CA | 90049 |
| Village Square Of Northbrook | Mid-America Asset Management | C/O Terra Enterprises, Inc. | 11812 San Vicente Blvd, Ste 510 | | Oakbrook Terrace | IL | 60181 |
| Village Square Of Northbrook | Trader Joe'S Company | Village Square Of Northbrook | One Parkview Plaza | 9th Floor | Monrovia | CA | 91016-6346 |
| Vista Ridge Village Sc | Cc Trust 1994-I, Lloyd Draper - Trustee | 800 South Shamrock Road | Attn: Mary Genest, Treasurer | | Wilmington | DE | 19890-0001 |
| Walmart Center | Harold And Lucille Chaffee Trust | C/O Wilmington Trust Company | 1100 North Market Street | Rodney Square North | Albuquerque | NM | 87111 |
| Wanamaker 21 Shops | Gunning Investments, Llc | 8818 Natalie Ave. N.E. | Harold D. Chaffee Trustee | | Kansas City | MO | 64196 |
| Wanamaker 21 Shops | Mrv Wanamaker, Llc | D/B/A Wanamaker 21 Shopping Center | C/O Nai Nexion | 534 S Kansas Ave, Ste 1006 | Topeka | KS | 66614 |
| Water Tower Square | Water Tower Square, L.P. | 3501 Southwest Fairlawn Road | Suite 200 | | Westlake | OH | 44145 |
| Waterford Emporium Of Ca | | Corp. | 27500 Detroit Road | | San Diego | CA | 92126 |
| Watkins Houston Investments, L.P. | | 8998 Miramar Road, #360 | #300 | | Indle Village | CA | 89450 |
| Wayside Commons | Wayside Commons Investors Llc | 751 Champagne Road | | 242 Trumbull Street | Hartford | CT | 06103 |
| Wayside Commons Investment Trust | | C/O Urs Realty Investors Llc | Suite 1100 | | Dallas | TX | 75240 |
| Winchester Fun Expedition Corp. | | 6750 Lbj Freeway | 2173 South Pleasant Valley Road | | Winchester | VA | 22601 |
| Windsor Park Centre | Whitestone Reit | 2800 S Gessner Road | Suite 500 | | Houston | TX | 77063 |
| Wired Management, Llc | | Attn: Real Estate | 1033 South Fort Hood Street | | Killeen | TX | 76541 |

# EXHIBIT F

Circuit City Stores, Inc.
Wage Motion Special Parties

| Name | NoticeName | Address1 | Address2 | City | State | Zip |
|------|-----------|----------|----------|------|-------|-----|
| American Express Company, Corporate Services Operations | AESC-P | 20022 North 31st Ave. | Mail Code AZ-08-03-11 | Phoenix | AZ | 85027 |
| Linda Johnson | Old Republic Risk Management, Inc. | 445 South Moorland Road | Suite 300 | Brookfield | WI | 53005 |
| Sharon Abel | Old Republic Risk Management, Inc. | 445 South Moorland Road | Suite 300 | Brookfield | WI | 53005 |

11/14/2008 2:53 PM
Wage Motion Special Parties 081110