ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED
NOV 1 4 2008
CLERK
U.S. BANKRUPTCY COURT

In re:                                              :    Chapter 11
Circuit City Stores, Inc., et al.,                  :
                                                    :    Case No. 08-35653 KRH
        Debtors.                                    :
                                                    :    (Jointly Administered)

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** Stutman, Treister & Glatt P.C. hereby appears on behalf of, and as attorneys for Sirius XM Radio Inc. and XM Satellite Radio Inc. in these chapter 11 cases pursuant to Rules 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure and § 1109(b) the Bankruptcy Code. Accordingly, demand is hereby made for copies of all notices given or required to be given in these cases, and all pleadings served in the cases. Such notices and pleadings should be served as follows:

> Eric D. Goldberg, Esq.
> Stutman, Treister & Glatt, P.C.
> 1901 Avenue of the Stars, 12th Floor
> Los Angeles, CA 90067
> Telephone: (310) 228-5600
> Facsimile:  (310) 228-5788
> Email: egoldberg@stutman.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Code § 1109(b), the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the Debtors or the property of the Debtors.

Dated: November 13, 2008

STUTMAN, TREISTER & GLATT, P.C.

/s/ Eric D. Goldberg
ERIC D. GOLDBERG, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Attorneys for Sirius XM Radio Inc. and
XM Satellite Radio , Inc.

480283v1

# ORIGINAL

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: : | Chapter 11 |
| Circuit City Stores, Inc., et al., : | |
| : | Case No. 08-35653 KRH |
| Debtors. : | |
| : | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA      )
                                            )SS:
COUNTY OF LOS ANGELES  )

Joanne Stern, being duly sworn according to law, deposes and says that she is employed by the law firm of Stutman, Treister & Glatt P.C., attorneys for XM Satellite Radio Inc., in the above-captioned case. On the 13th day of November, 2008, she caused a copy of the following document to be served upon the individuals on the attached service list enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California:

**Notice of Appearance and Request For Service of Papers**

_____
Joanne Stern

Sworn to and subscribed before
me this 13 day of November, 2008

_____
Notary Public
My Commission expires: 9/25/2012

DEBRA G. IGE
Commission # 1814838
Notary Public - California
Los Angeles County
My Comm. Expires Sep 25, 2012

