# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

In re:                                       )
                                             )   Chapter 11
CIRCUIT CITY STORES, INC., et al.,[1]        )   Case No. 08-35653
                                             )   Jointly Administered
                                             )

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance on behalf of DICKER-WARMINGTON PROPERTIES, a California general partnership and give this notice of appearance, and request notice of all hearings and conferences herein and make demand for service of all papers herein, including without limitation all papers and notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001 a9007 and 9010 and sections 342 and 1109(b) of the Bankruptcy Code.

All notices given or required to be given in this case and all papers served or required to be served in this case shall be given and served upon the following:

> Stephen W. Spence, Esquire
> Scott L. Adkins, Esquire
> Phillips, Goldman & Spence, P.A.
> 1200 North Broom Street
> Wilmington, DE 19806
> 302.655.4200
> 302.655-4210 (fax)
> sws@pgslaw.com
> sla@pgslaw.com

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

This notice of appearance is not a waiver of any rights under the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with or delivered to the Clerk of the Court in connection with and with regard to the above-captioned bankruptcy case and any proceedings related thereto.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
STEPHEN W. SPENCE, ESQUIRE (DE BAR#2033)
SCOTT L. ADKINS, ESQUIRE (DE BAR#3923)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Counsel to Dicker-Warmington Properties,
a California general partnership

Date:   November 13, 2008

## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, hereby certify that I am over the age of 18, and that on November 13, 2008, a copy of the attached *Notice of Appearance and Request for Service of Notices* was served upon the persons on the attached 2002 service list, via first class mail.

Under the penalty of perjury, I certify the foregoing to true and correct.

_____
CELESTE A. HARTMAN

Andrew S Conway, Esquire
200 E Long Lake Rd Ste 300
Bloomfield Hills, MI 48304

Assistant Attorney General
Mark Browning, Esquire
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Baker & Hostetler LLP
Pamela Gale Johnson, Esquire
Laura Lawton Gee, Esquire
1000 Louisiana Ste 2000
Houston, TX 77002

Ballard Spahr Andrews & Ingersoll LLP
David L Pollack, Esquire
Jeffrey Meyers, Esquire
Jesse N Silverman, Esquire
Mellon Bank Ctr 51st Fl
1735 Market St
Philadelphia, PA 19103

Ballard Spahr Andrews & Ingersoll LLP
Constantinos G Panagopoulos, Esquire
Charles W Chotvacs, Esquire
601 13th St NW, Ste 1000 South
Washington, DC 20005

Bean Kinney & Korman PC
Mitchell B Weitzman, Esquire
2300 Wilson Blvd 7th Fl
Arlington, VA 22201

Developers Diversified Realty Corporation
Eric C Cotton, Esquire
PO Box 227042
3300 Enterprise Pkwy
Beachwood, OH 44122

Goulston & Storrs PC
Christine D Lynch, Esquire
Peter D Bilowz, Esquire
400 Atlantic Ave
Boston, MA 02110-3333

Kelley Drye & Warren LLP
James S Carr, Esquire
Robert L LeHane, Esquire
101 Park Ave
New York, NY 10178

Kitchens Kelly Gaynes PC
Heather D Dawson, Esquire
11 Piedmont Ctr Ste 900
3495 Piedmont Rd NE
Atlanta, GA 30305

LeClairRyan A Professional Corporation
Bruce H Matson
Riverfront Plz E Tower
951 E Byrd St
Richmond, VA 23218-2499

Linowes and Blocher LLP
Bradford F Englander, Esquire
Brian M Nestor, Esquire
7200 Wisconsin Ave Ste 800
Bethesda, MD 20814

McKenna Long & Aldridge LLP
John G McJunkin, Esquire
1900 K St NW
Washington, DC 20006

Miller Canfield Paddock and Stone PLC
John L Senica
225 W Washington Ste 2600
Chicago, IL 60606

Morgan Lewis & Bockius LLP
Neil E Herman, Esquire
101 Park Ave
New York, NY 10178-0600

Riemer & Braunstein LLP
David S Berman
Three Ctr Plz 6th Fl
Boston, MA 02108

Ronald M Tucker, Esquire
225 W Washington St
Indianapolis, IN 46204

Taxing Authority Consulting Services PC
Mark K Ames
Jeffrey Scharf
PO Box 771476
Richmond, VA 23255

Weingarten Realty Investors
Jenny J Hyun, Esquire
2600 Citadel Plz Dr
Houston, TX 77008

Wiley Rein LLP
H Jason Gold, Esquire
Dylan G Trache, Esquire
7925 Jones Branch Dr Ste 6200
McLean, VA 22102

Womble Carlyle Sandridge & Rice PLLC
Jeffrey L Tarkenton, Esquire
Todd D Ross, Esquire
1401 Eye St NW Ste 700
Washington, DC 20005

# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C. PHILLIPS, JR.
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
DAVID A. BILSON
MELISSA E. CARGNINO

PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 COASTAL HIGHWAY
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: Wilmington

November 13, 2008

**VIA FEDERAL EXPRESS**
U.S. Bankruptcy Court
Clerk of the Court
701 E. Broad Street, Suite 4000
Richmond, VA 23219

Re:   *In re Circuit City Stores, Inc. et. al.*
      **Chapter 11, Jointly Administered**
      **Case No. 08-35653 (KRH)**
      **Our File: CIR-GVD**

Dear Clerk of the Court:

Enclosed with this letter is one original and two copies of the *Notice of Appearance and Request for Service of Notices* to be filed in the above-referenced bankruptcy case. As you can see by the Certificate of Service attached to the Notice, the document has already been served upon the 2002 service list. Please return the two copies to me in the self-addressed stamped envelope provided for that purpose.

If you have any questions, please contact me.

Very truly yours,

*Celeste A. Hartman*

CELESTE A. HARTMAN
Senior Paralegal

Enclosures