UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| | | |
|---|---|---|
| In re: | : | Case No. 08-35653 |
| | : | |
| Circuit City Stores, Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Kevin R. Huennekens |
| | : | |

### NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND PAPERS, AND REQUEST TO BE PLACED ON PRIMARY SERVICE LIST

PLEASE TAKE NOTICE, that, pursuant to Rules 2002, 4001 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned, Kenneth C. Johnson and Andria M. Beckham, appear as counsel for Expesite, LLC, in the above-captioned chapter 11 proceeding. The undersigned hereby requests that all papers, pleadings, notices, motions and orders required to be served in accordance with Bankruptcy Rule 2002 or an order of the court be mailed, electronically served, or otherwise served on Expesite, LLC and its counsel at each of the following addresses:

| | |
|---|---|
| Kenneth C. Johnson | Andria M. Beckham |
| (Ohio State Bar No. 0022021) | (Ohio State Bar No. 0078481) |
| BRICKER & ECKLER LLP | BRICKER & ECKLER LLP |
| 100 South Third Street | 100 South Third Street |
| Columbus, Ohio 43215 | Columbus, Ohio 43215 |
| (614) 227-2300 Telephone | (614) 227-2300 Telephone |
| (614) 227-2390 Telefax | (614) 227-2390 Telefax |
| kjohnson@bricker.com E-mail | abeckham@bricker.com E-mail |

Respectfully submitted,

/s/ Andria M. Beckham
Kenneth C. Johnson (0022021)
Andria M. Beckham (0078481)
Bricker & Eckler LLP
100 S. Third Street
Columbus, Ohio 43215
Telephone: (614) 227-2300
Fax: (614) 227-2390
kjohnson@bricker.com
abeckham@bricker.com
Attorneys for Expesite, LLC

2833081v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2008, a true and correct copy of the foregoing Notice of Appearance and Request for Notice was served on all persons receiving electronic notice in these cases and to the following by regular U.S. Mail:

Robert Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

David S. Berman, Esq.
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
*Counsel for Bank of America, N.A., as Agent*

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods, LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510
*Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for the Debtors*

/s/ Andria M. Beckham
Andria M. Beckham (Ohio State Bar No. 0078481)

2833081v1



**Bricker & Eckler**
ATTORNEYS AT LAW
COLUMBUS I CLEVELAND
CINCINNATI-DAYTON

BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio 43215-4291
MAIN: 614.227.2300
FAX: 614.227.2390

www.bricker.com
info@bricker.com

Andria M. Beckham
614.227.2370
abeckham@bricker.com

November 13, 2008

**VIA OVERNIGHT MAIL**
William C. Redden
U.S. Bankruptcy Court
Eastern District of Virginia
701 E. Broad Street
Suite 4000
Richmond, VA
23219-1888

Re: *Circuit City Stores, Inc., 08-35653-KRH*

Dear Mr. Redden:

Enclosed please find the original and one (1) copy of a Notice of Appearance to be filed in the above-captioned case. Please file an original with the Court and return a file-stamped copy to this office in the stamped, self-addressed envelope which is also enclosed.

The undersigned counsel is registered in the U.S. Bankruptcy Court for the Southern District of Ohio, but is not registered in this Court. Accordingly, pursuant to the instructions of your staff, the undersigned counsel is manually filing its Notice of Appearance.

Sincerely,

Andria M. Beckham, Esq,
Bricker & Eckler LLP

Enclosures

Cc:  All parties listed on the Certificate of Service
     Kenneth C. Johnson, Esq. (via email w/o encl.)

2839175v1