IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In Re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC. et al., | ) CASE NO. 08-35653-KRH |
| | ) |
| *Debtors.* | ) JOINTLY ADMINISTERED |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the United States of America, hereby appears in this case by the United States Attorney.

REQUEST IS HEREBY MADE, pursuant to Fed. R. Bankr. Pro. 2002(j) and 9007 that all notices given or required to be given in this case and all papers, pleadings, motion, applications, plans and disclosure statements served or required to be served in this case shall be directed to undersigned counsel.

IN ADDITION, the United States makes specific request for all plans and disclosure statements filed in this proceeding.

IN ADDITION, with respect to any contested matter or adversary proceeding, service of all pleadings, motions, applications notices and all other documents shall also be made on the following pursuant to Fed. R. Bankr. Pro. 7004:

>Attorney General of the United States
>Main Justice Building, Room 5111
>10th Street and Constitution Avenue, N.W.
>Washington, D.C. 20530

Robert P. McIntosh
Assistant United States Attorney
VSB: 66113
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Tel: (804) 819-5400
Fax: (804) 819-7417
Counsel for the United States of America

IN ADDITION, pursuant to Fed. R. Bankr. Pro. 2002 notices, including plans and disclosure statements, if applicable, must be sent to the specific department, agency or instrumentality of the United States through which the debtor became indebted.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent pleading is intended to waive (i) the right to have final orders in non-core matters entered after *de novo* review by a district judge, (ii) the right to trial by jury, (iii) the right to have the reference withdrawn by the District Court, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the United States is or may be entitled to which the United States expressly reserves. Further, the United States reserves its objection to the jurisdiction of the Court over it and files this pleading as part of a limited appearance in this case pursuant to 28 U.S.C. §517. *See* McQuillen v. Nat'l Cash Register Co., 112 F.2d 877, 881-882 (4th Cir. 1940); Flatow v. Islamic Republic of Iran, 305 F.3d 1249 (D.C. Cir. 2002).

    Respectfully submitted,

    Dana J. Boente
    Acting United States Attorney

By: */s/ Robert P. McIntosh*
    Robert P. McIntosh
    Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Notice of Appearance upon all interested parties to this proceeding, by causing true and correct copies thereof to be placed in the United States mail, postage prepaid, addressed as follows:

David S. Berman
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

Hamilton Beach Brands, Inc.
Bill Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178-0600

Howland Commons Partnership, an Ohio gen partnership dba Howland Commons
Richard T. Davis, Esq.
2445 Belmont Avenue
P.O. Box 2186
Youngstown, OH 44504-0186

Scott R. Kipnis
Hofheimer Gartlir & Gross LLP
530 Fifth Ave.
New York, NY 10036

John L. Senica
Miller,Canfield,Paddock and Stone, PLC
225 W. Washington, Suite 2600
Chicago, IL 60606


Elizabeth Weller

    Linebarger Goggan Blair & Sampson,LLP
    2323 Bryan Street, Suite 1600
    Dallas, TX 75201

    I further certify a copy of foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Parties currently listed by the CM/ECF system to receive electronic notice in this case are set forth below.

    Mark K. Ames    mark@taxva.com

    Daniel F. Blanks    dblanks@mcguirewoods.com

    Sarah Beckett Boehm    sboehm@mcguirewoods.com, kcain@mcguirewoods.com

    Timothy Francis Brown    brownt@arentfox.com, giaimo.christopher@arentfox.com

    Mark E. Browning    bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

    Charles W. Chotvacs    chotvacsc@ballardspahr.com, aconway@taubman.com;Pollack@ballardspahr.com

    Andrew S. Conway    aconway@taubman.com

    Heather D. Dawson    hdawson@kkgpc.com, scarlberg@kkgpc.com

    Bradford F. Englander    benglander@linowes-law.com, klevie@linowes-law.com;jkneeland@linowes-law.com;gduvall@linowes-law.com;nconstantino@linowes-law.com;bnestor@linowes-law.com;aevert@linowes-law.com

    David J. Ervin    dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

    Douglas M. Foley    dfoley@mcguirewoods.com

    Jeremy S. Friedberg    jsf@llff.com, ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com

    Laura Lawton Gee    lgee@bakerlaw.com, cydavis@bakerlaw.com

    William A. Gray    bgray@sandsanderson.com, lhudson@sandsanderson.com

Steven H. Greenfeld    steveng@cohenbaldinger.com

David A. Greer    dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com

Dion W. Hayes    dhayes@mcguirewoods.com

Brian D. Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.com

Leonidas Koutsouftikis    lkouts@magruderpc.com, mcook@magruderpc.com

Richard E. Lear    rlear@hklaw.com

James V. Lombardi    jvlombardi@rossbanks.com

Henry Pollard Long    hlong@hunton.com

John E. Lucian    lucian@blankrome.com

Christine D. Lynch    clynch@goulstonstorrs.com

Richard M. Maseles    edvaecf@dor.mo.gov

Bruce H. Matson    bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov

John G. McJunkin    jmcjunkin@mckennalong.com, sparson@mckennalong.com

Kevin M. Newman    knewman@menterlaw.com

Min Park    mpark@cblh.com

David M. Poitras    dmp@jmbm.com

Courtney E. Pozmantier    cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com

Fred B. Ringel    fbr@robinsonbrog.com

Eric Christopher Rusnak    eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com

Joseph S. Sheerin    jsheerin@mcguirewoods.com

Jeffrey L. Tarkenton    jtarkenton@wcsr.com, toross@wcsr.com

Roy M. Terry     rterry@durrettebradshaw.com, sryan@durrettebradshaw.com

Dylan G. Trache    dtrache@wileyrein.com, rours@wileyrein.com

Ronald M. Tucker    rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,shclark@simon.com

Robert B. Van Arsdale    Robert.B.Van.Arsdale@usdoj.gov, USTPRegion04.RH.ECF@usdoj.gov

Mitchell B. Weitzman    mweitzman@beankinney.com, npeele@beankinney.com

Lori L. Winkelman    lwinkelman@quarles.com

Date: November 17, 2008

          */s/ Robert P. McIntosh*
          Robert P. McIntosh