Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com

*Attorneys for Centro Properties Group*
*and Federal Realty Investment Trust*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

-------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **CIRCUIT CITY STORES, INC.** *et al.*. | : | Case No. 08-35653-KRH |
| | : | |
| **Debtor.** | : | Jointly Administered |

-------------------------------------------------------x

## MOTION FOR ADMISSION *PRO HAC VICE*

Constantinos G. Panagopoulos and Charles W. Chotvacs (the "Movants"), members in good standing with the State Bar of the Commonwealth of Virginia and attorneys admitted to practice before the United States District and Bankruptcy Courts for the Eastern District of Virginia, and attorneys with the law firm of BALLARD SPAHR ANDREWS & INGERSOLL, LLP, hereby respectfully move the Court pursuant to Local Rule 2090-1(E)(2) to enter an Order permitting David L. Pollack and Jeffrey Meyers, attorneys and members of the law firm BALLARD SPAHR ANDEWS & INGERSOLL, LLP, to practice *pro hac vice* before this Court in the above-captioned matter on behalf of Centro Properties Group and Federal Realty Investment Trust. In support of this motion, movants state as follows:

1. Mr. Pollack is a member in good standing of the bars of Pennsylvania, Maryland, and Wisconsin. Mr. Pollack is admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the District of Maryland, the Eastern District of Wisconsin, and the Northern District of Texas, and is admitted to practice before the Unites States Court of Appeals for the Third and Seventh Circuits, as well as the United States Supreme Court. Mr. Pollack received his J.D. from the University of Pennsylvania Law School, and his A.B. from Trinity College. There are no disciplinary proceedings pending against Mr. Pollack.

2. Mr. Meyers is a member in good standing of the bars of Pennsylvania and Florida. Mr. Meyers is admitted to practice before the United States District Court for the Eastern District of Pennsylvania, and is admitted to practice before the United States Court of Appeals for the Third and Seventh Circuits. Mr. Meyers received his J.D. from New York University School of Law, and his B.A. from Temple University. There are no disciplinary proceedings pending against Mr. Meyers.

3. Messrs. Pollack and Meyers understand that if they are admitted *pro hac vice* in this case, they will be subject to the disciplinary jurisdiction of this Court.

4. Movants request the Court to allow Messrs. Pollack and Meyers to appear and be heard at hearings and on matters in this case, in association with movants, on behalf of Centro Properties Group and Federal Realty Investment Trust.

5. Pursuant to Local Rule 9013-1(G) and because there are no novel issues of law presented in this motion, movants request that the requirement that all motions be accompanied by a written memorandum of law be waived.

6. Pursuant to Local Rule 9013-1(L) and because this motion does not present contested issues, movants request that the Court rule upon the motion without an oral hearing.

7. Notice of this Motion has been given to (a) the Office of the Unites States Trustee, (b) counsel for the Debtors, and (c) all persons receiving electronic notice via the Court's CM/ECF system.

WHEREFORE, movants respectfully request that the Court enter an Order, substantially in the form attached hereto as Exhibit A, permitting Messrs. Pollack and Meyers to appear *pro hac vice*, in association with movants, as counsel for Centro Properties Group and Federal Realty Investment Trust.

Respectfully submitted,

/s/   Charles W. Chotvacs
Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com

November 17, 2008

*Counsel for Centro Properties Group, and Federal Realty Investment Trust*

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2008, the foregoing Motion for Admission *Pro Hac Vice* and Proposed Order, were filed and served electronically using the Court's CM/ECF system, and that, in addition, true and correct copies of the foregoing were mailed, First-Class postage prepaid, to the following parties:

Richard B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
*Assistant United States Trustee*

Dion W. Hayes
Douglas F. Foley
MCGUIRE WOODS LLP
One James Center
901 East Clay Street
Richmond, VA  23219
*Counsel for Debtors*

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Counsel for Debtors*

Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL  60606
*Counsel for Debtors*

                                                /s/  Charles W. Chotvacs
                                                Charles W. Chotvacs