Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com

*Attorneys for Centro Properties Group
and Federal Realty Investment Trust*

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

--------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **CIRCUIT CITY STORES, INC. *et al.*.** | : | Case No. 08-35653-KRH |
| | : | |
| Debtor. | : | Jointly Administered |

--------------------------------------------------------x

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This matter came before the Court on the motion of movants Constantinos G. Panagopoulos and Charles W. Chotvacs for the admission *pro hac vice* of David L. Pollack and Jeffrey Meyers in the above-captioned case on behalf of Centro Properties Group and Federal Realty Investment Trust. Upon consideration of the motion, and the record in this case, and finding that cause exists for the relief requested in the motion, it is hereby ORDERED that movants' motion is GRANTED. David L. Pollack and Jeffrey Meyers may appear *pro hac vice* as counsel for Centro Properties Group and Federal Realty Investment Trust.

Dated: _____          _____
                                        Kevin R. Huennekens
                                        United States Bankruptcy Judge

                                        Entered on Docket: _____

We ask for this:

 /s/  Charles W. Chotvacs
Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com
*Counsel for Centro Properties Group, and
Federal Realty Investment Trust*

## Local Rule 9022-1(C) Certification

The foregoing Order was served upon all necessary parties pursuant to Local Rule 9022-1(C).

   /s/  Charles W. Chotvacs
Charles W. Chotvacs

2

Copies of the Order shall go to:

Constantinos G. Panagopoulos
Charles W. Chotvacs
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807

David L. Pollack
Jeffrey Meyers
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
51st Fl – Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Richard B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Assistant United States Trustee*

Dion W. Hayes
Douglas F. Foley
MCGUIRE WOODS LLP
One James Center
901 East Clay Street
Richmond, VA 23219
*Counsel for Debtors*

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for Debtors*

Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtors*