Christopher R. Belmonte (CB-2163)
Pamela A. Bosswick (PB-5307)
Abigail Snow (AS-2960)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
(212) 818-9200

*Attorneys for International Business Machines Corporation*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al. | ) Case No. 08-35653-KRH |
| | ) |
| Debtor, | ) Jointly Administered |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for International Business Machines Corporation ("IBM"), a party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following office, post office address, email address, fax and telephone number:

> Christopher R. Belmonte, Esq.
> Pamela A. Bosswick, Esq.
> Abigail Snow, Esq.
> Satterlee Stephens Burke & Burke LLP
> 230 Park Avenue

753139_1

        New York, New York 10169
        Tel:    (212) 818-9200
        Fax:    (212) 818-9606
        Email:  cbelmonte@ssbb.com
                  pbosswick@ssbb.com
                  asnow@ssbb.com

      PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, notices, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), IBM requests that its counsel, Satterlee Stephens Burke & Burke LLP, be provided with copies of any disclosure statements and plans of reorganization.

      This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of IBM to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims, set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated: New York, New York
      November 17, 2008

753139_1

SATTERLEE STEPHENS BURKE & BURKE LLP
*Attorneys for International Business Machines Corporation*


By:   /s/ Christopher R. Belmonte
      Christopher R. Belmonte (CB-2163)
      Pamela A. Bosswick (PB-5307)
      Abigail Snow (AS-2960)
230 Park Avenue
New York, New York 10169
(212) 818-9200

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2008, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Scott L. Adkins | sla@pgslaw.com |
| Mark K. Ames | mark@taxva.com |
| Elizabeth Banda | arlbank@pbfcm.com |
| Andria M. Beckham | abeckham@bricker.com |
| Daniel F. Blanks | dblanks@mcguirewoods.com |
| Sarah Beckett Boehm | sboehm@mcguirewoods.com |
| Timothy Francis Brown | brownt@arentfox.com |
| Mark E. Browning | bk-mbrowning@oag.state.tx.us |
| William H. Casterline, Jr. | wcasterlinejr@blankeith.com |
| Charles W. Chotvacs | chotvacsc@ballardspahr.com |
| Andrew S. Conway | aconway@taubman.com |
| Robert K. Coulter | robert.coulter@usdoj.gov |
| Sheila G. deLa Cruz | sdelacruz@hf-law.com |
| Heather D. Dawson | hdawson@kkgpc.com |
| Bradford F. Englander | benglander@linowes-law.com |
| David J. Ervin | dervin@kelleydrye.com |
| Douglas M. Foley | dfoley@mcguirewoods.com |
| Jeremy S. Friedberg | jsf@llff.com |
| Laura Lawton Gee | lgee@bakerlaw.com |
| Eric D. Goldberg | egoldberg@stutman.com |
| William A. Gray | bgray@sandsanderson.com |
| Steven H. Greenfeld | steveng@cohenbaldinger.com |
| David A. Greer | dgreer@davidgreerlaw.com |
| Elizabeth L. Gunn | egunn@durrettebradshaw.com |
| Dion W. Hayes | dhayes@mcguirewoods.com |
| Brian D. Huben | brian.huben@kattenlaw.com |
| Kenneth C. Johnson | kjohnson@bricker.com |
| Regina Stango Kelbon | Lucian@blankrome.com |
| Leonidas Koutsouftikis | lkouts@magruderpc.com |
| Jeffrey Kurtzman | jkurtzma@klehr.com |
| Richard E. Lear | rlear@hklaw.com |
| James V. Lombardi | jvlombardi@rossbanks.com |
| Henry Pollard Long, III | hlong@hunton.com |
| John E. Lucian | lucian@blankrome.com |
| Christine D. Lynch | clynch@goulstonstorrs.com |
| Michael W. Malter | michael@bindermalter.com |
| Richard M. Maseles | edvaecf@dor.mo.gov |
| Bruce H. Matson | bruce.matson@leclairryan.com |
| Robert P. McIntosh | Robert.McIntosh@usdoj.gov |
| John G. McJunkin | jmcjunkin@mckennalong.com |
| Kevin M. Newman | knewman@menterlaw.com |

753139_1

| | |
|---|---|
| Min Park | mpark@cblh.com |
| David M. Poitras | dmp@jmbm.com |
| Courtney E. Pozmantier | cpozmantier@ktbslaw.com |
| Michael Reed | danielle.goff@mvbalaw.com |
| Fred B. Ringel | fbr@robinsonbrog.com |
| Julie H. Rome-Banks | julie@bindermalter.com |
| Eric Christopher Rusnak | eric.rusnak@klgates.com |
| John L. Senica | senica@millercanfield.com |
| Joseph S. Sheerin | jsheerin@mcguirewoods.com |
| Stephen W. Spence | sws@pgslaw.com |
| Richard F. Stein | richard.f.stein@irscounsel.treas.gov |
| Jeffrey L. Tarkenton | jtarkenton@wcsr.com |
| Roy M. Terry, Jr. | rterry@durrettebradshaw.com |
| Dylan G. Trache | dtrache@wileyrein.com |
| Ronald M. Tucker | rtucker@simon.com |
| Robert B. Van Arsdale | Robert.B.Van.Arsdale@usdoj.gov |
| Mitchell B. Weitzman | mweitzman@beankinney.com |
| Lori L. Winkelman | lwinkelman@quarles.com |
| J. Christian Word | christian.word@lw.com |

And, I hereby certify that I have mailed by the United States Postal Service the document to the following:

> Robert B. Van Arsdale, Esq.
> Office of the U. S. Trustee
> 701 East Broad Street, Suite 4304
> Richmond, VA 23219

> Daniel F. Blanks, Esq.
> Douglas M. Foley, Esq.
> McGuireWoods LLP
> 9000 World Trade Center, 101 W. Main St.
> Norfolk, VA 23510

> Dion W. Hayes, Esq.
> Joseph S. Sheerin, Esq.
> Sarah Becket Boehm, Esq.
> McGuireWoods LLP
> One James Center, 901 E. Cary St.
> Richmond, VA 23219

> Greg M. Galardi, Esq.
> Ian S. Fredericks, Esq.
> Skadden, Arps, Slate, Meagher & Flom
> One Rodney Square
> P.O. Box 636
> Wilmington DE 19899-0636

5

753139_1

Neil E. Herman, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178-0600

Scott R. Kipnis, Esq.
Hofheimer Gartlir & Gross LLP
530 Fifth Ave.
New York, NY 10036

Nancy A. Washington, Esq.
Saiber LLC
One Gateway Center 13th Floor
Newark, NJ 07102

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

   /s/ Christopher R. Belmonte
      Christopher R. Belmonte (CB-2163)

753139_1