William J. Factor, Esq. (IL 6205675)
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, Illinois  60603
Tel: (312) 460-5973
Fax: (212) 460-7973

*Attorneys for Arboretum of South Barrington, LLC*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.* | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |
| | ) | |

**NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR SERVICE
OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned cases on behalf of Arboretum of South Barrington, LLC ("ASB"), a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

---

[1] The Debtors and their respective case numbers are as follows: Circuit City Stores, Inc. (08-35653), Circuit City Stores West Coast (08-35654), InterTAN, Inc. (08-35655), Ventoux International, Inc. (08-35656), Circuit City Purchasing Company, LLC (08-35657), CC Aviation, LLC (08-35658), CC Distribution Company of Virginia, Inc. (08-35659), Circuit City Properties, LLC (08-35661), Kinzer Technology, LLC (08-35663), Abbott Advertising Agency, Inc. (08- 35665), Patapsco Designs, Inc. (08-35667), Sky Venture Corp. (08-35668), Prahs, Inc. (08-35670), XSStuff, LLC (08-35669), Mayland MN, LLC (08-35666), Courchevel, LLC (n/a),Orbyx Electronics, LLC (08-35664), and Circuit City Stores PR, LLC (08-35660).

        William J. Factor, Esq..
SEYFARTH SHAW LLP
131 S. Dearborn Street
Suite 2400
Chicago, Illinois  60603
Tel: (312) 460-5973
Fax: (212) 460-7973
E-mail: wfactor@seyfarth.com

     PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

     This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive ASB's: (i) right to have final orders in noncore matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which ASB is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  November 17, 2008

SEYFARTH SHAW LLP

By: /s/ William J. Factor
    William J. Factor, Esq.
    SEYFARTH SHAW LLP
    131 S. Dearborn Street
    Suite 2400
    Chicago, Illinois 60603
    Tel: (312) 460-5973
    Fax: (212) 460-7973
    E-mail: wfactor@seyfarth.com

*Attorneys for Arboretum of South Barrington, LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2008, a true and correct copy of the foregoing Notice of Appearance and Request for Service was electronically filed with the Clerk of the Court using the CM/ECF system and served via electronic service (unless otherwise noted) upon the following:

Office of the United States Trustee
600 East Main Street, Suite 301
Richmond, VA  23219

Daniel F. Blanks
Dion W. Hayes
Douglas M. Foley
Joseph S. Sheerin
Sarah Beckett Boehm
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219
(804) 775-1000
Email:  sboehm@mcguirewoods.com

      /s/ William J. Factor
     William J. Factor

CH2 20222027.1