O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Michael J. Sage
Karyn B. Zeldman
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Attorneys for Pan Am Equities, Inc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) Case No. 08-35653 (KRH) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of Pan Am Equities, Inc. ("Pan Am"), a creditor, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further request to be added to the Master Service List:

> Michael J. Sage, Esq.
> O'Melveny & Myers LLP
> Times Square Tower
> 7 Times Square
> New York, New York 10036
> Telephone: (212) 326-2000
> Facsimile: (212) 326-2061
> E-mail: msage@omm.com

- and -

> Karyn B. Zeldman, Esq.
> O'Melveny & Myers LLP
> Times Square Tower
> 7 Times Square
> New York, New York 10036
> Telephone: (212) 326-2000
> Facsimile: (212) 326-2061
> E-mail: kzeldman@omm.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Pan Am's : (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Pan Am is or may be entitled under agreements, at law, or in equity, all of

[Remainder of Page Left Intentionally Blank]

which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
      November 17, 2008

                O'MELVENY & MYERS LLP

                By:  */s/ Michael J. Sage*
                      Michael J. Sage
                      Karyn B. Zeldman
                      Times Square Tower
                      7 Times Square
                      New York, New York  10036

                      Attorneys for Pan Am Equities, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing Notice of Appearance upon all interested parties to this proceeding, by causing true and correct copies thereof to be placed in the United States mail, postage prepaid, addressed as follows:

Scott L. Adkins
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Alliance-Rocky Mount LLC
Carroll & Carroll PLLC
831 East Morehead St
Ste 440
Charlotte, NC 28202

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd Suite 300
Arlington, TX 76013

Andria M. Beckham
Bricker & Eckler, LLP
100 South Third Street
Columbus, OH 43215

David S. Berman
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

Garmin International, Inc.,
Eric D. Goldberg
Stutman, Treister & Glatt, P.C.
1901 Ave of the Stars-12th Floor
Los Angeles, CA 90067

NY1:1761410.1

Hamilton Beach Brands, Inc.
Bill Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178-0600

Howland Commons Partnership, an Ohio gen partnership dba Howland Commons
Richard T. Davis, Esq.
2445 Belmont Avenue
P.O. Box 2186
Youngstown, OH 44504-0186

Kenneth C. Johnson
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

Regina Stango Kelbon
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Scott R. Kipnis
Hofheimer Gartlir & Gross LLP
530 Fifth Ave.
New York, NY 10036

Jeffrey Kurtzman
Klehr, Harrison, Harvey, Branzburg & Ell
260 South Broad Street
Philadelphia, PA 19102-5003

Michael W. Malter
Binder & Malter
2775 Park Ave.
Santa Clara, CA 95050

Julie H. Rome-Banks
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

John L. Senica
Miller,Canfield,Paddock and Stone, PLC
225 W. Washington, Suite 2600
Chicago, IL 60606

Stephen W. Spence
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Nancy A. Washington
Saiber LLC
One Gateway Center 13th Floor
Newark, NJ 07102

Elizabeth Weller
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

I further certify a copy of foregoing will be filed with the United States Bankruptcy Court electronically in the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Parties currently listed by the CM/ECF system to receive electronic notice in this case are set forth below.

> Mark K. Ames mark@taxva.com
>
> Daniel F. Blanks dblanks@mcguirewoods.com
>
> Sarah Beckett Boehm sboehm@mcguirewoods.com, kcain@mcguirewoods.com
>
> Timothy Francis Brown brownt@arentfox.com, giaimo.christopher@arentfox.com
>
> Mark E. Browning bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
>
> William H. Casterline wcasterlinejr@blankeith.com, bford@bklawva.com
>
> Charles W. Chotvacs chotvacsc@ballardspahr.com, aconway@taubman.com;Pollack@ballardspahr.com

Andrew S. Conway aconway@taubman.com

Robert K. Coulter robert.coulter@usdoj.gov, sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov

Heather D. Dawson hdawson@kkgpc.com, scarlberg@kkgpc.com

Jaime Sue Dibble jdibble@stinson.com, lbigus@stinson.com

Bradford F. Englander benglander@linowes-law.com, klevie@linowes-law.com;jkneeland@linowes-law.com;gduvall@linowes-law.com;nconstantino@linowes-law.com;bnestor@linowes-law.com;aevert@linowes-law.com

David J. Ervin dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Douglas M. Foley dfoley@mcguirewoods.com

Jeremy S. Friedberg jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com

Jeremy S. Friedberg jsf@llff.com, ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com

Laura Lawton Gee lgee@bakerlaw.com, cydavis@bakerlaw.com

William A. Gray bgray@sandsanderson.com, lhudson@sandsanderson.com

Steven H. Greenfeld steveng@cohenbaldinger.com

David A. Greer dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com

Elizabeth L. Gunn egunn@durrettebradshaw.com, sryan@durrettebradshaw.com

Dion W. Hayes dhayes@mcguirewoods.com

Brian D. Huben brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.com

Leonidas Koutsouftikis lkouts@magruderpc.com, mcook@magruderpc.com

Richard E. Lear rlear@hklaw.com

James V. Lombardi jvlombardi@rossbanks.com

Henry Pollard Long hlong@hunton.com

John E. Lucian lucian@blankrome.com

Christine D. Lynch clynch@goulstonstorrs.com

Richard M. Maseles edvaecf@dor.mo.gov

Bruce H. Matson bruce.matson@leclairryan.com,
kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

W. Clarkson McDow, Jr. USTPRegion04.RH.ECF@usdoj.gov

Robert P. McIntosh Robert.McIntosh@usdoj.gov

John G. McJunkin jmcjunkin@mckennalong.com, sparson@mckennalong.com

Kevin M. Newman knewman@menterlaw.com

Min Park mpark@cblh.com

David M. Poitras dmp@jmbm.com

Courtney E. Pozmantier cpozmantier@ktbslaw.com, mmuchin@ktbslaw.com

Michael Reed danielle.goff@mvbalaw.com

Fred B. Ringel fbr@robinsonbrog.com

Eric Christopher Rusnak eric.rusnak@klgates.com,
klgatesbankruptcy@klgates.com

Joseph S. Sheerin jsheerin@mcguirewoods.com

Richard F. Stein richard.f.stein@irscounsel.treas.gov

Jeffrey L. Tarkenton jtarkenton@wcsr.com, toross@wcsr.com

Roy M. Terry rterry@durrettebradshaw.com, sryan@durrettebradshaw.com

Dylan G. Trache dtrache@wileyrein.com, rours@wileyrein.com

Ronald M. Tucker rtucker@simon.com,
cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,shclark@simon.com

Robert B. Van Arsdale Robert.B.Van.Arsdale@usdoj.gov,
USTPRegion04.RH.ECF@usdoj.gov

Mitchell B. Weitzman mweitzman@beankinney.com, npeele@beankinney.com

Lori L. Winkelman lwinkelman@quarles.com

J. Christian Word chefiling@lw.com

Sheila G. deLa Cruz sdelacruz@hf-law.com, jbsmith@hf-law.com

Date: November 17, 2008

/s/ *Michael J. Sage*
Michael J. Sage