**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Huennekens |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Brian P. Hall and

the law firm of Smith, Gambrell & Russell, LLP hereby enters their appearance as counsel on

behalf of Lexington Lion Weston I LP, ("Lexington"), in the above-styled case and further

requests service of papers pursuant to Bankruptcy Rule 2002. Lexington hereby puts all parties

in interest on notice that it is represented by the undersigned and requests that the Clerk of the

Court place the undersigned counsel on the Master Service List in this case and that all counsel

of record provide the undersigned counsel with copies of all notices, pleadings and other filings

made in the above-captioned matter including, without limitation, notices of any application,

complaint, demand, hearing, motion, order, pleadings or request, formal or informal, whether

transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are

requested to direct all written or telephone correspondence to the undersigned counsel at the

following address or telephone number:

Brian P. Hall, Esq.
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone:  404-815-3500
Fax:  404-815-3509
Email: bhall@sgrlaw.com

Dated:  November 13, 2008

SMITH, GAMBRELL & RUSSELL, LLP

By: _____
Brian P. Hall
Georgia Bar No. 318171

Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone:  404-815-3500

Attorney for Lexington Lion Weston I LP

CORP\1324966.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of Notice of Appearance and Request for Notices by placing a copy of same in the United States Mail with adequate postage affixed thereon to insure delivery to the following:

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233


Daniel F. Blanks
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510


Dion W. Hayes
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219


Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510


Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219


Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

CORP\1324966.1

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219
804-771-2310

This 13th day of November, 2008.

SMITH, GAMBRELL & RUSSELL, LLP

By: _____
Brian P. Hall
Georgia Bar No. 318171

Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone:  404-815-3500

Attorney for Lexington Lion Weston I LP

4

CORP\1324966.1