IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al*. | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND <u>RESERVATION OF RIGHTS</u>

PLEASE TAKE NOTICE that The Miner Corporation, as a party in interest in the above-captioned cases, hereby appears by its counsel, Oppenheimer, Blend, Harrison & Tate, Inc.; such counsel herby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following:

Raymond W. Battaglia
OPPENHEIMER, BLEND
HARRISON & TATE, INC.
711 Navarro, Sixth Floor
San Antonio, Texas 78205
Telephone: (210) 224-2000
Facsimile: (210) 224-7540
Rbattaglia@obht.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above captioned cases and proceedings therein.

This Notice shall not be deemed or construed to be a waiver of (a) The Miner Corporation's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdrawal the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which The Miner Corporation is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments The Miner Corporation expressly reserves.

Dated: November 17, 2008

      **/s /   Raymond W. Battaglia**
Raymond W. Battaglia
Texas State Bar No. 01918055
OPPENHEIMER, BLEND,
HARRISON & TATE, INC.
711 Navarro, Sixth Floor
San Antonio, Texas  78205
Telephone: (210) 224-2000
Facsimile: (210) 224-7540

Attorney for The Miner Corporation

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Entry of Appearance was mailed by U.S. first class mail, postage prepaid, this 13th day of November, 2008, to the following:

>Robert B. Van Arsdale, Esq.
>Office of the United States Trustee
>701 East Broad St. Suite 4304
>Richmond, Virginia 23219
>   *Assistant United States Trustee*

>Dion W. Hayes, Esq.
>McGuire Woods LLP
>One James Center
>901 East Cary Street
>Richmond, Virginia 23219
>   *Counsel for Debtors*

>Greg M. Galardi, Esq.
>Ian S. Fredericks, Esq.
>Skadden, Arps, Slate, Meagher & Flom
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899-0636
>   *Counsel for Debtors*

and that the foregoing Notice was also filed electronically via the Court's CM/ECF system on this date such that it would be served electronically on those parties entitled to receive such notice.

>   /s /   Raymond W. Battaglia
>   Raymond W. Battaglia