UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

```
------------------------------------------------------------ x
In re:                                        :    Chapter 11
                                              :
CIRCUIT CITY STORES, INC., et al.,            :    Case No. 08-35653 KRH
                                              :
                                              :    (Jointly Administered)
          Debtors.                            :
                                              x
-------------------------------------------------------------
```

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, DARRYL S.

LADDIN and FRANK N. WHITE of the firm of ARNALL GOLDEN GREGORY LLP, whose

office address and telephone number appear herein below, do hereby enter an appearance as

counsel for the wholly-owned subsidiaries of Verizon Communications Inc.[1] (collectively,

"Verizon") in the above-styled Chapter 11 case.

Pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and

9007 of the Federal Rules of Bankruptcy Procedure, Verizon requests copies of all notices and

pleadings given or filed in this case be given and served upon the undersigned at the following

address and telephone number:

**Darryl S. Laddin**
**Frank N. White**
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia  30363-1031

---

[1] The wholly-owned subsidiaries of Verizon Communications Inc. include, without limitation, Verizon Corporate Services Group Inc., Verizon Network Integration Corp., Verizon Business Global LLC, Verizon Business Network Services Inc., Verizon Select Services Inc., MCI Communications Services, Inc. f/k/a MCI WorldCom Communications, Inc. and the operating telephone company subsidiaries of Verizon Communications Inc.

Telephone: (404) 873-8120
Fax:  (404) 873-8121
Emails: dladdin@agg.com
              frank.white@agg.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the

foregoing request includes not only notices and papers referred to in the Federal Rules of

Bankruptcy Procedure specified above but also includes, without limitation, any other notice,

application, complaint, demand, motion, petition, monthly operating report, pleading or request,

whether formal or informal, written or oral, and whether transmitted or conveyed by mail,

delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any

proceedings therein.

This 17th day of November, 2008.

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP


/s/  Darryl S. Laddin
Darryl S. Laddin (GA Bar No. 460793)
Frank N. White (GA Bar No. 753377)
171 17th Street NW, Suite 2100
Atlanta, Georgia  30363-1031
(404) 873-8120
Attorneys for Verizon

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the Notice of Appearance and Demand for Notices and Papers by causing a copy of same to be deposited in the United States Mail, first-class postage prepaid, addressed as follows:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware  19899

This 17th day of November, 2008.

/s/  Darryl S. Laddin
Darryl S. Laddin