IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned, as counsel to Mio Technology USA Ltd., also known as MiTAC USA Inc. ("MITAC"), hereby enters its appearance, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, and hereby request that all notices, including those required by Section 342 of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, given or required to be given, and all papers served or required to be served, in this case or any related adversary proceeding be given to, and served upon counsel at the following addresses, telephone/facsimile numbers and email addresses:

ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C.  20005-1706
Tel:    (202) 339-8400
Fax:    (202) 339-8500
Attn:   Scott A. Stengel, Esquire
        Jonathan P. Guy, Esquire
Email: sstengel@orrick.com
       jguy@orrick.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, any notices, applications, motions, orders, complaints, demands, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with regard to the above-referenced proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers shall not be deemed or construed to be a waiver by MITAC: (1) of the right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) of the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) of any other rights, claims, actions, setoffs, or recoupments to which MITAC is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments MITAC expressly reserves.

                ORRICK, HERRINGTON & SUTCLIFFE LLP

                By:/S/ SCOTT A. STENGEL
                   Scott A. Stengel (VSB No. 40052)
                   Jonathan P. Guy
                   Columbia Center
                   1152 15th Street, N.W.
                   Washington, DC  20005-1706
                   (202) 339-8400

                *Counsel for Mio Technology USA Ltd.,*
                *also known as MiTAC USA Inc.*

Dated: November 17, 2008

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of November 2008, I electronically filed the foregoing Notice of Appearance and Request for Notices and Service of Papers ("Notice") with the Clerk of the Court using the CM/ECF system, which will send notification of the Notice to those attorneys registered to receive notices electronically. Additionally, I have served a copy of the Notice on the parties listed below by first-class mail, postage prepaid:

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Counsel for the Debtors*

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219
*Counsel for the Debtors*

Robert B. Van Arsdale
Assistant United States Trustee
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

*/S/ DEBRA O. FULLEM*
Debra O. Fullem
Orrick, Herrington & Sutcliffe LLP