Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

                    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession


             IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION
- - - - - - - - - - - - - - x
                           :
In re:                     :    Chapter 11
                           :
CIRCUIT CITY STORES, INC., :    Case No. 08-35653(KRH)
et al.,                    :
                           :
          Debtors.         :    Jointly Administered
- - - - - - - - - - - - - - x


              APPLICATION TO EMPLOY AND RETAIN
           McGUIREWOODS LLP AS COUNSEL FOR THE
           DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a) AND 329

      The debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors") [1] hereby apply

_____

[1]    The Debtors and the last four digits of their respective taxpayer
       identification numbers are as follows: Circuit City Stores, Inc.
       (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc.
       (0875), Ventoux International, Inc. (1838), Circuit City Purchasing
       Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution
       Company of Virginia, Inc. (2821), Circuit City Properties, LLC

for entry of an order under sections 327(a) and 329 of title 11 of the United States Code (the "Bankruptcy Code") authorizing the employment and retention of McGuireWoods LLP ("McGuireWoods" or the "Firm") as counsel for the Debtors as of the Petition Date (as hereinafter defined) (the "Application").  In support of this Application, the Debtors rely on the Declaration of Dion W. Hayes (the "Hayes Declaration") a copy of which is attached hereto as <u>Exhibit B</u>, and the Declaration of Bruce H. Besanko, Executive Vice President and Chief Financial Officer of Circuit City Stores, Inc., in Support in Support of Chapter 11 Petitions and First Day Orders filed on the Petition Date (Docket No. 79) (the "Besanko Declaration").  In further support of this Application, the Debtors respectfully represent as follows:

### <u>JURISDICTION</u>

1.   This Court has jurisdiction to consider this Application under 28 U.S.C. §§ 157 and 1334.  Venue of these cases and this Application in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory predicates

---

(3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

for the relief requested herein are sections 327(a) and 329 of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

<u>**BACKGROUND**</u>

2.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.  The factual background regarding the Debtors, including their business operations, their capital and debt structure, and the events leading to the filing of these bankruptcy cases, is set forth in detail in the Besanko Declaration, which is fully incorporated herein by reference.[2]

3.    The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4.    No trustee or examiner has been appointed in these chapter 11 cases, and no committees have yet been appointed or designated.

---

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Besanko Declaration.

## RELIEF REQUESTED

5.    By this Application, the Debtors seek to employ and retain McGuireWoods as their bankruptcy and restructuring co-counsel with regard to the filing of their chapter 11 petitions and prosecution of their chapter 11 cases.    Accordingly, the Debtors respectfully request the entry of an order pursuant to sections 327(a) and 329 of the Bankruptcy Code authorizing each of them to employ and retain McGuireWoods as their attorneys under a general retainer to perform the legal services that will be necessary during their chapter 11 cases as more fully described below.

## BASIS FOR RELIEF

6.    Since the late 1970s, the Debtors have employed McGuireWoods with respect to many legal matters.    During the approximately thirty years McGuireWoods has represented the Debtors and provided legal services to the Debtors, McGuireWoods has acquired substantial knowledge and familiarity with the Debtors' businesses and financial affairs.    McGuireWoods has represented the Debtors in nearly all areas including, without limitation, corporate services, securities regulation, real estate, litigation, employee benefits and executive compensation, tax,

antitrust, creditors' rights, intellectual property and financial services.

7.    During the fall of 2008, the Debtors engaged McGuireWoods as restructuring co-counsel and sought McGuireWoods' services with respect to, among other things, the Debtors' financial restructuring efforts and preparation for the potential commencement and prosecution of the Debtors' chapter 11 cases (the "Engagement").

8.    The Debtors believe that continued representation by McGuireWoods is critical to the Debtors' efforts to restructure their businesses because McGuireWoods has become intimately familiar with the Debtors' businesses, legal and financial affairs and practices regularly before the Bankruptcy Courts in the Eastern District of Virginia, especially as debtor's counsel or debtor's co-counsel in large chapter 11 bankruptcy cases such as In re Best Products Co., Inc. (Case No. 96-35267 (DOT)), In re Heilig Meyers Co. (Case No. 00-34533 (DOT)), In re AMF Bowling Worldwide, Inc. (Case No. 01-61119 (DHA)), In re Motient Corp. (Case No. 02-80125 (RGM)), In re US Airways Group, Inc. (Case No. 02-839484 (SSM)), and In re US Airways, Inc.(Case No. 04-13819 (SSM)). Additionally, the Debtors have selected the firm of McGuireWoods as attorneys because

of the Firm's experience and knowledge in the field of debtors' and creditors' rights generally. Accordingly, McGuireWoods is extremely well-suited to help guide the Debtors through the chapter 11 process before this Court.

9.   Each of the Debtors desires to employ the firm of McGuireWoods under a general retainer because of the extensive legal services that will be required in connection with their respective chapter 11 cases and the Firm's familiarity with the businesses of the Debtors and their affiliates.

10.   The Debtors also are retaining the firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") as bankruptcy and restructuring co-counsel in these chapter 11 proceedings. McGuireWoods and Skadden have assured the Debtors that they will use their best efforts to avoid the duplication of services in these chapter 11 proceedings.

<u>**SERVICES TO BE RENDERED**</u>

11.   The services of attorneys are necessary to enable the Debtors to faithfully execute their duties as debtors-in-possession. Subject to further order of this Court, McGuireWoods will be requested to render, among others, the following services to the Debtors:

(a)   advising the Debtors with respect to their powers and duties as debtors and debtors-in-possession in the continued management and operation of their business and properties;

(b)   advising and consulting on the conduct of the Debtors' bankruptcy cases, including all of the legal and administrative requirements of operating in chapter 11;

(c)   attending meetings and negotiating with representatives of creditors, Debtors' employees and other parties in interest;

(d)   advising the Debtors in connection with any contemplated sales of assets or business combinations, including the negotiation of asset, stock purchase, merger or joint venture agreements, formulating and implementing bidding procedures, evaluating competing offers, drafting appropriate corporate documents with respect to the proposed sales, and counseling the Debtors in connection with the closing of such sales;

(e)   advising the Debtors in connection with postpetition financing and cash collateral arrangements and negotiating and drafting documents relating thereto, providing advice and counsel with respect to prepetition financing arrangements, and providing advice to the Debtors in connection with the emergence financing and capital structure, and negotiating and drafting documents relating thereto;

(f)   advising the Debtors on matters relating to the evaluation of the assumption, rejection or assignment of unexpired leases and executory contracts;

(g)   providing advice to the Debtors with respect to legal issues arising in or relating to the Debtors' ordinary course of business including attendance at senior management meetings, meetings with the Debtors' financial and turnaround advisors and meetings of the board of directors, and advice on employee, workers' compensation, employee benefits, executive compensation, tax, environmental, banking, insurance, securities, corporate, business operation, contracts,

joint ventures, real property and press/public affairs and regulatory matters;

(h)  taking necessary action to protect and preserve the Debtors' estates, including the prosecution of actions and proceedings on their behalf, the defense of any actions and proceedings commenced against those estates, negotiations concerning all litigation in which the Debtors may be involved and objections to claims filed against the Debtors' estates;

(i)  preparing on behalf of the Debtors motions, applications, answers, orders, reports and papers necessary to the administration of the Debtors' estates;

(j)  negotiating and preparing on the Debtors' behalf plan(s) of reorganization, disclosure statement(s) and all related agreements and/or documents and taking any necessary action on behalf of the Debtors to obtain confirmation of such plan(s);

(k)  attending meetings with third parties and participating in negotiations with respect to the above matters;

(l)  appearing before this Court, other courts, and the Office of the U.S. Trustee;

(m)  meeting and coordinating with other counsel and other professionals retained on behalf of the Debtors and approved by this Court; and

(n)  performing all other necessary legal services and providing all other necessary legal advice to the Debtors in connection with these chapter 11 cases.

12.  McGuireWoods has agreed to act on behalf of the Debtors and will avoid duplication of services being provided by Skadden and other professionals.

## DISINTERESTEDNESS OF PROFESSIONALS

13.  Except as set forth in the Hayes Declaration, to the best of the Debtors' knowledge, McGuireWoods: (a) does not have any connection with any of the Debtors, their affiliates, their creditors, the U.S. Trustee, any person employed in the Office of the U.S. Trustee, or any other party interest, or their respective attorneys and accountants, (b) is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, and (c) does not hold or represent any interest adverse to the estates.

14.  More specifically, as set forth in the Hayes Declaration:

(a)  Neither McGuireWoods nor any attorney at the Firm holds or represents an interest adverse to the estates.

(b)  Neither McGuireWoods nor any attorney at the Firm is or was a creditor, an equity security holder, or an insider of the Debtors, except that McGuireWoods previously rendered legal services to the Debtors for which the Firm was compensated and certain McGuireWoods attorneys or employees may own common stock of the Debtors, either directly or indirectly.  Also, attorneys or employees of the Firm may hold the Debtors' common stock in managed accounts over which they have no control over investment decisions pertaining to holdings in such accounts.  In addition, certain McGuireWoods attorneys may be participants in the Customer Satisfaction Programs and/or Circuit City Rewards Program, have Customer Claims, and/or participate in other customer practices and programs of

the Debtors (as further described in the Debtors'
Motion for Order Pursuant to Bankruptcy Code Sections
105(a), 363, 506, 507(a)(7), 553, 1107(a) and 1108 and
Bankruptcy Rule 6003 Authorizing Continuation of
Certain Customer Practices) (Docket No. 09).  In
addition, certain McGuireWoods attorneys or employees
may have relatives employed by the Debtors or formerly
employed by the Debtors.

(c)  Neither McGuireWoods nor any attorney at the
Firm is or was, within two years before the Petition
Date, a director, officer or employee of the Debtors.

(d)  McGuireWoods does not have an interest
materially adverse to the interests of the estates or
of any class of creditors or equity security holders by
reason of any direct or indirect relationship to,
connection with, or interest in the Debtors, or for any
other reason.

## PROFESSIONAL COMPENSATION

15.  In connection with the Engagement, McGuireWoods

currently holds a retainer in the approximate amount of

$370,000 (the "Retainer") for professional services

rendered and costs and expenses incurred by McGuireWoods on

behalf of the Debtors.  Pursuant to Engagement, the

Retainer shall serve as security for the payment of all

unpaid prepetition and postpetition fees and expenses owed

to McGuireWoods by the Debtors.  The Debtors and

McGuireWoods contemplate that the Retainer will be held by

McGuireWoods and applied first towards any outstanding

prepetition fees and expenses owed to McGuireWoods by the

Debtors and then towards McGuireWoods' final billing in

connection with the Engagement and against any outstanding fees and expenses billed prior thereto.

16.  According to McGuireWoods' books and records, for the period of January 1, 2008 through November 9, 2008, McGuireWoods received prepetition payments from the Debtors totaling $1,654,105.27.  McGuireWoods' books and records further reflect that for the period of August 11, 2008 through November 9, 2008, McGuireWoods received prepetition payments from the Debtors totaling $843,375.74, approximately $370,000 of which is being held as a retainer for the Engagement.

17.  McGuireWoods will provide the Debtors with monthly statements for services rendered and costs and expenses incurred.  During the course of the reorganization cases, the issuance of monthly statements shall constitute a request for an interim payment in accordance with the relief being requested in the Debtors' Motion for Administrative Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.  For professional services, McGuireWoods' fees are based on its standard hourly rates which are periodically adjusted. McGuireWoods' current hourly rates range for the Engagement

from $475 to $715 for partners, $375 to $450 for counsels, $295 to $450 for associates and $150 to $255 for legal assistants and support staff.  The hourly rates set forth above are subject to periodic increases in the normal course of the Firm's business, often due to the increased experience of a particular professional.

18.  McGuireWoods intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of costs and expenses incurred in these chapter 11 cases in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and other applicable orders of this Court.  McGuireWoods will seek compensation for the services of each attorney and paraprofessional acting on behalf of the Debtors in these cases at the then-current standard rate charged for such services on a non-bankruptcy matter.

19.  The hourly rates set forth above are the Firm's standard hourly rates for work of this nature.  Consistent with the Firm's policy with respect to its other clients, McGuireWoods will charge the Debtors for services provided and for costs and expenses incurred in the performance of the Firm's services.  It is McGuireWoods' policy in all

areas of practice to charge the client for most expenses incurred in connection with the client's case.  The expenses routinely charged to the Firm's clients include, but are not limited to photocopies, travel expenses (including mileage, parking, airfare, lodging, meals and ground transportation), long distance telephone calls, delivery and courier services, express mail, air courier services, computerized legal research tools such as LEXIS, WESTLAW and PACER, court costs and filing fees, court reporters, hearing transcripts, expert witness fees, certain secretarial and other overtime expenses, certain transportation expenses, and certain expenses for business meals.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

20.  McGuireWoods has agreed to accept as compensation such sums as may be allowed by the Court on the basis of the professional time spent, the rates charged for such services, the necessity of such services to the administration of the estates, the reasonableness of the time within which the services were performed in relation to the results achieved, and the complexity, importance,

and nature of the problems, issues or tasks addressed in these cases.

21.   Other than as set forth above and in the Hayes Declaration, no arrangement is proposed between the Debtors and McGuireWoods for compensation to be paid in these cases and no agreement or understanding exists between McGuireWoods and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

## WAIVER OF WRITTEN MEMORANDUM OF LAW

22.   Pursuant to the Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Application, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR REQUEST

23.   No previous request for the relief sought herein has been made to this Court in these bankruptcy cases.

**WHEREFORE**, the Debtors respectfully request that this Court enter an order substantially in the form attached hereto as Exhibit A, (i) authorizing the Debtors' retention of McGuireWoods upon the terms outlined in this Application;

and (ii) granting such other and further relief as is just

and proper.


Dated:  November 18, 2008   Respectfully submitted,
Richmond, Virginia          CIRCUIT CITY STORES, INC.

                            _/s/ Bruce H. Besanko_____
                            Bruce H. Besanko

                            Executive Vice
                            President and Chief
                            Financial Officer

Dated: November 18, 2008    SKADDEN, ARPS, SLATE, MEAGHER &
        Richmond, Virginia    FLOM, LLP
    Gregg M. Galardi, Esq.
    Ian S. Fredericks, Esq.
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    (302) 651-3000

        - and -

    SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM, LLP
    Chris L. Dickerson, Esq.
    333 West Wacker Drive
    Chicago, Illinois 60606
    (312) 407-0700

        - and -

    MCGUIREWOODS LLP


    /s/ Dion W. Hayes_____
    Dion W. Hayes (VSB No. 34304)
    Douglas M. Foley (VSB No. 34364)
    One James Center
    901 E. Cary Street
    Richmond, Virginia 23219
    (804) 775-1000

    Proposed Counsel for Debtors and
    Debtors in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

                - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession


                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION
- - - - - - - - - - - - - - x
                                 :
In re:                           :   Chapter 11
                                 :
CIRCUIT CITY STORES, INC.,       :   Case No. 08-35653(KRH)
et al.,                          :
                                 :
                Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x


        ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 329
        AUTHORIZING THE EMPLOYMENT AND RETENTION OF
        MCGUIREWOODS LLP AS ATTORNEYS FOR THE DEBTORS

        Upon the application (the "Application")[1] of the debtors

and debtors-in-possession in the above-captioned cases

_____
[1] Capitalized terms used but not defined herein shall have the meanings
ascribed to such terms in the Application.

(collectively, the "Debtors"),[2] for the entry of an order,

pursuant to 11 U.S.C. §§ 327(a) and 329, authorizing each of

the Debtors to employ and retain the law firm of

McGuireWoods LLP ("McGuireWoods") under a general retainer

as their attorneys; and upon the Declaration of Dion W.

Hayes (the "Hayes Declaration"), a partner of the firm of

McGuireWoods LLP and the Declaration of Bruce H. Besanko in

Support of Chapter 11 Petitions and First Day Orders; and

the Court being satisfied with the representations made in

the Application and the Hayes Declaration that said

attorneys represent no interest adverse to any of the

Debtors' estates, that they are disinterested persons as

that term is defined under section 101(14) of the Bankruptcy

Code, as modified by section 1107(b) of the Bankruptcy Code,

and that their employment is necessary and would be in the

best interests of each of the Debtors' estates; and it

appearing that proper and adequate notice has been given and

---

[2]   The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031.  For all other Debtors, the address is 9950
Mayland Drive, Richmond, Virginia 23233.

that no other or further notice is necessary; and upon the
record herein; and after due deliberation thereon; and good
and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.    The Application is GRANTED.

