## EXHIBIT B

**Declaration of Anup Sathy, P.C.,**
**Partner, Kirkland & Ellis LLP**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al.,[1] | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**DECLARATION OF ANUP SATHY, P.C. IN SUPPORT OF THE APPLICATION FOR
ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
KIRKLAND & ELLIS LLP AS SPECIAL COUNSEL FOR THE DEBTORS AND
DEBTORS IN POSSESSION *EFFECTIVE AS OF* TO THE PETITION DATE**

I, Anup Sathy, P.C., being duly sworn, state the following under penalty of perjury.

1.     I am a partner in the law firm of Kirkland & Ellis LLP ("K&E"), with offices at
200 East Randolph Drive, Chicago, Illinois.  I am admitted to practice and a member in good
standing of the Bar of the State of Illinois and have been admitted pro hac vice to practice before
the United States District Court for the Northern District of Illinois, the United States
Bankruptcy Court for the Northern District of Illinois, the United States Bankruptcy Court for
the District of Delaware, the United States Bankruptcy Court for the Southern District of New
York, the United States Bankruptcy Court for the Eastern District of Louisiana, the United States
Bankruptcy Court for the District of Maryland, the United States Bankruptcy Court for the

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit
City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC
Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311),
Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is
9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland
Drive, Richmond, Virginia 23233.

Southern District of Ohio and the United States Bankruptcy Court for the Southern District of Texas.

2.      I submit this Declaration in support of the application (the "Application") of the above-captioned debtors (collectively, the "Debtors") for an order pursuant to sections 327(e) and 330 of the Bankruptcy Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules") authorizing the Debtors to employ and retain K&E to represent the Debtors' as special counsel on matters related to the Debtors' efforts to secure financing, issues related to the use of cash collateral and all other financing matters to the extent requested by the Debtors.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

<u>**K&E's Qualifications**</u>

3.      By this Application, the Debtors seek to employ and retain K&E in a limited capacity with respect to matters described above because of K&E's recognized expertise and extensive knowledge of chapter 11 business reorganizations, and specifically, of debtor in possession financing and related cash collateral issues.  In addition, as described below, because of K&E's prepetition employment by the Debtors, K&E has historical knowledge of the Debtors' companies and their financing documents.

4.      K&E has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others: <u>In re Movie Gallery, Inc.</u>, Case No. 07-33486 (Bankr. E.D. Va. Oct. 22, 2007); <u>In re Hines Horticulture, Inc.</u>, Case No. 08-11922 (Bankr. D. Del. Aug. 20, 2008); <u>In re Pierre Foods, Inc.</u>, Case No. 08-11480 (Bankr. D. Del. Aug. 13, 2008); <u>In re ACG Holdings, Inc.</u>, Case No. 08–11467 (Bankr. D. Del. Aug. 12, 2008); <u>In re</u>

Tropicana Entm't, LLC, Case No. 08-10856 (Bankr. D. Del. May 30, 2008); In re Kimball Hill, Inc., Case No. 08-10095 (Bankr. N.D. Ill. May 13, 2008); In re Leiner Health Prods., Inc., Case No. 08-10446 (Bankr. D. Del. Mar. 12, 2008); In re Dura Auto. Sys., Inc., Case No. 06-11202 (Bankr. D. Del. Nov. 20, 2006); In re J.L. French Auto. Castings, Inc., Case No. 06-10119 (Bankr. D. Del. Mar. 28, 2006); In re Musicland Holding Corp., Case No. 06-10064 (Bankr. S.D.N.Y. Feb. 21, 2006); In re Leaseway Motorcar Transp. Co., Case No. 06-00107 (Bankr. W.D.N.Y. Feb. 15, 2006); In re Calpine Corp., Case No. 05-60200 (Bankr. S.D.N.Y. Jan. 25, 2006); In re Collins & Aikman Corp., Case No. 05-55927 (Bankr. E.D. Mich. May 26, 2005); In re Tower Auto., Inc., Case No. 05-10578 (Bankr. S.D.N.Y. Mar. 5, 2005); In re The Boyds Collection, Ltd., Case No. 05-43793 (Bankr. D. Md. Nov. 29, 2005); In re ACR Mgmt., L.L.C., Case No. 04-27848 (Bankr. W.D. Pa. July 13, 2004); In re FV Steel & Wire Co., Case No. 04-22421 (Bankr. E.D. Wis. Mar. 15, 2004); In re NRG Energy, Inc., Case No. 03-13024 (Bankr. S.D.N.Y. June 2, 2003); In re Cornerstone Propane L.P., Case No. 04-13856 (Bankr. S.D.N.Y. June 24, 2004); In re Solutia Inc., Case No. 03-17949 (Bankr. S.D.N.Y. Mar. 11, 2005); In re Techneglas, Inc., Case No. 04-63788 (Bankr. E.D. Ohio Sept. 27, 2004); In re Conseco, Inc., Case No. 02-B49672 (Bankr. N.D. Ill. Jan. 14, 2003); In re UAL Corp., Case No. 02-48191 (Bankr. N.D. Ill. Dec. 30, 2002); In re W.R. Grace & Co., Case No. 01-01139 (Bankr. D. Del. May 3, 2001); In re Trans World Airlines, Inc., Case No. 01-00056 (Bankr. D. Del. Jan. 26, 2001).

5.       Since mid-September, K&E has represented the Debtors with respect to all aspects of negotiation and documentation related to efforts to secure additional financing from a variety of sources, as well as issues related to the Debtors' use of cash collateral. Thus, K&E is familiar with the Debtors' financing and business in general, as well as many of the legal issues

3

K&E 13747632.

that may arise in the context of these matters.  Due to K&E's relationship with the Debtors, K&E

is both well qualified and uniquely able to represent them as special counsel in connection with

their efforts to obtain financing and related use of cash collateral in an efficient and timely

manner.

### Services to be Provided

6.      Subject to further order of the Court and consistent with the Engagement Letter,

the Debtors request authority to employ and retain K&E to render legal services relating to the

Debtors' efforts to secure financing, issues related to the use of cash collateral and all other

financing matters to the extent requested by the Debtors.

### No Duplication of Services/Special Purpose

7.      K&E understands that the Debtors have retained and may retain additional

professionals during the term of the engagement and agrees to work cooperatively with such

professionals to integrate any respective work conducted by the professionals on behalf of the

Debtors.  Specifically, by separate applications, the Debtors seek to retain (a) Skadden, Arps,

Slate, Meagher & Flom LLP**,** as general restructuring counsel in these chapter 11 cases, (b)

McGuire Woods LLP, as general bankruptcy co-counsel, (c) FTI Consulting, Inc., as

restructuring consultants, (d) Rothschild, Inc., as investment banker and financial advisor and (e)

Kurtzman Carson Consultants LLC, as notice, claims and balloting agent.  K&E has assured the

Debtors that it will work closely with each of these firms to take care not to duplicate their

efforts in these chapter 11 cases.

8.      The Debtors believe that it is crucial that K&E be retained as special counsel

given K&E's knowledge and experience representing the Debtors with respect to financing and

cash collateral issues.  If the Court does not authorize the Debtors' employment and retention of

K&E in their chapter 11 cases, the Debtors, their estates and all parties in interest would be

unduly prejudiced by the time and related expense for other counsel to familiarize themselves with the matters described above.

9.      Moreover, K&E will not otherwise render any services with respect to the administration of the Debtors' chapter 11 cases absent separate application to the Court.  K&E does not anticipate that it will  be involved in the interfacing with this Court, except as it relates to the limited matters of financing and related use of cash collateral.

### Professional Compensation

10.     Subject to the Court's approval, and in accordance with section 330(a) of the Bankruptcy Code, K&E intends to (a) charge for the legal services provided pursuant to its retention as special counsel on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered and (b) seek reimbursement of actual and necessary out of pocket expenses in connection with such retention.  K&E will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described above by category and nature of the services rendered.

11.     K&E operates in a national marketplace for legal services in which rates are driven by multiple factors relating to each individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors. Because the sub markets for legal services are fragmented and are affected by a variety of individualized and interdependent factors, K&E has no single rate for an individual biller that applies to all matters for all clients.  K&E's rates for an individual biller may vary as a function of the type of matter, geographic factors, the nature of certain long term client relationships, and various other factors.

5

12.     K&E's hourly rates are set at a level designed to fairly compensate K&E for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.  In particular, K&E's current hourly rates for matters related to these chapter 11 cases range as follows:

| Billing Category | Range |
| --- | --- |
| Partners | $500 - $975 |
| Of Counsel | $380 - $870 |
| Associates | $275 - $595 |
| Paraprofessionals | $120 - $260 |

13.     The following professionals are presently expected to have primary responsibility for providing services to the Debtors:  Linda Myers, P.C. and Michelle Kilkenney.  In addition, from time to time, other K&E professionals and paraprofessionals will provide services to the Debtors.

14.     It is K&E's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also K&E's policy to charge its clients only the amount actually incurred by K&E in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer assisted legal research, photocopying, outgoing facsimile transmissions, airfare, meals and lodging.

15.     To ensure compliance with all applicable deadlines in these chapter 11 cases, from time to time K&E utilizes the services of overtime secretaries.  K&E charges fees for these services pursuant to the Engagement Letter, which permits K&E to bill the Debtors for overtime

secretarial charges that arise out of business necessity.  In addition, K&E professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

16.    K&E currently charges between $0.10 and $0.15 per page for standard duplication in its offices in the United States.  K&E does not charge its clients for facsimile transmissions.  K&E has negotiated a discounted rate for Westlaw computer assisted legal research.  Computer assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non computer assisted legal research) techniques.

17.    K&E will apply to the Court for payment of compensation and reimbursement of expenses in accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the U.S. Trustee Guidelines and any other applicable orders or procedures established by the Court.  K&E will submit with its fee applications detailed daily time entries for each individual providing services in one-tenth (.10) hour increments, explaining the services provided as well as a categorized summary of disbursements and expenses for which K&E is seeking reimbursement.

18.    K&E further states that pursuant to Bankruptcy Rule 2016(b) it has not shared, nor agreed to share, (a) any compensation it has received or may receive with another party or person, other than with the partners, associates and contract attorneys associated with K&E or (b) any compensation another person or party has received or may receive.

**Prepetition Fees and Expenses**

19.    On October 3, 2008, the Debtors paid $100,000 to K&E as a classic retainer. Thereafter, from time to time, as described by the Engagement Letter, K&E received certain

7

replenishments of the retainer and applied certain invoiced fees and expenses to reduce the balance of the retainer.  From October 3, 2008, K&E issued invoices to the Debtors in the total amount of $516,217.72 and promptly reduced its retainer balance after each invoice.  Other than for two days, as set forth below, K&E maintained a retainer balance during its engagement sufficient to apply to invoices at the time they were sent to the Debtors.

| Type of Transaction | Invoice Date | Billed Amount | Payment Date | Retainer Replenishment | Retainer Balance |
|---|---|---|---|---|---|
| Initial Retainer | | | 10/03/2008 | $100,000.00 | $100,000.00 |
| Retainer increase | | | 10/10/2008 | $121,058.55 | $221,058.55 |
| Invoice | 10/13/20088 | $121,058.55 | | | $100,000.00 |
| Invoice | 10/17/2008 | $63,793.90 | | | $36,206.10 |
| Invoice | 10/22/2008 | $65,853.10 | | | ($29,647.00) |
| Retainer replenishment | | | 10/24/2008 | $138,793.90 | $109,146.90 |
| Retainer replenishment | | | 10/28/2008 | $65,853.10 | $175,000.00 |
| Invoice | 10/28/2008 | $111,763.55 | | | $63,236.45 |
| Retainer replenishment | | | 10/31/2008 | $111,763.55 | $175,000.00 |
| Invoice | 11/04/2008 | $144,384.42 | | | $30,615.58 |
| Retainer replenishment | | | 11/05/2008 | $144,384.42 | $175,000.00 |
| Invoice | 11/06/2008 | $69,364.20 | | | $105,635.80 |
| Retainer replenishment | | | 11/07/2008 | $189,364.20 | $295,000.00 |

20.    As of the Petition Date, the Debtors did not owe K&E any amounts for legal services rendered before the Petition Date, although certain expenses and fees may have been incurred by K&E but not yet applied to K&E's retainer.  Such amounts, if any, would be less than the balance of K&E's retainer of $295,000.00 as of the Petition Date.

**K&E's Lack of Adverse Interest with Respect to Matters on which K&E is to be Employed**

21.    K&E and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and the chapter 11 cases.  K&E has searched its electronic database to determine whether it has any connection to the entities listed on Exhibit 1 annexed hereto.  The information

8

listed on Exhibit 1 may have changed without our knowledge and may change during the pendency of the chapter 11 cases. Accordingly, K&E will update this Declaration as necessary and when K&E becomes aware of material information. The following is a list of the categories that K&E has searched:

| Exhibit | Category |
|---------|----------|
| 1(a) | Current and Recent Former Entities Affiliated with the Debtors |
| 1(b) | Current and Recent Former Directors and Officers |
| 1(c) | Banks |
| 1(d) | Litigation Parties |
| 1(e) | Significant Competitors |
| 1(f) | Secured Lenders |
| 1(g) | Professionals |
| 1(h) | 5% or Greater Shareholders |
| 1(i) | Top 70 Unsecured Creditors |
| 1(j) | United States Trustee, Court Contacts and Key Staff Members for the Eastern District of Virginia |
| 1(k) | Utilities |
| 1(l) | Top Vendors |
| 1(m) | Potential Liquidators |
| 1(n) | Insurers |
| 1(o) | Counterparties to Subleases and Personal Property Leases |
| 1(p) | Credit Card Companies |
| 1(q) | Landlords |

22.     To the best of my knowledge, (a) K&E does not hold or represent an interest adverse to the Debtors' estates with respect to any matters on which K&E is sought to be retained by the Debtors and (b) K&E has no connection to the Debtors, their creditors or their related parties except as may be disclosed in this Declaration.

23.     Listed on Exhibit 2 to this Declaration are current and former clients that appear in the results of K&E's conflicts searches of the above listed entities.[2]  For the avoidance of

---

[2]     As used in Exhibit 2, the term "current client" means a client to whom time was worked in the 12 months preceding the Petition Date.  As referenced in Exhibit 2, the term "former client" means a client to whom time

K&E 13747632.

doubt, K&E will not commence a cause of action in these chapter 11 cases against the parties listed on Exhibit 2 that are current or ongoing clients of K&E (including parties listed in the specific disclosures section of this Declaration) unless K&E has an applicable waiver on file or first receives a waiver from such party allowing K&E to commence such an action.  To the extent that a waiver does not exist or is not obtained from such client and it is necessary for the Debtors to commence an action against that client, the Debtors will retain conflicts counsel to represent them in that particular matter.

24.    K&E's conflicts search of the parties in interest listed on Exhibits 1(a) to 1(q) annexed hereto (that K&E was able to locate using reasonable efforts) reveals, to the best of K&E's knowledge, that certain of K&E's attorneys and paraprofessionals who previously worked at other law firms that represented certain potential parties in interest in the chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at K&E, except as disclosed or otherwise described herein.

25.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, neither K&E nor any of its partners or associates has any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, or any key person employed in the office of the U.S. Trustee, any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the Eastern District of Virginia, except as disclosed or otherwise described herein.

---

was worked between 36 and 12 months preceding the Petition Date.  On Exhibit 2, the term "closed client" means a client to whom time was worked in the 36 months preceding the Petition Date but for which the client representation has been closed.  As a general matter, K&E discloses connections with former clients or closed clients for whom time was worked in the last 36 months but does not disclose connections if time was billed more than 36 months before the Petition Date.

K&E 13747632.

26.     K&E will periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, K&E will use reasonable efforts to identify such further developments and will file promptly a supplemental declaration as required by Bankruptcy Rule 2014(a).

27.     Generally, it is K&E's policy to disclose clients in the capacity that they first appear in a conflicts search.   For example, if a client has already been disclosed in this Declaration in one capacity (*i.e.*, a bank), and the client appears in a subsequent conflicts search in a different capacity (*i.e.*, a bondholder), K&E does not disclose the same client again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

28.     From time to time, K&E has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to K&E.

29.     Insurance companies pay the legal bills of certain K&E clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance companies, however, is a K&E client as a result of this situation.

