# EXHIBIT 3

| Party in Interest* | Entity with which Rothschild Inc. ("RINC") has a Connection | Nature of Connection |
|---|---|---|
| AEP | | Client pitch made by a RINC affiliate – pitch was subsequently abandoned |
| AIG Baker Deptford, LLC; AIG Baker Hoover, LLC | AIG | 1. RINC pitched a transaction in which AIG was listed as a possible participant and/or interested party – the pitch was subsequently abandoned.<br>2. RINC was mandated on a transaction in which AIG was listed as a possible participant and/or interested party – the mandate has been completed.<br>3. A RINC affiliate has pitched transactions in which AIG was listed as a possible participant and/or interested party – the pitches are unrelated to the Debtors. |
| Ameren CIPS; Ameren UE; Ameren Cilco; Ameren IP | Ameren | Former RINC client. There are currently no open mandates. |
| American Express; American Express Travel Related Services; American Express Trust Co | American Express | RINC Vendor. |
| Aon | Aon | RINC Vendor. |
| Aquila Inc.; Kansas City Power & Light | Aquila | RINC client. There is currently one (1) ongoing mandate that is unrelated to the Debtors. |
| Arc International Corp | Arc International | Client pitch made by a RINC affiliate – pitch is unrelated to the Debtors. |
| Assurant | Assurant Inc. | RINC pitched a transaction in which Assurant was listed as a possible participant and/or interested party – the pitch was subsequently abandoned |
| AT&T | AT&T | 1. Client pitches made by RINC – pitches |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.
22849313v1

# EXHIBIT 3

**Entity with which Rothschild Inc. ("RINC")**

| Party in Interest* | has a Connection | Nature of Connection |
|---|---|---|
| | | are unrelated to the Debtors.<br>2. RINC Vendor. |
| AVR PC Associates LLC | AVR | A RINC affiliate pitched a transaction in which AVR was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Bell South | Bell South | A RINC affiliate pitched a transaction in which Bell South was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Blockbuster, Inc. | Blockbuster | RINC pitched a transaction in which Blockbuster was listed as a possible participant and/or interested party – the pitch was subsequently abandoned |
| BRE/ Louis Joliet LLC | BRE | A RINC affiliate pitched a transaction in which BRE was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Burdale Finance Ltd | Burdale Financial Holdings | RINC pitched a transaction in which Burdale was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Ron Brill | Ron Brill | Mr. Brill is the cousin of a Rothschild employee that will, if Rothschild's retention is approved, provide services to the Debtors. |
| Capital One Leverage Finance Corp. | Capital One | Client pitches made by a RINC affiliate – pitches were subsequently abandoned. |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

| Party in Interest* | Entity with which Rothschild Inc. ("RINC") has a Connection | Nature of Connection |
|---|---|---|
| CenterPoint Energy Services Inc | CenterPoint Energy Inc. | 1. Client pitch made by RINC – pitch was subsequently abandoned<br>2. A RINC affiliate pitched a transaction in which CenterPoint is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| Chase, Chase Bank; JP Morgan Chase Bank | Chase; JP Morgan Chase Bank | RINC Vendor. |
| Chesapeake Utilities | Chesapeake Corp | RINC pitched a transaction in which Chesapeake is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| Chubb | Chubb Group of Insurance Companies | RINC Vendor. |
| Citigroup | Citigroup Mezzanine LP | RINC pitched a transaction in which Citigroup is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| Corporate Express | Corporate Express | Client pitch made by a RINC affiliate – pitch is unrelated to the Debtors. |
| Cosco | Cosco Group | Client pitches made by a RINC affiliate – pitches were subsequently abandoned. |
|  | Cosco Pacific Ltd. | Client of a RINC affiliate- there are currently three (3) open pitches that are unrelated to the Debtors. |
| Cox Communications | Cox | A RINC affiliate pitched a transaction in which Cox was listed as a possible participant and/or interested party – the pitch was subsequently |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

