IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FILED NOV 17 2008
CLERK
U.S. BANKRUPTCY COURT

*In re:*                                    )
                                            )
CIRCUIT CITY STORES, INC.                   )
                                            )    Case No. 08-35653-KRH
            Debtors.                        )    Chapter 11
                                            )

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES

The office of **JOE G. TEDDER, CFC, Tax Collector for Polk County, Florida,** *pro se* **Creditor,** and a sovereign constitutional officer and duly elected government official, hereby files this Notice of Appearance and Request for Notice in the above-referenced cause of action.

Please forward copies of any and all pleadings and correspondence in this matter to the following:

> **Bonnie Holly, Paralegal**
> **Delinquency and Enforcement**
> **Office of Joe G. Tedder, CFC**
> **Tax Collector for Polk County, Florida**
> **P.O. Box 2016**
> **Bartow, Florida 33831-2016**
> **863.534.4746, Ext. 5718**
> **863.534.4741 - Facsimile**
> **bonnieholly@polktaxes.com**

Respectfully submitted,

*/s/ Bonnie Holly*

Bonnie Holly, Paralegal
Delinquency and Enforcement
Office of Joe G. Tedder, CFC
Tax Collector for Polk County, Florida
P.O. Box 2016
Bartow, Florida 33831-2016
Creditor *pro se*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of November, 2008, a true and correct copy of the foregoing was served by First Class Mail upon:

Daniel F. Blanks, Esq.
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
Counsel for Debtors and Debtors in Possession

W. Clarkson McDow, Jr.
United States Trustee
701 E. Broad St., Suite 4303
Richmond, VA 23219

_____
**Bonnie Holly, Paralegal**
**Delinquency and Enforcement**
**Office of JOE G. TEDDER, CFC**
**Tax Collector** *for* **Polk County, Florida**
**Creditor,** *pro se*

S:\Bankruptcy Correspondence\Circuit City 08-35653\Notice of Appearance.docx

2



# JOE G. TEDDER, CFC, TAX COLLECTOR
### Imperial Polk County & The State of Florida

November 12, 2008

Clerk of the Court
U. S. Bankruptcy Court
310 United States Courhouse Annex
1100 East Main Street
Richmond, VA 23219-3538

    RE:    Chapter 11 Case No. 08-35653
               Circuit City Stores, Inc.

Dear Sir or Madame:

    Enclosed please find an original and one copy of the following:

1. Entry of Appearance and Request for Service of all Notices; and
2. Polk County Tax Collector's Proof of Claim for Tangible Personal Property Taxes.

    Kindly file the original documents with the Court and return conformed copies to the undersigned in the self-addressed, stamped envelope provided herewith.

    Thank you for your professional courtesies. Should you have any questions or concerns regarding the enclosed, please feel free to contact the undersigned at (863) 534-4746 (ext. 5718).

                                          Sincerely,

                                          Bonnie Holly, Paralegal
                                          Delinquency and Enforcement

bah
Enclosures

S:\Bankruptcy Correspondence\Circuit City 08-35653\Clerk of Court 11.12.2008 ltr.docx