Mark Stromberg, Attorney-in-Charge
STROMBERG & ASSOCIATES, P. C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, Texas 75240
Telephone: (972) 458-5353
Facsimile:  (972) 770-2156
E-mail:   mark@stromberglawfirm.com

*Attorneys for CDB Falcon Sunland Plaza, L.P.*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| IN RE: | § | CHAPTER 11 |
|---|---|---|
|  | § |  |
| CIRCUIT CITY STORES, INC. | § | CASE NO: 08-35653-KRH |
|  | § |  |
| Debtors | § |  |

## NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002 AND ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

**COMES NOW, Mark Stromberg of STROMBERG & ASSOCIATES, P. C.**, counsel for **CDB FALCON SUNLAND PLAZA, L.P.**, appearing in the above-styled cause, and requesting that copies of all notices, formal and informal, and pleadings pursuant to Rules 9010(b), 2002(a) and (b), and 3017(a) of the Bankruptcy Rules be served at the above address.

Respectfully submitted,

STROMBERG & ASSOCIATES, P. C.

By  /s/ Mark Stromberg *by permission*
Mark Stromberg
State Bar No. 19408830

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served by first class U. S. certified mail upon: the United States Trustee and Debtor's counsel on or before this 12th day of November, 2008.

MARK STROMBERG *by permission*

## STROMBERG & ASSOCIATES, P. C.
ATTORNEYS AND COUNSELORS AT LAW
TWO LINCOLN CENTRE
5420 LBJ FREEWAY, SUITE 300
DALLAS, TEXAS 75240
TELEPHONE: (972) 458-5353
FACSIMILE. (972) 770-2156

MARK STROMBERG

WRITER'S DIRECT DIAL (972) 458-5353
EMAIL: MARK@STROMBERGLAWFIRM.COM

November 12, 2008

Clerk's Office                                                         *Via Regular U.S. Mail*
US Bankruptcy Court
701 E Broad St, Ste 4000
Richmond, VA 23219-1888

Re:   *In re: Circuit City Stores, Inc.,* **US Bankruptcy Court, Eastern District of Virginia (Richmond) Case No. 08-35653-KRH**

Dear Clerk:

Enclosed for filing in the above-referenced matter, please find an original and two copies of *Creditor CDB Falcon Sunland Plaza, L.P.'s Notice of Appearance with Request for all Copies of all Pleadings.* Please file the original with the Court and return the file-marked copies in the self-addressed stamped envelope provided.

By copy of this letter, we are forwarding a copy of same to all parties noted below.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Sarah Schild
Legal Secretary for Stromberg & Associates

/ss
Enclosures
cc:   Daniel F. Blanks                                              *Via Regular Mail*
      Douglas M. Foley
      McGuire Woods LLP
      9000 World Trade Center
      101 W Main St
      Norfolk, VA 23510

Dion W. Hayes  *Via Regular Mail*
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 E. Cary St
Richmond, VA 23219

US Trustee  *Via Regular Mail*
W. Clarkson McDow, Jr.
Office of the US Trustee
701 E. Broad St, Ste 4304
Richmond, VA 23219