ERNIE ZACHARY PARK, State Bar #82616
BEWLEY, LASSLEBEN & MILLER, LLP
13215 E. Penn Street, Suite 510
Whittier, CA  90602-1797
(562) 698-9771  (714) 994-5131
(562) 696-6357 Fax
ernie.park@bewleylaw.com

Attorneys for Creditor,
THE IRVINE COMPANY, LLC, a Delaware
limited liability company

```
RICHMOND DIVISION
    FILED
  NOV 1 7 2008
    CLERK
U.S. BANKRUPTCY COURT
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In Re:                                     )  CASE NO. 08-35654
                                           )
                                           )  Chapter 11
CIRCUIT CITY STORES WEST COAST,            )
INC.,                                      )
                                           )  REQUEST FOR SPECIAL NOTICE
                                           )
                                           )  [No Hearing Required]
              Debtor.                      )
                                           )
_____

REQUEST IS HEREBY MADE THAT notice be given of all proceedings in this matter to the undersigned on behalf of THE IRVINE COMPANY, LLC, a Delaware limited liability company, creditor herein.

BEWLEY, LASSLEBEN & MILLER, LLP

By _____
ERNIE ZACHARY PARK
Attorneys for Creditor
THE IRVINE COMPANY, LLC, a
Delaware limited liability company

1
REQUEST FOR SPECIAL NOTICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 13215 E. Penn Street, Suite 510, Whittier, CA 90602.

On November /2, 2008, I served the foregoing document described as REQUEST FOR SPECIAL NOTICE on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

<u>Attorney for Debtor</u>:
Dion W. Hayes
Sarah Beckett Boehn
MCGUIRE WOODS, LLP
One James Center
901 E. Cary St.
Richmond, VA 23219

Douglas M. Foley
MCGUIRE WOODS LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

<u>Bankruptcy Trustee</u>:
W. Clarkson McDow, Jr.
OFFICE OF U.S. TRUSTEE
701 E. Broad St., Suite 4304
Richmond, VA 23219

By Mail as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Whittier, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on November /2, 2008, at Whittier, California.

[ ] STATE    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] FEDERAL    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

K. Ibarra