UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
EASTERN DIVISION

In re:                                                                                                   Chapter 11

CIRCUIT CITY STORES, INC., et al.,                          Case No.: 08-35653-KRH
                                                                                              (Jointly Administered)
                    Debtors.
_____/

## NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Amore Construction Company, a creditor and a party in interest, files this its Notice of Appearance and Demand for Service of Papers, pursuant to 11 U.S.C. §§ 342, and 1109, Fed. R. Bankr. P. 2002, 2018, 3017, 7005, 7024, 9007, 9010 and 9013, as applicable, and respectfully requests that all notices given or required to be served in this proceeding be served upon the undersigned attorneys at the address below:

> John J. Lamoureux, Esquire
> CARLTON FIELDS, P. A.
> 4221 West Boy Scout Boulevard
> 10th Floor
> Tampa, Florida  33607-5736
> Post Office Box 3239
> Tampa, Florida  33601-3239
> Telephone:  (813) 223-7000
> Fax:            (813) 229-4133
> E-mail: jlamoureux@carltonfields.com

PLEASE TAKE FURTHER NOTICE that the request for service of notice includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the above-styled bankruptcy case, whether transmitted or conveyed by mail, telephone or otherwise.

Respectfully submitted this 18th day of November, 2008.

   /s/ John J. Lamoureux
John J. Lamoureux
Florida Bar Number 835218
CARLTON FIELDS, P.A.
4221 West Boy Scout Boulevard
10th Floor
Tampa, Florida  33607-5736
Post Office Box 3239
Tampa, Florida  33601-3239
Telephone:  (813) 223-7000
Facsimile:   (813) 229-4133
jlamoureux@carltonfields.com

Attorneys for  Amore Construction Company

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2008, I electronically filed the foregoing Notice of Appearance and Demand for Service of Papers by using the CM/ECF system which will send a notice of electronic filing.

   /s/ John J. Lamoureux
Attorney

14199951.1     - 2 -