# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et als.* ) | Case No. 08-35653-KRH |
| ) | |
| Debtors ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL NOTICES AND PLEADINGS

In accordance with Rule 9010(b) of the Federal Rules of Bankruptcy, please enter the appearance of Jennifer V. Doran, Paul F. O'Donnell, III and the law firm of Hinckley, Allen & Snyder LLP, as counsel for DeMatteo Management, Inc., landlord to the Debtor. The undersigned requests that notices of all matters be served as follows:

> Jennifer V. Doran, Esq.
> Hinckley, Allen & Snyder LLP
> 28 State Street
> Boston, MA 02109
> Telephone: (617) 345-9000
> Facsimile: (617) 345-9020
> Email: jdoran@haslaw.com

Request is hereby made for copies of all notices, papers and orders required to be given or served in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure and, in addition, copies of all pleadings, notices or applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, facsimile, telephone, telegram, telex or otherwise, which affect the

Debtor or the property of the Debtor filed by any party in the above-captioned case.

        DEMATTEO MANAGEMENT, INC.

        By its attorneys,

        /s/ *Jennifer V. Doran*
        Jennifer V. Doran
        (MA BBO #652518)
        Paul F. O'Donnell
        (MA BBO #552456)
        Hinckley, Allen & Snyder LLP
        28 State Street
        Boston, MA 02109-1775
        (617) 345-9000 (Phone)
        (617) 345-9020 (Fax)

Dated: November 18, 2008

#766599

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et als.* ) | Case No. 08-35653-KRH |
| ) | |
| Debtors. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

    I, Jennifer V. Doran, hereby certify that on this 18th day of November, 2008, I caused to be served a copy of the Notice of Appearance and Request for Service of All Notices and Pleadings, filed herewith, to the parties listed on the Court's Electronic Service List.

    /s/ *Jennifer V. Doran*
    Jennifer V. Doran
    (BBO #652518)
    Hinckley, Allen & Snyder LLP
    28 State Street
    Boston, MA 02109-1775
    (617) 345-9000 (Phone)
    (617) 345-9020 (Fax)