UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et. al. | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

MOTION FOR ADMISSION
PRO HAC VICE OF STEVEN J. ADAMS

Augustus C. Epps, Jr. ("Movant"), hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing Steven J. Adams ("Mr. Adams") an attorney with the law firm of Stevens & Lee, P.C., to appear pro hac vice in the above-referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia (collectively, the "Bankruptcy Case") to represent Lexmark International, Inc. In support of this Motion, the Movant states as follows:

1. Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Mr. Adams is a member of good standing of the State Bar of Pennsylvania and is an attorney admitted to practice before the United States Court of Appeals for the Third Circuit,

---

Augustus C. Epps, Jr. (VSB No. 13254)
Michael D. Mueller (VSB No. 38216)
Jennifer M. McLemore (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel: 804-697-4104
Fax: 804-697-6104

Local Counsel to Lexmark International, Inc.

the United States District Courts for the Eastern and Middle Districts of Pennsylvania, and the United States Bankruptcy Courts for the Eastern and Middle Districts of Pennsylvania. There are no disciplinary proceedings pending against Mr. Adams in any jurisdiction in which he is admitted to practice.

3. Movant requests that this Court authorize Mr. Adams to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of Lexmark International, Inc.

4. Movant and his law firm shall serve as co-counsel with Mr. Adams in the Bankruptcy Case (and related proceedings).

5. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Steven J. Adams to appear pro hac vice in the Bankruptcy Case in substantially the same form as Exhibit A attached hereto and grant such other and further relief as is just.

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

Augustus C. Epps, Jr. (VSB No. 13254)
Michael D. Mueller (VSB No. 38216)
Jennifer M. McLemore (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  804-697-4104
Facsimile:  804-697-6104

Local Counsel to Lexmark International, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November, 2008, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Steven J. Adams was served on all persons receiving electronic notice in these cases and to the following:

> Robert B. Van Arsdale
> Office of the United States Trustee
> 701 East Broad Street, Suite 4304
> Richmond, Virginia 23219
> *Assistant United States Trustee*
>
> Dion W. Hayes
> McGuireWoods LLP
> One James Center
> 901 East Cary Street
> Richmond, Virginia 23219
> *Counsel for the Debtors*
>
> Greg M. Galardi
> Ian S. Fredericks
> Skadden, Arps, Slate, Meagher & Flom
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899-0636
> *Counsel for the Debtors*

> /s/ Augustus C. Epps, Jr.
> Augustus C. Epps, Jr.

909288.1