**Hearing Date: December 5, 2008 at 10:00 a.m.**
**Objection Deadline: December 3, 2008 at 4:00 p.m.**

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

*Proposed Counsel to the Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPLICATIONS AND NOTICE OF HEARING ON**
**DEBTORS' APPLICATIONS TO EMPLOY**
<u>**CERTAIN PROFESSIONALS AS OF THE PETITION DATE**</u>

**PLEASE TAKE NOTICE** that on November 18, 2008, the above-caption debtors and debtors-in-possession (the "Debtors") filed the following:

Application to Employ McGuireWoods LLP as Counsel for the Debtors Pursuant to 11 U.S.C. Sections 327(a) and 329 (Docket No. 191);

Application to Employ Kirkland & Ellis LLP as Special Counsel for the Debtors (Docket No. 192);

Application to Employ Ernst & Young LLP as Accounting and Tax Consultants to the Debtors (Docket No. 193);

Application to Employ Rothschild Inc. as Investment Banker and Financial Advisor to the Debtors (Docket No. 194); and

Application to Employ FTI Consulting, Inc. as Financial Advisors to the Debtors (Docket No. 195).

(collectively, the "Applications").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 9013-1, unless a written response to the Applications is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (entered on November 13, 2008 at Docket No. 130) (the "Case Management Order") no later than two (2) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the Applications as conceded, and issue an order granting the requested relief without further notice or hearing.  If you do not want the Court to approve the Applications, or if you want the Court to consider your views on the Applications, then you or you attorney must:

[X]  File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before December 3, 2008 at 4:00 p.m.**

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

[X]   Pursuant to the Case Management Order, you must also
      serve a copy of any written response and request for
      hearing by the foregoing date via electronic mail on
      the following:(i) the Core Group, which includes the
      Debtors, co-counsel to the Debtors, the Office of
      the United States Trustee, co-counsel for any
      committee, counsel to the agents for the Debtors'
      prepetition lenders, and counsel to the agents for
      the Debtors' postpetition lenders; (ii) the 2002
      List; and (iii) those additional parties as required
      by the Case Management Order (all of which are
      defined in the Case Management Order), which can be
      found at www.kccllc.net/circuitcity.


[X]   Attend a hearing before the Honorable Kevin
      Huennekens, United States Bankruptcy Judge, **at 10:00
      a.m. (Eastern Standard Time) on December 5, 2008** at
      the United States Bankruptcy Court, Room 5000, 701
      East Broad Street, Richmond, Virginia 23219.  **If you
      or your attorney do not attend the hearing, the
      Court may grant the relief requested in the
      Applications**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Applications and may enter an order granting the relief requested.

Dated: November 18, 2008     SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia    FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                     - and –

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             333 West Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                     - and –

                             MCGUIREWOODS LLP


                             /s/ Douglas M. Foley          .
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Proposed Counsel for Debtors and
                             Debtors in Possession


\6717246.1