IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

<u>Richmond Division</u>

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et. al. | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

P. Matthew Roberts, (the "Movant"), a member in good standing with the Virginia State Bar and admitted to practice before the Bankruptcy Courts for the Eastern District of Virginia, and hereby moves this Court, pursuant to Local Bankruptcy Rule 2090-1(E)(2), to enter an order authorizing Mark Stromberg ("Mr. Stromberg"), an attorney with the law firm of Stromberg & Associates, P.C., to appear *pro hac vice* before this Court in the above-referenced bankruptcy cases to represent CDB Falcon Sunland Plaza, L.P.  In support of this Motion, the Movant states as follows:

1. Movant is a member in good standing of the bar of this Court and in the Commonwealth of Virginia, and is a member of the law firm of BERKELEY & DeGAETANI, with a mailing address of 1301 N. Hamilton Street, Suite 200, Richmond, Virginia 23230; Phone: (804) 644-0345.

2. Mr. Stromberg resides at 7127 South Janmar, Dallas, Texas 75230; Phone: (214) 394-4965, and is not a resident of the Commonwealth of Virginia.

3. Mr. Stromberg is an attorney and a member of the law firm of Stromberg & Associates, P.C., with offices at Two Lincoln Center, 5420 LBJ Freeway, Suite 300, Dallas, Texas 75240; Phone: (972) 458-5353.

4. Mr. Stromberg is engaged in private practice in bankruptcy litigation.

5. Mr. Stromberg is an active member in good standing and currently eligible to practice law in the following jurisdiction(s):

Texas, 1987
U.S. Bankruptcy Court, Northern District of Texas
U.S. Bankruptcy Court, Southern District of Texas
U.S. Bankruptcy Court, Eastern District of Texas
U.S. Bankruptcy Court, Western District of Texas

6. There are no disciplinary proceedings pending against Mr. Stromberg in any of the cited jurisdictions, nor have there been.

7. Movant requests that Mr. Stromberg be permitted to file pleadings in this Court, and to appear and be heard at hearings in this Court regarding same, and to otherwise participate in the above-captioned matter and all related proceedings on behalf of CDB Falcon Sunland Plaza, L.P.

8. Movant shall serve as local counsel of record, associated with Mr. Stromberg in this matter.

9. Notice of this Motion has been given to the Office of the United States Trustee, to counsel for the Debtors, and persons currently receiving an electronic notice in the Bankruptcy Case.

\\
\\

WHEREFORE, P. Matthew Roberts respectfully moves Mark Stromberg's admission *pro hac vice* to appear in this Court and for this case and all related proceedings, and hereby consents to be associated as local counsel of record in this cause.

DATE: 11/19/2008                    /s/ P. Matthew Roberts_____
                                    P. Matthew Roberts, VSB70259
                                    BERKELEY & DEGAETANI
                                    1301 N. Hamilton Street, Suite 200
                                    Richmond, Virginia 23230
                                    Phone: (804) 644-0345
                                    Fax: (804) 648-1909
                                    Email: mroberts@bdlaw.org
                                    *Local counsel to CDB Falcon Sunland Plaza, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this 19th day of November, 2008, mailed a true copy of the foregoing Motion For Admission to Appear *Pro Hac Vice* to the parties on the following:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for the Debtors*

                        By:    /s/ P. Matthew Roberts_____
                               P. Matthew Roberts