### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA

<u>Richmond Division</u>

| | | |
|---|---|---|
| **In re:** | ) | **CHAPTER 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et. al.** | ) | **Case No. 08-35653-KRH** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

### ORDER GRANTING MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

This matter came before the Court on the Motion of the Movant, P. Matthew Roberts, for the admission *pro hac vice* of Mark Stromberg in the above-captioned matter on behalf of CDB Falcon Sunland Plaza, L.P. Upon consideration of this Motion, and the record in the case, and finding that cause exists for granting the request contained within said Motion, it is hereby ORDERED that Movant's motion is GRANTED. Mark Stromberg may appear *pro hac vice* as counsel for CDB Falcon Sunland Plaza, L.P., with Movant as local counsel.

DATE: _____          _____
                                                          Kevin R. Huennekens
                                                          United States Bankruptcy Judge

                                                          Entered on Docket: _____

I ask for this:

/s/ P. Matthew Roberts
P. Matthew Roberts, VSB70259
BERKELEY & DeGAETANI
1301 N. Hamilton Street, Suite 200
Richmond, Virginia 23230
Telephone: (804) 644-0345
Facsimile: (804) 648-1909
Email: mroberts@bdlaw.org
*Local counsel for CDB Falcon Sunland Plaza, L. P.*

## Local Rule 9022-1(C) Certification

The foregoing Order was served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ P. Matthew Roberts
P. Matthew Roberts