Michael A. Condyles (VSB 27807)
Loc Pfeiffer  (VA 39632)
Peter J. Barrett (VSB 46179)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone:  (804) 644-1700
 *Counsel to Sony Electronics Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,[1]

Debtors.

Case No. 08-35653-KRH
Chapter 11
Jointly Administered

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of Sony Electronics Inc., and pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

---

[1] The Debtors in these proceedings are:  Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Stores PR, LLC, Circuit City Properties, LLC, Orbyx Electronics, LLC, Kinzer Technology, LLC, Courchevel, LLC, Abbott Advertising Agency, Inc., Mayland MN, LLC, Patapsco Designs, Inc., Sky Venture Corp., XSStuff, LLC and Prahs, Inc.

4850-2670-5411.1

>Michael A. Condyles, Esquire
>Loc Pfeiffer, Esquire
>Peter J. Barrett, Esquire
>KUTAK ROCK LLP
>1111 East Main Street, Suite 800
>Richmond, Virginia 23219-3500
>Telephone:  (804) 644-1700
>Facsimile:  (804) 783-6192
>Email: michael.condyles@kutakrock.com
>Email: loc.pfeiffer@kutakrock.com
>Email: peter.barrett@kutakrock.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

DATED:  November 19, 2008        /s/  Peter J. Barrett
                                 Michael A. Condyles (VA 27807)
                                 Loc Pfeiffer  (VA 39632)
                                 Peter J. Barrett (VA 46179)
                                 KUTAK ROCK LLP
                                 Bank of America Center
                                 1111 East Main Street, Suite 800
                                 Richmond, Virginia  23219-3500
                                 Telephone:    (804) 644-1700
                                 Facsimile:    (804) 783-6192
                                 *Counsel to Sony Electronics Inc.*

4850-2670-5411.1                        2