# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
| | ) |
| **CIRCUIT CITY STORES, INC., et al.,** | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR NOTICES AND PAPERS

Please enter the appearances of Jeremy W. Ryan Esquire, and Edith K. Altice, Esquire of Saul Ewing LLP, as counsel for FR E2 Property Holding, L.P., ("FR E2"), a creditor in the above referenced proceeding. Pursuant to Federal Rules of Bankruptcy Procedure 2002(g) and 9010(b), and applicable Local Rules, the undersigned request that the names and addresses be entered on the general matrix and limited matrix for the above case, and that all notices, pleadings, orders and all papers served or required to be served in this case be sent to the following addresses:

| | |
|---|---|
| Jeremy W. Ryan, Esq. | Edith K. Altice, Esq. |
| Saul Ewing LLP | Saul Ewing LLP |
| 222 Delaware Avenue | Lockwood Place |
| P.O. Box 1266 | 500 East Pratt Street, Suite 900 |
| Wilmington, DE 19801 | Baltimore, MD 21202-3171 |
| (302) 421-6805 Telephone | (410) 332-8600 Telephone |
| (302) 421-5861 Facsimile | (410) 332-8862 Facsimile |
| jryan@saul.com | ealtice@saul.com |

-1-

998606.1 11/19/08

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

This Notice of Appearance and Request for Notice, and any subsequent appearance, pleading, claim, or suit, shall not be deemed or construed to be a waiver of FR E2's right (1) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which FR E2 is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments FR E2 expressly reserves.

Dated: November 19, 2008

Respectfully Submitted,

*/s/* Jeremy W. Ryan
Jeremy W. Ryan (Bar No. 4057)
Edith K. Altice (Bar No. 26757)
Saul Ewing LLP
Lockwood Place
500 East Pratt Street, Suite 900
Baltimore, MD 21202-3171
Telephone:    (410) 332-8600
Facsimile:    (410) 332-8862
jryan@saul.com
ealtice@saul.com

*Counsel to FR E2 Property Holding, L.P.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November 2008, a copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers was served via electronic service upon the parties registered with the Court's CM/ECF Noticing System and sent by first class mail, postage prepaid to:

Office of the United States Trustee
Attn: Robert B. VanArsdale
701 E. Broad Street, Suite 4304
Richmond, VA 23219-1888

Circuit City Stores, Inc.
Attn: Reginald D. Hedgebeth
9950 Mayland Drive
Richmond, VA 23233

Circuit City Stores, Inc.
Attn: Daniel W. Ramsey
9950 Mayland Drive
Richmond, VA 23233

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
33 W. Wacker Drive
Chicago, ILL 60606

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
One James Center
901 E. Carey St.
Richmond, VA 23219

/s/ Jeremy W. Ryan
Jeremy W. Ryan

-3-

998606.1 11/19/08