# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____ Division

**In re**

|  |  |
|---|---|
| Debtor(s) | Case No. |
| Plaintiff(s) | Chapter |

v.

|  |  |
|---|---|
| Defendant(s) | Adversary No. |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to FRBP 1007(a)(1), or FRBP 7007.1(a) the undersigned counsel for the following corporate entity:
_____
_____
in the above captioned case or adversary proceeding certifies that the following corporation(s), other than a governmental unit, directly or indirectly owns 10% or more of any class of the corporation's equity interest, or states that there are no entities to report under FRBP 1007(a)(1), or FRBP 7007.1(a):

No entities to report under FRBP 1007(a)(1), or FRBP 7007.1(a) *[Check if applicable]*

_____          _____
Date                                       Signature of Debtor's Counsel or
                                           Party in Adversary Proceeding

[cpownstm ver. 3/2004]