HERRICK, FEINSTEIN LLP
Paul Rubin
Two Park Avenue
New York, NY  10016
(212) 592-1400
Attorneys for Canon U.S.A., Inc.

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No.:   08-35653 (KRH) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Canon U.S.A., Inc. ("Canon") appears herein through its undersigned attorneys pursuant to Section 1109 of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 and requests that all notices (including those required by Rule 2002) in these jointly administered cases or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the addresses set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned cases or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

HF 4451719v.1 #05542/0001

Herrick, Feinstein LLP
Attn.: Paul Rubin
Two Park Avenue
New York, New York 10016
Tel.: 212-592-1400
Fax:  212-592-1500
E-mail: prubin@herrick.com

and

Canon U.S.A., Inc.
Attn.: Ruth Weinstein
1 Canon Plaza
Lake Success, NY 11042
Tel.: 516-328-5121
Fax: 516-328-5129
E-mail: rweinstein@cusa.canon.com

**PLEASE TAKE FURTHER NOTICE** that Canon does not intend this Notice of

Appearance and Request for Notices and Service of Papers, nor any subsequent appearance,

pleading, claim or suit, to waive any rights to which Canon may be entitled including, but not

limited to:  (i) Canon's rights to have final orders in noncore matters entered only after de novo

review by a District Judge; (ii) Canon's rights to trial by jury in any proceeding related to these

cases; (iii) Canon's rights to move to withdraw the reference, or object thereto, in any matter

subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses,

setoffs or recoupments to which Canon may be entitled under agreements, in law or in equity, all

of which rights, claims, actions, defenses, setoffs and recoupments Canon expressly reserves.

Dated: New York, New York
       November *17*, 2008

                            HERRICK, FEINSTEIN LLP

                            By:  *Paul Rubin*
                                 Paul Rubin
                                 Two Park Avenue
                                 New York, NY  10016
                                 (212) 592-1400
                                 Attorneys for Canon U.S.A., Inc.

HERRICK, FEINSTEIN LLP
Paul Rubin
Two Park Avenue
New York, NY 10016
(212) 592-1400
Attorneys for Canon U.S.A., Inc.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VIRGINIA
## RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., *et al.*, | : | Case No.: 08-35653 (KRH) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

The undersigned, an attorney at the law firm of Herrick, Feinstein LLP and duly admitted as an attorney to the United States District Court for the Southern District of New York hereby certifies that copies of the foregoing Notice of Appearance and Request for Notices and Service of Papers, were served via first class mail, postage pre-paid upon those parties on the annexed list on November 17, 2008.

Dated: New York, New York
      November 17, 2008

_____
Seth F. Kornbluth

HF 4451719v.1 #05542/0001

## SERVICE LIST

W. Clarkson McDow, Jr.
Office of the United States Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

Mark K. Ames
Taxing Authority Consulting Services PC
2812 Emerywood Parkway, Suite 220
Richmond, VA 23294

Daniel F. Blanks
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

Mark E. Browning
Office of the Attorney General
300 West 15th Street, 8th floor
Austin, TX 78701

Charles W. Chotvacs
Ballard, Spahr, Andrews & Ingersoll, LLP
601 13th St. N.W. Suite 1000 South
Washington, DC 20005

Andrew S. Conway
The Taubman Company
200 East Long Lake Road
Suite 300
Bloomfield Hills, MI 48304

Heather D. Dawson
Kitchens Kelley Gaynes, PC
Eleven Piedmont Center
Suite 900
3495 Piedmont Rd, NE
Atlanta, GA 30305

Bradford F. Englander
Linowes and Blocher LLP
7200 Wisconsin Avenue
Suite 800
Bethesda, MD 20814

David J. Ervin
Kelley, Drye & Warren, LLP
Washington Harbour, Suite 400
3050 K Street N.W.
Washington, DC 20007-5108

Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Jeremy S. Friedberg
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, MD 21117

Laura Lawton Gee
Baker & Hostetler, LLP
1000 Louisiana Street
Suite 2000
Houston, TX 77002

Dion W. Hayes
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178-0600

Richard E. Lear
Holland & Knight LLP
2099 Pennsylvania Ave.,NW #100
Washington, DC 20006

Christine D. Lynch
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

John G. McJunkin
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Min Park
Connolly Bove Lodge & Hutz LLP
1875 Eye street, Suite #1100
Washington, DC 20006

David M. Poitras
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Eric Christopher Rusnak
K&L Gates LLP
1601 K Street N.W.
Washington, DC 20006

Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Jeffrey L. Tarkenton
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, N.W., Seventh Floor
Washington, DC 20005

Roy M. Terry, Jr.
DurretteBradshaw, PLC
600 E. Main St., 20th Fl.
Richmond, VA 23219

Dylan G. Trache
Wiley Rein LLP
7925 Jones Branch Drive
Suite 6200
McLean, VA 22102

Ronald M. Tucker
Simon Property Group
225 W. Washington Street
Indianapolis, IN 46204

Mitchell B. Weitzman
Bean, Kinney & Korman, P.C.
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

Dion W. Hayes
Douglas M. Foley
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219