

One Tower Square, 5MN
Hartford, CT 06183

*Mike Lynch*
*Case Manager*
*Account Resolution*
*Commercial Lines, 5MN*

*(860) 277-7971 (Direct)*
*(860) 277-2158 (Fax)*

November 13, 2008

Clerk of Court
US Bankruptcy Court
Eastern District of Virginia
Clerk's Office
701 East Broad Street
Richmond, VA 23219



*RE:* Circuit City Stores, Inc, Case # 08-35653

To Whom It May Concern:

Please accept and file the enclosed Notice of Appearance and Request for Notices, Plan and Disclosure Statements relating to the above referenced bankruptcy filing. Notices, Plans and Disclosure Statements *should be forwarded to:*

>   Travelers
>   One Tower Square, 5MN
>   Hartford, CT 06183
>   ATTN: Mike Lynch
>   Account Resolution

Thank you for your anticipated cooperation.

Sincerely,

Mike Lynch
Case Manager

CC:  Daniel F. Banks
        Mary DuffyBoardman - Travelers



One Tower Square, 5MN
Hartford, CT 06183

ACCOUNT RESOLUTION
MIKE LYNCH
(860) 277-7971 (DIRECT)
(860) 277-2158 (FAX)

November 13, 2008

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

**IN RE:** CIRCUIT CITY STORES, INC, CASE # 08-35653

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TRAVELERS AND ITS AFFILIATES ("TRAVELERS"), A CREDITOR AND PARTY IN INTEREST, ENTERS ITS APPEARANCE IN THIS CASE. TRAVELERS REQUESTS THAT THE BELOW UNDERSIGNED RECEIVE ALL COPIES OF ALL MATTERS FILED OR NOTICED BY ANY PARTY HEREIN, INCLUDING BUT NOT LIMITED TO ALL PLANS AND DISCLOSURE STATEMENTS. COPIES SHOULD BE SENT TO:

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE - 5MN
HARTFORD, CT  06183-4044

ATTENTION: MIKE LYNCH
ACCOUNT RESOLUTION
(860) 277-7971 (DIRECT)
(860) 277-2158 (FAX)

RESPECTFULLY SUBMITTED November 13, 2008

MIKE LYNCH
CASE MANAGER
TRAVELERS

CC:  DANIEL F. BANKS
     MARY DUFFYBOARDMAN - TRAVELERS