UNITED STATES BANKRUPTCY COURT
**District of Eastern Virginia**

RICHMOND DIVISION
FILED NOV 1 8 2008
CLERK
U.S. BANKRUPTCY COURT

IN RE:

CIRCUIT CITY STORES, INC.

Debtor.

Case No. **08-35653-KRH**

Chapter 11

## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for Sony Electronics Inc., and, pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given in this case, be given to and served upon the undersigned at the address set forth herein:

> Lloyd B. Sarakin – Vice President and Associate General Counsel
> Sony Electronics Inc.
> 1 Sony Drive, MD #1E-4
> Park Ridge, NJ 07656
> (201) 930-7483
> lloyd.sarakin@am.sony.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and however conveyed or transmitted, made by the Debtor or any third party in this bankruptcy case.

Dated:   Park Ridge, New Jersey
         November 14, 2008

                                                _____
                                                Lloyd B. Sarakin
                                                Sony Electronics Inc.
                                                1 Sony Drive
                                                Park Ridge, NJ 07656
                                                (201) 930-7483

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2008 a copy of the foregoing Notice of Appearance and Demand for Service of Papers was served by first class U.S. Mail postage pre-paid or air mail postage pre-paid, on each of the following persons at their respective addresses as set forth below:

                                                                */s/ Josephine Christiana*
                                                                Josephine Christiana

**Clerk's Office:**
William C. Redden, Clerk
U.S. Courthouse, Annex
1100 E. Main Street
Suite 310
Richmond, VA 23219

**U.S. Trustee:**
W. Clarkson McDow
1201 Main Street, #2440
Columbia, SC 29201

**Assistant U.S. Trustee:**
Robert B. Van Arsdale
600 East Main Street
Suite 301
Richmond, VA 23219

**Counsel for Debtor:**
**Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

**Sarah Beckett Boehm**
McGuire Woods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

**Douglas M. Foley**
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

**Dion W. Hayes**
McGuireWoods LLP
One James Center,
901 E. Cary St.
Richmond, VA 23219

**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

**Debtor:**
*Circuit City Stores, Inc.*
9950 Mayland Drive
Richmond, VA 23233