David G. Reynolds, Esq. (NM Bar #2187)
GLASS & REYNOLDS
PO Box 1700
Corrales, NM 87048
Tel: (505) 899-5019
Fax: (505) 792-9095
(Counsel for Homero Mata)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that Glass & Reynolds (David G. Reynolds, Esq.) hereby enters its appearance on behalf of judgment creditor Homero Mata in the above-captioned Chapter 11 Bankruptcy cases, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and requests that all pleadings, notices and other documents in the Debtors' cases be served on the persons at the address set forth below:

David G. Reynolds, Esq.
GLASS & REYNOLDS
PO Box 1700
Corrales, NM 87048
Tel: (505) 899-5019
Fax: (505) 792-9095
E-Mail: dave@glassandreynolds.com

Mr. Mata also requests service to his attorneys of record of all papers referred to in Federal Rules of Bankruptcy Procedure 2002, 4004, 4007, 9007, including, without

limitation, notices, orders, motions, demands, complaints, petitions, schedules, statements of affairs, operating reports, pleadings and requests, as well as all applications and any other document brought before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, delivery, telephone, facsimile, or other electronic means. Mr. Mata also requests that he be added to the matrix of creditors in the above-captioned case.

Respectfully submitted,

GLASS & REYNOLDS

By: *s/ David G. Reynolds*
David G. Reynolds, Esq.
PO Box 1700
Corrales, NM  87048
Tel:  (505) 899-5019
Fax: (505) 792-9095

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2008, a true and accurate copy of the foregoing Notice of Appearance and Request for Service was served via First Class U.S. Mail (postage prepaid), via e-mail or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties:

Robert B. Van Arsdale, Esq.*
Office of the United States Trustee
600 East Main Street, Suite 301
Richmond, Virginia 23219
[USTPRegion04.NO.ECF@usdoj.gov.]

Daniel F. Blanks, Esq.
McGuire Woods, LLP
900 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
757-640-3774

                                                    s/ David G. Reynolds
                                                    David G. Reynolds

[*Indicates service by ECF or e-mail. All others served by First Class U.S. Mail, postage prepaid]