**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA (RICHMOND)**

RICHMOND DIVISION

F
I
L
E
D

NOV 1 9 2008

F
I
L
E
D

CLERK
U.S. BANKRUPTCY COURT

In re

Circuit City Stores, Inc.

        Debtor

Chapter 11 Case
No. 08-35653-KRH

### NOTICE OF APPEARANCE
### AND REQUEST FOR NOTICE

SIRS:

PLEASE TAKE NOTICE that Monarch Alternative Capital LP hereby appears in the above captioned Chapter 11 proceedings. The undersigned requests that copies of all papers, including, but not limited to all notices, pleadings, motions, applications, lists, schedules, statements and all other matters arising herein be duly served on the undersigned at the address set forth below.

Dated: November 17, 2008

                                      Andrew Herenstein
                    Monarch Alternative Capital LP
                            535 Madison Avenue
                            New York, NY 10022
                      Telephone: 212 554-1742
                              Fax: 866 741-2505
                  Email: Andrew.Herenstein @monarchlp.com

cc:

    *Daniel F. Blanks*
    *McGuire Woods LLP*
    *9000 World Trade Center*
    *101 W. Main Street*
    *Norfolk, VA 23510*

    *Dion W. Hayes*
    *McGuire Woods LLP*
    *One James Center*
    *901 E. Cary Street*
    *Richmond, VA 23219*

    *Douglas M. Foley*
    *McGuire Woods LLP*
    *9000 World Trade Center*
    *101 W. Main Street*
    *Norfolk, VA 23510*

Joseph S. Sheerin
McGuire Woods LLP
*One James Center*
901 E. Cary Street
Richmond, VA  23219

Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219