## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rules 9007 and 9010(b) of the Federal

Rules of Bankruptcy Procedure, the undersigned appear as attorneys for and on behalf of

**Ray Mucci's Inc.,** and request that they be placed on the service list, and, pursuant to

Rule 2002 of the Federal Rules of Bankruptcy Procedure, demand that all orders,

pleadings, notices, motions, and all other documents and papers filed in connection with

this case be served upon the undersigned at the office address set forth below.

Dated:  November 19, 2008

/s/ Christine D. Lynch
Christine D. Lynch, Esq.
Peter D. Bilowz, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

### <u>CERTIFICATE OF SERVICE</u>

I, Christine D. Lynch, hereby certify that on this 19th day of November, 2008, I caused to be served a copy of the ***Notice of Appearance and Demand for Service of Papers*** on the parties set forth on the attached Service List via ECF or first-class mail, as indicated.

/s/ Christine D. Lynch
Christine D. Lynch, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

Service List

| | |
|---|---|
| Dion W. Hayes, Esq.<br>McGuireWoods LLP<br>One James Center, 901 E. Cary St.<br>Richmond, VA 23219<br>**Counsel to the Debtors**<br>(via ECF) | Office of the U. S. Trustee<br>600 E. Main St., Suite 301<br>Richmond, VA 23219<br>(via ECF) |
| Jeffrey Scharf,<br>Mark K. Ames<br>Taxing Authority Consulting Services, P.C.<br>P.O. Box 771476<br>Richmond, Virginia 23255<br>(via ECF) | Mark Browning<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548<br>(via ECF) |
| Jesse Silverman, Esq.<br>David L. Pollack, Esq.<br>Jeffrey Meyers, Esq.<br>BALLARD SPAHR ANDREWS &<br>INGERSOLL, LLP<br>51st Fl - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, Pennsylvania 19103<br>(via ECF) | Andrew S. Conway<br>200 East Long Lake Road<br>Bloomfield Hill, MI 48304<br>(via ECF) |
| Heather D. Dawson, Esq.<br>Kitchens Kelley Gaynes, P.C.<br>Eleven Piedmont Center, Suite 900<br>3495 Piedmont Road, N.E.<br>Atlanta, Georgia 30305<br>(via ECF) | Bradford F. Englander, Esq.<br>Brian M. Nestor, Esq.<br>Linowes and Blocher LLP<br>7200 Wisconsin Avenue, Suite 800<br>Bethesda, Maryland 20814<br>(via ECF) |
| David J. Ervin, Esq.<br>KELLEY DRYE & WARREN LLP<br>Washington Harbour, Suite 400<br>3050 K Street, NW<br>Washington, DC 20007-5108<br>(via ECF) | Laura Lawton Gee<br>BAKER & HOSTETLER, LLP<br>1000 Louisiana, Suite 2000<br>Houston, TX 77002<br>(via ECF) |
| Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, Indiana 46204<br>(via ECF) | Mitchell B. Weitzman, Esq.<br>Bean, Kinney & Korman, PC<br>2300 Wilson Boulevard<br>Arlington, VA 22201<br>(via ECF) |

| David S. Berman, Esq. Riemer & Braunstein, LLP Three Center Plaza, 6th Floor Boston, MA 02108 (via first class mail) | |

1874299.1