Deborah H. Devan, Esquire
NEUBERGER, QUINN, GIELEN,
 RUBIN & GIBBER, P.A.
One South Street
27th Floor
Baltimore, Maryland  21202-3282


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No.  08-35653-KRH |
| et al., | : | |
| | : | **Joint Administration Pending** |
| Debtor. | : | |
| | : | |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Deborah H. Devan, Esquire, and the law firm of Neuberger, Quinn, Gielen, Rubin & Gibber, P.A., appear in this case as counsel for Circuit City Indianapolis 98, LLC, Circuit City Jackson 98 LLC, Circuit City Harper Woods 98, LLC, Circuit City Green Bay 98, LLC, and Circuit City East Lansing 98, LLC, as landlord/creditor and parties-in-interest in this case ("Creditors"), and request, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and Sections 102(a) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon counsel listed below at the following office address, telephone and facsimile numbers and e-mail address:

271744

Deborah H. Devan, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland  21202-3282
Telephone: 410 332-8550
Facsimile:  410 332-8505
dhd@nqgrg.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices relating to any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed, by mail, or overnight delivery, e-mail, messenger, facsimile, telephone, telegraph or otherwise which may affect or seek to affect in any way, rights or interests of the Debtor, creditors, or any other party in interest in this case.

**PLEASE TAKE FURTHER NOTICE**, that the Creditor intends that neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit shall waive any right to (1) have final orders in any non-core matters entered only after *de novo* review by a district judge; (2) trial by jury in any proceeding so triable in this case or any controversy, or proceeding related to this case; (3) have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditor, is or may be entitled to under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

The undersigned additionally requests that the Clerk of the Court place the foregoing names and addresses on the Service List, any mailing matrix, abbreviated service list, or list of creditors to be prepared or existing in the above-referenced case.

271744

2

Respectfully submitted,

*/s/   Deborah H. Devan*
Deborah H. Devan, Esquire
Federal Bar No. 01479
**NEUBERGER, QUINN, GIELEN,**
 **RUBIN & GIBBER, P.A.**
One South Street, 27th Floor
Baltimore, Maryland  21202-3282
(410) 332-8550
dhd@nqgrg.com

Attorneys for Circuit City Indianapolis 98, LLC, Circuit City Jackson 98 LLC, Circuit City Harper Woods 98, LLC, Circuit City Green Bay 98, LLC, and Circuit City East Lansing 98, LLC