Deborah H. Devan, Esquire
NEUBERGER, QUINN, GIELEN,
 RUBIN & GIBBER, P.A.
One South Street
27th Floor
Baltimore, Maryland  21202-3282

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | x : | |
| In re: | : : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : : : | Case No.  08-35653-KRH |
| Debtor. | : : : : | **Joint Administration Pending** |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on this 20th day of November, 2008, that a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Papers** was mailed, first class mail, postage prepaid to the following parties and is to be served by electronic means via the Court's ECF/CM system:

>Daniel F. Blanks, Esquire
>McGuireWoods LLP
>101 W. Main Street
>9000 World Trade Center
>Norfolk, Virginia  23510

>Dion W. Hayes, Esquire
>McGuireWoods LLP
>901 E. Cary Street
>One James Center
>Richmond, Virginia  23219

271744

Douglas M. Foley, Esquire
McGuireWoods LLP
101 W. Main Street
9000 World Trade Center
Norfolk, Virginia  23510

Joseph S. Sheerin, Esquire
McGuire Woods LLP
901 East Cary Street
One James Center
Richmond, Virginia  23219

Sarah Beckett Boehm, Esquire
McGuireWoods LLP
901 East Cary Street
One James Center
Richmond, Virginia  23219

                      */s/   Deborah H. Devan*