IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
DIVISION



In re:  Case No: 08-35653-KRH

Circuit City Stores, Inc.  Chapter: 11

_____/
Debtor (s)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

I HEREBY FILE this Notice of Appearance on behalf of creditor, KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR, and request that he is provided with copies of all further notices and pleadings filed herein.

Name to be added to the Matrix as follows:

Michelle Leeson, CFCA
KEN BURTON, JR., Manatee County Tax Collector
P. O. Box 25300
Bradenton, Florida 34206-5300
819 U.S. 301 Blvd. West
Bradenton, Florida 34205
Phone: (941) 741-4835
Facsimile: (941) 741-4865
e-mail: michellel@taxcollector.com

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was delivered by U.S. Mail this 14 day of November, 2008 to the following:

**Debtor:** Circuit City Stores, Inc.
9950 Mayland Drive, Richmond, VA 23233

**Attorney for Debtor:** Daniel F. Blanks
9000 World Trade Center, 101 W. Main St., Norfolk, VA 23510

**Trustee:** N/A

/s/Michelle Leeson
Michelle Leeson, CFCA
**KEN BURTON, JR., TAX COLLECTOR
MANATEE COUNTY, FLORIDA
PO BOX 25300
BRADENTON, Florida 34206-5300
(941) 741-4835**