IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
------------------------------------------------------------x
In re                                    :   Chapter 11
                                         :
CIRCUIT CITY STORES, INC., et al.,       :   Case No. 08-35653
                                         :
                    Debtors.             :   Jointly Administered
------------------------------------------------------------x
```

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that CC-Investors 1995-6 ("CC-Investors") by its attorneys, Greenberg Traurig, LLP and Christian & Barton, LLP, appear in this matter, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and Section 1109(b) of the Bankruptcy Code, and request that all notices given or required to be given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to, and served upon:

Michael D. Mueller (VSB 38216)
Augustus C. Epps, Jr. (VSB 13254)
Jennifer M. McLemore (VSB 47164)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100

Counsel for CC-Investors 1995-6

Howard J. Berman
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200

Counsel for CC-Investors 1995-6

Greenberg Traurig, LLP
200 Park Avenue
New York, New York  10166
(212) 801-9200
(212) 801-6400 (fax)
Attn:   Howard J. Berman, Esq.
            BermanH@gtlaw.com

With a copy to:            Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
(804) 697-4100
(804) 697-4112 (fax)
Attn:   Michael D. Mueller, Esq.
            Augustus C. Epps, Jr., Esq.
            Jennifer M. McLemore, Esq.
            mmueller@cblaw.com
            aepps@cblaw.com
            jmclemore@cblaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, copies of all papers, reports, pleadings, monthly operating statements, financial statements, motions, complaints, demands and applications (including notices thereof), petitions, answering papers, reply papers, memoranda or briefs in support of any of the foregoing and any other document brought before this Court with respect to this case, whether formal or informal, whether written or oral, or whether transmitted by mail, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a (i) consent to the jurisdiction of the Bankruptcy Court, or (ii) a waiver of CC-Investors' rights (a) to have final orders in noncore matters entered only after de novo review by a District Judge, (b) to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case, (c) to have the District Court withdraw the reference in any matter subject to mandatory or

NY 239,214,205v1

discretionary withdrawal, or (d) to any other rights, claims, actions, setoffs or recoupments to which CC-Investors is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments CC-Investors expressly reserves.

Dated: November 20, 2008                    CHRISTIAN & BARTON, LLP


By:    /s/ Jennifer M. McLemore
       Michael D. Mueller (VSB 38216)
       Augustus C. Epps, Jr. (VSB 13254)
       Jennifer M. McLemore (VSB 47164)
       909 East Main Street, Suite 1200
       Richmond, Virginia 23219
       Tel:  (804) 697-4100
       Fax: (804) 697-6396

       GREENBERG TRAURIG, LLP
       Howard J. Berman
       200 Park Avenue
       New York, New York 10166
       Tel:  (212) 801-9200
       Fax: (212) 801-6400

       Counsel for CC-Investors 1995-6

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2008, I caused a copy of the foregoing to be served by electronic means or by first class mail, postage prepaid, to the persons required to be served pursuant to the Procedures Order entered in this case.

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
*Counsel to the Debtors*

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, IL 60606
*Counsel to the Debtors*

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
*Counsel to the Debtors*

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888
*Assistant United States Trustee*

/s/ Jennifer M. McLemore
Jennifer M. McLemore

4

NY 239,214,205v1