```
ANNE MILGRAM
Attorney General of New Jersey
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey  08625-0119
Attorney for State of New Jersey,
 Division of Taxation

By:  Heather Lynn Anderson (HLA 3316)
     Deputy Attorney General
     (609) 777-3432
```

                UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                  RICHMOND DIVISION

| | |
|---|---|
| CIRCUIT CITY STORES, INC., et al., | ) Chapter 11 ) ) Case No. 08-35653 |
| Debtors. | ) ) ) ENTRY OF APPEARANCE |

TO:   CLERK OF THE UNITED STATES BANKRUPTCY COURT
       EASTERN DISTRICT OF VIRGINIA

       Kindly enter my appearance as counsel on behalf of the State of New Jersey, Division of Taxation and Department of Labor.

                                      ANNE MILGRAM
                                      ATTORNEY GENERAL OF NEW JERSEY


                                      By: <u>/s/ Heather Lynn Anderson</u>
                                          Heather Lynn Anderson
                                          Deputy Attorney General

Dated: November 20, 2008