**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| In re: | * | |
| **CIRCUIT CITY STORES, INC., et al.,** | * | Case No: 08-35653-KRH<br>Chapter 11 |
| Debtors, | * | (Jointly Administered) |
| * * * * *  * * * * * * * * * * * * * | | |
| In re: | * | |
| **DANIEL E. WEIDLER, et al.** | * | |
| Movant | * | |
| v. | * | |
| **CIRCUIT CITY STORES, INC., et al.,** | * | |
| Respondents, | * | |
| * * * * * *  * * * * * | | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY
WITH SUPPORTING MEMORANDUM**

Movants Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron ("Movants" or "Plaintiffs"), by and through its undersigned attorneys, and pursuant to 11 U.S.C. §362(d)(1), files this Motion for Relief From Automatic Stay (the "Motion") seeking entry of an order lifting the automatic stay and authorizing a certain class action lawsuit pending in the Superior Court of California against Circuit City Stores, Inc. and various unknown individuals (the "Debtor") to proceed through the settlement approval process so that the Movants will have

---

WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones (VSB # 40064)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
703.280.9263
703.280.8942 (facsimile)

*Counsel for the Movants*

a liquidated claim against the Debtor in this bankruptcy case. The grounds for the Motion are as follows:

1. The Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334.

2. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief sought herein are, *inter alia*, §§ 105, 361 and 362(d)(1) of the Bankruptcy Code, and Bankruptcy Rules 4001 and 9014.

## Parties

4. On November 10, 2008 (the "Petition Date"), the Debtor and several related entities filed Petitions under Chapter 11 of the Bankruptcy Code.

5. The Debtor is in possession of its assets and is acting as a "debtor-in-possession" under 11 U.S.C. § 1107.

6. The Movants are the class representatives of a 208 member class of former employees of the Debtor.

## The Litigation

7. On April 4, 2007, the Plaintiffs filed a proposed class action complaint in Los Angeles County Superior Court, Case No. BC369011, styled *Daniel E. Weidler, Michael F. Yezback, and Eloise Garcia v. Circuit City Stores, Inc.* (the "California Litigation"). Plaintiffs filed a First Amended Complaint on September 4, 2008 in the California Litigation. A genuine copy of the First Amended Complaint is attached hereto as Exhibit 1.

8. In September 2008, Plaintiffs and the Debtor reached a settlement of the California Litigation, which was documented in a Joint Stipulation of Settlement Agreement and

2

Release of Class Action Claims (the "Settlement Agreement"). A genuine copy of the Settlement Agreement is attached hereto as Exhibit 2.

9. On or about September 25, 2008, the Los Angeles County Superior Court entered an Order Granting Preliminary Approval of Class Action Settlement and set a hearing for December 12, 2008 at 9:00 a.m. (PST) to consider final approval of the Settlement. A genuine copy of the Order is attached hereto as Exhibit 3. Notice has been sent to all prospective members of the class and votes are being cast regarding the propriety of the Settlement. In order for the Settlement to be finalized, those votes must be counted and the state court must conduct the approval hearing on December 12, 2008.

## Relief Requested

10. Pursuant to § 362(d)(1) of the Bankruptcy Code, the Movants are entitled to relief from the automatic stay for cause. While the term "cause" is not defined in the Bankruptcy Code, the Fourth Circuit Court of Appeals has established a test for determining whether cause exists to lift the stay when a movant seeks to proceed with litigation against the debtor outside of the bankruptcy court. See In re Robbins, 964 F.2d 342 (4th Cir. 1992). When deciding whether to lift the stay,

> [t]he court must balance potential prejudice to the bankruptcy debtor's estate against the hardships that will be incurred by the person seeking relief from the automatic stay if relief is denied. The factors that courts consider in deciding whether to lift the automatic stay include (1) whether the issues in the pending litigation involve only state law, so the expertise of the bankruptcy court is unnecessary; (2) whether modifying the stay will promote judicial economy and whether there would be greater interference with the bankruptcy case if the stay were not lifted because matters would have to be litigated in bankruptcy court; and (3) whether the estate can be protected properly by a requirement that creditors seek enforcement of any judgment through the bankruptcy court.

