E. JOSEPH CONNAUGHTON (SBN 166765)
AARON A. BUCKLEY (SBN 202081)
JEFFREY P. AMES (SBN 23487)
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California 92101-4232
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
CIRCUIT CITY STORES, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES – CENTRAL DISTRICT

CENTRAL CIVIL WEST

| | |
|---|---|
| DANIEL E. WEIDLER; MICHAEL F. YEZBACK; ELOISE GARCIA, individually and on behalf of a class of all similarly-situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CIRCUIT CITY STORES, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. BC369011<br>(Related to Case Nos. BC368973 and BC376860)<br><br>**NOTICE OF RULING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES, APPROVAL OF NOTICE, AND SETTING OF FINAL FAIRNESS HEARING**<br><br>Date: September 25, 2008<br>Time: 9:00 a.m.<br>Dept: 324<br>Judge: Hon. Victoria G. Chaney<br>Complaint Filed: April 4, 2007<br>Trial Date: Not yet set |

On September 25, 2008, plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Provisional Certification of Class for Settlement Purposes, Approval of Notice, and Setting of Final Fairness Hearing came on for hearing in Department 324, Central Civil West, the Honorable Victoria G. Chaney, presiding. David deRubertis of The deRubertis Law Firm and Nathan Goldberg of Allred, Maroko & Goldberg appeared for plaintiffs. E. Joseph Connaughton of Paul, Plevin, Sullivan & Connaughton LLP appeared for defendant.

NOTICE OF RULING      1

1   At that hearing, the Court issued the Order attached to this Notice as Attachment A,
2   reserved any ruling on plaintiffs' attorneys' fee request, and set a final settlement approval hearing
3   for December 12, 2008 at 10:00 a.m., with any final motion to be filed by no later than December
4   9, 2008.

Dated: September 30, 2008

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: _____
E. JOSEPH CONNAUGHTON
ROBERT W. BELL JR.
MICHAEL C. SULLIVAN
AARON A. BUCKLEY
JEFFREY P AMES
Attorneys for Defendant
CIRCUIT CITY STORES, INC.

PAUL, PLEVIN,
SULLIVAN &
CONNAUGHTON LLP

NOTICE OF RULING                                2

# ATTACHMENT A

1  Nathan Goldberg, State Bar No. 61292
   Michael Maroko, State Bar No. 62013
2  **ALLRED, MAROKO & GOLDBERG**
   6300 Wilshire Boulevard, Suite 1500
3  Los Angeles, California 90048
   Telephone:   (323) 653-6530
4  Facsimile:   (323) 653-1660

5  David M. deRubertis, State Bar No. 208709
   **The deRubertis Law Firm**
6  21800 Oxnard Street, Suite 1180
   Woodland Hills, California 91367
7  Telephone:   (818) 227-8605
   Facsimile:   (818) 227-8616
8  Email: David@deRubertisLaw.com

9  Attorneys for Plaintiffs Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and
   Angie Duron, individually and on behalf of a class of all
10 similarly-situated individuals

FILED
LOS ANGELES SUPERIOR COURT
SEP 25 2008
JOHN A. CLARKE, CLERK
BY ELMER CABALBURO, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### FOR THE COUNTY OF LOS ANGELES

### CENTRAL CIVIL WEST

| | |
|---|---|
| DANIEL E. WEIDLER, MICHAEL F. YEZBACK, ELOISE GARCIA, ANGIE DURON, individually and on behalf of a class of all similarly-situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CIRCUIT CITY STORES, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: BC 369 011<br>[Assigned to Hon. Victoria Chaney, Dept. 324, Civil Central West–Complex Designation]<br>[Related to Case Nos. BC 368973 and BC 389968]<br><br>[~~PROPOSED~~] **ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES, APPROVAL OF NOTICE, AND SETTING OF FINAL FAIRNESS HEARING**<br><br>Date: September 25, 2008<br>Time: 9:00 a.m.<br>Dept.: 324<br><br>Complaint Filed: April 4, 2007 |

