UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | * | |
| **CIRCUIT CITY STORES, INC., <u>et al.</u>,** | * | Case No: 08-35653-KRH |
| | | Chapter 11 |
| Debtors, | * | (Jointly Administered) |

\* \* \* \* \*  \*  \* \* \* \* \* \* \* \* \*  \* \*  \*

| | |
|---|---|
| In re: | * |
| **DANIEL E. WEIDLER, <u>et al</u>.** | * |
| Movant | * |
| v. | * |
| **CIRCUIT CITY STORES, INC., <u>et al.</u>,** | * |
| Respondents, | * |

\* \* \* \* \* \*  \* \* \* \* \*

ORDER GRANTING
MOTION FOR RELIEF FROM STAY

Movants Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron ("Movants") have filed a Motion for Relief from Automatic Stay (the "Motion for Relief"). It appears to the Court that proper notice was given and that cause exists to lift the automatic stay under 11 U.S.C. §362(d)(1). Accordingly, it is hereby **ORDERED** that:

1. The Motion for Relief is granted;

---

WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones (VSB # 40064)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
703.280.9263
703.280.8942 (facsimile)

*Counsel for the Movants*

2. The automatic stay is lifted to permit the case styled *Daniel E. Weidler, Michael F. Yezback, and Eloise Garcia v. Circuit City Stores, Inc.,* Case No. BC369011 pending in the Los Angeles County Superior Court (the "California Litigation") to proceed through hearing on the proposed settlement filed therein and any other matters related thereto; and

3. The automatic stay is not lifted to permit any collection action on any order arising out of the Litigation.

Entered: _____

_____
United States Bankruptcy Judge

I ASK FOR THIS:

_____
WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones (VSB # 40064)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
703.280-9263
703.280-8942 (facsimile)

*Counsel for the Movants*

### Rule 9022 Certification

I hereby certify that all necessary parties have been mailed a copy of or have endorsed this order.

_____
Counsel