Robert Somma, Esquire
Laura A. Otenti, Esquire
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100

*Attorneys for Salem Rockingham LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | ) Case No. 08-35653-KRH |
| Debtor, | ) Jointly Administered |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND DOCUMENTS**

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for Salem Rockingham LLC ("Salem") a party in interest herein under 11 U.S.C. §1109(b), in the above-captioned case.  Such counsel hereby enters its appearance, pursuant to 11 U.S.C.§§1109(b), 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010.  Salem requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following office, post office address, email address, fax and telephone number:

> Robert Somma, Esquire
> Laura A. Otenti, Esquire
> Posternak Blankstein & Lund LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA  02199
> Tel.  (617) 973-6100
> Fax:  (617) 367-2315
> Email:  rsomma@pbl.com
> lotenti@pbl.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, notices, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Salem requests that its counsel, Posternak Blankstein & Lund LLP, be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Salem to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims, set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

2

Dated: November 20, 2008

                                  POSTERNAK BLANKSTEIN & LUND LLP
                                  *Attorneys for Salem Rockingham LLC*

                  By:    /s/ Laura A. Otenti
                           Robert Somma, Esquire
                           Laura A. Otenti, Esquire
                           Posternak Blankstein & Lund LLP
                           Prudential Tower
                           800 Boylston Street
                           Boston, MA  02199
                           (617) 973-6100

## CERTIFICATE OF SERVICE

    I hereby certify that on November 20, 2008, the foregoing document was filed electronically with the Clerk of the Bankruptcy Court using the CM/ECF system and will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

    And I hereby certify that I have mailed this document via first class mail to the following:

            Robert B. Van Arsdale, Esq.
            Office of the U.S. Trustee
            701 East Broad Street, Suite 4304
            Richmond, VA  23219

            Daniel F. Blanks, Esq.
            Douglas M. Foley, Esq.
            McGuireWoods LLP
            9000 World Trade Center
            101 Main Street
            Norfolk, VA  23510

            Dion W. Hayes, Esq.
            Joseph S. Sheerin, Esq.
            Sarah Becket Boehm, Esq.
            McGuireWoods LLP
            One James Center
            901 E. Cary Street
            Richmond, VA  23219

            Greg M. Galardi, Esq.
            Ian S. Frederick, Esq.
            Skadden, Arps, Slate, Meagher & Flom

One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Neil E. Herman, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0600

Scott R. Kipnis, Esq.
Hofheimer Gartlir & Gross LLP
530 Fifth Avenue
New York, NY 10036

Nancy A. Washington, Esq.
Saiber LLC
One Gateway Center, 13th Floor
Newark, NJ 07102

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

/s/ Laura A. Otenti
Laura A. Otenti

ID # 571579v01/10848-30/ 11.20.2008