UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FILED NOV 20 2008
CLERK
U.S. BANKRUPTCY COURT
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtor. | ) | JUDGE KEVIN R. HUENNEKENS |
| | ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

Please take notice that, pursuant to Bankruptcy Rule 9010(b), Lawrence S. Burnat, Esq. and J. Carole Thompson Hord, Esq. of the firm of Schreeder, Wheeler & Flint, LLP, whose office addresses and telephone numbers appear below, hereby enter an appearance in the above-referenced case as counsel for Turner Broadcasting System, Inc. and its subsidiaries (collectively "Turner"), and hereby authorizes you to enter such appearance and to do all that is necessary in connection therewith.

Pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9010, Turner requests that copies of all notices and pleadings given or filed in this case be given and served upon the following individuals at the following address, telephone and facsimile numbers:

>Lawrence S. Burnat, Esq.
>J. Carole Thompson Hord, Esq.
>SCHREEDER, WHEELER & FLINT, LLP
>1100 Peachtree Street, N.E.
>Suite 800
>Atlanta, Georgia 30309
>404-681-3450 (telephone)
>404-681-1046 (facsimile)
>lburnat@swfllp.com
>chord@swfllp.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure statement order or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, facsimile, courier service, electronic filing, telephone or otherwise filed with regard to the above-reference cases and the proceedings.

Please take further notice that Turner intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive its rights with respect to (1) having final orders in noncore matters entered only after de novo review by the district judge; (2) trial by jury in a proceeding so triable in these cases or any cases, controversy or proceeding related to these cases; (3) having the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Turner, or any of its members, is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves.

This 18 day of November, 2008.

Lawrence S. Burnat
Georgia Bar No. 096150
J. Carole Thompson Hord
Georgia Bar No. 291473
*Attorneys for Turner Broadcasting Systems, Inc.*

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.; Suite 800
Atlanta, Georgia 30309
(404) 681-3450
K:\137\Notice of Appearance_Circuit City.doc

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Appearance and Demand for Notices and Papers was served via the ECF system and/or by first class United States mail in properly addressed envelopes with sufficient postage affixed thereon to insure delivery upon the following:

>Robert B. Van Arsdale
>Office of the U. S. Trustee
>701 East Broad Street
>Suite 4304
>Richmond, VA 23219
>
>Daniel F. Blanks
>Douglas M. Foley
>McGuireWoods LLP
>9000 World Trade Center
>101 W. Main Street
>Norfolk, VA 23510
>
>Dion W. Hayes
>Joseph S. Sheerin
>Sarah Beckett Boehm
>McGuireWoods LLP
>One James Center
>901 E. Cary Street
>Richmond, VA 23219

This _18_ day of November, 2008.

J. Carole Thompson Hord
Georgia Bar No. 291473

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E.; Suite 800
Atlanta, Georgia 30309
(404) 681-3450

LAW OFFICES
SCHREEDER, WHEELER & FLINT, LLP
1100 PEACHTREE STREET, NE
SUITE 800
ATLANTA, GEORGIA 30309-4516

(404) 681-3450
FACSIMILE: (404) 681-1046

November 18, 2008

Clerk of Court
U.S. Bankruptcy Court
701 E. Broad Street
Suite 4000
Richmond, VA 23219-1888

Re: *In re: Circuit City Stores, Inc.*; Chapter 11, United States Bankruptcy Court, Eastern District of Virginia, Richmond Division; Case No. 08-35653-KRH

Dear Sir/Madam:

Enclosed please find an original and one (1) copy of Notice of Appearance and Demand for Notices and Papers regarding the above-referenced matter. Please file the same with the Court and return a stamped copy to me in the envelope provided.

Thank you.

Sincerely,

Theresa L. Sanders
Assistant to J. Carole Thompson Hord, Esq.

/tls
Encls.

K:\137\Clerk ltr 11 18 08 (Circuit City).docx