Jeffrey A. Krieger (CA 156535)
Greenberg Glusker Fields Claman &
  Machtinger LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 553-3610
Facsimile: (310) 553-0687
jkrieger@ggfirm.com

*Attorneys for Southwinds Ltd.*



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al.<br><br>Debtors. | Case No. 08-35653 (KRH)<br>Jointly Administered<br>Chapter 11 |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO DEBTOR'S MATRIX

TO THE CLERK OF THE BANKRUPTCY COURT, THE DEBTOR, THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:

Pursuant to Bankruptcy Rule 2002, Greenberg Glusker Fields Claman & Machtinger LLP, counsel for Southwinds Ltd. ("Party"), hereby requests copies of all notices or other documents to be mailed or telecopied to, or otherwise served on, creditors or parties in interest in the above-captioned case, as well as in any related adversary proceedings; and requests that all matters noticed to creditors, creditors' committees, and any other parties in interest, whether sent

by the Court, the debtor or any other creditor or party in the case, be sent to Party through its counsel as follows (and that the following be added to the Court's master mailing list):

Jeffrey A. Krieger, Esq.
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, California 90067-4590
Telephone: (310) 553-3610
Fax No. (310) 553-0687
jkrieger@ggfirm.com

- and -

Southwinds Ltd.
Attn: Paul Resnick
5900 Wilshire Blvd., Suite 2600
Los Angeles, CA 90036
Telephone: (323) 933-6400
Fax No. (323) 933-6440
pr@southwindsltd.com

Neither this request for special notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of any of the Party's:

(a)     right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

(b)     right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c)     right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

(d)     other rights, claims, actions, defenses, setoffs, recoupments or other matters to which the above Party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto the above-described Party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED: November 19, 2008             GREENBERG GLUSKER FIELDS
                                     CLAMAN & MACHTINGER LLP

                                     By: _____
                                         JEFFREY A. KRIEGER (CA SBN 156535)
                                         1900 Avenue of the Stars, Suite 2100
                                         Los Angeles, CA 90067
                                         Telephone: (310) 553-3610
                                         Facsimile: (310) 553-0687
                                         jkrieger@ggfirm.com

                                     *Attorneys for Southwinds Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November, 2008, I caused a copy of the foregoing to be served by first class mail, postage prepaid, addressed as follows:

**Counsel to Debtor**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

**United States Trustee**

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888

_____
Jeffrey A. Krieger



**Jeffrey A. Krieger**
D: 310.785.6869
F: 310.201.2343
JKrieger@GreenbergGlusker.com
File Number: 74043-00002

November 19, 2008

**Via FedEx**

Clerk of the Court
U.S. Bankruptcy Court
Eastern District of Virginia
701 East Broad Street, Suite 4000
Richmond, VA 23219

    Re:    <u>In re Circuit City Stores, Inc., et al., USBC Case No. 08-35653 (KRH)</u>

Dear Sir/Madam:

    Enclosed is an original and one copy of this firm's "Notice of Appearance, Request for Service of Papers and Request To Be Added to Debtor's Matrix" in connection with the above-referenced bankruptcy proceeding. Please file the original and return a file-stamped copy in the self-addressed, stamped envelope provided for your convenience.

    Should have any questions, please call me at (310) 553-3610, Ext. 6634.

    Thank you.

                      Very truly yours,

                      Susan Sullivan
                      Assistant to Jeffrey A. Krieger

Enclosures

**Greenberg Glusker Fields Claman & Machtinger LLP**
1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067
T: 310.553.3610  |  F: 310.553.0687

**GreenbergGlusker.com**

74043-00002/1665406.1