DONCHESS, NOTINGER & TAMPOSI, P.C.
547 Amherst St., Suite 204
Nashua, NH 03063
Tel. 603-886-7266
Fax: 603-886-7922

Attorneys for Eastman Kodak Company



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

* * * * * * * * * * * * * * * * * * * *

In re:                                            Chapter 11

CIRCUIT CITY STORES, INC.,                        Case No. 08-35653-KRH
*et al.*,
    Debtors                                    Jointly Administered

* * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

    PLEASE TAKE NOTICE that the undersigned hereby enter their appearance on behalf of Eastman Kodak Company ("Kodak"), a creditor pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the United States Bankruptcy Code (the "Code"). Accordingly, you are requested to serve a copy of all notices and papers filed herein, including, but not limited to, notices required to be served under Rules 2002 and 9010 and the local Rules of the Bankruptcy Court upon the undersigned at the below address.

    PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Code, the foregoing request includes not only notices and papers referred to in the above-mentioned rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise in this case.

    This Notice of Appearance and any subsequent appearances, pleading, claim, or suit is not intended nor shall be deemed to waive Kodak's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupment to which Kodak is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved hereby.

Respectfully Submitted,

Dated: <u>November 18, 2008</u>    By: _____

Peter N. Tamposi
Donchess Notinger & Tamposi, PC
547 Amherst Street, Suite 204
Nashua, NH 03063
(603)886-7266
Peter@dntpc.com;
nontrustee@dntpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I forwarded a copy of the foregoing was served via electronic service (unless otherwise noted) upon the following:

Daniel F. Blanks dblanks@mcguirewoods.com
Dion W. Hayes dhayes@mcguirewoods.com
Douglas M. Foley dfoley@mcguirewoods.com
Joseph S. Sheerin jsheerin@mcguirewoods.com
Sarah Beckett Boehm sboehm@mcguirewoods.com
Mark K. Ames mark@taxva.com
Mark E. Browning bk-mbrowning@oag.state.tx.us
Charles W. Chotvacs chotvacsc@ballardspahr.com
Andrew S. Conway aconway@taubman.com
Heather D. Dawson hdawson@kkgpc.com
Bradford F. Englander benglander@linowes-law.com
David J. Ervin dervin@kelleydrye.com
Laura Lawton Gee lgee@bakerlaw.com
Christine D. Lynch clynch@goulstorrs.com
John G. McJunkin jmcjunkin@mckennalong.com
Ronald M. Tucker rtucker@simon.com
Mitchell B. Weitzman mweitzman@beankinney.com

U.S. Trustee
W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

Dated: November 18, 2008                                    By:    /s/ Peter N. Tamposi

## Donchess Notinger & Tamposi, P.C.

547 Amherst Street, Ste 204
Nashua NH 03063
Phone 603-886-7266
Fax 603-886-7922

www.dntpc.com

James W. Donchess*
Steven M. Notinger*
Peter N. Tamposi*
Deborah A. Notinger*
*admitted in NH & MA

jim@dntpc.com
steve@dntpc.com
peter@dntpc.com
debbie@dntpc.com

November 18, 2008

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
1100 E. Main Street
Room 310
Richmond, VA, 23219-3515

    In re:   Circuit City Stores, Inc. et al
              Chapter 11 Case No. 08-35653-KRH

Dear Sir/Madam:

    Enclosed herewith for filing please find Notice of Appearance and Request for Notice. I have registered to become a user with limited filing privileges for filing documents via the Electronic Case Filing System but have not yet received a log-in id or password.

                                        Very truly yours,

                                        Peter N. Tamposi

PNT/cag
Enclosure
cc:     Service List