1  MICHAEL W. MALTER, Cal. State Bar #96533
   JULIE H. ROME-BANKS, Cal. State Bar #142364
2  Binder & Malter, LLP
   2775 Park Avenue
3  Santa Clara, CA 95050
   Telephone: (408)295-1700
4  Facsimile: (408) 295-1531
   Email: michael@bindermalter.com
5  Email: julie@bindermalter.com

6  JOHN MARSHALL COLLINS, Cal. State Bar #053320
   John Marshall Collins, P.C.
7  50 W. San Fernando Street, Suite 400
   San Jose, CA 95113
8  Telephone: 408-287-9001
   Facsimile: 408-852-0309
9  email: johnolaw@gmail.com

10 Attorneys for Creditor
   Daly City Partners I, L.P.

RICHMOND DIVISION
FILED
NOV 20 2008
CLERK
U.S. BANKRUPTCY COURT

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

| | |
|---|---|
| In re | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et. al., | Chapter 11 |
| Debtor. | Jointly Administered |

### REQUEST FOR SPECIAL NOTICE

NOTICE IS HEREBY GIVEN that Daly City Partners I, L.P. is a creditor and landlord of the Debtor for the real property located at 303 Gellert Boulevard, Daly City, California 94015 (Store #00253) and does hereby request pursuant to Federal Rule of Bankruptcy Procedure 2002 that it receive notice of all pleadings, notices and other documents, including any proposed plan of reorganization and motion to assume or reject the leases for the subject properties, filed and served in this matter by sending copies of the same to:

Michael W. Malter, Esq.
Julie H. Rome-Banks, Esq.
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
email: michael@bindermalter.com
email: julie@bindermalter.com

1
2
- AND -

3
John Marshall Collins, Esq.
John Marshall Collins, P.C.
4
50 W. San Fernando Street, Suite 400
San Jose, CA 95113
5
email: johnolaw@gmail.com

6
7
Dated: November 19, 2008        BINDER & MALTER LLP

8
9
By /s/ Julie H. Rome-Banks
Julie H. Rome-Banks
10
Attorneys for Creditors

11
JHR:F:\DATAFILES\Clients\Collins, John re Circuit City\Pleading\Request for Special Notice.wpd

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST FOR SPECIAL NOTICE                                    PAGE 2

MICHAEL W. MALTER, Cal. State Bar #96533
JULIE H. ROME-BANKS, Cal. State Bar #142364
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: michael@bindermalter.com
Email: julie@bindermalter.com

JOHN MARSHALL COLLINS, Cal. State Bar #053320
John Marshall Collins, P.C.
50 W. San Fernando Street, Suite 400
San Jose, CA 95113
Telephone: 408-287-9001
Facsimile: 408-852-0309
email: johnolaw@gmail.com

Attorneys for Creditor
Daly City Partners I, L.P.

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

| In re | Case No. 08-35653-KRH |
|---|---|
| CIRCUIT CITY STORES, INC., et. al., | Chapter 11 |
| Debtor. | Jointly Administered |

## CERTIFICATE OF SERVICE

I declare:

I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, CA 95050. On November 19, 2008, I served the following:

REQUEST FOR SPECIAL NOTICE

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at Santa Clara, California addressed as follows:

| | | |
|---|---|---|
| 1 | | |
| 2 | <u>Attorneys for Debtors</u><br>Daniel F. Blanks and Dion Hayes | <u>U.S. Trustee</u><br>Office of the U.S. Trustee |
| 3 | McGuire Woods LLP<br>9000 World Trade Center | Atten: Robert R. Van Arsdale<br>701 E. Broad St. Suite 4304 |
| 4 | 101 W. Main St.<br>Norfolk, VA 23510 | Richmond, VA 23219 |
| 5 | | |
| 6 | Joseph S. Sheerin & Sarah Beckett<br>Boehm<br>McGuire Woods LLP | |
| 7 | One James Center<br>901 East Cary St. | |
| 8 | Richmond, VA 23219 | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Santa Clara, California on November 19, 2008.

*[signature]*
Johnie M. Kelly, Jr.

JHR;F:\DATAFILES\Clients\Collins, John re Circuit City\Pleading\Request for Special Notice - POS.wpd

MICHAEL W. MALTER
HEINZ BINDER
GAYLE ZICKGRAFF GREEN
DAVID B. RAO
ROBERT G. HARRIS
JULIE H. ROME-BANKS
C. LAINE LUCAS
WENDY W. SMITH
ROYA SHAKOORI

NAN L. CORBER
  PARALEGAL

BINDER & MALTER, LLP
ATTORNEYS AT LAW

November 19, 2008

2775 PARK AVENUE
SANTA CLARA, CALIFORNIA 95050

PLEASE REPLY TO:
P.O. BOX 28461
SAN JOSE, CALIFORNIA 95159-8461

TELEPHONE 408-295-1700
FACSIMILE 408-295-1531

Clerk of the Court
United States Bankruptcy Court
  Eastern District of Virginia
701 E. Broad Street, Room 4000
Richmond, VA 23219

    Re:    *In re Circuit City Stores, Inc., et. al.*
              Chapter 11
              Case No. 08-35653 (KRH)

Dear Clerk of the Court:

Enclosed please find the original plus two copies of the following documents:

1.    Request for Special Notice and Certificate of Service.

Please file the original documents and return two conformed copies of each in the enclosed return FedEx envelope. Should you have any questions, please do not hesitate to call me.

Thank you for your assistance.

                              Very truly yours,

                              BINDER & MALTER, LLP

                              Johnie M. Kelly, Jr.
                              Legal Assistant

/jmk
Encls.
F:\Clients\Collins, John re Circuit City\Corr\111908 Ltr to Clerk.wpd