**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090-1 (E) (2), Lynn L. Tavenner and Paula S. Beran, members in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, file this motion with the Court for an Order permitting admission for Jeffrey N. Pomerantz of the law firm Pachulski Stang Ziehl & Jones LLP, to appear and practice *pro hac vice* on behalf of the Official Committee of Unsecured Creditors in the above-captioned cases now pending in the United States Bankruptcy Court for

---

[1] The Debtors in the cases include:  Circuit City Stores, Inc.; Circuit City Stores West Coast, Inc.; InterTAN, Inc.; Ventoux International, Inc.; Circuit City Purchasing Company, LLC; CC Aviation, LLC; CC Distribution Company of Virginia, Inc.; Circuit City Properties, LLC; Kinzer Technology, LLC; Patapsco Designs, Inc.; Sky Venture Corp.; XSStuff, LLC; Courchevel, LLC; Circuit City Stores PR, LLC; Prahs, Inc.; Orbyx Electronics, LLC; Mayland MN, LLC; and Abbott Advertising Agency, Inc.

| | |
|---|---|
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Lynn L. Tavenner (VA Bar No. 30083) |
| Pachulski Stang Ziehl & Jones LLP | Paula S. Beran (VA Bar No. 34679) |
| 10100 Santa Monica Boulevard, 11th Floor | Tavenner & Beran, PLC |
| Los Angeles, CA 90067-4100 | 20 North Eighth Street, 2nd Floor |
| Telephone:  (310) 277-6910 | Richmond, VA  23219 |
| Telecopy:  (310) 201-0760 | Telephone:  (804) 783-8300 |
| And | Telecopy:  (804) 783-0178 |
| Robert J. Feinstein (NY Bar No. 511577) | |
| Pachulski Stang Ziehl & Jones LLP | |
| 780 Third Avenue, 36th Floor | |
| New York, NY 10017-2024 | |
| Telephone:  (212) 561-7700 | |
| Telecopy:  (212) 561-7777 | |
| | |
| Proposed Counsel for the Official | Proposed Co-Counsel for the Official |
| Committee of Unsecured Creditors | Committee of Unsecured Creditors |

the Eastern District of Virginia and any related adversary litigation.  Jeffrey N. Pomerantz is a member in good standing of the bar of the State of California, and is admitted to practice before the bar of the United States District Court for the Central District of California and the California Supreme Court.  There are no disciplinary proceedings pending against him.

WHEREFORE, Lynn L. Tavenner and Paula S. Beran respectfully move this Court for an Order granting Jeffrey N. Pomerantz permission to appear and practice *pro hac vice* on behalf of the Official Committee of Unsecured Creditors and for such other and further relief as the Court deems just and appropriate.

DATE:  November 20, 2008                Respectfully submitted,


By:  ____/s/ Paula S. Beran_____
            Proposed Co-Counsel


Lynn L. Tavenner, Esquire (VA Bar No. 30083)
Paula S Beran, Esquire (VA Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

Proposed Co-Counsel for the Official Committee of Unsecured Creditors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2008, a true and correct copy of the above and foregoing Motion For Admission To Practice Pro Hac Vice was served by either First Class Mail, postage pre-paid and/or by electronic delivery to the parties on the attached Service List.

/s/ Paula S. Beran
Paula S. Beran, Esquire (VA Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |

## ORDER GRANTING ADMISSION PRO HAC VICE

Upon the Motion for Admission to Practice Pro Hac Vice (the "Motion"), and the representations by counsel, Lynn L. Tavenner and Paula S. Beran, that Jeffrey N. Pomerantz is a practicing attorney in good standing in the State of California; it is hereby

ORDERED that Jeffrey N. Pomerantz may appear and practice *pro hac vice* in the above captioned bankruptcy cases and any related adversary litigation on behalf of the Official Committee of the Unsecured Creditors; and it is further

