William H. Schwarzschild, III - VSB No. 15274
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone: (804) 783-6489
FAX:     (804) 783-6507
Email:   tschwarz@williamsmullen.com

Counsel for Vonage Marketing Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CIRCIT CITY STORES, INC., *et al.* | ) |
| | ) Case No. 08-35653 - KRH |
| Debtors. | ) |
| | ) Jointly Administered |

**NOTICE OF APPEARANCE OF VONAGE MARKETING INC.
PURSUANT TO BANKRUPTCY RULE 9010 AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned appears as counsel for Vonage Marketing Inc. ("Vonage") a creditor and party in interest herein, and pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, requests that all notice given or required to be given in this case and all papers served in this case be given to and served upon:

William H. Schwarzschild, III - VSB No. 15274
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone: (804) 783-6489
FAX:   (804) 783-6507
Email: tschwarz@williamsmullen.com

and to

Angelique Electra
Vice President – Law
Vonage Holdings, Inc.
23 Main Street
Holmdel, NJ  07733
Phone: (732) 226-4187
Email: angelique.electra@vonage.com

  PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

  Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Vonage's right to have final orders in noncore matters entered only after de novo review by a district court judge (ii) the right to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) the right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which Vonage is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 20, 2008

        WILLIAMS MULLEN

        */s/ William H. Schwarzschild, III*
     By:_____
        Counsel

William H. Schwarzschild, III - VSB No. 15274
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
(804) 783-6489
(804) 783-6507

 Counsel for Vonage Marketing Inc.

## CERTIFICATE OF SERVICE

      I do hereby certify that on this 20th of November, 2008, a true copy of the foregoing Notice of Appearance was served electronically upon the parties receiving notice via the Court's ECF system.

          /s/ *William H. Schwarzschild, III*