# EXHIBIT A

RULE 9(A)(1)
RULES AND REGULATIONS GOVERNING PUBLIC UTILITY SERVICE
MISSISSIPPI PUBLIC SERVICE COMMISSION

(See attached.)

Issued by the MISSISSIPPI PUBLIC SERVICE COMMISSION

*Compiled with Amendments - Effective March 1, 1993*

**RULE 9. CUSTOMER DEPOSITS**

A. DEPOSIT REQUIREMENTS

(1) REGULAR CUSTOMER CLASSIFICATION Each utility may require from any customer or prospective customer a cash deposit to guarantee the payment of any such bills due or which may become due from such customer and safe return of all property belonging to the utility installed at the customer's premises or elsewhere. Such required deposit shall not exceed an amount equivalent to a single estimated average bill in the case of residential customers and two estimated maximum bills for any other customers; provided, however, for all utilities as defined in 77-3-3(d)(3) of the Mississippi Code of 1972, the required deposit shall not exceed the average final bill of customers with similar class and type of service. Each utility may require a reasonable deposit to guarantee safe return of personal property placed in the possession of the customer.*

(2) SPECIAL CUSTOMER CLASSIFICATION Upon request, each utility shall refund the Cash Deposit collected from a residential customer or waive any requirement of Cash Deposit from a residential customer when such person meets the following specific criteria:

(a) Presents satisfactory proof that his or her age is sixty (60) years or more. A birth certificate shall be considered satisfactory proof of age.

(b) indicates that he or she is a primary user of the utility service and subscribed for such service in his or her own name.

(c) Affirms responsibility for the payment of bills for the utility.

(d) Has demonstrated a reasonable payment pattern by having had no balance carried forward from one month's bill to the next during the prior twelve month period. In the event that such deposit has been refunded or waived and the customer's payment pattern changes from the foregoing to one of greater frequency of past due bills or bills with prior balances, customers will be required to restore the deposit so refunded or waived plus any additional amount required to guarantee payment up to the limits set forth in paragraph (1 ) above.**

B. RECORDS OF DEPOSIT Each utility having on hand deposits from customers shall keep records to show (1 ) the name of the customer making the deposit, (2) the account number or other identification of the premises occupied by the customer making the deposit, (3) the amount and date of making the deposit, and (4) a record of each transaction concerning the deposit.

C. RECEIPTS Each utility shall issue to every customer from whom a deposit is received a non-assignable receipt. Each utility shall provide reasonable ways and means whereby the depositor who makes application for the return of his deposit or any balance to which he is entitled but is unable to produce the original receipt may receive his deposit or balance.

D. USE OF DEPOSIT Upon final discontinuance of service, the utility shall apply such deposit to any amount due by the customer for service and for damage or loss of all utility property. If any balance is due the customer, it shall be promptly refunded.

E. UPON SALE OR TRANSFER OF UTILITY Upon sale and transfer of any utility or one or more operating units thereof, the seller shall file with the Commission, under oath, a list showing the names of all customers served by such utility (or such unit, or units) who have to their credit a deposit, the date such deposit was made and the amount thereof.

F. ADDITIONAL DEPOSIT A new or additional deposit may be required upon reasonable written notice of the need for such a requirement in any case where a deposit has been refunded or is found to be inadequate as above provided for, or where a customer's credit standing is not satisfactory to the utility. The service of any customer who fails to comply with these requirements may be discontinued upon reasonable written notice.

G. INTEREST

(1) Cash Deposits made by customers, which are held for one (1) year or more, shall earn simple interest on the following basis: Interest earned prior to January 1,1970, shall be computed at 4% per annum; interest earned after January 1, 1970, shall be computed at 6% per annum; and interest earned from June 30, 1986, shall be computed at 8% per annum, Thereafter, interest shall accrue at a rate and in manner equal to the legal interest rate as set from time to time by the Legislature in Section 75-17-1 (1) of the Mississippi Code 1972, as amended.

(2) All accrued interest held by a utility organization shall be paid in cash or credited to the customer's account on or before July 1st of each successive third year during which service is connected, The principal sum of the Cash Deposit and any unpaid interest shall be applied to the customer's final bill, and any excess amount shall be paid to the customer in cash. Cash Deposits held for less than one full year shall earn no interest.***

*Rule 9. A.(1), as amended by Order of the Commission in Docket U-3761. effective February 5, 1980.

**Rule 9. A.(2). as amended by Order of the Commission in Docket U-3468, effective May 8, 1978.

***Rule 9, G., as last amended by Order of the Commission in Docket U-4859, effective August 6, 1986. (Sixth Amendment)