Circuit City Stores Inc          Exhibit B - Entergy Accounts

| Entergy Entity | Name & Store | Store # | Location | City | Pre - Acct# |
|---|---|---|---|---|---|
| ELI | Circuit City | 3506 | Lapalco Blvd | Harvey | **29028735** |
| ELI | Circuit City | 4308 | Manhattan Blvd Ste B | Harvey | **70120852** |
| ELI | Circuit City | 3507 | 2421 Veterans Memorial Blvd | Kenner | **29043130** |
| ELI | Circuit City | 4135 | 3780 Veterans Memorial Blvd | Metairie | **63603062** |
| | | | | | |
| EAI | Circuit City | 4505 | 109 Markham Park Dr | Little Rock | **7706955** |
| | | | | | |
| EMI | Circuit City | 3521 | 1045 E County Line | Jackson | **17761719** |
| EMI | Circuit City | 3589 | 6680 Southcrest | Southaven | **49548639** |
| | | | | | |
| EGSL | Circuit City | 3274 | 2990 E Prien Lake Rd | Lake Charles | **35556224** |
| EGSL | Circuit City | ? | 8640 Airline Hwy | Baton Rouge | **35353788** |
| EGSL | Circuit City | 4246 | 9300 Mall of LA, STE | Baton Rouge | **73875999** |
| EGSL | Circuit City | 4246 | 9300 Mall of LA, STE | Baton Rouge | **75458927** |
| | | | | | |
| ETI | Circuit City | 3854 | 6115 Eastex Fwy | Beaumont | **3312042** |
| ETI | Circuit City | 6417 (fka 3517) | 6490 Eastex Fwy | Beaumont | **878656** |
| ETI | Circuit City | 3253 | 1455 Lake Woodlands | The Woodlands | **1318796** |
| ETI | Circuit City | 4249 | 8725 Memorial | Port Arthur | **3266345** |