SPOTTS FAIN PC
Robert Chappell, Esq. (VSB #31698)
Jennifer J. West, Esq.  (VSB #47522)
P.O. Box 1555
Richmond, Virginia 23218
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: 804-697-2000
Facsimile: 804-697-2100

    and

DORSEY & WHITNEY LLP
Eric Lopez Schnabel, Esq.
Robert W. Mallard, Esq.
1105 North Market Street (16th Floor)
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 335-0830

Counsel for Entergy

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC. et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-3565-KRH<br><br>(Jointly Administered)<br><br>**Re: Docket ID Nos. 8 and 117** |

**EMERGENCY MOTION TO EXPEDITE HEARING OR SET STATUS CONFERENCE**

Entergy Mississippi, Inc. ("EMI"), Entergy Gulf States Louisiana, L.L.C. ("EGSL"), Entergy Louisiana, LLC ("ELL"), Entergy Arkansas, Inc. ("EAI") and Entergy Texas, Inc. ("ETI", and together with EMI, EGSL, ELL and EAI, "Entergy"), file the Emergency Motion to Expedite Hearing or Set Status Conference (this "Motion") on the Emergency Motion of Entergy for Reconsideration and Vacatur of Order Under Bankruptcy

4816-7519-56514816-7519-5651\1

Code Sections 105(a), 363, and 366 and Bankruptcy Rule 6003 (I) Approving Debtors' Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Requests By Utility Companies For Additional Assurance Of Payment, (III) Scheduling A Hearing With Respect To Contested Adequate Assurance Of Payment Requests, And (IV) Authorizing Debtors To Pay Claims Of A Third Party Vendor (the "<u>Motion to Vacate</u>").[1]  In support of this Motion, Entergy respectfully represents as follows:

1.  On November 10, 2008, the above-captioned Debtors filed for protection under Chapter 11 of the Bankruptcy Code.  On November 12, 2008, the Court entered the Utility Order granting the Utility Motion.  The Utility Order was entered on an <u>ex parte</u> basis and without reasonable notice to Entergy.  As stated in the Motion to Vacate, the Utility Order improperly enjoins Entergy from exercising its rights under section 366 of the Bankruptcy Code.

2.  The Utility Order impermissibly extends the 30-day period provided by section 366 and thus, enjoins Entergy after the statutory 30-day period provided by section 366 expires.  As such, the Utility Order vitiates Entergy's right to receive satisfactory assurance of payment within the first 30 days of this case.  In light of this impermissible extension and injunction, and because the Utility Order was entered on an <u>ex parte</u> basis, Entergy requests that the Court expedite the hearing of the Motion to Vacate or set a status conference with respect to this Motion prior to the Determination Hearing currently set for December 5, 2008.

3.  Failure to afford Entergy an opportunity to be heard on an expedited basis prior to the Determination Hearing will moot its procedural objections to the Utility Order and thereby deny Entergy its right to press all of its objections to the Utility Order before this Court.  As orders such as the Utility Order are repeatedly entered on an ex parte basis without reasonable

---

[1] All capitalized terms shall have the meaning set forth in the Motion to Vacate.

or any notice to Entergy, expedited treatment of the Motion to Vacate is the only means by which Entergy will be an afforded an opportunity to address its concerns and objections to such orders before this Court.

**WHEREFORE**, Entergy respectfully requests that this Court enter an order (i) setting a hearing prior to the Determination Hearing, currently set for December 5, 2008, to hear the Motion to Vacate or, in the alternative, set a status conference on this Motion, and (ii) grant such other relief as is just and proper.

Dated: November 20, 2008                SPOTTS FAIN PC


 /s/ Jennifer J. West
Robert Chappell, Esq. (VSB #31698)
Jennifer J. West, Esq.  (VSB #47522)
P.O. Box 1555
Richmond, Virginia 23218
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Tel: 804-697-2000
Fax: 804-697-2100

and

DORSEY & WHITNEY LLP
Eric Lopez Schnabel, Esq.
Robert W. Mallard, Esq.
1105 North Market Street (16th Floor)
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 335-0830

Counsel for Entergy

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC. et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>(Jointly Administered)<br><br>**Re: Docket ID Nos. 18 and 117** |

