SPOTTS FAIN PC
Robert Chappell, Esq. (VSB #31698)
Jennifer J. West, Esq.  (VSB #47522)
P.O. Box 1555
Richmond, Virginia 23218
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: 804-697-2000
Facsimile: 804-697-2100

    and

DORSEY & WHITNEY LLP
Eric Lopez Schnabel, Esq.
Robert W. Mallard, Esq.
1105 North Market Street (16th Floor)
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 335-0830

Counsel for Entergy

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC. et al., | Case No. 08-35653 (KRH) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket ID Nos. 8 and 117** |

## CERTIFICATION REGARDING REQUEST FOR EXPEDITED HEARING

In support of the attached request for an expedited hearing as required by Local Bankruptcy Rule 9013-1(N), I hereby certify that:

    1.  I have carefully examined the matter and concluded that there is a true need for an emergency hearing;

2. I have not created the emergency through any lack of due diligence; and

3. I have made a *bona fide* effort to resolve the matter without hearing.

Dated:  November 20, 2008                              SPOTTS FAIN PC

                                             /s/ Jennifer J. West
Robert Chappell, Esq. (VSB #31698)
Jennifer J. West, Esq.  (VSB #47522)
P.O. Box 1555
Richmond, Virginia 23218
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: 804-697-2000
Fax: 804-697-2100

        and

DORSEY & WHITNEY LLP
Eric Lopez Schnabel, Esq.
Robert W. Mallard, Esq.
1105 North Market Street (16th Floor)
Wilmington, Delaware 19801
Telephone: (302) 425-7162
Facsimile: (302) 335-0830

Counsel for Entergy