UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Kevin R. Huennekens |

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF HOWARD S. STEEL

David J. Ervin (the "Movant"), a member in good standing of the bar of the Commonwealth of Virginia, a partner with the law firm of Kelley Drye & Warren LLP and an attorney admitted to practice before this Court, hereby moves this Court for entry of an Order permitting Howard S. Steel, an associate with the law firm of Kelley, Drye & Warren LLP, to appear *pro hac vice* before this Court on behalf of Developers Diversified Realty Investors, General Growth Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, Inc., FW CA-Brea Marketplace, LLC, Regency Centers, L.P., RC CA Santa Barbara, LLC, Jones Lang LaSalle Americas, Inc., Philips International, S.J. Collins Enterprises, Goodman Enterprises, DeHart Holdings, and Weeks Properties CG Holdings (collectively the "Landlords") pursuant to Local Bankruptcy Rule 2090-1(E)(2). In support thereof, Movant states as follows:

1. Howard S. Steel is a non-resident of the Eastern District of Virginia, is a member in good standing of the bar of the State of New York. There are no disciplinary proceedings pending against Mr. Steel.

2. Movant requests that this Court admit Howard S. Steel to practice before this Court for the purpose of appearing as counsel in the jointly administered Chapter 11 bankruptcy cases commenced by Circuit City Stores, Inc., et al. ("Debtors").

3. A copy of this Application has been served upon counsel for the Debtors and the Office of the United States Trustee for the Eastern District of Virginia.

4. Pursuant to Local Bankruptcy Rule 9013(G), and because there are no novel issues of law presented in this Application, Movant requests waiver of the requirement that all motions be accompanied by written memoranda of law.

WHEREFORE, Movant respectfully requests that this Court enter an Order substantially in the form annexed hereto permitting Howard S. Steel to appear and be heard *pro hac vice* in association with Movant, as counsel to the Landlords, in the Debtors' chapter 11 bankruptcy cases and grant such other relief as necessary and appropriate.

Dated: New York, New York
November 20, 2008

KELLEY DRYE & WARREN LLP

By: /s/ *David J. Ervin*_____
David J. Ervin (VSB No. 34719)
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Tel: (202) 342-8436
Fax: (202) 342-8451

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 20th day of November 2008 caused the service of a copy of the foregoing Application for Admission *pro hac vice* of Howard S. Steel to be sent to those on the annexed Service List, at the address designated by them for service of papers by depositing a true copy of said document enclosed in a prepaid, sealed wrapper, in an official depository under the exclusive care and custody of the United States Post Office, within the State of New York.

*/s/ David J. Ervin*
David J. Ervin

2

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center,
101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF HOWARD S. STEEL**

Upon consideration of the Application for Admission *pro hac vice* of Howard S. Steel filed by David J. Ervin, and it appearing that the Application having been served upon counsel for Circuit City Stores, Inc., *et al.* (collectively, the "Debtors'), the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefor, it is this

____ day of November, 2008, hereby,

**ORDERED**, that pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2), Howard S. Steel be and is hereby permitted to appear and be heard *pro hac vice* as counsel to General Growth Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, FW CA-Brea Marketplace, LLC, Regency Centers, L.P., RC CA Santa Barbara, LLC, Jones Lang LaSalle Americas, Inc., Philips International, S.J. Collins Enterprises, Goodman Enterprises, DeHart Holdings and Weeks Properties CG Holdings in the jointly administered Chapter 11 bankruptcy cases commenced by the Debtors.

_____

We ask for this:
*/s/ David J. Ervin*
David J. Ervin (VSB No. 34719)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Tel: (202) 342-8436
Fax: (202) 342-8451

3