SPOTTS FAIN PC
Robert Chappell, Esq. (VSB #31698)
Jennifer J. West, Esq.  (VSB #47522)
P.O. Box 1555
Richmond, Virginia 23218
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:  804-697-2000
Facsimile: 804-697-2100

   and

DORSEY & WHITNEY LLP
Eric Lopez Schnabel, Esq.
Robert W. Mallard, Esq.
1105 North Market Street (16th Floor)
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 335-0830

Counsel for Entergy

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC. <u>et al.</u>,<br><br>  Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>(Jointly Administered)<br><br>**RE: DOCKET NOS. 8 AND 117** |

## <u>CERTIFICATE OF SERVICE</u>

  I, Jennifer J. West, hereby certify that on the 20th day of November, 2008, that the following

documents were served upon the parties on the attached service list in the manner indicated.

- Emergency Motion of Entergy for Reconsideration and Vacatur of Order Under Bankruptcy Code Sections 105(a), 363 and 366 (I) Approving Debtors' Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Requests By Utility Companies For Additional Assurance Of Payment, (III) Scheduling A Hearing With Respect To Contested Adequate Assurance Of Payment Requests, And (IV) Authorizing Debtors To Pay Claims Of A Third Party Vendor

- Emergency Motion to Expedite Hearing or Set Status Conference

SPOTTS FAIN PC

 /s/ Jennifer J. West
Jennifer J. West, Esq.
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219

<u>SERVICE LIST</u>
Circuit City Stores, Inc. et al
Case No. 08-35653-KRH

### *<u>Via E-Mail or ECF:</u>*

(Counsel to Debtor)
Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510
dblanks@mcguirewoods.com
dfoley@mcguirewoods.com

(Counsel to Debtor)
Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 East Cary St.
Richmond, VA  23219
dhayes@mcguirewoods.com
jsheerin@mcguirewoods.com
sboehm@mcguirewoods.com

(United States Trustee)
W. Clarkson McDow, Jr., Esq.
Office of the United States Trustee
701 E. Broad St., Suite 4304
Richmond, VA  23219

(Counsel for U.S. Trustee)
Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Stret, Suite 4304
Richmond, VA  23219
Robert.B.Van.Arsdale@usdoj.gov

(Counsel for Bank of America, N.A.)
David S. Berman, Esq.
Riemer & Braunstein
Three Center Plaza, 6th Floor
Boston, MA  02108
DBerman@riemerlaw.com

### *<u>Via First Class Mail:</u>*

(Debtor)
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA  23233