SPOTTS FAIN PC
Robert Chapel, Esq.
Jennifer J. West, Esq.
P.O. Box 1555
Richmond, Virginia 23218
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Direct Dial: 804-697-2094
Fax: 804-697-2194

    and

DORSEY & WHITNEY LLP
Eric Lopez Schnabel, Esq.
Robert W. Mallard, Esq.
1105 North Market Street (16th Floor)
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 335-0830

Counsel for Entergy

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC. et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

    I, Jennifer J. West, certify that on the 20th day of November, 2008, I caused the following documents to be served upon the parties on the attached service list in the manner indicated.

- Notice of Deposition and Request for Production of Documents

                        SPOTTS FAIN PC

                        /s/ Jennifer J. West
                        Jennifer J. West, Esq.
                        411 E. Franklin Street, Suite 600
                        Richmond, Virginia 23219

<u>SERVICE LIST</u>
Circuit City Stores, Inc. et al
Case No. 08-35653-KRH

***Via E-Mail or ECF:***

(Counsel to Debtor)
Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510
dblanks@mcguirewoods.com
dfoley@mcguirewoods.com

(Counsel to Debtor)
Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 East Cary St.
Richmond, VA  23219
dhayes@mcguirewoods.com
jsheerin@mcguirewoods.com
sboehm@mcguirewoods.com

(United States Trustee)
W. Clarkson McDow, Jr., Esq.
Office of the United States Trustee
701 E. Broad St., Suite 4304
Richmond, VA  23219

(Counsel for U.S. Trustee)
Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Stret, Suite 4304
Richmond, VA  23219
Robert.B.Van.Arsdale@usdoj.gov

***Via First Class Mail:***

(Debtor)
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA  23233