UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**LIMITED OBJECTION TO MOTION OF THE DEBTORS FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363 and 365 (I) ASSUMING THE AGENCY AGREEMENT AMONG THE DEBTORS, HILCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC, AND (II) AUTHORIZING THE DEBTORS TO CONTINUE AGENCY AGREEMENT SALES PURSUANT TO STORE CLOSING AGREEMENT**

Generation One and Two, LP; Cohab Realty, LLC; Kimco Realty Corp.; Chung Hee Kim (Ridgehaven Plaza Shopping Center); KRG Market Street Village, LP; International Speedway Square, Ltd.; Kite Coral Springs, LLC; and Fishers Station Development Co. ( collectively, the "Landlords") hereby object to the Debtors' Motion For Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement (the "Motion"), and hereby join in the objections and responses of The Macerich Company, RREEF Management Company, Cousins Properties Incorporated, and Watt Management Company and

---

Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Counsel to Generation One and Two, LP; Cohab Realty, LLC;
Kimco Realty Corp.; Chung Hee Kim (Ridgehaven Plaza
Shopping Center); KRG Market Street Village, LP;
International Speedway Square, Ltd.; Kite Coral Springs,
LLC; and Fishers Station Development Co.

the Objection of Landover (Landover Crossing) LLC thereto, and in any other objections consistent therewith.

WHEREFORE, the Landlords respectfully request that the Court (1) deny approval of the Motion unless and until it is modified as requested in accordance with the prayers set forth in the two objections described above; and (2) for such further relief as the Court deems just.

Dated:  November 20, 2008                CHRISTIAN & BARTON, LLP


By:    /s/ Jennifer M. McLemore
       Augustus C. Epps, Jr., Esquire (VSB 13254)
       Michael D. Mueller, Esquire (VSB 38216)
       Jennifer M. McLemore, Esquire (VSB 47164)
       Noelle M. James, Esquire (VSB 76001)
       909 East Main Street, Suite 1200
       Richmond, Virginia 23219
       Telephone:  (804) 697-4100
       Facsimile: (804) 697-4112

*Counsel for Generation One and Two, LP; Cohab Realty, LLC; Kimco Realty Corp.; Chung Hee Kim (Ridgehaven Plaza Shopping Center); KRG Market Street Village, LP; International Speedway Square, Ltd.; Kite Coral Springs, LLC; and Fishers Station Development Co.*


## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of November, 2008, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.


/s/ Jennifer M. McLemore
Jennifer M. McLemore

909927.1