Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com

*Attorneys for The Macerich Company,*
*RREEF Management Company, Cousins Properties*
*Incorporated, The Prudential Insurance Company*
*of America, Watt Management Company, and*
*Portland Investment Company*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

---------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
**CIRCUIT CITY STORES, INC.** *et al.*.              :     Case No. 08-35653-KRH
                                                    :
         Debtors.                                   :     Jointly Administered
---------------------------------------------------------x

### MOTION FOR ADMISSION *PRO HAC VICE*

Constantinos G. Panagopoulos and Charles W. Chotvacs (the "Movants"), members in good standing with the State Bar of the Commonwealth of Virginia and attorneys admitted to practice before the United States District and Bankruptcy Courts for the Eastern District of Virginia, and attorneys with the law firm of BALLARD SPAHR ANDREWS & INGERSOLL, LLP, hereby respectfully move the Court pursuant to Local Rule 2090-1(E)(2) to enter an Order permitting Dustin P. Branch, an attorney and member of the law firm of KATTEN MUCHIN ROSENMAN, LLP ("Katten"), 2029 Century Park East, Suite 2600, Los Angeles, California 90067, to appear *pro hac vice* before this Court in the above-captioned cases on behalf of The Macerich Company, RREEF Management Company, Cousins Properties Incorporated, The

DMEAST #10155469 v1

Prudential Insurance Company of America, Watt Management Company, Portland Investment Company, and any other landlords that may come to be represented by Katten. In support of this motion, movants state as follows:

1. Dustin P. Branch is a non-resident of the Eastern District of Virginia, and is a member in good standing of the bar of the State of California. Mr. Branch is admitted to practice before the United States Court of Appeals for the Ninth Circuit and the United States District Courts for the Southern, Central, Northern, and Eastern Districts of California; and has previously been admitted to the United States Court of Appeals for the Fourth Circuit. Mr. Branch received his J.D. from the University of San Diego School of Law, and his Bachelor's degree from the University of California at Santa Barbara. There are no disciplinary proceedings pending against Mr. Branch.

2. Mr. Branch understands that if he is admitted *pro hac vice* in this case, he will be subject to the disciplinary jurisdiction of this Court.

3. Movants request the Court to allow Mr. Branch to file pleadings and to appear and be heard, in association with movants, in the procedurally consolidated and jointly administered Chapter 11 bankruptcy cases commenced by Circuit City Stores, Inc., *et al.* (collectively, the "Debtors") on behalf of The Macerich Company, RREEF Management Company, Cousins Properties Incorporated, The Prudential Insurance Company of America, Watt Management Company, and Portland Investment Company.

4. Pursuant to Local Rule 9013-1(G) and because there are no novel issues of law presented in this motion, movants request that the requirement that all motions be accompanied by a written memorandum of law be waived.

5. Pursuant to Local Rule 9013-1(L) and because this motion does not present contested issues, movants request that the Court rule upon the motion without an oral hearing.

6. Notice of this Motion has been given to (a) the Office of the Unites States Trustee, (b) counsel for the Debtors, and (c) all persons receiving electronic notice via the Court's CM/ECF system.

WHEREFORE, movants respectfully request that the Court enter an Order, substantially in the form attached hereto as Exhibit A, permitting Mr. Branch to appear *pro hac vice*, in association with movants, as counsel for The Macerich Company, RREEF Management Company, Cousins Properties Incorporated, The Prudential Insurance Company of America, Watt Management Company, and Portland Investment Company.

        Respectfully submitted,

        /s/   Charles W. Chotvacs
        Constantinos G. Panagopoulos (VSB #33356)
        Charles W. Chotvacs (VSB #70045)
        BALLARD SPAHR ANDREWS & INGERSOLL, LLP
        601 13th Street, N.W.
        Suite 1000 South
        Washington, D.C.  20005-3807
        Telephone: (202) 661-2200
        Facsimile: (202) 661-2299
        cgp@ballardspahr.com
        chotvacsc@ballardspahr.com

November 20, 2008

        *Counsel for The Macerich Company,*
        *RREEF Management Company,*
        *Cousins Properties Incorporated,*
        *The Prudential Insurance Company of America,*
        *Watt Management Company, and*
        *Portland Investment Company*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2008, the foregoing Motion for Admission *Pro Hac Vice* and Proposed Order, were filed and served electronically using the Court's CM/ECF system, and that, in addition, true and correct copies of the foregoing were mailed, First-Class postage prepaid, to the following parties:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
Fax: (804) 771-2330
*Assistant United States Trustee*

Dion W. Hayes
Douglas M. Foley
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
Fax: (804) 775-1061
*Counsel for Debtors*

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
Fax: (302) 651-3001
*Counsel for Debtors*

Timothy G. Pohl
Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL  60606
Fax: (312) 407-0411
*Counsel for Debtors*

                                                 /s/  Charles W. Chotvacs
                                                 Charles W. Chotvacs