Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com

*Attorneys for The Macerich Company,
RREEF Management Company, Cousins Properties
Incorporated, The Prudential Insurance Company
of America, Watt Management Company, and
Portland Investment Company*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

---------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
**CIRCUIT CITY STORES, INC. *et al.*.**             :     Case No. 08-35653-KRH
                                                    :
       Debtors.                                     :     Jointly Administered
---------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This matter came before the Court on the motion of movants Constantinos G. Panagopoulos and Charles W. Chotvacs for the admission *pro hac vice* of Dustin P. Branch in the above-captioned bankruptcy cases on behalf of The Macerich Company, RREEF Management Company, Cousins Properties Incorporated, The Prudential Insurance Company of America, Watt Management Company, and Portland Investment Company.  Upon consideration of the motion, and the record in this case, and finding that cause exists for the relief requested in the motion, it is hereby ORDERED that movants' motion is GRANTED.  Dustin P. Branch may appear *pro hac vice* as counsel for The Macerich Company, RREEF Management Company, Cousins Properties Incorporated, The Prudential Insurance Company of America, Watt

DMEAST #10155343 v1

Management Company, and Portland Investment Company in the above-captioned bankruptcy cases filed by Debtors.

Dated: _____  _____
Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: _____

We ask for this:

 /s/  Charles W. Chotvacs
Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com
*Counsel for The Macerich Company,*
*RREEF Management Company, Cousins Properties*
*Incorporated, The Prudential Insurance Company*
*of America, Watt Management Company, and*
*Portland Investment Company*

**Local Rule 9022-1(C) Certification**

    The foregoing Order was served upon all necessary parties pursuant to Local Rule 9022-1(C).

                    /s/  Charles W. Chotvacs
                    Charles W. Chotvacs

2

Copies of the Order shall go to:

Constantinos G. Panagopoulos
Charles W. Chotvacs
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807

Dustin P. Branch
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Assistant United States Trustee*

Dion W. Hayes
Douglas M. Foley
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for Debtors*

Timothy G. Pohl
Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtors*

3