William R. Hill (Cal. Bar No. 114954)
Eric A. Handler (Cal. Bar No. 224637)
DONAHUE GALLAGHER WOODS LLP
<u>Mail:</u>    300 Lakeside Drive, Suite 1900
         Oakland, California  94612
<u>Tel:</u>    (510) 451-0544
<u>Fax:</u>    (510) 832-1486
<u>Email:</u>    rock@donahue.com
         ehandler@donahue.com

Attorneys for Monte Vista Crossings, LLC


**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.<br><br>               Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>Jointly Administered<br>Judge Kevin R. Huennekens |


**NOTICE OF APPEARANCE AND
<u>REQUEST FOR SERVICE OF NOTICES AND PAPERS</u>**

PLEASE TAKE NOTICE that Monte Vista Crossings, LLC, a California limited liability company ("Monte Vista"), by and through counsel undersigned, hereby appears in the above-captioned cases pursuant to Section 1109(b) of the United Stated Bankruptcy Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Monte Vista requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, that all the above-captioned cases all notices given or required to be given to it and all papers served or required to be served upon it be given to and served upon the following:

    William R. Hill (Cal. Bar No. 114954)
    Eric A. Handler (Cal. Bar No. 224637)
    DONAHUE GALLAGHER WOODS LLP
    300 Lakeside Drive, Suite 1900
    Oakland, California  94612

-1-

Telephone: (510) 451-0544
Facsimile: (510) 832-1486
Email: rock@donahue.com
ehandler@donahue.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the sections and rules of the Bankruptcy Code and Bankruptcy Rules, respectively, specified above, but also includes without limitation any notices, applications, complaints, demands, motions, petitions, pleadings, requests, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, telegraph, telex, telefax, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE this Notice of Appearance and Request for Service of Notices and Papers is not a waiver of (a) Monte Vista's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Monte Vista may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Monte Vista expressly reserves.

///

///

///

///

-3-

Dated: November 20, 2008        Respectfully Submitted,

DONAHUE GALLAGHER WOODS LLP

By: /s/ Eric A. Handler
    William R. Hill (Cal. Bar No. 114954)
    Eric A. Handler (Cal. Bar No. 224637)
    300 Lakeside Drive, Suite 1900
    Oakland, California 94612
    Telephone: (510) 451-0544
    Facsimile: (510) 832-1486
    Email:   rock@donahue.com
             ehandler@donahue.com

Attorneys for MONTE VISTA CROSSINGS, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2008 a copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers was served via electronic service upon the parties registered with the Court's CM/ECF Noticing System and sent by first class, postage prepaid U.S. Mail to:

Office of the United States Trustee
Attn: Robert B. VanArsdale
701 E. Broad Street, Suite 4304
Richmond, VA 23219-1888

Circuit City Stores, Inc.
Attn: Reginald D. Hedgebeth
9950 Mayland Drive
Richmond, VA 23233

Circuit City Stores, Inc.
Attn: Daniel W. Ramsey
9950 Mayland Drive
Richmond, VA 23233

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
33 W. Wacker Drive
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
One James Center
901 E. Carey Street
Richmond, VA 23219

/s/ Eric A. Handler
Eric A. Handler