**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| In re: | : : : : : : : : : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | | Case No. 08-35653 (KRH) |
| Debtors.[1] | | Jointly Administered |

**AFFIDAVIT OF SERVICE**

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On November 18, 2008, copies of the following documents were served via overnight mail upon the parties set forth on the service list attached hereto as **Exhibit A**:

1. Motion for Order Under 11 U.S.C. §§ 105, 362 and 541 and Fed. R. Bankr. P. 3001 and 3002 Establishing Notice, Hearing, and Sell-Down Procedures for Trading in Equity Securities and Claims Against the Debtors' Estates (Docket No. 20)

2. Order Under 11 U.S.C §§ 105, 362 and 541 Fed. R. Bankr. P. 3001 and 3002 Establishing Notice, Hearing, and Sell-Down Procedures for Trading in Equity Securities and Claims Against the Debtors' Estates (Docket No. 135)

3. Notice of Order Under 11 U.S.C. §§ 105, 362 and 541 and Fed. R. Bankr. P. 3001 and 3002 Establishing Notice, Hearing and Sell-Down Procedures for Trading in Equity Securities and Claims Against the Debtors' Estates (Docket No. 197)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

On November 19, 2008, copies of the following document were served via 1) first class mail upon the parties set forth on the service list attached hereto as **Exhibit B**; and 2) electronic mail upon the parties set forth on the service list attached hereto as **Exhibit C**:

Notice of Order Under 11 U.S.C. §§ 105, 362 and 541 and Fed. R. Bankr. P. 3001 and 3002 Establishing Notice, Hearing and Sell-Down Procedures for Trading in Equity Securities and Claims Against the Debtors' Estates (Docket No. 197)

On November 19, 2008, copies of the following documents were served via 1) first class mail upon the parties set forth on the service list attached hereto as **Exhibit D**; and 2) electronic mail upon the party set forth on the service list attached hereto as **Exhibit E**:

1. Motion for Order Under 11 U.S.C. §§ 105, 362 and 541 and Fed. R. Bankr. P. 3001 and 3002 Establishing Notice, Hearing, and Sell-Down Procedures for Trading in Equity Securities and Claims Against the Debtors' Estates (Docket No. 20)

2. Order Under 11 U.S.C §§ 105, 362 and 541 Fed. R. Bankr. P. 3001 and 3002 Establishing Notice, Hearing, and Sell-Down Procedures for Trading in Equity Securities and Claims Against the Debtors' Estates (Docket No. 135)

3. Notice of Order Under 11 U.S.C. §§ 105, 362 and 541 and Fed. R. Bankr. P. 3001 and 3002 Establishing Notice, Hearing and Sell-Down Procedures for Trading in Equity Securities and Claims Against the Debtors' Estates (Docket No. 197)

Dated: November 20, 2008

Evan Gershbein

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th day of November, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature:

