IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

---------------------------------------------------------------- x
In re:                                                            :    Chapter 11
                                                                  :
                                                                  :    Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                                        :
et al.,                                                           :
                                                                  :    Jointly Administered
              Debtors.[1]                                         :
                                                                  :
---------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On November 18, 2008, copies of the following documents were served via 1) first class mail upon the parties set forth on the service list attached hereto as **Exhibit A**; and 2) electronic mail upon the parties set forth on the service list attached hereto as **Exhibit B**:

1. Application to Employ and Retain McGuireWoods LLP as Counsel for the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 329 (Docket No. 191)

2. Application for Entry of an Order Authorizing the Employment and Retention of Kirkland & Ellis LLP as Special Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date (Docket No. 192)

3. Debtors' Application for Order Under Bankruptcy Code Sections 105(a), 327(a), 328 and 1107 and Bankruptcy Rule 2014(a), Authorizing the Employment and Retention of Ernst & Young LLP as Accounting and Tax Consultants to the Debtors Effective as of the Petition Date (Docket No. 193)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

4. Debtors' Application for Order Under Bankruptcy Code Sections 105(a), 327(a), 328 and 1107 and Bankruptcy Rule 2014(a), Authorizing the Employment and Retention Rothschild Inc. as Investment Banker and Financial Advisor to the Debtors Effective as of the Petition Date (Docket No. 194)

5. Debtors' Application for Order Under Bankruptcy Code Sections 105(a), 327(a), 328 and 1107 and Bankruptcy Rule 2014(a), Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisors to the Debtors Effective as of the Petition Date (Docket No. 195)

6. Notice of Applications and Notice of Hearing on Debtors' Applications to Employ Certain Professionals as of the Petition Date; Hearing to be Held on December 5, 2008 at 10:00 a.m. (Docket No. 210)

Dated: November 20, 2008

Evan Gershbein

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th day of November, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature:

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

2

# EXHIBIT A

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, INC. | | 9950 MAYLAND DR. | | | RICHMOND | VA | 23233 | | Debtor |
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | | RICHMOND | VA | 23233 | | Debtor |
| COMMONWEALTH OF VIRGINIA | STATE CORPORATION COMMISSION | TYLER BUILDING | 1300 E. MAIN STREET | | RICHMOND | VA | 23219 | | Government Agency |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 3600 WEST BROAD STREET | | | RICHMOND | VA | 23230-4915 | | Government Agency |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | | 1650 ARCH STREET | | | PHILADELPHIA | PA | 19103-2029 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | DIANA SAENZ | 1200 PENNSYLVANIA AVENUE NW | SUITE 4209 | | WASHINGTON | DC | 20004 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL | U.S. EPA MAILCODE 2377R | 1300 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20004 | | Government Agency |
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | MR. STEPHEN COULOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 | | Financial Advisors |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 400 N 8TH STREET BOX 76 | | | RICHMOND | VA | 23219 | | Government Agency |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | 200 E RANDOLPH DR | | | CHICAGO | IL | 60601 | | Counsel to Debtors |
| KURTZMAN CARSON CONSULTANTS LLC | EVAN GERSHBEIN | 2335 ALASKA AVENUE | | | EL SEGUNDO | CA | 90245 | | Claims Agent |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 | peter.barrett@kutakrock.com | |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 | | Counsel for DIP Agents |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219 | | Debtor's Local Counsel |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W., 8TH FLOOR | | WASHINGTON | DC | 20036 | kcordry@naag.org | Government Agency |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 | | Government Agency |
| OFFICE OF THE SECRETARY OF THE COMMONWEALTH | | 1111 EAST BROAD STREET, 4TH FLOOR | | | RICHMOND | VA | 23219 | | Government Agency |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219-1888 | | US Trustee |
| OFFICE OF THE UNITED STATES TRUSTEE | RICHMOND, VIRGINIA OFFICE | 600 EAST MAIN STREET, SUITE 301 | | | RICHMOND | VA | 23219 | | United States Trustee |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 | | Counsel to Prepetition Lenders/Counsel to Postpetition Lenders |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | | Government Agency |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | | Government Agency |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 233 BROADWAY | NEW YORK | NY | 10279 | | Government Agency |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | ATTN: GREGG M. GALARDI | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 | | Debtor's Counsel |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | IAN S. FREDERICKS, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | WILMINGTON | DE | 19899-0636 | | Counsel to Debtors |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | CHRIS L. DICKERSON, ESQ. | 333 WEST WACKER DRIVE | SUITE 2000 | CHICAGO | IL | 60606 | | Counsel to Debtors |

