Michael S. Kogan (SBN 128500)
**ERVIN, COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325
mkogan@ecjlaw.com

Counsel to Ditan Distribution LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Ditan Distribution LLC ("Ditan"), a creditor in the bankruptcy case of the above-captioned debtors (collectively, the "Debtors"), requests pursuant to Rules 1009(a), 2002(a), (b) and (g), and 9007 of the Federal Rules of Bankruptcy Procedure; Sections 102(1) and 342(a) and (c) of the United Bankruptcy Code, that all notices, papers and pleadings served or required to be served in this case, be given to and served upon:

> Michael S. Kogan
> Ervin, Cohen & Jessup LLP
> 9401 Wilshire Boulevard, 9th Floor
> Beverly Hills, California 90212
> (310) 273-6333
> (310) 859-2325 fax
> mkogan@ecjlaw.com

**PLEASE TAKE FURTHER NOTICE** that – pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure – Ditan requests that it be served with copies of all amendments to the Schedules and Statement of Financial Affairs, as applicable.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint, or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes a request for a copy of all notices of applications and applications filed on behalf of the Debtors to retain professionals, and Ditan also requests notices of all fee applications and a complete copy of all fee applications, with supporting papers, filed on behalf of professional persons.

DATED:  November 18, 2008            MICHAEL S. KOGAN
                                     ERVIN, COHEN & JESSUP LLP


                                     By: /s/ Michael S. Kogan
                                         Michael S. Kogan
                                         **ERVIN, COHEN & JESSUP LLP**
                                         9401 Wilshire Boulevard, Ninth Floor
                                         Beverly Hills, California 90212-2974
                                         Telephone  (310) 273-6333
                                         Facsimile  (310) 859-2325
                                         mkogan@ecjlaw.com

                                         Counsel to Ditan Distribution LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss:
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 9401 Wilshire Boulevard, Beverly Hills, California 90212-2974.

On November 19, 2008, I served the document described as

**REQUEST FOR SPECIAL NOTICE**

on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[X]   BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]   BY NEXT-DAY DELIVERY: Via Overnite Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Overnite Express. In the ordinary course of business, this correspondence would be picked up by Overnite Express on that same day.

[ ]   BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed above and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on November 19, 2008 at Beverly Hills, California.

RICARDO FRAIRE

## SERVICE LIST

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233

Daniel F. Blanks, Esq.
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510

Dion W. Hayes, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510

Joseph S. Sheerin, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

Bruce H. Besanko, Esq.
9950 Mayland Drive
Richmond, Virginia 23233

W. Clarkson McDow, Jr.
c/o Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219