# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.* | Chapter 11 |
| Debtors. | |

## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears for RJ Ventures, LLC and K&G/Dearborn, LLC, and pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, and Section 1109(b) of the United States Bankruptcy Code, requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given and served upon:

> Jess R. Bressi, Esq. [CA Bar No. 110264]
> Cox, Castle & Nicholson LLP
> 19800 MacArthur Boulevard, Suite 500
> Irvine, CA 92612
> Telephone: 949.476.2111
> Facsimile: 949.476.0256
> jbressi@coxcastle.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written, oral, and in whatever manner transmitted or conveyed.

Jess R. Bressi, Esq. [CA Bar No. 110264]
Cox, Castle & Nicholson LLP
19800 MacArthur Boulevard, Suite 500
Irvine, CA 92612
Telephone: 949.476.2111
Facsimile: 949.476.0256
jbressi@coxcastle.com

99999\323660v1

**PLEASE TAKE FURTHER NOTICE** that RJ Ventures, LLC and K&G/Dearborn, LLC intend that neither this Notice of Appearance nor any later appearance, pleading, claims or suit shall waive their right to trial by jury of any claim controversy or proceeding related to these cases; nor shall it waive any other right, claim, defense, setoff, or recoupment to which it is or may be entitled in law or equity, under any agreement, or otherwise, all of which rights, claims, defenses, setoffs and recoupments are expressly reserved.

Respectfully submitted,

**RJ VENTURES, LLC** and **K&G/DEARBORN, LLC**

By:  Counsel

_____
Jess R. Bressi, Esq. [CA Bar No. 110264]
Cox, Castle & Nicholson LLP
19800 MacArthur Boulevard, Suite 500
Irvine, CA  92612
Telephone:  949.476.2111
Facsimile:  949.476.0256
jbressi@coxcastle.com
*Counsel for RJ Ventures, LLC and K&G/Dearborn, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2008, a true copy of the foregoing Notice of Appearance and Request for Service of Notices and Other Documents was served on all persons receiving electronic notice in these cases and to the following:

Daniel F. Blanks, Esq.
McGuire Woods LLP
9000 World Trade Center,
101 West Main Street
Norfolk, VA  23510
757.640.3774
757.640.3963 - Fax
dblanks@mcguirewoods.com
*Counsel for the Debtor*

Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center,
101 West Main Street
Norfolk, VA 23510
757.640.3715
dfoley@mcguirewoods.com
*Counsel for the Debtor*

Dion W. Hayes, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
804.775.1144
dhayes@mcguirewoods.com
*Counsel for the Debtor*

Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
804.775.1135
jsheerin@mcguirewoods.com
*Counsel for the Debtor*

Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
804.775.1000
sboehm@mcguirewoods.com
*Counsel for the Debtor*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
T 302.651.3000
*Counsel for the Debtor*

William A. Gray, Esq.
C. Thomas Eel, Esq.
Sands Anderson Marks & Miller
801 East Main Street, Suite 1800
PO Box 1998
Richmond, VA  23218-1998
804.783.7237
*Counsel for Monument Consulting, LLC*

Robert B. Van Arsdale, Esq.
Assistant United States Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
804.771.2310
Robert.B.Van.Arsdale@usdoj.gov
*Counsel for U.S. Trustee, W. Clarkson McDow, Jr.*

_____
Jess R. Bressi