UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.* | Chapter 11 |
| Debtors. | |

**VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION BY COX, CASTLE & NICHOLSON LLP UNDER RULE 2019**

Jess R. Bressi and Cox, Castle & Nicholson LLP hereby file this verified statement, in accordance with Bankruptcy Rule 2019, with respect to their legal representation of RJ Ventures, LLC and K&G/Dearborn, LLC, and state as follows:

1. The names and addresses of the creditors represented by Cox, Castle & Nicholson LLP in this matter are as follows:

| | |
|---|---|
| RJ Ventures, LLC<br>c/o Rothbart Development Corporation<br>1801 Avenue of the Stars, Suite 920<br>Los Angeles, CA  90067 | K&G/Dearborn, LLC<br>c/o Kahl & Goveia Commercial Real Estate<br>250 Brooks Street<br>Laguna Beach, CA  92651 |

2. RJ Ventures, LLC and K&G/Dearborn, LLC are two (2) non-residential landlords and intend to participate in the lease disposition and claims filing process.

3. RJ Ventures, LLC retained Cox, Castle & Nicholson LLP on November 12, 2008 and K&G/Dearborn, LLC retained Cox, Castle & Nicholson LLP on November 14, 2008. Jess R. Bressi is the primary contact at Cox, Castle & Nicholson LLP for both parties.

4. These creditors have not yet determined the nature and amount of any claims to be asserted.

Jess R. Bressi, Esq. [CA Bar No. 110264]
Cox, Castle & Nicholson LLP
19800 MacArthur Boulevard, Suite 500
Irvine, CA  92612
Telephone: 949.476.2111
Facsimile: 949.476.0256
jbressi@coxcastle.com

99999\323663v1

This statement is hereby executed by Jess R. Bressi on behalf of Cox, Castle & Nicholson LLP effective as of November 20, 2008.

Date: November 20, 2008

By: _____
Jess R. Bressi, Esq. [CA Bar No. 110264]
Cox, Castle & Nicholson LLP
19800 MacArthur Boulevard, Suite 500
Irvine, CA 92612
Telephone: 949.476.2111
Facsimile: 949.476.0256
jbressi@coxcastle.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2008, the foregoing Verified Statement of Multiple Creditor Representation was filed with the Clerk of the Court using the Court's CM/ECF system and served electronically of via First-Class mail, postage prepaid, upon the persons required to be served pursuant to the Case Management Order entered in this case.

Daniel F. Blanks, Esq.
McGuire Woods LLP
9000 World Trade Center,
101 West Main Street
Norfolk, VA 23510
757.640.3774
dblanks@mcguirewoods.com
*Counsel for the Debtor*

Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center,
101 West Main Street
Norfolk, VA 23510
757.640.3715
dfoley@mcguirewoods.com
*Counsel for the Debtor*

Dion W. Hayes, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
804.775.1144
dhayes@mcguirewoods.com
*Counsel for the Debtor*

Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
804.775.1135
jsheerin@mcguirewoods.com
*Counsel for the Debtor*

Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
804.775.1000
sboehm@mcguirewoods.com
*Counsel for the Debtor*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
302.651.3000
*Counsel for the Debtor*

_____
Jess R. Bressi