Justin D. Leonard
jleonard@balljanik.com
BALL JANIK LLP
101 SW Main Street, Suite 1100
Portland, OR  97204
Telephone:  (503) 228-2525
Facsimile:   (503) 295-1058

*Attorneys for Andrews Electronics*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtor. | Jointly Administered |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND DOCUMENTS**

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for Andrews Electronics, a California corporation ("Andrews"), a party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case.  Such counsel hereby enters its appearance, pursuant to 11 U.S.C. §§ 1109(b), 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010.  Andrews requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon:

> Justin D. Leonard
> jleonard@balljanik.com
> BALL JANIK LLP
> 101 SW Main Street, Suite 1100
> Portland, OR  97204
> Telephone:  (503) 228-2525
> Facsimile:   (503) 295-1058

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, notices, agenda, letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Andrews requests that its counsel, BALL JANIK LLP, be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Andrews to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims, set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated:    November 20, 2008

        BALL JANIK LLP
        *Attorneys for Andrews Electronics Corporation*

    By:    /s/ Justin D. Leonard
            Justin D. Leonard, OSB 033736
            101 SW Main Street, Suite 1100
            Portland, OR  97204
            Tel: (503) 228-2525 / Fax: (503) 295-1058
            jleonard@balljanik.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 20th day of November, 2008, I caused a copy of the foregoing to be served electronically upon the parties receiving notice via the Court's ECF system, in addition to the following persons (including those required to be served pursuant to the Procedures Order entered in this case) by first class mail, postage prepaid:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Neil E. Herman, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0600

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, IL 60606

Scott R. Kipnis, Esq.
Hofheimer Gartlir & Gross LLP
530 Fifth Avenue
New York, NY 10036

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Nancy A. Washington, Esq.
Saiber LLC
One Gateway Center, 13th Floor
Newark, NJ 07102

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center
101 Main Street
Norfolk, VA 23510

    /s/ Justin D. Leonard
    Justin D. Leonard