Gregg M. Galardi, Esq.       Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.       Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &    MCGUIREWOODS LLP
FLOM, LLP                  One James Center
One Rodney Square          901 E. Cary Street
PO Box 636                 Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:             :   Chapter 11
                 :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,            :
                 :
          Debtors.   :   Jointly Administered
- - - - - - - - - - - - - - x

**DECLARATION OF GREGG M. GALARDI IN SUPPORT OF DEBTORS'
APPLICATION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS
327(a) AND 329, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL
RULES 2016-1 AND 2014-1 AUTHORIZING EMPLOYMENT AND
RETENTION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND
AFFILIATES AS BANKRUPTCY COUNSEL TO THE DEBTORS AND DEBTORS
IN POSSESSION EFFECTIVE AS OF THE PETITION DATE**

       I, Gregg M. Galardi, hereby declare that the

following is true and correct to the best of my knowledge,

information, and belief:

       1.   I am a member of the firm of Skadden, Arps,

Slate, Meagher & Flom LLP ("Skadden, Arps" or the "Firm"),

which maintains offices for the practice of law at, among

other places, One Rodney Square, 10th and King Streets,

Wilmington, Delaware 19899-0636.  I am admitted in,

practicing in, and a member in good standing of the bars of

the State of Delaware, the United States District Court for

the District of Delaware, the District of Columbia, the

State of New York, the United States District Court for the

Southern District of New York, the United States District

Court for the Eastern District of Michigan, the United

States Court of Appeals for the Third Circuit, and the

United States Court of Appeals for the Fourth Circuit.

2.    I submit this declaration pursuant to

sections 327(a) and 329 of title 11 of the United States

Code (the "Bankruptcy Code") and Rules 2014 and 2016 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules") in support of the Debtors' Application for Order

pursuant to Bankruptcy Code Sections 327(a) and 329 and

Bankruptcy Rules 2014 and 2016 Authorizing Employment and

Retention of Skadden, Arps, Slate, Meagher & Flom LLP and

Affiliates as Bankruptcy Counsel for Debtors and Debtors in

Possession Effective as of the Petition Date (the

"Application"),[1] filed contemporaneously herewith by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors" or the "Company").[2] Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[3]

## QUALIFICATION OF PROFESSIONALS

3.    The Company engaged Skadden, Arps to work with the Company and the Company's other advisors regarding the Company's liquidity issues and restructuring efforts, which engagement was formalized in an engagement agreement between the Company and Skadden, Arps, dated September 1,

---

[1]    Unless otherwise defined, capitalized terms used herein shall have the meanings ascribed to them in the Application.

[2]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

[3]    Certain of the disclosures herein related to matters within the knowledge of attorneys of Skadden, Arps and are based on information provided by them.

2008 (the "Engagement Agreement").  A copy of the

Engagement Agreement is attached hereto as Exhibit A.

4.   Pursuant to the Engagement Agreement,

Skadden, Arps was retained by the Company to provide legal

advice to the Company in connection with the Company's

efforts to respond to its financial circumstances,

including a possible restructuring of its financial affairs

and capital structure, and, as necessary, preparation of

documents related to, and representation in any

reorganization cases filed under chapter 11.

5.   Since being retained, Skadden, Arps has

worked closely with the Company with respect its

restructuring efforts, including (without limitation)

negotiating and advising the Company with respect to store

closings, vendor negotiations, cross-border case issues,

employment and tax matters, and certain aspects of debtor

in possession financing.  As a result, Skadden, Arps has

become uniquely familiar with the Company's business

affairs and many of the potential legal issues that may

arise in the context of these cases.  Skadden, Arps has

provided advice and assisted the Company in all aspects of

their restructuring efforts and the preparation of these

cases, including negotiating and drafting of the various

first-day motions and other documents and pleadings
necessary for the successful filing of these cases.

6.   Skadden, Arps understands that the Company
originally selected Skadden, Arps as its restructuring
counsel because of the Firm's prior experience with the
Company and the Firm's experience and knowledge in the
field of debtors' and creditors' rights and business
reorganizations under chapter 11 of the Bankruptcy Code.
Skadden, Arps believes that it has assembled a highly
qualified team of professionals and paraprofessionals to
provide services to the Company during these cases.

7.   I am a member of the Firm's corporate
restructuring department and one of the principal Skadden,
Arps attorneys working on the engagement from the Firm's
Delaware office.  I have extensive experience in corporate
restructurings and related matters, and have over seventeen
(17) years of experience in chapter 11 reorganization cases
nationwide, including numerous debtor representations such
as In re Goody's Home Clothing, Inc., In re Plastech
Engineered Products, Inc., In re Tweeter Home Entertainment
Group, Inc., In re Radnor Holdings Corp., In re Ultimate
Electronics, Inc., In re The IT Group, In re Polaroid
Corp., In re Stone & Webster, Inc., In re Eagle Food

Centers, Inc., and In re Levitz Furniture Inc.  I have also
represented secured lenders, providers of debtor in
possession financing, unsecured creditors, and potential
purchasers of assets.

8.   Other professionals and paraprofessionals in
the Firm's corporate restructuring practice and in other
practice areas, many of whom also have extensive experience
in corporate restructuring generally and debtor
representations in reorganization cases specifically, will
participate in the representation of the Company in these
cases.

9.   Due to the Firm's experience and knowledge
in the field of debtors' and creditors' rights and business
reorganizations under chapter 11 of the Bankruptcy Code and
familiarity with the businesses of Circuit City Stores,
Inc. ("Circuit City") and its subsidiaries through its
prepetition representation, Skadden, Arps believes that it
is well qualified and uniquely able to act on the Company's
behalf and to guide it through these reorganization cases.
Accordingly, subject to this Court's approval of the
Application, Skadden, Arps is willing to perform the
services requested by the Company, as set forth herein and
in the Engagement Agreement.

7

## SERVICES TO BE RENDERED

10.  The Debtors have requested that Skadden,

Arps render various services to the Debtors, including

(without limitation) the following:

(a)  advising the Debtors with respect to their
powers and duties as debtors and debtors in
possession in the continued management and
operation of their businesses and properties;

(b)  attending meetings and negotiating with
representatives of creditors and other parties in
interest, and advising and consulting on the
conduct of the cases, including all of the legal
and administrative requirements of operating in
chapter 11;

(c)  taking all necessary action to protect and
preserve the Debtors' estates, including the
prosecution of actions on their behalf, the
defense of any actions commenced against those
estates, negotiations concerning litigation in
which the Debtors may be involved, and objections
to claims filed against the estates;

(d)  preparing, on behalf of the Debtors,
motions, applications, answers, orders, reports,
and papers necessary to the administration of the
estates;

(e)  preparing and negotiating on the Debtors'
behalf plan(s) of reorganization, disclosure
statement(s), and all related agreements and/or
documents, and taking any necessary action on
behalf of the Debtors to obtain confirmation of
such plan(s);

(f)  advising the Debtors in connection with any
sale of assets;

(g)  performing other necessary legal services
and providing other necessary legal advice to the

Debtors in connection with these chapter 11 cases; and

(h)  appearing before this Court, any appellate courts, and the United States Trustee, and protecting the interests of the Debtors' estates before such courts and the United States Trustee.

11.   Skadden, Arps understands that the Company has filed or will file retention applications for other professionals in these cases and the Firm has advised the Company that it will take all appropriate steps to avoid unnecessary and wasteful duplication of efforts by any other professionals retained in these cases.  In particular, Skadden, Arps understands that the Company has also retained the law firms of Kirkland & Ellis, LLP ("Kirkland") and Wilmer, Cutler, Pickering Hale & Dorr, LLP ("Wilmer") to serve as special counsel.  Kirkland will serve as special counsel in connection with the Company's efforts to secure financing, issues related to the use of cash collateral and other financing matters.  Wilmer will serve as counsel with respect to issues arising in respect of the securities laws, including preparing reports and filings with the Securities and Exchanges Commission.  In addition, Skadden, Arps understands that the Debtors have retained the law firm of McGuireWoods, LLP to serve as co-counsel and local bankruptcy counsel to the Debtors.

9

## DISINTERESTEDNESS OF PROFESSIONALS

12.   To the best of my knowledge, and except as
otherwise set forth herein, the partners, counsel, and
associates of Skadden, Arps (a) do not have any connection
with any of the Debtors, their affiliates, their creditors,
or any other party in interest, or their respective
attorneys and accountants, the United States Trustee for
the Eastern District of Virginia or any person employed in
the office of the same, or any judge in the United States
Bankruptcy Court or the United States District Court for
the Eastern District of Virginia or any person employed in
the offices of the same, (b) are "disinterested persons,"
as that term is defined in Bankruptcy Code section 101(14),
and (c) do not hold or represent any interest adverse to
the estates.

13.   Skadden, Arps in the past has represented,
currently represents, and in the future likely will
represent certain creditors of the Debtors and other
parties in interest in matters unrelated to the Debtors,
the Debtors' reorganization cases, or such entities' claims
against or interests in the Debtors.  Prior to the
commencement of these cases, Skadden, Arps conducted a
disclosure review with respect to the Debtors and the

significant parties in interest in the Debtors' cases,
which disclosure review has continued since the
commencement of the Debtors' cases.  Of the Debtors and
their non-Debtor affiliates, and of the Debtors' current
and former directors and officers, the Debtors' major
shareholders, prepetition and proposed postpetition secured
lenders, largest merchandise creditors, largest vendors,
fifty largest unsecured creditors, consignors, credit card
companies and processors, insurance providers, third party
administrators, utility providers, real property lessors,
sublessees, personal property lessors, banks, liquidators,
litigation counterparties, and restructuring and other
ordinary course professionals (all identified by the
Debtors during the months of October and November 2008[4]),
Skadden, Arps currently represents, or has represented in
the past the following entities (or their affiliates or
beneficial owners):

14. **The Debtors.**  As set forth above, by the
Engagement Letter dated September 1, 2008, Circuit City
retained Skadden, Arps to represent the Debtors in
connection with their restructuring efforts, and, since

---

[4]    A list of the entities identified by the Debtors is attached
hereto as Exhibit B.

11

that date, the Firm has represented the Debtors in that capacity.  Although dated September 1, 2008, the Engagement Letter was not entered into until sometime after the first week of September.

15.  Prior to September 1, 2008, the Firm represented Circuit City and certain other Debtors (the "Circuit City Entities") in connection with various matters, including a divestiture of certain assets.  All of these matters were unrelated to the Debtors' restructuring efforts, and the Firm's representation of the Circuit City Entities was concluded by the end of November 2007.

16.  Prior to entering into the Engagement Agreement, Skadden, Arps has also represented other entities in matters related to the Debtors.  In particular, the Firm represented an entity (the "Potential Transaction Party")[5] in connection with its potential interest in pursuing a strategic transaction with the Debtors.  By the end of July 2008, the Potential Transaction Party ceased actively pursuing a strategic transaction.

---

[5]     Due to the confidential nature of the representation the Firm has not disclosed the name of the Potential Transaction Party publicly.  However, the Firm will provide the name of the Potential Transaction Party to the Court, counsel to any official committee appointed in these cases, and the Office of the United States Trustee for the Eastern District of Virginia.

17.   In late August 2008, the Firm was contacted
by the Debtors concerning their restructuring efforts.  At
that time, the Firm was no longer actively representing the
Potential Transaction Party in connection with the
potential strategic transaction.  Nonetheless, the Firm
disclosed to the Debtors the Firm's involvement and
approached the Potential Transaction Party regarding
Skadden, Arps' potential engagement by the Debtors.  Prior
to executing the Engagement Agreement, the Firm obtained a
waiver from the Potential Transaction Party, which included
an agreement that the Firm may be adverse to the Potential
Transaction Party in connection with matters related to the
Debtors.

18.   Moreover, out of an abundance of caution and
to preserve all confidential information relating to the
Potential Transaction Party's interest in the Debtors, the
Firm agreed to and did impose an ethical wall between those
attorneys and employees who represented the Potential
Transaction Party in the past or might represent the
Potential Transaction Party in the future (on unrelated
matters) and those attorneys and employees working on the
Debtors' matters.

13

19.  Additionally, in the past, Skadden, Arps has
represented entities or their affiliates in matters related
to Circuit City, however, those representations have been
concluded as set forth below.  Specifically, the Firm
represented: (i) Bank One, now Chase Bank USA, in its
purchase of a credit card portfolio from the Debtors, which
matter concluded in or about January 2004; (ii) an
affiliate of Sigmund Sommer Properties in the sale of one
of the Debtors' distribution centers, which matter
concluded in or about November 2006; (iii) Bank of America
in several receivables transactions involving the Debtors
and their a non-Debtor affiliate, First North American
National Bank, which transactions occurred and concluded at
various times between 1994 and June of 2007; and (iv) a
firm client regarding potential intellectual property
matters involving Circuit City, which representation was
concluded in January of 2008.

20.  Finally, Skadden, Arps is currently
representing JP Morgan Chase Bank as a defendant in a
consolidated class action lawsuit brought under the Sherman
Act and styled In re Payment Card Interchange Fee and
Merchant Discount Antitrust Litigation.  The named
plaintiffs in the lawsuit are store merchants, and no class

has yet been certified.  None of the Debtors is a named
plaintiff; however, because the Debtors are merchants,
under the currently proposed class definition, one of the
Debtors would likely be a member of the certified class.

21.  **Directors and Officers.**  In the early 1990s,
Skadden, Arps represented Don Kornstein, one of Circuit
City's directors, in a personal matter relating to Mr.
Kornstein's position as Chief Executive Officer of a
company unrelated to the Debtors.  The Skadden, Arps'
attorney who represented Mr. Kornstein in the matter
remains personal friends with Mr. Kornstein.

22.  **Businesses Affiliated with Directors and
Officers.**  Skadden, Arps previously represented certain
affiliates of Iconix Brand Group Inc. in matters unrelated
to the Debtors.  James A. Marcum is a director of Iconix
Brand Group Inc., and is also currently the Vice Chairman,
Chief Executive Officer, Acting President, and a director
of Circuit City.

23.  Skadden, Arps currently represents Nisource,
Inc. and Aon Corporation in matters unrelated to the
Debtors.  Carolyn Y. Woo is a director of Nisource Inc. and
Aon Corporation, and is also currently a director of
Circuit City.

24.   Skadden, Arps currently represents Wabco
Holdings in matters unrelated to the Debtors.  James F.
Hardymon is Chairman of the Board of Wabco Holdings, and is
also currently a director of Circuit City.  The Firm also
currently represents certain affiliates of Textron Lycoming
Corporation, of which James F. Hardymon is Chairman of the
Board, in matters unrelated to Circuit City.

25.   Skadden, Arps currently represents True
Value Company in matters unrelated to the Debtors.  Lyle G.
Heidemann is President and Chief Executive Officer of True
Value Company, and is also currently a director of Circuit
City.

