LAWRENCE J. HILTON (S.B.N. 156524)
    lhilton@hewittoneil.com
HEWITT & O'NEIL LLP
19900 MacArthur Boulevard
Suite 1050
Irvine, California 92612
Telephone: (949) 798-0500
Facsimile: (949) 798-0511

ATTORNEYS FOR TARGUS, INC.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC, *et. al.,* | Case No. 08-35653 (KRH) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of TARGUS, INC. ("TARGUS"), a creditor, and pursuant to Federal Rules of Bankruptcy Procedure Code 2002 and 9010(b) and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), demand that all notices given or required to be given and all papers served in these case be delivered to and served upon the parties identified below at the following address and further request to be added to the Master Service List:

        LAWRENCE J. HILTON
        HEWITT & O'NEIL LLP
        19900 MacArthur Boulevard
        Suite 1050
        Irvine, California 92612
        Telephone: (949) 798-0500
        Facsimile: (949) 798-0511

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of TARGUS (i) to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to assert other rights, claims, actions, defenses, setoffs or recoupments to which TARGUS is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

DATED: November 18, 2008

HEWITT & O'NEIL LLP

_____
LAWRENCE J. HILTON
HEWITT & O'NEIL LLP
19900 MacArthur Blvd., Suite 1050
Irvine, CA 92612
Telephone: (949) 798-0500
Facsimile: (949) 798-0511

**ATTORNEYS FOR TARGUS, INC.**