**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In re: | ) |
| | ) |
|     **CIRCUIT CITY STORES, INC., et al.** | )     Case No.: 08-35653-KRH |
| | )     Chapter 11 |
|     **Debtors.** | ) |
| | ) |

### ORDER APPROVING ADMISSION PRO HAC VICE OF ELLEN A. FRIEDMAN

This matter comes before the Court upon the Motion of Roy M. Terry, Jr., requesting entry of an order approving the admission *pro hac vice* of Ellen A. Friedman of the firm of Friedman Dumas & Springwater LLP, San Francisco, California, to represent the interests of Hewlett-Packard Company in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper, the Court

ORDERS that Ellen A. Friedman be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

Entered: Nov 18 2008

/s/ Kevin R. Huennekens
KEVIN R. HUENNEKENS
UNITED STATE BANKRUPTCY JUDGE

Entered on docket: November 18 2008

Roy M. Terry, Jr. VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
804-775-6900
804-775-6911
Local Counsel for Hewlett-Packard Company

I ASK FOR THIS:

 /s/ Roy M. Terry, Jr.
Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
804-775-6900
Fax: 804-775-6911
Local Counsel for Hewlett-Packard Company

## **LOCAL RULE CERTIFICATION**

I hereby certify that the foregoing has been endorsed by all necessary parties.

 /s/ Roy M. Terry, Jr.

**Parties to Receive Copies**

Roy M. Terry, Jr., Esq.
John C. Smith, Esq.
Elizabeth L. Gunn, Esq.
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219

Ellen A. Friedman, Esq.
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1           Date Rcvd: Nov 18, 2008
Case: 08-35653                Form ID: pdforder        Total Served: 2

The following entities were served by first class mail on Nov 20, 2008.
         +Ellen A. Friedman,   Friedman Dumas & Springwater LLP,   150 Spear Street,   Suite 1600,
           San Francisco, CA 94105-1541
          Gregg M. Galardi,   Skadden, Arps, Slate, Meagher & Flom,   One Rodney Sq.,   PO Box 636,
           Wilmington, DE 19899-0636
The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 20, 2008**                       **Signature:** _Joseph Speetjens_