TAFT STETTINIUS & HOLLISTER LLP
Jeffrey J. Graham
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699
E-mail:  jgraham@taftlaw.com

Attorney for Greenwood Point, LP and Washington Corner, LP

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, ) | Case No. 08-35653 |
| ) | Jointly Administered |
| Debtors. ) | |
| _____) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICES OF PAPERS

Greenwood Point, LP and Washington Corner, LP (collectively, the "Landlords"), by counsel, hereby moves this Court, pursuant to Fed. R. Bankr. P. 2002, 9007 and 9010, and Local Rules 2090-1 and 9010-1, to appear and receive notice in this matter and in support of its request shows the Court as follows:

1. The Landlords are creditors in the above-captioned cases by virtue of one of the jointly administered debtors being a tenant in each Landlord's shopping center.  As such, the Landlords are parties-in-interest entitled to notice.

2. To facilitate the receipt of pleadings, orders and notices by the Landlords, they should be permitted to appear in these proceedings and have copies of all pleadings sent to their attorney as follows:

Jeffrey J. Graham
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699
E-mail: jgraham@taftlaw.com

3. The Landlords intend that neither this notice nor any later appearance, pleading, claim or suit shall waive:  (a) the right of the Landlords to have final orders in non-core matters entered only after *de novo* review by a District Judge; (b) the right of the Landlords to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (c) the right of the Landlords to have the District Judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, setoffs or recoupments to which the Landlords are or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the Landlords expressly reserve.

WHEREFORE, the Landlords prays that they be allowed to appear in these proceedings and receive notice, through their attorney, of all pleadings, orders and notices that may be issued by, or filed with, the Court or with other parties-in-interest; that the distribution of such filings be

made to the aforementioned attorney and that he be added to the service list maintained in these

cases, together with all other relief just and proper in the premises.

Dated:  Indianapolis, IN                    GREENWOOD POINT, LP and
        November 21, 2008              WASHINGTON PLACE, LP,

                                    By:     /s/  Jeffrey J. Graham
                                              Jeffrey J. Graham
                                              Indiana Bar No. 20899-49

TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN  46204
Telephone:  (317) 713-3500
Facsimile:  (317) 713-3699
E-mail:  jgraham@taftlaw.com

3

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the United States Bankruptcy Court's electronic transmission service or via first class postage-prepaid U.S. mail to the following individuals this 21st day of November, 2008.

       /s/ Jeffrey J. Graham
       Jeffrey J. Graham

Daniel F. Blanks
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
757-640-3774
757-640-3963 (fax)
dblanks@mcguirewoods.com

Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
(757) 640-3715
(757) 640-3957 (fax)
dfoley@mcguirewoods.com

Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
(804) 775-1135
jsheerin@mcguirewoods.com

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219
804-771-2310
USTPRegion04.RH.ECF@usdoj.gov

Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219
(804) 775-1000
sboehm@mcguirewoods.com

Dion W. Hayes
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
804-775-1144
dhayes@mcguirewoods.com

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
804-771-2310
804-771-2330 (fax)
Robert.B.Van.Arsdale@usdoj.gov

**938630**