UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC., et al.   )
                                                                                        ) Case No. 08-35653-KRH
                          Debtors.                   ) Jointly Administered
                                                                                       ) Chapter 11 Proceedings

**MOTION OF BURBANK MALL ASSOCIATES, LLC
FOR AN ORDER COMPELLING PAYMENT OF
POST-PETION RENT PURSUANT TO 11 U.S.C. § 365(d)(3)**

Burbank Mall Associates, LLC ("Burbank"), by and through its undersigned counsel, hereby moves for the entry of an Order compelling the above mentioned debtor ("Debtor") to pay post-petition rent. In support of this Motion, Burbank respectfully states as follows:

**Background**

1. On November 10, 2008, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2. Burbank is a party to a Lease Agreement ("Lease") with Circuit City Stores, Inc., for a unit located in the Media City Mall in Burbank, California dated June 30, 1993.

Paul S. Bliley, Jr., VSB # 13973
WILLIAMS MULLEN
P.O. Box 1320
Richmond, VA  23218-1320
Phone:  (804) 783-6448
Fax:       (804) 783-6507
pbliley@williamsmullen.com

3. The Debtor has failed to pay rent to Burbank due under the Lease for the post-petition period November 10, 2008 through November 30, 2008, in the amount of $21,952.00 ("Post-Petition Rent").

### Relief Requested

4. Burbank respectfully request that the Court enter an Order that compels the Debtor to immediately pay the Post-Petition Rent to Burbank.

5. Section 365(d)(3) of the Bankruptcy Code states that the Debtor must "timely perform all the obligations of the debtor...arising from and after the order for relief under any unexpired lease of nonresidential real property, until such lease is assumed or rejected...." 11 U.S.C. § 365(d)(3). In enacting section 365(d)(3) of the Bankruptcy Code, Congress intended to address the plight of landlords who, unlike professionals and other providers of goods and services to a debtor-in-possession in the ordinary course of business, are compelled to extend credit:

> A second and related problem is that during the time the debtor has vacated space but has not yet decided to assume or reject the lease, the Debtors has stopped making payments due under the lease. These payments include rent due the landlord and common area charges which are paid by all the tenants according to the amount of space they lease. In this situation, the landlord is forced to provide current services – the use of its property, utilities, security, and other services – without current payment. No other creditor is put in this position...
>
> The bill would lessen these problems by requiring the Debtors to perform all the obligations of the debtor under a lease of nonresidential real property at the time required in the lease. This timely performance requirement will insure that the debtor-tenants pay their rent, common area, and other charges on time pending the Debtors' assumption or rejection of the lease.

130 Cong. Rec. S8894-95 (daily ed. June 29, 1984) (remarks of Sen. Hatch).

6. This case presents the circumstances that Congress intended § 365(d)(3) of the Bankruptcy Code to address. The Debtor occupied and possessed the Premises post-petition, without performing its post-petition obligations under the Lease.

7. Courts have continually held that a landlord is entitled to immediate payment of post-petition, pre-rejection rental payments, pursuant to 11 U.S.C. § 365(d)(3). *See In re: Pudgie's Div. of New York, Inc.*, 202 B.R. 832 (Bank. S.D.N.Y. 1996); *see also In re: Wingspread Corp.*, 178 B.R. 305 (Bankr. D. Mass. 1995); *see also Manhattan King David Restaurant, Inc. v. Levine*, 163 B.R. 36 (S.D.N.Y. 1993); *see also In re: Rare Coin Galleries of American, Inc.*, 72 B.R. 415 (d. Mass 1987); *see also In the Matter of the Barrister of Delaware, Ltd.*, 49 B.R. 446 (Bankr. D. Del. 1985). Accordingly, the Court should enter an order that compels the Debtor to immediately pay the Post-Petition Rent to Burbank to satisfy its obligations under the Lease and § 365(d)(3) of the Bankruptcy Code.

8. Additionally, pursuant to the terms of the Lease, the Debtor is obligated to reimburse Burbank for the reasonable attorneys' fees and costs incurred by Burbank in connection with the Debtor's compliance under the terms of the Lease. *See* Lease Paragraph 30 (c). Accordingly, Burbank respectfully requests that the Debtor be directed to pay the attorneys' fees and costs incurred by Burbank in connection with the filing and prosecution of this Motion.

**WHEREFORE**, Burbank respectfully requests this Court to enter an Order that compels the Debtor to immediately pay Burbank the amount of $21,952.00, plus Burbank's reasonable

attorneys' fees and costs and grant Burbank such other and further relief as this Court deems proper and equitable.

