William C. Crenshaw
VSB No. 16803
**POWELL GOLDSTEIN LLP**
Third Floor
901 New York Avenue, NW
Washington, D.C. 20001
(202) 624-7380
Email: wcrenshaw@pogolaw.com

**Counsel to Prince George's Station Retail, LLC,
Gould Investors, L.P., Georgia Pension Associates Realty Corp.,
OLP CCAntioch, LLC, OLP CCFairview Heights, LLC,
OLP CCFerguson, LLC, OLP CCFlorence, LLC,
OLP CCSt.Louis, LLC and OLP 6609 Grand, LLC**

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Case No.: 08-35653 (KRH) |
| ) | |
| CIRCUIT CITY STORES, INC., ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| _____ ) | |

### NOTICE OF APPEARANCE AND
### <u>REQUEST FOR SERVICE OF PAPERS</u>

**PLEASE TAKE NOTICE** that the undersigned hereby enters this Notice of Appearance as counsel to the following: Prince George's Station Retail, LLC, Gould Investors, L.P., Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC, and OLP 6609 Grand, LLC (collectively, the "Landlords"), pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007, 9010 and under section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b),

2

requests that all notices given or required to be given in these cases, and all papers filed or served or required to be served, in these cases, be given to and served on:

>William C. Crenshaw, Esq.
>Powell Goldstein LLP
>Third Floor
>901 New York Avenue, NW
>Washington, D.C. 20001
>Telephone:  (202) 624-7380
>Facsimile:  (202) 624-7222
>Email: wcrenshaw@pogolaw.com

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports and schedules, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, electronic mail, or otherwise that relates in any way to the above-captioned bankruptcy cases or proceedings therein.

PLEASE TAKE FURTHER NOTICE that under Bankruptcy Rule 3017, this is intended to and shall constitute a written request for service of copies of any and all plans and disclosure statements filed in these cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver by the Landlords: (1) to the personal jurisdiction of the bankruptcy court; (2) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (3) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to

this case; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, setoffs, or recoupments to which to which the Landlords are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Landlords expressly reserve.

Dated:  November ___, 2008
      Washington, D.C.

/s/William C. Crenshaw

William C. Crenshaw
Va. Bar No. 16803
POWELL GOLDSTEIN LLP
Third Floor
901 New York Avenue, NW
Washington, D.C. 20001
Telephone (202) 347-0066
Facsimile (202) 624-7222
Email: wcrenshaw@pogolaw.com

Counsel to Prince George's Station Retail, LLC,
Gould Investors, L.P., Georgia Pension Associates Realty
Corp., OLP CCAntioch, LLC, OLP CCFairview Heights,
LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP
CCSt.Louis, LLC and OLP 6609 Grand, LLC

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | Case No.: 08-35653 (KRH) |
| ) | |
| CIRCUIT CITY STORES, INC., ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| _____ ) | |

**CERTIFICATE OF SERVICE**

      I, William Crenshaw, do hereby certify that, on November _____, 2008, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS to be served via first-class U.S. Mail, postage pre-paid to:

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Timothy G. Pohl, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2000
Chicago, IL 60606

Dion W. Hayes (VSB No. 34304)
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219

Office of the United States Trustee
Richmond, Virginia Office
600 East Main Street, Suite 301
Richmond, VA 23219

                                               /s/William C. Crenshaw
                                               WILLIAM C. CRENSHAW