William C. Crenshaw
VSB No. 16803
**POWELL GOLDSTEIN LLP**
Third Floor
901 New York Avenue, NW
Washington, D.C. 20001
(202) 624-7380
Email: wcrenshaw@pogolaw.com

**Counsel to Prince George's Station Retail, LLC,
Gould Investors, L.P., Georgia Pension Associates Realty Corp.,
OLP CCAntioch, LLC, OLP CCFairview Heights, LLC,
OLP CCFerguson, LLC, OLP CCFlorence, LLC,
OLP CCSt.Louis, LLC and OLP 6609 Grand, LLC**

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Case No.: 08-35653 (KRH) |
| ) | |
| CIRCUIT CITY STORES, INC., ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| _____ ) | |

### VERIFIED STATEMENT OF POWELL GOLDSTEIN LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

The undersigned, William C. Crenshaw, is a partner with Powell Goldstein LLP ("Powell Goldstein"), a law firm with a business address of 901 New York Avenue, NW, 3rd Floor, Washington, D.C. 20001. The undersigned is authorized to make the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

1. Powell Goldstein[1] is appearing in these cases to represent the interests of the following creditors:

---

[1] Effective January 1, 2009, Powell Goldstein and Bryan Cave LLP will merge, and will operate going forward under the name Bryan Cave LLP. If necessary, a revised notice of appearance and statement pursuant to Fed. R. Bankr. P. 2019 will be filed at that time.

1.1  Prince George's Station Retail, LLC, with an address of 3 Bethesda Metro Center, Suite 700, Bethesda, MD 20814;

1.2  Gould Investors, L.P., with an address of 60 Cuttermill Rd. Ste 303, Great Neck, NY 11021;

1.3  Georgia Pension Associates Realty Corp., with an address of 60 Cuttermill Rd. Ste 303, Great Neck, NY 11021;

1.4  OLP CCAntioch, LLC, with an address of 60 Cuttermill Rd. Ste 303, Great Neck, NY 11021;

1.5  OLP CCFairview Heights, LLC, with an address of 60 Cuttermill Rd. Ste 303, Great Neck, NY 11021;

1.6  OLP CCFerguson, LLC, with an address of 60 Cuttermill Rd. Ste 303, Great Neck, NY 11021;

1.7  OLP CCFlorence, LLC, with an address of 60 Cuttermill Rd. Ste 303, Great Neck, NY 11021;

1.8  OLP CCSt.Louis, LLC, with an address of 60 Cuttermill Rd. Ste 303, Great Neck, NY 11021; and

1.9  OLP 6609 Grand, LLC, with an address of 60 Cuttermill Rd. Ste 303, Great Neck, NY 11021 (collectively, the "Landlords").

2.  The claims held by each of the Landlords are in the nature of rent and other charges related to the Debtors' use and occupancy of certain leased premises.  The Landlords' claims against the Debtors are contingent and unliquidated.

3.  Powell Goldstein does not hold any claim against, or interest in, the Debtors.

4.  Powell Goldstein expressly reserves the right to supplement or amend this statement.

5.  By filing this statement, Powell Goldstein does not submit itself to the jurisdiction of the Court for any purpose, other than for the purpose of making the representations set forth in this statement.

I, William C. Crenshaw, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: November ___, 2008
      Washington, D.C.

/s/William C. Crenshaw
William C. Crenshaw
Va. Bar No. 16803
POWELL GOLDSTEIN LLP
Third Floor
901 New York Avenue, NW
Washington, D.C. 20001
Telephone (202) 347-0066
Facsimile (202) 624-7222
Email: wcrenshaw@pogolaw.com

Counsel to Prince George's Station Retail, LLC, One Liberty Properties, Gould Investors, L.P., Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC and OLP 6609 Grand, LLC

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 08-35653 (KRH) |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I, William Crenshaw, do hereby certify that, on November _____, 2008, I caused a true and correct copy of the foregoing VERIFIED STATEMENT OF POWELL GOLDSTEIN LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE to be served via first-class U.S. Mail, postage pre-paid to:

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Timothy G. Pohl, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2000
Chicago, IL 60606

Dion W. Hayes (VSB No. 34304)
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Office of the United States Trustee
Richmond, Virginia Office
600 East Main Street, Suite 301
Richmond, VA 23219

                                              /s/William C. Crenshaw
                                              WILLIAM C. CRENSHAW