IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

```
-----------------------------------------------------------x
                                                           :     Chapter 11
In re:                                                     :
                                                           :     Case No. 08-35653-KRH
CIRCUIT CITY STORES, INC., et al.,                         :
                                                           :     Jointly Administered (Pending)
                                              Debtors.     :
-----------------------------------------------------------x
```

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case as counsel to Faber Bros., Inc., and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

> G. David Dean, Esquire
> COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
> 300 East Lombard Street, Suite 2000
> Baltimore, MD 21202
> (410) 528-2972
> (410) 230-0667 fax
> ddean@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, Faber Bros., Inc. requests that it be provided with a copy of any disclosure statement to be submitted prior to its approval and any and all plans of reorganization.

Faber Bros., Inc. additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Dated: November 21, 2008                COLE, SCHOTZ, MEISEL,
                                         FORMAN & LEONARD, P.A.

                                    By:  */s/* G. David Dean
                                         G. David Dean (Va. Bar No. 50971)
                                         300 East Lombard St., Suite 2000
                                         Baltimore, MD 21202
                                         410-528-2972
                                         410-230-0667 (fax)
                                         (not admitted in U.S. Bankruptcy Court for the Eastern District of Virginia)

                                         *Counsel for Faber Bros., Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

----------------------------------------------------------------x
:    Chapter 11
In re:                                          :
:    Case No. 08-35653-KRH
CIRCUIT CITY STORES, INC., *et al.*,            :
:    Jointly Administered (Pending)
                                      Debtors.  :
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, G. David Dean, hereby certify that on November 21, 2008, I caused a copy of the foregoing **Notice of Appearance and Request for Service of Papers** to be served via First Class Mail on the parties listed on the attached service list.

                      COLE, SCHOTZ, MEISEL,
                      FORMAN & LEONARD, P.A.

By:    /s/ G. David Dean
         G. David Dean (Va. Bar No. 50971)
         300 East Lombard St., Suite 2000
         Baltimore, MD  21202
         410-528-2972
         410-230-0667 (fax)
         (not admitted in U.S. Bankruptcy Court for the
         Eastern District of Virginia)

*Counsel for Faber Bros., Inc.*

## Service List

**Via First Class Mail**

W. Clarkson McDow, Jr.
Office of the United States Trustee
600 East Main Street, Suite 301
Richmond, VA 23219

Daniel F. Blanks
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

2

99999/9999-2628866v1