IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | : | |
| | : | CASE NO. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | : | Jointly Administered |
| | : | |
| | : | CHAPTER 11 |
| Debtors. | : | |
| | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that PNY Technologies, Inc. ("PNY"), a creditor in these

proceedings, by and through its attorneys, McCarter & English, LLP, hereby enters its

appearance in this proceeding pursuant to Federal Rules of Bankruptcy Procedure 9010 and 2002

and §1109(b) of the Bankruptcy Code.  We respectfully request that all further notices given or

required to be given in this proceeding and copies of all papers served in this proceeding be

given to and served on the undersigned attorneys for PNY at the offices, postal addresses,

telephone numbers and facsimile numbers set forth below:

Clement J. Farley
Angela Sheffler Abreu
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4096
(973) 622-4444 telephone
(973) 624-7070 facsimile
cfarley@mccarter.com
aabreu@mccarter.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §1109(b) and Rule

2002, the foregoing request includes not only notices and papers referred to in the Rules and

ME1 7885643v.1

statute specified above, but additionally includes, without limitation, notices of any application,

complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal,

whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission or

otherwise.

McCARTER & ENGLISH, LLP
Attorneys for PNY Technologies, Inc.

By:    */s/ Angela Sheffler Abreu*_____
Clement J. Farley (NJ - CJF 5453)
Angela Sheffler Abreu (PA 90855) (NJ - ASA 2636)
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102
(973) 622-4444

Dated:  November 21, 2008