IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CIRCUIT CITY STORES, INC., *et al* | § | CASE NO. 08-35653-KRH |
| | § | (Jointly Administered) |
| | § | |
| Debtor | § | |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

Baker & Hostetler, LLP ("B&H") respectfully requests the Court, all creditors, and parties in interest remove it from any and all service lists. Please direct service of all papers filed in the above-referenced bankruptcy case to

UrbanCal Oakland, II LLC
c/o Urban Retail Properties, LLC
900 North Michigan Avenue, Suite 900
Chicago, IL 60611

Dated: November 21, 2008

Respectfully submitted,

**BAKER & HOSTETLER, LLP**

By: */s/   Laura Lawton Gee*
    Pamela Gale Johnson
    Texas Bar No. 10777700
    pjohnson@bakerlaw.com
    Laura Lawton Gee
    Texas Bar No. 24041309
    lgee@bakerlaw.com
    Wells Fargo Plaza, Suite 2000
    1000 Louisiana Street
    Houston, TX 77002-5009
    Telephone: (713) 751-1600
    Facsimile:  (713)  751-1717

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2008, a copy of the foregoing *Notice of Withdrawal of Notice of Appearance* is to be served by electronic means to all registered ECF users in this case via the Court's CM/ECF filing system.

*/s/ Laura Lawton Gee*
Laura Lawton Gee