**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC., et. al.** | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR**
**ADMISSION PRO HAC VICE OF STEVEN J. ADAMS**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Steven J. Adams (the "Motion") filed by Augustus C. Epps, seeking admission pro hac vice for Steven J. Adams, of the law firm of Stevens & Lee, P.C., in the above-captioned bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E).  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and that it is appropriate that Steven J. Adams be authorized to practice pro hac vice before the Court in this Bankruptcy Case.  Accordingly, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

---

Augustus C. Epps, Jr. (VSB No. 13254)
Michael D. Mueller (VSB No. 38216)
Jennifer M. McLemore (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel:  804-697-4104
Fax: 804-697-6104

Local Counsel to Lexmark International, Inc.

2

2.      Steven J. Adams, of the law firm of Stevens & Lee, P.C., is hereby admitted to appear in this Bankruptcy Case and any related proceedings <u>pro</u> <u>hac</u> <u>vice</u> pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Lexmark International, Inc.

ENTERED:                                                 

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

<u>/s/ Augustus C. Epps, Jr.</u>
Augustus C. Epps, Jr. (VSB No. 13254)
Michael D. Mueller (VSB No. 38216)
Jennifer M. McLemore (VSB No. 47164)
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4104
(804) 697-6104 (facsimile)

### **Rule 9022-1 Certification**

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

                                                  <u>/s/ Augustus C. Epps, Jr.</u>
                                                  Augustus C. Epps, Jr.

## SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
    *Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
    *Counsel for the Debtors*

Augustus C. Epps, Jr.
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219

Steven J. Adams
Stevens & Lee, PC
111 North Sixth Street
Reading, Pennsylvania 19603

909287.1