## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,*[1] | ) | Case No.  08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that **David K. Spiro, Neil E. McCullagh,** and **Cantor Arkema, P.C.,** hereby enter their appearance as counsel pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rule 9010(b) on behalf of **DENTICI FAMILY LIMITED PARTNERSHIP,** parties in interest herein, and request under Bankruptcy Rules 2002, 3017(a) and 9007, and §§101(1), 342 and 1109(b) of the Bankruptcy Code, *inter alia,* that all notices given or required or permitted to be given to any person in these cases and all papers served or required or permitted to be served by any person in these cases be given to and served upon the undersigned; and that under Rule 2002(g) the following be added to the Court's master mailing list:

> **David K. Spiro, Esquire**
> **Neil E. McCullagh, Esquire**
> **Cantor Arkema, P.C.**
> **Post Office Box 561**
> **1111 E. Main Street, 16th Floor**
> **Richmond, Virginia  23218-0561**
> **Telephone:  804.644.1400**
> **Fax:  804.225.8706**
> **E-Mail:  dspiro@cantorarkema.com**
> **nmccullagh@cantorarkema.com**

---

[1] The Debtors in these jointly administered are the following: Circuit City Stores, Inc.; Circuit City Stores West Coast, Inc.; InterTAN, Inc., Ventoux International, Inc.; Circuit City Purchasing Company, LLC; CC Aviation, LLC; CC Distribution Company of Virginia, Inc.; Circuit City Properties, LLC; Kinzer Technology, LLC; Patapsco Designs, Inc.; Sky Venture Corp.; XSStuff, LLC; Courchevel, LLC; Circuit City Stores PR, LLC; Prahs, Inc.; Orbyx Electronics, LLC; Mayland MN, LLC; and Abbott Advertising Agency, Inc.

DENTICI FAMILY LIMITED
PARTNERSHIP

By: /s/ Neil E. McCullagh
        Counsel

David K. Spiro (VSB No. 28152)
Neil E. McCullagh (VSB 39027)
Cantor Arkema, P.C.
Bank of America Center
1111 East Main Street, 16th Floor
Post Office Box 561
Richmond, Virginia  23218-0561
Telephone:  (804) 644-1400
Telecopier:  (804) 225-8706
E-mail:  dspiro@cantorarkema.com
            nmccullagh@cantorarkema.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2008, a true and correct copy of the foregoing Notice of Appearance was served electronically upon the parties receiving notice via the Court's ECF system.

_____ /s/ Neil E. McCullagh _____