Samuel S. Oh (Cal. State Bar No. 166719)
LIM, RUGER & KIM, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Phone: (213) 955-9500
Fax: (213) 955-9511
Email: sam.oh@limruger.com

Counsel for Averatec/Trigem USA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Admistered |
| _____ | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, Lim, Ruger & Kim, LLP ("LRK"), counsel for Averatec/Trigem USA, a creditor in these bankruptcy cases, hereby enters its appearance and requests service of all notices, pleadings, motions, applications, memoranda, and other documents filed or served in these jointly administered cases to the following address:

> Samuel S. Oh, Esq.
> Lim, Ruger & Kim, LLP
> 1055 West Seventh Street, Suite 2800
> Los Angeles, CA 90017
> Phone: (213) 955-9500
> Facsimile: (213) 955-9511
> Email: sam.oh@limruger.com

2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, LRK also requests service of all disclosure statements and plans filed in these cases.

DATED: November 21, 2008                Respectfully submitted,


By:    /s/ Samuel S. Oh
     Samuel S. Oh
     Lim, Ruger & Kim, LLP
     1055 West Seventh Street, Suite 2800
     Los Angeles, California 90017
     Phone No. (213) 955-9500
     Email: sam.oh@limruger.com

     Attorneys for Averatec/Trigem USA

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Papers** was mailed by U.S. first class mail, postage prepaid, on November 21, 2008 to the following:

| | |
|---|---|
| Robert B. Van Arsdale, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219<br>    *Assistant U.S. Trustee* | Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM, LLP<br>One Rodney Square, P.O. Box 636<br>Wilmington, DE 19899-0636<br>    *Counsel for Debtors* |
| Dion W. Hayes<br>Douglas M. Foley<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>    *Counsel for Debtors* | Chris L. Dickerson, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM, LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>    *Counsel for Debtors* |

and that the foregoing Notice was also filed electronically via the Court's CM/ECF system on this date such that it would be served electronically on those parties entitled to receive such notice.

                                                                        */s/  Samuel S. Oh*
                                                       Samuel S. Oh
                                                       Lim, Ruger & Kim, LLP
                                                       1055 West Seventh Street, Suite 2800
                                                       Los Angeles, California 90017
                                                       Phone: (213) 955-9500
                                                       Fax: (213) 955-9511
                                                       Email: sam.oh@limruger.com
                                                       *Attorneys for Averatec/Trigem USA*