IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653-KRH |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hon. Kevin R. Huennekens |

**NOTICE OF APPEARANCE AND REQUEST FOR
<u>SERVICE OF NOTICES AND PAPERS</u>**

PLEASE TAKE NOTICE that (a) United Parcel Service, Inc., (b) UPS Ground Freight, Inc. d/b/a UPS Freight, and (c) Bedford Properties, L.L.C. (the entities at (a), (b), and (c), collectively, the "Creditors"), hereby appear, pursuant to Fed. R. Bankr. P. 9010(b), in the above-captioned case by counsel listed below.

Pursuant to Fed. R. Bankr. P. 2002, 3017, 9007, and 9010, the Creditors request that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Fed. R. Bankr. P. 2002, 7004, and any other applicable Federal Rule of Bankruptcy Procedure be served upon the Creditors through the persons and using the contact information set forth at the foot of this notice.

**PLEASE TAKE FURTHER NOTICE** that this request includes all papers, reports, orders, notices, copies of applications, motions, petitions, complaints, disclosure statements, plans of readjustment of debts or of reorganization or of liquidation, pleadings, appendices, exhibits, requests, or demands whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, facsimile, telegraph, telex, electronic mail, or otherwise.  This request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, objection,

QB\6891570.1

response, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, electronic mail, or otherwise, that affects or seeks to affect in any way any rights or interests of the Creditors in this proceeding.

**PLEASE TAKE FURTHER NOTICE** that the Creditors intend that neither this Notice nor any later appearance, pleading, claim, or suit shall waive (1) the rights of the Creditors to trial by jury in any proceeding so triable in this proceeding or any case, controversy, or proceeding related to this proceeding; (2) the rights of the Creditors to have final orders in non-core matters entered only after *de novo* review by a federal district judge; (3) the rights of the Creditors to have the reference withdrawn by the appropriate federal district court in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditors are or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: November 21, 2008

QUARLES & BRADY LLP

By:    /s/ Christopher Combest
Faye B. Feinstein, Esq.
Christopher Combest, Esq.
500 West Madison Street, Suite 3700
Chicago, IL 60661
Phone: (312) 715-5000
FAX: (312) 715-5155
E:Mail:  fbf@quarles.com
         ccombest@quarles.com

Catherine M. Guastello, Esq.
QUARLES & BRADY LLP
Two North Central Avenue
Phoenix, AZ 85004
Phone: (602) 229-5200
E-mail: cguastel@quarles.com

*Counsel to United Parcel Service, Inc., UPS Ground Freight, Inc., and Bedford Properties, L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 21, 2008, a true and correct copy of the *Notice of Appearance and Request for Service of Notices and Papers* was served electronically on all parties registered to receive electronic noticing via the Court's CM/ECF System.

 /s/  Christopher Combest    
Christopher Combest
