UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | Chapter 11 |
| Debtors. | ) | (Jointly Administered) |

### JOINDER OF 502-12 86th STREET LLC TO LIMITED OBJECTION TO DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 AND FEDERAL RULES OF BANKRUPTCY PROCEDURES 2002 AND 4001 (I) AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING AND (B) TO UTILIZE CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; AND (III) SCHEDULING INTERIM AND FINAL HEARING

502-12 86th Street LLC hereby objects to the Debtors' Motion for Interim and Final

Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 and Federal Rules of Bankruptcy

Procedures 2002 and 4001 (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B)

to Utilize Cash Collateral; (II) Granting Adequate Protection; and (III) Scheduling Interim and

Final Hearings (the "Motion"), and hereby joins in the Objection of Inland Southwest

Management, LLC, *et al.*, and in any other objection consistent therewith.

WHEREFORE, 502-12 86th Street LLC respectfully requests that the Court (1) deny

approval of the Motion unless and until it is modified as requested; and (2) granting such further

relief as the Court deems just.

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

*Counsel for 502-12 86th Street LLC*

Steven H. Newman
Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158
(212) 953-6000
(212) 953-6899 (fax)

*Co-counsel for 502-12 86th Street LLC*

Dated:  November 21, 2008                    502-12 86th STREET LLC


                                      By:  _____/s/ Michael P. Falzone_____
                                                   Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

Steven H. Newman
Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158
(212) 953-6000
(212) 953-6899 (fax)

*Counsel for 502-12 86th Street LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2008, I caused a copy of the foregoing

to be served by electronic means on the "2002" and "Core" lists and through the ECF system.


                                      _____/s/ Michael P. Falzone_____
                                      Michael P. Falzone

#2286905 v1    088000.00075

2