# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

------------------------------------------------------ x
                                                  :

In re:                                                 :        Chapter 11
                                                   :
CIRCUIT CITY STORES, INC., et al.   :        Case No. 08-35653-KRH
                                                  :
                     Debtors.           :        Jointly Administered
                                                  :        Judge Kevin R. Huennekens
------------------------------------------------------ x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Hunton & Williams LLP, as counsel for Taubman Auburn Hills Associates Limited Partnership ("Taubman"), hereby enters its appearance pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

Benjamin C. Ackerly [VSB # 09120]
J.R. Smith [VSB # 41913]
Henry (Toby) P. Long III [VSB # 75134]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

and

J. Eric Crupi [VSB # 46782]
HUNTON & WILLIAMS LLP
1900 K Street, NW
Washington, DC 20006
Telephone: 202.419.2143
Facsimile: 202.778.7445

Counsel for Taubman Auburn Hills Associates Limited Partnership

| | |
|---|---|
| Benjamin C. Ackerly | J. Eric Crupi |
| J.R. Smith | **HUNTON & WILLIAMS LLP** |
| Henry (Toby) P. Long III | 1900 K Street, NW |
| **HUNTON & WILLIAMS LLP** | Washington, DC 20006 |
| Riverfront Plaza, East Tower | Telephone: 202.419.2143 |
| 951 E. Byrd Street | Facsimile: 202.778.7445 |
| Richmond, VA 23219 | ecrupi@hunton.com |
| Telephone: (804) 788-8479 | |
| Facsimile: (804) 788-8218 | |
| backerly@hunton.com | |
| jrsmith@hunton.com | |
| hlong@hunton.com | |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization and answering or reply briefs, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in any of these cases or any case, controversy, or proceeding related to any of these cases, or (3) to have the District Court withdraw the reference in any matter subject to all rights, claims, actions, defenses, setoffs, and recoupments to which Taubman is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: November 21, 2008<br>Richmond, Virginia | /s/ Henry (Toby) P. Long, III<br>Benjamin C. Ackerly [VSB # 09120]<br>J.R. Smith [VSB # 41913]<br>Henry (Toby) P. Long III [VSB # 75134]<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219-4074<br>Telephone: (804) 788-8479<br>Facsimile: (804) 788-8218 |
| | and |
| Dated: November 21, 2008<br>Washington, DC | /s/ J. Eric Crupi<br>J. Eric Crupi [VSB # 46782]<br>HUNTON & WILLIAMS LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>Telephone: 202.419.2143<br>Facsimile: 202.778.7445 |
| | COUNSEL FOR TAUBMAN<br>AUBURN HILLS<br>ASSOCIATES LIMITED<br>PARTNERSHIP |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2008, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Attn: Douglas M. Foley, Esq.

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Attn: Dion W. Hayes, Esq.

Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899
Attn: Gregg Galardi, Esq.

Attorneys for Circuit City Stores, Inc.

Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale, Esq.


                                              /s/ Henry (Toby) P. Long III