OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, NY  10022-1106
212.451.2300
Michael S. Fox
Fredrick J. Levy

*Counsel for Bush Industries, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| In re: | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., et al | Case Nos. 08-35653-KRH |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP hereby appears in the above captioned Chapter 11 case as counsel to Bush Industries, Inc., creditor and party-in-interest in the above-captioned case, hereby appear pursuant to 11 U.S.C. § 1109(b) and request, pursuant to the Federal Rules of the Bankruptcy Procedure 2002, 3017, 9007, and 9010, that copies of all notices given or required to be given in this case, all documents filed with the Court, and all notices which the Court and/or any other parties provide, be served upon the persons set forth below at the following address:

Michael S. Fox, Esq.
Fredrick J. Levy, Esq.
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
Tel. 212.451.2300
mfox@olshanlaw.com
flevy@olshanlaw.com

596505-1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver by Bush Industries, Inc.: (1) to the personal jurisdiction of the bankruptcy court; (2) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (3) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, setoffs, or recoupments to which Bush Industries, Inc. are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Bush Industries, Inc. expressly reserves.

Dated:  New York, New York
        November 21, 2008

**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP**

By:   /s/ Fredrick J. Levy
      Michael S. Fox (MF 2612)
      Fredrick J. Levy (FL 0670)
      Park Avenue Tower
      65 East 55th Street
      New York, NY 10022
      212.451.2300

*Counsel for Bush Industries, Inc.*

596505-1