IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------- x
:
In re:                                : Chapter 11
:
CIRCUIT CITY STORES, INC., et al.     : Case No. 08-35653-KRH
:
Debtors.                   : Jointly Administered
: Judge Kevin R. Huennekens
------------------------------------------------------- x

**TAUBMAN AUBURN HILLS ASSOCIATES LIMITED PARTNERSHIP'S JOINDER IN THE LIMITED OBJECTION OF EKLECCO NEWCO, LLC TO MOTION OF DEBTORS FOR ENTRY OF ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363, AND 365 (I) ASSUMING THE AGENCY AGREEMENT AMONG THE DEBTORS, HILCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC AND (II) AUTHORIZING THE DEBTORS TO CONTINUE AGENCY AGREEMENT SALES PURSUANT TO STORE CLOSING AGREEMENT**

Taubman Auburn Hills Associates Limited Partnership ("Taubman"), by and through its

counsel, Hunton & Williams LLP, hereby joins in the Limited Objection of Eklecco Newco, LLC

to Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363, and 365

(I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and

Benjamin C. Ackerly [VSB # 09120]
J.R. Smith [VSB # 41913]
Henry (Toby) P. Long III [VSB # 75134]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

and

J. Eric Crupi [VSB # 46782]
HUNTON & WILLIAMS LLP
1900 K Street, NW
Washington, DC 20006
Telephone: 202.419.2143
Facsimile: 202.778.7445

Counsel for Taubman Auburn Hills Associates Limited Partnership

Gordon Brothers Retail Partners, LLC and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement (Docket No. 228) (the "Limited Objection").  Taubman leases commercial space to the Debtors at the Great Lakes Crossing shopping center located in Auburn Hills, Michigan.  Taubman opposes the relief sought by the Debtors in their motion, as applied to Taubman, for the same reasons stated in the Limited Objection.  Furthermore, Taubman states that the Debtors have failed to pay post-petition "stub" rent due to Taubman pursuant to Section 365(d)(3) of the Bankruptcy Code for the period from November 10, 2008, through and including November 30, 2008, in the amount of $51,608.53 (see Account Status Report attached hereto as "Exhibit A").

Dated:  November 21, 2008  
     Richmond, Virginia

/s/ Henry (Toby) P. Long, III  
Benjamin C. Ackerly [VSB # 09120]  
J.R. Smith [VSB # 41913]  
Henry (Toby) P. Long III [VSB # 75134]  
HUNTON & WILLIAMS LLP  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, Virginia 23219-4074  
Telephone: (804) 788-8479  
Facsimile: (804) 788-8218  

and

Dated:  November 21, 2008  
     Washington, DC

/s/ J. Eric Crupi  
J. Eric Crupi [VSB # 46782]  
HUNTON & WILLIAMS LLP  
1900 K Street, NW  
Washington, DC 20006  
Telephone: 202.419.2143  
Facsimile: 202.778.7445  

COUNSEL FOR TAUBMAN  
AUBURN HILLS  
ASSOCIATES LIMITED  
PARTNERSHIP

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2008, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Attn: Douglas M. Foley, Esq.

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Attn: Dion W. Hayes, Esq.

Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899
Attn: Gregg Galardi, Esq.

Attorneys for Circuit City Stores, Inc.

Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale, Esq.

                              /s/ Henry (Toby) P. Long III