# EXHIBIT A

## ACCOUNT STATUS REPORT
## POST-PETITION

| TENANT: | Circuit City | | LGD-S: | 11/01/03 |
|---|---|---|---|---|
| CENTER: | Great Lakes | | CLOSE DATE: | |
| SPACE: | 933 | | LTD-S: | 01/31/19 |
| LEASID: | 8843 | | | |

| Date Tenant Filed: | 11/10/08 | | DATE PREPARED: | 11/20/08 |
|---|---|---|---|---|
| | | | PREPARED BY: | N. Kirby |

| Due Date | Minimum Rent | Common Area Maintenance | Promotional Charge | Real Estate Taxes & Assess. | Electricity | Ventilliation & Air Conditioning | WAT | Other | Description | Period Covered |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/1/2008 | 42,470.55 | 4,271.34 | | 4,866.64 | | | | | Monthly Rent and Charges | 11/10/08-11/30/08 |
| SUBTOTAL: | 42,470.55 | 4,271.34 | 0.00 | 4,866.64 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| TOTAL: | | | | | | | | | | 51,608.53 |