**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | Case No.:    08-35653-KRH |
| | ) | |
| Debtors. | ) | Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that William A. Gray, Esquire; C. Thomas Ebel, Esquire; Peter M. Pearl, Esquire; Lisa Taylor Hudson, Esquire; and the law firm of Sands, Anderson, Marks, & Miller, P.C. ("Sands, Anderson") enter their appearance on behalf of landlords, UTC I, LLC; PrattCenter, LLC; and Valley Corners Shopping Center, LLC, pursuant to *Bankruptcy Code* § 1109 and *Federal Rules of Bankruptcy Procedure* 2002 and 9010, and requests that copies of all notices, pleadings, and other papers given or filed in this case be served at the following addresses:

> C. Thomas Ebel, Esquire (VSB # 18637)
> William A. Gray, Esquire (VSB #46911)
> Peter M. Pearl, Esquire (VSB #22344)
> Lisa Taylor Hudson, Esquire (VSB #45484)
> Sands Anderson Marks & Miller, P.C.
> 801 E. Main Street
> Richmond, VA 23219
> (804) 648-1636 Telephone
> (804) 783-7291 Facsimile
>    *Counsel for UTC I, LLC; PrattCenter, LLC; and Valley Corners*
>    *Shopping Center, LLC*

---
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Counsel for UTC I, LLC; PrattCenter, LLC; and Valley Corners Shopping Center, LLC*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, notices, pleadings, and any other papers relating to any application, complaint, demand, hearing, motion, order, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, or otherwise filed with regard to the above-mentioned case or proceedings therein.

**Dated**:  **November 21, 2008**              Respectfully Submitted,

**SANDS, ANDERSON, MARKS & MILLER, P.C.,**

**By Counsel**

  /s/  Lisa Taylor Hudson
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Counsel for UTC I, LLC; PrattCenter, LLC; and Valley Corners Shopping Center, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2008, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

## SERVICE LIST

| | |
|---|---|
| Daniel F. Blanks, Esquire<br>Douglas M. Foley, Esquire<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510 | ATTORNEY FOR DEBTORS |
| Dion W. Hayes, Esquire<br>James S. Sheerin, Esquire<br>Sarah Beckett Boehm, Esquire<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | ATTORNEY FOR DEBTORS |
| Gregg M. Galardi, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>One Rodney Square<br>PO Box 636<br>Wilmington Delaware 19899-0636 | ATTORNEY FOR DEBTORS |
| Chris L. Dickerson, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>333 West Wacker Drive<br>Chicago, IL 60606 | ATTORNEY FOR DEBTORS |

　　　　　　　　　　　　　　　　　　　　　　/s/ Lisa Taylor Hudson