Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com

*Attorneys for Centro Properties Group
and Federal Realty Investment Trust*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

---------------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
**CIRCUIT CITY STORES, INC.** *et al.*.          :        Case No. 08-35653-KRH
                                                :
        Debtor.                                 :        Jointly Administered
---------------------------------------------------------x

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This matter came before the Court on the motion of movants Constantinos G. Panagopoulos and Charles W. Chotvacs for the admission *pro hac vice* of David L. Pollack and Jeffrey Meyers in the above-captioned case on behalf of Centro Properties Group and Federal Realty Investment Trust.  Upon consideration of the motion, and the record in this case, and finding that cause exists for the relief requested in the motion, it is hereby ORDERED that movants' motion is GRANTED.  David L. Pollack and Jeffrey Meyers may appear *pro hac vice* as counsel for Centro Properties Group and Federal Realty Investment Trust.

Dated: Nov 21 2008

/s/ Kevin Huennekens

Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: November 21 2008

DMEAST #10155343 v1

We ask for this:

 /s/  Charles W. Chotvacs
Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com
*Counsel for Centro Properties Group, and*
*Federal Realty Investment Trust*

## Local Rule 9022-1(C) Certification

The foregoing Order was served upon all necessary parties pursuant to Local Rule 9022-1(C).

    /s/  Charles W. Chotvacs
Charles W. Chotvacs

2

<u>Copies of the Order shall go to:</u>

Constantinos G. Panagopoulos
Charles W. Chotvacs
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807

David L. Pollack
Jeffrey Meyers
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
51st Fl – Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103

Richard B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
*Assistant United States Trustee*

Dion W. Hayes
Douglas F. Foley
MCGUIRE WOODS LLP
One James Center
901 East Clay Street
Richmond, VA  23219
*Counsel for Debtors*

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Counsel for Debtors*

Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL  60606
*Counsel for Debtors*

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1          Date Rcvd: Nov 21, 2008
Case: 08-35653                 Form ID: pdforder          Total Served: 6

The following entities were served by first class mail on Nov 23, 2008.
aty           Constantinos G. Panagopoulos,   Ballard Spahr Andrews & Ingersoll, LLP,   601 13th Street, NW,
               Suite 1000 South,   Washington, DC  20005-3807
aty          +David L. Pollack,   Ballard Spahr Andrews & Ingersoll LLP,   51st Fl-Mellon Bank Center,
               1735 Market Street,   Philadelphia, PA 19103-7501
smg          +UST smg Richmond,   Office of the U. S. Trustee,   701 East Broad St., Suite 4304,
               Richmond, VA 23219-1849
             +Chris L. Dickerson,   333 West Wacker Drive,   Chicago, IL 60606-1220
              Greg M. Galardi,   One Rodney Square,   PO Box 636,   Wilmington, DE  19899-0636
              Ian S. Fredericks,   One Rodney Square,   PO Box 636,   Wilmington, DE  19899-0636

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Constantinos G. Panagopoulos,   Ballard Spahr Andrews & Ingersoll, LLP,   601 13th Street, NW,
               Suite 1000 South,   Washington, DC  20005-3807
                                                                                             TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**                    **Signature:**   _/s/ Joseph Speetjens_