**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC., et. al.** | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR**
**ADMISSION PRO HAC VICE OF STEVEN J. ADAMS**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of

Steven J. Adams (the "Motion") filed by Augustus C. Epps, seeking admission pro hac vice for

Steven J. Adams, of the law firm of Stevens & Lee, P.C., in the above-captioned bankruptcy

cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E).  After review of the

Motion and statements therein, the Court finds that adequate notice of the Motion has been

provided, no other or further notice is necessary or required, and that it is appropriate that Steven

J. Adams be authorized to practice pro hac vice before the Court in this Bankruptcy Case.

Accordingly, it is hereby

ORDERED as follows:

1.      The Motion be and hereby is granted.

_____

Augustus C. Epps, Jr. (VSB No. 13254)
Michael D. Mueller (VSB No. 38216)
Jennifer M. McLemore (VSB No. 47164)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel:  804-697-4104
Fax: 804-697-6104

Local Counsel to Lexmark International, Inc.

2

2.      Steven J. Adams, of the law firm of Stevens & Lee, P.C., is hereby admitted to

appear in this Bankruptcy Case and any related proceedings <u>pro</u> <u>hac</u> <u>vice</u> pursuant to Local

Bankruptcy Rule 2090-1(E)(2) on behalf of Lexmark International, Inc.


ENTERED:  Nov 21 2008

/s/ Kevin R. Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

 Entered on docket: November 21 2008

I ASK FOR THIS:


/s/ Augustus C. Epps, Jr.
_____
Augustus C. Epps, Jr. (VSB No. 13254)
Michael D. Mueller (VSB No. 38216)
Jennifer M. McLemore (VSB No. 47164)
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4104
(804) 697-6104 (facsimile)


### Rule 9022-1 Certification

        I hereby certify that the foregoing has either been endorsed by or served upon all

necessary parties.

/s/ Augustus C. Epps, Jr.
_____
Augustus C. Epps, Jr.

## SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
    *Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
    *Counsel for the Debtors*

Augustus C. Epps, Jr.
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219

Steven J. Adams
Stevens & Lee, PC
111 North Sixth Street
Reading, Pennsylvania 19603

909287.1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs          Page 1 of 1           Date Rcvd: Nov 21, 2008
Case: 08-35653              Form ID: pdforder       Total Served: 4


The following entities were served by first class mail on Nov 23, 2008.
smg          +UST smg Richmond,   Office of the U. S. Trustee,   701 East Broad St., Suite 4304,
              Richmond, VA 23219-1849
             Greg M. Galardi,    One Rodney Sq.,   PO Box 636,   Wilmington, DE  19899-0636
             Ian Fredericks,    One Rodney Sq.,   PO Box 636,   Wilmington, DE  19899-0636
            +Steven J. Adams,    Stevens & Lee,   111 North Sixth Street,   Reading, PA 19601-3501


The following entities were served by electronic transmission.
NONE.                                                                        TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**                    **Signature:** _Joseph Speetjens_