Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com

*Attorneys for The Macerich Company,
RREEF Management Company, Cousins Properties
Incorporated, The Prudential Insurance Company
of America, Watt Management Company, and
Portland Investment Company*

<br>

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---------------------------------------------------------x
In re:                                           :    Chapter 11
                                                 :
**CIRCUIT CITY STORES, INC.** *et al.*.          :    Case No. 08-35653-KRH
                                                 :
        **Debtors.**                             :    Jointly Administered
---------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This matter came before the Court on the motion of movants Constantinos G. Panagopoulos and Charles W. Chotvacs for the admission *pro hac vice* of Dustin P. Branch in the above-captioned bankruptcy cases on behalf of The Macerich Company, RREEF Management Company, Cousins Properties Incorporated, The Prudential Insurance Company of America, Watt Management Company, and Portland Investment Company. Upon consideration of the motion, and the record in this case, and finding that cause exists for the relief requested in the motion, it is hereby ORDERED that movants' motion is GRANTED. Dustin P. Branch may appear *pro hac vice* as counsel for The Macerich Company, RREEF Management Company, Cousins Properties Incorporated, The Prudential Insurance Company of America, Watt

Management Company, and Portland Investment Company in the above-captioned bankruptcy cases filed by Debtors.

Dated: Nov 21 2008

/s/ Kevin R. Huennekens
Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: November 21 2008

We ask for this:

/s/ Charles W. Chotvacs
Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com
*Counsel for The Macerich Company,
RREEF Management Company, Cousins Properties
Incorporated, The Prudential Insurance Company
of America, Watt Management Company, and
Portland Investment Company*

### Local Rule 9022-1(C) Certification

The foregoing Order was served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Charles W. Chotvacs
Charles W. Chotvacs

2

Copies of the Order shall go to:

Constantinos G. Panagopoulos
Charles W. Chotvacs
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807

Dustin P. Branch
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, CA  90067

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
*Assistant United States Trustee*

Dion W. Hayes
Douglas M. Foley
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
*Counsel for Debtors*

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Counsel for Debtors*

Timothy G. Pohl
Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL  60606
*Counsel for Debtors*

3

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1              Date Rcvd: Nov 21, 2008
Case: 08-35653                 Form ID: pdforder          Total Served: 7

The following entities were served by first class mail on Nov 23, 2008.
aty          Constantinos G. Panagopoulos,   Ballard Spahr Andrews & Ingersoll, LLP,   601 13th Street, NW,
              Suite 1000 South,    Washington, DC  20005-3807
smg         +UST smg Richmond,    Office of the U. S. Trustee,   701 East Broad St., Suite 4304,
              Richmond, VA 23219-1849
            +Chris Dickerson,   333 West Wacker Dr.,   Chicago, IL 60606-1220
            +Dustin P. Branch,   2029 Century Park East,   Suite 2600,   Los Angeles, CA 90067-3012
             Greg M. Garardi,   One Rodney Sq.,   PO Box 636,   Wilmington, DE  19899-0636
             Ian Fredericks,   One Rodney Sq.,   PO Box 636,   Wilmington, DE  19899-0636
            +Timothy Pohl,   333 West Wacker Dr.,   Chicago, IL 60606-1220

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         Constantinos G. Panagopoulos,   Ballard Spahr Andrews & Ingersoll, LLP,   601 13th Street, NW,
              Suite 1000 South,    Washington, DC  20005-3807
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**                       **Signature:**   *Joseph Speetjens*