# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

**TO:**  
Michael Kogan, Esq.

**In re:** Circuit City Stores, Inc.

**Case Number** 08−35653−KRH  
**Chapter** 11
.

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

**CLAIMS/TRANSFER OF CLAIM:**

__    Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

__    Document does not appear to be filed in the correct case. Please review this filing for possible error, and file it in the correct case, as appropriate.

__    Form B210A − Transfer of Claim Other Than For Security.* The transfer is NOT in substantial compliance with the Procedural Form B210A.

**X**    Official Form 10 − Proof of Claim* − not attached to entry or attached form not in substantial compliance with Official Form.

__

*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  November 24, 2008

CLERK, UNITED STATES BANKRUPTCY COURT

[general_checksheet_claims.jsp ver.5/2007]

By /s/ Jenni Jafarbay , Deputy Clerk  
Direct Dial Telephone No. 804−916−2411