

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11 |
| CIRCUIT CITY STORES, INC. : | |
| : | Case No.: 08-35653 (KRH) |
| Debtor : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for Little Britain Holding, LLC and pursuant to Rules 2002 and 9007 of the Bankruptcy Rules, Section 1109(b) of the Bankruptcy Code, and Local Bankruptcy Rules 2002-1, 9010-1 and 9013-1, hereby requests that all notices given or required to be given in this case be given to and served upon the undersigned at the address set forth herein:

> Albert A. Ciardi, III, Esquire
> Thomas D. Bielli, Esquire
> CIARDI CIARDI & ASTIN, P.C.
> One Commerce Square, Suite 1930
> 2005 Market Street
> Philadelphia, PA 19103
> Tel: 215-557-3550
> Fax: 215-557-3551
> aciardi@ciardilaw.com
> tbielli@ciardilaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleasing, request, complaint or demand, whether formal or informal, whether written or oral, and however conveyed or transmitted, made by the Debtor or any third party in this Bankruptcy Case.

NO RETURN ENVELOPE PROVIDED

CIARDI CIARDI & ASTIN, P.C.

/S/ Thomas D. Bielli
Albert A. Ciardi, III, Esquire
Thomas D. Bielli, Esquire
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103
Tel: 215-557-3550
Fax: 215-557-3551
aciardi@ciardilaw.com
tbielli@ciardilaw.com

Dated: November 20, 2008

## CERTIFICATE OF SERVICE

I, Thomas D. Bielli, Esquire, hereby certify that on this 20th day of November, 2008, I caused a copy of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS* to be served on each of the following persons at the addresses set forth below and in the manner indicated:

*Via Overnight Delivery*
William C. Redden, Clerk
U.S. Courthouse, Annex
1100 E. Main Street
Suite 310
Richmond, VA 23219

*Clerk's Office*

*Via First Class Mail*
Sarah Beckett Boehm, Esquire
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

*Debtor's Counsel*

*Via First Class Mail*
Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skaddn, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

*Debtor's Counsel*

*Via First Class Mail*
Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

*Debtor's Counsel*

*Via First Class Mail*
Dion W. Hayes, Esquire
Joseph S. Sheerin, Esquire
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

*Debtor's Counsel*

*Via First Class Mail*
Bruce H. Besanko, Esquire
9950 Mayland Drive
Richmond, VA 23233

*Debtor Designee*

*Via First Class Mail*
Timothy G. Pohl. Esquire
Chris L. Dickerson, Esquire
Skaddn, Arps, Slate, Meagher &
Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, IL 60606

*Debtor's Counsel*

W. Clarkson McDow, Jr., Esquire
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

*U.S. Trustee*

*Via First Class Mail*
Robert B. Van Arsdale, Esquire
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*U.S. Trustee*

**CIARDI CIARDI & ASTIN, P.C.**

/s/ Thomas D. Bielli
Thomas D. Bielli, Esquire
One Commerce Square, Suite 1930
2005 Market Street
Philadelphia, PA 19103
Tel: 215-557-3550
Fax: 215-557-3551
tbielli@ciardilaw.com

Dated: November 20, 2008

ALBERT A. CIARDI, JR.*
ALBERT A. CIARDI, III * ° †
DANIEL K. ASTIN * ° ∆
DIMITRI L. KARAPELOU * ° □
ANTHONY M. SACCULLO ∆
THOMAS H. CHIACCHIO, JR. * ° ‡
SHANNON D. LEIGHT *∆
NICOLE M. NIGRELLI * ° ‡
MARY E. AUGUSTINE ∆
JOSEPH V. BONGIORNO * °
THOMAS D. BIELLI *
KEVIN G. MCDONALD * °
JENNIFER E. CRANSTON * °

MEMBER OF PA BAR *
MEMBER OF NJ BAR °
MEMBER OF FL BAR †
MEMBER OF DE BAR ∆
MEMBER OF NY BAR □

OF COUNSEL ‡

# CIARDI CIARDI & ASTIN, P.C.

One Commerce Square • 2005 Market Street • Suite 1930
Philadelphia, Pennsylvania 19103
Phone: 215-557-3550    • Fax: 215-557-3551

**DELAWARE OFFICE**
919 Market Street, Suite 700
Wilmington, DE 19801
Phone: (302) 658-1100
Fax: (302) 658-1300

**NEW JERSEY OFFICE**
57 Euclid Street, Suite B
Woodbury, NJ 08096
Phone: (856) 368-2001
Fax: (856) 368-2002

**QUAKERTOWN OFFICE**
2083 Quaker Pointe Drive
Quakertown, PA 18951

November 20, 2008

William C. Redden, Clerk
US Courthouse, Annex
1100 E. Main Street, Ste. 310
Richmond, VA 23219

Re: Circuit City Stores, Inc.
Chapter 11
Case No.: 08-35653

Dear Mr. Redden:

Enclosed please find an original and three (3) copies of Notice of Appearance and Request for Service of Papers with respect to the above-referenced matter.

Please file the original then forward a time-stamped copy in the enclosed self-addressed stamped envelope. Please do not hesitate to contact me with any questions or concerns. Thank you for your attention to this matter.

Sincerely,

Ciardi Ciardi & Astin, PC

By: _____
Thomas D. Bielli

TDB/dt

Enclosures

cc: Certificate of Services list (w/enclosure, via US Mail)