**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **Case No. 08-35653- KRH** |
| | : | |
| **CIRCUIT CITY STORES, INC.**, *et al*., | : | **Chapter 11** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

---------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), JAMES A. PARDO, JR., and THADDEUS D. WILSON of the firm of KING & SPALDING LLP, whose office address and telephone number appear hereinbelow, hereby enter an appearance in the above-referenced cases as counsel for Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics America, Inc. (collectively "Mitsubishi") and hereby authorize you to enter such appearances and to do all that is necessary in connection therewith.

Pursuant to Sections 342 and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9010, Mitsubishi requests that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the following address, telephone, and telecopier numbers:

> James A. Pardo, Jr.
> Thaddeus D. Wilson
> King & Spalding LLP
> 1180 Peachtree Street
> Atlanta, Georgia  30309
> (404) 572-4600 - telephone
> (404) 572-5129 - telecopier
> jpardo@kslaw.com
> thadwilson@kslaw.com

>Brian Atteberry
>Senior Manager, Credit
>A/V Division
>Mitsubishi Digital Electronics America, Inc.
>9351 Jeronimo Road
>Irvine, Ca 92656
>(949) 465-6079 - telephone
>(949) 609-4924 - telecopier
>batteberry@mdea.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, order or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telecopier, courier service, electronic filing, telephone, or otherwise filed with regard to the above-referenced cases and the proceedings.

PLEASE TAKE FURTHER NOTICE that Mitsubishi intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive its rights with respect to (1) having final orders in noncore matters entered only after <u>de novo</u> review by the district judge; (2) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (3) having the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other claims, actions, defenses, setoffs, or recoupments to which Mitsubishi is or may be entitled under agreements, at law, in equity, or otherwise, all of which claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserve.

-3-

This 24th day of November, 2008.

        Respectfully submitted,

        KING & SPALDING

        /s/ James A. Pardo, Jr.
        James A. Pardo, Jr.
        jpardo@kslaw.com
        Thaddeus D. Wilson
        thadwilson@kslaw.com
        King & Spalding LLP
        1180 Peachtree Street
        Atlanta, Georgia  30309
        Telephone:  (404) 572-4600
        Fax:  (404) 572-5129

        Attorneys for Mitsubishi Electric & Electronics USA, Inc.
        and Mitsubishi Digital Electronics America, Inc.

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2008 a copy of the foregoing Notice of Appearance and Demand for Notices and Papers was served via electronic service upon the parties registered with the Court's CM-ECF Noticing System and sent by first class, postage prepaid U.S. Mail to:

| | |
|---|---|
| Office of the United States Trustee<br>Attn: Robert B. VanArsdale<br>701 E. Broad Street<br>Suite 4304<br>Richmond, VA 23219-1888 | Circuit City Stores, Inc.<br>Attn: Reginald D. Hedgebeth<br>9950 Mayland Drive<br>Richmond, VA 23233 |
| Circuit City Stores, Inc.<br>Attn: Daviel W. Ramsey<br>9950 Mayland Drive<br>Richmond, VA 23233 | Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>P. O. Box 636<br>Wilmington, DE 19899-0636 |
| Chris L. Dickerson, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>33 W. Wacker Drive<br>Chicago, IL 60606 | Dion W. Hayes, Esq.<br>Douglas M. Foley, Esq.<br>McGuire Woods LLP<br>One James Center<br>901 E. Carey Street<br>Richmond, VA 23219 |

/s/ James A. Pardo, Jr.
James A. Pardo, Jr.