UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO DEBTORS' MATRIX

Please take notice that Honigman Miller Schwartz and Cohn LLP ("Honigman") hereby appears in the above-captioned case as counsel for Ritz Motel Company and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the undersigned at the following address and that Honigman be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> Seth A. Drucker, Esq.
> Honigman Miller Schwartz and Cohn LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI 48226
> Telephone: (313) 465-7626
> Facsimile: (313) 465-7627
> Email: sdrucker@honigman.com

Please take notice that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

Please take notice that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

          Respectfully submitted,

          HONIGMAN MILLER SCHWARTZ AND COHN LLP
          Attorneys for Ritz Motel Company

Dated: November 24, 2008      By: _____/s/ Seth A. Drucker_____
          Seth A. Drucker, Esq. (MI Bar No. P65641)
          2290 First National Building
          660 Woodward Avenue
          Detroit, MI 48226
          Telephone: (313) 465-7626
          Facsimile: (313) 465-7627
          Email: sdrucker@honigman.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appearance, Request for Service of Papers and Request to be Added to Debtors' Matrix was mailed by U.S. first class mail, postage prepaid, on November 24, 2008 to the following:

| | |
|---|---|
| Robert B. Van Arsdale, Esq.<br>Office of the U.S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219<br>    *Assistant U.S. Trustee* | Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>Skadden, Arps, Slate, Meagher &<br>Flom, LLP<br>One Rodney Square, P.O. Box 636<br>Wilmington, DE 19899-0636<br>    *Counsel for Debtors* |
| Dion W. Hayes<br>Douglas M. Foley<br>McGuireWoods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>    *Counsel for Debtors* | Chris L. Dickerson, Esq.<br>Skadden, Arps, Slate, Meagher<br>& Flom, LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>    *Counsel for Debtors* |

and that the foregoing Notice was also filed electronically via the Court's CM/ECF system on this date such that it would be served electronically on those parties entitled to receive such notice.

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Ritz Motel Company

By:    /s/ Seth A. Drucker
      Seth A. Drucker, Esq. (MI Bar No. P65641)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226
    Telephone: (313) 465-7626
    Facsimile: (313) 465-7627
    Email: sdrucker@honigman.com

DETROIT.3407715.1