**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.**, *et al.*, | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that **Duane Morris LLP** and **Levy, Stopol & Camelo, LLP** hereby appear in the above-referenced Chapter 11 cases as attorneys for **Audiovox Corporation** and, pursuant to Bankruptcy Rule 2002 and 9010(b) and § 109(b) of the Bankruptcy Code, request that copies of all notices and pleadings given or filed in these cases be given and served upon the following at the below address and facsimile number:

| | |
|---|---|
| Rudolph J. Di Massa, Jr., Esquire<br>**Duane Morris LLP**<br>30 South 17th Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 979-1506<br>Facsimile: (215) 689-2138<br>E-mail: DiMassa@duanemorris.com | Matthew E. Hoffman, Esquire<br>**Duane Morris LLP**<br>30 South 17th Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 979-1524<br>Facsimile: (215) 689-4922<br>E-mail: MEHoffman@duanemorris.com |
| Larry Stopol, Esquire<br>**Levy, Stopol & Camelo, LLP**<br>1425 RexCorp Plaza<br>Uniondale, NY 11556-1425<br>Telephone: 516.802.7008<br>Facsimile: 516.802.7008<br>Email: lstopol@levystopol.com | |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive **Audiovox Corporation's** (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which **Audiovox Corporation** is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  November 24, 2008              /s/ Matthew E. Hoffman
                                             Rudolph J. Di Massa, Jr., Esquire
                                             Matthew E. Hoffman, Esquire
                                             **Duane Morris LLP**
                                             30 South 17th Street
                                             Philadelphia, PA  19103-4196
                                             Telephone: (215) 979-1506/1524
                                             Facsimile:  (215) 689-2138/4922
                                             E-mail: DiMassa@duanemorris.com
                                             E-mail: MEHoffman@duanemorris.com

                                             *Counsel for Audiovox Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | |
| **Debtors.** | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

     I, Matthew E. Hoffman, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing Notice of Appearance and Request For Service of Notices And Papers to be made upon the parties set forth on the attached service list by first class mail, postage prepaid.

     Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 24, 2008            */s/ Matthew E. Hoffman*
                                             Matthew E. Hoffman, Esquire
                                             **Duane Morris LLP**
                                             30 South 17th Street
                                             Philadelphia, PA 19103-4196
                                             Telephone: (215) 979-1524
                                             Facsimile: (215) 689-4922
                                             E-mail: mehoffman@duanemorris.com

                                             *Counsel for Audiovox Corporation*

**SERVICE LIST**

**Counsel for Debtors:**
Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

Dion W. Hayes, Esquire
Joseph S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuireWoods LLP
901 East Cary Street
Richmond, VA  23219

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 W. Wacker Drive
Chicago, IL  60606

**Debtor Designee:**
Bruce H. Besanko
9950 Mayland Drive
Richmond, VA  23233

**United States Trustee**
W. Clarkson McDow, Jr., Esquire
701 East Broad Street, Suite 4304
Richmond, VA  23219

**Counsel for United States Trsutee:**
Robert B. Van Arsdale, Esquire
701 East Broad Street, Suite 4304
Richmond, VA  23219

**Counsel for Official Committee of Unsecured Creditors:**
Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219

4