UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                                           )
                                                                 )
**CIRCUIT CITY STORES, INC.**, *et al.*,    ) Case No. 08-35653-KRH
                                                                 ) Jointly Administered
                            Debtors.                     ) Chapter 11
                                                                 )

**VERIFIED STATEMENT PURSUANT TO
RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III files this Verified Statement of his multiple representations in this case:

1. The names and addresses of the creditors represented by Russell R. Johnson III are as follows:

    A.   American Electric Power
         Attn: Gregory Holland
         40 Franklin Road
         P.O. Box 2021
         Roanoke, VA  24022-2121

---

Russell R. Johnson III
V.S.B. No. 31468
John M. Craig
V.S.B. No. 32977
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103
(804) 749-8861 Telephone
(804) 749-8862 Facsimile
*Counsel for American Electric Power, Consolidated Edison Company of New York, Inc., Orange and Rockland Utilities, Virginia Electric and Power Company d/b/a Dominion Virginia Power, Dominion East Ohio, Dominion Peoples, Dominion Hope, The Detroit Edison Company, Michigan Consolidated Gas Company, Duke Energy Carolinas, LLC, Duke Energy Indiana, Inc., Duke Energy Kentucky, Inc., Duke Energy Ohio, Inc., Connecticut Natural Gas Company, Southern Connecticut Gas Company, Commonwealth Edison Company, PECO Energy Company, The Cleveland Electric Illuminating Company, Jersey Central Power & Light Company, Metropolitan Edison Company, Pennsylvania Electric Company, Toledo Edison Company, Connecticut Light and Power Company, Yankee Gas Services Company, Western Massachusetts Electric, Public Service Company of New Hampshire, Piedmont Natural Gas, Carolina Power & Light Company d/b/a Progress Energy Carolinas, Florida Power Corporation d/b/a Progress Energy Florida, Public Service Electric And Gas Company, Salt River Project, Niagara Mohawk Power Corporation, Granite State Electric, Narragansett Electric Company, Massachusetts Electric Company, The Brooklyn Union Gas Company d/b/a National Grid NY, EnergyNorth Natural Gas, Inc. d/b/a National Grid NH, KeySpan Gas East Corporation, Boston Gas Company, Long Island Lighting Company d/b/a LIPA, Central Georgia Electric Membership Corporation , New York State Electric and Gas Corporation, Southern California Edison Company,  Jackson EMC, and Southwest Gas Corporation*

B. Duke Energy Indiana, Inc., Duke Energy Kentucky, Inc., and Duke Energy Ohio, Inc.
Attn: Tanya A. Schweitzer
Duke Energy Shared Services, Inc.
139 East Fourth Street
Room 25, Atrium II
P.O. Box 960
Cincinnati, OH 45201-0960

C. Duke Energy Carolinas, LLC
Attn: Yvonne Crenshaw
Duke Energy Corporation
Office of General Counsel
526 South Church Street – EC03T
Charlotte, NC 28202

D. Virginia Electric and Power Company d/b/a Dominion Virginia Power, Dominion East Ohio, Dominion Peoples, and Dominion Hope
Attn: Sherry Ward
701 East Cary Street
P.O. Box 26666
Richmond, VA 23261-6666

E. Consolidated Edison Company of New York, Inc., and Orange and Rockland Utilities
Attn: Leon Z. Mener, Esq.
4 Irving Place – Room 1875S
New York, NY 10003

F. The Connecticut Light and Power Company, Western Massachusetts Electric Company, Yankee Gas Services Company, and Public Service Company of New Hampshire
Attn: Honor S. Heath, Esq.
Northeast Utilities Service Company
107 Selden Street
Berlin, CT 06037

G. Carolina Power & Light Company d/b/a Progress Energy Carolinas, and Florida Power Corporation d/b/a Progress Energy Florida
Attn: Elaine A. McCallister
160 Rush St. WWI
Raleigh, NC 27603

H.  The Detroit Edison Company, and Michigan Consolidated Gas Company
    Attn: Michael T. Wood, Esq.
    DTE Energy Company
    2000 Second Avenue
    Suite 688 WCB
    Detroit, Michigan 48226

I.  PECO Energy Company, and Commonwealth Edison Company
    Attn: Lynn Zack, Esq.
    Exelon Corporation
    2301 Market Street, S23-1
    Philadelphia, PA 19103

J.  The Cleveland Electric Illuminating Company, Jersey Central Power & Light Company, Metropolitan Edison Company, Ohio Edison Company, Pennsylvania Electric Company, and Toledo Edison Company
    Attn: Christine Weber, Esq.
    FirstEnergy Corp.
    76 S. Main St., A-GO-15
    Akron, OH 44308

