Malcolm M. Mitchell, Jr. (VSB No. 18098)
Suparna Banerjee (VSB No. 67929)
Kara D. Lehman (VSB No. 68359)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA 22314
Telephone:  703-837-6999
Facsimile:   703-549-4492
*Counsel for Accent Energy California, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

------------------------------------------------------------x
                                                            )
In re:                                                      )          Chapter 11
                                                            )
CIRCUIT CITY STORES, INC., *et al.*,                        )          Case No. 08-35653-KRH
                                                            )
        Debtors.                                            )          Jointly Administered
                                                            )          Judge Kevin R. Huennekens
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that Vorys, Sater, Seymour and Pease LLP, as counsel for Accent Energy California LLC hereby enters its appearance pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

>Malcolm M. Mitchell, Jr. (VSB No. 18098)
>Suparna Banerjee (VSB No. 67929)
>Kara D. Lehman (VSB No. 68359)
>Vorys, Sater, Seymour and Pease LLP
>277 South Washington Street, Suite 310
>Alexandria, VA 22314
>Telephone: 703-837-6999
>Facsimile: 703-549-4492
>mmmitchell@vorys.com
>sbanerjee@vorys.com
>kdlehman@vorys.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization and answering or reply briefs whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, or (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case.

Dated:: November 24, 2008         /s/ Malcolm M. Mitchell, Jr.
    Alexandria, Virginia         Malcolm M. Mitchell, Jr. (VSB No. 18098)
             Suparna Banerjee (VSB No. 67929)
             Kara D. Lehman (VSB No. 68359)
             Vorys, Sater, Seymour and Pease LLP
             277 South Washington Street, Suite 310
             Alexandria, VA 22314
             Telephone: 703-837-6999
             Facsimile: 703-549-4492
             *Counsel for Accent Energy California LLC*

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on November 24, 2008, a true and complete copy of the foregoing *Notice of Appearance and Request for Service* was served by either First Class Mail, postage prepaid and/or by electronic delivery to all of the parties on the attached Service List in accordance with the Order entered in this case on November 13, 2008, *Establishing Certain Notice, Case Management, and Administrative Procedures*.

      /s/ Malcolm M. Mitchell, Jr.
Malcolm M. Mitchell, Jr. (VSB No. 18098)
Suparna Banerjee (VSB No. 67929)
Kara D. Lehman (VSB No. 68359)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA 22314
Telephone:  703-837-6999
Facsimile:   703-549-4492
*Counsel for Accent Energy California LLC*