The Honorable Kevin R. Huennekens
Chapter 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re ) | No. 08-35653 |
| CIRCUIT CITY STORES, INC., et al., ) | NOTICE OF APPEARANCE AND |
| Debtors. ) | REQUEST FOR SPECIAL NOTICE |

TO:         the Clerk of the above-entitled court;

AND TO:   the Debtors, by and through their attorney, Gregg M. Galardi;

AND TO:   all parties in interest.

PLEASE TAKE NOTICE that Christopher M. Alston and Foster Pepper PLLC hereby appear on behalf of 507 NORTHGATE, LLC and request notice of all motions, applications, hearings, orders, writings, proceedings and the like in this case, including but not limited to:

1.   All matters and papers which must be sent to creditors, equity security holders, and any other parties in interest;

2.   All matters regarding relief from the automatic stay under § 362 of the Bankruptcy Code;

3.   All matters regarding use, sale or lease of the Debtor's property under § 363 of the Bankruptcy Code;

4.   All matters regarding obtaining credit under § 364 of the Bankruptcy Code;

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE - 1
50952302.1

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

5.  All matters regarding executory contracts and unexpired leases under § 365 of the Bankruptcy Code;

6.  All matters regarding the time requirements to file claims against the Debtor;

7.  All matters regarding reorganization of the Debtor, including the disclosure statement;

8.  All matters regarding any adversary proceeding filed by or against the Debtor; and

9.  All documents filed by any party in any adversary proceeding.

All such notices and papers should be sent as follows:

>   Christopher M. Alston
>   Foster Pepper PLLC
>   1111 Third Avenue, Suite 3400
>   Seattle, WA  98101

THIS APPEARANCE DOES NOT REFLECT AN APPOINTMENT BY 507 NORTHGATE, LLC OF THESE LAWYERS AS ITS AGENT FOR SERVICE OF ORIGINAL PROCESS AND THE LAWYERS MAKING THIS APPEARANCE ARE NOT AUTHORIZED TO RECEIVE ORIGINAL PROCESS FOR 507 NORTHGATE, LLC.

DATED this 20th day of November, 2008.

>   FOSTER PEPPER PLLC
>
>   */s/ Christopher M. Alston*
>   Christopher M. Alston, WSBA #18823
>   Attorneys for 507 Northgate, LLC

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE - 2

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
206-447-4400

50952302.1