UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 |
| Debtors. / | Jointly Administered |

## AMENDED NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO DEBTORS' MATRIX

Please take notice that Honigman Miller Schwartz and Cohn LLP ("Honigman") hereby appears in the above-captioned case as counsel for McKinley, Inc. and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the undersigned at the following address and that Honigman be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> Seth A. Drucker, Esq.
> Honigman Miller Schwartz and Cohn LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI 48226
> Telephone: (313) 465-7626
> Facsimile: (313) 465-7627
> Email: sdrucker@honigman.com

Please take notice that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

Please take notice that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for McKinley, Inc.

Dated:  November 24, 2008              By:      /s/ Seth A. Drucker
                                       Seth A. Drucker, Esq. (MI Bar No. P65641)
                                       2290 First National Building
                                       660 Woodward Avenue
                                       Detroit, MI  48226
                                       Telephone:  (313) 465-7626
                                       Facsimile:  (313) 465-7627
                                       Email:  sdrucker@honigman.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appearance, Request for Service of Papers and Request to be Added to Debtors' Matrix was mailed by U.S. first class mail, postage prepaid, on November 24, 2008 to the following:

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
*Assistant U.S. Trustee*

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher &
Flom, LLP
One Rodney Square, P.O. Box 636
Wilmington, DE  19899-0636
*Counsel for Debtors*

Dion W. Hayes
Douglas M. Foley
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
*Counsel for Debtors*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
333 West Wacker Drive
Chicago, IL  60606
*Counsel for Debtors*

and that the foregoing Notice was also filed electronically via the Court's CM/ECF system on this date such that it would be served electronically on those parties entitled to receive such notice.

          HONIGMAN MILLER SCHWARTZ AND COHN LLP
          Attorneys for McKinley, Inc.

By:    /s/ Seth A. Drucker
      Seth A. Drucker, Esq. (MI Bar No. P65641)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7626
Facsimile: (313) 465-7627
Email: sdrucker@honigman.com

DETROIT.3416342.1