UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653 |
| CIRCUIT CITY STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

NOTICE OF APPEARANCE PURSUANT TO
BANKRUPTCY RULE 9010 AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters their appearance pursuant to 11 U.S.C. §1109(b), Fed. R. Bankr. P. 9010 and Local Bankruptcy Rule 9010-1 on behalf of Navarre Distribution Services, Inc., a division of Navarre Corporation, a party in interest in this proceeding, and requests that copies of all notices, pleadings and papers filed in this case served on the following via mail, hand delivery, fax, electronically or other appropriate means at the address indicated below:

> R. Timothy Bryan (VSB # 50931)
> Alan M. Noskow (VSB # 51094)
> Patton Boggs LLP
> 8484 Westpark Drive, 9th Floor
> McLean, Virginia 22102
> Phone: (703) 744-8000
> Fax: (703) 744-8001
> E-mail: tbryan@pattonboggs.com
> E-mail: anoskow@pattonboggs.com

---

R. Timothy Bryan (VSB # 50931)
Alan M. Noskow (VSB # 51094)
Patton Boggs LLP
8484 Westpark Drive, 9th Floor
McLean, Virginia 22102
(703) 744-8000
*Counsel for Navarre Distribution Services, Inc.*

3693857

Dated: November 24, 2008  Respectfully submitted,

/s/ Alan M. Noskow
R. Timothy Bryan (VSB # 50931)
Alan M. Noskow (VSB # 51094)
PATTON BOGGS LLP
8484 Westpark Drive, 9th Floor
McLean, Virginia 22102
Phone: (703) 744-8000
Fax: (703) 744-8001
E-mail: tbryan@pattonboggs.com
E-mail: anoskow@pattonboggs.com
*Counsel to Navarre Distribution Services, Inc.*

3693857

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served via electronic service this 24th day of November, 2008, upon the following:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
    *Counsel for Bank of America, N.A., as Agent*

Dion W. Hayes
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
    *Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
    *Counsel for the Debtors*

And to all other parties entitled to electronic service

        /s/ Alan M. Noskow

3693857