John G. McJunkin, Esquire
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Phone: 202-496-7312
Facsimile: 202-496-7094

Attorneys for 120 Orchard LLC, 427 Orchard LLC
FT Orchard LLC and Marc Realty

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| | * | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | * | **Case No. 08-35653 (KRH)** |
| | * | |
| Debtors. | * | **(Joint Administration Pending)** |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
### AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), 120 Orchard LLC, 427 Orchard LLC, FT Orchard LLC and Marc Realty (collectively, "Landlord") hereby appear in the above-captioned case by its counsel, John G. McJunkin, J. David Folds and McKenna Long & Aldridge LLP. Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002 be served at the address set forth below:

> John G. McJunkin, Esquire
> McKenna Long & Aldridge LLP
> 1900 K Street, NW
> Washington, DC 20006
> Phone: 202-496-7312
> Facsimile: 202-496-7094
> Email Address: jmcjunkin@mckennalong.com

DC:50587782.1

       and

      J. David Folds
      McKenna Long & Aldridge LLP
      1900 K Street, NW
      Washington, DC 20006
      Phone: 202-496-7521
      Facsimile: 202-496-7756
      Email Address: dfolds@mckennalong.com

  This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone facsimile, or otherwise.

  **PLEASE TAKE FURTHER NOTICE** that Landlord intends that neither this Notice of Appearance, nor any later appearance, pleading, claim or suit shall (i) not be, and shall not be deemed to be, a consent to jurisdiction of, or venue in the U.S. Bankruptcy Court for the Eastern District of Virginia (Richmond Division) and (ii) waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Landlords is or may be entitled to under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly

reserved.

Dated: November 24, 2008                /s/ John G. McJunkin
                                                  JOHN G. McJUNKIN, (VSB No. 31011)
                                                  J. DAVID FOLDS, (VSB No. 44068)
                                                  MCKENNA LONG & ALDRIDGE LLP
                                                  1900 K Street, NW
                                                  Washington, DC 20006-1108
                                                  Telephone: (202) 496-7312
                                                  Facsimile: (202) 496-7094

                                                  Counsel for 120 Orchard LLC, 427 Orchard LLC,
                                                     FT Orchard LLC and Marc Realty

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th of November, 2008, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

                                                  /s/ John G. McJunkin
                                                John G. McJunkin