Harrisburg, PA 17121

**DEPARTMENT OF LABOR & INDUSTRY**
COMMONWEALTH OF PENNSYLVANIA

www.dli.state.pa.us

RICHMOND DIVISION
FILED
NOV 2 4 2008
CLERK
U.S. BANKRUPTCY COURT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF VIRGINIA-EASTERN DISTRICT (RICHMOND)

In Re: CIRCUIT CITY STORES, INC.

       Debtor

Bankruptcy No. 08-35653 - KRH

Chapter 11

### REQUEST FOR NOTICES

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Timothy A. Bortz, hereby requests that a copy of all notices and papers in this action be served at the agent's office at below captioned address.

Dated: November 19, 2008

By: _____
Timothy A. Bortz
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Reading Bankruptcy & Compliance Unit
625 Cherry Street - Room 203
Reading, PA 19602-1184
Telephone No.: (610) 378-4044
Fax No.: (610) 378-4459
E-mail: tbortz@state.pa.us

Auxiliary aids and services are available upon request to individuals with disabilities.
Equal Opportunity Employer/Program