William H. Schwarzschild, III - VSB No. 15274
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
FAX:  804.783.6507
tschwarz@williamsmullen.com

*Counsel for Dollar Tree Stores, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

---------------------------------------------------------x
                    :
In re:                                           :  Chapter 11
                    :
CIRCUIT CITY STORES, INC., *et al*.,  :  Case No. 08-35653 (KRH)
                    :
            Debtors.             :  (Jointly Administered)
                    :
---------------------------------------------------------x

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF SCOTT R. KIPNIS

Upon consideration of the Motion for Admission *Pro Hac Vice* of Scott R. Kipnis filed by William H. Schwarzschild, III, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., *et al.* (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED**, that pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2), Scott R. Kipnis be and is hereby permitted to appear and be heard *pro hac vice* as counsel to Dollar Tree Stores, Inc. in the jointly administered Chapter 11 bankruptcy cases commenced by the Debtors.

Enter:          /    /

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

1517616v1

I ask for this:

/s/ *William H. Schwarzschild, III*

_____
William H. Schwarzschild, III - VSB No. 15274
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone: 804.783.6489
FAX:   804.783.6507
Email: tschwarz@williamsmullen.com

*Counsel for Dollar Tree Stores, Inc.*

1686329v1

### **Certification Pursuant to Local Bankruptcy Rule 9022-1**

  The undersigned hereby certifies that the foregoing proposed order was served upon all necessary parties either electronically via the Court's ECF system or by first class mail, postage prepaid.

              */s/ William H. Schwarzschild, III*
              _____

1517617v1