# EXHIBIT A

| | |
|---|---|
| From: | "Grant, Kellan" <T.Kellan.Grant@skadden.com> |
| To: | <skipnis@hgg.com> |
| Date: | 11/14/2008 10:54 AM |
| Subject: | Circuit City |

Scott,

As we discussed, we agree that your deadline to object to the relief requested in Circuit City's first day rejection motion (Docket No. 21), with respect to your client Dollar Tree, is continued to November 24, 2008. I also wanted to confirm that we faxed notice of the first day hearing to your client at the respective numbers below. Please let me know if you have any questions.

6044

Dollar Tree Stores, Inc.

Attn: Real Estate

757-855-5555

6552


Dollar Tree Stores, Inc.

Attn: Vice President - Real Estate & Construction

757-855-5555

6564

Dollar Tree Stores, Inc.

Attn: Real Estate Dept.

757-321-5220


Kellan Grant
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive | Chicago | Illinois | 60606-1285
T: 312.407.0576 | F: 312.827.9417
tkgrant@skadden.com


------------------------------------------------------------------------
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to

another party any tax-related matters addressed herein.
*****************************************************
*****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*****************************************************
===========================================================================