Neil D. Goldman, Esq. (VSB No. 18352)
John P. Van Beek, Esq. (VSB No. 30897)
Young, Goldman & Van Beek, P.C.
510 King St., Suite 416
Alexandria, Virginia 22313
(703) 684-3260
(703) 548-4742 (facsimile)
ngoldman@ygvb.com
jvanbeek@ygvb.com

Counsel for Sacco of Maine, LLC

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653 |
| ) | Jointly Administered |
| Circuit City Stores Inc., et al., ) | Chapter 11 |
| ) | Hon. Kevin R. Huennekens |
| Debtors. ) | |
| _____) | |

## NOTICE OF APPEARANCE PURSUANT TO
## BANKRUTCY RULE 9010 AND AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that undersigned counsel hereby enters their appearance pursuant to 11 U.S.C. §1109(b), Fed. R. Bankr. P. 9010 and Local Bankruptcy Rule 9010-1 on behalf of Sacco of Maine, LLC ("Sacco"), a party in interest in this proceeding as Landlord to a lease with Debtor for Location #3740 in Bangor, Maine, and requests that copies of all notices, pleadings and papers filed in this case be served on the following via mail, hand delivery, facsimile, electronically or other appropriate means at the address indicated below:

Neil D. Goldman, Esq. (VSB No. 18352)
John P. Van Beek, Esq. (VSB No. 30897)
Young, Goldman & Van Beek, P.C.
510 King St., Suite 416
Alexandria, Virginia 22313
(703) 684-3260
(703) 548-4742 (facsimile)
ngoldman@ygvb.com

Dated: Alexandria, Virginia  
November 24, 2008

Respectfully submitted,

/s/ John P. Van Beek
_____

Neil D. Goldman, Esq. (VSB No. 18352)  
John P. Van Beek, Esq. (VSB No. 30897)  
Young, Goldman & Van Beek, P.C.  
510 King St., Suite 416  
Alexandria, Virginia 22313  
(703) 684-3260  
ngoldman@ygvb.com

Counsel for Sacco of Maine, LLC

## CERTIFICATE OF SERVICE

I hereby certify on the 24th day of November 2008, a true and correct copy of the foregoing Notice of Appearance Pursuant to Bankruptcy Rule 9010 and Request for Notice was served on all persons receiving electronic notice in these cases and to the following:

Robert B. Van Arsdale, Esq.  
Office of the United States Trustee  
701 East Broad St., Suite 4304  
Richmond, Virginia 23219  
*Assistant United States Trustee*

Dion W. Hayes, Esq.  
McGuireWoods LLP  
One James Center  
901 East Cary Street  
Richmond, Virginia 23219  
*Counsel for the Debtors*

Greg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
Skadden, Arps, Slate, Meagher & Flom  
One Rodney Square  
P.O. Box 636  
Wilmington, Delaware 19899-0636  
*Counsel for the Debtors*

/s/ John P. Van Beek  
_____  
John P. Van Beek

2