Kevin R. McCarthy, VSB 14273
William Douglas White
MCCARTHY & WHITE PLLC
8180 Greensboro Drive, Suite 875
McLean, Virginia  22102
Tel:  (703) 770-9261
Fax: (703) 770-9266
krm@mccarthywhite.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEAL**

Florida Power & Light Company, Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Alabama Power Company and Central Maine Power Company appeal under 28 U.S.C. §158(a) from the Order Under Bankruptcy Code Sections 105(a), 363, and 366, and Bankruptcy Rule 6003 (I) Approving Debtors' Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Requests By Utility Companies For Additional Assurance of Payment, (III) Scheduling a Hearing With Respect to Contested Adequate Assurance of Payment Requests, and (IV) Authorizing Debtors to Pay Claims of a Third Party Vendor entered by the Honorable Kevin R. Huennekens, United States Bankruptcy Court Judge, in the above captioned bankruptcy cases on the 12th day of November, 2008 [Docket No. 64] (the "Utility Order").

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1005343.1

Circuit City Stores, Inc., et al., Debtors-in-possession
c/o Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware  19899
Telephone: (302) 651-3000

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, Illinois  60606
Telephone: (312) 407-0700

    and

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia  23219
(804) 775-1000


Florida Power & Light Company
c/o Kevin R. McCarthy, VSB 14273
William Douglas White
MCCARTHY & WHITE PLLC
8180 Greensboro Drive, Suite 875
McLean, Virginia  22102
Tel:  (703) 770-9261

Potomac Electric Power Company, Delmarva Power & Light Company and Atlantic City Electric Company
c/o Kevin R. McCarthy, VSB 14273
William Douglas White
MCCARTHY & WHITE PLLC
8180 Greensboro Drive, Suite 875
McLean, Virginia  22102
Tel:  (703) 770-9261

<u>Central Maine Power Company</u>
c/o Kevin R. McCarthy, VSB 14273
William Douglas White
MCCARTHY & WHITE PLLC
8180 Greensboro Drive, Suite 875
McLean, Virginia  22102
Tel:  (703) 770-9261

<u>Alabama Power Company</u>
c/o Kevin R. McCarthy, VSB 14273
William Douglas White
MCCARTHY & WHITE PLLC
8180 Greensboro Drive, Suite 875
McLean, Virginia  22102
Tel:  (703) 770-9261

    and

Eric T. Ray
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama  35203
Telephone: (205) 251-8100

Dated: November 24, 2008

    <u>/s/Kevin R. McCarthy</u>
Kevin R. McCarthy, VSB 14273
William Douglas White
MCCARTHY & WHITE, PLLC
8180 Greensboro Drive, Suite 875
McLean, Virginia  22102
Tel:  (703) 770-9261

Counsel for Appellants

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2008 a copy of the foregoing was sent to all persons on the Court's electronic filing distribution and by first class mail, postage prepaid, to the following:

United States Trustee
115 South Union Street
Plaza Level, Suite 210
Alexandria, VA  22314

Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes
McGuire Woods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware  19899

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, Illinois  60606

/s/ Kevin R. McCarthy
Kevin R. McCarthy