**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | Case No.: | 08-35653-KRH |
| Debtors. | ) | Chapter 11 | |

**STATEMENT OF ATTORNEYS FOR CREDITORS PURSUANT
TO *FEDERAL RULE OF BANKRUPTCY PROCEDURE* 2019**

COME NOW William A. Gray, Esquire; C. Thomas Ebel, Esquire; Peter M. Pearl, Esquire; and Lisa Taylor Hudson, Esquire and the law firm of Sands, Anderson, Marks & Miller, P.C. ("Sands, Anderson"), as counsel for the creditors listed on **EXHIBIT A** attached hereto and incorporated herein by reference (collectively, the "Creditors"), asserting claims against Circuit City Stores., *et al.*, and certain of its affiliated Debtors (collectively, the "Debtors"), and make the following statements pursuant to *Federal Rule of Bankruptcy Procedure* 2019.

1. The Creditors addresses, and the general nature and approximate amount of their claims and dates of acquisition therefore, are set forth on **EXHIBIT A** attached hereto and incorporated herein by reference.

2. The facts and circumstances relating to the employment of Sands, Anderson by the Creditors are that Sands, Anderson serves as bankruptcy counsel to the Creditors to represent their interests in the Debtors' jointly-administered bankruptcy cases.

---

C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 783-7234 Telephone
(804) 783-7291 Facsimile
*Local Counsel for Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually; Monument Consulting, LLC; McAlister Square Partners, Ltd., Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; and Valley Corners Shopping Center, LLC*

3. The Creditors are billed monthly at the Sands, Anderson's normal hourly rates for its shareholders, counsel, associates, and legal assistants for time spent and for costs incurred in providing legal services, pursuant to Sands, Anderson's standard terms and engagement.

4. Each Creditor has been advised of and has consented to Sands, Anderson's representation of the others.

**Dated**:  **November 24, 2008**                    **Respectfully Submitted,**

**SANDS, ANDERSON, MARKS & MILLER, P.C.**

  /s/  Lisa Taylor Hudson
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 783-7234 Telephone
(804) 783-7291 Facsimile
*Local Counsel for Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually; Monument Consulting, LLC; McAlister Square Partners, Ltd.; Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; and Valley Corners Shopping Center, LLC*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of November, 2008, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

                                                                                     /s/ Lisa Taylor Hudson

## SERVICE LIST

| | |
|---|---|
| Daniel F. Blanks, Esquire<br>Douglas M. Foley, Esquire<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510 | ATTORNEY FOR DEBTORS |
| Dion W. Hayes, Esquire<br>James S. Sheerin, Esquire<br>Sarah Beckett Boehm, Esquire<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | ATTORNEY FOR DEBTORS |
| Gregg M. Galardi, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636 | ATTORNEY FOR DEBTORS |
| Chris L. Dickerson, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>333 West Wacker Drive<br>Chicago, IL 60606 | ATTORNEY FOR DEBTORS |
| Robert Van Arsdale, Esquire<br>Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>600 E. Main Street, Suite 301<br>Richmond, VA 23219 | OFFICE OF U.S. TRUSTEE |

    /s/ Lisa Taylor Hudson