**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

------------------------------------------------x
In re:                                          :  Chapter 11
                                                :
CIRCUIT CITY STORES, INC.,                      :  Case No. 08-35653 (KRH)
et al.,                                         :
                                                :  Jointly Administered
                    Debtors.[1]                 :
                                                :
------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On November 20, 2008, copies of the following documents were served via overnight mail upon the parties set forth on the service list attached hereto as **Exhibit A**:

1. Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors , Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement (Docket No. 24)

2. Corrected Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement (Docket No. 147)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Dated: November 24, 2008

_____
Evan Gershbein

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th day of November, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

SHANNON JOANN SPENCER
Commission # 1676705
Notary Public - California
Los Angeles County
My Comm. Expires Jun 20, 2010

# EXHIBIT A

Circuit City Stores, Inc.
Landlord and Subleases

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 1030 W NORTH AVENUE BLDG LLC | LLOYD STEIN | C O S STEIN & CO | 1030 WEST NORTH Ave | CHICAGO | IL | 60642 | US |
| 1890 RANCH LTD | CONNIE SHELTON | 221 W 6TH ST | SUITE 1300 | AUSTIN | TX | 78701 | US |
| 380 TOWNE CROSSING LP | NORMA HERNANDEZ ASST PROPERTY MGR | C O WEBER AND COMPANY | J WEBER 16000 DALLAS PKWY STE 300 | DALLAS | TX | 75248 | US |
| AMCAP NORTHPOINT LLC | C O AMCAP | 1281 EAST MAIN STREET | SUITE 200 | STAMFORD | CT | 6902 | US |
| AMLI LAND DEVELOPMENT I LP | TRICIA YOTHER | C O POPE & LAND ENTERPRISES INC | 3225 CUMBERLAND BLVD SUITE 400 | ATLANTA | GA | 30339-3397 | US |
| ARBORETUM OF SOUTH BARRINGTON LLC | ATTN MICHAEL JAFFE | 400 SKOKIE BLVD | SUITE 405 | NORTHBROOK | IL | 60062 | US |
| ARGYLE FOREST RETAIL I LLC | | C O THE SEMBLER CO | 5858 CENTRAL AVE | ST PETERSBURG | FL | 33707 | US |
| AVENUE FORSYTH LLC | ATTN CORPORATE SECRETARY | C O COUSINS PROPERTIES INCORPORATED | 191 PEACHTREE St SUITE 3600 | ATLANTA | GA | 30303-1740 | US |
| BAPTIST SUNDAY SCHOOL BOARD THE | | 3621 NORTH WEST EXPRESSWAY | | OKLAHOMA CITY | OK | 73112 | US |
| BASSER KAUFMAN INC | | 335 CENTRAL AVENUE | AGENT FOR BASSER KAUFMAN 222 | LAWRENCE | NY | 11559 | US |
| BENDERSON PROPERTIES WRI ASSOCIATES | | 8441 COOPER CREEK BOULEVARD | ATTN RANDALL BENDERSON | UNIVERSITY PARK | FL | 34201 | US |
| BPP OH LLC | TIM MOLINARI | C O SAUNDERS HOTEL GROUP | 240 NEWBURY St THIRD FLOOR | BOSTON | MA | 2116 | US |
| BPP VA LLC | TIM MOLINARI | c o SAUNDERS HOTEL GROUP | 240 NEWBURY St THIRD FLOOR | BOSTON | MA | 02116-3201 | US |
| BRE LOUIS JOLIET LLC | GENERAL MANAGER MIKE TSAKALAKIS | C O URBAN RETAIL PROPERTIES CO | 3340 MALL LOOP DR No1249 | JOLIET | IL | 60431-1054 | US |
