SPOTTS FAIN PC
Robert Chappell, Esq. (VSB #31698)
Jennifer J. West, Esq.  (VSB #47522)
P.O. Box 1555
Richmond, Virginia 23218
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: 804-697-2000
Fax: 804-697-2100

	and

DORSEY & WHITNEY LLP
Eric Lopez Schnabel, Esq.
Robert W. Mallard, Esq.
1105 North Market Street (16th Floor)
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 335-0830

Counsel for Entergy

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC. et al.,<br><br>	Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF MOTION TO EXPEDITE HEARING OR SET STATUS CONFERENCE ON ENTERGY'S MOTION FOR RECONSIDERATION

	Please take Notice that Entergy Mississippi, Inc. ("EMI"), Entergy Gulf States Louisiana, L.L.C. ("EGSL"), Entergy Louisiana, LLC ("ELL"), Entergy Arkansas, Inc. ("EAI") and Entergy Texas, Inc. ("ETI," and together with EMI, EGSL, ELL and EAI, "Entergy"), and the Debtors have reached a resolution of certain issues presented in the Emergency Motion to Expedite Hearing or Set Status Conference (the "Motion for Expedited Hearing") and the

Emergency Motion for Reconsideration and Vacatur of Order Under Bankruptcy Code Sections 105(a), 363, and 366 and Bankruptcy Rule 6003 (I) Approving Debtors' Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Requests By Utility Companies for Additional Assurance of Payment, (III) Scheduling a Hearing with Respect to Contested Adequate Assurance of Payment Requests, and (IV) Authorizing Debtors to Pay Claims of a Third Party Vendor (the "Motion") filed by Entergy, and that such resolution alleviates the necessity of an expedited hearing on the Motion. Therefore, the Motion for Expedited Hearing is hereby withdrawn by Entergy.

Dated: November 20, 2008                    SPOTTS FAIN PC


  /s/ Jennifer J. West
Robert Chappell, Esq.  (VSB #31698)
Jennifer J. West, Esq.  (VSB #47522)
P.O. Box 1555
Richmond, Virginia 23218
411 E. Franklin Street, Suite 600
Richmond, Virginia 23219
Tel: 804-697-2000
Fax: 804-697-2100

and

DORSEY & WHITNEY LLP
Eric Lopez Schnabel, Esq.
Robert W. Mallard, Esq.
1105 North Market Street (16th Floor)
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 335-0830

Counsel for Entergy

**CERTIFICATE OF SERVICE**

I, Jennifer J. West, hereby certify that on the 25th day of November, 2008, that the foregoing Notice of Withdrawal was served upon the parties listed below in the manner indicated.

*Via E-Mail or ECF:*

(Counsel to Debtor)
Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510
dblanks@mcguirewoods.com
dfoley@mcguirewoods.com

(Counsel to Debtor)
Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 East Cary St.
Richmond, VA  23219
dhayes@mcguirewoods.com
jsheerin@mcguirewoods.com
sboehm@mcguirewoods.com

(United States Trustee)
W. Clarkson McDow, Jr., Esq.
Office of the United States Trustee
701 E. Broad St., Suite 4304
Richmond, VA  23219

(Counsel for U.S. Trustee)
Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Stret, Suite 4304
Richmond, VA  23219
Robert.B.Van.Arsdale@usdoj.gov

(Counsel for Bank of America, N.A.)
David S. Berman, Esq.
Riemer & Braunstein
Three Center Plaza, 6th Floor
Boston, MA  02108
DBerman@riemerlaw.com

*Via First Class Mail:*

(Debtor)
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA  23233

/s/ Jennifer J. West