# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC., et al.,**<br><br>Debtors. | Case No.: 08-35653-KRH<br>Chapter 11 |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

COMES NOW Ann E. Schmitt, local counsel for Plaza Las Palmas, LLC in this case and a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of Gerald P. Kennedy of the firm Procopio, Cory, Hargreaves & Savitch LLP, San Diego, California. In support thereof, Movant states as follows:

1. Gerald P. Kennedy graduated from the University of San Diego School of Law in 1985 and was admitted to practice in the State of California in 1982. Mr. Kennedy is a member in good standing of the State Bar of California. Mr. Kennedy is admitted to practice in the Southern, District of California, Central District of California, Northern District of California, and Eastern District of California.

2. Mr. Kennedy's admittance to practice law has never been revoked and he is not the subject of any disciplinary proceedings.

Ann E. Schmitt, VSB No. 22030
Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, Virginia 20175
Telephone: 703-737-7797
Facsimile:  703-737-6470
Local Counsel for Plaza Las Palmas, LLC

102197/000056/990136.01

3. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

4. No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Movant requests this Court enter an order admitting Gerald P. Kennedy of Procopio, Cory, Hargreaves & Savitch LLP *pro hac vice* to the bar of this Court for the conduct of this case.

/s/ Ann E. Schmitt
Ann E. Schmitt, VSB No. 22030
Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, Virginia 20175
Telephone: 703-737-7797
Facsimile:  703-737-6470
Local Counsel for Plaza Las Palmas, LLC

## CERTIFICATE OF SERVICE

I hereby certify on this 24th day of November, 2008, a copy of the foregoing was delivered by delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

circuitcityservice@mcguirewoods.com

project.circuitcity@skadden.com

/s/ Ann E. Schmitt