# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC., et al.,**<br><br>Debtors. | Case No.: 08-35653-KRH<br>Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR COPIES

PLEASE TAKE NOTICE that the undersigned appears on behalf of Plaza Las Palmas, LLC, a creditor herein, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

> Ann E. Schmitt, VSB No. 22030
> Culbert & Schmitt, PLLC
> 30C Catoctin Circle, SE
> Leesburg, Virginia 20175
> Telephone: 703-737-7797
> Facsimile:   703-737-6470
> aschmitt@culbert-schmitt.com

This request includes all notices and papers in this case as well as notices of any hearings with regard to the above-referenced case.

November 24, 2008

> */s/ Ann E. Schmitt*
> Ann E. Schmitt, VSB No. 22030
> Culbert & Schmitt, PLLC
> 30C Catoctin Circle, SE
> Leesburg, Virginia 20175
> Telephone: 703-737-7797
> Facsimile:   703-737-6470
> aschmitt@culbert-schmitt.com
> Local Counsel for Plaza Las Palmas, LLC

## CERTIFICATE OF SERVICE

I hereby certify on this 24th day of November, 2008, a copy of the foregoing was delivered by delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

circuitcityservice@mcguirewoods.com

project.circuitcity@skadden.com


*/s/ Ann E. Schmitt*

102197/000056/990126.01