IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
DIVISION



IN RE: §
§
§    CASE NO. 08-35653-11
CIRCUIT CITY STORES, INC., §
§
§
DEBTOR §    CHAPTER 11
§

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of

| | |
|---|---|
| **City of Round Rock** | **City of McAllen** |
| **Mclennan County** | **McAllen ISD** |
| **South Texas ISD** | **Cameron County** |
| **South Texas College** | **Nueces County** |

, secured creditor(s) in the above-referenced proceeding. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any additional documents or instruments filed in the above-referenced proceeding and any other matter in which notice is required pursuant to 11 U.S.C § 1109(b), Bankruptcy Rule 2002(a) and (b), and 9013 of the Federal Rules of Bankruptcy Procedure.

1

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

Respectfully Submitted,

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675 (Telephone)
(512) 443-5114 (Facsimile)
e-mail: austin.bankruptcy@publicans.com

By: *Diane Sanders*
DIANE W. SANDERS
State Bar No. 16415500

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice Of Appearance And Request For Service Of Notices And Pleadings has been served on the parties listed below on this 19th day of November, 2008.

| | |
|---|---|
| Daniel F Blanks<br>Mcguire Woods LLP<br>9000 World Trade Center, 101 W Main ST<br>Norfolk, VA 23510 | Trustee ( Eastern-VA)<br>U.S. Trustee<br>600 E Main ST STE.301<br><br>Richmond, VA 23219 |

*Diane Sanders*
DIANE W. SANDERS

2