ORIGINAL

**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP**
Lei Lei Wang Ekvall (CA 163047)
Kyra E. Andrassy (CA 207959)
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:   (714) 966-1002

Attorneys for Western Digital Technologies, Inc.

RICHMOND DIVISION
FILED
NOV 2 4 2008
CLERK
U.S. BANKRUPTCY COURT

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al,<br><br><br><br>Debtor. | Case No. 08-35653-KRH<br><br>Chapter 11 Case<br><br>Jointly Administered (Pending) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that WESTERN DIGITAL TECHNOLOGIES, INC., by its attorneys, WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP, appear in this matter pursuant to Bankruptcy Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and request that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Lei Lei Wang Ekvall, Esq.
WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:  (714) 966-1000
Facsimile:  (714) 966-1002
lekvall@wgllp.com

275555.1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleadings, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which a party is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: November 20, 2008

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: _____
KYRA E. ANDRASSY
Attorneys for Western Digital
Technologies, Inc.

2

275555.1

KYRA E. ANDRASSY
REEM J. BELLO
JEFFREY I. GOLDEN
KRAIG C. KILGER
HUTCHISON B. MELTZER
ROBERT S. MARTICELLO
EVAN D. SMILEY

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
LAWYERS

AUTUMN D. SPAETH
PHILIP E. STROK
LEI LEI WANG EKVALL
MICHAEL J. WEILAND
MARCUS M. KAUFMAN
(1929-2003)
ASSOCIATE JUSTICE, RETIRED
CALIFORNIA SUPREME COURT

## TRANSMITTAL MEMORANDUM

TO:   VIA FEDERAL EXPRESS
      United States Bankruptcy Court
      Eastern District of Virginia
      Richmond Division
      701 East Broad Street, Suite 4000
      Richmond, Virginia 23219

FROM: Terri Jones for Lei Lei Wang Ekvall, Esq.

DATE: November 20, 2008

RE:   Circuit City Stores, Inc., et al
      United States Bankruptcy Court - Eastern District of Virginia
      Richmond Division - Case No. 08-35653

___

Enclosed please find: NOTICE OF APPEARANCE AND REQUEST FOR NOTICE for filing with the court. Extra copies and a self-addressed, stamped envelope are provided for return of a conformed copy. Thank you for your assistance.

X   **For filing with the Court**

X   **Please return conformed copy**

Center Tower
650 Town Center Drive, Suite 950, Costa Mesa, CA 92626
Telephone: 714-966-1000   Facsimile: 714-966-1002   WEB: WGLLP.COM

#275712v1<Firm> -Circuit City-Correspondence to US Bankruptcy Court