

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

Debtors.

Case No. 08-35653 (KRH)
Jointly Administered
Chapter 11

### NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS

Pursuant to Bankruptcy Rules 9010(b) and 2002(g) and (i), the undersigned hereby notes his appearance on behalf of Tamarack Village Shopping Center Limited Partnership ("Tamarack Village") and requests that a copy of all notices given and all papers (including pleadings, motions, applications, orders and reports) served or filed in this case, be served upon the undersigned at the office, address and telephone number set forth below:

> Michael F. McGrath, Esq.
> Ravich Meyer Kirkman McGrath
> Nauman & Tansey, P.A.
> 4545 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402
> (612) 332-8511 - Telephone
> (612) 332-8302 - Facsimile
> Email: mfmcgrath@ravichmeyer.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Tamarack Village's right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) Tamarack Village's right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) Tamarack

o:\home\tracy\wpdata\40176-robert muir\24-circuit city\notice.app.doc

Village's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Tamarack Village is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: November 21, 2008

RAVICH MEYER KIRKMAN McGRATH
NAUMAN & TANSEY,
A PROFESSIONAL ASSOCIATION

By *Michael McGrath*
Michael F. McGrath #168610
Will R. Tansey #323056

4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 332-8511

ATTORNEYS FOR TAMARACK
VILLAGE SHOPPING CENTER LIMITED
PARTNERSHIP

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.,

Debtors.

Case No. 08-35653 (KRH)
Jointly Administered
Chapter 11

### UNSWORN CERTIFICATE OF SERVICE

I, Michael F. McGrath, declare under penalty of perjury that on November 21, 2008 I served copies of the attached **Notice of Appearance, Request for Notice and Reservation of Rights** by sending true and correct copies via electronic mail and by first class mail postage prepaid to each entity named below at the address stated below for each entity:

Dion Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com
dfoley@mcguirewoods.com

Gregg M. Galardi, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
gregg.galardi@skadden.com

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
chris.dickerson@skadden.com

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Executed on: November 21, 2008

/s/ Michael McGrath
Michael F. McGrath, #168610

2



Ravich
Meyer
Kirkman
McGrath
Nauman &
Tansey

*A Professional Association*

*Attorneys at Law*

Direct Dial - (612) 317-4744

November 21, 2008

**VIA FEDERAL EXPRESS**

Clerk of U.S. Bankruptcy Court
701 East Broad Street, Suite 400
Richmond, VA 23219-1888

Re:  Circuit City Stores, Inc., et al.
     Case No. 08-35653 (KRH)

Dear Clerk:

Enclosed for filing please find the original and one copy of a Notice of Appearance, Request for Notice and Reservation of Rights on behalf of Tamarack Village Shopping Center Limited Partnership in the above-referenced matter. Please date stamp the copy of the Notice and return it to me in the enclosed pre-addressed, stamped envelope.

Very truly yours,

RAVICH MEYER KIRKMAN McGRATH
& NAUMAN, P.A.

Michael F. McGrath

Michael F. McGrath

MFM:tf

Enclosures