Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com
*Counsel for Melvin Walton Hone,*
*as Trustee of the Hone Family Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No.  08-35653-KRH |
| Debtors. | Jointly Administered |

## LIMITED OBJECTION TO ORDER PURSUANT TO 11 U.S.C. SECTIONS 105(a), 365(a) AND 554 OF FED. R. BANKR. P. 6006 AUTHORIZING REJECTION OF UNEXPIRED LEASES AND SUBLEASES OF NON-RESIDENTIAL REAL PROPERTY AND ABANDONMENT OF PERSONAL PROPERTY EFFECTIVE AS OF THE PETITION DATE

Melvin Walton Hone, as Trustee of the Hone Family Trust (the "Landlord"), by and through its undersigned counsel, hereby submits this limited objection to the Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 365(a), and 554 and Fed. R. Bankr.P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (the "Rejection Motion") as follows:

1.      Landlord is the owner of the real estate located at 8099 Moores Lane, Brentwood, Tennessee (the "Leased Premises").

1

2.      The Leased Premises is the subject of a written lease dated November 7, 1995 (the "Lease Agreement"), between the Debtor, as lessee, and Principal Mutual Life Insurance Company ("Principal").   In connection with its purchase of the Leased Premises, Landlord assumed Principal's rights under the Lease Agreement.   Debtor identifies the Leased Premises at Location Number 6566 in the Rejection Motion.   A copy of the Lease Agreement is attached as **Exhibit 1** hereto.

3.      Prior to the Petition Date, the Debtor subleased the Leased Premises to Pot Luck Enterprises, Inc. ("Pot Luck") under the terms of a written sublease agreement dated February 28, 2005 (the "Sublease Agreement").   Potluck currently operates an Ashley Furniture Store at the Leased Premises.

4.      Pot Luck remains in possession and control of and continues to operate at the Leased Premises.   Retroactive rejection of the Lease Agreement is ineffective and unwarranted in that Landlord is unable to retake possession of the Leased Premises because the subtenant continues to operate at that location.

5.      As a result of the continuing occupancy of the subtenant, the Debtor is not in a position to surrender the Leased Premises today, and could not have done so as of the Petition Date, rendering any attempted retroactive rejection ineffective.   Accordingly, it would be inequitable for the Court to permit rejection to take place until such time as Landlord can exercise control over the Leased Premises.

2

6.      Absent the Debtor's ability to deliver possession of the Leased Premises to Landlord as of the Petition Date, retroactive rejection is inappropriate and should not be allowed in this case.

7.      Landlord joins in the objections to the Rejection Motion filed on behalf of other landlords to the extent not inconsistent with this limited objection.

WHEREFORE, Landlord respectfully requests that the Rejection Motion be denied on the basis set forth herein, and that Landlord have such other and further relief as may be just and proper.

DATED: November 25, 2008                 Respectfully submitted,


                                          /s/  Charles W. Chotvacs
                                         Constantinos G. Panagopoulos (VSB #33356)
                                         Charles W. Chotvacs (VSB #70045)
                                         BALLARD SPAHR ANDREWS & INGERSOLL, LLP
                                         601 13th Street, N.W.
                                         Washington, D.C. 20005-3807
                                         Tel: (202) 661-2200
                                         Fax: (202) 661-2299
                                         cgp@ballardspahr.com
                                         chotvacsc@ballardspahr.com

                                         *Counsel for Melvin Walton Hone,*
                                         *as Trustee of the Hone Family Trust*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2008, the foregoing Limited Objection was filed and served electronically using the Court's CM/ECF system, and that, in addition, true and correct copies of the foregoing were mailed, First-Class postage prepaid, to the following parties:

Daniel F. Blanks
Douglas M. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Hewlett-Packard Company
Attn: Ramona Neal/Chris Patafio
11307 Chinden Blvd, MS 314
Boise, ID 83714

LG Electronics USA, Inc.
Attn: Brian Wehr
c/o H. Jason Gold
Wiley Rein, LLP
7925 Jones Brach Drive
Mclean, VA 22102

Garmin International, Inc.
Attn: Lisa Brauch
1200 East 151st Street
Olathe, KS 66062

Alliance Entertainment
Attn: Douglas J. Bates
27500 Riverview Center Blvd.
Bonita Springs, FL 34134

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

Timothy G. Pohl
Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL  60606

Dion W. Hayes
Joseph S. sheerin
Sarah Beckett Boehm
McGuire Woods, LLP
901 East Cary Street
Richmond, VA 23219

Paramount Home Entertainment
Attn; Andi Marygold
5555 Melrose Ave.
Bluhdorn #213
Hollywood, CA 90038

Samsung Electronics America, Inc.
Attn: Joseph McNamara
105 Challenger Rd.
Ridgefield Park, NJ 07660

N JHR 677542 v1
0-0 11/24/2008

Weidler Settlement Class
Attn: Christopher Jones and Martin Fletcher
Whiteford Taylor & Preston
3190 Fairview Park Drive, Suite 300
Falls Church, VA 22042

Simony Property Group, Inc.
Attn: Ronald M. Tucker
225 W. Washington Street
Indianapolis, IN 46204

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
330 Enterprise Parkway
Beachwood, OH 44122

Pension Benefit Guarantee Corporation
Attn: Sara Eagle
Office of General Counsel
1200 K. St. NW
Washington, DC 20005

Toshiba America Consumer Products, LLC
Attn: Judy Oliver and Joe Shedlock
82 Totowa Road
Wayne, NJ 07470


 /s/  Charles W. Chotvacs
Charles W. Chotvacs

5