IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al. | ) Jointly Administered |
| | ) Chapter 11 |
| Debtors. | ) Hon. Kevin R. Huennekens |
| | ) |

## ORDER

In consideration of the Motion of Jennifer J. West to allow Eric Lopez Schnabel to appear and practice before this Court *pro hac vice* in the above-styled cause and the Court having determined that the representations contained in such Motion are true, and Jennifer J. West having entered her appearance as counsel in this cause and this application being authorized by the Rules of this Court;

IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that Eric Lopez Schnabel, who is a member of the Bar of the State of Delaware, be admitted to appear and practice before this Court *pro hac vice* only in the captioned bankruptcy cases and any related adversary litigation on behalf of Entergy Mississippi, Inc., Entergy Louisiana, LLC, Entergy Gulf States Louisiana, L.L.C., Entergy Arkansas, Inc., and Entergy Texas, Inc.

Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (FSB # 47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Tel:  (804) 697-2000  Fax:  (804) 697-2100
Counsel for Entergy Mississippi, Inc., Entergy Louisiana, LLC,
Entergy Gulf States Louisiana, L.L.C., Entergy Arkansas, Inc.,
and Entergy Texas, Inc.

IT IS FURTHER ORDERED, that in conjunction with such admission *pro hac vice*, and as to matters arising during or pertaining to the above-styled cause, Eric Lopez Schnabel will be subject to and submit himself to the full disciplinary powers of this Court to the same extent as if they were fully admitted to practice in this Court and the Bar of Virginia.

ENTER:            /        /

_____
Judge

I ASK FOR THIS:

/s/ Jennifer J. West
Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB #47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100
Counsel for Entergy Mississippi, Inc., Entergy Louisiana, LLC,
Entergy Gulf States Louisiana, L.L.C., Entergy Arkansas, Inc.,
and Entergy Texas, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Order was served by U.S. Mail, First Class, postage prepaid or electronic means on this the 25th day of November, 2008 to the following:

Robert B. Van Arsdale  
Office of U.S. Trustee  
Richmond Division  
600 East Main Street, Suite 301  
Richmond, Virginia 23219  

Dion W. Hayes, Esquire  
McGuire Woods, LLP  
One James Center  
901 East Cary Street  
Richmond, Virginia 23219  

Greg M. Galardi, Esquire  
Ian S. Fredericks, Esquire  
Skadden, Arps, Slate, Meagher & Flom  
One Rodney Square  
P.O. Box 636  
Wilmington, DE 19899-0636  

                                                            /s/ Jennifer J. West

PARTIES TO RECEIVE COPIES

Jennifer J. West, Esquire
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219

Eric Lopez Schnabel, Esquire
Dorsey & Whitney LLP
1105 North Market Street, Suite 1600
Wilmington, DE 19801

Robert B. Van Arsdale
Office of U.S. Trustee
Richmond Division
600 East Main Street, Suite 301
Richmond, Virginia 23219

Dion W. Hayes, Esquire
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

Greg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636