IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., | ) Jointly Administered |
| | ) Chapter 11 |
| Debtors. | ) Hon. Kevin R. Huennekens |
| | ) |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Jennifer J. West moves this Court for an Order permitting Robert W. Mallard to represent Entergy Mississippi, Inc. ("EMI"), Entergy Louisiana, LLC ("ELL"), Entergy Gulf States Louisiana, L.L.C. ("EGSL"), Entergy Arkansas, Inc. ("EAI"), and Entergy Texas, Inc. ("ETI") *pro hac vice* in the above-styled bankruptcy cases and any related adversary litigation and in support of her Motion states as follows:

1.   I am a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia.  I will be associated with Robert W. Mallard in this matter.  My business address and bar number are as follows:

> Jennifer J. West, Esquire (VSB #47522)
> Spotts Fain PC
> 411 E. Franklin Street, Suite 600
> Richmond, VA  23219

2.   Robert W. Mallard is a member in good standing of the Bar of the State of Delaware and is admitted to practice, and in good standing before the United States District

---

Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB # 47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Tel:  (804) 697-2000  Fax:  (804) 697-2100
Counsel for Entergy Mississippi, Inc., Entergy Louisiana, LLC,
Entergy Gulf States Louisiana, L.L.C., Entergy Arkansas, Inc.,
and Entergy Texas, Inc.

Court for the District of Delaware, and the United States Court of Appeals for the Third Circuit. His business address is:

> Robert W. Mallard, Esquire
> Dorsey & Whitney LLP
> 1105 North Market Street, Suite 1600
> Wilmington, DE 19801

3. Robert W. Mallard has not been the subject of disciplinary action by the Bar or courts of the State of Delaware, or any other state or any Federal Court.

4. Robert W. Mallard has not been denied admission to the courts of any state or to any federal court.

5. Robert W. Mallard is familiar with the Federal Rules of Civil Procedure. He will become familiar with and at all times abide by the Local Rules of this Court and comply with those Rules so long as this cause is pending.

6. Robert W. Mallard respectfully requests that he be allowed to appear before this Court to represent the interests of EMI, ELL, EGSL, EAI and ETI.

WHEREFORE, Jennifer J. West prays that this Court grant her Motion to permit Robert W. Mallard to represent Entergy Mississippi, Inc., Entergy Louisiana, LLC, Entergy Gulf States Louisiana, L.L.C., Entergy Arkansas, Inc., and Entergy Texas, Inc. *pro hac vice* in this action, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

> By: /s/ Jennifer J. West

Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB #47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100
Counsel for Entergy Mississippi, Inc., Entergy Louisiana, LLC,
Entergy Gulf States Louisiana, L.L.C., Entergy Arkansas, Inc.,
and Entergy Texas, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served by U.S. Mail, First Class, postage prepaid or electronic means on this the 25th day of November, 2008 to the following:

Robert B. Van Arsdale
Office of U.S. Trustee
Richmond Division
600 East Main Street, Suite 301
Richmond, Virginia 23219

Dion W. Hayes, Esquire
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

Greg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

/s/ Jennifer J. West