**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**EASTERN DIVISION**

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>(Jointly Administered)<br><br>Honorable Kevin R. Huennekens |

**NOTICE OF APPEARANCE; REQUEST FOR NOTICE AND FOR DISCLOSURE STATEMENT AND PLAN**

PLEASE TAKE NOTICE that Colorado Structures, Inc., dba CSI Construction Company ("CSI"), a creditor/party in interest in the above-entitled bankruptcy case, hereby appears by its undersigned counsel, in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002(g), 3017(a) and 9007, that all notices given or required to be served in these cases to be given to and served on his attorneys at the address set forth below:

> Colorado Structures, Inc.
> c/o Mary E. Olden, Esq.
> Andre K. Campbell, Esq.
> Sean-Thomas Thompson, Esq.
> McDonough, Holland & Allen PC
> 555 Capitol Mall, Suite 950
> Sacramento, CA  95814
> Telephone:   (916) 444-3900
> Facsimile:    (916) 444-8334
> email:  molden@mhalaw.com
>        acampbell@mhalaw.com
>        sthompson@mhalaw.com

PLEASE TAKE FURTHER NOTICE that in accordance with 11 U.S.C. § 1109(b) and the duties imposed by 11 U.S.C. §§ 1107(a), 1106(a)(1) and 704(7), the foregoing request includes not only the notice and papers referred to in the Rules

specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise which affect or seek to affect in any way any rights or interest of creditors or parties in interest in this case.

PLEASE TAKE FURTHER NOTICE that as provided in Bankruptcy Rule 3017(a), CSI requests that its attorneys be provided with copies of any and all disclosure statements and plans of reorganization in advance of the hearing on approval of the disclosure statement.

Dated: November 21, 2008 McDONOUGH HOLLAND & ALLEN PC

By: /s/ Mary E. Olden
Mary E. Olden
California Bar Number 109373
Andre K. Campbell
California Bar Number 188585
Sean-Thomas P. Thompson
California Bar Number 210529
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
T: (916) 444.3900
F: (916) 444-8334
email: molden@mhalaw.com
acampbell@mhalaw.com
sthompson@mhalaw.com
Attorneys for Creditor
Colorado Structures, Inc., dba
CSI Construction Company