UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.* ) | Case No. 08-35653-KRH |
| ) | Jointly Administered |
| Debtor.[1] ) | |
| ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE, that the undersigned hereby enter their appearance on behalf of Watercress Associates, LP, LLP, dba Pearlridge Center and give this notice of appearance, and request notice of all hearings and conferences herein and make demand for service of all papers herein, including without limitation all papers and notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007 and 9010 and sections 342 and 1109(b) of the Bankruptcy Code.

All notices given or required to be given in this case and all papers served or required to be served in this case shall be given and served upon the following:

DOUGLAS D. KAPPLER, ESQ.
ROBINSON, DIAMANT & WOLKOWITZ
A Professional Corporation
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 277-7400
Facsimile: (310) 277-7584
E-Mail: dkappler@rdwlawcorp.com

---

[1]  The Debtors and their respective case numbers are as follows: Circuit City Stores, Inc. (08-35653), Circuit City Stores West Coast, Inc. (08-35654), InterTAN, Inc. (08-35655), Ventoux International, Inc. (08-35656), Circuit City Purchasing Company, LLC (08-35657), CC Aviation, LLC (08-35658), CC Distribution Company of Virginia, Inc. (08-35659), Circuit City Properties, LLC (08-35661), Iinzer Technology, LLC (08-35663), Abbott Advertising Agency, Inc. (08-35665), Patapsco Designs, Inc. (08-35667), Sky Venture Corp. (08-35668), Prahs, Inc. (08-35670), XSStuff, LLC (08-35669), Mayland MN, LLC (08-35666), Courchevel, LLC (n/a), Orbys Electronics, LLC (08-35664), and Circuit City Stores, PR, LLC (08-35660).

This notice of appearance is not a waiver of any rights under the Bankruptcy Code or Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with or delivered to the Clerk of the Court in connection with and with regard to the above-captioned bankruptcy case and any proceedings related thereto.

DATED: November 19, 2008

ROBINSON, DIAMANT & WOLKOWITZ
A Professional Corporation

_____
DOUGLAS D. KAPPLER
ROBINSON, DIAMANT & WOLKOWITZ
A Professional Corporation
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 277-7400
Facsimile: (310) 277-7584
E-Mail: DKappler@rdwlawcorp.com

Counsel to Watercress Associates, LP, LLP, dba Pearlridge Center

MRR/00190031.WPD/NTC/15750.040                                    -2-

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1888 Century Park East, Suite 1500, Los Angeles, California 90067.

On **November 25, 2008**, I served the foregoing document described as: **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** on interested parties in this action by placing a true copy thereof in a sealed envelope as follows:

Debtor:
Circuit City Stores, Inc.
9950 Mayland Dr.
Richmond, VA 23233

United States Trustee
W. Clarkson McDow, Jr.
701 E. Broad St., Ste. 4304
Richmond, VA 23219

Attys. for Debtor:
Daniel F. Blanks, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

**x By mail**: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed on **November 25, 2008** at Los Angeles, California.

ADELAIDA OLVERA

MRR/00190031.WPD/NTC/15750.040                                -3-