# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION



ORIGINAL

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., et al., | Case No. 08-35653-KRH |
| | Jointly Administered |
| Debtors. | Judge Huennekens |

RICHMOND DIVISION
FILED
NOV 2 5 2008
FILED
CLERK
U.S. BANKRUPTCY COURT

## NOTICE OF APPERANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Lionel J. Postic from the law firm of Lionel J. Postic, PC hereby enters his appearance as counsel on behalf of Sun Belt General Contractors, Inc. ("Sun Belt"), in the above-styled case and *further requests service of papers pursuant to Bankruptcy Rule 2002*. Sun Belt hereby puts all parties in interest on notice that it is represented by the undersigned and requests that the Clerk of the Court place the undersigned counsel on the Master Service List in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, *without limitation, notices of any application, complaint, demand, hearing, motion, order,* pleadings or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address or telephone number:

Lionel J. Postic, Esq.
125 Townpark Drive
Ste. 300
Kennesaw, GA 30144
Phone: (770)977-6767

Dated: November 23, 2008

By: *[signature]*
Lionel J. Postic
Georgia Bar No: 585603

125 TownPark Drive
Ste. 300
Kennesaw, GA 30144
(770)977-6767 Phone
(770)234-4159 Facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of Notice of Appearance and Request for Notices by placing a copy of same in the United States Mail with adequate postage affixed thereon to insure delivery to the following:

Circuit City Stores, Inc.
9950 Mayland Drive
Richmo3nd, VA 2323

Daniel F. Blanks
McGuireWoods, LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes
McGuireWoods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Douglas M. Foley
McGuireWoods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Joseph S. Sheerin
One James Center
901 East Cary Street
Richmond, VA 23219

Sarah Beckett Boehm
McQuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad
Suite 4304
Richmond, VA 23219

Brian P. Hall
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309

This 23rd day of November, 2008.

By: _____
Lionel J. Postic
Georgia Bar No. 585603

125 TownPark Drive
Ste. 300
Kennesaw, GA 30144
(770)977-6767  Phone
(770)234-4159  Facsimile

Lionel J. Postic, P.C.
125 TownPark Drive
Suite 300
Kennesaw, GA 30144
(770)977-6767

United States Bankruptcy Court
Clerk of Court
701 East Broad Street
Ste. 4000
Richmond, VA 23219

November 24, 2008

To:       Clerk of Court, United States Bankruptcy Court
From:   Alison Russo, Paralegal
Re:       Notice of Appearance and Request for Notices

The attached is forwarded to you:

**X**      **For Your Information**

**X**      **For Your Files**

   Your Service Copy

   In Accordance With Our Telephone Conversation

   Per Your Request

The attached is sent for the following action: Answer

   Call Me

   Advise Me

   Sign and Return

   Reply

   Signature

   Other

**X**      **Please File and Return the Stamped "Filed" Copy For Our Records in the Enclosed Stamped Self Addressed Envelope.**