UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

### DECLARATION OF DUANE K. KURISU IN SUPPORT OF OBJECTION
### EXHIBITS "A" – "C"

I, DUANE K. KURISU, declare:

1. I am the Trustee of the Revocable Trust of Duane K. Kurisu, the sole member and manager of Chehalis Hawaii Partners, LLC. I am competent to make this declaration, and I make this declaration upon my personal knowledge, except as otherwise stated. If called and sworn as a witness, I could and would testify competently thereto.

2. Chehalis Hawaii Partners, LLC is one of the beneficial owners of Bond C.C. I Delaware Business Trust.

3. I make this Declaration in support of Bond C.C. I Delaware Business Trust's Objection to Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date ("Objection").

4. I have reviewed the foregoing Objection and the factual statements set forth therein are true and correct to the best of my knowledge.

5. Attached hereto as Exhibit "A" is a true and correct copy of the Assignment of Beneficial Interest Acceptance and Certification by Trustee, dated as of June 30, 1999.

6. Attached hereto as Exhibit "B" is a true and correct copy of the Lease between Circuit City Stores, Inc., as Tenant, and Bond C.C. I, as Landlord, dated June 29, 1995.

8



7. Attached hereto as Exhibit "C" is a true and correct copy of the Sublease, by and between Circuit City Stores, Inc., as Sub-landlord, and DHL Express USA, Inc., as Sub-tenant, dated March 1, 2006.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: Honolulu, Hawaii, ___November 24, 2008___.

_____
DUANE K. KURISU

12929276 1

8