UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |

## ORDER GRANTING ADMISSION PRO HAC VICE

Upon the Motion for Admission to Practice Pro Hac Vice (the "Motion"), and the representations by counsel, Lynn L. Tavenner and Paula S. Beran, that Brad R. Godshall is a practicing attorney in good standing in the State of California and the State of Nevada; it is hereby

ORDERED that Brad R. Godshall may appear and practice *pro hac vice* in the above captioned bankruptcy cases and any related adversary litigation on behalf of the Official Committee of the Unsecured Creditors; and it is further

ORDERED, that the Motion is hereby GRANTED.

DATE:

UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in the cases include: Circuit City Stores, Inc.; Circuit City Stores West Coast, Inc.; InterTAN, Inc.; Ventoux International, Inc.; Circuit City Purchasing Company, LLC; CC Aviation, LLC; CC Distribution Company of Virginia, Inc.; Circuit City Properties, LLC; Kinzer Technology, LLC; Patapsco Designs, Inc.; Sky Venture Corp.; XSStuff, LLC; Courchevel, LLC; Circuit City Stores PR, LLC; Prahs, Inc.; Orbyx Electronics, LLC; Mayland MN, LLC; and Abbott Advertising Agency, Inc.

I ASK FOR THIS:

     /s/ Paula S. Beran
Lynn L. Tavenner, Esquire (VA Bar No. 30083)
Paula S. Beran, Esquire (VA Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

    Proposed Co-Counsel for the Official Committee of Unsecured Creditors

### CERTIFICATE OF ENDORSEMENT UNDER LOCAL RULE 9022-1(c)

    I HEREBY CERTIFY that the foregoing proposed order has been endorsed by all necessary parties.

                                       /s/ Paula S. Beran
                                           Proposed Co-Counsel