UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: <br><br> CIRCUIT CITY STORES, INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-35653-KRH <br><br> Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Anthony J. Cichello, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210 represents Loop West, LLC, by its Managing Agent The Wilder Companies, Ltd., a Landlord and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

                         Loop West, LLC, by its
                            Managing Agent The Wilder Companies, Ltd.
                         Attn:   Anthony J. Cichello, Esq.
                         KROKIDAS & BLUESTEIN LLP
                         600 Atlantic Avenue
                         Boston, MA  02210

PLEASE TAKE FURTHER NOTICE that, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

                Respectfully submitted,

                /s/ Anthony J. Cichello

                Anthony J. Cichello
                Attorney for Loop West, LLC, by its
                Managing Agent, The Wilder Companies, Ltd.
                KROKIDAS & BLUESTEIN LLP
                600 Atlantic Avenue
                Boston, MA 02210
                (617) 482-7211 telephone
                (617) 482-7212 facsimile
                E-mail:    acichello@kb-law.com

Dated: November 25, 2008

1597\0000\240995.1

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the foregoing was sent on November 25, 2008 via regular United States mail, postage prepaid to the parties listed below.

By:   /s/ Anthony J. Cichello

   _____
   Anthony J. Cichello

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center, 101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center, 901 E. Cary Street
Richmond, VA 23219

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219