IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                              Case No. 08-35653-KRH

CIRCUIT CITY STORES, INC., et al.                   Chapter 11 (Jointly administered)

Debtors,

ENTRY OF APPEARANCE, REQUEST FOR NOTICES
AND REQUEST FOR COPIES OF DISCLOSURE
STATEMENT AND PLANS OF REORGANIZATION

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firms of Kaufman & Canoles, a Professional Corporation, and Kupelian Ormond & Magy, P.C., enter their respective appearances on behalf of Ramco West Oaks I, LLC, a Delaware limited liability company, Ramco JW, LLC, a Delaware limited liability company, RLV Village Plaza, LP, a Delaware limited partnership, RLV Vista Plaza, LP, a Delaware limited partnership, and Rebs Muskegon, LLC, a Delaware limited liability company, Pelkar Muskegon, LLC, a Delaware limited liability company, and Faram Muskegon, LLC, a Delaware limited liability company, as tenants in common (collectively, the "Landlords").

Pursuant to Section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 2002(g), the Landlords request that notice of all matters specified in Rules 2002(a), 2002(b), 2002(c) and 2002(1) of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties, including, without limitation, any and all notices of any application,

Paul K. Campsen, Esq.                         Terrance A. Hiller, Esq.
 VSB No. 18133                                 Michigan Bar No. P55699
Kaufman & Canoles, a                          David M. Blau, Esq.
 professional corporation                      Michigan Bar No. P52542
150 West Main Street (23510)                  Kupelian Ormond & Magy, P.C.
Post Office Box 3037                          25800 Northwestern Highway, Suite 950
Norfolk, VA 23514                             Southfield, MI 48075
Tele: (757) 624-3000                          Tele: (248) 357-0000
Fax: (757) 624-3169                           Fax: (248) 357-7488

*Co-Counsel for Ramco West Oaks I, LLC, Ramco JW, LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, and Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and Faram Muskegon, LLC, as Tenants in Common*

motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following address:

>Paul K. Campsen, Esq.
>Kaufman & Canoles
>150 West Main Street, Suite 2100
>Norfolk, VA 23510
>Tele: (757) 624-3000
>Fax: (757) 624-3169
>E-mail: pkcampsen@kaufcan.com


>Terrance A. Hiller, Jr., Esq.
>David M. Blau, Esq.
>Kupelian Ormond & Magy, P.C.
>25800 Northwestern Highway, Suite 950
>Southfield, MI 48075
>Tele: (248) 357-0000
>Fax: (248) 357-7488
>E-mail: tah@kompc.com
>       dmb@kompc.com

Pursuant to Rule 3017 of Federal Rules of Bankruptcy Procedure, the Landlords further request that copies of all disclosure statements and plans of reorganization, together with any accompanying notices, be mailed to them as, set forth above.

Respectfully submitted,

| | |
|---|---|
| **Kaufman & Canoles, a professional corporation** | **Kupelian Ormond & Magy, P.C. a professional corporation** |
| By: /s/ Paul K. Campsen<br>Paul K Campsen, Esq.<br>VSB No. 18133<br>Kaufman & Canoles, a<br>professional corporation<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>Tele: (757) 624-3000 | By: /s/Terrance A. Hiller, Jr.<br>Terrance A. Hiller, Jr., Esq.<br>Michigan Bar No. P55699<br>David M. Blau, Esq.<br>Michigan Bar No. P52542<br>Kupelian Ormond & Magy, P.C.<br>25800 Northwestern Highway, Suite 950<br>Southfield, MI 48075<br>Tele: (248) 357-0000 |

Co-Counsel for Ramco West Oaks I, LLC,
Ramco JW, LLC, RLV Village Plaza, LP, RLV
Vista Plaza, LP, and Rebs Muskegon, LLC,
Pelkar Muskegon, LLC and Faram Muskegon,
LLC, as Tenants in Common

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Entry of Appearance was sent first-class, postage prepaid U.S. Mail, on this 25th day of November, 2008, to those parties listed on **Schedule 1** and to all creditors and parties-in-interest who are included in the Bankruptcy Court's ECF e-mail notification system.

/s/ Paul K. Campsen

\1426179\1

3

**SCHEDULE 1**

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
*Proposed Counsel for the Debtors*
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
*Proposed Counsel for the Debtors*
One James Center
901 East Cary Street
Richmond, Virginia 23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Proposed Counsel for the Debtors*
One Rodney Square
P. O. Box 636
Wilmington, Delaware 19899-0636

Chris Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Proposed Counsel for the Debtors*
333 West Wacker Drive
Chricago, Illinois 60606

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, Esq.
*Proposed Counsel for the Official Committee of Unsecured Creditors*
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*
780 Third Avenue, 36th Floor
New York, New York 10017-2024

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad Street., Suite 4304
Richmond, Virginia 23219

:1426831\1