IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:     Case No. 08-35653-KRH

**CIRCUIT CITY STORES, INC., et al.**     Chapter 11 (Jointly administered)

**Debtors,**

### VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION PURSUANT TO BANKRUPTCY RULE 2019

I, David M. Blau, Esq., on behalf of Kupelian Ormond & Magy, P.C. ("KOM"), and Paul K. Campsen, Esq., on behalf of Kaufman & Canoles, a Professional Corporation ("K&C"), hereby file this verified statement, in accordance with Bankruptcy Rule 2019, with respect to their legal representation of Ramco West Oaks I, LLC, Ramco JW, LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, and Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and Faram Muskegon, LLC, as tenants in common, and state as follows:

1.     The names and addresses of the creditors co-represented by KOM and K&C in this matter are as follows:

Ramco West Oaks I, LLC
c/o Ramco - Gershenson
31500 Northwestern Hwy.
Suite 300
Farmington Hills, MI 48334

Ramco JW, LLC
c/o Ramco - Gershenson
31500 Northwestern Hwy.
Suite 300
Farmington Hills, MI 48334

Paul K. Campsen, Esq.
VSB No. 18133
Kaufman & Canoles, a
professional corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele: (757) 624-3000
Fax: (757) 624-3169

Terrance A. Hiller, Esq.
Michigan Bar No. P55699
David M. Blau, Esq.
Michigan Bar No. P52542
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, MI 48075
Tele: (248) 357-0000
Fax: (248) 357-7488

*Co-Counsel for Ramco West Oaks I, LLC, Ramco JW, LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, and Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and Faram Muskegon, LLC, as Tenants in Common*

RLV Village Plaza, LP  
c/o Ramco - Gershenson  
31500 Northwestern Hwy.  
Suite 300  
Farmington Hills, MI 48334  

RLV Vista Plaza, LP  
c/o Ramco - Gershenson  
31500 Northwestern Hwy.  
Suite 300  
Farmington Hills, MI 48334  

Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and  
Faram Muskegon, LLC, as Tenants in Common  
c/o Broder & Sachse Real Estate Services, Inc.  
260 E. Brown St., Ste. 200  
Birmingham, MI 48009  

      2.      The Landlords currently hold or will hold unsecured pre-petition claims, unsecured lease rejection damage claims and/or administrative priority claims for unpaid post-petition rent and other charges under their respective leases with the Debtors. The full amount of each of the Landlords' claims is undetermined at this time.

      3.      The Landlords are billed monthly at KOM and K&C's normal hourly rates for its shareholders, directors, associates, and legal assistants for time spent and costs incurred in providing legal services.

      4.      The Landlords have all retained KOM and K&C to represent them with respect to their interests in connection with the above captioned case. All parties are aware of and have consented to KOM and K&C's joint representation of other shopping center clients in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| **Kaufman & Canoles, a professional corporation** | **Kupelian Orlnond & Magy, P.C. a professional corporation** |
| By: /s/ Paul K. Campsen<br>Paul K. Campsen, Esq.<br>VSB No. 18133<br>Kaufman & Canoles, a<br>professional corporation<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>Tele: (757) 624-3000 | By: /s/Terrance A. Hiller, Jr.<br>Terrence A. Hiller, Jr., Esq.<br>Michigan Bar No. P55699<br>David M. Blau, Esq.<br>Michigan Bar No. P52542<br>Kupelian Onnond & Magy, P.C.<br>25800 Northwestern Highway, Suite 950<br>Southfield, MI 48075<br>Tele: (248) 357-0000 |

Co-Counsel for Ramco West Oaks I, LLC, Rameo JW, LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, and Rebs Muskegon, LLC, Pelkar Muskegon, LLC and Faram Muskegon, LLC, as Tenants in Common

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Entry of Appearance was sent first-class, postage prepaid U.S. Mail, on this 25th day of November, 2008, to those parties listed on **Schedule 1** and to all creditors and parties-in-interest who are included in the Bankruptcy Court's ECF e-mail notification system.

/s/ Paul K. Campsen

**SCHEDULE 1**

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
*Proposed Counsel for the Debtors*
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
*Proposed Counsel for the Debtors*
One James Center
901 East Cary Street
Richmond, Virginia 23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Proposed Counsel for the Debtors*
One Rodney Square
P. O. Box 636
Wilmington, Delaware 19899-0636

Chris Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Proposed Counsel for the Debtors*
333 West Wacker Drive
Chricago, Illinois 60606

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, Esq.
*Proposed Counsel for the Official Committee of Unsecured Creditors*
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*
780 Third Avenue, 36th Floor
New York, New York 10017-2024

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad Street., Suite 4304
Richmond, Virginia 23219

:1426831\1