IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | Case No. 08-35653-KRH |
| **CIRCUIT CITY STORES, INC., et al.** | Chapter 11 (Jointly administered) |
| Debtors, | |

## MOTION FOR ADMISSION PRO HAC VICE

Paul K. Campsen, co-counsel for Ramco West Oaks I, LLC, a Delaware limited liability company, Ramco JW, LLC, a Delaware limited liability company, RLV Village Plaza, LP, a Delaware limited partnership, RLV Vista Plaza, LP, a Delaware limited partnership, and Rebs Muskegon, LLC, a Delaware limited liability company, Pelkar Muskegon, LLC, a Delaware limited liability company, and Faram Muskegon, LLC, a Delaware limited liability company, as tenants in common (collectively, the "Landlords"), moves the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division ("Bankruptcy Court"), for admission pro hac vice of Terrance A. Hiller, Jr. and David M. Blau to the Bankruptcy Court for the purpose of representing the Landlords in the bankruptcy proceeding styled *In Re: Circuit City Stores, Inc., et al.*, Bankruptcy Case No. 08-35653-KRH ("Case"). By signing this pleading, Paul K. Campsen certifies that he is in good standing with: (i) the United States Bankruptcy Court for the Eastern District of Virginia; and (ii) the Virginia State Bar as an attorney and counselor of law. By signing this pleading, Terrance A. Hiller, Jr. and David M. Blau each certify that he/she

Paul K. Campsen, Esq.
  VSB No. 18133
Kaufman & Canoles, a
  professional corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele: (757) 624-3000
Fax: (757) 624-3169

Terrance A. Hiller, Esq.
  Michigan Bar No. P55699
David M. Blau, Esq.
  Michigan Bar No. P52542
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, MI 48075
Tele: (248) 357-0000
Fax: (248) 357-7488

*Co-Counsel for Ramco West Oaks I, LLC, Ramco JW, LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, and Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and Faram Muskegon, LLC, as Tenants in Common*

is in good standing with: (i) the United States Bankruptcy Court for the Eastern and Western Districts of Michigan; and (ii) the Michigan State Bar as attorneys and counselors of law.

WHEREFORE, Paul K. Campsen prays for the entry of the attached order permitting Terrance A. Hiller, Jr. and David M. Blau to appear before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, to represent the Landlords in the Case.

/s/ Paul K. Campsen
Paul K, Campsen, Esq.
 VSB No. 18133
Kaufman & Canoles, a
 professional corporation
150 West Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3000


/s/Terrance A. Hiller. Jr.
Terrance A. Hiller, Jr., Esq.
 Michigan Bar No. P55699
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, MI 48075
Tele: (248) 357-0000

/s/David M. Blau
David M. Blau, Esq.
 Michigan Bar No, P52542
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, Ml 48075
Tele: (248) 357-0000

*Co-Counsel for Ramco West Oaks I, LLC, Ramco JW LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, and Rebs Muskegon, LLC, Pelkar Muskegon, LLC and Faram Muskegon, LLC, as Tenants in Common*

## DECLARATION PURSUANT TO 28 U.S.C. k1746

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

DATED: November 25, 2008

By: /s/ Paul K. Campsen
    Paul K. Campsen, Esq.
    VSB No. 18133
    Kaufman & Canoles, a
     professional corporation
    150 West Main Street, Suite 2100
    Norfolk, VA 23510
    Tele: (757) 624-3000

By: /s/Terrance A. Hiller, Jr.
    Terrance A. Hiller, Jr., Esq.
     Michigan Bar No. P55699
    David M. Blau, Esq.
     Michigan Bar No. P52542
    Kupelian Ormond & Magy, P.C.
    25800 Northwestern Highway Suite 950
    Southfield, MI 48075
    Tele: (248) 357-0000

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Entry of Appearance was sent first-class, postage prepaid U.S. Mail, on this 25th day of November, 2008, to those parties listed on **Schedule 1** and to all creditors and parties-in-interest who are included in the Bankruptcy Court's ECF e-mail notification system.

/s/ Paul K. Campsen

1426157\1

**SCHEDULE 1**

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
*Proposed Counsel for the Debtors*
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
*Proposed Counsel for the Debtors*
One James Center
901 East Cary Street
Richmond, Virginia 23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Proposed Counsel for the Debtors*
One Rodney Square
P. O. Box 636
Wilmington, Delaware 19899-0636

Chris Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Proposed Counsel for the Debtors*
333 West Wacker Drive
Chricago, Illinois 60606

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, Esq.
*Proposed Counsel for the Official Committee of Unsecured Creditors*
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*
780 Third Avenue, 36th Floor
New York, New York 10017-2024

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad Street., Suite 4304
Richmond, Virginia 23219

:1426831\1