UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND)

| | |
|---|---|
| IN RE:<br><br>CIRCUIT CITY STORES, INC.,<br>et al.,<br><br>Debtors. | PROCEEDINGS IN CHAPTER 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned, subject to the limitations and conditions set forth hereafter, appears for SAP Retail, Inc. and Business Objects, creditors and parties in interest in the above-captioned proceedings. Request is hereby made pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case, and all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the undersigned law firm, which firm is appearing herein as counsel for SAP Retail, Inc. and Business Objects.

**BROWN & CONNERY, LLP**
Attorneys for SAP Retail, Inc. and Business Objects

By: _/s/ Donald K. Ludman_
　　Donald K. Ludman, Esquire
　　6 North Broad Street, Suite 100
　　Woodbury, NJ 08096
　　(856) 812-8900
　　(856) 853-9933 (fax)
　　dludman@brownconnery.com

Dated: November 25, 2008

1056111.1