UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                          )
                                                )
CIRCUIT CITY STORES, INC., et al.,              )    Case No. 08-35653-KRH
                                                )    Chapter 11
                    Debtors.                    )    (Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the law firm listed below appears as counsel for Woodlawn Trustees, Incorporated ("Woodlawn") a creditor, landlord and party-in-interest in each of the above captioned, jointly administrated, Chapter 11 cases, and requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given and served upon the following:

> Michael P. Falzone, Esquire
> Sheila deLa Cruz, Esquire
> Hirschler Fleischer, PC
> Post Office Box 500
> Richmond, VA 23218-0500
> (804) 771-9560
> (804) 644-0957 (fax)
> mfalzone@hf-law.com
> sdelacruz@hf-law.com

---

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

*Counsel for Woodlawn Trustees, Incorporated*

PLEASE TAKE FURTHER NOTICE, that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtors, their property, or their estates.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Notices and Documents* (the "Notice") nor any later appearance nor any pleading, proof of claim, claim, or suit shall constitute (a) a consent or waiver of Woodlawn to the jurisdiction of the Court over it for any purpose or (b) a waiver of Woodlawn of (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 25, 2008                                        WOODLAWN TRUSTEES,
                                                                INCOPORATED


                                                                By:   /s/ Michael P. Falzone
                                                                              Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500

2

Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

*Counsel for Woodlawn Trustees, Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2008, a true and correct copy of the foregoing Notice of Appearance and Request for Service was served on all persons receiving electronic notice in these cases and to the following parties:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
gregg.galardi@skadden.com

and

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com
*Counsel for the Debtors*

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdog.gov
*Assistant United States Trustee*

/s/ Michael P. Falzone
Michael P. Falzone

#2290306v1

3