IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653 (KRH) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the attorneys listed below hereby enter their appearance in the above-captioned Chapter 11 cases on behalf of Amcor Sunclipse North America ("Amcor") pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), and hereby demand copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings in these cases, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) be given to and served upon the undersigned:

> Jeffrey L. Tarkenton
> Todd D. Ross
> WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
> 1401 Eye Street, NW, 7th Floor
> Washington, D.C. 20005
> Telephone: (202) 857-4450
> Facsimile: (202) 261-0050
> Email: jtarkenton@wcsr.com

> Michael Busenkell
> WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
> 222 Delaware Avenue, Suite 1501
> Wilmington, DE  19801
> Telephone:     (302) 252-4324
> Facsimile:     (302) 661-7724
> Email:  mbusenkell@wcsr.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, or otherwise, which affects the above-captioned debtors or the property of the above-captioned debtors.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Amcor's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Amcor is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: November 25, 2008    WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

/s/ Jeffrey L. Tarkenton
Jeffrey L. Tarkenton (VSB No. 20631)
Todd D. Ross
1401 Eye Street, NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 857-4450
Facsimile: (202) 261-0050
Email: jtarkenton@wcsr.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2008, a copy of the foregoing Notice of Appearance and Request for Service of Notices and Pleadings was served via first class U.S. mail, postage prepaid, on the following:

Counsel for the Debtors:

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuireWoods LLP
901 East Cary Street
Richmond, VA  23219

Gregg M. Galardi, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

Chris L. Dickerson, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 W. Wacker Drive
Chicago, IL  60606

    /s/ Jeffrey L. Tarkenton
    Jeffrey L. Tarkenton

WCSR  4024283v1