**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered<br>Judge Kevin R. Huennekens |

## MOTION FOR ADMISSION OF J. ERIC CRUPI *PRO HAC VICE*

Henry (Toby) P. Long, III (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia, an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia, and an attorney with the Richmond, Virginia office of the law firm of Hunton & Williams LLP, hereby moves (the "Motion") the Court to enter an Order permitting J. Eric Crupi (the "Admittee"), to practice *pro hac vice* before

Benjamin C. Ackerly [VSB # 09120]
J.R. Smith [VSB # 41913]
Henry (Toby) P. Long, III [VSB # 75134]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

and

J. Eric Crupi [VSB # 46782]
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC  20006
Telephone: (202) 419-2143
Facsimile: (202) 778-7445

and

Andrew S. Conway
THE TAUBMAN COMPANY
200 E. Long Lake Road, Suite 300
Bloomfield Hills, MI  48304
Telephone: (248) 258-7427

Counsel for Taubman Auburn Hills Associates Limited Partnership

the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, to represent Taubman Auburn Hills Associates Limited Partnership pursuant to Rule 2090-1(E)(2) of the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Virginia (the "Local Rules") in the above-captioned proceedings.  In support of the Motion, the Movant states as follows:

1. The Admittee is a member in good standing of the Bar of the District of Columbia.  There are no disciplinary proceedings pending against the Admittee.  The Admittee understands that if he is admitted *pro hac vice*, he will be subject to the disciplinary jurisdiction of this Court.

2. The Movant requests that the Court allow the Motion so that the Admittee may file pleadings and appear and be heard at hearings in these chapter 11 cases in accordance with the requirements of Local Rule 2090-1(E)(2).

3. The Movant respectfully requests that this Court treat this Motion as a written memorandum of points and authorities or waive any requirement that this Motion be accompanied by a written memorandum of points and authorities as described in Local Rule 9013-1(G).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

4.       Notice of this Motion has been provided to the Office of the United States Trustee for the Eastern District of Virginia, Richmond Division, and to counsel to the above-captioned debtors.  Due to the administrative nature of the relief requested herein, Movant submits that no other or further notice need be given.

Dated:    November 25, 2008     **HUNTON & WILLIAMS LLP**
Richmond, Virginia

 /s/ Henry (Toby) P. Long, III
Benjamin C. Ackerly [VSB # 09120]
J.R. Smith [VSB # 41913]
Henry (Toby) P. Long, III [VSB # 75134]
**HUNTON & WILLIAMS LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

- and -

J. Eric Crupi [VSB # 46782]
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, DC  20006
Telephone: (202) 419-2143
Facsimile: (202) 778-7445

- and -

Andrew S. Conway
**THE TAUBMAN COMPANY**
200 E. Long Lake Road, Suite 300
Bloomfield Hills, MI  48304
Telephone: (248) 258-7427

COUNSEL FOR TAUBMAN AUBURN
HILLS ASSOCIATES LIMITED
PARTNERSHIP

## CERTIFICATE OF SERVICE

     I hereby certify that on November 25, 2008, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Attn: Douglas M. Foley, Esq.

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Attn: Dion W. Hayes, Esq.

Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899
Attn: Gregg Galardi, Esq.

Attorneys for Circuit City Stores, Inc.

Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale, Esq.


                                                   /s/ Henry (Toby) P. Long, III

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------- x
:
In re:                                                  :     Chapter 11
:
CIRCUIT CITY STORES, INC., <u>et</u> <u>al.</u>        :     Case No. 08-35653-KRH
:
Debtors.                                                :     Jointly Administered
:     Judge Kevin R. Huennekens
:
------------------------------------------------------- x:

## <u>ORDER GRANTING ADMISSION OF J. ERIC CRUPI *PRO HAC VICE*</u>

This matter comes before the Court on the Motion for Admission of J. Eric Crupi *Pro Hac Vice* (the "<u>Motion</u>"), filed by Henry (Toby) P. Long, III of Hunton & Williams LLP. The Court, having jurisdiction to consider the Motion, finding that due and sufficient notice has been given, and sufficient cause appearing, hereby ORDERS that:

1. The Motion is **GRANTED**.

Benjamin C. Ackerly [VSB # 09120]
J.R. Smith [VSB # 41913]
Henry (Toby) P. Long, III [VSB # 75134]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

and

J. Eric Crupi [VSB # 46782]
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC  20006
Telephone: (202) 419-2143
Facsimile: (202) 778-7445

and

Andrew S. Conway
THE TAUBMAN COMPANY
200 E. Long Lake Road, Suite 300
Bloomfield Hills, MI  48304
Telephone: (248) 258-7427

Counsel for Taubman Auburn Hills Associates Limited Partnership

- 2 -

    2.    J. Eric Crupi is permitted to appear *pro hac vice* in the above-captioned proceedings, in accordance with Rule 2090-1(E)(2) of the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Virginia.

    ENTERED in Richmond, Virginia this _____ day of _____, 2008.

    _____
    United States Bankruptcy Judge