Jaime S. Dibble, #75979
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, D.C. 20036
Attorneys for Garmin International, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY PROPERTIES, INC., ET AL.,<br><br>　　　　　　　Debtors. | Case No. 08-35653-KRH<br>Chapter 11<br>Jointly Administered |

## NOTICE OF RECLAMATION DEMAND OF
## GARMIN INTERNATIONAL, INC.

PLEASE TAKE NOTICE that Garmin International, Inc. ("Garmin"), a party in interest herein, hereby files this notice that Garmin asserts its demand for reclamation of goods, pursuant to relevant law, including but not limited to UCC § 2-702 and 11 U.S.C. § 546(c) and pursuant to the Order entered by this Court on November 13, 2008 (Docket #133). Attached to this notice is a copy of a summary of the outstanding reclamation amounts due (Exhibit A) and copies of the unpaid invoices for products delivered to the Debtors by Garmin on or after the 45-day period prior to November 10, 2008, the date of the Debtors' voluntary petition for relief (Exhibit B). The invoiced amounts total $5,499,293.00. At this time Garmin does not believe that it has a Section 503(b)(9) claim.

Dated: November 25, 2008

Respectfully Submitted,

/s/ Jaime S. Dibble
Jaime S. Dibble, #75979
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, D.C. 20036
(202) 785-9100
(202) 785-9163 (fax)
Email: jdibble@stinson.com
*Counsel for Garmin International, Inc.*

DB04/506307.0050/955014.1 WP01

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2008, the foregoing was served upon the following by FedEx Next Day Air, or through the Court's electronic transmission system:

W. Clarkson McDow, Jr., Esq.
Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, VA 22314

Circuit City Stores, Inc.
Attn: Mr. Reginald D. Hedgebeth
9950 Mayland Drive
Richmond, VA 23233

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219

Circuit City Stores, Inc., et al.
Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Circuit City Stores, Inc.
Attn: Mr. Daniel W. Ramsey
9950 Mayland Drive
Richmond, Virginia 23233

Sarah Beckett Boehm, Esq.
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Sarah Baker, Esq
Skadden, Arps, Slate,
Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois, 60606

/s/ Jaime S. Dibble
Jaime S. Dibble, #75979
Stinson Morrison Hecker LLP
1150 18th Street, NW, Suite 800
Washington, D.C. 20036
(202) 785-9100
(202) 785-9163 (fax)
Email: jdibble@stinson.com
*Counsel for Garmin International, Inc.*