Exhibit A

| Number | Transaction Date | Original | Balance Due | Status | Days Late | Due Days | Due Date | Class | Customer Number |
|---|---|---|---|---|---|---|---|---|---|
| 50168373 | 16-Oct-08 | 537,053.64 | 537,053.64 | Open | -33 | 60 | 15-Dec-08 | Invoice | 6787 |
| 50168371 | 16-Oct-08 | 965,041.02 | 965,041.02 | Open | -33 | 60 | 15-Dec-08 | Invoice | 6787 |
| 50168370 | 16-Oct-08 | 239,976.20 | 239,976.20 | Open | -33 | 60 | 15-Dec-08 | Invoice | 6787 |
| 50168372 | 16-Oct-08 | 236,239.14 | 236,239.14 | Open | -33 | 60 | 15-Dec-08 | Invoice | 6787 |
| 50168369 | 16-Oct-08 | 483,756.72 | 483,756.72 | Open | -33 | 60 | 15-Dec-08 | Invoice | 6787 |
| 50168368 | 16-Oct-08 | 1,317,041.28 | 1,317,041.28 | Open | -33 | 60 | 15-Dec-08 | Invoice | 6787 |
| 50129011 | 9-Oct-08 | 237,737.50 | 237,737.50 | Open | -26 | 60 | 8-Dec-08 | Invoice | 6787 |
| 50129010 | 9-Oct-08 | 65,140.84 | 65,140.84 | Open | -26 | 60 | 8-Dec-08 | Invoice | 6787 |
| 50129008 | 9-Oct-08 | 87,347.84 | 87,347.84 | Open | -26 | 60 | 8-Dec-08 | Invoice | 6787 |
| 50129009 | 9-Oct-08 | 317,923.30 | 317,923.30 | Open | -26 | 60 | 8-Dec-08 | Invoice | 6787 |
| 50129007 | 9-Oct-08 | 166,842.96 | 166,842.96 | Open | -26 | 60 | 8-Dec-08 | Invoice | 6787 |
| 50129006 | 9-Oct-08 | 845,192.56 | 845,192.56 | Open | -26 | 60 | 8-Dec-08 | Invoice | 6787 |
|  |  | 5,499,293.00 | 5,499,293.00 |  |  |  |  |  |  |
| 49941763 | 25-Sep-08 | 1,030,110.24 | 1,030,110.24 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941762 | 25-Sep-08 | 5,812.50 | 5,812.50 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941767 | 25-Sep-08 | 5,812.50 | 5,812.50 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941768 | 25-Sep-08 | 411,075.38 | 411,075.38 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941776 | 25-Sep-08 | 10,003.98 | 10,003.98 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941765 | 25-Sep-08 | 197,774.64 | 197,774.64 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941769 | 25-Sep-08 | 116,605.20 | 116,605.20 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941770 | 25-Sep-08 | 7,617.88 | 7,617.88 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941772 | 25-Sep-08 | 4,650.00 | 4,650.00 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941773 | 25-Sep-08 | 315,740.30 | 315,740.30 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941775 | 25-Sep-08 | 7,513.10 | 7,513.10 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941764 | 25-Sep-08 | 215,309.96 | 215,309.96 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941778 | 25-Sep-08 | 9,404.80 | 9,404.80 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941774 | 25-Sep-08 | 10,176.66 | 10,176.66 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941777 | 25-Sep-08 | 693,746.00 | 693,746.00 | Open | -12 | 60 | 24-Nov-08 | Invoice | 6787 |
| 49941766 | 24-Sep-08 | 2,817.90 | 2,817.90 | Open | -11 | 60 | 23-Nov-08 | Invoice | 6787 |
| 49858338 | 17-Sep-08 | 17,844.84 | 17,844.84 | Open | -4 | 60 | 16-Nov-08 | Invoice | 6787 |
| 49858340 | 17-Sep-08 | 387,164.85 | 387,164.85 | Open | -4 | 60 | 16-Nov-08 | Invoice | 6787 |
| 49858341 | 17-Sep-08 | 11,634.32 | 11,634.32 | Open | -4 | 60 | 16-Nov-08 | Invoice | 6787 |
| 49858334 | 17-Sep-08 | 160,536.52 | 160,536.52 | Open | -4 | 60 | 16-Nov-08 | Invoice | 6787 |
| 49858335 | 17-Sep-08 | 1,595.60 | 1,595.60 | Open | -4 | 60 | 16-Nov-08 | Invoice | 6787 |
| 49858332 | 17-Sep-08 | 17,042.58 | 17,042.58 | Open | -4 | 60 | 16-Nov-08 | Invoice | 6787 |
| 49858333 | 17-Sep-08 | 810,888.40 | 810,888.40 | Open | -4 | 60 | 16-Nov-08 | Invoice | 6787 |
| 49858343 | 17-Sep-08 | 221,491.50 | 221,491.50 | Open | -4 | 60 | 16-Nov-08 | Invoice | 6787 |
| 49858337 | 17-Sep-08 | 383,317.90 | 383,317.90 | Open | -4 | 60 | 16-Nov-08 | Invoice | 6787 |
| 49858342 | 17-Sep-08 | 56,905.72 | 56,905.72 | Open | -4 | 60 | 16-Nov-08 | Invoice | 6787 |
| 49858336 | 17-Sep-08 | 2,918.80 | 2,918.80 | Open | -4 | 60 | 16-Nov-08 | Invoice | 6787 |
| 49858344 | 17-Sep-08 | 72,485.48 | 72,485.48 | Open | -4 | 60 | 16-Nov-08 | Invoice | 6787 |
| 49858339 | 17-Sep-08 | 1,939.70 | 1,939.70 | Open | -4 | 60 | 16-Nov-08 | Invoice | 6787 |
| 49776052 | 11-Sep-08 | 209,257.76 | 209,257.76 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776066 | 11-Sep-08 | 16,215.00 | 16,215.00 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776060 | 11-Sep-08 | 107,721.20 | 107,721.20 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776047 | 11-Sep-08 | 16,253.02 | 16,253.02 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49645447 | 11-Sep-08 | 48,645.00 | 48,645.00 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49645456 | 11-Sep-08 | 32,430.00 | 32,430.00 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776058 | 11-Sep-08 | 111,048.28 | 111,048.28 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |

