Exhibit B

# GARMIN

**CUSTOMER NUMBER:** 6787
**TIN NUMBER:** 48-1252979
**GST REG NUMBER:**

1200 E. 151 st Street
Olathe, KS 66062
TEL. (913) 397-8200
FAX (913) 397-8282

### Invoice

**NUMBER:** 50129006
**DATE:** 09-OCT-08
**TERMS:** 60NET
**DUE DATE:** 08-DEC-08
**PAGE:** 1 OF 1

**BILL TO:**
Attn: Accounts Payable
CIRCUIT CITY INC
LISA BROWN M/P DEPT
DEEP RUN 3 5TH FL
9954 MAYLAND DR
RICHMOND VA 23233
US

**SHIP TO:**
CIRCUIT CITY DIST CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18020 US

**SALES ORDER NUMBER:** 10924207
**YOUR P.O. NUMBER:** 2168382
**FREIGHT TERMS:** Collect
**SHIP DATE:** 09-OCT-08
**SHIP METHOD:** GENERIC-LTL-LTL
**OUR REFERENCE:**

| LINE | ITEM # / CUST REF # | ITEM DESCRIPTION (CUST DESCRIPTION) | QTY | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 010-00657-20 NUVI750 | nuvi 750,GPS,North American | 374 | 374 | 281.99 | 105,464.26 |
| 2 | 010-00621-3B NUVI260CC | nuvi260,GPS,NA,Sm clmshl | 1332 | 1332 | 162.15 | 215,983.80 |
| 3 | 010-00621-34 NUVI260C | nuvi260,GPS,NA clmshll | 3230 | 3230 | 162.15 | 523,744.50 |

**Note:**
Tracking Number:
   50129006

**PLEASE SEND ALL PAYMENTS** P.O. BOX 843611, KANSAS CITY, JACKSON, MO, 64184-3611, United States

Sub Total: 845,192.56
Tax: 0.00
Frt: 0.00
Total: 845,192.56
**CURRENCY:** USD

# GARMIN.

**CUSTOMER NUMBER:** 6787
**TIN NUMBER:** 48-1252979
**GST REG NUMBER:**

1200 E. 151 st Street
Olathe, KS 66062
TEL. (913) 397-8200
FAX (913) 397-8282

**Invoice**
NUMBER: 50129007
DATE: 09-OCT-08
TERMS: 60NET
DUE DATE: 08-DEC-08
PAGE: 1 OF 1

**BILL TO:**
Attn: Accounts Payable
CIRCUIT CITY INC
LISA BROWN M/P DEPT
DEEP RUN S 5TH FL
9954 MAYLAND DR
RICHMOND VA 23233
US

**SHIP TO:**
CIRCUIT CITY DIST CTR#567
1901 COOPER DRIVE
ARDMORE OK 73401 US

**SALES ORDER NUMBER:** 10924215
**YOUR P.O. NUMBER:** 2168335
**FREIGHT TERMS:** Collect
**SHIP DATE:** 09-OCT-08
**SHIP METHOD:** GENERIC-LTL-LTL
**OUR REFERENCE:**

| LINE | ITEM # / CUST REF # | ITEM DESCRIPTION (CUST DESCRIPTION) | QTY | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 010-00621-34 NUVI260C | nuvi260,GPS,NA clmshll | 622 | 622 | 162.15 | 100,857.30 |
| 2 | 010-00667-20 NUVI750 | nuvi 750,GPS,North American | 234 | 234 | 281.99 | 65,985.66 |

Note:
Tracking Number:
 50129007

**PLEASE SEND ALL PAYMENTS**   P.O. BOX 843611, KANSAS CITY, JACKSON, MO, 64184-3611, United States

Sub Total: 166,842.96
Tax: 0.00
Frt: 0.00
Total: 166,842.96

**CURRENCY:** USD

# GARMIN.

**CUSTOMER NUMBER:** 6787
**TIN NUMBER:** 48-1252979
**GST REG NUMBER:**

1200 E. 151 st Street
Olathe, KS 66062
TEL. (913) 397-8200
FAX (913) 397-8282

**Invoice**
**NUMBER:** 50129008
**DATE:** 09-OCT-08
**TERMS:** 60NET
**DUE DATE:** 08-DEC-08
**PAGE:** 1 OF 1

**BILL TO:**
Attn: Accounts Payable
CIRCUIT CITY INC
LISA BROWN M/P DEPT
DEEP RUN 3 5TH FL
9954 MAYLAND DR
RICHMOND VA 23233
US

