

**CUSTOMER NUMBER:** 6787
**TIN NUMBER:** 48-1252979
**GST REG NUMBER:**

1200 E. 151 st Street
Olathe, KS 66062
TEL. (913) 397-8200
FAX (913) 397-8282

**Invoice**
NUMBER: 50129011
DATE: 09-OCT-08
TERMS: 60NET
DUE DATE: 08-DEC-08
PAGE: 1 OF 1

**BILL TO:**
Attn: Accounts Payable
CIRCUIT CITY INC
LISA BROWN M/P DEPT
DEEP RUN 8 5TH FL
9954 MAYLAND DR
RICHMOND VA 23233
US

**SHIP TO:**
CIRCUIT CITY DIST CTR#775
19926 INDEPENDENCE BLVD
GROVELAND FL 34736 US

SALES ORDER NUMBER: 10924217
YOUR P.O. NUMBER: 2168337
FREIGHT TERMS: Collect
SHIP DATE: 09-OCT-08
SHIP METHOD: GENERIC-LTL-LTL
OUR REFERENCE:

| LINE | ITEM # / CUST REF # | ITEM DESCRIPTION (CUST DESCRIPTION) | QTY | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 010-00657-20  NUVI750 | nuvi 750;GPS;North American | 260 | 260 | 281.99 | 73,317.40 |
| 2 | 010-00621-34  NUVI260C | nuvi260;GPS;NA clmshll | 1014 | 1014 | 162.15 | 164,420.10 |

Note:
Tracking Number:
  50129011

**PLEASE SEND ALL PAYMENTS**   P.O. BOX 843611, KANSAS CITY, JACKSON, MO, 64184-3611, United States

Sub Total: 237,737.50
Tax: 0.00
Frt: 0.00
Total: 237,737.50
**CURRENCY: USD**

# GARMIN.

**CUSTOMER NUMBER:** 6787
**TIN NUMBER:** 48-1252979
**GST REG NUMBER:**

1200 E. 151 st Street
Olathe, KS 66082
TEL. (913) 397-8200
FAX (913) 397-8282

**Invoice**

| | |
|---|---|
| NUMBER: | 50168368 |
| DATE: | 16-OCT-08 |
| TERMS: | 60NET |
| DUE DATE: | 15-DEC-08 |
| PAGE: | 1  OF  1 |

**BILL TO:**
Attn: Accounts Payable
CIRCUIT CITY, INC
LISA BROWN M/P DEPT
DEEP RUN 3 5TH FL
9954 MAYLAND DR
RICHMOND VA 23233
US

**SHIP TO:**
CIRCUIT CITY DIST CTR #255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18020 US

**SALES ORDER NUMBER:** 10924208
**YOUR P.O. NUMBER:** 2168350
**FREIGHT TERMS:** Collect
**SHIP DATE:** 16-OCT-08
**SHIP METHOD:** GENERIC-LTL-LTL
**OUR REFERENCE:**

| LINE | ITEM # / CUST REF # | ITEM DESCRIPTION (CUST DESCRIPTION) | QTY | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 010-00621-3B NUVI260CC | nuvi260,GPS,NA,Sm clmshl | 3540 | 3540 | 162.15 | 574,011.00 |
| 2 | 010-00718-25 NUVI255WCC | nuvi255W,GPS,NA,Sm clmshl | 1220 | 1220 | 211.49 | 258,017.80 |
| 3 | 010-00717-24 NUVI255 | nuvi255,GPS,NA,clamshell | 2752 | 2752 | 176.24 | 485,012.48 |

Note:
Tracking Number:
  50168368

**PLEASE SEND ALL PAYMENTS**  P.O. BOX 843611, KANSAS CITY, JACKSON, MO, 64184-3611, United States

| | |
|---|---|
| Sub Total: | 1,317,041.28 |
| Tax: | 0.00 |
| Frt: | 0.00 |
| Total: | 1,317,041.28 |

**CURRENCY:** USD

# GARMIN

**CUSTOMER NUMBER:** 6787
**TIN NUMBER:** 48-1252979
**GST REG NUMBER:**

1200 E. 151 st Street
Olathe, KS 66062
TEL. (913) 397-8200
FAX (913) 397-8282

**Invoice**
NUMBER: 50168369
DATE: 16-OCT-08
TERMS: 60NET
DUE DATE: 15-DEC-08
PAGE: 1 OF 1

**BILL TO:**
Attn: Accounts Payable
CIRCUIT CITY INC
LISA BROWN M/P DEPT
DEEP RUN 3 5TH FL
9954 MAYLAND DR
RICHMOND VA 23233
US

