UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | )  Case No. 08-35653-KRH |
| | )  Chapter 11 |
| Debtors. | )  (Jointly Administered) |

### NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that 502-12 86th Street LLC ("Movant"), by counsel, has filed a motion for an order compelling (a) Circuit City Stores, Inc. to immediately pay administrative rent pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b); and (b) granting related relief (the "Motion"). A copy of the Motion was mailed to you separately.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then by December 3, 2008, you or your attorney must:

1. File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before **December 3, 2008**.

> William C. Redden, Clerk
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, VA 23219-1888

You must also deliver a copy to all parties on the Certificate of Service below and to:

| | |
|---|---|
| Michael P. Falzone (VSB No. 22324) | Steven H. Newman |
| Sheila deLa Cruz (VSB No. 65395) | Katsky Korins LLP |
| Hirschler Fleischer, PC | 605 Third Avenue, 16th Floor |
| Post Office Box 500 | New York, NY 10158 |
| Richmond, VA 23218-0500 | (212) 953-6000 |
| (804) 771-9560 | (212) 953-6899 (fax) |
| (804) 644-0957 (fax) | |
| *Counsel for 502-12 86th Street LLC* | *Co-counsel for 502-12 86th Street LLC* |

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB #65395)
Hirschler Fleischer, P.C.
P.O. Box 500
Richmond, Virginia 23218-0500

and

Steven H. Newman
Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158
(212) 953-6000
(212) 953-6899 (fax)

2. Attend the hearing scheduled for **December 5, 2008 at 10:00 a.m.** before The Honorable Kevin R. Huennekens, in Courtroom 5000, United States Bankruptcy Court, 701 E. Broad Street, Richmond, Virginia 23219.

If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated: November 25, 2008                                    502-12 86th STREET LLC


                                                            By:    /s/ Michael P. Falzone
                                                                       Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

Steven H. Newman
Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158
(212) 953-6000
(212) 953-6899 (fax)

*Counsel for 502-12 86th Street LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2008, a true and correct copy of the foregoing was served on all persons receiving electronic notice in these cases and to the following parties:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
gregg.galardi@skadden.com

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdog.gov
*Assistant United States Trustee*

and

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com
*Counsel for the Debtors*

/s/ Michael P. Falzone
Michael P. Falzone

#2289460v1