| |
|---|
| **Thomas G. King**   (MI: P34006)<br>Kreis, Enderle, Hudgins & Borsos, P.C.<br>PO Box 4010<br>Kalamazoo, MI  49003-4010<br>  Counsel to **Southland Acquisitions, LLC** |
| **Daniel F. Blanks**<br>McGuireWoods LLP<br>9000 World Trade Center, 101 W. Main St.<br>Norfolk, VA 23510<br>  Counsel to **Debtors-in-Possession** |

# United States Bankruptcy Court
## EASTERN DISTRICT OF VIRGINIA / RICHMOND DIVISION

In the Matter of:

| | |
|---|---|
| **CIRCUIT CITY STORES, INC., et al**<br><br>Debtor | File No. 08-35653-KRH [Jt Admin]<br>Chapter 11 / Filed Nov. 10, 2008<br>Judge:  Kevin R. Huennekens |

### NOTICE OF PARTY IN INTEREST STATUS, APPEARANCE OF AND REPRESENTATION BY COUNSEL AND DEMAND FOR SERVICE OF PAPERS

| | | |
|---|---|---|
| **TO:** | **CLERK OF THE COURT**<br>**U.S. BANKRUPTCY COURT**<br>**EASTERN DISTRICT VIRGINIA**<br><br>*U.S. Trustee*<br>**W. Clarkson McDow, Jr.**<br>Office of the U. S. Trustee<br>701 E. Broad St., Suite 4304<br>Richmond, VA 23219 | **Daniel F. Blanks, Atty for DIP**<br>McGuireWoods LLP<br>9000 World Trade Center, 101 W. Main St.<br>Norfolk, VA 23510<br><br>**Dion W. Hayes, Atty for DIP**<br>McGuireWoods LLP<br>One James Center, 901 E. Cary St.<br>Richmond, VA 23219 |

**PLEASE TAKE NOTICE** that the undersigned is counsel to **SOUTHLAND ACQUISITIONS, LLC,** a party in interest in the above captioned case and, pursuant to Bankruptcy Rule 2002 and Section 1106(a) of the Bankruptcy Code, demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1106(a) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or

**Circuit City Stores, Inc. – Ch 11 – File No. 08-35653-KRH**                                                         **Page 2**

oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, e-mail or otherwise, which affects the Debtor or the property of the Debtor.

Dated:    November 25, 2008                Respectfully submitted,

**BUSINESS ADDRESS:**                         **KREIS, ENDERLE, CALLANDER & HUDGINS, P.C.**
One Moorsbridge Road
PO Box 4010
Kalamazoo, MI  49003-4010           By:   /s/ *Thomas G. King*
Ph: 269-324-3000; Fax: 269-324-3010        _____
E-Mail: **tking@kech.com**                       Thomas G. King
                                            Attorney for: **SOUTHLAND ACQUISITIONS, LLC**