**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|                                         |     |                          |
| --------------------------------------- | --- | ------------------------ |
|                                         | )   |                          |
| **In re**                               | )   | **Chapter 11**           |
|                                         | )   |                          |
| **CIRCUIT CITY STORES, INC., et al.,**  | )   | **Case No. 08-35653-KRH**|
|                                         | )   |                          |
| **Debtors.**                            | )   | **(Jointly Administered)**|
|                                         | )   |                          |

<u>**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**</u>

C. Gideon Korrell moves this Court for an Order permitting Lisa Hill Fenning to represent Hoprock Limonite, LLC ("Hoprock") *pro hac vice* in the above-captioned bankruptcy case and any related adversary litigation and in support of his Motion states as follows:

1.     I am a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia.  I will be associated with Lisa Hill Fenning in this matter.  My business address and bar number are as follows:

> C. Gideon Korrell (VSB #75,090)
> DEWEY & LEBOEUF LLP
> 1101 New York Avenue NW
> Washington, DC  20005-4213
> Tel:  (202) 346-7939
> Facsimile:  (202) 299-1349
> Email:  gkorrell@dl.com

2.     Lisa Hill Fenning is a member in good standing of the Bars of the State of California, Illinois, District of Columbia and New York and is admitted to practice, and in good standing before the United States Supreme Court, the United States Court of Appeals for the Sixth, Seventh and Ninth Circuits, the United States District Court for the Northern District of Illinois, and the United States District Court for the Northern, Eastern, Southern and Central District of California.  Her business address is:

Lisa Hill Fenning (LF-9016) - *Pro Hac Vice Pending*
DEWEY & LEBOEUF LLP
333 South Grand Avenue, 26th Floor
Los Angeles, California 90071-1530
Tel: (213) 621-6000
Facsimile: (213) 621-6100
Email: lfenning@dl.com

3.      Lisa Hill Fenning has not been the subject of disciplinary action by the

Bars or the Courts of California, Illinois, New York, or the District of Columbia, or any other

state or any federal court.

4.      Lisa Hill Fenning has not been denied admission to the courts of any state

or to any federal court.

5.      Lisa Hill Fenning is familiar with the Federal Rules of Civil Procedure.

She will become familiar with and at all times abide by the Local Rules of this Court and comply

with those Rules so long as this case is pending.

6.      Lisa Hill Fenning respectfully requests that she be allowed to appear

before this Court to represent the interests of Hoprock Limonite, LLC.

WHEREFORE, C. Gideon Korrell prays that this Court grant his Motion to

permit Lisa Hill Fenning to present Hoprock Limonite, LLC *pro hac vice* in this action, and for

such other and further relief as this Court deems just and proper.

Dated: November 25, 2008

DEWEY & LEBOEUF LLP


By:     /s/ C. Gideon Korrell
        C. Gideon Korrell

Attorneys for Hoprock Limonite, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2008, the foregoing Motion for

Admission to Practice Pro Hac Vice was filed and served electronically using the Court's

CM/ECF system, and that, in addition, true and correct copies of the foregoing were served via

facsimile on the following parties:

*Assistant United States Trustee*
Robert B. Van Arsdale
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA  23219
Fax:  (804) 771-2330

*Counsel for Debtors*
Dion W. Hayes
Douglas M. Foley
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
Fax:  (804) 775-1061

*Counsel for Debtors*
Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
Fax:  (302) 651-3001

*Counsel for Debtors*
Timothy G. Pohl
Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Chicago, IL  60606
Fax:  (312) 407-0411

*Counsel for Creditor Committee*
Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Fax:  804-783-0178

Dated:  November 25, 2008

By:      /s/ C. Gideon Korrell

253189                                    1