**Exhibit B: Cure Amounts by Store**

| Loc # | Location Name | Address | City | State | Zip Code | Landlord Name | LL Address 1 | LL Address 2 | LL Address 3 | City | State | Nov. Stub Rent | Nov. Stub CAM | Nov. Stub INS | Nov. Stub TAX | Pre-Petition Rent | Pre-Petition CAM | Pre-Petition INS | Pre-Petition TAX | CC Total Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3280 | Anniston | 704 South Quintard Avenue | Anniston | AL | 36201 | Wec99A-1 Llc | C/O Mesker Investments Co., L.C. | P. O. Box 12045 | | Wichita | KS | $4,334 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,334 |
| 829 | Trussville | 3555 Roosevelt Boulevard | Trussville | AL | 35173-1918 | Tutwiler Properties Ltd | C/O Robert K. Wood | Attn: Temple W. Tutwiler Iii | | Birmingham | AL | $6,164 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,164 |
| 3240 Fayetteville '99 | | 744 East Joyce Blvd | Fayetteville | AR | 72701 | Wec 99A-2 Llc | C/O Robert K. Wood | 116 Gulfstream Road | | Palm Beach | FL | $8,211 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,211 |
| 3362 | Arrowhead | 7645 West Bell Road | Peoria | AZ | 85382-2830 | Ddra Arrowhead Crossing Llc | 3300 Enterprise Parkway | | | Beachwood | OH | $12,065 | $710 | $63 | $2,192 | $1,963 | $0 | $0 | $191 | $17,184 |
| 441 | Avondale | 2901 North Mcdowell Road | Avondale | AZ | 85323-4841 | Inland Western Mcdowell Llc | 2901 Butterfield Road | Attn: Vice President | | Oak Brook | IL | $8,018 | $1,645 | $0 | $2,185 | $4,082 | $0 | $0 | $0 | $18,329 |
| 3580 | Gilbert | 2817 West Market Street | Gilbert | AZ | 85296-6303 | Macerich Santan Phase 2 Spe Llc | 11411 North Tatum Boulevard | C/O Developers Diversified Realty Corporation | Attn: Senior Executive Vice President | Phoenix | AZ | $12,221 | $971 | $0 | $1,505 | $2,375 | $0 | $0 | $0 | $17,072 |
| 3760 | Goodyear | 15433 West Mcdowell Road | Goodyear | AZ | 85338-2525 | Evergreen Mcdowell And Pebble Creek Llc | 2390 East Camelback Road, Suite 410 | Attn: Center Management | | Phoenix | AZ | $9,777 | $928 | $0 | $497 | $4,082 | $19,645 | $0 | $0 | $33,132 |
| 3558 | Happy Valley | 2501 West Happy Valley Road | Phoenix | AZ | 85027-7849 | Vestar Arizona Xxxi, Llc | 2425 East Camelback Road, Suite 750 | C/O Vestar Development Company | Attn: Greg Albert | Phoenix | AZ | $13,606 | $1,540 | $0 | $677 | $2,286 | $26,771 | $0 | $0 | $46,392 |
| 436 | Mesa | 1530 W Southern Ave. #210 | Mesa | AZ | 85202 | Windsail Properties Llc | 3901 East Broadway Boulevard | C/O Vestar Development Company | Attn: President | Tucson | AZ | $12,759 | $888 | $0 | $497 | $2,180 | $0 | $0 | $0 | $17,079 |
| 7000 | East Mayo Boulevard | 7000 East Mayo Boulevard | Phoenix | AZ | 85054-7701 | Scottsdale/101 Associates Llc | 11411 North Tatum Boulevard | C/O Westcor Partners | Attn: Omar Mireles | Phoenix | AZ | $11,949 | $1,093 | $0 | $1,252 | $3,799 | $0 | $0 | $0 | $17,294 |
| 435 | Phoenix Metro | 9801 N. Metro Parkway East | Phoenix | AZ | 85021 | Metro Center Llc | 223 East Strawberry Drive | C/O Hsl Properties | Attn: Mark Cunningham | Mill Valley | CA | $12,759 | $0 | $0 | $1,338 | $888 | $0 | $0 | $0 | $15,923 |
| 4314 | Queen Creek | 21002 South Ellsworth Loop | Queen Creek | AZ | 85242-7675 | Vestar Qcm Llc | 2425 East Camelback Road | C/O Vestar Development Company | Attn: Omar Mireles | Phoenix | AZ | $13,476 | $1,647 | $0 | $1,554 | $2,698 | $0 | $0 | $0 | $19,196 |
| 437 | Scottsdale | 6929 East Indian Bend Road | Scottsdale | AZ | 85256 | Dento Pavilions 140 Llc | 3200 East Camelback Road, Suite 175 | C/O Dento Partners Development Inc. | Thomas De Rito, President | Phoenix | AZ | $10,741 | $1,231 | $103 | $0 | $4,073 | $0 | $0 | $0 | $16,456 |
| 3337 | Superstition Spring | 1515 South Power Road | Mesa | AZ | 85206 | L L Mesa Pavilions Llc | 11411 North Tatum Boulevard | C/O Kimco Realty Corporation | Ref: Sazm1143A | New Hyde Park | NY | $8,195 | $370 | $0 | $1,005 | $3,376 | $0 | $0 | $0 | $10,768 |
| 4322 | Tempe Ss | 5403 West Chandler Boulevard | Chandler | AZ | 85226-1100 | Chandler Gateway Partners, Llc | 11411 North Tatum Boulevard | Ref: Sazm1143A | | New Hyde Park | NY | $12,383 | $639 | $0 | $1,295 | $908 | $32,279 | $0 | $0 | $49,579 |
