Sara B. Eagle, Attorney (DC 421818)
Pension Benefit Guaranty Corporation
Office of Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005
(202)326-4020

Attorney for Creditor Pension Benefit Guaranty Corporation

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.,* | ) | Case No.  08-35653 (KRH) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR
ELECTRONIC NOTICE BY THE
PENSION BENEFIT GUARANTY CORPORATION**

    PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), a wholly-owned United States Government Corporation under 29 U.S.C. § 1302, an agency of the United States Government under 28 U.S.C. § 451 and 11 U.S.C. § 101(27), a creditor under 11 U.S.C. § 101(10), and a party in interest in the above-captioned case under 11 U.S.C. § 1109(b), hereby files this notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and L.B.R. 2090-1(E)(3), and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned case and debtor be given to and served upon PBGC as follows:

>Sara B. Eagle, Esq.
>Pension Benefit Guaranty Corporation
>Office of the Chief Counsel
>1200 K Street, N.W.
>Washington, D.C.  20005-4026
>Ph:  202-326-4020, ext. 3881 or 800-400-7242, ext. 3881
>Fax:  202-326-4112
>E-mails:  eagle.sara@pbgc.gov *and* efile@pbgc.gov

This request includes, <u>inter alia</u>, the notices and papers referred to in Bankruptcy Rules 2002, 3017 (including all disclosure statements and plans of reorganization) and 9007, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before this Court in this case, whether formal or informal, <u>ex parte</u> or on notice, written or oral, or transmitted or conveyed by mail, electronic mail, personal delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after <u>de novo</u> review by a district court, (ii) to trial by jury in any proceedings so triable in this case or in any controversy or proceeding related to this case, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (iv) to assert any other rights, claims, actions, defenses, setoffs or

recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC

expressly reserves.

DATED:  November 26, 2008        Respectfully Submitted,
         Washington, D.C.


        /s/ Sara B. Eagle
        Sara Eagle (SE 421818)
        Attorney
        PENSION BENEFIT GUARANTY CORP.
        Office of the Chief Counsel
        1200 K Street, N.W.
        Washington, D.C.  20005-4026
        Ph:  202-326-4020, ext. 3881
        Fax:  202-326-4112
        E-mails:  eagle.sara@pbgc.gov *and*
            efile@pbgc.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of November 2008, the foregoing **Notice of Appearance and Request for Electronic Notice by the Pension Benefit Guaranty Corporation** was served by First Class Mail, on the following:

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
*Debtors*

Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center, 101
W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219
*Debtors' Counsel*

W. Clarkson McDow, Jr.
Office of the United States Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219
*United States Trustee*

    /s/ Sara B. Eagle
    Sara B. Eagle
    Attorney