Andrea Sheehan, Esq.
Law Office of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FAX
sheehan@txschoollaw.com

A. Carter Magee, Jr., Esq.
W. Joel Charboneau, Esq.
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **CIRCUIT CITY STORES, INC., et al.** | § | **CASE NO. 08-35653-KRH-11** |
| | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appear in the above-referenced cases on behalf of

Lewisville Independent School District pursuant to Bankruptcy Rules 2002 and 9010(b) and section

1109(b) of the Bankruptcy Code and request that all notices given or required to be given and all papers

served in this case be delivered to and served upon the parties identified below at the following addresses:

Andrea Sheehan
Law Office of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FAX
sheehan@txschoollaw.com

A. Carter Magee, Jr.
W. Joel Charboneau
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the

foregoing request includes not only the notices and papers referred to in the above-referenced

Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions,

petitions, pleadings, requests, complaints or demands, whether formal or informal, written or

oral, transmitted or conveyed by mail, telephone, facsimile, or otherwise, in this case.

Date: November 26, 2008                    Respectfully submitted,

                                           /s/ A. Carter Magee, Jr.

                                           A. Carter Magee, Jr., Esq. (VSB #20284)
                                           W. Joel Charboneau (VSB#68025)
                                           Magee, Foster, Goldstein & Sayers, P.C.
                                           Post Office Box 404
                                           Roanoke, Virginia 24003
                                           540-343-9800
                                           540-343-9898 (f)
                                           cmagee@mfgs.com

                                           /s/ Andrea Sheehan
                                           Andrea Sheehan, Esq.
                                           Texas State Bar No. 24002935
                                           LAW OFFICES OF ROBERT E. LUNA, P.C.
                                           4411 North Central Expressway
                                           Dallas, Texas  75205
                                           (214) 521-8000 Phone
                                           (214) 521-1738 Fax

## CERTIFICATE OF SERVICE

I certify that on November 26, 2008, I electronically filed the foregoing notice with the

United States Bankruptcy Court for the Eastern District of Virginia which caused electronic

notifications of filing to be served on all registered users of the ECF system that have filed

notices of appearance in this case.

                                           /s/ A. Carter Magee, Jr.

U:\A CLIENTS\Lewisville Independent School District et al. 7868\02-Circuit City\Sheehan Notice of Appearance.doc