| | |
|---|---|
| Andrea Sheehan, Esq. | A. Carter Magee, Jr., Esq. |
| LAW OFFICES OF ROBERT E. LUNA, P.C. | W. Joel Charboneau, Esq. |
| 4411 N. Central Expressway | Magee, Foster, Goldstein & Sayers, P.C. |
| Dallas, Texas 75205 | Post Office Box 404 |
| (214) 521-8000 | Roanoke, Virginia 24003 |
| (214) 521-1738 FAX | (540) 343-9800 |
| sheehan@txschoollaw.com | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **CIRCUIT CITY STORES, INC., et al.** | § | **CASE NO. 08-35653-KRH-11** |
| | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | |
| | § | |

**MOTION OF A. CARTER MAGEE, JR. FOR AN ORDER
AUTHORIZING ANDREA SHEEHAN TO APPEAR *PRO HAC VICE*
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

A. Carter Magee, Jr. (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia, an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), and a partner with Magee, Foster, Goldstein & Sayers, P.C., hereby moves this Court to enter an order substantially in the form of the proposed order as Exhibit A, authorizing Andrea Sheehan of Law Offices of Robert E. Luna, P.C. to appear *pro hac vice* before this Court to represent Lewisville Independent School District (the "School District"), secured creditor pursuant to ad valorem taxes in the above-captioned chapter 11 bankruptcy cases pursuant to Rule 2090-1 (E)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"). In support of the Motion, the Movant states as follows:

1. Andrea Sheehan is admitted, practicing, and in good standing as a member of the bar of the State of Texas and the United States District Court for the Northern District of Texas. Ms. Sheehan has been practicing law since 1997. There are no disciplinary proceedings pending against her.

## WAIVER OF MEMORANDUM OF LAW

2. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

## NO PRIOR REQUEST

3. No prior request for the relief sough herein has been made to this Court in these bankruptcy cases or to any other court.

4. I, A. Carter Magee, Jr., am a member of this bar and I, or another attorney in my firm that is a member of the bar of this Court, will appear with Ms. Banda at all hearings she attends.

**WHEREFORE**, A. Carter Magee, Jr., respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit A, (i) authorizing Andrea Sheehan to appear *pro hac vice* in association with the Movant as attorney for the School District in connection with the above-captioned chapter 11 cases and (ii) granting such other and further relief as is just and proper.

Dated: November 26, 2008                Respectfully submitted,

/s/ A. Carter Magee, Jr.

A. Carter Magee, Jr., Esq. (VSB #20284)  
W. Joel Charboneau, Esq. (VSB#68025)  
Magee, Foster, Goldstein & Sayers, P.C.  
Post Office Box 404  
Roanoke, Virginia 24003  
Phone: 540-343-9800  
Fax: 540-343-9898

## **CERTIFICATE OF SERVICE**

I certify that on November 26, 2008, I electronically filed the foregoing motion with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notifications of filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

/s/ A. Carter Magee, Jr.

U:\A CLIENTS\Lewisville Independent School District et al. 7868\02-Circuit City\Pro Hac Vice Motion-1.doc

3