UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                       )      Chapter 11
                                             )
CIRCUIT CITY STORES, INC., et al.,           )
                                             )      Case No. 08-35653
                                             )
         Debtors.                            )      Jointly Administered

**MOTION FOR ADMISSION
PRO HAC VICE OF MEEGAN B. CASEY**

Bruce H. Matson ("Movant") hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing Meegan B. Casey ("Ms. Casey"), an attorney with the law firm of Riemer & Braunstein LLP, to appear pro hac vice in the referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent Bank of America, N.A, as Agent for the Pre-Petition and the DIP Lenders, and in support of this Motion, the Movant states as follows:

1.    Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2.    Ms. Casey is a member of good standing of the State Bar of Massachusetts and is an attorney admitted to practice before the United States District Court for the District of Massachusetts and the U.S. Bankruptcy Court for the District of Massachusetts. There are no

---

Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003

disciplinary proceedings pending against Ms. Casey in any jurisdiction in which she is admitted to practice.

3. Movant requests that this Court authorize Ms. Casey to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of Bank of America, N.A., as Agent for the Pre-Petition and the DIP Lenders.

4. Movant and his law firm shall serve as co-counsel with Ms. Casey in the Bankruptcy Case (and related proceedings).

5. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Meegan B. Casey to appear _pro hac vice_ in the Bankruptcy Case in substantially the same form as Exhibit A attached hereto and grant such other and further relief as is just.

/s/ Bruce H. Matson
Movant

Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2008, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Meegan B. Casey was served on all persons receiving electronic notice in these cases.

/s/ Bruce H. Matson
Movant

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | |
| | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION FOR
ADMISSION PRO HAC VICE OF MEEGAN B. CASEY**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Meegan B. Casey (the "Motion") filed by Bruce H. Matson, seeking admission pro hac vice for Meegan B. Casey, of the law firm of Riemer & Braunstein LLP, in the above-styled bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Meegan B. Casey be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

2. Meegan B. Casey, of the law firm of Riemer & Braunstein LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to

---

Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003

Local Bankruptcy Rule 2090-1(E)(2) on behalf of Bank of America, N.A. as Agent for the Pre-Petition and for the DIP Lenders.

ENTERED: _____

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

_____
Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003

### Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

_____
Movant

2

## SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

Meegan B. Casey
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
    *Counsel for Bank of America, N.A., as Agent*

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
    *Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
    *Counsel for the Debtors*

3