# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

In re:

CIRCUIT CITY STORES, INC.,
et al.,

Jointly Administered  ,

Debtors.
_____/

Chapter 11 Proceedings

Case No. 08-35653

Hon. Kevin Huennekens

## ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE*

Upon consideration of the motion (the "Motion") of Paul McCourt Curley, Esq. of the law firm Canfield | Baer LLP for the admission *pro hac vice* of Gary H. Cunningham; and it appearing that notice of the Motion having been given to the Office of the United States Trustee for the Eastern District of Virginia; counsel for the Debtors and all other parties in interest; and it appearing that no other or further notice need be given; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that Gary H. Cunningham is permitted to appear *pro hac vice* as counsel for Carrollton Arms, LLC, in the above-captioned chapter 11 cases.

Entered:       /      /

_____
UNITED STATES BANKRUPTCY JUDGE

---

CANFIELD | BAER LLP
Paul McCourt Curley, Esq. VSB No. 43974
2201 Libbie Avenue, Suite 200
Richmond, Virginia 23230
Telephone: 804-673-6600
Telecopier: 804-673-6604
E-Mail: pcurley@canfieldbaer.com
 *Local Counsel for Carrollton Arms, LLC*

I ASK FOR THIS:

    /s/ Paul McCourt Curley
CANFIELD | BAER LLP
Paul McCourt Curley, Esquire VSB No. 43974
2201 Libbie Avenue, Suite 200
Richmond, Virginia 23230
Telephone: 804-673-6600
Telecopier: 804-673-6604

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Order Granting Motion for Admission Pro Hac Vice of Gary H. Cunningham was served by first class mail and/or electronic means on this 26th day of November 2008 upon the following constituting all necessary parties:

| | |
|---|---|
| Daniel F. Blanks, Esq. | Dion W. Hayes, Esq. |
| Douglas M. Foley, Esq. | Joseph S. Sheerin, Esq. |
| McGuire Woods LLP | Sarah Beckett Boehm, Esq. |
| 9000 World Trade Center | McGuire Woods LLP |
| 101 W. Main Street | 901 East Cary Street |
| Norfolk, VA 23510 Richmond, VA 23219 | |

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

    /s/ Paul McCourt Curley

## LIST OF PARTIES TO RECEIVE COPY OF ENTERED ORDER

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
901 East Cary Street
Richmond, VA 23219

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Paul McCourt Curley, Esq.
CANFIELD | BAER LLP
2201 Libbie Avenue, Suite 200
Richmond, Virginia 23230

Gary H. Cunningham, Esq.
Giarmarco Mullins & Horton PC
101 W. Big Beaver Road, Floor 10
Troy, Michigan 48084