UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: § | |
| § | CASE NO. 08-35653-KRH-11 |
| CIRCUIT CITY STORES, INC. § | |
| § | Chapter 11 |
| Debtor § | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Mark E. Browning moves this Court for an order permitting him to represent the Texas Comptroller of Public Accounts and Texas Workforce Commission, creditors in these cases, *pro hac vice* in these bankruptcy cases and in support of this Motion states as follows:

1. I am a member in good standing of the State Bar of Texas and of the United States District Courts for the Eastern, Northern, Southern and Western District of Texas and the United States Courts of Appeals for the Second, Fifth and Ninth Circuits.

2. My business address and telephone contact numbers are:

Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-2548
(512) 475-4883
(512) 482-8341 (fax)

3. I have not been the subject of any disciplinary action.

4. I have not been denied admission to the courts of any state or to any federal court.

5. I am familiar with the Federal Rules of Civil Procedure and will become familiar with and at all times abide by the Local Rules of this Court and comply with those Rules.

6. I respectfully request that I be allowed to appear before this Court to represent the interests of the Texas Comptroller and Texas Workforce Commission. I further respectfully request that any

local counsel requirement be waived as to such representation, as the Texas Attorney General's office is a taxpayer-funded governmental unit and lacks appropriated fund for retention of local counsel in the many bankruptcy cases in which it appears across the United States.

WHEREFORE, Mark E. Browning prays that this Court grant his Motion to appear *pro hac vice* in these cases, and for such other and further relief as this Court deems just and proper.

Date: November 26, 2008

*/s/ Mark E. Browning*
Mark E. Browning
Assistant Attorney General

Attorney for Texas Comptroller of Public Accounts and Texas Workforce Commission

**Certificate of Service**

I hereby certify that a true copy of the foregoing pleading has been served electronically on the following parties on this 26th day of November, 2008.

Angela Sheffler Abreu aabreu@mccarter.com, rowan20@excite.com
Christopher M. Alston alstc@foster.com, muelk@foster.com
Mark K. Ames mark@taxva.com
Heather Lynn Anderson Heather.Anderson@dol.lps.state.nj.us
Peter Barrett peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;elenora.allen@kutakrock.com
Raymond William Battaglia rbattaglia@obht.com
Christopher R. Belmonte cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
Paula S. Beran pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com
Daniel F. Blanks dblanks@mcguirewoods.com
Paul S. Bliley pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Sarah Beckett Boehm sboehm@mcguirewoods.com, kcain@mcguirewoods.com
Wanda Borges borgeslawfirm@aol.com
Timothy Francis Brown brownt@arentfox.com, giaimo.christopher@arentfox.com
Mark E. Browning bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Paul K. Campsen pkcampsen@kaufcan.com

2

William H. Casterline wcasterlinejr@blankeith.com, bford@bklawva.com
Charles W. Chotvacs chotvacsc@ballardspahr.com, aconway@taubman.com;Pollack@ballardspahr.com
Anthony J. Cichello acichello@kb-law.com
Michael A. Condyles michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com
Andrew S. Conway aconway@taubman.com
Robert K. Coulter robert.coulter@usdoj.gov, sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov
John M. Craig johncraigg@aol.com, russj4478@aol.com
Paul McCourt Curley pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
Heather D. Dawson hdawson@kkgpc.com, scarlberg@kkgpc.com
Gilbert D. Dean ddean@coleschotz.com
Deborah H. Devan dhd@nqgrg.com
Jaime Sue Dibble jdibble@stinson.com, lbigus@stinson.com
Jennifer V. Doran jdoran@haslaw.com
Seth A. Drucker sdrucker@honigman.com
Sara B. Eagle eagle.sara@pbgc.gov, efile@pbgc.gov
Bradford F. Englander benglander@linowes-law.com, klevie@linowes-law.com;jkneeland@linowes-law.com;gduvall@linowes-law.com;nconstantino@linowes-law.com;bnestor@linowes-law.com;aevert@linowes-law.com
Augustus C. Epps aepps@cblaw.com, lthompson@cblaw.com
David J. Ervin dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Michael P. Falzone mfalzone@hf-law.com, stoboz@hf-law.com
Robert J. Feinstein rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
John D. Fiero jfiero@pszjlaw.com
Douglas M. Foley dfoley@mcguirewoods.com
Jeremy S. Friedberg jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com
Jeremy S. Friedberg jsf@llff.com, ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com
Ellen A. Friedman efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
Brad R. Godshall bgodshall@pszjlaw.com
Jeffrey J. Graham jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com
William A. Gray bgray@sandsanderson.com, lhudson@sandsanderson.com
Steven H. Greenfeld steveng@cohenbaldinger.com
David A. Greer dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
Elizabeth L. Gunn egunn@durrettebradshaw.com, sryan@durrettebradshaw.com
Eric A. Handler ehandler@donahue.com, jane@donahue.com
Dion W. Hayes dhayes@mcguirewoods.com
Matthew E. Hoffman mehoffman@duanemorris.com, Dimassa@duanemorris.com;lstopol@levystopol.com
Brian D. Huben brian.huben@kattenlaw.com,

carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.com
Lisa Taylor Hudson lhudson@sandsanderson.com, kbice@sandsanderson.com;rarrington@sandsanderson.com
Christopher A. Jones cajones@wtplaw.com, wbatres@wtplaw.com
Douglas D. Kappler dkappler@rdwlawcorp.com
Thomas G. King tking@kech.com, dholmgren@kech.com
Michael S. Kogan mkogan@ecjlaw.com, rfraire@ecjlaw.com
Charles Gideon Korrell gkorrell@dl.com
Leonidas Koutsouftikis lkouts@magruderpc.com, mcook@magruderpc.com
Darryl S. Laddin bkrfilings@agg.com
Kevin A. Lake klake@vanblk.com, lseaborne@vanblk.com,dszabo@vanblk.com,dalessi@vanblk.com
John J. Lamoureux jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
Ian S. Landsberg ilandsberg@lm-lawyers.com
Richard E. Lear rlear@hklaw.com
Justin D. Leonard jleonard@balljanik.com
Fredrick J. Levy fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
James V. Lombardi jvlombardi@rossbanks.com
Henry Pollard Long hlong@hunton.com
John E. Lucian lucian@blankrome.com
Donald K. Ludman dludman@brownconnery.com
Christine D. Lynch clynch@goulstonstorrs.com
A. Carter Magee cmagee@mfgs.com, lcopenhaver@mfgs.com
Richard M. Maseles edvaecf@dor.mo.gov
Bruce H. Matson bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
Kevin R. McCarthy krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com
Neil E. McCullagh nmccullagh@cantorarkema.com
W. Clarkson McDow, Jr. USTPRegion04.RH.ECF@usdoj.gov
Annemarie G. McGavin annemarie.mcgavin@bipc.com, angela.brandt@bipc.com
Robert P. McIntosh Robert.McIntosh@usdoj.gov
John D. McIntyre jmcintyre@wilsav.com, wedwards@wilsav.com
John G. McJunkin jmcjunkin@mckennalong.com, sparson@mckennalong.com
Jennifer McLain McLemore jmclemore@cblaw.com, avaughn@cblaw.com
Malcolm M. Mitchell mmitchell@vorys.com, sbanerjee@vorys.com;jbmullaney@vorys.com;cmbrosius@vorys.com
Michael D. Mueller mmueller@cblaw.com, avaughn@cblaw.com
Kevin M. Newman knewman@menterlaw.com
Alan Michael Noskow anoskow@pattonboggs.com, tbryan@pattonboggs.com
Samuel S. Oh sam.oh@limruger.com
Mary E. Olden molden@mhalaw.com, akauba@mhalaw.com
Laura Otenti lotenti@pbl.com

James A. Pardo jpardo@kslaw.com, thadwilson@kslaw.com
Min Park mpark@cblh.com
Christopher L. Perkins christopher.perkins@leclairryan.com, stacie.wetzler@leclairryan.com;stacy.beaulieu@leclairryan.com
David M. Poitras dmp@jmbm.com
Jeffrey N. Pomerantz jpomerantz@pszjlaw.com
Courtney E. Pozmantier cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
Michael Reed danielle.goff@mvbalaw.com
Fred B. Ringel fbr@robinsonbrog.com
Philip M. Roberts mroberts@bdlaw.org
Jeremy Brian Root jroot@bklawva.com, tmartin@bklawva.com
Eric Christopher Rusnak eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
Jeremy W. Ryan jryan@saul.com
Michael J. Sage msage@omm.com, kzeldman@omm.com;bwajda@omm.com
Rebecca L. Saitta rsaitta@wileyrein.com, rours@wileyrein.com
Jeffrey Scharf jeff@taxva.com, tacspc@gmail.com
Ann E. Schmitt aschmitt@culbert-schmitt.com
William H. Schwarzschild tschwarz@williamsmullen.com
Joseph S. Sheerin jsheerin@mcguirewoods.com
Jesse Silverman silvermanj@ballardspahr.com, pollack@ballardspahr.com
Richard F. Stein richard.f.stein@irscounsel.treas.gov
Jeffrey L. Tarkenton jtarkenton@wcsr.com, toross@wcsr.com
Lynn L. Tavenner ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com
Roy M. Terry rterry@durrettebradshaw.com, sryan@durrettebradshaw.com
Dylan G. Trache dtrache@wileyrein.com, rours@wileyrein.com
Ronald M. Tucker rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,shclark@simon.com
Robert B. Van Arsdale Robert.B.Van.Arsdale@usdoj.gov, USTPRegion04.RH.ECF@usdoj.gov
John P. Van Beek jvanbeek@ygvb.com, ldossett@ygvb.com;ematthews@ygvb.com;hcurrier@ygvb.com
Mitchell B. Weitzman mweitzman@beankinney.com, npeele@beankinney.com
Jennifer J. West jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;skelly@spottsfain.com;tmoore@spottsfain.com;ecorbett@spottsfain.com;eanderson@spottsfain.com
Robert S. Westermann rwestermann@hunton.com
J. Christian Word chefiling@lw.com
Sheila G. deLa Cruz sdelacruz@hf-law.com, jbsmith@hf-law.com

*/s/ Mark E. Browning*
Mark E. Browning