UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | § |
| | § CASE NO. 08-35653-KRH-11 |
| CIRCUIT CITY STORES, INC. | § |
| | § Chapter 11 |
| Debtor | § |

### ORDER

In consideration of the Motion of Mark E. Browning to appear and practice before this Court *pro hac vice* in the above-captioned bankruptcy cases and Mark E. Browning having entered his appearance as counsel in these cases,

IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that Mark E. Browning, who is a member of the Bar of the State of Texas, the Bars of the United States District Courts for the Eastern, Southern, Northern and Western Districts of Texas, and the Bars of the Second, Fifth and Ninth Circuit Courts of Appeal, be admitted to appear and practice before this Court *pro hac vice* only in the above-referenced bankruptcy cases and any related adversary litigation on behalf of the Texas Comptroller of Public Accounts and Texas Workforce Commission

IT IS FURTHER ORDERED that in conjunction with such admission *pro hac vice*, and as to matters arising during or pertaining to the above-captioned action, Mark E. Browning will be subject to and submit himself to the full disciplinary powers of this Court to the same extent as if he were fully admitted to practice in this Court and the Bar of Virginia.

Entered on docket:

_____
Judge

I ASK FOR THIS:

By: */s/ Mark E. Browning*
    Mark E. Browning
Assistant Attorney General
Texas Attorney General's Office
P.O. Box 12548
Austin, TX 78711-2548
(512) 474-4883
(512) 482-8341 (fax)
Email: bk_mbrowning@oag.state.tx.us

Attorney for Texas Comptroller of Public Accounts
and Texas Workforce Commission