IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al. | Chapter 11 (Jointly administered) |
| Debtors, | |

NOTICE OF DEMAND FOR RECLAMATION
BY TRITRONICS, INC.

**PLEASE TAKE NOTICE** that, pursuant to Section 546 of title 11 of the United States Code (the "Bankruptcy Code") and applicable non-bankruptcy law, Tritronics, Inc. ("Tritronics"), by and through its undersigned counsel, hereby demands reclamation of goods delivered to the above-captioned debtors and debtors-in-possession ("Debtors") within the applicable statutory time periods. Tritronics further demands that the Debtors immediately segregate, identify, account for and turn over the goods to Tritronics.

**PLEASE TAKE FURTHER NOTICE** that, on November 25, 2008, pursuant to Section 546 the Bankruptcy Code and applicable non-bankruptcy law, Tritronics served its written demand for reclamation of goods, upon the Debtors via overnight courier. Copies of the written demands are attached, along with copies of the overnight courier airbills.

Ronald S. Gellert, Esq.
ECERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Tele: (302) 425-0430
Fax: (302) 425-0432

and

Dennis T. Lewandowski, Esq.
 VSB No. 22232
Kaufman & Canoles, a
 professional corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele: (757) 624-3000
Fax: (757) 624-3169

*Counsel for Tritronics, Inc.*

Dated: November 26, 2008

/s/ Dennis T. Lewandowski
Dennis T. Lewandowski
Kaufman & Canoles LLP
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3000
Facsimile: 757-624-3169

and

Ronald S. Gellert
ECKERT SEAMANS CHERIN
  & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: 302-465-0430
Facsimile: 302-465-0432

*Attorneys for Tritronics, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that upon information and belief, a copy of the foregoing *Notice of Demand for Reclamation by Tritronics, Inc.* will be caused to be served this 26th day of November, 2008, by Federal Express upon the parties listed below.

    Circuit City Stores, Inc. et al.
    Claims Proceesing
    c/o Kurtzman Carson Consultants
    2335 Alaska Avenue
    El Segundo, CA 90245

    Circuit City Stores, Inc.
    9950 Maryland Drive
    Richmond, Virginia 23233
    Attn: Reginald D. Hedgebeth

    Circuit City Stores, Inc.
    9950 Maryland Drive
    Richmond, Virginia 23233
    Attn: Daniel W. Ramsey

    Skadden, Arps, Slate Meagher & Flom LLP
    333 West Wacker Drive
    Chicago, IL 60606
    Attn: Sarah Baker, Esq.

    McGuireWoods LLP
    One James Center
    901 E. Cary Street
    Richmond, VA 23219
    Attn: Sarah B. Boehm, Esq.



\1426179\1