

# FedEx Ship Manager®

Logout    Help

| Prepare Shipment | Ship History | My Lists | Reports | My Profile |

## Your Shipment Details

| | | | |
|---|---|---|---|
| From: | OFFICE SERVICES CENTER<br>ECKERT SEAMANS CHERIN & MELLOTT<br>50 South 16th Street<br>Two Liberty Place 22nd FLOOR<br>PHILADELPHIA, PA 19102<br>US<br>2158518381 | Package type:<br>Pickup/Drop Off:<br>Weight:<br>Dimensions:<br>Declared value:<br>Shipper account number:<br>Bill transportation to:<br>Courtesy rate quote:*<br>List rates: | FedEx Pak<br>give to scheduled courier at my location<br>1 LBS<br>0 x 0 x 0 in<br>0.00 USD<br>19112292<br>19112292<br>22.00<br>44.01 |
| To: | Claims Processing<br>Circuit City Stores, Inc et al<br>C/O Kurtzman Carson Consultants<br>2355 Alaska Avenue<br>El Segundo, CA 90245<br>US<br>2158518380 | Effective net discount:<br>Discounted variable %<br>List variable %<br>Cod amount<br>Special services:<br>Shipment Purpose:<br>Shipment type:<br>Commercial/Residential Status: | 22.01<br><br><br><br><br><br>Express<br>Commercial |
| Tracking no:<br>Your reference:<br>Ship date:<br>Service type: | 797139764634<br>RXG--291677-00006<br>Nov 25 2008<br>Standard Overnight | | |

**Please note :**
. * The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx



Luanne Spencer/PHL/ESCM         To
11/26/2008 11:24 AM             cc
                                bcc
                                Subject   Fw: FedEx Shipment 797139795059 Delivered

----- Forwarded by PHL OfficeServices/PHL/ESCM on 11/26/2008 11:20 AM -----



TrackingUpdates@fedex.com
11/26/2008 10:32 AM                 To    PHL OfficeServices/PHL/ESCM@ESCM
Please respond to                   cc
trackingmail@fedex.com              Subject   FedEx Shipment 797139795059 Delivered

---

This tracking update has been requested by:

Company       ECKERT SEAMANS CHERIN &
Name:         MELLOTT
Name:         OFFICE SERVICES CENTER
E-mail:       phl@eckertseamans.com

---

Our records indicate that the following shipment has been delivered:

Reference:                RXG 291677-00006
Ship (P/U) date:          Nov 25, 2008
Delivery date:            Nov 26, 2008 10:20 AM
Sign for by:              C.CHENAULT
Delivered to:             Shipping/Receiving
Service type:             FedEx Standard Overnight
Packaging type:           FedEx Pak
Number of pieces:         1
Weight:                   2.00 lb.
Special                   Deliver Weekday
handling/Services:

Tracking                  797139795059
number:

Shipper Information                              Recipient Information
OFFICE SERVICES CENTER                           Attn: Reginald D. Hedgebeth
ECKERT SEAMANS CHERIN & MELLOTT                  Circuit City Stores, Inc
50 South 16th Street; Two Liberty Place 22nd     9950 MAYLAND DR
FLOOR                                            RICHMOND
PHILADELPHIA                                     VA
PA                                               US
US                                               23233
19102

Please do not respond to this message. This email was sent from an unattendedmailbox.
This report was generated at approximately 9:31 AM CSTon 11/26/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.



