IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                    Case No. 08-35653-KRH

CIRCUIT CITY STORES, INC., et al.                         Chapter 11 (Jointly administered)

      Debtors,

NOTICE OF DEMAND FOR RECLAMATION
BY VANCE BALDWIN, INC.

PLEASE TAKE NOTICE that, pursuant to Section 546 of title 11 of the United States Code (the "Bankruptcy Code") and applicable non-bankruptcy law, Vance Baldwin, Inc. ("Vance"), by and through its undersigned counsel, hereby demands reclamation of goods delivered to the above-captioned debtors and debtors-in-possession ("Debtors") within the applicable statutory time periods. Vance further demands that the Debtors immediately segregate, identify, account for and turn over the goods to Vance.

PLEASE TAKE FURTHER NOTICE that, on November 25, 2008, pursuant to Section 546 the Bankruptcy Code and applicable non-bankruptcy law, Vance served its written demand for reclamation of goods, upon the Debtors via overnight courier. Copies of the written demands are attached, along with copies of the overnight courier airbills.

Ronald S. Gellert, Esq.
ECERT SEAMANS CHERIN & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Tele: (302) 425-0430
Fax: (302) 425-0432

and

Dennis T. Lewandowski, Esq.
 VSB No. 22232
Kaufman & Canoles, a
 professional corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele: (757) 624-3000
Fax: (757) 624-3169

*Counsel for Vance Baldwin, Inc.*

Dated: November 26, 2008

/s/ Dennis T. Lewandowski
Dennis T. Lewandowski
Kaufman & Canoles LLP
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: 757-624-3000
Facsimile: 757-624-3169

and

Ronald S. Gellert
ECKERT SEAMANS CHERIN
 & MELLOTT, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: 302-465-0430
Facsimile: 302-465-0432

*Attorneys for Vance Baldwin, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that upon information and belief, a copy of the foregoing *Notice of Demand for Reclamation by Vance Baldwin, Inc.* will be caused to be served this 26th day of November, 2008, by Federal Express upon the parties listed below.

Circuit City Stores, Inc. et al.
Claims Proceesing
c/o Kurtzman Carson Consultants
2355 Alaska Avenue
El Segundo, CA 90245

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233
Attn: Reginald D. Hedgebeth

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233
Attn: Daniel W. Ramsey

Skadden, Arps, Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606
Attn: Sarah Baker, Esq.

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Sarah B. Boehm, Esq.



1426973\1