Vance Baldwin

Check Remittance by Check Nbr
Report ID: CCAPCRMT

| Check Number | Date |
| --- | --- |
| 000428394 | 11/6/2008 |

| Invoice Vendor | PO No. | Date | PO | Amount |
| --- | --- | --- | --- | --- |
| 0001001092 | 1-543836-0808 | 8/28/2008 | 2499756 | 450.95 |
| 0001001092 | 1-557389-0908 | 9/5/2008 | 2504416 | 1,755.42 |
| 0001001092 | 1-598484-0908 | 9/27/2008 | | (65.00) |
| 0001001092 | 1-598634-0908 | 9/27/2008 | | (50.00) |
| 0001001092 | 1-597758-0908 | 9/28/2008 | | (500.00) |
| 0001001092 | 1-598825-0908 | 9/28/2008 | | (200.00) |
| 0001001092 | 1-598827-0908 | 9/28/2008 | | (200.00) |
| 0001001092 | 1-598829-0908 | 9/28/2008 | | (65.00) |
| 0001001092 | 1-598876-0908 | 9/28/2008 | | (250.00) |
| 0001001092 | 1-598902-0908 | 9/28/2008 | | (65.00) |
| 0001001092 | 1-598928-0908 | 9/28/2008 | | (250.00) |
| 0001001092 | 1-598936-0908 | 9/28/2008 | | (65.00) |
| 0001001092 | 1-598940-0908 | 9/28/2008 | | (300.00) |
| 0001001092 | 1-599022-0908 | 9/28/2008 | | (150.00) |
| 0001001092 | 1-599153-0908 | 9/28/2008 | | (125.00) |
| 0001001092 | 1-599300-0908 | 9/29/2008 | | (200.00) |
| 0001001092 | 1-599315-0908 | 9/29/2008 | | (50.00) |
| 0001001092 | 1-600061-0908 | 9/29/2008 | | (200.00) |
| 0001001092 | 1-600117-0908 | 9/29/2008 | | (125.00) |
| 0001001092 | 1-600189-0908 | 9/29/2008 | | (200.00) |
| 0001001092 | 1-600196-0908 | 9/29/2008 | | (200.00) |
| 0001001092 | 1-600208-0908 | 9/29/2008 | | (200.00) |
| 0001001092 | 1-600222-0908 | 9/29/2008 | | (200.00) |
| 0001001092 | 1-600231-0908 | 9/29/2008 | | (200.00) |
| 0001001092 | 1-600241-0908 | 9/29/2008 | | (200.00) |
| 0001001092 | 1-600254-0908 | 9/29/2008 | | (10.00) |
| 0001001092 | 1-600264-0908 | 9/29/2008 | | (200.00) |
| 0001001092 | 1-600264-0908 | 9/29/2008 | | (50.00) |

## Vance Baldwin

| Account | Invoice | Date | Amount |
|---|---|---|---|
| 0001001092 | 1-600273-0908 | 9/29/2008 | (50.00) |
| 0001001092 | 1-600360-0908 | 9/29/2008 | (1.00) |
| 0001001092 | 1-600381-0908 | 9/29/2008 | (200.00) |
| 0001001092 | 1-600655-0908 | 9/29/2008 | (200.00) |
| 0001001092 | 1-600846-0908 | 9/29/2008 | (200.00) |
| 0001001092 | 1-600952-0908 | 9/29/2008 | (50.00) |
| 0001001092 | 1-602276-0908 | 9/30/2008 | (200.00) |
| 0001001092 | 1-602278-0908 | 9/30/2008 | (150.00) |
| 0001001092 | 1-602596-0908 | 9/30/2008 | (250.00) |
| 0001001092 | 1-602656-0908 | 9/30/2008 | (200.00) |
| 0001001092 | 1-602667-0908 | 9/30/2008 | (10.00) |
| 0001001092 | 1-602819-0908 | 9/30/2008 | (200.00) |
| 0001001092 | 1-602882-0908 | 9/30/2008 | (65.00) |
| 0001001092 | 1-602892-0908 | 9/30/2008 | (65.00) |
| 0001001092 | 1-603067-0908 | 9/30/2008 | (65.00) |
| 0001001092 | 1-603138-0908 | 9/30/2008 | (65.00) |
| 0001001092 | 1-603149-0908 | 9/30/2008 | (65.00) |
| 0001001092 | 1-603445-0908 | 9/30/2008 | (65.00) |
| 0001001092 | 1-603455-0908 | 9/30/2008 | (65.00) |
| 0001001092 | 1-603486-0908 | 9/30/2008 | (65.00) |
| 0001001092 | 1-604540-1008 | 10/1/2008 | (150.00) |
| 0001001092 | 1-605353-1008 | 10/1/2008 | (65.00) |
| 0001001092 | 1-605478-1008 | 10/1/2008 | (100.00) |
| 0001001092 | 1-605497-1008 | 10/1/2008 | (65.00) |
| 0001001092 | 1-605614-1008 | 10/1/2008 | (200.00) |
| 0001001092 | 1-605633-1008 | 10/1/2008 | (99.66) |
| 0001001092 | 1-605652-1008 | 10/1/2008 | (200.00) |
| 0001001092 | 1-605691-1008 | 10/1/2008 | (10.00) |
| 0001001092 | 1-605760-1008 | 10/1/2008 | (15.00) |
| 0001001092 | 1-605814-1008 | 10/1/2008 | (200.00) |
| 0001001092 | 1-605889-1008 | 10/1/2008 | (65.00) |
| 0001001092 | 1-607133-1008 | 10/2/2008 | (10.00) |
| 0001001092 | 1-607136-1008 | 10/2/2008 | (50.00) |
| 0001001092 | 1-607211-1008 | 10/2/2008 | (150.00) |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100192 | 1-607427-1008 | 10/2/2008 | (500.00) |
| 000100192 | 1-607473-1008 | 10/2/2008 | (1.00) |
| 000100192 | 1-607493-1008 | 10/2/2008 | (25.00) |
| 000100192 | 1-607500-1008 | 10/2/2008 | (350.00) |
| 000100192 | 1-607509-1008 | 10/2/2008 | (150.00) |
| 000100192 | 1-607778-1008 | 10/2/2008 | (65.00) |
| 000100192 | 1-608094-1008 | 10/2/2008 | (225.00) |
| 000100192 | 1-608302-1008 | 10/2/2008 | (10.00) |
| 000100192 | 1-609664-1008 | 10/3/2008 | (200.00) |
| 000100192 | 1-610033-1008 | 10/3/2008 | (500.00) |
| 000100192 | 1-610332-1008 | 10/3/2008 | (60.00) |
| 000100192 | 1-610449-1008 | 10/3/2008 | (200.00) |
| 000100192 | 1-610464-1008 | 10/3/2008 | (65.00) |
| 000100192 | 1-610796-1008 | 10/3/2008 | (200.00) |
| 000100192 | 1-611607-1008 | 10/3/2008 | (63.93) |
| 000100192 | 1-611823-1008 | 10/6/2008 | (75.00) |
| 000100192 | 1-612046-1008 | 10/6/2008 | (200.00) |
| 000100192 | 1-612148-1008 | 10/6/2008 | (150.00) |
| 000100192 | 1-612411-1008 | 10/6/2008 | (50.00) |
| 000100192 | 1-612491-1008 | 10/6/2008 | (63.93) |
| 000100192 | 1-612507-1008 | 10/6/2008 | (150.00) |
| 000100192 | 1-612786-1008 | 10/6/2008 | (150.00) |
| 000100192 | 1-612946-1008 | 10/6/2008 | (125.00) |
| 000100192 | 1-614130-1008 | 10/7/2008 | (10.00) |
| 000100192 | 1-614302-1008 | 10/7/2008 | (200.00) |
| 000100192 | 1-614398-1008 | 10/7/2008 | (500.00) |
| 000100192 | 1-614478-1008 | 10/7/2008 | (200.00) |
| 000100192 | 1-614480-1008 | 10/7/2008 | (200.00) |
| 000100192 | 1-614843-1008 | 10/7/2008 | (200.00) |
| 000100192 | 1-614975-1008 | 10/7/2008 | (65.00) |
| 000100192 | 1-614991-1008 | 10/7/2008 | (200.00) |
| 000100192 | 1-615113-1008 | 10/7/2008 | (200.00) |
| 000100192 | 1-615223-1008 | 10/7/2008 | (200.00) |
| 000100192 | 1-615363-1008 | 10/7/2008 | (250.00) |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100192 | 1-615473-1008 | 10/7/2008 | (150.00) |
| 000100192 | 1-615593-1008 | 10/7/2008 | (150.00) |
| 000100192 | 1-615664-1008 | 10/7/2008 | (150.00) |
| 000100192 | 1-616213-1008 | 10/7/2008 | (50.00) |
| 000100192 | 1-617227-1008 | 10/8/2008 | (150.00) |
| 000100192 | 1-617263-1008 | 10/8/2008 2521457 | 45.21 |
| 000100192 | 1-617263-1008FRT | | 5.89 |
| 000100192 | 1-617347-1008 | 10/8/2008 | 150.00 |
| 000100192 | 1-617352-1008 | 10/8/2008 2521775 | 130.00 |
| 000100192 | 1-617356-1008 | 10/8/2008 2521714 | 120.00 |
| 000100192 | 1-617359-1008 | 10/8/2008 2521714 | 120.00 |
| 000100192 | 1-617364-1008 | 10/8/2008 2521775 | 24.38 |
| 000100192 | 1-617370-1008 | 10/8/2008 2521775 | 24.92 |
| 000100192 | 1-617379-1008 | 10/8/2008 2522006 | 20.43 |
| 000100192 | 1-617409-1008 | 10/8/2008 2520598 | 146.04 |
| 000100192 | 1-617584-1008 | 10/8/2008 | (50.00) |
| 000100192 | 1-617702-1008 | 10/8/2008 2519543 | 156.94 |
| 000100192 | 1-617702-1008FRT | 10/8/2008 | 9.65 |
| 000100192 | 1-617713-1008 | 10/8/2008 2521827 | 324.55 |
| 000100192 | 1-617713-1008FRT | 10/8/2008 | 10.31 |
| 000100192 | 1-617717-1008 | 10/8/2008 2521961 | 618.51 |
| 000100192 | 1-617717-1008FRT | 10/8/2008 | 14.39 |
| 000100192 | 1-617784-1008 | 10/8/2008 2520789 | 24.37 |
| 000100192 | 1-617784-1008FRT | 10/8/2008 | 9.14 |
| 000100192 | 1-617795-1008 | 10/8/2008 2521748 | 1,199.99 |
| 000100192 | 1-617795-1008FRT | 10/8/2008 | 14.39 |
| 000100192 | 1-617806-1008 | 10/8/2008 2522015 | 136.04 |
| 000100192 | 1-617807-1008 | 10/8/2008 2521880 | 1,029.95 |
| 000100192 | 1-617807-1008FRT | 10/8/2008 | 19.90 |
| 000100192 | 1-617812-1008 | 10/8/2008 2521784 | 396.40 |
| 000100192 | 1-617812-1008FRT | 10/8/2008 | 18.41 |
| 000100192 | 1-617813-1008 | 10/8/2008 2521367 | 449.04 |
| 000100192 | 1-617813-1008FRT | 10/8/2008 | 28.37 |
| 000100192 | 1-617816-1008 | 10/8/2008 2521827 | 257.68 |

