Belkys Escobar, Assistant County Attorney
COUNTY OF LOUDOUN
ONE HARRISON STREET, S.E.
MSC #06
Leesburg, VA 20175-3102
Telephone:      (703) 777-0307
Telecopier:     (703) 771-5025

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond)

| | |
|---|---|
| **IN RE:** | |
| **CIRCUIT CITY STORES, Inc.** | Case No. 08-35653-KRH |
| Tax ID: xx-xxx3875 | Chapter 11 |
| *Debtor* | Joint Administered |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. Pro. 9010, the COUNTY OF LOUDOUN, VIRGINIA ("the County"), creditor of the above-captioned Debtors, hereby appears in this case as represented by the County Attorney.

REQUEST IS HEREBY MADE, pursuant to Fed. R. Bankr. Pro. 2002(g) and 9007 that all notices given or required to be given in this case and all papers, pleadings, motions, applications, plans and disclosure statements (if applicable) served or required to be served in this case shall be directed to undersigned counsel. Specifically requested is anything filed in relation to the sale of assets and Chapter 11 Plan.

                                        Respectfully submitted,
                                        The COUNTY of LOUDOUN, VIRGINIA
                                        By counsel

JOHN R. ROBERTS
COUNTY ATTORNEY

By    /s/ *Belkys Escobar*
       Belkys Escobar (VSB #74866)
       Assistant County Attorney
       One Harrison Street, S.E.
       MSC #06
       Leesburg, Virginia 20175-3102
       Telephone:  (703) 777-0307
       Telecopier:  (703) 771-5025
       E-mail:  Belkys.Escobar@loudoun.gov

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing Notice was served on November 26, 2008 by ELECTRONIC MAIL through the Court's electronic filing system to the parties for whom electronic mail addresses are indicated below and by FIRST CLASS MAIL to the parties for whom postal mail addresses are indicated below:

| **Daniel F. Blanks**<br>dblanks@mcguirewoods.com<br>*Counsel for Debtors* | **W. Clarkson McDow, Jr.**<br>701 E. Broad St., Suite 4304<br>Richmond, VA 23219<br>*U.S. Trustee* |
|---|---|

　　　　　　　　　　　/s/ *Belkys Escobar*