**FACILITY LIST - Circuit City**

| No. | Service ID | Meter No. | Utility | Rate | Site No. | Service Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2481143005 | 47258706 | PG&E | G-NR1 | 231 | 4080 Stevens Creek Blvd | San Jose | CA | 95129 |
| 2 | 1887934005 | 27728932 | PG&E | G-NR1 | 232 | 1880 S Grant Street | San Mateo | CA | 94402 |
| 3 | 9097565476 | 45830499 | PG&E | G-NR1 | 233 | 111 East El Camino Real | Sunnyvale | CA | 94087 |
| 4 | 4890787738 | 3962826X | PG&E | G-NR1 | 234 | 2480 Whipple Rd | Hayward | CA | 94545 |
| 5 | 674341005 | 48849647 | PG&E | G-NR1 | 235 | 2030 Diamond Blvd | Concord | CA | 94520 |
| 6 | 2545882005 | 29266611 | PG&E | G-NR1 | 236 | 7153 Amador Plaza Road | Dublin | CA | 94568 |
| 7 | 4363034681 | 48962496 | PG&E | G-NR1 | 237 | 2805 Santa Rosa Avenue | Santa Rosa | CA | 95407 |
| 8 | 5483375005 | 31469933 | PG&E | G-NR1 | 238 | 330 Bellam Blvd | San Rafael | CA | 94901 |
| 9 | 4061700005 | 52823628 | PG&E | G-NR1 | 239 | 3401 Dale Rd | Modesto | CA | 95356 |
| 10 | 8395669005 | 32527979 | PG&E | G-NR1 | 240 | 5795 Christie Ave | Emeryville | CA | 94608 |
| 11 | 9577580005 | 48174940 | PG&E | G-NR1 | 241 | 4994 Claremont Ave | Stockton | CA | 95207 |
| 12 | 7828670005 | 52115822 | PG&E | G-NR1 | 242 | 1200 Van Ness Ave -1st Flr | San Francisco | CA | 94109 |
| 13 | 1085199018 | 38457355 | PG&E | G-NR1 | 250 | 8211 Laguna Blvd. | Elk Grove | CA | 95758 |
| 14 | 7430195005 | 47856655 | PG&E | G-NR1 | 251 | 7980 Arcadia Blvd | Citrus Heights | CA | 95610 |
| 15 | 9316889493 | 52386686 | PG&E | G-NR1 | 252 | 2121 Arden Way | Sacramento | CA | 95825 |
| 16 | 3021728005 | 52388094 | PG&E | G-NR1 | 253 | 303 Gellert Blvd | Daly City | CA | 94015 |
| 17 | 6112630005 | 45233166 | PG&E | G-NR1 | 344 | 400 Long Fellow Court Suite A | Livermore | CA | 94550 |
| 18 | 7619986005 | 48501981 | PG&E | G-NR1 | 423 | 5355 N Blackstone Ave | Fresno | CA | 93710 |
| 19 | 4717253005 | 47229424 | PG&E | G-NR1 | 1614 | 1175 Dana Drive | Redding | CA | 96003 |
| 20 | 8547966005 | 25964191 | PG&E | G-NR1 | 1618 | 905 Playa Ave | Sand City | CA | 93955 |
| 21 | 6583080005 | 47078438 | PG&E | G-NR1 | 1628 | 3275 R Street | Merced | CA | 95348 |
| 22 | 503289010 | 42655921 | PG&E | G-NR1 | 3300 | 1662 N Main St | Salinas | CA | 93906 |
| 23 | 1440649005 | 44157982 | PG&E | G-NR1 | 3322 | 2041 Whitman Ave | Chico | CA | 95928 |
| 24 | 1923843005 | 47277890 | PG&E | G-NR1 | 3374 | 4100 Klose Way | Richmond | CA | 94806 |
| 25 | 9942823621 | 54588809 | PG&E | G-NR1 | 3375 | 10251 Fairway Drive | Roseville | CA | 95678 |
| 26 | 5710306150 | 50136229 | PG&E | G-NR1 | 3766 | 1731 E Bayshore Blvd | East Palo Alto | CA | 94303 |
| 27 | 223272199 | 26726348 | PG&E | G-NR1 | 4131 | 2210 Daniels St | Manteca | CA | 95337 |
| 28 | 9882481316 | 60178193 | PG&E | G-NR1 | 4132 | 2821 Countryside | Turlock | CA | 95380 |
| 29 | 2560262315 | 54584310 | PG&E | G-NR1 | 4300 | 43706 Christy St | Fremont | CA | 94538 |
| 30 | 8867906478 | 44265243 | PG&E | G-NR1 | 4302 | 2217 Quimby Rd | San Jose | CA | 95122 |
| 31 | 5300106005 | 36890645 | PG&E | G-NR1 | 4303 | 1560 Gateway Blvd | Fairfield | CA | 94533 |
| 32 | 9942823005 | 44814583 | PG&E | G-NR1 | 4507 | 1664 Commercial Way | Santa Cruz | CA | 95065 |
| 33 | 5803482005 | 44815716 | PG&E | G-NR1 | 6253 | 1874 Arden Way | Sacramento | CA | 95815 |



EXHIBIT 1