# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| **CIRCUIT CITY STORES, INC., et al,** ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE THAT pursuant to 11 U.S.C. § 1109(b) and Rules 9010 (b) and 2002(g) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance as counsel in the above-styled bankruptcy case for JWC/Loftus, LLC and requests that it be served with copies of all notices and pleadings given or required to be given pursuant to the Bankruptcy Code or rules which are issued by the Clerk of the Court, as well as all other pleadings and/or notices served or required to be served by the Debtors or any other interested party in these proceedings pursuant to 11 U.S.C. §§ 102(1), 342 and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure. All notices should be sent to the following:

> Philip C. Baxa, Esquire
> MercerTrigiani, LLP
> 16 South Second Street
> Richmond, Virginia  23219
> Tel:  804-782-8691
> Fax:  804-644-0209
> (phil.baxa@mercertrigiani.com)

_____
Philip C. Baxa VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia  23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

Respectfully submitted this 26th day of November 2008.

> By:    /s/ Philip C. Baxa
> Philip C. Baxa, Esquire
> MercerTrigiani, LLP
> 16 South Second Street
> Richmond, Virginia  23219
> Tel: 804-782-8691
> Fax: 804-644-0209
>   Counsel for JWC/Loftus, LLC

## CERTIFICATE OF SERVICE

I certify that on November 26, 2008, I will electronically file the foregoing Notice of Appearance and Request for Notices with the Clerk of the Court using the CM/ECF system, and send a true and correct copy of the foregoing Notice and Request via regular mail, postage prepaid, on November 26, 2008 to:

> Gregg M. Galardi
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE  19899
>
> Dion W. Hayes
> McGuireWoods LLP
> One James Center
> 901 East Cary Street
> Richmond, VA  23219

>   /s/Philip C. Baxa

R0007534