

November 25, 2008

Mr. Bob Paciocco
Carrollton Arms
1330 Goldsmith
Plymouth, MI 48170

RE:  Circuit City Building Renovation

Dear Bob,

Pursuant to your request, we have prepared this preliminary estimate to remove the existing basketball courts inside the building and rebuild approximately 10,000 of office space that was removed when the building was converted to a recreational use.

The work to be completed during the renovation is as follows:

Demolition

Remove six existing basketball courts including the wood floors, court side chairs and basketball backboards. Demolish the existing partitions on the perimeter walls and around the weight lifting area. Remove the child play area and the spectator view room.

Flatwork

An allowance of $100,000 is included to repair the existing concrete floor in the warehouse. Once the concrete floor in the warehouse is exposed, we will evaluate its condition and submit a written recommendation on the repairs required and their associated costs.

Hollow Metal Doors

Furnish and install four (4) hollow metal doors, frames and finish hardware in the new office space.

Office Finishes

Construct approximately 10,000 SF of office area including the office/warehouse demising partition, 500 LF of office partitions, 2' x 4' acoustical ceilings, carpet and painting.

**A.R. Brouwer Co.**
Design/Build   General Contractors   Consultants

Dock Levelers

An allowance of $5,000.00 is included to inspect and service the ten (10) existing dock levers.

Plumbing

Re-work existing water and sewer lines as required during the demolition and office reconstruction.

Fire Protection

Furnish and install sprinkler heads in the new office space.

HVAC

Furnish and install new supply and return duct from the existing roof top units to the new office space. Inspect and repair the existing roof top HVAC units.

Electrical

Revise the existing electrical service to feed the new office area. Furnish and install 2' x 4' lights, switches, duplex receptacles, telephone/data boxes and communication wiring in the offices.

General Conditions

Permits, on-site supervision, general labor, final clean up, dumpsters and liability insurance are included.

Exclusions

Temporary electrical, temporary heat, unknown conditions, removing hazardous materials replacing the existing dock levelers and removing and replacing the existing concrete floor in the warehouse are excluded.

Cost

We estimate the cost to renovate your existing building as described above to be $682,000.00



We appreciate this opportunity to be of service to Carrollton Arms and look forward to working with you on this project.

Sincerely,

Steven P. Brouwer PE
President



## CIRCUIT CITY BUILDING RENOVATION
### BUDGET ESTIMATE
### November 25, 2008

| DESCRIPTION | AMOUNT |
|---|---|
| GENERAL CONDITIONS | 42,300 |
| **SITE WORK** | |
| DEMOLITION | 75,000 |
| **CONCRETE** | |
| BUILDING FLATWORK | 100,000 |
| **MASONRY** | |
| MASONRY | 0 |
| **METALS** | |
| STRUCTURAL STEEL | 0 |
| **CARPENTRY** | |
| ROUGH CARPENTRY | 0 |
| **MOISTURE PROTECTION** | |
| MEMBRANE ROOFING | 0 |
| **DOORS & GLASS** | |
| HOLLOW METAL DRS. & FRMS. | 2,000 |
| OVERHEAD DOORS | 11,000 |
| FINISH HARDWARE | 2,000 |
| **FINISHES** | |
| DRYWALL | 50,000 |
| ACOUSTICAL CEILINGS | 20,000 |
| FLOORING | 20,000 |
| PAINTING | 15,000 |
| **SPECIALTIES** | |
| FIRE EXTINGUISHERS | 1,000 |
| **EQUIPMENT** | |
| LOADING DOCK EQUIPMENT | 5,000 |
| **FURNISHINGS** | |
| WINDOW BLINDS | 0 |
| **SPECIAL CONSTRUCTION** | |
| ALARM SYSTEM | 0 |
| **MECHANICAL** | |
| FIRE PROTECTION | 25,000 |
| PLUMBING | 5,000 |
| HVAC | 70,000 |
| **ELECTRICAL** | |
| ELECTRICAL | 100,000 |
| **SUBTOTAL** | 543,300.00 |
| CONTINGENCY | 54,000.00 |
| **SUBTOTAL** | 597,300.00 |
| ARCH/ENGINEERING FEE | 25,000.00 |
| OVERHEAD & PROFIT | 59,700.00 |
| **TOTAL** | 682,000.00 |