UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION
FILED
NOV 2 6 2008
CLERK
U.S. BANKRUPTCY COURT

IN RE: )
)
CIRCUIT CITY STORES, INC., )
) Case No. 08-35653
) Chapter 11
Debtor. )

NOTICE OF APPEARANCE AND REQUEST
**FOR NOTICES AND SERVICE OF PAPERS**

     PLEASE TAKE NOTICE that Lynda Hall, Tax Collector of Madison County, Alabama, Madison County Courthouse, 100 Northside Square, Huntsville, AL 35801, is a Creditor and party in interest in the above case. The undersigned hereby enters her appearance pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(a) and requests copies of all notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 2002(a). All such notices should be addressed as follows:

Lynda Hall, Tax Collector of Madison County, Alabama
Madison County Courthouse
100 Northside Square
Huntsville, AL 35801

     PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted,

*Lynda Hall*

Lynda Hall, Tax Collector of
Madison County, Alabama

Madison County Courthouse
100 Northside Square
Huntsville, AL 35801
Telephone: (256) 532-3369
Facsimile: (256) 531-3368

DOCSHSV\184717\1\

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 19th day of November, 2008, via first class U.S. Mail, postage prepaid, as follows:

Daniel F. Blanks
Dion W. Hayes
Douglas M. Foley
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

A copy was also served to each of the persons or entities on the annexed matrix.

_Lynda Hall_
Lynda Hall, Tax Collector of
Madison County, Alabama

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 08-35653-KRH<br>Eastern District of Virginia<br>Richmond<br>Mon Nov 17 14:26:49 EST 2008 | ACCO Brands Corporation<br>c/o William H. Casterline, Jr.<br>4020 University Drive, #300<br>Fairfax, VA 22030-6802 | Acer American Holdings Corp.<br>c/o Jeffrey L. Tarkenton<br>Womble Carlyle Sandridge & Rice, PLLC<br>1401 Eye Street, N.W.<br>Seventh Floor<br>Washington, DC 20005-2225 |
| Alliance-Rocky Mount LLC<br>Carroll & Carroll PLLC<br>831 East Morehead St<br>Ste 440<br>Charlotte, NC 28202-2784 | AmREIT, a Texas real estate investment trust<br>c/o James V. Lombardi, III<br>Ross, Banks, May, Cron & Cavin, P.C.<br>2 Riverway, Suite 700<br>Houston, TX 77056-1918 | Cameron Bayonne, LLC<br>c/o Menter, Rudin & Trivelpiece, P.C.<br>Attn: Kevin M. Newman, Esq.<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1439 |
| CapTech Ventures, Inc.<br>c/o Richard E. Lear<br>Holland & Knight LLP<br>2099 Pennsylvania Avenue, NW<br>Suite 100<br>Washington, DC 20006-6801 | Carousel Center Company, L.P.<br>c/o Menter, Rudin & Trivelpiece, P.C.<br>Attn: Kevin M. Newman, Esq.<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1439 | Charlotte (Archdale) UY, LLC<br>c/o Menter, Rudin & Trivelpiece, P.C.<br>Attn: Kevin M. Newman, Esq.<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1439 |
| Circuit City Stores, Inc.<br>9950 Mayland Drive<br>Richmond, VA 23233-1463 | City of Cedar Hill, Burleson ISD, Arlington<br>PO Box 13430<br>Arlington, TX 76094-0430 | City of Hurst, Mansfiled ISD, Carroll ISD<br>PO Box 13430<br>Arlington, TX 76094-0430 |
| City of Lake Worth<br>PO Box 13430<br>Arlington, TX 76094-0430 | Cousins Properties Incorporated<br>c/o Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012 | DFS SERVICES LLC<br>c/o Brian Sirower, Esq.<br>QUARLES & BRADY LLP<br>Two North Central Avenue<br>Phoenix, AZ 85004-2322 |
| EklecCo NewCo, LLC<br>c/o Menter, Rudin & Trivelpiece, P.C.<br>Attn: Kevin M. Newman, Esq.<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1439 | Envision Peripherals,Inc<br>47490 Seabridge Drive<br>Fremont, CA 94538-6548 | F.R.O., L.L.C. IX<br>703 Palm Island Drive<br>Palm Beach, FL 33480 |
| Fingerlakes Crossing, LLC<br>c/o Menter, Rudin & Trivelpiece, P.C.<br>Attn: Kevin M. Newman, Esq.<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1439 | Gateway, Inc.<br>c/o Jeffrey L. Tarkenton<br>Womble Carlyle Sandridge & Rice, PLLC<br>1401 Eye Street, N.W.<br>Seventh Floor<br>Washington, DC 20005-2225 | Gordon Brothers Retail Partners, LLC<br>101 Huntington Avenue, 10th Floor<br>Boston, MA 02199-7607 |
| Hamilton Beach Brands, Inc.<br>Bill Ray<br>4421 Waterfront Drive<br>Glen Allen, VA 23060-3375 | Hilco Merchant Resources, LLC<br>5 Revere Dr., Suite 206<br>Northbrook, IL 60062-1568 | Howland Commons Partnership, an Ohio gen par<br>Richard T. Davis, Esq.<br>2445 Belmont Avenue<br>P.O. Box 2186<br>Youngstown, OH 44504-0186 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | International Business Machines Corporation<br>c/o Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue, 11th Floor<br>New York, NY 10169-0005 | Landover (Landover Crossing), LLC<br>c/o Menter, Rudin & Trivelpiece, P.C.<br>Attn: Kevin M. Newman, Esq.<br>308 Maltbie Street, Suite 200<br>Syracuse, NY 13204-1439 |
| Madison Waldorf, LLC<br>c/o Madison Marquette Realty Service<br>c/o Mitchell B. Weitzman, Esq.<br>2001 Pennsylvania Ave., N.W., 10th Floor<br>Washington, DC 20006-1851 | Missouri Department of Revenue<br>General Counsel's Office<br>301 W. High Street, Room 670<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Monument Consulting, LLC<br>Sands, Anderson, Marks & Miller, P.C.<br>801 East Main Street, Suite 1800<br>P.O. Box 1998<br>Richmond, VA 23218-1998 |

