Gerald P. Kennedy, Bar No. 105887
PROCOPIO, CORY, HARGREAVES
    & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619-515-3239
Facsimile: 619-235-0398

Attorneys for Plaza Las Palmas LLC



RICHMOND DIVISION
FILED
NOV 2 6 2008
CLERK
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| In re | Case No. 08-35653-KRH11 |
|---|---|
| CIRCUIT CITY STORES, INC. | Chapter 11 |
| | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |
| Debtor. | |

TO:    The Clerk of the United States Bankruptcy Court, the debtor, its attorney of record and all parties in interest:

**PLEASE TAKE NOTICE** that Plaza Las Palmas LLC (Store #449) ("PLP") in accordance with Federal Rule of Bankruptcy Procedure 9010, and, pursuant inter alia, to 11 U.S.C. §§102(1) and 342 and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that all notices given or required to be given in this case and all papers served or required to be served in this case also be given to and served upon the following:

Gerald P. Kennedy
Procopio, Cory, Hargreaves & Savitch LLP
530 "B" Street, Suite 2100
San Diego, California 92101
Telephone: (619) 515-3239
Facsimile: (619) 235-0398
e-mail: gpk@procopio.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without

**ORIGINAL**

102197/000045/986597.01

1  limitation, orders and notice of any application, motion, petition, pleading, request, complaint
2  disclosure document of any kind, conference, hearing or demand, whether formal or informal,
3  whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone,
4  facsimile transmission, telegraph, telex or otherwise, which affect or seek to affect in any way
5  any rights or interest of PLP.

      This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of PLP (i) to object to the propriety of the bankruptcy filing, including, but not limited to, the District Court where the case was filed, (ii) to have final orders in non-core matters entered only after de novo review by a District Judge, (iii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iv) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, or (v) any other rights, claims, actions, setoffs, or recoupments to which it may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

DATED: November 14, 2008         PROCOPIO, CORY, HARGREAVES
                                              &SAVITCH LLP

By: /s/ Gerald P. Kennedy
    Gerald P. Kennedy Attorneys for Plaza Las Palmas LLC

-2-
**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

102197/000045/986597.01

Gerald P. Kennedy, Bar No. 105887
PROCOPIO, CORY, HARGREAVES
 & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619-515-3239
Facsimile: 619-235-0398

Attorneys for Plaza Las Palmas LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re | Case No. 08-35653-KRH11 |
| CIRCUIT CITY STORES, INC. | Chapter 11 |
| | **PROOF OF SERVICE** |
| Debtor. | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Procopio, Cory Hargreaves & Savitch LLP, 530 "B" Street, Suite 2100, San Diego, California 92101. On November 21, 2008 in this action I served the following document(s) described as:

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

____by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmission confirmation report is attached hereto.

XX____by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit. **(SEE ATTACHED SERVICE LIST)**

____by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be

102197/000045/986602.01

deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

_____by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

_____by electronic mail to the following:

Mark K. Ames at mark@taxva.com
Daniel F. Blanks, Esq. at dblanks@mcguirewoods.com
Sarah Beckett Boehm, Esq. at sboehm@mcguirewoods.com
Timothy F. Brown, Esq. at brownt@arentfox.com
Mark E. Browning at bk-mbrowning@oag.state.tx.us
Charles W. Chotvacs, Esq. at chotvacsc@ballardspahr.com
Andrew S. Conway, Esq. at aconway@taubman.com
Robert K. Coulter, Esq. at Robert.coulter@usdoj.gov
Heather D. Dawson, Esq. at hdawson@kkgpc.com
Bradford F. Englander at benglander@linowes-law.com
David J. Ervin, Esq. at dervin@kelleydrye.com
Douglas M. Foley, Esq. at dfoley@mcguirewoods.com
Jeremy S. Friedberg, Esq. at jsf@llff.com
Laura L. Gee, Esq. at lgee@bakerlaw.com
William A. Gray, Esq. at bgray@sandsanderson.com
Steven H. Greenfeld, Esq. at steveg@cohenbaldinger.com
David A. Greer, Esq. at dgreer@davidgreerlaw.com
Dion W. Hayes, Esq. at dhayes@mcguirewoods.com
Brian D. Huben, Esq. at brian.huben@kattenlaw.com
Leonidas Koutsouftikis, Esq. at lkouts@magruderpc.com
Richard E. Lear, Esq. at rlear@hklaw.com
James V. Lombardi, Esq. at jvlombardi@rossbanks.com
Henry P. Long, Esq. at hlong@hunton.com
John E. Lucian, Esq. at Lucian@blankrome.com
Christine D. Lynch, Esq. at clynch@goulstonstorrs.com
Richard M. Maseles, Esq. at edvaecf@dor.mo.gov
Bruce H. Matson, Esq. at bruce.matson@leclairryan.com
W. Clarkson McDow, Esq. at USTPRegion04.RH.ECF@usdoj.gov
John McJunkin, Esq. at jmcjunkin@mclennalong.com
Kevin M. Newman, Esq. at knewman@menterlaw.com
Min Park at mpark@cblh.com
David M. Poitras, Esq. at dmp@jmbm.com
Courtney E. Pozmantier, Esq. at cpozmantier@ktbslaw.com
Fred B. Ringel, Esq. at fbr@robinsonbrog.com
Eric C. Rusnak, Esq. at eric.rusnak@klgates.com
Joseph S. Sheerin, Esq. at jsheerin@mcguirewoods.com
Jeffrey L. Tarkenton, Esq. at jtarkenton@wcsr.com
Roy M. Terry, Esq. at rterry@durrettebradshaw.com
Dylan G. Trache, Esq. at dtrache@wileyrein.com
Ronald M. Tucker, Esq. at rtucker@simon.com
Robert B. Van Arsdale, Esq. at robert.b.van.arsdale@usdoj.gov
Mitchell B. Weitzman, Esq. at mweitzman@beankinney.com
Lori L. Winkelman, Esq. at lwinkelman@quarles.com

_____(State) I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

__XX__(Federal) I declare that I am employed in the office of a member of the bar of this court at

-2-

PROOF OF SERVICE

102197/000045/986602.01