1 | Ronald K. Brown, Jr., Esq.
LAW OFFICES OF RONALD K. BROWN, JR.
2 | 901 Dove Street, Suite 120
Newport Beach, California 92660
3 | Telephone: (949) 250-3322
Facsimile: (949) 250-3387
4 | Attorney Bar No.: 102012

5 | Attorneys for Creditor,
Pacific Castle Groves, LLC

```
RICHMOND DIVISION
FILED
NOV 2 6 2008
CLERK
U.S. BANKRUPTCY COURT
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:                                    )   CHAPTER 11
                                          )
                                          )   CASE NO.:   08-35653
                                          )              JOINTLY ADMINISTERED
CIRCUIT CITY STORES, INC., et al.,        )
                                          )   **REQUEST FOR SPECIAL NOTICE**
                                          )
                                          )
         Debtors.                         )
                                          )

**TO: DEBTOR AND TO ITS COUNSEL AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Pacific Castle Groves, LLC, a creditor of Debtor herein, hereby requests special notice of all pleadings, notices, motions, orders, schedules, reports, and other documents filed herein, and that such pleadings or documents be served on Pacific Castle Groves, LLC, as follows:

>    Ronald K. Brown, Jr.
>    LAW OFFICES OF RONALD K. BROWN, JR.
>    901 Dove Street, Suite 120
>    Newport Beach, California 92660
>    Telephone: (949) 250-3322
>    Facsimile: (949) 250-3387
>    E-mail: rkbgwhw@aol.com

Dated: November 19, 2008        LAW OFFICES OF RONALD K. BROWN, JR.

                                By: /s/ Ronald K. Brown, Jr.
                                    Ronald K. Brown, Jr.
                                    Attorneys for Creditor,
                                    Pacific Castle Groves, LLC

1                                                          REQUEST FOR SPECIAL NOTICE

**PROOF OF SERVICE**
(C.C.P. § 1013a, C.R.C. 2003(3), 2008(e)(3))

STATE OF CALIFORNIA ) 
                              ) ss.
COUNTY OF ORANGE )

      I am employed in the aforesaid County, State of California, I am over the age of 18 years and not a party to the within action; my business address is 901 Dove Street, Suite, 120 Newport Beach, California 92660.

      On November 19, 2008, I served the foregoing document described as:

**REQUEST FOR SPECIAL NOTICE**

on the parties in this action by: [X] By placing [ ] the **original** [X] a **copy** thereof enclosed in sealed envelopes addressed as follows:

*See Attached Service List*

[XX]  **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Newport Beach in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ]  **BY FACSIMILE TRANSMISSION**: The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. Pursuant to Rule 2008(e)(3), I caused the machine to print a record of the transmission.

[ ]  **BY OVERNIGHT DELIVERY,** as follows: I caused such envelope to be delivered by overnight delivery service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight delivery service with delivery fees paid or provided for.

[ ]  **BY PERSONAL SERVICE,** as follows: I caused a copy of such document to be delivered by hand to the offices of the addressee between the hours of 9:00 a.m. and 5:00 p.m.

[ ]  **STATE**: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XX]  **FEDERAL**: I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct.

Executed on November 19, 2008 at Newport Beach, California.

                                        *[signature]*
                                        LESLEY SICH

**SERVICE LIST**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
One Rodney Square
Wilmington, Delaware 19899

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
MCGUIREWOODS LLP
One James Center
901 E. Cary St.
Richmond, Virginia 23219

2

PROOF OF SERVICE

LAW OFFICES OF

# RONALD K. BROWN, JR.

A PROFESSIONAL CORPORATION

901 DOVE STREET, SUITE 120

NEWPORT BEACH, CALIFORNIA 92660-3018

TELEPHONE (949) 250-3322

FACSIMILE (949) 250-3387

November 19, 2008

U.S. Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 E. Broad Street
Suite 4000
Richmond, VA 23219-1888

    Re:    <u>Debtor, Circuit City Stores, Inc., et al.</u>
              <u>Case #: 08-35653</u>

Dear Sirs:

    Please find enclosed the original Request for Special Notice regarding the above-referenced bankruptcy action and one (1) copy. Please file the original and return one conformed copy in the self addressed stamped envelope.

    Should you have any questions regarding this matter, please feel free to contact me.

                            Very truly yours,

                            Law Offices of Ronald K. Brown, Jr., APC

                            Ronald K. Brown, Jr.

RKB/les
Enclosure

PXGV–003