BUCHALTER NEMER
A Professional Corporation
  Shawn M. Christianson (CA Bar No. 114707)
  Craig C. Chiang (CA Bar No. 209602)
333 Market Street, 25th Floor
San Francisco, California 94105-2130
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: cchiang@buchalter.com

Attorneys for Premier Retail Networks, Inc.



FILED NOV 2 6 2008
RICHMOND DIVISION
CLERK U.S. BANKRUPTCY COURT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVSION

In re:

CIRCUIT CITY STORES, INC., et al.,[1]

Debtors.

Case No. 08-35653-KRH

Chapter 11

Jointly Administered

## REQUEST FOR SPECIAL NOTICE

PLEASE TAKE NOTICE that Premier Retail Networks, Inc. hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 and all pleadings served in the cases identified in this Request for Special Notice, be given and served upon:

---

[1] The Debtors in these proceedings are: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTan, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Stores PR, LLC, Circuit City Properties, LLC, Orbyx Electronics, LLC, Kinzer Technology, LLC, Courchevel, LLC, Abbot Advertising Agency, Inc., Mayland MN, LLC, Patapsco Designs, Inc., Sky Venture Corp., XSStuff, LLC and Prahs, Inc.

Craig C. Chiang, Esq.
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: cchiang@buchalter.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Premier Retail Networks, Inc.'s (i) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Premier Retail Networks, Inc. is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: San Francisco, California

November 21, 2008

BUCHALTER NEMER
A Professional Corporation

By: _____
Craig C. Chiang (CA #209602)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: cchiang@buchalter.com

Attorneys for Premier Retail Networks, Inc.

**In re: Circuit City Stores, Inc., et al.**
**Case No. 08-35653-KRH**

### CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at Buchalter Nemer, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On **November 21, 2008**, I served the foregoing document described as:

### REQUEST FOR SPECIAL NOTICE

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope and/or electronic mail as follows:

**VIA ELECTRONIC MAIL & U.S. MAIL**

**Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
Email: dblanks@mcguirewoods.com

**VIA ELECTRONIC MAIL & U.S. MAIL**

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
(757) 640-3715
Fax : (757) 640-3957
Email: dfoley@mcguirewoods.com

**VIA ELECTRONIC MAIL & U.S. MAIL**

**Sarah Beckett Boehm**
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219
(804) 775-1000
Email: sboehm@mcguirewoods.com

**Bruce H. Besanko**
9950 Mayland Drive
Richmond, VA 23233

**VIA ELECTRONIC MAIL & U.S. MAIL**

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
Email: dhayes@mcguirewoods.com

**VIA ELECTRONIC MAIL & U.S. MAIL**

**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Email: jsheerin@mcguirewoods.com

**Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

**Lynn L. Tavenner**
**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**Circuit City Stores, Inc.**
9950 Mayland Drive
Richmond, VA 23233

**Commonwealth Of Virginia**
Attention: State Corporation Commission
Tyler Building
1300 E. Main Street
Richmond, VA 23219

**Department Of Justice Civil Division**
Attention: Director
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

**Diana Saenz**
Environmental Protection Agency
1200 Pennsylvania Avenue NW
Suite 4209
Washington, DC 20004

**FTI Consulting, Inc.**
Attention: Mr. Robert J. Duffy
Mr. Stephen Coulombre
200 State Street, 2nd Floor
Boston, MA 02109

**Linda K. Myers, Esq.**
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601

**Peter J. Barrett**
Kutak Rock, LLP
1111 East Main Street, Suite 800
Richmond, VA 23219

**Karen Cordry, Esq.**
NAAG Bankruptcy Counsel
National Association of Attorney's General
2030 M Street, N.W., 8th Floor
Washington, DC 20036

**Office of the Secretary of the Commonwealth**
1111 East Broad Street, 4th Floor
Richmond, VA 23219

**Reginald D. Hedgebeth**
Circuit City Stores, LLC.
9950 Mayland Drive
Richmond, VA 23233

**Corporate Sales And Use, Employer Withholding And Litter Tax**
Virginia Department of Taxation
3600 West Broad Street
Richmond, VA 23230-4915

**Environmental Protection Agency**
Office of General Counsel
U.S. EPA Mail Code 2377R
1300 Pennsylvania Avenue, N.W.
Washington, DC 20004

**Environmental Protection Agency**
1650 Arch Street
Philadelphia, PA 19103-2029

**Internal Revenue Service**
Attention: L. Lorello
400 N. 8th Street, Box 76
Richmond, VA 23219

**Evan Gershbein**
Kurtzwan Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

**Bruce Matson, Esq.**
Leclair Ryan
Riverfront Plaza E Tower
951 E. Byrd Street, 8th Floor
Richmond, VA 23219

**Bob McDonnell**
Office of the Attorney General
State of Virginia
900 E. Main Street
Richmond, VA 23219

**Office of the United States Trustee**
Richmond, Virginia Office
600 East Main Street, Suite 301
Richmond, VA 23219

**David S. Berman**
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

**Secretary of Treasury**
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

**Securities & Exchange Commission**
Attention: Bankruptcy Unit
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

**Nathan Fuchs, Esq.**
**Patricia Schrage, Esq.**
Securities & Exchange Commission
New York Office
Branch/Reorganization
233 Broadway
New York, NY 10279

**Gregg M. Galardi, Esq.**
**Ian S. Fredericks, Esq.**
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

**Jeffrey N. Pomerantz, Esq.**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

[ X ]    **BY MAIL** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices.

[X]    **BY EMAIL.** On **November 21, 2008**, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on **November 21, 2008**, at San Francisco, California.

_____
HALLINA POHYAR



**BuchalterNemer**
A Professional Law Corporation

333 MARKET STREET, 25TH FLOOR, SAN FRANCISCO, CALIFORNIA 94105-2126
TELEPHONE (415) 227-0900 / FAX (415) 227-0770

Direct Dial Number: (415) 227-3601
E-Mail Address: *hpohyar@buchalter.com*

November 21, 2008

**VIA U.S. MAIL**

U.S. Bankruptcy Court
Spottswood W. Robinson III &
Robert R. Merhige, Jr., U.S. Courthouse
701 E. Broad Street, Suite 4000
Richmond, VA 23219

  **Re: Circuit City Stores, Inc.**
    **Case No.: 08-35653**

Dear Sir/Madam:

  Enclosed for filing is an original and two copies of a Request for Special Notice to be filed in the above referenced case. Please return a conformed copy to our office in the self-addressed, stamped envelope provided.

  Please don't hesitate to contact me, if you have any questions. Thank you.

        Very truly yours,

        BUCHALTER NEMER
        A Professional Corporation

      By *[signature]*
        Hallina Pohyar
        Secretary to Craig C. Chiang

Enclosures