# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

```
RICHMOND DIVISION
FILED
NOV 2 6 2008
CLERK
U.S. BANKRUPTCY COURT
```

IN RE:                                     )
                                                    )
CIRCUIT CITY STORES, INC., ET AL.,         )    Case No. BK: 08-35653
                                                    )    Chapter   11
           Debtor.                          )

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW the Oklahoma County Treasurer a creditor herein, and enters it appearance herein and request that all notices, pleadings or other documents filed herein be sent to its representatives at the following address:

        Tammy Jones, Pro Se
        Oklahoma County Treasurer
        320 Robert S. Kerr, Room 307
        Oklahoma City, Okla.  73102
        (405)-713-1323

Dated: NOVEMBER 18, 2008

        Respectfully submitted,

        OKLAHOMA COUNTY TREASURER
        By: _____
        Tammy Jones, Pro Se
        Oklahoma County Treasurer
        320 Robert S. Kerr, Room 307
        Oklahoma City, Okla.  73102
        (405)-713-1323

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of __November___, 2008 a true and correct copy of the above and foregoing was mailed, postage prepaid, to the Clerk of the Court, the Debtor's Attorney and the CHAPTER 11 Trustee.

*Tammy Jones*