**IBM**

IBM
13800 Diplomat
Dallas, TX 75234

Phone: 1-877-426-6006 ext 4481
FAX:    1-800-756-2425
Email:  vnamken@us.ibm.com

November 18, 2008

```
RICHMOND DIVISION
     FILED
   NOV 2 6 2008
     CLERK
U.S. BANKRUPTCY COURT
```

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Virginia

IN RE: Circuit City Stores Inc

CHAPTER: 11
CASE NO: 08-35653

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that International Business Machines Corporation (IBM), a creditor and party-in-interest herein, hereby appears in the Chapter 11 case, and requests that, pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions applications, petitions, pleadings, and orders be duly served on the undersigned at the address herein below noted and be directed to the attention of:

ATTN: Vicky Namken
IBM Corporation
13800 Diplomat Dr
Dallas, TX 75234

INTERNATIONAL BUSINESS MACHINES CORPORATION

BY: /s/ Vicky Namken
Vicky Namken
Bankruptcy Coordinator


TO: Clerk of the Court,
    US Bankruptcy Court
    Eastern District of Virginia
    Clerk's Office
    701 East Broad Street
    Richmond, VA 23219