

| IBM | Phone: 1-877-426-6006 ext 4481 |
| 13800 Diplomat | FAX: 1-800-756-2425 |
| Dallas, TX 75234 | Email: vnamken@us.ibm.com |

November 19, 2008

UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

IN RE: Circuit City Stores Inc

CHAPTER: 11
CASE NO: 08-35653

NOTICE OF APPEARANCE

IBM Corporation is filing this Notice of Appearance on behalf of InfoPrint Solutions Company

PLEASE TAKE NOTICE that InfoPrint Solutions Company LLC (InfoPrint), a creditor and party-in-interest herein, hereby appears in the Chapter 11 case, and requests that, pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions applications, petitions, pleadings, and orders be duly served on the undersigned at the address herein below noted and be directed to the attention of:

ATTN: Vicky Namken
InfoPrint Solutions Company
C/O IBM Corporation
13800 Diplomat Dr
Dallas, TX 75234

INTERNATIONAL BUSINESS MACHINES CORPORATION

BY: /s/ Vicky Namken
Vicky Namken
Bankruptcy Coordinator

TO: Clerk of the Court,
US Bankruptcy Court
Eastern District of Virginia
Clerk's Office
701 East Broad Street
Richmond, VA 23219