UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In Re:                                        )    Case No. 08-35653-KRH
                                              )
Circuit City Stores, Inc.                     )    Chapter 11
                                              )
                    Debtor.                   )

## NOTICE OF APPEARANCE

**TO:  CLERK OF COURT, DEBTOR'S COUNSEL, AND UNITED STATES TRUSTEE**

Please take notice that the undersigned, an attorney in the law firm of Smith Moore Leatherwood LLP, does hereby give notice of the appearance of this firm on behalf of CAP Brunswick, LLC, a landlord and creditor of the Debtor.

It is requested that copies of all documents filed in the above-referenced case be served upon the undersigned. The Clerk of Court, and any other party that the Court may direct to send notices, is hereby requested that this law firm be shown once on the master mailing matrix and on any shortened matrix that may be in existence, or that may be created in the future.

SMITH MOORE LEATHERWOOD LLP

BY: _____
F. Marion Hughes (Fed. I.D. #7277)
marion.hughes@smithmoorelaw.com
300 East McBee Avenue, Suite 500 (29601)
P.O. Box 87
Greenville, SC 29602-0087
864/242-6440
864/240-2474
Attorneys for CAP Brunswick, LLC



# SMITH MOORE LEATHERWOOD

November 20, 2008

Mr. William C. Redden
Clerk of Court for U.S. Bankruptcy Court
Eastern District of Virginia
701 E. Broad Street, Suite 4000
Richmond, VA 23219-1888

        Re:    Case No. 08-35653-KRH
                  Circuit City Stores, Inc.

Dear Mr. Redden:

    Enclosed are the original and a copy of a Notice of Appearance on behalf of CAP Brunswick, LLC in the above matter for filing. I have also enclosed a self-addressed, stamped envelope for your convenience in returning the filed copy to me.

    Thank you for your assistance in this matter.

                            Sincerely,

                            F. Marion Hughes

FMH/dbc
Enc.

F. Marion Hughes | Direct 864.240.2445 | Fax 864.240.2474 | Marion.Hughes@smithmoorelaw.com
Smith Moore Leatherwood LLP  ▪  Attorneys at Law
The Leatherwood Plaza   300 East McBee Avenue  Suite 500 (29601)   Post Office Box 87   Greenville, SC  29602
▪ 864.242.6440 ▪ www.smithmoorelaw.com
Atlanta, GA  ▪  Charlotte, NC  ▪  Greensboro, NC  ▪  Greenville, SC  ▪  Raleigh, NC  ▪  Wilmington, NC