EXHIBIT A

x x x Communication Result Report ( Nov.10. 2008  8:56PM ) x x x

1)
2)

( /Time: Nov. 10. 2008  8:53PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7119 | Memory TX | 918045274164xxx42995 | P.  4 | OK | |

---

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                      E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

**ZeniMax**
MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

| TO | FROM |
|---|---|
| Tim Stafford, Business Team Lead Games | J. Griffin Lesher, Secretary, Bethesda Softworks LLC & EVP-Legal, ZeniMax Media Inc. |
| COMPANY: Classic City Stores, Inc. | DATE: 11/10/2008 |
| FAX NUMBER: 804.527.4164 | TOTAL NO. OF PAGES INCLUDING COVER: 4 |
| CC: Reginald D. Hedgebeth, Esq. SVP, General Counsel & Secretary Classic City Stores, Inc. fax: 804.418.8268 & 804.527.4164 / Sarah K. Baker, Esq. Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL) fax: 312.407.0411 | SENDER'S REFERENCE NUMBER: |
| RE: Redemption Demand of Bethesda Softworks LLC | YOUR REFERENCE NUMBER: |

X URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025

x   x   x   Communication Result Report ( Nov. 10. 2008   8:54PM ) x   x   x

1)
2)

/Time: Nov. 10. 2008   8:39PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7116 | Memory TX | 918045274164***42995 | P.   4 | OK | |

Reason for error
   E. 1) Hang up or line fail            E. 2) Busy
   E. 3) No answer                       E. 4) No facsimile connection
   E. 5) Exceeded max. E-mail size

**ZeniMax** MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

| TO: Tim Sifford, Business Team Lead Games | FROM: J. Griffin Lesher, Secretary, Bethesda Softworks LLC & SVP-Legal, ZeniMax Media Inc. |
|---|---|
| COMPANY: Circuit City Stores, Inc. | DATE: 11/10/2008 |
| FAX NUMBER: 804.527.4164 | TOTAL NO. OF PAGES INCLUDING COVER: 4 |
| CC: Reginald D. Hedgebeth, Esq. SVP, General Counsel & Secretary Circuit City Stores, Inc. fax: 804.418.8248 & 804.527.4164 / Sarah K. Baker, Esq. Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL) fax: 312.407.0411 | SENDER'S REFERENCE NUMBER: |
| RE: Reclamation Demand of Bethesda Softworks LLC | YOUR REFERENCE NUMBER: |

X URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

The information contained in this message and any attachments hereto is intended only for the use of the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.

NOTES/COMMENTS:

**1370 PICCARD DRIVE**
**SUITE 120**
**ROCKVILLE, MARYLAND 20850 USA**
**TELE: 301 948 2200 / FAX: 301 990 7025**



## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO:<br>Tim Sifford, Business Team Lead Games | FROM:<br>J. Griffin Lesher, Secretary, Bethesda Softworks LLC<br>& EVP-Legal, ZeniMax Media Inc. |
| COMPANY:<br>Circuit City Stores, Inc. | DATE:<br>11/10/2008 |
| FAX NUMBER:<br>804.527.4164 | TOTAL NO. OF PAGES INCLUDING COVER:<br>4 |
| CC:<br>Reginald D. Hedgebeth, Esq.<br>SVP, General Counsel & Secretary<br>Circuit City Stores, Inc.<br>fax: 804.418.8248 & 804.527.4164 /<br>Sarah K. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>(Chicago, IL)<br>fax: 312.407.0411 | SENDER'S REFERENCE NUMBER: |
| RE:<br>Reclamation Demand of Bethesda Softworks<br>LLC | YOUR REFERENCE NUMBER: |

**X** URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:

**ᵒBethesda**®
SOFTWORKS
a ZeniMax Media company

November 10, 2008

*Via Fax*
*804.524.4000*

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

      Re:    Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
                Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

      Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the
"Debtor") has received computer and console video games (the "Goods") described in and
pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated
October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached
hereto (the "Purchase Orders") from Bethesda Softworks.

      The Debtor received the Goods shipped by the Seller within the last 45 days prior to
November 10, 2008 (the "Reclamation Period.") The value of the Goods is **$3,848,875.72**, and
no part of the purchase price for any of the Goods has been paid to the Seller.

      Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of
business under the terms of the Agreement and/or the Purchase Orders and received by the
Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the
Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11
U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

      Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of
the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable
state law, for the immediate return of the Goods.  Further, Seller demands that the Debtor
segregate and refrain from using, commingling or otherwise converting the Goods in the course
of the Debtor's business or otherwise.  In addition, Seller requests adequate protection of its
interests in the Goods and objects to any use of cash collateral which may be generated from the
use, sale, or other disposition of the Goods.

      Please confirm whether the Debtor will honor this reclamation demand and advise when
and where the Seller may arrange for the immediate return of the Goods.

      Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies
and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise,
including but not limited to Seller's right to an allowed administrative claim under Section



503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date. Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment:  Exhibit A

cc:      Reginald D. Hedgebeth, Esq.
         SVP, General Counsel & Secretary
         Circuit City Stores, Inc. (Richmond, VA)
         fax: 804.524.4000
         Sarah K. Baker, Esq.
         Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
         fax: 312.407.0411

Exhibit A
to
Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents



| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512806 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512806 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512806 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 9315512806 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 9315512690 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 9315512690 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 9315512690 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 9315512690 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 9315512690 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 9315512690 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512806 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 9315512806 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | TOTAL: | | | | 79,337 | | $3,848,875.72 |
| | Subtotal Fallout 3: | | | | 78,048 | | $3,819,605.12 |
| | Subtotal Other Product: | | | | 1,289 | | $29,270.60 |

1370 Piccard Drive   Ste 120 Rockville, MD 20850   301.948.2200   Fax 301.990.7025

x  x  x  Communication Result Report ( Nov. 10. 2008  9:10PM )  x  x  x

1)
2)

/Time: Nov. 10. 2008  8:51PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 7118 | Memory TX | 918045274164xxx42995 | P.  4 | OK | |

--------------------------------------------------------------------------

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                      E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

**ZeniMax™**
MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO Tim Sifford, Business Team Lead Gamer | FROM J. Griffin Lesher, Secretary, Bethesda Softworks LLC & SVP-Legal, Zenimax Media Inc. |
| COMPANY Circuit City Stores, Inc. | DATE 11/10/2008 |
| FAX NUMBER 804.527.4164 | TOTAL NO. OF PAGES INCLUDING COVER 4 |

→ CC:
Reginald D. Hedgebeth, Esq.
SVP, General Counsel & Secretary
Circuit City Stores, Inc.
fax: 804.418.8245 & 804.527.4164 /
Sarah K. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
(Chicago, IL)
fax: 312.407.0411

RE:                                          YOUR REFERENCE NUMBER
Reclamation Demand of Bethesda Softworks
LLC

X URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address noted below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025

* * * Communication Result Report ( Nov.10. 2008  8:59PM ) * * *

1)
2)

Date/Time: Nov. 10. 2008  8:57PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7120 | Memory TX | 918045274164***42995 | P. 4 | OK | |

---

Reason for error
  E.1) Hang up or line fail
  E.3) No answer
  E.5) Exceeded max. E-mail size

  E.2) Busy
  E.4) No facsimile connection



**ZeniMax MEDIA INC.**

FACSIMILE TRANSMITTAL SHEET

| TO: Tim Safford, Business Team Lead Games | FROM: J. Griffin Lesher, Secretary, Bethesda Softworks LLC & EVP-Legal, ZeniMax Media Inc. |
|---|---|
| COMPANY: Circuit City Stores, Inc. | DATE: 11/10/2008 |
| FAX NUMBER: 804.527.4164 | TOTAL NO. OF PAGES INCLUDING COVER: 4 |

Reginald D. Hedgebeth, Esq.
SVP, General Counsel & Secretary
Circuit City Stores, Inc.
fax 804.918.3248 & 804.527.4164 /
Sarah K. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
(Chicago, IL)
fax 312.407.0411

RE: Reclamation Demand of Bethesda Softworks LLC

X URGENT   □ FOR REVIEW   □ PLEASE COMMENT   □ PLEASE REPLY   □ PLEASE RECYCLE

NOTES/COMMENTS:

1370 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025

x x x Communication Result Report ( Nov. 10. 2008  8:49PM ) x x x

1)
2)

