```
1  MARTHA E. ROMERO, State Bar No. 128144
   ROMERO LAW FIRM
2  BMR Professional Building
   6516 Bright Avenue
3  Whittier, California 90601
   (562) 907-6800
4  (562)907-6820 Facsimile
   Email: Romero@mromerolawfirm.com
5
   Attorneys for SECURED CREDITOR
6  COUNTY OF RIVERSIDE, CALIFORNIA
   A CALIFORNIA TAXING AUTHORITY
7
```

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653 KRH |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | |
| | ) | **CERTIFICATE OF SERVICE TO** |
| | ) | **NOTICE OF APPEARANCE BY** |
| | ) | **COUNTY OF RIVERSIDE,** |
| | ) | **CALIFORNIA** |
| | ) | |
| | ) | |
| | ) | |

TO THE HONORABLE KEVIN R. HUENNEKENS AND TO ALL PARTIES OF INTEREST:

I certify that a true and correct copy of the foregoing has been served via first class U.S. Mail on this 26th day of November 2008.

                                Respectfully submitted

Dated: November 26, 2008        ROMERO LAW FIRM


                                By /s/ MARTHA E. ROMERO
                                MARTHA E. ROMERO
                                Attorney for Secured Creditor
                                County of Riverside, CA
                                A California Taxing Authority

1

**SERVICE LIST**

| | |
|---|---|
| Daniel F. Blanks<br>McGuireWoods LLP<br>9000 World Trade Center<br>101 W. Main St.<br>Norfolk, VA 23510 | Jeffrey Scharf<br>Taxing Authority Consulting Services, P.C.<br>P.O. Box 771476<br>Richmond, Virginia 23255 |
| Dion W. Hayes<br>McGuireWoods LLP<br>One James Center<br>901 E. Cary St.<br>Richmond, VA 23219 | Bradford F. Englander<br>Linowes and Blocher LLP<br>7200 Wisconsin Avenue, Suite 800<br>Bethesda, Maryland 20814 |
| Debtor Designee<br>Bruce H. Besanko<br>9950 Mayland Drive<br>Richmond, VA 23233 | David L. Pollack, Esquire<br>BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia, Pennsylvania 19103 |
| Brad R. Godshall<br>Pachulski Stang Ziehl & Jones, LLP<br>10100 Santa Monica Blvd.<br>11th Floor<br>Los Angeles, CA 90067-4100 | Mitchell B. Weitzman<br>2300 Wilson Blvd., 7th Floor<br>Arlington, VA 22201 |
| John D. Fiero<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 9411-4500 | Bruce H. Matson<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23218-2499 |
| Lynn L. Tavenner<br>Tavenner & Beran, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, VA 23219 | David S. Berman<br>Riemer & Braunstein LLP<br>Three Center Plaza, 6th Floor<br>Boston, Massachusetts 02108 |
| Robert J. Feinstein<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Ave. 36th Floor<br>New York, NY 10017 | James S. Carr, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178 |
| Court Reporter<br>Crane-Snead & Associates, Inc.<br>4914 Fitzhugh Ave, Ste 203<br>Richmond, VA 23230-3435 | Eric C. Cotton, Esq.<br>3300 Enterprise Parkway<br>P.O. Box 227042<br>Beachwood, Ohio 44122 |
| Simon Property Group, Inc.<br>Attn: Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, Indiana 46204 | Jenny J. Hyun, Esq.<br>Weingarten Realty Investors<br>2600 Citadel Plaza Drive<br>Houston, Texas 77008 |
| | Pamela Gale Johnson<br>BAKER & HOSTETLER, LLP<br>1000 Louisiana, Suite 2000<br>Houston, TX 77002 |

