## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## (RICHMOND DIVISION)

In re:                                  :
                                        :
CIRCUIT CITY STORES, INC.               :    Case No. 08-35653-KRH
                                        :    Chapter 11
        Debtors.                        :
                                        :

### NOTICE OF APPEARANCE OF COUNSEL

The undersigned hereby enters a Notice of Appearance of Counsel pursuant to

Bankruptcy Rules 2002, 9007, and 9010 and §§ 102(1) of the Bankruptcy Code on

behalf of creditor Port Arthur Holdings, III, Ltd. for property located at 8825 Memorial

Blvd., Port Arthur, TX 77640:

David H. Cox, Esquire
John J. Matteo, Esquire
Jackson & Campbell, P.C.
1120 - 20th Street, N.W.
South Tower
Washington, D.C. 20036

Telephone No. (202) 457-1600
Facsimile No. (202) 457-1678
E-mail: dcox@jackscamp.com
        jmatteo@jackscamp.com

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

*/s/ David H. Cox*

David H. Cox (VA Bar No. 19613)
John J. Matteo (VA Bar No. 35054)
1120 20th Street, N.W., Suite 300 South
Washington, D.C. 20036-3437
(202) 457-1634

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2008 a true copy of the foregoing Notice of Appearance of Counsel was served via electronic means and/or via first-class mail to the parties listed below.

*/s/ David H. Cox*

_____

David H. Cox


Daniel F. Blanks, Esq.
Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
901 E. Cary Street
Richmond, VA 23219
*Debtor's Counsel*


Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233
*Debtor Designee*


Robert B. Van Arsdale
Office of the US Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219


Brad R. Godshall, Esq.
Jeffrey N. Pomerantz, Esq.
John D. Fiero, Esq.
Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017