**Exhibit B: Cure Amounts by Store**

| Loc # | Location Name | Landlord Name | Nov. Stub Rent | Nov. Stub CAM | Nov. Stub INS | Nov. Stub TAX | Pre-Petition CAM | Pre-Petition INS | Pre-Petition TAX | Pre-Petition UTIL | CC Total Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3280 | Anniston | Wec99A-1 Llc | $4,334 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,334 |
| 829 | Trussville | Tutwiler Properties Ltd | $6,164 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,164 |
| 3240 | Fayetteville '99 | Wec 99A-2 Llc | $8,211 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,211 |
| 3362 | Arrowhead | Ddra Arrowhead Crossing Llc | $12,065 | $710 | $63 | $2,192 | $1,963 | $191 | $0 | $0 | $17,184 |
| 441 | Avondale | Inland Western Mcdowell Llc | $10,418 | $1,645 | $0 | $2,185 | $4,082 | $0 | $0 | $0 | $18,329 |
| 3580 | Gilbert | Santan Village Phase 2 Llc | $12,221 | $971 | $0 | $1,505 | $2,375 | $0 | $0 | $0 | $17,072 |
| 3760 | Goodyear | Evergreen Mcdowell And Pebble Creek Llc | $9,777 | $928 | $0 | $497 | $2,286 | $0 | $19,645 | $0 | $33,132 |
| 3558 | Happy Valley | Vestar Arizona Xxxi, Llc | $13,606 | $1,540 | $0 | $677 | $3,799 | $0 | $26,771 | $0 | $46,392 |
| 436 | Mesa | Windsail Properties Llc | $12,759 | $888 | $0 | $1,252 | $2,180 | $0 | $0 | $0 | $17,079 |
| 3341 | N Scottsdale | Scottsdale/101 Associates Llc | $11,949 | $1,093 | $0 | $1,554 | $2,698 | $0 | $0 | $0 | $17,294 |
| 435 | Phoenix Metro | Metro Center Llc | $14,585 | $0 | $0 | $1,338 | $0 | $0 | $0 | $0 | $15,923 |
| 4314 | Queen Creek | Vestar Qcm Llc | $13,476 | $1,647 | $0 | $0 | $4,073 | $0 | $0 | $0 | $19,196 |
| 437 | Scottsdale | Derito Pavilions 140 Llc | $10,741 | $1,231 | $103 | $1,005 | $3,376 | $0 | $0 | $0 | $16,456 |
| 3337 | Superstition Springs | P L Mesa Pavilions Llc | $8,195 | $370 | $0 | $1,295 | $908 | $0 | $0 | $0 | $10,768 |
| 3330 | Tempe Ss | Chandler Gateway Partners, Llc | $12,382 | $639 | $0 | $1,674 | $1,564 | $0 | $32,279 | $0 | $48,539 |
| 422 | Compton | Compton Commercial Redevelopment Company | $6,923 | $2,533 | $0 | $1,279 | $6,028 | $0 | $0 | $0 | $16,763 |
| 235 | Concord | The City Of Portfolio Tic, Llc | $37,454 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $37,454 |
| 236 | Dublin | The City Of Portfolio Tic, Llc | $20,868 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $20,868 |
| 3766 | East Palo Alto | National Retail Properties, Inc. | $16,180 | $553 | $0 | $0 | $0 | $0 | $0 | $0 | $16,733 |
| 3749 | Eastvale | Hoprock Limonite Llc | $9,816 | $1,679 | $258 | $0 | $4,869 | $0 | $0 | $0 | $16,622 |
| 449 | Escondido | Plaza Las Palmas, Llc | $8,951 | $719 | $0 | $1,311 | $1,710 | $0 | $0 | $0 | $12,690 |
| 4303 | Fairfield | Circuit Investors - Fairfield, L.P. | $10,832 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $10,832 |
| 4243 | Foothill Ranch | National Retail Properties Inc. | $10,563 | $744 | $0 | $0 | $0 | $0 | $0 | $0 | $11,307 |
| 4300 | Fremont | Catellus Operating Lp | $19,208 | $1,243 | $0 | $4,933 | $2,957 | $0 | $0 | $0 | $28,341 |
