| Invoice | Invoice | Ship date | Due Date | INV# | Inv amount | Amount Open | Amount paid | Product | Delivery date |
|---|---|---|---|---|---|---|---|---|---|
| 35474200 | Invoice | 08/19/08 | 09/18/08 | 20996195 | $ 66,440.00 | $ 2,185.64 | $58,644.80 | hd | 8/26/2008 |
| 35474200 | Invoice | 08/26/08 | 09/25/08 | 21002106 | $ 90,760.00 | $ 90,760.00 | | hd | 9/2/2008 |
| 35474200 | Invoice | 08/26/08 | 09/25/08 | 21002107 | $ 28,069.32 | $ 28,069.32 | | hd | 9/2/2008 |
| 35474200 | Invoice | 08/26/08 | 09/25/08 | 21002108 | $ 35,144.80 | $ 35,144.80 | | hd | 9/2/2008 |
| 35474200 | Invoice | 08/26/08 | 09/25/08 | 21002109 | $ 62,464.64 | $ 62,464.64 | | hd | 8/26/2008 |
| 35474200 | Invoice | 08/28/08 | 09/27/08 | 21004992 | $ 30,945.52 | $ 30,945.52 | | HD | 9/2/2008 |
| 35474200 | Invoice | 08/28/08 | 09/27/08 | 21004993 | $ 31,271.76 | $ 31,271.76 | | hd | 9/2/2008 |
| 35474200 | Invoice | 09/04/08 | 10/04/08 | 21009343 | $ 14,695.20 | $ 14,695.20 | | hd | 9/9/2008 |
| 35474200 | Invoice | 09/04/08 | 10/04/08 | 21009554 | $ 57,063.20 | $ 57,063.20 | | hd | 9/9/2008 |
| 35474200 | Invoice | 09/04/08 | 10/04/08 | 21009555 | $ 45,067.60 | $ 45,067.60 | | hd | 9/9/2008 |
| 35474200 | Invoice | 09/04/08 | 10/04/08 | 21009556 | $ 40,101.64 | $ 40,101.64 | | hd | 9/9/2008 |
| 35474200 | Invoice | 09/05/08 | 10/05/08 | 21010261 | $ 15,935.04 | $ 15,935.04 | | hd | 9/9/2008 |
| 35474200 | Invoice | 09/05/08 | 10/05/08 | 21010262 | $ 14,705.84 | $ 14,705.84 | | hd | 9/8/2008 |
| 35474200 | Invoice | 09/09/08 | 10/09/08 | 21012196 | $ 115,510.96 | $ 115,510.96 | | hd | 9/16/2008 |
| 35474200 | Invoice | 09/09/08 | 10/09/08 | 21012197 | $ 42,684.12 | $ 42,684.12 | | hd | 9/16/2008 |
| 35474200 | Invoice | 09/11/08 | 10/11/08 | 21013687 | $ 14,085.04 | $ 14,085.04 | | hd | 9/16/2008 |
| 35474200 | Invoice | 09/12/08 | 10/12/08 | 21015611 | $ 38,863.20 | $ 38,863.20 | | hd | 9/16/2008 |
| 35474200 | Invoice | 09/12/08 | 10/12/08 | 21015612 | $ 16,238.64 | $ 16,238.64 | | hd | 9/16/2008 |
| 35474200 | Invoice | 09/16/08 | 10/16/08 | 21017452 | $ 174,623.04 | $ 174,623.04 | | hd | 9/23/2008 |
| 35474200 | Invoice | 09/16/08 | 10/16/08 | 21017453 | $ 39,879.84 | $ 39,879.84 | | hd | 9/23/2008 |
| 35474200 | Invoice | 09/16/08 | 10/16/08 | 21017454 | $ 5,258.88 | $ 5,258.88 | | hd | 9/22/2008 |
| 35474200 | Invoice | 09/16/08 | 10/16/08 | 21017455 | $ 39,879.84 | $ 39,879.84 | | hd | 9/23/2008 |
| 35474200 | Invoice | 09/17/08 | 10/17/08 | 21018160 | $ 54,493.92 | $ 54,493.92 | | hd | 9/23/2008 |
| 35474200 | Invoice | 09/19/08 | 10/19/08 | 21020248 | $ 10,517.76 | $ 10,517.76 | | hd | 9/22/2008 |
