INVOICE

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE #    20996195
PAGE    1 of 1
DOCUMENT DATE    08/19/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2121869 | 481883 | 08/14/08 | 08/19/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF – DESTINATION | FREIGHT PREPAID | EAGLE 5-DAY GTE | 63260441 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 488 | 488 | 0 | EA | 74.00 | .0 | 74.00 | 36,112.00 |
| HDDR250E03X | TOSH EXT USB HDD 250GB | 200 | 200 | 0 | EA | 89.00 | .0 | 89.00 | 17,800.00 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 108 | 108 | 0 | EA | 116.00 | .0 | 116.00 | 12,528.00 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

*Request Pod Via Email
From Carrier Info not
on line*

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 66,440.00 | 0.00 | 0.00 | 0.00 | 66,440.00 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE  20996195
DOCUMENT DATE  08/19/08      BILL TO  35474200
                              CIRCUIT CITY STORES INC

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 66,440.00 | 0.00 | 66,440.00 |

AMOUNT ENCLOSED: _____

# EXHIBIT B

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #    Order #     : 481883 00
           1100 CIRCUIT CITY ROAD                    Order Date : 8/14/08
                                                     Ship Date  : 8/19/08
           MARION          IL  62959                 Terms      : PREPAID
Purchase Order # : 2121869                           Carrier    : CEVA 5-DAY GTE
Bill of Lading # : 63260441                          Total Wgt  : 00597.00
Qty of Cartons    :        1                         Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  :
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
63260441

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---------|---------|---------|---------|---------|-----|--------|------------------|
| 1 | 1 | 488 | 0 | 488 | EA | HDDR160E03X | TOSH EXT USB HDD 160GB RE |
| 2 | 2 | 200 | 0 | 200 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 3 | 3 | 108 | 0 | 108 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI344787 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 488 |
| GI344787 | HDDR250E03X | TOSH EXT USB HDD 250GB | 200 |
| GI344787 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 108 |

/////// E N D  O F  P A C K I N G  L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 08/19/08 - DIV 040

NOV. 12. 2008  9:02AM

Case 08-35653-KRH   Doc 458-2   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) B Invoices and Proof of Delivery   Page 3 of 25   Page 1 of 1
NO 8112  P. 1

Back

Page 1

*Attn: Veronica*

**EGL**

P. O. Box 92447
Houston, Tx 77293
Customer Service: (800) 545-5545
Corporate Office: (800) 851-9558

Date  8/19/08  origin LAX C   dest STL B

**TRANSPORT DOCUMENT**  No: 203566688

Air Bill #: 62260441

**MOVEMENT?**

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE          CA 92618

CIRCUIT CITY STORES INC. #75
1100 CIRCUIT CITY RD
MARION          IL 62959

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD
ATTN TRANSPORTATION DEPT
IRVINE          CA 92618

193 PCS ON 1 PLT
MUST GO DELV 08/26

| No. of Pieces | Gross Weight | Description of Goods | Scheduled to (Date) | Dimensions |
|---|---|---|---|---|
| 193 | 997 | DATA PROCESSING | | |
| 193 | 997 | | | |

Received in good condition by  Felkenberry 8/26  1335

EGL COPY

Print This Document

11/12/2008

STRAIGHT BILL OF LADING SHORT FORM - Original - Not Negotiable of Delivery

CEVA Logistics

PRO
HERE

# TOSHIBA
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

|||||||||||| 63260441

203/8320

| ORDER NUMBER | ACCOUNT CODE | CARRIER | DATE SHIPPED | SERVICE CODE |
|---|---|---|---|---|
| 481383 | | GE-CEVA 5-DAY GTE | 8/19/08 | PREPAID ② |

**CONSIGNEE (TO)**

NAME
CIRCUIT CITY STORES INC #755
ADDRESS
1100 CIRCUIT CITY ROAD
ADDRESS

CITY, STATE, ZIP
MARION, IL 62959

P. O. NO. 2121869

**SHIPPER (FROM)**

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DIVISION
DPD C/G
ADDRESS
9740 IRVINE BLVD., DOCK D
CITY, STATE, ZIP
IRVINE, CA 92618

| NO. SHIPPING UNITS | ✔ | DESCRIPTION OF ARTICLES | WEIGHT (LBS.) (SUBJECT TO CORRECTION) |
|---|---|---|---|
| 193 Cartons | | DATA PROCESSING,SYSTEMS,COMPON (   1 Pallet   ) ENTS,116030-01 | 597.00 |
| DAVE M 8/19/08 19:44 1plt=193pcs 8x8x7=193pcs | | DRIVER PIECE COUNT  193     TRAILER # 77851 FAX CENTRAL CITY CENTRAL APPT DESK FOR DELIVERY AT 804-418-9244 | |
| | | Must be delivered on 08/26/2008 Must be delivered on 08/26/2008 Must be delivered on 08/26/2008 | |