480436v.1

| | | |
|---|---|---|
| Debtors:<br>CIRCUIT CITY STORES, LLC, et al<br>REGINALD D. HEDGEBETH<br>9950 MAYLAND DRIVE<br>RICHMOND, VA 23233 | Counsel to the Debtors:<br>MCGUIREWOODS, LLP<br>ATTN: DION W. HAYES<br>901 E CARY ST.<br>RICHMOND, VA 23219 | Counsel to the Debtors:<br>Skadden, Arps, Slate, et al<br>Gregg M. Galardi /Ian S. Fredericks, Esqs<br>One Rodney Square P.O. Box 636<br>Wilmington, DE 19899-0636 |
| ADVERTISING.COM<br>MARK FAILA<br>24143 NETWORK PL<br>CHICAGO, IL 60673-1241 | ALLIANCE ENTERTAINMENT<br>HEATHER PEACH<br>4250 CORAL RIDGE DRIVE<br>CORAL SPRINGS, FL 33065 | APEX DIGITAL INC<br>JIM FITZGERALD<br>15831 E VALLEY BLVD<br>CITY OF INDUSTRY, CA 91761 |
| AUDIOVOX<br>LORIANN SHELTON<br>150 MARCUS BLVD<br>HAUPPAUGE, NY 11788 | BELKIN LOGISTICS INC<br>JOE CAPONETTO<br>501 WEST WALNUT STREET<br>COMPTON, CA 90220 | BETHESDA SOFTWORKS<br>JILL BRALOVE<br>1370 PICCARD DR<br>SUITE 120<br>ROCKVILLE, MD 20850 |
| BUENA VISTA HOME VIDEO<br>LIZETTE BRADLEY<br>500 SOUTH BUENA VISTA STREET<br>BURBANK, CA 91521 | COLUMBIA TRISTAR HOME VIDEO<br>MICHAEL SCHILLO<br>10202 W. WASHINGTON BLVD.<br>CULVER CITY, CA 90232 | COMMONWEALTH OF VIRGINIA<br>STATE CORPORATION COMMISSION<br>TYLER BUILDING<br>1300 E. MAIN STREET<br>RICHMOND, VA 23219 |
| CORP SALES & USE,<br>Employer Withholding & Litter Tax<br>VIRGINIA DEPT OF TAXATION<br>3600 WEST BROAD STREET<br>RICHMOND, VA 23230-4915 | DEPt OF JUSTICE CIVIL DIVISION<br>ATTN: DIRECTOR<br>Comercial Litigation Branch<br>P.O. BOX 875 Ben Franklin Staion<br>WASHINGTON, DC 20044 | DLINK SYSTEMS<br>SHEENA LEWIS-WALCZYK<br>17595 MOUNT HERMANN ST<br>FOUNTAIN VALLEY, CA 92708-4160 |
| EASTMAN KODAK CO<br>CAROL THOMAS<br>3003 SUMMIT BLVD<br>SUITE 1100<br>ATLANTA, GA 30319 | EPA/OFFICE OF GENERAL COUNSEL<br>U.S. EPA MAILCODE 2377R<br>1300 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20004 | ENVIRONMENTAL PROTECTION<br>AGENCY<br>1650 ARCH STREET<br>PHILADELPHIA, PA 19103-2029 |
| EPA<br>DIANA SAENZ<br>1200 PENNSYLVANIA AVENUE NW<br>SUITE 4209<br>WASHINGTON, DC 20004 | FOX HOME ENTERTAINMENT<br>MICHELE VEDO<br>2121 AVENUE OF THE STARS<br>LOS ANGELES, CA 90067 | FTI CONSULTING, INC.<br>MR. ROBERT J. DUFFY<br>MR. STEPHEN COULOMBE<br>200 STATE STREET, 2ND FLOOR<br>BOSTON, MA 02109 |
| FUJI PHOTO FILM USA<br>DENNIS FENNELL<br>200 SUMMIT LAKE DRIVE<br>VALHALLA, NY 10595-1356 | GARMIN INTERNATIONAL INC<br>KEVIN RAUCKMAN<br>1200 EAST 151ST STREET<br>OLATHE, KS 66062-3426 | GRAPHIC COMMUNICATIONS<br>ANDRES TORO<br>2540 PLANTATION CENTER DR<br>MATTHEWS, NC 28105 |
| HEWLETT-PACKARD US<br>OPERATIONS<br>JONATHAN FAULKNER<br>11445 COMPAQ CENTER DR W<br>HOUSTON, TX 77070 | HISENSE USA CORPORATION<br>STEVEN COHEN<br>105 SATELLITE BLVD NW<br>SUITE A<br>SUWANEE, GA 30024 | IBM<br>SUZETTE FERNANDES<br>GLOBAL TECHNOLOGY SERVICES<br>ROUTE 100<br>SOMERS, NY 10589 |
| INCOMM<br>MAHAFRIN MEHTA<br>250 WILLIAM ST M-100<br>ATLANTA, GA 30303 | INTERNAL REVENUE SERVICE<br>GERALD THORPE<br>MIC SUITE 2200<br>701 MARKET STREET<br>PHILADELPHIA, PA 19106 | INTERNAL REVENUE SERVICE<br>CAROLYN KIDWELL<br>INSOLVENCY UNIT<br>31 HOPKINS PLAZA, RM. 1140<br>BALTIMORE, MD 21201 |