2.    Pursuant to sections 327(a) and 329 of the
Bankruptcy Code, each of the Debtors, as a debtor-in-
possession, is authorized to employ and retain McGuireWoods
as its attorneys effective as of the Petition Date to
perform the services as set forth in the Application.

3.    McGuireWoods shall be compensated in accordance
with the procedures set forth in sections 330 and 331 of the
Bankruptcy Code and such Bankruptcy Rules and Local Rules as
may then be applicable, from time to time, and such
procedures as may be fixed by order of this Court.

4.    McGuireWoods is authorized, but not directed, to
apply the Retainer to pay any fees, costs and expenses
relating to services rendered to the Debtors prior to the
Petition Date that remain unpaid as of such date and shall
hold the remaining portion of the Retainer for application
to fees, costs and expenses relating to services rendered
subsequent to the Petition Date as may be further ordered by
the Court, in accordance with the Application.

Dated:      Richmond, Virginia
            December ____, 2008

                            _____
                            HONORABLE KEVIN R. HUENNEKENS
                            UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

_/s/ Dion W. Hayes_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel to the Debtors
and Debtors in Possession


### LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify
that the foregoing proposed order has been endorsed by or served
upon all necessary parties.


                        _/s/ Dion W. Hayes_____
                        Dion W. Hayes

## EXHIBIT B

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession


          IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                   RICHMOND DIVISION
- - - - - - - - - - - - - - x
                             :
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653(KRH)
et al.,[1]                   :
                             :
          Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - x

_____

[1]  The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031.  For all other Debtors, the address is 9950
Mayland Drive, Richmond, Virginia 23233.

1

**DECLARATION OF DION W. HAYES PURSUANT TO
BANKRUPTCY RULES 2014 AND 2016 IN SUPPORT
OF APPLICATION TO EMPLOY AND RETAIN
McGUIREWOODS LLP AS ATTORNEYS FOR THE
DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a) AND 329**

I, DION W. HAYES, declare that:

1.    I am a partner of the firm of McGuireWoods LLP,
which maintains an office for the practice of law at One
James Center, 901 East Cary Street, Richmond, Virginia
23219-4030, among others.  I am a member in good standing
of the bars of, and I am admitted to practice in, the
Commonwealth of Virginia, the States of Maryland and New
York, and the District of Columbia.  I submit this
declaration pursuant to 11 U.S.C. §§ 327 and 329 and Fed.
R. Bankr. P. 2014 and 2016 in support of the Application to
Employ and Retain McGuireWoods LLP as Attorneys for the
Debtors Pursuant to 11 U.S.C. §§ 327(a) and 329 (the
"Application"),[2] filed contemporaneously herewith by the
Debtors.  Except as otherwise indicated, I have personal
knowledge of the matters set forth herein and if called as
a witness, would testify competently thereto.  However,
certain of the disclosures herein relate to matters within
the knowledge of other attorneys or personnel at

---

[2]  Capitalized terms used but not defined herein shall have the meanings
ascribed to such terms in the Application.

McGuireWoods and are based on information provided by them.

## QUALIFICATION OF PROFESSIONALS

2.   Since the late 1970s, the Debtors have employed
McGuireWoods with respect to many legal matters.  During
the approximately thirty years McGuireWoods has represented
the Debtors and provided legal services to the Debtors,
McGuireWoods has acquired substantial knowledge and
familiarity with the Debtors' businesses and financial
affairs  McGuireWoods has represented the Debtors in nearly
all areas including, without limitation, corporate
services, securities regulation, real estate, litigation,
employee benefits and executive compensation, tax,
antitrust, bankruptcy and creditors' rights, intellectual
property and financial services.

3.   During the fall of 2008, the Debtors engaged
McGuireWoods as restructuring co-counsel and sought
McGuireWoods' services with respect to, among other things,
the Debtors' financial restructuring efforts and the
preparation for the potential commencement and prosecution
of Debtors' chapter 11 cases (the "Engagement")

4.   McGuireWoods has assembled a highly qualified
team of attorneys to service the Debtors during their
reorganization efforts.  Additional lawyers, including

3

those in other practice areas, will be added to
McGuireWoods' representation of the Debtors in these
chapter 11 cases as appropriate.

5.    As a result of McGuireWoods' prior and current
representation of the Debtors, McGuireWoods has become
intimately familiar with the Debtors' business, legal and
financial affairs.  In addition, McGuireWoods practices
regularly before the Bankruptcy Courts in the Eastern
District of Virginia, especially as debtor's counsel or
debtor's co-counsel in large chapter 11 bankruptcy cases
such as In re Best Products Co., Inc. (Case No. 96-35267
(DOT)), In re Heilig Meyers Co. (Case No. 00-34533 (DOT)),
In re AMF Bowling Worldwide, Inc. (Case No. 01-61119
(DHA)), In re Motient Corp. (Case No. 02-80125 (RGM)), In
re US Airways Group, Inc. (Case No. 02-839484 (SSM)), and
In re US Airways, Inc.(Case No. 04-13819 (SSM)).
Additionally, the Debtors have selected McGuireWoods as
their attorneys because of the Firm's experience and
knowledge in the field of debtors' and creditors' rights
generally.  Accordingly, McGuireWoods is extremely well-
suited to help guide the Debtors through the chapter 11
process before this Court.

## SERVICES TO BE RENDERED

6.   The Debtors have requested that McGuireWoods render the following services, among others, to the Debtors in connection with these cases:

(a)  advising the Debtors with respect to their powers and duties as Debtors and debtors-in-possession in the continued management and operation of their business and properties;

(b)  advising and consulting on the conduct of the Debtors' bankruptcy cases, including all of the legal and administrative requirements of operating in chapter 11;

(c)  attending meetings and negotiating with representatives of creditors,  Debtors' employees and other parties in interest;

(d)  advising the Debtors in connection with any contemplated sales of assets or business combinations, including the negotiation of asset, stock purchase, merger or joint venture agreements, formulating and implementing bidding procedures, evaluating competing offers, drafting appropriate corporate documents with respect to the proposed sales, and counseling the Debtors in connection with the closing of such sales;

(e)  advising the Debtors in connection with postpetition financing and cash collateral arrangements and negotiating and drafting documents relating thereto, providing advice and counsel with respect to prepetition financing arrangements, and providing advice to the Debtors in connection with the emergence financing and capital structure, and negotiating and drafting documents relating thereto;

(f)  advising the Debtors on matters relating to the evaluation of the assumption, rejection or assignment of unexpired leases and executory contracts;

(g)   providing advice to the Debtors with respect
to legal issues arising in or relating to the Debtors'
ordinary course of business including attendance at
senior management meetings, meetings with the Debtors'
financial and turnaround advisors and meetings of the
board of directors, and advice on employee, workers'
compensation, employee benefits, executive
compensation, tax, environmental, banking, insurance,
securities, corporate, business operation, contracts,
joint ventures, real property and press/public affairs
and regulatory matters;

(h)   taking necessary action to protect and
preserve the Debtors' estates, including the
prosecution of actions and proceedings on their behalf,
the defense of any actions and proceedings commenced
against those estates, negotiations concerning all
litigation in which the Debtors may be involved and
objections to claims filed against the Debtors'
estates;

(i)   preparing on behalf of the Debtors motions,
applications, answers, orders, reports and papers
necessary to the administration of the Debtors'
estates;

(j)   negotiating and preparing on the Debtors'
behalf plan(s) of reorganization, disclosure
statement(s) and all related agreements and/or
documents and taking any necessary action on behalf of
the Debtors to obtain confirmation of such plan(s);

(k)   attending meetings with third parties and
participating in negotiations with respect to the above
matters;

(l)   appearing before this Court, other courts,
and the Office of the U.S. Trustee;

(m)   meeting and coordinating with other counsel
and other professionals retained on behalf of the
Debtors and approved by this Court; and

(n)  performing all other necessary legal services
and providing all other necessary legal advice to the
Debtors in connection with these chapter 11 cases.

7.    Subject to this Court's approval of the

Application, McGuireWoods is willing to serve as the

Debtors' counsel and to perform the services described

above, and any other services as requested by the Debtors.

## DISINTERESTEDNESS OF McGUIREWOODS

8.    Except as otherwise set forth herein,

McGuireWoods (a) does not have any connection with the

Debtors or their affiliates, their creditors, the U.S.

Trustee or any person employed in the Office of the U.S.

Trustee, or any other party in interest, or their

respective attorneys and accountants, (b) is a

"disinterested person," as that term is defined in section

101(14) of the Bankruptcy Code, and (c) does not hold or

represent any interest adverse to the estates.

9.    McGuireWoods has represented, currently

represents and in the future likely will represent certain

creditors of the Debtors and other parties in interest in

matters unrelated to either the Debtors, the Debtors'

reorganization cases, or such entities' claims against or

interest in the Debtors.  McGuireWoods has searched its

computer database of current and previous clients with

7

respect to all parties listed in <u>Exhibit 1</u> attached hereto,
a list of potential "parties in interest" prepared by the
Debtors.  Of the entities listed in <u>Exhibit 1</u>, McGuireWoods
currently represents or has in the past represented the
following entities in matters unrelated to the Debtors:

(a) <u>Debtors</u>:  Circuit City Stores, Inc. and its
subsidiaries and affiliates;

(b) <u>Non-Debtor Affiliates</u>:  InterTAN Canada, Ltd.;

(c) <u>Directors and Officers</u>:  Phillip J. Dunn, Allen B.
King;

(d) <u>Secured Lenders</u>:  Bank of America, N.A., Fifth
Third Bank, General Electric Capital Corporation,
GMAC Commercial Finance LLC, JP Morgan Chase Bank,
N.A., PNC Bank, N.A., SunTrust Bank, Textron
Financial Corporation, Wachovia Capital Finance
Corporation;

(e) <u>Significant Merchandise Creditors</u>:  Eastman Kodak
Co., Electronic Arts, Hewlett-Packard US
Operations, Lexmark International Inc., Microsoft
Corp., Onkyo USA Corp., Samsung Electronics Amer.
Inc., Olympus Corporation, Sharp Electronics Inc.,
Sony Electronics, Inc.;

(f) <u>Significant Vendors</u>:  Aetna Life Insurance
Company, American Express Travel Related Services
Co., American Systems Corp., Corporate Express,
Empire Blue Cross Blue Shield, Kaiser Permanente,
Samsung Electronics America;

(g) <u>Consignment Vendors</u>:  INTUIT Inc.;

(h) <u>Insurance Carriers</u>:  American Home Assurance
Company, Chubb(Federal Insurance Company),
Continental Casualty Company, Essex Insurance Co.,
Fireman's Fund Insurance Company, Great American
Insurance Company;

(i)   <u>Credit Card Companies and Processors</u>:  American Express;

(j)   <u>Utilities</u>:  Alliant Energy, Alltel, AT&T, Avaya, BGE – Baltimore Gas & Electric, Central Maine Power (CMP), Charter Communications, Cincinnati Bell, Citizens Gas & Coke Utility, City of Ashville, NC, City of Austin, TX, City of Boca Raton, FL, City of Charlottesville, VA, City of Colonial Heights, VA, City of Countryside, IL, City of Decatur, IL, City of East Point, GA, City of Falls Church, VA, City of Fredericksburg, VA, City of Gastonia, NC, City of Harrisonburg, VA, City of Hickory, NC, City of Joliet, IL, City of Jacksonville, NC, City of Long Beach, CA, City of Martinsville, VA, City of Oklahoma City, OK, City of Pasadena, CA, City of Pittsburg, CA, City of Portland, OR, City of Richmond, VA, City of San Diego, CA, City of San Luis Obispo, CA, City of Santa Barbara, CA, City of Wilmington, NC, Cleco Power LLC, Comcast, Connecticut Natural Gas Corp (CNG), DTE Energy/2859/67-069a, Duquesne Light Company, Fairpoint Communications, Intercall, Jacksonville Electric Authority, Madison Gas and Electric – WI, MCI, MidAmerican Energy Company, Nextel Communications, North Shore Gas, Orange and Rockland Utilities (O&R), Peoples Energy/Peoples Gas, PEPCO (Potomac Electric Power Company), PSCSA – Prince William County Services, Qwest, Research in Motion, Roanoke Gas Company, Sprint, Sumter Electric Cooperative, Inc., FL, Tri-County Electric Cooperative/TX, Verizon Wireless, Village of Algonquin, IL, Village of Bedford Park, IL, Virginia Natural Gas, Washington Gas, Wisconsin Public Service Corp.;

(k)   <u>Significant Real Property Leases</u>:  Cardinal Capital Partners, Developers Diversified Realty Corp., Kimco Realty Corp., Simon Property Group, Weingarten Realty Investors, Wilmington Trust Co.;

(l)   <u>Rejected Real Property Leases (Landlord)</u>: Developers Diversified Realty Corp., Stop & Shop Supermarket Company LLC;

(m)  <u>Other Real Property Leases (Landlords)</u>:  AMB Property, L.P., American National Bank & Trust Co. of Chicago, American National Insurance Company, Arundel Mills Marketplace Limited Partnership, Boulevard Associates, Centro Watt, Concord Mills Limited Partnership, Developers Diversified Realty Corp., Dicker-Warmington Properties, Federal Realty Investment Trust, Home Depot U.S.A., Inc., Irvine Company LLC, Kimco Realty Corp., National Retail Properties, Inc., Pan Am Equities, Inc., Potomac Run, LLC, Prudential Insurance Company of America, Regency Centers, LP, Rio Associates L.P., Safeway Inc., Short Pump Town Center LLC, Simon Debartolo Group, L.P., Simon Property Group, L.P., Stop & Shop Supermarket Company LLC, Target Corporation, Target Stores, The Home Depot, Inc., The Macerich Company, Washington RE Investment Trust, Weingarten Realty Investors, Welsh Companies, Inc., Wilmington Trust Company;

(n)  <u>Rejected Subleases (Tenants)</u>:  Dick's Sporting Goods, Inc., Dollar Tree Stores, Inc., Food Lion LLC, Toys R Us, Inc.;

(o)  <u>Other Subleases (Tenants)</u>:  Adams Outdoor Advertising; Advance Auto Parts, Borders, Inc., CEC Entertainment Inc., Dollar General Corp., Dollar Tree Stores, Inc., Edwin Watts Golf Shop, JP Morgan Chase Bank, Tire Kingdom, Inc., Trader Joes East, Inc.;

(p)  <u>Significant Personal Property Leases</u>:  IBM, Hewlett Packard Company;

(q)  <u>Professionals</u>:  Kirkland & Ellis, LLP, Skadden, Arps, Slate, Meagher & Flom, LLP;

(r)  <u>Liquidators</u>:  Great American Group;

(s)  <u>Litigation Parties</u>:  Visa;

(t)  <u>Banks</u>:  Bank of America, Fifth Third Bank, Fifth Third Securities, Inc., Lehman Brothers, SunTrust, UBS Financial Services, Inc., Wachovia Bank & Securities, Wells Fargo.

10.   No single client referenced in this Declaration accounted for more than approximately 2% of McGuireWoods' revenue during 2007.

11.   In addition, McGuireWoods may currently represent, has in the past represented, or in the future may represent certain affiliates of the entities listed on Exhibit 1.

12.   Many of the Firm's representations of the above entities consist of representations in episodic transactional or litigation matters.  McGuireWoods' current or past representation of the above entities will not affect the Firm's representation of the Debtors in these bankruptcy cases.  McGuireWoods has not represented in the past, does not presently represent, and will not during the pendency of these bankruptcy cases represent any of the above entities, or any of their known affiliates or subsidiaries, in matters adverse to and/or related to the Debtors or these Chapter 11 cases.

13.   In addition to the foregoing, McGuireWoods employs over 900 attorneys, has a large and diversified law practice with a client roll with thousands of names that encompass the representation of many financial institutions and commercial corporations, some of which are or may

11

consider themselves to be creditors, equity security
holders, or parties in interest in these cases or otherwise
have interests in these cases.  McGuireWoods will not
represent any other client in matters related in any manner
to the Debtors during the pendency of these cases.
McGuireWoods will periodically review its files during the
pendency of these cases to ensure that no conflicts or
other disqualifying circumstances exist or arise.  If any
new relevant facts or relationships are discovered or
arise, McGuireWoods will use reasonable efforts to identify
such further developments and promptly will file a
supplemental statement pursuant to Bankruptcy Rule 2014(a).