### Specific Disclosures

30.     As specifically set forth below and in the attached exhibits, K&E represents certain of the Debtors' creditors, equity security holders, or other parties in interest in ongoing matters unrelated to the matters for which K&E is to be employed by the Debtors.  K&E does not believe that these representations create an adverse interest to the Debtors or their estates with respect to the matters on which K&E is to be employed.

K&E 13747632.

A.      **Relationships with Certain Creditors**

31.      K&E currently represents Bain Capital, Inc. ("Bain").   Certain portfolio companies of Bain may have relationships with the Debtors, including as adverse parties in litigation proceedings.   However, all prior and current K&E representations of such portfolio companies are not adverse to the Debtors with respect to the matters upon which K&E is to be retained hereunder.

32.      K&E currently represents Madison Dearborn Partners, Inc. ("MDP").   Certain portfolio companies of MDP may have relationships with the Debtors.   However, all prior and current K&E representations of such portfolio companies have been in matters unrelated to the Debtors or these chapter 11 cases.

33.      K&E currently represents General Motors and its affiliates, including GMAC Commercial Finance LLC, in a number of matters.   GMAC Commercial Finance LLC is a secured lender of the Debtors.   All prior and current K&E representations of General Motors and GMAC Commercial Finance LLC have been in matters unrelated to the Debtors or these chapter 11 cases.

34.      As disclosed in Exhibit 2 attached hereto, K&E currently represents, and formerly has represented and in the future likely will represent certain affiliates associated with Bank of America.   Bank of America or one of its affiliates is a pre-petition lender to the Debtors.   All prior and current K&E representations of Bank of America, including those matters in the aforementioned twelve month period, have been in matters unrelated to the Debtors and these chapter 11 cases.

B.      **Relationships with Other Professionals**

35.      As disclosed in Exhibit 2 annexed hereto, K&E currently represents, and formerly has represented, certain affiliates, subsidiaries, and entities associated with various professionals

K&E 13747632.

that the Debtors have engaged or seek to retain in connection with these chapter 11 cases.  These parties include Rothschild, Inc., as the Debtors' investment banker and financial advisor, FTI Consulting, Inc., as the Debtors' restructuring consultants and McGuire Woods LLP, as the Debtors' general bankruptcy co-counsel.  All prior and current K&E representations of these professionals have been in matters unrelated to the Debtors and these chapter 11 cases. Furthermore, K&E has not represented and will not represent these professionals in connection with any matter in these chapter 11 cases.

36.    George Stamas, a partner with K&E in its Washington, D.C. office, is an outside director of FTI Consulting, Inc., a New York stock exchange listed company and the restructuring consultants retained by the Debtors in these chapter 11 cases.  Mr. Stamas owns a de minimis percentage (less than 1/10 of one percent) of the company's equity.  Mr. Stamas will have no role in the representation of the Debtors in these chapter 11 cases.

37.    The Debtors have retained Kurtzman Carson Consultants LLC ("KCC") as their notice, claims, and balloting agent.  Jonathan A. Carson, who was employed as a K&E associate between 1999 and 2001, is currently president of KCC.  Mr. Carson's work at K&E was unrelated to the Debtors or the chapter 11 cases.  In addition, a former K&E partner, Michael J. Frishberg, has recently joined KCC.  Mr. Frishberg's work at K&E also was unrelated to the Debtors or the chapter 11 cases.

C.    **K&E Partner Blind Pool Investments**

38.    Certain current and former partners of K&E invest in mutual funds, individual equities, and other securities and make any other number of investments personally.  Likewise, certain current and former partners of K&E may voluntarily choose to invest in certain blind pool investment funds.  These blind pool investment funds fall into two categories:  "private equity fund" investments, where the investment pool invests capital in certain private equity

13

funds that are K&E clients; and "direct" investment funds, where the investment pool invests directly in equity or debt of certain portfolio companies of K&E private equity clients. These blind pool investment funds are organized as limited partnerships that are managed by certain K&E partners who are also limited partners. Such blind pool investment funds are not managed or otherwise controlled by K&E. Moreover, once the money is invested by such blind pool investment fund, the investment generally is not controlled by the limited partnership that manages the applicable blind pool investment fund, other than the right to withdraw from the investment in accordance with governing rules. Participation in blind pool investment funds is wholly voluntary, and not all current and former partners of K&E participate. Generally, investments in blind pool investment funds have not exceeded a 1% stake involving any company's debt or equity.

### D.    Relationships to Other Entities

39.    As set forth in the attached Engagement Letter, K&E currently represents, and formerly has represented, certain affiliates, subsidiaries and entities associated with Golden Gate Capital (collectively, "Golden Gate Capital") on matters related to the Debtors, but not adverse with respect to the matters on which K&E is seeking to be retained hereunder. The Debtors are aware of such representation and have consented to K&E's representation of Golden Gate Capital. As set forth in the Engagement Letter, K&E has instituted a formal screening protocol with respect to its representation of Golden Gate Capital. While K&E represents Golden Gate Capital on matters related to the Debtors, it does not hold or represent an interest adverse to the Debtors' estates with respect to the matters on which K&E is sought to be retained. K&E will not represent the Debtors on any matter in which Golden Gate Capital is an adverse party.

40.    K&E represents Mentor Graphics Corporation, DENSO CORPORATION, Intel Corporation and certain of their affiliates, all of which are or were codefendants with the Debtors

in a variety of lawsuits asserting patent infringement, including: *Harthcock v. MIPS Techs., Inc.*, No. 2:07-515 (E.D. Tex. filed Nov. 27, 2007); *Speedtrack, Inc. v. Office Depot, Inc.*, No. 07-3602-PJH, 2007 WL 2972638, at *1 (N.D. Cal. Oct. 10, 2007); *WI-Lan, Inc. v. Acer, Inc.*, No. 2:07-473 (E.D. Tex. filed Oct. 31, 2007); *WI-Lan, Inc. v. Westell Techs., Inc.*, No. 2-07-474 (E.D. Tex. filed Oct. 31, 2007). While K&E does not represent the Debtors in these actions, K&E's representations are not adverse to the interests of the Debtors. To the best of K&E's knowledge, there is no indemnity or contribution relationship between the Debtors and Mentor Graphics Corporation, DENSO CORPORATION, Intel Corporation or their affiliates which would create an interest adverse to the Debtors, or their estates.

41.    K&E represents or has represented certain debtors and their affiliates in their chapter 11 cases, including TOUSA, Inc. and Musicland Holding Corporation, of which the Debtors are a creditor. These representations do not represent an interest adverse to the Debtors' estates with respect to the matters for which K&E is sought to be retained.

42.    K&E represents DIRECTV, Inc. on various matters relating to advertisement, marketing and promotion of DIRECTV, Inc.'s products. In 2001, K&E reviewed sweepstakes rules for a promotion it conducted in conjunction with the Debtors. This representation was not related to the Debtors' chapter 11 cases or the matters for which K&E is sought to be retained in these chapter 11 cases. Such representation of DIRECTV, Inc. does not represent an adverse interest to the Debtors' estates.

43.    As disclosed in <u>Exhibit 2</u> hereof, K&E currently represents, and formerly has represented, certain affiliates, subsidiaries, joint ventures or entities associated with Twentieth Century Fox Film Corp. ("Twentieth Century Fox"). Twentieth Century Fox Home Entertainment LLC, an affiliate of Twentieth Century Fox, is currently a significant vendor to,

15

and creditor of, the Debtors.  All representations of Twentieth Century Fox have been in matters unrelated to the Debtors and these chapter 11 cases. Twentieth Century Fox has consented to K&E's representation of the Debtors as special counsel.  Furthermore, K&E has implemented procedures to maintain the confidentiality of information related to K&E's unrelated representations of the Debtors and Twentieth Century Fox.

**E.**    **Relationships to Directors or Officers**

44.    K&E represents The Service Master Company and certain of its executives in the limited capacity of negotiating employment contracts.  The chief executive officer of The Service Master Company, Patrick J. Spainhour, is also a director of the Debtors.  K&E's representation of Mr. Spainhour is not related to the Debtors' chapter 11 cases and thus does not represent an interest adverse to the Debtors' estates.

**F.**    **Other Disclosures**

45.    Certain interrelationships exist among the Debtors. Nevertheless, the Debtors have advised K&E that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude K&E's joint representation of the Debtors in these chapter 11 cases.

46.    The spouse of K&E partner Helen E. Witt, P.C. is a managing director of JPMorgan Chase Co., a bank with which the Debtors conduct business.  K&E has instituted formal screening measures to screen Ms. Witt from all aspects of K&E's representation of the Debtors.

47.    Prior to joining the firm, K&E partners Albert Cho and Paul J. Astolfi represented numerous clients adverse to K&E's current and former restructuring clients, including debtors in

chapter 11. Out of an abundance of caution, K&E has instituted formal screening procedures to screen Mr. Cho and Mr. Astolfi from this matter.

48.    A former K&E partner, Mark Tresnowski, is currently managing director and general counsel of Madison Dearborn Partners, Inc.  Mr. Tresnowski was previously employed by K&E from 1986 to 1999, and for a brief period in 2004.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2008

By:  _____
Name:  Anup Sathy, P.C.

17

# EXHIBIT 1

The following lists contain the names of reviewed entities as described more fully in the Declaration.  Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP reviewed each entity in its records, as more fully described in the Declaration, matching the incomplete or ambiguous name.

| Exhibit | Category |
| --- | --- |
| 1(a) | Current and Recent Former Entities Affiliated with the Debtors |
| 1(b) | Current and Recent Former Directors and Officers |
| 1(c) | Banks |
| 1(d) | Litigation Parties |
| 1(e) | Significant Competitors |
| 1(f) | Secured Lenders |
| 1(g) | Professionals |
| 1(h) | 5% or Greater Shareholders |
| 1(i) | Top 70 Unsecured Creditors |
| 1(j) | United States Trustee, Court Contacts and Key Staff  Members for the Eastern District of Virginia |
| 1(k) | Utilities |
| 1(l) | Top Vendors |
| 1(m) | Potential Liquidators |
| 1(n) | Insurers |
| 1(o) | Counterparties of Subleases and Personal Property Leases |
| 1(p) | Credit Card Companies |
| 1(q) | Landlords |

# EXHIBIT 1(a)

## Current and Recent Former Entities Affiliated with the Debtors

587255 Ontario Ltd.
Abbott Advertising Inc.
American Computer Development Inc.
Asian Sourcing & Procurement Services Co. Ltd.
CC Aviation LLC
CC Distribution Company of Virginia Inc.
Cicuit City Global Sourcing Limited
Circuit City Properties LLC
Circuit City Purchasing Company LLC
Circuit City Stores Inc.
Circuit City Stores PR, LLC
Circuit City Stores West Coast Inc.
Courcheval LLC
Digital Video Express LP
Early Adopter Fund LLC
InterTAN Canada Ltd.
InterTAN France SNC
InterTAN Inc.
InterTAN Ontario Ltd.
Kinzer Technology LLC
Mayland MN LLC
MusicNow LLC
Northern National Insurance Ltd
Orbyx Electronics LLC
Patapsco Designs Inc.
PlumChoice Inc.
Prahs Inc.
Sixth Street Marketplace LP
Sky Venture Corporation
St. Tammany Oaks Subdivision Association LLC
Theater Xtreme Entertainment Group Inc.
Tourmalet Corp.
Ventoux International Inc.
XS Stuff LLC

# EXHIBIT 1(b)

## <u>Current and Recent Former Directors and Officers</u>

Baldyga, Lisa
Barretta, Henry P.
Besanko, Bruce H.
Bossin, Alan
Bradley, Brian S.
Breitenbecher, Kelly E.
Brill, Ronald M.
Byrd, Carolyn H.
Cuthbertson, Ron
Daoust, Ean
Dunn, Phillip J.
Fairbairn, Ursula O.
Faries, Timothy C.
Feigin, Barbara S.
Foss, Michael E.
Grove, Jacqueline
Hardymon, James F.
Harlow, John T.
Hedgebeth, Reginald D.
Heidemann, Lyle G.
Jonas, Eric A., Jr.
Kane, Alan
Kelly, John J.
King, Allen B.
Kornstein, Don R.
Ma, Jeric

MacKay, Irynne V.
Marcum, James A.
McCorey, William E., Jr.
McDonald, Jeffrey A.
Mosier, Michelle
Mulleady, John
Oakey, John A., III
Owen, Linda M.
Pappas, Steven P.
Ramsey, Danny W.
Salovaara, Mikael
Schoonover, Phillip J.
Sieger, Marc J.
Smith, Marlies A.
Spainhour, J. Patrick
Spurling, Richard D.
Stone, Jeffrey S.
Swider, Gerald L.
Turner, Ronald L.
Wahle, Elliott
Weedfald, Peter C.
Whaling, Marshall J.
Wong, Mark J.
Woo, Carolyn Y.

# EXHIBIT 1(c)

## **Banks**

American Savings
AmSouth/Regions
Banco Popular
Bank of America
Chase
CRP Securities LLC
Fifth Third Bank
Fifth Third Securities Inc.
GE Capital Markets, Inc.
JP Morgan Securities Inc.
Lehman Brothers
Merrill Lynch Global Institutional Advisory Division
RBC Dain Rauscher
Suntrust
UBS Financial Services Inc.
Wachovia Bank & Securities
Wells Fargo

# EXHIBIT 1(d)

## Litigation Parties

Alicea, Ada
Altamarino
Audiobahn
Banker, Michael
Booker, Jamal
Davis
Dealtree
DiPirro, Michael
Donnelly, Kenneth
Federal Communications Commission
Feller
Foss, Andrew
Harris, William
Hilgenberg
Ibrahim, Betty
Internal Revenue Service
Iowa Attorney General
Iowa, State of
Keystone Automotive
Kobra Properties
Location 4500 Eastlake LA
Location 6946 Whitney Bank
Mad Rhino
Main Street At Exton Lp
Mantor, Paul
Massachusetts Department of Revenue
Mastercard
Micro Electronics
Millennium Retail Partners
Moncayo, Maria
Monster Cable
Moxley, Donald
Murphy, Christopher
RealSource
Roberty Gentry
Securities and Exchange Commission
Snow, Christopher
Temple, Floyd Edward, Jr.
Tennesee Department of Revenue
Unical
Visa
Voegtle, Clayton P.
Weidler, Daniel

# EXHIBIT 1(e)

### **Significant Competitiors**

Best Buy Co. Inc.
CompUSA Inc.
Costco Wholesale Corp.
Dell Inc.
hhgregg Inc.
Home Depot Inc., The
Lowe's Cos. Inc.
Pacific Sales Kitchen & Bath Centers Inc.
PC Richard & Son
RadioShack Corp.
Sam's Club
Sears Roebuck & Co.
Target Corp.
Wal-Mart Stores Inc.

# EXHIBIT 1(f)

## Secured Lenders

Bank of America NA
Burdale Finance Ltd.
Capital One Leverage Finance Corp.
Fifth Third Bank
General Electric Capital Corp.
GMAC Commercial Finance LLC
JPMorgan Chase Bank NA
National City Business Credit Inc.
PNC Bank NA
SunTrust Bank
Textron Financial Corp.
UBS Loan Finance LLC
UPS Capital Corp.
Wachovia Capital Finance Corp.
Webster Bank
Webster Financial Corp.
Wells Fargo Retail Finance LLC

# EXHIBIT 1(g)

### **Professionals**

FTI Consulting Inc.
Kurtzman Carson Consultants LLC
McGuire Woods LLP
Rothschild, Inc.
Skadden Arps Slate Meagher & Flom LLP

# EXHIBIT 1(h)

## 5% or Greater Shareholders

Atwood, J. Richard
Classic Fund Management AG
First Pacific Advisors LLC
HBK Investments LP
HBK Management LLC
HBK Master Fund
HBK Master Fund LP
HBK Partners II LP
HBK Services LLC
Rodriguez, Robert L.
Wattles, Mark J.

# EXHIBIT 1(i)

## Top 70 Unsecured Creditors

Advertising.com
Alliance Entertainment
Apex Digital Inc.
Audiovox
Belkin Logistics Inc.
Bethesda Softworks
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Co.
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Graphic Communications
Hewlett Packard
Hewlett-Packard US Operation
Hisense USA Corporation
IBM
IBM Strategic Outsourcing Wire
Incomm
Kensington
Kingston Technologies
Klipsch Audio Technologies LLC
Lenovo Inc.
Lexar Media Inc.
Lexmark International Inc.
Linksys
Microsoft Corp.
Microsoft Corp. Consignment
Microsoft Xbox
Microsoft Xbox Consignment
Mitac USA Inc.
Mitsubishi Digital Electronics
Monster Cable
Monster Cable Products
Monster LLC
Navarre Consignment
Navarre Consignment Symantec
Navarre Corporation
Navarre Distribution
Nikon Inc.
Olympus Corporation
Omnimount Systems Inc.