**Entity with which Rothschild Inc. ("RINC")**

| Party in Interest* | has a Connection | Nature of Connection |
|---|---|---|
|  |  | abandoned. |
| DHL Global Services | DHL | Client pitch made by a RINC affiliate – pitch is unrelated to the Debtors. |
| DTE Energy | DTE Energy Company | 1. Client pitch made by RINC – pitch is unrelated to the Debtors.<br>2. RINC pitched a transaction in which DTE was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
|  | DTE Coal Services | Client pitch made by RINC – pitch is unrelated to the Debtors. |
|  | DTE Energy Trading | RINC pitched a transaction in which DTE was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Duke Energy | Duke Energy | 1. Client pitch made by RINC – pitch was subsequently abandoned.<br>2. RINC pitched a transaction in which Duke is listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Duquesne Light Company | Duquesne Light Holdings | Client pitch made by RINC – pitch was subsequently abandoned |
| Eastman Kodak Co. | Eastman Kodak | RINC was mandated on a transaction in which Eastman Kodak was listed as a potential participant or interested party- the mandate has been completed. |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.
22849313v1

## EXHIBIT 3

| Party in Interest* | Entity with which Rothschild Inc. ("RINC") has a Connection | Nature of Connection |
|---|---|---|
| El Paso Electric Company | El Paso Corporation | 1. RINC pitched a transaction in which El Paso was listed as a possible participant and/or interested party – the pitch was subsequently abandoned.<br>2. Client pitches made by RINC- pitches were subsequently abandoned. |
| Ernst & Young | Ernst & Young | RINC Vendor. |
| Excel Realty Partners, LP; Excel Westminster Market Place | Excel | A RINC affiliate pitched a transaction in which Excel was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Fairpoint Communications | Fairpoint Communication | RINC pitched a transaction in which Fairpoint Communication was listed as a possible participant and/or interested party – the pitch was subsequently abandoned |
| General Electric Capital Corporation | GE Capital; GECC | 1) Client pitch by RINC – pitch was subsequently abandoned.<br>2) RINC was mandated on a transaction unrelated to the Debtors in which GE Capital was listed as a possible participant and/or interested party – the mandate was subsequently abandoned.<br>3) Client of a RINC affiliate – there is currently one ongoing mandate unrelated to the Debtors.<br>4) A RINC affiliate has been mandated on a transaction in which GE Capital is listed as a possible participant and/or interested party – |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

**Entity with which Rothschild Inc. ("RINC")**

| Party in Interest* | has a Connection | Nature of Connection |
|---|---|---|
|  |  | the mandate is unrelated to the Debtors. |
| Georgia Power | Georgia Power | RINC pitched a transaction in which Georgia Power was listed as a possible participant and/or interested party – the pitch was subsequently abandoned |
| GMAC Commercial Finance | GMAC | 1. A RINC affliate has been mandated on a transaction in which GMAC is listed as a potential participant or interested party- the mandate is ongoing and is unrelated to the Debtors.<br>2. Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors. |
| Goldman Sachs | Goldman Sachs | 1. Client pitch made by RINC – pitch is unrelated to the Debtors.<br>2. Client of a RINC affiliate- there is currently one (1) open mandate unrelated to the Debtors.<br>3. A RINC affiliate has been mandated on a transaction in which Goldman Sachs is listed as a possible participant and/or interested party- the mandate is unrelated to the Debtors. |
| Gordon Brothers Retail Partners LLC | Gordon Brothers | RINC pitched a transaction in which Gordon Brothers was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