Id. at 345. In this instance, all three factors of the test are satisfied.

11. First, the claims underlying the Litigation are solely based California state law, not on the Bankruptcy Code. The Movants and the Debtor have agreed to the Settlement to resolve those claims, which is currently subject to a state court approval proceeding in California state court. The Litigation and approval of the Settlement are uniquely state court matters properly the subject matter jurisdiction of the California court system. Thus, it would further the interests of justice to lift the stay to permit the approval of the Settlement through the California state courts.

12. Second, judicial economy would be promoted by permitting the hearing to consider the approval of the Settlement to go forward on December 12, 2008. There is no reason to delay the hearing on the Settlement or for the Bankruptcy Court to deal with the issues underlying its approval when the Debtor and its affiliated companies should be focused on the restructuring process.

13. Finally, approval of the Settlement will have no adverse impact on the bankruptcy estate of the Debtor. The Movants are not seeking to collect on the Settlement, other than through the claims process in the Bankruptcy Court. Furthermore, because no estate property is at issue, the Bankruptcy Court has no interest in whether the Settlement is approved until such time as a proof of claim has been filed in this bankruptcy case.

WHEREFORE, the Movants request an Order:

(a) Lifting the automatic stay to permit the California state court to hold the hearing on approval of the Settlement and to enter all necessary orders regarding that hearing;

(b) Providing that, if the Settlement is approved, the Movants may not take any action to enforce any rights under the Settlement except through the Bankruptcy Court; and

    (c)    Granting such other relief as this Court deems just and proper.

Dated:  November 20, 2008　　　　　　　　　　　Respectfully submitted,

                                                          WHITEFORD, TAYLOR & PRESTON, LLP,

                                                          /s/ Christopher A. Jones
                                                          Christopher A. Jones (VSB # 40064)
                                                          3190 Fairview Park Drive, Suite 300
                                                          Falls Church, Virginia 22042
                                                          703.280.9263
                                                          703.280.8942 (facsimile)

                                                          *Counsel for the Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2008, a copy of the foregoing Motion for Relief from Automatic Stay was filed and served via the Court's Electronic Case Filing System on all parties receiving such notice and on all parties on the attached Service List.

                                                          /s/ Christopher A. Jones
                                                          Counsel