---

1

[~~PROPOSED~~] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

The motion of Plaintiffs Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron, on behalf of the Settlement Class as defined below, for an order granting preliminary approval of class action settlement came on for hearing on September 25, 2008 at 9:00 a.m. in Department 324 of the above-entitled Court, the Honorable Judge Victoria G. Chaney, presiding. The Court having considered the motion and all submissions in connection with the proposed settlement and argument of counsel at the hearing, and having concluded that it has jurisdiction to adjudicate the issues raised and thus to provide relief, IT IS HEREBY ORDERED THAT:

JURISDICTION:

1. The Court has jurisdiction over the subject matter and all parties to this action, including the Settlement Class.

PLAINTIFF AND SETTLEMENT CLASS:

2. The Court orders the certification of this litigation as a class action for settlement purposes only. The certified "Settlement Class" consists of: All persons who were employed by Circuit City in California and who were at least forty (40) years of age as of March 28, 2007, and whose employment with Circuit City was terminated on or about March 28, 2007 or shortly thereafter in relation to their wage rates.

3. The Court orders the appointment of Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron as the Class Representatives.

4. The Court orders the appointment of Nathan Goldberg and Michael Maroko of Allred, Maroko & Goldberg and David M. deRubertis of The deRubertis Law Firm as co-class counsel.

5. The Court has not certified the Settlement Class for any purpose other than to effectuate the Settlement Agreement, to which the parties have consented on the condition that it receives final approval. If this Settlement Agreement is terminated pursuant to its terms or if it is not otherwise approved, this order conditionally certifying the Settlement Class shall be treated as void *ab initio* and automatically vacated *nunc pro tunc* upon written notice to the Court. The litigation

1  shall then proceed as if the Court had never conditionally certified the Settlement Class and such
2  findings in paragraphs 2 through 4 had never been made, without prejudice to the ability of any party
3  to request or oppose class certification on any basis.

4  6. The Court finds that preliminary approval of the Settlement Agreement is appropriate
5  because its terms appear to be fair, reasonable and adequate to the Settlement Class.

6  7. The Court approves the Notice of Proposed Class Action Settlement, substantially in
7  the form and content of Exhibit "B" to the Declaration of David M. deRubertis filed in support of the
8  motion for preliminary approval. The Court finds that this is the best notice practicable to the
9  Settlement Class under the circumstances and constitutes valid notice to its members. The Court
10 further approves the Claim Form and Request for Exclusion from Class Action Settlement,
11 substantially in the form and content of Exhibits "C" and "D" respectively to the Declaration of
12 David M. deRubertis filed in support of the motion for preliminary approval.

13 8. Within ten (10) days of preliminary approval, Defendant shall supply the claims
14 administrator with the name, last known address, social security number and dates of employment of
15 each class member. Within twenty (20) days after preliminary approval, the claims administrator
16 shall mail the approved Notice of Proposed Class Action Settlement as well as the Claim Forms and
17 Request for Exclusion forms.

18 9. Class members shall have forty-five (45) days from the date of mailing to postmark or
19 return by facsimile either their Claim Form or opt-out notice.

20 10. If the Settlement Agreement receives final Court approval, the final judgment will be
21 res judicata and prohibit any prior, concurrent, or subsequent litigation brought individually, by, or in
22 the name of, or otherwise on behalf of any member of the Settlement Class against Defendant related
23 to or arising out of the Class Members' termination of employment by Defendant on or about March
24 28, 2007, ~~in relation to their wage rate.~~ UGC 9/25/08  Full effect will be given to the terms of the release contained
25 in the Settlement Agreement except as to any Class Member who validly opts-out.

26 11. If the Settlement Agreement does not receive final Court approval, is terminated, or
27 fails to become effective in accordance with its terms, the parties shall be restored to their respective
28 positions in litigation as of the entry date of that agreement. In such event, the terms and conditions

3
~~PROPOSED~~ ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1 of the Settlement Agreement shall have no further force and effect on the parties and shall not be
2 used in this litigation or in any other proceeding for any purpose, and any judgment or order entered
3 by this Court in accordance with the terms of the Settlement Agreement shall be treated void *ab*
4 *initio* and vacated *nunc pro tunc*.