---

[1] The Debtors in the cases include: Circuit City Stores, Inc.; Circuit City Stores West Coast, Inc.; InterTAN, Inc.; Ventoux International, Inc.; Circuit City Purchasing Company, LLC; CC Aviation, LLC; CC Distribution Company of Virginia, Inc.; Circuit City Properties, LLC; Kinzer Technology, LLC; Patapsco Designs, Inc.; Sky Venture Corp.; XSStuff, LLC; Courchevel, LLC; Circuit City Stores PR, LLC; Prahs, Inc.; Orbyx Electronics, LLC; Mayland MN, LLC; and Abbott Advertising Agency, Inc.

| | |
|---|---|
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Lynn L. Tavenner (VA Bar No. 30083) |
| Pachulski Stang Ziehl & Jones LLP | Paula S. Beran (VA Bar No. 34679) |
| 10100 Santa Monica Boulevard, 11th Floor | Tavenner & Beran, PLC |
| Los Angeles, CA 90067-4100 | 20 North Eighth Street, 2nd Floor |
| Telephone: (310) 277-6910 | Richmond, VA 23219 |
| Telecopy: (310) 201-0760 | Telephone: (804) 783-8300 |
| And | Telecopy: (804) 783-0178 |
| Robert J. Feinstein (NY Bar No. 511577) | |
| Pachulski Stang Ziehl & Jones LLP | |
| 780 Third Avenue, 36th Floor | |
| New York, NY 10017-2024 | |
| Telephone: (212) 561-7700 | |
| Telecopy: (212) 561-7777 | |
| | |
| Proposed Counsel for the Official | Proposed Co-Counsel for the Official |
| Committee of Unsecured Creditors | Committee of Unsecured Creditors |

ORDERED, that the Motion is hereby GRANTED.

DATE:

_____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

_____
Lynn L. Tavenner, Esquire (VA Bar No. 30083)
Paula S. Beran, Esquire (VA Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

Proposed Co-Counsel for the Official Committee of Unsecured Creditors

## CERTIFICATE OF ENDORSEMENT UNDER LOCAL RULE 9022-1(c)

I HEREBY CERTIFY that the foregoing proposed order has been endorsed by all necessary parties.