## ORDER

Upon consideration of the Emergency Motion to Expedite Hearing or Set Status Conference (the "Motion to Expedite")[1] on the Emergency Motion of Entergy for Reconsideration and Vacatur of Order Under Bankruptcy Code Sections 105(a), 363, and 366 (I) Approving Debtors' Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Requests By Utility Companies For Additional Assurance Of Payment, (III) Scheduling A Hearing With Respect To Contested Adequate Assurance Of Payment Requests, And (IV) Authorizing Debtors To Pay Claims Of A Third Party Vendor (the "Motion to Vacate"), and for good cause shown, it is hereby:

ORDERED, that the Motion to Expedite is GRANTED;

ORDERED, that a hearing is scheduled on the Motion to Vacate for _____ of _____, 2008 at _____ am/pm with any objections to the Motion to Vacate due on or before _____ of _____, 2008 at _____ am/pm;

---

[1] All capitalized terms shall have the meaning set forth in the Motion to Expedite.

4816-7519-5651

ORDERED, that a hearing is scheduled on the Motion to Expedite for _____ of _____, 2008 at _____ am/pm with any objections to the Motion to Expedite due on or before _____ of _____, 2008 at _____ am/pm.

Dated:_____, 2008        _____
United States Bankruptcy Judge

WE ASK FOR THIS:

 /s/ _____
Robert Chappell, Esq. (VSB #31698)
Jennifer J. West, Esq. (VSB #47522)
SPOTTS FAIN PC
P.O. Box 1555
Richmond, Virginia 23218
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Tel: 804-697-2000
Fax: 804-697-2100

and

DORSEY & WHITNEY LLP
Eric Lopez Schnabel, Esq.
Robert W. Mallard, Esq.
1105 North Market Street (16th Floor)
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 335-0830

Counsel for Entergy

**LBR 9022-1 CERTIFICATION OF SERVICE**

I, Jennifer J. West, hereby certify that on the _____ day of November, 2008, pursuant to Local Rule 9022-1, the foregoing Order was served upon the parties on the attached service list, constituting all necessary parties, in the manner indicated.

2

SERVICE LIST
Circuit City Stores, Inc. et al
Case No. 08-35653-KRH

*Via E-Mail or ECF:*

| | |
|---|---|
| (Counsel to Debtor) | (Counsel to Debtor) |
| Daniel F. Blanks, Esq. | Dion W. Hayes, Esq. |
| Douglas M. Foley, Esq. | Joseph S. Sheerin, Esq. |
| McGuire Woods LLP | Sarah Beckett Boehm, Esq. |
| 9000 World Trade Center | McGuire Woods LLP |
| 101 W. Main Street | One James Center |
| Norfolk, VA 23510 | 901 East Cary St. |
| dblanks@mcguirewoods.com | Richmond, VA 23219 |
| dfoley@mcguirewoods.com | dhayes@mcguirewoods.com |
| | jsheerin@mcguirewoods.com |
| | sboehm@mcguirewoods.com |
| | |
| (United States Trustee) | (Counsel for U.S. Trustee) |
| W. Clarkson McDow, Jr., Esq. | Robert B. Van Arsdale, Esq. |
| Office of the United States Trustee | Office of the United States Trustee |
| 701 E. Broad St., Suite 4304 | 701 East Broad Stret, Suite 4304 |
| Richmond, VA 23219 | Richmond, VA 23219 |
| | Robert.B.Van.Arsdale@usdoj.gov |

(Counsel for Bank of America, N.A.)
David S. Berman, Esq.
Riemer & Braunstein
Three Center Plaza, 6th Floor
Boston, MA 02108
DBerman@riemerlaw.com

*Via First Class Mail:*

(Debtor)
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

3

**PARTIES TO RECEIVE COPIES:**

Daniel F. Blanks, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

W. Clarkson McDow, Jr., Esq.
Office of the United States Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

David S. Berman, Esq.
Riemer & Braunstein
Three Center Plaza, 6th Floor
Boston, MA 02108

Dion W. Hayes, Esq.
McGuire Woods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Stret, Suite 4304
Richmond, VA 23219

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Robert Chappell, Esq.
SPOTTS FAIN PC
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219

DORSEY & WHITNEY LLP
Eric Lopez Schnabel, Esq.
Robert W. Mallard, Esq.
1105 North Market Street (16th Floor)
Wilmington, Delaware 19801

4