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

# EXHIBIT A

Circuit City Stores, Inc.
Shareholders List

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| AIG Private Bank | Pascal Horn | Quantex AG | Erlenmatte 10 | Wollerau | | CH-8832 | Switzerland |
| Arrowstreet Capital Ltd | Vaithi Muttulingam | 44 Brattle St | 5th Fl | Boston | MA | 2116 | |
| Aviva Gestion D'Actifs | Aviva Investors France | 24-26 rue de la Pepiniere | | Paris | France | 75008 | France |
| Aviva PLC | Mary Ward | St Helen's 1 Undershaft | | London | England | EC3P 3DQ | UK |
| Bank of New York Mellon Corp | David Belsterling | One Wall St | | New York | NY | 10286 | |
| Barclays Gloval Investors UK | Chris Christensen | 1 Churchill Place | | London | | E14 5HP | UK |
| Barclays PLC | Darrell King | 1 Churchill Place | | London | | E145HP | UK |
| Blackrock Advisors | Denis Molleur | 100 Bellevue Pkwy | | Wilmington | DE | 19809 | |
| Blackrock Group Ltd | Dennis Molleur | 33 King William St | | London | | ECAR9AS | UK |
| Blackrock Group Ltd | Dennis Stattman | 6C route de Treves | | Senningerberg | | L-2633 | Luxembourg |
| Blackrock Investment Mgmt LLC | Karen Clark | 40 E 52nd St | | New York | NY | 10022 | |
| Brandes Investment Partners LP | Adelaide Pund | 11988 El Camino Real | Suite 500 | San Diego | CA | 92191 | |
| California Public Employee Retirement - Calpers | Matthew Flynn | 400 Q St | Ste 4800 | Sacramento | CA | 95814 | |
| Chubb Corp | Henry B Schram | 15 Mountain View Rd | PO Box 1615 | Warren | NJ | 7061 | |
| Citadel Investment Group LLC | Peter Jenson | 131 S Dearborn | | Chicago | IL | 60603 | |
| Citigroup Incorporated | Riqueza V Feaster | 399 Park Avenue | | New York | NY | 10049 | |
| Classic Fund Mgmt AG | Thomas Braun | Classic Fund Management AG | Raetikonstrasse 33 | Vaduz | | 9490 | Liechtenstein |
| Classic Fund Mgmt AG | Georg Von Wyss | Classic Fund Management AG | Raetikonstrasse 33 | Vaduz | | 9490 | Liechtenstein |
| Commonwealth of Pennsylvania Public School | Alan H Van Noord | 5 N 5th St | | Harrisburg | PA | 17101 | |
| Credit Suisse | Craig Stier | Eleven Madison Avenue | | New York | NY | 10010 | |
| Deutsche Bank AG | Jeffrey Ruiz | Taunusanlage 12 | | Frankfurt Am Main | | 60325 | Germany |
| Dolphin Limited Partnership | Donald Netter | 96 Cummings Point Rd | | Longwood | FL | 32779 | |
| Dynamic Capital Mgmt LLC | Camille Hayek | 630 Fifth Ave | | New York | NY | 10110 | |
| Federal Insurance Co | Ronald Calavano | 15 Mountain View Rd | | Warren | NJ | 07059-6711 | |
| First Pacific Advisors Inc | J Richard Atwood | 11400 West Olympic Blvd | Suite 1200 | Los Angeles | CA | 90064 | |
| First Pacific Advisors Inc | Robert Rodriguez | 11400 West Olympic Blvd | Suite 1200 | Los Angeles | CA | 90064 | |
| First Pacific Advisors Inc | Steven T Romick | 11400 West Olympic Blvd | Suite 1200 | Los Angeles | CA | 90064 | |
| Frank Russell Invest Mgmt | Erik Ogard | 909 A St | | Tacoma | WA | 98402 | |
| Frank Russell Trust Company | Mary Beth Rhoden | 909 A St | | Tacoma | WA | 98402 | |
| Goldman Sachs Group Inc | Ronald L Christopher | 85 Broad St | | New York | NY | 10004 | |
| HBK Investment LP | Jon L Mosle | 2101 Cedar Springs Rd | Suite 700 | Dallas | TX | 75201 | |
| Invex Operadora Sa De Cv Sosi | Gilles Boudhors | Paseo de la Reforma No 10 Piso 21 y | 22 Edificio Plaza Caballito | | | | Mexico |
| Jacobs Levy Equity Management Inc | Kenneth N Levy | 100 Campus Drive | PO Box 650 | Florham Park | NJ | 7932 | |
| Jesaga Advisors LLC | Roger Low | 130 Battery St | 6th Fl | San Francisco | CA | 94111 | |
| Jose Abraham Garfias | | Periferico Sur No 4121 | Col Fuentes Del Pedregal | | DF | 05 14141 | Mexico |
| JP Morgan Chase & Co | Anthony Horan | 270 Park Ave | | New York | NY | 10017 | |
| Lehman Brothers Holdings Inc | James J Killerlane III | 745 Seventh Ave | | New York | NY | 10019 | |
| Litman Gregory Fund Advisors | William D'Alonzo | c/o Master Select Funds Trust | 4 Orinda Way Ste 230-D | Orinda | CA | 94563 | |
| Marathon Asset Mgmt LLP | Simon Davies | Orion House | 5 Upper St Martins Ln | London | | WC2H9EA | UK |
| Mercantile Safe Deposit & Trust | Daniel Lysik | PNC Funds Inc | Two Hopkins Plaza | Baltimore | MD | | |
| Merrill Lynch Investment Mgmt | Dennis Stattman | 6C route de Treves | | Senningerberg | | L-2633 | Luxembourg |
| Millennium Mgmt LLC | Robert Williams | 666 Fifth Ave | 8th Fl | New York | NY | 10103 | |
| Morgan Stanley & Co Inc | Dennine Bullard | 1585 Broadway | | New York | NY | 10036 | |
| Morgan Stanley Asset Managmenet | | 4-20-3 Ebisu | Shibuya-Ku | Tokyo | | | Japan |
| Morgan Stanley Dean Witt Adv In | Sherri Cohen | Morgan Stanley Funds | 1221 Avenue of the Americas | New York | NY | 10020 | |
| Norges Bank | Niclas A Winterstorm | Bankplassen 2 | | Oslo | | N-0107 | Norway |
| Northern Trust Co | Nothern Institutional Funds | Chad M Rakvin | 50 S Lasalle St | Chicago | IL | 60675 | |
| Northern Trust Co | Brent Reeder | 50 S Lasalle St | PO Box 75986 | Chicago | IL | 60675 | |
| Northern Trust Corp | Orie Dudley | 50 S Lasalle St | | Chicago | IL | 60675 | |
| Parallax Fund LP | Jill Armstrong | 130 Battery St | 6th Fl | San Francisco | CA | 94111-4906 | |
| PNC Financial Services Group In | Joseph C Guyaux | 249 Fifth Avenue | | Pittsburgh | PA | 15222 | |
| Renaissance Technologies Corp | Mark Silber | 800 Third Ave | 33rd Fl | East Setauket | NY | 11733 | |
| Ricardo Benjamin Salinas Pliego | | Periferico Sur No 4121 | Col Fuentes Del Pedregal | | DF | 05 14141 | Mexico |
| Ricardo Benjamin Salinas Pliego | Chairman/President | Grupo Elektra SA de CV | Insurgentes Sur 3579 Torre II PB | Col Tlalpan la Joya | DF | 14000 | Mexico |

Circuit City Stores, Inc.
Shareholders List

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Royal Capital Management LLC | Yale M Fergang | 623 Fifth Avenue 24th Floor | | New York | NY | 10022 | |
| Shell Asset Management Co | Warishna Baldew | PO Box 575 | | The Hague | | 2501 CN | The Netherlands |
| Southern Farm Bureau Life Insurance Co | Robert Elgin Ward | PO Box 78 | | Jackson | MS | 39205-0078 | |
| State Street Corp | James J Malerba | One Lincoln Street | | Boston | MA | 02111 | |
| State Street Global Advisors | | Midtown Tower 39F | 9-7-1 Akasaka Minato Ku | Tokyo | | | Japan |
| Susquehanna International Group | Todd Silverberg | 401 City Ave | Ste 220 | Bala Cynwyd | PA | 19004 | |
| Teachers Advisors Inc | Michael Albert | 730 Third Avenue | | New York | NY | 10017 | |
| Teachers Ins & Annuity Assoc | Linda Sellers Dougherty | 730 Third Ave | | New York | NY | 10017 | |
| The Vanguard Group | Georg U Sauter | Instl Investor Information Dept | PO Box 2900 | Valley Forge | PA | 19355 | |
| TIAA Cref Investment Management | Michael Albert | 730 Third Avenue | | New York | NY | 10017-3206 | |
| UBS AG | Gordon Kiesling | Bahnhofstrasse 45 | | Zurich | | 8098 | Switzerland |
| Ultimate Electronics Inc | Mark J Wattles | Chairman/CEO | 321 West 84th Ave Suite A | Thornton | CO | 80260 | |
| Van Kampen Asset Management | Stephen L Boyd | Van Kampen Funds | 1 Parkview Plaza PO Box 5555 | Oakbrook Terrace | IL | 60181 | |
| Van Kampen Investments Inc | | One Parkview Plaza | | Oakbrook Terrace | IL | 60181 | |
| Vanguard Group Inc | Glenn Booraem | 100 Vanguard Boulevard | PO Box 2600 | Valley Forge | PA | 19355 | |
| Vanguard Group Inc | John R Chisholm | PO Box 2600 | | Valley Forge | PA | 19482-2600 | |
| Vanguard Group Inc | Michael Perre | Instl Investor Information Dept | PO Box 2900 | Valley Forge | PA | 19355 | |
| Wachovia Securities LLC | Karen F Knudtsen | 301 S College St | | Charlotte | NC | 28288 | |