Circuit City Stores, Inc.
2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Phone | Fax | Party/Function |
|---|---|---|---|---|---|---|---|---|---|
| Attorney General of the United States | Richard F Stein | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | Attorney for Williamson County, Texas, et al. |
| Attorney General of the United States | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | Counsel for Annapolis Plaza LLC |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | 804-819-5400 | 804-819-7417 | Counsel for Department of Revenue |
| Goulston & Storrs PC | Christine D Lynch Esq Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | 617-482-1776 | 617-574-4112 | Counsel for E&A Northeast Limited Partnership; Route 146 Millbury LLC; Interstate Augusta Properties LLC; and SR Weiner & Associates Inc |
| Katten Muchin Rosenman LLP | c o Brian D Huben c o Thomas J Leanse c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | 310-788-4400 | | Counsel for F&M Properties, Inc. |
| McCreary Veselka Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 | 512-323-3200 | | Counsel for Lexmark International, Inc. |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | 573-751-5531 | 573-751-7232 | Counsel for Monument Consulting, LLC |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 | 212-603-6300 | 212-581-5981 | Counsel for The Macerich Company; PREEF Property Management; Watt Companies, Cousins Properties; Portland Investment Company of America; and Prudential Insurance Company of America |
| Sands Anderson Marks & Miller | William A Gray C Thomas Ebel | PO Box 1998 | 801 E Main St Ste 1800 | Richmond | VA | 23218-1998 | 804-783-7237 | 804-783-7291 | Counsel for the United States of America |
| Stevens & Lee PC | Steven J Adams Esq | 111 N 6th St | | Reading | PA | 19603 | 610-478-2000 | 610-376-5610 | Counsel for the United States of America |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | 7 Saint Paul St | | Baltimore | MD | 21202 | 410-347-8700 | 410-223-4302 | Counsel for the United States of America |

Circuit City Stores, Inc.
Secured Creditors List

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | KATHY DIMOCK | 100 FEDERAL ST.  MA5 100  09-09 | | BOSTON | MA | 02110 | |
| BURDALE | PHILLIP  WEBB | 300 FIRST STAMFORD PLACE | | STAMFORD | CT | 06902 | |
| CAPITAL ONE | ROBERT WALLACE | 275 BROADHOLLOW RD. | | MELVILLE | NY | 11746 | |
| FIFTH THIRD | RANDOLPH STIERER | 38 FOUNTAIN SQUARE PLAZA | | CINCINNATI | OH | 45202 | |
| GENERAL ELECTRIC | MARK FORTI | 125 SUMMER STREET | 10TH FLOOR | BOSTON | MA | 02110 | |
| GMAC | MICHAEL MALCANGI | 1290 AVE OF THE AMERICAS | | NEW YORK | NY | 10104 | |
| JPMORGAN | COURTNEY JEANS | 2200 ROSS AVENUE | 4TH FLOOR | DALLAS | TX | 75201 | |
| NATIONAL CITY | KATIE DEGENNARO | 1965 E. 6TH STREET | 4TH FLOOR | CLEVELAND | OH | 44114 | |
| PNC | WILLIAM PADEN | 4720 PIEDMONT RPW DR. | STE:300 | CHARLOTTE | NC | 28210 | |
| SUNTRUST | HAYNES GENTRY | 303 PEACHTREE ST NE | 2ND FLOOR | ATLANTA | GA | 30308 | |
| TEXTRON | RALPH INFANTE | 11575 GREAT OAKS WAY | SUITE 210 | ALPHARETTA | GA | 30022 | |
| UBS | THOMAS BAYER | 677 WASHINGTON BOULEVARD | | STAMFORD | CT | 06901 | |
| UPS | ERNESTO MORAN | 35 GLENLAKE PARKWAY | SUITE 575 | ATLANTA | GA | 30328 | |
| WACHOVIA | LAURA WHEELAND | 150 S. WACKER DRIVE | SUITE 2200 | CHICAGO | IL | 60606 | |
| WEBSTER | CINDY TONUCCI | 73 BELMONT STREET | 2ND FL | SO. EASTON | MA | 02375 | |
| WELLS FARGO | MATT WILLIAMS | ONE BOSTON PLACE | 18TH FLOOR | BOSTON | MA | 02108 | |