26.   Skadden, Arps also currently represents The
Brink's Company in matters unrelated to the Debtors.
Ronald L. Turner is a director of The Brink's Company, and
is also currently a director of Circuit City.

27.   Skadden, Arps currently represents certain
affiliates of Stride Rite Sourcing International Inc. in
matters unrelated to the Debtors.  J. Patrick Spainhour is
the Executive Vice President of Stride Rite Sourcing
International Inc., and is also currently a director of the
Debtors.

28.   Skadden, Arps currently represents certain affiliates of Varsity Brands, Inc., of which Don R. Kornstein is a Director.   Don R. Kornstein is also currently a director of the Debtors.

29.   Finally, Skadden, Arps currently represents Sunoco Inc, and previously represented Air Products and Chemicals Inc. and Centex Corporation, of which Ursula O. Fairbairn is a director.   Ursula O. Fairbairn was formerly a director of the Debtors.

30.   **Shareholders**:   Of the Debtors' five percent (5%) or greater shareholders, Skadden, Arps has represented the following entity (or its affiliates or beneficial owners) in matters unrelated to the Debtors:   HBK Investments LP.

31.   **Prepetition and Postpetition Secured Lenders.**   Skadden, Arps currently represents and has represented in the past the following entities (or their affiliates or beneficial owners), in matters unrelated to the Debtors (except as set forth above):   Bank of America, N.A., Burdale Finance Ltd., Capital One Leverage Finance Corporation, Fifth Third Bank, General Electric Capital Corporation, GMAC Commercial Finance LLC, JP Morgan Chase Bank, N.A., National City Business Credit, Inc., PNC Bank,

17

N.A., SunTrust Bank, Textron Financial Corporation, UBS Loan Finance LLC, Wachovia Capital Finance Corporation and Wells Fargo Retail Finance, LLC.

32. **Potential Transaction Parties.** As part of their restructuring efforts, the Debtors are investigating various sale and other restructuring transactions. Skadden, Arps represents or has represented a number of the potential transaction parties on matters unrelated to the Debtors; however, because of confidential concerns, I have not identified those potential transaction parties in this Declaration.

33. **Merchandise Creditors.** Of the Debtors' fifty largest unsecured merchandise creditors, Skadden, Arps currently represents or has represented in the past the following entities (or their affiliates or beneficial owners) in matters unrelated to the Debtors: Apple Computer Inc., Audiovox Corporation, Buena Vista Home Video, Columbia Tristar Home Video, Eastman Kodak Company, Electronic Arts, Epson America Inc., Fox Home Entertainment, Hewlett-Packard, Lenovo Inc., Linsys, Olympus Corporation, Omnimount Systems Inc., Panasonic North America, Paramount Home Video, Samsung Electronics America Inc., Samsung Opto Electronics Inc., Sandisk

Corporation, Sony Computer Entertainment, Sony Electronics, Toshiba America Consumer Products, Toshiba Computer Systems Division, Warner Home Video and Zenith Electronics Corporation.

34. **Vendors and Major Contract Parties.** Of the Debtors' fifty largest unsecured vendors, Skadden, Arps currently represents or has represented in the past the following entities (or their affiliates or beneficial owners) in matters unrelated to the Debtors:  JLG Industries Inc., NFL Enterprises LLC, Orbis Corporation, Samsung Electronics America Inc., Shopping.Com Inc., Shopzilla Inc., Sony, Streater Inc., Trane Inc. and Verizon.

35. **Fifty Largest Unsecured Creditors.**  Of the Debtors' fifty largest unsecured creditors, Skadden, Arps currently represents or has represented in the past the following entities (or their affiliates or beneficial owners) in matters unrelated to the Debtors: Advertising.com, Apex Digital Inc., Audiovox Corporation, Columbia Tristar Home Video, Eastman Kodak Company, Fox Home Entertainment, Hewlett-Packard, IBM, InComm, Kensington Computer Products Group, Lenovo Inc., Lexar Media Inc., Linksys, Olympus Corporation, Omnimount Systems

19

Inc., Panasonic North America, Paramount Home Video, Samsung Electronics America, Sandisk Corporation, Sony Computer Entertainment, Sony Electronics Inc., Toshiba America Consumer Products, Toshiba Computer Systems Division, Warner Home Video and Zenith Electronics.

36. **Consignors.** Skadden, Arps currently represents or has represented in the past the following consignment vendors (or their affiliates or beneficial owners) in matters unrelated to the Debtors: Intuit Inc., Memorex Products Inc. and Panasonic Consumer Electronics Company.

37. **Credit Card Companies and/or Processors.** Skadden, Arps currently represents or has represented in the past the following credit card companies and/or credit card processors (or their affiliates or beneficial owners) in matters unrelated to the Debtors:  American Express, Chase Bank USA, Discover Card, MasterCard and Visa Inc.

38. **Insurers.** Skadden, Arps currently represents or has represented in the past the following entities (or their affiliates or beneficial owners) who are insurance providers or insurance administrators for the Debtors in matters unrelated to the Debtors:  American Home Assurance Company, Arch Insurance Group, Continental Casualty

Company, Fireman's Fund Insurance Company, Great American Insurance Company, Industrial Risk Insurers, Integon Specialty Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, National Liability and Fire Insurance Company, Ohio Casualty Insurance Company, Princeton Excess and Surplus Lines Insurance Company, St. Paul Mercury Insurance Company, Westchester Surplus Lines Insurance Company and Zurich American Insurance Company.

39. **Third Party Administrators.** Skadden, Arps currently represents or has represented in the past the following third party administrators (or their affiliates or beneficial owners) in matters unrelated to the Debtors: Aon Inc., Assurant Inc., IBM, Marsh USA Inc. and Wachovia Bank, N.A.

40. **Utility Providers.** Skadden, Arps currently represents or has represented in the past the following utility providers (or their affiliates or beneficial owners) in matters unrelated to the Debtors: American Electric Power Company, Alabama Power, Allegheny Power, Alltel, Arizona Public Service Company, Aquila Inc., Arch Wireless, Arkansas Oklahoma Gas Corporation, AT&T, Ameritech, Bell South, AT&T Mobility, Atlantic City

21

Electric, Atmos Energy, Avaya, Bangor Gas Company of Maine,
Bay State Gas, Baltimore Gas and Electric, American Water
Company, Cascade Natural Gas, CenterPoint Energy Services
Inc., Central Maine Power, City of Glendale, California
Water and Power, City of Richmond, City of San Diego
California, Cleco Power LLC, Columbia Gas of Kentucky,
Columbia Gas of Maryland, ComEd, Comcast, Con Edison,
Connecticut Light and Power, Connecticut Natural Gas
Corporation, Consumers Energy, Cox Communications, Dayton
Power and Light, Delmarva Power, Direct Energy, Dominion
East Ohio, Duke Energy, Duquesne Light Company, El Paso
Electric Company, El Paso Water Utilities, Embarq
Communications, Entergy, Equitable Gas Company, Florida
Power and Light Company, Georgia Power, Golden State Water
Company, Gulf Power, Hawaiian Telecom, Idaho Power,
Indianapolis Power and Light, Insight, Jersey Central Power
and Light, Kansas City Power and Light Company, Kentucky
Utilities Company, Long Island Power Authority, Los Angeles
Department of Water and Power, Met-Ed, MidAmerican Energy
Company, Mississippi, National Fuel, National Grid, Nevada
Power Company, New England Gas Company, New Hampshire Gas
Corporation, Nextel Communications, New York State Electric
and Gas, Ohio Edison, Oklahoma Natural Gas Company, Orange

and Rockland Utilities, Pacific Gas and Electric, Peco
Energy Company, Peoples Gas, Potomac Electric Power
Company, Philadelphia Gas Works, Piedmont Natural Gas,
Portland General Electric, Progress Energy Carolinas Inc.,
Public Service Electric and Gas Company, Public Service
Company of North Carolina, Puerto Rico Telephone, Puget
Sound Energy, Questar Gas, Qwest, Research In Motion,
Rochester Gas and Electric, San Diego Gas and Electric,
South Carolina Electric and Gas, Semco Energy Gas Company,
Sempra Energy Solutions, Sierra Pacific Power Company,
Skytel, Southern California Edison, Southern California
Gas, Sprint, Suez Energy Resources, Surewest, TMobile, TDS
Telecom, Tampa Electric Company, Toledo Edison, Tucows Com,
TXU Energy, Valencia Water Company of California, Vectren
Energy Delivery, Verizon, Verizon Online, Verizon Wireless,
Washington Gas, WaterOne, Wisconsin Electric, Wisconsin
Gas, Westar Energy, Western Massachusetts Electric,
Windstream, Xcel Energy and Yankee Gas Services.

41. **Real Property Lessors.**  Skadden, Arps
currently represents or has represented in the past the
following entities (or their affiliates or beneficial
owners) who are real property lessors of the Debtors in
matters unrelated to the Debtors:  Accent Homes Inc,

Alameda Associates, AMB Property LP, American National Bank
and Trust Company of Chicago, Burnham Pacific Properties,
Centro Properties Group, Developers Diversified Realty
Corporation, Federal Realty Investment Trust, The Irvine
Company LLC, KNP Investments, Macy's Central, The
Prudential Insurance Company of America, Simon Property
Group, Sigmund Sommer Properties, RREEF America REIT II
Corporation VV and The Wilmington Trust Company.

42. **Sublessees**.  Skadden, Arps currently
represents or has represented in the past the following
entities (or their affiliates or beneficial owners) who are
real property sublessees of the Debtors in matters
unrelated to the Debtors:  $1.00 Stuff Inc., American
Outdoor Advertising, AutoZone Northeast Inc., Carmax
Business Services LLC, Charlie Brown's Steakhouse, Dollar
Tree Stores Inc., The International House of Pancakes,
Maggiano's, New Colorado Daily, Inc., The Solo Cup Company,
Staples, The Sports Authority, Tire Kingdom Inc., Viacom
Outdoor, Toys R Us Inc., GE Transportation Systems and DHL
Global Business Services.

43. **Personal Property Lessors.** Skadden, Arps
currently represents or has represented in past the
following entities (or their affiliates or beneficial

24

owners) who are significant personal property lessors in matters unrelated to the Debtors:  Avaya Financial Services, GE Fleet Services, IBM, Hewlett Packard Company and Toshiba.

44. **Banks Utilized in the Company's Cash Management System.**  Skadden, Arps currently represents or has represented in the past the following banks, which are utilized in the Debtors' cash management system (or their affiliates or beneficial owners), in matters unrelated to the Debtors:  American Savings Bank, AmSouth Bancorporation, Banco Popular, Bank of America, CRP Securities LLC, Chase Bank, Fifth Third Bank, Fifth Third Securities, JP Morgan Securities Inc., Lehman Brothers, Merrill Lynch Global Institutional Advisory Division, RBC Dain Rauscher, SunTrust, UBS Financial Services Inc., Wachovia Bank and Securities and Wells Fargo.

45. **Liquidators**.  Skadden, Arps currently represents or has represented in the past the following entities (or their affiliates or beneficial owners) who are serving as liquidators for the Debtors, in matters unrelated to the Debtors:  Gordon Brothers Retail Partners LLC and Hilco Merchant Resources LLC.

46.  **Litigation Counterparties.**  Skadden, Arps currently represents or has represented in the past the following litigation counterparties (or their affiliates or beneficial owners) in matters unrelated to the Debtors: Visa and MasterCard.

47.  **Restructuring and Other Professionals.** Other than Skadden, Arps, the Debtors intend to seek to retain and compensate certain other professionals to assist them in these cases.  Of these professionals (or their affiliates or beneficial owners), Skadden, Arps currently represents, has represented in the past or has worked with the following professionals in matters unrelated to the Debtors:  FTI Consulting, Inc., Kirkland and Ellis LLP, Ernst and Young LLP, Goldman, Sachs, McGuireWoods, Kurtzman Carson Consultants LLC and Rothschild Inc.

48.  **Prior Representations by and Other Matters Related to Current Skadden, Arps' Attorneys.**  Prior to their employment by Skadden, Arps, certain Skadden, Arps' attorneys, none of whom has worked or currently is working on matters involving the Debtors, have in the past represented or been employed by certain parties in interest (or their affiliates or beneficial owners) identified in these bankruptcy cases in matters unrelated to the Debtors.

26

49.   Certain Skadden, Arps' attorneys own Circuit City stock.   Other Skadden Arps' attorneys and employees maintain blind investment accounts.   In these instances, attorneys and employees are unaware whether such accounts contain Circuit City stock.

50.   Many Skadden, Arps' attorneys and employees (and their family and friends) conduct business in the ordinary course with the Debtors as consumers. Consequently, certain Skadden, Arps' attorneys and employees may have customer warranties on merchandise purchased from the Debtors or hold gift cards, rebates, gift certificates or other consumer claims against Circuit City.

51.   Skadden, Arps is one of the largest law firms in the world and has a diverse client base.   Indeed, for the twelve month period ending October 21, 2008 (the "Trailing Twelve Months"), no single client accounted for more than 5% of Skadden, Arps' total value of time billed to client matters during that period.   Additionally, with the exception of JP Morgan Chase, UBS AG, Trane Inc., Merrill Lynch and Goldman, Sachs and Company, none of the entities mentioned above accounted for more than 0.5% of

27

the value of the time billed to client matters for the

Trailing Twelve Months.

52.   Except as otherwise set forth herein:

(a)   Neither Skadden, Arps nor any attorney
at the Firm holds or represents an
interest adverse to the Debtors'
estates;

(b)   Neither Skadden, Arps nor any attorney
at the Firm is or was a creditor or an
insider of the Debtors, except that
Skadden, Arps previously has rendered
legal services to the Debtors for which
it has been compensated as disclosed
below;

(c)   Neither Skadden, Arps nor any attorney
at the Firm is or was, within two years
before the Petition Date, a director,
officer, or employee of the Debtors; and

(d)   Skadden, Arps does not have an interest
materially adverse to the interest of
the estates or of any class of creditors
or equity security holders, by reason of
any direct or indirect relationship to,
connection with, or interest in the
Debtors specified in the foregoing
paragraphs, or for any other reason.

53.   In view of the foregoing, I believe that

Skadden, Arps is a "disinterested person" within the

meaning of Bankruptcy Code section 101(14), as modified by

Bankruptcy Code section 1107(b).

54.   Skadden, Arps has instituted and is

currently engaged in extensive further inquiry regarding

the Debtors' constituencies through further inquiries of

its partners, counsel, and associates with respect to the

28

matters contained herein, including the circulation of a special disinterestedness questionnaire to each of the approximately 2000 partners, counsel, and associates in the Firm's numerous domestic and international offices. Skadden, Arps will promptly file a supplemental declaration should the results of this inquiry or any further inquiries reveal material facts not disclosed herein.