Dated: November 21, 2008          BURBANK MALL ASSOCIATES, LLC


                                  By /s/ Paul S. Bliley, Jr.
                                       Of Counsel



Paul S. Bliley, Jr., VSB # 13973
WILLIAMS MULLEN
P.O. Box 1320
Richmond, VA 23218-1320
Phone: (804) 783-6448
Fax:   (804) 783-6507
pbliley@williamsmullen.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 21st day of November, 2008, a copy of the **Notice of Motion and Hearing** and the **Motion of Burbank Mall Associates, LLC for entry of an Order Compelling Payment of Post-Petition Rent Pursuant to 11 U.S.C. § 365(d)(3)** were via the Electronic Case Filing (ECF) system, as appropriate, and by First Class Mail (postage prepaid) on the following attached Service List:


                                   /s/ Paul S. Bliley, Jr.
                                   Paul S. Bliley, Jr.

1684891v1

Service List

Scott L. Adkins
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Peter Barrett
Kutak Rock L.L.P.
1111 East Main Street, Suite 800
Richmond, VA 23219-3500

Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Ave Suite 1130
New York, NY 10169

Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

Mark E. Browning
Office of the Attorney General
300 West 15th Street, 8th floor
Austin, TX 78701

William H. Casterline, Jr.
Blankingship & Keith, P.C.
4020 University Drive, #312
Fairfax, VA 22030

Andrew S. Conway
The Taubman Company
200 East Long Lake Road
Suite 300
Bloomfield Hills, MI 48304

Jennifer V. Doran
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109

David J. Ervin
Kelley, Drye & Warren, LLP
Washington Harbour, Suite 400
3050 K Street N.W.
Washington, DC 20007-5108

Jeremy S. Friedberg
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, MD 21117

Mark K. Ames
Taxing Authority Consulting Services
2812 Emerywood Parkway, Suite 220
Richmond, VA 23294

Raymond William Battaglia
Oppenheimer, Blend, Harrison & Tate, Inc
711 Navarro Sixth Floor
San Antonio, TX 78205

David S. Berman
Riemer & Braunstein
Three Center Plaza, 6th Floor
Boston, MA 02108

Wanda Borges
Borges & Associates, LLC
575 Underhill Blvd.
Syosset, NY 11791

Christopher A. Camardello
Winthrop & Weinstine, PA
225 South Sixth Street
Suite 3500
Minneapolis, MN 55402

Jeffrey Chang
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Robert K. Coulter
Office of the US Attorney
2100 Jamieson Avenue
Alexandria, VA 22314

Bradford F. Englander
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, MD 20814

William J. Factor
Seyfarth Shaw LLP
131 S. Dearborn St. Suite 2400
Chicago, IL 60603

Ellen A. Friedman
Friedman Dumas & Springwater LLP
160 Spear Street, Suite 1600
San Francisco, CA 94105

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd Suite 300
Arlington, TX 76013

Andria M. Beckham
Bricker & Eckler, LLP
100 South Third Street
Columbus, OH 43215

Daniel F. Blanks
McGuireWoods LLP
9000 World Trade Center, 101 W.
Main St.
Norfolk, VA 23510

Timothy Francis Brown
Arent Fox LLP
1050 Connecticut Ave. N.W.
Washington, DC 20036-5339

Scott P. Carroll
Carroll & Carroll, P.L.L.C.
Suite 440
831 East Morehead Street
Charlotte, NC 28202

Charles W. Chotvacs
Ballard, Spahr, Andrews & Ingersoll, LLP
601 13th St. N.W. Suite 1000 South
Washington, DC 20005

Heather D. Dawson
Kitchens Kelley Gaynes, PC
Eleven Piedmont Center, Suite 900
3495 Piedmont Rd, NE
Atlanta, GA 30305

Augustus C. Epps, Jr.
Christian & Barton, L.L.P.
909 E. Main St., Suite 1200
Richmond, VA 23219-3095

Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W.
Main St.
Norfolk, VA 23510

Laura Lawton Gee
Baker & Hostetler, LLP
1000 Louisiana Street
Suite 2000
Houston, TX 77002

Service List

**Eric D. Goldberg**
Stutman, Treister & Glatt, P.C.
1901 Ave of the Stars-12th Floor
Los Angeles, CA 90067

**David A. Greer**
Law Offices of David A. Greer PLC
500 East Main Street Ste 1200
Norfolk, VA 23510

**Eric A. Handler**
Donahue Gallagher Woods LLP
300 Lakeside Drive, Suite 1900
Oakland, CA 94612

**Brian D. Huben**
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-6042

**Scott R. Kipnis**
Hofheimer Gartlir & Gross LLP
530 Fifth Ave.
New York, NY 10036

**Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th St. N.W. Suite 2100
Atlanta, GA 30363-1031

**James V. Lombardi**
Ross, Banks, May Cron & Cavin, P.C.
2 Riverway, Suite 700
Houston, TX 77056

**Christine D. Lynch**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

**Bruce H. Matson**
LeClair Ryan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
P.O. Box 2499
Richmond, VA 23218-2499