K.  Piedmont Natural Gas Company
    Attn: Judy Conrad
    4339 S. Tryon Street
    Charlotte, NC 28217-1733

L.  Public Service Electric And Gas Company
    Attn: Suzanne Klar, Esq.
    80 Park Plaza, T5D
    Newark, NJ 07102-0570

M.  Niagara Mohawk Power Corporation, Granite State Electric, Narragansett Electric Company, Massachusetts Electric Company, The Brooklyn Union Gas Company d/b/a National Grid NY, EnergyNorth Natural Gas, Inc. d/b/a National Grid NH, KeySpan Gas East Corporation, Boston Gas Company, and Long Island Lighting Company d/b/a LIPA
    Attn: Elisa M. Pugliese, Esq.
    Legal Department
    National Grid
    175 East Old Country Road
    Hicksville, NY 11801

N.    Central Georgia Electric Membership Corporation
Attn: Herschel Arant, Vice President of Engineering
923 S. Mulberry Street
Jackson, Georgia 30233

O.    Jackson EMC
Attn: Steven T. Yeatts, Director General Accounting
P.O. Box 38
850 Commerce Highway
Jefferson, Georgia 30549

P.    Southern Connecticut Gas Company, and Connecticut Natural Gas
Attn: Janet L. Janczewski, Esq.
Senior Corporate Counsel and Secretary
60 Marsh Hill Road
Orange, CT 06477

Q.    Southern California Edison Company
Attn: Douglas DiTonto
2244 Walnut Grove Ave., Suite 331
Rosemead, CA 91770

R.    Salt River Project
Attn: Diana Greer
Business Analyst
P.O. Box 52025
Phoenix, AZ 85072

S.    Southwest Gas Corporation
Attn: Sandra K. Carolina, Esq.
Senior Counsel
5241 Spring Mountain Road
Las Vegas, NV 89150-0002

2.    The nature and the amount of claims (interests) and the times of acquisition thereof are as follows:

(a)    American Electric Power, Consolidated Edison Company of New York, Inc., Orange and Rockland Utilities, Dominion East Ohio, Dominion Peoples, Dominion Hope, The Detroit Edison Company, Michigan Consolidated Gas Company, Duke Energy Carolinas, LLC, Duke Energy Indiana, Inc., Duke Energy Kentucky, Inc., Duke Energy Ohio, Inc., Connecticut Natural Gas

Company, Southern Connecticut Gas Company, Commonwealth Edison Company, PECO Energy Company, The Cleveland Electric Illuminating Company, Jersey Central Power & Light Company, Metropolitan Edison Company, Pennsylvania Electric Company, Toledo Edison Company, Connecticut Light and Power Company, Yankee Gas Services Company, Western Massachusetts Electric, Public Service Company of New Hampshire, Piedmont Natural Gas, Carolina Power & Light Company d/b/a Progress Energy Carolinas, Florida Power Corporation d/b/a Progress Energy Florida, Public Service Electric And Gas Company, Niagara Mohawk Power Corporation, Granite State Electric, Narragansett Electric Company, Massachusetts Electric Company, The Brooklyn Union Gas Company d/b/a National Grid NY, EnergyNorth Natural Gas, Inc. d/b/a National Grid NH, KeySpan Gas East Corporation, Boston Gas Company, Long Island Lighting Company d/b/a LIPA, Central Georgia Electric Membership Corporation, Jackson EMC and Southwest Gas Corporation have unsecured claims against one or more of the above-referenced Debtors arising from prepetition utility usage.

(b)     Virginia Electric and Power Company d/b/a Dominion Virginia Power, New York State Electric and Gas Corporation, and Salt River Project hold prepetition surety bonds that secure all of the debt owed by the Debtors arising from prepetition utility usage.

(c)     Southern California Edison Company holds a prepetition letter of credit that secures all of the debt owed by the Debtors arising from prepetition utility usage.

3. Russell R. Johnson III was retained to represent the foregoing creditors in November 2008.

**RUSSELL R. JOHNSON III**

By: *[signature]*

Russell R. Johnson III

Russell R. Johnson III appeared before me this 24th day of November 2008, and acknowledged that the representations in the foregoing statement are true to the best of his knowledge, information and belief.

NOTARY PUBLIC

*[signature: Margaret C. Farrell Ward]*

My commission expires: Oct 31, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2008, I caused a true copy of the foregoing *Verified Statement Pursuant To Rule 2019(a) of the Federal Rules of Bankruptcy Procedure* to be served electronically or by first-class mail, postage prepaid, upon the persons listed below as well as upon the parties receiving notice via the Court's ECF system:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
*Counsel For Debtors*

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
*Counsel For Debtors*

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*U.S. Trustee Counsel*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Creditor Committee Counsel*

/s/ John M. Craig
John M. Craig