| CA NEW PLAN ASSET PARTNERSHIP IV | | C O NEW PLAN EXCEL REALTY TRUST INC | 3901 BELLAIRE BLVD | HOUSTON | TX | 77025 | US |
| CAMELBACK CENTER PROPERTIES | TAMMY PALMER PROPERTY MANAGER | KITCHELL DEVELOPMENT COMPANY | 1661 EAST CAMELBACK Rd SUITE 375 | PHOENIX | AZ | 85016 | US |
| CARRIAGE CROSSING MARKET PLACE LLC | LESLIE EAGERTON LEASE ADMINISTRATOR | C O JIM WILSON & ASSOCIATES LLC | 2660 EAST CHASE LANE SUITE 100 | MONTGOMERY | AL | 36117 | US |
| CASUAL MALE INC THE | | 3617 NORTH WEST EXPRESSWAY | | OKLAHOMA CITY | OK | | US |
| CATELLUS OPERATING LP | ATTN DAN MARCUS | 66 FRANKLIN STREET | SUITE 200 | OAKLAND | CA | 94607 | US |
| CBC WILBUR PROPERTIES | RUSSELL HITOMI SENIOR PROPERTY MGR | 790 HIGH STREET | | PALO ALTO | CA | 94301 | US |
| CC COUNTRYSIDE 98 LLC | MR ALEX GRASS | c o GRASS COMPANIES | 1000 NORTH FRONT St | WORMLEYSBURG | PA | 17043 | US |
| CC INDEPENDENCE LLC | | C O PRISCILLA J RIETZ | 1355 LEMOND Rd | OWATONNA | MN | 55060 | US |
| CC INVESTORS 1996 6 | DANIEL G KAMIN | C O KAMIN REALTY CO | 490 SOUGH HIGHLAND Ave | PITTSBURGH | PA | 15206 | US |
| CC INVESTORS 1996 7 | JON DONALDSON | C O CAPITAL DEVELOPMENT COMPANY | R BLUME 711 SLEATER KINNEY RD SE | LACEY | WA | 98503 | US |
| CC INVESTORS 1997 3 | c o DEVELOPERS DIVERSIFIED REALTY | 3300 ENTERPRISE PARKWAY | PO BOX 228042 | BEACHWOOD | OH | 44122 | US |
| CCI LOUISIANA TRUST | ATTN CORPORATE TRUST ADMIN | C O WILMINGTON TRUST COMPANY | 1100 NORTH MARKET ST RODNEY SQR N | WILMINGTON | DE | 19890-0001 | US |
| CEC ENTERTAINMENT INC | | 7448 AMADOR PLAZA ROAD | | DUBLIN | CA | 94566 | US |
| CEC Entertainment Inc No322 | No Name Specified | 4441 W Airport Freeway | Attn Real Estate Department | Irving | TX | 75062 | US |
| CENTRAL INVESTMENTS LLC | DEVON BANK | 6445 N WESTERN AVENUE | ACCT No 0159474801 | CHICAGO | IL | 60645 | US |
| CENTRO BRADLEY SPE 7 LLC | C O CENTRO PROPERTIES GROUP | ATTN REGIONAL COUNSEL PROPERTY | 3901 BELLAIRE BLVD | HOUSTON | TX | 77025-1119 | US |
| CENTRO WATT OPERATING PARTNERSHIP 2 | C O CENTRO PROPERTIES GROUP | ATTN GENERAL COUNSEL PROPERTY | 420 LEXINGTON Ave 7TH FLOOR | NEW YORK | NY | 10170 | US |
| CENTURY PLAZA DEVELOPMENT CORP | DOUGLAS W MESSNER VICE PRESIDENT | 3890 RAILROAD AVENUE | C O SIERRA PACIFIC PROPERTIES INC | PITTSBURG | CA | 94565 | US |
| CHANDLER GATEWAY PARTNERS LLC | MICHAEL C TREADWELL | 11411 NORTH TATUM BOULEVARD | C O MACERICH COMPANY | PHOENIX | AZ | 85028-2399 | US |
| CHAPEL HILLS WEST LLC | TIMOTHY W ROSE PRESIDENT | 1902 WEST COLORADO AVENUE | SUMMIT COMMERCIAL GROUP INC STE B | COLORADO SPRINGS | CO | 80904 | US |
| CHARBONNET FAMILY LTD ET ALS THE | | 1045 VETERANS MEMORIAL BOULEVARD | | METAIRIE | LA | 70005 | US |
| CIRCUIT INVESTORS FAIRFIELD LP | SCOTT | c o CARDINAL CAPITAL PARTNERS INC | 8214 WESTCHESTER Dr 9TH FLOOR | DALLAS | TX | 75225 | US |
| CIRCUIT INVESTORS No2 LTD | | c o ROBERT BALOGH | 777 ARTHUR GODFREY Rd No400 | MIAMI BEACH | FL | 33140 | US |
| CIRCUIT INVESTORS No2 LTD | | c o ROBERT BALOGH | 777 ARTHUR GODFREY Rd No400 | MIAMI BEACH | FL | 33140 | US |