Petition Date 11/10/2008
Reclamation Period 9/26/2008
503(b)(9) 10/21/2008

| Invoice | Date | Amount | Open Amount | Status | Days | Terms | Due Date | Type | Ref |
|---|---|---|---|---|---|---|---|---|---|
| 49776053 | 11-Sep-08 | 13,589.92 | 13,589.92 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776064 | 11-Sep-08 | 157,560.50 | 157,560.50 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776054 | 11-Sep-08 | 8,580.26 | 8,580.26 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776055 | 11-Sep-08 | 73,281.54 | 73,281.54 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776049 | 11-Sep-08 | 6,201.00 | 6,201.00 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776059 | 11-Sep-08 | 95,447.92 | 95,447.92 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776068 | 11-Sep-08 | 120,128.68 | 120,128.68 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49645466 | 11-Sep-08 | 32,430.00 | 32,430.00 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776057 | 11-Sep-08 | 6,019.70 | 6,019.70 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776048 | 11-Sep-08 | 415,401.26 | 415,401.26 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776056 | 11-Sep-08 | 203,865.44 | 203,865.44 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776062 | 11-Sep-08 | 64,548.64 | 64,548.64 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776061 | 11-Sep-08 | 16,215.00 | 16,215.00 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776051 | 11-Sep-08 | 38,190.40 | 38,190.40 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776050 | 11-Sep-08 | 6,111.64 | 6,111.64 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776065 | 11-Sep-08 | 123,936.20 | 123,936.20 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776063 | 11-Sep-08 | 176,245.00 | 176,245.00 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49776067 | 11-Sep-08 | 61,277.00 | 61,277.00 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49645453 | 11-Sep-08 | 16,215.00 | 16,215.00 | Open | 2 | 60 | 10-Nov-08 | Invoice | 6787 |
| 49768145 | 9-Sep-08 | 307,929.44 | 307,929.44 | Open | 4 | 60 | 8-Nov-08 | Invoice | 6787 |
| 49768144 | 9-Sep-08 | 87,979.84 | 87,979.84 | Open | 4 | 60 | 8-Nov-08 | Invoice | 6787 |
| 49768141 | 9-Sep-08 | 191,186.96 | 191,186.96 | Open | 4 | 60 | 8-Nov-08 | Invoice | 6787 |
| 49768140 | 9-Sep-08 | 98,131.36 | 98,131.36 | Open | 4 | 60 | 8-Nov-08 | Invoice | 6787 |
| 49768134 | 9-Sep-08 | 186,957.16 | 186,957.16 | Open | 4 | 60 | 8-Nov-08 | Invoice | 6787 |
| 49768137 | 9-Sep-08 | 104,053.08 | 104,053.08 | Open | 4 | 60 | 8-Nov-08 | Invoice | 6787 |
| 49768136 | 9-Sep-08 | 45,681.84 | 45,681.84 | Open | 4 | 60 | 8-Nov-08 | Invoice | 6787 |
| 49768143 | 9-Sep-08 | 43,143.96 | 43,143.96 | Open | 4 | 60 | 8-Nov-08 | Invoice | 6787 |
| 49768142 | 9-Sep-08 | 27,916.68 | 27,916.68 | Open | 4 | 60 | 8-Nov-08 | Invoice | 6787 |
| 49768139 | 9-Sep-08 | 91,363.68 | 91,363.68 | Open | 4 | 60 | 8-Nov-08 | Invoice | 6787 |
| 49768138 | 9-Sep-08 | 32,992.44 | 32,992.44 | Open | 4 | 60 | 8-Nov-08 | Invoice | 6787 |
| 49768135 | 9-Sep-08 | 319,772.88 | 319,772.88 | Open | 4 | 60 | 8-Nov-08 | Invoice | 6787 |
| 49644542 | 4-Sep-08 | 24,322.50 | 24,322.50 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644534 | 4-Sep-08 | 6,138.24 | 6,138.24 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644543 | 4-Sep-08 | 76,305.48 | 76,305.48 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644536 | 4-Sep-08 | 5,575.88 | 5,575.88 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644544 | 4-Sep-08 | 64,860.00 | 64,860.00 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644526 | 4-Sep-08 | 85,404.52 | 85,404.52 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644525 | 4-Sep-08 | 15,230.12 | 15,230.12 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644540 | 4-Sep-08 | 64,860.00 | 64,860.00 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644535 | 4-Sep-08 | 35,455.32 | 35,455.32 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644555 | 4-Sep-08 | 40,537.50 | 40,537.50 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644530 | 4-Sep-08 | 5,514.06 | 5,514.06 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644531 | 4-Sep-08 | 77,415.12 | 77,415.12 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644557 | 4-Sep-08 | 340,083.50 | 340,083.50 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644541 | 4-Sep-08 | 81,075.00 | 81,075.00 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644532 | 4-Sep-08 | 11,808.82 | 11,808.82 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49678443 | 4-Sep-08 | 279,448.48 | 279,448.48 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644523 | 4-Sep-08 | 19,176.26 | 19,176.26 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49678442 | 4-Sep-08 | 611,832.56 | 611,832.56 | Open | 9 | 60 | 3-Nov-08 | Invoice | 6787 |
| 49644538 | 3-Sep-08 | 97,290.00 | 97,290.00 | Open | 10 | 60 | 2-Nov-08 | Invoice | 6787 |
| 49235039 | 14-Aug-08 | 492,876.18 | 392.91 | Open | 30 | 60 | 13-Oct-08 | Invoice | 6787 |
| 47979920 | 2-Jul-08 | 538,795.44 | 67,678.80 | Open | 73 | 60 | 31-Aug-08 | Invoice | 6787 |