**SHIP TO:**
CIRCUIT CITY DIST CTR#353
680 S LEMON AVE
WALNUT CA 91789 US

**SALES ORDER NUMBER:** 10924203
**YOUR P.O. NUMBER:** 2168334
**FREIGHT TERMS:** Collect
**SHIP DATE:** 09-OCT-08
**SHIP METHOD:** GENERIC-LTL-LTL
**OUR REFERENCE:**

| LINE | ITEM # / CUST REF # | ITEM DESCRIPTION (CUST DESCRIPTION) | QTY | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 010-00657-20 / NUVI750 | nuvi 750,GPS,North American | 166 | 166 | 281.99 | 46,810.34 |
| 2 | 010-00621-34 / NUVI260C | nuvi260,GPS,NA clmshll | 250 | 250 | 162.15 | 40,537.50 |

Note:
Tracking Number:
 50129008

**PLEASE SEND ALL PAYMENTS** P.O. BOX 843611, KANSAS CITY, JACKSON, MO, 64184-3611, United States

**Sub Total:** 87,347.84
**Tax:** 0.00
**Frt:** 0.00
**Total:** 87,347.84
**CURRENCY:** USD

# GARMIN.

**CUSTOMER NUMBER:** 6787
**TIN NUMBER:** 48-1252979
**GST REG NUMBER:**

1200 E. 151 st Street
Olathe, KS 66062
TEL. (913) 397-8200
FAX (913) 397-8282

**Invoice**
**NUMBER:** 50129009
**DATE:** 09-OCT-08
**TERMS:** 60NET
**DUE DATE:** 08-DEC-08
**PAGE:** 1 OF 1

**BILL TO:**
Attn: Accounts Payable
CIRCUIT CITY INC
LISA BROWN M/P DEPT
DEEP RUN 3 5TH FL
9954 MAYLAND DR
RICHMOND VA 23233
US

**SHIP TO:**
CIRCUIT CITY DIST CTR #755
1100 CIRCUIT CITY RD
MARION IL 62959 US

**SALES ORDER NUMBER:** 10924216
**YOUR P.O. NUMBER:** 2168336
**FREIGHT TERMS:** Collect
**SHIP DATE:** 09-OCT-08
**SHIP METHOD:** GENERIC-LTL-LTL
**OUR REFERENCE:**

| LINE | ITEM # / CUST REF # | ITEM DESCRIPTION (CUST DESCRIPTION) | QTY | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 010-00621-34 NUVI260C | nuvi260,GPS,NA clmshll | 1352 | 1352 | 162.15 | 219,226.80 |
| 2 | 010-00657-20 NUVI750 | nuvi 750,GPS,North American | 350 | 350 | 281.99 | 98,696.50 |

Note:
Tracking Number:
  50129009

**PLEASE SEND ALL PAYMENTS**  P.O. BOX 843611, KANSAS CITY, JACKSON, MO, 64184-3611, United States

Sub Total: 317,923.30
Tax: 0.00
Frt: 0.00
Total: 317,923.30
**CURRENCY:** USD

# GARMIN.

CUSTOMER NUMBER: 6787
TIN NUMBER: 48-1252979
GST REG NUMBER:

1200 E. 151 st Street
Olathe, KS 66062
TEL. (913) 397-8200
FAX (913) 397-8282

**Invoice**
NUMBER: 50129010
DATE: 09-OCT-08
TERMS: 60NET
DUE DATE: 08-DEC-08
PAGE:  1  OF  1

**BILL TO:**
Attn: Accounts Payable
CIRCUIT CITY INC
LISA BROWN M/P DEPT
DEEP RUN 3 5TH FL
9954 MAYLAND DR
RICHMOND VA 23233
US

**SHIP TO:**
CIRCUIT CITY DIST CTR#344
400 LONGFELLOW COURT STE A
LIVERMORE CA 94550 US

SALES ORDER NUMBER: 10924204
YOUR P.O. NUMBER: 2168333
FREIGHT TERMS: Collect
SHIP DATE: 09-OCT-08
SHIP METHOD: GENERIC-LTL-LTL
OUR REFERENCE:

| LINE | ITEM # / CUST REF # | ITEM DESCRIPTION (CUST DESCRIPTION) | QTY | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 010-00621-34 / NUVI260C | nuvi260,GPS,NA clmshll | 200 | 200 | 162.15 | 32,430.00 |
| 2 | 010-00657-20 / NUVI750 | nuvi 750,GPS,North American | 116 | 116 | 281.99 | 32,710.84 |

Note:
Tracking Number:
  50129010

**PLEASE SEND ALL PAYMENTS**  P.O. BOX 843611, KANSAS CITY, JACKSON, MO, 64184-3611, United States

Sub Total: 65,140.84
Tax: 0.00
Frt: 0.00
Total: 65,140.84
CURRENCY: USD