**SHIP TO:**
CIRCUIT CITY DIST CTR#567
1901 COOPER DRIVE
ARDMORE OK 73401 US

**SALES ORDER NUMBER:** 10924212
**YOUR P.O. NUMBER:** 2168353
**FREIGHT TERMS:** Collect
**SHIP DATE:** 16-OCT-08
**SHIP METHOD:** GENERIC-LTL-LTL
**OUR REFERENCE:**

| LINE | ITEM # / CUST REF # | ITEM DESCRIPTION (CUST DESCRIPTION) | QTY | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 010-00621-3B | nuvi260,GPS,NA,Sm clmshl | 1240 | 1240 | 162.15 | 201,066.00 |
|   | NUVI260CC |  |  |  |  |  |
| 2 | 010-00717-24 | nuvi255,GPS,NA,clamshell | 548 | 548 | 176.24 | 96,579.52 |
|   | NUVI255 |  |  |  |  |  |
| 3 | 010-00718-25 | nuvi255W,GPS,NA,Sm clmshl | 880 | 880 | 211.49 | 186,111.20 |
|   | NUVI255WCC |  |  |  |  |  |

Note:
Tracking Number:
 50168369

**PLEASE SEND ALL PAYMENTS**  P.O. BOX 843611, KANSAS CITY, JACKSON, MO, 64184-3611, United States

Sub Total: 483,756.72
Tax: 0.00
Frt: 0.00
Total: 483,756.72
**CURRENCY:** USD

# GARMIN.

**CUSTOMER NUMBER:** 6787
**TIN NUMBER:** 48-1252979
**GST REG NUMBER:**

1200 E. 151 st Street
Olathe, KS 66062
TEL. (913) 397-8200
FAX (913) 397-8282

**Invoice**
NUMBER: 501683700
DATE: 16-OCT-08
TERMS: 60NET
DUE DATE: 15-DEC-08
PAGE: 1 OF 1

**BILL TO:**
Attn: Accounts Payable
CIRCUIT CITY INC
LISA BROWN M/P DEPT
DEEP RUN 3 5TH FL
9954 MAYLAND DR
RICHMOND VA 23233
US

**SHIP TO:**
CIRCUIT CITY DIST CTR #353
680 S LEMON AVE
WALNUT CA 91789 US

**SALES ORDER NUMBER:** 10924211
**YOUR P.O. NUMBER:** 2168352
**FREIGHT TERMS:** Collect
**SHIP DATE:** 16-OCT-08
**SHIP METHOD:** GENERIC-LTL-LTL
**OUR REFERENCE:**

| LINE | ITEM # / CUST REF # | ITEM DESCRIPTION (CUST DESCRIPTION) | QTY | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 010-00717-24 NUVI255 | nuvi255,GPS,NA,clamshell | 352 | 352 | 176.24 | 62,036.48 |
| 2 | 010-00718-25 NUVI255WCC | nuvi255W,GPS,NA,Sm clmshl | 228 | 228 | 211.49 | 48,219.72 |
| 3 | 010-00621-3B NUVI260CC | nuvi260,GPS,NA,Sm clmshl | 800 | 800 | 162.15 | 129,720.00 |

Note:
Tracking Number:
 50168370

**PLEASE SEND ALL PAYMENTS** P.O. BOX 843611, KANSAS CITY, JACKSON, MO, 64184-3611, United States

Sub Total: 239,976.20
Tax: 0.00
Frt: 0.00
Total: 239,976.20
**CURRENCY:** USD

# GARMIN.

**CUSTOMER NUMBER:** 6787
**TIN NUMBER:** 48-1252979
**GST REG NUMBER:**

1200 E. 151 st Street
Olathe, KS 66062
TEL. (913) 397-8200
FAX (913) 397-8282

## Invoice

**NUMBER:** 50168371
**DATE:** 16-OCT-08
**TERMS:** 60NET
**DUE DATE:** 15-DEC-08
**PAGE:** 1 OF 1

**BILL TO:**
Attn: Accounts Payable
CIRCUIT CITY INC
LISA BROWN M/P DEPT
DEEP RUN 3 6TH FL
9954 MAYLAND DR
RICHMOND VA 23233

US

**SHIP TO:**
CIRCUIT CITY DIST CTR#755
1100 CIRCUIT CITY RD
MARION IL 62959 US

**SALES ORDER NUMBER:** 10924213
**YOUR P.O. NUMBER:** 2168354
**FREIGHT TERMS:** Collect
**SHIP DATE:** 16-OCT-08
**SHIP METHOD:** GENERIC-LTL-LTL
**OUR REFERENCE:**

| LINE | ITEM # / CUST REF # | ITEM DESCRIPTION (CUST DESCRIPTION) | QTY | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 010-00717-24 / NUVI255 | nuvi255,GPS,NA,clamshell | 1312 | 1312 | 176.24 | 231,226.88 |
| 2 | 010-00621-3B / NUVI260CC | nuvi260,GPS,NA,Sm clmshl | 1870 | 1870 | 162.15 | 303,220.50 |
| 3 | 010-00718-25 / NUVI255WCC | nuvi255W,GPS,NA,Sm clmshl | 2036 | 2036 | 211.49 | 430,593.64 |