| 420 | Tempe Ss | 120 East Chandler Boulevard | Compton | AZ | 90220-2411 | Compton Community Redevelopment Compan | 2716 Ocean Park Boulevard, #3040 | C/O Watt Management Company | | Santa Monica | CA | $6,923 | $2,533 | $0 | $1,279 | $6,028 | $0 | $0 | $0 | $16,763 |
| 235 | Concord | 2030 Diamond Boulevard | Concord | CA | 94520-5702 | The City Of Portfolio Tlc, Llc | 1234 East 17th Street | C/O Red Mountain Retail Group | | Santa Ana | CA | $37,454 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $37,454 |
| 236 | Dublin | 7153 Amador Plaza Road | Dublin | CA | 94568-2317 | The City Of Portfolio Tlc, Llc | 1234 East 17th Street | C/O Red Mountain Retail Group | | Santa Ana | CA | $20,868 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $20,868 |
| 3766 | East Palo Alto | 1731 East Bayshore Road | Palo Alto | CA | 94303-2523 | National Retail Properties, Inc. | 450 South Orange Avenue | Greg Henson, Compliance Administrator | | Orlando | FL | $16,180 | $553 | $0 | $0 | $0 | $0 | $0 | $0 | $16,733 |
| 3749 | Eastvale | 6397 Pats Ranch Road | Mira Loma | CA | 91752-4431 | Hoprock Limonite II Llc | 17461 Derian Avenue, Suite 106 | Attn: Brian Hopkins | | Irvine | CA | $8,951 | $1,679 | $258 | $0 | $4,869 | $0 | $0 | $0 | $16,622 |
| 449 | Escondido | 1138 West Valley Parkway | Escondido | CA | 92025-2559 | Plaza Las Palmas, Llc | 990 Highland Drive # 200 | C/O Mc Strauss Company | | Solana Beach | CA | $10,832 | $719 | $0 | $1,311 | $1,710 | $0 | $0 | $0 | $12,690 |
| 4303 | Fairfield | 1560 Gateway Boulevard | Fairfield | CA | 94533 | Fairfield Gateway Partners, L.P. | 8214 Westchester Drive | 9th Floor | | Dallas | TX | $10,563 | $744 | $0 | $0 | $0 | $0 | $0 | $0 | $11,307 |
| 4243 | Foothill Ranch | 26542 Towne Centre Drive | Foothill Ranch | CA | 92610-2417 | National Retail Properties Inc. | 450 South Orange Avenue | Suite 900 | | Orlando | FL | $19,208 | $1,243 | $0 | $1,279 | $3,376 | $0 | $0 | $0 | $22,921 |
| 4300 | Fremont | 43706 Christy Street | Fremont | CA | 94538-5002 | Catellus Operating Lp | 66 Franklin Street | Suite 200 | | Oakland | CA | $16,923 | $2,533 | $0 | $1,243 | $0 | $0 | $0 | $0 | $16,763 |
| 3374 | Hilltop Ss | 4100 Mount Drive | Richmond | CA | 94806 | Ddrm Hilltop Plaza Lp | 3300 Enterprise Parkway | | | Beachwood | OH | $13,327 | $1,108 | $144 | $3,304 | $3,124 | $0 | $27,274 | $0 | $22,008 |
| 3301 | Industry Ss | 1600 S. Azusa Avenue | City of Indust | CA | 91748-1517 | Puente Hills Mall Lc | 150 East Gay Street | Suite 2207 | | Columbus | OH | $12,100 | $888 | $0 | $690 | $2,113 | $27,274 | $7,148 | $0 | $50,212 |
| 1628 | Merced | 3275 R Street | Merced | CA | 95340 | Mayfair – Mdcc Business Trust | 1220 Market Street | P. O. Box 2207 | | Wilmington | DE | $6,925 | $0 | $0 | $0 | $4,334 | $0 | $0 | $0 | $11,259 |
| 4228 | Moreno Valley | 27610 Eucalyptus Avenue | Moreno Valley | CA | 92555 | Fji Mv Llc | 5225 Canyon Crest Drive #166 | Attn: Joseph D. Meyer | | Riverside | CA | $10,303 | $1,519 | $0 | $0 | $3,614 | $0 | $0 | $0 | $15,436 |
| 4229 | Morgan Hill | 1007 Cochran Road | Morgan Hill | CA | 95037-9305 | Morgan Hill Retail Venture Lp | 1556 Parkside Drive | C/O Browman Development Company Inc. | | Walnut Creek | CA | $10,311 | $1,134 | $309 | $0 | $3,614 | $0 | $78,118 | $0 | $15,436 |
| 3394 | Murrieta | 24390 Village Walk Place | Murrieta | CA | 92562-5245 | Village Walk Retail Llc | 1391 Kalmia Avenue | Attn: Mr. Arthur L. Pearlman | | Upland | CA | $10,516 | $1,586 | $0 | $341 | $3,615 | $0 | $0 | $0 | $17,465 |
| 1542 | Fontana | 16425 Sierra Lakes Parkway | Fontana | CA | 92336-1255 | Sierra Lakes Marketplace Llc | 1139 North Marianne Avenue | C/O Lewis Operating Corporation | | Upland | CA | $12,565 | $1,286 | $313 | $346 | $3,765 | $0 | $0 | $0 | $18,275 |
| 3407 | Pittsburgh | 4300 Delta Gateway Boulevard | Pittsburgh | CA | 94565 | Century Plaza Development Corporation | 3890 Railroad Avenue | | | Pittsburg | CA | $17,025 | $995 | $0 | $1,814 | $3,964 | $537 | $0 | $0 | $24,627 |
| 3312 | Pomona Ss New*38 | 2735 South Towne Avenue | Pomona | CA | 91766 | J. A S Las Vegas Land And Development Co | 980 N. La Cienega Boulevard | C/O Sierra Pacific Properties, Inc. | Suite 3040 | Los Angeles | CA | $7,980 | $1,760 | $0 | $4,052 | $2,180 | $78,118 | $0 | $0 | $97,726 |