Luanne Spencer/PHL/ESCM
11/26/2008 11:25 AM

To
cc
bcc
Subject   Fw: FedEx Shipment 796143254441 Delivered



TrackingUpdates@fedex.com
11/26/2008 10:32 AM
Please respond to trackingmail@fedex.com

To   PHL OfficeServices/PHL/ESCM@ESCM
cc
Subject   FedEx Shipment 796143254441 Delivered

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | ECKERT SEAMANS CHERIN & MELLOTT |
| Name: | OFFICE SERVICES CENTER |
| E-mail: | phl@eckertseamans.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | RXG 291677-00006 |
| Ship (P/U) date: | Nov 25, 2008 |
| Delivery date: | Nov 26, 2008 10:20 AM |
| Sign for by: | C.CHENAULT |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 796143254441 |

Shipper Information
OFFICE SERVICES CENTER
ECKERT SEAMANS CHERIN & MELLOTT
50 South 16th Street; Two Liberty Place 22nd FLOOR
PHILADELPHIA
PA
US
19102

Recipient Information
Attn: Daniel W. Ramsey
Circuit City Stores, Inc
9950 MAYLAND DR
RICHMOND
VA
US
23233

Please do not respond to this message. This email was sent from an unattendedmailbox. This report was generated at approximately 9:31 AM CSTon 11/26/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.


Luanne Spencer/PHL/ESCM
11/26/2008 11:27 AM

To

cc

bcc

Subject   Fw: FedEx Shipment 796143276766 Delivered


TrackingUpdates@fedex.com
11/26/2008 09:44 AM

Please respond to
trackingmail@fedex.com

To   PHL OfficeServices/PHL/ESCM@ESCM

cc

Subject   FedEx Shipment 796143276766 Delivered

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | ECKERT SEAMANS CHERIN & MELLOTT |
| Name: | OFFICE SERVICES CENTER |
| E-mail: | phl@eckertseamans.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | RXG 291677-00006 |
| Ship (P/U) date: | Nov 25, 2008 |
| Delivery date: | Nov 26, 2008 8:32 AM |
| Sign for by: | E.ROSAS |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 796143276766 |

Shipper Information
OFFICE SERVICES CENTER
ECKERT SEAMANS CHERIN & MELLOTT
50 South 16th Street; Two Liberty Place 22nd FLOOR
PHILADELPHIA
PA
US
19102

Recipient Information
Attn: Sarah Baker, Esquire
Skadden,Arps, Slate Meagher & Flom
333 West Wacker Drive
Chicago
IL
US
60606

Please do not respond to this message. This email was sent from an unattendedmailbox. This report was generated at approximately 8:44 AM CSTon 11/26/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,or


**Luanne Spencer/PHL/ESCM**
11/26/2008 11:26 AM

To
cc
bcc
Subject  Fw: FedEx Shipment 796143382168 Delivered


TrackingUpdates@fedex.com
11/26/2008 10:29 AM
Please respond to trackingmail@fedex.com

To  PHL OfficeServices/PHL/ESCM@ESCM
cc
Subject  FedEx Shipment 796143382168 Delivered

---

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | ECKERT SEAMANS CHERIN & MELLOTT |
| Name: | OFFICE SERVICES CENTER |
| E-mail: | phl@eckertseamans.com |

---

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | RXG -- 291677-6 |
| Ship (P/U) date: | Nov 25, 2008 |
| Delivery date: | Nov 26, 2008 10:24 AM |
| Sign for by: | F.ROLON |
| Delivered to: | Mailroom |
| Service type: | FedEx Priority Overnight |
| Packaging type: | Your Packaging |
| Number of pieces: | 1 |
| Weight: | 2.00 lb. |
| Special handling/Services: | Deliver Weekday |
| Tracking number: | 796143382168 |

Shipper Information
OFFICE SERVICES CENTER
ECKERT SEAMANS CHERIN & MELLOTT
50 South 16th Street; Two Liberty Place 22nd FLOOR
PHILADELPHIA
PA
US
19102

Recipient Information
SARAH B. BOEHM,ESQ
MCGUIREWOODS,LLP
1 JAMES CTR; 901 EAST CARY STREET
RICHMOND
VA
US
23219

Please do not respond to this message. This email was sent from an unattendedmailbox. This report was generated at approximately 9:29 AM CSTon 11/26/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,or