Vance Baldwin

| Account | Item | Date | Amount |
|---|---|---|---|
| 000100109 | 1-617816-1008FRT | 10/8/2008 | 19.91 |
| 000100109 | 1-617840-1008 | 10/8/2008 | (250.00) |
| 000100109 | 1-617854-1008 | 10/8/2008 2517705 | 392.78 |
| 000100109 | 1-617854-1008FRT | 10/8/2008 | 10.75 |
| 000100109 | 1-617858-1008 | 10/8/2008 2522015 | 185.69 |
| 000100109 | 1-617858-1008FRT | 10/8/2008 | 9.14 |
| 000100109 | 1-617861-1008 | 10/8/2008 2521880 | 94.64 |
| 000100109 | 1-617863-1008 | 10/8/2008 2521880 | 490.22 |
| 000100109 | 1-617863-1008FRT | 10/8/2008 | 18.60 |
| 000100109 | 1-617889-1008 | 10/8/2008 2514903 | 54.08 |
| 000100109 | 1-617898-1008 | 10/8/2008 2522186 | 150.00 |
| 000100109 | 1-617909-1008 | 10/8/2008 | 64.84 |
| 000100109 | 1-617923-1008 | 10/8/2008 2519373 | 39.22 |
| 000100109 | 1-617923-1008FRT | 10/8/2008 | 8.61 |
| 000100109 | 1-617975-1008 | 10/8/2008 | 362.83 |
| 000100109 | 1-617988-1008 | 10/8/2008 2518854 | 87.00 |
| 000100109 | 1-618013-1008 | 10/8/2008 2521403 | 1,267.79 |
| 000100109 | 1-618013-1008FRT | 10/8/2008 | 76.95 |
| 000100109 | 1-618065-1008 | 10/8/2008 | 10.30 |
| 000100109 | 1-618091-1008 | 10/8/2008 2521633 | 479.85 |
| 000100109 | 1-618091-1008FRT | 10/8/2008 | 9.55 |
| 000100109 | 1-618197-1008 | 10/8/2008 | 76.72 |
| 000100109 | 1-618204-1008 | 10/8/2008 2521748 | 624.68 |
| 000100109 | 1-618206-1008 | 10/8/2008 2521961 | 97.01 |
| 000100109 | 1-618206-1008FRT | 10/8/2008 | 19.90 |
| 000100109 | 1-618252-1008 | 10/8/2008 2522015 | 48.23 |
| 000100109 | 1-618252-1008FRT | 10/8/2008 | 9.65 |
| 000100109 | 1-618261-1008 | 10/8/2008 2521954 | 2,587.50 |
| 000100109 | 1-618266-1008 | 10/8/2008 2517991 | 56.95 |
| 000100109 | 1-618267-1008 | 10/8/2008 2517991 | 41.28 |
| 000100109 | 1-618269-1008 | 10/8/2008 2521809 | 93.67 |
| 000100109 | 1-618270-1008 | 10/8/2008 2521809 | 150.89 |
| 000100109 | 1-618416-1008 | 10/8/2008 | (200.00) |
| 000100109 | 1-618479-1008 | 10/8/2008 | 4.66 |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100109 | 1-618493-1008 | 10/8/2008 | 3.23 |
| 000100109 | 1-618511-1008 | 10/8/2008 2521775 | 16.95 |
| 000100109 | 1-618515-1008 | 10/8/2008 2521775 | 16.95 |
| 000100109 | 1-618531-1008 | 10/8/2008 2521775 | 36.03 |
| 000100109 | 1-618597-1008 | 10/8/2008 2521030 | 40.77 |
| 000100109 | 1-618597-1008FRT | 10/8/2008 | 82.65 |
| 000100109 | 1-618603-1008 | 10/8/2008 2522380 | 150.00 |
| 000100109 | 1-618803-1008 | 10/8/2008 2519499 | 210.83 |
| 000100109 | 1-618803-1008FRT | 10/8/2008 | 8.64 |
| 000100109 | 1-618850-1008 | 10/8/2008 | 49.94 |
| 000100109 | 1-618939-1008 | 10/8/2008 | 100.35 |
| 000100109 | 1-618953-1008 | 10/8/2008 2512054 | 161.07 |
| 000100109 | 1-619034-1008 | 10/8/2008 2519751 | 108.99 |
| 000100109 | 1-619034-1008FRT | 10/8/2008 | 7.65 |
| 000100109 | 1-619043-1008 | 10/8/2008 2521775 | 130.00 |
| 000100109 | 1-619047-1008 | 10/8/2008 2519805 | 384.02 |
| 000100109 | 1-619047-1008FRT | 10/8/2008 | 47.90 |
| 000100109 | 1-619116-1008 | 10/8/2008 | (25.00) |
| 000100109 | 1-619185-1008 | 10/8/2008 2519052 | 478.76 |
| 000100109 | 1-619185-1008FRT | 10/8/2008 | 8.47 |
| 000100109 | 1-619190-1008 | 10/8/2008 2520785 | 157.34 |
| 000100109 | 1-619191-1008 | 10/8/2008 2521658 | 240.07 |
| 000100109 | 1-619191-1008FRT | 10/8/2008 | 60.10 |
| 000100109 | 1-619273-1008 | 10/8/2008 2522015 | 49.86 |
| 000100109 | 1-619273-1008FRT | 10/8/2008 | 8.61 |
| 000100109 | 1-619288-1008 | 10/8/2008 2500219 | 22.18 |
| 000100109 | 1-619299-1008 | 10/8/2008 2522015 | 14.34 |
| 000100109 | 1-619299-1008FRT | 10/8/2008 | 8.61 |
| 000100109 | 1-619300-1008 | 10/8/2008 2520608 | 0.02 |
| 000100109 | 1-619300-1008FRT | 10/8/2008 | 6.66 |
| 000100109 | 1-619324-1008 | 10/8/2008 2516897 | 176.29 |
| 000100109 | 1-619324-1008FRT | 10/8/2008 | 28.30 |
| 000100109 | 1-619325-1008 | 10/8/2008 | 33.22 |
| 000100109 | 1-619330-1008 | 10/8/2008 2521961 | 18.98 |