Pan Am Equities
c/o David A. Greer PLC
500 East Main St Ste 1225
Norfolk, VA 23510-2274

Paramount Home Entertainment
c/o Michael L. Tuchin
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049

Philips International

Portland Investment Company of America
c/o Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Prudential Insurance Company of America
c/o Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

RREEF Management Company
c/o Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Sangertown Square, L.L.C.
c/o Menter, Rudin & Trivelpiece, P.C.
Attn: Kevin M. Newman, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1439

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 W. Washington Street
Indianapolis, IN 46204-3438

THQ, Inc.
c/o David M. Poitras, P.C.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Ave. of the Stars, 7th Fl.
Los Angeles, CA 90067-4308

Taubman Landlords
c/o The Taubman Company
Attn. Andrew S. Conway
200 East Long Lake Road
Suite 300
Bloomfield Hills, MI 48304-2324

The Macerich Company
c/o Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Toshiba America Consumer Products, L.L.C.
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, MD 21117-5519

Toshiba America Information Systems, Inc.
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, MD 21117-5519

Tysons 3, LLC
c/o Mitchell B. Weitzman, Esq.
Bean Kinney & Korman, PC
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201-5424

UrbanCal Oakland, II LLC
c/o Baker & Hostetler, LLP
ATTN: Laura Lawton Gee
1000 Louisiana Street
Suite 2000
Houston, TX 77002-5018

Watt Management Company
c/o Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Westgate Village, LP
c/o Heather D. Dawson
Kitchens Kelley Gaynes, P.C.
Eleven Piedmont Center, Suite 900
3495 Piedmont Rd. N.E.
Atlanta, GA 30305-1773

Williamson County et al
co Michael Reed
Round Rock, TX 78680

United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

AmREIT, a Texas real estate investment trust
c/o James V. Lombardi, III
Ross, Banks, May, Cron & Cavin, P.C.
2 Riverway, Suite 700
Houston, Texas 77056-1918