Time: Nov. 10. 2008  8:41PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|------|------|-------------|-------|--------|---------------|
| 7117 | Memory TX | 918044188248xxx42995 | P. 4 | OK | |

---

Reason for error
  E. 1) Hang up or line fail
  E. 3) No answer
  E. 5) Exceeded max. E-mail size

  E. 2) Busy
  E. 4) No facsimile connection

**ZeniMax™**
MEDIA INC.

FACSIMILE TRANSMITTAL SHEET

TO:                                         FROM:
Tim Sifford, Business Team Lead Games       J. Griffin Lesher, Secretary, Bethesda Softworks LLC
                                            & EVP-Legal, ZeniMax Media Inc.

COMPANY:                                    DATE:
Circuit City Stores, Inc.                   11/10/2008

FAX NUMBER:                                 TOTAL NO. OF PAGES INCLUDING COVER:
804.527.4364                                4

Reginald D. Hedgebeth, Esq.                 SENDER'S REFERENCE NUMBER:
SVP, General Counsel & Secretary
Circuit City Stores, Inc.
fax 804.418.8248 & 804.527.4364 /
Sarah E. Reiner, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
(Chicago, IL)
fax 312.407.0411

RE:                                         YOUR REFERENCE NUMBER:
Reclamation Demand of Bethesda Softworks
LLC

X URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the reference or addressee's authorized agent. Those materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:

1376 PICCARD DRIVE
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025

# ZeniMax™□
## MEDIA INC.

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Tim Sifford, Business Team Lead Games | J. Griffin Lesher, Secretary, Bethesda Softworks LLC & EVP-Legal, ZeniMax Media Inc. |

| COMPANY: | DATE: |
|---|---|
| Circuit City Stores, Inc. | 11/10/2008 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|---|---|
| 804.527.4164 | 4 |

| CC: | SENDER'S REFERENCE NUMBER: |
|---|---|
| Reginald D. Hedgebeth, Esq. SVP, General Counsel & Secretary Circuit City Stores, Inc. fax: 804.418.8248 & 804.527.4164 / Sarah K. Baker, Esq. Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL) fax: 312.407.0411 | |

| RE: | YOUR REFERENCE NUMBER: |
|---|---|
| Reclamation Demand of Bethesda Softworks LLC | |

**X** URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:

## 1370 PICCARD DRIVE
### SUITE 120
### ROCKVILLE, MARYLAND 20850 USA
### TELE: 301 948 2200 / FAX: 301 990 7025

**□Bethesda**®
SOFTWORKS
a ZeniMax Media company

November 10, 2008

*Via Fax*
*804.524.4000*

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

     Re:    Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
                Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

     Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the
"Debtor") has received computer and console video games (the "Goods") described in and
pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated
October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached
hereto (the "Purchase Orders") from Bethesda Softworks.

     The Debtor received the Goods shipped by the Seller within the last 45 days prior to
November 10, 2008 (the "Reclamation Period.") The value of the Goods is **$3,848,875.72**, and
no part of the purchase price for any of the Goods has been paid to the Seller.

     Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of
business under the terms of the Agreement and/or the Purchase Orders and received by the
Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the
Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11
U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

     Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of
the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable
state law, for the immediate return of the Goods. Further, Seller demands that the Debtor
segregate and refrain from using, commingling or otherwise converting the Goods in the course
of the Debtor's business or otherwise. In addition, Seller requests adequate protection of its
interests in the Goods and objects to any use of cash collateral which may be generated from the
use, sale, or other disposition of the Goods.

     Please confirm whether the Debtor will honor this reclamation demand and advise when
and where the Seller may arrange for the immediate return of the Goods.

     Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies
and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise,
including but not limited to Seller's right to an allowed administrative claim under Section

**Bethesda**®
SOFTWORKS
a ZeniMax Media company

503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date.  Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

    If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

                                    Sincerely,

                                    J. Griffin Lesher
                                    Secretary

Attachment:  Exhibit A

cc:    Reginald D. Hedgebeth, Esq.
        SVP, General Counsel & Secretary
        Circuit City Stores, Inc. (Richmond, VA)
        fax: 804.524.4000
      Sarah K. Baker, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
        fax: 312.407.0411

Exhibit A
to
Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155128606 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155128606 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | **TOTAL:** | | | | 79,337 | | **$3,848,875.72** |
| | **Subtotal Fallout 3:** | | | | 78,048 | | **$3,819,605.12** |
| | **Subtotal Other Product:** | | | | 1,289 | | **$29,270.60** |

1370 Piccard Drive Ste 120 Rockville, MD 20850  301.948.2200 Fax 301.990.7025



\* \* \* Communication Result Report ( Nov. 10. 2008  8:14PM ) \* \* \*

1)
2)

/Time: Nov. 10. 2008  8:12PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 7114 | Memory TX | 913124070411×××42995 | P.   4 | OK | |

---

Reason for error
E. 1) Hang up or line fail           E. 2) Busy
E. 3) No answer                      E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

**ZeniMax®**
MEDIA INC.

### FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|-----|-------|
| Tim Safford, Business Team Lead Games | J. Griffin Lesher, Secretary, Bethesda Softworks LLC & SVP-Legal, ZeniMax Media Inc. |

| COMPANY: | DATE: |
|----------|-------|
| Circuit City Stores, Inc. | 11/10/2008 |

| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
|-------------|-------------------------------------|
| 804.934.4000 | 4 |

| CC: | SENDER'S REFERENCE NUMBER: |
|-----|-----------------------------|

Reginald D. Hedgebeth, Esq.
SVP, General Counsel & Secretary
Circuit City Stores, Inc.
fax: 804.934.4000 /

Sarah K. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
(Chicago, IL)
fax: 312.407.0411

| RE: | YOUR REFERENCE NUMBER: |
|-----|------------------------|
| Reclamation Demand of Bethesda Softworks LLC | |

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*The information contained in this message and any attachments herein is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:

**1370 PICCARD DRIVE**
SUITE 120
ROCKVILLE, MARYLAND 20850 USA
TELE: 301 948 2200 / FAX: 301 990 7025



# FACSIMILE TRANSMITTAL SHEET

| TO:<br>Tim Sifford, Business Team Lead Games | FROM:<br>J. Griffin Lesher, Secretary, Bethesda Softworks LLC<br>& EVP-Legal, ZeniMax Media Inc. |
|---|---|
| COMPANY:<br>Circuit City Stores, Inc. | DATE:<br>11/10/2008 |
| FAX NUMBER:<br>804.524.4000 | TOTAL NO. OF PAGES INCLUDING COVER:<br>4 |
| CC:<br>Reginald D. Hedgebeth, Esq.<br>SVP, General Counsel & Secretary<br>Circuit City Stores, Inc.<br>fax: 804.524.4000 /<br>Sarah K. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>(Chicago, IL)<br>fax: 312.407.0411 | SENDER'S REFERENCE NUMBER: |
| RE:<br>Reclamation Demand of Bethesda Softworks<br>LLC | YOUR REFERENCE NUMBER: |

**X** URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

*The information contained in this message and any attachments hereto is intended only for the addressee or addressee's authorized agent. These materials may contain information that is privileged, confidential, or otherwise exempt from disclosure. If the reader is not the intended recipient or recipient's authorized agent, then you are notified that any dissemination, distribution, or copying of these materials is prohibited. If you have received these materials in error, please notify the sender by telephone and return the original and any copies of these materials by mail to the sender at the address stated below. Opinions, conclusions and other information in this message that do not relate to the official business of this company shall be understood as neither given nor endorsed by it.*

NOTES/COMMENTS:



**Bethesda**®
SOFTWORKS
a ZeniMax Media company

November 10, 2008

*Via Fax*
*804.524.4000*

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

     Re:    Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
              Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

     Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the "Debtor") has received computer and console video games (the "Goods") described in and pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached hereto (the "Purchase Orders") from Bethesda Softworks.

     The Debtor received the Goods shipped by the Seller within the last 45 days prior to November 10, 2008 (the "Reclamation Period.") The value of the Goods is **$3,848,875.72**, and no part of the purchase price for any of the Goods has been paid to the Seller.

     Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of business under the terms of the Agreement and/or the Purchase Orders and received by the Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

     Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable state law, for the immediate return of the Goods.  Further, Seller demands that the Debtor segregate and refrain from using, commingling or otherwise converting the Goods in the course of the Debtor's business or otherwise.  In addition, Seller requests adequate protection of its interests in the Goods and objects to any use of cash collateral which may be generated from the use, sale, or other disposition of the Goods.