| | |
|---|---|
| Laura Lawton Gee<br>BAKER & HOSTETLER, LLP<br>1000 Louisiana, Suite 2000<br>Houston, TX 77002 | Roy M. Terry, Jr., Esq.<br>DurretteBradshaw PLC<br>600 E. Main Street, 20th Floor<br>Richmond, VA 23219 |
| Andrew S. Conway<br>200 East Long Lake Rd.<br>Suite 300<br>Bloomfield Hills, Michigan 48304 | Jeremy S. Friedberg, Esq.<br>One Corporate Center<br>10451 Mill Run Circle, Suite 1000<br>Owings Mills, Maryland 21117 |
| Mark Browning<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, Texas 78711-2548 | Marc Barreca<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158 |
| John G. McJunkin, Esquire<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC 20006 | Eric C. Rusnak<br>K&L GATES LLP<br>1601 K Street, N.W.<br>Washington, DC 20006-1600 |
| Heather D. Dawson, Esq.<br>Kitchens Kelley Gaynes, P.C.<br>Suite 900, 11 Piedmont Center<br>3495 Piedmont Road, N.E.<br>Atlanta, GA 30305 | Min Park, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1875 Eye Street NW, 11th Floor<br>Washington, DC 20006 |
| Christine D. Lynch, Esq.<br>GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333 | Karen C. Bifferato, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |
| Neil E. Herman, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York 10178-0600 | Richard E. Lear<br>Holland & Knight LLP<br>2099 Pennsylvania Avenue, N.W.<br>Suite 100<br>Washington, D.C. 20006 |
| H. Jason Gold<br>Wiley Rein LLP<br>7925 Jones Branch Dr., Suite 6200<br>McLean, Virginia 22102 | Jaime S. Dibble<br>STINSON MORRISON HECKER LLP<br>1150 18th Street, NW, Suite 800<br>Washington, DC 20036-3816 |
| Jeffrey L. Tarkenton<br>Todd D. Ross<br>Womble Carlyle Sandridge & Rice, PLLC<br>1401 Eye Street, N.W., Suite 700<br>Washington, D.C. 20005 | Benjamin C. Ackerly<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219-4074 |
| David M. Poitras<br>1900 Avenue of the Stars<br>7th Floor<br>Los Angeles, CA 90067 | Michael L. Cook<br>SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, NY 10022 |

```
 1  Richard T. Davis                   Richard M. Maseles
    The Cafaro Company                 301 W. High Street, Room 670
 2  2445 Belmont Avenue                P.O. Box 475
    P.O. Box 2186                      Jefferson City, MO 65105-0475
 3  Youngstown, Ohio 44504-0186
                                       Regina Stango Kelbon
 4  Kevin M. Newman                    One Logan Square
    308 Maltbie St.                    Philadelphia, PA 19103
 5  Suite 200
    Syracuse, NY 13204                 John L. Senica
 6                                     225 W. Washington , Suite 2600
    James V. Lombardi, III             Chicago, IL 60606
 7  2 Riverway, Suite 700
    Houston, TX 77056                  Timothy F. Brown, Esq.
 8                                     Arent Fox LLP
    William A. Gray                    1050 Connecticut Avenue, NW
 9  Sands Anderson Marks & Miller      Washington, DC 20036
    801 E. Main Street, Suite 1800
10  P.O. Box 1998                      Scott P. Carroll
    Richmond, Virginia 23218-1998      831 East Morehead St.
11                                     Suite 440
    Michael L. Tuchin                  Charlotte, NC 28202
12  1999 Avenue of the Stars
    39th Floor                         James Donaldson
13  Los Angeles, CA 90067- 6049        831 East Morehead St.
                                       Suite 445
14  Katten Muchin Rosenman LLP         Charlotte, NC 28202
    c/o Thomas J. Leanse
15  2029 Century Park East             Anne M. Magruder
    Suite 2600                         1889 Preston White Dr.
16  Los Angeles, California 90067      Suite 200
                                       Reston, VA 20191
17  Brian Sirower, Esq.
    QUARLES & BRADY LLP                David A. Greer, Esquire
18  Renaissance One                    The Law Offices of David A. Greer
    Two North Central Avenue           PLC
19  Phoenix, Arizona 85004-2391        500 East Main Street, Suite 1225
                                       Norfolk, VA 23510
20  Elizabeth Weller
    2323 Bryan St.                     Robert K. Coulter
21  Suite 1600                         Assistant United States Attorney
    Dallas, TX 75201                   The Justin W. Williams U.S.
22                                     Attorneys Building
    Billy Ray                          2100 Jamieson Avenue
23  4421 Waterfront Dr.                Alexandria, Virginia 22314
    Glen Allen, VA 23060
24                                     Michael Reed
    Fred B. Ringel                     McCREARY, VESELKA, BRAGG & ALLEN,
25  1345 Avenue of the Americas        P.C.
    New York, NY 10105                 Attorneys for Claimant,
26                                     Williamson County, et al.
    Scott R. Kipnis                    P. O. Box 1269
27  530 Fifth Ave.                     Round Rock, Texas 78680
    New York, NY 10036
28
```