| 3374 | Hilltop Ss | Ddrm Hilltop Plaza Lp | $13,327 | $1,108 | $144 | $3,304 | $3,124 | $0 | $0 | $0 | $21,008 |
| 3301 | Industry Ss | Puente Hills Mall Lc | $12,100 | $888 | $0 | $690 | $2,113 | $0 | $27,274 | $7,148 | $50,212 |
| 1628 | Merced | Mayfair - Mdcc Business Trust | $6,732 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,732 |
| 4228 | Moreno Valley | Fjl Mvp Llc | $6,925 | $0 | $0 | $0 | $4,334 | $0 | $0 | $0 | $11,259 |
| 4229 | Morgan Hill | Morgan Hill Retail Venture Lp | $10,303 | $1,519 | $0 | $0 | $3,614 | $0 | $0 | $0 | $15,436 |
| 3394 | Murrieta | Village Walk Retail Lp | $10,311 | $1,134 | $309 | $0 | $3,745 | $0 | $0 | $0 | $15,499 |
| 4230 | North Fontana | Sierra Lakes Marketplace Llc | $13,414 | $1,565 | $313 | $340 | $4,782 | $0 | $0 | $0 | $20,415 |
| 3402 | Pittsburg | Century Plaza Development Corporation | $17,025 | $1,286 | $0 | $1,814 | $3,964 | $0 | $0 | $537 | $24,627 |
| 3312 | Pomona Ss Newr3888 | Las Vegas Land And Development Company Llc | $12,194 | $995 | $0 | $4,052 | $2,367 | $0 | $78,118 | $0 | $97,726 |
| 426 | Riverside | Riverside Towne Center | $7,980 | $1,760 | $0 | $517 | $4,189 | $0 | $1,231 | $0 | $15,677 |
| 238 | San Rafael | Simvest Real Estate Ii Llc | $18,432 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $18,432 |
| 413 | Santa Barbara | Regency Centers Lp | $13,124 | $715 | $0 | $1,923 | $1,702 | $0 | $0 | $0 | $17,465 |
| 1629 | Santa Maria | Hamilton Chase Santa Maria Llc | $8,174 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,174 |
| 3303 | Thousand Oaks | Circuit Investors #4 - Thousand Oaks, Lp | $12,584 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $12,584 |
| 4301 | Vista | Paskin, Marc | $9,764 | $296 | $0 | $1,647 | $704 | $0 | $31,743 | $0 | $44,154 |
| 3380 | N Colorado | Chapel Hills - West Llc | $8,913 | $1,205 | $0 | $1,595 | $2,867 | $0 | $0 | $0 | $14,580 |
| 4240 | Northglenn | Panattoni Development Company Llc | $13,185 | $1,585 | $0 | $1,585 | $3,771 | $0 | $3,771 | $0 | $23,896 |
| 4245 | Parker | Parker Bullseye Llc | $11,260 | $2,453 | $0 | $0 | $5,838 | $0 | $0 | $0 | $19,551 |
| 1816 | Connecticut Outlet | Wilmington Trust Company | $13,213 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,213 |
| 4273 | Naples | Benderson Properties Inc/Wri Associates Ltd | $12,179 | $1,269 | $1,127 | $0 | $3,276 | $2,909 | $0 | $0 | $20,760 |
| 4278 | Oakleaf | Argyle Forest Retail I, Llc | $7,901 | $1,826 | $0 | $0 | $4,777 | $0 | $0 | $0 | $14,504 |
| 893 | Orange Park | Circuitville Llc | $9,030 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9,030 |
| 3298 | Panama City | J&F Enterprises | $7,549 | $282 | $0 | $0 | $0 | $0 | $0 | $0 | $7,831 |
| 4200 | Tallahassee | Parkway Terrace Properties, Inc. | $3,155 | $306 | $0 | $0 | $715 | $0 | $0 | $0 | $4,176 |
| 3423 | Vero Beach | Ddr Southeast Vero Beach, L.L.C. | $13,068 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,068 |
| 3268 | West Orlando | Ddrtc Cc Plaza Llc | $11,187 | $757 | $0 | $1,415 | $1,967 | $0 | $0 | $0 | $15,326 |
| 3598 | Acworth | Wri Lakeside Marketplace, Llc | $12,311 | $1,043 | $0 | $2,547 | ($20,638) | $0 | $0 | $0 | ($4,737) |