| 35474200 | Invoice | 09/19/08 | 10/19/08 | 21020249 | $ 9,203.04 | $ 9,203.04 | | hd | 9/23/2008 |
| 35474200 | Invoice | 09/29/08 | 10/29/08 | 21030527 | $ 84,313.20 | $ 84,313.20 | | hd | 9/30/2008 |
| 35474200 | Invoice | 09/29/08 | 10/29/08 | 21030528 | $ 51,579.84 | $ 51,579.84 | | hd | 10/2/2008 |
| 35474200 | Invoice | 09/29/08 | 10/29/08 | 21030529 | $ 41,107.08 | $ 41,107.08 | | hd | 10/7/2008 |
| 35474200 | Invoice | 09/29/08 | 10/29/08 | 21030530 | $ 44,140.44 | $ 44,140.44 | | hd | 10/3/2008 |
| 35474200 | Invoice | 09/29/08 | 10/29/08 | 21030531 | $ 61,003.08 | $ 61,003.08 | | hd | 10/3/2008 |
| 35474200 | Invoice | 09/29/08 | 10/29/08 | 21030532 | $ 23,226.72 | $ 23,226.72 | | hd | 10/3/2008 |
| 35474200 | Invoice | 09/30/08 | 10/30/08 | 21033508 | $ 47,094.36 | $ 47,094.36 | | HD | 10/3/2008 |
| 35474200 | Invoice | 09/30/08 | 10/30/08 | 21033509 | $ 48,971.76 | $ 48,971.76 | | hd | 10/2/2008 |
| 35474200 | Invoice | 10/08/08 | 11/07/08 | 21037431 | $ 58,196.16 | $ 58,196.16 | | hd | 10/14/2008 |
| 35474200 | Invoice | 10/08/08 | 11/07/08 | 21037432 | $ 28,071.00 | $ 28,071.00 | | hd | 10/14/2008 |
| 35474200 | Invoice | 10/08/08 | 11/07/08 | 21037437 | $ 39,338.64 | $ 39,338.64 | | hd | 10/14/2008 |
| 35474200 | Invoice | 10/08/08 | 11/07/08 | 21037438 | $ 41,105.52 | $ 41,105.52 | | hd | 10/14/2008 |
| 35474200 | Invoice | 10/08/08 | 11/07/08 | 21037445 | $ 14,382.84 | $ 14,382.84 | | hd | 10/13/2008 |
| 35474200 | Invoice | 10/09/08 | 11/08/08 | 21037824 | $ 18,819.12 | $ 18,819.12 | | hd | 10/13/2008 |
| 35474200 | Invoice | 10/10/08 | 11/09/08 | 21038634 | $ 48,069.48 | $ 48,069.48 | | hd | 10/14/2008 |
| 35474200 | Invoice | 10/15/08 | 11/14/08 | 21041413 | $ 42,742.32 | $ 42,742.32 | | hd | 10/21/2008 |
| 35474200 | Invoice | 10/15/08 | 11/14/08 | 21041414 | $ 51,911.16 | $ 51,911.16 | | hd | 10/21/2008 |
| 35474200 | Invoice | 10/15/08 | 11/14/08 | 21041415 | $ 43,999.32 | $ 43,999.32 | | hd | 10/21/2008 |
| 35474200 | Invoice | 10/16/08 | 11/15/08 | 21041897 | $ 17,358.60 | $ 17,358.60 | | hd | 10/21/2008 |
| 35474200 | Invoice | 10/17/08 | 11/16/08 | 21042750 | $ 26,860.92 | $ 26,860.92 | | hd | 10/21/2008 |
| 35474200 | Invoice | 10/17/08 | 11/16/08 | 21042751 | $ 34,725.72 | $ 34,725.72 | | hd | 10/21/2008 |
| 35474200 | Invoice | 10/23/08 | 11/22/08 | 21046138 | $ 111,224.60 | $ 111,224.60 | | hd | 10/28/2008 |
| 35474200 | Invoice | 10/23/08 | 11/22/08 | 21046139 | $ 49,423.12 | $ 49,423.12 | | hd | 10/28/2008 |
| 35474200 | Invoice | 10/23/08 | 11/22/08 | 21046140 | $ 34,717.20 | $ 34,717.20 | | hd | 10/28/2008 |