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

## FREIGHT CHARGES

NOTE: FREIGHT CHARGES ARE TO BE **COLLECT** UNLESS BOX BELOW IS CHECKED

☑ PREPAID
XX

SIGNATURE OF CONSIGNOR

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Note: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding:

$_____ per pound

## C. O. D.

C. O. D. AMOUNT _____
C. O. D. FEE _____
TOTAL CHARGES _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property, over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER 193 CTNS Toshiba America Information Systems, Inc. | CARRIER CEVA 14:00 | CARRIERS PLEASE NOTE: |
|---|---|---|
| AUTHORIZED SIGNATURE | AUTHORIZED SIGNATURE   DATE 08/19-08 | One prepaid shipments, all carriers must attach the original Freight Bill to the original Bill of Lading and send to the following address: TOSHIBA AMERICA INFORMATION SYSTEMS, INC. CORPORATE TRANSPORTATION DEPARTMENT 9740 IRVINE BOULEVARD P.O. BOX 19724 IRVINE, CALIFORNIA 92623-9724 |

SHIPPING ORDER





**Toshiba America Information Systems CUSTODY SIGNATURE SHEET**

| Date | |
|---|---|

| HAWB | 032100441 |
|---|---|

| Shipper | |
|---|---|
| Address | |
| City, State, Zip | |

| Destination | Circuit City #755 |
|---|---|
| Address | 1100 Circuit City Rd. |
| City, State Zip | MARION IL |

| Pieces | |
|---|---|

| Weight | |
|---|---|

**Condition of Equipment at Time of Shipping: (Including Packaging)**

**Custody Record**

| Print Name and Company | Location of Interchange | Signature of Person Accepting Custody | Time and Date Accepted | Condition at Time of Signature |
|---|---|---|---|---|
| DAVE M | LAX | DAVE M | 8/19/08 19:44 | GOOD |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Custody Record (Cont)**

| Print Name and Company | Location of Interchange | Signature of Person Accepting Custody | Time and Date Accepted | Condition at Time of Signature |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

```
                                                            INVOICE
                                              INVOICE #   21002106
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.            PAGE   1 of 1
DPD DIGITAL PRODUCTS DIVISION                 DOCUMENT DATE  08/26/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
        BILL TO  35474200                    SHIP TO  35474200255
        CIRCUIT CITY STORES INC              CIRCUIT CITY STORES INC #255
        9954 MAYLAND DRIVE                   BETHLEHEM DISTRIBUTION CTR#255
        MERCH. PAYABLE/AMY SANDERSON         4000 TOWNSHIP LINE ROAD
        RICHMOND VA 232331464               BETHLEHEM PA 18015
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2124574 | 493224 | 08/21/08 | 08/26/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 5-DAY GTE | 63258893 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 688 | 688 | 0 | EA | 67.27 | .0 | 67.27 | 46,281.76 |
| HDDR250E03X | TOSH EXT USB HDD 250GB | 240 | 240 | 0 | EA | 83.07 | .0 | 83.07 | 19,936.80 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 224 | 224 | 0 | EA | 109.56 | .0 | 109.56 | 24,541.44 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 90,760.00 | 0.00 | 0.00 | 0.00 | 90,760.00 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