| | | |
|---|---|---|
| KENSINGTON<br>JEFF SMITH<br>333 TWIN DOLPHIN DRIVE<br>6TH FLOOR<br>REDWOOD SHORES, CA 94065 | KINGSTON TECHNOLOGIES<br>DAVID KUAN<br>17600 NEWHOPE ST<br>FOUNTAIN VALLEY, CA 92708 | KLIPSCH AUDIO TECHNOLOGIES<br>JOHN HOOKS<br>3502 WOODVIEW TRACE<br>SUITE 200<br>INDIANAPOLIS, IN 46268 |
| KURTZMAN CARSON CONSULTANTS<br>EVAN GERSHBEIN<br>2335 ALASKA AVENUE<br>EL SEGUNDO, CA 90245 | KUTAK ROCK LLP<br>PETER J. BARRETT<br>1111 EAST MAIN STREET<br>SUITE 800<br>RICHMOND, VA 23219 | LENOVO, INC.<br>MICHAEL O'NEILL;<br>SENIOR VP& GEN COUNSEL<br>1009 THINK PLACE<br>MORRISVILLE, NC 27560 |
| LEXAR MEDIA INC<br>CORRYN OAKLAND<br>3475 E. COMMERCIAL CT.<br>MERIDIAN, ID 83642 | LEXMARK INTERNATIONAL INC<br>RUSS BOOKER<br>740 W. NEW CIRCLE RD.<br>LEXINGTON, KY 40550 | LINKSYS<br>JULIE ASUSIA<br>121 THEORY<br>IRVINE, CA 92612 |
| MICROSOFT CORP CONSIGNMENT<br>LENKA MENSIKOVA<br>BELLEVUE CCE/I360<br>37550 112TH STREET<br>BELLEVUE, WA 98004 | MICROSOFT CORP & XBOX<br>PAM POWELL<br>6100 NEIL ROAD<br>RENO, NV 89511 | MICROSOFT XBOX CONSIGNMENT<br>ATTN: BOB SMRECANSKY<br>BELLEVUE CCE/I360<br>37550 112TH STREET<br>BELLEVUE, WA 98004 |
| MITAC USA INC<br>SARAH CHANG<br>47988 FREMONT BLVD<br>FREMONT, CA 94538 | MITSUBISHI DIGITAL ELECTRONICS<br>BRIAN ATTEBERRY<br>9351 JERONIMO ROAD<br>IRVINE, CA 92618-1904 | MONSTER CABLE<br>ANNE CASEY<br>455 VALLEY DRIVE<br>BRISBANE, CA 94005 |
| MONSTER LLC<br>AARON MELLOW<br>455 VALLEY DRIVE<br>BRISBANE, CA 94005 | National Association of Att Gens<br>Karen Cordry, Esq.<br>NAAG BANKRUPTCY COUNSEL<br>2030 M STREET, N.W., 8TH FLOOR<br>WASHINGTON, DC 20036 | NAVARRE CORPORATION<br>PAT YOUNG<br>7400 49TH AVE N<br>NEW HOPE, MN 55428 |
| NIKON INC<br>PAT PREISEL<br>1300 WALT WHITMAN RD<br>MELVILLE, NY 11747 | Virginia Office Of Attorney Gen<br>BOB MCDONNELL<br>900 E. MAIN ST.<br>RICHMOND, VA 23219 | OFFICE OF THE SECRETARY<br>O/T COMMONWEALTH<br>1111 EAST BROAD ST., 4th Fl.<br>RICHMOND, VA 23219 |
| U.S. TRUSTEE<br>ROBERT B. VAN ARSDALE<br>701 E. BROAD ST.<br>SUITE 4304<br>RICHMOND, VA 23219-1888 | O U ST<br>600 EAST MAIN ST, Ste 301<br>RICHMOND, VA 23219 | OLYMPUS CORPORATION<br>ERIC VAUTRIN<br>3500 CORPORATE PARKWAY<br>CENTER VALLEY, PA 18034 |
| OMNIMOUNT SYSTEMS INC<br>KRISTIN JACOBS<br>8201 S. 48TH STREET<br>PHOENIX, AZ 85044 | ONCORP US, INC<br>LEGAL DEPARTMENT<br>450 E. 96TH STREET<br>SUITE 500<br>INDIANAPOLIS, IN 46240 | ONKYO USA CORP<br>MATT ATTANASIO<br>18 PARK WAY<br>UPPER SADDLE RIVER, NJ 07458 |
| PANASONIC COMPANY<br>JOSEPH LABRACE<br>1707 N RANDALL ROAD<br>ELGIN, IL 60123 | PARAMOUNT HOME VIDEO<br>ANDI MARYGOLD<br>5555 MELROSE AVE<br>HOLLYWOOD, CA 90038 | PIONEER ELECTRONICS (USA) INC<br>OSCAR ROLAN<br>2265 E 220TH ST<br>LONG BEACH, CA 90810 |