14.  In the unlikely event any matters were, in the
future, to give rise to potential conflict with respect to
matters that otherwise would have been handled by
McGuireWoods, other counsel for the Debtors may be
available to handle such matters and McGuireWoods will not
be involved.

15.  Neither McGuireWoods nor any attorney or employee
at the Firm holds or represents an interest adverse to the
estates.

16.  Neither McGuireWoods nor any attorney or employee
at the Firm is or was a creditor, an equity holder, or an

12

insider of the Debtors, except that McGuireWoods previously
rendered legal services to the Debtors for which it was
compensated, and certain McGuireWoods attorneys or
employees may own the Debtors' common stock either directly
or indirectly or in managed accounts over which they have
no control over investment decisions pertaining to holdings
in such accounts.  In addition, certain McGuireWoods
attorneys or employees may be participants in the Customer
Satisfaction Programs and/or Circuit City Rewards Program,
have Customer Claims, and/or other participate in customer
practices and programs of the Debtors (as further described
in the Debtors' Motion for Order Pursuant to Bankruptcy
Code Sections 105(a), 363, 506, 507(a)(7), 553, 1107(a) and
1108 and Bankruptcy Rule 6003 Authorizing Continuation of
Certain Customer Practices) (Docket No. 9)).  In addition,
certain McGuireWoods attorneys or employees may have
relatives employed by the Debtors or formerly employed by
the Debtors.

17.  Neither McGuireWoods nor any attorney or employee
at the Firm is or was, within two years before the Petition
Date, a director, officer or employee of the Debtors.

18.  McGuireWoods does not have an interest materially
adverse to the interests of the estates or of any class of

13

creditors or equity security holders by reason of any
direct or indirect relationship to, connection with, or for
any other reason.

19.  In view of the foregoing, McGuireWoods is a
"disinterested person" within the meaning of section
101(14) of the Bankruptcy Code.

## PROFESSIONAL COMPENSATION

20.  In connection with the Engagement, McGuireWoods
currently holds a retainer in the approximate amount of
$370,000 (the "Retainer") for professional services to be
rendered and costs and expenses incurred by McGuireWoods on
behalf of the Debtors.  Pursuant to the terms of the
Engagement, the Retainer shall serve as security for the
payment of all unpaid prepetition and postpetition fees and
expenses owed to McGuireWoods by the Debtors.  The Retainer
will be held by McGuireWoods and applied first towards any
outstanding prepetition fees and expenses owed to
McGuireWoods by the Debtors and then towards McGuireWoods'
final billing in connection with the New Engagement and
against any outstanding fees and expenses billed prior
thereto.

21.  According to McGuireWoods' books and records, for
the period of January 1, 2008 through November 9, 2008,

McGuireWoods received payments from the Debtors totaling approximately $1,654,105.27.  McGuireWoods' books and records further reflect that for the period of August 11, 2008 through November 9, 2008, McGuireWoods received payments from the Debtors totaling approximately $843,375.74, approximately $370,000 of which is being held as a retainer for the Engagement.

22.  McGuireWoods will provide the Debtors with monthly statements for services rendered and costs and expenses incurred.  During the course of the reorganization cases, the issuance of monthly statements shall constitute a request for an interim payment.  For professional services, McGuireWoods' fees are based on its standard hourly rates which are periodically adjusted. McGuireWoods' current hourly rates for the Engagement range from $475 to $715 for partners, $375 to $450 for counsels, $295 to $450 for associates and $150 to $255 for legal assistants and support staff.  The hourly rates set forth above are subject to periodic increases in the normal course of the Firm's business, often due to the increased experience of a particular professional.

23.  McGuireWoods intends to apply to the Court for allowance of compensation for professional services

rendered and reimbursement of costs and expenses incurred in these chapter 11 cases in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the orders of this Court. McGuireWoods will seek compensation for the services of each attorney and paraprofessional acting on behalf of the Debtors in these cases at the then-current standard rate charged for such services on a non-bankruptcy matter.

24. The hourly rates set forth above are the Firm's standard hourly rates for work of this nature. McGuireWoods will continue to charge the Debtor for certain other services provided and for other costs and expenses incurred in the rendition of services. It is McGuireWoods' policy in all areas of practice to charge the client for most expenses incurred in connection with the client's case. The expenses routinely charged to the Firm's clients include, but are not limited to, photocopies, travel expenses (including mileage, parking, airfare, lodging, meals and ground transportation), long distance telephone calls, delivery and courier services, express mail, air courier services, computerized legal research tools such as LEXIS, WESTLAW and PACER, court costs and filing fees, court reporters, hearing transcripts, expert witness fees,

certain secretarial and other overtime expenses, certain transportation expenses, and certain expenses for business meals.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to its other clients.

25.  McGuireWoods has agreed to accept as compensation such sums as may be allowed by the Court on the basis of the professional time spent, the rates charged for such services, the necessity of such services to the administration of the estates, the reasonableness of the time within which the services were performed in relation to the results achieved, and the complexity, importance, and nature of the problems, issues or tasks addressed in these cases.

26.  Other than as set forth above, no arrangement is proposed between the Debtors and McGuireWoods for compensation to be paid in these cases.

27.  McGuireWoods has no agreement with any other entity to share any compensation received, nor will any be made, except as permitted under section 504(b)(1) of the Bankruptcy Code.

28.  I am not related, and to the best of my knowledge, no attorney at the Firm is related, to any

United States District Judge or United States Bankruptcy
Judge in the Eastern District of Virginia or to the United
States Trustee for such district or any employee in the
office thereof.

29.   McGuireWoods has instituted and is carrying on
further inquiries of its attorneys with respect to the
matters contained herein, including the circulation of an
electronic new matter notification and conflicts check to
each of the approximately 900 attorneys in all of the
Firm's domestic and international offices.  McGuireWoods
will file supplemental declarations regarding this
retention if any additional relevant information comes to
its attention.  Additionally, as a matter of retention and
disclosure policy, McGuireWoods will periodically review
its past and present relationships with entities materially
participating in these bankruptcy cases from time to time
and will file a supplemental disclosure, if warranted,
approximately every 120 days at the time that professional
interim fee applications are filed.

I declare under penalty of perjury under the laws of
the United States of America that the foregoing is true and
correct to the best of my knowledge, information, and
belief.

18

Executed on November 18, 2008 in Richmond, Virginia.

_Dion H. Hayes_____
Dion W. Hayes
Partner, McGuireWoods LLP

## EXHIBIT 1

\\6671547_13

**Debtors**

Abbott Advertising Agency, Inc.
CC Aviation, LLC
CC Distribution Company of Virginia, Inc.
Circuit City Properties, LLC
Circuit City Purchasing Company, LLC
Circuit City Stores PR, LLC
Circuit City Stores West Coast, Inc.
Circuit City Stores, Inc.
Courcheval, LLC
Digital Video Express, LP
InterTAN, Inc.
Kinzer Technology, LLC
Mayland MN, LLC
Northern National Insurance, Ltd
Orbyx Electronics, LLC
Patapsco Designs, Inc.
Prahs, Inc.
Sky Venture Corporation
Tourmalet Corp.
Ventoux International, Inc.
XS Stuff, LLC

**Non-Debtor Affiliates**

587255 Ontario Ltd.
American Computer Development Inc.
Asian Sourcing & Procurement Services Co. Ltd.
Cicuit City Global Sourcing Limited
Early Adopter Fund, LLC
InterTAN Canada, Ltd
InterTAN France SNC
InterTAN Ontario Ltd.
PlumChoice, Inc.
Sixth Street Marketplace, LP
St. Tammany Oaks Subdivision Association LLC
Theater Xtreme Entertainment Group, Inc.

**Directors and Officers**

Appleby Corporate Services, Ltd.
Lisa Baldyga
Henry P. Barretta
Bruce H. Besanko
Alan Bossin
Brian S. Bradley
Kelly E. Breitenbecher
Ronald M. Brill
Carolyn H. Byrd
Consec Services Limited (HK)
Ron Cuthbertson
Ean Daoust
Philip J. Dunn
Ursula O. Fairbairn
Timothy C. Faries
Barbara S. Feigin
Michael E. Foss
Jacqueline Grove
James F. Hardymon
John T. Harlow
Reginald D. Hedgebeth
Lyle G. Heidemann
Eric A. Jonas, Jr.
Alan Kane
John J. Kelly
Allen B. King
Don R. Kornstein
Jeric Ma
James A. Marcum
Jeffrey A McDonald
Michelle Mosier
John Mulleady
John A. Oakey, III
Linda M. Owen
Steven P. Pappas
Danny W. Ramsey
Mikael Salovaara
Philip J. Schoonover
Marlies A. Smith
J. Patrick Spainhour
Richard D. Spurling
Jeffrey S. Stone
Gerald L. Swider
Ronald L. Turner
Elliott Wahle
Mark J. Wong
Carolyn Y. Woo

**Secured Lenders**

Bank of America, N.A.
Burdale Finance Ltd.
Capital One Leverage Finance Corp.
Fifth Third Bank
General Electric Capital Corporation
GMAC Commercial Finance LLC
JPMorgan Chase Bank, N.A.
National City Business Credit, Inc.
PNC Bank, N.A.
SunTrust Bank
Textron Financial Corporation
UBS Loan Finance LLC
UPS Capital Corporation
Wachovia Capital Finance Corporation
Webster (Webster Bank/Webster Financial Corporation)
Wells Fargo Retail Finance, LLC

## Significant Merchandise Creditors

Alliance Entertainment
Audiovox
Belkin Logistics Inc
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Co
Electronic Arts
Epson America Inc
Fox Home Entertainment
Fuji Photo Film Usa
Garmin International Inc
Hewlett-Packard  US Operations
Hisense Usa Corporation
Kingston Technologies
Klipsch Audio Technologies LLC
Lenovo, Inc.
Lexmark International Inc
Linksys
Logitech Inc
Microsoft Corp
Microsoft Xbox
Mitsubishi Digital Electronics
Monster Cable Products
Nikon Inc
Olympus Corporation
Omnimount Systems Inc
Oncorp US, Inc
Onkyo USA Corp
Panasonic Company Nationalacct
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc
Samsung Electronics Amer Inc.
Samsung Opto Electronics Inc
Sandisk Corporation
Sharp Electronics Corp
Sony Computer Entertainment
Sony Electronics Inc
Stillwater Designs Inc
THQ Inc
Tomtom Inc
Toshiba America Consumer Produ
Toshiba Computer Systems Div
Universal Distribution Records
Vizio
Warner Home Video
Western Digital Technologies
Zenith Electronics Corp

**Significant Vendors**

Aetna Life Insurance Company
Alpha Security Products
American Express Travel Related Services Co
American Express Trust Co
American Systems Corp
Andrews Electronics Inc.
Bailiwick Data Systems Inc
CDW Direct LLC
Clay Inc, Bruce
Clickit Inc
Cormark Inc
Corporate Express
Corporate Facilities Group
Cosco
DC Power Solutions
Eastern Security Corp
Eleets Logistics
Empire Blue Cross Blue Shield
Ereplacements LLC
Fire Materials Group LLC
Gorilla Nation Media
Graphic Communications
Hewitt Associates LLC
Illinois Wholesale Cash Register
Innerworkings LLC
J&F Mfg Inc
JLG Industries Inc
Kaiser Permanente
Medco
Mid-Atlantic Vision Service Plan, Inc.
Nextag
NFL Enterprises LLC
North American Roofing Sys Inc
Northern Wire Productions
Orbis Corporation
Pricegrabber Com LLC
PTR Compactor & Baler Co
Quebecor World KRI
Retail Maintenance Services LLC
Samsung Electronics America
Shopping.Com Inc
Shopzilla Inc
Sony
Specialty Risk Services
Specificmedia Inc
Standard Electric
Streater Inc
Swiff Train Company
Trane
Tremor Media
Universal Fixtures & Display

US Signs
USIS Commercial Services Inc
Vance Baldwin
Vanguard Products Group Inc
Vector Security
Virginia Electronic Components
Wayne Dalton Corp
Weather Channel Interactive, The

**Consignment Vendors**

ValuSoft (THQ, Inc.)

foneGear

INTUIT Inc.

Pinnacle Systems, Inc. (Avid Tech, Inc.)

Memorex Products, Inc.

Panasonic Consumer Electronics Company

Navarre Corporation

**5% or Greater Shareholders**

J Richard Atwood
Classic Fund Management Aktiengesellschaft
First Pacific Advisors LLC
HBK Investments LP
HBK Management LLC
HBK Master Fund
HBK Master Fund LP
HBK Partners II LP
HBK Services LLC
Robert L Rodriguez
Mark J Wattles

## Insurance Carriers

American Empire Excess & Surplus Lines
American Home Assurance Company
Arch Insurance Group
Axis Reinsurance Company
Axis Surplus Insurance Company
Beecher Carlson Insurance Services
Chubb (Federal Insurance Co)
CNA Global Specialty Lines
Continental Casualty Company
Essex Insurance Co
Executive Risk Indemnity Inc
Fireman's Fund Insurance Company
Glacier Re
Global Aerospace, Inc.
Global Excess Partners
Great American Assurance Company
Great American Insurance Company
Industrial Risk Insurers
Integon Specialty Insurance Co
Lancashire Insurance Co (UK) Ltd
Landmark American Insurance Co
Lexington Insurance Company
Liberty Mutual Fire Insurance Company
Lloyds of London
Marsh USA, Inc.
National Liability & Fire Insurance Company
National Union Fire Insurance Company
Northern National Insurance Co
Ohio Casualty Insurance Company
Old Republic Risk Management Inc.

Princeton Excess & Surplus Lines Insurance Co
RSUI Indemnity Company
St. Paul Mercury Insurance Company
State National Ins Co
Westchester Surplus Lines Insurance Co
XL Specialty Insurance Company
Zurich American Insurance Company

**Credit Card Companies and Processors**

Chase Bank, USA, N.A.Visa
MasterCard
Discovery
American Express
IPS Card Solutions, Inc
ValueLink

**Utility Companies**

Accent Energy/CA
AEP/24002-Ohio Power
Alabama Gas Corporation (Alagasco)
Alabama Power
Alameda County Water District
Albemarle County Service Authority
Albuquerque Bernalillo County Water
Alderwood Water District
Allegheny Power - Acct Numbers1
Alliant Energy/WP&L
Alltel
Altoona City Authority
Ameren CIPS/66878
Ameren UE/66301
AmerenCILCO - 66826
AmerenIP
American Water & Energy Savers
American Water Service, Inc
Anne Arundel County Water and Wastewter
Anniston Water Works, AL
APS/Arizona Public Service
Aqua New Jersey/299
Aquarion Water Company of CT
Aquila, Inc.
Arch Wireless
Arkansas Oklahoma Gas Corp (AOG)
Arkansas Western Gas Company
Artesian Water Company, Inc.
Ashwaubenon Water & Sewer Utility
AT&T
AT&T (Ameritech)
AT&T (Bellsouth)
AT&T (Pacific Bell)
AT&T (SNET)
AT&T (Southwestern Bell)
AT&T Mobility
Athens Clarke County, GA
Athens-Clarke County Stormwater Utility
Atlantic City Electric  /4875
Atmos Energy/79073
Augusta Utilities Department
Aurora Water
Austell Natural Gas System
Autoridad de Acueductos y Alcantarillado
Autoridad de Energia Electrica
Avaya
Avista Utilities
Bangor Gas, ME
Bangor Hydro Electric Company
Bangor Water District
Bay State Gas

Bell South
Bellevue City Treasurer, WA
Belmont County Sanitary Sewer Dist, OH
Bexar County WCID #10
BGE - Baltimore Gas & Electric
Board of Public Utilities-Cheyenne, WY
Board of Water Supply/HI
Board of Water Works of Pueblo, CO
Borough of Chambersburg, PA
Braintree Electric Light Department
Braintree Water & Sewer Dept
Brazoria County MUD #6
Brick Township Municipal Utilities
Brighthouse Networks
Brownsville Public Utilities Board
Brunswick-Glynn County, GA
Bucks County Water & Sewer Authority(1)
California Water Service-Bakersfield
California-American Water Company
Canton Township Water Dept, MI
Cape Fear Public Utility Authority
Cascade Natural Gas
Center Township Water & Sewer Authority
CenterPoint Energy Services Inc
Central Georgia EMC  (elec)
Central Hudson Gas & Electric Co
Central Maine Power (CMP)
CenturyTel
Charleston Water System
Charlotte County Utilities
Charter Communications
Charter Township of Bloomfield, MI
Charter Township of Meridian, MI
Chattanooga Gas Company/11147
Chesapeake Utilities
Chesterfield County Utilities Department
Cheyenne Light, Fuel & Power
Cincinnati Bell
Citizens Gas & Coke Utility
Citrus Heights Water District
City and County of Denver, CO
City of Abilene, TX
City of Alcoa Utilities, TN
City of Alexandria, LA
City of Altamonte Springs, FL
City of Amarillo, TX
City of Ammon, ID
City of Ann Arbor Treasurer, MI
City of Ardmore, OK
City of Arlington, TX
City of Asheville, NC
City of Atlanta, GA-Dept of Watershed Mg