Oncorp US Inc.
Onkyo USA Corp.
Panasonic Company National Acct.
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc.
Pioneer Electronics Service
Samsung Electronics America Inc.
Samsung Electronics America
Samsung Opto Electronics Inc.
Sandisk Corporation
Sharp Electronics Corp.
Simpletech
Sony
Sony Computer Entertainment
Sony Electronics Inc.
Stillwater Designs Inc.
Thq Inc.
Toshiba America Business Solutions Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Valuesoft
Vizio
Vtech Communications Inc.
Vtech Electronics
Warner Home Video
Zenith Electronics Corp.

# EXHIBIT 1(j)

### United States Trustee, Court Contacts and Key Staff Members
### for the Eastern District of Virginia

Adams, David H.
Anderson, John F.
Bove, Frank J.
Brinkema, Leonie M.
Buchanan, Theresa C.
Cacheris, James C.
Conlon, Debera F.
Davis, Ivan D.
Davis, Martha
Early, Dennis J.
Ellis, T.S., III
Fathergill, Gail
Frankel, Jack I.
Franklin, Shannon D.
Hilton, Claude M.
Huennekens, Kevin R.
Jones, T. Rawles, Jr.
Lee, Gerald Bruce
Mayer, Robert
McDow, W. Clarkson, Jr.
Mitchell, Stephen S.
O'Grady, Liam
Redden, William C.
Rintye, Peggy
Shelley, Blackwell N.
St. John, Stephen C.
Tice, Douglas O., Jr.
Van Arsdale, Robert
Weschler, Cecelia A.
Whitehurst, Kenneth N., III

# EXHIBIT 1(k)

### Utilities

Abilene (TX), City of
Accent Energy Inc.
AEP/24002-Ohio Power
Alabama Gas Corp.
Alabama Power
Alagasco
Alameda County (CA) Water District
Albany (GA) Water Gas & Light Commission
Albemarle County Service Authority
Albuquerque Bernalillo County (NM) Water
Alcoa (TN) Utilities
Alderwood (WA) Water District
Alexandria (LA), City of
Algonquin (IL), Village of
Allegheny Power
Alliant Energy/WP&L
ALLTEL
Altamonte Springs (FL), City of
Altoona (PA) City Authority
Amarillo (TX), City of
Ameren CILCO
Ameren CIPS
Ameren IP
Ameren UE
American Water & Energy Savers
American Water Service Inc.
Ammon (ID), City of
Anderson (SC) City Utilities
Ann Arbor (MI) Treasurer
Anne Arundel County (MD) Water &
    Wastewater
Anniston (AL) Water Works
Apex (NC), Town of
Aqua New Jersey
Aquarion Water Co. of CT
Aquila Inc.
Arch Wireless
Ardmore (OK), City of
Arizona Public Service
Arkansas Oklahoma Gas Corp.
Arkansas Utility Billing Services
Arkansas Western Gas Co.
Arlington (TX), City of
Arlington Heights (IL), Village of
Artesian Water Co. Inc.
Asheville (NC), City of

Ashwaubenon (WI) Water & Sewer Utility
AT&T Ameritech
AT&T Bellsouth
AT&T Corp.
AT&T Mobility
AT&T Pacific Bell
AT&T SNET
AT&T Southwestern Bell
Athens-Clarke (GA) County Stormwater Utility
Athens-Clarke (GA), County of
Atlanta (GA) Dept. of Watershed Management
Atlantic City (NJ) Electric
Atmos Energy
Augusta (GA) Utilities Department
Aurelius (NY) Water & Sewer
Aurora Water
Austell Natural Gas System
Austin (TX), City of
Autoridad De Acueductos Y Alcantarillados
    De PR
Autoridad de Energia Electrica
Avaya
Avista Advantage Inc.
Avista Utilities
Avondale (AZ), City of
Bakersfield (CA) Water Service
Baltimore (MD) Metered Water
Bangor Gas
Bangor Hydro Electric Co.
Bangor Water District
Batavia (IL), City of
Baton Rought (LA) Utility Payment Processing
Bay State Gas
Beaumont (TX), City of
Bedford Park (IL), Village of
Bellevue (WA) City Treasurer
Bellsouth
Belmont County (OH) Sanitary Sewer District
Berwyn (IL), City of
Bethlehem (PA), City of
Bexar County (TX) WCID
BGE Baltimore Gas & Electric
Bloomfield (MI), Charter Township of
Bloomingdale (IL), Village of
Bloomington (IL), City of
Bloomington (MN), City of

Boca Raton (FL), City of
Boulder (CO), City of
Boynton Beach (FL) Utilities Dept.
Braintree Electric Light Department
Braintree Water & Sewer Dept.
Brazoria County MUD #6
Brea (CA), City of
Brick Township (NJ) Municipal Utilities
Bridgeport (WV), City of
Brighthouse Networks
Brighton (MI), City of
Brockton (MA), City of
Brookfield (WI), City of
Brownsville (TX) Public Utilities Board
Brunswick-Glynn (GA), County of
Bucks County (PA) Water & Sewer Authority
Buford (GA), City of
Burbank (CA), City of
Burlington (MA), Town of
Burnsville (MN), City of
California-American Water Co.
Calumet City (IL), City of
Canton Township (MI) Water Dept.
Cape Coral (FL), City of
Cape Fear Public Utility Authority
Carmel (IN), City of
Cary (NC), Town of
Cascade Natural Gas
Cedar Hill (TX), City of
Cedar Park (TX), City of
Center Township Water & Sewer Authority
CenterPoint Energy Services Inc.
Central Georgia EMC  (elec)
Central Hudson Gas & Electric Co.
Central Maine Power
Centurytel
Chambersburg (PA), Borough of
Chandler (AZ), City of
Charleston (WV) Water System
Charlotte County (NC) Utilities
Charlottesville (VA), City of
Charter Communications Inc.
Chattanooga Electric Power Board
Chattanooga Gas Co.
Chesapeake Utilities Corp.
Chesterfield County (VA) Utilities Dept.
Cheyenne (WY) Board of Public Utilities
Cheyenne Light Fuel & Power
Chicago (IL) Dept. of Water
Cincinnati Bell Inc.
Citizens Gas & Coke Utility

Citrus Heights Water District
City Water & Light
Clackamas River Water
Clarksville (TN) Dept. of Electricity
Clarksville (TN) Gas & Water Dept.
Clearwater (FL), City of
Clearwater Enterprises LLC
Cleco Power LLC
Cleveland (OH) Division of Water
Cleveland (OH) Utilities
Coachella Valley Water District
Cobb County (GA) Water System
Cocoa (FL), City of
College Station (TX) Utilities
Collierville (TN), Town of
Colonial Heights (VA), City of
Colorado Springs (CO) Utilities
Columbia (MO), City of
Columbia (SC) Water
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Power & Water System
Columbus (OH) City Utilities
Columbus (OH) Water & Sewer
Columbus (OH) Water Works
Comcast
ComEd
Compton (CA) Municipal Water Dept.
Computerized Waste Systems
Con Edison
Con Edison Solutions
Concord (NC), City of
Concord (NH), City of
Connecticut Light & Power
Connecticut Metropolitan District, The
Connecticut Natural Gas Corp.
Connecticut Natural Gas Corp.
Connecticut Water Co.
Connexus Energy
Consolidated Communications Holdings Inc.
Consolidated Mutual Water
Consolidated Waterworks District #1
Consumers Energy
Contra Costa (CA) Water District Inc.
Coon Rapids (MN), City of
Coral Springs (FL), City of
Corpus Christi (TX) Utility
Cortlandt (NY), Town of
Countryside (IL), City of
Covina (CA), City of
Cox Communications

CPS Energy
Crystal Lake (IL), City of
Cucamonga Valley (CA) Water District
Cuyahoga Falls (OH), City of
Dakota Electric Association
Dallas (TX), City of
Daly City (CA), City of
Danbury (CT), City of
Danvers (MA) Electric Division
Daphne (AL), City of
Dartmouth (MA), Town of
Davidson Telecom LLC
Dayton Power & Light
Daytona Beach (FL), City of
Dearborn (MI), City of
Decatur (IL), City of
Delmarva Power
Delta (MI), Charter Township  of
Denton (TX), City of
Denver (CO) Water
Denver (CO), City and County of
Deptford Township (NJ) MUA
Direct Energy
Direct Energy NY
Dixie Electric Cooperative Inc.
Dominion East Ohio
Dothan (GA) Utilities
Douglasville-Douglas (GA),  County of
Dover (DE), City of
Downers Grove (IL), Village of
DTE Energy Co.
Dublin San Ramon Services District (CA)
Duke Energy Corp.
Dupage County (IL) Public Works
Duquesne Light Co.
Durham (NC) Sewer & Water
East Bay Municipal Utility District (CA)
East Brunswick (NJ) Water Utility
East Point (GA), City of
Eastern Municipal Water District (CA)
Easton (PA) Suburban Water Authority
Easylink Services Corp.
El Paso (TX) Water Utilities
El Paso Electric Co.
El Toro Water District (CA)
Elizabethtown Gas
Elmira (NY) Water Board
Elmwood Park (IL), Village of
Elyria (OH) Public Utilities
Embarq Communications
Emerald Coast Utilities Authority (FL)

Entergy Arkansas Inc.
Entergy Gulf States LA LLC
Equitable Gas Co.
Erie County (NY) Water Authority
Escondido (CA), City of
Evansville (IN) Waterworks Department
Everett (WA) Utilities
Fairfax (VA) Water
Fairfield (CA) Municipal Utilities
Fairpoint Communications
Falls Church (VA), City of
Fayetteville (AR), City of
Fayetteville (NC) Public Works Commission
Fewtek Inc.
Flint Electric Membership Corp.
Flint Township (MI) Board of Public Works
Florence (KY) Water & Sewer Commission
Florence (SC), City of
Florida City Gas
Florida Power & Light Co.
Florida Public Utilities Co. DeBary
Floyd County (GA) Water Department
Folsom (CA), City of
Fontana Water Co.
Fort Collins (CO) Utilities
Fort Lauderdale (FL), City of
Fort Myers (FL), City of
Fort Smith (AR), City of
Fort Wayne (IN) City Utilities
Fort Worth (TX) Water Dept.
Foxborough (MA), Town of
Frederick County (MD) Division of Utilities
Fredericksburg (VA), City of
Freehold (NJ), Township of
Fresno (CA), City of
Frisco (TX), City of
Frontier
Fruitland Mutual Water Co.
Fullerton (CA), City of
Gainesville Regional Utilities Inc.
Garland (TX) Utility Services
Gas Co., The
Gas South
Gastonia (NC), City of
Georgia Power
Gilbert (AZ), Town of
Glendale (CA) Water & Power
Golden State Water Co.
Goodyear (AZ), City of
Grand Chute (WI) Utilities
Grand Rapids (MI), City of

Grand Traverse County (MI) Department of
  Public Works
Grandville (MI), City of
Granite Telecommunications
Greater Augusta (ME) Utility District
Greater Cincinnati (OH) Water Works
Green Bay Water Utility
Green Mountain Power
Greene County Department of Public Works
Greenville (NC) Utilities Commission
Greenville (SC) Water System
GreyStone Power Corp.
Groveland (FL), City of
Gulf Power
Gulfport (MS), City of
Gurnee (IL), Village of
Gwinnett County (GA) Water Resources
Hamilton (NJ) Township
Hampton Roads Utility Billing Service
Hanover (MA) Tax Collector
Harker Heights (TX) Water Department
Harpeth Valley Utilities District (TN)
Harrisonburg (VA) Electric Commission
Harrisonburg (VA), City of
Hattiesburg (MS), City of
Hawaii Board of Water Supply
Hawaiian Electric Co. Inc.
Hawaiian Telcom
Hayward (CA) Water System
Helix (CA) Water District
Henrico (VA), County of
Hernando County (FL) Utilities
Hialeah (FL) Dept. of Water & Sewers
Hickory (NC), City of
Hicksville (NY) Water District
High Point (NC), City of
Highland (IN) Utilities Department
Highland (PA) Sewer & Water Authority
Highlands Ranch (CO) Metropolitan District
Hillsborough County (FL) Water Resource
Holland (MI) Board of Public Works
Holland (MI), Charter Township of
Holyoke (MA) Gas & Electric Department
Holyoke (MA) Water Works
Houston (TX) Water & Wastewater
Humble (TX), City of
Huntington Beach (CA), City of
Huntsville (AL) Utilities
Hurst (TX), City of
Idaho Power
Illinois-American Water Co.

Illuminating Co., The
Imperial Irrigation District Inc.
Independence (MO), City of
Indian River County (FL) Utilities
Indiana-American Water Co.
Indianapolis Power & Light
Indianapolis Water Co.
Insight
Intercall
Intermountain Gas Co.
Intermountain Rural Electric Association
International Business Machines Inc.
Irvine Ranch Water District Inc. (CA)
Jackson (MI) Water Collection
Jackson (TN) Energy Authority
Jackson Electric Membership Corp.
Jacksonville (FL) Electric Authority Inc.
Jacksonville (NC), City of
Jefferson (LA), Parish of
Jefferson County (AL) Sewer Service Fund
Jersey Central Power & Light
Johnson City (TN) Power Board
Johnson City (TN) Utility System
Joliet (IL), City of
Kansas City (MO) Water Services Dept.
Kansas City Power & Light Co.
Kansas Gas Service
Keene (NH), City of
Keizer (OR), City of
Kentucky Utilities Co.
Kentucky-American Water Co.
Keynote Red Alert
Killeen (TX), City of
Kingsport (TN), City of
Kissimmee (FL) Utility Authority Inc.
Knox County (TN) First Utility District
Knoxville (TN) Utilities Board
La Habra (CA), City of
Laclede Gas Co.
Lafayette (IN), City of
Lafayette (LA) Utilities Systems
Lake Apopka (FL) Natural Gas District Inc.
Lake Charles (LA), City of
Lake County (IL) Dept. of Public Works
Lake Worth (TX), City of
Lakehaven Utility District (WA)
Lakeland (FL) Electric
Lakewood (CA), City of
Lakewood (CO), City of
Lansing (MI) Board of Water & Light
Laredo (TX), City of

League City (TX), City of
Lee County (FL) Electric Cooperative Inc.
Leominster (MA), City of
Lewisville (TX), City of
Lincoln Electric System
Livermore (CA), City of
Livingston (NJ), Township of
Long Beach (CA), City of
Long Island American Water
Long Island Power Authority (NY)
Longview (TX), City of
Los Angeles (CA) Dept. of Water & Power
Los Angeles County (CA) Dept. of Public
    Works
Loudoun Water
Louisville (KY) Water Co.
Lubbock (TX) Power Light & Water
Lufkin (TX), City of
Lycoming County (PA) Water & Sewer
    Authority
Lynnwood (WA), City of
Macon (GA) Water Authority
Madison (WI) Gas & Electric
Madison (WI) Suburban Utility District
Madison (WI) Water/Sewer/Storm Utilities
Madison Heights (MI), City of
Manatee County (FL) Utilities Customer Service
Manchester (CT), Town of
Manchester (NH) Water Works
Mansfield (TX), City of
Manteca (CA), City of
Maple Grove (MN), City of
Marin (CA) Municipal Water District
Marion (IL), City of
Martin County (CA) Utilities
Martinsville (VA), City of
Maryland-American Water Co.
Matteson (IL), Village of
McAllen (TX) Public Utilities
McHenry (IL), City of
MCI
McKinney (TX), City of
Medford (OR) Water Commission
Melbourne (FL), City of
Memphis (TN) Light Gas & Water Division
Merced (CA) Irrigation District
Merced (CA), City of
Merchantville-Pennsauken Water Commission
    (NJ)
Meriden (CT) Tax Collector
Meridian (MI), Charter Township of