## Entity with which Rothschild Inc. ("RINC")

| Party in Interest* | has a Connection | Nature of Connection |
|---|---|---|
| Green Mountain Power | Green Mountain Power | RINC pitched a transaction in which Green Mountain Power was listed as a possible participant and/or interested party – the pitch was subsequently abandoned |
| Hanson Industries, Inc. | Hanson PLC | Former RINC client. There are currently no open mandates. |
| Hewlett Packard Company; Hewlett Packard US Operations | Hewlett Packard | A RINC affiliate has been mandated on a transaction in which Hewlett Packard is listed as a potential participant or interested party – the mandate is ongoing and is unrelated to the Debtors. |
| Hilco Merchant Resources, LLC | Hilco Trading Company | Client pitch made by a RINC affiliate – pitch was subsequently abandoned |
| Home Depot USA Inc. | Home Depot | Client pitches made by a RINC affiliate – pitches were subsequently abandoned. |
| Insight | Insight Infrastructure | A RINC affiliate has been mandated on a transaction in which Insight is listed as a potential participant or interested party- the mandate is ongoing and is unrelated to the Debtors. |
|  | Insight Energy | Client pitch made by a RINC affiliate – pitch was subsequently abandoned. |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

**Entity with which Rothschild Inc. ("RINC")**

| Party in Interest* | has a Connection | Nature of Connection |
|---|---|---|
| International Business Machines, Inc. | IBM | 1. A RINC affiliate was mandated on a transaction in which IBM was listed as a potential participant or interested party- the mandate has been completed.<br>2. Client pitch made by a RINC affiliate – pitch is unrelated to the Debtors. |
| The Irvine Company LLC | The Irvine Company LLC | RINC Vendor. |
| JLG Industries Inc. | JLG Industries | RINC pitched a transaction in which JLG was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| JP Morgan Chase Bank | JP Morgan Chase Bank | 1. RINC Vendor<br>2. Client pitch made by a RINC affiliate – pitch was subsequently abandoned. |
| JP Morgan Securities, Inc | JP Morgan | RINC was mandated on a transaction in which JP Morgan was listed as a potential participant or interested party- the mandate was subsequently abandoned. |
| | JP Morgan Asset Management | 1. RINC pitched a transaction in which JP Morgan was listed as a possible participant and/or interested party – the pitch was subsequently abandoned.<br>2. Client pitch made by RINC – pitch was subsequently abandoned. |
| Kirkland & Ellis LP | Kirkland & Ellis LP | RINC was mandated on a transaction in which Kirkland & Ellis was listed as a potential participant or interested party- the mandate has been completed. |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

**Entity with which Rothschild Inc. ("RINC")**

| Party in Interest* | has a Connection | Nature of Connection |
|---|---|---|
| Landmark American Insurance Co | Landmark Group | 1. RINC client. There is currently one (1) open mandate that is unrelated to the Debtors.<br>2. Client pitch made by a RINC affiliate – pitch is unrelated to the Debtors. |
| Lehman Brothers, Inc. | Lehman Brothers | 1. Client pitches made by RINC – the pitches are unrelated to the Debtors.<br>2. RINC pitched a transaction in which Lehman Brothers was listed as a possible participant and/or interested party – the pitch was subsequently abandoned.<br>3. Client of a RINC affiliate – there is currently one open mandate that is unrelated to the Debtors. |
| Lloyds of London | Lloyds of London | Client pitches by a RINC affiliate – the pitches were subsequently abandoned. |
| Merrill Lynch Global Institutional Advisor | Merrill Lynch | 1. A RINC affiliate has been mandated on a transaction in which Merrill Lynch is listed as a potential participant or interested party – the mandate is ongoing and is unrelated to the Debtors.<br>2. Client pitch made by a RINC affiliate – pitch is unrelated to the Debtors. |
| Metro; Metro Center LLC | Metro Inc. | A RINC affiliate pitched a transaction in which Metro was listed as a possible participant and/or interested party – the pitch was subsequently |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

**Entity with which Rothschild Inc. ("RINC")**

| Party in Interest* | has a Connection | Nature of Connection |
|---|---|---|
| | | abandoned. |
| Microsoft Corp | Microsoft | 1. A RINC affiliate pitched a transaction in which Microsoft was listed as a possible participant and/or interested party – the pitch was subsequently abandoned.<br>2. Client pitches made by RINC – pitches were subsequently abandoned |
| MidAmerican Energy Co | MidAmerican Energy Holdings Co. | RINC has been mandated on transaction in which MidAmerican Energy is listed as a possible participant and/or interested party – the mandate is ongoing and is unrelated to the Debtors. |
| | MidAmerican | A RINC affiliate pitched a transaction in which MidAmerican was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Morrison Crossing Shopping Center | Morrison | A RINC affiliate was mandated on a transaction in which Morrison was listed as a potential participant or interested party- the mandate has been completed. |
| National Grid - Brooklyn | National Grid | 1. RINC client. There are currently two (2) open pitches that are unrelated to the Debtors.<br>2. Client of a RINC affiliate – there is currently one (1) ongoing mandate that are unrelated to the Debtors. |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