## Service List

**Scott L. Adkins**
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

**Peter Barrett**
Kutak Rock L.L.P.
1111 East Main Street, Suite 800
Richmond, VA 23219-3500

**Christopher R. Belmonte**
Satterlee Stephens Burke & Burke LLP
230 Park Ave Suite 1130
New York, NY 10169

**Sarah Beckett Boehm**
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

**Mark E. Browning**
Office of the Attorney General
300 West 15th Street, 8th floor
Austin, TX 78701

**William H. Casterline, Jr.**
Blankingship & Keith, P.C.
4020 University Drive, #312
Fairfax, VA 22030

**Andrew S. Conway**
The Taubman Company
200 East Long Lake Road
Suite 300
Bloomfield Hills, MI 48304

**Jennifer V. Doran**
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109

**David J. Ervin**
Kelley, Drye & Warren, LLP
Washington Harbour, Suite 400
3050 K Street N.W.
Washington, DC 20007-5108

**Jeremy S. Friedberg**
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, MD 21117

**Mark K. Ames**
Taxing Authority Consulting Services
2812 Emerywood Parkway, Suite 220
Richmond, VA 23294

**Raymond William Battaglia**
Oppenheimer, Blend, Harrison & Tate, Inc
711 Navarro Sixth Floor
San Antonio, TX 78205

**David S. Berman**
Riemer & Braunstein
Three Center Plaza, 6th Floor
Boston, MA 02108

**Wanda Borges**
Borges & Associates, LLC
575 Underhill Blvd.
Syosset, NY 11791

**Christopher A. Camardello**
Winthrop & Weinstine, PA
225 South Sixth Street
Suite 3500
Mimmeapolis, MN 55402

**Jeffrey Chang**
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

**Robert K. Coulter**
Office of the US Attorney
2100 Jamieson Avenue
Alexandria, VA 22314

**Bradford F. Englander**
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814

**William J. Factor**
Seyfarth Shaw LLP
131 S. Dearborn St. Suite 2400
Chicago, IL 60603

**Ellen A. Friedman**
Friedman Dumas & Springwater LLP
160 Spear Street, Suite 1600
San Francisco, CA 94105

**Elizabeth Banda**
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd Suite 300
Arlington, TX 76013

**Andria M. Beckham**
Bricker & Eckler, LLP
100 South Third Street
Columbus, OH 43215

**Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

**Timothy Francis Brown**
Arent Fox LLP
1050 Connecticut Ave. N.W.
Washington, DC 20036-5339

**Scott P. Carroll**
Carroll & Carroll, P.L.L.C.
Suite 440
831 East Morehead Street
Charlotte, NC 28202

**Charles W. Chotvacs**
Ballard, Spahr, Andrews & Ingersoll, LLP
601 13th St. N.W. Suite 1000 South
Washington, DC 20005

**Heather D. Dawson**
Kitchens Kelley Gaynes, PC
Eleven Piedmont Center, Suite 900
3495 Piedmont Rd, NE
Atlanta, GA 30305

**Augustus C. Epps, Jr.**
Christian & Barton, L.L.P.
909 E. Main St., Suite 1200
Richmond, VA 23219-3095

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

**Laura Lawton Gee**
Baker & Hostetler, LLP
1000 Louisiana Street
Suite 2000
Houston, TX 77002

**Service List**

**Eric D. Goldberg**
Stutman, Treister & Glatt, P.C.
1901 Ave of the Stars-12th Floor
Los Angeles, CA 90067

**David A. Greer**
Law Offices of David A. Greer PLC
500 East Main Street Ste 1200
Norfolk, VA 23510

**Eric A. Handler**
Donahue Gallagher Woods LLP
300 Lakeside Drive, Suite 1900
Oakland, CA 94612

**Brian D. Huben**
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-6042

**Scott R. Kipnis**
Hofheimer Gartlir & Gross LLP
530 Fifth Ave.
New York, NY 10036

**Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th St. N.W. Suite 2100
Atlanta, GA 30363-1031

**James V. Lombardi**
Ross, Banks, May Cron & Cavin, P.C.
2 Riverway, Suite 700
Houston, TX 77056

**Christine D. Lynch**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

**Bruce H. Matson**
LeClair Ryan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
P.O. Box 2499
Richmond, VA 23218-2499

**Jennifer McLain McLemore**
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219

**William A. Gray**
Sands Anderson Marks & Miller
P.O. Box 1998
Richmond, VA 23218-1998

**Elizabeth L. Gunn**
DurretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, VA 23219

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

**Kenneth C. Johnson**
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

**Leonidas Koutsouftikis**
Magruder & Associates
1889 Preston White Drive
Suite 200
Reston, VA 20191

**John J. Lamoureux**
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

**Henry Pollard Long, III**
Hunton & Williams, LLP
951 East Byrd Street
Riverfront Plaza East Tower
Richmond, VA 23219-4074