5     12. The Court will determine whether the Settlement Agreement will receive final
6 approval at the Final Fairness Hearing on __12/12/08__ at __10__ _.m.

7     a. __3__ days before the date of the Final Fairness Hearing, Plaintiffs shall file
8         with the Court moving papers in support of final approval of the Settlement
9         Agreement and a request for attorney's fees/costs.

10     b. The Court will hear Class Member objections to the proposed settlement (if
11         any) at the Final Fairness Hearing if the objecting Class Member files a
12         written statement with the Court, and serves such written statement on counsel
13         for the parties, no later than forty-five (45) days after the date the Notice of
14         Proposed Class Action Settlement is mailed.

15     13. The provisions of this order for the Preliminary Approval of Class Action Settlement
16 are stipulated to and entered as a result of a compromised settlement of disputed claims. Thus,
17 nothing contained herein shall be construed at any time or in any forum as an admission or finding,
18 express or implied, of any fault, liability or wrongdoing by any party.

20 IT IS HEREBY ORDERED, ADJUDGED AND DECREED.

22 Dated: __9/25/08__
                The Honorable Victoria G. Chaney
23                 Judge of the Los Angeles Superior Court

4

~~PROPOSED~~ ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

*Weidler, et al. v. Circuit City Stores, Inc.*
Los Angeles Superior Court – Central Civil West
Case No. BC369011(Related to Case Nos. BC368973 and BC389968)

## PROOF OF SERVICE

I, the undersigned, declare that I am over 18 years of age and not a party to this action. I am a resident of, or am employed in, the County of San Diego, California and my business address is Paul, Plevin, Sullivan & Connaughton LLP, 401 B Street, Tenth Floor, San Diego, California 92101.

On September 30, 2008, I served the following document(s):

- **NOTICE OF RULING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES, APPROVAL OF NOTICE, AND SETTING OF FINAL FAIRNESS HEARING**

on the interested party(ies) in this action by placing ☒ a true copy ☐ the original thereof in a separate envelope and addressed as follows:

### SEE ATTACHED SERVICE LIST

☒ (By **U.S. MAIL**) I then sealed each envelope and, with postage thereon fully prepaid, I placed each for deposit with the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☐ (By **OVERNIGHT DELIVERY**) I then sealed each envelope or package provided by the overnight delivery carrier, with delivery fees paid or provided for, and placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, this same day, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 30, 2008, at San Diego, California.

*/s/ Martha Martinez*
Martha Martinez

PAUL PLEVIN
SULLIVAN &
CONNAUGHTON LLP

PROOF OF SERVICE    1

# SERVICE LIST

| | |
|---|---|
| Manuel H. Miller<br>Martin I. Aarons<br>Law Offices of Manuel H. Miller<br>20750 Ventura Boulevard, Suite 440<br>Woodland Hills, CA 91364<br>Phone: 818-710-9993<br>Fax: 818-710-1938 | Attorneys for Plaintiffs Moncayo, et al.<br>(Case No. BC368973) |
| Nathan Goldberg<br>Allred, Maroko & Goldberg<br>6300 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90048<br>Phone: 323-653-6530<br>Fax: 323-653-1660 | Co-Counsel for Plaintiffs Weidler, et al.<br>(Case No. BC369011) |
| David M. deRubertis<br>The deRubertis Law Firm<br>21800 Oxnard St., Suite 1180<br>Woodland Hills, CA 91367<br>Phone: 818-227-8605<br>Fax: 818-227-8616 | Attorneys for Plaintiffs Weidler, et al.<br>(Case No. BC369011) |
| Roger L. Gordon<br>Noah Green<br>Gordon, Edelstein, Krepack, Grant, Felton &<br>Goldstein<br>Paramount Plaza, Suite 1800<br>3580 Wilshire Blvd.<br>Los Angeles, CA 90010<br>Phone: 213-739-7000 / Fax: 213-386-1971 | Attorneys for Plaintiffs Danakas et al.<br>(Case No. BC389968) |

PAUL PLEVIN
SULLIVAN &
CONNAUGHTON LLP

PROOF OF SERVICE    2