_____
Proposed Co-Counsel

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, INC. | | 9950 MAYLAND DR. | | | RICHMOND | VA | 23233 | | | | | Debtor |
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | | RICHMOND | VA | 23233 | | 804-486-4000 | 804-527-4164 | | Debtor |
| COMMONWEALTH OF VIRGINIA | STATE CORPORATION COMMISSION | TYLER BUILDING | 1300 E. MAIN STREET | | RICHMOND | VA | 23219 | | 804-371-9967 | 804-371-9734 | | Government Agency |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 3600 WEST BROAD STREET | | | RICHMOND | VA | 23230-4915 | | 804-367-8037 | 804-254-6111 | | Government Agency |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | | 202-514-7164 | 202-307-0494 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | DIANA SAENZ | 1200 PENNSYLVANIA AVENUE NW | SUITE 4209 | | WASHINGTON | DC | 20004 | | 202-272-0167 | 202-501-0461 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL | U.S. EPA MAILCODE 2377R | 1300 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20004 | | 202-564-4707 | 202-565-2478 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | | 1650 ARCH STREET | | | PHILADELPHIA | PA | 19103-2029 | | 215-814-2625 | 215-814-3005 | | Government Agency |
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | MR. STEPHEN COULOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 | | 617-897-1500 | 617-897-1510 | | Financial Advisors |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 400 N 8TH STREET BOX 76 | | | RICHMOND | VA | 23219 | | 804-916-8064 | 804-916-8198 | | Government Agency |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | 200 E RANDOLPH DR | | | CHICAGO | IL | 60601 | | | 312-861-2200 | | Counsel to Debtors |
| KURTZMAN CARSON CONSULTANTS LLC | EVAN GERSHBEIN | 2335 ALASKA AVENUE | | | EL SEGUNDO | CA | 90245 | | 310-823-9000 | 310-823-9133 | | Claims Agent |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 | | 804-343-5237 | 804-783-6192 | peter.barrett@kutakrock.com | |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 | | | 804-783-7269 | | Counsel for DIP Agents |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219 | | 804-775-1000 | 804-775-1061 | | Debtor's Local Counsel |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W., 8TH FLOOR | | WASHINGTON | DC | 20036 | | 202-326-6025 | 202-331-1427 | kcordry@naag.org | Government Agency |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 | | 804-786-2071 | 804-786-1991 | | Government Agency |
| OFFICE OF THE SECRETARY OF THE COMMONWEALTH | | 1111 EAST BROAD STREET, 4TH FLOOR | | | RICHMOND | VA | 23219 | | 804-786-2441 | 804-371-0017 | | Government Agency |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219-1888 | | 804-771-2310 | 804-771-2330 | | US Trustee |
| OFFICE OF THE UNITED STATES TRUSTEE | RICHMOND, VIRGINIA OFFICE | 600 EAST MAIN STREET, SUITE 301 | | | RICHMOND | VA | 23219 | | 804-771-2310 | 804-771-2330 | | United States Trustee |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 | | 617-523-9000 | 617-880-3456 | | Counsel to Prepetition Lenders/Counsel to Postpetition Lenders |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | | 202-622-2000 | 202-622-6415 | | Government Agency |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | | 202-942-0900 | 202-942-9625 | | Government Agency |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 233 BROADWAY | NEW YORK | NY | 10279 | | 646-428-1883 | 646-428-1979 | | Government Agency |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | IAN S. FREDERICKS, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | WILMINGTON | DE | 19899-0636 | | 302-651-3000 | 302-651-3001 | | Counsel to Debtors |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Andrew S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | | 248-258-7427 | | Aconway@taubman.com | Counsel for the Taubman Landlords |
| Arent Fox LLP | Timothy F Brown Esq Mary Joanne Dowd Esq Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 | | 202-857-6000 | 202-857-6395 | brown.timothy@arentfox.com dowd.mary@arentfox.com giaimo.christopher@arentfox.com | Counsel for F.R.O., L.L.C. IX |
| Arnall Golden Gregory LLP | Darryl S Laddin Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com frank.white@agg.com | Counsel for Verizon Communications Inc. |
| Assistant Attorney General | Mark Browning | Bankruptcy & Collections Division | PO Box 12548 | Austin | TX | 78711-2548 | | 512-475-4883 | 512-482-8341 | bk-mbrowning@oag.state.tx.us | Counsel for the Texas Comptroller of Public Account |