# EXHIBIT B

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | PHONE | FAX | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | | RICHMOND | VA | 23233 | 804-486-4000 | 804-527-4164 | Debtor |
| COMMONWEALTH OF VIRGINIA | STATE CORPORATION COMMISSION | TYLER BUILDING | 1300 E. MAIN STREET | | RICHMOND | VA | 23219 | 804-371-9967 | 804-371-9734 | Government Agency |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 3600 WEST BROAD STREET | | | RICHMOND | VA | 23230-4915 | 804-367-8037 | 804-254-6111 | Government Agency |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | 202-514-7164 | 202-307-0494 | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | DIANA SAENZ | 1200 PENNSYLVANIA AVENUE NW | SUITE 4209 | | WASHINGTON | DC | 20004 | 202-272-0167 | 202-501-0461 | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL | U.S. EPA MAILCODE 2377R | 1300 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20004 | 202-564-4707 | 202-565-2478 | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | | 1650 ARCH STREET | | | PHILADELPHIA | PA | 19103-2029 | 215-814-2625 | 215-814-3005 | Government Agency |
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | MR. STEPHEN COULOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 | 617-897-1500 | 617-897-1510 | Financial Advisors |
| INTERNAL REVENUE SERVICE | GERALD THORPE | MIC SUITE 2200 | 701 MARKET STREET | | PHILADELPHIA | PA | 19106 | 804-916-3941 | 804-916-3939 | Government Agency |
| INTERNAL REVENUE SERVICE | CAROLYN KIDWELL | INSOLVENCY UNIT | 31 HOPKINS PLAZA, RM. 1140 | | BALTIMORE | MD | 21201 | 410-962-2398 | 410-962-2025 | Government Agency |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | 200 E RANDOLPH DR | | | CHICAGO | IL | 60601 | | 312-861-2200 | Counsel to Debtors |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 | | 804-783-7269 | Counsel for DIP Agents |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219 | 804-775-1000 | 804-775-1061 | Debtor's Local Counsel |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W., 8TH FLOOR | | WASHINGTON | DC | 20036 | 202-326-6025 | 202-331-1427 | Government Agency |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 | 804-786-2071 | 804-786-1991 | Government Agency |
| OFFICE OF THE SECRETARY OF THE COMMONWEALTH | | 1111 EAST BROAD STREET, 4TH FLOOR | | | RICHMOND | VA | 23219 | 804-786-2441 | 804-371-0017 | Government Agency |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219-1888 | 804-771-2310 | 804-771-2330 | US Trustee |
| OFFICE OF THE UNITED STATES TRUSTEE | RICHMOND, VIRGINIA OFFICE | 600 EAST MAIN STREET, SUITE 301 | | | RICHMOND | VA | 23219 | 804-771-2310 | 804-771-2330 | United States Trustee |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 | 617-523-9000 | 617-880-3456 | Counsel to Prepetition Lenders/Counsel to Postpetition Lenders |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | 202-622-2000 | 202-622-6415 | Government Agency |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | 202-942-0900 | 202-942-9625 | Government Agency |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 233 BROADWAY | NEW YORK | NY | 10279 | 646-428-1883 | 646-428-1979 | Government Agency |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | IAN S. FREDERICKS, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | WILMINGTON | DE | 19899-0636 | 302-651-3000 | 302-651-3001 | Counsel to Debtors |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | CHRIS L. DICKERSON, ESQ. | 333 WEST WACKER DRIVE | SUITE 2000 | CHICAGO | IL | 60606 | 312-407-0700 | 312-407-0411 | Counsel to Debtors |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | ATTN: GREGG M. GALARDI | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 | 302-651-3000 | 302-651-3001 | Debtor's Counsel |

Circuit City Stores, Inc.
2002 Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Phone | Fax | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Attorney General of the United States | Richard F Stein | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | Attorney for Williamson County, Texas, et al. |
| Attorney General of the United States | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | Counsel for Annapolis Plaza LLC |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | 804-819-5400 | 804-819-7417 | Counsel for Department of Revenue |
| Goulston & Storrs PC | Christine D Lynch Esq Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | 617-482-1776 | 617-574-4112 | Counsel for E&A Northeast Limited Partnership; Route 146 Millbury LLC; Interstate Augusta Properties LLC; and SR Weiner & Associates Inc |
| Katten Muchin Rosenman LLP | c o Brian D Huben c o Thomas J Leanse c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | 310-788-4400 | | Counsel for F&M Properties, Inc. |
| McCreary Veselka Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 | 512-323-3200 | | Counsel for Lexmark International, Inc. |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | 573-751-5531 | 573-751-7232 | Counsel for Monument Consulting, LLC |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 | 212-603-6300 | 212-581-5981 | Counsel for The Macerich Company; PREEF Property Management; Watt Companies, Cousins Properties; Portland Investment Company of America; and Prudential Insurance Company of America |
| Sands Anderson Marks & Miller | William A Gray C Thomas Ebel | PO Box 1998 | 801 E Main St Ste 1800 | Richmond | VA | 23218-1998 | 804-783-7237 | 804-783-7291 | Counsel for the United States of America |
| Stevens & Lee PC | Steven J Adams Esq | 111 N 6th St | | Reading | PA | 19603 | 610-478-2000 | 610-376-5610 | Counsel for the United States of America |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | 7 Saint Paul St | | Baltimore | MD | 21202 | 410-347-8700 | 410-223-4302 | Counsel for the United States of America |