# EXHIBIT B

Circuit City Stores, Inc.
2002 Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Andrew S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | Aconway@taubman.com | Counsel for the Taubman Landlords |
| Arent Fox LLP | Timothy F Brown Esq<br>Mary Joanne Dowd Esq<br>Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 | brown.timothy@arentfox.com<br>dowd.mary@arentfox.com<br>giaimo.christopher@arentfox.com | Counsel for F.R.O., L.L.C. IX |
| Arnall Golden Gregory LLP | Darryl S Laddin<br>Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | dladdin@agg.com<br>frank.white@agg.com | Counsel for Verizon Communications Inc. |
| Assistant Attorney General | Mark Browning | Bankruptcy & Collections Division | PO Box 12548 | Austin | TX | 78711-2548 | bk-mbrowning@oag.state.tx.us | Counsel for the Texas Comptroller of Public Accounts |
| Baker & Hostetler LLP | Pamela Gale Johnson<br>Laura Lawton Gee | 1000 Louisiana Ste 2000 | | Houston | TX | 77002 | pjohnson@bakerlaw.com<br>lgee@bakerlaw.com | Counsel for UrbanCal Oakland II |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq<br>Charles W Chotvacs Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | cgp@ballardspahr.com<br>chotvacsc@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq<br>Jeffrey Meyers Esq<br>Jesse N Silverman Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 | pollack@ballardspahr.com<br>meyers@ballardspahr.com<br>silvermanj@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | Mweitzman@beankinney.com | Counsel for Tysons 3 LLC; The Ziegler Companies LLC; Madison Waldorf LLC |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | ernie.park@bewleylaw.com | Counsel for The Irvine Company LLC |
| Binder & Malter LLP | Michael W Malter Esq<br>Julie H Rome Banks Esq | 2775 Park Ave | | Santa Clara | CA | 95050 | michael@bindermalter.com<br>julie@bindermalter.com | Counsel for Envision Peripherals, Inc. |
| Blank Rome LLP | Regina Stango Kelbon Esq<br>John Lucian Esq | One Logan Sq | | Philadelphia | PA | 19103 | Kelbon@blankrome.com<br>Lucian@blankrome.com | Counsel for Cellco Partnership, Affiliated license holders dba Verizon Wireless |
| Blankingship & Keith PC | William H Casterline Jr Esq<br>Jeremy B Root Esq | 4020 University Dr Ste 300 | | Fairfax | VA | 22030 | wcasterlinejr@bklawva.com<br>jroot@bklawva.com | Counsel for ACCO Brands Corporation |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 | borgeslawfirm@aol.com | Counsel for Sharp Electronics Corporation |
| Bricker & Eckler LLP | Kenneth C Johnson<br>Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 | kjohnson@bricker.com<br>abeckham@bricker.com | Counsel for Expesite LLC |
| Carlton Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | jlamoureux@carltonfields.com | Counsel for Amore Construction Company |
| Christian & Barton LLP | Augustus C Epps Jr Esq<br>Michael D Mueller Esq<br>Jennifer M McLemore Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com | Counsel for Lexmark International, Inc. |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 | kbifferato@cblh.com<br>cthompson@cblh.com | Counsel for Inland Southwest Management LLC; Inland American Retail Management LLC; Inland US Management LLC; Inland Pacfic Property Services LLC; Inland Commercial Property Management, Inc.; and Inland Continental Property Management Corp. |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | 1875 Eye St NW 11th Fl | | Washington | DC | 20006 | mpark@cblh.com | Counsel for Inland Southwest Management LLC; Inland American Retail Management LLC; Inland US Management LLC; Inland Pacfic Property Services LLC; Inland Commercial Property Management, Inc.; and Inland Continental Property Management Corp. |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | ecotton@ddrc.com | Corporate Counsel |
| Donchess Notinger & Tamposi | Peter N Tamposi | 547 Amherst St Ste 204 | | Nashua | NH | 03063 | Peter@dntpc.com<br>nontrustee@dntpc.com | Counsel for Eastman Kodak Company |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq<br>John C Smith Esq<br>Elizabeth L Gunn Esq | 600 E Main St 20th Fl | | Richmond | VA | 23219 | rterry@durrettebradshaw.com<br>jsmith@durrettebradshaw.com<br>egunn@durrettebradshaw.com | Counsel for Hewlett Packard Company |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 | gay@epius.com | Envision Peripherals, Inc. |