55.   Skadden, Arps will continue to comply with its ongoing duty to notify this Court if any actual conflict arises, and if necessary, arrange for an "ethical wall" with respect to the Skadden, Arps' attorney who worked on the matter giving rise to the conflict.

### PROFESSIONAL COMPENSATION

56.   With respect to restructuring matters, the Debtors initially paid Skadden, Arps the amount of $100,000 to be held as on account cash for the advance payment of prepetition professional fees and expenses incurred and charged by Skadden, Arps in its representation of the Debtors (the "On-Account Cash").  As provided for in the Engagement Agreement, Skadden, Arps subsequently requested increases in the amount of On-Account Cash, and the Company increased the On-Account Cash to $250,000 on October 7,

2008.  Then, on November 4, 2008, the Company increased the
On-Account Cash to $750,000.

57.  Under the terms of the Engagement Agreement,
any balance remaining after application of the on account
funds towards pre-filing fees and expenses would be held by
Skadden, Arps as a post-petition "evergreen" retainer for
professional fees and expenses incurred and charged by
Skadden, Arps in its representation of the Debtors after
the commencement of these chapter 11 cases and applied at
the conclusion of the Firm's representation of the Debtors.

58.  Since September 29, 2008, Skadden, Arps has
provided the Debtors with invoices for professional fees
and expenses on a regular basis.  Upon providing the
Debtors with an invoice, Skadden, Arps would immediately
deduct the amount of the invoice from the On-Account Cash
and request that the Debtors replenish the On-Account Cash
for the full amount of the invoice, which the Debtors did.

59.  Attached as Exhibit C hereto is a schedule
of the invoices sent by Skadden, Arps and the payments made
by the Company to replenish the On-Account Cash.  As set
forth on Exhibit C, since commencing the engagement,
Skadden, Arps has invoiced the Company in the aggregate
amount of $1,748,250 for professional services, including

fees and expenses.  Included in that amount, as also shown
on Exhibit C, the day before the Petition Date, Skadden,
Arps invoiced the Debtors for estimated professional fees
and expenses in the amount of $500,000 to cover actual time
and expenses posted as of November 8, 2008 and an estimate
of additional time and expenses that might be posted after
the bankruptcy filing and drew on the On-Account Cash in
that same amount.

60.  Skadden, Arps has informed the Debtors that
as promptly as practicable after all fees and charges
accrued prior to the Petition Date have been finally posted
within the Firms' computerized billing system, Skadden,
Arps will issue a final detailed billing statement to the
Company for the actual fees, charges, and disbursements
incurred for the period prior to the Petition Date (the
"Final Prepetition Bill Amount").  Pursuant to the
Engagement Agreement, and subject to any orders of the
Court, Skadden, Arps will reconcile the Final Prepetition
Bill Amount with the On-Account Cash drawn to pay its
prepetition invoices.  To the extent that the Final
Prepetition Bill Amount is less than the On-Account Cash,
Skadden, Arps will request that it be permitted to hold the
full amount of the difference as a postpetition evergreen

retainer to be applied against any amounts approved by the Court in connection with any Skadden, Arps' final fee application in these cases.  In the event that the Final Prepetition Bill Amount exceeds the On-Account Cash, Skadden, Arps has agreed to waive any claim against the Debtors for payment with respect to the amount by which the Final Prepetition Bill Amount exceeds the On-Account Cash.

61.  For professional services, Skadden, Arps' fees are based in part on its guideline hourly rates, which are periodically adjusted.  Based upon the Engagement Agreement, Skadden, Arps and the Debtors have agreed that Skadden, Arps' bundled rate structure will apply to these cases, and therefore, Skadden, Arps will not be seeking to be separately compensated for certain staff, clerical, and resource charges for which it previously charged.

62.  At the time that Skadden, Arps commenced its engagement, the hourly rates under the bundled rate structure ranged from $730-$1050 for partners and of-counsel, $640-$765 for counsel and special counsel, $360-$835 for associates, and $175-$295 for legal assistants, which rates were set as of September 1, 2008.

63.  Consistent with the Firm's policy with respect to its other clients, Skadden, Arps will continue

to charge the Debtors for all other services provided and
for other charges and disbursements incurred in the
rendition of services.  These charges and disbursements
include (without limitation) costs for photocopying,
electronic data management services, including scanning and
document imaging, travel, travel-related expenses, business
meals, computerized research, messengers, couriers,
postage, witness fees, and other fees related to trials and
hearings.[6]

      64.  During the course of these cases, Skadden,
Arps will apply to the Court for allowance of compensation
for professional services rendered and reimbursement of
expenses incurred in these cases in accordance with the
applicable provisions of the Bankruptcy Code, the
Bankruptcy Rules, the Local Bankruptcy Rules, the United
States Trustee Fee Guidelines, and any orders entered in
these cases governing professional compensation and
reimbursement for services rendered and charges and
disbursements incurred.  Such applications will constitute
a request for interim payment against the Firm's reasonable

---

[6]    Charges and disbursements are invoiced pursuant to Skadden, Arps'
Policy Statement Concerning Charges and Disbursements Under
Standard Bundled Rate Structure, a copy of which is attached to
the Engagement Agreement.

fees and expenses to be determined at the conclusion of
these cases.

65.  Skadden, Arps will accept as compensation
such sums as may be allowed by the Court on the basis of
the professional time spent, the rates charged for such
services, the necessity of such services to the
administration of the estates, the reasonableness of the
time within which the services were performed in relation
to the results achieved, and the complexity, importance,
and nature of the problems, issues, or tasks addressed in
these cases.

66.  Additionally, Skadden, Arps will also seek
compensation for all time and expenses associated with its
retention as a section 327(a) professional, including the
preparation of the Application, this Declaration, and
related documents, as well as any monthly fee statements
and/or interim and final fee applications.

67.  Other than as set forth above, no
arrangement is proposed between the Debtors and Skadden,
Arps for compensation to be paid in these cases.

68.  Except for such sharing arrangements among
Skadden, Arps, its affiliated law practice entities, and
their respective members, Skadden, Arps has no agreement

34

with any other entity to share any compensation received,
nor will any be made, except as permitted pursuant to
Bankruptcy Code section 504(b)(1).

69.  I declare under penalty of perjury under the
laws of the United States of America that, to the best of
my knowledge, information, and belief, and after reasonable
inquiry, the foregoing is true and correct.

Dated:    November 20, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Gregg M. Galardi
Gregg M. Galardi (I.D. No. 2991)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

**<u>EXHIBIT A</u>**

**Engagement Agreement**

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

DIRECT DIAL
(302) 651-3150
DIRECT FAX
(302) 651-3001
EMAIL ADDRESS
GGALARDI@SKADDEN.COM

ONE RODNEY SQUARE

P.O. BOX 636

WILMINGTON, DELAWARE 19899-0636

TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

### CONFIDENTIAL

September 1, 2008

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
Attn: Reginald Hedgebeth

Re:    Engagement Agreement with Skadden, Arps

Dear Mr. Hedgebeth:

We are pleased that, effective as of September 1, 2008, Circuit City Stores, Inc., (the "Company") has decided to engage Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden Arps" or the "Firm") in connection with its potential restructuring and related matters (the "Engagement").

As usual, our Engagement is to represent the Company and not its individual members, managers, directors, officers, employees or shareholders. However, we anticipate that in the course of that Engagement, we may provide information or advice to members, managers, directors, officers or employees in their corporate capacities.

### Scope of Engagement

As described to us, the Engagement involves representing the Company in its efforts to work out its present financial circumstances, which may include restructuring its financial affairs and capital structure, in addition to representation of the Company on matters for which the Firm in the future may be engaged by the Company not related to the Company's efforts to work out its present financial circumstances. The services to be provided by the Firm in connection with the Engagement will encompass all services normally and reasonably associated with this type of engagement which the Firm is requested and is able to provide and which are consistent with its ethical obligations. As legal counsel, we are not in a position to, and the Company has not retained us to, provide financial advice. With respect to all

Reginald Hedgebeth, Esquire
September 1, 2008
Page 2

matters of our Engagement, we will coordinate closely with the Company as to the
nature of the services to be rendered by us and the scope of our engagement.

The Engagement will include assisting the Company with various
contingency planning activities and advice to, and representation of the Company, as
debtors and debtors-in-possession, should the Company seek relief pursuant to the
provisions of the Bankruptcy Code subject to the approval of our retention by the
Bankruptcy Court. In connection therewith, the Engagement may involve advice as to
corporate transactions and corporate governance, negotiations, out-of-court
agreements with creditors, equity holders, prospective acquirers and investors, review
of documents, preparation of agreements, review and preparation of pleadings, court
appearances and such other actions as both of us deem necessary and desirable.

If the Company determines that reorganization cases under chapter 11
of the Bankruptcy Code are appropriate, we will prepare for the filing of the chapter 11
petitions, including review of documents and preparation of the petitions with
supporting schedules and statements. During the cases and subject to our ethical
obligations discussed above, we will advise and consult on the conduct of the cases,
including all of the legal and administrative requirements of operating in chapter 11;
prepare such administrative and procedural applications and motions as may be
required for the sound conduct of the cases; prosecute and defend litigation that may
arise during the course of the cases; consult with you concerning and participate in the
formulation, negotiation, preparation and filing of a plan or plans of reorganization
and disclosure statement(s) to accompany the plan(s); review and object to claims;
analyze, recommend, prepare, and bring any causes of action created under the
Bankruptcy Code; take all steps necessary and appropriate to bring the cases to a
conclusion; and perform the full range of services normally associated with matters
such as this which the Firm is in a position to provide.

In the event that chapter 11 cases are commenced and our retention is
authorized, our representation will include, as noted above, serving as principal
bankruptcy counsel to the debtors-in-possession under a general retainer, subject to
court approval. Such representation also will encompass all out-of-court planning and
negotiations attendant to these tasks. Although it is hoped that litigation can be
avoided, subject to ethical constraints regarding conflicts of interest, we also will be
available to serve the Company in any litigation capacities that become necessary to
the extent that any required court approval is obtained.

Reginald Hedgebeth, Esquire
September 1, 2008
Page 3

## Engagement Personnel

Timothy Pohl and I will be responsible for and actively involved in the Engagement. Additional lawyers, including those in other practice areas, will be added to the Engagement on an as needed basis. In that regard, I have separately provided to you the names and billing rates of certain other partners in my Firm that will be overseeing certain aspects of the Engagement.

## Fees and Expenses

Our fee will be based primarily on the time involved in the Engagement and our internal time charges. The range of our current hourly time charges is $360 to $835 for associates/counsel and $730 to $1050 for partners. As part of the Firm's ordinary practices, hourly time charges are periodically reviewed and revised.

As to billing, we will submit statements for services rendered for payment no less frequently than monthly and would anticipate payment promptly after receipt.

In addition, our billing statements will include charges and disbursements incurred by us in the course of performing legal services. These items will be billed in accordance with our standard bundled rate practice as described in the enclosed summary, which may be periodically updated.

It is customary in matters of this nature for us to receive a reasonable retainer / on account payment and to be paid promptly for services rendered and charges and disbursements incurred on behalf of the Company, including payment for the services rendered and charges and disbursements incurred prior to the date hereof. Given the size and complexity of the Company's affairs, we have requested a retainer / on account payment in the amount of $100,000 for professional services rendered and to be rendered and charges and disbursements incurred by us to the Company's account in connection with our representation of the Company for the Engagement (the "Initial Retainer"). The Company agrees to supplement the Initial Retainer from time to time during the course of the Engagement in such amounts as we mutually shall agree are reasonably necessary to maintain the Initial Retainer at a level that will be sufficient to fund Engagement fees, charges and disbursements to be incurred for time periods to be covered by the Initial Retainer.

Should the Company subsequently decide to seek chapter 11 relief, we will also require an additional retainer / on account payment to supplement the Initial

Reginald Hedgebeth, Esquire
September 1, 2008
Page 4

Retainer in order to cover Engagement fees, charges and disbursements to be incurred
during the initial phase of the reorganization cases (the "Filing Retainer"). We will
determine and discuss the amount of the Filing Retainer with you prior to the initiation
of any chapter 11 case or at such earlier time as either we or the Company deems
appropriate or desirable.

      In the future, we will send the Company periodic invoices (not less
frequently than monthly) for services rendered and charges and disbursements
incurred on the basis discussed above. Upon transmittal of the invoice, the Firm shall
draw upon the Initial Retainer (as may be supplemented from time to time by
supplemental retainers) in the amount of the invoice. The Company agrees upon
submission of each such invoice to wire the invoice amount to us as replenishment of
the Initial Retainer (together with any supplemental amount to which the Firm
reasonably requests), without prejudice to the Company's right to advise us of any
differences it may have with respect to such invoice. We have the right to apply to any
outstanding invoice, up to the remaining balance, if any, of the Initial Retainer (as may
be supplemented from time to time by supplemental retainers) at any time subject to
(and without prejudice to) the Company's opportunity to review our statements.

      If orders for relief relating to the Company are entered, the unused
portion, if any, of the Initial Retainer (as may be supplemented from time to time by
supplemental retainers or the Filing Retainer) will be applied to any unpaid prepetition
invoices and unbilled fees, charges and disbursements, although any requisite court
permission will be obtained in advance. Postpetition fees, charges and disbursements
will be due and payable immediately upon entry of an order containing such court
approval or at such time thereafter as instructed by the court, it being agreed and
understood that the unused portion, if any, of the Initial Retainer (as may be
supplemented from time to time by supplemental retainers or the Filing Retainer) shall
be held by us and applied against the final fee application filed and approved by the
court.

      Finally, as we have discussed, I have reviewed the Company's "Outside
Counsel Guidelines" and other than to the extent provided in this Engagement Letter
and any attachment hereto, the Firm will use reasonable efforts to meet and satisfy the
"Outside Counsel Guidelines." In that regard, we will work in good faith to resolve
any concerns you might have regarding our provision of professional services, fees
and expenses. If a dispute develops about our fees that cannot be resolved
consensually, you may be entitled under Part 137 of the Rules of the Chief
Administrator of the New York Courts to arbitration of that dispute if it involves more
than one thousand and less than fifty thousand dollars.