**Jennifer McLain McLemore**
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219

**William A. Gray**
Sands Anderson Marks & Miller
P.O. Box 1998
Richmond, VA 23218-1998

**Elizabeth L. Gunn**
DurretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, VA 23219

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

**Kenneth C. Johnson**
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

**Leonidas Koutsouftikis**
Magruder & Associates
1889 Preston White Drive
Suite 200
Reston, VA 20191

**John J. Lamoureux**
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

**Henry Pollard Long, III**
Hunton & Williams, LLP
951 East Byrd Street
Riverfront Plaza East Tower
Richmond, VA 23219-4074

**Michael W. Malter**
Binder & Malter
2775 Park Ave.
Santa Clara, CA 95050

**Robert P. McIntosh**
U.S. Attorney's Office
600 East Main St., Suite 1800
Richmond, VA 23219

**Jeffrey Meyers**
Ballard Spahr Andrews & Ingersoll
51st Fl- Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

**Steven H. Greenfeld**
Cohen Baldinger & Greenfeld, LLC
7910 Woodmont Avenue
Suite 760
Bethesda, MD 20814

**Brian P. Hall**
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

**Neil E. Herman**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178-0600

**Regina Stango Kelbon**
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

**Jeffrey Kurtzman**
Klehr, Harrison, Harvey, Branzburg & Ell
260 South Broad Street
Philadelphia, PA 19102-5003

**Richard E. Lear**
Holland & Knight LLP
2099 Pennsylvania Ave.,NW #100
Washington, DC 20006

**John E. Lucian**
Blank Rome LLP
One Logan Square
130 N. 18th St
Philadelphia, PA 19103-6998

**Richard M. Maseles**
Missouri Department of Revenue
301 W. High St.
P.O. Box 475
Jefferson City, MO 65102

**John G. McJunkin**
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

**Michael D. Mueller**
Christian & Barton, L.L.P.
909 East Main St., Ste. 1200
Richmond, VA 23219

## Service List

Kevin M. Newman
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498

Min Park
Connolly Bove Lodge & Hutz LLP
1875 Eye street, Suite #1100
Washington, DC 20006

Courtney E. Pozmantier
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067

Fred B. Ringel
Robinson Brog Leinwand Greene, et al.
1345 Avenue of the Americas
31st Floor
New York, NY 10105

Jeremy Brian Root
Blankingship & Keith, P.C.
4020 University Dr. Ste. 300
Fairfax, VA 22030

Jeremy W. Ryan
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19801

Scott A. Semenek
Wildman, Harrold, Allen & Dixion
225 West Wacker Drive
Chicago, IL 60606-1229

Jesse Silverman
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

Scott A. Stengel
Orrick, Herrington & Sutliffe, LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706

Roy M. Terry, Jr.
DurretteBradshaw, PLC
600 E. Main St., 20th Fl.
Richmond, VA 23219

Constantinos G. Panagopoulos
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005-3807

David M. Poitras
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Michael Reed
McCreary, Veselka, Bragg & Allen
700 Jeffrey Way, Suite 100
Round Rock, TX 78680

Philip M. Roberts
Berkeley & Degaetani
1301 N. Hamilton St., #200
Richmond, VA 23220

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Michael J. Sage
O'Melveny & Myers LLP
7 Times Square
Times Square Towers
New York, NY 10036

John L. Senica
Miller, Canfield, Paddock and Stone, PLC
225 W. Washington, Suite 2600
Chicago, IL 60606

Stephen W. Spence
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Mark Stromberg
Stromberg & Associates, PC
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, TX 75240

Dylan G. Trache
Wiley Rein LLP
7925 Jones Branch Drive
Suite 6200
McLean, VA 22102

Ernie Zachary Park
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797

David L. Pollack
Ballard Spahr Andrews & Ingersoll LLP
51st Fl-Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

David G. Reynolds
Glass & Reynolds
P.O. Box 1700
Corrales, NM 87048

Julie H. Rome-Banks
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Eric Christopher Rusnak
K&L Gates LLP
1601 K Street N.W.
Washington, DC 20006

Jeffrey Scharf
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294

Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Richard F. Stein
Special Assis. U. S. Attorney
600 East Main Street, Ste 1601
Richmond, VA 23219-2430

Jeffrey L. Tarkenton
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, N.W.,
Seventh Floor
Washington, DC 20005

Ronald M. Tucker
Simon Property Group
225 W. Washington Street
Indianapolis, IN 46204

Service List

**Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

**Nancy A. Washington**
Saiber LLC
One Gateway Center 13th Floor
Newark, NJ 07102

**Mitchell B. Weitzman**
Bean, Kinney & Korman, P.C.
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201

**Elizabeth Weller**
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

**Robert S. Westermann**
Hunton & Williams LLP
951 East Byrd Street
Richmond, VA 23219

**Lori L. Winkelman**
Quarles & Brady LLP
2 North Central Avenue
Phoenix, AZ 85004-2391

**J. Christian Word**
Latham & Watkins LLP
11955 Freedom Drive, Suite 500
Reston, VA 20190-5651

**Jonathan W. Young**
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

**Sheila G. deLa Cruz**
Hirschler Fleischer, P.C.
P.O. Box 500
Richmond, VA 23218-0500