| CIRCUIT INVESTORS No4 THOUSAND OAKS | | C O CARDINAL CAPITAL PARTNERS INC | 8214 WESTCHESTER Dr 9TH FLOOR | DALLAS | TX | 75225 | US |
| CIRCUIT INVESTORS VERNON HILLS LP | c o CARDINAL CAPITAL PARTNERS INC | 8214 WESTCHESTER DRIVE | NINTH FLOOR | DALLAS | TX | 75225-5520 | US |
| CIRCUITVILLE LLC | | C O MURRAY MILLER MGMT CORP | 143 OLD COUNTRY Rd | CARLE PLACE | NY | 11514 | US |
| CITY VIEW CENTER LLC | | C O KEST PROPERTY MANAGEMENT GROUP | 4832 RICHMOND Rd SUITE 200 | CLEVELAND | OH | 44128 | US |
| COMPTON COMMERCIAL REDEVELOPMENT CO | C O WATT MANAGEMENT COMPANY | COMPTON TOWNE CENTER | 2716 OCEAN PARK Blvd No3040 | SANTA MONICA | CA | 90405 | US |
| CONDAN ENTERPRISES LLC | PAUL BREGMAN | 255 EXECUTIVE DRIVE | SUITE 302 | PLAINVIEW | NY | 11803 | US |
| CONTINENTAL 45 FUND LLC | ATTN LEGAL DEPARTMENT | CONTINENTAL PROPERTIES COMPANY INC | W134 N8675 EXECUTIVE PARKWAY | MENOMONEE FALLS | WI | 53051-3310 | US |
| COSMO EASTGATE LTD | | 30201 AURORA ROAD | ATTN ANDREW HOFFMAN | SOLON | OH | 44139 | US |
| CP VENTURE TWO LLC | PAMELA F ROPER ASSOCIATE GEN CNSL | c o COUSINS PROPERTIES INC | 191 PEACHTREE St NE SUITE 3600 | ATLANTA | GA | 30303-1740 | US |
| DANIEL G KAMIN BATON ROUGE LLC | JANET WEIGHT | ATTN DANIEL G KAMIN | 490 SOUTH HIGHLAND Ave | PITTSBURGH | PA | 15206 | US |
| DDR SOUTHEAST SNELLVILLE LLC | DAVID WEISS SR VICE PRESIDENT | C O DEVELOPERS DIVERSIFIED REALTY | EXECUTIVE VP 3300 ENTERPRISE PKWY | BEACHWOOD | OH | 44122 | US |
| DDR SOUTHEAST VERO BEACH LLC | | DEVELOPERS DIVERSIFIED REALTY CORP | 3300 ENTERPRISE PARKWAY | BEACHWOOD | OH | 44122 | US |
| DDRA ARROWHEAD CROSSING LLC | ATTN SENIOR EXECUTIVE VP | 3300 ENTERPRISE PARKWAY | DEVELOPERS DIVERSIFIED REALTY CORP | BEACHWOOD | | 44122 | US |
| DDRM HILLTOP PLAZA LP | RICK ZOUBOVITCH LEASING CONTACT | ATTN EXECUTIVE VICE PRESIDENT LEASING | 3300 ENTERPRISE PARKWAY DDR | BEACHWOOD | OH | 44122 | US |
| DDRTC CC PLAZA LLC | | DEVELOPERS DIVERSIFIED REALTY CORP | 3300 ENTERPRISE PARKWAY | BEACHWOOD | OH | 44122 | US |
| DDRTC NEWNAN PAVILION LLC | ATTN EXECUTIVE VICE PRESIDENT | DEVELOPERS DIVERSIFIED REALTY CORP | 3300 ENTERPRISE PARKWAY | BEACHWOOD | OH | 44122 | US |
| DDRTC SOUTHLAKE PAVILION LLC | ATTN EXECUTIVE VICE PRESIDENT | DEVELOPERS DIVERSIFIED REALTY CORP | 3300 ENTERPRISE PARKWAY | BEACHWOOD | OH | 44122 | US |
| DERITO PAVILIONS 140 LLC | C O DERITO PARTNERS DEVELOPMENT INC | 3200 EAST CAMELBACK ROAD SUITE 175 | THOMAS DE RITO PRESIDENT | PHOENIX | AZ | 85018 | US |
| DESERT HOME COMMUNITIES OKLAHOMA | | 7911 HERSCHEL AVE SUITE No306 | | LA JOLLA | CA | 92037 | US |
| Designs CMAL Retail Store Inc | | 555 Turnpike Street | Attn Law Dept | Canton | MA | 2021 | US |
| DICKER WARMINGTON PROPERTIES | | DAVID CASE CFO | 1915 A EAST KATELLA Ave | ORANGE | CA | 92867 | US |
| Don Sherwood Golf Inc | Russ Decker | Attn Tax Dept | 11000 North IH 35 | Austin | TX | 78753 | US |
| EKLECCO NEWCO LLC | | THE CLINTON EXCHANGE | 4 CLINTON SQUARE | SYRACUSE | NY | 13202-1078 | US |
| ELPF SLIDELL LLC | TERRY NUNEZ PROPERTY MANAGER | C O STIRLING PROPERTIES | 109 NORTHPARK Blvd SUITE 300 | COVINGTON | LA | 70433 | US |