Petition Date 11/10/2008
Reclamation Period 9/26/2008
503(b)(9) 10/21/2008

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 47979905 | 2-Jul-08 | 824,475.12 | 67,678.80 | Open | 73 | 60 | 31-Aug-08 Invoice | 6787 |
| 44489661 | 27-Mar-08 | 236,365.80 | 107,439.00 | Open | 110 | 120 | 25-Jul-08 Invoice | 6787 |
| 44534305 | 27-Mar-08 | 244,960.92 | 55,868.28 | Open | 110 | 120 | 25-Jul-08 Invoice | 6787 |
| 44508354 | 27-Mar-08 | 137,521.92 | 60,165.84 | Open | 110 | 120 | 25-Jul-08 Invoice | 6787 |

PO
Number  Term
2168355 60NET
2168354 60NET
2168352 60NET
2168351 60NET
2168353 60NET
2168350 60NET
2168337 60NET
2168333 60NET
2168334 60NET
2168336 60NET
2168335 60NET
2168332 60NET
2147899 60NET
2133984 60NET
2133988 60NET
2147903 60NET
2147909 60NET
2147901 60NET
2147900 60NET
2147906 60NET
2133989 60NET
2147904 60NET
2147908 60NET
2147902 60NET
2147910 60NET
2147905 60NET
2151056 60NET
2147907 60NET
2133988 60NET
2133983 60NET
2133989 60NET
2133981 60NET
2133987 60NET
2133984 60NET
2133978 60NET
2143305 60NET
2133982 60NET
2133980 60NET
2133986 60NET
2133979 60NET
2133985 60NET
2127857 60NET
2128904 60NET
2132119 60NET
2127859 60NET
2128900 60NET
2128901 60NET
2132116 60NET

2127863 60NET
2132089 60NET
2127860 60NET
2127854 60NET
2127862 60NET
2127856 60NET
2132121 60NET
2128903 60NET
2127864 60NET
2127853 60NET
2127858 60NET
2132118 60NET
2128905 60NET
2127855 60NET
2127861 60NET
2132120 60NET
2131789 60NET
2132117 60NET
2128902 60NET
2132121 60NET
2127858 60NET
2132120 60NET
2127857 60NET
2127853 60NET
2132119 60NET
2127856 60NET
2132117 60NET
2127854 60NET
2132118 60NET
2127855 60NET
2132116 60NET
2126004 60NET
2124897 60NET
2124895 60NET
2124901 60NET
2126003 60NET
2124893 60NET
2124899 60NET
2126002 60NET
2124891 60NET
2126005 60NET
2124898 60NET
2124892 60NET
2126811 60NET
2126001 60NET
2124900 60NET
2124894 60NET
2124896 60NET
2124890 60NET
2126000 60NET
2113545 60NET
2093933 60NET

2093928 60NET
2045184 120NET
2045178 120NET
2045182 120NET