Note:
Tracking Number:
  50168371

**PLEASE SEND ALL PAYMENTS**  P.O. BOX 843611, KANSAS CITY, JACKSON, MO, 64184-3611, United States

**Sub Total:** 965,041.02
**Tax:** 0.00
**Frt:** 0.00
**Total:** 965,041.02
**CURRENCY:** USD

# GARMIN.

**CUSTOMER NUMBER:** 6787
**TIN NUMBER:** 48-1252979
**GST REG NUMBER:**

1200 E. 151 st Street
Olathe, KS 66062
TEL. (913) 397-8200
FAX (913) 397-8282

**Invoice**
NUMBER: 50168372
DATE: 16-OCT-08
TERMS: 60NET
DUE DATE: 15-DEC-08
PAGE: 1 OF 1

**BILL TO:**
Attn: Accounts Payable
CIRCUIT CITY INC
LISA BROWN M/P DEPT
DEEP RUN 3 6TH FL
9954 MAYLAND DR
RICHMOND VA 23233
US

**SHIP TO:**
CIRCUIT CITY DIST CTR#344
400 LONGFELLOW COURT STE A
LIVERMORE CA 94550 US

**SALES ORDER NUMBER:** 10924210
**YOUR P.O. NUMBER:** 2168351
**FREIGHT TERMS:** Collect
**SHIP DATE:** 16-OCT-08
**SHIP METHOD:** GENERIC-LTL-LTL
**OUR REFERENCE:**

| LINE | ITEM # / CUST REF # | ITEM DESCRIPTION (CUST DESCRIPTION) | QTY | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 010-00621-3B NUVI260CC | nuvi260,GPS,NA,Sm clmshl | 690 | 690 | 162.15 | 111,883.50 |
| 2 | 010-00718-25 NUVI255WCC | nuvi255W,GPS,NA,Sm clmshl | 348 | 348 | 211.49 | 73,598.52 |
| 3 | 010-00717-24 NUVI255 | nuvi255,GPS,NA,clamshell | 288 | 288 | 176.24 | 50,757.12 |

Note:
Tracking Number:
  50168372

**PLEASE SEND ALL PAYMENTS**  P.O. BOX 843611, KANSAS CITY, JACKSON, MO, 64184-3611, United States

Sub Total: 236,239.14
Tax: 0.00
Frt: 0.00
Total: 236,239.14

**CURRENCY:** USD

# GARMIN.

**CUSTOMER NUMBER:** 6787
**TIN NUMBER:** 48-1252979
**GST REG NUMBER:**

1200 E. 151 st Street
Olathe, KS 66062
TEL. (913) 397-8200
FAX (913) 397-8282

**Invoice**
NUMBER: 50168373
DATE: 16-OCT-08
TERMS: 60NET
DUE DATE: 15-DEC-08
PAGE: 1 OF 1

**BILL TO:**
Attn: Accounts Payable
CIRCUIT CITY INC
LISA BROWN M/P DEPT
DEEP RUN 3 5TH FL
9954 MAYLAND DR
RICHMOND VA 23233
US

**SHIP TO:**
CIRCUIT CITY DIST CTR#775
19926 INDEPENDENCE BLVD
GROVELAND FL 34736 US

**SALES ORDER NUMBER:** 10924214
**YOUR P.O. NUMBER:** 2168355
**FREIGHT TERMS:** Collect
**SHIP DATE:** 16-OCT-08
**SHIP METHOD:** GENERIC-LTL-LTL
**OUR REFERENCE:**

| LINE | ITEM # / CUST REF # | ITEM DESCRIPTION (CUST DESCRIPTION) | QTY | SHIPPED | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 010-00718-25 NUVI255WCC | nuvi255W,GPS,NA,Sm clmshl | 288 | 288 | 211.49 | 60,909.12 |
| 2 | 010-00621-3B NUVI260CC | nuvi260,GPS,NA,Sm clmshl | 1580 | 1580 | 162.15 | 256,197.00 |
| 3 | 010-00717-24 NUVI255 | nuvi255,GPS,NA,clamshell | 1248 | 1248 | 176.24 | 219,947.52 |

Note:
Tracking Number:
50168373

**PLEASE SEND ALL PAYMENTS**  P.O. BOX 843611, KANSAS CITY, JACKSON, MO, 64184-3611, United States

Sub Total: 537,053.64
Tax: 0.00
Frt: 0.00
Total: 537,053.64

**CURRENCY:** USD