| 426 | Riverside | 10255 Magnolia Avenue | Riverside | CA | 92503 | Riverside Towne Center | 2716 Ocean Park Boulevard | Suite 2040 | C/O Watt Management Company | Santa Monica | CA | $13,124 | $715 | $0 | $517 | $4,189 | $0 | $0 | $0 | $15,677 |
| 238 | San Rafael | 330 Bellam Boulevard | San Rafael | CA | 94901-4804 | Simvest Real Estate II Llc | 655 Montgomery Drive | Suite 1190 | | San Francisco | CA | $18,432 | $0 | $0 | $0 | $4,052 | $1,231 | $0 | $0 | $23,715 |
| 413 | Santa Barbara | 3761 State Street | Santa Barbara | CA | 93105-3116 | D/B/A Shops Of Santa Barbara | One Independent Drive, Suite 114 | C/O Simeon Commercial Properties Lease #58301 - Legal Department | | Jacksonville | FL | $13,124 | $715 | $0 | $1,923 | $1,702 | $0 | $0 | $0 | $17,465 |
| 1629 | Santa Maria | 1535 South Bradley Road | Santa Maria | CA | 93454 | Regency Centers Lp | 828 Ballard Canyon Road | C/O Hamilton Chase Santa Maria Llc | Attn: Christian C. Larson | Solvang | CA | $12,584 | $0 | $0 | $1,338 | $4,073 | $0 | $0 | $0 | $12,584 |
| 3303 | Thousand Oaks | 600 West Hillcrest Drive | Thousand Oaks | CA | 91360 | Cardinal Capital Partners, Inc. | 8214 Westchester Drive, 9Th Floor | | | Dallas | TX | $9,764 | $296 | $0 | $1,647 | $2,867 | $31,743 | $0 | $0 | $44,154 |
| 4301 | Vista | 1525 Hacienda Drive | Vista | CA | 92083 | Paskin, Masnr. | 8550 El Paseo Grande | | | La Jolla | CA | $8,913 | $1,205 | $0 | $1,595 | $704 | $0 | $0 | $0 | $14,582 |
| 3380 | N Colorado | 7670 North Academy Boulevard | Colorado Sprin | CO | 80920-3208 | Chapel Hills – West Llc | 1902 West Colorado Avenue | C/O The Summit Commercial Group, Inc. | Suite B | Colorado Sprin | CO | $13,185 | $1,585 | $0 | $1,585 | $2,867 | $0 | $0 | $0 | $23,897 |
| 4240 | Monthfield | 3470 Melody Drive East | Northglenn | CO | 80234-4114 | Panattoni Development Company Llc | 8441 Cooper Creek Boulevard | Agent For Charles And Jacque Kessinger And C/O Woodbury Corporation | | Sacramento | CA | $11,260 | $2,453 | $0 | $2,453 | $3,276 | $3,771 | $0 | $0 | $19,952 |
| 4245 | Parker | 9851 S. Parker Road | Parker | CO | 80134 | Parker Bullseye Llc | 2733 East Parleys Way Ste 300 | Nmc Stratford Llc | | Salt Lake City | UT | $11,260 | $1,262 | $177 | $0 | $5,838 | $0 | $0 | $0 | $19,552 |
| 1816 | Connecticut Outlet | 130 Boston Post Road | Orange | CT | 16477 | Wilmington Trust Company | 1100 North Market Street | Atn Randall Benderson | | Wilmington | DE | $13,213 | $0 | $0 | $0 | $0 | $2,909 | $0 | $0 | $16,122 |
| 4278 | Naples | 13585 Tamiami Trail North | Naples | FL | 34110 | Benderson Properties Inc/Wri Associates Ltd | 5858 Central Ave | | | St Petersburg | FL | $12,179 | $1,269 | $0 | $1,826 | $2,282 | ($1,585) | $0 | $0 | $20,767 |
| 6315 | Jacksonville Park | 9625 Crosshill Boulevard | Jacksonville | FL | 32222-5830 | Wri Camp Creek Marketplace Ii, Llc | Wri Murray Miller Mgmt. Corp. | | | Jacksonville | FL | $7,901 | $0 | $0 | $921 | $2,464 | $85 | $0 | $0 | $14,500 |
| 3393 | Orange Park | 6151 North Wickham Circle | Panama City | FL | 32409-1565 | The Shops At Kildeer | Argyle Forest Retail I, Llc | Suite F | | Orange Park | FL | $9,630 | $1,036 | $0 | $282 | $4,777 | $0 | $0 | $0 | $15,132 |
| 3423 | Vero Beach | 2425 Applachee Parkway | Tallahassee | FL | 32301 | Circuitvb Llc | 143 Old Country Road | | | Carle Place | NY | $3,155 | $306 | $0 | $282 | $715 | $0 | $0 | $0 | $4,172 |
| 3298 | Panama City | 2951 Watson Lane | Panama City | FL | 32405 | J&F Enterprises | 310 West Jefferson Street | | | Tallahassee | FL | $5,988 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,066 |
| 4279 | Hiram | 4919 Jimmy Lee Smith Parkway | Hiram | GA | 30141-2791 | Centro Watt Operating Partnership 2, Llc | 420 Lexington Avenue, 7Th Floor | Dehart Holdings, Llc Weeks Properties Cg Hold | 420 Lexington Avenue, Suite 150 Attn: Pam Polley | New York | NY | $14,647 | $1,575 | $0 | $668 | $2,441 | $0 | $0 | $37,885 | $55,299 |
| 4319 | Macon | 1098 Bullsboro Drive (Hwy. 34) | Warner Robins | GA | 31093-8535 | Sj Collins Enterprises, Llc Goodman Enterprise | 7332 Office Park Place, Suite 101 | Attn: Mr. Myles Wilkinson | | Melbourne | FL | $8,605 | $577 | $0 | $1,415 | $2,441 | $0 | $0 | $0 | $11,949 |