Vance Baldwin

| Account | Item | Date | Amount |
|---|---|---|---|
| 0001001092 | 1-619330-1008FRT | 10/8/2008 | 8.47 |
| 0001001092 | 1-619331-1008 | 10/8/2008 2517705 | 21.52 |
| 0001001092 | 1-619331-1008FRT | 10/8/2008 | 9.57 |
| 0001001092 | 1-619361-1008 | 10/8/2008 | 81.07 |
| 0001001092 | 1-619367-1008 | 10/8/2008 | 1,544.70 |
| 0001001092 | 1-619397-1008 | 10/8/2008 | 34.86 |
| 0001001092 | 1-619405-1008 | 10/8/2008 | 66.34 |
| 0001001092 | 1-619408-1008 | 10/8/2008 | 8.76 |
| 0001001092 | 1-619444-1008 | 10/8/2008 2520158 | 170.19 |
| 0001001092 | 1-619444-1008FRT | 10/8/2008 | 10.59 |
| 0001001092 | 1-619480-1008 | 10/8/2008 2522124 | 400.46 |
| 0001001092 | 1-619480-1008FRT | 10/8/2008 | 141.00 |
| 0001001092 | 1-619487-1008 | 10/8/2008 | 62.71 |
| 0001001092 | 1-619563-1008 | 10/8/2008 2521062 | 841.84 |
| 0001001092 | 1-619564-1008 | 10/8/2008 | 26.25 |
| 0001001092 | 1-619565-1008 | 10/8/2008 2521880 | 570.50 |
| 0001001092 | 1-619657-1008 | 10/8/2008 2521280 | 127.98 |
| 0001001092 | 1-619657-1008FRT | 10/8/2008 | 7.28 |
| 0001001092 | 1-619696-1008 | 10/8/2008 | 268.38 |
| 0001001092 | 1-619711-1008 | 10/8/2008 | 11.71 |
| 0001001092 | 1-619881-1008 | 10/8/2008 | 49.95 |
| 0001001092 | 1-619887-1008 | 10/8/2008 | 6.19 |
| 0001001092 | 1-619889-1008 | 10/8/2008 | 34.94 |
| 0001001092 | 1-619900-1008 | 10/8/2008 | 10.95 |
| 0001001092 | 1-619928-1008 | 10/8/2008 | 16.95 |
| 0001001092 | 1-620050-1008 | 10/8/2008 | 16.68 |
| 0001001092 | 1-620334-1008 | 10/8/2008 2520604 | 38.39 |
| 0001001092 | 1-620334-1008FRT | 10/8/2008 | 54.40 |
| 0001001092 | 1-620542-1008 | 10/8/2008 2520237 | 91.75 |
| 0001001092 | 1-620542-1008FRT | 10/8/2008 | 9.65 |
| 0001001092 | 1-620549-1008 | 10/8/2008 2518324 | 291.95 |
| 0001001092 | 1-620549-1008FRT | 10/8/2008 | 8.49 |
| 0001001092 | 1-620591-1008 | 10/8/2008 2521827 | 1,379.99 |
| 0001001092 | 1-620591-1008FRT | 10/8/2008 | 9.23 |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100109092 | 4-004791-1008 | 10/8/2008 2518312 | 110.11 |
| 000100109092 | 4-004791-1008FRT | 10/8/2008 | 400.86 |
| 000100109092 | 4-004832-1008 | 10/8/2008 2521199 | 15.87 |
| 000100109092 | 4-004834-1008 | 10/8/2008 2504938 | 20.00 |
| 000100109092 | 4-004836-1008 | 10/8/2008 2522350 | 132.80 |
| 000100109092 | 4-004837-1008 | 10/8/2008 2512250 | 132.80 |
| 000100109092 | 4-004838-1008 | 10/8/2008 2510057 | 132.80 |
| 000100109092 | 4-620954-1008 | 10/9/2008 2515972 | 127.30 |
| 000100109092 | 1-620954-1008FRT | 10/9/2008 | 10.00 |
| 000100109092 | 1-620990-1008 | 10/9/2008 | (750.00) |
| 000100109092 | 1-620992-1008 | 10/9/2008 | (500.00) |
| 000100109092 | 1-621067-1008 | 10/9/2008 | (65.00) |
| 000100109092 | 1-621132-1008 | 10/9/2008 | (50.00) |
| 000100109092 | 1-621154-1008 | 10/9/2008 2517831 | 145.04 |
| 000100109092 | 1-621154-1008FRT | 10/9/2008 | 9.39 |
| 000100109092 | 1-621201-1008 | 10/9/2008 | (150.00) |
| 000100109092 | 1-621205-1008 | 10/9/2008 2522667 | 300.00 |
| 000100109092 | 1-621205-1008FRT | 10/9/2008 | 33.05 |
| 000100109092 | 1-621210-1008 | 10/9/2008 2522667 | 260.00 |
| 000100109092 | 1-621210-1008FRT | 10/9/2008 | 9.07 |
| 000100109092 | 1-621212-1008 | 10/9/2008 2522029 | 130.00 |
| 000100109092 | 1-621212-1008FRT | 10/9/2008 | 9.14 |
| 000100109092 | 1-621217-1008 | 10/9/2008 2522592 | 203.42 |
| 000100109092 | 1-621217-1008FRT | 10/9/2008 | 8.90 |
| 000100109092 | 1-621218-1008 | 10/9/2008 2522667 | 194.14 |
| 000100109092 | 1-621218-1008FRT | 10/9/2008 | 9.39 |
| 000100109092 | 1-621221-1008 | 10/9/2008 2522667 | 130.00 |
| 000100109092 | 1-621221-1008FRT | 10/9/2008 | 9.14 |
| 000100109092 | 1-621236-1008 | 10/9/2008 2522667 | 150.00 |
| 000100109092 | 1-621236-1008FRT | 10/9/2008 | 9.23 |
| 000100109092 | 1-621244-1008 | 10/9/2008 2522667 | 225.00 |
| 000100109092 | 1-621244-1008FRT | 10/9/2008 | 9.39 |
| 000100109092 | 1-621247-1008 | 10/9/2008 2522667 | 225.00 |
| 000100109092 | 1-621247-1008FRT | 10/9/2008 | 9.39 |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100192 | 1-621249-1008 | 10/9/2008 2522667 | 225.00 |
| 000100192 | 1-621249-1008FRT | 10/9/2008 | 8.90 |
| 000100192 | 1-621252-1008 | 10/9/2008 2522667 | 130.00 |
| 000100192 | 1-621252-1008FRT | 10/9/2008 | 9.14 |
| 000100192 | 1-621256-1008 | 10/9/2008 2522668 | 225.00 |
| 000100192 | 1-621256-1008FRT | 10/9/2008 | 21.35 |
| 000100192 | 1-621257-1008 | 10/9/2008 2522667 | 225.00 |
| 000100192 | 1-621257-1008FRT | 10/9/2008 | 9.57 |
| 000100192 | 1-621259-1008 | 10/9/2008 2522667 | 225.00 |
| 000100192 | 1-621259-1008FRT | 10/9/2008 | 9.39 |
| 000100192 | 1-621260-1008 | 10/9/2008 2522667 | 225.00 |
| 000100192 | 1-621260-1008FRT | 10/9/2008 | 9.39 |
| 000100192 | 1-621266-1008 | 10/9/2008 2521362 | 489.30 |
| 000100192 | 1-621340-1008 | 10/9/2008 | (65.00) |
| 000100192 | 1-621352-1008 | 10/9/2008 2522186 | 130.00 |
| 000100192 | 1-621355-1008 | 10/9/2008 2522186 | 150.00 |
| 000100192 | 1-621357-1008 | 10/9/2008 2522667 | 16.21 |
| 000100192 | 1-621357-1008FRT | 10/9/2008 | 15.90 |
| 000100192 | 1-621364-1008 | 10/9/2008 2522186 | 194.14 |
| 000100192 | 1-621409-1008 | 10/9/2008 2522186 | 150.00 |
| 000100192 | 1-621410-1008 | 10/9/2008 2522186 | 120.00 |
| 000100192 | 1-621414-1008 | 10/9/2008 2522186 | 130.00 |
| 000100192 | 1-621419-1008 | 10/9/2008 2522186 | 150.00 |
| 000100192 | 1-621420-1008 | 10/9/2008 2522186 | 150.00 |
| 000100192 | 1-621423-1008 | 10/9/2008 2522186 | 150.00 |
| 000100192 | 1-621446-1008 | 10/9/2008 | (10.00) |
| 000100192 | 1-621449-1008 | 10/9/2008 2518387 | 79.06 |
| 000100192 | 1-621449-1008FRT | 10/9/2008 | 9.15 |
| 000100192 | 1-621451-1008 | 10/9/2008 2522474 | 101.54 |
| 000100192 | 1-621451-1008FRT | 10/9/2008 | 10.20 |
| 000100192 | 1-621479-1008 | 10/9/2008 2522186 | 150.00 |
| 000100192 | 1-621484-1008 | 10/9/2008 2522186 | 150.00 |
| 000100192 | 1-621486-1008 | 10/9/2008 2522193 | 280.50 |
| 000100192 | 1-621486-1008FRT | 10/9/2008 | 9.14 |