Bank of America
c/o Bruce Matson
951 East Byrd St.
Richmond, VA 23219-4040

Basser-Kaufman aka Basser
c/o James S. Carr
Kelley Dryer & Warren
101 Park Avenue
New York, NY 10178-0062

Basser-Kaufman aka Basser
c/o Robert L. LeHane
Kelley Dryer & Warren
101 Park AVe.
New York, NY 10178-0062

Centro Properties Group
c/o Ballard Spahr Andrews & Ingersoli
51st Floor-Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7501

City Hurst, Mansfiled ISD, Carroll ISD
c/o Elizabeth Banda
PO Box 13430
Arlington, TX 76094-0430

City of Cedar Hill, Burleson ISD, Arlington
c/o Elizabeth Banda
PO Box 13430
Arlington, TX 76094-0430

City of Lake Worth
c/o Elizabeth Banda
PO Box 13430
Arlington,TX 76094-0430

Commonwealth of VA Dept. of Taxation
c/o Jeffrey Scharf
PO Box 771476
Richmond, VA 23255

Commonwealth of VA, Dept. of Taxation
c/o Mark Ames
PO Box 771476
Richmond, VA 23255

Comptroller of Public Accounts of State of T
c/o Mark Browning, Asst. Atty. General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

| | | |
|---|---|---|
| Dallas County and Tarrant County<br>% Linebarger Goggan Blair & Sampson<br>Attn: Elizabeth Weller, Esq.<br>2323 Bryan St., Ste. 1600<br>Dallas, TX 75201-2637 | Developers Diversified Realty Corp.<br>c/o Eric Cotton<br>3300 Enterprise Parkway<br>PO Box 227042<br>Beachwood, OH 44122-7200 | Developers Diversified Realty Corp.-DDR<br>c/o James Carr<br>Kelley Drye & Warren<br>101 Park Ave.<br>New York, NY 10178-0062 |
| Developers Diversified Realty Corp.-DDR<br>c/o Robert L. LeHane<br>Kelley Drye & Warren<br>101 Park Ave.<br>New York, NY 10178-0062 | Dicker-Warmington Properties<br>c/o Stephen Spence & Scott Adkins<br>1200 North Broom Street<br>Wilmington, DE 19806-4204 | Dollar Tree Store, Inc.<br>% Scott Kipnis, Rachel Greenberger<br>Nicholas Malito Esqs, Hofheimer Gartlir<br>530 Fifth Ave.<br>New York, NY 10036-5101 |
| E&A Northeast Limited Partnership<br>c/o Christine D. Lynch, Esq.<br>Peter D. Bilowz, Esq.<br>Goulston & Storrs, PC<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | Envision Peripherals, Inc<br>c/o Gay Richey, Sr. Creidt Manager<br>47490 Seabridge Drive<br>Fremont, CA 94538-6548 | Evergreen Plaza Associates<br>c/o John L. Senica<br>225 W. Washington, Suite 2600<br>Chicago, IL 60606-2418 |
| Expesite, LLC<br>c/o Andria Beckham & Kenneth Johnson<br>100 S. Third Street<br>Columbus, OH 43215-4236 | F&M Properties, Inc.<br>% Fred B. Ringel, Esq.<br>Robinson Brog Leinwand Greene et al<br>1345 Ave. of the Americas<br>New York, NY 10105-0302 | F.R.O., LLC IX<br>c/o Timothy F. Brown<br>Arent Fox LLP<br>1050 Connecticut Ave. NW<br>Washington, DC 20036-5303 |
| Federal Realty Investment Trust<br>c/o Ballard Spahr Andrews & Ingersoli<br>51st Floor-Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103-7501 | Hewlett Packard Company<br>c/o Roy Terry, Jr.<br>600 E. Main Street, 20th Floor<br>Richmond, VA 23219-2430 | Interstate Augusta Properties LLC<br>c/o Christine D. Lynch, Esq.<br>Peter D. Bilowz, Esq.<br>Gouslton & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 |
| James Donaldson<br>Core Properties, Inc.<br>831 East Morehead St. Ste 445<br>Charlotte, NC 28202-2784 | Madison Waldorf, LLC<br>c/o Madison Marquette Realty Services<br>c/o Mitchell B. Weitzman, Esq.<br>Bean Kinney & Korman, PC<br>2300 Wilson Blvd., 7th Floor<br>Arlington, VA 22201-5424 | Mark Browning<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711 2548 |
| Pamela Gale Johnson<br>Baker & Hostetler, LLP<br>1000 Louisiana, Ste. 2000<br>Houston, TX 77002-5018 | Route 146 Millbury LLC<br>c/o Christine D. Lynch, Esq.<br>Peter D. Bilowz, Esq.<br>Gouslton & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | S.R. Weiner & Associates Inc.<br>c/o Christine D. Lynch, Esq.<br>Peter D. Bilowz, Esq.<br>Gouslton & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 |
| Sirius XM Radio, Inc.<br>c/o Eric D. Goldberg<br>Stutman, Treister & Glatt<br>1901 Avenue of The Stars, 12th Floor<br>Los Angeles, CA 90067-6001 | THQ, Inc.<br>c/o Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars 7th Floor<br>Los Angeles, CA 90067-4308<br>Attn: David M. Poitras P.C. | TPG Management Inc.<br>c/o John L. Senica<br>225 W. Washington, Suite 2600<br>Chicago, IL 60606-2418 |
| Taubman Landlords<br>c/o The Taubman Landlords<br>Attn. Andrew S. Conway<br>200 East Long Lake Road, Suite 300<br>Bloomfield Hills, MI 48304-2324 | The Goldenberg Group<br>c/o Jeffrey Kurtzman<br>260 S. Broad Street<br>Philadelphia, PA 19102-5021 | The Ziegler Companies<br>c/o Mitchell Weitzman<br>2300 Wilson Blvd. 7th Floor<br>Arlington, VA 22201-5424 |
| Toshiba America Consumer Products, LLC<br>82 Totowa Road<br>Wayne, NJ 07470-3191 | Toshiba America Consumer Products, LLC<br>c/o Jeremy S. Friedberg<br>One Corporate Center<br>10451 Mill Run Circle, Suite 1000<br>Owings Mills, Maryland 21117-5519 | Toshiba America Information Systems, Inc<br>c/o Jeremy S. Friedberg<br>One Corporate Center<br>10451 Mill Run Circle, Suite 1000<br>Owings Mills, Maryland 21117-5519 |