     Please confirm whether the Debtor will honor this reclamation demand and advise when and where the Seller may arrange for the immediate return of the Goods.

     Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise, including but not limited to Seller's right to an allowed administrative claim under Section



503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date.  Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment:  Exhibit A

cc:    Reginald D. Hedgebeth, Esq.
          SVP, General Counsel & Secretary
          Circuit City Stores, Inc. (Richmond, VA)
          fax: 804.524.4000
       Sarah K. Baker, Esq.
          Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
          fax: 312.407.0411

Exhibit A
to
Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155128606 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155128606 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | **TOTAL:** | | | | 79,337 | | **$3,848,875.72** |
| | Subtotal Fallout 3: | | | | 78,048 | | $3,819,605.12 |
| | Subtotal Other Product: | | | | 1,289 | | $29,270.60 |

1370 Piccard Drive  Ste 120  Rockville, MD 20850   301.948.2200  Fax 301.990.7025

## Carrigan, Daniel

| | |
|---|---|
| **From:** | Grif Lesher [glesher@zenimax.com] |
| **Sent:** | Monday, November 10, 2008 8:49 PM |
| **To:** | Tim_Sifford@circuitcity.com |
| **Cc:** | Ronald Seger |
| **Subject:** | Bethesda Softworks - Reclamation Demand |
| **Attachments:** | Bethesda_Softworks_Demand_Letter_10-nov-08.pdf |

Dear Mr. Sifford:

Please find attached the Reclamation Demand of Bethesda Softworks LLC, its parent, subsidiaries, affiliates and/or agents in connection with today's bankruptcy filing by Circuit City and court hearing.

Regards,
J. Griffin Lesher
Secretary
Bethesda Softworks LLC
and
EVP-Legal
ZeniMax Media Inc.

**"Bethesda**®
SOFTWORKS
a ZeniMax Media company

November 10, 2008

*Via Fax*
*804.524.4000*

Tim Sifford
Business Team Lead Games
Circuit City Stores, Inc.
Deep Run 1 – 2nd Floor
9950 Mayland Drive
Richmond, VA 23233

Re:    Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries,
Affiliates and/or Agents (collectively, "Bethesda Softworks" or "Seller")

Dear Mr. Sifford:

Circuit City Stores, Inc., its subsidiaries, affiliates and/or agents (collectively, the "Debtor") has received computer and console video games (the "Goods") described in and pursuant to the terms of a certain Master Dealer Agreement and Product Addendum thereto dated October 25, 2006 (the "Agreement") and/or the Purchase Orders listed on Exhibit A attached hereto (the "Purchase Orders") from Bethesda Softworks.

The Debtor received the Goods shipped by the Seller within the last 45 days prior to November 10, 2008 (the "Reclamation Period.") The value of the Goods is **$3,848,875.72**, and no part of the purchase price for any of the Goods has been paid to the Seller.

Seller asserts that the Goods were sold to Debtor on credit in the ordinary course of business under the terms of the Agreement and/or the Purchase Orders and received by the Debtor while it was insolvent, which insolvency is evidenced, in whole or in part, by the Debtor's filing of a petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") on November 10, 2008 (the "Petition Date").

Seller hereby makes reclamation demand upon the Debtor pursuant to Section 546(c) of the Bankruptcy Code, Section 2-702 of the Uniform Commercial Code and/or other applicable state law, for the immediate return of the Goods. Further, Seller demands that the Debtor segregate and refrain from using, commingling or otherwise converting the Goods in the course of the Debtor's business or otherwise. In addition, Seller requests adequate protection of its interests in the Goods and objects to any use of cash collateral which may be generated from the use, sale, or other disposition of the Goods.

Please confirm whether the Debtor will honor this reclamation demand and advise when and where the Seller may arrange for the immediate return of the Goods.