4

```
 1  Richard F. Stein                      Washington, D.C. 20530
    600 East Main Street, Suite 1601
 2  Richmond, Virginia 23219-2430         Christopher R. Belmonte, Esq..
                                          Satterlee Stephens Burke & Burke
 3  Michael W. Malter                     LLP
    Binder & Malter LLP                   230 Park Avenue
 4  2775 Park Ave.                        New York, New York 10169
    Santa Clara, CA 95050
 5                                        William J. Factor, Esq..
    Ellen A. Friedman, Esq.               SEYFARTH SHAW LLP
 6  Friedman Dumas & Springwater LLP      131 S. Dearborn Street
    150 Spear Street, Suite 1600          Suite 2400
 7  San Francisco, CA 94105               Chicago, Illinois 60603

 8  Jeffrey Kurtzman                      Michael J. Sage
    260 S. Broad St.                      Times Square Tower
 9  Philadelphia, PA19102                 7 Times Square
                                          New York, NY 10036
10  Elizabeth Banda
    PO Box 13430                          Brian P. Hall
11  Arlington, TX 76094                   Suite 3100, Promenade II
                                          1230 Peachtree St., NE
12  William H. Casterline, Jr.            Atlanta, GA 30309
    Blankingship & Keith, P.C.
13  4020 University Drive, Suite 300      Robert S. Westermann, Esq.
    Fairfax, Virginia 22030               Hunton & Williams LLP
14                                        Riverfront Plaza, East Tower
    Josef S. Athanas                      951 East Byrd Street
15  Latham & Watkins LLP                  Richmond, Virginia 23219-4074
    Sears Tower, Suite 5800
16  233 South Wacker Drive                Kevin G. Hroblak
    Chicago, Illinois 60606               7 Saint Paul St.
17                                        Baltimore, MD 21202
    Nancy A. Washington, Esq.
18  SAIBER LLC                            Raymond W. Battaglia
    One Gateway Center, 13th Floor        OPPENHEIMER, BLEND
19  Newark, New Jersey 07102              HARRISON & TATE, INC.
                                          711 Navarro, Sixth Floor
20  Eric D. Goldberg                      San Antonio, Texas 78205
    1901 Avenue of the Stars, 12th
21  Floor                                 Darryl S. Laddin
    Los Angeles, CA 90067                 Frank N. White
22                                        Arnall Golden Gregory LLP
    Stephen W. Spence                     171 17th Street NW, Suite 2100
23  1200 N. Broom St.                     Atlanta, Georgia 30363
    Wilmington, DE 19806
24                                        Scott A. Stengel
    Kenneth C. Johnson                    ORRICK, HERRINGTON & SUTCLIFFE
25  100 S. Third St.                      LLP
    Columbus, OH 43215                    Columbia Center
26                                        1152 15th Street, N.W.
    Attorney General of the United        Washington, D.C. 20005-1706
27  States
    Main Justice Building, Room 5111      Bonnie Holly
28  10th Street and Constitution          PO Box 2016
    Avenue, N.W.                          Bartow, FL 33831
```

5

```
 1  Mark Stromberg                          Jeremy W. Ryan, Esq.
    Two Lincoln Centre                      Saul Ewing LLP
 2  5420 LBJ Freeway, Suite 300             222 Delaware Avenue
    Dallas, TX 75240                        P.O. Box 1266
 3                                          Wilmington, DE 19801
    Christopher A. Camardello
 4  225 S. Sixth St.                        Edith K. Altice, Esq.
    Suite 3500                              Saul Ewing LLP
 5  Minneapolis, MN 55402                   Lockwood Place
                                            500 East Pratt Street, Suite 900
 6  Ernie Zachary Park                      Baltimore, MD 21202-3171
    13215 E. Penn St.
 7  Suite 510                               Paul Rubin
    Whittier, CA 90602                      Two Park Ave.
 8                                          New York, NY 10016
    John J. Lamoureux, Esquire
 9  CARLTON FIELDS, P. A.                   Ruth Weinstein
    4221 West Boy Scout Blvd.               1 Canon Plaza
10  10th Floor                              Lake Success, NY 11042
    Tampa, Florida 33607-5736
11  PO Box 3239
    Tampa, Florida 33601-3239               Andrew Herenstein
12                                          535 Madison Ave.
    Wanda Borges, Esq.                      New York, NY 10022
13  Borges & Associates, LLC
    575 Underhill Blvd., Suite 118          Daniel J. Ansell
14  Syosset, NY 11791                       200 Park Ave.
                                            New York, NY 10166
15  Jennifer V. Doran, Esq.
    Hinckley, Allen & Snyder LLP            Christine D. Lynch, Esq.
16  28 State Street                         Peter D. Bilowz, Esq.
    Boston, MA 02109                        GOULSTON & STORRS, P.C.
17                                          400 Atlantic Avenue
    Augustus C. Epps, Jr., Esquire          Boston, MA 02110-3333
18  Christian & Barton, L.L.P.
    909 E. Main Street, Suite 1200          William R. Hill
19  Richmond, Virginia 23219                DONAHUE GALLAGHER WOODS LLP
                                            300 Lakeside Drive, Suite 1900
20                                          Oakland, CA 94612
    Steven J. Adams, Esquire
21  Stevens & Lee, PC                       Michelle Leeson
    111 North Sixth Street                  PO Box 25300
22  Reading, Pennsylvania 19603             Bradenton, FL 34206

23  Mike Lynch                              Daniel T. Powers
    One Tower Square, 5MN                   PO Box 8321
24  Hartford, CT 06183                      Savannah, GA 31412

25  Lloyd B. Sarakin                        Deborah H. Devan, Esquire
    1 Sony Dr., MD #1E-4                    Neuberger, Quinn, Gielen, Rubin &
26  Park Ridge, NJ 07656                    Gibber, P.A.
                                            One South Street, 27th Floor
27  Michael A. Condyles                     Baltimore, Maryland 21202-3282
    KUTAK ROCK LLP
28  1111 East Main Street, Suite 800
    Richmond, Virginia 23219-3500
```