| 1615 | Athens | Kelp - Athens Llc | $8,342 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,342 |
| 886 | Buckhead | Selig Enterprises, Inc. | $14,419 | $911 | $0 | $393 | $2,167 | $0 | $15,558 | $0 | $33,449 |
| 3416 | Conyers | Np I&G Conyers Crossroads, Llc | $10,972 | $0 | $0 | $1,680 | $2,216 | $0 | $0 | $155 | $15,023 |
| 880 | Cumberland/Akers Mi | U.S. 41 & I-285 Company | $13,465 | $1,082 | $0 | $2,516 | $2,380 | $0 | $0 | $33 | $19,477 |
| 4252 | Cumming | Avenue Forsyth Llc | $5,009 | $1,262 | $177 | $0 | $3,599 | $0 | $0 | $0 | $10,047 |

**Exhibit B: Cure Amounts by Store**

| Loc # | Location Name | Landlord Name | Nov. Stub Rent | Nov. Stub CAM | Nov. Stub INS | Nov. Stub TAX | Pre-Petition CAM | Pre-Petition INS | Pre-Petition TAX | Pre-Petition UTIL | CC Total Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3406 | Douglasville | F.R.O., L.L.C. Ix | $9,258 | $537 | $0 | $0 | $0 | $0 | $0 | $0 | $9,795 |
| 834 | Greenbriar Ss | Wri Camp Creek Marketplace Ii, Llc | $11,517 | $921 | $0 | $2,282 | ($1,585) | $0 | $0 | $85 | $13,219 |
| 3220 | Gwinnett Mall | Centro Watt Operating Partnership 2, Llc | $14,447 | $1,036 | $0 | $1,525 | $2,464 | $0 | $0 | $0 | $19,471 |
| 4279 | Hiram | Sj Collins Enterprises, Llc Goodman Enterprises, Llc | $11,575 | $668 | $60 | $0 | $1,795 | $0 | $0 | $0 | $14,098 |
| 4319 | Macon | Mhw Warner Robins, Llc | $8,605 | $577 | $316 | $0 | $2,441 | $0 | $0 | $0 | $11,940 |
| 3411 | Mall Of Georgia | Mall Of Georgia, Llc | $6,444 | $0 | $0 | $0 | $159 | $0 | $0 | $0 | $6,603 |
| 3421 | Newnan | Ddrtc Newnan Pavilion Llc | $10,710 | $891 | $0 | $861 | $2,120 | $0 | $34,060 | $0 | $48,642 |
| 3107 | North Point | Cp Venture Two Llc | $9,981 | $883 | $0 | $1,211 | $2,100 | $0 | $47,886 | $22 | $62,082 |
| 3222 | Perimeter | Swanblossom Investments, Lp | $20,278 | $1,527 | $0 | $1,678 | $3,635 | $0 | $0 | $0 | $27,118 |
| 3297 | Snellville Ss | Ddr Southeast Snellville, Llc | $9,499 | $615 | $0 | $1,162 | $1,463 | $0 | $22,408 | $0 | $35,147 |
| 884 | Southlake Ss | Ddrtc Southlake Pavilion Llc | $14,675 | $649 | $0 | $1,526 | $1,545 | $0 | $0 | $0 | $18,394 |
| 712 | Town Center Ss | Hwr Kennesaw, Llc | $13,602 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,602 |
| 4234 | Arlington Heights | Amcap Northpoint Llc | $14,096 | $1,280 | $0 | $6,126 | $3,046 | $0 | $14,578 | $0 | $39,126 |
| 3758 | Batavia | Mb Fabyan Randall Plaza Batavia, Llc | $15,425 | $1,096 | $0 | $2,769 | $2,608 | $0 | $0 | $0 | $21,897 |
| 1818 | Bloomingdale Outlet | Nmc Stratford Llc | $9,360 | $2,123 | $0 | $2,338 | $5,052 | $0 | $5,564 | $0 | $24,436 |
| 3790 | Bolingbrook | Jurupa Bolingbrook, Llc | $14,309 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $14,309 |
| 3122 | Calumet City | Dicker/Warmington Properties | $10,534 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $10,534 |
| 4126 | Countryside | Cc Countryside 98 Llc | $15,838 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,838 |
| 3171 | Crystal Lake Ss | Cc-Investors 1997-3 | $12,617 | $1,130 | $0 | $0 | $0 | $0 | $0 | $0 | $13,747 |