| 35474200 | Invoice | 10/23/08 | 11/22/08 | 21046141 | $ 103,223.64 | $ 103,223.64 | | hd | 10/28/2008 |
| 35474200 | Invoice | 10/23/08 | 11/22/08 | 21046142 | $ 65,041.28 | $ 65,041.28 | | HD | 10/28/2008 |
| 35474200 | Invoice | 10/24/08 | 11/23/08 | 21046826 | $ 26,696.72 | $ 26,696.72 | | hd | 10/28/2008 |
| 35474200 | Invoice | 10/24/08 | 11/23/08 | 21046827 | $ 45,828.44 | $ 45,828.44 | | hd | 10/28/2008 |
| 35474200 | Invoice | 10/28/08 | 11/27/08 | 21050129 | $ 34,221.24 | $ 34,221.24 | | hd | 11/5/2008 |
| 35474200 | Invoice | 10/28/08 | 11/27/08 | 21050130 | $ 22,868.28 | $ 22,868.28 | | hd | 11/4/2008 |

# EXHIBIT A

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 35474200 | Invoice | | 10/28/08 | 11/27/08 | 21050131 | $ 28,323.84 | $ 28,323.84 | | hd | 11/3/2008 |
| 35474200 | Invoice | | 10/28/08 | 11/27/08 | 21050132 | $ 49,362.12 | $ 49,362.12 | | hd | 11/4/2008 |
| | | | | | | | $ 2,467,596.24 | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| 35474200 | Invoice | | 08/27/08 | 09/26/08 | 21003487 | $ 960,552.20 | $ 72,600.00 | | Lap | 8/27/2008 |
| 35474200 | Invoice | | 08/29/08 | 09/28/08 | 21005333 | $ 340,547.60 | $ 52,400.00 | | LAP | 9/2/2008 |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21031128 | $ 269,276.48 | $ 269,276.48 | | LAP | 10/3/2008 |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21031350 | $ 410,461.48 | $ 410,461.48 | | LAP | 10/7/2008 |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21031351 | $ 568,331.28 | $ 568,331.28 | | lap | 10/7/2008 |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21031352 | $ 299,952.62 | $ 299,952.62 | | lap | 10/7/2008 |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21031353 | $ 410,461.48 | $ 410,461.48 | | lap | 10/7/2008 |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21031354 | $ 489,396.38 | $ 489,396.38 | | lap | 10-9-08 some are in transit |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21031355 | $ 568,331.28 | $ 568,331.28 | | lap | IN transit |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21031356 | $ 157,869.80 | $ 157,869.80 | | lap | 10/7/2008 |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21031357 | $ 568,331.28 | $ 568,331.28 | | lap | 10/7/2008 |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21031358 | $ 110,508.86 | $ 110,508.86 | | lap | 10/7/2008 |
| 35474200 | Invoice | | 10/08/08 | 11/07/08 | 21036905 | $ 854.99 | $ 854.99 | | lap | refused product |
| 35474200 | Invoice | | 10/14/08 | 11/13/08 | 21040262 | $ 236,804.70 | $ 236,804.70 | | lap | 10/16/2008 |