```
        INVOICE  21002106     BILL TO  35474200
   DOCUMENT DATE  08/26/08             CIRCUIT CITY STORES INC
```

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 90,760.00 | 0.00 | 90,760.00 |

AMOUNT ENCLOSED:  _____

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #     : 493224 00
           BETHLEHEM DISTRIBUTION CTR#255             Order Date :  8/21/08
           4000 TOWNSHIP LINE ROAD                    Ship Date  :  8/26/08
           BETHLEHEM        PA   18015                Terms      : PREPAID
Purchase Order # : 2124574                            Carrier    : CEVA 5-DAY GTE
Bill of Lading # : 63258893                           Total Wgt  : 00864.00
Qty of Cartons   :       2                            Ctrl Order :
Sourcing Warehse : CIA                                Invoice #  : 21002106
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers ------------------------------------
63258893

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 688 | 0 | 688 | EA | HDDR160E03X | TOSH EXT USB HDD 160GB RE |
| 2 | 2 | 240 | 0 | 240 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 3 | 3 | 224 | 0 | 224 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI336595 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 600 |
| GI336596 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 88 |
| GI336596 | HDDR250E03X | TOSH EXT USB HDD 250GB | 240 |
| GI336596 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 224 |

/////// E N D   O F   P A C K I N G   L I S T //////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 08/26/08 - DIV 040



PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE
Date: 8/26/08   Origin: LAX C   Dest. PHL F

**TRANSPORT DOCUMENT** Not Negotiable

Shipper's Name and Address

Shipper's Account Number: **TOSH97926**

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE          CA 92618

Contact/EIN #: LIN
Phone#: 9494614410

Air Bill #: 63258893   **20408905**
MOVEMENT#
Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

PO#
BOL#: 493224

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

Consignee's Name and Address

Consignee's Account Number: **CIRC40180A**

CIRCUIT CITY #255
4000 TOWNSHIP LINE RD.
610-882-2570    311 RECV

BETHLEHEM    PA 18017

FMC NO. 4490        EGL FAA-IAC#: SW9310028

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO PORT | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

Contact/Broker
Phone#: 0000000000

9124574/5E
BOL#

BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE)
Acct.#: TOSH97926A

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE          CA 92618

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability.

| ☐ Prepaid | ☒ Third Party | Customs Value | Declared Value |
| ☐ Collect | ☐ C.O.D. | | |

Special Instructions: SERVICE STH  DUE DATE: 9/02/08
214 CTNS ON 2 PLTS
MUST DEL ON 9/2

COD Amount                    Amount of Insurance

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions | | |
|---|---|---|---|---|---|---|
| 150 | | COMPUTERS | | 7 @ | 9 @ | 9 |
| 64 | 864 | DATA PROCESSING | | 22 @ | 22 @ | 22 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Total 214 | 864 | | | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

Company Name                    Signature of Shipper or its Agent          Date

Print Name

DRIVER AGENT/VEHICLE: 11/657  1300
C.O.D.          Check#

| ID Type | ID# | PHOTO ID | |
| ID Type | ID# | YES/NO | |

PU TIME/DATE
8/1/01          Total Collect Charges .00

Received in good condition by: Kathy McCarty
                              Kathy McCarty      rec d 214 ctn
Date/Time 9-2-08

Executed on (date)          at (place)          Signature of Issuing Carrier or its Agent

DR-0

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE
INVOICE #   21002107
PAGE   1 of 1
DOCUMENT DATE   08/26/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2124578 | 493226 | 08/21/08 | 08/26/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 5-DAY GTE | 63258892 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 300 | 300 | 0 | EA | 67.27 | .0 | 67.27 | 20,181.00 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 72 | 72 | 0 | EA | 109.56 | .0 | 109.56 | 7,888.32 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 28,069.32 | 0.00 | 0.00 | 0.00 | 28,069.32 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE  21002107
DOCUMENT DATE  08/26/08

BILL TO  35474200
CIRCUIT CITY STORES INC

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 28,069.32 | 0.00 | 28,069.32 |

AMOUNT ENCLOSED:  _____

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #    Order #    : 493226 00
           1100 CIRCUIT CITY ROAD                    Order Date :  8/21/08
                                                     Ship Date  :  8/26/08
           MARION            IL  62959               Terms      : PREPAID
Purchase Order # : 2124578                           Carrier    : CEVA 5-DAY GTE
Bill of Lading # : 63258892                          Total Wgt  : 00279.00
Qty of Cartons   :         1                         Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  : 2100207
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers -------------------------------------
63258892

| Whs<br>Ln# | Ord<br>Ln# | Ord<br>Qty | B/O<br>Qty | Shp<br>Qty | UOM | Item # | Item Description |
|-----|-----|------|------|------|-----|-----------------|--------------------------|
| 1 | 1 | 300 | 0 | 300 | EA | HDDR160E03X | TOSH EXT USB HDD 160GB RE |
| 2 | 2 | 72 | 0 | 72 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |

## Unit Detail

| Unit | Item# | Description | Quantity |
|----------|-------------|---------------------------|------|
| GI344780 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 300 |
| GI344780 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 72 |

/////// E N D   O F   P A C K I N G   L I S T //////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.



Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE    Date: 8/26/08    Origin: LAX C    Dest. STL G

| Shipper's Name and Address | Shipper's Account Number | TRANSPORT DOCUMENT Not Negotiable |

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE          CA 92618

Shipper's Account Number: TOSH97226

**TRANSPORT DOCUMENT** Not Negotiable

no 20407.849

Air Bill #: 63258892

**MOVEMENT#**
Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/VEIN # | Phone# 9494614410 |
| TIN | |
| PO# | BOL# 497226 |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY.
Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW9310028

| Consignee's Name and Address | Consignee's Account Number CIRC11629 |

CIRCUIT CITY STORES INC. #75
1100 CIRCUIT CITY RD

MARION          IL 62959

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
| --- | --- | --- |
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

| Contact/Broker | Phone# 0000000000 |
| PO# 2124578/5E | BOL# |
| BILLING ADDRESS (if other than shipper or consignee) | Acct.# TOSH97226A |

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE          CA 92618

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☒ Third Party | Customs Value | Declared Value |
| ☐ Collect | ☐ C.O.D. | | |

Special Instructions: SERVICE: 5TH DUE DATE: 9/02/08
MUST DLVR ON 9/2/08
4CTNS ON 1PLT/ 804-418-8244

| COD Amount | Amount of Insurance |

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
| --- | --- | --- | --- | --- |
| 4 | 279 | DATA PROCESSING | | 22 @ 22 @ 32 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals** 4 | 279 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.

| UN# OR ID _____ 24HR CONTACT NUMBER _____ | DOCK INSP | |
| I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days. | PU/BOL/PTP/QUOTE# | |
| | HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent          Date |
| Print Name | |

| DRIVER AGENT/VEHICLE# STL-72 | C.O.D. | Check# |

| ID Type | ID# | PHOTO ID | PU TIME/DATE | Total Collect Charges |
| ID Type | ID# | YES/NO | | .00 |

| | | Received in good condition by: | Date/Time 9/2/08 07:25 |

@ 4ctns.