| | | |
|---|---|---|
| RIEMER & BRAUNSTEIN LLP<br>DAVID S. BERMAN<br>THREE CENTER PLAZA, 6TH FLOOR<br>BOSTON, MA 02108 | SAMSUNG ELECTRONICS AMER INC.<br>JOSEPH MCNAMARA<br>105 CHALLENGER ROAD<br>RIDGEFIELD PARK, NJ 07660 | SAMSUNG ELECTRONICS AMERICA<br>JOHN ALPAY<br>3351 MICHELSON DRIVE<br>SUITE 250<br>IRVINE, CA 92612 |
| SANDISK CORPORATION<br>ED LYONS<br>601 MCCARTHY BLVD<br>MILPITAS, CA 95053 | SECRETARY OF TREASURY<br>15TH & PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20020 | SEC<br>Nathan Fuchs, Esq. Patricia Schrage, Esq.<br>233 BROADWAY<br>NEW YORK, NY 10279 |
| SEC<br>ATTN: BANKRUPTCY UNIT<br>15TH & PENNSYLVANIA AV, N.W.<br>WASHINGTON, DC 20020 | SHARP ELECTRONICS CORP<br>MARIO ZINICOLA<br>1 SHARP PLAZA<br>MAHWAH, NJ 07430-2135 | SIMPLETECH<br>ALAN DOCHERTY<br>1830 EAST WARNER AVE<br>SANTA ANA, CA 92705 |
| SKADDEN, ARPS, SLATE, et al<br>TIMOTHY G. POHL, ESQ.<br>CHRIS L. DICKERSON, ESQ.<br>333 WEST WACKER DR ,# 2000<br>CHICAGO, IL 60606 | SONY<br>TOM DETULLEO<br>120 INTERSTATE PKWY EAST<br>SUITE 410<br>ATLANTA, GA 30339 | SONY COMPUTER ENTERTAINMENT<br>JIM BASS<br>919 E. HILLSDALE BLVD<br>FOSTER CITY, CA 94404 |
| SONY ELECTRONICS INC<br>STAN GLASGOW PRESIDENT AND COO<br>16530 VIA ESPRILLO<br>SAN DIEGO, CA 92127 | STILLWATER DESIGNS INC<br>KIM WRIGHT<br>5021 N. PERKINS ROAD<br>STILLWATER, OK 74076 | THQ INC<br>ROY DEGROLIER<br>29903 AGOURA ROAD<br>AGOURA HILLS, CA 91301 |
| TOSHIBA AMERICA BUSINESS SOLUTIONS INC<br>RENEE SOLIS<br>2 MUSICK<br>IRVINE, CA 92618 | TOSHIBA AMERICA CONSUMER PRODU<br>JOE SHEDLOCK<br>82 TOTOWA ROAD<br>WAYNE, NJ 07470 | TOSHIBA COMPUTER SYSTEMS DIV<br>YASUHIKO MIUAMURA<br>9740 IRVINE BLVD<br>SUITE 101A<br>IRVINE, CA 92618-1697 |
| VALUESOFT A DIVISION OF THQ<br>JULIANNE TURK<br>3650 CHESTNUT ST N<br>CHASKA, MN 55318 | VIZIO<br>ANN TRAN<br>39 TESLA<br>IRVINE, CA 92618 | VTECH ELECTRONICS<br>SUSAN SPICER<br>9590 SW GEMINI DRIVE<br>SUITE 120<br>BEAVERTON, OR 97008 |
| WARNER HOME VIDEO<br>MIKE SKEENS<br>4000 WARNER BLVD<br>BURBANK, CA 91522 | ZENITH ELECTRONICS CORP<br>PAUL ERTEL<br>1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 | |



LAW OFFICES

**STUTMAN**

**TREISTER**

**& GLATT**

PROFESSIONAL
CORPORATION

1901 Avenue of the Stars
Twelfth Floor
Los Angeles, California
90067-6013

Telephone: (310) 228-5600
Facsimile: (310) 228-5788

Writer's Direct Number:

(310) 228-5634

November 13, 2008

VIA FEDERAL EXPRESS

United States Bankruptcy Court
Eastern District of Virginia
Intake, Clerk's Office
U.S. Courthouse, Suite 4000
701 East Broad Street
Richmond, VA 23219

    Re:    <u>Notice of Appearance and Request for Service of Papers – Circuit City Stores Inc., et al., Bankruptcy Case No. 08-35653-KRH</u>

Dear Sir or Madam:

    Enclosed please find an original and one copy of the Notice of Appearance and Request for Service of Papers ("NOA") and Certificate of Service of Notice of Appearance and Request for Service of Papers (the "COS") for filing in the above-referenced bankruptcy case. The NOA and COS are being submitted for filing by Eric D. Goldberg, a member of Stutman, Treister & Glatt, P.C., attorneys for Sirius XM Radio Inc. and XM Satellite Radio, Inc.

    Mr. Goldberg has submitted an ECF Limited Privileges Registration Form under separate letter to the Alexandria Office of your court in order to facilitate electronic filing of any documents which need to be filed in the above-referenced bankruptcy case.

    Mr. Goldberg is a member in good standing of the state bar of California. Mr. Goldberg is also admitted to and is a member in good standing of the Bars in the U.S. Central, Eastern, Northern, and Southern Districts of California, as well as the U.S. Court of Appeal for the Ninth Circuit. Should you have any questions regarding the NOA and the COS please do not hesitate to contact me at the telephone number listed above.

                       Very truly yours,

                       Joanne B. Stern

480471v.1