City of Austin, TX
City of Avondale, AZ
City of Baltimore, MD (metered water)
City of Batavia, IL
City of Beaumont, TX
City of Berwyn, IL
City of Bethlehem, PA
City of Bloomington, IL
City of Bloomington, MN
City of Boca Raton, FL
City of Boulder, CO
City of Boynton Beach, FL/Utilities Dept
City of Brea, CA
City of Bridgeport, WV
City of Brighton, MI
City of Brockton, MA
City of Brookfield, WI
City of Buford, GA
City of Burbank, CA
City of Burnsville, MN
City of Calumet City, IL
City of Cape Coral, FL
City of Carmel, IN
City of Cedar Hill, TX
City of Cedar Park, TX
City of Chandler, AZ
City of Charlottesville, VA
City of Chicago, IL- Dept. of Water
City of Clearwater, FL
City of Cocoa, FL
City of Colonial Heights, VA
City of Columbia, MO
City of Columbia, SC - Water
City of Columbus, OH (Water/Sewer)
City of Concord, NC
City of Concord, NH
City of Coon Rapids, MN
City of Coral Springs, FL
City of Corpus Christi, TX-Utility Busin
City of Countryside, IL
City of Covina, CA
City of Crystal Lake, IL
City of Cuyahoga Falls, OH
City of Dallas, TX
City of Daly City, CA
City of Danbury, CT
City of Daphne, AL
City of Daytona Beach, FL
City of Dearborn, MI
City of Decatur, IL
City of Denton, TX
City of Dover, DE

City of Durham, NC (Sewer/Water)
City of East Point, GA
City of Escondido, CA
City of Falls Church, VA
City of Fayetteville, AR
City of Florence, SC
City of Folsom,CA
City of Fort Lauderdale, FL
City of Fort Myers, FL/340
City of Fort Smith, AR
City of Fredericksburg, VA
City of Fresno, CA
City of Frisco, TX
City of Fullerton, CA
City of Garland Utility Services
City of Gastonia, NC
City of Glendale, CA - Water & Power
City of Goodyear, AZ
City of Grand Rapids, MI
City of Grandville, MI
City of Groveland, FL
City of Groveland, FL
City of Gulfport, MS
City of Harrisonburg, VA
City of Hattiesburg, MS
City of Hialeah, FL-Dept of Water & Sewe
City of Hickory, NC
City of High Point, NC
City of Houston, TX - Water/Wastewater
City of Humble, TX
City of Huntington Beach, CA
City of Hurst, TX
City of Independence, MO
City of Jacksonville, NC
City of Joliet, IL
City of Keene, NH
City of Keizer, OR
City of Killeen, TX
City of Kingsport, TN
City of La Habra, CA
City of Lafayette, IN
City of Lake Charles, LA
City of Lake Worth, TX
City of Lakewood, CA
City of Lakewood, CO
City of Laredo, TX
City of League City, TX
City of Leominster, MA
City of Lewisville, TX
City of Livermore, CA
City of Long Beach, CA
City of Longview, TX

City of Lufkin, TX
City of Lynnwood, WA
City of Madison Heights, MI
City of Mansfield, TX
City of Manteca, CA
City of Maple Grove, MN
City of Marion, IL
City of Martinsville, VA
City of McHenry, IL
City of McKinney, TX
City of Melbourne, FL
City of Merced
City of Meriden Tax Collector, CT
City of Mesa, AZ
City of Mesquite, TX
City of Midland, TX
City of Midwest City, OK
City of Millville, NJ
City of Minnetonka, MN
City of Modesto, CA
City of Monrovia, CA
City of Montebello, CA
City of Morgan Hill, CA
City of Muskegon, MI
City of Myrtle Beach, SC
City of Naperville, IL
City of Niles, OH
City of Norman, OK
City of North Canton, OH
City of Norton Shores, MI
City of Norwalk, CA
City of Novi, MI
City of OFallon, IL
City of Oklahoma City, OK
City of Olympia, WA
City of Orange, CA
City of Orem, UT
City of Oxnard, CA
City of Pasadena, CA
City of Pasadena, TX
City of Pembroke Pines, FL
City of Pensacola, FL
City of Peoria, AZ
City of Phoenix, AZ
City of Pittsburg, CA
City of Plano, TX
City of Plantation, FL
City of Pontiac, MI
City of Port Arthur, TX
City of Port Richey, FL
City of Portage, MI
City of Portland, OR

City of Portsmouth, NH
City of Raleigh, NC
City of Rancho Cucamonga, CA
City of Redding, CA
City of Richland, WA
City of Richmond, VA
City of Rochester Hills, MI
City of Rockford, IL
City of Rockwall, TX
City of Roseville, CA
City of Roseville, CA
City of Roseville, MI
City of Round Rock, TX
City of Salisbury, NC
City of San Bernardino, CA - Water
City of San Diego, CA
City of San Luis Obispo, CA
City of Santa Barbara, CA
City of Santa Maria, CA
City of Santa Monica, CA
City of Santa Rosa, CA-Water & Sewer
City of Savannah, GA
City of Sebring, FL
City of Selma, TX
City of Sherman, TX
City of Shreveport, LA-D O W A S
City of Signal Hill, CA
City of Slidell, LA
City of Somerville, MA
City of Southaven, MS
City of Southlake, TX
City of St. Cloud, MN
City of St. Peters, MO
City of Steubenville, OH
City of Sugar Land, TX
City of Summerville, Armuchee
City of Sunnyvale, CA
City of Tallahassee, FL - Util Dept/C
City of Tampa, FL
City of Taunton, MA
City of Taylor, MI
City of Temple, TX
City of Thornton, CO
City of Toledo, OH
City of Torrance, CA
City of Troy, MI
City of Tucson, AZ
City of Tukwila, WA
City of Tulsa, OK
City of Turlock, CA
City of Tuscaloosa, AL
City of Tyler, TX

City of Vero Beach, FL
City of Victorville, CA
City of Vienna, WV
City of Virginia Beach, VA
City of Waco, TX
City of Warner Robins, GA
City of Webster, TX
City of West Jordan, UT
City of West Palm Beach/Utilities
City of Westland, MI - Dept. 180701
City of Wichita Falls, TX
City of Wichita Water Department, KS
City of Wilmington, DE
City of Wilmington, NC
City of Winston-Salem, NC
City of Woodbury, MN
City of Yuma, AZ
City Utilities (Fort Wayne, IN)
City Utilities of Springfield, MO
City Water & Light (CWL)
City Water Light & Power, Springfield IL
Clackamas River Water
Clarksville Department of Electricity
Clarksville Gas & Water Department
Clearwater Enterprises, L.L.C.
Cleco Power LLC
Cleveland Utilities
Coachella Valley Water District
Cobb County Water System
College Station Utilities - TX
Colorado Springs Utilities
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Power & Water Systems (CPWS)
Columbus City Utilities
Columbus Water Works
Com Ed
Comcast
Compton Municipal Water Dept
Con Edison
Con Edison Solutions
Connecticut Light & Power/2960
Connecticut Natural Gas Corp (CNG)
Connecticut Water Company
Connexus Energy
Consolidated Communications
Consolidated Mutual Water
Consolidated Waterworks District #1
Consumers Energy
Contra Costa Water District
County of Henrico, VA
Cox Communications

CPS Energy
Cucamonga Valley Water District
Dakota Electric Association
Davidson Telecom LLC
Dayton Power & Light
Delmarva Power DE/MD/VA/17000
Delta Charter Township, MI
Denver Water
Deptford Township MUA, NJ
Direct Energy, NY/1659
Direct Energy-643249
Division of Water, City of Cleveland OH
Dixie Electric Cooperative
Dominion East Ohio/26225
Dothan Utilities
Douglasville-Douglas County GA
DTE Energy/2859/67-069a
Dublin San Ramon Services District
Duke Energy/70516
Dupage County Public Works
Duquesne Light Company
East Bay Municipal Utility Dist (EBMUD)
East Brunswick Water Utility
Eastern Municipal Water District
Easton Suburban Water Authority
Easylink Services Corporation
El Paso Electric Company
El Paso Water Utilities
El Toro Water District
Electric City Utilities/City of Anderson
Electric Power Board-Chattanooga (EPB)
Elizabethtown Gas
Elmira Water Board  NY
Elyria Public Utilities
Embarq Communications
Emerald Coast Utilities Authority
Entergy Arkansas, Inc./8101
Entergy Gulf States LA, LLC/8103
Equitable Gas Company
Erie County Water Authority
Evansville, IN Waterworks Dept
Everett Utilities
Fairfax Water - VA
Fairfield Municipal Utilities
Fairpoint Communications
Fewtek Inc
First Utility District of Knox County
Flint EMC,GA
Flint Township-Board of Public Works
Florence Water & Sewer Commission
Florida City Gas/11812
Florida Power & Light Company (FPL)

Florida Public Utilities Co, DeBary
Floyd County Water Department
Fontana Water Company
Fort Collins Utilities
Fort Worth Water Dept, TX
Frederick County Division of Utilities
Frontier
Fruitland Mutual Water Company
Gainesville Regional Utilities
Gas South
Geoff Patterson, Receiver of Taxes
Georgia Power
Golden State Water Co.
Grand Chute Utilities
Grand Traverse County Dept of Pub Works
Granite Telecommunications
Greater Augusta Utility District, ME
Greater Cincinnati Water Works
Green Bay Water Utility
Green Mountain Power (GMP)
Greene County - Department of Public Wor
Greenville Utilities Commission, NC
Greenville Water System, SC
GreyStone Power Corporation (elec)
Gulf Power
Gwinnett Co. Water Resources
Hamilton Township
Harker Heights Water Department, TX
Harpeth Valley Utilities District
Harrisonburg Electric Commission
Hawaiian Electric Co., Inc. (HECO)/3978
Hawaiian Telecom
Hayward Water System
Helix Water District
Hernando County Utilities, FL
Hicksville Water District
Highland Sewer & Water Authority
Highland Utilities Dept, IN
Highlands Ranch Metro Districts
Hillsborough County Water Resource Ser.
Holland Board of Public Works
Holland Charter Township, MI
Holyoke Gas & Electric Department
Holyoke Water Works, MA
HRUBAS-Hampton Roads Utility Billing Serv
Huntsville Utilities, AL
Idaho Power
Illinois-American Water Company
Imperial Irrigation District, CA
Indian River County Utilities, FL
Indiana-American Water Company
Indianapolis Power & Light (IPL)

Indianapolis Water Company
Insight
Intercall
Intermountain Gas Company
Intermountain Rural Electric Association
Irvine Ranch Water District
Jackson Electric Membership Corp, GA
Jackson Energy Authority
Jackson Water Collection, MI
JEA/Jacksonville Electric Authority
Jefferson County AL, Sewer Service Fund
Jefferson Parish, LA
Jersey Central Power & Light
Johnson City Power Board
Johnson City Utility System
Kansas City Power & Light Co. - KCPL
Kansas Gas Service
KCMO Water Services Department
Kentucky-American Water Company
Keynote Red Alert
Kissimmee Utility Authority
KUB-Knoxville Utilities Board
KU-Kentucky Utilities Company
Laclede Gas Company
Lafayette Utilities Systems (LUS)
Lake Apopka Natural Gas District,FL
Lake County Dept of Public Works, IL
Lakehaven Utility District
Lakeland Electric/City of Lakeland,FL
Lansing Board of Water & Light
LCEC- Lee County Electric Cooperative
Lincoln Electric System
Long Island American Water, NY
Long Island Power Authority
Los Angeles County Dept. of Public Works
Los Angeles Dept of Water & Power/30808
Loudoun Water
Louisville Water Company
Lubbock Power Light & Water
Lycoming County Water & Sewer Auth-LCWSA
Macon Water Authority
Madison Gas and Electric - WI
Madison Suburban Utility Dist
Madison Water/Sewer/Storm Utilities, WI
Manchester Water Works
Marin Municipal Water District
Martin County Utilities
Maryland-American Water Company
McAllen Public Utilities -TX
MCI
MCUCS-Manatee County Utilities Cust Serv
Medford Water Commission, OR

Memphis Light, Gas & Water Division
Merced Irrigation District
Merchantville - Pennsauken
Met-Ed/3687
Metro
Metro Technology, Inc. (AL)
Metro Water Services TN
Metropolitan St. Louis Sewer District
Miami-Dade Water and Sewer Dept
MidAmerican Energy Company
Mid-Carolina Electric Cooperative
Middle Tennessee Electric Membership/Fra
Milwaukee Water Works
Mishawaka Utilities
Mississippi Power
Missouri American Water/94551
Missouri Gas Energy (MGE)
Mobile Area Water & Sewer System-MAWSS
Modesto Irrigation District
Monroe County Water Authority
Monte Vista Water District
Montgomery Water Works
Mount Laurel Municipal Utilities
Mount Pleasant Waterworks, SC
Mountaineer Gas
Nashville Electric Service
National Fuel
National Grid - Brooklyn/020690/29212
Nevada Power Company
New Braunfels Utilities, TX
New England Gas Company
New England Water Utility Services, Inc.
New Hampshire Gas Corporation (NH Gas)
New Jersey American Water/371476
New Jersey Natural Gas Company (NJR)
New Mexico Utilities, Inc.
Newport News Waterworks
Nextel Communications
Nicor Gas Transportation/632
Nicor Gas/2020/416
NIPSCO - Northern Indiana Public Serv Co
North Attleborough Electric
North Attleborough Public Works
North Little Rock Electric
North Shore Gas
North State Communications
North Wales Water Authority
Northampton Borough Municipal Authority
Northern Utilities Natural Gas
Northern Virginia Electric Cooperative
NSTAR/4508
NW Natural

NYC Water Board
NYSEG-New York State Electric & Gas
O.C.W.S. Okaloosa County
Ocala Electric Utility,FL
Oceanic Time Warner Cable
OCWA-Onondaga County Water Authority
OG&E -Oklahoma Gas & Electric Service
Ohio Edison
Oklahoma Natural Gas Co: Oklahoma
Olivenhain Municipal Water District-OMWD
Ontario Water Works
Orange and Rockland Utilities (O&R)
Orange County Utilities
Orlando Utilities Commission
Orwell Natural Gas Company
Ozarks Electric Cooperative Corporation
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Paducah Power System
Panama City Utilities Department , FL
Parker Water & Sanitation District
Paulding County Water, GA
Pearl River Valley EPA
Peco Energy Company/37632
Pedernales Electric Cooperative, Inc.
Penelec/3687
Pennichuck Water Works, Inc.
Pennsylvania-American Water Company
Peoples Energy/Peoples Gas
PEPCO (Potomac Electric Power Company)
Philadelphia Gas Works
Piedmont Natural Gas-Nashville Gas
Pinellas County, FL-Utilities
PlazaMill Limited
PNM Electric & Gas Services
Portland General Electric (PGE)
Portland Water District - ME
PPL Utilities/Allentown/25222
Prattville Water Works Board
Progress Energy Carolinas, Inc
Progress Energy Carolinas, Inc
Providence Water
PSE&G-Public Service Elec & Gas Co
PSNC Energy (Public Service Co. of NC)
Public Service of New Hampshire
Public Works Comm. City of Fayetteville
Puerto Rico Telephone
Puget Sound Energy
PWCSA - Prince William County Services
Questar Gas
Qwest
Racine Water & Wastewater Utilities, WI