Mesa (AZ), City of
Mesquite (TX), City of
MetEd
Metro
Metro Technology Inc.
Metro Water Services (TN)
Metropolitan St. Louis (MO) Sewer District
Miami-Dade (FL) Water & Sewer Dept.
MidAmerican Energy Co.
Mid-Carolina Electric Cooperative
Middle Tennessee Electric Membership Corp.
Midland (TX), City of
Midwest City (OK), City of
Millville (NJ), City of
Milwaukee (WI) Water Works
Minnetonka (MN), City of
Mishawaka (IN) Utilities
Mississippi Power
Missouri American Water
Missouri Gas Energy
Mobile (AL) Area Water & Sewer System
Modesto (CA) Irrigation District Inc.
Modesto (CA), City of
Monroe County (NY) Water Authority
Monrovia (CA), City of
Monte Vista Water District (CA)
Montebello (CA), City of
Montgomery (AL) Water Works
Morgan Hill (CA), City of
Mount Laurel (NJ) Municipal Utilities
Mount Pleasant (SC) Waterworks
Mountaineer Gas
Muskegon (MI), City of
Myrtle Beach (SC), City of
Naperville (IL), City of
Nashville (TN) Electric Service
Natick (MA), Town of
National Fuel Gas Co.
National Grid - Brooklyn
Nevada Power Co.
New Braunfels (TX) Utilities
New England Gas Co.
New England Water Utility Services Inc.
New Hampshire Gas Corp.
New Hampshire Gas Corp.
New Jersey American Water
New Jersey Natural Gas Co.
New Mexico Utilities Inc.
New York City (NY) Water Board
New York State Electric & Gas
New York State Electric & Gas

Newport News (VA) Waterworks
Nextel Communications
Nicor Gas
Nicor Gas Transportation
Niles (IL), Village of
Niles (OH), City of
NIPSCO - Northern Indiana Public Services Co.
Norman (OK), City of
Norridge (IL), Village of
North Attleborough (MA) Electric
North Attleborough (MA) Public Works
North Canton (OH), City of
North Little Rock (AR) Electric
North Shore Gas
North State Communications
North Wales Water Authority
Northampton Borough Municipal Authority
   (PA)
Northern Utilities Natural Gas
Northern Virginia Electric Cooperative
Norton Shores (MI), City of
Norwalk (CA), City of
Norwalk (CT) Second Taxing District Water
   Dept.
Novi (MI), City of
NSTAR
NW Natural
Nyack (NY) Water Dept.
Ocala (FL) Electric Utility
Oceanic Time Warner Cable
O'Fallon (IL), City of
Ohio Edison
Okaloosa County (FL) Water
Oklahoma City (OK), City of
Oklahoma Gas & Electric Service
Oklahoma Natural Gas Co.
Olivenhain Municipal Water District (CA)
Olympia (WA), City of
Onondaga County (NY) Water Authority Inc.
Ontario Water Works
Orange (CA), City of
Orange and Rockland Utilities
Orange County Utilities
Orem (UT), City of
Orlando (FL) Utilities Commission
Orwell Natural Gas Co.
Oxnard (CA), City of
Ozarks Electric Cooperative Corp.
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Paducah Power System

Panama City (FL) Utilities Dept.
Parker (CO) Water & Sanitation District
Pasadena (CA), City of
Pasadena (TX), City of
Paulding County (GA) Water
Pearl River Valley Electric Power Association
Peco Energy Co.
Pedernales Electric Cooperative Inc.
Pembroke Pines (FL), City of
Penelec
Pennichuck Water Works Inc.
Pennsylvania-American Water Co.
Pensacola (FL), City of
Peoples Energy/Peoples Gas
Peoria (AZ), City of
Philadelphia (PA) Water Revenue Bureau
Philadelphia Gas Works
Phoenix (AZ), City of
Piedmont Natural Gas-Nashville Gas
Pinellas County (FL) Utilities
Pittsburg (CA), City of
Plano (TX), City of
Plantation (FL), City of
Plaza Mill Ltd.
Plymouth (MA), Town of
PNM Electric & Gas Services
Pontiac (MI), City of
Port Arthur (TX), City of
Port Richey (FL), City of
Portage (MI), City of
Portland (ME) Water District
Portland (OR), City of
Portland General Electric Co.
Portsmouth (NH), City of
Potomac Electric Power Co. PEPCO
Poughkeepsie (NY) Receiver of Taxes
PPL Utilities Allentown
Prattville (AL) Water Works Board
Prince William County (VA) Services
Progress Energy Carolinas Inc.
Providence (RI) Water
PSNC Energy
Public Service Co. of NC
Public Service Electric & Gas Co.
Public Service of New Hampshire
Pueblo (CO) Board of Water Works
Puerto Rico Telephone
Puget Sound Energy
Queen Creek (AZ) Water
Questar Gas
Qwest

Racine (WI) Water & Wastewater Utilities
Raleigh (NC), City of
Rancho California Water District (CA)
Rancho Cucamonga (CA), City of
Redding (CA), City of
Regional Water Authority (CT)
Research In Motion Ltd.
Richland (WA), City of
Richmond (VA), City of
Ritter Communications
Riverdale City Corp.
Riverside (CA) Public Utilities
Roanoke Gas Co.
Rochester Gas & Electric
Rochester Hills (MI), City of
Rockford (IL), City of
Rockwall (TX), City of
Rocky Mount (NC) Public Utilities
Roseville (CA), City of
Roseville (MI), City of
Round Rock (TX), City of
Roxbury (NJ), Township of
Sacramento (CA) Municipal Utility District
Sacramento County (CA) Utilities
Saddleback Communications
Saint Paul (MN) Regional Water Services
Salem (NH), Town of
Salisbury (NC), City of
Salt Lake City Corp.
San Angelo (TX) Water Utilities
San Antonio (TX) Water System
San Bernardino (CA) Water
San Diego (CA), City of
San Diego Gas & Electric
San Francisco (CA) Public Utilities Commission
    Water Dept.
San Jose Water Co.
San Luis Obispo (CA), City of
Santa Barbara (CA), City of
Santa Buckley Energy
Santa Cruz (CA) Municipal Utilities
Santa Margarita Water District (CA)
Santa Maria (CA), City of
Santa Monica (CA), City of
Santa Rosa (CA) Water & Sewer
Santee Cooper
Sarasota County (FL) Environmental Services
Savannah (GA), City of
Sawnee Electric Membership Corp.
Schaumburg (IL), Village of
Schererville (IN), Town of

Sebring (FL), City of
Sebring Gas System Inc.
Selma (TX), City of
Semco Energy Gas Co.
Sempra Energy Solutions
Shelby Township (MI) Dept. of Public Works
Sherman (TX), City of
Shreveport (LA) Dept. of Water
Sierra Pacific Power Co.
Signal Hill (CA), City of
Silverdale (WA) Water District # 16
Simplenet
Slidell (LA), City of
SMECO
Snapping Shoals Electric Membership Corp.
Snohomish County (WA) Public Utilities
    District
Snytel
Somerville (MA), City of
South Bend (IN) Water Works
South Carolina Electric & Gas
South Central Power Co. Inc
South Jersey Gas Co.
South Louisiana Electric Cooperative
    Association
Southaven (MS), City of
Southern California Edison
Southern California Gas
Southern Maryland Electric Coop
Southlake (TX), City of
Southwest Gas Corp.
Southwestern VA Gas Co.
Spartanburg (SC) Water System
Spectrum Utilities Solutions
Spokane County (WA) Utilities
Spokane County (WA) Water Dist #3
Spring Hill (TN) Water Works
Springfield (IL) City Water Light & Power
Springfield (MO) City Utilities
Springfield (OR) Utility Board Inc.
Springfield Water & Sewer Commission
Sprint
SRP -Salt River Project
St. Cloud (MN), City of
St. Lucie West Services District (FL)
St. Peters (MO), City of
Steubenville (OH), City of
Suburban East Salem Water District (OR)
Suburban Natural Gas
Suddenlink
Suez Energy Resources NA

Suffolk County (NY) Water Authority Inc.
Sugar Land (TX), City of
Summerville Armuchee (GA), City of
Summit Township (PA) Water Authority
Sumter Electric Cooperative Inc.
Sunnyvale (CA), City of
Surewest Communications
Sweetwater Authority
T Mobile
Tacoma (WA) Public Utilities
Tallahasee (FL) Utilities Dept.
Tampa (FL), City of
Tangoe Inc.
Taunton (MA), City of
Taunton Municipal Lighting Plant (TMLP)
Taylor (MI), City of
TDS Telecom
Teco Tampa Electric Co.
Temple (TX), City of
Tennessee-American Water Co.
Terrebonne Parish (LA) Consolidated
    Government
Texas Gas Service
Thornton (CO), City of
Thoroughbred Village
Toledo (OH), City of
Toledo Edison
Tombigbee Electric Power Association (MS)
Torrance (CA), City of
Torrington Water Co., The
TPS
Tri-County Electric Cooperative Inc.
Trinsic Spectrum Business
Troy (MI), City of
Truckee Meadows (NV) Water Authority
Trumbull County (OH) Water & Sewer Dept.
Trussville (AL) Utilities Board
Tucows.com
Tucson (AZ), City of
Tucson Electric Power Co.
Tukwila (WA), City of
Tulsa (OK), City of
Tupelo (MS) Water & Light Dept.
Turlock (CA) Irrigation District
Turlock (CA), City of
Tuscaloosa (AL), City of
TXU Energy
Tyler (TX), City of
Tylex Inc.
UGI Energy Services Inc.
UGI Penn Natural Gas

United Illuminating Co.
United Power Inc.
United Water Idaho
United Water New Jersey/Harrington Park
United Water Pennsylvania
Unitil Concord Electric Co.
USA Mobility Inc.
Ute Water Conservancy District (CO)
Utilities Inc. of Louisiana
Valencia Water Co.
Vectren Energy Delivery
Verizon
Verizon GTE
Verizon Online
Verizon Wireless
Vermont Gas Systems Inc.
Vero Beach (FL), City of
Vestal (NY) Utility Fund
Victor (NY), Town of
Victorville (CA), City of
Vienna (WV), City of
Village Center Community Development
    District Utility
Virginia Beach (VA), City of
Virginia Natural Gas
Vista Irrigation District (CA)
Waco (TX), City of
Wallkill (NY), Town of
Walnut Valley Water District (CA)
Walton Electric Membership Corp.
Warner Robins (GA), City of
Warrington Township (PA) Water & Sewer
    Dept.
Washington Gas
Washington Suburban Sanitary Commission
    (MD)
WaterOne
Wayne (NJ), Township of
WE Energies
Webster (TX), City of
Wellington (FL), Village of
West Jordan (UT), City of
West Palm Beach (FL) Utilities
West View Water Authority (PA)
West Virginia-American Water Co.
Westar Energy/KPL
Western Allegheny County MUA (PA)
Western Massachusetts Electric
Westland (MI), City of
Westminster Finance
Wichita (KS) Water Dept.

Wichita Falls (TX), City of
Wilkinsburg-Penn Joint Water Authority (PA)
Williston (VT) Water Dept.
Willmut Gas Co.
Wilmington (DE), City of
Wilmington (NC), City of
Windstream
Winston-Salem (NC), City of
Wisconsin Electric/Gas

Wisconsin Public Service Corp.
Withlacoochee River Electric Cooperative Inc.
Woodbury (MN), City of
Wright-Hennepin Electric Co-op
XCEL Energy:Southwestern Public Service
Yankee Gas Services
Youngstown (OH) Water Dept.
Yuma (AZ), City of

# EXHIBIT 1(l)

## Top Vendors

Acer Inc.
Aetna Life Insurance Co.
Alliance Entertainment
Alpha Security Products
American Express Travel Related Services
    Co.
American Express Trust Co.
American Systems Corp.
Andrews Electronics Inc.
Apple Inc.
Appleby Corporate Services Ltd.
Audiovox
Avid Tech Inc.
Bailiwick Data Systems Inc.
Belkin Logistics Inc.
Bruce Clay Inc.
Buena Vista Home Video
Canon USA
CDW Direct LLC
Clickit Inc.
Columbia Tristar Home Video
Consec Services Limited (HK)
Cormark Inc.
Corporate Express
Corporate Facilities Group
Cosco
DC Power Solutions
DLink Systems
Eastern Security Corp.
Eastman Kodak Co.
Electronic Arts
Eleets Logistics
Empire Blue Cross Blue Shield
Epson America Inc.
Ereplacements LLC
Fire Materials Group LLC
foneGear LLC
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Gorilla Nation Media
Graphic Communications
Hewitt Associates LLC

Hewlett-Packard Co.
Hewlett-Packard US Operations
Hisense USA Corp.
Illinois Wholesale Cash Register
Ingram Micro Inc.
Innerworkings LLC
INTUIT Inc.
J&F Manufacturing Inc.
JLG Industries Inc.
Kaiser Permanente
Kingston Technologies
Klipsch Audio Technologies LLC
Lenovo Inc.
Lexmark International Inc.
LG Electronics, Inc.
Linksys
Logitech Inc.
Medco
Memorex Products Inc.
Microsoft Corp.
Microsoft Xbox
Mid-Atlantic Vision Service Plan Inc.
Mitsubishi Digital Electronics
Monster Cable Products
Navarre Corp.
Nextag Inc.
NFL Enterprises LLC
Nikon Inc.
North American Roofing Sys Inc.
Northern Wire Productions
Olympus Corp.
Omnimount Systems Inc.
Oncorp US Inc.
Onkyo USA Corp.
Orbis Corporation
Panasonic Co.
Panasonic Consumer Electronics Co.
Panasonic North America
Paramount Home Video
Pinnacle Systems Inc.
Pioneer Electronics (USA) Inc.
Pricegrabber Com LLC
PTR Compactor & Baler Co.

Quebecor World Kri
Retail Maintenance Services LLC
Rogers Wireless
Samsung Electronics America
Samsung Electronics America Inc.
Samsung Group
Samsung Opto Electronics Inc.
Sandisk Corp.
Sharp Electronics Corp.
Shopping.Com Inc.
Shopzilla Inc.
Sony Computer Entertainment
Sony Corp.
Sony Electronics Inc.
Specialty Risk Services
Specificmedia Inc.
Standard Electric
Stillwater Designs Inc.
Streater Inc
Swiff Train Co.
THQ Inc.
THQ Inc.
Tomtom Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Toshiba Corp.
Trane
Tremor Media
Universal Distribution Records
Universal Fixtures & Display
US Signs Inc.
Usis Commercial Services Inc.
ValuSoft Inc.
Vance Baldwin
Vanguard Products Group Inc.
Vector Security
Virginia Electronic Components
Vizio
Warner Home Video
Wayne-Dalton Corp.
Weather Channel Interactive, The
Wells Fargo Retail Finance LLC
Western Digital Technologies
Zenith Electronics Corp.

# EXHIBIT 1(m)

## Potential Liquidators

Gordon Brothers Retail Partners LLC
Great American Group
Hilco Merchant Resources LLC
Hudson Capital Partners LLC
SB Capital Group LLC
Tiger Capital Group LLC

# EXHIBIT 1(n)

### **Insurers**

American Empire Excess & Surplus Lines
American Home Assurance Co.
Arch Insurance Group
Axis Reinsurance Co.
Axis Surplus Insurance Co.
Beecher Carlson Insurance Services
Chubb
CNA Global Specialty Lines
Continental Casualty Co.
Essex Insurance Co.
Executive Risk Indemnity Inc.
Federal Insurance Co.
Fireman's Fund Insurance Co.
Glacier Re
Global Aerospace Inc.
Global Excess Partners
Great American Assurance Co.
Great American Insurance Co.
Industrial Risk Insurers
Integon Specialty Insurance Co.
Lancashire Insurance Co. (UK) Ltd.
Landmark American Insurance Co.
Lexington Insurance Co.
Liberty Mutual Fire Insurance Co.
Lloyds of London
Marsh USA Inc.
National Liability & Fire Insurance Co.
National Union Fire Insurance Co.
Northern National Insurance Co.
Ohio Casualty Insurance Co.
Old Republic Risk Management Inc.
Princeton Excess & Surplus Lines Insurance Co.
RSUI Indemnity Co.
St. Paul Mercury Insurance Co.
State National Insurance Co.
Westchester Surplus Lines Insurance Co.
XL Specialty Insurance Co.
Zurich American Insurance Co.