| Party in Interest* | Entity with which Rothschild Inc. ("RINC") has a Connection | Nature of Connection |
|---|---|---|
| New England Gas Company | New England Gas Company | RINC and a RINC affiliate were mandated on a transaction in which New England Gas was listed as a potential participant or interested party – the mandate has been completed. |
| Nextel Communications | Nextel Communications | 1. Client pitches made by RINC – pitches were subsequently abandoned.<br>2. RINC pitched a transaction in which Nextel was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| NStar | NStar | A RINC affiliate pitched a transaction in which NStar is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| Orbis Corp | Orbis PLC | Client pitch made by a RINC affiliate – pitch was subsequently abandoned. |
| Pacific Gas & Electric | Pacific Gas & Electric Co. | RINC client. There is currently one (1) open pitch that is unrelated to the Debtors. |
| Pepco | Pepco Hold Up | RINC pitched a transaction in which Pepco is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors. |
| PNC Bank | PNC Equity Management | RINC was mandated on a transaction in which PNC was listed as a potential participant or |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

**Entity with which Rothschild Inc. ("RINC")**

| Party in Interest* | has a Connection | Nature of Connection |
|---|---|---|
| | | interested party- the mandate has been completed. |
| PPL Utilities | PPL Global | Client pitches made by a RINC affiliate – pitches were subsequently abandoned. |
| Portland GE | Portland GE | RINC pitched a transaction in which Portland GE was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Progress Energy Carolinas | Progress Energy | RINC client.  There is currently one (1) ongoing mandate that is unrelated to the Debtors. |
| Prudential Ins. Company of America | Prudential | 1. Client pitches made by a RINC affiliate – pitches were subsequently abandoned.<br>2. A RINC affiliate pitched a transaction in which Prudential is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors |
| Puget Sound Energy | Puget Energy | Client pitch made by RINC – pitch is unrelated to the Debtors. |
| Quebecor World KRI | Quebecor World, Inc. | Client pitch made by RINC.  There is currently one (1) outstanding pitch that is unrelated to the Debtors. |
| Questar Gas | Questar Corp | Client pitches made by RINC – pitches were subsequently abandoned. |

*RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

| Party in Interest* | Entity with which Rothschild Inc. ("RINC") has a Connection | Nature of Connection |
|---|---|---|
| Qwest; Qwest Business Services | Qwest Communications | Former RINC client – there are currently no open mandates. |
| Research In Motion | Research In Motion | RINC Vendor |
| RREEF America REIT II Corp | RREEF America LLC; RREEF | Client pitches made by RINC – pitches were subsequently abandoned |
| | RREEF Infrastructure | Client of a RINC affiliate- there are currently six (6) ongoing mandates that are unrelated to the Debtors. |
| Ruby Tuesday | Ruby Tuesday | Client pitch made by RINC – pitch is unrelated to the Debtors. |
| Schulte Roth & Zabel | Schulte Roths & Zabel | RINC Vendor |
| Sempra Energy Solutions | Sempra Energy | RINC pitched a transaction in which Sempra Energy was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Skadden Arps, Slate Meagher & Flom LLP | Skadden Arps, Slate Meagher & Flom LLP | RINC Vendor. |
| Sony; Sony Electronics Inc.; Sony Computer Entertainment | Sony Corporation | A RINC affiliate has been mandated on a transaction in which Sony is listed as a potential participant or interested party- the mandate is ongoing and is unrelated to the Debtors. |
| Sports Authority | Sports Authority | RINC was mandated on a transaction in which Sports Authority was listed as a potential participant or interested party- the mandate has |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