**Michael W. Malter**
Binder & Malter
2775 Park Ave.
Santa Clara, CA 95050

**Robert P. McIntosh**
U.S. Attorney's Office
600 East Main St., Suite 1800
Richmond, VA 23219

**Jeffrey Meyers**
Ballard Spahr Andrews & Ingersoll
51st Fl- Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

**Steven H. Greenfeld**
Cohen Baldinger & Greenfeld, LLC
7910 Woodmont Avenue
Suite 760
Bethesda, MD 20814

**Brian P. Hall**
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

**Neil E. Herman**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178-0600

**Regina Stango Kelbon**
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

**Jeffrey Kurtzman**
Klehr, Harrison, Harvey, Branzburg & Ell
260 South Broad Street
Philadelphia, PA 19102-5003

**Richard E. Lear**
Holland & Knight LLP
2099 Pennsylvania Ave.,NW #100
Washington, DC 20006

**John E. Lucian**
Blank Rome LLP
One Logan Square
130 N. 18th St
Philadelphia, PA 19103-6998

**Richard M. Maseles**
Missouri Department of Revenue
301 W. High St.
P.O. Box 475
Jefferson City, MO 65102

**John G. McJunkin**
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

**Michael D. Mueller**
Christian & Barton, L.L.P.
909 East Main St., Ste. 1200
Richmond, VA 23219

Service List

**Kevin M. Newman**
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498

**Min Park**
Connolly Bove Lodge & Hutz LLP
1875 Eye street, Suite #1100
Washington, DC 20006

**Courtney E. Pozmantier**
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067

**Fred B. Ringel**
Robinson Brog Leinwand Greene, et al.
1345 Avenue of the Americas
31st Floor
New York, NY 10105

**Jeremy Brian Root**
Blankingship & Keith, P.C.
4020 University Dr. Ste. 300
Fairfax, VA 22030

**Jeremy W. Ryan**
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19801

**Scott A. Semenek**
Wildman, Harrold, Allen & Dixion
225 West Wacker Drive
Chicago, IL 60606-1229

**Jesse Silverman**
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

**Scott A. Stengel**
Orrick, Herrington & Sutliffe, LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706

**Roy M. Terry, Jr.**
DurretteBradshaw, PLC
600 E. Main St., 20th Fl.
Richmond, VA 23219

**Constantinos G. Panagopoulos**
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005-3807

**David M. Poitras**
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

**Michael Reed**
McCreary, Veselka, Bragg & Allen
700 Jeffrey Way, Suite 100
Round Rock, TX 78680

**Philip M. Roberts**
Berkeley & Degaetani
1301 N. Hamilton St., #200
Richmond, VA 23220

**Paul Rubin**
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

**Michael J. Sage**
O'Melveny & Myers LLP
7 Times Square
Times Square Towers
New York, NY 10036

**John L. Senica**
Miller,Canfield,Paddock and Stone, PLC
225 W. Washington, Suite 2600
Chicago, IL 60606

**Stephen W. Spence**
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

**Mark Stromberg**
Stromberg & Associates, PC
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, TX 75240

**Dylan G. Trache**
Wiley Rein LLP
7925 Jones Branch Drive
Suite 6200
McLean, VA 22102

**Ernie Zachary Park**
Bewley,Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797

**David L. Pollack**
Ballard Spahr Andrews & Ingersoll LLP
51st Fl-Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

**David G. Reynolds**
Glass & Reynolds
P.O. Box 1700
Corrales, NM 87048

**Julie H. Rome-Banks**
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

**Eric Christopher Rusnak**
K&L Gates LLP
1601 K Street N.W.
Washington, DC 20006

**Jeffrey Scharf**
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294

**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

**Richard F. Stein**
Special Assis. U. S. Attorney
600 East Main Street, Ste 1601
Richmond, VA 23219-2430

**Jeffrey L. Tarkenton**
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, N.W.,
Seventh Floor
Washington, DC 20005

**Ronald M. Tucker**
Simon Property Group
225 W. Washington Street
Indianapolis, IN 46204

**Service List**

| | | |
|---|---|---|
| **Robert B. Van Arsdale**<br>Office of the U. S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 | **Nancy A. Washington**<br>Saiber LLC<br>One Gateway Center 13th Floor<br>Newark, NJ 07102 | **Mitchell B. Weitzman**<br>Bean, Kinney & Korman, P.C.<br>2300 Wilson Blvd., 7th Floor<br>Arlington, VA 22201 |
| **Elizabeth Weller**<br>Linebarger Goggan Blair & Sampson,LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 | **Robert S. Westermann**<br>Hunton & Williams LLP<br>951 East Byrd Street<br>Richmond, VA 23219 | **Lori L. Winkelman**<br>Quarles & Brady LLP<br>2 North Central Avenue<br>Phoenix, AZ 85004-2391 |
| **J. Christian Word**<br>Latham & Watkins LLP<br>11955 Freedom Drive, Suite 500<br>Reston, VA 20190-5651 | **Jonathan W. Young**<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive<br>Chicago, IL 60606-1229 | **Sheila G. deLa Cruz**<br>Hirschler Fleischer, P.C.<br>P.O. Box 500<br>Richmond, VA 23218-0500 |