| Attorney General of the United States | Richard F Stein | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | | | Counsel for the United States of America |
| Attorney General of the United States | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | | | Counsel for the United States of America |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | 804-819-5400 | 804-819-7417 | | Counsel for the United States of America |
| Baker & Hostetler LLP | Pamela Gale Johnson Laura Lawton Gee | 1000 Louisiana Ste 2000 | | Houston | TX | 77002 | | 713-751-1600 | 713-751-1717 | pjohnson@bakerlaw.com lgee@bakerlaw.com | Counsel for UrbanCal Oakland II |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq Charles W Chotvacs Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | | 202-661-2200 | 202-661-2299 | cgp@ballardspahr.com chotvacsc@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq Jeffrey Meyers Esq Jesse N Silverman Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 | | 215-864-8325 | 215-864-9473 | pollack@ballardspahr.com meyers@ballardspahr.com silvermanj@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | | 703-525-4000 | 703-525-2207 | Mweitzman@beankinney.com | Counsel for Tysons 3 LLC; The Ziegler Companies LLC; Madison Waldorf LLC |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | | 562-698-9771 714-994-5131 | 562-696-6357 | ernie.park@bewleylaw.com | Counsel for The Irvine Company LLC |
| Binder & Malter LLP | Michael W Malter Esq Julie H Rome Banks Esq | 2775 Park Ave | | Santa Clara | CA | 95050 | | | | michael@bindermalter.com julie@bindermalter.com | Counsel for Envision Peripherals, Inc. |
| Blank Rome LLP | Regina Stango Kelbon Esq John Lucian Esq | One Logan Sq | | Philadelphia | PA | 19103 | | 215-569-5507 | 215-832-5507 | Kelbon@blankrome.com Lucian@blankrome.com | Counsel for Cellco Partnership, Affiliated license holders dba Verizon Wireless |
| Blankingship & Keith PC | William H Casterline Jr Esq Jeremy B Root Esq | 4020 University Dr Ste 300 | | Fairfax | VA | 22030 | | 703-691-1235 | 703-691-3913 | wcasterlinejr@bklawva.com jroot@bklawva.com | Counsel for ACCO Brands Corporation |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 | | 516-677-8200x225 | | borgeslawfirm@aol.com | Counsel for Sharp Electronics Corporation |
| Bricker & Eckler LLP | Kenneth C Johnson Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 | | 614-227-2300 | 614-227-2390 | kjohnson@bricker.com abeckham@bricker.com | Counsel for Expesite LLC |
| Canon USA Inc | Ruth Weinstein | 1 Canon Plz | | Lake Success | NY | 11042 | | 516-328-5121 | 516-328-5129 | rweinstein@cusa.canon.com | Canon U.S.A., Inc. |
| Carlton Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | | 813-223-7000 | 813-229-4133 | jlamoureux@carltonfields.com | Counsel for Amore Construction Company |
| Christian & Barton LLP | Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | | 804-697-4104 804-697-4100 | 804-697-6104 804-697-4112 | aepps@cblaw.com mmueller@cblaw.com jmclemore@cblaw.com | Counsel for Lexmark International, Inc.; Gateway Center Properties III, LLC; SMR Gateway III, LLC; Union Square Retail Trust; Whitestone Development Partners, L.P. |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | kbifferato@cblh.com cthompson@cblh.com | Counsel for Inland Southwest Management LLC; Inland American Reta Management LLC; Inland US Management LLC; Inland Pacfic Property Services LLC; Inland Commercial Property Management, Inc.; and Inland Continental Property Management Corp. |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | 1875 Eye St NW 11th Fl | | Washington | DC | 20006 | | 202-331-7111 | 202-293-6229 | mpark@cblh.com | Counsel for Inland Southwest Management LLC; Inland American Reta Management LLC; Inland US Management LLC; Inland Pacfic Property Services LLC; Inland Commercial Property Management, Inc.; and Inland Continental Property Management Corp. |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | | 212-755-5500 | | ecotton@ddrc.com | Corporate Counsel |
| Donahue Gallagher Woods LLP | William R Hill Eric A Handler | 300 Lakeside Dr Ste 1900 | | Oakland | CA | 94612 | | 510-451-0544 | 510-832-1486 | rock@donahue.com ehandler@donahue.com | Counsel for Monte Vista Crossings, LLC |