Circuit City Stores, Inc.
Top 50 Creditors

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|
| ADVERTISING.COM | MARK FAILA | 24143 NETWORK PL | | | CHICAGO | IL | 60673-1241 | 312-416-4000 | 312-419-2910 |
| ALLIANCE ENTERTAINMENT | HEATHER PEACH | 4250 CORAL RIDGE DRIVE | | | CORAL SPRINGS | FL | 33065 | 800-329-7664 X4303 | 954-255-4380 |
| APEX DIGITAL INC | JIM FITZGERALD | 15831 E VALLEY BLVD | | | CITY OF INDUSTRY | CA | 91761 | 909-348-5438 | 909-923-9676 |
| AUDIOVOX | LORIANN SHELTON | 150 MARCUS BLVD | | | HAUPPAUGE | NY | 11788 | 631-436-6563 | 516-802-7008 |
| BELKIN LOGISTICS INC | JOE CAPONETTO | 501 WEST WALNUT STREET | | | COMPTON | CA | 90220 | 847-637-4766 | 310-604-4771 |
| BETHESDA SOFTWORKS | JILL BRALOVE | 1370 PICCARD DR | SUITE 120 | | ROCKVILLE | MD | 20850 | 301-926-8300 | 301-926-8010 |
| BUENA VISTA HOME VIDEO | LIZETTE BRADLEY | 500 SOUTH BUENA VISTA STREET | | | BURBANK | CA | 91521 | 818-567-5864 | 818-567-5807 |
| COLUMBIA TRISTAR HOME VIDEO | MICHAEL SCHILLO | 10202 W. WASHINGTON BLVD. | | | CULVER CITY | CA | 90232 | 310-244-8596 | 310-244-2626 |
| DLINK SYSTEMS | SHEENA LEWIS-WALCZYK | 17595 MOUNT HERMANN ST | | | FOUNTAIN | CA | 92708-4160 | 714-885-6000 | 866-743-4638 |
| EASTMAN KODAK CO | CAROL THOMAS | 3003 SUMMIT BLVD | SUITE 1100 | | ATLANTA | GA | 30319 | 770-522-2577 | 770-392-2850 |
| FOX HOME ENTERTAINMENT | MICHELE VEDO | 2121 AVENUE OF THE STARS | | | LOS ANGELES | CA | 90067 | 310-369-5498 | 310-369-7425 |
| FUJI PHOTO FILM USA | DENNIS FENNELL | 200 SUMMIT LAKE DRIVE | | | VALHALLA | NY | 10595-1356 | 914-789-8286 | 914-789-8640 |
| GARMIN INTERNATIONAL INC | KEVIN RAUCKMAN | 1200 EAST 151ST STREET | | | OLATHE | KS | 66062-3426 | 913-440-1355 | 913-397-8282 |
| GRAPHIC COMMUNICATIONS HOLDINGS INC | ATTN GERALD NONAKA | 16 B JOURNEY | | | ALISO VIEJO | CA | 92656-3317 | 949-215-9388 | 949-215-9324 |
| HEWLETT PACKARD | JONATHAN FAULKNER | 11445 COMPAQ CENTER DR W | | | HOUSTON | TX | 77070 | 281-514-9749 | 281-514-1918 |
| HEWLETT-PACKARD US OPERATIONS | JONATHAN FAULKNER | 11445 COMPAQ CENTER DR W | | | HOUSTON | TX | 77070 | 281-514-9749 | 281-514-1918 |
| HISENSE USA CORPORATION | STEVEN COHEN | 105 SATELLITE BLVD NW | SUITE A | | SUWANEE | GA | 30024 | 678-318-9060 | 678-318-9079 |
| IBM & IBM STRATEGIC OUTSOURCING WIRE | SUZETTE FERNANDES | 9954 MAYLAND DRIVE | OFFICE 5019 - IBM 5TH FLOOR | | RICHMOND | VA | 23233 | 804-486-2555 | 845-491-7202 |
| IBM STRATEGIC OUTSOURCING WIRE | SUZETTE FERNANDES | INTERNATIONAL BUSINESS MACHINES CORPORATION | GLOBAL TECHNOLOGY SERVICES | ROUTE 100 | SOMERS | NY | 10589 | 914-241-0279 | 914-766-7204 |
| INCOMM | MAHAFRIN MEHTA | 250 WILLIAM ST M-100 | | | ATLANTA | GA | 30303 | 770-240-6100 | 404-601-1002 |
| KENSINGTON | JEFF SMITH | 333 TWIN DOLPHIN DRIVE | 6TH FLOOR | | REDWOOD SHORES | CA | 94065 | 650-267-2655 | 650-267-2800 |
| KINGSTON TECHNOLOGIES | DAVID KUAN | 17600 NEWHOPE ST | | | FOUNTAIN VALLEY | CA | 92708 | 714-427-3759 | 714-427-3578 |
| KLIPSCH AUDIO TECHNOLOGIES LLC | JOHN HOOKS | 3502 WOODVIEW TRACE | SUITE 200 | | INDIANAPOLIS | IN | 46268 | 317-860-8100 | 317-860-9178 |
| LENOVO, INC. | MICHAEL O'NEILL; SENIOR VICE PRESIDENT AND GENERAL COUNSEL | 1009 THINK PLACE | | | MORRISVILLE | NC | 27560 | 866-968-4465 | 845-264-6228 |
| LEXAR MEDIA INC | CORRYN OAKLAND | 3475 E. COMMERCIAL CT. | | | MERIDIAN | ID | 83642 | 208-363-5751 | 208-363-5620 |
| LEXMARK INTERNATIONAL INC | RUSS BOOKER | 740 W. NEW CIRCLE RD. | | | LEXINGTON | KY | 40550 | 800-232-2000 | 859-232-2403 |
| LINKSYS | JULIE ASUSIA | 121 THEORY | | | IRVINE | CA | 92612 | 949-823-3740 | 949-823-3006 |
| MICROSOFT CORP | PAM POWELL | 6100 NEIL ROAD | | | RENO | NV | 89511 | 775-335-4252 | 425-936-7329 |
| MICROSOFT CORP CONSIGNMENT | LENKA MENSIKOVA | BELLEVUE CCE/1360 | 37550 112TH STREET | | BELLEVUE | WA | 98004 | 775-335-4252 | 425-936-7329 |
| MICROSOFT XBOX | PAM POWELL | 6100 NEIL ROAD | | | RENO | NV | 89511 | 775-335-4252 | 425-936-7329 |
| MICROSOFT XBOX CONSIGNMENT | ATTN: BOB SMRECANSKY | BELLEVUE CCE/1360 | 37550 112TH STREET | | BELLEVUE | WA | 98004 | 425-260-2874 | 425-936-7329 |
| MITAC USA INC | SARAH CHANG | 47988 FREMONT BLVD | | | FREMONT | CA | 94538 | 510-252-6900 | 510-252-6930 |