Circuit City Stores, Inc.
2002 Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | efriedman@friedumspring.com | Counsel for Hewlett-Packard Company |
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | bill.ray@hamiltonbeach.com | Credit Manager for Hamilton Beach Brands, Inc. |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | jdoran@haslaw.com | Counsel for DeMatteo Management, Inc. |
| Hirschler Fleischer PC | Michael P Falzone Esq Sheila deLa Cruz Esq | PO Box 500 | | Richmond | VA | 23218-0500 | sdelacruz@hf-law.com mfalzone@hf-law.com | Counsel for Altamonte Springs Real Estate Associates |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq Rachel N Greenberger Esq Nicholas B Malito Esq | 530 Fifth Ave | | New York | NY | 10036 | skipnis@hgg.com rgreenberger@hgg.com nmalito@hgg.com | Counsel for Dollar Tree Stores, Inc. |
| Holland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 | richard.lear@hklaw.com | CapTech Ventures, Inc. |
| Hunton & Williams LLP | Benjamin C Ackerly JR Smith Henry Toby P Long III | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | backerly@hunton.com jrsmith@hunton.com hlong@hunton.com | Counsel for Panasonic Corporation of North America |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 | mheld@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP |
| Hunton & Williams LLP | Robert S Westermann Esq | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | rwestermann@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP; COMSYS Information Technology Services, Inc. and COMSYS Services, LLC |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 | dpoitras@jmbm.com | Counsel for THQ, Inc. |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | eric.rusnak@klgates.com | Counsel for Microsoft Corporation |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 | marc.barreca@klgates.com bankruptcyecf@klgates.com | Counsel for Microsoft Corporation |
| Kelley Drye & Warren LLP | James S Carr Esq Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | KDWBankruptcyDepartment@kelleydrye.com | Counsel for Developers Diversified Realty Corporation; Weingarten Realty Investors; Basser-Kaufman; General Growth Properties, Inc.; Jones Lang LaSalle Americas, Inc.; Phillips International; S.J. Collins Enterprises, Goodman Enterprises; DeHart Holdings; Weeks Properties CG Holdings; FW CA-BREA Marketplace LLC; Regency Centers, L.P.; RC CA Santa Barbara, LLC; |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 | hdawson@kkgpc.com | Counsel for Westgate Village LP |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | 1999 Avenue of the Stars 39th Fl | | Los Angeles | CA | 90067-6049 | mtuchin@ktbslaw.com | Counsel for Paramount Home Entertainment |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 | jkurtzma@klehr.com | Counsel for The Goldenberg Group |
| Latham & Watkins LLP | Josef S Athanas | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 | josef.athanas@lw.com | Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC |
| LeClairRyan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | Bruce.Matson@leclairryan.com | Counsel for Bank of America, N.A., as Agent |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq Gordon S Young Esq | One Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 | jeremy.friedberg@llff.com gordon.young@llff.com | Counsel for Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc. |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Linowes and Blocher LLP | Bradford F Englander Esq Brian M Nestor Esq | 7200 Wisconsin Ave Ste 800 | | Bethesda | MD | 20814 | benglander@linowes-law.com bnestor@linowes-law.com | Counsel for Alliance Entertainment Corporation and Source Interlink Media, LLC |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq Leon Koutsouftikis Esq | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 | lkouts@magruderpc.com | Counsel for Washington Real Estate Investment Trust |