Reginald Hedgebeth, Esquire
September 1, 2008
Page 5


## Waivers and Related Matters

The Firm represents a broad base of clients on a variety of legal matters. Accordingly, absent an effective conflicts waiver, conflicts of interest may arise that could adversely affect your ability and the ability of other clients of the Firm to choose the Firm as its counsel and preclude the Firm from representing you or other clients of our Firm in pending or future matters. Given that possibility, we wish to be fair not only to you, but to our other clients as well. Accordingly, this letter will confirm our mutual agreement that the Firm may represent other present or future parties on matters other than those for which it had been or then is engaged by the Company, whether or not on a basis adverse to the Company or any of its affiliates, including in litigation, legal or other proceedings or matters, which are referred to as "Permitted Adverse Representation." Notwithstanding the foregoing sentence, during our Engagement we will not represent any other client of the Firm in litigation that is directly adverse to the Company's interest without the Company's prior consent. In furtherance of this mutual agreement, the Company agrees that it will not for itself or any other party assert our representation of the Company, either previously, in its then existing representation in the Engagement, or in any other matter in which the Company retains us, as a basis for disqualifying us from representing another party in any Permitted Adverse Representation and agrees that any Permitted Adverse Representation does not constitute a breach of duty. Permitted Adverse Representation would include, without limitation, representing a client over which the Company might be seeking to acquire influence or control, or from which the Company may wish to buy assets, or representing a client regarding its interest at the time in acquiring influence or control over an entity in which the Company then has a similar interest.

Specifically, with respect to third parties and based on our initial review of the Company's capital structure and given the Company's business relationships, we have identified certain entities involved with the Company that are our clients or affiliates of our clients that we represent on matters unrelated to the Company including, but not limited to, Bank of America, Wells Fargo, GE Retail Finance, Verizon and Apple. (In the event that chapter 11 cases are commenced, we will prepare a disclosure summary which will be publicly disclosed and will be updated periodically thereafter in connection with the filing of interim fee applications and as otherwise required.) Accordingly, for purposes of this Engagement Agreement, the Company should assume that we represent a substantial number of the Company's creditors and stakeholders on matters unrelated to the Company. In addition, this confirms that we have advised you that the Firm has represented;

Reginald Hedgebeth, Esquire
September 1, 2008
Page 6

in connection with its interest in a potential transaction with the Company (the " ﹖Engagement") and that the Company agrees that such representation of ﹖ is a Permitted Adverse Representation. For its part, the Firm agrees to impose an ethical wall between those persons at the Firm that have or might work on the ﹜Engagement and those persons working under the terms of this Engagement. As we have further advised you, we have confirmed with ﹜ that in the event that the Company commences a case under the Bankruptcy Code and the Firm is approved as general bankruptcy counsel under section 327(a) of the Bankruptcy Code, the Firm will not represent ﹜on any matter related to the Company but will represent the Company on all matters, including any matters related to ﹜. Finally, other than as set forth herein, you acknowledge that we have informed you that in certain circumstances we will not be able to represent the Company in active litigation against a Firm client and that if the Company desires to engage in any such litigation, the Company would need to retain special counsel to do so.

Our representation of the Company is premised on the Firm's adherence to its professional obligation not to disclose any confidential information or to use it for another party's benefit without the Company's consent. Provided that the Firm acts in this manner, the Company would not for itself or any other party assert that the Firm's possession of such information, even though it may relate to a matter for which the Firm is representing another client or may be known to someone at the Firm working on the matter, (a) is a basis for disqualifying the Firm from representing another of its clients in any matter in which the Company or any other party has an interest; or (b) constitutes a breach of any duty owed by the Firm.

With respect to parties affiliated with the Company generally, including parties owned by the Company and parties that hold direct or indirect interests in the Company, it is our understanding that the Firm is not being asked to provide, and will not be providing, legal advice to, or establishing an attorney-client relationship with, any such affiliated party or person in their individual capacity and will not be expected to do so unless the Firm has been asked and has specifically agreed to do so. Finally, it is our understanding that if the Firm acts as counsel for any other party as to which the Company then owns completely, directly or indirectly, all of the common stock or similar voting interest (other than directors' qualifying shares, if any), the mutual agreement reflected in this letter, including the waivers, would apply to that party as well.

*    *    *

Reginald Hedgebeth, Esquire
September 1, 2008
Page 7


The provisions of this letter will continue in effect, including if the Firm's representation of the Company was ended at your election (which, of course, the Company would be free to do at any time) or by the Firm (which would be subject to ethical requirements). In addition, the provisions of this Engagement Letter will apply to future engagements of the Firm by the Company unless we mutually agree otherwise.

This agreement shall be governed by and interpreted in accordance with the laws of the State of New York without regard to its conflicts of laws principles.

For purposes of this letter, references to Skadden Arps or the Firm include our affiliated law practice entities.

If this letter is satisfactory, please sign a copy and return it to me. Obviously, if you want to discuss any aspect of this letter further, please call me.

Reginald Hedgebeth, Esquire
September 1, 2008
Page 8


        Again, we very much appreciate the opportunity to work with Circuit
City Stores, Inc. and look forward to doing so.

        With best regards.

                                Sincerely,

                                Gregg M. Galardi

Circuit City Stores, Inc.

By:
    Name:  Reginald Hedgebeth
    Title:  General Counsel

Dated:  As of September 1, 2008

Enclosures

CONFIDENTIAL

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
### & AFFILIATES

### STANDARD BUNDLED HOURLY TIME CHARGE SCHEDULE[*]

### September 1, 2008

|  | Rate |
|---|---|
| **PARTNERS and OF COUNSEL:** | $730 - $1,050 |
| **COUNSEL/SPECIAL COUNSEL:** | $695 - $835 |
| **ASSOCIATES:** | |
| Level | |
| 8 | $680 |
| 7 | 665 |
| 6 | 625 |
| 5 | 595 |
| 4 | 540 |
| 3 | 495 |
| 2 | 460 |
| 1 | 360[**] |
| **LEGAL ASSISTANTS:** | $175 - $295 |

---

[*]    These are the Firm's standard hourly fee rates for most attorneys and legal assistants in the Firm's "bundled rate" structure for clients who are not billed separately for certain charges (e.g., secretarial and word processing time preparing legal documents, proofreading, overtime meals and overtime travel allowances). In-house reproduction under the bundled rate structure is charged at $0.10 per page. Please note that in a limited number of cases or for specific types of work (e.g., M&A transactions, certain types of tax matters, etc.), individual rates may be higher or lower than those stated.

[**]    First year associates will move to $395/hr. after being admitted to the Bar.

**SKADDEN ARPS, SLATE, MEAGHER& FLOM LLP AND AFFILIATES**
**Policy Statement Concerning Charges and Disbursements**
**Under Standard Bundled Rate Structure**
**Effective September 1, 2007**

Skadden Arps bills for reasonable charges and disbursements incurred in connection with an engagement. Clients are billed for external charges at the actual cost billed by the vendor except in a few cases noted below; charges for internal support services are billed at rates derived from internal cost analyses or at rates set at or below comparable outside vendor charges.

---

**I.** **Research Services.** Charges for use of on-line computerized research (LexisNexis, Westlaw and financial services) and use of outside research services and materials are billed at the actual amounts charged by vendors, which have been reduced by discounts the Firm receives from vendors.

SEC filings retrieved using the Thomson Research in our library are charged based on standard vendor rates derived from an internal cost analysis.

The State of Delaware Database provides computer access to a corporations database in Dover, Delaware. The charge for this service is $50 per transaction, which is the average amount charged by outside services.

**II.** **Travel-Related Expenses.** Out-of-town travel expenses are billed at actual cost and include air or rail travel, lodging, car rental, taxi or car service, tips and other reasonable miscellaneous costs associated with travel. Corporate and/or negotiated discounted rates are passed on to the client. Specific Firm policies for expenditures relating to out-of-town travel include:

- **Air Travel.** Coach class is the standard on most U.S. domestic flights. However, for flights with scheduled flight times longer than 5 hours and international flights business class is generally used.

- **Lodging.** Overnight accommodations are generally booked with hotels with which the Firm has a corporate rate or, when this is not possible, with hotels suggested by the client.

Local travel charges include commercial transportation and, when a private car is used, mileage, tolls and parking. Specific policies govern how and when a client is charged for these expenses; these include:

- Fares for commercial transportation (e.g., car service, taxi or rail) are charged at the actual vendor invoice amount. The charge for private car usage is the IRS rate allowance per mile (or the equivalent outside the United States) plus the actual cost of tolls and parking.

- Round-trip transportation to the office is not charged separately for attorneys who work weekends or holidays, nor is transportation home on business days when an attorney works past a certain hour (typically 8:30 p.m.).

- Local travel for support staff is not charged when a staff member works after 8:00 p.m. specifically for the client.

**III.** **Word Processing and Secretarial and other Special Task-Related Services.** Routine secretarial tasks (correspondence, filing, travel and/or meeting arrangements, etc.) are not charged to clients. There is no separate charge for word processing and secretarial services associated with preparing legal documents.

Multi-function personnel, such as qualified secretaries and word processors, may also perform other specialized tasks (such as EDGAR filings or legal assistant services). Such work is recorded in the appropriate billing category (for example, legal assistant services are recorded as fees in "Legal Assistant Support" on bills).

**IV.** **Reproduction and Electronic Document Management.** Photocopying services (including copying, collating, tabbing and velo binding) performed in-house are charged at 10 cents per page, which represents the average internal cost per page. Color photocopies are charged at 50 cents per page (based on outside vendor rates). Photocopying projects performed by outside vendors are billed at the actual invoice amount. Special arrangements can be made for unusually large projects.

Electronic Data Management services (e.g., scanning, OCR processing, printing from scanned files, and conversions) performed by outside vendors are billed at the actual invoice amount and those performed in-house are billed at rates comparable to those charged by outside vendors.

## EXHIBIT B

**List of Entities Identified by the Company**

**The Debtors**
Abbott Advertising Agency, Inc.
CC Aviation, LLC
CC Distribution Company of Virginia, Inc.
Circuit City Properties, LLC
Circuit City Purchasing Company, LLC
Circuit City Stores, Inc.
Circuit City Stores PR, LLC
Circuit City Stores West Coast, Inc.
Courcheval, LLC
InterTAN, Inc.
Kinzer Technology, LLC
Mayland MN, LLC
Orbyx Electronics, LLC
Patapsco Designs, Inc.
Prahs, Inc.
Sky Venture Corporation
Ventoux International, Inc.
XS Stuff, LLC

**Non-Debtor Affiliates**
Asian Sourcing & Procurement Services Co. Ltd.
Circuit City Global Sourcing Ltd
Early Adopter Fund, LLC
InterTAN Canada, Ltd
InterTAN France SNC
InterTAN Ontario Ltd.
PlumChoice, Inc.
Sixth Street Marketplace, LP
St. Tammany Oaks Subdivision Association LLC
Theater Xtreme Entertainment Group, Inc.

**Directors and Officers**
Baldyga, Lisa
Barretta, Henry P.
Besanko, Brue H.
Bossin, Alan
Bradley, Brian S.
Breitenbecher, Kelly E.
Brill, Ronald M.
Byrd, Carolyn H.
Cuthbertson, Ron
Daoust, Ean
Dunn, Philip J.
Fairbairn, Ursula O.
Feigin, Barbara S.
Foss, Michael E.
Grove, Jacqueline
Hardymon, James F.
Harlow, John T.
Hedgebeth, Reginald D.
Heidemann, Lyle G.
Jonas, Eric A., Jr.
Kane, Alan
Kelly, John J.
King, Alan B.

Kornstein, Don R.
Ma, Jeric
Marcum, James A.
McDonald, Jeffrey A.
Mosier, Michelle
Mulleady, John
Oakey, John A., III
Owen, Linda M.
Pappas, Steven P.
Ramsey, Daniel W.
Mith, Marlies A.
Salovaara, Mikael
Schoonover, Philip J.
Spainhour, J. Patrick
Spurling, Richard D.
Stone, Jeffrey S.
Swidler, Gerald L.
Turner, Ronald L.
Wahle, Elliot
Wong, Mark J.
Woo, Carolyn Y.

**Businesses Affiliated with Directors and Officers**
AFC Enterprises
Air Products and Chemicals Inc.
Aon Corporation
Bally Total Fitness Holding Corporation
Centex Corporation
Home Depot International
Iconix Brand Group Inc.
Lexmark International Inc.
Nisource Inc.
Pan American Life Insurance
Stride Rite Sourcing International
Sunoco Inc.
Textron Lycoming Corporation
The Brink's Company
The Servicemaster Company
True Value Company
Varsity Brands Inc.
VF Corporation
Wabco Holdings

**Shareholders**
J. Richard Atwood
Classic Fund Management Aktiengesellschaft
First Pacific Advisors LLC
HBK Investments LP
HBK Management LLC
HBK Master Fund
HBK Master Fund LP
HBK Partners II LP
HBK Services LLC
Robert L Rodriguez
Mark J Wattles

**Prepetition and Postpetition**
**Secured Lenders**
Ableco Finance LLC
Bank of America, N.A.
Burdale Finance Ltd.
Capital One Leverage Finance Corporation
Crystal Capital
Fifth Third Bank
General Electric Capital Corporation
GMAC Commercial Finance LLC
JPMorgan Chase Bank, N.A.
National City Business Credit, Inc.
PNC Bank, N.A.
SunTrust Bank
Textron Financial Corporation
UBS Loan Finance LLC
UPS Capital Corporation
Wachovia Capital Finance Corporation
Webster Financial Corporation
Wells Fargo Retail Finance, LLC

**Merchandise Creditors**
Alliance Entertainment
Apple
Audiovox
Belkin Logistics Inc.
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Company
Electronic Arts
Epson America Inc.
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Hewlett-Packard
Hisense USA Corporation
Kingston Technologies
Klipsch Audio Technologies, LLC
Lenovo, Inc.
Lexmark International Inc.
Linksys
Logitech Inc.
Microsoft Corporation
Microsoft Xbox
Mitsubishi Digital Electronics
Monster Cable Products
Nikon Inc.
Olympus Corporation
Omnimount Systems Inc.
Oncorp US, Inc.
Onkyo USA Corporation
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc
Samsung Electronics America Inc.