11/24/2008 1:30 PM
Landlord and Subleases

Circuit City Stores, Inc.
Landlord and Subleases

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ERP OF MIDWAY LLC | | C O CENTRO PROPERTIES GROUP | 420 LEXINGTON Ave | NEW YORK | NY | 10170 | US |
| EVERGREEN MCDOWELL PEBBLE CREEK | LAURA ORTIZ VICE PRESIDENT | C O EVERGREEN DEVCO INC GREG ALBERT | 2390 EAST CAMELBACK Rd STE 410 | PHOENIX | AZ | 85016 | US |
| EYE CARE CENTERS OF AMERICA CORP | | 2434 NICHOLASVILLE ROAD | | LEXINGTON | KY | 40503 | US |
| FIRST BERKSHIRE PROPERTIES LLC | RANDALL BENDERSON | 8441 COOPER CREEK BLVD | ATTN RANDALL BENDERSON | UNIVERSITY PARK | FL | 34201 | US |
| FJL MVP LLC | JOSEPH D MEYER MANAGER | ATTN JOSEPH D MEYER | 5225 CANYON CREST Dr No166 PACIFIC | RIVERSIDE | CA | 92507 | US |
| FLINTLOCK NORTHRIDGE LLC | | DBA PLAZA AT SHOAL CREEK | 605 W 47TH St SUITE 200 | KANSAS CITY | MO | 64112 | US |
| FLOOR STORE INC THE | | 7153 AMADOR PLAZA ROAD | | DUBLIN | CA | 94568 | US |
| FOOTHILL BUSINESS ASSOCIATION | PATTY AYRES SR COMMUNITY MANAGER | C O MERIT PROPERTY MANAGEMENT INC | 1 POLARIS WAY SUITE 100 | ALISO VIEJO | CA | 92656-5356 | US |
| FOOTHILL PACIFIC TOWNE CENTER | JULIE EDMISTON CAM MANAGER | PACIFIC DEVELOPMENT GROUP | PO BOX 3060 FOOTHILL PACIFIC TOWNE | NEWPORT BEACH | CA | 92658 | US |
| FRO LLC IX | FLORENZ R OURISMAN | C O 5225 WISCONSIN ASSOCIATES | 305 PIPING ROCK Dr | SILVER SPRING | MD | 20905 | US |
| G&S LIVINGSTON REALTY INC | LAWRENCE TRAUB | c o G&S INVESTORS | 211 EAST 43RD St 25TH FLOOR | NEW YORK | NY | 10017 | US |
| GALILEO APOLLO II SUB LLC | ATTN LEGAL DEPT | C O ERT AUSTRALIAN MANAGEMENT LP | 420 LEXINGTON Ave 7TH FLOOR | NEW YORK | NY | 10170 | US |
| GC ACQUISITION CORPORATION | | C O KIMCO REALTY CORP | 3333 NEW HYDE PARK RD STE 100 | NEW HYDE PARK | NY | 11042-0020 | US |
| GENTRY JULIA | | 2434 NICHOLASVILLE ROAD | | LEXINGTON | KY | 40503 | US |
| GOLFSMITH INC (CAM ONLY) | | 7181 AMADOR PLAZA ROAD | | DUBLIN | CA | 94568 | US |
| HAMILTON CHASE SANTA MARIA LLC | STEFANI BATASTINI ASSISTANT | ATTN CHRISTIAN C LARSON | 828 BALLARD CANYON RD HAM CHASE | SOLVANG | CA | 93463 | US |
| HICKORY HOLLOW DEVELOPMENT INC | | 5252 HICKORY HOLLOW PARKWAY | | ANTIOCH | TN | 37013 | US |
| HICKORY RIDGE PAVILION LLC | RONALD RUSS | C O THE RUSS COMPANY INC | 635 WEST 7TH St | CINCINNATI | OH | 45203 | US |
| HOME DEPOT USA | | 2727 PACES FERRY ROAD | ATTN KEN BAYE | ATLANTA | GA | 30339 | US |
| HOPROCK LIMONITE LLC | DENNIS REYLING COO | ATTN BRIAN HOPKINS | 17461 DERIAN Ave STE 106 HOPKINS RE | IRVINE | CA | 92614 | US |
| HWR KENNESAW LLC | ATTN H WALKER ROY | C O BRIARWOOD CAPITAL CORPORATION | 2911 TURTLE CREEK BLVD SUITE 1240 | DALLAS | TX | 75219 | US |
| INDIAN RIVER MALL | | PO BOX 643183 | ID 778808 | PITTSBURGH | PA | 15264-3183 | US |
| INLAND WESTERN MCDOWELL LLC | | 2901 BUTTERFIELD ROAD | ATTN VICE PRESIDENT | OAK BROOK | IL | 60523 | US |
| INLAND WESTERN OSWEGO | GERRY CENTENNIAL LLC | 2901 BUTTERFIELD ROAD | | OAKBROOK | IL | 60523 | US |
| J&F ENTERPRISES | JEROME H PEARLMAN | 828 WOODACRES ROAD | | SANTA MONICA | CA | 90402 | US |
| JEFFERSON MALL COMPANY II LLC | GENERAL MANAGER GREGORY BARNES | JEFFERSON MALL OFFICE | 4801B 302 OUTER LOOP | LOUISVIILLE | KY | 40219 | US |
| JKCG LLC | | C O JOHN G SELLAS | 1020 DES PLAINES Ave | FOREST PARK | IL | 60130 | US |
| JURUPA BOLINGBROOK LLC | | C O EDWARD R DALE | 122 ASPEN LAKES Dr | HAILEY | ID | 83333 | US |
| K&G DEARBORN LLC | BRUCE KAHL JOSEPH GOVEIA | KAHL GOVEIA COMMERCIAL REAL ESTATE | 250 BROOKS St | LAGUNA BEACH | CA | 92651 | US |
| KELP ATHENS LLC | DAVID FISHMAN | c o BERKSHIRE GROUP | ONE BEACON St SUITE 1500 | BOSTON | MA | 2108 | US |
| KENTUCKY OAKS MALL | ATTN LEGAL DEPT | 2495 BELMONT AVENUE | P O BOX 2186 | YOUNGSTOWN | OH | 44504-0186 | US |
| KSK SCOTTSDALE MALL LP | | ATTN VICE PRESIDENT OF REAL ESTATE | 1800 MOLER Rd | COLUMBUS | OH | 43207 | US |