| 3421 | New Newnan | 6290 North Point Parkway | Newnan | GA | 30264-1326 | Ddr Southeast Newnan Llc | 3300 Enterprise Parkway | C/O Developers Diversified Realty Corp | Attn: General Counsel | Beachwood | OH | $10,710 | $0 | $316 | $0 | $2,100 | $34,060 | $0 | $0 | $50,946 |
| 3107 | North Point | 6290 North Point Parkway | Alpharetta | GA | 30022-3014 | Ddr Southeast Snelville, Llc | 1335 Canton Road, Suite D | C/O Developers Diversified Realty Corp | Suite 3600 | Beachwood | OH | $9,991 | $883 | $60 | $2,722 | $2,441 | $47,886 | $0 | $22 | $62,082 |
| 3222 | Perimeter Center West | 1165 Perimeter Center West | Atlanta | GA | 30346 | Wri Lakeside Marketplace, Llc | 3300 Enterprise Parkway | | | Beachwood | OH | $11,187 | $757 | $0 | $2,547 | $1,967 | $0 | $0 | $0 | $15,329 |
| 3598 | Acworth | 3384 Cobb Parkway, N.W., Suite | Acworth | GA | 30101-8304 | Dgrc Cc Plaza Llc | One Beacon Street, Ninth Floor | Suite 1190 | | Boston | MA | $20,278 | $1,527 | $0 | $1,678 | $2,441 | ($20,638) | $0 | $0 | $34,737 |
| 1615 | Athens | 1670 Cobb Parkway, N.W., Suite | Bogart | GA | 30606 | Kelp – Athens Llc | One Beacon Street, Ninth Floor | Suite 550 | | Boston | MA | $8,342 | $0 | $0 | $0 | $1,463 | $0 | $0 | $0 | $33,449 |
| 886 | Buckhead | 3637 Peachtree Road | Atlanta | GA | 30326 | Selig Enterprises, Inc. | 1100 Spring Street, Nw | | | Atlanta | GA | $14,419 | $911 | $0 | $393 | $2,167 | $15,558 | $0 | $155 | $15,023 |
| 3416 | Conyers | 1540 Dogwood Drive Se | Conyers | GA | 30013-5041 | Np J&G Conyers Crossroads, Llc | 420 Lexington Avenue | | | New York | NY | $10,992 | $0 | $0 | $1,680 | $2,216 | $0 | $0 | $0 | $15,023 |
| 880 | Cumberland/Akers | 2971 Akers Mill Road Se | Atlanta | GA | 30339-2701 | U.S. 41 & I-285 Company | 654 Madison Avenue, Suite 1205 | | | New York | NY | $13,465 | $0 | $0 | $1,082 | $2,516 | $0 | $0 | $33 | $19,477 |
| 4252 | Cumming | 320 Peachtree Parkway | Cumming | GA | 30040 | Adam Forsyth Llc | C/O Janoff & Olshan, Inc. | | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 3406 | Douglasville | 9365 A The Landing Drive | Douglasville | GA | 30135 | Mb Fabyan Randall Plaza Batavia, Llc | 2911 Turtle Creek Blvd, Suite 1240 | C/O Developers Diversified Realty Corporation | Attn: Executive Vice President | Dallas | TX | $13,602 | $0 | $0 | $0 | $2,380 | $0 | $0 | $0 | $0 |
| 834 | Greenbrier Ss | 3755 Carmia Drive Sw, Suite 110 | Atlanta | GA | 30331-2620 | Amcap Northpoint Llc | 2901 Butterfield Road | | | Oak Brook | IL | $14,096 | $1,096 | $0 | $2,769 | $3,046 | $0 | $0 | $0 | $22,897 |
| 3220 | Gwinnett Mall | 3850 Venture Drive | Duluth | GA | 30096 | Amcap Northpoint Llc | 2901 Butterfield Road | | | Oak Brook | IL | $15,425 | $1,096 | $0 | $2,338 | $2,608 | $0 | $0 | $0 | $24,436 |
| 1818 | Hoffman Heights | 1980 West Fabyan Parkway | Batavia | IL | 60134 | Mb Fabyan Randall Plaza Batavia, Llc | 850 Canoga Avenue Ste 650 | Attn: Corporate Secretary | | Woodland Hills | CA | $9,360 | $0 | $0 | $0 | $2,338 | $5,564 | $0 | $0 | $19,436 |
| 3758 | Batavia | 152 South Gary Avenue, Suite 10 | Bolingbrook | IL | 60108-2225 | C/O Cousins Properties Incorporated | 305 Piping Rock Drive | | | Haley | ID | $9,258 | $0 | $0 | $2,338 | $5,052 | $0 | $0 | $0 | $14,309 |
| 3122 | Bolingbrook | 1747 East-West Road | Bolingbrook | IL | 60409 | Dicker/Warrington Properties | 1915-A East Katella Avenue | | | Orange | CA | $12,617 | $0 | $0 | $0 | $5,707 | $0 | $0 | $0 | $15,838 |
| 4126 | Countryside | 9950 Joliet Road | Countryside | IL | 60525 | C/O Countryside 98 Llc | 1000 North Front Street | | | Wormleysburg | PA | $11,511 | $0 | $126 | $1,130 | $1,795 | $5,564 | $0 | $0 | $19,474 |
| 3171 | Crystal Lake | 4483 Us Route 14 | Crystal Lake | IL | 60014 | Cc-Investors 1997-3 | 13003 Collections Center Drive | | | Chicago | IL | $9,810 | $668 | $60 | $316 | $1,125 | $0 | $0 | $0 | $14,500 |
| 3123 | Joliet | 2555 Plaza Drive | Joliet | IL | 60435 | Arboretum Of South Barrington L.L.C | 13003 Collections Center Drive | | | Chicago | IL | $7,338 | $0 | $0 | $861 | $3,697 | $0 | $0 | $0 | $14,309 |
| 3423 | Kildeer | 20355 North Rand Road, Bldg. E | Kildeer | IL | 60047-7004 | The Macerich Company | 3333 New Hyde Park Road | Attn: Vice President Of Real Estate | Suite 100 | New Hyde Park | NY | $13,237 | $1,638 | $0 | $2,065 | $3,899 | $0 | $0 | $0 | $17,117 |