Vance Baldwin

| Account | Invoice | Date | Amount |
|---|---|---|---|
| 000100192 | 1-621489-1008 | 10/9/2008 2523341 | 175.70 |
| 000100192 | 1-621489-1008FRT | 10/9/2008 | 8.35 |
| 000100192 | 1-621492-1008 | 10/9/2008 2522186 | 203.42 |
| 000100192 | 1-621496-1008 | 10/9/2008 2522186 | 150.00 |
| 000100192 | 1-621503-1008 | 10/9/2008 | (50.00) |
| 000100192 | 1-621513-1008 | 10/9/2008 2519833 | 224.83 |
| 000100192 | 1-621513-1008FRT | 10/9/2008 | 33.05 |
| 000100192 | 1-621525-1008 | 10/9/2008 2519792 | 479.85 |
| 000100192 | 1-621525-1008FRT | 10/9/2008 | 31.40 |
| 000100192 | 1-621538-1008 | 10/9/2008 2522186 | 120.00 |
| 000100192 | 1-621539-1008 | 10/9/2008 2522186 | 120.00 |
| 000100192 | 1-621543-1008 | 10/9/2008 2522186 | 130.00 |
| 000100192 | 1-621545-1008 | 10/9/2008 2522186 | 120.00 |
| 000100192 | 1-621547-1008 | 10/9/2008 2518417 | 34.98 |
| 000100192 | 1-621547-1008FRT | 10/9/2008 | 9.23 |
| 000100192 | 1-621548-1008 | 10/9/2008 2522186 | 120.00 |
| 000100192 | 1-621550-1008 | 10/9/2008 2522186 | 120.00 |
| 000100192 | 1-621551-1008 | 10/9/2008 2516339 | 262.47 |
| 000100192 | 1-621551-1008FRT | 10/9/2008 | 9.39 |
| 000100192 | 1-621553-1008 | 10/9/2008 2522186 | 120.00 |
| 000100192 | 1-621561-1008 | 10/9/2008 2522186 | 130.00 |
| 000100192 | 1-621582-1008 | 10/9/2008 2522186 | 42.95 |
| 000100192 | 1-621583-1008 | 10/9/2008 2522186 | 130.00 |
| 000100192 | 1-621585-1008 | 10/9/2008 2522186 | 130.00 |
| 000100192 | 1-621617-1008 | 10/9/2008 2522128 | 618.51 |
| 000100192 | 1-621617-1008FRT | 10/9/2008 | 47.00 |
| 000100192 | 1-621686-1008 | 10/9/2008 2520623 | 859.99 |
| 000100192 | 1-621688-1008 | 10/9/2008 2515612 | 1,728.23 |
| 000100192 | 1-621693-1008 | 10/9/2008 | (30.00) |
| 000100192 | 1-621711-1008 | 10/9/2008 2522668 | 138.10 |
| 000100192 | 1-621711-1008FRT | 10/9/2008 | 9.14 |
| 000100192 | 1-621758-1008 | 10/9/2008 2522474 | 408.68 |
| 000100192 | 1-621758-1008FRT | 10/9/2008 | 9.91 |
| 000100192 | 1-621773-1008 | 10/9/2008 | (25.00) |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100102 | 1-621785-1008 | 10/9/2008 2522061 | 97.01 |
| 000100102 | 1-621785-1008FRT | 10/9/2008 | 8.95 |
| 000100102 | 1-621787-1008 | 10/9/2008 2517632 | 129.44 |
| 000100102 | 1-621787-1008FRT | 10/9/2008 | 9.65 |
| 000100102 | 1-621802-1008 | 10/9/2008 2519833 | 33.16 |
| 000100102 | 1-621802-1008FRT | 10/9/2008 | 8.61 |
| 000100102 | 1-621805-1008 | 10/9/2008 2522186 | 150.00 |
| 000100102 | 1-621875-1008 | 10/9/2008 | (200.00) |
| 000100102 | 1-621884-1008 | 10/9/2008 2522474 | 615.00 |
| 000100102 | 1-621884-1008FRT | 10/9/2008 | 57.50 |
| 000100102 | 1-621903-1008 | 10/9/2008 | (50.00) |
| 000100102 | 1-621934-1008 | 10/9/2008 2523353 | 40.44 |
| 000100102 | 1-621934-1008FRT | 10/9/2008 | 5.89 |
| 000100102 | 1-621935-1008 | 10/9/2008 2522048 | 584.74 |
| 000100102 | 1-621935-1008FRT | 10/9/2008 | 9.46 |
| 000100102 | 1-621937-1008 | 10/9/2008 2519161 | 10.55 |
| 000100102 | 1-621937-1008FRT | 10/9/2008 | 7.19 |
| 000100102 | 1-621939-1008 | 10/9/2008 2516048 | 6.01 |
| 000100102 | 1-621939-1008FRT | 10/9/2008 | 7.03 |
| 000100102 | 1-621944-1008 | 10/9/2008 2522667 | 375.00 |
| 000100102 | 1-621944-1008FRT | 10/9/2008 | 33.05 |
| 000100102 | 1-621954-1008 | 10/9/2008 2522667 | 333.42 |
| 000100102 | 1-621954-1008FRT | 10/9/2008 | 10.20 |
| 000100102 | 1-621955-1008 | 10/9/2008 2522038 | 179.99 |
| 000100102 | 1-621956-1008 | 10/9/2008 2522667 | 225.00 |
| 000100102 | 1-621956-1008FRT | 10/9/2008 | 33.05 |
| 000100102 | 1-621958-1008 | 10/9/2008 2522480 | 185.69 |
| 000100102 | 1-621959-1008 | 10/9/2008 2522517 | 94.64 |
| 000100102 | 1-621959-1008FRT | 10/9/2008 | 8.90 |
| 000100102 | 1-622111-1008 | 10/9/2008 2522667 | 355.00 |
| 000100102 | 1-622111-1008FRT | 10/9/2008 | 33.05 |
| 000100102 | 1-622114-1008 | 10/9/2008 2522667 | 485.00 |
| 000100102 | 1-622114-1008FRT | 10/9/2008 | 10.01 |
| 000100102 | 1-622116-1008 | 10/9/2008 2522030 | 150.00 |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100192 | I-622117-1008 | 10/9/2008 2522668 | 225.00 |
| 000100192 | I-622117-1008FRT | 10/9/2008 | 9.91 |
| 000100192 | I-622118-1008 | 10/9/2008 2522668 | 355.00 |
| 000100192 | I-622118-1008FRT | 10/9/2008 | 9.91 |
| 000100192 | I-622119-1008 | 10/9/2008 2517512 | 171.62 |
| 000100192 | I-622119-1008FRT | 10/9/2008 | 8.02 |
| 000100192 | I-622143-1008 | 10/9/2008 2515706 | 335.95 |
| 000100192 | I-621144-1008 | 10/9/2008 2521961 | 213.76 |
| 000100192 | I-621144-1008FRT | 10/9/2008 | 12.93 |
| 000100192 | I-621186-1008 | 10/9/2008 2522724 | 203.42 |
| 000100192 | I-622214-1008 | 10/9/2008 2522517 | 530.08 |
| 000100192 | I-622215-1008 | 10/9/2008 2522517 | 618.51 |
| 000100192 | I-622215-1008FRT | 10/9/2008 | 24.38 |
| 000100192 | I-622244-1008 | 10/9/2008 2522469 | 36.22 |
| 000100192 | I-622245-1008 | 10/9/2008 2522186 | 22.50 |
| 000100192 | I-622246-1008 | 10/9/2008 2522186 | 52.50 |
| 000100192 | I-622249-1008 | 10/9/2008 2522186 | 20.00 |