| | | |
|---|---|---|
| Toshiba America Information Systems, Inc.<br>9740 Irvine Blvd.<br>Irvine, CA 92618-1608 | Tysons 3, LLC and its management agent<br>The Ziegler Companies, LLC<br>c/o Mitchell B. Weitzman, Esq.<br>Bean Kinney & Korman, PC<br>2300 Wilson Blvd., 7th Floor<br>Arlington, VA 22201-5424 | Tysons3, LLC<br>c/o Mitchell Weitzman<br>2300 Wilson Blvd., 7th Floor<br>Arlington, VA 22201-5424 |
| UrbanCal Oakland, II LLC<br>c/o Baker & Hostetler, LLP<br>ATTN: Laura Lawton Gee<br>1000 Louisiana Street, Suite 2000<br>Houston, TX 77002-5018 | WEND-FM Radio/WRFX-FM Radio<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, 9th Floor<br>Atlanta, GA 30326-1394 | Weingarten Realty Ivestors<br>c/o Jenny J. Hyun<br>2600 Citadel Plaza Drive<br>Houston, TX 77008-1390 |
| Weingarten Realty Ivestors-WRI<br>c/o James S. Carr<br>Kelley Drye & Warren<br>101 Park Ave.<br>New York, NY 10178-0062 | Weingarten Realty Ivestors-WRI<br>c/o Robert L. LeHane<br>Kelley Drye & Warren<br>101 Park Ave.<br>New York, NY 10178-0062 | Williamson County et al<br>co Michael Reed<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| Bruce H. Besanko<br>9950 Mayland Drive<br>Richmond, VA 23233-1463 | Daniel F. Blanks<br>McGuireWoods LLP<br>9000 World Trade Center, 101 W. Main St.<br>Norfolk, VA 23510 | David S. Berman<br>Riemer & Braunstein, LLP<br>Three Center Plaza<br>6th Floor<br>Boston, MA 02108-2003 |
| Dion W. Hayes<br>McGuireWoods LLP<br>One James Center, 901 E. Cary St.<br>Richmond, VA 23219 | Douglas M. Foley<br>McGuireWoods LLP<br>9000 World Trade Center, 101 W. Main St.<br>Norfolk, VA 23510 | Joseph S. Sheerin<br>McGuire Woods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219-4063 |
| Sarah Beckett Boehm<br>McGuireWoods LLP<br>One James Center<br>901 East Cary St.<br>Richmond, VA 23219-4063 | W. Clarkson McDow, Jr.<br>Office of the U. S. Trustee<br>701 E. Broad St., Suite 4304<br>Richmond, VA 23219-1849 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
400 N 8th Street, Box 76
Stop Room 898
Richmond, VA 23219