Nothing in this letter shall be a waiver of, or otherwise prejudice, any rights, remedies and interests of Seller, whether under the Agreement and/or the Purchase Orders or otherwise, including but not limited to Seller's right to an allowed administrative claim under Section

1370 Piccard Drive  Ste 120  Rockville, MD 20850   301.948.2200  Fax 301.990.7025



°Bethesda®
SOFTWORKS
a ZeniMax Media company

503(b)(9) of the Bankruptcy Code for all Goods or other product received by the Debtor from Seller within twenty (20) days before the Petition Date.  Seller reserves the right to amend and supplement this Reclamation Demand to include any Goods that remained, or may remain, in transit prior to transmission of this Demand, and that were, or are, received subsequent thereto.

If you have any questions, please contact me at 301.963.2000 (x.254) or glesher@zenimax.com.

Sincerely,

J. Griffin Lesher
Secretary

Attachment:  Exhibit A

cc:    Reginald D. Hedgebeth, Esq.
        SVP, General Counsel & Secretary
        Circuit City Stores, Inc. (Richmond, VA)
        fax: 804.524.4000
      Sarah K. Baker, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP (Chicago, IL)
        fax: 312.407.0411

Exhibit A
to
Reclamation Demand of Bethesda Softworks LLC, Its Parent, Subsidiaries, Affiliates and/or Agents

| Circuit City Purchase Order Number | Product | Platform | Ship Date | Inventory or Store ID | No. of Units | Per Unit Value | Total Value |
|---|---|---|---|---|---|---|---|
| 6772368 | AMF Pinbusters! | Wii | 29-Oct-08 | 12650 | 168 | $15.27 | $2,565.36 |
| 6772368 | Oblivion Greatest Hits | PS3 | 29-Oct-08 | 12060 | 408 | $23.64 | $9,645.12 |
| 6772368 | Oblivion Game of the Year | PS3 | 29-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6772368 | Star Trek Encounters | PS2 | 29-Oct-08 | 12050 | 156 | $6.40 | $998.40 |
| 2170802 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 632 | $55.16 | $34,861.12 |
| 2170801 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 528 | $55.16 | $29,124.48 |
| 2170800 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 520 | $55.16 | $28,683.20 |
| 2170797 | Fallout 3 Collector's Edition | PC | 23-Oct-08 | 93155128606 | 988 | $55.16 | $54,498.08 |
| 6623924 | Fallout 3 | PS3 | 22-Oct-08 | 12670 | 24,000 | $48.27 | $1,158,480.00 |
| 6623924 | Fallout 3 Collector's Edition | PS3 | 22-Oct-08 | 12840 | 3,000 | $63.04 | $189,120.00 |
| 6623924 | Fallout 3 | X360 | 22-Oct-08 | 12680 | 35,040 | $48.27 | $1,691,380.80 |
| 6623924 | Fallout 3 Collector's Edition | X360 | 22-Oct-08 | 12850 | 4,008 | $63.04 | $252,664.32 |
| 2170790 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 2,400 | $39.40 | $94,560.00 |
| 2170792 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 730 | $39.40 | $28,762.00 |
| 2170793 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,270 | $39.40 | $50,038.00 |
| 2170794 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,280 | $39.40 | $50,432.00 |
| 2170795 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,530 | $39.40 | $60,282.00 |
| 2170796 | Fallout 3 | PC | 21-Oct-08 | 93155126909 | 1,290 | $39.40 | $50,826.00 |
| 2170798 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155128606 | 300 | $55.16 | $16,548.00 |
| 2170804 | Fallout 3 Collector's Edition | PC | 21-Oct-08 | 93155128606 | 532 | $55.16 | $29,345.12 |
| 6748763 | AMF Pinbusters! | Wii | 9-Oct-08 | 12650 | 276 | $15.27 | $4,214.52 |
| 6748763 | Oblivion Game of the Year | PS3 | 9-Oct-08 | 12610 | 120 | $48.27 | $5,792.40 |
| 6620842 | Star Trek Encounters | PS2 | 6-Oct-08 | 12050 | 41 | $6.40 | $262.40 |
| | **TOTAL:** | | | | 79,237 | | $3,848,875.72 |
| | **Subtotal Fallout 3:** | | | | 78,048 | | $3,819,605.12 |
| | **Subtotal Other Product:** | | | | 1,289 | | $29,270.60 |

1370 Picard Drive  Ste 120  Rockville, MD 20850   301.948.2200  Fax 301.990.7025