| | | |
|---|---|---|
| 1 | ANNE MILGRAM<br>Attorney General of New Jersey | Michael S. Kogan<br>9401 Wilshire Blvd., 9th Floor |
| 2 | Richard J. Hughes Justice Complex<br>25 Market Street | Beverly Hills, CA 90212 |
| 3 | P.O. Box 106<br>Trenton, New Jersey 08625-0119 | Jess R. Bressi<br>19800 MacArthur Blvd. |
| 4 | | Suite 500<br>Irvine, CA 92612 |
| | Laura A. Otenti, Esquire | |
| 5 | Posternak Blankstein & Lund LLP<br>Prudential Tower | Justin D. Leonard |
| 6 | 800 Boylston Street<br>Boston, MA 02199 | BALL JANIK LLP<br>101 SW Main Street, Suite 1100 |
| 7 | | Portland, OR 97204 |
| | Lawrence S. Burnat | |
| 8 | 1100 Peachtree St., NE<br>Suite 800 | Lawrence J. Hilton<br>19900 MacArthur Blvd. |
| 9 | Atlanta, GA 30309 | Suite 1050<br>Irvine, CA 92612 |
| 10 | Jeffrey A. Krieger | |
| | 1900 Avenue of the Stars | Jeffrey J. Graham |
| 11 | Suite 2100<br>Los Angeles, CA 90067 | TAFT STETTINIUS & HOLLISTER LLP<br>One Indiana Square, Suite 3500 |
| 12 | | Indianapolis, IN 46204 |
| | Peter N. Tamposi | |
| 13 | 547 Amherst St., Suite 204<br>Nashua, NH 03063 | William C. Crenshaw, Esq.<br>Powell Goldstein LLP |
| 14 | | Third Floor |
| | Michael W. Malter | 901 New York Avenue, NW |
| 15 | Binder & Malter LLP<br>2775 Park Ave. | Washington, D.C. 20001 |
| 16 | Santa Clara, CA 95050 | G. David Dean<br>300 East Lombard St. |
| 17 | Jeffrey N. Pomerantz, Esquire | Suite 2000 |
| | Pachulski Stang Ziehl & Jones LLP | Baltimore, MD 21202 |
| 18 | 10100 Santa Monica Blvd.<br>11th Floor | Clement J. Farley |
| 19 | Los Angeles, CA 90067-4100 | McCARTER & ENGLISH, LLP<br>Four Gateway Center |
| 20 | Robert J. Feinstein, Esquire | 100 Mulberry Street |
| | Pachulski Stang Ziehl & Jones LLP | Newark, New Jersey 07102-4096 |
| 21 | 780 Third Avenue, 36th Floor<br>New York, NY 10017 | Ian S. Landsberg, Esq. |
| 22 | | Landsberg Margulies LLP |
| | Lynn L. Tavenner, Esquire | 16030 Ventura Boulevard, Suite |
| 23 | Tavenner & Beran, PLC | 470 |
| | 20 North Eighth Street, 2nd Floor | Encino, California 91436 |
| 24 | Richmond, Virginia 23219 | |
| | | David K. Spiro |
| 25 | William H. Schwarzschild, III | Cantor Arkema, PC |
| | WILLIAMS, MULLEN | PO Box 561 |
| 26 | Two James Center, 16th Floor<br>1021 East Cary Street | 1111 E. Main St., 16th Floor<br>Richmond, VA 23218 |
| 27 | Post Office Box 1320<br>Richmond, Virginia 23218-1320 | |
| 28 | | |

```
 1  Samuel S. Oh, Esq.                      Larry Stopol, Esquire
    Lim, Ruger & Kim, LLP                   Levy, Stopol & Camelo, LLP
 2  1055 West Seventh Street                1425 RexCorp Plaza
    Suite 2800                              Uniondale, NY 11556-1425
 3  Los Angeles, CA 90017
                                            Malcolm M. Mitchell, Jr.
 4  Christopher Combest, Esq.               Vorys, Sater, Seymour and Pease
    500 West Madison Street, Suite          LLP
 5  3700                                    277 South Washington Street
    Chicago, IL 60661                       Suite 310
 6                                          Alexandria, VA 22314
    Michael P. Falzone
 7  PO Box 500                              Christopher M. Alston
    Richmond, VA 23218                      Foster Pepper PLLC
 8                                          1111 Third Avenue, Suite 3400
    Benjamin C. Ackerly                     Seattle, WA 98101
 9  HUNTON & WILLIAMS LLP
    Riverfront Plaza, East Tower            R. Timothy Bryan
10  951 E. Byrd Street                      Patton Boggs LLP
    Richmond, VA 23219                      8484 Westpark Dr., 9th Floor
11                                          McLean, VA 22102
    Michael S. Fox, Esq.
12  Olshan Grundman Frome Rosenzweig        John G. McJunkin, Esquire
    & Wolosky LLP                           McKenna Long & Aldridge LLP
13  Park Avenue Tower                       1900 K Street, NW
    65 East 55th Street                     Washington, DC 20006
14  New York, New York 10022
                                            Timothy A. Bortz
15  C. Thomas Ebel                          625 Cherry St., Room 203
    801 E. Main Street                      Reading, PA 19602
16  Richmond, VA 23219
                                            Neil D. Goldman
17  Albert A. Ciardi, III                   510 King St.
    One Commerce Square, Suite 1930         Suite 416
18  2005 Market St.                         Alexandria, VA 22313
    Philadelphia, PA 19103
19                                          Lei Lei Wang Ekvall
    Seth A. Drucker                         650 Town Center Dr.
20  2290 First National Building            Suite 950
    660 Woodward Ave.                       Costa Mesa, CA 92626
21  Detroit, MI 48226
                                            Michael F. McGrath
22  James A. Pardo, Jr.                     4545 IDS Center
    Thaddeus D. Wilson                      80 s. Eighth St.
23  King & Spalding LLP                     Minneapolis, MN 55402
    1180 Peachtree Street
24  Atlanta, Georgia 30309                  Ann E. Schmitt
                                            Culbert & Schmitt, PLLC
25  Rudolph J. Di Massa, Jr.                30C Catoctin Circle, SE
    Duane Morris LLP                        Leesburg, VA 20175
26  30 South 17th Street
    Philadelphia, Pennsylvania 19103        Colorado Structures, Inc.
27                                          c/o Mary E. Olden, Esq.
                                            McDonough, Holland & Allen PC
28                                          555 Capitol Mall, Suite 950
                                            Sacramento, CA 95814
```