| 4195 | Hoffman Estates | Arboretum Of South Barrington Llc | $9,810 | $1,770 | $126 | $0 | $5,707 | $0 | $0 | $37,885 | $55,299 |
| 3123 | Joliet | Louis Joliet Shoppingtown L.P. | $7,338 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,338 |
| 3795 | Kildeer | The Shops At Kildeer | $13,237 | $1,638 | $0 | $2,065 | $3,899 | $0 | $0 | $0 | $20,839 |
| 3794 | North Avenue | 1030 W. North Avenue Bldg., Llc | $44,975 | $2,722 | $0 | $12,372 | $6,478 | $0 | $0 | $0 | $66,548 |
| 4268 | Oswego | Inland Western Oswego Gerry Centennial, Llc | $5,988 | $709 | $0 | $816 | $1,686 | $0 | $1,941 | $0 | $11,138 |
| 3118 | Skokie | Central Investments, Llc | $11,121 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $11,121 |
| 3124 | Vernon Hills | Circuit Investors - Vernon Hills, L.P. | $10,126 | $592 | $0 | $0 | $0 | $0 | $0 | $0 | $10,717 |
| 4109 | Clarksville | The Macerich Company | $8,059 | $96 | $0 | $242 | $230 | $0 | $0 | $0 | $8,627 |
| 1814 | Indianapolis Outlet | Washington Place Associates, Lp | $7,759 | $1,097 | $0 | $1,767 | $2,610 | $0 | $0 | $0 | $13,232 |
| 3728 | Lafayette | Simon Debartolo Group, L.P. | $6,585 | $333 | $0 | $502 | $794 | $0 | $0 | $0 | $8,214 |
| 3802 | South Bend | Ksk Scottsdale Mall, L.P. | $7,254 | $725 | $125 | $0 | $2,149 | $0 | $0 | $0 | $10,254 |
| 3829 | Ks:Lenexa-Relo 3211 | First Berkshire Properties, Llc | $14,979 | $868 | $174 | $762 | $2,653 | $0 | $0 | $0 | $19,436 |
| 3299 | Overland Park | Continental 45 Fund Llc. | $11,632 | $529 | $0 | $3,697 | $1,259 | $0 | $0 | $0 | $17,117 |
| 841 | Lexington | M.I.A. Brookhaven, Llc | $9,893 | $623 | $0 | $1,350 | $1,483 | $0 | $53,418 | $0 | $66,768 |
| 520 | Outer Loop | Jefferson Mall Company Ii, Llc | $4,500 | $224 | $0 | $0 | $523 | $0 | $0 | $0 | $5,247 |
| 3704 | Paducah | Kentucky Oaks Mall | $6,924 | $706 | $127 | $479 | $2,110 | $0 | ($400) | $0 | $9,946 |
| 3511 | Baton Rouge | Daniel G. Kamin Baton Rouge Llc | $7,200 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,200 |
| 3552 | Slidell | Elpf Slidell, Llc | $11,051 | $403 | $0 | $1,594 | $959 | $0 | $0 | $0 | $14,007 |
| 3507 | Veterans | Charbonnet Family Ltd Et Als, The | $4,562 | $0 | $0 | $924 | $0 | $0 | $0 | $0 | $5,486 |
| 3506 | West Bank | Cci Louisiana Trust | $9,636 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9,636 |
| 821 | Beltsville | Nazario Family Partnership | $12,185 | $441 | $0 | $1,718 | $1,050 | $0 | $0 | $0 | $15,395 |
| 825 | Marlow Heights | Circuit Investors #2 Ltd. | $8,206 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $8,206 |
| 3637 | Auburn Hills | Taubman Auburn Hills Associates Limited Partnershi | $17,952 | $1,805 | $0 | $2,057 | $4,296 | $0 | $4,895 | $0 | $31,007 |
| 4211 | Bloomfied Township | Rd Bloomfield Associates Limited Partnership | $12,340 | $860 | $0 | $424 | $2,047 | $0 | $0 | $0 | $15,670 |
| 3604 | Dearborn Ss | K&G/Dearborn Llc. | $13,105 | $1,440 | $0 | $3,052 | $3,428 | $0 | $0 | $0 | $21,024 |
| 3722 | Jackson,Mi Micro | Ramco-Gershenson Properties, Lp | $6,882 | $463 | $0 | $706 | $1,102 | $0 | $0 | $4,279 | $13,432 |