| 35474200 | Invoice | | 10/14/08 | 11/13/08 | 21040263 | $ 363,100.54 | $ 363,100.54 | | lap | 10/17/2008 |
| 35474200 | Invoice | | 10/14/08 | 11/13/08 | 21040264 | $ 426,248.46 | $ 426,248.46 | | lap | 10/15/2008 |
| 35474200 | Invoice | | 10/14/08 | 11/13/08 | 21040265 | $ 331,526.58 | $ 331,526.58 | | lap | 10/20/2008 |
| 35474200 | Invoice | | 10/14/08 | 11/13/08 | 21040266 | $ 394,674.50 | $ 394,674.50 | | lap | 10/16/2008 |
| 35474200 | Invoice | | 10/14/08 | 11/13/08 | 21040267 | $ 568,331.28 | $ 568,331.28 | | lap | 10/20/2008 |
| 35474200 | Invoice | | 10/14/08 | 11/13/08 | 21040268 | $ 552,544.30 | $ 552,544.30 | | lap | 10/17/2008 |
| 35474200 | Invoice | | 10/14/08 | 11/13/08 | 21040320 | $ 100,110.78 | $ 100,110.78 | | lap | 10/21/2008 |
| 35474200 | Invoice | | 10/14/08 | 11/13/08 | 21040321 | $ 171,618.48 | $ 171,618.48 | | lap | 10/21/2008 |
| 35474200 | Invoice | | 10/14/08 | 11/13/08 | 21040322 | $ 257,427.72 | $ 257,427.72 | | lap | 10/21/2008 |
| 35474200 | Invoice | | 10/15/08 | 11/14/08 | 21041194 | $ 197,783.04 | $ 197,783.04 | | lap | 10/21/2008 |
| 35474200 | Invoice | | 10/16/08 | 11/15/08 | 21041887 | $ 7,649.90 | $ 7,649.90 | | lap | 10/21/2008 |
| 35474200 | Invoice | | 10/16/08 | 11/15/08 | 21041888 | $ 257,427.72 | $ 257,427.72 | | lap | 10/21/2008 |
| 35474200 | Invoice | | 10/16/08 | 11/15/08 | 21041889 | $ 143,015.40 | $ 143,015.40 | | lap | 10/16/2008 |
| 35474200 | Invoice | | 10/16/08 | 11/15/08 | 21041890 | $ 371,840.04 | $ 371,840.04 | | lap | 10/16/2008 |
| 35474200 | Invoice | | 10/24/08 | 11/23/08 | 21046349 | $ 247,228.80 | $ 247,228.80 | | lap | 10/28/2008 |
| 35474200 | Invoice | | 10/24/08 | 11/23/08 | 21046350 | $ 296,674.56 | $ 296,674.56 | | lap | 10/28/2008 |
| 35474200 | Invoice | | 10/24/08 | 11/23/08 | 21046351 | $ 296,674.56 | $ 296,674.56 | | lap | 10/28/2008 |
| 35474200 | Invoice | | 10/26/08 | 11/25/08 | 21047317 | $ 445,011.84 | $ 445,011.84 | | lap | IN transit |
| 35474200 | Invoice | | 10/26/08 | 11/25/08 | 21047318 | $ 407,927.52 | $ 407,927.52 | | lap | 10/21/2008 |
| 35474200 | Invoice | | 10/26/08 | 11/25/08 | 21047319 | $ 358,481.76 | $ 358,481.76 | | lap | 10/29/2008 |
| 35474200 | Invoice | | 10/26/08 | 11/25/08 | 21047320 | $ 420,288.96 | $ 420,288.96 | | lap | 10/30/2008 |
| 35474200 | Invoice | | 10/26/08 | 11/25/08 | 21047321 | $ 321,397.44 | $ 321,397.44 | | lap | 10/29/2008 |
| 35474200 | Invoice | | 10/26/08 | 11/25/08 | 21047322 | $ 296,674.56 | $ 296,674.56 | | lap | 10/29/2008 |
| | | | | | | | $ 11,449,239.37 | | | |