```
                                                               INVOICE
                                               INVOICE #   21002108
                                                    PAGE   1 of 1
                                           DOCUMENT DATE   08/26/08
```

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200                        SHIP TO  35474200567
CIRCUIT CITY STORES INC                  CIRCUIT CITY STORES INC #567
9954 MAYLAND DRIVE                       1901 COOPER DRIVE
MERCH. PAYABLE/AMY SANDERSON             ARDMORE OK 73402
RICHMOND VA 232331464

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2124577 | 493228 | 08/21/08 | 08/26/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | | EAGLE 5-DAY GTE | 63258894 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 292 | 292 | 0 | EA | 67.27 | .0 | 67.27 | 19,642.84 |
| HDDR250E03X | TOSH EXT USB HDD 250GB | 60 | 60 | 0 | EA | 83.07 | .0 | 83.07 | 4,984.20 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 96 | 96 | 0 | EA | 109.56 | .0 | 109.56 | 10,517.76 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 35,144.80 | 0.00 | 0.00 | 0.00 | 35,144.80 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

INVOICE  21002108     BILL TO  35474200
DOCUMENT DATE  08/26/08          CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 35,144.80 | 0.00 | 35,144.80 |

AMOUNT ENCLOSED: _____

```
T O S H I B A   A M E R I C A , I N C
    O F F I C E   P A C K I N G   L I S T
```

Customer : 35474200 567 CIRCUIT CITY STORES INC #    Order #      : 493228 00
             1901 COOPER DRIVE                        Order Date :   8/21/08
                                                      Ship Date  :   8/26/08
             ARDMORE         OK   73402               Terms      : PREPAID
Purchase Order # : 2124577                            Carrier    : CEVA 5-DAY GTE
Bill of Lading # : 63258894                           Total Wgt  : 00336.00
Qty of Cartons   :        1                           Ctrl Order :
Sourcing Warehse : CIA                                Invoice #  : *21002108*

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ----------------------------------------
63258894

--------------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 292 | 0 | 292 | EA | HDDR160E03X | TOSH EXT USB HDD 160GB RE |
| 2 | 2 | 60 | 0 | 60 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 3 | 3 | 96 | 0 | 96 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |

                              Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI361535 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 292 |
| GI361535 | HDDR250E03X | TOSH EXT USB HDD 250GB | 60 |
| GI361535 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 96 |

            ////// E N D   O F   P A C K I N G   L I S T //////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 08/26/08 - DIV 040



**EGL**

P.O. Box 60487 AMF
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE    Date: 8/26/08  Origin: LAX C  Dest. DFW E

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE  CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

Air Bill #:    63258894

**MOVEMENT#**
Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # YIN | Phone# 9494614410 |
|---|---|
| PO# | BOL# |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS, INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

EGL FAA-IAC#: SW9310028

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY #567 1901 COOPER DR  ARDMORE  OK 73401 | CIRC19734 |

| Contact/Broker | Phone# |
|---|---|
| RGVND 0700-1430 | 5802269200 |
| PO# 2124577/5E | BOL# |

| BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE) | Acct.# TOSH97926A |
|---|---|
| TOSHIBA AMERICA INFORMATION 9740 IRVINE BLVD ATTN TRANSPORTATION DEPT IRVINE  CA 92618 | |

**DOMESTIC/TRANSBORDER**
- ☐ CHARTER
- ☐ NFO/SAME DAY
- ☐ PRIORITY (NDAY by noon)
- ☐ REGULAR (NDAY by PM)
- ☐ 2nd DAY
- ☐ ECONOMY
- ☐ DATE SPECIFIC

- ☐ SATURDAY
- ☐ SUNDAY
- ☐ TRUCKLOAD
- ☐ HOLD FOR PICKUP

**INT'L AIR**
- ☐ CHARTER
- ☐ NOW
- ☐ PREMIUM
- ☐ VALUE
- ☐ DIRECT I.A.TA.

- ☐ DOOR TO PORT
- ☐ PORT TO PORT
- ☐ PORT TO DOOR
- ☐ DOOR TO DOOR
- ☐ CUSTOMS CLEARANCE
- ☐ FREE DOMICILE

**LOCAL**
- ☐ DIRECT
- ☐ HOT SHOT
- ☐ REGULAR
- ☐ NEXT DAY
- ☐ LIFTGATE
- ☐ TWO PERSON
- ☐ INSIDE

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid  ☐ Third Party | Customs Value | Declared Value |
|---|---|---|
| ☐ Collect  ☐ C.O.D. | | |

| Special Instructions: SERVICE: 5TH  DUE DATE: 9/02/08 5 CTNS ON 1 PLT MUST DEL ON 9/2 | COD Amount | Amount of Insurance |
|---|---|---|

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited.  The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 5 | 336 | DATA PROCESSING | | 22 @ 22 @ 22 CTN 5 CIRCUIT CITY CC |
| | | | | ARDMORE, OK USA |
| | | | | 08 SEP 2 14:13 |
| **Totals** 5 | 336 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.

UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |
| ID Type | ID# | PHOTO ID YES/NO |
| ID Type | ID# | |

| DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|
| DFW 3967 | | |
| PU TIME/DATE  1215 | | |

9-2-08  12.30

Received in good condition by:  Christi Jones  Date/Time  9-2-08

Christi Jones    EGL COPY

Total Collect Charges
.00
1400
1523

DR-0