Rancho California Water District
Regional Water Authority, CT
Research In Motion
RG&E - Rochester Gas & Electric
Ritter Communications
Riverdale City Corporation
Riverside Public Utilities, CA
Roanoke Gas Company
Rocky Mount Public Utilities
Sacramento County Utilities
Sacramento Municipal Utility District
Saddleback Communications
Saint Paul Regional Water Services
Salt Lake City Corporation
San Angelo Water Utilities
San Antonio Water System
San Diego Gas & Electric
San Jose Water Company
Santa Buckley Energy
Santa Cruz Municipal Utilities
Santa Margarita Water District-SMWD
Santee Cooper
Sarasota County Environmental Services
Sawnee EMC
SCE&G-South Carolina Electric & Gas
Sebring Gas System Inc.
Second Taxing District Water Department
Semco Energy Gas Company
Sempra Energy Solutions
SFPUC-Water Department, CA
Shelby Township Dept of Public Works
Sierra Pacific Power Company-NV
Silverdale Water District # 16
Simplenet
Skytel
SMECO (Southern Maryland Electric Coop)
Snapping Shoals EMC
Snohomish County PUD
South Bend Water Works
South Central Power CO, OH
South Jersey Gas Company
South Louisiana Electric Cooperative
Southern California Edison
Southern California Gas (The Gas Co.)
Southwest Gas Corporation
Southwestern VA Gas Company
Spartanburg Water System
Spectrum Utilities Solutions
Spokane County Utilities
Spokane County Water Dist #3
Spring Hill Water Works, TN
Springfield Utility Board

Springfield Water & Sewer Commission
Sprint
SRP -Salt River Project
St. Lucie West Services District
Suburban East Salem Water District
Suburban Natural Gas
Suddenlink
Suez Energy Resources NA
Suffolk County Water Authority - NY
Summit Township Water Authority
Sumter Electric Cooperative, Inc.,FL
Surewest
Sweetwater Authority
T Mobile
Tacoma Public Utilities
Taunton Municipal Lighting Plant (TMLP)
TDS Telecom
Teco Tampa Electric Company
Tennessee-American Water Company
Terrebonne Parish Consolidated Govt.
Texas Gas Service
The Illuminating Company
The Metropolitan District CT
The Torrington Water Company
Thoroughbred Village
Toledo Edison / 3638
Tombigbee Electric Power Assoc-Tupelo
Town of Apex, NC
Town of Aurelius - Water & Sewer, NY
Town of Burlington, MA
Town of Cary, NC
Town of Collierville, TN
Town of Cortlandt, NY
Town of Danvers, MA-Electric Division
Town of Dartmouth, MA
Town of Foxborough, MA
Town of Gilbert, AZ
Town of Hanover, MA-Tax Collector
Town of Manchester, CT
Town of Natick, MA
Town of Plymouth, MA
Town of Queen Creek Water, AZ
Town of Salem, NH
Town of Schererville, IN
Town of Vestal, NY - Utility Fund
Town of Victor, NY
Town of Wallkill, NY
Township of Freehold, NJ
Township of Livingston, NJ
Township of Roxbury, NJ
Township of Wayne, NJ
TPS

Tri-County Electric Cooperative/TX
Trinsic Spectrum Business
Truckee Meadows Water Authority, NV
Trumbull County Water & Sewer Dept.
Trussville Utilities Board, AL
Tucows Com
Tucson Electric Power Company
Tupelo Water & Light Dept
Turlock Irrigation District
TXU Energy/100001
Tylex Inc./TX
UGI Energy Services, Inc.
UGI Penn Natural Gas
United Illuminating Company
United Power
United Water Idaho
United Water New Jersey/Harrington Park
United Water Pennsylvania
Unitil Concord Electric Company/2013
USA Mobility
UTE Water Conservancy District
Utilities Inc. of Louisiana
Utility Billing Services-AR
Utility Payment Processing, Baton Rouge
Valencia Water Company,CA
VCCDD Utility
Vectren Energy Delivery/North 6248
Verizon (BA)
Verizon (GTE)
Verizon Online
Verizon Wireless
Vermont Gas Systems, Inc.
Village of Algonquin, IL
Village of Arlington Heights, IL
Village of Bedford Park, IL
Village of Bloomingdale, IL
Village of Downers Grove, IL
Village of Elmwood Park, IL
Village of Gurnee, IL
Village of Matteson, IL
Village of Niles, IL
Village of Norridge, IL
Village of Nyack Water Dept., NY
Village of Schaumburg, IL
Village of Wellington, FL
Virginia Natural Gas
Vista Irrigation District
Walnut Valley Water District
Walton EMC PO Box 1347/260
Warrington Township Water & Sewer Dept.
Washington Gas/9001036
Washington Suburban Sanitary Commission

Water Gas & Light Commission
Water Revenue Bureau, PA
WaterOne
WE Energies/Wisconsin Electric/Gas
West View Water Authority
West Virginia-American Water Company
Westar Energy/KPL
Western Allegheny County MUA
Western Massachusetts Electric/2959/2962
Westminster Finance - CO
Wilkinsburg-Penn Joint Water Authority
Williston Water Department
Willmut Gas Company
Windstream
Wisconsin Public Service Corp
Withlacoochee River Electric Cooperative
Wright-Hennepin Coop Electric
Xcel Energy:Southwestern Public Service
Yankee Gas Services
Youngstown Water Dept., OH

## Significant Real Property Leases (Landlords)

Benderson Development Co
Cardinal Capital Partners
Circuit Investors #2 Ltd
Developers Diversified Realty Corp
Forest City Ratner Co
Immobilien Verwaltung Gmbh
Inland American Retail Management
Kamin Realty Co
Kimco Relaty Corp
Lucknow Associates
New Plan Excel Realty Trust
One Liberty Properties
Red Mountain Retail Group
Saunders Hotel Group
Simon Property Group
Terra Enterprises
Vornado Realty Trust
Weingarten Realty Investors
Wilmington Trust Co

## Rejected Real Property Leases (Landlords)

| |
|---|
| 120 ORCHARD LLC |
| 44 North Properties, LLC |
| 5035 Associates, L.P. |
| Alliance - Rocky Mount, L.L.C. |
| Almonesson Associates, L.P. |
| AR Investments, L.P. |
| Barbara L. Goldsmith |
| BARD, ERVIN & SUZANNE BARD |
| Bc Portland Partners, Inc. |
| BOND C.C. IV DELAWARE BUSINESS TRUST |
| BPP-MUNCY L.L.C. |
| Bpp-Wb, L.L.C. |
| BY-PASS DEVELOPMENT COMPANY LLC |
| Carrollton Arms |
| CC - INVESTORS 1996-1 |
| CC - Investors 1996-17 |
| Cc Colonial Trust |
| CC EAST LANSING 98, L.L.C. |
| CC FT. SMITH INVESTORS 1998, LLC |
| CC GREEN BAY 98, LLC |
| CC HARPER WOODS 98, LLC |
| Cc Indianapolis, LLC |
| CC INVESTORS 1995-3 |
| Cc Jackson 98 LLC |
| Cci Trust 1994-I; Lloyd Draper - Trustee |
| Cci Trust 1994-I; Lloyd Draper - Trustee |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| Cc-Investors 1997-2 |
| CHALEK COMPANY LLC |
| Charlotte (Archdale) Uy LLC |
| Chehalis Hawaii Partners, LLC |
| Circuit Distribution - Illinois |
| Circuit IL Corporation |
| Circuit Investers #2 Ltd. |
| Circuit Investors #2 Ltd. |
| CIRCUIT OKLA PROPERTY INVESTOR |
| Circuit Tax Property Investors L.P. |
| CK RICHMOND BUSINESS SERVICES #2, L.L.C. |
| CLAY TERRACE PARTNERS, LLC |
| Cole Cc Kennesaw GA, LLC |
| DANIEL G. KAMIN ELMWOOD PARK LLC |
| DDR Highland Grove LLC |
| DDRTC MCFARLAND PLAZA LLC |
| Ddrtc McFarland Plaza, LLC |
| Developers Diversified Realty Corperation |
| DMC Properties, Inc. |
| DRURY LAND DEVELOPMENT, INC. |
| E&A NORTHEAST LIMITED PARTNERSHIP |
| Fairfax Court Lp |
| Feil, Dba - F&M Properties, Louis |

| |
|---|
| FOGG-SNOWVILLE, L.L.C. |
| GALILEO CMBS T2 NC LP |
| GALLERIA PLAZA, LTD. |
| Greater Orlando Aviation Auth. |
| GUNNING INVESTMENTS, LLC |
| Harold and Lucille Chaffee Trust |
| Hayden Meadows Jv |
| Hkk Investments |
| Hollingsworth Capital Partners - Intermodal, LLC |
| HRI/LUTHERVILLE STATION, LLC |
| Inland Us Management, LLC |
| Kc Benjamin Realty LLC |
| Kimco PkLLC |
| KIR ARBORETUM CROSSING L.P. |
| Kolo Enterprises |
| Kroustalis Investments |
| Leben, Robert L. &  Mary C. |
| LESTER DEVELOPMENT CORPORATION |
| Lexington Lion Weston I  LP |
| MELVILLE WALTON HONE TRUSTEE OF HONE FAMILY |
| MID-AMERICA ASSET MANAGEMENT |
| Millstein Industries,LLC |
| Montevideo Investments, LLC |
| MONTGOMERY TOWNE CENTER STATION, INC |
| MR KEENE MILL 1 LLC |
| Oates, Marvin L. |
| Olp 6609 Grand LLC |
| Pacific Castle Groves LLC |
| Paige Exchange Corp. |
| Parkdale Village LP |
| Point West Investors II |
| PR BEAVER VALLEY L.P. |
| Provo Group, The, As Agent For |
| Remount Road Associates, L.P. |
| RIVERGATE STATION SHOPPING CENTER LP |
| RREEF AMERICA REIT II CORP VVV |
| Rvip Valley Central LP |
| SCC SAN ANGELO PARTNERS, LTD |
| Silverstein - Trustee, Raymond |
| Sonnet Investments, LLC |
| SOUTH SHIELDS #1 LTD. |
| Southland Investors, L.P. |
| Southwind Ltd. |
| SPG TENNESSEE, L.P. |
| STATION LANDING, LLC |
| STOP & SHOP SUPERMARKET COMPANY, LLC |
| Sullivan Crosby Trust |
| Tam Stockton, LLC |
| TEPLIS, NATHAN; DR. PAUL TEPLIS; MRS. BELLE TEPLIS; FRANK & |
| URBANCAL OAKLAND II LLC |
| WATER TOWER SQUARE, L.P. |

| |
|---|
| Watkins Houston Investments, L.P. |
| WAYSIDE COMMONS INVESTORS LLC |
| WEC 96D Niles Investment |
| WEC 97G-Syracuse Investment Trust |
| WHITESTONE REIT |

## Other Real Property Leases (Landlords)

| |
|---|
| 1030 W. NORTH AVENUE BLDG., LLC |
| 120 ORCHARD LLC |
| 1251 FOURTH STREET INVESTORS, LLC |
| 13630 VICTORY BOULEVARD LLC |
| 1890 RANCH, LTD |
| 1965 RETAIL LLC |
| 19TH STREET INVESTORS, INC. |
| 36 MONMOUTH PLAZA LLC |
| 3725 AIRPORT BOULEVARD, LP |
| 380 TOWNE CROSSING, LP |
| 4 NEWBURY DANVERS LLC |
| 44 NORTH PROPERTIES, LLC |
| 444 CONNECTICUT AVENUE LLC |
| 502-12 86TH STREET, LLC |
| 5035 ASSOCIATES, L.P. |
| 601 PLAZA, L.L.C. |
| 610 & SAN FELIPE, INC. |
| 680 S. LEMON AVENUE COMPANY LLC |
| 700 JEFFERSON ROAD II, LLC |
| A.D.D. HOLDINGS, L.P. |
| AAC CROSS COUNTY LEASEHOLD OWNER, LLC |
| ABERCORN COMMON, LLLP |
| ABRAMS WILLOWBROOK THREE LP |
| ACADIA REALTY LIMITED PARTNERSHIP |
| ACCENT HOMES, INC |
| ACPG MANAGEMENT, LLC |
| ADVANCE REAL ESTATE MANAGEMENT, LLC |
| AGREE LIMITED PARTNERSHIP |
| AIG BAKER DEPTFORD, L.L.C. |
| AIG BAKER HOOVER, L.L.C. |
| ALAMEDA ASSOCIATES |
| ALEXANDER'S OF REGO PARK CENTER, INC. |
| ALEXANDRIA MAIN MALL LLC |
| ALLIANCE - ROCKY MOUNT, L.L.C. |
| ALMADEN PLAZA SHOPPING CENTER, INC. |
| ALMEDA-ROWLETT RETAIL LP |
| ALMONESSON ASSOCIATES, L.P. |
| |
| ALTAMONTE SPRINGS REAL ESTATE ASSOCIATES, LLC |
| AMARGOSA PALMDALE INVESTMENTS, LLC |
| AMB PROPERTY, L.P. |
| AMCAP ARBORLAND LLC |
| AMCAP NORTHPOINT LLC |
| AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO |
| AMERICAN NATIONAL INSURANCE COMPANY |
| AMHERST INDUSTRIES, INC. |
| AMLI LAND DEVELOPMENT- I, L.P. |
| AMMON PROPERTIES LC |
| AMREIT, TEXAS REAL ESTATE INVESTMENT TRUST |
| AR INVESTMENTS, L.P. |

ARBORETUM OF SOUTH BARRINGTON LLC
ARDMORE DEVELOPMENT AUTHORITY
ARGYLE FOREST RETAIL I, LLC
ARHO LIMITED PARTNERSHIP
ARROWHEAD NET LEASE, LP

ARUNDEL MILLS MARKETPLACE LIMITED PARTNERSHIP
ATLANTIC CENTER FORT GREENE ASSOCIATES, L.P.
AVENUE FORSYTH LLC
AVR CPC ASSOCIATES, LLC
AWE-OCALA, LTD.
BAINBRIDGE SHOPPING CENTER II LLC
BAKER NATICK PROMENADE LLC
BARBARA L. GOLDSMITH
BARBERIO, JANET
BARD, ERVIN & SUZANNE BARD
BARD, ERVIN & SUZANNE BARD
BARNES AND POWERS NORTH LLC
BASILE LIMITED LIABILITY COMPANY
BASSER - KAUFMAN 222, LLC
BASSER-KAUFMAN INC.
BATTLEFIELD FE LIMITED PARTNERSHIP
BBD ROSEDALE, LLC
BB-LINCOLN-US-PROPERTIES, L.P.
BC PORTLAND PARTNERS, INC.
BEAR VALLEY ROAD PARTNERS LLC & MLANTZ LLC
BECKER INVESTMENT COMPANY
BECKER TRUST, LLC
BEDFORD PARK PROPERTIES, L.L.C.
BEL AIR SQUARE LLC
BELLA TERRA ASSOCIATES LLC
BENDERSON PROPERTIES & DONALD ROBINSON
BENDERSON PROPERTIES INC/WRI ASSOCIATES LTD
BENENSON COLUMBUS - OH TRUST
BERKSHIRE WEST
BERKSHIRE-AMHERST, LLC
BERKSHIRE-HYANNIS, LLC
BFLO-WATERFORD ASSOCIATES, LLC
BFW/PIKE ASSOCIATES, LLC
BG WALKER, LLC
BK PROPERTIES LP
BLANK ASCHKENASY PROPERTIES, LLC
BLDG RETAIL 2007 LLC & NETARC LLC
BL-NTV I, LLC
BOISE TOWNE PLAZA LLC
BOND C. C. V DELAWARE BUSINESS TRUST
BOND C.C. II DELAWARE BUSINESS TRUST
BOND C.C. III DELAWARE BUSINESS TRUST
BOND C.C. IV DELAWARE BUSINESS TRUST
BOND-CIRCUIT II DELAWARE BUSINESS TRUST
BOND-CIRCUIT IV DELAWARE BUSINESS TRUST
BOND-CIRCUIT IX DELAWARE BUSINESS TRUST

BOND-CIRCUIT V DELAWARE BUSINESS TRUST
BOND-CIRCUIT VIII DELAWARE BUSINESS TRUST
BOND-CIRCUIT X DELAWARE BUSINESS TRUST
BOND-CIRCUIT XI DELAWARE BUSINESS TRUST
BOULEVARD ASSOCIATES
BOULEVARD NORTH ASSOCIATES, L.P.
BOYER LAKE POINTE, LC
BPP-CONN LLC
BPP-MUNCY L.L.C.
BPP-NY L.L.C.
BPP-OH LLC
BPP-REDDING LLC
BPP-SC LLC
BPP-VA, L.L.C.
BPP-WB, L.L.C.
BRANDYWINE GRANDE C, LP
BRE/LOUIS JOLIET, LLC