# EXHIBIT 1(o)

## Counterparties of Subleases and Personal Property Leases

$1.00 Stuff Inc.
Academy Alliance LLC
Adams Outdoor Advertising
Advance Auto Parts
American Computer Development Inc.
American Outdoor Advertising
Arc International Corp.
Auto Toy Store Inc., The
AutoZone Northeast Inc.
Avaya Financial Services
Baby Superstore Inc.
Big Lots
Blockbuster Inc.
Books-A-Million Inc.
Borders Inc.
Carmax Business Services LLC
Casto
CEC Entertainment Inc.
Chapman & Main
Charlie Brown's Steakhouse
Children's Discovery Centers of America
Circuit Sports L.P.
Consolidated Stores Corp.
Dan's Big & Tall Shop Inc.
Designs CMAL Retail Store Inc.
DHL Global Business Services
Dick's Sporting Goods Inc.
Dollar General Corporation
Dollar Tree Stores Inc.
Dollar Tree Stores Inc.
Don Sherwood Golf Inc.
Edwin Watts Golf Shop
Empire Education Group
Entertainmart-Preston Rd LLC
Eyecare Discount Optical Inc.
Eynon Furniture Outlet Inc.
Fabri-Centers of America Inc.
Floor Store, Inc., The
Food Lion LLC
Forecast Danbury Ltd. Partnership
Garza, Raymund
GE Fleet Services
GE Transporation Systems

Golf Galaxy
Golfsmith International LP
Great Golf Inc.
Guitar Center Stores Inc.
Hewlett-Packard
Homans Associates Inc.
Honey Baked Ham Co. & Cafe
Hughes MRO Ltd.
Huntington National Bank, The
IBM
Inkeeper Properties Inc.
International House of Pancakes
Joelle Inc.
JP Morgan Chase Bank
JR Furniture USA Inc.
Julia Christy Salon Inc., The
K&G Men's Co. Inc.
Katz (Pylon Sign)
Lakeshore Equipment Co.
La-Z-Boy Showcase Shoppes
Lifeway Christian Resources
Maggiano's Corner Bakery Holding Corp.
Mall of Decoration Inc.
Martin, Paul T.
Mayland Cam
Modernage Inc.
Mor Furniture For Less Inc.
MRV Wanamaker LC
New Avenues Lease Ownership LLC
New Colorado Daily Inc.
North South Partners LLC
O'Charleys Inc.
OK Apple Inc.
Oklahoma Gold Realty LLC
Oklahoma Goodwill Industries Inc.
Orthodontic Centers Of Virginia Inc.
Peak Pl. Holdings LLC
Pep Boys, The
Pork Place
Pot Luck Enterprises Inc.
Price Chopper Operating Co.
Prosound Music Center Inc.
Quantum Fine Casework Inc.

Quarterdeck Corporate Office
Remington Seeds LLC
Restoration Ministries
Ruby Tuesday's
Salem Farm Realty Trust
Salom Sons Inc.
Sam Ash Megastores LLC
Schiavone, Daniel
Schiavone, Deborah
Service Power
Sky Bank
Solo Cup Company
Sports Authority Inc., The
Staples The Office Superstore Inc.
Tire Kingdom Inc.
TJX Operating Companies, The

Topline Appliance Depot Inc.
Toshiba
Toys "R" Us Inc.
Trader Joe's Co.
Trader Joe's East Inc.
Tru Properties Inc.
Truong, Ly
Truong, Se
TVI Inc.
Viacom Outdoor
Visionary Retail Management
Waterbed Emporium of CA
West Marine Products Inc.
Winchester Fun Expedition Corp.
Wired Management LLC
Workforce Central Florida

# EXHIBIT 1(p)

## Credit Card Companies

American Express
Chase Bank USA NA Visa
Discover Financial Services (inc.)
IPS Card Solutions Inc.
MasterCard
ValueLink LLC

# EXHIBIT 1(q)

## Landlords

1030 W North Avenue Bldg LLC
120 Orchard LLC
1251 Fourth Street Investors LLC
13630 Victory Boulevard LLC
1890 Ranch Ltd.
1965 Retail LLC
19th Street Investors Inc.
36 Monmouth Plaza LLC
3725 Airport Boulevard LP
380 Towne Crossing LP
4 Newbury Danvers LLC
44 North Properties LLC
444 Connecticut Avenue LLC
502-12 86th Street LLC
5035 Associates LP
601 Plaza LLC
610 & San Felipe Inc.
680 S Lemon Avenue Co. LLC
700 Jefferson Road II LLC
AAC Cross County Leasehold Owner LLC
Abercorn Common LLLP
Abrams Willowbrook Three LP
Acadia Realty LP
Accent Homes Inc.
ACPG Management LLC
ADD Holdings LP
Advance Real Estate Management LLC
Agree LP
AIG Baker Deptford LLC
AIG Baker Hoover LLC
Alameda Associates
Alexander's of Rego Park Center Inc.
Alexandria Main Mall LLC
Alliance-Rocky Mount LLC
Almaden Plaza Shopping Center Inc.
Almeda-Rowlett Retail LP
Almonesson Associates LP
Altamonte Springs Real Estate Associates
    LLC
Amargosa Palmdale Investments LLC
AMB Property LP
Amcap Arborland LLC
Amcap Northpoint LLC

American National Bank & Trust Co. of
    Chicago
American National Insurance Co. Inc.
Amherst Industries Inc.
Amli Land Development-I LP
Ammon Properties LC
Amreit Texas Real Estate Investment Trust
AR Investments LP
AR Investments LP
Arboretum of South Barrington LLC
Ardmore Development Authority
Argyle Forest Retail I LLC
Arho LP
Arrowhead Net Lease LP
Arundel Mills Marketplace LP
Atlantic Center Fort Greene Associates LP
Avenue Forsyth LLC
AVR CPC Associates LLC
Awe-Ocala Ltd.
Bainbridge Shopping Center II LLC
Baker Natick Promenade LLC
Barberio, Janet
Bard, Ervin
Bard, Suzanne
Barnes & Powers North LLC
Basile LLC
Basser-Kaufman 222 LLC
Basser-Kaufman Inc.
Battlefield Fe LP
BBD Rosedale LLC
BB-Lincoln-US-Properties LP
BC Portland Partners Inc.
Bear Valley Road Partners LLC
Beatso, William P., Jr.
Becker Investment Co. LP
Becker Trust LLC
Bedford Park Properties LLC
Bel Air Square LLC
Bella Terra Associates LLC
Benderson Properties Inc.
Benenson Columbus-OH Trust
Berkshire West
Berkshire-Amherst LLC

Berkshire-Hyannis LLC
Bflo-Waterford Associates LLC
BFW/Pike Associates LLC
BG Walker LLC
BK Properties LP
Blank Aschkenasy Properties LLC
Bldg Retail 2007 LLC
BL-NTV I LLC
Boise Towne Plaza LLC
Bond CC II Delaware Business Trust
Bond CC III Delaware Business Trust
Bond CC IV Delaware Business Trust
Bond CCV Delaware Business Trust
Bond-Circuit II Delaware Business Trust
Bond-Circuit IV Delaware Business Trust
Bond-Circuit IX Delaware Business Trust
Bond-Circuit V Delaware Business Trust
Bond-Circuit VIII Delaware Business Trust
Bond-Circuit X Delaware Business Trust
Bond-Circuit XI Delaware Business Trust
Boulevard Associates
Boulevard North Associates LP
Boyer Lake Pointe LC
BPP-Conn LLC
BPP-Muncy LLC
BPP-NY LLC
BPP-OH LLC
BPP-Redding LLC
BPP-SC LLC
BPP-VA LLC
BPP-WB LLC
Brandywine Grande C LP
Bre/Louis Joliet LLC
Briantree Property Assoc. LP
Brick 70 LLC
Brighton Commercial LLC
Broadacre South LLC
Broadstone Crossing LLC
BT Bloomington LLC
Burbank Mall Associates LLC
By-Pass Development Co. LLC
CA New Plan Asset Partnership IV LLP
Cafaro Governors Square Partnership
Cafaro Northwest Partnership, The
Camelback Center Properties
Cameron Group Associates LLP

Campbell Properties LP
Cap Brunswick LLC
Caparra Center Associates SE
Capital Centre LLC
Cardinal Court LLC
Carlyle-Cypress Tuscaloosa I LLC
Carousel Center Co. LP
Carriage Crossing Market Place LLC
Carrollton Arms
Catellus Development Corp.
Catellus Operating LP
CBC-Wilbur Properties
CBL Terrace LP
CC Brandywine Investors 1998 LLC
CC Colonial Trust
CC Countryside 98 LLC
CC East Lansing 98 LLC
CC Frederick 98 LLC
CC Ft Smith Investors 1998 LLC
CC Grand Junction Investors 1998 LLC
CC Green Bay 98 LLC
CC Hamburg NY Partners LLC
CC Harper Woods 98 LLC
CC Independence LLC
CC Indianapolis 98 LLC
CC Indianapolis LLC
CC Investors 1995-1
CC Investors 1995-2
CC Investors 1995-3
CC Investors 1995-5
CC Investors 1996-10
CC Investors 1996-14
CC- Investors 1996-3
CC Jackson 98 LLC
CC Kingsport 98 LLC
CC La Quinta LLC
CC Lafayette LLC
CC Madison LLC
CC Merrillville Trust
CC PhiladeLPhia 98 LLC
CC Ridgeland 98 LLC
CC Roseville LLC
CC Springs LLC
CC Wichita Falls 98 Trust
CCC Realty LLC
CCDC Marion Portfolio LP

CCI Louisiana Trust
CCI Trust 1994-I
CC-Investors 1995-6
CC-Investors 1996-1
CC-Investors 1996-12
CC-Investors 1996-17
CC-Investors 1996-6
CC-Investors 1996-7
CC-Investors 1997-10
CC-Investors 1997-12
CC-Investors 1997-2
CC-Investors 1997-3
CC-Investors 1997-4
CC-Virginia Beach LLC
CDB Falcon Sunland Plaza LP
Cedar Development Ltd.
Centennial Holdings LLC
Central Investments LLC
Central Park 1226 LLC
Central Park Property Owners Association
Centro Bradley SPE 7 LLC
Centro Heritage County Line LLC
Centro Heritage Innes Street LLC
Centro Heritage UC Greenville LLC
Centro Properties Group LLC
Centro Watt America Reit Inc.
Centro Watt Operating Partnership 2 LLC
Centro Watt Property Owner I LLC
Century Plaza Development Corp.
Cermak Plaza Associates LLC
CFH Realty III/Sunset Valley LP
Chalek Company LLC
Chambersburg Crossing LP
Chandler Gateway Partners LLC
Chapel Hill-West LLC
Chapman & Main Center
Charbonnet Family Ltd., The
Charlotte (Archdale) UY LLC
Chehalis Hawaii Partners LLC
Chico Crossroads LP
Chino South Retail PG LLC
CHK LLC
CIM/Birch St. Inc.
Circuit Distribution-Illinois
Circuit Il Corp.
Circuit Investors #2 Ltd.

Circuit Investors #3 LP
Circuit Investors #4-Thousand Oaks LP
Circuit Investors-Fairfield LP
Circuit Investors-Vernon Hills LP
Circuit Investors-Yorktown LP
Circuit Okla Property Investor
Circuit PA Corp.
Circuit Sports LP
Circuit Tax Property Investors LP
Circuit Tex Property Investors LP
Circuitville LLC
Citrus Park CC LLC
City of Portfolio TIC LLC, The
City View Center LLC
CJM Management Co.
CK Richmond Business Services #2 LLC
Clairemont Square
Clay Terrace Partners LLC
Cleveland Towne Center LLC
Coastal Way LLC
Cobb Corners II L P
Cofal Partners LP
Cohab Realty LLC
Coldwater Development LLC
Cole CC Aurora Co LLC
Cole CC Groveland Fl LLC
Cole CC Kennesaw GA LLC
Cole CC Mesquite Tx LLC
Cole CC Taunton Ma LLC
Colonial Heights Holding LLC
Colonial Heights Land Association
Colonial Square Associates LLC
Colonnade LLC
Colony Place Plaza LLC
Columbia Plaza Shopping Center Venture
Community Centers One LLC
Compton Commercial Redevelopment Co.
Concar Enterprises Inc.
Concord Mills LP
Condan Enterprises LLC
Congressional North Associates LP
Continental 45 Fund LLC
Continental 64 Fund LLC
Coral Kite Springs LLC
Cortlandt B LLC
Cosmo-Eastgate Ltd.

Cottonwood Phase V LLC
Coventry II DDR Buena Park Place LP
Coventry II DDR Merriam Village LLC
Covington Lansing Acquisition LLC
CP Venture Two LLC
Craig-Clarksville Tennessee LLC
Crosspointe 08 A LLC
Crossways Financial Associates LLC
Crown CC 1 LLC
CT Retail Properties Finance V LLC
Cypress/Spanish Fort I LP
Daly City Partners I LP
Daniel G Kamin Baton Rouge LLC
Daniel G Kamin Burlington LLC
Daniel G Kamin Elmwood Park LLC
Daniel G Kamin Flint LLC
Daniel G Kamin McAllen LLC
Dartmouth Marketplace Associates
Dayton Hudson Corp.
DDR Crossroads Center LLC
DDR Family Centers LP
DDR Highland Grove LLC
DDR Homestead LLC
DDR Horseheads LLC
DDR MDT Asheville River Hills
DDR MDT Fairfax Towne Center LLC
DDR MDT Grandville Marketplace LLC
DDR MDT Monaca Township Marketplace
    LLC
DDR MDT Union Consumer Square LLC
DDR Miami Ave LLC
DDR Norte LLC SE
DDR Southeast Cary LLC
DDR Southeast Cortez LLC
DDR Southeast Culver City Dst
DDR Southeast Dothan Outparcel LLC
DDR Southeast Highlands Ranch LLC
DDR Southeast Loisdale LLC
DDR Southeast Olympia Dst
DDR Southeast Rome LLC
DDR Southeast Snellville LLC
DDR Southeast Union LLC
DDR Southeast Vero Beach LLC
DDR/1st Carolina Crossings South LLC
DDRa Arrowhead Crossing LLC
DDRm Hilltop Plaza LP

DDRm Skyview Plaza LLC
DDR-Sau Greenville Point LLC
DDR-Sau Wendover Phase Ii LLC
DDRTC CC Plaza LLC
DDRTC Columbiana Station I LLC
DDRTC Creeks At Virginia Center LLC
DDRTC McFarland Plaza LLC
DDRTC Newnan Pavilion LLC
DDRTC Southlake Pavilion LLC
DDRTC Sycamore Commons LLC
DDRTC T&C LLC
DDRTC Walks At Highwood Preserve I
    LLC
Decatur Plaza I LLC
Deerbrook Anchor Acquisition LLC
Dematteo Management Inc.
Dentici Family LP
Derito Pavilions 140 LLC
Desert Home Communities of Oklahoma
    LLC
DEV LP
Developers Diversified Realty Corp.
Diamond Square LLC
Dicker/Warmington Properties
Dikeou, Deno P.
Dim Vastgoed NV
DJD Partners II
DMC Properties Inc.
Dollinger Lost Hills Associates
Donahue Schriber Realty Group LP
Dowel Conshohocken LLC
Dowel-Allentown LLC
Draper, Lloyd
Drexel Delaware Trust
Drury Land Development Inc.
Durham Westgate Plaza Investors LLC
E&A Northeast LP
Eagleridge Associates (Pueblo) LLC
East Gate Center V Tenants In Common
Eastchase Market Center LLC
Eastland Shopping Center LLC
Eastridge Shopping Center LLC
Eel McKee LLC
Einbinder, Joseph Y., Estate of
Eklecco Newco LLC
ELPF Slidell LLC

Emporium on LBJ Owners Association
Encinitas PFA LLC
Enid Two LLC
ERP of Midway LLC
Evansville Developers LLC GB
Evergreen McDowell & Pebble Creek LLC
Excel Realty Partners LP
Excel Westminster Marketplace Inc.
F&M Properties Louis
Faber Bros Inc.
Fairfax Court LP
Fairview Heights Investors LLC
Fairway Centre Associates LP
Faram Muskegon LLC
Farmingdale-Grocery LLC
Fayetteville Developers LLC
FC Janes Park LLC
FC Richmond Associates LP
FC Treeco Columbia Park LLC
FC Woodbridge Crossing LLC
Federal Realty Investment Trust
Feil
FGLP Co.
Fingerlakes Crossing LLC
Firecreek Crossing of Reno LLC
First Berkshire Properties LLC
FJL MVP LLC
Flintlock Northridge LLC
Fogg-Snowville LLC
Foothill Business Association
Foothill Pacific Towne Center
Forecast Danbury LP
Forest City Commercial Group LLC
Fourels Investment Co., The
FR/Cal Gouldsboro Property Holding LP
Friedland Lawrence & Melvin
FRO LLC IX
FW CA Brea Marketplace LLC
G&S Livingston Realty Inc.
Gainesville Outdoor Advertising Inc.
Galileo Apollo II Sub LLC
Galileo CMBS T2 NC LP
Galileo Freshwater/Stateline LLC
Galileo Northeast LLC
Galleria Partnership
Galleria Plaza Ltd.