**Entity with which Rothschild Inc. ("RINC")**

| Party in Interest* | has a Connection | Nature of Connection |
|---|---|---|
| | | been completed. |
| Sprint Corp | Sprint | Client pitch by RINC – pitch is unrelated to the Debtors. |
| Suez Energy Resources NA | Suez Environment; Suez | 1. Client of a RINC affiliate there are currently five (5) ongoing mandates that are unrelated to the Debtors.<br>2. Client pitches made by RINC – pitches were subsequently abandoned |
| Sun Trust Bank | Sun Trust Banks | A RINC affiliate was mandated on a transaction in which Sun Trust Bank was listed as a potential participant or interested party- the mandate has been completed. |
| T-Mobile | T-Mobile | A RINC affiliate pitched a transaction in which T-Mobile was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| | T-Mobile USA Inc. | RINC pitched a transaction in which T-Mobile was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Textron Financial Corporation | Textron | RINC client. There is currently one (1) ongoing mandate that is unrelated to the Debtors. |
| Thomson Financial | Thomson Financial | RINC Vendor. |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

**Entity with which Rothschild Inc. ("RINC")**

| Party in Interest* | has a Connection | Nature of Connection |
|---|---|---|
| TomTom Inc. | TomTom | Client of a RINC affiliate – there is currently one (1) ongoing mandate that is unrelated to the Debtors. |
| Toys R Us | Toys R Us | A RINC affiliate pitched a transaction in which Toys R Us was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| TPS | TPS | A RINC affiliate pitched a transaction in which TPS was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| TXU Energy | TXU Corp; TXU Delivery | 1. RINC pitched a transaction in which TXU was listed as a possible participant and/or interested party – the pitch was subsequently abandoned<br>2. A RINC affiliate pitched a transaction in which TXU was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| UBS Financial Services; UBS Loan Finance LLC | UBS | 1. RINC Client – there is currently one open mandate that is unrelated to the Debtors.<br>2. Client of a RINC affiliate – there is currently one (1) open mandate which is unrelated to the Debtors. |
| UPS Capital Corporation | UPS | Client pitch made by RINC – pitch was subsequently abandoned |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

**Entity with which Rothschild Inc. ("RINC")**

| Party in Interest* | has a Connection | Nature of Connection |
|---|---|---|
| Verizon Online; Verizon Wireless | Verizon | 1. Client pitch by RINC – the pitch is unrelated to the Debtors.<br>2. Client of a RINC affiliate – there is currently one (1) open mandate that is unrelated to the Debtors. |
| | Verizon Wireless | 1. RINC has pitched a transaction in which Verizon Wireless is listed as a potential participant and/or interested party – the pitch is unrelated to the Debtors.<br>2. RINC Vendor. |
| Viacom Outdoor | Viacom | 1. RINC pitched a transaction in which Viacom is listed as a possible participant and/or interested party – the pitch is unrelated to the Debtors.<br>2. RINC pitched a transaction in which Viacom was listed as a possible participant and/or interested party – the pitch was subsequently abandoned.<br>1. A RINC affiliate pitched a transaction in which Viacom was listed as a possible participant and/or interested party – the pitch was subsequently abandoned. |
| Wachovia Bank & Securities; Wachovia | Wachovia | Client of a RINC affiliate there is currently Wachovia one (1) ongoing mandate that is unrelated to the Debtors. |
| Wal-mart Stores East, LP | Wal-Mart | Client pitch made by RINC – pitch is unrelated to the Debtors. |

*RINC has limited its search to the Parties In Interest provided by the Debtors. Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1

# EXHIBIT 3

| Party in Interest* | Entity with which Rothschild Inc. ("RINC") has a Connection | Nature of Connection |
|---|---|---|
| | | |

*RINC has limited its search to the Parties In Interest provided by the Debtors.  Affiliates of Parties In Interest have not been searched unless specifically noted.

22849313v1