| Donchess Notinger & Tamposi | Peter N Tamposi | 547 Amherst St Ste 204 | | Nashua | NH | 03063 | | 603-886-7266 | | Peter@dntpc.com nontrustee@dntpc.com | Counsel for Eastman Kodak Company |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq John C Smith Esq Elizabeth L Gunn Esq | 600 E Main St 20th Fl | | Richmond | VA | 23219 | | 804-775-6900 | 804-775-6911 | rterry@durrettebradshaw.com jsmith@durrettebradshaw.com egunn@durrettebradshaw.com | Counsel for Hewlett Packard Company |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 | | | | gay@epius.com | Envision Peripherals, Inc |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | | 415-834-3800 | 415-834-1044 | efriedman@friedumspring.com | Counsel for Hewlett-Packard Company |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 | | 505-899-5019 | 505-792-9095 | dave@glassandreynolds.com | Counsel for Homero Mata |
| Goulston & Storrs PC | Christine D Lynch Esq Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | | 617-482-1776 | 617-574-4112 | | Counsel for E&A Northeast Limited Partnership; Route 146 Millbury LLC; Interstate Augusta Properties LLC; SR Weiner & Associates Inc; Ray Mucci's Inc. |
| Greenberg Traurig LLP | Daniel J Ansell Esq | 200 Park Ave | | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | AnsellD@GTLaw.com | Counsel for Gateway Center Properties III, LLC; SMR Gateway III, LLC; Union Square Retail Trust; Whitestone Development Partners, L.P. |
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | | | | bill.ray@hamiltonbeach.com | Credit Manager for Hamilton Beach Brands, Inc |
| Herrick Feinstein LLP | Paul Rubin | Two Park Ave | | New York | NY | 10016 | | 212-592-1400 | 212-592-1500 | prubin@herrick.com | Counsel for Canon U.S.A., Inc |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@haslaw.com | Counsel for DeMatteo Management, Inc |
| Hirschler Fleischer PC | Michael P Falzone Esq Sheila deLa Cruz Esq | PO Box 500 | | Richmond | VA | 23218-0500 | | 804-771-9530 | 804-644-0957 | sdelacruz@hf-law.com mfalzone@hf-law.com | Counsel for Altamonte Springs Real Estate Associates |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq Rachel N Greenberger Esq Nicholas B Malito Esq | 530 Fifth Ave | | New York | NY | 10036 | | 212-818-9000 | 212-869-4830 | skipnis@hgg.com rgreenberger@hgg.com nmalito@hgg.com | Counsel for Dollar Tree Stores, Inc. |
| Holland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 | | 202-457-7049 | 202-955-5564 | richard.lear@hklaw.com | CapTech Ventures, Inc. |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hunton & Williams LLP | Benjamin C Ackerly<br>JR Smith<br>Henry Toby P Long III | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | 804-788-8479 | 804-788-8218 | backerly@hunton.com<br>jrsmith@hunton.com<br>hlong@hunton.com | Counsel for Panasonic Corporation of North America |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 | | 214-468-3334 | 214-468-3599 | mheld@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP |
| Hunton & Williams LLP | Robert S Westermann Esq | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | 804-788-8200 | 804-788-8218 | rwestermann@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP; COMSYS Information Technology Services, Inc. and COMSYS Services, LLC |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | 1900 Avenue of the Stars 7th F | | Los Angeles | CA | 90067 | | 310-203-8080 | 310-712-8571 | dpoitras@jmbm.com | Counsel for THQ, Inc |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | | 202-778-9000 | 202-778-9100 | eric.rusnak@klgates.com | Counsel for Microsoft Corporation |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 | | 206-623-7580 | 206-623-7022 | marc.barreca@klgates.com<br>bankruptcyecf@klgates.com | Counsel for Microsoft Corporation |
| Katten Muchin Rosenman LLP | c o Brian D Huben<br>c o Thomas J Leanse<br>c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | | 310-788-4400 | | | Counsel for The Macerich Company; PREEF Property Management; Watt Companies, Cousins Properties; Portland Investment Company of America; and Prudential Insurance Company of America |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com | Counsel for Developers Diversified Realty Corporation; Weingarten Realty Investors; Basser-Kaufman; General Growth Properties, Inc.; Jones Lang LaSalle Americas, Inc.; Phillips International; S.J. Collins Enterprises, Goodman Enterprises; DeHart Holdings; Weeks Properties CG Holdings; FW CA-BREA Marketplace LLC; Regency Centers, L.P.; RC CA Santa Barbara, LLC; |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 | | 404-237-4100 | 404-364-0126 | hdawson@kkgpc.com | Counsel for Westgate Village LP |