11/20/20083:37 PM
Top 50 creditors 081118 (70)

Circuit City Stores, Inc.
Top 50 Creditors

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|
| MITSUBISHI DIGITAL ELECTRONICS | BRIAN ATTEBERRY | 9351 JERONIMO ROAD | | | IRVINE | CA | 92618-1904 | 949-465-6079 | 949-609-4924 |
| MONSTER CABLE | ANNE CASEY | 455 VALLEY DRIVE | | | BRISBANE | CA | 94005 | 415-330-3453 | 415-468-9253 |
| MONSTER CABLE PRODUCTS | ANNE CASEY | 455 VALLEY DRIVE | | | BRISBANE | CA | 94005 | 415-330-3453 | 415-468-9253 |
| MONSTER LLC | AARON MELLOW | 455 VALLEY DRIVE | | | BRISBANE | CA | 94005 | 415-840-2000 | 415-468-9253 |
| NAVARRE CONSIGNMENT | PAT YOUNG | 7400 49TH AVE N | | | NEW HOPE | MN | 55428 | 763-535-8333 | 763-533-2156 |
| NAVARRE CONSIGNMENT SYMANTEC | PAT YOUNG | 7400 49TH AVE N | | | NEW HOPE | MN | 55428 | 763-535-8333 | 763-533-2156 |
| NAVARRE CORPORATION | PAT YOUNG | 7400 49TH AVE N | | | NEW HOPE | MN | 55428 | 763-535-8333 | 763-533-2156 |
| NAVARRE DISTRIBUTION | PAT YOUNG | 7400 49TH AVE N | NW-8510, PO BOX 1450 | | NEW HOPE | MN | 55428 | 763-535-8333 | 763-533-2156 |
| NIKON INC | PAT PREISEL | 1300 WALT WHITMAN RD | | | MELVILLE | NY | 11747 | 631-547-4200 | 631-547-0299 |
| OLYMPUS CORPORATION | ERIC VAUTRIN | 3500 CORPORATE PARKWAY | | | CENTER VALLEY | PA | 18034 | 484-896-3403 | 484-896-7164 |
| OMNIMOUNT SYSTEMS INC | KRISTIN JACOBS | 8201 S. 48TH STREET | | | PHOENIX | AZ | 85044 | 480-829-8000 X125 | 602-296-0797 |
| ONCORP US, INC | LEGAL DEPARTMENT | 450 E. 96TH STREET | SUITE 500 | | INDIANAPOLIS | IN | 46240 | 317-581-6365 | 317-581-6110 |
| ONKYO USA CORP | MATT ATTANASIO | 18 PARK WAY | | | UPPER SADDLE RIVER | NJ | 07458 | 201-785-2600 | 201-785-2650 |
| PANASONIC COMPANY NATIONAL ACCT | JOSEPH LABRACE | 1707 N RANDALL ROAD | | | ELGIN | IL | 60123 | 847-637-4766 | 847-637-4505 |
| PANASONIC NORTH AMERICA | JOSEPH LABRACE | 1707 N RANDALL ROAD | | | ELGIN | IL | 60123 | 847-637-4766 | 847-637-4505 |
| PARAMOUNT HOME VIDEO | ANDI MARYGOLD | 5555 MELROSE AVE | | | HOLLYWOOD | CA | 90038 | 323-956-5000 | 323-862-1204 |
| PIONEER ELECTRONICS (USA) INC | OSCAR ROLAN | 2265 E 220TH ST | | | LONG BEACH | CA | 90810 | 310-952-2216 | 310-952-2199 |
| PIONEER ELECTRONICS SERVICE | OSCAR ROLAN | 2265 E 220TH ST | | | LONG BEACH | CA | 90810 | 310-952-2216 | 310-952-2199 |
| SAMSUNG ELECTRONICS AMER INC. | JOSEPH MCNAMARA | 105 CHALLENGER ROAD | | | RIDGEFIELD PARK | NJ | 07660 | 201-229-4253 | 804-270-0733 |
| SAMSUNG ELECTRONICS AMERICA | JOHN ALPAY | 3351 MICHELSON DRIVE | SUITE 250 | | IRVINE | CA | 92612 | 949-975-7173 | 949-975-7174 |
| SAMSUNG OPTO ELECTRONICS INC | JOSEPH MCNAMARA | 105 CHALLENGER ROAD | | | RIDGEFIELD PARK | NJ | 07660 | 201-229-4253 | 804-270-0733 |
| SANDISK CORPORATION | ED LYONS | 601 MCCARTHY BLVD | | | MILPITAS | CA | 95053 | 408-801-1000 | 408-801-8683 |
| SHARP ELECTRONICS CORP | MARIO ZINICOLA | 1 SHARP PLAZA | | | MAHWAH | NJ | 07430-2135 | 201-529-8200 | 866-401-1375 |
| SIMPLETECH | ALAN DOCHERTY | 1830 EAST WARNER AVE | | | SANTA ANA | CA | 92705 | 949-477-7729 | 949-955-1522 |
| SONY | TOM DETULLEO | 120 INTERSTATE PKWY EAST | SUITE 410 | | ATLANTA | GA | 30339 | 610-280-3899 | |
| SONY COMPUTER ENTERTAINMENT | JIM BASS | 919 E. HILLSDALE BLVD | | | FOSTER CITY | CA | 94404 | 650-655-5947 | 650-655-8180 |
| SONY ELECTRONICS INC | STAN GLASGOW PRESIDENT AND COO | 16530 VIA ESPRILLO | | | SAN DIEGO | CA | 92127 | 858-942-7616 | 858-942-4700 |
| STILLWATER DESIGNS INC | KIM WRIGHT | 5021 N. PERKINS ROAD | | | STILLWATER | OK | 74076 | 405-624-8510 X221 | 405-377-3272 |
| THQ INC | ROY DEGROLIER | 29903 AGOURA ROAD | | | AGOURA HILLS | CA | 91301 | 818-871-5000 | 818-871-7400 |
| TOSHIBA AMERICA BUSINESS SOLUTIONS INC | RENEE SOLIS | 2 MUSICK | | | IRVINE | CA | 92618 | 949-462-6423 | 949-462-2508 |
| TOSHIBA AMERICA CONSUMER PRODU | JOE SHEDLOCK | 82 TOTOWA ROAD | | | WAYNE | NJ | 07470 | 973-628-8000 | 973-628-9269 |
| TOSHIBA COMPUTER SYSTEMS DIV | YASUHIKO MIUAMURA | 9740 IRVINE BLVD | | | IRVINE | CA | 92618-1697 | 973-628-8000 | 949-462-0328 |