Circuit City Stores, Inc.
2002 Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 | graicht@mwe.com | Counsel for Altamonte Springs Real Estate Associates |
| McDermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 | kpalmer@mwe.com | Counsel for Altamonte Springs Real Estate Associates |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 | jmcjunkin@mckennalong.com | Counsel for Bethesda Softwords, LLC |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | knewman@menterlaw.com | Counsel for Acarousel Center Company, L.P.; Sangertown Square, L.L.C.; EcklecCo NewCo, LLC; Landover, LLC; Charlotte UY, LLC; Cameron Bayonne, LLC; and Fingerlakes Crossing, LLC |
| Michael J Sawyer | Quincy Ctr Plaza | PO Box 55888 | 1385 Hancock St | Quincy | MA | 02169 | msawyer@stopandshop.com | Counsel for Giant of Maryland LLC and The Stop & Shop Supermarket Company LLC |
| Miller Canfield Paddock and Stone PLC | John L Senica | 225 W Washington Ste 2600 | | Chicago | IL | 60606 | senica@millercanfield.com | Counsel for Evergreen Plaza Associates Limited Partnership; Evergreen Plaza Associates I, LP; and TPG Management Inc. |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq | 101 Park Ave | | New York | NY | 10178-0600 | nherman@morganlewis.com | Counsel for Kimco Realty Corporation |
| O Melveny & Myers LLP | Michael J Sage Esq Karyn B Zeldman Esq | Times Square Tower | 7 Times Square | New York | NY | 10036 | msage@omm.com kzeldman@omm.com | Counsel for Pan Am Equities, Inc. |
| Office of Joe G Tedder CFC | Bonnie Holly | Deliquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 | bonnieholly@polktaxes.com | Counsel for the Tax Collector for Polk County, Floridia |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 | Rbattaglia@obht.com | Counsel for The Miner Corporation |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq Jonathan P Guy Esq | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 | sstengel@orrick.com jguy@orrick.com | Counsel for MiTAC USA Inc. |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda | PO Box 13430 | | Arlington | TX | 76094-0430 | arlbank@pbfcm.com | Counsel for the City of Cedar Hill; Burleson ISD; Arlington ISD; City of Hurts; Mansfield ISD; Carroll ISD; City of Lake Worth |
| Phillips Goldman & Spence PA | Stephen W Spence Esq Scott L Adkins Esq | 1200 N Broom St | | Wilmington | DE | 19806 | sws@pgslaw.com sla@pgslaw.com | Counsel for Dicker-Warmington Properties |
| Quarles & Brady LLP | Brian Sirower Esq Lori L Winkelman Esq Catherine M Guastello Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 | bsirower@quarles.com lwinkelm@quarles.com cguastel@quarles.com | Counsel for DFS Services LLC |
| Regency Centers | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd Ste 520 | Cincinnati | OH | 45236 | catherinestrauss@regencycenters.com | Associate Corporate Counsel for Regency Centers |
| Riemer & Braunstein LLP | David S Berman | Three Ctr Plz 6th Fl | | Boston | MA | 02108 | Dberman@riemerlaw.com | Counsel for Bank of America, N.A., as Agent |
| Ronald M Tucker Esq | | 225 W Washington St | | Indianapolis | IN | 46204 | rtucker@simon.com | Counsel for Simon Property Group Inc |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 | jvlombardi@rossbanks.com | Counsel for AmREIT |
| Saiber LLC | Nancy A Washington Esq | One Gateway Ctr 13th Fl | | Newark | NJ | 07102 | naw@saiber.com | Counsel for FM Facility Maintenance, f/k/a IPT, LLC |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq Pamela A Bosswick Esq Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 | cbelmonte@ssbb.com pbosswick@ssbb.com asnow@ssbb.com | Counsel for International Business Machines Corporation |
| Schulte Roth & Zabel LLP | Michael L Cook David M Hillman Meghan M Breen | 919 Third Ave | | New York | NY | 10022 | michael.cook@srz.com david.hillman@srz.com meghan.breen@srz.com | Counsel for Panasonic Corporation of North America |
| Seyfarth Shaw LLP | William J Factor Esq | 131 S Dearborn St Ste 2400 | | Chicago | IL | 60603 | wfactor@seyfarth.com | Counsel for Arboretum of South Barrington, LLC |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | Ste 3100 Promenade II | 1230 Peachtree St NE | Atlanta | GA | 30309 | bhall@sgrlaw.com | Counsel for Lexington Lion Weston I LP |
| Stinson Morrison Hecker LLP | Jaime S Dibble | 1150 18th St NW Ste 800 | | Washington | DC | 20036-3816 | jdibble@stinson.com | Garmin International, Inc. |