Samsung Opto Electronics Inc.
Sandisk Corporation
Sharp Electronics Corporation
Sony Computer Entertainment
Sony Electronics Inc.
Stillwater Designs Inc.
THQ Inc.
Tomtom Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Universal Distribution Records
Vizio
Warner Home Video
Western Digital Technologies
Zenith Electronics Corporation

**Vendors and Major Contract Parties**
ALPha Security Products
American Systems Corporation
Andrews Electronics Inc.
Bailiwick Data Systems Inc.
CDW Direct LLC
Clay Inc, Bruce
Clickit Inc.
Cormark Inc.
Corporate Express
Corporate Facilities Group
Cosco
DC Power Solutions
Eastern Security Corporation
Eleets Logistics
Ereplacements LLC
Fire Materials Group LLC
Gorilla Nation Media
Graphic Communications
Illinois Wholesale Cash Register
Innerworkings LLC
J&F Mfg Inc
JLG Industries Inc.
Nextag
NFL Enterprises LLC
North American Roofing Systems Inc.
Northern Wire Productions
Orbis Corporation
Pricegrabber.Com LLC
PTR Compactor & Baler Company
Quebecor World KRI
Retail Maintenance Services LLC
Samsung Electronics America Inc.
Shopping.Com Inc.
Shopzilla Inc.
Sony
Specificmedia Inc.
Standard Electric
Streater Inc.
Swiff Train Company

Trane
Tremor Media
Universal Fixtures & Display
US Signs
USIS Commercial Services Inc.
Vance Baldwin
Vanguard Products Group Inc.
Vector Security
Virginia Electronic Components
Wayne Dalton Corporation
Weather Channel Interactive, The

**Fifty Largest Unsecured Creditors**
Advertising.com
Alliance Entertainment
Apex Digital Inc
Audiovox
Belkin Logistics Inc.
Bethesda Softworks
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Company
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Graphic Communications
Hewlett-Packard
Hisense USA Corporation
IBM
IBM Strategic Outsourcing Wire
Incomm
Kensington Computer Products Group
Kingston Technologies
Klipsch Audio Technologies LLC
Lenovo, Inc.
Lexar Media Inc.
Lexmark International Inc.
Linksys
Microsoft Corp Consignment
Microsoft Xbox Consignment
Mitac USA Inc.
Mitsubishi Digital Electronics
Monster Cable Products
Navarre Consignment
Navarre Corporation
Nikon Inc.
Olympus Corporation
Omnimount Systems Inc.
Oncorp US, Inc.
Onkyo USA Corporation
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc.
Samsung Electronics America
Sandisk Corporation

Sharp Electronics Corporation
Simpletech
Sony Computer Entertainment
Sony Electronics Inc.
Stillwater Designs Inc.
THQ Inc. (ValuSoft)
Toshiba America Business Solutions Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Vizio
Vtech Communications Inc.
Vtech Electronics
Warner Home Video
Zenith Electronics Corporation

**Consignors**
foneGear
Intuit Inc.
Memorex Products, Inc.
Navarre Corporation
Panasonic Consumer Electronics Company
Pinnacle Systems, Inc. (Avid Tech Inc.)
THQ Inc. (ValuSoft)

**Credit Card Companies and/or Processors**
American Express
Chase Bank, USA
Discover Card
IPS Card Solutions, Inc.
MasterCard
ValueLink
Visa Inc.

**Insurers**
American Empire Excess & Surplus Lines
American Home Assurance Company
Arch Insurance Group
Axis Reinsurance Company
Axis Surplus Insurance Company
Chubb
CNA Global Specialty Lines
Continental Casualty Company
Essex Insurance Company
Executive Risk Indemnity Inc.
Federal Insurance Company
Fireman's Fund Insurance Company
Glacier Re
Global Aerospace, Inc.
Global Excess Partners
Great American Assurance Company
Great American Insurance Company
Industrial Risk Insurers
Integon Specialty Insurance Company
Lancashire Insurance Company (UK) Ltd
Landmark American Insurance Company
Lexington Insurance Company

Liberty Mutual Fire Insurance Company
Lloyds of London
National Liability & Fire Insurance Company
National Union Fire Insurance Company
Ohio Casualty Insurance Company
Old Republic Risk Management Inc.
Princeton Excess & Surplus Lines Insurance Co.
RSUI Indemnity Company
St. Paul Mercury Insurance Company
State National Insurance Company
Westchester Surplus Lines Insurance Company
XL Specialty Insurance Company
Zurich American Insurance Company

**Third Party Administrators**
Aetna Life Insurance Company
Alliance Entertainment Corporation
American Express Travel Related Services Company
American Express Trust Company
Aon Inc.
Assurant Inc.
Avista Advantage, Inc.
Beecher Carlson Insurance Services
Computerized Waste Systems
CTSI
E-Count
Empire Blue Cross Blue Shield
Hewitt Associates LLC
IBM
Jardine Lloyd Thompson Canada
Kaiser Permanente
Marsh USA, Inc.
Medco Health Solutions
Mercer Insurance Group
Mid-Atlantic Vision Service Plan, Inc.
Navigant Consulting, Inc
Specialty Risk Services
Tangoe, Inc.
Triple-S Management Corporation
Vision Service Plan
Wachovia Bank, N.A.

**Utility Providers**
ACCent Energy
American Electric Power Company
American Water Company
Alabama Gas Corporation
Alabama Power
Alameda County Water District
Albemarle County Service Authority
Albuquerque Bernalillo County Water
Alderwood Water District
Allegheny Power
Alliant Energy/WP&L
Alltel
Altoona City Authority

Ameren CIPS
Ameren UE
Ameren CILCO
Ameren IP
American Water & Energy Savers
American Water Service, Inc.
Anne Arundel County Water and Wastewater
Anniston Water Works, AL
Arizona Public Service
Aqua New Jersey
Aquarion Water Company of CT
Aquila, Inc.
Arch Wireless
Arkansas Oklahoma Gas Corporation
Arkansas Western Gas Company
Artesian Water Company, Inc.
Ashwaubenon Water & Sewer Utility
AT&T
AT&T (Ameritech)
AT&T (Bellsouth)
AT&T (Pacific Bell)
AT&T (SNET)
AT&T (Southwestern Bell)
AT&T Mobility
Athens Clarke County, GA
Athens-Clarke County Stormwater Utility
Atlantic City Electric
Atmos Energy
Augusta Utilities Department
Aurora Water
Austell Natural Gas System
Autoridad de Acueductos y Alcantarillado
Autoridad de Energia Electrica
Avaya
Avista Utilities
Bangor Gas, ME
Bangor Hydro Electric Company
Bangor Water District
Bay State Gas
Bell South
Bellevue City Treasurer, WA
Belmont County Sanitary Sewer District, OH
Bexar County WCID
Baltimore Gas & Electric
Board of Public Utilities-Cheyenne, WY
Board of Water Supply/HI
Board of Water Works of Pueblo, CO
Borough of Chambersburg, PA
Braintree Electric Light Department
Braintree Water & Sewer Dept
Brazoria County MUD #6
Brick Township Municipal Utilities
Brighthouse Networks
Brownsville Public Utilities Board
Brunswick-Glynn County, GA
Bucks County Water & Sewer Authority

California Water Service-Bakersfield
Canton Township Water Dept, MI
Cape Fear Public Utility Authority
Cascade Natural Gas
Center Township Water & Sewer Authority
CenterPoint Energy Services Inc.
Central Georgia EMC
Central Hudson Gas & Electric Company
Central Maine Power
CenturyTel
Charleston Water System
Charlotte County Utilities
Charter Communications
Charter Township of Bloomfield, MI
Charter Township of Meridian, MI
Chattanooga Gas Company
Chesapeake Utilities
Chesterfield County Utilities Department
Cheyenne Light, Fuel & Power
Cincinnati Bell
Citizens Gas & Coke Utility
Citrus Heights Water District
City and County of Denver, CO
City of Abilene, TX
City of Alcoa Utilities, TN
City of Alexandria, LA
City of Altamonte Springs, FL
City of Amarillo, TX
City of Ammon, ID
City of Ann Arbor Treasurer, MI
City of Ardmore, OK
City of Arlington, TX
City of Asheville, NC
City of Atlanta, GA-Dept of Watershed Mg
City of Austin, TX
City of Avondale, AZ
City of Baltimore, MD
City of Batavia, IL
City of Beaumont, TX
City of Berwyn, IL
City of Bethlehem, PA
City of Bloomington, IL
City of Bloomington, MN
City of Boca Raton, FL
City of Boulder, CO
City of Boynton Beach, FL/Utilities Dept
City of Brea, CA
City of Bridgeport, WV
City of Brighton, MI
City of Brockton, MA
City of Brookfield, WI
City of Buford, GA
City of Burbank, CA
City of Burnsville, MN
City of Calumet City, IL
City of Cape Coral, FL

City of Carmel, IN
City of Cedar Hill, TX
City of Cedar Park, TX
City of Chandler, AZ
City of Charlottesville, VA
City of Chicago, IL Dept. of Water
City of Clearwater, FL
City of Cocoa, FL
City of Colonial Heights, VA
City of Columbia, MO
City of Columbia, SC
City of Columbus, OH
City of Concord, NC
City of Concord, NH
City of Coon Rapids, MN
City of Coral Springs, FL
City of Corpus Christi, TX-Utility Busing
City of Countryside, IL
City of Covina, CA
City of Crystal Lake, IL
City of Cuyahoga Falls, OH
City of Dallas, TX
City of Daly City, CA
City of Danbury, CT
City of Daphne, AL
City of Daytona Beach, FL
City of Dearborn, MI
City of Decatur, IL
City of Denton, TX
City of Dover, DE
City of Durham, NC
City of East Point, GA
City of Escondido, CA
City of Falls Church, VA
City of Fayetteville, AR
City of Florence, SC
City of Folsom,CA
City of Fort Lauderdale, FL
City of Fort Myers, FL/340
City of Fort Smith, AR
City of Fredericksburg, VA
City of Fresno, CA
City of Frisco, TX
City of Fullerton, CA
City of Garland Utility Services
City of Gastonia, NC
City of Glendale, CA - Water & Power
City of Goodyear, AZ
City of Grand Rapids, MI
City of Grandville, MI
City of Groveland, FL
City of Groveland, FL
City of Gulfport, MS
City of Harrisonburg, VA
City of Hattiesburg, MS
City of Hialeah, FL-Dept of Water & Sewer

City of Hickory, NC
City of High Point, NC
City of Houston, TX - Water/Wastewater
City of Humble, TX
City of Huntington Beach, CA
City of Hurst, TX
City of Independence, MO
City of Jacksonville, NC
City of Joliet, IL
City of Keene, NH
City of Keizer, OR
City of Killeen, TX
City of Kingsport, TN
City of La Habra, CA
City of Lafayette, IN
City of Lake Charles, LA
City of Lake Worth, TX
City of Lakewood, CA
City of Lakewood, CO
City of Laredo, TX
City of League City, TX
City of Leominster, MA
City of Lewisville, TX
City of Livermore, CA
City of Long Beach, CA
City of Longview, TX
City of Lufkin, TX
City of Lynnwood, WA
City of Madison Heights, MI
City of Mansfield, TX
City of Manteca, CA
City of Maple Grove, MN
City of Marion, IL
City of Martinsville, VA
City of McHenry, IL
City of McKinney, TX
City of Melbourne, FL
City of Merced
City of Meriden Tax Collector, CT
City of Mesa, AZ
City of Mesquite, TX
City of Midland, TX
City of Midwest City, OK
City of Millville, NJ
City of Minnetonka, MN
City of Modesto, CA
City of Monrovia, CA
City of Montebello, CA
City of Morgan Hill, CA
City of Muskegon, MI
City of Myrtle Beach, SC
City of Naperville, IL
City of Niles, OH
City of Norman, OK
City of North Canton, OH
City of Norton Shores, MI

City of Norwalk, CA
City of Novi, MI
City of OFallon, IL
City of Oklahoma City, OK
City of Olympia, WA
City of Orange, CA
City of Orem, UT
City of Oxnard, CA
City of Pasadena, CA
City of Pasadena, TX
City of Pembroke Pines, FL
City of Pensacola, FL
City of Peoria, AZ
City of Phoenix, AZ
City of Pittsburg, CA
City of Plano, TX
City of Plantation, FL
City of Pontiac, MI
City of Port Arthur, TX
City of Port Richey, FL
City of Portage, MI
City of Portland, OR
City of Portsmouth, NH
City of Raleigh, NC
City of Rancho Cucamonga, CA
City of Redding, CA
City of Richland, WA
City of Richmond, VA
City of Rochester Hills, MI
City of Rockford, IL
City of Rockwall, TX
City of Roseville, CA
City of Roseville, CA
City of Roseville, MI
City of Round Rock, TX
City of Salisbury, NC
City of San Bernardino, CA - Water
City of San Diego, CA
City of San Luis Obispo, CA
City of Santa Barbara, CA
City of Santa Maria, CA
City of Santa Monica, CA
City of Santa Rosa, CA-Water & Sewer
City of Savannah, GA
City of Sebring, FL
City of Selma, TX
City of Sherman, TX
City of Shreveport, LA-D O W A S
City of Signal Hill, CA
City of Slidell, LA
City of Somerville, MA
City of Southaven, MS
City of Southlake, TX
City of St. Cloud, MN
City of St. Peters, MO
City of Steubenville, OH

City of Sugar Land, TX
City of Summerville, Armuchee
City of Sunnyvale, CA
City of Tallahassee, FL - Util Dept
City of Tampa, FL
City of Taunton, MA
City of Taylor, MI
City of Temple, TX
City of Thornton, CO
City of Toledo, OH
City of Torrance, CA
City of Troy, MI
City of Tucson, AZ
City of Tukwila, WA
City of Tulsa, OK
City of Turlock, CA
City of Tuscaloosa, AL
City of Tyler, TX
City of Vero Beach, FL
City of Victorville, CA
City of Vienna, WV
City of Virginia Beach, VA
City of Waco, TX
City of Warner Robins, GA
City of Webster, TX
City of West Jordan, UT
City of West Palm Beach/Utilities
City of Westland, MI - Dept. 180701
City of Wichita Falls, TX
City of Wichita Water Department, KS
City of Wilmington, DE
City of Wilmington, NC
City of Winston-Salem, NC
City of Woodbury, MN
City of Yuma, AZ
City Utilities (Fort Wayne, IN)
City Utilities of Springfield, MO
City Water & Light
City Water Light & Power, Springfield IL
Clackamas River Water
Clarksville Department of Electricity
Clarksville Gas & Water Department
Clearwater Enterprises, LLC
Cleco Power LLC
Cleveland Utilities
Coachella Valley Water District
Cobb County Water System
College Station Utilities - TX
Colorado Springs Utilities
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Power & Water Systems
Columbus City Utilities
Columbus Water Works
Com Ed
Comcast

Compton Municipal Water Dept
Con Edison
Con Edison Solutions
Connecticut Light & Power
Connecticut Natural Gas Corporation
Connecticut Water Company
Connexus Energy
Consolidated Communications
Consolidated Mutual Water
Consolidated Waterworks District #1
Consumers Energy
Contra Costa Water District
County of Henrico, VA
Cox Communications
CPS Energy
Cucamonga Valley Water District
Dakota Electric Association
Davidson Telecom LLC
Dayton Power & Light
Delmarva Power DE/MD/VA
Delta Charter Township, MI
Denver Water
Deptford Township MUA, NJ
Direct Energy
Division of Water, City of Cleveland OH
Dixie Electric Cooperative
Dominion East Ohio
Dothan Utilities
Douglasville-Douglas County GA
DTE Energy
Dublin San Ramon Services District
Duke Energy
Dupage County Public Works
Duquesne Light Company
East Bay Municipal Utility District
East Brunswick Water Utility
Eastern Municipal Water District
Easton Suburban Water Authority
Easylink Services Corporation
El Paso Electric Company
El Paso Water Utilities
El Toro Water District
Electric City Utilities/City of Anderson
Electric Power Board-Chattanooga
Elizabethtown Gas
Elmira Water Board  NY
Elyria Public Utilities
Embarq Communications
Emerald Coast Utilities Authority
Entergy Arkansas, Inc.
Entergy Gulf States LA, LLC
Equitable Gas Company
Erie County Water Authority
Evansville, IN Waterworks Dept
Everett Utilities
Fairfax Water - VA