| LANDING AT ARBOR PLACE LP THE | PRESIDENT | C O CBL & ASSOCIATES MANAGEMENT INC | 6148 LEE HIGHWAY | CHATTANOOGA | TN | 37421 | US |
| LAS VEGAS LAND AND DEVELOPMENT COMP | AMIR SHOKRIAN PRESIDENT | AKA A S LAS VEGAS LAND DEVELOPMENT | 980 N LA CIENEGA Blvd SUITE 202 | LOS ANGELES | CA | 90069 | US |
| LEAGUE CITY TOWNE CENTER LTD | JODI BUTSCHEK PROPERTY MGR | ATTN S JAY WILLIAMS | 11000 BRITTMOORE PARK Dr No 100 PC | HOUSTON | TX | 77041 | US |
| LifeWay Christian Resources | | Book Store Facilities MSN 139 | 127 9th Ave North | Nashville | TN | 37232-0139 | US |
| LINDEN BUSINESS CENTER ASSOCIATION | ALICE JONES | NORMAN PROPERTY SERVICES INC | 9317 GRANT AVE | MANASSAS | VA | 20110 | US |
| LOUIS JOLIET SHOPPINGTOWN LP | | C O WESTFIELD CORPORATION INC | 13003 COLLECTIONS CENTER Dr | CHICAGO | IL | 60693 | US |
| MALL OF GEORGIA LLC | STEVEN CADRANEL | C O SIMON PROPERTY GROUP | 225 W WASHINGTON St | INDIANAPOLIS | IN | 46204-3438 | US |
| MALLVIEW PLAZA COMPANY LIMITED | DR RUSTOM R KHOURI | CARNEGIE MANAGEMETN & DEVELOPMENT | 27500 DETROIT Rd SUITE 300 | WESTLAKE | OH | 44145 | US |
| MANSFIELD SEQ 287 AND DEBBIE LTD | CYNDI BEMBENEK PROPERTY MGR | C O LINCOLN PROPERTY CO | 6500 GREENVILLE AVE STE 770 | DALLAS | TX | 75206 | US |
| MARTIN PAUL T (CAM ONLY) | | ATLANTA HIGHWAY | | BOGART | GA | | US |
| MASS ONE LLC | c o PHILIPS INTERNATIONAL HOLDING | 295 MADISON AVENUE | 2ND FLOOR | NEW YORK | NY | 10017 | US |
| MAYFAIR MDCC BUSINESS TRUST | MICHAEL P SULLIVAN REPRESENTING LL | 1220 MARKET STREET | PO BOX 2207 CHARLES J DURANTE | WILMINGTON | DE | 19899-2207 | US |
| MB FABYAN RANDALL PLAZA BATAVIA LLC | | INLAND AMERICAN RETAIL MANAGEMENT | 2901 BUTTERFIELD Rd | OAK BROOK | IL | 60523 | US |
| MCALISTER SQUARE PARTNERS LTD | HILLARY KEEN | 301 COMMERCE ST STE 3131 | | FT WORTH | TX | 76102 | US |
| MD GSI ASSOCIATES LLC | KIM JORGES PROPERTY MANAGER | 5201 JOHNSON DRIVE | SUITE 450 | MISSION | KS | 66205 | US |
| METRO CENTER LLC | MARK CUNNINGHAM PRESIDENT | 223 EAST STRAWBERRY DRIVE | C O MARK CUNNINGHAM | MILL VALLEY | CA | 94941 | US |
| MHW WARNER ROBINS LLC | | 7332 OFFICE PARK PLACE SUITE 101 | ATTN MR MYLES WILKINSON | MELBOURNE | FL | 32940 | US |
| MIA BROOKHAVEN LLC | JACK BLEVINS OWNER | c o JACK BLEVINS | 3208 BRIGHTON PLACE Dr | LEXINGTON | KY | 40509 | US |
| MID AMERICA ASSET MGT | JON SLADEK ASSET MANAGER | TWO MID AMERICA PLAZA | 3RD FLOOR | OAKBROOK TERRACE | IL | 60181-4713 | US |
| MORGAN HILL RETAIL VENTURE LP | DARRYL BROWMAN PRESIDENT | 1556 PARKSIDE DRIVE | C O BROWMAN DEVELOPMENT COMPANY | WALNUT CREEK | CA | 94596 | US |
| Mr Paul T Martin | Mr Paul Martin | c o Martin Management Inc | 121 Athens West Parkway | Athens | GA | 30606 | US |
| NATIONAL RETAIL PROPERTIES INC | MARK OPFERMAN SR PROPERTY | 450 SOUTH ORANGE AVENUE | STE 900 GREG HENSON COMPLIANCE | ORLANDO | FL | 32801 | US |
| NATIONAL RETAIL PROPERTIES INC | MARK J OPFERMAN SENIOR PROPERTY | ATTN VICE PRESIDENT OF ASSET MGMT | 450 SOUTH ORANGE Ave SUITE 900 | ORLANDO | FL | 32801 | US |
| NAZARIO FAMILY PARTNERSHIP | | 11405 MARYLAND AVE | | BELTSVILLE | MD | 20705 | US |
| NMC STRATFORD LLC | RICHARD EICHENBAUM OWNER'S REP | c o NEWMARK MERRILL COMPANIES | 5850 CANOGA Ave STE 650 | WOODLAND HILLS | CA | 91367 | US |
| NORTHCLIFF RESIDUAL PARCEL 4 LLC | KENNETH A ZEISLER | C O ZEISLER MORGAN PROPERTIES | 30000 CHAGRIN Blvd STE 100 | CLEVELAND | OH | 44124 | US |
| NP I&G CONYERS CROSSROADS LLC | ATTN LEGAL DEPARTME | C O NEW PLAN EXCEL REALTY TRUST INC | 420 LEXINGTON Ave SEVENTH FLOOR | NEW YORK | NY | 10170 | US |
| OKLAHOMA GOLD REALTY LLC | | ATTN CHIEF OPERATING OFFICER | 4301 NW 63RD St SUITE 100 | OKLAHOMA CITY | OK | 73116 | US |
| OKLAHOMA GOLD REALTY LLC | | 3627 NORTH WEST EXPRESSWAY | | OKLAHOMA CITY | OK | 73112 | US |
| OLP CC FERGUSON LLC | ALYSA BLOCK | ATTN ALYSSA BLOCK | ONE LIB 60 CUTTER MILL RD STE 303 | GREAT NECK | NY | 11021 | US |