| 3794 | Orland Park | 14730 LaGrange Road | Orland Park | IL | 60462-2545 | K&G/Dearborn Inc. | 8441 Cooper Creek Blvd | C/O Continental Realty Corporation | | Birmingham | MI | $44,975 | $0 | $0 | $12,372 | $6,478 | $0 | $0 | $0 | $66,548 |
| 4268 | Oswego | 1030 W. North Avenue | Oswego | IL | 60543-5112 | Inland Western Oswego Gerry Centennial, Llc | 2901 Butterfield Road | | | Oak Brook | IL | $5,988 | $709 | $0 | $816 | $1,686 | $0 | $0 | $0 | $11,138 |
| 4127 | Skokie | 5701 Touhy Avenue | Niles | IL | 60077 | Central Investments, Llc | 6445 N. Western Avenue | | | Chicago | IL | $10,126 | $592 | $0 | $0 | $523 | $0 | $0 | $0 | $11,126 |
| 3704 | Paducah | 3430 James-Sanders Blvd. | Paducah | KY | 42001 | Kentucky Oaks Mall | Jefferson Mall Office | Acct. # 0159474801 | Devon Bank | Dallas | TX | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 3124 | Vernon Hills | 551 North Milwaukee Avenue | Vernon Hills | IL | 60061 | Circuit Investors – Vernon Hills, L.P. | 8214 Westchester Drive | Suite 400 | Devon Bank | Dallas | TX | $8,059 | $96 | $0 | $242 | $2,110 | $0 | $0 | $0 | $8,627 |
| 4109 | Radcliff | 1500 Greentree Boulevard | Clarksville | IN | 47129 | Daniel G. Kamin Baton Rouge Llc | 2495 Belmont Avenue | Attn: Daniel G. Kamin | | Youngstown | OH | $7,200 | $0 | $0 | $479 | $0 | $0 | $0 | $0 | $7,200 |
| 3502 | Radcliff | 10235 East Washington Street | Indianapolis | IN | 46229-2627 | Washington Place Associates, Llc | 401 Wilshire Blvd. | C/O Sterling Properties | | Covington | LA | $7,759 | $96 | $0 | $1,097 | $959 | $0 | $0 | $0 | $14,007 |
| 3728 | Lafayette | 2121 Sagamore Parkway South | Lafayette | IN | 47905 | Circuit Holdings Lp | Daniel G. Kamin Beaumont Llc | 490 South Highland Boulevard | | Pittsburgh | PA | $11,051 | $0 | $0 | $1,097 | $794 | $0 | $0 | $0 | $13,222 |
| 3902 | South Bend | 1290 East Ireland Road | Mishawaka | IN | 46615 | Mb Crossroads Llc | 100 Stonehenge Drive | | | Pittsburgh | PA | $6,585 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,214 |
| 3829 | Kel-Lenexa-Rec.12 | 12010 West 95th Street | Lenexa | KS | 66215-3724 | Kahl & Goveia Commercial Realty Trust | 11400 N. Western Avenue | Simon Debartolo Group, L.P. | | Indianapolis | IN | $7,254 | $725 | $125 | $868 | $2,653 | $0 | $0 | $0 | $14,209 |
| 3299 | Overland Park | 7600 Metcalf Avenue | Overland Park | KS | 66213 | Kahl & Goveia Commercial Realty Trust | Attn: Vice President Of Real Estate | 3208 Brighton Place Drive | | Birmingham | MI | $11,632 | $529 | $0 | $3,697 | $1,259 | $0 | $0 | $0 | $17,117 |
| 841 | Lexington | 2434 Nicholasville Road | Lexington | KY | 40503-3107 | M.I.A. Brookhaven, Llc | W134 N8675 Executive Parkway | | | Menomonee | WI | $44,975 | $5,988 | $103 | $12,372 | $1,483 | $0 | $0 | $0 | $66,768 |
| 4268 | Metcalf South | 12020 Metcalf Avenue | Louisville | KY | 40219-3200 | Inland Western Louisville Bld., Llc | 4801B-302 Outer Loop | | | Louisville | KY | $14,500 | $224 | $0 | $816 | $1,686 | $1,941 | $0 | $0 | $11,941 |
| 3892 | Pontiac Outlet | 1720 Douglas Road | Oswego | KY | 40242 | The Marketplace of Rochester Hills Parcel B L1 | 28470 13 Mile Road, Suite 220 | | | Farmington Hi | MI | $12,185 | $441 | $0 | $1,718 | $523 | ($400) | $0 | $22 | $9,946 |
| 3711 | Baton Rouge | 1170 Greentree Drive | Baton Rouge | LA | 70816-8107 | Stinmul Pro Llc | Attn: Jerry Teitelbaum | | | Bloomfield Hill | MI | $17,952 | $860 | $0 | $424 | $2,057 | $4,895 | $0 | $0 | $28,206 |
| 4211 | Auburn Hills | 4522 Baldwin Road | Auburn Hills | MI | 48326-1281 | Taubman-Auburn Hills Associates Limited Part | C/O Kroll & Goveia Commercial Realty Trust | | | Silver Spring | MD | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| 3811 | Bloomfield Township | 2769 Telegraph Road | Bloomfield | MI | 48302 | Rd Bloomfield Associates Limited Partnership | P.O. Box 200 | | | White Plains | NY | $0 | $0 | $0 | $0 | $0 | $4,279 | $0 | $0 | $11,633 |
| 3604 | Dearborn | 5600 Mercury Drive | Dearborn | MI | 48126 | Ramco-Gershenson Properties, Lp | 31500 Northwestern Highway Suite 300 | Attn: Mary Paul-Risk Management Assistant | | Farmington H | MI | $13,105 | $1,440 | $0 | $706 | $1,502 | $0 | $0 | $0 | $13,105 |
| 3722 | Jackson, M. Micro | 1511 Boardman Road | Jackson | MI | 49202 | K&G/Dearborn Inc. | 260 East Brown Street, Suite 200 | | | Birmingham | MI | $5,988 | $631 | $0 | $631 | $341 | $0 | $0 | $4,279 | $12,400 |