| 000100192 | I-622251-1008 | 10/9/2008 2519818 | 19.78 |
| 000100192 | I-622255-1008 | 10/9/2008 2522186 | 83.91 |
| 000100192 | I-622257-1008 | 10/9/2008 2522186 | 20.00 |
| 000100192 | I-622259-1008 | 10/9/2008 2522186 | 32.93 |
| 000100192 | I-622261-1008 | 10/9/2008 2522186 | 20.00 |
| 000100192 | I-623302-1008 | 10/9/2008 2520735 | 48.23 |
| 000100192 | I-622303-1008 | 10/9/2008 2522572 | 324.55 |
| 000100192 | I-623303-1008FRT | 10/9/2008 | 15.05 |
| 000100192 | I-622317-1008 | 10/9/2008 2521231 | 141.37 |
| 000100192 | I-623319-1008 | 10/9/2008 2522572 | 205.81 |
| 000100192 | I-622319-1008FRT | 10/9/2008 | 14.89 |
| 000100192 | I-623357-1008 | 10/9/2008 2521199 | 14.40 |
| 000100192 | I-622359-1008 | 10/9/2008 2522667 | 432.32 |
| 000100192 | I-622359-1008FRT | 10/9/2008 | 38.10 |
| 000100192 | I-622382-1008 | 10/9/2008 2522186 | 36.03 |
| 000100192 | I-622385-1008 | 10/9/2008 2522186 | 19.34 |
| 000100192 | I-622392-1008 | 10/9/2008 2515989 | 551.88 |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100192 | 1-622392-1008FRKT | 10/9/2008 | 9.65 |
| 000100192 | 1-622415-1008 | 10/9/2008 2522448 | 11.85 |
| 000100192 | 1-622419-1008 | 10/9/2008 2516480 | 599.99 |
| 000100192 | 1-622421-1008 | 10/9/2008 2504427 | 1,744.61 |
| 000100192 | 1-622422-1008 | 10/9/2008 2519751 | 486.82 |
| 000100192 | 1-622422-1008FRKT | 10/9/2008 | 60.10 |
| 000100192 | 1-622424-1008 | 10/9/2008 2519798 | 581.10 |
| 000100192 | 1-622424-1008FRKT | 10/9/2008 | 9.57 |
| 000100192 | 1-622467-1008 | 10/9/2008 2513725 | 150.00 |
| 000100192 | 1-622467-1008FRKT | 10/9/2008 | 9.39 |
| 000100192 | 1-622604-1008 | 10/9/2008 2522252 | 2.70 |
| 000100192 | 1-622604-1008FRKT | 10/9/2008 | 9.14 |
| 000100192 | 1-622605-1008 | 10/9/2008 2522667 | 16.21 |
| 000100192 | 1-622605-1008FRKT | 10/9/2008 | 9.14 |
| 000100192 | 1-622606-1008 | 10/9/2008 2522384 | 1.59 |
| 000100192 | 1-622606-1008FRKT | 10/9/2008 | 9.14 |
| 000100192 | 1-622635-1008 | 10/9/2008 2517831 | 380.65 |
| 000100192 | 1-622635-1008FRKT | 10/9/2008 | 10.01 |
| 000100192 | 1-622662-1008 | 10/9/2008 2519689 | 1,029.95 |
| 000100192 | 1-622664-1008 | 10/9/2008 2522061 | 5.10 |
| 000100192 | 1-622664-1008FRKT | 10/9/2008 | 19.76 |
| 000100192 | 1-622687-1008 | 10/9/2008 2518099 | 68.66 |
| 000100192 | 1-622688-1008 | 10/9/2008 2522186 | 80.83 |
| 000100192 | 1-622689-1008 | 10/9/2008 2522187 | 21.95 |
| 000100192 | 1-622690-1008 | 10/9/2008 2522187 | 29.89 |
| 000100192 | 1-622705-1008 | 10/9/2008 2519689 | 1,337.45 |
| 000100192 | 1-622738-1008 | 10/9/2008 2522577 | 203.42 |
| 000100192 | 1-622739-1008 | 10/9/2008 2522667 | 485.00 |
| 000100192 | 1-622739-1008FRKT | 10/9/2008 | 9.39 |
| 000100192 | 1-622771-1008 | 10/9/2008 2522028 | 194.14 |
| 000100192 | 1-622772-1008 | 10/9/2008 2522667 | 375.00 |
| 000100192 | 1-622772-1008FRKT | 10/9/2008 | 9.91 |
| 000100192 | 1-622783-1008 | 10/9/2008 2522027 | 120.00 |
| 000100192 | 1-622784-1008 | 10/9/2008 2522667 | 56.73 |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100192 | 1-627784-1008FRT | 10/9/2008 | 9.14 |
| 000100192 | 1-622838-1008 | 10/9/2008 2521343 | 2,587.50 |
| 000100192 | 1-622843-1008 | 10/9/2008 2522015 | 1,479.50 |
| 000100192 | 1-628857-1008 | 10/9/2008 2523037 | 150.00 |
| 000100192 | 1-628865-1008 | 10/9/2008 2519296 | 430.85 |
| 000100192 | 1-628866-1008 | 10/9/2008 2522667 | 225.00 |
| 000100192 | 1-628866-1008FRT | 10/9/2008 | 10.13 |
| 000100192 | 1-628886-1008 | 10/9/2008 2522193 | 94.64 |
| 000100192 | 1-628888-1008 | 10/9/2008 2522193 | 760.49 |
| 000100192 | 1-628888-1008FRT | 10/9/2008 | 18.15 |
| 000100192 | 1-628899-1008 | 10/9/2008 2522667 | 668.28 |
| 000100192 | 1-628899-1008FRT | 10/9/2008 | 10.75 |
| 000100192 | 1-622900-1008 | 10/9/2008 2522667 | 789.64 |
| 000100192 | 1-622900-1008FRT | 10/9/2008 | 10.86 |
| 000100192 | 1-622909-1008 | 10/9/2008 2522668 | 654.38 |
| 000100192 | 1-622909-1008FRT | 10/9/2008 | 50.80 |
| 000100192 | 1-622919-1008 | 10/9/2008 2521833 | 856.99 |
| 000100192 | 1-622922-1008 | 10/9/2008 2520135 | 450.33 |
| 000100192 | 1-622923-1008 | 10/9/2008 2520726 | 1,596.40 |
| 000100192 | 1-622924-1008 | 10/9/2008 2519615 | 400.00 |
| 000100192 | 1-622924-1008FRT | 10/9/2008 | 14.39 |
| 000100192 | 1-622928-1008 | 10/9/2008 2517565 | 632.82 |
| 000100192 | 1-622930-1008 | 10/9/2008 2519867 | 557.97 |
| 000100192 | 1-622930-1008FRT | 10/9/2008 | 78.75 |
| 000100192 | 1-622932-1008 | 10/9/2008 2519096 | 87.16 |
| 000100192 | 1-622932-1008FRT | 10/9/2008 | 8.58 |
| 000100192 | 1-622937-1008 | 10/9/2008 2520459 | 328.80 |
| 000100192 | 1-622937-1008FRT | 10/9/2008 | 28.30 |
| 000100192 | 1-622942-1008 | 10/9/2008 2519833 | 97.01 |
| 000100192 | 1-622942-1008FRT | 10/9/2008 | 10.01 |
| 000100192 | 1-622943-1008 | 10/9/2008 2519565 | 185.23 |
| 000100192 | 1-622943-1008FRT | 10/9/2008 | 9.57 |
| 000100192 | 1-622946-1008 | 10/9/2008 2520493 | 150.00 |
| 000100192 | 1-622946-1008FRT | 10/9/2008 | 9.14 |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100192 | 1-622947-1008 | 10/9/2008 2519833 | 43.18 |