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Alliance Entertainment Corporation | (u)Altamonte Springs Real Estate Associates, | (u)Arboretum of South Barrington, LLC |

| | | |
|---|---|---|
| (u)Bank of America, N.A., as Agent | (u)Basser-Kaufman | (u)Bethesda Softworks, LLC |
| (u)Cellco Partnership d/b/a Verizon Wireless | (u)Centro Properties Group | (u)Commonwealth of Virginia, Department of Ta |
| (u)Dallas County | (u)Developers Diversified Realty Corporation | (u)Dicker-Warmington Properties |
| (u)Dollar Tree Stores, Inc. | (u)E&A Northeast Limited Partnership | (u)Evergreen Plaza Associates |
| (u)Expesite, LLC | (u)F&M Properties, Inc. | (u)FM Facility Maintenance |
| (u)FW CA-BREA Marketplace, LLC, Regency Cent | (u)Federal Realty Investment Trust | (u)Garmin International, Inc. |
| (u)General Growth Properties, Inc. | (u)Hewlett Packard Company | (u)Inland Southwest Management LLC, Inland Am |
| (u)Interstate Augusta Properties LLC | (u)Jones Lang LaSalle Americas, Inc. | (u)Kimco Realty Corporation |
| (u)LG Electronics USA, Inc. | (u)Microsoft Corporation | (u)PREIT SERVICES, LLC |
| (u)Panasonic Corporation of North America | (u)Route 146 Millbury LLC | (u)S.J. Collins Enterprises, Goodman Enterpri |

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| (u)S.R. Weiner & Associates Inc. | (u)Sirius XM Radio, Inc | (u)Source Interlink Media, LLC |
| (u)THE GOLDENBERG GROUP | (u)TPG Management, Inc | (u)Tarrant County |
| (u)Texas Comptroller of Public Accounts | (u)The Ziegler Companies | (u)United States of America |
| (u)Washington Real Estate Investment Trust | (u)Weingarten Realty Investors and Its Affili | (u)CCCC |
| (d)DFS SERVICES LLC<br>C/O BRIAN SIROWER, ESQ.<br>QUARLES & BRADY LLP<br>TWO NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004-2322 | (d)Hamilton Beach Brands, Inc.<br>Bill Ray<br>4421 Waterfront Drive<br>Glen Allen, VA 23060-3375 | (d)Paramount Home Entertainment<br>c/o Michael L. Tuchin<br>Klee, Tuchin, Bogdanoff & Stern LLP<br>1999 Avenue of the Stars, 39th Fl.<br>Los Angeles, CA 90067-6049 |
| (u)VVV | (u)Verizon Wireless | End of Label Matrix<br>Mailable recipients  106<br>Bypassed recipients   50<br>Total                156 |