8

```
 1  Douglas D. Kappler
    1888 Century Park East
 2  Suite 1500
    Los Angeles, CA 90067
 3
    Lionel J. Postic
 4  125 Townpark Dr.
    Suite 300
 5  Kennesaw, GA 30144

 6  Anthony J. Cichello
    600 Atlantic Ave.
 7  Boston, MA 02210

 8  Paul K. Campsen
    150 West Main St.
 9  Suite 2100
    Norfolk, VA 23510
10
    Donald K. Ludman
11  6 N. Broad St., Suite 100
    Woodbury, NJ 08096
12
    Jeffrey L. Tarkenton
13  WOMBLE CARLYLE SANDRIDGE & RICE,
    PLLC
14  1401 Eye Street, NW, 7th Floor
    Washington, D.C. 20005
15
    Michael P. Falzone
16  PO Box 500
    Richmond, VA 23218
17
    Thomas G. King
18  One Moorsbridge Road
    PO Box 4010
19  Kalamazoo, MI 49003-4010

20  Sara B. Eagle, Esq.
    Pension Benefit Guaranty
21  Corporation
    Office of the Chief Counsel
22  1200 K Street, N.W.
    Washington, D.C. 20005-4026
23
    Mark E. Browning
24  Assistant Attorney General
    Texas Attorney General's Office
25  P.O. Box 12548
    Austin, TX 78711-2548
26

27

28
```