| 1809 | Muskegon Outlet | Rebs Muskegon,Llc Peikar Muskegon, Llc Faram Mus | $9,925 | $631 | $0 | $341 | $1,502 | $0 | $0 | $0 | $12,400 |
| 1880 | Pontiac Outlet | Pan Am Equities, Inc. | $9,914 | $725 | $103 | $1,339 | $2,074 | $0 | $0 | $0 | $14,156 |
| 3860 | Rochester Hills | The Marketplace Of Rochester Hills Parcel B Llc | $8,737 | $1,014 | $0 | $98 | $2,412 | $0 | $0 | $0 | $12,261 |
| 534 | Ferguson | Olp Cc Ferguson Llc | $5,448 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,448 |
| 3210 | Independence Mall | Cc Independence, Llc | $9,860 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $9,860 |
| 3208 | Kansas City North Ss | Md-Gsi Associates, L.L.C. | $8,187 | $523 | $0 | $868 | $1,244 | $0 | $0 | $0 | $10,822 |
| 4224 | Shoal Creek | Flintlock Northridge Llc | $6,641 | $894 | $255 | $782 | $2,991 | $0 | $0 | $0 | $11,563 |
| 3243 | Tupelo | Tup 430 Company, Llc | $5,928 | $318 | $0 | $490 | $757 | $0 | $0 | $0 | $7,494 |
| 3228 | Charlotte University | Centro Bradley Spe 7 Llc | $12,382 | $565 | $0 | $712 | $1,345 | $0 | $0 | $80 | $15,084 |
| 3671 | Freehold | Pond Road Associates | $11,014 | $894 | $0 | $3,688 | $2,128 | $0 | $0 | $0 | $17,724 |
| 3714 | Livingston Ss | G&S Livingston Realty, Inc. | $16,790 | $1,387 | $0 | $4,602 | $3,302 | $0 | $0 | $0 | $26,081 |

**Exhibit B: Cure Amounts by Store**

| Loc # | Location Name | Landlord Name | Nov. Stub Rent | Nov. Stub CAM | Nov. Stub INS | Nov. Stub TAX | Pre-Petition CAM | Pre-Petition INS | Pre-Petition TAX | Pre-Petition UTIL | CC Total Outstanding |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3763 | Sparks | Sparks Galleria Investors, Llc | $7,009 | $891 | $0 | $691 | $2,121 | $0 | $0 | $0 | $10,712 |
| 3661 | Bay Shore | Basser-Kaufman Inc. | $9,286 | $1,800 | $101 | $5,114 | $4,282 | $242 | $0 | $0 | $20,824 |
| 3778 | Bronx Co-Op City | Vornado Gun Hill Road L.L.C. | $19,278 | $2,187 | $0 | $1,192 | $5,205 | $0 | $66,467 | $0 | $94,330 |
| 1697 | East 86Th Street | Ventura In Manhattan, Inc. | $26,650 | $3,114 | $0 | $8,417 | $7,411 | $0 | $0 | $9,419 | $55,010 |
| 3681 | Massapequa | Mass One Llc | $18,291 | $1,475 | $0 | $3,260 | $3,510 | $0 | $128,964 | $0 | $155,501 |
| 3685 | Patchogue | Tourbillon Corporation | $10,280 | $0 | $0 | $3,331 | $0 | $0 | $0 | $0 | $13,610 |
| 3678 | Smith Haven | Condan Enterprises, L.L.C. | $22,311 | $2,808 | $0 | $4,230 | $6,681 | $0 | $10,066 | $0 | $46,096 |
| 4323 | Triangle Junction | Triangle Equities Junction Llc | $40,376 | $1,346 | $0 | $538 | $3,203 | $0 | $1,281 | $0 | $46,744 |
| 3683 | West Nyack | Eklecco Newco Llc | $20,402 | $0 | $0 | $8,240 | $0 | $0 | $19,607 | $0 | $48,248 |
| 1806 | Akron Outlet | Cc-Investors 1996-7 | $11,179 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $11,179 |
| 3575 | Brooklyn | Northcliff Residual Parcel 4 Llc | $13,039 | $1,552 | $0 | $1,392 | $3,694 | $0 | $0 | $0 | $19,677 |
| 1813 | Columbus Outlet | Gc Acquisition Corporation | $9,875 | $398 | $0 | $904 | $948 | $0 | $0 | $0 | $12,124 |
| 3182 | Elyria Ss | Erp Of Midway, Llc | $11,268 | $805 | $0 | $1,473 | $1,915 | $0 | $0 | $0 | $15,461 |