| | | | | | | | | | | |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21033462 | $ 47,749.64 | $ 47,749.64 | | PRO | 10/6/2008 |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21033463 | $ 28,891.36 | $ 28,891.36 | | PRO | 10/6/2008 |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21033474 | $ 12,689.05 | $ 12,689.05 | | PRO | 10/6/2008 |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21033505 | $ 68,529.07 | $ 68,529.07 | | pro | 10/7/2008 |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21033506 | $ 78,645.82 | $ 78,645.82 | | pro | 10/7/2008 |
| 35474200 | Invoice | | 09/30/08 | 10/30/08 | 21033507 | $ 40,060.31 | $ 40,060.31 | | pro | 10/7/2008 |
| 35474200 | Invoice | | 10/28/08 | 11/27/08 | 21049797 | $ 5,033.36 | $ 5,033.36 | | PRO | 10/30/2008 |
| 35474200 | Invoice | | 10/28/08 | 11/27/08 | 21049798 | $ 5,033.36 | $ 5,033.36 | | PRO | 10/30/2008 |
| 35474200 | Invoice | | 10/28/08 | 11/27/08 | 21049799 | $ 16,831.48 | $ 16,831.48 | | pro | 11/3/2008 |
| 35474200 | Invoice | | 10/28/08 | 11/27/08 | 21050117 | $ 45,300.24 | $ 45,300.24 | | pro | 10/29/2008 |
| 35474200 | Invoice | | 10/28/08 | 11/27/08 | 21050118 | $ 34,604.35 | $ 34,604.35 | | PRO | product was returned back to Toshiba |

| 35474200 | Invoice | 10/28/08 | 11/27/08 | 21050119 | $ | 751.64 | $ | 751.64 | | pro | | 10/29/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35474200 | Invoice | 10/28/08 | 11/27/08 | 21050120 | $ | 7,165.81 | $ | 7,165.81 | | pro | | 10/29/2008 |
| 35474200 | Invoice | 10/28/08 | 11/27/08 | 21050121 | $ | 11,046.48 | $ | 11,046.48 | | pro | | 11/4/2008 |
| 35474200 | Invoice | 10/28/08 | 11/27/08 | 21050125 | $ | 26,742.09 | $ | 26,742.09 | | pro | | 11/4/2008 |
| 35474200 | Invoice | 10/28/08 | 11/27/08 | 21050126 | $ | 5,662.53 | $ | 5,662.53 | | pro | | 11/3/2008 |
| 35474200 | Invoice | 10/28/08 | 11/27/08 | 21050127 | $ | 6,920.87 | $ | 6,920.87 | | pro | | 11/5/2008 |
| 35474200 | Invoice | 10/28/08 | 11/27/08 | 21050128 | $ | 20,695.33 | $ | 20,695.33 | | pro | | 11/4/2008 |
| 35474200 | Invoice | 10/29/08 | 11/28/08 | 21051027 | $ | 12,650.25 | $ | 12,650.25 | | pro | | 11/4/2008 |
| 35474200 | Invoice | 10/30/08 | 11/29/08 | 21051768 | $ | 3,758.20 | $ | 3,758.20 | | pro | | 11/5/2008 |
| 35474200 | Invoice | 10/30/08 | 11/29/08 | 21051769 | $ | 751.64 | $ | 751.64 | | pro | | 11/5/2008 |
| 35474200 | Invoice | 10/31/08 | 11/30/08 | 21052643 | $ | 4,509.84 | $ | 4,509.84 | | pro | | 11/3/2008 |
| | | | | | | | $ | 484,022.72 | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Total Claim** | **$14,400,858.33** | | | | | | | | | | | |
| | | | | | | | | | | | | |