```
                                                        INVOICE
                                          INVOICE #  21002109
                                                    PAGE  1 of 1
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.    DOCUMENT DATE  08/26/08
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618
```

```
     BILL TO  35474200                      SHIP TO  35474200775
     CIRCUIT CITY STORES INC                CIRCUIT CITY DIST. CTR. #775
     9954 MAYLAND DRIVE                     19925 INDEPENDENCE BLVD
     MERCH. PAYABLE/AMY SANDERSON           GROVELAND FL 34736
     RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2124579 | 493229 | 08/21/08 | 08/26/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF – DESTINATION | FREIGHT PREPAID | EAGLE 5-DAY GTE | 63258897 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 128 | 128 | 0 | EA | 67.27 | .0 | 67.27 | 8,610.56 |
| HDDR250E03X | TOSH EXT USB HDD 250GB | 432 | 432 | 0 | EA | 83.07 | .0 | 83.07 | 35,886.24 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 164 | 164 | 0 | EA | 109.56 | .0 | 109.56 | 17,967.84 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

*Request Pod Via Emm
From Carrier DPD
not online*

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 62,464.64 | 0.00 | 0.00 | 0.00 | 62,464.64 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

```
     INVOICE  21002109    BILL TO  35474200
DOCUMENT DATE  08/26/08   CIRCUIT CITY STORES INC
```

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 62,464.64 | 0.00 | 62,464.64 |

AMOUNT ENCLOSED: _____

8/27/08         T O S H I B A   A M E R I C A,   I N C          PAGE :  1
1:22:06         O P T I C A L   P A C K I N G   L I S T

---

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #    Order #    : 493229 00
           19925 INDEPENDENCE BLVD                   Order Date : 8/21/08
                                                     Ship Date  : 8/26/08
           GROVELAND        FL  34736                Terms      : PREPAID
Purchase Order # : 2124579                           Carrier    : CEVA 5-DAY GTE
Bill of Lading # : 63258897                          Total Wgt  : 00543.00
Qty of Cartons   :        1                          Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  : 21000109

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
63258897

---

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|===|===|=====|=====|=====|===|================|==========================|
| 1 | 1 | 128 | 0 | 128 | EA | HDDR160E03X | TOSH EXT USB HDD 160GB RE |
| 2 | 2 | 432 | 0 | 432 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 3 | 3 | 164 | 0 | 164 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI360421 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 128 |
| GI360421 | HDDR250E03X | TOSH EXT USB HDD 250GB | 432 |
| GI360421 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 164 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

Shipper's Name and Address

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK 1
IRVINE           CA 92618

**TRANSPORT DOCUMENT**

AIR BILL #:

CIRCUIT CITY DIST CTR
9925 INDEPENDENCE BLVD
RECV HRS 0600-1500
GROVELAND        FL 34736

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD
ATTN TRANSPORTATION DEPT
IRVINE           CA 92618

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (UNT) | Dimensions |
|---|---|---|---|---|

UK-0

# STRAIGHT BILL OF LADING - SHORT FORM - SHIPPING ORDER

**CEVA Logistics**

PRO ERE

# TOSHIBA

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

20364141

63258897

| ORDER NUMBER | ACCOUNT CODE | CARRIER | | DATE SHIPPED | SERVICE CODE |
|---|---|---|---|---|---|
| 4932296 | | SE-CEVA 5-DAY GTE | | 8/26/08 | PREPDO   ② |