BRIANTREE PROPERTY ASSOC LIMITED PARTNERSHIP
BRICK 70, LLC
BRIGHTON COMMERCIAL, LLC
BROADACRE SOUTH LLC
BROADSTONE CROSSING LLC
BT BLOOMINGTON LLC
BURBANK MALL ASSOCIATES, LLC
BY-PASS DEVELOPMENT COMPANY LLC
C.C. HAMBURG NY PARTNERS, LLC
C.J.M. MANAGEMENT COMPANY
CA NEW PLAN ASSET PARTNERSHIP IV, LLP
CAFARO GOVERNORS SQUARE PARTNERSHIP
CAMELBACK CENTER PROPERTIES
CAMERON GROUP ASSOCIATES, LLP
CAMPBELL PROPERTIES L.P.
CAP BRUNSWICK, LLC
CAPARRA CENTER ASSOCIATES, S.E.
CAPITAL CENTRE, LLC
CARDINAL COURT, LLC
CARLYLE-CYPRESS TUSCALOOSA I, LLC
CAROUSEL CENTER COMPANY, L.P.
CARRIAGE CROSSING MARKET PLACE, LLC
CARROLLTON ARMS
CATELLUS DEVELOPMENT CORPORATION
CATELLUS OPERATING LP
CBC - WILBUR PROPERTIES
CBL TERRACE LIMITED PARTNERSHIP
CC - INVESTORS 1995-6
CC - INVESTORS 1996-1
CC - INVESTORS 1996-12
CC - INVESTORS 1996-17
CC - INVESTORS 1996-3
CC BRANDYWINE INVESTORS 1998, LLC
CC COLONIAL TRUST

| |
|---|
| CC COUNTRYSIDE 98 LLC |
| CC EAST LANSING 98, L.L.C. |
| CC FREDERICK 98, L.L.C. |
| CC FT. SMITH INVESTORS 1998, LLC |
| CC GRAND JUNCTION INVESTORS 1998, LLC |
| CC GREEN BAY 98, LLC |
| CC HARPER WOODS 98, LLC |
| CC INDEPENDENCE, LLC |
| CC INDIANAPOLIS 98, L.L.C. |
| CC INVESTORS 1995-1 |
| CC INVESTORS 1995-2 |
| CC INVESTORS 1995-3 |
| CC INVESTORS 1995-5 |
| CC INVESTORS 1996-10 |
| CC INVESTORS 1996-14 |
| CC JACKSON 98 LLC |
| CC KINGSPORT 98, LLC |
| CC LA QUINTA LLC |
| CC LAFAYETTE, LLC |
| CC MADISON, LLC |
| CC MERRILLVILLE TRUST |
| CC PHILADELPHIA 98, L.L.C. |
| CC RIDGELAND 98 L.L.C. |
| CC ROSEVILLE, LLC |
| CC SPRINGS, LLC |
| CC WICHITA FALLS 98 TRUST |
| CCC REALTY, LLC |
| CCDC MARION PORTFOLIO, L.P. |
| CCI LOUISIANA TRUST |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CC-INVESTORS 1996-6 |
| CC-INVESTORS 1996-7 |
| CC-INVESTORS 1997-10 |
| CC-INVESTORS 1997-12 |
| CC-INVESTORS 1997-2 |
| CC-INVESTORS 1997-3 |
| CC-INVESTORS 1997-4 |
| CC-VIRGINIA BEACH, LLC |
| CDB FALCON SUNLAND PLAZA LP |
| CEDAR DEVELOPMENT, LTD |
| CENTENNIAL HOLDINGS LLC |
| CENTRAL INVESTMENTS, LLC |
| CENTRAL PARK 1226, LLC |
| CENTRAL PARK PROPERTY OWNERS ASSOCIATION |
| CENTRO BRADLEY SPE 7 LLC |
| CENTRO HERITAGE COUNTY LINE LLC |

CENTRO HERITAGE INNES STREET LLC
CENTRO HERITAGE UC GREENVILLE LLC
CENTRO PROPERTIES GROUP
CENTRO WATT
CENTRO WATT OPERATING PARTNERSHIP 2, LLC
CENTRO WATT PROPERTY OWNER I, LLC
CENTURY PLAZA DEVELOPMENT CORPORATION
CERMAK PLAZA ASSOCIATES, LLC
CFH REALTY III/SUNSET VALLEY LP
CHALEK COMPANY LLC
CHAMBERSBURG CROSSING, LP
CHANDLER GATEWAY PARTNERS, LLC
CHAPEL HILLS - WEST LLC
CHAPMAN AND MAIN CENTER
CHARBONNET FAMILY LTD ET ALS, THE
CHARLOTTE (ARCHDALE) UY, LLC
CHEHALIS HAWAII PARTNERS, LLC
CHICO CROSSROADS LP
CHINO SOUTH RETAIL PG LLC
CHK, LLC
CIM/BIRCH ST., INC.
CIRCUIT DISTRIBUTION - ILLINOIS
CIRCUIT IL CORPORATION
CIRCUIT INVESTORS - FAIRFIELD, L.P.
CIRCUIT INVESTORS - VERNON HILLS, L.P.
CIRCUIT INVESTORS - YORKTOWN, L.P.
CIRCUIT INVESTORS #2 LTD.
CIRCUIT INVESTORS #2 LTD.
CIRCUIT INVESTORS #2 LTD.
CIRCUIT INVESTORS #2 LTD.
CIRCUIT INVESTORS #2 LTD.
CIRCUIT INVESTORS #2 LTD.
CIRCUIT INVESTORS #3, L.P.
CIRCUIT INVESTORS #4 - THOUSAND OAKS, LP
CIRCUIT OKLA PROPERTY INVESTOR
CIRCUIT PA CORPORATION
CIRCUIT SPORTS, L.P.
CIRCUIT TEX PROPERTY INVESTORS L.P.
CIRCUITVILLE LLC
CITRUS PARK CC LLC
CITY VIEW CENTER, LLC
CK RICHMOND BUSINESS SERVICES #2, L.L.C.
CLAIREMONT SQUARE
CLAY TERRACE PARTNERS, LLC
CLEVELAND TOWNE CENTER LLC
COASTAL WAY, LLC
COBB CORNERS II, L. P.
COFAL PARTNERS, L.P.
COHAB REALTY LLC
COLDWATER DEVELOPMENT, L.L.C
COLE CC AURORA CO, LLC
COLE CC GROVELAND FL, LLC

COLE CC KENNESAW GA, LLC
COLE CC MESQUITE TX, LLC
COLE CC TAUNTON MA, LLC
COLONIAL HEIGHTS HOLDING, LLC
COLONIAL HEIGHTS LAND ASSOCIATION
COLONIAL SQUARE ASSOCIATES, LLC
COLONNADE, LLC
COLONY PLACE PLAZA, LLC
COLUMBIA PLAZA SHOPPING CENTER VENTURE
COMMUNITY CENTERS ONE LLC

COMPTON COMMERCIAL REDEVELOPMENT COMPANY
CONCAR ENTERPRISES, INC.
CONCORD MILLS LIMITED PARTNERSHIP
CONDAN ENTERPRISES, L.L.C.
CONGRESSIONAL NORTH ASSOCIATES LIMITED
PARTNERSHIP
CONTINENTAL 45 FUND LLC.
CONTINENTAL 64 FUND LLC
CORTLANDT B., L.L.C.
COSMO-EASTGATE, LTD
COTTONWOOD PHASE V LLC
COVENTRY II DDR BUENA PARK PLACE LP
COVENTRY II DDR MERRIAM VILLAGE LLC
COVINGTON LANSING ACQUISITION LLC
CP VENTURE TWO LLC
CP VENTURE TWO LLC
CRAIG-CLARKSVILLE TENNESSEE, LLC
CROSSPOINTE 08 A LLC
CROSSWAYS FINANCIAL ASSOCIATES, LLC
CROWN CC 1, LLC
CT RETAIL PROPERTIES FINANCE V LLC
CYPRESS/SPANISH FORT I, L.P.
DALY CITY PARTNERS I LP
DANIEL G. KAMIN BATON ROUGE LLC
DANIEL G. KAMIN BURLINGTON LLC
DANIEL G. KAMIN ELMWOOD PARK LLC
DANIEL G. KAMIN FLINT, LLC
DANIEL G. KAMIN MCALLEN LLC
DANIEL G. KAMIN, AN INDIVIDUAL AND HOWARD KADISH,
LLC
DARTMOUTH MARKETPLACE ASSOCIATES
DAYTON HUDSON CORPORATION ("TARGET")
DDR  SOUTHEAST LOISDALE, LLC
DDR CROSSROADS CENTER LLC
DDR FAMILY CENTERS LP
DDR HIGHLAND GROVE LLC
DDR HOMESTEAD LLC
DDR HORSEHEADS LLC
DDR MDT ASHEVILLE RIVER HILLS
DDR MDT FAIRFAX TOWNE CENTER LLC
DDR MDT GRANDVILLE MARKETPLACE LLC

DDR MDT MONACA TOWNSHIP MARKETPLACE LLC
DDR MDT UNION CONSUMER SQUARE, LLC
DDR MIAMI AVE LLC
DDR NORTE LLC, S.E.
DDR SOUTHEAST CARY L.L.C.
DDR SOUTHEAST CORTEZ, L.L.C.
DDR SOUTHEAST CULVER CITY DST
DDR SOUTHEAST DOTHAN OUTPARCEL, LLC
DDR SOUTHEAST HIGHLANDS RANCH, LLC
DDR SOUTHEAST OLYMPIA DST
DDR SOUTHEAST ROME LLC
DDR SOUTHEAST SNELLVILLE, LLC
DDR SOUTHEAST UNION, L.L.C.
DDR SOUTHEAST VERO BEACH, L.L.C.
DDR/1ST CAROLINA CROSSINGS SOUTH, LLC
DDRA ARROWHEAD CROSSING LLC
DDRM HILLTOP PLAZA LP
DDRM SKYVIEW PLAZA LLC
DDR-SAU GREENVILLE POINT, LLC
DDR-SAU WENDOVER PHASE II, LLC
DDRTC CC PLAZA LLC
DDRTC COLUMBIANA STATION I LLC
DDRTC CREEKS AT VIRGINIA CENTER LLC
DDRTC MCFARLAND PLAZA LLC
DDRTC MCFARLAND PLAZA, LLC
DDRTC NEWNAN PAVILION LLC
DDRTC SOUTHLAKE PAVILION LLC
DDRTC SYCAMORE COMMONS LLC
DDRTC T&C L.L.C.
DDRTC WALKS AT HIGHWOOD PRESERVE I LLC
DECATUR PLAZA I, LLC
DEERBROOK ANCHOR ACQUISITION LLC
DEMATTEO MANAGEMENT INC.
DENO P DIKEOU
DENTICI FAMILY LIMITED PARTNERSHIP
DERITO PAVILIONS 140 LLC
DESERT HOME COMMUNITIES OF OKLAHOMA, LLC
DEV LIMITED PARTNERSHIP
DEVELOPERS DEIVERSIFIED REALTY CORPORATION
DEVELOPERS DIVERSIFIED REALTY CORP.
DEVELOPERS DIVERSIFIED REALTY CORPORATION
DIAMOND SQUARE LLC
DICKER/WARMINGTON PROPERTIES
DICKER/WARMINGTON PROPERTIES
DICKER/WARMINGTON PROPERTIES
DICKER/WARMINGTON PROPERTIES
DIM VASTGOED, N.V.
DJD PARTNERS II
DMC PROPERTIES, INC.
DOLLINGER LOST HILLS ASSOCIATES
DONAHUE SCHRIBER REALTY GROUP, L.P
DOWEL CONSHOHOCKEN LLC

DOWEL-ALLENTOWN, LLC
DREXEL DELAWARE TRUST
DRURY LAND DEVELOPMENT, INC.
DURHAM WESTGATE PLAZA INVESTORS, LLC.
E&A NORTHEAST LIMITED PARTNERSHIP
E&A NORTHEAST LIMITED PARTNERSHIP
EAGLERIDGE ASSOCIATES (PUEBLO) LLC
EAST GATE CENTER V, TENANTS IN COMMON
EASTCHASE MARKET CENTER, LLC
EASTLAND SHOPPING CENTER, LLC
EASTRIDGE SHOPPING CENTER L.L.C.
EEL MCKEE LLC
EKLECCO NEWCO LLC
ELPF SLIDELL, LLC
EMPORIUM ON LBJ OWNERS ASSOCIATION
ENCINITAS PFA, LLC
ENID TWO, L.L.C.
ERP OF MIDWAY, LLC
ESTATE OF JOSEPH Y. EINBINDER
EVANSVILLE DEVELOPERS LLC, G.B.
EVERGREEN MCDOWELL AND PEBBLE CREEK LLC
EXCEL REALTY PARTNERS, L.P.
EXCEL REALTY PARTNERS, L.P.
EXCEL WESTMINSTER MARKETPLACE, INC.
F.R.O., L.L.C. IX
FABER BROS., INC
FAIRFAX COURT LP
FAIRVIEW HEIGHTS INVESTORS, LLC
FAIRWAY CENTRE ASSOCIATES, L.P.
FARMINGDALE-GROCERY, LLC
FAYETTEVILLE DEVELOPERS LLC
FC JANES PARK, LLC
FC RICHMOND ASSOCIATES, L.P.
FC TREECO COLUMBIA PARK, LLC
FC WOODBRIDGE CROSSING, LLC
FEDERAL REALTY INVESTMENT TRUST
FEDERAL REALTY INVESTMENT TRUST
FEIL, DBA - F&M PROPERTIES, LOUIS
FGLP COMPANY
FINGERLAKES CROSSING, LLC
FIRECREEK CROSSING OF RENO LLC
FIRST BERKSHIRE PROPERTIES, LLC
FJL MVP LLC
FLINTLOCK NORTHRIDGE LLC
FOGG-SNOWVILLE, L.L.C.
FOOTHILL BUSINESS ASSOCIATION
FOOTHILL PACIFIC TOWNE CENTER
FORECAST DANBURY LIMITED PARTNERSHIP
FOREST CITY COMMERCIAL GROUP, LLC
FOURELS INVESTMENT COMPANY, THE
FR/CAL GOULDSBORO PROPERTY HOLDING L.P.
FRIEDLAND, LAWRENCE AND MELVIN

| |
|---|
| FW CA BREA MARKETPLACE LLC |
| G&S LIVINGSTON REALTY, INC. |
| GAINESVILLE OUTDOOR ADVERTISING, INC. |
| GALILEO APOLLO II SUB, LLC |
| GALILEO CMBS T2 NC LP |
| GALILEO FRESHWATER/STATELINE, LLC |
| GALILEO NORTHEAST, LLC |
| GALLERIA PARTNERSHIP |
| GALLERIA PLAZA, LTD. |
| GARDEN CITY CENTER |
| GATEWAY CENTER PROPERTIES III, LLC |
| GATEWAY COMPANY LLC |
| GATEWAY WOODSIDE, INC. |
| GC ACQUISITION CORPORATION |
| GEENEN DEKOCK PROPERTIES, L.L.C. |
| |
| GENERATION H ONE AND TWO LIMITED PARTNERSHIP |
| GGP MALL OF LOUISIANA, LP |
| GGP-STEEPLEGATE, INC. |
| GLADWYNE INVESTORS, L.P. |
| GLENMOOR LIMITED PARTNERSHIP |
| GMS GOLDEN VALLEY RANCH LLC |
| GOODMILL, LLC |
| GOULD LIVERMORE LLC |
| GRAND HUNT CENTER OEA |
| GRAVOIS BLUFFS III, LLC |
| GRE GROVE STREET ONE, LLC |
| GRE VISTA RIDGE LP |
| GREATER ORLANDO AVIATION AUTH. |
| GREECE RIDGE, LLC |
| GREELEY SHOPPING CENTER, LLC |
| GREEN 521 5TH AVENUE, LLC |
| GREEN ACRES MALL, LLC |
| GREENBACK ASSOCIATES |
| GREENWOOD POINT LP |
| GRI-EQY (SPARKLEBERRY SQUARE) LLC |
| GS ERIE LLC |
| GS II BROOK HIGHLAND LLC |
| GUNNING INVESTMENTS, LLC |
| HALLAIAN BROTHERS |
| HAMILTON CHASE SANTA MARIA LLC |
| HAMILTON CROSSING I L.L.C. |
| HAMPDEN COMMONS CONDOMINIUM ASSOCIATION |
| HANNON RANCHES LTD |
| HANSON INDUSTRIES, INC. |
| HAROLD AND LUCILLE CHAFFEE TRUST |
| HART KINGS CROSSING, LLC |
| HARTMAN 1995 OHIO PROPERTY TRUST |
| HARVEST/NPE LP |
| HAYDEN MEADOWS JV |
| HAYWARD 880, LLC |
| HERITAGE PROPERTY INVESTMENT LP |