Garden City Center
Gateway Center Properties III LLC
Gateway Co. LLC
Gateway Woodside Inc.
GC Acquisition Corp.
Geenen Dekock Properties LLC
Generation H One & Two LP
GGP Mall of Louisiana LP
GGP-Steeplegate Inc.
Gladwyne Investors LP
Glenmoor LP
GMS Golden Valley Ranch LLC
Goldsmith, Barbara L.
Goodman Enterprises LLC
Goodmill LLC
Gould Livermore LLC
Grand Hunt Center OEA
Gravois Bluffs III LLC
GRE Grove Street One LLC
GRE Vista Ridge LP
Greater Orlando Aviation Authority
Greece Ridge LLC
Greeley Shopping Center LLC
Green 521 5th Avenue LLC
Green Acres Mall LLC
Greenback Associates
Greenwood Point LP
GRI-EQY (Sparkleberry Square) LLC
GS Erie LLC
GS II Brook Highland LLC
Gunning Investments LLC
Hallaian Brothers
Hamilton Chase Santa Maria LLC
Hamilton Crossing I LLC
Hampden Commons Condominium
    Association
Hannon Ranches Ltd.
Hanson Industries Inc.
Harold and Lucille Chaffee Trust
Hart Kings Crossing LLC
Hartman 1995 Ohio Property Trust
Harvest/NPE LP
Hayden Meadows Joint Venture
Hayward 880 LLC
Heritage Property Investment LP
Heritage-Lakes Crossing LLC

Hersom Realty Trust
Hickory Hollow Development Inc.
Hickory Ridge Pavilion LLC
Highlands Ranch Community Association
    Inc.
Hip Stephanie LLC
HK New Plan Covered Sun LLC
HK New Plan EPR Property Holdings LLC
HK New Plan Exchange Property Owner II
    LP
HKK Investments
Hollingsworth Capital Partners-Intermodal
    LLC
Holyoke Crossing LP II
Home Depot Inc., The
Home Depot USA Inc.
Hone Family Trust
Hone, Melville Walton
Hoprock Limonite LLC
Howard Kadish LLC
Howland Commons Partnership
HRI/Lutherville Station LLC
Hudson Realty Trust
Huntington Mall Co.
HV Covington LLC
HWR Kennesaw LLC
I-10/Bunker Hill Associates LP
I-93 Somerville LLC
Iannucci Development Corporation
Indian River Mall
Inland American Chesapeake Crossroads
    LLC
Inland American Oklahoma City Penn LLC
Inland Commercial Property Management
    Inc.
Inland US Management LLC
Inland Western Austin Southpark Meadows
    II LP
Inland Western Cedar Hill Pleasant Run LP
Inland Western College Station Gateway II
    LP
Inland Western Columbus Clifty LLC
Inland Western Houma Magnolia LLC
Inland Western Lake Worth Towne
    Crossing
Inland Western Lewisville Lakepointe LP

Inland Western McDowell LLC
Inland Western Oswego Gerry Centennial
    LLC
Inland Western Richmond Mayland LLC
Inland Western San Antonio HQ LP
Inland Western Southlake Corners LP
Inland Western Sugar Land Colony LP
Inland Western Temecula Commons LLC
Inland Western West Mifflin Century III
    DST
Intergrated Real Estate Services LLC
International Speedway Square Ltd.
Interstate Augusta Properties LLC
Investors Brokerage Inc.
Irish Hills Plaza West II LLC
Irvine Co. LLC, The
Irving Harlem Venture LP
J&F Enterprises
Jaffe of Weston II Inc.
Janaf Crossing LLC
Jantzen Dynamic Corp.
Jefferson Mall Co. II LLC
JKCG LLC
Johnson City Crossing (Delaware) LLC
Johnstown Zamias LP
Jubilee-Springdale LLC
Jurupa Bolingbrook LLC
JWC/Loftus LLC
K&G/Dearborn LLC
Kamin, Daniel G.
Karns Real Estate Holdings II LLC
Katy Mills Mall LP
KB Columbus I-CC
KC Benjamin Realty LLC
KC Benjamin Realty LLC
Kelp-Athens LLC
Kendall-77 Ltd.
Kentucky Oaks Mall
K-Gam Broadway Craycroft LLC
Kimco Acadiana 670 Inc.
Kimco Arbor Lakes SC LLC
Kimco PK LLC
Kir Amarillo LP
Kir Arboretum Crossing LP
Kir Arboretum Crossing LP
Kir Augusta I 044 LLC

Kir Piers 716 LLC
Knoxville Levcal LLC
KNP Investments
Kobra Properties
Kolo Enterprises
Kramont Vestal Management LLC
KRG Market Street Village LP
Kroustalis Investments
Krupp Equity LP
KSK Scottsdale Mall LP
L. Mason Capitani Property & Asset
    Management Inc.
La Cienega-Sawyer Ltd.
La Frontera Village LP
La Habra Imperial LLC
Landing at Arbor Place LP, The
Landings Management Assoc.
Landman, Deborah
Landman, Eli
Laredo/MDN II LP
Larry J Rietz MP LLC
Las Vegas Land & Development Co. LLC
LB Commercial Mortgage Trust Series 1998
    C1
LC White Plains Retail LLC
Lea Co.
League City Towne Center Ltd.
Leben, Mary C.
Leben, Robert L.
Lester Development Corp.
Lexington Corporate Properties Inc.
Lexington Lion Weston I LP
Lincoln Plaza Associates LP
Linden Business Center Association
Little Britain Holding LLC
Loop West LLC
Lorimar Realty Trust
Louis Joliet Shoppingtown LP
Lufkin GKD Partners LP
M&M Berman Enterprises
Macerich Co., The
Macerich Lakewood LLC
Macerich Vintage Faire LP
Macy's Central
Madison Waldorf LLC
Magna Trust Co. Trustee

Main Street at Exton LP
Mall at Gurnee Mills LLC
Mall at Valle Vista LLC
Mall of Georgia LLC
Mallview Plaza Co. Ltd.
Manco Abbott OEA Inc.
Mansfield Seq 287 & Debbie Ltd.
Manteca Stadium Park LP
Marco Portland GP
Market Heights Ltd.
Marketplace of Rochester Hills Parcel B
    LLC, The
Marlton VF LLC
Mass One LLC
Mayfair-MDCC Business Trust
MB Fabyan Randall Plaza Batavia LLC
MB Keene Monadnock LLC
McAlister Square Partners Ltd.
MD-GSI Associates LLC
MDS Realty II LLC
Meacham Business Center LLC
Meadowbrook Village LP
Melbourne-JCP Associates Ltd.
Memorial Square 1031 LLC
Meridian Village LLC
Metro Center LLC
Meyerland Plaza (DE) LLC
MHW Warner Robins LLC
MIA Brookhaven LLC
Mibarev Development I LLC
Mid US LLC
Mid-America Asset Management
Milford Crossing Investors LLC
Millman 2000 Charitable Trust
Millstein Industries LLC
MK Kona Commons LLC
Mlantz LLC
Mobile KPT LLC
Monrovia Marketplace LLC
Montclair Plaza LLC
Monte Vista Crossings LLC
Montevideo Investments LLC
Montgomery Towne Center Station Inc.
Morgan Hill Retail Venture LP
Morris Bethlehem Associates LP
Morrison Crossing Shopping Center

Mount Berry Square LLC
Mr Keene Mill 1 LLC
MSF Eastgate-I LLC
Myrtle Beach Farms Co. Inc.
Nap Northpoint LLC
National Retail Properties LP
Nazario Family Partnership
Necrossgates Commons Newco LLC
Netarc LLC
Nevada Investment Holdings Inc.
New Plan of Memphis Commons LLC
New River Properties
NMC Stratford LLC
North Attleboro Marketplace II LLC
North Hill Centre LLC
North Plainfield VF LLC
Northcliff Residual Parcel 4 LLC
Northern Trust Bank of California NA
Northwoods LP
Novogroder/Abilene LLC
NP Huntsville LLC
NP/L&G Conyers Crossroads LLC
NP/SSP Baybrook LLC
NPP Development LLC
Oak Hollow Mall
Oates, Marvin L.
OLP 6609 Grand LLC
OLP CC Antioch LLC
OLP CC Fairview Heights LLC
OLP CC Ferguson LLC
OLP CC Florence LLC
OLP CC St Louis LLC
Orangefair Marketplace LLC
Orion Alliance Group LLC
Orland Town Center Shopping Center
OTR
P/A Acadia Pelham Manor LLC
PA 73 South Association
Pace-Brentwood Partners LLC
Pacific Carmel Mountain Holdings LP
Pacific Castle Groves LLC
Pacific Harbor Equities LLC
Pacific/Youngman-Woodland Hills
Paige Exchange Corp.
Palm Springs Mile Associates Ltd.
Palmetto Investors LLC

Pan Am Equities Inc.
Panattoni Development Co. LLC
Pappas Gateway LP
Parkdale Mall Associates LP
Parkdale Village LP
Parker Bullseye LLC
Parker Central Plaza Ltd.
Parks at Arlington LP
Parkside Realty Associates LP
Parkway Centre East LLC
Parkway Plaza LLC
Parkway Terrace Properties Inc.
Paskin, Marc
PEGL Paxton LP
Peikar Muskegon LLC
PL Mesa Pavilions LLC
Plantation Point Development LLC
Plaza at Jordan Landing LLC
Plaza Las Americas Inc.
Plaza Las Palmas LLC
Plazamill LP
Plymouth Marketplace Condominium Assoc
   Inc.
Point West Investors II
Polaris Circuit City LLC
Pond Road Associates
Port Arthur Holdings III Ltd.
Potomac Festival II
Potomac Run LLC
PR Beaver Valley LP
PR Beaver Valley LP
Prattcenter LLC
Preit Services LLC
Prince George's Station Retail LLC
Principal Real Estate Holding Co LLC
Priscilla J Rietz LLC
Promventure LP
Property Management Support Inc.
Provo Group, The
Pru Desert Crossing V LLC
Prudential Insurance Co. of America, The
Puente Hills Mall LC
Puri LLC Sunil
Ramco West Oaks I LLC
Ramco-Gershenson Properties LP
Rancon Realty Fund IV Subsidiary LLC

Ray Mucci's Inc.
Raymond & Main Retail LLC
RB-3 Associates
RD Bloomfield Associates LP
Realty Income Corp.
Rebs Muskegon LLC
Red Rose Commons Condominium
    Association
Redtree Properties LP
Regency Centers LP
Regency Petaluma LLC
Reiff & Givertz Texas Prop LLC
Remount Road Associates LP
Richland Town Centre LLC
Ricmac Equities Corp
Rio Associates LP
Ritz Motel Co.
Rivergate Station Shopping Center LP
Riverside Towne Center
RJ Ventures LLC
RLV Village Plaza LP
RLV Vista Plaza LP
Robinson, Donald
Rockwall Crossing Ltd.
Rossiter, Barbara M.
Rossiter, Ronald D.
Rossmoor Shops LLC
Route 146 Millbury LLC
RREEF America REIT II Corp. MM
RREEF America REIT II Corp. VW
RVIP Valley Central LP
Sacco of Maine LLC
Safeway Inc.
Sangertown Square LLC
Santa Rosa Town Center LLC
Santan Village Phase 2 LLC
Saugus Plaza Associates
Saul Holdings LP
Save Mart Supermarkets
SCC San Angelo Partners Ltd.
Schiffman, Todd I
Schwartz, Zoltan
Schwatz, Anna
Scottsdale/101 Associates LLC
Sea Properties I LLC
Sebring Retail Associates LLC

Seekonk Equities Inc.
Selig Enterprises Inc.
Shelby Town Center I LLC
Shelbyville Road Plaza LLC
Sherwood Properties LLC
Shoppes At River Crossing LLC
Shoppes at Schererville LLC, The
Shoppes of Beavercreek LLC
Shops at Kildeer, The
Short Pump Town Center LLC
Sierra Lakes Marketplace LLC
Sierra North Associates LP
Signal Hill Gateway LLC
Signco Inc.
Silverdale K-Four
Silverstein, Raymond
Simon Debartolo Group LP
Simon Prop GRP (Il) LP
Simon Property Group Texas LP
Simvest Real Estate II LLC
Sinay Family LLC & Trust
Sir Barton Place LLC
Site A LLC
SJ Collins Enterprises LLC
SM Newco Hattiesburg LLC
Somerville Saginaw LP
Sonnet Investments LLC
South Padre Drive LP
South Shields #1 Ltd.
Southhaven Center II LLC
Southland Acquisitions LLC
Southland Center Investors LLC
Southland Investors LP
Southroads LLC
Southwestern Albuquerque LP
Southwind Ltd
Sparks Galleria Investors LLC
SPG Arbor Walk LP
SPG Independence Center LLC
SPG Tennessee LP
Spitzer Family Investments LLC
Spring Hill Development Partners GP
St. Cloud Associates
St. Indian Ridge LLC
St. Louis Mills LP

St. Tammany Oaks Subdivision Association LLC
Stapleton North Town LLC
Star Universal LLC
Station Landing LLC
Stop & Shop Supermarket Co. LLC
Stor-All New Orleans LLC
Suemar Realty Inc.
Sullivan Crosby Trust
Sunrise Plantation Properties LLC
Swanblossom Investments LP
Swedesford Shopping Center Acquisition LLC
Sweetwater Associates LP
SWQ 35/Forum Ltd.
T&T Enterprises LP
Taft Corners Associates Inc.
Tam Stockton LLC
Tamarack Village Shopping Center LP
Tanglewood Park LLC
Tanurb Burnsville LP
Target Corp.
Target Stores
Taubman Auburn Hills Associates LP
Taunton Depot LLC
Taylor Retail Center
Teachers Insurance & Annuity Assoc. of America
Team Retail Westbank Ltd.
Ten Pryor Street Building Ltd.
Teplis, Belle
Teplis, Frank
Teplis, Nathan
Teplis, Paul, Dr.
Terranomics Crossroads Associates
THF Chesterfield Two Development LLC
THF Clarksburg Development One
THF Harrisonburg Crossings LLC
THF St Clairsville Parcel CC Development LLC
THFOnc Development LLC
Thoroughbred Village GP
TIS Equities IX LLC
TKG Coffee Tree LP
TMW Weltfonds Rolling Acres Plaza
Torrance Towne Center Associates LLC

Torrington Triplets LLC
Tourbillon Corp.
Tower Center Associates
Town Square Plaza
Towson VF LLC
Traverse Square Co. Ltd.
TRC Associates LLC
Triangle Equities Junction LLC
Trout Segall Doyle Winchester Properties LLC
Trout, Jerome B., Jr.
Trumbull Shopping Center #2 LLC
Trustees of Salem Rockingham LLC
TSA Stores Inc.
TUP 430 Co. LLC
Turnberry Lakes Business Center
Turtle Creek Partners LLC
Tutwiler Properties Ltd.
Twin Ponds Development LLC
Tysons 3 LLC
Tysons Corner Holdings LLC
UK-American Properties Inc.
Uncommon LLC
Urbancal Oakland II LLC
US 41 & I-285 Co.
UTC I LLC
Valencia Marketplace I LLC
Valley Corners Shopping Center LLC
Valley View SC LLC
Van Ness Post Center LLC
Ventura in Manhattan Inc.
Vestar Arizona XXXI LLC
Vestar QCM LLC
Village at Rivergate LP, The
Village Square I LP
Village Walk Retail LP
VIWY LP
VNO Mundy Street LLC
VNO Tru Dale Mabry LLC
Vornado Caguas LP
Vornado Finance LLC
Vornado Gun Hill Road LLC
W&D-Imperial No 1/Norwalk
W&S Associates LP
W/S Stratford LLC
Waco Investment Group