Circuit City Stores, Inc.
Top 50 Creditors

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|
| VALUESOFT A DIVISION OF THQ | JULIANNE TURK | 3650 CHESTNUT ST N | SUITE 101A | | CHASKA | MN | 55318 | 952-442-7000 X101 | 952-442-7001 |
| VIZIO | ANN TRAN | 39 TESLA | | | IRVINE | CA | 92618 | 949-428-2525 | 949-428-2508 |
| VTECH COMMUNICATIONS INC | SUSAN SPICER | 9590 SW GEMINI DRIVE | SUITE 120 | | BEAVERTON | OR | 97008 | 503-596-1221 | 503-469-0818 |
| VTECH ELECTRONICS | SUSAN SPICER | 9590 SW GEMINI DRIVE | SUITE 120 | | BEAVERTON | OR | 97008 | 503-596-1221 | 503-469-0818 |
| WARNER HOME VIDEO | MIKE SKEENS | 4000 WARNER BLVD | | | BURBANK | CA | 91522 | 818-954-6000 | 818-954-3610 |
| ZENITH ELECTRONICS CORP | PAUL ERTEL | 1000 SYLVAN AVENUE | | | ENGLEWOOD CLIFFS | NJ | 07632 | 201-816-2079 | 201-816-2049 |

# EXHIBIT C

Circuit City Stores, Inc.
2002 Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Andrew S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | Aconway@taubman.com | Counsel for the Taubman Landlords |
| Christian & Barton LLP | Augustus C Epps Jr Esq<br>Michael D Mueller Esq<br>Jennifer M McLemore Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com | Counsel for Lexmark International, Inc. |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 | arlbank@pbfcm.com | Counsel for the City of Cedar Hill; Burleson ISD; Arlington ISD; City of Hurts; Mansfield ISD; Carroll ISD; City of Lake Worth |
| Hunton & Williams LLP | Benjamin C Ackerly<br>JR Smith<br>Henry Toby P Long III | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | backerly@hunton.com<br>jrsmith@hunton.com<br>hlong@hunton.com | Counsel for Panasonic Corporation of North America |
| Linowes and Blocher LLP | Bradford F Englander Esq<br>Brian M Nestor Esq | 7200 Wisconsin Ave Ste 800 | | Bethesda | MD | 20814 | benglander@linowes-law.com<br>bnestor@linowes-law.com | Counsel for Alliance Entertainment Corporation and Source Interlink Media, LLC |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | Ste 3100 Promenade II | 1230 Peachtree St NE | Atlanta | GA | 30309 | bhall@sgrlaw.com | Counsel for Lexington Lion Weston I LP |
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | bill.ray@hamiltonbeach.com | Credit Manager for Hamilton Beach Brands, Inc. |
| Assistant Attorney General | Mark Browning | Bankruptcy & Collections Division | PO Box 12548 | Austin | TX | 78711-2548 | bk-mbrowning@oag.state.tx.us | Counsel for the Texas Comptroller of Public Accounts |
| Office of Joe G Tedder CFC | Bonnie Holly | Deliquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 | bonnieholly@polktaxes.com | Counsel for the Tax Collector for Polk County, Florida |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 | borgeslawfirm@aol.com | Counsel for Sharp Electronics Corporation |
| Arent Fox LLP | Timothy F Brown Esq<br>Mary Joanne Dowd Esq<br>Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 | brown.timothy@arentfox.com<br>dowd.mary@arentfox.com<br>giaimo.christopher@arentfox.com | Counsel for F.R.O., L.L.C. IX |
| LeClairRyan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | Bruce.Matson@leclairryan.com | Counsel for Bank of America, N.A., as Agent |
| Quarles & Brady LLP | Brian Sirower Esq<br>Lori L Winkelman Esq<br>Catherine M Guastello Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 | bsirower@quarles.com<br>lwinkelm@quarles.com<br>cguastel@quarles.com | Counsel for DFS Services LLC |
| Regency Centers | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd Ste 520 | Cincinnati | OH | 45236 | catherinestrauss@regencycenters.com | Associate Corporate Counsel for Regency Centers |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq<br>Pamela A Bosswick Esq<br>Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 | cbelmonte@ssbb.com<br>pbosswick@ssbb.com<br>asnow@ssbb.com | Counsel for International Business Machines Corporation |
| Winthrop & Weinstine PA | Christopher A Camardello | 225 S Sixth St Ste 3500 | | Minneapolis | MN | 55402 | ccamardello@winthrop.com | Counsel for Navarre Corporation |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq<br>Charles W Chotvacs Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | cgp@ballardspahr.com<br>chotvacsc@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Riemer & Braunstein LLP | David S Berman | Three Ctr Plz 6th Fl | | Boston | MA | 02108 | Dberman@riemerlaw.com | Counsel for Bank of America, N.A., as Agent |
| The Law Offices of David A Greer PLC | David A Greer Esq | 500 E Main St Ste 1225 | | Norfolk | VA | 23510 | dgreer@davidgreerlaw.com | Counsel for Pan Am Equities, Inc. |
| Arnall Golden Gregory LLP | Darryl S Laddin<br>Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | dladdin@agg.com<br>frank.white@agg.com | Counsel for Verizon Communications Inc. |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 | dpoitras@jmbm.com | Counsel for THQ, Inc. |