Circuit City Stores, Inc.
2002 Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Stromberg & Associates PC | Mark Stromberg | Two Lincoln Ctr | 5420 LBJ Fwy Ste 300 | Dallas | TX | 75240 | mark@stromberglawfirm.com | Consel for CDB Falcon Sunland Plaza LP |
| Stutman Treister & Glatt PC | Eric D Goldberg | 1901 Avenue of the Stars 12th Fl | | Los Angeles | CA | 90067 | egoldberg@stutman.com | Counsel for Sirius XM Radio Inc. and XM Satellite Radio Inc. |
| Taxing Authority Consulting Services PC | Mark K Ames Jeffrey Scharf | PO Box 771476 | | Richmond | VA | 23255 | mark@taxva.com | Counsel for Commonwealth of Virginia, Dept of Taxation |
| The Cafaro Company | Richard T Davis | PO Box 2186 | 2445 Belmont Ave | Youngstown | OH | 44504-0186 | rdavis@cafarocompany.com | Counsel for Howland Commons Partnership; Huntington Mall Company; Kentucky Oaks Mall Company; and The Cafaro Northwest Partnership |
| The Law Offices of David A Greer PLC | David A Greer Esq | 500 E Main St Ste 1225 | | Norfolk | VA | 23510 | dgreer@davidgreerlaw.com | Counsel for Pan Am Equities, Inc. |
| Weingarten Realty Investors | Jenny J Hyun Esq | 2600 Citadel Plz Dr | | Houston | TX | 77008 | jhyun@weingarten.com | Corporate Counsel |
| Wiley Rein LLP | H Jason Gold Esq Dylan G Trache Esq | 7925 Jones Branch Dr Ste 6200 | | McLean | VA | 22102 | jgold@wileyrein.com dtrache@wileyrein.com | Counsel for LG Electronics USA, Inc. |
| Winthrop & Weinstine PA | Christopher A Camardello | 225 S Sixth St Ste 3500 | | Minneapolis | MN | 55402 | ccamardello@winthrop.com | Counsel for Navarre Corporation |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton Todd D Ross | 1401 Eye St NW Ste 700 | | Washington | DC | 20005 | jtarkenton@wcsr.com toross@wcsr.com | Counsel for Gateway, Inc. and Acer American Holdings Corp. |

Circuit City Stores, Inc.
Amended Committee Members

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|
| Alliance Entertainment | Douglas J Bates | 27500 Riverview Ctr Blvd | | Bonita Springs | FL | 34134 | dbates@sourceinterlink.com | UCC |
| Developers Diversified Realty Corp | Eric C Cotton | 3300 Enterprise Pkwy | | Beachwood | OH | 44122 | ecotton@ddrc.com | UCC |
| Garmin International Inc | Lisa Brauch | 1200 E 151st St | | Olathe | KS | 66062 | lisa.brauch@garmin.com | UCC |
| Hewlett Packard Company | Ramona Neal Chris Patafio | 11307 Chinden Blvd MS 314 | | Boise | ID | 83714 | ramona.neal@hp.com Chris.patafio@hp.com | UCC |
| LG Electronics USA Inc | Brian Wehr H Jason Gold | 7925 Jones Branch Dr | | McLean | VA | 22102 | jgold@wileyrein.com | UCC |
| Paramount Home Entertainment | Andi Marygold | 5555 Melrose Ave | Bluhdorn No 213 | Hollywood | CA | 90038 | andi_marygold@paramount.com | UCC |
| Pension Benefit Guarantee Corporation | Sara Eagle | Office of General Counsel | 1200 K St NW | Washington | DC | 20005 | eagle.sara@pbgc.gov | UCC |
| Samsung Electronic America Inc | Joseph McNamara | 105 Challenger Rd | | Ridgefield Park | NJ | 07660 | josephm@sea.samsung.com | UCC |
| Simon Property Group Inc | Ronald M Tucker | 225 W Washington St | | Indianapolois | IN | 46204 | rtucker@simon.com | UCC |
| Toshiba America Consumer Products LLC | Judy Oliver Joe Shedlock | 82 Totowa Rd | | Wayne | NJ | 07470 | judy_olivero@tacp.com joe_shedlock@tacp.com | UCC |
| Whiteford Taylor & Preston LLP | Christopher Jones Martin Fletcher | Weidler Settlement Class | 3190 Fairview Park Dr Ste 300 | Falls Church | VA | 22042 | cajones@wtplaw.com | UCC |