Fairfield Municipal Utilities
Fairpoint Communications
Fewtek Inc.
First Utility District of Knox County
Flint EMC, GA
Flint Township-Board of Public Works
Florence Water & Sewer Commission
Florida City Gas
Florida Power & Light Company
Florida Public Utilities Co, DeBary
Floyd County Water Department
Fontana Water Company
Fort Collins Utilities
Fort Worth Water Dept, TX
Frederick County Division of Utilities
Frontier
Fruitland Mutual Water Company
Gainesville Regional Utilities
Gas South
Geoff Patterson, Receiver of Taxes
Georgia Power
Golden State Water Company
Grand Chute Utilities
Grand Traverse County Dept of Pub Works
Granite Telecommunications
Greater Augusta Utility District, ME
Greater Cincinnati Water Works
Green Bay Water Utility
Green Mountain Power
Greene County - Department of Public Wor
Greenville Utilities Commission, NC
Greenville Water System, SC
GreyStone Power Corporation
Gulf Power
Gwinnett Co. Water Resources
Hamilton Township
Hampton Roads Utility Billing Services
Harker Heights Water Department, TX
Harpeth Valley Utilities District
Harrisonburg Electric Commission
Hawaiian Electric Company, Inc.
Hawaiian Telecom
Hayward Water System
Helix Water District
Hernando County Utilities, FL
Hicksville Water District
Highland Sewer & Water Authority
Highland Utilities Dept, IN
Highlands Ranch Metro Districts
Hillsborough County Water Resource Ser.
Holland Board of Public Works
Holland Charter Township, MI
Holyoke Gas & Electric Department
Holyoke Water Works, MA
Huntsville Utilities, AL
Idaho Power

Imperial Irrigation District, CA
Indian River County Utilities, FL
Indianapolis Power & Light
Indianapolis Water Company
Insight
Intercall
Intermountain Gas Company
Intermountain Rural Electric Association
Irvine Ranch Water District
Jackson Electric Membership Corp, GA
Jackson Energy Authority
Jackson Water Collection, MI
Jacksonville Electric Authority
Jefferson County AL, Sewer Service Fund
Jefferson Parish, LA
Jersey Central Power & Light
Johnson City Power Board
Johnson City Utility System
Kansas City Power & Light Company
Kansas Gas Service
KCMO Water Services Department
Keynote Red Alert
Kissimmee Utility Authority
Knoxville Utilities Board
Kentucky Utilities Company
Laclede Gas Company
Lafayette Utilities Systems
Lake Apopka Natural Gas District, FL
Lake County Dept of Public Works, IL
Lakehaven Utility District
Lakeland Electric/City of Lakeland,FL
Lansing Board of Water & Light
Lee County Electric Cooperative
Lincoln Electric System
Long Island American Water, NY
Long Island Power Authority
Los Angeles County Dept. of Public Works
Los Angeles Dept of Water & Power
Loudoun Water
Louisville Water Company
Lubbock Power Light & Water
Lycoming County Water & Sewer Authority
Macon Water Authority
Madison Gas and Electric - WI
Madison Suburban Utility District
Madison Water/Sewer/Storm Utilities, WI
Manchester Water Works
Marin Municipal Water District
Martin County Utilities
McAllen Public Utilities -TX
MCI
Manatee County Utilities Cust Serv
Medford Water Commission, OR
Memphis Light, Gas & Water Division
Merced Irrigation District
Merchantville - Pensauken

Met-Ed
Metro
Metro Technology, Inc. (AL)
Metro Water Services TN
Metropolitan St. Louis Sewer District
Miami-Dade Water and Sewer Dept.
MidAmerican Energy Company
Mid-Carolina Electric Cooperative
Middle Tennessee Electric Membership
Milwaukee Water Works
Mishawaka Utilities
Mississippi Power
Missouri Gas Energy
Mobile Area Water & Sewer System
Modesto Irrigation District
Monroe County Water Authority
Monte Vista Water District
Montgomery Water Works
Mount Laurel Municipal Utilities
Mount Pleasant Waterworks, SC
Mountaineer Gas
Nashville Electric Service
National Fuel
National Grid
Nevada Power Company
New Braunfels Utilities, TX
New England Gas Company
New England Water Utility Services, Inc.
New Hampshire Gas Corporation
New Jersey Natural Gas Company
New Mexico Utilities, Inc.
Newport News Waterworks
Nextel Communications
Nicor Gas Transportation
Nicor Gas
Northern Indiana Public Service Company
North Attleborough Electric
North Attleborough Public Works
North Little Rock Electric
North Shore Gas
North State Communications
North Wales Water Authority
Northampton Borough Municipal Authority
Northern Utilities Natural Gas
Northern Virginia Electric Cooperative
NSTAR/
NW Natural
NYC Water Board
New York State Electric & Gas
O.C.W.S. Okaloosa County
Ocala Electric Utility, FL
Oceanic Time Warner Cable
Onondaga County Water Authority
Oklahoma Gas & Electric Service
Ohio Edison
Oklahoma Natural Gas Company

Olivenhain Municipal Water District
Ontario Water Works
Orange and Rockland Utilities
Orange County Utilities
Orlando Utilities Commission
Orwell Natural Gas Company
Ozarks Electric Cooperative Corporation
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Paducah Power System
Panama City Utilities Department , FL
Parker Water & Sanitation District
Paulding County Water, GA
Pearl River Valley EPA
Peco Energy Company
Pedernales Electric Cooperative, Inc.
Penelec
Pennichuck Water Works, Inc.
Peoples Gas
PEPCO (Potomac Electric Power Company)
PhiladeLPhia Gas Works
Piedmont Natural Gas-Nashville Ga
Pinellas County, FL-Utilities
Plaza Mill Limited
PNM Electric & Gas Services
Portland General Electric
Portland Water District - ME
PPL Utilities
Prattville Water Works Board
Progress Energy Carolinas, Inc
Providence Water
Public Service Electric & Gas Company
PSNC Energy (Public Service Company of NC)
Public Service of New Hampshire
Public Works Commission, City of Fayetteville
Puerto Rico Telephone
Puget Sound Energy
Prince William County Services
Questar Gas
Qwest
Racine Water & Wastewater Utilities, WI
Rancho California Water District
Regional Water Authority, CT
Research In Motion
Rochester Gas & Electric
Ritter Communications
Riverdale City Corporation
Riverside Public Utilities, CA
Roanoke Gas Company
Rocky Mount Public Utilities
Sacramento County Utilities
Sacramento Municipal Utility District
Saddleback Communications
Saint Paul Regional Water Services
Salt Lake City Corporation
San Angelo Water Utilities

San Antonio Water System
San Diego Gas & Electric
San Jose Water Company
Santa Buckley Energy
Santa Cruz Municipal Utilities
Santa Margarita Water District-SMWD
Santee Cooper
Sarasota County Environmental Services
Sawnee EMC
South Carolina Electric & Gas
Sebring Gas System Inc.
Second Taxing District Water Department
Semco Energy Gas Company
Sempra Energy Solutions
SFPUC-Water Department, CA
Shelby Township Dept of Public Works
Sierra Pacific Power Company-NV
Silverdale Water District # 16
Simplenet
Skytel
Southern Maryland Electric Cooperative
Snapping Shoals EMC
Snohomish County PUD
South Bend Water Works
South Central Power CO, OH
South Jersey Gas Company
South Louisiana Electric Cooperative
Southern California Edison
Southern California Gas
Southwest Gas Corporation
Southwestern VA Gas Company
Spartanburg Water System
Spectrum Utilities Solutions
Spokane County Utilities
Spokane County Water Dist #3
Spring Hill Water Works, TN
Springfield Utility Board
Springfield Water & Sewer Commission
Sprint
Salt River Project
St. Lucie West Services District
Suburban East Salem Water District
Suburban Natural Gas
Suddenlink
Suez Energy Resources NA
Suffolk County Water Authority - NY
Summit Township Water Authority
Sumter Electric Cooperative, Inc., FL
Surewest
Sweetwater Authority
T Mobile
Tacoma Public Utilities
Taunton Municipal Lighting Plant
TDS Telecom
Tampa Electric Company
Terrebonne Parish Consolidated Govt.

Texas Gas Service
The Illuminating Company
The Metropolitan District CT
The Torrington Water Company
Thoroughbred Village
Toledo Edison
Tombigbee Electric Power Assoc-Tupelo
Town of Apex, NC
Town of Aurelius - Water & Sewer, NY
Town of Burlington, MA
Town of Cary, NC
Town of Collierville, TN
Town of Cortlandt, NY
Town of Danvers, MA-Electric Division
Town of Dartmouth, MA
Town of Foxborough, MA
Town of Gilbert, AZ
Town of Hanover, MA-Tax Collector
Town of Manchester, CT
Town of Natick, MA
Town of Plymouth, MA
Town of Queen Creek Water, AZ
Town of Salem, NH
Town of Schererville, IN
Town of Vestal, NY - Utility Fund
Town of Victor, NY
Town of Wallkill, NY
Township of Freehold, NJ
Township of Livingston, NJ
Township of Roxbury, NJ
Township of Wayne, NJ
TPS
Tri-County Electric Cooperative/TX
Trinsic Spectrum Business
Truckee Meadows Water Authority, NV
Trumbull County Water & Sewer Dept.
Trussville Utilities Board, AL
Tucows Com
Tucson Electric Power Company
Tupelo Water & Light Dept
Turlock Irrigation District
TXU Energy
Tylex Inc./TX
UGI Energy Services, Inc.
UGI Penn Natural Gas
United Illuminating Company
United Power
United Water Idaho
United Water New Jersey/Harrington Park
United Water Pennsylvania
Unitil Concord Electric Company
USA Mobility
UTE Water Conservancy District
Utilities Inc. of Louisiana
Utility Billing Services-AR
Utility Payment Processing, Baton Rouge

Valencia Water Company, CA
VCCDD Utility
Vectren Energy Delivery
Verizon (BA)
Verizon (GTE)
Verizon Online
Verizon Wireless
Vermont Gas Systems, Inc.
Village of Algonquin, IL
Village of Arlington Heights, IL
Village of Bedford Park, IL
Village of Bloomingdale, IL
Village of Downers Grove, IL
Village of Elmwood Park, IL
Village of Gurnee, IL
Village of Matteson, IL
Village of Niles, IL
Village of Norridge, IL
Village of Nyack Water Dept., NY
Village of Schaumburg, IL
Village of Wellington, FL
Virginia Natural Gas
Vista Irrigation District
Walnut Valley Water District
Walton EMC PO Box 1347/260
Warrington Township Water & Sewer Dept.
Washington Gas
Washington Suburban Sanitary Commission
Water Gas & Light Commission
Water Revenue Bureau, PA
WaterOne
Wisconsin Electric
Wisconsin Gas
West View Water Authority
Westar Energy/KPL
Western Allegheny County MUA
Western Massachusetts Electric
Westminster Finance - CO
Wilkinsburg-Penn Joint Water Authority
Williston Water Department
Willmut Gas Company
Windstream
Wisconsin Public Service Corporation
Withlacoochee River Electric Cooperative
Wright-Hennepin Coop Electric
Xcel Energy: Southwestern Public Service
Yankee Gas Services
Youngstown Water Dept., OH

**Real Property Lessors**
1030 W. North Avenue Bldg., LLC
120 Orchard LLC
1251 Fourth Street Investors, LLC
13630 Victory Boulevard LLC
1890 Ranch, Ltd
1965 Retail LLC

19th Street Investors, Inc.
36 Monmouth Plaza LLC
3725 Airport Boulevard, LP
380 Towne Crossing, LP
4 Newbury Danvers LLC
44 North Properties, LLC
444 Connecticut Avenue LLC
502-12 86th Street, LLC
5035 Associates, LP
601 Plaza, LLC
610 & San Felipe, Inc.
680 S. Lemon Avenue Company LLC
700 Jefferson Road Ii, LLC
ADD Holdings, LP
AAC Cross County Leasehold Owner, LLC
Abercorn Common, LLP
Abrams Willowbrook Three LP
Acadia Realty Limited Partnership
ACCent Homes, Inc
ACPG Management, LLC
Advance Real Estate Management, LLC
Agree Limited Partnership
AIG Baker Deptford, LLC
AIG Baker Hoover, LLC
Alameda Associates
Alexander's Of Rego Park Center, Inc.
Alexandria Main Mall LLC
Alliance - Rocky Mount, LLC
Almaden Plaza Shopping Center, Inc.
Almeda-Rowlett Retail LP
Almonesson Associates, LP
Altamonte Springs Real Estate Associates, LLC
Amargosa Palmdale Investments, LLC
AMB Property, LP
Amcap Arborland LLC
Amcap Northpoint LLC
American National Bank & Trust Company Of
Chicago
American National Insurance Company
Amherst Industries, Inc.
AMLI Land Development- I, LP
Ammon Properties LLC
AMREITTexas Real Estate Investment Trust
AR Investments, LP
Arboretum of South Barrington LLC
Ardmore Development Authority
Argyle Forest Retail I, LLC
Arho LP
Arrowhead Net Lease, LP
Arundel Mills Marketplace LP
Atlantic Center Fort Greene Associates LP
Avenue Forsyth LLC
Avr Cpc Associates, LLC
Awe-Ocala, Ltd.
Bainbridge Shopping Center II LLC
Baker Natick Promenade LLLC

Barberio, Janet
Bard, Ervin & Suzanne
Barnes and Powers North LLC
Basile LLC
Basser - Kaufman 222, LLC
Basser-Kaufman Inc.
Battlefield Fe LP
BBD Rosedale, LLC
BC Portland Partners, Inc.
Bear Valley Road Partners LLC & M Lantz LLC
Becker Investment Company
Becker Trust, LLC
Bedford Park Properties, LLC
Bel Air Square LLC
Bella Terra Associates LLC
Benderson Development Company
Benderson Properties Inc.
Benenson Columbus - OH Trust
Berkshire West
Berkshire-Amherst, LLC
Berkshire-Hyannis, LLC
BFLO-Waterford Associates, LLC
BFW/Pike Associates, LLC
BG Walker, LLC
BK Properties LP
Blank Aschkenasy Properties LLC
Building Retail 2007 LLC & Netarc LLC
BI-NTY I, LLC
Boise Towne Plaza LLC
Bond CC. V Delaware Business Trust
Bond CC II Delaware Business Trust
Bond CC III Delaware Business Trust
Bond CC IV Delaware Business Trust
Bond-Circuit II Delaware Business Trust
Bond-Circuit IV Delaware Business Trust
Bond-Circuit IX Delaware Business Trust
Bond-Circuit V Delaware Business Trust
Bond-Circuit VIII Delaware Business Trust
Bond-Circuit X Delaware Business Trust
Bond-Circuit XI Delaware Business Trust
Boulevard Associates
Boulevard North Associates, LP
Boyer Lake Pointe, Lc
BPP-Connecticutt LLC
BPP-Muncy LLC
BPP-Ny LLC
BPP-Oh LLC
BPP-Redding LLC
BPP-Sc LLC
BPP-Va, LLC
BPP-Wb, LLC
Brandywine Grande C, LP
Bre, Louis Joliet, LLC
Briantree Property Association LP
Brick 70 LLC
Brighton Commercial LLC