11/24/2008 1:30 PM
Landlord and Subleases

Circuit City Stores, Inc.
Landlord and Subleases

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| OLP CCANTIOCH LLC | ALYSA BLOCK CONTROLLER | C O ONE LIBERTY PROPERTIES INC | 60 CUTTER MILL Rd SUITE 303 | GREAT NECK | NY | 11021 | US |
| Orthodontic Centers of Virginia Inc | Leslie March | 3850 North Causeway Boulevard Ste 800 | Attn Real Estate | Metairie | LA | 70002 | US |
| ORTHODONTIC CENTERS OF VIRGINIA INC | | 190 ALBAMARLE SQUARE | | CHARLOTTESVILLE | VA | 22901 | US |
| P L MESA PAVILIONS LLC | C O KIMCO REALTY CORPORATION | 3333 NEW HYDE PARK ROAD SUITE 100 | REF SAZM1143A | NEW HYDE PARK | NY | 11042 | US |
| PAN AM EQUITIES INC | DAVID IWANIER | 18 EAST 50TH STREET | 10TH FLOOR | NEW YORK | NY | 10022 | US |
| PANATTONI DEVELOPMENT COMPANY LLC | AGENT FOR CHARLES JACQUE KESSINGER | FRE NORTHGLENN RETAIL LLC | 8395 JACKSON Rd SUITE F | SACRAMENTO | CA | 95826 | US |
| PARKER BULLSEYE LLC | WALKER KENNEDY ESQ | C O WOODBURY CORPORATION | 2733 EAST PARLEYS WAY STE 300 | SALT LAKE CITY | UT | 84109 | US |
| PARKWAY CENTRE EAST LLC | | CONTINENTAL RETAIL PROPERTY SERVICE | 150 EAST BROAD St SUITE 305 | COLUMBUS | OH | 43215-3610 | US |
| PARKWAY TERRACE PROPERTIES INC | | 310 WEST JEFFERSON STREET | P O BOX 68 | TALLAHASSEE | FL | 32302 | US |
| PASKIN MARC | MARC PASKIN OWNER | 8550 EL PASEO GRANDE | | LA JOLLA | CA | 92037 | US |
| PLAZA LAS PALMAS LLC | MATTHEW STRAUSS | 990 HIGHLAND DRIVE No200 | C O MC STRAUSS COMPANY | SOLANA BEACH | CA | 92075 | US |
| POND ROAD ASSOCIATES | PAUL COSTA PROPERTY MANAGER | 620 TINTON AVENUE | BUILDING B SUITE 200 | TINTON FALLS | NJ | 7724 | US |
| PUENTE HILLS MALL LC | | 150 EAST GAY STREET | ATTN GENERAL COUNSEL | COLUMBUS | OH | 43125 | US |
| RAMCO GERSHENSON PROPERTIES LP | LYNN DONATO SR LEASE ACCOUNTANT | 31500 NORTHWESTERN HIGHWAY SUITE 300 | ATTN MARY PAUL RISK MGMT JACKSON | FARMINGTON HILLS | MI | 48334 | US |
| RD BLOOMFIELD ASSOCIATES LLC | ATTENTION LEGAL DEPARTMENT | C O ACADIA REALTY TRUST | 1311 MAMARONECK Ave SUITE 260 | WHITE PLAINS | NY | 10605 | US |
| REBS PEIKAR FARAM MUSKEGON LLC | Eleanor Yambao CAM REC issues Prop | 260 EAST BROWN STREET SUITE 200 | | BIRMINGHAM | MI | 48009 | US |
| REGENCY CENTERS LP | SHANNON O'NEIL CONTACT FOR | D B A SHOPS OF SANTA BARBARA LEGAL | ONE INDEPENDENT DR STE 114 No58301 | JACKSONVILLE | FL | 32202 | US |
| RIO ASSOCIATES LP | | c o DUMBARTON PROPERTIES INC | PO BOX 9462 | RICHMOND | VA | 23228 | US |
| RIVERSIDE TOWNE CENTER | C O WATT MANAGEMENT COMPANY | 2716 OCEAN PARK BOULEVARD | SUITE 3040 | SANTA MONICA | CA | 90405 | US |
| SAFEWAY INC | ATTENTION REAL ESTA | PROPERTY DEVELOPMENT ASSOCIATES | 5918 STONERIDGE MALL Rd 98 5449 01 | PLEASANTON | CA | 94588-3229 | US |
| SANTAN VILLAGE PHASE 2 LLC | ATTN CENTER MANAGEMENT | MACERICH SANTAN PHASE 2 SPE LLC | 11411 NORTH TATUM Blvd | PHOENIX | AZ | 85028-2399 | US |
| SCOTTSDALE 101 ASSOCIATES LLC | | 11411 NORTH TATUM BOULEVARD | C O WESTCOR PARTNERS | PHOENIX | AZ | 85028-2399 | US |
| SELIG ENTERPRISES INC | ELIZABETH PETKOVICH PROPERTY MGR | 1100 SPRING STREET NW | SUITE 550 | ATLANTA | GA | 30309-2848 | US |
| SIERRA LAKES MARKETPLACE LLC | C O LEWIS OPERATING CORPORATION | 1156 NORTH MOUNTAIN AVENUE | PO BOX 670 | UPLAND | CA | 91785 | US |
| SIMON DEBARTOLO GROUP LP | MEGAN MAGYERY ACCOUNTS RECEIVABLE | NATIONAL CITY CENTER | 225 W WASHINGTON St | INDIANAPOLIS | IN | 46204-3438 | US |
| SIMON PROPERTY GROUP LP | MARK PALOMBARO | 115 WEST WASHINGTON STREET | SUITE 15 EAST | INDIANAPOLIS | IN | 46204 | US |
| SIMVEST REAL ESTATE II LLC | C O SIMEON COMMERCIAL PROPERTIES | 655 MONTGOMERY STREET | SUITE 1190 | SAN FRANCISCO | CA | 94111 | US |
| SJ COLLINS GOODMAN ENTERPRISES LLC | DEHART HOLDINGS WEEKS PROPERTIES | CO COLLINS GOODMAN DEVELOPMENT | 38 OLD IVY Rd SUITE 150 PAM POLLEY | ATLANTA | GA | 30342 | US |
| SPARKS GALLERIA INVESTORS LLC | KREG ROWE Saraj Lorenz Exec Sec | & THE KIRKPATRICK FAMILY TRUST | KREG ROWE 5470 RENO CORPORATE DR | RENO | NV | 89511 | US |