| 1809 | Muskegon Outlet | 1650 East Sherman Boulevard | Muskegon | MI | 49444-1983 | Reba Muskegon Llc Pelican Muskegon, Llc Fara | 260 East Brown Street, Suite 200 | | | Birmingham | MI | $13,105 | $463 | $0 | $725 | $1,502 | $0 | $0 | $0 | $14,156 |
| 1880 | Pontiac Outlet | 500 North Telegraph Road | Pontiac | MI | 48341-1038 | Pan Am Equities, Inc. | 18 East 50Th Street | Re: Jackson West Shopping Center | | New York | NY | $9,914 | $0 | $103 | $1,339 | $2,074 | $0 | $0 | $0 | $12,261 |
| 3860 | Rochester Hills | 2636 South Adams Road | Rochester Hills | MI | 48307-5509 | The Marketplace Of Rochester Hills Parcel B LLC | 60 Cutter Mill Road, Suite 303 | 10Th Floor | Attn: Alyssa Block | Great Neck | NY | $8,737 | $1,014 | $0 | $98 | $2,412 | $0 | $0 | $0 | $12,261 |
| 534 | Ferguson | 3344 Pershall Road | Ferguson | MO | 63135 | Olp Cc Ferguson Llc | C/O One Liberty Properties, Inc. | | | | | $5,448 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,448 |

**Exhibit B: Cure Amounts by Store**

| Loc. # | Location Name | Address | City | State | Zip Code | Landlord Name | LL Address 1 | LL Address 2 | LL Address 3 | City | State | Nov. Stub Rent | Nov. Stub CAM | Nov. Stub TAX | Nov. Stub INS | Pre-Petition CAM | Pre-Petition INS | Pre-Petition TAX | Pre-Petition UTL | CC Total Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3210 | Independence Mall | 18701 East 39Th Street | Independence | MO | 64057 | Cc Independence, Llc | C/O Priscilla J. Raitz | 1355 Lemond Road | | Owatonna | MN | $9,860 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9,860 |
| 3208 | Kansas City North | 8440 North Madison Avenue | Kansas City | MO | 64155 | Md-Gsi Associates, L.L.C. | 5201 Johnson Drive | Suite 450 | | Mission | KS | $8,187 | $523 | $868 | $0 | $1,244 | $0 | $0 | $0 | $10,822 |
| 4224 | Shoal Creek | 8260 North Ditzler Avenue | Kansas City | MO | 64158-4541 | Flintlock Northridge Llc | Dba Plaza At Shoal Creek | 605 W 47Th Street Suite 200 | | Kansas City | MO | $6,641 | $894 | $782 | $255 | $2,991 | $0 | $0 | $0 | $11,563 |
| 3243 | Tupelo | 3834 Market Center Drive | Tupelo | MS | 38804 | Tup 430 Company, Llc | 1901 Frederica Street | Dba Plaza At Shoal Creek | | Owensboro | KY | $5,928 | $318 | $490 | $0 | $757 | $0 | $0 | $0 | $7,494 |
| 3228 | Charlotte University | 8215 University City Blvd., Suite | Charlotte | NC | 28213 | Centro Properties Group | C/O Centro Properties Group | Attn: Regional Counsel-Property | 3901 Bellaire Blvd | Houston | TX | $12,382 | $565 | $712 | $0 | $1,345 | $0 | $0 | $80 | $15,084 |
| 3671 | Freehold | 4345 Highway 9 | Freehold | NJ | 07728 | Pond Road Associates | 620 Tinton Avenue | Building B, Suite 200 | | Trinton Falls | NJ | $11,014 | $894 | $3,688 | $0 | $2,128 | $0 | $0 | $0 | $17,724 |
| 3714 | Livingston Ss | 530 West Mount Pleasant Avenue | Livingston | NJ | 07039 | G&S Livingston Realty, Inc. | C/O G&S Investors | 25Th Floor | | New York | NY | $16,790 | $1,387 | $4,602 | $0 | $3,302 | $0 | $0 | $0 | $26,081 |
| 3763 | Sparks | 125 Disc Drive | Sparks | NV | 89436-7704 | Sparks Galleria Investors, Llc | & The Kirkpatrick Family Trust Dated 10/19/82 | 211 East 43Rd Street | 5470 Reno Corporate Drive | Reno | NV | $7,009 | $891 | $2,121 | $0 | $4,282 | $242 | $0 | $0 | $10,712 |
| 3661 | Bay Shore | 1675 B Sunrise Highway | Bay Shore | NY | 11706 | Basser-Kaufman Inc. | 335 Central Avenue | Attn: Kreg Rowe, President Agent For Basser Kaufman 222 | | Lawrence | NY | $9,286 | $1,800 | $5,114 | $101 | $4,282 | $242 | $0 | $0 | $20,824 |
| 3778 | Bronx Co-Op City | 1770-1778 Gun Hill Road | Bronx | NY | 10469 | Vornado Gun Hill Road L.L.C. | C/O Vornado Realty Trust | 888 Seventh Avenue | Attn: Vice President, Real Estate | New York | NY | $19,278 | $2,187 | $1,192 | $0 | $5,205 | $0 | $66,467 | $0 | $94,330 |
| 1697 | East 86Th Street | 232-240 East 86Th Street | New York | NY | 10028 | Ventura In Manhattan, Inc. | 240 East 86Th Street | | | New York | NY | $26,650 | $3,114 | $8,417 | $0 | $7,411 | $0 | $0 | $9,419 | $55,010 |
| 3681 | Massapequa | 5500 Sunrise Highway | Massapequa | NY | 11758 | Mass One Llc | C/O Philips International Holding Corp. | 295 Madison Avenue | 2Nd Floor | New York | NY | $18,291 | $1,475 | $3,260 | $0 | $3,510 | $0 | ##### | $0 | $155,501 |