| 000100192 | 1-622947-1008FRT | 10/9/2008 | 9.14 |
| 000100192 | 1-622958-1008 | 10/9/2008 2518013 | 236.96 |
| 000100192 | 1-622958-1008FRT | 10/9/2008 | 8.80 |
| 000100192 | 1-622964-1008 | 10/9/2008 2520608 | 49.10 |
| 000100192 | 1-622964-1008FRT | 10/9/2008 | 8.61 |
| 000100192 | 1-622971-1008 | 10/9/2008 2519052 | 188.04 |
| 000100192 | 1-622971-1008FRT | 10/9/2008 | 14.22 |
| 000100192 | 1-623024-1008 | 10/9/2008 2520815 | 117.26 |
| 000100192 | 1-623024-1008FRT | 10/9/2008 | 9.39 |
| 000100192 | 1-623028-1008 | 10/9/2008 2517418 | 0.90 |
| 000100192 | 1-623028-1008FRT | 10/9/2008 | 8.47 |
| 000100192 | 1-623030-1008 | 10/9/2008 2514954 | 372.33 |
| 000100192 | 1-623030-1008FRT | 10/9/2008 | 9.57 |
| 000100192 | 1-623032-1008 | 10/9/2008 2519296 | 897.49 |
| 000100192 | 1-623032-1008FRT | 10/9/2008 | 19.35 |
| 000100192 | 1-623040-1008 | 10/9/2008 2519480 | 157.58 |
| 000100192 | 1-623040-1008FRT | 10/9/2008 | 9.39 |
| 000100192 | 1-623041-1008 | 10/9/2008 2519594 | 632.08 |
| 000100192 | 1-623041-1008FRT | 10/9/2008 | 11.11 |
| 000100192 | 4-004923-1008 | 10/9/2008 2522448 | 745.94 |
| 000100192 | 4-004937-1008 | 10/9/2008 2522842 | 185.94 |
| 000100192 | 4-004937-1008FRT | 10/9/2008 | 54.72 |
| 000100192 | 1-623129-1008 | 10/10/2008 | (65.00) |
| 000100192 | 1-623139-1008 | 10/10/2008 2506532 | 15.00 |
| 000100192 | 1-623141-1008 | 10/10/2008 2521262 | 13.38 |
| 000100192 | 1-623143-1008 | 10/10/2008 2521199 | 58.67 |
| 000100192 | 1-623144-1008 | 10/10/2008 2522777 | 28.50 |
| 000100192 | 1-623146-1008 | 10/10/2008 2522777 | 8.75 |
| 000100192 | 1-623147-1008 | 10/10/2008 2522777 | 25.00 |
| 000100192 | 1-623148-1008 | 10/10/2008 2513818 | 44.12 |
| 000100192 | 1-623149-1008 | 10/10/2008 2522777 | 40.83 |
| 000100192 | 1-623152-1008 | 10/10/2008 2522777 | 21.35 |
| 000100192 | 1-623153-1008 | 10/10/2008 2522724 | 30.72 |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100192 | 1-623155-1008 | 10/10/2008 2522777 | 16.49 |
| 000100192 | 1-623158-1008 | 10/10/2008 2522777 | 28.90 |
| 000100192 | 1-623161-1008 | 10/10/2008 2522186 | 24.82 |
| 000100192 | 1-623162-1008 | 10/10/2008 2506532 | 15.00 |
| 000100192 | 1-623163-1008 | 10/10/2008 2522186 | 18.62 |
| 000100192 | 1-623166-1008 | 10/10/2008 2522777 | 15.00 |
| 000100192 | 1-623167-1008 | 10/10/2008 2522777 | 18.62 |
| 000100192 | 1-623174-1008 | 10/10/2008 2522777 | 36.22 |
| 000100192 | 1-623177-1008 | 10/10/2008 2522777 | 36.22 |
| 000100192 | 1-623180-1008 | 10/10/2008 2522777 | 19.34 |
| 000100192 | 1-623181-1008 | 10/10/2008 2522777 | 19.34 |
| 000100192 | 1-623182-1008 | 10/10/2008 2522836 | 28.90 |
| 000100192 | 1-623183-1008 | 10/10/2008 2522777 | 11.63 |
| 000100192 | 1-623186-1008 | 10/10/2008 2522724 | 21.60 |
| 000100192 | 1-623215-1008 | 10/10/2008 | (150.00) |
| 000100192 | 1-623485-1008 | 10/10/2008 | (10.00) |
| 000100192 | 1-623499-1008 | 10/10/2008 2522152 | 261.08 |
| 000100192 | 1-623500-1008 | 10/10/2008 2522434 | 624.68 |
| | 1-623500-1008FRT | 10/10/2008 | 26.25 |
| 000100192 | 1-623582-1008 | 10/10/2008 2522777 | 120.00 |
| 000100192 | 1-623583-1008 | 10/10/2008 2522777 | 150.00 |
| 000100192 | 1-623585-1008 | 10/10/2008 2522777 | 150.00 |
| 000100192 | 1-623589-1008 | 10/10/2008 2522777 | 150.00 |
| 000100192 | 1-623601-1008 | 10/10/2008 | (30.00) |
| 000100192 | 1-623630-1008 | 10/10/2008 2522015 | 275.48 |
| 000100192 | 1-623630-1008FRT | 10/10/2008 | 21.44 |
| 000100192 | 1-623632-1008 | 10/10/2008 2522746 | 42.64 |
| 000100192 | 1-623633-1008 | 10/10/2008 2522746 | 18.98 |
| 000100192 | 1-623634-1008 | 10/10/2008 2522734 | 1,368.90 |
| 000100192 | 1-623634-1008FRT | 10/10/2008 | 21.76 |
| 000100192 | 1-623637-1008 | 10/10/2008 2522724 | 194.14 |
| 000100192 | 1-623644-1008 | 10/10/2008 2522777 | 150.00 |
| 000100192 | 1-623663-1008 | 10/10/2008 2522777 | 150.00 |
| 000100192 | 1-623674-1008 | 10/10/2008 2522724 | 194.14 |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100192 | I-623678-1008 | 10/10/2008 2522777 | 150.00 |
| 000100192 | I-623699-1008 | 10/10/2008 2522724 | 194.14 |
| 000100192 | I-623700-1008 | 10/10/2008 2522354 | 1,097.16 |
| 000100192 | I-623701-1008 | 10/10/2008 2524457 | 198.21 |
| 000100192 | I-623702-1008 | 10/10/2008 2522474 | 618.51 |
| 000100192 | I-623702-1008FRT | 10/10/2008 | 193.16 |
| 000100192 | I-623704-1008 | 10/10/2008 2522777 | 150.00 |
| 000100192 | I-623709-1008 | 10/10/2008 2518013 | 32.86 |
| 000100192 | I-623709-1008FRT | 10/10/2008 | 6.47 |
| 000100192 | I-623721-1008 | 10/10/2008 2523087 | 624.68 |
| 000100192 | I-623721-1008FRT | 10/10/2008 | 47.00 |
| 000100192 | I-623743-1008 | 10/10/2008 2522667 | 516.67 |
| 000100192 | I-623743-1008FRT | 10/10/2008 | 38.40 |
| 000100192 | I-623746-1008 | 10/10/2008 2522927 | 555.94 |
| 000100192 | I-623746-1008FRT | 10/10/2008 | 47.00 |
| 000100192 | I-623757-1008 | 10/10/2008 2523087 | 373.75 |
| 000100192 | I-623757-1008FRT | 10/10/2008 | 31.40 |