| 3551 | Garfield Heights | City View Center, Llc | $12,529 | $860 | $0 | $2,751 | $2,046 | $0 | $0 | $10,011 | $28,198 |
| 4324 | Grove City | Parkway Centre East, Llc | $7,300 | $1,087 | $0 | $0 | $2,588 | $0 | $0 | $0 | $10,975 |
| 3818 | Hilliard | Tanglewood Park, Llc | $7,010 | $751 | $100 | $0 | $2,126 | $0 | $0 | $0 | $9,987 |
| 3712 | Mansfield | Mallview Plaza Company Limited | $7,170 | $573 | $0 | $598 | $1,365 | $0 | $1,423 | $0 | $11,129 |
| 3784 | Mayfield Heights | Cosmo-Eastgate, Ltd | $13,406 | $1,483 | $233 | $2,030 | $4,316 | $0 | $0 | $164 | $21,632 |
| 3181 | Mentor Ss | Simon Property Group, L.P. | $16,012 | $251 | $0 | $1,047 | ($44,871) | $0 | $0 | $0 | ($27,562) |
| 3165 | Western Hills | Bpp-Oh Llc | $11,871 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $11,871 |
| 3357 | Norman | Utc I, Llc | $7,674 | $895 | $128 | $31 | $3,311 | $0 | $0 | $0 | $12,040 |
| 4501 | Penn Square | Desert Home Communities Of Oklahoma, Llc | $10,832 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $10,832 |
| 853 | American Way Ss | Hickory Ridge Pavilion Llc | $10,898 | $442 | $0 | $864 | $1,051 | $0 | $0 | $0 | $13,254 |
| 4257 | Collierville | Carriage Crossing Market Place, Llc | $12,401 | $2,142 | $0 | $0 | $5,097 | $0 | $0 | $0 | $19,640 |
| 920 | Hickory Hollow Mall | Olp Ccantioch Llc | $7,989 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $7,989 |
| 3823 | Spring Hill | Spring Hill Development Partners Gp | $3,472 | $852 | $0 | $0 | $2,028 | $0 | $0 | $0 | $6,352 |
| 4338 | Burleson | Mcalister Square Partners Ltd | $6,335 | $710 | $177 | $0 | $2,288 | $0 | $0 | $0 | $9,510 |
| 4310 | Cedar Park | 1890 Ranch, Ltd | $9,073 | $1,296 | $0 | $1,296 | $3,084 | $0 | $3,084 | $0 | $17,835 |
| 3501 | Central North | Circuit Investors #2 Ltd. | $13,591 | $0 | $0 | $78 | $0 | $0 | $0 | $0 | $13,670 |
| 4312 | League City | League City Towne Center Ltd | $7,506 | $1,301 | $0 | $0 | $3,096 | $0 | $0 | $0 | $11,902 |
| 3809 | Mansfield | Mansfield Seq 287 And Debbie Ltd. | $3,011 | $0 | $0 | $0 | $7,918 | $0 | $0 | $0 | $10,929 |
| 4248 | Mckinney | 380 Towne Crossing, Lp | $6,508 | $1,001 | $0 | $0 | $2,383 | $0 | $0 | $0 | $9,892 |
| 540 | Sharpstown Ss | Ca New Plan Asset Partnership Iv, Llp | $11,689 | $474 | $0 | $1,613 | $1,127 | $0 | $0 | $0 | $14,903 |
| 3808 | Sherman | Woodmont Sherman, Lp | $5,042 | $1,008 | $0 | $397 | $1,589 | $0 | $0 | $0 | $8,036 |
| 1611 | Temple | Cc-Investors 1996-6 | $5,590 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,590 |
| 1604 | Charlottesville | Rio Associates L.P. | $2,232 | $209 | $0 | $272 | $0 | $0 | $0 | $0 | $2,714 |
| 3172 | Manassas | Bpp-Va, L.L.C. | $13,850 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,850 |
| 803 | Tysons Corner | Tysons Corner Holdings Llc | $19,159 | $1,620 | $240 | $2,400 | $4,666 | $0 | $5,712 | $11,447 | $45,244 |
| 1882 | Seattle Outlet Store | West Campus Square L.P. | $16,458 | $1,338 | $0 | $0 | $3,184 | $0 | $0 | $0 | $20,980 |
| 1811 | Milwaukee Outlet | Galileo Apollo Ii Sub, Llc | $10,724 | $1,120 | $30 | $854 | $2,665 | $71 | $2,031 | $0 | $17,495 |