## CONSIGNEE (TO)

NAME
CIRCUIT CITY DIST. CTR #775

ADDRESS
19925 INDEPENDENCE BLVD

ADDRESS

CITY, STATE, ZIP
GROVELAND FL 34736

P.O. NO. 2124579

## SHIPPER (FROM)

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

DIVISION
DPD E/G3

ADDRESS
9740 IRVINE BLVD   DOCK D

CITY, STATE, ZIP
IRVINE  CA 92618

| NO. SHIPPING UNITS | ✔ | DESCRIPTION OF ARTICLES | WEIGHT (LBS.)<br>(SUBJECT TO CORRECTION) |
|---|---|---|---|
| 8 Cartons | | DATA PROCESSING,SYSTEMS,COMPON (    1 Pallet  )<br>ENTS,116030-01 | 543.00 |
| | | DRIVER PIECE COUNT ___8___  TRAILER # 971267 | |
| | | FAX CENTRAL CITY CENTRAL<br>APPT DESK FOR DELIVERY   22x22x22=1PLT=8Pcs<br>AT 804-418-0244    Rich 19:27 8/26/08 | |
| | | Must be delivered on 09/02/2008<br>Must be delivered on 09/02/2008<br>Must be delivered on 09/02/2008 | |

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

## FREIGHT CHARGES

NOTE: FREIGHT CHARGES ARE TO BE **COLLECT** UNLESS BOX BELOW IS CHECKED

XX
) ✓ ( PREPAID
XX

SIGNATURE OF CONSIGNOR

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Note: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding:

$ _____ per pound

# C. O. D.

C. O. D. AMOUNT _____

C. O. D. FEE _____

TOTAL CHARGES _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contra as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver t another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property, over all or any portion of said route to destination and as to each party at an time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the da of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper an accepted for himself and his assigns.

| SHIPPER 8 CTNS<br>Toshiba America Information Systems, Inc.<br>AUTHORIZED SIGNATURE | CARRIER<br>PP11A   16:30<br>AUTHORIZED SIGNATURE   DATE<br>08-26-08 |
|---|---|

**CARRIERS PLEASE NOTE:**
One prepaid shipments, all carriers must attach the original Freight Bill to the original Bill of Lading and send to the following address:
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
CORPORATE TRANSPORTATION DEPARTMENT
9740 IRVINE BOULEVARD
P.O. BOX 19724
IRVINE, CALIFORNIA 92623-9724

SHIPPING ORDER

# TOSHIBA

## Toshiba America Information Systems  CUSTODY SIGNATURE SHEET

| Date | 8/26/08 |
|------|---------|

| HAWB | |
|------|--|

| Shipper | DPD |
| Address | 9740 Irume |
| City, State, Zip | Irume Ca. 92618 |

| Destination | Circuit City Dist |
| Address | 19925 Independence |
| City, State  Zip | Groveland Fl. 34736 |

| Pieces | 8 Pcs |
|--------|-------|

| Weight | 543 |
|--------|-----|

**Condition of Equipment at Time of Shipping: (Including Packaging)**

### Custody Record

| Print Name and Company | Location of Interchange | Signature of Person Accepting Custody | Time and Date Accepted | Condition at Time of Signature |
|------------------------|------------------------|---------------------------------------|------------------------|-------------------------------|
| Rick Ceva | LAX | R Zerralt | 20:26 8/26 | GOOD |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Custody Record (Cont)

| Print Name and Company | Location of Interchange | Signature of Person Accepting Custody | Time and Date Accepted | Condition at Time of Signature |
|------------------------|------------------------|---------------------------------------|------------------------|-------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

INVOICE
INVOICE #    21004992
PAGE   1 of 1
DOCUMENT DATE    08/28/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO   35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO   35474200344
CIRCUIT CITY STORES INC #344
400 LONG FELLOW COURT
LIVERMORE CA 94550

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2124575 | 493225 | 08/21/08 | 08/28/08 | NET 30 | ORD /25 |

FOB
CIF - DESTINATION
CUSTOMER MSGS:

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
EAGLE O/N NON-GTE

BILL OF LADING
63258875

SRCWHS
CIA

SLSP
DPDCC9

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 292 | 292 | 0 | EA | 67.27 | .0 | 67.27 | 19,642.84 |
| HDDR250E03X | TOSH EXT USB HDD 250GB | 20 | 20 | 0 | EA | 83.07 | .0 | 83.07 | 1,661.40 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 88 | 88 | 0 | EA | 109.56 | .0 | 109.56 | 9,641.28 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 30,945.52 | 0.00 | 0.00 | 0.00 | 30,945.52 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE   21004992
DOCUMENT DATE   08/28/08

BILL TO   35474200
CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 30,945.52 | 0.00 | 30,945.52 |