| |
|---|
| HERITAGE-LAKES CROSSING, LLC |
| HICKORY HOLLOW DEVELOPMENT INC. |
| HICKORY RIDGE PAVILION LLC |
| HIGHLANDS RANCH COMMUNITY ASSOCIATION |
| HIP STEPHANIE, LLC |
| HK NEW PLAN COVERED SUN, LLC |
| HK NEW PLAN EPR PROPERTY HOLDINGS LLC. |
| HK NEW PLAN EXCHANGE PROPERTY OWNER II, LP |
| HKK INVESTMENTS |
| HOLLINGSWORTH CAPITAL PARTNERS - INTERMODAL, LLC |
| HOLYOKE CROSSING LIMITED PARTNERSHIP II |
| HOME DEPOT U.S.A. |
| HOME DEPOT U.S.A., INC. |
| HOME DEPOT, THE |
| HOPROCK LIMONITE LLC |
| HOWLAND COMMONS PARTNERSHIP |
| HRI/LUTHERVILLE STATION, LLC |
| HUDSON REALTY TRUST, HERSOM REALTY TRUST LORIMAR REALTY TRUS |
| HUNTINGTON MALL COMPANY |
| HV COVINGTON, LLC |
| HWR KENNESAW, LLC |
| I-10/BUNKER HILL ASSOCIATES, L.P. |
| I-93 SOMERVILLE LLC |
| IANNUCCI DEVELOPMENT CORPORATION |
| INDIAN RIVER MALL |
| INLAND AMERICAN CHESAPEAKE CROSSROADS LLC |
| INLAND AMERICAN OKLAHOMA CITY PENN, LLC |
| INLAND COMMERCIAL PROPERTY MANAGEMENT, INC. |
| INLAND US MANAGEMENT, LLC |
| INLAND US MANAGEMENT, LLC |
| INLAND WESTERN AUSTIN SOUTHPARK MEADOWS II LTD PARTNERSHIP |
| INLAND WESTERN CEDAR HILL PLEASANT RUN LP |
| INLAND WESTERN COLLEGE STATION GATEWAY II, LP |
| INLAND WESTERN COLUMBUS CLIFTY, LLC |
| INLAND WESTERN HOUMA MAGNOLIA, LLC |
| INLAND WESTERN LAKE WORTH TOWNE CROSSING |
| INLAND WESTERN LEWISVILLE LAKEPOINTE LTD PTRSP |
| INLAND WESTERN MCDOWELL LLC |
| INLAND WESTERN OSWEGO GERRY CENTENNIAL, LLC |
| INLAND WESTERN RICHMOND MAYLAND, LLC |
| INLAND WESTERN SAN ANTONIO HQ LTD PARNERSHIP |
| INLAND WESTERN SOUTHLAKE CORNERS, LP |
| INLAND WESTERN SUGAR LAND COLONY LP |
| INLAND WESTERN TEMECULA COMMONS LLC |

INLAND WESTERN WEST MIFFLIN CENTURY III DST
INTERGRATED REAL ESTATE SERVICES LLC
INTERNATIONAL SPEEDWAY SQUARE, LTD
INTERSTATE AUGUSTA PROPERTIES, LLC
INVESTORS BROKERAGE, INC.
IRISH HILLS PLAZA WEST II LLC
IRVINE COMPANY LLC, THE
IRVING HARLEM VENTURE, LIMITED PARTNERSHIP
J&F ENTERPRISES
JAFFE OF WESTON II INC.
JANAF CROSSINGS, LLC
JANTZEN DYNAMIC CORPORATION
JEFFERSON MALL COMPANY II, LLC
JKCG, LLC
JOHNSON CITY CROSSING (DELAWARE)LLC
JOHNSTOWN ZAMIAS LP
JUBILEE-SPRINGDALE, LLC
JURUPA BOLINGBROOK, LLC
JWC/LOFTUS LLC
K&G/DEARBORN LLC.
KARNS REAL ESTATE HOLDINGS II, LLC
KATY MILLS MALL LIMITED PARTNERSHIP
KB COLUMBUS I-CC
KC BENJAMIN REALTY LLC
KELP - ATHENS LLC
KENDALL-77, LTD.
KENTUCKY OAKS MALL
K-GAM BROADWAY CRAYCROFT LLC
KIMCO ACADIANA 670 INC.
KIMCO ARBOR LAKES S.C., LLC
KIMCO PK LLC
KIMCO PK LLC
KIMCO REALTY CORPORATION
KIR AMARILLO L.P.
KIR ARBORETUM CROSSING L.P.
KIR AUGUSTA I 044, LLC
KIR PIERS 716 LLC
KITE CORAL SPRINGS, LLC
KNOXVILLE LEVCAL LLC
KNP INVESTMENTS
KOBRA PROPERTIES
KOLO ENTERPRISES
KRAMONT VESTAL MANAGEMENT LLC
KRG MARKET STREET VILLAGE LP
KROUSTALIS INVESTMENTS
KRUPP EQUITY LIMITED PARTNERSHIP
KSK SCOTTSDALE MALL, L.P.
L. MASON CAPITANI PROPETY & ASSET MGMT. INC
LA CIENEGA-SAWYER, LTD.
LA FRONTERA VILLAGE, L.P.
LA HABRA IMPERIAL LLC
LANDING AT ARBOR PLACE L.P., THE

LANDINGS MANAGEMENT ASSOC.

LANDMAN, DEBORAH, ELI LANDMAN, ZOLTAN SCHWARTZ & ANNA SCHWAR

LAREDO/MDN II LIMITED PARTNERSHIP

LARRY J. RIETZ, MP, LLC

LAS VEGAS LAND AND DEVELOPMENT COMPANY LLC

LB COMMERCIAL MORTGAGE TRUST SERIES 1998 C1

LC WHITE PLAINS RETAIL, L.L.C.

LEA COMPANY

LEAGUE CITY TOWNE CENTER LTD

LEBEN, ROBERT L. &  MARY C.

LESTER DEVELOPMENT CORPORATION

LEXINGTON CORPORATE PROPERTIES, INC.

LEXINGTON LION WESTON I  LP

LINCOLN PLAZA ASSOCIATES, L.P.

LINDEN BUSINESS CENTER ASSOCIATION

LITTLE BRITAIN HOLDING, LLC

LOOP WEST, LLC

LOUIS JOLIET SHOPPINGTOWN L.P.

LUFKIN GKD PARTNERS, LP

M & M BERMAN ENTERPRISES

M & M BERMAN ENTERPRISES

M.I.A. BROOKHAVEN, LLC

MACERICH LAKEWOOD, LLC

MACERICH VINTAGE FAIRE, L.P.

MACY'S CENTRAL

MADISON WALDORF LLC

MAGNA TRUST COMPANY, TRUSTEE

MAIN STREET AT EXTON, L.P.

MALL AT GURNEE MILLS, LLC

MALL AT VALLE VISTA, LLC

MALL OF GEORGIA, LLC

MALLVIEW PLAZA COMPANY LIMITED

MANCO ABBOTT OEA INC

MANSFIELD SEQ 287 AND DEBBIE LTD.

MANTECA STADIUM PARK LP

MARCO PORTLAND GENERAL PARTNERSHIP

MARKET HEIGHTS, LTD

MARLTON VF, LLC

MASS ONE LLC

MAYFAIR - MDCC BUSINESS TRUST

MAYFAIR - MDCC BUSINESS TRUST

MAYFAIR - MDCC BUSINESS TRUST

MB FABYAN RANDALL PLAZA BATAVIA, LLC

MB KEENE MONADNOCK, L.L.C.

MCALISTER SQUARE PARTNERS LTD

MD-GSI ASSOCIATES, L.L.C.

MDS REALTY II, LLC

MEACHAM BUSINESS CENTER, L.L.C.

MEADOWBROOK VILLAGE LIMITED PARTNERSHIP

MELBOURNE-JCP ASSOCIATES, LTD

| |
|---|
| MELVILLE WALTON HONE TRUSTEE OF HONE FAMILY |
| MEMORIAL SQUARE 1031, LLC |
| MERIDIAN VILLAGE, LLC |
| METRO CENTER LLC |
| MEYERLAND PLAZA (DE) LLC |
| MHW WARNER ROBINS, LLC |
| MIBAREV DEVELOPMENT I LLC |
| MID AMERICA ASSET MGT. |
| MID US LLC |
| MID-AMERICA ASSET MANAGEMENT |
| MILFORD CROSSING INVESTORS LLC |
| MILLMAN 2000 CHARITABLE TRUST |
| MILLSTEIN INDUSTRIES, L.L.C. |
| MK KONA COMMONS LLC |
| MOBILE KPT LLC |
| MONROVIA MARKETPLACE LLC |
| MONTCLAIR PLAZA LLC |
| MONTE VISTA CROSSINGS, LLC |
| MONTEVIDEO INVESTMENTS, LLC |
| MONTGOMERY TOWNE CENTER STATION, INC |
| MORGAN HILL RETAIL VENTURE LP |
| MORRIS BETHLEHEM ASSOCIATES, L.P. |
| MORRISON CROSSING SHOPPING CENTER |
| MOUNT BERRY SQUARE LLC |
| MR KEENE MILL 1 LLC |
| MSF EASTGATE-I, LLC |
| MYRTLE BEACH FARMS COMPANY, INC. |
| NAP NORTHPOINT LLC |
| NATIONAL RETAIL PROPERTIES INC. |
| NATIONAL RETAIL PROPERTIES, INC. |
| NATIONAL RETAIL PROPERTIES, INC. |
| NATIONAL RETAIL PROPERTIES, LP |
| NAZARIO FAMILY PARTNERSHIP |
| NeCROSSGATES COMMONS NEWCO, LLC |
| NEVADA INVESTMENT HOLDINGS, INC. |
| NEW PLAN OF MEMPHIS COMMONS, LLC |
| NEW RIVER PROPERTIES |
| NMC STRATFORD LLC |
| NORTH ATTLEBORO MARKETPLACE II, L.L.C. |
| NORTH HILL CENTRE, LLC |
| NORTH PLAINFIELD VF LLC |
| NORTHCLIFF RESIDUAL PARCEL 4 LLC |
| NORTHERN TRUST BANK OF CALIFORNIA N.A. |
| NORTHWOODS L.P. |
| NOVOGRODER/ABILENE, LLC |
| NP HUNTSVILLE LIMITED LIAB CO |
| NP I&G CONYERS CROSSROADS, LLC |
| NP/SSP BAYBROOK, L.L.C. |
| NPP DEVELOPMENT, LLC |
| OAK HOLLOW MALL |
| OATES, MARVIN L. |
| OLP 6609 GRAND LLC |

OLP CC FERGUSON LLC
OLP CC FLORENCE LLC
OLP CCANTIOCH LLC
OLP CCFAIRVIEW HEIGHTS, LLC
OLP CCST.LOUIS LLC
ORANGEFAIR MARKETPLACE, LLC
ORION ALLIANCE GROUP, LLC
ORLAND TOWN CENTER SHOPPING CENTER
OTR
P L MESA PAVILIONS LLC
P/A ACADIA PELHAM MANOR, LLC
PA 73 SOUTH ASSOCIATION
PACE-BRENTWOOD PARTNERS, L.L.C
PACIFIC CARMEL MOUNTAIN HOLDINGS LP
PACIFIC CASTLE GROVES LLC
PACIFIC HARBOR EQUITIES  LTD LIABILITY CO
PACIFIC/YOUNGMAN-WOODLAND HILLS
PAIGE EXCHANGE CORP.
PALM SPRINGS MILE ASSOCIATES, LTD.
PALMETTO INVESTORS, LLC
PAN AM EQUITIES, INC.
PANATTONI DEVELOPMENT CO., LLC
PANATTONI DEVELOPMENT COMPANY LLC
PAPPAS GATEWAY LP
PARKDALE MALL ASSOCIATES LP
PARKDALE VILLAGE LP
PARKER BULLSEYE LLC
PARKER CENTRAL PLAZA, LTD.
PARKS AT ARLINGTON LP
PARKSIDE REALTY ASSOCIATES, L.P.
PARKWAY CENTRE EAST, LLC
PARKWAY PLAZA LLC
PARKWAY TERRACE PROPERTIES, INC.
PASKIN, MARC
PLANTATION POINT DEVELOPMENT, LLC
PLAZA AT JORDAN LANDING LLC
PLAZA LAS AMERICAS, INC
PLAZA LAS PALMAS, LLC
PLAZAMILL LIMITED PARTNERSHP

PLYMOUTH MARKETPLACE CONDOMINIUM ASSOC., INC.
POINT WEST INVESTORS II
POLARIS CIRCUIT CITY LLC
POND ROAD ASSOCIATES
PORT ARTHUR HOLDINGS III, LTD.
POTOMAC FESTIVAL II
POTOMAC RUN, LLC
PR BEAVER VALLEY L.P.
PRATTCENTER, LLC
PREIT SERVICES, LLC
PRGL PAXTON, L.P.
PRINCE GEORGE'S STATION RETAIL, LLC

PRINCIPAL REAL ESTATE HOLDING CO., LLC
PRISCILLA J. RIETZ, L.L.C.
PROMVENTURE L.P.
PROPERTY MANAGEMENT SUPPORT INC
PROVO GROUP, THE, AS AGENT FOR
PRU DESERT CROSSING V, LLC

PRUDENTIAL INSURANCE COMPANY OF AMERICA, THE
PUENTE HILLS MALL LC
PURI L.L.C., SUNIL
RAMCO WEST OAKS I LLC
RAMCO-GERSHENSON PROPERTIES, LP
RANCON REALTY FUND IV SUBSIDIARY LLC
RAY MUCCI'S, INC.
RAYMOND AND MAIN RETAIL LLC
RB-3 ASSOCIATES
RD BLOOMFIELD ASSOCIATES LIMITED PARTNERSHIP
REALTY INCOME CORPORATION
REBS MUSKEGON,LLC PEIKAR MUSKEGON, LLC FARAM
MUSKEGON, LLC
RED ROSE COMMONS CONDOMINIUM ASSOCIATION
REDTREE PROPERTIES, L.P.
REGENCY CENTERS LP
REGENCY CENTERS LP
REGENCY CENTERS, L.P.
REGENCY PETALUMA LLC
REIFF & GIVERTZ TEXAS PROP LLC
REMOUNT ROAD ASSOCIATES, L.P.
RICHLAND TOWN CENTRE, LLC
RICMAC EQUITIES CORP
RIO ASSOCIATES L.P.
RITZ MOTEL COMPANY
RIVERGATE STATION SHOPPING CENTER LP
RIVERSIDE TOWNE CENTER
RJ VENTURES LLC
RLV VILLAGE PLAZA LP
RLV VISTA PLAZA LP
ROCKWALL CROSSING, LTD
ROSSITER, RONALD D. & BARBARA M.
ROSSMOOR SHOPS LLC
ROUTE 146 MILLBURY LLC
RREEF AMERICA REIT II CORP VVV
RREEF AMERICA REIT II CORP. MM
RVIP VALLEY CENTRAL LP
SACCO OF MAINE, LLC
SAFEWAY INC.
SANGERTOWN SQUARE L.L.C.
SANTA ROSA TOWN CENTER LLC
SANTAN VILLAGE PHASE 2 LLC
SAUGUS PLAZA ASSOCIATES
SAUL HOLDINGS, L.P.
SAVE MART SUPERMARKETS