Wal-Mart Stores East LP
Walton Hanover Investors V LLC
Walton Whitney Investors V LLC
Washington Green TIC
Washington Place Associates LP
Washington RE Investment Trust
Water Tower Square LP
Watercress Associates LP
Watkins Houston Investments LP
Wayside Commons Investors LLC
WCC Properties LLC
WEA Gateway LLC
Weberstown Mall LLC
WEC 96d Appleton-1 Investment Trust
WEC 96D Niles Investment
WEC 96d Springfield-1 Investment Trust
WEC 97G-Syracuse Investment Trust
WEC 99-3 LLC
WEC 99a-1 LLC
WEC 99a-2 LLC
Weingarten Miller Sheridan LLC
Weingarten Nostat Inc.
Weingarten Realty Investors
Welsh Cos. Inc.
Wendover South Associates LP
West Campus Square LP
West Oaks Mall LP
Westfork Owners Association
Westgate Village LLC
Westlake LP
Wheaton Plaza Regional Shopping Center
Whitestone Development Partners a LP
Whitestone REIT
Wilmington Trust Co.
Windsail Properties LLC
WMI/MPI Business Trust
Woodland Trustees Inc.
Woodlands Corp., The
Woodmont Sherman LP
Worldwide Property Management Inc.
WRI Associates Ltd.
WRI Camp Creek Marketplace II LLC
WRI Lakeside Marketplace LLC
WRI Overton Plaza LP
WRI Seminole Marketplace LLC
WXIIII/PWM Real Estate LP

# EXHIBIT 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| Aetna Life Insurance Co. | Aetna Health, Inc. | Current | Representation in matters unrelated to the debtors |
| American Empire Excess & Surplus Lines | Great American Insurance Company | Current | Representation in matters unrelated to the debtors |
| Great American Assurance Co. | Great American Life Insurance Company | Current | Representation in matters unrelated to the debtors |
| Great American Insurance Co. | | | |
| American Express Travel Related Services Co. | American Express Company | Current | Representation in matters unrelated to the debtors |
| American Express Trust Co. | American Express Travel Related Services Company, Inc. | Current | Representation in matters unrelated to the debtors |
| American Home Assurance Co. | AIG | Current | Representation in matters unrelated to the debtors |
| Lexington Insurance Co. | AIG Brazil Special Situations Fund, LP | Closed | Representation in matters unrelated to the debtors |
| National Union Fire Insurance Co. | AIG Capital Partners, Inc. | Current | Representation in matters unrelated to the debtors |
| | AIG Global Investment Corp. | Current | Representation in matters unrelated to the debtors |
| | AIG Global Real Estate Investment Corp. | Former | Representation in matters unrelated to the debtors |
| | AIG Retirement Services, Inc. | Current | Representation in matters unrelated to the debtors |
| | AIG Special Situations Parallel Fund, CV | Closed | Representation in matters unrelated to the debtors |
| | American General Finance, Inc. | Former | Representation in matters unrelated to the debtors |
| | HSA Residential Mortgage Services of Texas | Former | Representation in matters unrelated to the debtors |
| | MorEquity Inc. | Current | Representation in matters unrelated to the debtors |
| Apex Digital Inc. | Dycom Industries, Inc. | Current | Representation in matters unrelated to the debtors |
| Apple Inc. | Apple Inc. | Current | Representation in matters unrelated to the debtors |
| | Apple Canada Inc. | Closed | Representation in matters unrelated to the debtors |
| Aquarion Water Co. of CT | Macquarie Capital Funds Inc. | Current | Representation in matters unrelated to the debtors |
| | Macquarie Communications Infrastructure Group | Current | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| (continued from previous page) | Macquarie Group Limited | Current | Representation in matters unrelated to the debtors |
| | Macquarie Infrastructure Partners Inc. | Current | Representation in matters unrelated to the debtors |
| AT&T<br><br>AT&T Ameritech<br><br>AT&T Bellsouth<br><br>AT&T Mobility<br><br>AT&T Pacific Bell<br>AT&T SNET<br>AT&T Southwestern Bell<br>Bellsouth | Ameritech | Current | Representation in matters unrelated to the debtors |
| | BellSouth Corporation | Closed | Representation in matters unrelated to the debtors |
| | Cingular Wireless LLC | Current | Representation in matters unrelated to the debtors |
| | SBC Communications Inc. | Current | Representation in matters unrelated to the debtors |
| Avaya Financial Services | CIT Business Credit | Former | Representation in matters unrelated to the debtors |
| | CIT Group, Inc. | Closed | Representation in matters unrelated to the debtors |
| | CIT Group/Business Credit, Inc. | Closed | Representation in matters unrelated to the debtors |
| Bangor Gas<br><br>Gas Co., The<br>San Diego Gas & Electric<br>Sempra Energy Solutions<br>Southern California Gas | Sempra Energy | Former | Representation in matters unrelated to the debtors |
| Bank of America | BA Equity Investors | Former | Representation in matters unrelated to the debtors |
| | Banc of America Capital Investors | Current | Representation in matters unrelated to the debtors |
| | Banc of America Securities LLC | Current | Representation in matters unrelated to the debtors |
| | BancAmerica Capital Investors II, L.P. | Current | Representation in matters unrelated to the debtors |
| | Bank of America | Current | Representation in matters unrelated to the debtors |
| | Bank of America Capital Investors | Potential | Representation in matters unrelated to the debtors |
| | Bank of America Corporation | Current | Representation in matters unrelated to the debtors |
| | Bank of America NT & SA | Current | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| (continued from previous page) | Bank of America Securities LLC | Closed | Representation in matters unrelated to the debtors |
| | BankAmerica International Investment Corporation | Former | Representation in matters unrelated to the debtors |
| | CIVC Partners | Current | Representation in matters unrelated to the debtors |
| | Dennis P. McCrary | Current | Representation in matters unrelated to the debtors |
| | Fleet Boston Financial Corporation | Former | Representation in matters unrelated to the debtors |
| | Fleet Equity Capital | Current | Representation in matters unrelated to the debtors |
| | Fleet National Bank | Former | Representation in matters unrelated to the debtors |
| | Jacques Gliksberg | Former | Representation in matters unrelated to the debtors |
| | Justin Dash | Current | Representation in matters unrelated to the debtors |
| | Marco Viola | Former | Representation in matters unrelated to the debtors |
| BGE Baltimore Gas & Electric | Constellation Energy Group | Current | Representation in matters unrelated to the debtors |
| Blockbuster | Blockbuster Inc. | Closed | Representation in matters unrelated to the debtors |
| Buena Vista Home Video | Disneyland Resorts | Closed | Representation in matters unrelated to the debtors |
| California-American Water Co.<br><br>Illinois-American Water Co.<br>Indiana-American Water Co.<br>Kentucky-American Water Co.<br>Maryland-American Water Co.<br>Missouri American Water<br>New Jersey American Water<br>Pennsylvania-American Water Co.<br>Tennessee-American Water Co.<br>West Virginia-American Water Co. | RWE Trading GmbH | Former | Representation in matters unrelated to the debtors |
| Capital One Leverage Finance Corp. | Capital One Financial Corp. | Current | Representation in matters unrelated to the debtors |
| | Capital One Financial Corp. - Board of Directors | Former | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| Carousel Center Co. LP | Destiny USA Inc. | Current | Representation in matters unrelated to the debtors |
| CDW Direct LLC | Benjamin D. Chereskin | Closed | Representation in matters unrelated to the debtors |
| | CDW Corporation | Current | Representation in matters unrelated to the debtors |
| | David F. Mosher | Closed | Representation in matters unrelated to the debtors |
| | Madison Dearborn Capital Partners III, L.P. | Current | Representation in matters unrelated to the debtors |
| | Madison Dearborn Partners Inc. | Current | Representation in matters unrelated to the debtors |
| | Madison Dearborn Special Equity III, LP | Current | Representation in matters unrelated to the debtors |
| | Mark B. Tresnowski | Current | Representation in matters unrelated to the debtors |
| | Patrick C. Eilers | Current | Representation in matters unrelated to the debtors |
| Charter Communications Inc. | Independent Directors of Charter Communications, Inc. | Current | Representation in matters unrelated to the debtors |
| Chase | Banc One Capital Markets, Inc. | Current | Representation in matters unrelated to the debtors |
| JP Morgan Securities Inc. | Chase Bank USA, NA | Former | Representation in matters unrelated to the debtors |
| JPMorgan Chase Bank NA | First Chicago Venture Corporation | Closed | Representation in matters unrelated to the debtors |
| | J.P. Morgan, LLC | Current | Representation in matters unrelated to the debtors |
| | Jeffrey V. Holway | Current | Representation in matters unrelated to the debtors |
| | JP Morgan Asset Management | Former | Representation in matters unrelated to the debtors |
| | JP Morgan Chase & Company | Current | Representation in matters unrelated to the debtors |
| | JP Morgan Chase Bank, N.A. | Current | Representation in matters unrelated to the debtors |
| | JP Morgan Partners, LLC | Former | Representation in matters unrelated to the debtors |
| | JP Morgan Partners, LLC | Current | Representation in matters unrelated to the debtors |
| | JP Morgan Securities, Inc. | Current | Representation in matters unrelated to the debtors |
| | JPMorgan | Closed | Representation in matters unrelated to the debtors |
| | JPMorgan Chase Bank | Current | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| (continued from previous page) | Timothy A. Dugan | Current | Representation in matters unrelated to the debtors |
| Chicago (IL) Dept. of Water | City of Chicago and Richard M. Daley | Closed | Representation in matters unrelated to the debtors |
| CNA Global Specialty Lines | CNA Financial Corporation | Current | Representation in matters unrelated to the debtors |
| Continental Casualty Co. | Continental Casualty Company | Current | Representation in matters unrelated to the debtors |
| Comcast | Comcast Corporation | Current | Representation in matters unrelated to the debtors |
| | Comcast of Dallas LP | Current | Representation in matters unrelated to the debtors |
| ComEd | Exelon Business Services Inc. | Closed | Representation in matters unrelated to the debtors |
| Peco Energy Co. | Exelon Corporation | Current | Representation in matters unrelated to the debtors |
| | Exelon Generation Company LLC | Closed | Representation in matters unrelated to the debtors |
| Cortlandt (NY), Town of | Town of Cortlandt, New York | Closed | Representation in matters unrelated to the debtors |
| Cox Communications | Cox Communications, Inc. | Current | Representation in matters unrelated to the debtors |
| Dayton Power & Light | Dayton Power & Light Company | Closed | Representation in matters unrelated to the debtors |
| | DPL, Inc. | Current | Representation in matters unrelated to the debtors |
| DHL Global Business Services | DHL Worldwide Express BV | Current | Representation in matters unrelated to the debtors |
| | DPWN Holdings (USA) Inc. | Closed | Representation in matters unrelated to the debtors |
| Discover Financial Services Inc. | Discover Financial Services | Current | Representation in matters unrelated to the debtors |
| DTE Energy Co. | Detroit Edison Company | Current | Representation in matters unrelated to the debtors |
| | DTE Coal Services | Closed | Representation in matters unrelated to the debtors |
| | DTE Energy Services, Inc. | Current | Representation in matters unrelated to the debtors |
| Duke Energy Corp. | Crescent Resources, LLC | Current | Representation in matters unrelated to the debtors |
| Eastman Kodak Co. | Creo Products Inc. | Closed | Representation in matters unrelated to the debtors |
| Empire Blue Cross Blue Shield | Anthem Companies Inc. | Closed | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| (continued from previous page) | Wellpoint, Inc. | Current | Representation in matters unrelated to the debtors |
| Epson America Inc. | Seiko Epson Corporation | Current | Representation in matters unrelated to the debtors |
| Federal Communications Commission | Army & Air Force Exchange Services | Closed | Representation in matters unrelated to the debtors |
| Internal Revenue Service | Federal Communications Commission | Closed | Representation in matters unrelated to the debtors |
| Securities and Exchange Commission | | | |
| Fox Home Entertainment | News America Incorporated | Current | Representation in matters unrelated to the debtors |
| | News America Incorporated | Current | Representation in matters unrelated to the debtors |
| | REA Group | Current | Representation in matters unrelated to the debtors |
| | Twentieth Century Fox Film Corporation | Current | Representation in matters unrelated to the debtors |
| | Twentieth Century Fox International Television Inc. | Current | Representation in matters unrelated to the debtors |
| FTI Consulting Inc. | FTI Consulting Inc. | Current | Representation in matters unrelated to the debtors |
| | Lexecon Inc. | Current | Representation in matters unrelated to the debtors |
| GE Capital Markets, Inc. | Birchwood Power Partners, LP | Current | Representation in matters unrelated to the debtors |
| GE Fleet Services | GE Capital Financial Inc. | Current | Representation in matters unrelated to the debtors |
| GE Transportation Systems | GE Capital Financial Inc. | Current | Representation in matters unrelated to the debtors |
| General Electric Capital Corp. | General Electric Capital Corporation | Former | Representation in matters unrelated to the debtors |
| | General Electric Company | Current | Representation in matters unrelated to the debtors |
| | IDX Systems Corporation | Closed | Representation in matters unrelated to the debtors |
| GMAC Commercial Finance LLC | Canadian Capital Auto Receivables Trust II, Series 2008-1 | Current | Representation in matters unrelated to the debtors |
| | Canadian Securitized Holdings Auto Receivables Partnership | Current | Representation in matters unrelated to the debtors |
| | Capital Auto Receivables, Inc. | Closed | Representation in matters unrelated to the debtors |
| | General International Limited | Former | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| (continued from previous page) | General Motors Acceptance Corporation of Canada, Limited | Current | Representation in matters unrelated to the debtors |
| | General Motors Asset Management Corporation | Former | Representation in matters unrelated to the debtors |
| | General Motors Asset Management Corporation | Former | Representation in matters unrelated to the debtors |
| | General Motors Corporation | Current | Representation in matters unrelated to the debtors |
| | General Motors Corporation-Group Health Plan | Current | Representation in matters unrelated to the debtors |
| | General Motors de Mexico | Current | Representation in matters unrelated to the debtors |
| | General Motors Investment Management Corporation | Current | Representation in matters unrelated to the debtors |
| | GM Absolute Return Strategies Fund, LLC | Current | Representation in matters unrelated to the debtors |
| | GM Daewoo Auto & Technology | Closed | Representation in matters unrelated to the debtors |
| | GM Pension Trust | Former | Representation in matters unrelated to the debtors |
| | GMAC Canada Ltd. | Current | Representation in matters unrelated to the debtors |
| | GMAC Commercial Finance LLC | Closed | Representation in matters unrelated to the debtors |
| | GMAC Commercial Mortgage Corporation | Current | Representation in matters unrelated to the debtors |
| | GMAC RFSC | Former | Representation in matters unrelated to the debtors |
| | GMAC, LLC | Current | Representation in matters unrelated to the debtors |
| | GMAM Absolute Return Strategies Fund, LLC | Current | Representation in matters unrelated to the debtors |
| | GMAM Absolute Return Strategies Fund, LLC | Former | Representation in matters unrelated to the debtors |
| | Kam Chang | Current | Representation in matters unrelated to the debtors |
| | Nuvell Credit Corporation | Closed | Representation in matters unrelated to the debtors |
| | OnStar Corporation | Current | Representation in matters unrelated to the debtors |
| | Residential Funding Corp. | Current | Representation in matters unrelated to the debtors |
| | Various senior level executives of GMAC | various | Representation in matters unrelated to the debtors |
| | Wholesale Auto Receivables Corporation | Closed | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| Gordon Brothers Retail Partners LLC | Gordon Brothers | Current | Representation in matters unrelated to the debtors |
| Hawaiian Telcom | CAGP Co-Investment LP | Current | Representation in matters unrelated to the debtors |
| | Carlyle Asia Growth Partners III LP | Current | Representation in matters unrelated to the debtors |
| | Carlyle Group LP | Current | Representation in matters unrelated to the debtors |
| | Carlyle Japan International Partners II LP | Current | Representation in matters unrelated to the debtors |
| | Carlyle Japan Partners II LP | Current | Representation in matters unrelated to the debtors |
| | Caymanian Land & Sea Cooperative | Current | Representation in matters unrelated to the debtors |
| | CJP Co-Investment II A LP | Current | Representation in matters unrelated to the debtors |
| | CJP Co-Investment II B LP | Current | Representation in matters unrelated to the debtors |
| | CJP II General Partner LP | Current | Representation in matters unrelated to the debtors |
| | Hawaiian Telcom Communications Inc. | Current | Representation in matters unrelated to the debtors |
| HBK Investments LP | HBK Private Equity Group LLC | Current | Representation in matters unrelated to the debtors |
| The Home Depot Inc. | EXPO Design Center | Current | Representation in matters unrelated to the debtors |
| Home Depot USA Inc. | Home Depot USA Inc. | Current | Representation in matters unrelated to the debtors |
| | The Home Depot | Current | Representation in matters unrelated to the debtors |
| | The Home Depot At-Home Services Inc. | Current | Representation in matters unrelated to the debtors |
| IBM