Circuit City Stores, Inc.
2002 Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | ecotton@ddrc.com | Corporate Counsel |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | efriedman@friedumspring.com | Counsel for Hewlett-Packard Company |
| Stutman Treister & Glatt PC | Eric D Goldberg | 1901 Avenue of the Stars 12th Fl | | Los Angeles | CA | 90067 | egoldberg@stutman.com | Counsel for Sirius XM Radio Inc. and XM Satellite Radio Inc. |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | eric.rusnak@klgates.com | Counsel for Microsoft Corporation |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | ernie.park@bewleylaw.com | Counsel for The Irvine Company LLC |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 | gay@epius.com | Envision Peripherals, Inc. |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 | graicht@mwe.com | Counsel for Altamonte Springs Real Estate Associates |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 | hdawson@kkgpc.com | Counsel for Westgate Village LP |
| Stinson Morrison Hecker LLP | Jaime S Dibble | 1150 18th St NW Ste 800 | | Washington | DC | 20036-3816 | jdibble@stinson.com | Garmin International, Inc. |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | jdoran@haslaw.com | Counsel for DeMatteo Management, Inc. |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq  Gordon S Young Esq | One Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 | jeremy.friedberg@llff.com  gordon.young@llff.com | Counsel for Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc. |
| Wiley Rein LLP | H Jason Gold Esq  Dylan G Trache Esq | 7925 Jones Branch Dr Ste 6200 | | McLean | VA | 22102 | jgold@wileyrein.com  dtrache@wileyrein.com | Counsel for LG Electronics USA, Inc. |
| Weingarten Realty Investors | Jenny J Hyun Esq | 2600 Citadel Plz Dr | | Houston | TX | 77008 | jhyun@weingarten.com | Corporate Counsel |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 | jkurtzma@klehr.com | Counsel for The Goldenberg Group |
| Carlton Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | jlamoureux@carltonfields.com | Counsel for Amore Construction Company |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 | jmcjunkin@mckennalong.com | Counsel for Bethesda Softwords, LLC |
| Latham & Watkins LLP | Josef S Athanas | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 | josef.athanas@lw.com | Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton  Todd D Ross | 1401 Eye St NW Ste 700 | | Washington | DC | 20005 | jtarkenton@wcsr.com  toross@wcsr.com | Counsel for Gateway, Inc. and Acer American Holdings Corp. |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 | jvlombardi@rossbanks.com | Counsel for AmREIT |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq  Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 | kbifferato@cblh.com  cthompson@cblh.com | Counsel for Inland Southwest Management LLC; Inland American Retail Management LLC; Inland US Management LLC; Inland Pacfic Property Services LLC; Inland Commercial Property Management, Inc.; and Inland Continental Property Management Corp. |

Circuit City Stores, Inc.
2002 Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | KDWBankruptcyDepartment@kelleydrye.com | Counsel for Developers Diversified Realty Corporation; Weingarten Realty Investors; Basser-Kaufman; General Growth Properties, Inc.; Jones Lang LaSalle Americas, Inc.; Phillips International; S.J. Collins Enterprises, Goodman Enterprises; DeHart Holdings; Weeks Properties CG Holdings; FW CA-BREA Marketplace LLC; Regency Centers, L.P.; RC CA Santa Barbara, LLC; |
| Blank Rome LLP | Regina Stango Kelbon Esq<br>John Lucian Esq | One Logan Sq | | Philadelphia | PA | 19103 | Kelbon@blankrome.com<br>Lucian@blankrome.com | Counsel for Cellco Partnership, Affiliated license holders dba Verizon Wireless |
| Bricker & Eckler LLP | Kenneth C Johnson<br>Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 | kjohnson@bricker.com<br>abeckham@bricker.com | Counsel for Expesite LLC |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | knewman@menterlaw.com | Counsel for Acarousel Center Company, L.P.; Sangertown Square, L.L.C.; EcklecCo NewCo, LLC; Landover, LLC; Charlotte UY, LLC; Cameron Bayonne, LLC; and Fingerlakes Crossing, LLC |
| McDermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 | kpalmer@mwe.com | Counsel for Altamonte Springs Real Estate Associates |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq<br>Leon Koutsouftikis Esq | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 | lkouts@magruderpc.com | Counsel for Washington Real Estate Investment Trust |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 | marc.barreca@klgates.com<br>bankruptcyecf@klgates.com | Counsel for Microsoft Corporation |
| Stromberg & Associates PC | Mark Stromberg | Two Lincoln Ctr | 5420 LBJ Fwy Ste 300 | Dallas | TX | 75240 | mark@stromberglawfirm.com | Consel for CDB Falcon Sunland Plaza LP |
| Taxing Authority Consulting Services PC | Mark K Ames<br>Jeffrey Scharf | PO Box 771476 | | Richmond | VA | 23255 | mark@taxva.com | Counsel for Commonwealth of Virginia, Dept of Taxation |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 | mheld@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP |
| Schulte Roth & Zabel LLP | Michael L Cook<br>David M Hillman<br>Meghan M Breen | 919 Third Ave | | New York | NY | 10022 | michael.cook@srz.com<br>david.hillman@srz.com<br>meghan.breen@srz.com | Counsel for Panasonic Corporation of North America |
| Binder & Malter LLP | Michael W Malter Esq<br>Julie H Rome Banks Esq | 2775 Park Ave | | Santa Clara | CA | 95050 | michael@bindermalter.com<br>julie@bindermalter.com | Counsel for Envision Peripherals, Inc. |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | 1875 Eye St NW 11th Fl | | Washington | DC | 20006 | mpark@cblh.com | Counsel for Inland Southwest Management LLC; Inland American Retail Management LLC; Inland US Management LLC; Inland Pacfic Property Services LLC; Inland Commercial Property Management, Inc.; and Inland Continental Property Management Corp. |
| O Melveny & Myers LLP | Michael J Sage Esq<br>Karyn B Zeldman Esq | Times Square Tower | 7 Times Square | New York | NY | 10036 | msage@omm.com<br>kzeldman@omm.com | Counsel for Pan Am Equities, Inc. |