Broadacre South LLC
Broadstone Crossing LLC
BT Bloomington LLC
Burbank Mall Associates LLC
Burnham Pacific Properties
By-Pass Development Company LLC
CC. Hamburg NY Partners, LLC
CJM. Management Company
CA New Plan Asset Partnership IV, LLP
Cafaro Governors Square Partnership
Camelback Center Properties
Cameron Group Associates LLP
Campbell Properties LP
Cap Brunswick LLC
Caparra Center Associates, S.E.
Capital Centre LLC
Cardinal Capital Partners
Cardinal Court, LLC
Carlyle-Cypress Tuscaloosa I, LLC
Carousel Center Company, LP
Carriage Crossing Market Place, LLC
Carrollton Arms
Catellus Development Corporation
Catellus Operating LP
CBC - Wilbur Properties
CBL Terrace Limited Partnership
CC - Investors 1995-6
CC - Investors 1996-1
CC - Investors 1996-12
CC - Investors 1996-17
CC - Investors 1996-3
CC Brandywine Investors 1998 LLC
CC Colonial Trust
CC Countryside 98 LLC
CC East Lansing 98 LLC
CC Frederick 98 LLC
CC Ft. Smith Investors 1998 LLC
CC Grand Junction Investors 1998 LLC
CC Green Bay 98 LLC
CC Harper Woods 98 LLC
CC Independence LLC
CC Indianapolis 98 LLC
CC Indianapolis LLC
CC Investors 1995-1
CC Investors 1995-2
CC Investors 1995-3
CC Investors 1995-5
CC Investors 1996-10
CC Investors 1996-14
CC Investors 1996-6
CC Investors 1996-7
CC Investors 1997-10
CC Investors 1997-12
CC Investors 1997-2
CC Investors 1997-3
CC Investors 1997-

CC Jackson 98 LLC
CC Kingsport 98 LLC
CC La Quinta LLC
CC Lafayette LLC
CC Madison LLC
CC Merrillville Trust
CC PhiladeLPhia 98 LLC
CC Ridgeland 98 LLC
CC Roseville, LLC
CC Springs LLC
CC Wichita Falls 98 Trust
CCC Realty, LLC
CCDC Marion Portfolio LP
CCI Louisiana Trust
CCI Trust 1994-I
CC-Virginia Beach LLC
CDB Falcon Sunland Plaza LP
Cedar Development, Ltd
Centennial Holdings LLC
Central Investments, LLC
Central Park 1226, LLC
Central Park Property Owners Association
Centro Bradley Spe 7 LLC
Centro Heritage County Line LLC
Centro Heritage Innes Street LLC
Centro Heritage UC Greenville LLC
Centro Properties Group
Centro Watt
Century Plaza Development Corporation
Cermak Plaza Associates LLC
CFH Realty III/Sunset Valley LP
Chalek Company LLC
Chambersburg Crossing LP
Chandler Gateway Partners LLC
Chapel Hills - West LLC
Chapman And Main Center
Charbonnet Family Ltd et. al
Charlotte (Archdale) UY LLC
Chehalis Hawaii Partners LLC
Chico Crossroads LP
Chino South Retail PG LLC
CHK LLC
Cim/Birch St., Inc.
Circuit Distribution - Illinois
Circuit Il Corporation
Circuit Investors - Fairfield, LP
Circuit Investors - Vernon Hills, LP
Circuit Investors - Yorktown, LP
Circuit Investors #2 Ltd
Circuit Investors #3 LP
Circuit Investors #4 - Thousand Oaks LP
Circuit Oklahoma Property Investor
Circuit Pennslyvania Corporation
Circuit Sports LP
Circuit Tax Property Investors LP
Circuitville LLC

Citrus Park CC LLC
City View Center LLC
CK Richmond Business Services #2, LLC
Clairemont Square
Clay Terrace Partners LLC
Cleveland Towne Center LLC
Coastal Way LLC
Cobb Corners II LP
Cofal Partners LP
Cohab Realty LLC
Coldwater Development LLC
Cole CC Aurora Co, LLC
Cole CC Groveland Fl, LLC
Cole CC Kennesaw Ga, LLC
Cole CC Mesquite Tx, LLC
Cole CC Taunton Ma, LLC
Colonial Heights Holding, LLC
Colonial Heights Land Association
Colonial Square Associates LLC
Colonnade LLC
Colony Place Plaz, LLC
Columbia Plaza Shopping Center Venture
Community Centers One LLC
Compton Commercial Redevelopment Company
Concar Enterprises Inc.
Concord Mills LP
Condan Enterprises LLC
Congressional North Associates LP
Continental 45 Fund LLC.
Continental 64 Fund LLC
Cortlandt B. LLC
Cosmo-Eastgate, Ltd.
Cottonwood Phase V LLC
Coventry II DDR Buena Park Place LP
Coventry II DDR Merriam Village LLC
Covington Lansing Acquisition LLC
CP Venture Two LLC
Craig-Clarksville Tennessee LLC
Crosspointe 08 A LLC
Crossways Financial Associates LLC
Crown CC 1 LLC
CT Retail Properties Finance V LLC
Cypress/Spanish Fort I LP
Daly City Partners I LP
Daniel G. Kamin Baton Rouge LLC
Daniel G. Kamin Burlington LLC
Daniel G. Kamin Elmwood Park LLC
Daniel G. Kamin Flint, LLC
Daniel G. Kamin Mcallen LLC
Daniel G Kamin and Howard Kadish, LLC
Dartmouth Marketplace Associates
Dayton Hudson Corporation
DDR  Southeast Loisdale LLC
DDR Crossroads Center LLC
DDR Family Centers LP
DDR Highland Grove LLC

DDR Homestead LLC
DDR Horseheads LLC
DDR Mdt Asheville River Hills
DDR Mdt Fairfax Towne Center LLC
DDR Mdt Grandville Marketplace LLC
DDR Mdt Monaca Township Marketplace LLC
DDR Mdt Union Consumer Square, LLC
DDR Miami Ave LLC
DDR Norte LLC, S.E.
DDR Southeast Cary LLC
DDR Southeast Cortez, LLC
DDR Southeast Culver City District
DDR Southeast Dothan Outparcel, LLC
DDR Southeast Highlands Ranch LLC
DDR Southeast Olympia District
DDR Southeast Rome LLC
DDR Southeast Snellville LLC
DDR Southeast Union LLC
DDR Southeast Vero Beach LLC
DDR 1st Carolina Crossings South LLC
DDRA Arrowhead Crossing LLC
DDRM Hilltop Plaza LP
DDRM Skyview Plaza LLC
DDR-Sau Greenville Point LLC
DDR-Sau Wendover Phase II, LLC
DDRTC CC Plaza LLC
DDRTC Columbiana Station I LLC
DDRTC Creeks at Virginia Center LLC
DDRTC McFarland Plaza LLC
DDRTC Newnan Pavilion LLC
DDRTC Southlake Pavilion LLC
DDRTC Sycamore Commons LLC
DDRTC T&C LLC
DDRTC Walks at Highwood Preserve I LLC
Decatur Plaza I, LLC
Deerbrook Anchor Acquisition LLC
Dematteo Management Inc.
Dentici Family Limited Partnership
Derito Pavilions 140 LLC
Desert Home Communities of Oklahoma, LLC
DEV LP
Diamond Square LLC
Dicker/Warmington Properties
Dikeou, Deno P.
Dim Vastgoed, N.V.
DJD Partners LP
DMC Properties, Inc.
Dollinger Lost Hills Associates
Donahue Schriber Realty Group LP
Dowel Conshohocken LLC
Dowel-Allentown, LLC
Drexel Delaware Trust
Drury Land Development Inc.
Durham Westgate Plaza Investors LLC.
E&A Northeast LP
Eagleridge Associates (Pueblo) LLC

East Gate Center V
Eastchase Market Center LLC
Eastland Shopping Center LLC
Eastridge Shopping Center LLC
EEL Mckee LLC
EKLEC Co. Newco LLC
ELPF Slidell, LLC
Emporium on LBJ Owners Association
Encinitas PFA, LLC
Enid Two, LLC
ERP of Midway, LLC
Estate of Joseph Y. Einbinder
Evansville Developers LLC, G.B.
Evergreen Mcdowell And Pebble Creek LLC
Excel Realty Partners LP
Excel Westminster Marketplace, Inc.
F.R.O., LLC Ix
Faber Bros., Inc
Fairfax Court LP
Fairview Heights Investors LLC
Fairway Centre Associate, LP
Faram Muskegon LLC
Farmingdale-Grocery LLC
Fayetteville Developers LLC
FC Janes Park LLC
FC Richmond Associates LP
FC Treeco Columbia Park, LLC
FC Wodbridge Crossing, LLC
Federal Realty Investment Trust
Feil Organization, The
FGP Company
Fingerlakes Crossing LLC
Firecreek Crossing o Reno LLC
First Berkshire Properties LLC
FJL MVP LLC
Flintlock Northridge LLC
F&M Properties
Fogg-Snowville LLC
Foothill Business Association
Foothill Pacific Towne Center
Forecast Danbury LP
Forest City Commercial Group LLC
Forest City Ratner Company
Fourels Investment Company
Fr/Cal Gouldsboro Property Holding LP
Friedland, Lawrence And Melvin
FW CA Brea Marketplace LLC
G&S Livingston Realty Inc.
Gainesville Outdoor Advertising Inc.
Galileo Apollo II Sub, LLC
Galileo CMBS T2 NC LP
Galileo Freshwater/Stateline LLC
Galileo Northeast LLC
Galleria Partnership
Galleria Plaza Ltd.
Garden City Center

Gateway Center Properties III, LLC
Gateway Company LLC
Gateway Woodside Inc.
GC Acquisition Corporation
Geenen Dekock Properties LLC
Generation H One and Two LP
GGP Mall of Louisiana LP
GGP-Steeplegate Inc.
Gladwyne Investors, LP
Glenmoor LP
GMS Golden Valley Ranch LLC
Goldsmith, Barbara L.
Goodmill LLC
Gould Livermore LLC
Grand Hunt Center Oea
Gravois Bluffs III LLC
GRE Grove Street One LLC
GRE Vista Ridge LP
Greater Orlando Aviation Authority
Greece Ridge LLC
Greeley Shopping Center LLC
Green 521 5th Avenue LLC
Green Acres Mall LLC
Greenback Associates
Greenwood Point LP
GRI-EQY (Sparkleberry Square) LLC
GS Erie LLC
GS II Brook Highland LLC
Gunning Investments, LLC
Hallaian Brothers
Hamilton Chase Santa Maria LLC
Hamilton Crossing I LLC
Hampden Commons Condominium Association
Hannon Ranches Ltd
Hanson Industries Inc.
Harold and Lucille Chaffee Trust
Hart Kings Crossing LLC
Hartman 1995 Ohio Property Trust
Harvest/NPE LP
Hayden Meadows JV
Hayward 880, LLC
Heritage Property Investment LP
Heritage-Lakes Crossing LLC
Hickory Hollow Development Inc.
Hickory Ridge Pavilion LLC
Highlands Ranch Community Association
HIP Stephanie, LLC
HK New Plan Covered Sun LLC
HK New Plan EPR Property Holdings LLC.
HK New Plan Exchange Property Owner II LP
HKK Investments
Hollingsworth Capital Partners - Intermodal, LLC
Holyoke Crossing LP II
Home Depot USA Inc.
Hoprock Limonite LLC
Howland Commons Partnership

HRI/Lutherville Station LLC
Hudson Realty Trust
Huntington Mall Company
HV Covington LLC
HWR Kennesaw LLC
I-10/Bunker Hill Associates, LP
I-93 Somerville LLC
Iannucci Development Corporation
Immobilien Verwaltung GMBH
Indian River Mall
Inland American Chesapeake Crossroads LLC
Inland American Oklahoma City Penn, LLC
Inland American Retail Management
Inland Commercial Property Management Inc.
Inland Us Management LLC
Inland Western Austin Southpark Meadows II LP
Inland Western Cedar Hill Pleasant Run LP
Inland Western College Station Gateway II, LP
Inland Western Columbus Clifty LLC
Inland Western Houma Magnolia LLC
Inland Western Lake Worth Towne Crossing
Inland Western Lewisville Lakepointe LP
Inland Western McDowell LLC
Inland Western Oswego Gerry Centennial LLC
Inland Western Richmond Mayland LLC
Inland Western San Antonio Hq LP
Inland Western Southlake Corners LP
Inland Western Sugar Land Colony LP
Inland Western Temecula Commons LLC
Inland Western West Mifflin Century III District
Intergrated Real Estate Services LLC
International Speedway Square Ltd
Interstate Augusta Properties LLC
Investors Brokerage Inc.
Irish Hills Plaza West II LLC
Irvine Company LLC
Irving Harlem Venture LP
J&F Enterprises
Jaffe of Weston II Inc.
Janaf Crossings, LLC
Jantzen Dynamic Corporation
Jefferson Mall Company II LLC
JKCG LLC
Johnson City Crossing (Delaware)LLC
Johnstown Zamias LP
Jubilee-Springdale LLC
Jurupa Bolingbrook LLC
JWC/Loftus LLC
K&G/Dearborn LLC.
Kamin Realty Co
Karns Real Estate Holdings II, LLC
Katy Mills Mall LP
KB Columbus I-CC
KC Benjamin Realty LLC
K E - Athens LLC
Kendall-77 Ltd.