| SPG INDEPENDENCE CENTER LLC | JAMES SCHMIDT | ATTN DAVID SIMON PRESIDENT | SIMON PROP 115 WEST WASHINGTON ST | INDIANAPOLIS | IN | 46204 | US |
| SPRING HILL DEVELOPMENT PARTNERS GP | | C O GBT REALTY CORP | 201 SUMMIT VIEW DR SUTE 110 | BRENTWOOD | TN | 37027 | US |
| SWANBLOSSOM INVESTMENTS LP | WENDY SHUMATE VICE PRESIDENT | C O TI ASSET MANAGEMENT | 1335 CANTON Rd SUITE D | MARIETTA | GA | 30066 | US |
| TANGLEWOOD PARK LLC | C O CASTO DEVELOPMENT | ATTN GENERAL COUNSEL | 191 W NATIONWIDE BLVD SUITE 200 | COLUMBUS | OH | 43215 | US |
| TARGET CORPORATION | JESSICA MCCURDY | PROPERTY DEVELOPMENT | PROPERTY ADMIN 1000 NICOLLETT MALL | MINNEAPOLIS | MN | 55403 | US |
| TAUBMAN AUBURN HILLS ASSOCIATES LP | ATTN JERRY TEITELBAUM | 200 EAST LONG LAKE ROAD | PO BOX 200 | BLOOMFIELD HILLS | MI | 48303-0200 | US |
| THE CITY OF PORTFOLIO TIC LLC | MICHELLE F BELL DIRECTOR DUE DILIG | C O RED MOUNTAIN RETAIL GROUP | 1234 EAST 17TH St | SANTA ANA | CA | 92701 | US |
| The Floor Store Inc | Linda Kennedy | 5327 Jacuzzi Street Suite 2A | Attn Linda Kennedy | Richmond | CA | 94804 | US |
| The Julia Christy Salon Inc | Julia Gentry Christy Devin | 2434A Nicholasville Road | | Lexington | KY | 40503 | US |
| THE MACERICH COMPANY | ATTN LEGAL DEPARTME | 401 WILSHIRE BLVD | SUITE 700 | SANTA MONICA | CA | 90407 | US |
| THE MARKETPLACE OF ROCHESTER HILLS | PARCEL B LLC | 28470 13 MILE ROAD SUITE 220 | ATTN GENERAL COUNSEL | FARMINGTON HILLS | MI | 48334 | US |
| THE SHOPS AT KILDEER | C O KIMCO REALTY CORPORATION | 3333 NEW HYDE PARK ROAD | PO BOX 5020 | NEW HYDE PARK | NY | 10042-0020 | US |
| Tire Kingdom Inc | Charles Zacharias VP Real E | Attn Real Estate Department | 823 Donald Ross Rd | Juno Beach | FL | 33408 | US |
| TIRE KINGDOM INC | GOLDEN RING CENTER | 6211 ROSSVILLE BLVD | | BALTIMORE | MD | 21237 | US |
| TOURBILLON CORPORATION | ADAM HABER | 35 CRABAPPLE DRIVE | | EASH HILLS | NY | 11576 | US |
| Trader Joe's East Inc | Dave Muzik or Kevin | 139 Alexander Avenue | | Lake Grove | NJ | 11755 | US |
| TRADER JOE'S EAST INC | | 139 ALEXANDER AVENUE | | LAKE GROVE | NY | 11755 | US |
| TRIANGLE EQUITIES JUNCTION LLC | | 30 56 WHITESTONE EXPRESSWAY | SUITE 300 | WHITESTONE | NY | 11354 | US |
| TUP 430 COMPANY LLC | DAVID E HOCKER | 1901 FREDERICA STREET | c o DAVID HOCKER & ASSOC INC | OWENSBORO | KY | 42301 | US |
| TUTWILER PROPERTIES LTD | | P O BOX 12045 | ATTN TEMPLE W TUTWILER III | BIRMINGHAM | AL | 65202 | US |
| TWIN PONDS DEVELOPMENT LLC | MICHAEL A MARCHESE | C O THE HARLEM IRVING COMPANIES INC | 4104 NORTH HARLEM Ave | CHICAGO | IL | 60634-1298 | US |
| TYSONS CORNER HOLDINGS LLC | | 401 WILSHIRE BOULEVARD SUITE 700 | ATTN LEGAL DEPARTMENT | SANTA MONICA | CA | 90401 | US |
| TYSONS CORNER HOLDINGS LLC | | 401 WILSHIRE BOULEVARD SUITE 700 | ATTN LEGAL DEPARTMENT | SANTA MONICA | CA | 90401 | US |
| US 41 & I 285 COMPANY | ATTN ERIN HINCHEY | C O JANOFF & OLSHAN INC | 654 MADISON Ave SUITE 1205 | NEW YORK | NY | 10065 | US |
| UTC I LLC | | ATTN CHARLIE ELLIS | 1111 METROPOLITAN Ave SUITE 700 | CHARLOTTE | NC | 28204 | US |
| VENTURA IN MANHATTAN INC | | 240 EAST 86TH STREET | | NEW YORK | NY | 10028 | US |
| VESTAR ARIZONA XXXI LLC | ATTN PRESIDENT | 2425 EAST CAMELBACK ROAD SUITE 750 | C O VESTAR DEVELOPMENT COMPANY | PHOENIX | AZ | 85016 | US |
| VESTAR QCM LLC | | 2425 EAST CAMELBACK ROAD | VESTAR DEVELOPMENT COMPANY STE | PHOENIX | AZ | 85016 | US |
| VILLAGE WALK RETAIL LP | JUDY ROSEN PROJECT MANAGER | ATTN MR ARTHUR L PEARLMAN | 41391 KALMIA St SUITE 200 | MURRIETA | CA | 92562 | US |
| Visionary Retail Management | Neva Mollica | 11103 West Avenue | ATtn Real Estate Department | San Antonio | TX | 78213-1392 | US |
| VORNADO GUN HILL ROAD LLC | ATTN VICE PRESIDENT REAL ESTATE | C O VORNADO REALTY TRUST | 888 SEVENTH Ave | NEW YORK | NY | 10019 | US |
| WASHINGTON PLACE ASSOCIATES LP | MEGAN WINDHORST PROPERTY | C O BROADBENT COMPANY INC | 117 E WASHINGTON ST SUITE 300 | INDIANAPOLIS | IN | 46204 | US |
| WEC 99A 2 LLC | ROBERT K WOOD LANDLORD | C O ROBERT K WOOD | 116 GULFSTREAM Rd | PALM BEACH | FL | 33480 | US |