| 3685 | Patchogue | 7001 Sunrise Highway | Holbrook | NY | 11741 | Tourbillon Corporation | 35 Crabapple Drive | | | East Hills | NY | $10,280 | $0 | $3,331 | $0 | $0 | $0 | $0 | $0 | $13,610 |
| 3678 | Smith Haven | 139 Alexander Avenue | Lake Grove | NY | 11755 | Conlan Enterprises, L.L.C. | 255 Executive Drive | Suite 302 | | Plainview | NY | $22,311 | $2,808 | $4,230 | $0 | $6,681 | $0 | $10,066 | $0 | $46,096 |
| 4323 | Triangle Junction | 1600 Flatbush Avenue | Brooklyn | NY | 11210 | Triangle Equities Junction Llc | 30-56 Whitestone Expressway | Suite 300 | | Whitestone | NY | $40,376 | $1,346 | $538 | $0 | $3,203 | $0 | $1,281 | $0 | $46,744 |
| 3683 | West Nyack | 2733 Palisades Center Drive | West Nyack | NY | 10994 | Eklecco Newco Llc | The Clinton Exchange | 4 Clinton Square | | Syracuse | NY | $20,402 | $0 | $8,240 | $0 | $0 | $0 | $19,607 | $0 | $48,248 |
| 1806 | Akron Outlet | 1120 Main Street | Cuyahoga Fall | OH | 44221-4922 | Cc-Investors 1996-7 | C/O Capital Development Company | Attn: Robert L. Blume | 711 Sleater Kinney Road Se | Lacey | WA | $11,179 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $11,179 |
| 3575 | Brooklyn | 7349 Northcliff Avenue | Brooklyn | OH | 44144-3249 | Northcliff Residual Parcel 4 Llc | C/O Zeisler Morgan Properties | 30000 Chagrin Boulevard, Ste 100 | | Cleveland | OH | $13,039 | $1,552 | $1,392 | $0 | $3,694 | $0 | $0 | $0 | $19,677 |
| 1813 | Columbus Outlet | 4030 West Broad Street | Columbus | OH | 43228-1449 | Gc Acquisition Corporation | C/O Kimco Realty Corp. | 3333 New Hyde Park Rd, Ste 100 | | New Hyde Par | NY | $9,875 | $398 | $904 | $0 | $948 | $0 | $0 | $0 | $12,124 |
| 3182 | Elyria Ss | 110 Market Drive | Elyria | OH | 44035 | Erp Of Midway, Llc | C/O Centro Properties Group | 420 Lexington Avenue | | New York | NY | $11,268 | $805 | $1,473 | $0 | $1,915 | $0 | $0 | $0 | $15,461 |
| 3551 | Garfield Heights | 5642 Transportation Boulevard | Garfield Heigh | OH | 44125-5363 | City View Center, Llc | C/O Kest Property Management Group | 4832 Richmond Road, Suite 200 | | Cleveland | OH | $12,529 | $860 | $2,751 | $0 | $2,046 | $0 | $0 | $10,011 | $28,198 |
| 4324 | Grove City | 4178 Buckeye Parkway | Grove City | OH | 43123-8175 | Parkway Centre East, Llc | C/O Continental Retail Property Services | 150 East Broad Street, Suite 305 | | Columbus | OH | $7,300 | $1,087 | $0 | $0 | $2,588 | $0 | $0 | $0 | $10,975 |
| 3818 | Hilliard | 1881 Hilliard Rome Road | Columbus | OH | 43226 | Tanglewood Park, Llc | C/O Casto Development | Attn: General Counsel | | Columbus | OH | $7,010 | $751 | $0 | $0 | $2,126 | $0 | $0 | $0 | $9,987 |
| 3712 | Mansfield | 2190 W. 4Th Street | Mansfield | OH | 44906 | Mallview Plaza Company Limited | C/O Carnegie Management & Development Co | 27500 Detroit Road, Suite 300 | | Westlake | OH | $7,170 | $573 | $598 | $0 | $1,365 | $0 | $1,423 | $0 | $11,129 |
| 3784 | Mayfield Heights | 1405 Som Center Rd | Mayfield Heigh | OH | 44124 | Cosmo-Eastgate, Ltd | 30201 Aurora Road | Attn: Andrew Hoffman | 191 W. Nationwide Blvd, Suite 200 | Solon | OH | $13,406 | $1,483 | $2,030 | $233 | $4,316 | $0 | $0 | $164 | $21,632 |
| 3181 | Mentor Ss | 7900 Plaza Boulevard, #100 | Mentor | OH | 44060 | Simon Property Group, L.P. | 115 West Washington Street | Suite 15 East | | Indianapolis | IN | $16,012 | $251 | $1,047 | $0 | ($44,871) | $0 | $0 | $0 | ($27,562) |
| 3165 | Western Hills | 5455 Glenway Avenue | Cincinnati | OH | 45238 | Bpp-Oh Llc | C/O Saunders Hotel Group | 240 Newbury Street | Third Floor | Boston | MA | $11,871 | $895 | $0 | $128 | $3,311 | $0 | $0 | $0 | $11,871 |
| 3357 | Norman | 1620 24Th Avenue Nw | Norman | OK | 73069-6390 | Utc I, Llc | Attn: Charlie Ellis | 1111 Metropolitan Avenue, Suite 700 | | Charlotte | NC | $7,674 | $0 | $31 | $128 | $0 | $0 | $0 | $0 | $12,040 |
| 4501 | Penn Square | 3625 North West Expressway | Oklahoma City | OK | 73112 | Desert Home Communities Of Oklahoma, Llc | 7911 Herschel Ave, Suite #306 | | | La Jolla | CA | $10,832 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $10,832 |