| 000100192 | I-623772-1008 | 10/10/2008 2523087 | 624.68 |
| 000100192 | I-623772-1008FRT | 10/10/2008 | 13.65 |
| 000100192 | I-623795-1008 | 10/10/2008 2520493 | 879.95 |
| 000100192 | I-623795-1008FRT | 10/10/2008 | 12.15 |
| 000100192 | I-623803-1008 | 10/10/2008 2523292 | 448.04 |
| 000100192 | I-623803-1008FRT | 10/10/2008 | 11.78 |
| 000100192 | I-623805-1008 | 10/10/2008 2522927 | 610.49 |
| 000100192 | I-623805-1008FRT | 10/10/2008 | 13.65 |
| 000100192 | I-623808-1008 | 10/10/2008 2523292 | 530.08 |
| 000100192 | I-623808-1008FRT | 10/10/2008 | 16.22 |
| 000100192 | I-623817-1008 | 10/10/2008 2522468 | 938.56 |
| 000100192 | I-623817-1008FRT | 10/10/2008 | 64.18 |
| 000100192 | I-623818-1008 | 10/10/2008 2522842 | 1,229.08 |
| 000100192 | I-623818-1008FRT | 10/10/2008 | 169.50 |
| 000100192 | I-623822-1008 | 10/10/2008 2522762 | 61.06 |
| 000100192 | I-623822-1008FRT | 10/10/2008 | 8.97 |
| 000100192 | I-623824-1008 | 10/10/2008 2522800 | 30.62 |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100109 2 | 1-623824-1008FRT | 10/10/2008 | 9.13 |
| 000100109 2 | 1-623825-1008 | 10/10/2008 2522749 | 598.83 |
| 000100109 2 | 1-623825-1008FRT | 10/10/2008 | 37.29 |
| 000100109 2 | 1-623828-1008 | 10/10/2008 2519793 | 16.12 |
| 000100109 2 | 1-623828-1008FRT | 10/10/2008 | 5.89 |
| 000100109 2 | 1-623846-1008 | 10/10/2008 | (50.00) |
| 000100109 2 | 1-623856-1008 | 10/10/2008 2522782 | 361.90 |
| 000100109 2 | 1-623856-1008FRT | 10/10/2008 | 9.14 |
| 000100109 2 | 1-623874-1008 | 10/10/2008 2522517 | 3.25 |
| 000100109 2 | 1-623875-1008 | 10/10/2008 2523087 | 6.04 |
| 000100109 2 | 1-623875-1008FRT | 10/10/2008 | 9.39 |
| 000100109 2 | 1-623881-1008 | 10/10/2008 2522734 | 599.95 |
| 000100109 2 | 1-623883-1008 | 10/10/2008 2522750 | 2.82 |
| 000100109 2 | 1-623883-1008FRT | 10/10/2008 | 10.44 |
| 000100109 2 | 1-623915-1008 | 10/10/2008 2522667 | 278.54 |
| 000100109 2 | 1-623915-1008FRT | 10/10/2008 | 9.91 |
| 000100109 2 | 1-623960-1008 | 10/10/2008 2522927 | 207.32 |
| 000100109 2 | 1-623960-1008FRT | 10/10/2008 | 10.20 |
| 000100109 2 | 1-623961-1008 | 10/10/2008 2522668 | 807.64 |
| 000100109 2 | 1-623961-1008FRT | 10/10/2008 | 10.59 |
| 000100109 2 | 1-623991-1008 | 10/10/2008 | (63.93) |
| 000100109 2 | 1-624083-1008 | 10/10/2008 2518012 | 171.32 |
| 000100109 2 | 1-624083-1008FRT | 10/10/2008 | 9.65 |
| 000100109 2 | 1-624096-1008 | 10/10/2008 2520872 | 23.21 |
| 000100109 2 | 1-624097-1008 | 10/10/2008 2522667 | 608.16 |
| 000100109 2 | 1-624097-1008FRT | 10/10/2008 | 58.90 |
| 000100109 2 | 1-624098-1008 | 10/10/2008 | (10.00) |
| 000100109 2 | 1-624235-1008 | 10/10/2008 2508281 | 1,024.38 |
| 000100109 2 | 1-624235-1008FRT | 10/10/2008 | 18.87 |
| 000100109 2 | 1-624282-1008 | 10/10/2008 2520872 | 300.00 |
| 000100109 2 | 1-624282-1008FRT | 10/10/2008 | 9.65 |
| 000100109 2 | 1-624284-1008 | 10/10/2008 2522474 | 48.23 |
| 000100109 2 | 1-624284-1008FRT | 10/10/2008 | 9.14 |
| 000100109 2 | 1-624286-1008 | 10/10/2008 2523163 | 150.00 |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100192 | 1-624286-1008FRT | 10/10/2008 | 9.14 |
| 000100192 | 1-624289-1008 | 10/10/2008 2523087 | 150.00 |
| 000100192 | 1-624289-1008FRT | 10/10/2008 | 9.14 |
| 000100192 | 1-624290-1008 | 10/10/2008 2523163 | 57.72 |
| 000100192 | 1-624290-1008FRT | 10/10/2008 | 15.90 |
| 000100192 | 1-624297-1008 | 10/10/2008 2522842 | 282.10 |
| 000100192 | 1-624297-1008FRT | 10/10/2008 | 9.14 |
| 000100192 | 1-624298-1008 | 10/10/2008 2522667 | 64.57 |
| 000100192 | 1-624298-1008FRT | 10/10/2008 | 18.95 |
| 000100192 | 1-624300-1008 | 10/10/2008 2522938 | 22.16 |
| 000100192 | 1-624300-1008FRT | 10/10/2008 | 8.42 |
| 000100192 | 1-624386-1008 | 10/10/2008 2523292 | 152.15 |
| 000100192 | 1-624386-1008FRT | 10/10/2008 | 8.47 |
| 000100192 | 1-624481-1008 | 10/10/2008 2522061 | 98.97 |
| 000100192 | 1-624482-1008 | 10/10/2008 2522734 | 610.49 |
| 000100192 | 1-624484-1008 | 10/10/2008 2523053 | 593.18 |
| 000100192 | 1-624484-1008FRT | 10/10/2008 | 30.96 |
| 000100192 | 1-624520-1008 | 10/10/2008 | (10.00) |
| 000100192 | 1-624636-1008 | 10/10/2008 2523163 | 681.96 |
| 000100192 | 1-624637-1008 | 10/10/2008 2522927 | 610.49 |
| 000100192 | 1-624894-1008 | 10/10/2008 | (50.00) |
| 000100192 | 1-624966-1008 | 10/10/2008 | (200.00) |
| 000100192 | 1-624979-1008 | 10/10/2008 | (10.00) |
| 000100192 | 1-625027-1008 | 10/10/2008 | (200.00) |
| 000100192 | 1-625172-1008 | 10/10/2008 2518521 | 1,227.80 |
| 000100192 | 1-625172-1008FRT | 10/10/2008 | 23.30 |
| 000100192 | 1-625238-1008 | 10/10/2008 | (50.00) |
| 000100192 | 1-625300-1008 | 10/10/2008 | (47.41) |
| 000100192 | 1-625478-1008 | 10/10/2008 | 73.72 |
| 000100192 | 1-625495-1008 | 10/10/2008 2521071 | 167.10 |
| 000100192 | 1-625495-1008FRT | 10/10/2008 | 58.05 |
| 000100192 | 1-625703-1008 | 10/10/2008 2523446 | 150.00 |
| 000100192 | 1-625849-1008 | 10/10/2008 2522474 | 1,638.95 |
| 000100192 | 1-625922-1008 | 10/10/2008 2520864 | 157.34 |