AMOUNT ENCLOSED: _____

```
8/29/08          T  O  S  H  I  B  A      A  M  E  R  I  C  A      I  N  C        PAGE  :   1
1:21:24              O P T I C A L   P A C K I N G   L I S T
```

Customer : 35474200 344 CIRCUIT CITY STORES INC #     Order #     : 493225 00
           400 LONG FELLOW COURT                      Order Date :  8/21/08
                                                      Ship Date  :  8/28/08
           LIVERMORE         CA   94550               Terms      : PREPAID
Purchase Order # : 2124575                            Carrier    : CEVA NON-GTE-W.
Bill of Lading # : 63258875                           Total Wgt  : 00300.00
Qty of Cartons   :        1                           Ctrl Order :
Sourcing Warehse : CIA                                Invoice #  :  21004992

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers ---------------------------------------
63258875


| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item #     | Item Description           |
|---------|---------|---------|---------|---------|-----|------------|----------------------------|
| 1       | 1       | 292     | 0       | 292     | EA  | HDDR160E03X | TOSH EXT USB HDD 160GB RE  |
| 2       | 2       | 20      | 0       | 20      | EA  | HDDR250E03X | TOSH EXT USB HDD 250GB     |
| 3       | 3       | 88      | 0       | 88      | EA  | HDDR320E03X | TOSH EXT USB HDD 320GB RE  |

                                Unit Detail

| Unit     | Item#       | Description              | Quantity |
|----------|-------------|--------------------------|----------|
| RI347220 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 292      |
| RI347220 | HDDR250E03X | TOSH EXT USB HDD 250GB    | 20       |
| RI347220 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 88       |

            ///////  E N D   O F   P A C K I N G   L I S T  //////


        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                        DAILY - 08/28/08 - DIV 040

# EGL

Houston, Tx 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-8956

Date: 8/28/08    Origin: LAX C    Dest: SFO D

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE        CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

## 2040287(

Air Bill #:    63258875

**MOVEMENT#** _____

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Y/C Acct/EIN # | 9524614410 |
|---|---|
| PO# | BOL# 493225 |
| Consignee's Name and Address | Consignee's Account Number CIRC40945 |
| CIRCUIT CITY-LIVERMORE 400 LONGFELLOW CT. STE A LOCATION 344 LIVERMORE      CA 94550 | |
| Contact/Broker: FOR APPTS EXT 4 | Phone# 8045274000 |
| 2024575/2E | BOL# |
| BILLING ADDRESS (if OTHER THAN SHIPPER OR CONSIGNEE) | Acct # TOSH97926A |
| TOSHIBA AMERICA INFORMATION 9740 IRVINE BLVD ATTN TRANSPORTATION DEPT IRVINE       CA 92618 | |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490        EGL FAA-IAC#: SW9310028

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☒ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☐ C.O.D. | | |

Special Instructions: SERVICE: 2ND DUE DATE: 9/02/08
8PCS ON 1PLT/ MUST DELV 9/2
CALL FOR DELV 504.418.8244

| COD Amount | Amount of Insurance |
|---|---|

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

**INSURANCE** - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 8 | 300 | DATA PROCESSING | | 18 @ 18 @ 17 |
| | | | | waiting time 8:30 to 11:00 |
| Totals 8 | 300 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |

| DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|
| SFO 0001 Khan | | |

| ID Type | ID# | PHOTO ID |
|---|---|---|
| ID Type | ID# | YES/NO |

| PU TIME/DATE 09/02/08  8:30 to 11:00 | Total Collect Charges .00 |
|---|---|

Received in good condition by: _____ Date/Time 9-2-08

DR—0

**EGL COPY**

```
                                                      INVOICE
                                      INVOICE #   21004993
                                               PAGE  1 of 1
                                      DOCUMENT DATE  08/28/08
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618


       BILL TO  35474200                    SHIP TO  35474200353
       CIRCUIT CITY STORES INC              CIRCUIT CITY STORES INC #353
       9954 MAYLAND DRIVE                   680 S LEMON AVENUE
       MERCH. PAYABLE/AMY SANDERSON         WALNUT CA 91789
       RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2124576 | 493227 | 08/21/08 | 08/28/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE O/N NON-GTE | 63258876 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 300 | 300 | 0 | EA | 67.27 | .0 | 67.27 | 20,181.00 |
| HDDR250E03X | TOSH EXT USB HDD 250GB | 28 | 28 | 0 | EA | 83.07 | .0 | 83.07 | 2,325.96 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 80 | 80 | 0 | EA | 109.56 | .0 | 109.56 | 8,764.80 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 31,271.76 | 0.00 | 0.00 | 0.00 | 31,271.76 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