| |
|---|
| SCC SAN ANGELO PARTNERS, LTD |
| SCHIFFMAN, TODD I. |
| SCOTTSDALE/101 ASSOCIATES LLC |
| SEA PROPERTIES I, L.L.C. |
| SEBRING RETAIL ASSOCIATES, L.L.C. |
| SEEKONK EQUITIES INC |
| SELIG ENTERPRISES, INC. |
| SHELBY TOWN CENTER I, L.L.C. |
| SHELBYVILLE ROAD PLAZA LLC |
| SHERWOOD PROPERTIES, LLC |
| SHOPPES AT RIVER CROSSING, LLC |
| SHOPPES OF BEAVERCREEK, LLC |
| SHORT PUMP TOWN CENTER LLC |
| SIERRA LAKES MARKETPLACE LLC |
| SIERRA NORTH ASSOCIATES LIMITED PARTNERSHIP |
| SIGNAL HILL GATEWAY LLC |
| SIGNCO INC. |
| SILVERDALE K-FOUR |
| SILVERSTEIN - TRUSTEE, RAYMOND |
| SIMON DEBARTOLO GROUP, L.P. |
| SIMON PROP. GRP (IL) LP |
| SIMON PROPERTY GROUP (TEXAS), L.P. |
| SIMON PROPERTY GROUP TEXAS LP |
| SIMON PROPERTY GROUP, L.P. |
| SIMVEST REAL ESTATE II LLC |
| SINAY FAMILY LLC AND TRUST |
| SIR BARTON PLACE, LLC |
| SITE A LLC |
| SJ COLLINS ENTERPRISES, LLC GOODMAN ENTERPRISES, LLC |
| SM NEWCO HATTIESBURG, LLC |
| SOMERVILLE SAGINAW LIMITED PARTNERSHIP |
| SONNET INVESTMENTS, LLC |
| SOUTH PADRE DRIVE L.P. |
| SOUTH SHIELDS #1 LTD. |
| SOUTHHAVEN CENTER II, LLC |
| SOUTHLAND ACQUISITIONS, LLC |
| SOUTHLAND CENTER INVESTORS, LLC |
| SOUTHLAND INVESTORS, L.P. |
| SOUTHROADS, LLC |
| SOUTHWESTERN ALBUQUERQUE, L.P. |
| SOUTHWIND LTD. |
| SPARKS GALLERIA INVESTORS, LLC |
| SPG ARBOR WALK, L.P. |
| SPG INDEPENDENCE CENTER LLC |
| SPG TENNESSEE, L.P. |
| SPITZER FAMILY INVESTMENTS, LLC |
| SPRING HILL DEVELOPMENT PARTNERS GP |
| ST INDIAN RIDGE LLC |
| ST LOUIS MILLS, LP |
| ST. CLOUD ASSOCIATES |
| ST. TAMMANY OAKS SUBDIVISION ASSOCIATION LLC |

| |
|---|
| STAPLETON NORTH TOWN, LLC |
| STAR UNIVERSAL, L.L.C. |
| STATION LANDING, LLC |
| STOP & SHOP SUPERMARKET COMPANY, LLC |
| STOR-ALL NEW ORLEANS, L.L.C |
| SUEMAR REALTY, INC |
| SUEMAR REALTY, INC. |
| SULLIVAN CROSBY TRUST |
| SUNRISE PLANTATION PROPERTIES LLC |
| SWANBLOSSOM INVESTMENTS, LP |
| SWEDESFORD SHOPPING CENTER ACQUISITION, LLC |
| SWEETWATER ASSOCIATES LIMITED PARTNERSHIP |
| SWQ 35/FORUM, LTD |
| T AND T ENTERPRISES LP |
| TAFT CORNERS ASSOCIATES, INC. |
| TAM STOCKTON, LLC |
| TAMARACK VILLAGE SHOPPING CENTER, L.P. |
| TANGLEWOOD PARK, LLC |
| TANURB BURNSVILLE, LP |
| TARGET CORPORATION |
| TARGET STORES |
| TARGET STORES |
| TAUBMAN AUBURN HILLS ASSOCIATES LIMITED PARTNERSHIP |
| TAUNTON DEPOT LLC |
| TAYLOR RETAIL CENTER |
| TEACHERS INSURANCE & ANNUITY ASSOC.OF AMER. |
| TEAM RETAIL WESTBANK, LTD |
| TEN PRYOR STREET BUILDING, LTD. |
| TEPLIS, NATHAN; DR. PAUL TEPLIS; MRS. BELLE TEPLIS; FRANK & |
| TERRANOMICS CROSSROADS ASSOCIATES |
| THE CAFARO NORTHWEST PARTNERSHIP |
| THE CITY OF PORTFOLIO TIC, LLC |
| THE CITY OF PORTFOLIO TIC, LLC |
| THE HOME DEPOT, INC. |
| THE IRVINE COMPANY LLC |
| THE MACERICH COMPANY |
| THE MARKETPLACE OF ROCHESTER HILLS PARCEL B LLC |
| THE SHOPPES AT SCHERERVILLE, LLC |
| THE SHOPS AT KILDEER |
| THE VILLAGE AT RIVERGATE LP |
| THF CHESTERFIELD TWO DEVELOPMENT, LLC |
| THF CLARKSBURG DEVELOPMENT ONE |
| THF HARRISONBURG CROSSINGS, LLC |
| THF ONC DEVELOPMENT L.L.C. |
| THF ST. CLAIRSVILLE PARCEL C.C. DEVELOPMENT, L.L.C. |
| THOROUGHBRED VILLAGE GP |
| TIS EQUITIES IX LLC |
| TKG COFFEE TREE LP |

TMW WELTFONDS ROLLING ACRES PLAZA
TORRANCE TOWNE CENTER ASSOCIATES, LLC
TORRINGTON TRIPLETS LLC
TOURBILLON CORPORATION
TOWER CENTER ASSOCIATES
TOWN SQUARE PLAZA
TOWSON VF LLC
TRAVERSE SQUARE COMPANY, LTD
TRC ASSOCIATES, LLC
TRIANGLE EQUITIES JUNCTION LLC

TROUT, SEGALL, DOYLE WINCHESTER PROPERTIES, LLC
TRUMBULL SHOPPING CENTER #2 LLC
TRUSTEES OF SALEM ROCKINGHAM, LLC
TSA STORES, INC.
TUP 430 COMPANY, LLC
TURNBERRY LAKES BUSINESS CENTER
TURTLE CREEK PARTNERS LLC
TUTWILER PROPERTIES LTD
TWIN PONDS DEVELOPMENT, L.L.C.
TYSONS 3, LLC
TYSONS CORNER HOLDINGS LLC
TYSONS CORNER HOLDINGS LLC
U.K. - AMERICAN PROPERTIES, INC.
U.S. 41 & I-285 COMPANY
UNCOMMON LTD.
URBANCAL OAKLAND II LLC
UTC I, LLC
VALENCIA MARKETPLACE I, LLC
VALLEY CORNERS SHOPPING CENTER LLC
VALLEY VIEW S.C., LLC
VAN NESS POST CENTER LLC
VENTURA IN MANHATTAN, INC.
VESTAR ARIZONA XXXI, LLC
VESTAR QCM LLC
VILLAGE SQUARE I
VILLAGE SQUARE I, L.P.
VILLAGE WALK RETAIL LP
VIWY, L.P.
VNO MUNDY STREET LLC
VNO TRU DALE MABRY, LLC
VORNADO CAGUAS LP
VORNADO FINANCE, L.L.C.
VORNADO GUN HILL ROAD L.L.C.
W&D - IMPERIAL NO. 1/NORWALK
W&S ASSOCIATES, L.P.
W/S STRATFORD, LLC
WACO INVESTMENT GROUP
WAL-MART STORES EAST, L.P.
WALTON HANOVER INVESTORS V, LLC
WALTON WHITNEY INVESTORS V, L.L.C.
WASHINGTON GREEN TIC

WASHINGTON PLACE ASSOCIATES, LP
WASHINGTON RE INVESTMENT TRUST
WATER TOWER SQUARE, L.P.
WATERCRESS ASSOCIATES, LP, LLLP
WATKINS HOUSTON INVESTMENTS, L.P.
WAYSIDE COMMONS INVESTORS LLC
WCC PROPERTIES LLC
WEA GATEWAY LLC
WEBERSTOWN MALL LLC
WEC 96D APPLETON-1 INVESTMENT TRUST
WEC 96D NILES INVESTMENT TRUST
WEC 96D SPRINGFIELD-1 INVESTMENT TRUST
WEC 97G-SYRACUSE INVESTMENT TRUST
WEC 99-3 LLC
WEC 99A-2 LLC
WEC99A-1 LLC
WEINGARTEN MILLER SHERIDAN LLC
WEINGARTEN NOSTAT, INC.
WEINGARTEN REALTY INVESTORS
WELSH COMPANIES, INC.

WENDOVER SOUTH ASSOCIATES LIMITED PARTNERSHIP
WEST CAMPUS SQUARE L.P.
WEST OAKS MALL L.P.
WESTFORK OWNERS ASSOCIATION
WESTGATE VILLAGE, LLC
WESTLAKE LIMITED PARTNERSHIP
WHEATON PLAZA REGIONAL SHOPPING CENTER
WHITESTONE DEVELOPMENT PARTNERS A, LP
WHITESTONE REIT
WILLIAM P. BEATSON, JR. and JEROME B. TROUT, JR.
WILMINGTON TRUST COMPANY
WILMINGTON TRUST COMPANY
WINDSAIL PROPERTIES LLC
WMI/MPI BUSINESS TRUST
WMI/MPI BUSINESS TRUST
WOODLAND TRUSTEES, INC.
WOODLANDS CORPORATION, THE
WOODMONT SHERMAN, LP
WORLDWIDE PROPERTY MANAGEMENT, INC.
WRI  OVERTON PLAZA, LP
WRI CAMP CREEK MARKETPLACE II, LLC
WRI LAKESIDE MARKETPLACE, LLC
WRI SEMINOLE MARKETPLACE, LLC
WXIII/PWM REAL ESTATE LIMITED PARTNERSHIP

**Rejected Subleases (Tenants)**

| |
|---|
| ACADEMY ALLIANCE, LLC |
| AMERICAN COMPUTER DEVELOPMENT, INCORPORATED |
| Books A Million |
| DHL GLOBAL BUSINESS SERVICES |
| Dick's Sporting Goods, Inc. |
| DOLLAR TREE STORES, INC. |
| ENTERTAINMART-PRESTON RD, LLC |
| EYNON FURNITURE OUTLET, INC. |
| Fabri-Centers of America, Inc. |
| Food Lion, LLC |
| GE Transporation Systems |
| GOLFSMITH INTERNATIONAL, L.P. |
| Homans Associates, Inc. |
| Hughes MRO, LTD. |
| J. R. FURNITURE USA, INC. |
| K&G MEN'S COMPANY, INC. |
| La-Z-Boy Showcase Shoppes |
| MALL OF DECORATION, INC. |
| Mor Furniture For Less |
| MRV WANAMAKER, LC. |
| New Avenues Lease Ownership, LLC |
| NORTH SOUTH PARTNERS, LLC |
| Oklahoma Goodwill Industries, Inc. |
| PEAK PL HOLDINGS, LLC |
| POT LUCK ENTERPRISES, INC. |
| Quantum Fine Casework, Inc. |
| Remington Seeds, LLC |
| Restoration Ministries |
| SALOM SONS, INC. |
| Sam Ash Megastores, LLC |
| SKY BANK / THE HUNTINGTON NATIONAL BANK |
| TOPLINE APPLIANCE DEPOT, INC. |
| TOYS R US, INC. |
| TRADER JOE'S COMPANY |
| Waterbed Emporium of CA |
| WINCHESTER FUN EXPEDITION CORP |
| WIRED MANAGEMENT, LLC |
| Workforce Central Florida |

**Other Subleases (Tenants)**

| |
|---|
| $1.00 Stuff, Inc. |
| Adams Outdoor Advertising |
| Advance Auto Parts |
| American Outdoor Advertising |
| ARC INTERNATIONAL CORP. |
| AutoZone Northeast, Inc. |
| Baby Superstore, Inc. |
| Blockbuster, Inc. (12327-01) |
| Borders, Inc. |
| CARMAX BUSINESS SERVICES, LLC |
| CASTO |
| CEC Entertainment, Inc. #322 |
| Chapman & Main (Note Payment) |
| Charlie Brown's Steakhouse |
| Children's Discovery Centers of America |
| Circuit Sports, L.P. |
| Consolidated Stores Corp. dba Big Lots |
| Daniel and Deborah Schiavone |
| Dan's Big & Tall Shop, Inc. |
| Designs CMAL Retail Store, Inc. |
| Dollar General Corporation |
| Dollar Tree Stores, Inc. |
| Don Sherwood Golf, Inc. |
| Edwin Watts Golf Shop |
| Empire Education Group |
| EYECARE DISCOUNT OPTICAL INC. |
| Forecast Danbury Ltd. Partnership |
| GOLF GALAXY |
| GREAT GOLF, INC. |
| Guitar Center Stores, Inc. |
| Inkeeper Properties, Inc. |
| Joelle, Inc. dba International House of Pancakes |
| JP MORGAN CHASE BANK |
| Katz (Pylon Sign) |
| Lakeshore Equipment Co. |
| LifeWay Christian Resources |
| Maggiano's/Corner Bakery Holding Corp. |
| Mayland CAM |
| Modernage, Inc. |
| Mr. Paul T. Martin |
| New Colorado Daily, Inc. |
| O'Charleys, Inc. (Mayland CAM) |
| OK Apple, Inc. |
| OKLAHOMA GOLD REALTY, LLC |
| Orthodontic Centers of Virginia, Inc. |
| Pork Place dba Honey Baked Ham Co. & Café |
| Price Chopper Operating Co. |
| Prosound Music Centers, Inc. |
| Quarterdeck Corporate Office |
| Raymund Garza |

| |
|---|
| Ruby Tuesday's |
| Salem Farm Realty Trust |
| Se Truong & Ly Truong |
| SOLO CUP COMPANY |
| STAPLES, THE OFFICE SUPERSTORE, INC. |
| The Auto Toy Store, Inc. |
| The Floor Store, Inc. |
| The Julia Christy Salon, Inc. |
| The Pep Boys |
| The Sports Authority |
| The TJX Operating Companies |
| Tire Kingdom, Inc. |
| Trader Joe's East, Inc. |
| Tru Properties, Inc. |
| TVI, INC. |
| VIACOM OUTDOOR |
| Visionary Retail Management |
| West Marine Products, Inc. |
| |

**Significant Personal Property Leases**

Avaya Financial Services
GE Fleet Services
IBM
Hewlett Packard Company
Service Power
Toshiba

**Professionals**

FTI Consulting Inc.

Kirkland & Ellis LLP

Skadden, Arps, Slate, Meagher & Flom, LLP

McGuireWoods, LLP

Rothschild

**Potential Liquidators**

Gordon Brothers Retail Partners, LLC
Great American Group
Hilco Merchant Resources, LLC
Hudson Capital Partners, LLC
SB Capital Group, LLC
Tiger Capital Group, LLC

## Litigation Parties

Ada Alicea (class action)
Altamarino (class action)
Audiobahn
Michael Banker (class action)
Jamal Booker (class action)
Davis (class action)
Dealtree
Michael DiPirro (class action)
Kenneth Donnelly (class action)
Federal Communications Commission
Feller (class action)
Andrew Foss
William Harris (class action)
Hilgenberg (class action)
Roberty Gentry (class action)
Betty Ibrahim (class action)
Internal Revenue Service
Iowa AG
Keystone Automotive
Kobra Properties
Location 4500 Eastlake LA
Location 6946 Whitney Bank
Mad Rhino
Paul Mantor
Main Street At Exton, L.P.
Massachusetts Department of Revenue
Mastercard
Micro Electronics
Millennium Retail Partners
Maria Moncayo (class action)
Monster Cable
Donald Moxley
Christopher Murphy (class action)
RealSource
Securities and Exchange Commission
Christopher Snow (class action)
State of Iowa
Floyd Edward Temple Jr. (class action)
Tennesee Department of Revenue
Unical
Visa
Clayton P. Voegtle (class action)
Daniel Weidler (class action)

## Banks
American Savings
AmSouth/Regions
Banco Popular
Bank of America
Bank of America/CRP Securities, LLC
Chase
Fifth Third Bank
Fifth Third Securities, Inc.
J.P. Morgan Securities, Inc.
Lehman Brothers

Merrill Lynch Global Institutional Advisory Division
RBC Dain Rauscher
Suntrust
UBS Financial Services, Inc.
Wachovia Bank & Securities
Wells Fargo

**District Court Judges**

John F. Anderson
Leonie M. Brinkema
Theresa C. Buchanan
James C. Cacheris
Ivan D. Davis
T.S. Ellis, III
Claude M. Hilton
T. Rawles Jones, Jr.
Gerald Bruce Lee
Liam O'Grady

**Bankruptcy Court Judges**

David H. Adams

Robert Mayer

Stephen S. Mitchell

Stephen C. St. John

Blackwell N. Shelley

Douglas O. Tice, Jr.

**US Trustee's Office Personnel**

Frank J. Bove
Debera F. Conlon
Martha Davis
Dennis J. Early
Jack I. Frankel
Shannon D. Franklin
W. Clarkson McDow
Cecelia A. Weschler
Kenneth N. Whitehurst, III
Robert Van Arsdale