IBM Strategic Outsourcing Wire | IBM Corporation | Current | Representation in matters unrelated to the debtors |
| Indianapolis Power & Light | AES Beaver Valley LLC | Current | Representation in matters unrelated to the debtors |
| | AES Cayuga LLC | Current | Representation in matters unrelated to the debtors |
| | AES Greenidge LLC | Current | Representation in matters unrelated to the debtors |
| | AES Ironwood LLC | Current | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| (continued from previous page) | AES Red Oak LLC | Current | Representation in matters unrelated to the debtors |
| | AES Redondo Beach LLC | Current | Representation in matters unrelated to the debtors |
| | AES Somerset LLC | Current | Representation in matters unrelated to the debtors |
| | AES Warrior Run Inc. | Current | Representation in matters unrelated to the debtors |
| | AES Westover LLC | Current | Representation in matters unrelated to the debtors |
| | The AES Corporation | Current | Representation in matters unrelated to the debtors |
| Irvine Co. LLC, The | The Irvine Company | Closed | Representation in matters unrelated to the debtors |
| Keystone Automotive | Bain Capital Asia, LLC | Current | Representation in matters unrelated to the debtors |
| Toys "R" Us Inc. | Bain Capital Inc. | Current | Representation in matters unrelated to the debtors |
| | Bain Capital Ventures | Closed | Representation in matters unrelated to the debtors |
| | Sankaty Advisors | Closed | Representation in matters unrelated to the debtors |
| | Sankaty Advisors LLC | Closed | Representation in matters unrelated to the debtors |
| | Sankaty Advisors Ltd. | Current | Representation in matters unrelated to the debtors |
| | Sankaty High Yield Asset Partners II, L.P. | Current | Representation in matters unrelated to the debtors |
| | Sankaty High Yield Asset Partners III, L.P. | Current | Representation in matters unrelated to the debtors |
| | Sankaty High Yield Asset Partners, L.P. | Current | Representation in matters unrelated to the debtors |
| | Toys "R" Us Inc. | Current | Representation in matters unrelated to the debtors |
| Lehman Brothers | LBREM I | Current | Representation in matters unrelated to the debtors |
| | LBREM II | Current | Representation in matters unrelated to the debtors |
| | LBREP I | Current | Representation in matters unrelated to the debtors |
| | LBREP II | Current | Representation in matters unrelated to the debtors |
| | LBREP III | Current | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| (continued from previous page) | Lehman Brothers | Current | Representation in matters unrelated to the debtors |
| | Lehman Brothers Asset Management, Inc. | Current | Representation in matters unrelated to the debtors |
| | Lehman Brothers Holdings Inc. | Current | Representation in matters unrelated to the debtors |
| | Lehman Brothers Inc. | Current | Representation in matters unrelated to the debtors |
| | Lehman Brothers Merchant Banking Partners Inc. | Current | Representation in matters unrelated to the debtors |
| | Lehman Brothers Real Estate Private Equity | Current | Representation in matters unrelated to the debtors |
| | Lehman Capital | Former | Representation in matters unrelated to the debtors |
| | Lehman Commercial Paper, Inc. | Current | Representation in matters unrelated to the debtors |
| | Michael Ingwer | Potential | Representation in matters unrelated to the debtors |
| | Michael J. Moore | Current | Representation in matters unrelated to the debtors |
| Lenovo Inc. | Lenovo (United States) Inc. | Current | Representation in matters unrelated to the debtors |
| Lexar Media Inc. | Micron Technology, Inc. | Current | Representation in matters unrelated to the debtors |
| LG Electronics, Inc. | LG Electronics, Inc. | Former | Representation in matters unrelated to the debtors |
| Linksys | Cisco Systems Inc. | Current | Representation in matters unrelated to the debtors |
| | Cisco Systems Inc. | Current | Representation in matters unrelated to the debtors |
| Los Angeles County (CA) Dept. of Public Works | Los Angeles County Municipal Court | Closed | Representation in matters unrelated to the debtors |
| Marsh USA Inc. | Kroll Inc. | Current | Representation in matters unrelated to the debtors |
| MCI | Cellco Partnership | Current | Representation in matters unrelated to the debtors |
| Verizon | Empire City Subway Company | Current | Representation in matters unrelated to the debtors |
| Verizon GTE | MCI Communications Services, Inc. | Potential | Representation in matters unrelated to the debtors |
| Verizon Online | MCI Communications Services, Inc. | Current | Representation in matters unrelated to the debtors |
| Verizon Wireless | Telesector Resources Group | Current | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| (continued from previous page) | Verizon Business Global, LLC | Current | Representation in matters unrelated to the debtors |
| | Verizon Business Network Services, Inc. | Potential | Representation in matters unrelated to the debtors |
| | Verizon Capital Corporation | Closed | Representation in matters unrelated to the debtors |
| | Verizon Communications Inc. | Current | Representation in matters unrelated to the debtors |
| | Verizon Data Services LLC | Current | Representation in matters unrelated to the debtors |
| | Verizon Federal Inc. | Current | Representation in matters unrelated to the debtors |
| | Verizon Global Networks, Inc. | Potential | Representation in matters unrelated to the debtors |
| | Verizon New Jersey, Inc. | Current | Representation in matters unrelated to the debtors |
| | Verizon New York, Inc. | Current | Representation in matters unrelated to the debtors |
| | Verizon NY Inc. | Current | Representation in matters unrelated to the debtors |
| | Verizon Select Services, Inc. | Potential | Representation in matters unrelated to the debtors |
| | Verizon South, Inc. | Former | Representation in matters unrelated to the debtors |
| | Verizon Wireless | Current | Representation in matters unrelated to the debtors |
| | Verizon Wireless Telecom, Inc. | Current | Representation in matters unrelated to the debtors |
| McGuire Woods LLP | McGuire Woods Battle & Boothe | Current | Representation in matters unrelated to the debtors |
| Medco | Medco Health Solutions, Inc. | Former | Representation in matters unrelated to the debtors |
| Merrill Lynch Global Institutional Advisory Division | Dimitrios Psyllidis | Current | Representation in matters unrelated to the debtors |
| | Merrill Lynch | Current | Representation in matters unrelated to the debtors |
| | Merrill Lynch - Global Principal Investments | Current | Representation in matters unrelated to the debtors |
| | Merrill Lynch Bank USA | Current | Representation in matters unrelated to the debtors |
| | Merrill Lynch Corporate and Institutional Client Group | Closed | Representation in matters unrelated to the debtors |
| | Merrill Lynch Japan Securities Co., Ltd. | Current | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| (continued from previous page) | Paul Horvath | Current | Representation in matters unrelated to the debtors |
| National City Business Credit Inc. | National City Bank | Current | Representation in matters unrelated to the debtors |
| Nextel Communications | Airgate PCS | Closed | Representation in matters unrelated to the debtors |
| Sprint | FC New York Inc. | Current | Representation in matters unrelated to the debtors |
| | Nextel Communications Inc. | Current | Representation in matters unrelated to the debtors |
| | Nextel of New York Inc. | Current | Representation in matters unrelated to the debtors |
| | Nextel Systems Corp. | Current | Representation in matters unrelated to the debtors |
| | Sprint Nextel Corporation | Current | Representation in matters unrelated to the debtors |
| | Sprint PCS Limited Partnership | Closed | Representation in matters unrelated to the debtors |
| | Ubiquitel Inc. | Closed | Representation in matters unrelated to the debtors |
| | US Unwired Inc. | Closed | Representation in matters unrelated to the debtors |
| NFL Enterprises LLC | National Football League Properties, Inc and Green Bay Packers, Inc. | Current | Representation in matters unrelated to the debtors |
| Nikon Inc. | Nikon Corp. | Former | Representation in matters unrelated to the debtors |
| Northern Trust Bank of California NA | The Northern Trust Company | Current | Representation in matters unrelated to the debtors |
| Omnimount Systems Inc. | Lee Equity Partners, LLC | Current | Representation in matters unrelated to the debtors |
| | Thomas H. Lee Company | Current | Representation in matters unrelated to the debtors |
| Paramount Home Video | CBS Operations, Inc. | Current | Representation in matters unrelated to the debtors |
| Pioneer Electronics (USA) Inc. | Disco Vision Associates | Current | Representation in matters unrelated to the debtors |
| Pioneer Electronics Service | Pioneer Corporation | Current | Representation in matters unrelated to the debtors |
| | Pioneer Electronic Corporation | Closed | Representation in matters unrelated to the debtors |
| | Pioneer Electronics (USA) Inc. | Closed | Representation in matters unrelated to the debtors |
| | Pioneer New Media Technologies Inc. | Closed | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| (continued from previous page) | Pioneer North America Inc. | Current | Representation in matters unrelated to the debtors |
| PNC Bank NA | Pnc Equity Management Corp. | Closed | Representation in matters unrelated to the debtors |
| PPL Utilities Allentown | PPL Corporation | Current | Representation in matters unrelated to the debtors |
| Principal Real Estate Holding Co. LLC | Principal Real Estate Investors LLC | Current | Representation in matters unrelated to the debtors |
| Prudential Insurance Co. of America, The | The Prudential Insurance Company of America | Current | Representation in matters unrelated to the debtors |
| Questar Gas | Questar Pipeline Company | Closed | Representation in matters unrelated to the debtors |
| Qwest | Qwest Communications Corporation | Current | Representation in matters unrelated to the debtors |
|  | Qwest Services Corporation | Current | Representation in matters unrelated to the debtors |
|  | USLD Communication, Inc. | Current | Representation in matters unrelated to the debtors |
| RBC Dain Rauscher | Home123 Corporation | Former | Representation in matters unrelated to the debtors |
|  | New Century Financial Corporation | Former | Representation in matters unrelated to the debtors |
|  | RBC Capital Markets | Closed | Representation in matters unrelated to the debtors |
|  | RBC Centura Bank | Current | Representation in matters unrelated to the debtors |
|  | RBC Mortgage Company | Former | Representation in matters unrelated to the debtors |
|  | RBC Mortgage Company of California | Former | Representation in matters unrelated to the debtors |
|  | Royal Bank of Canada | Current | Representation in matters unrelated to the debtors |
| Research In Motion Ltd. | Research In Motion Ltd. | Current | Representation in matters unrelated to the debtors |
|  | Research In Motion Corporation | Current | Representation in matters unrelated to the debtors |
| Rothschild Inc. | Rothschild Inc. | Current | Representation in matters unrelated to the debtors |
| Sam's Club | Sam's Club | Current | Representation in matters unrelated to the debtors |
| Wal-Mart Stores East LP | Sam's East Inc. | Current | Representation in matters unrelated to the debtors |
| Wal-Mart Stores Inc. | Sam's West Inc. | Current | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| (continued from previous page) | Wal-Mart Stores East Inc. | Current | Representation in matters unrelated to the debtors |
| | Wal-Mart Stores East LP | Current | Representation in matters unrelated to the debtors |
| | Wal-Mart Stores Inc. | Current | Representation in matters unrelated to the debtors |
| | Wal-Mart.com USA Inc. | Current | Representation in matters unrelated to the debtors |
| Samsung Electronics America<br><br>Samsung Group<br><br>Samsung Opto Electronics Inc. | Samsung | Current | Representation in matters unrelated to the debtors |
| | Samsung Austin General LLC | Current | Representation in matters unrelated to the debtors |
| | Samsung Electronics America Inc. | Current | Representation in matters unrelated to the debtors |
| | Samsung Electronics Co. Ltd. | Current | Representation in matters unrelated to the debtors |
| | Samsung Group | Current | Representation in matters unrelated to the debtors |
| | Samsung SDI Co. Ltd. | Current | Representation in matters unrelated to the debtors |
| | Samsung Semiconductor Inc. | Current | Representation in matters unrelated to the debtors |
| | Samsung Telecom America LLP | Current | Representation in matters unrelated to the debtors |
| | Samsung Telecommunications America LLP | Current | Representation in matters unrelated to the debtors |
| San Francisco Public Utilities Commission Water Dept. | Shireen McSpadden | Closed | Representation in matters unrelated to the debtors |
| Sears Roebuck & Co. | Sears Holdings Corporation | Closed | Representation in matters unrelated to the debtors |
| | Sears Roebuck & Company | Current | Representation in matters unrelated to the debtors |
| Semco Energy Gas Co. | SEMCO Energy Gas Company | Current | Representation in matters unrelated to the debtors |
| | SEMCO Energy Services, Inc. | Former | Representation in matters unrelated to the debtors |
| | SEMCO Pipeline Company | Former | Representation in matters unrelated to the debtors |
| Sony Computer Entertainment<br><br>Sony Corp.<br><br>Sony Electronics Inc. | Gamepot Inc. | Current | Representation in matters unrelated to the debtors |
| | Gamepot USA, Inc. | Current | Representation in matters unrelated to the debtors |
| | Sony Corporation, Inc. | Current | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| (continued from previous page) | Sony Electronics, Inc. | Current | Representation in matters unrelated to the debtors |
| | Sony Pictures Entertainment, Inc. | Current | Representation in matters unrelated to the debtors |
| Suez Energy Resources NA | Suez Energy North America, Inc. | Current | Representation in matters unrelated to the debtors |
| Suntrust SunTrust Bank | SunTrust Robinson Humphrey | Closed | Representation in matters unrelated to the debtors |
| T Mobile | T-Mobile USA Inic. | Current | Representation in matters unrelated to the debtors |
| Tire Kingdom Inc. | Pacific Summit Energy, LLC | Current | Representation in matters unrelated to the debtors |
| | Sumitomo Corporation of America | Current | Representation in matters unrelated to the debtors |
| UBS Financial Services Inc. | Joseph F. Scoby | Current | Representation in matters unrelated to the debtors |
| UBS Loan Finance LLC | UBS Financial Services Inc. | Current | Representation in matters unrelated to the debtors |
| | UBS Financial Services Incorporated of Puerto Rico | Current | Representation in matters unrelated to the debtors |
| | UBS Global Asset Management Inc. | Current | Representation in matters unrelated to the debtors |
| | UBS Investment Bank | Current | Representation in matters unrelated to the debtors |
| | UBS Securities LLC | Current | Representation in matters unrelated to the debtors |
| | UBS Warburg | Current | Representation in matters unrelated to the debtors |
| Viacom Outdoor | CBS Operations, Inc. | Current | Representation in matters unrelated to the debtors |
| Wachovia Bank & Securities | Wachovia Capital Partners 2006 LLC | Former | Representation in matters unrelated to the debtors |
| Wachovia Capital Finance Corp. | Wachovia Securities LLC | Closed | Representation in matters unrelated to the debtors |
| Advertising.com | Alex Daniels | Current | Representation in matters unrelated to the debtors |
| Warner Home Video | America Online | Current | Representation in matters unrelated to the debtors |
| | America Online Inc. | Current | Representation in matters unrelated to the debtors |
| | Time Life Inc. | Current | Representation in matters unrelated to the debtors |
| | Time Warner Cable Inc. | Current | Representation in matters unrelated to the debtors |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status | Nature of Representation |
|---|---|---|---|
| (continued from previous page) | Time Warner Inc. | Current | Representation in matters unrelated to the debtors |
| | Time, Incorporated | Current | Representation in matters unrelated to the debtors |
| Washington Gas | WGL Holdings Inc. | Former | Representation in matters unrelated to the debtors |
| WEC 99-3 LLC | Kapalua Bay LLC | Current | Representation in matters unrelated to the debtors |
| Wells Fargo | Norwest Equity Partners | Current | Representation in matters unrelated to the debtors |
| Wells Fargo Retail Finance LLC | Wells Fargo Bank NA | Former | Representation in matters unrelated to the debtors |
| Wilmington Trust Co. | Grant Tani Barash & Altman | Former | Representation in matters unrelated to the debtors |
| Windstream | Windstream Corporation | Former | Representation in matters unrelated to the debtors |
| Zenith Electronics Corp. | Zenith Electronics Corporation | Former | Representation in matters unrelated to the debtors |