Circuit City Stores, Inc.
2002 Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Michael J Sawyer | Quincy Ctr Plaza | PO Box 55888 | 1385 Hancock St | Quincy | MA | 02169 | msawyer@stopandshop.com | Counsel for Giant of Maryland LLC and The Stop & Shop Supermarket Company LLC |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | 1999 Avenue of the Stars 39th Fl | | Los Angeles | CA | 90067-6049 | mtuchin@ktbslaw.com | Counsel for Paramount Home Entertainment |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | Mweitzman@beankinney.com | Counsel for Tysons 3 LLC; The Ziegler Companies LLC; Madison Waldorf LLC |
| Saiber LLC | Nancy A Washington Esq | One Gateway Ctr 13th Fl | | Newark | NJ | 07102 | naw@saiber.com | Counsel for FM Facility Maintenance, f/k/a IPT, LLC |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq | 101 Park Ave | | New York | NY | 10178-0600 | nherman@morganlewis.com | Counsel for Kimco Realty Corporation |
| Donchess Notinger & Tamposi | Peter N Tamposi | 547 Amherst St Ste 204 | | Nashua | NH | 03063 | Peter@dntpc.com nontrustee@dntpc.com | Counsel for Eastman Kodak Company |
| Baker & Hostetler LLP | Pamela Gale Johnson Laura Lawton Gee | 1000 Louisiana Ste 2000 | | Houston | TX | 77002 | pjohnson@bakerlaw.com lgee@bakerlaw.com | Counsel for UrbanCal Oakland II |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq Jeffrey Meyers Esq Jesse N Silverman Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 | pollack@ballardspahr.com meyers@ballardspahr.com silvermanj@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 | Rbattaglia@obht.com | Counsel for The Miner Corporation |
| The Cafaro Company | Richard T Davis | PO Box 2186 | 2445 Belmont Ave | Youngstown | OH | 44504-0186 | rdavis@cafarocompany.com | Counsel for Howland Commons Partnership; Huntington Mall Company; Kentucky Oaks Mall Company; and The Cafaro Northwest Partnership |
| Holland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 | richard.lear@hklaw.com | CapTech Ventures, Inc. |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq John C Smith Esq Elizabeth L Gunn Esq | 600 E Main St 20th Fl | | Richmond | VA | 23219 | rterry@durrettebradshaw.com jsmith@durrettebradshaw.com egunn@durrettebradshaw.com | Counsel for Hewlett Packard Company |
| Ronald M Tucker Esq | | 225 W Washington St | | Indianapolis | IN | 46204 | rtucker@simon.com | Counsel for Simon Property Group Inc |
| Hunton & Williams LLP | Robert S Westermann Esq | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | rwestermann@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP; COMSYS Information Technology Services, Inc. and COMSYS Services, LLC |
| Hirschler Fleischer PC | Michael P Falzone Esq Sheila deLa Cruz Esq | PO Box 500 | | Richmond | VA | 23218-0500 | sdelacruz@hf-law.com mfalzone@hf-law.com | Counsel for Altamonte Springs Real Estate Associates |
| Miller Canfield Paddock and Stone PLC | John L Senica | 225 W Washington Ste 2600 | | Chicago | IL | 60606 | senica@millercanfield.com | Counsel for Evergreen Plaza Associates Limited Partnership; Evergreen Plaza Associates I, LP; and TPG Management Inc. |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq Rachel N Greenberger Esq Nicholas B Malito Esq | 530 Fifth Ave | | New York | NY | 10036 | skipnis@hgg.com rgreenberger@hgg.com nmalito@hgg.com | Counsel for Dollar Tree Stores, Inc. |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq Jonathan P Guy Esq | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 | sstengel@orrick.com jguy@orrick.com | Counsel for MiTAC USA Inc. |
| Phillips Goldman & Spence PA | Stephen W Spence Esq Scott L Adkins Esq | 1200 N Broom St | | Wilmington | DE | 19806 | sws@pgslaw.com sla@pgslaw.com | Counsel for Dicker-Warmington Properties |
| Blankingship & Keith PC | William H Casterline Jr Esq Jeremy B Root Esq | 4020 University Dr Ste 300 | | Fairfax | VA | 22030 | wcasterlinejr@bklawva.com jroot@bklawva.com | Counsel for ACCO Brands Corporation |
| Seyfarth Shaw LLP | William J Factor Esq | 131 S Dearborn St Ste 2400 | | Chicago | IL | 60603 | wfactor@seyfarth.com | Counsel for Arboretum of South Barrington, LLC |

# EXHIBIT D

Circuit City Stores, Inc.
Transfer Agent

| Name | Address1 | City | State | Zip | Country |
|---|---|---|---|---|---|
| Wells Fargo Shareowner Services | PO Box 64874 | St Paul | MN | 55164-0874 | |
| Wells Fargo Shareowner Services | 161 North Concord Exchange | South St Paul | MN | 55075 | |

# EXHIBIT E

Circuit City Stores, Inc.
Transfer Agent

| Name | Notice Name | Address1 | Phone | Email |
|---|---|---|---|---|
| Wells Fargo Shareowner Services | Tracie L Balach | Assistant VP, Account Management | 412-474-3493 | Tracie.L.Balach@wellsfargo.com |