Kentucky Oaks Mall
K-Gam Broadway Craycroft LLC
Kimco Acadiana 670 Inc.
Kimco Arbor Lakes S.C., LLC
Kimco Pk LC
Kimco Realty Corporation
KIR Amarillo LP
KIR Arboretum Crossing LP
KIR Augusta I 044 LLC
KIR Piers 716 LLC
Kite Coral Springs LLC
Knoxville Levcal LLC
KNP Investments
Kobra Properties
Kolo Enterprises
Kramont Vestal Management LLC
KRG Market Street Village LP
Kroustalis Investment
Krupp Equity Limited Partnership
KSK Scottsdale Mall LP
L. Mason Capitani Propety & Asset Mgmt. Inc
La Cienega-Sawyer Ltd.
La Frontera Village LP
La Habra Imperial LLC
Landing at Arbor Place LP, The
Landings Management Association
Landman, Deborah, Eli Landman, Zoltan Schwartz &
Anna Schwartz
Laredo/MDN II LP
Larry J. Rietz, MP, LLC
Las Vegas Land and Development Company LLC
LB Commercial Mortgage Trust Series 1998 C1
LC White Plains Retail LLC
Lea Company
League City Towne Center Ltd
Leben, Robert L. &  Mary C.
Lester Development Corporation
Lexington Corporate Properties Inc.
Lexington Lion Weston I  LP
Lincoln Plaza Associates LP
Lincoln US Properties LP
Linden Business Center Association
Little Britain Holding, LLC
Loop West LLC
Louis Joliet Shoppingtown LP
Lucknow Associates
Lufkin Gkd Partner, LP
M & M Berman Enterprises
MIA Brookhaven LLC
Macerich Lakewood LLC
Macerich Vintage Fair LP
Macy's Central
Madison Waldorf LLC
Magna Trust Company
Main Street At Exton LP
Mall at Gurnee Mills LLC

Mall at Valle Vista LLC
Mall of Georgia LLC
Mallview Plaza Company Ltd.
Manco Abbott OEA Inc.
Mansfield Seq 287 and Debbie Ltd.
Manteca Stadium Park LP
Marco Portland General Partnership
Market Heights Ltd
Marlton VF, LLC
Mass One LLC
Mayfair - MDCC Business Trust
MB Fabyan Randall Plaza Batavia LLC
MB Keene Monadnock LLC
McAlister Square Partners Ltd
MD-GSI Associate, LLC
MDS Realty II, LLC
Meacham Business Center LLC
Meadowbrook Village LP
Melbourne-JCP Associates Ltd.
Melville Walton Hone, Trustee Of Hone Family
Memorial Square 1031 LLC
Meridian Village LLC
Metro Center LLC
Meyerland Plaza (De) LLC
MHW Warner Robins LP
Mibarev Development I LLC
Mid US LLC
Mid-America Asset Management
Milford Crossing Investors LLC
Millman 2000 Charitable Trust
Millstein Industries LLC
MK Kona Commons LLC
Mobile KPT LLC
Monrovia Marketplace LLC
Montclair Plaza LLC
Monte Vista Crossings, LLC
Montevideo Investments, LLC
Montgomery Towne Center Station, Inc
Morgan Hill Retail Venture LP
Morris Bethlehem Associates LP
Morrison Crossing Shopping Center
Mount Berry Square LLC
Mr Keene Mill 1 LLC
Msf Eastgate-I LLC
Myrtle Beach Farms Company Inc.
Nap Northpoint LLC
National Retail Properties, LP
Nazario Family Partnership
Necrossgates Commons Newco, LLC
Nevada Investment Holdings, Inc.
New Plan Excel Realty Trust
New Plan of Memphis Commons, LLC
New River Properties
NMC Stratford LLC
North Attleboro Marketplace II LLC
North Hill Centre, LLC

North Plainfield VF LLC
Northcliff Residual Parcel 4 LLC
Northern Trust Bank of California
Northwoods LP
Novogroder/Abilene LLC
NP Huntsville LLC
NP I&G Conyers Crossroads LLC
NP/SSP Baybrook LLC
NPP Development LLC
Oak Hollow Mall
Oates, Marvin L.
OLP 6609 Grand LLC
OLP CC Ferguson LLC
OLP CC Florence LLC
OLP CC Antioch LLC
OLP CC Fairview Heights LLC
OLP CC St.Louis LLC
One Liberty Properties
Orangefair Marketplace LLC
Orion Alliance Group LLC
Orland Town Center Shopping Center
OTR
PL Mesa Pavilions LLC
P/A Acadia Pelham Manor LLC
PA 73 South Association
Pace-Brentwood Partners LLC
Pacific Carmel Mountain Holdings LP
Pacific Castle Groves LLC
Pacific Harbor Equities  LLC
Pacific/Youngman-Woodland Hills
Paige Exchange Corporation
Palm Springs Mile Associates Ltd.
Palmetto Investors LLC
Pan Am Equities Inc.
Panattoni Development Company LLC
Pappas Gateway LP
Paragon Affiliates
Parkdale Mall Associates LP
Parkdale Village LP
Parker Bullseye LLC
Parker Central Plaza, Ltd.
Parks at Arlington LP
Parkside Realty Associates, LP
Parkway Centre East LLC
Parkway Plaza LLC
Parkway Terrace Properties Inc.
Paskin, Marc
Peikar Muskegon LLC
Plantation Point Development LLC
Plaza at Jordan Landing LLC
Plaza Las Americas, Inc
Plaza Las Palma, LLC
Plazamill LLP
Plymouth Marketplace Condominium Assoc., Inc.
Point West Investors II
Polaris Circuit City LLC

Pond Road Associates
Port Arthur Holdings III Ltd.
Potomac Festival II
Potomac Run LLC
PR Beaver Valley LP
Prattcenter LLC
Preit Services LLC
PRGL Paxton LP
Prince George's Station Retail LLC
Principal Real Estate Holding Company LLC
Priscilla J. Rietz LLC
Promventure LP
Property Management Support Inc.
Provo Group, The
PRU Desert Crossing V LLC
Prudential Insurance Company Of America
Puente Hills Mall LLC
Ramco West Oaks I LLC
Ramco-Gershenson Properties LP
Rancon Realty Fund IV Subsidiary LLC
Ray Mucci's Inc.
Raymond and Main Retail LLC
RB-3 Associates
RD Bloomfield Associates LP
Realty Income Corporation
Rebs Muskegon LLC
Red Mountain Retail Group
Red Rose Commons Condominium Association
Redtree Properties LP
Regency Centers LP
Regency Petaluma LLC
Reiff & Givertz Texas Prop LLC
Remount Road Associates LP
Richland Town Centre LLC
Ricmac Equities Corporation
Rio Associates LP
Robinson, Donald
RREEF America REIT II Corporation VVV
RVIP Valley Central LP
Saunders Hotel Group
SCC San Angelo Partners Ltd.
Sigmund Sommer Properties
Simon Property Group
Sonnet Investments LLC
South Shields #1 Ltd.
Southland Investors LP
Southwind Ltd.
SPG Tennessee LP
Station Landing LLC
Stop & Shop Supermarket Company LLC
Sullivan Crosby Trust
Sunil Puri LLC
Tam Stockton LLC
Teplis, Nathan, Paul, Belle, and Frank
Terra Enterprises
Urbanical Oakland II LLC

Vornado Realty Trust
Water Tower Square LP
Watkins Houston Investments LP
Wayside Commons Investors LLC
WEC 96D Niles Investment
WEC 97G-Syracuse Investment Trust
Weingarten Realty Investors
Whitestone REIT
Wilmington Trust Company
WRI Associates Ltd.

**Sublessees**
$1.00 Stuff Inc.
Academy Alliance LLC
Adams Outdoor Advertising
Advance Auto Parts
American Outdoor Advertising
Arc International Corporation
Autozone Northeast Inc.
Baby Superstore,Inc.
Blockbuster Inc.
Books A Million
Borders Inc.
Carmax Business Services LLC
Casto
CEC Entertainment, Inc.
Chapman & Main
Charlie Brown's Steakhouse
Children's Discovery Centers of America
Circuit Sports LP
Consolidated Stores Corporation
Dan's Big & Tall Shop Inc.
Designs CMAL Retail Store Inc.
DHL Global Business Services
Dick's Sporting Goods Inc.
Dollar General Corporation
Dollar Tree Stores Inc.
Don Sherwood Golf Shop
Edwin Watts Golf Shop
Empire Education Group
Entertainmart-Preston Rd LLC
Eyecare Discount Optical Inc.
Eynon Furniture Outlet Inc.
Fabri-Centers of America Inc.
Food Lion LLC
Forecast Danbury LP
GE Transportation Systems
Golf Galaxy
Golfsmith International LP
Great Golf Inc.
Guitar Center Stores Inc.
Homans Associates Inc.
Hughes MRO Ltd.
Huntington National Bank
Inkeeper Properties Inc.
International House Of Pancakes

JR Furniture USA Inc.
Joelle Inc.
JP Morgan Chase Bank
K&G Men's Company Inc.
Katz
Lakeshore Equipment Company
La-Z-Boy Showcase Shoppes
Lifeway Christian Resources
Maggiano's/Corner Bakery Holding Corporation
Mall of Decoration Inc.
Martin, Paul T.
Mayland Cam
Modernage Inc.
Mor Furniture For Less
MRV Wanamaker LLC
New Avenues Lease Ownership LLC
New Colorado Daily, Inc.
North South Partner, LLC
O'Charleys, Inc.
OK Apple Inc.
Oklahoma Gold Realty LLC
Oklahoma Goodwill Industries,Inc.
Orthodontic Centers of Virginia Inc.
Peak Place Holdings, LLC
Pork Place
Pot Luck Enterprises Inc.
Price Chopper Operating Company
Prosound Music Centers Inc.
Quantum Fine Casework Inc.
Quarterdeck Corporate Office
Raymund Garza
Remington Seeds LLC
Restoration Ministries
Ruby Tuesday's
Salem Farm Realty Trust
Salom Sons Inc.
Sam Ash Megastores,LLC
Schiavone, Daniel
Sky Bank
Solo Cup Company
Staples, The Office Superstore Inc.
The Auto Toy Store Inc.
The Floor Store Inc.
The Julia Christy Salon Inc.
The Pep Boys
The Sports Authority
The TJX Operating Companies
Tire Kingdom, Inc.
Topline Appliance Depot Inc.
Toys R US Inc.
Trader Joe's Company
Truong, Se and Ly
Tru Properties Inc.
TVI Inc.
Viacom Outdoor
Visionary Retail Management

Waterbed Emporium of California
West Marine Products Inc.
Winchester Fun Expedition Corporation
Wired Management LLC
Workforce Central Florida

**Personal Property Lessors**
Avaya Financial Services
GE Fleet Services
IBM
Hewlett Packard
Service Power
Toshiba

**Banks Utilized in the Company's**
**Cash Management System**
American Savings
AmSouth Bancorporation
Banco Popular
Bank of America
CRP Securities, LLC
Chase Bank
CRP Securities
Fifth Third Bank
Fifth Third Securities
JP Morgan Securities Inc
Lehman Brothers
Merrill Lynch Global Institutional Advisory Division
RBC Dain Rauscher
SunTrust
UBS Financial Services, Inc.
Wachovia Bank & Securities
Wells Fargo

**Liquidators**
Gordon Brothers Retail Partners LLC
Great American Group
Hilco Merchant Resources LLC
Hudson Capital Partners LLC
SB Capital Group LLC
Tiger Capital Group LLC

**Litigation Counterparties**
Alicea, Ada
Audiobahn
Banker, Michael
Booker, Jamal
Dealtree
DiPirro, Michael
Donnelly, Kenneth
Federal Communications Commission
Foss, Andrew
Harris, William
Holloman, Latia
Ibrahim, Betty
Internal Revenue Service

Iowa AG
JP Morgan Chase
Keystone Automotive Industries
Kobra Properties
Mad Rhino
Maria Moncayo (class action)
Massachusetts Department of Revenue
Mastercard
Micro Electronics
Millennium Retail Partners
Monster Cable
Moxley, Donald
Murphy, Christopher
RealSource
Roberty Gentry (class action)
Securities and Exchange Commission
Snow, Christopher
State of Iowa
Temple, Floyd Edward Jr.
Tennesee Department of Revenue
Unical
Visa
Voegtle, Clayton P.
Weidler, Daniel

**Restructuring and Other Professionals**
Bingham MCCutchen LLP
Ernst & Young
FTI Consulting Inc.
Goldman, Sachs and Company
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
LeClairRyan
McGuireWoods, LLP
Ogilvy Renault LLP
Osler, Hoskin & Hardcourt LLP
Rothschild, Inc.
Schulte Roth & Zabel LLP
Wilmer, Cutler, Pickering Hale, & Dorr LLP

**U.S. Trustee's Office - Region 4**
Bove, Frank J.
Conlon, Debera F.
Davis, Martha
Early, Dennis J.
Frankel, Jack I.
Franklin, Shannon D.
McDow, W. Clarkson
Van Arsdale, Robert
Weschler, Cecelia A.
Whitehurst, Kenneth N. III

**District Court Judges (Eastern District**
**of Virginia)**
Anderson, John F.
Brinkeman, Leonie M.

Buchanan, Theresa C.
Cacheris, James C.
Davis, Ivan D.
Ellis, T.S. III
Hilton, Claude M.
Jones, T. Rawles Jr.
Lee, Gerald Bruce
O'Grady, Liam

**<u>Bankruptcy Court Judges</u>**
**<u>(Eastern District of Virginia)</u>**
Adams, David H.
Huennekens, Kevin R.
Mayer, Robert
Mitchell, Stephen S.
St. John, Stephen C.
Shelley, Blackwell N.
Tice, Douglas O. Jr.

## EXHIBIT C

**Schedule of Invoices and Payments**

## Circuit City Stores

|         |                                        |           | Wire Amount | Balance   |
|---------|----------------------------------------|-----------|-------------|-----------|
| 9/22/08 | On Account Statement                   | $100,000  |             |           |
| 9/26/08 | Wire                                   |           | $100,000    | $100,000  |
| 9/29/08 | Statement no. 1228100                  | $ 44,956  |             | $55,044   |
| 10/7/08 | Wire*                                  |           | $194,956    | $250,000  |
| 10/9/08 | Statement No. 1230072                  | $215,956  |             | $34,044   |
| 10/10/08| Wire                                   |           | $215,956    | $250,000  |
| 10/16/08| Statement no. 1231554                  | $184,084  |             | $65,916   |
| 10/20/08| Wire                                   |           | $184,084    | $250,000  |
| 10/23/08| Statement no. 1232472                  | $219,250  |             | $30,750   |
| 10/24/08| Wire                                   |           | $219,250    | $250,000  |
| 10/28/08| Statement no. 1233043                  | $248,851  |             | $1,149    |
| 11/4/08 | Wire**                                 |           | $748,851    | $750,000  |
| 11/5/08 | Statement no. 1234135                  | $335,153  |             | $414,847  |
| 11/6/08 | Wire                                   |           | $335,153    | $750,000  |
| 11/9/08 | Estimated Statement No. 1234656        | $500,000  |             | $250,000  |

\* This wire included an additional retainer request of $150,000.

\*\* This wire included an additional retainer request of $500,000.