Circuit City Stores, Inc.
Landlord and Subleases

| Company | Contact | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| WEC99A 1 LLC | BILL E MESKER | C O MESKER INVESTMENTS CO LC | 400 SOUTH MARKET | WICHITA | KS | 67202 | US |
| WEST CAMPUS SQUARE LP | CATHIE WEBSTER | C O LEIBSOHN & COMPANY | 11100 NE 8TH St  SUITE 800 | BELLEVUE | WA | 98004 | US |
| West Marine Products Inc | Jeanette Osborn | 500 Westridge Drive | Mail Stop G 6 | Watsonville | CA | 95076-4100 | US |
| West Marine Products Inc | Gretchen | 500 Westridge Drive | Mail Stop G 6 | Watsonville | CA | 95076-4100 | US |
| WEST MARINE PRODUCTS INC No0052 | | 10400 N CENTRAL EXPRESSWAY | | DALLAS | TX | 75231 | US |
| WEST MARINE PRODUCTS No1725 | | 8821 PULASKI HIGHWAY | | BALTIMORE | MD | 21237 | US |
| WILMINGTON TRUST COMPANY | Jennifer Luce | RODNEY SQUARE NORTH | 1100 NORTH MARKET St | WILMINGTON | DE | 19890-0001 | US |
| WINDSAIL PROPERTIES LLC | OMAR MIRELES EXECUTIVE VP | ATTN OMAR MIRELES | 3901 EAST BROADWAY Blvd HSL PROP | TUCSON | AZ | 85711 | US |
| WOODMONT SHERMAN LP | TODD KOLBA DIRECTOR ASSET MGT | 2100 WEST 7TH STREET | | FORT WORTH | TX | 76107 | US |
| WRI CAMP CREEK MARKETPLACE II LLC | C O WEINGARTEN REALTY INVESTORS | ATTN GENERAL COUNSEL | P O BOX 924133 | HOUSTON | TX | 77292-4133 | US |
| WRI LAKESIDE MARKETPLACE LLC | C O WEINGARTEN REALTY INVESTORS | ATTN GENERAL COUNSEL | P O BOX 924133 | HOUSTON | TX | 77292-4133 | US |