| 853 | American Way Ss | 6491 Winchester Road | Memphis | TN | 38115 | Hickory Ridge Pavilion Llc | C/O The Russ Company, Inc. | 635 West 7Th Street | | Cincinnati | OH | $10,898 | $442 | $864 | $0 | $1,051 | $0 | $0 | $0 | $13,254 |
| 4325 | Collierville | 10217 East Shelby Drive | Collierville | TN | 38017-9458 | Carriage Crossing Market Place, Llc | C/O Jim Wilson & Associates, Llc | 2660 East Chase Lane, Suite 100 | | Montgomery | AL | $12,401 | $2,142 | $0 | $0 | $5,097 | $0 | $0 | $0 | $19,640 |
| 920 | Hickory Hollow Mall | 5221 Hickory Hollow Pkwy. | Antioch | TN | 37013 | Olp Cranticoh Llc | C/O One Liberty Properties, Inc. | 60 Cutter Mill Road | Suite 303 | Great Neck | NY | $7,989 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,989 |
| 3823 | Spring Hill | 1037 Crossings Blvd | Spring Hill | TN | 37174 | Spring Hill Development Partners Gp | C/O Gbt Realty Corp | 201 Summit View Dr., Suite 110 | | Brentwood | TN | $3,472 | $852 | $0 | $0 | $2,028 | $0 | $0 | $0 | $6,352 |
| 4338 | Burleson | 12640 South Freeway | Burleson | TX | 76028-8435 | Mcalister Square Partners Ltd | 301 Commerce St., Ste 3131 | | | Ft Worth | TX | $6,335 | $710 | $0 | $177 | $2,288 | $0 | $0 | $0 | $9,511 |
| 4310 | Cedar Park | 1335 East Whitestone Boulevard | Cedar Park | TX | 78613-7282 | 1890 Ranch, Ltd | 221 W. 6Th St. | Suite 1300 | | Austin | TX | $9,073 | $1,296 | $1,296 | $0 | $0 | $0 | $3,084 | $0 | $17,835 |
| 3501 | Central North | 10400 N. Central Expressway | Dallas | TX | 75231 | Circuit Investors #2 Ltd. | C/O Robert Balogh | 777 Arthur Godfrey Road, #400 | | Miami Beach | FL | $13,591 | $0 | $78 | $0 | $0 | $0 | $0 | $0 | $13,670 |
| 4312 | League City | 3270 S. Gulf Freeway | League City | TX | 77573 | League City Towne Center Ltd | C/O Property Commerce | 11000 Brittmoore Park Drive #100 | | Houston | TX | $7,506 | $1,301 | $0 | $0 | $3,096 | $0 | $0 | $0 | $10,925 |
| 3809 | Mansfield | Swc Hwy 287 & Home Depot Drive | Mansfield | TX | 76063 | Mansfield Seq 287 And Debbie Ltd. | C/O Lincoln Property Co. | 6500 Greenville Ave., Ste 770 | | Dallas | TX | $3,011 | $1,001 | $0 | $0 | $7,918 | $0 | $0 | $0 | $10,892 |
| 4248 | Mckinney | 2050 West University Drive | Mckinney | TX | 75071-2902 | 380 Towne Crossing, Lp | C/O Weber And Company | Attn: John Weber And Dan Walls, Esq | 16000 Dallas Pkwy. Suite 300 | Dallas | TX | $6,508 | $1,001 | $0 | $0 | $2,383 | $0 | $0 | $0 | $9,892 |
| 540 | Sharpstown Ss | 7553 Bellaire Boulevard | Houston | TX | 77036-1903 | Ca New Plan Asset Partnership Iv, Llp | C/O New Plan Excel Realty Trust, Inc. | 2100 West 7Th Street | 3901 Bellaire Blvd | Houston | TX | $11,689 | $474 | $1,613 | $0 | $1,127 | $0 | $0 | $0 | $14,903 |
| 3808 | Sherman | 4127 Highway 75 North | Sherman | TX | 75090-9310 | Woodmont Sherman, Lp | 2100 West 7Th Street | | | Fort Worth | TX | $5,042 | $1,008 | $397 | $0 | $1,589 | $0 | $0 | $0 | $8,035 |
| 1611 | Temple | 3310 South 31St Street | Temple | TX | 76502 | Cc-Investors 1996-6 | C/O Kamin Realty Co. | 490 South Highland Avenue | | Pittsburgh | PA | $5,590 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,590 |
| 1604 | Charlottesville | 100 Albemarle Square | Charlottesville | VA | 22901-1466 | Rio Associates L.P. | P.O. Box 9462 | | | Richmond | VA | $2,232 | $209 | $272 | $0 | $0 | $0 | $0 | $0 | $2,714 |
| 3172 | Manassas | 10690 Davidson Place | Manassas | VA | 20109 | Bpp-Va, L.L.C. | C/O Dumbarton Properties, Inc. | 240 Newbury Street | Third Floor | Boston | MA | $13,850 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,851 |
| 803 | Tysons Corner | 1905 Chambridge Road | Tyson'S Corner | VA | 22180 | Tysons Corner Holdings Llc | C/O Saunders Hotel Group | Attn: Legal Department | | Boston | MA | $19,159 | $1,620 | $2,400 | $240 | $4,666 | $0 | $5,712 | $11,447 | $45,244 |
| 1802 | Seattle Outlet Store | 34920 Enchanted Parkway South | Federal Way | WA | 98003-8325 | West Campus Square L.P. | % Leibsohn & Company | 401 Wilshire Boulevard, Suite 700 | Suite 800 | Santa Monica | CA | $16,458 | $1,338 | $0 | $0 | $3,184 | $0 | $0 | $0 | $20,980 |
| 1811 | Milwaukee Outlet | 8173 West Brown Deer Road | Milwaukee | WI | 53223-1703 | Galileo Apollo Ii Sub, Llc | C/O Ert Australian Management, L.P. | 420 Lexington Avenue, 7Th Floor | Attn: Legal Dept. | New York | NY | $10,724 | $1,120 | $854 | $30 | $2,665 | $71 | $2,031 | $0 | $17,495 |