Vance Baldwin

| | | | | |
|---|---|---|---|---|
| 0001001092 | 1-625922-1008FRT | 10/10/2008 | | 23.15 |
| 0001001092 | 1-625996-1008 | 10/10/2008 | 2512007 | 44.75 |
| 0001001092 | 1-626000-1008 | 10/10/2008 | 2522434 | 868.69 |
| 0001001092 | 1-626003-1008 | 10/10/2008 | 2523163 | 1,145.35 |
| 0001001092 | 1-626003-1008FRT | 10/10/2008 | | 69.30 |
| 0001001092 | 1-626146-1008 | 10/10/2008 | | 37.49 |
| 0001001092 | 1-626150-1008 | 10/10/2008 | 2521838 | 40.78 |
| 0001001092 | 1-626150-1008FRT | 10/10/2008 | | 28.30 |
| 0001001092 | 1-626381-1008 | 10/10/2008 | 2522636 | 328.80 |
| 0001001092 | 1-626381-1008FRT | 10/10/2008 | | 30.05 |
| 0001001092 | 1-626495-1008 | 10/10/2008 | 2521165 | 19.90 |
| 0001001092 | 1-626499-1008 | 10/10/2008 | 2519902 | 8.40 |
| 0001001092 | 1-626499-1008FRT | 10/10/2008 | | 15.90 |
| 0001001092 | 1-626526-1008 | 10/10/2008 | | 56.19 |
| 0001001092 | 1-626608-1008 | 10/10/2008 | 2522836 | 28.90 |
| 0001001092 | 1-626616-1008 | 10/10/2008 | 2522777 | 14.75 |
| 0001001092 | 1-626621-1008 | 10/10/2008 | 2522777 | 24.92 |
| 0001001092 | 1-626735-1008 | 10/10/2008 | 2521074 | 71.55 |
| 0001001092 | 1-626736-1008 | 10/10/2008 | 2523271 | 71.55 |
| 0001001092 | 1-626736-1008FRT | 10/10/2008 | | 9.12 |
| 0001001092 | 1-626773-1008 | 10/10/2008 | 2522433 | 157.34 |
| 0001001092 | 1-626773-1008FRT | 10/10/2008 | | 36.85 |
| 0001001092 | 1-626867-1008 | 10/10/2008 | | 14.11 |
| 0001001092 | 1-627016-1008 | 10/10/2008 | 2520594 | 62.00 |
| 0001001092 | 1-627043-1008 | 10/10/2008 | 2521378 | 106.87 |
| 0001001092 | 1-627043-1008FRT | 10/10/2008 | | 23.10 |
| 0001001092 | 1-627063-1008 | 10/10/2008 | 2522375 | 25.37 |
| 0001001092 | 1-627063-1008FRT | 10/10/2008 | | 7.28 |
| 0001001092 | 1-627100-1008 | 10/10/2008 | 2520528 | 1.40 |
| 0001001092 | 1-627103-1008 | 10/10/2008 | | 166.36 |
| 0001001092 | 1-627107-1008 | 10/10/2008 | | 166.36 |
| 0001001092 | 1-627229-1008 | 10/11/2008 | 2523446 | 120.00 |
| 0001001092 | 1-627234-1008 | 10/11/2008 | 2523446 | 120.00 |
| 0001001092 | 1-627237-1008 | 10/11/2008 | 2523398 | 120.00 |

Vance Baldwin

| | | | |
|---|---|---|---|
| 0001001092 | 1-627243-1008 | 10/11/2008 2523446 | 120.00 |
| 0001001092 | 1-627244-1008 | 10/11/2008 2523398 | 177.02 |
| 0001001092 | 1-627248-1008 | 10/11/2008 2523398 | 194.14 |
| 0001001092 | 1-627250-1008 | 10/11/2008 2523398 | 203.42 |
| 0001001092 | 1-627277-1008 | 10/11/2008 2523566 | 150.00 |
| 0001001092 | 1-627301-1008 | 10/11/2008 | (125.00) |
| 0001001092 | 1-627312-1008 | 10/11/2008 | (65.00) |
| 0001001092 | 1-627355-1008 | 10/11/2008 | (10.00) |
| 0001001092 | 1-627389-1008 | 10/11/2008 2523503 | 150.00 |
| 0001001092 | 1-627393-1008 | 10/11/2008 2523503 | 150.00 |
| 0001001092 | 1-627396-1008 | 10/11/2008 2523503 | 150.00 |
| 0001001092 | 1-627487-1008 | 10/11/2008 2523446 | 120.00 |
| 0001001092 | 1-627511-1008 | 10/11/2008 | (25.00) |
| 0001001092 | 1-627622-1008 | 10/11/2008 | (125.00) |
| 0001001092 | 1-627628-1008 | 10/11/2008 | (75.00) |
| 0001001092 | 1-627634-1008 | 10/11/2008 | (350.00) |
| 0001001092 | 1-627876-1008 | 10/11/2008 | (350.00) |
| 0001001092 | 1-628145-1008 | 10/11/2008 | (50.00) |
| 0001001092 | 1-628183-1008 | 10/11/2008 | (50.00) |
| 0001001092 | 1-628192-1008 | 10/11/2008 | (65.00) |
| 0001001092 | 1-628296-1008 | 10/11/2008 2523378 | 6.16 |
| 0001001092 | 1-628296-1008FRT | | 15.90 |
| 0001001092 | 1-628300-1008 | 10/11/2008 2519963 | 2.68 |
| 0001001092 | 1-628300-1008FRT | | 23.15 |
| 0001001092 | 1-628356-1008 | 10/11/2008 2523566 | 20.00 |
| 0001001092 | 1-628363-1008 | 10/11/2008 2523398 | 20.00 |
| 0001001092 | 1-628420-1008 | 10/11/2008 2523398 | 30.72 |
| 0001001092 | 1-628436-1008 | 10/11/2008 | (10.00) |
| 0001001092 | 1-628451-1008 | 10/11/2008 2523398 | 21.60 |
| 0001001092 | 1-628463-1008 | 10/11/2008 2523503 | 15.95 |
| 0001001092 | 1-628465-1008 | 10/11/2008 2521199 | 14.95 |
| 0001001092 | 1-628515-1008 | 10/12/2008 2523364 | 450.00 |
| 0001001092 | 1-628520-1008 | 10/12/2008 2522046 | 413.72 |
| 0001001092 | 1-628561-1008 | 10/12/2008 | (65.00) |

Vance Baldwin

| | | | |
|---|---|---|---|
| 000100J092 | 1-628592-1008 | 10/12/2008 | (200.00) |
| 000100J092 | 1-628600-1008 | 10/12/2008 | (50.00) |
| 000100J092 | 1-628663-1008 | 10/12/2008 | (65.00) |
| 000100J092 | 1-628685-1008 | 10/12/2008 | (500.00) |
| 000100J092 | 1-628771-1008 | 10/12/2008 | (200.00) |
| 000100J092 | 1-628792-1008 | 10/12/2008 | (65.00) |
| 000100J092 | 1-628852-1008 | 10/12/2008 2522701 | 25.90 |
| 000100J092 | 1-628853-1008 | 10/12/2008 2522185 | 1,402.81 |
| 000100J092 | 1-628930-1008 | 10/12/2008 2520345 | 12.77 |
| 000100J092 | 1-628931-1008 | 10/12/2008 2522422 | 45.00 |
| 000100J092 | 1-628932-1008 | 10/12/2008 2522533 | 214.42 |

88,609.74