```
                                         PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                                                           P.O. Box 91865
     INVOICE  21004993     BILL TO  35474200               CHICAGO IL 60693
DOCUMENT DATE  08/28/08          CIRCUIT CITY STORES INC   (949) 583-3534
```

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 31,271.76 | 0.00 | 31,271.76 |

AMOUNT ENCLOSED: _____

Case 08-35653-KRH   Doc 458-2   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
              Exhibit(s) B Invoices and Proof of Delivery   Page 24 of 25

O P T I C A L   P A C K I N G   L I S T

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #   Order #     : 493227 00
           680 S LEMON AVENUE                        Order Date  : 8/21/08
                                                     Ship Date   : 8/28/08
              WALNUT          CA  91789              Terms       : PREPAID
Purchase Order # : 2124576                           Carrier     : CEVA NON-GTE-W.
Bill of Lading # : 63258876                          Total Wgt   : 00306.00
Qty of Cartons   :        1                          Ctrl Order  :
Sourcing Warehse : CIA                               Invoice #   : 21004993
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers ---------------------------------------
63258876

```
Whs Ord   Ord   B/O   Shp
Ln# Ln#   Qty   Qty   Qty   UOM  Item #           Item Description
=== ===   =====  =====  =====   ===  ===============  =========================

 1   1    300     0    300   EA   HDDR160E03X      TOSH EXT USB HDD 160GB RE

 2   2     28     0     28   EA   HDDR250E03X      TOSH EXT USB HDD 250GB

 3   3     80     0     80   EA   HDDR320E03X      TOSH EXT USB HDD 320GB RE
```

### Unit Detail

```
Unit        Item#          Description                    Quantity

GI336581    HDDR160E03X    TOSH EXT USB HDD 160GB RE           300

GI336581    HDDR250E03X    TOSH EXT USB HDD 250GB               28

GI336581    HDDR320E03X    TOSH EXT USB HDD 320GB RE            80
```

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 08/28/08 - DIV 040

# EGL

P.O. Box 60467 RMF
Houston, TX 77205

Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

Date: 8/28/08   Origin: LAX C   Dest. ONT C

| Shipper's Name and Address | Shipper's Account Number |
| --- | --- |
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE          CA 92618 | TOSH07936 |

**TRANSPORT DOCUMENT** Not Negotiable

20414219

Air Bill #:   63258876

**MOVEMENT#**
Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN #<br>TIN | Phone#<br>9494614410 |
| --- | --- |
| PO# | BOL#<br>483237 |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE, THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW8310028

| Consignee's Name and Address | Consignee's Account Number |
| --- | --- |
| CIRCUIT CITY #353<br>680 S. LEMON AVE.<br>APPT# 804.527.4000 EXT 4291<br>MUST HAVE APPTMENT<br>WALNUT          CA 91789 | CIRC68917 |

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
| --- | --- | --- |
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

| Contact/Broker | Phone# |
| --- | --- |
| 0500-1400  MGR- | 9095253434 |
| PO#<br>2124576/2E | BOL# |

| BILLING ADDRESS (if other than Shipper or Consignee) | Acct.# |
| --- | --- |
| TOSHIBA AMERICA INFORMATION<br>9740 IRVINE BLVD<br><br>ATTN TRANSPORTATION DEPT<br>IRVINE          CA 92618 | TOSH07936A |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| | |
| --- | --- |
| ☐ Prepaid   ☒ Third Party | Customs Value |
| ☐ Collect   ☐ C.O.D. | Declared Value |

| Special Instructions: SERVICE: 2ND   DUE DATE: 9/02/08<br>5PCS ON 1PLT/ MUST DELV 9/2<br>CALL FOR DELV 804.418.8244 | COD Amount | Amount of Insurance |
| --- | --- | --- |

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of<br>Pieces | Gross<br>Weight | Description of Goods | Schedule B#<br>(INT'L) | Dimensions |
| --- | --- | --- | --- | --- |
| 5 | 305 | DATA PROCESSING | | 31 0  31 0  17 |
| | | | | |
| | | | | |
| | | | | |
| | | | | SEP 2 11:16 |
| | | | | |

Door#: D14
Trailer#: BT 427

| Totals | 5 | 305 | | | |
| --- | --- | --- | --- | --- | --- |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION

UN# OR ID _____   24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous material. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | PIN# QUOTE# | |
| --- | --- | --- |
| HAWB REVIEW | | |

| Company Name | Signature of Shipper or its agent | Date |
| --- | --- | --- |
| Print Name | | |

| ID Type | ID# | PHOTO ID | DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
| --- | --- | --- | --- | --- | --- |
| ID Type | ID# | YES/NO | 427 | | |

| | PU TIME/DATE<br>9/02/08 | Total Collect Charges<br>.00 |
| --- | --- | --- |

Received in good condition by: _____   Date/Time: 9/2/08 1:55

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
| --- | --- | --- |

DAVID Engerson

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/05)

DR-0

EGL COPY