9/12/08
1:21:29

Case 08-35653-KRH   Doc 458-5   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) Voices and Proof of Delivery Cont.   Page 1 of 28

T O S H I B A   A M E R I C A   I N C
O P T I C A L   P A C K I N G   L I S

PAGE  :   1

Customer : 35474200 567 CIRCUIT CITY STORES INC #
           1901 COOPER DRIVE

           ARDMORE        OK   73402
Purchase Order # : 2133680
Bill of Lading # : 1Z9806011204460566
Qty of Cartons   :        2
Sourcing Warehse : CIA

Order #    : 508680 00
Order Date : 9/04/08
Ship Date  : 9/11/08
Terms      : PREPAID
Carrier    : UPS 3 DAY SELEC
Total Wgt  : 00108.00
Ctrl Order :
Invoice #  : 21013687

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
1Z9806011204460566  1Z9806011204460575

--------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item #       | Item Description            |
|=========|=========|=========|=========|=========|=====|==============|============================|
| 1       | 1       | 40      | 0       | 40      | EA  | HDDR160E03X  | TOSH EXT USB HDD 160GB RE   |
| 2       | 2       | 104     | 0       | 104     | EA  | HDDR320E03X  | TOSH EXT USB HDD 320GB RE   |

Unit Detail

| Unit     | Item#        | Description                | Quantity |
|----------|--------------|----------------------------|----------|
| GI366876 | HDDR160E03X  | TOSH EXT USB HDD 160GB RE  | 40       |
| GI366876 | HDDR320E03X  | TOSH EXT USB HDD 320GB RE  | 104      |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/11/08 - DIV 040

UPS: Tracking Information

Page 1 of 2

Case 08-35653-KRH    Doc 458-5    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 2 of 28



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS Uni**

Shipping | **Tracking** | Tracking | Locations | Support | Business Solutions | Sign up | Customer

🔒 Welcome, Collections | Logout

My UPS | ▸

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
🔒
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

## Search Support

**Enter a keyword:**



Sign up for
UPS E-mail
for a Chance
to Win

Sign up for UPS E-mail  →

# Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

### Tracking Summary

Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 12 0446 056 6 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ⓘ |
| Delivered On: | 09/16/2008 |
| | 11:01 A.M. |
| Delivered To: | ARDMORE,  OK,  US |
| Signed By: | YAMEZ |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 2 📷 Show All |
| | |
| **Tracking Number:** | 1Z 980 601 12 0446 057 5 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ⓘ |
| Delivered On: | 09/16/2008 |
| | 11:01 A.M. |
| Delivered To: | ARDMORE,  OK,  US |
| Signed By: | YAMEZ |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 2 📷 Show All |

Tracking results provided by UPS:  11/10/2008 6:55 P.M.  ET

Printer Friendly 🖶

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Back to My UPS

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.

https://wwwapps.ups.com/WebTracking/processInputRequest?WSP_tk_ct=2&HTMLVer...    11/10/2008

Page 1 of 1

UPS Tracking Information   Case 08-35653-KRH   Doc 458-5   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) voices and Proof of Delivery Cont.   Page 3 of 28



Home | About UPS | Contact UPS | Getting Started | Site Guide

**UPS Uni**





Tracking

Log-In   User ID: laiscredit   Password:   [ ]   | Forgot Password

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers ⚑
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment ⚑

# Track Shipments

**Track Packages & Freight**   **Quantum View**   **Flex Global View**

### Tracking Summary

Printer Friendl

|  |  |
|---|---|
| **Tracking Number:** | 1Z 980 601 12 0446 056 6 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ⏱ |
| Delivered On: | 09/16/2008 |
| | 11:01 A.M. |
| Delivered To: | ARDMORE, OK, US |
| Signed By: | YAMEZ |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 2 📦 Show All |

Tracking results provided by UPS:  11/10/2008 8:47 P.M.  ET

Printer Friendly 🖶

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

## Search Support

**Enter a keyword:**

[ ]



Sign up for
UPS E-mail
for a Chance
to Win
an HP iPAQ.

Sign up for UPS E-mail →

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

INVOICE

| | |
|---|---|
| | INVOICE # 21015611 |
| | PAGE 1 of 1 |
| | DOCUMENT DATE 09/12/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200353
CIRCUIT CITY STORES INC #353
680 S LEMON AVENUE
WALNUT CA 91789

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2133679 | 508679 | 09/04/08 | 09/12/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE O/N NON-GTE 63259104 | | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 480 | 480 | 0 | EA | 67.27 | .0 | 67.27 | 32,289.60 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 60 | 60 | 0 | EA | 109.56 | .0 | 109.56 | 6,573.60 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 38,863.20 | 0.00 | 0.00 | 0.00 | 38,863.20 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| | |
|---|---|
| INVOICE 21015611 | BILL TO 35474200 |
| DOCUMENT DATE 09/12/08 | CIRCUIT CITY STORES INC |

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 38,863.20 | 0.00 | 38,863.20 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #   Order #     : 508679 00
           680 S LEMON AVENUE                        Order Date  : 9/04/08
                                                     Ship Date   : 9/12/08
           WALNUT          CA  91789                 Terms       : PREPAID
Purchase Order # : 2133679                           Carrier     : CEVA NON-GTE-W.
Bill of Lading # : 63259104                          Total Wgt   : 00405.00
Qty of Cartons   :         1                         Ctrl Order  :
Sourcing Warehse : CIA                               Invoice #   : 2101561
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers -------------------------------------
63259104

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 480 | 0 | 480 | EA | HDDR160E03X | TOSH EXT USB HDD 160GB RE |
| 2 | 2 | 60 | 0 | 60 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI360640 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 480 |
| GI360640 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 60 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/12/08 - DIV 040





# EGL

Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 9/12/08   Origin: LAX C   Dest. ONT C

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

**TRANSPORT DOCUMENT** Not Negotiable

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE   CA 92618 | TOSH27926 |

Air Bill #:   63259104

MOVEMENT#

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# |
|---|---|
| YIN | 9494614410 |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

| PO# | BOL# |
|---|---|
| | 508479 |

FMC NO. 4490          EGL FAA-IAC#: SW9310028

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY #353 680 S. LEMON AVE. APPT# 804.527.4000 EXT 4291 MUST HAVE APPTMENT WALNUT   CA 91789 | CIRC68917 |

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

| Contact/Broker | Phone# |
|---|---|
| 0500-1400 MGR= | 9095953434 |
| PO# 2133679/7E | BOL# |

| BILLING ADDRESS (if other than shipper or consignee) | Acct.# |
|---|---|
| | TOSH27926A |

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE   CA 92618

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☑ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☐ C.O.D. | | |

| Special Instructions: SERVICE: 2ND   DUE DATE: 9/16/08 6PCS ON 1PLT MUST BE DELV ON 9/16 | COD Amount | Amount of Insurance |
|---|---|---|

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 1 | | COMPUTERS | | 20 @ 20 @ 20 |
| 5 | 405 | DATA PROCESSING | | 23 @ 23 @ 23 |
| | SEP 16 13:16 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals** | 6   405 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.

UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name _____ | Signature of Shipper or its agent _____ Date _____ | DRIVER AGENT/VEHICLE# 427 | C.O.D. | Check# |
| Print Name _____ | | | | |

| ID Type | ID# | PHOTO ID YES/NO | PU TIME/DATE 9/16/08 | Total Collect Charges .00 |
|---|---|---|---|---|
| ID Type | ID# | | Received in good condition by: | Date/Time 9/16/08 1:20 |

| Executed on (date) | at (places) | Signature of Issuing Carrier or its Agent |
|---|---|---|

David Zuqero   EGL COPY

DR-0          NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

INVOICE

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE #  21015612
PAGE   1 of 1
DOCUMENT DATE  09/12/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200344
CIRCUIT CITY STORES INC #344
400 LONG FELLOW COURT
LIVERMORE CA 94550

| PURCHASE ORDER NUMBER 2133678 | ORDER NUMBER 508687 | ORDER DATE 09/04/08 | SHIP DATE 09/12/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|

| FOB CIF - DESTINATION | FREIGHT TERMS FREIGHT PREPAID | SHIP VIA EAGLE O/N NON-GTE | BILL OF LADING 63259105 | SRCWHS CIA | SLSP DPDCC9 |
|---|---|---|---|---|---|

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 192 | 192 | 0 | EA | 67.27 | .0 | 67.27 | 12,915.84 |
| HDDR250E03X | TOSH EXT USB HDD 250GB | 40 | 40 | 0 | EA | 83.07 | .0 | 83.07 | 3,322.80 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 16,238.64 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 16,238.64 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21015612
DOCUMENT DATE  09/12/08

BILL TO  35474200
CIRCUIT CITY STORES INC

| NET AMOUNT 16,238.64 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 16,238.64 |
|---|---|---|

AMOUNT ENCLOSED: _____

9/13/08
1:20:15

O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 344 CIRCUIT CITY STORES INC #      Order #      : 508687 00
           400 LONG FELLOW COURT                        Order Date : 9/04/08
                                                        Ship Date  : 9/12/08
           LIVERMORE          CA   94550                Terms      : PREPAID
Purchase Order # : 2133678                              Carrier    : CEVA NON-GTE-W.
Bill of Lading # : 63259105                             Total Wgt  : 00174.00
Qty of Cartons   :        1                             Ctrl Order :
Sourcing Warehse : CIA                                  Invoice #  : 21015612

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers --------------------------------------
63259105

---------------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 192 | 0 | 192 | EA | HDDR160E03X | TOSH EXT USB HDD 160GB RE |
| 2 | 2 | 40 | 0 | 40 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI360642 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 192 |
| GI360642 | HDDR250E03X | TOSH EXT USB HDD 250GB | 40 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/12/08 - DIV 040

**EGL**

Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 9/12/08    Origin AX C    Des SFO D

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

2051388 3

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE        CA 92618

Air Bill #:    63259105

MOVEMENT#

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# 949 461 4410 |
|---|---|
| YIN | |
| PO# | BOL# 509687 |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490        EGL FAA-IAC#: SW9310028

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| | CIRC40945 |

CIRCUIT CITY-LIVERMORE
400 LONGFELLOW CT. STE A
LOCATION 344

LIVERMORE        CA 94550

| Contact/Broker | Phone# 8045274000 |
|---|---|
| FOR APPTS EXT 4 | |
| POS 3678/7E | BOL# |

BILLING ADDRESS (if other than shipper or consignee)    Acct.# TOSH97926A

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE        CA 92618

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid  ☒ Third Party | Customs Value | Declared Value |
|---|---|---|
| ☐ Collect  ☐ C.O.D. | | |
| | COD Amount | Amount of Insurance |

Special Instructions: SERVICE: 2ND  DUE DATE: 9/16/08
3PCS ON 1PLT
MUST BE DELV ON 9/16

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 1 | | COMPUTERS | | 20 @ 20 @ 20 |
| 2 | 174 | DATA PROCESSING | | 25 @ 25 @ 25 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals 3 | 174 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|

Print Name

DRIVER AGENT/VEHICLE#    SFO001 Khu

| ID Type | ID# | PHOTO ID YES/NO |
|---|---|---|
| ID Type | ID# | |

PU TIME/DATE    13-30 09/16/08

| C.O.D. | Check# |
|---|---|

Total Collect Charges    .00

Received in good condition by: Jordan McDougal

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent | Date/Time |
|---|---|---|---|

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/08)

MAC DOUGALL

EGL COPY

DR-0

```
                                                        INVOICE
                                            INVOICE #   21017452
                                                 PAGE  1 of 1
                                        DOCUMENT DATE  09/16/08
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618
```

```
       BILL TO  35474200                  SHIP TO  35474200255
       CIRCUIT CITY STORES INC            CIRCUIT CITY STORES INC #255
       9954 MAYLAND DRIVE                 BETHLEHEM DISTRIBUTION CTR#255
       MERCH. PAYABLE/AMY SANDERSON       4000 TOWNSHIP LINE ROAD
       RICHMOND VA 232331464              BETHLEHEM PA 18015
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2147602 | 517477 | 09/11/08 | 09/16/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 5-DAY GTE | 63259010 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR250E03X | TOSH EXT USB HDD 250GB | 1856 | 1200 | 0 | EA | 83.07 | .0 | 83.07 | 99,684.00 |
| HDDR320E03X | TOSH EXT USB HDD 320GB | 684 | 684 | 0 | EA | 109.56 | .0 | 109.56 | 74,939.04 |
|  | RETAIL KIT |  |  |  |  |  |  |  |  |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 174,623.04 | 0.00 | 0.00 | 0.00 | 174,623.04 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

```
      INVOICE  21017452    BILL TO  35474200
DOCUMENT DATE  09/16/08             CIRCUIT CITY STORES INC
```

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 174,623.04 | 0.00 | 174,623.04 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #      Order #     : 517477 00
           BETHLEHEM DISTRIBUTION CTR#255              Order Date  : 9/11/08
           4000 TOWNSHIP LINE ROAD                     Ship Date   : 9/16/08
           BETHLEHEM        PA   18015                 Terms       : PREPAID
Purchase Order # : 2147602                             Carrier     : CEVA 5-DAY GTE
Bill of Lading # : 63259010                            Total Wgt   : 01413.00
Qty of Cartons   :      3                              Ctrl Order  :
Sourcing Warehse : CIA                                 Invoice #   : 21017452
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ---------------------------------------
63259010

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1200 | 0 | 1200 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 2 | 2 | 684 | 0 | 684 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |

### Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI367204 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 684 |
| GI367273 | HDDR250E03X | TOSH EXT USB HDD 250GB | 600 |
| GI368501 | HDDR250E03X | TOSH EXT USB HDD 250GB | 600 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/16/08 - DIV 040

**EGL**

Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE        Date:

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSH97926 | |

TOSHIBA AMERICA
9740 IRVINE BLVD

| Consignee# | Phone# |
|---|---|
| IRVINE        CA  92618 | |

| PO# | BOL# |
|---|---|

KIN

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| 517477 | |

CIRC40180C

CIRCUIT CITY DC #255
4000 TOWNSHIP LINE RD
BETHLEHEM BROWN GOODS

| Contact/Broker | Phone# |
|---|---|
| BETHLEHEM        PA | |

| BILLING ADDRESS (if other than shipper or consignee) | Act # 08822570 |
|---|---|
| 2147602/SE | |

TOSH97926A
TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT

Special Instructions        CA  92618

SERVICE: 5TH  DUE DATE: 9/23/08

DELIV'D ON 9/23

**TRANSPORT DOCUMENT**

9/16/08        LAX  C        PHL  E

Air Bill #:

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490        EGL FAA-IAC#: SW9310028

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| | | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Prepaid  ☐ Third Party | | | |
| ☐ Collect  ☐ C.O.D. | X | | |
| | | COD Amount | Amount of Insurance |

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 471 | 1413 | DATA PROCESSING | | 3 (0)  7 (0)  9 |
| | | Rec'd 471 cartons | | |
| Totals | | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____  24HR CONTACT NUMBER _____
471   1413
I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |
| ID Type | ID# | PHOTO ID |
| ID Type | ID# | YES/NO |

| DOCK INSP | BULLS |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| DRIVER AGENT/VEHICLE# | COD | Check# |
|---|---|---|
| PU TIME/DATE | | |

Total Collect Charges
9/23/08   1500

Received in good condition by:        Date/Time
Paula Murrow  9/23/8   00

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/08)

EGL COPY

INVOICE

INVOICE #  21017453
PAGE  1 of 1
DOCUMENT DATE  09/16/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200567
CIRCUIT CITY STORES INC #567
1901 COOPER DRIVE
ARDMORE OK 73402

| PURCHASE ORDER NUMBER 2147605 | ORDER NUMBER 517478 | ORDER DATE 09/11/08 | SHIP DATE 09/16/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|

| FOB CIF - DESTINATION | FREIGHT TERMS FREIGHT PREPAID | SHIP VIA EAGLE 5-DAY GTE | BILL OF LADING 63259011 | SRCWHS CIA | SLSP DPDCC9 |
|---|---|---|---|---|---|

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 364 | 364 | 0 | EA | 109.56 | .0 | 109.56 | 39,879.84 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 39,879.84 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 39,879.84 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21017453        BILL TO  35474200
DOCUMENT DATE  09/16/08        CIRCUIT CITY STORES INC

| NET AMOUNT 39,879.84 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 39,879.84 |
|---|---|---|

AMOUNT ENCLOSED: _____

Customer : 35474200 567 CIRCUIT CITY STORES INC #        Order #      : 517478 00
             1901 COOPER DRIVE                            Order Date : 9/11/08
                                                         Ship Date  : 9/16/08
             ARDMORE              OK   73402             Terms       : PREPAID
Purchase Order # : 2147605                               Carrier     : CEVA 5-DAY GTE
Bill of Lading # : 63259011                              Total Wgt   : 00273.00
Qty of Cartons   :        1                              Ctrl Order :
Sourcing Warehse : CIA                                   Invoice #   : 21017453

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
63259011

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|=========|=========|=========|=========|=========|=====|========|==================|
| 1 | 1 | 364 | 0 | 364 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI360867 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 364 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/16/08 - DIV 040



**EGL**

Houston, Tx 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE     Date: 9/16/08  Origin: LAX C   Dest: DFW F

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| | TOSH97726 |

**TRANSPORT DOCUMENT** Not Negotiable

20543480

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE          CA 92618

Air Bill #:   63259011

**MOVEMENT#**
Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# |
|---|---|
| YIN | 9494614410 |
| PO# | BOL# |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.   FAX NO. 4490       EGL FAA-IAC#: SW9310028

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| | CIRC19734 |

CIRCUIT CITY #567
1901 COOPER DR

ARDMORE       OK 73401

| Contact/Broker | Phone# |
|---|---|
| PO VND 0700-1430 | 5802263280 |
| 2147605/5E | |
| BILLING ADDRESS (if other than shipper or consignee) | Acct.# |
| | TOSH97726A |

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☑ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO DOOR | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE          CA 92618

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| | Customs Value | Declared Value |
|---|---|---|
| ☐ Prepaid  ☐ Third Party | | |
| ☐ Collect.  ☐ C.O.D. | | |

| Special Instructions: SERVICE: 5TH   DUE DATE: 9/23/08 | COD Amount | Amount of Insurance |
|---|---|---|

91 CTNS ON 1 PLT
MUST DELV ON 9/23

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 91 | 273 | DATA PROCESSING | | 6 @ 9 @ 9 |
| | | | | |
| | | | | CIRCUIT CITY DC |

| Totals | 91 | 273 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.

UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | ARDMORE, OK USA |
|---|---|
| PU/BOL/PTP/QUOTE# | '08 SEP 23 8:47 |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |

| DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|
| DFW 3967 | | |

| ID Type | ID# | PHOTO ID YES/NO | PU TIME/DATE | | Total Collect Charges |
|---|---|---|---|---|---|
| ID Type | ID# | | 9-23-08  0615 0630 | | .00 |

Received in good condition by: 91   Date/Time 0847

Christi Jones  9-23-08  1015

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)          Christi Jones          EGL COPY

DR-0

INVOICE

| | |
|---|---|
| INVOICE # | 21017454 |
| PAGE | 1 of 1 |
| DOCUMENT DATE | 09/16/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2147606 | 517480 | 09/11/08 | 09/16/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS GROUND | 1Z9806010304502653 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 48 | 48 | 0 | EA | 109.56 | .0 | 109.56 | 5,258.88 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 5,258.88 | 0.00 | 0.00 | 0.00 | 5,258.88 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21017454      BILL TO  35474200
DOCUMENT DATE  09/16/08      CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 5,258.88 | 0.00 | 5,258.88 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #     Order #     : 517480 00
          1100 CIRCUIT CITY ROAD                      Order Date : 9/11/08
                                                      Ship Date  : 9/16/08
          MARION           IL  62959                  Terms      : PREPAID
Purchase Order # : 2147606                            Carrier    : UPS GROUND
Bill of Lading # : 1Z9806010304502653                Total Wgt  : 00036.00
Qty of Cartons   :         1                          Ctrl Order :
Sourcing Warehse : CIA                                Invoice #  : 2617454
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
1Z9806010304502653

| Whs<br>Ln# | Ord<br>Ln# | Ord<br>Qty | B/O<br>Qty | Shp<br>Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 48 | 0 | 48 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| RI353391 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 48 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/16/08 - DIV 040

UPS: Tracking Information                                                      Page 1 of 1

Case 08-35653-KRH    Doc 458-5    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 18 of 28



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide

**UPS Uni**

**Tracking**

🔒 Welcome, Collections  |  Logout

My UPS | A

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
🔒
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

## Search Support

**Enter a keyword:**

→



**UPS Mobile has a brand new look. Interact with us anytime, anywhere.**

Learn more →

# Track Shipments

**Track Packages & Freight**    **Quantum View**    **Flex Global View**

### Tracking Summary                                                    Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0450 265 3 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ⁑ |
| Delivered On: | 09/22/2008 |
| | 9:53 A.M. |
| Delivered To: | MARION,  IL,  US |
| Signed By: | HARKINS |
| Service: | GROUND |

Tracking results provided by UPS:  11/10/2008 6:55 P.M.  ET

Printer Friendly 🖶

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Back to My UPS

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Manage E-mail Preferences | Ge
My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

INVOICE
INVOICE #   21017455
PAGE  1 of 1
DOCUMENT DATE   09/16/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO   35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO   35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2147607 | 517482 | 09/11/08 | 09/16/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 5-DAY GTE | 63259013 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 364 | 364 | 0 | EA | 109.56 | .0 | 109.56 | 39,879.84 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 39,879.84 | 0.00 | 0.00 | 0.00 | 39,879.84 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE   21017455      BILL TO   35474200
DOCUMENT DATE   09/16/08       CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 39,879.84 | 0.00 | 39,879.84 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #     Order #      : 517482 00
           19925 INDEPENDENCE BLVD                    Order Date  :  9/11/08
                                                      Ship Date   :  9/16/08
           GROVELAND        FL  34736                 Terms       : PREPAID
Purchase Order # : 2147607                            Carrier     : CEVA 5-DAY GTE
Bill of Lading # : 63259013                           Total Wgt   : 00273.00
Qty of Cartons   :        1                           Ctrl Order  :
Sourcing Warehse : CIA                                Invoice #   : 21017455
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ---------------------------------------
63259013

--------------------------------------------------------------------------------

| Whs<br>Ln# | Ord<br>Ln# | Ord<br>Qty | B/O<br>Qty | Shp<br>Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 364 | 0 | 364 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI360868 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 364 |

/////// E N D   O F   P A C K I N G   L I S T //////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/16/08 - DIV 040



Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE    Date: 9/16/08    Origin: LAX L    Dest: MCO D

| Shipper's Name and Address | Shipper's Account Number | **TRANSPORT DOCUMENT** Not Negotiable |
|---|---|---|

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK 1
IRVINE          CA 92618

Shipper's Account Number: TOSH27236

**Air Bill #:** 61259013
**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW9310028

| Contact/EIN # | Phone# 9746 11410 |
|---|---|
| PO# | BOL# 517482 |

| Consignee's Name and Address | Consignee's Account Number |
|---|---|

CIRCUIT CITY DIST CTR. #775
19925 INDEPENDENCE BLVD
RECV HRS 0600-1500

GROVELAND      FL 34736

Consignee's Account Number: CIRCL9347

**DOMESTIC/TRANSBORDER**
☐ CHARTER
☐ NFO/SAME DAY
☐ PRIORITY (NDAY by noon)
☐ REGULAR (NDAY by 5PM)
☐ 2nd DAY
☐ ECONOMY
☐ DATE SPECIFIC

☐ SATURDAY
☐ SUNDAY
☐ TRUCKLOAD
☐ HOLD FOR PICKUP

**INT'L AIR**
☐ CHARTER
☐ NOW
☐ PREMIUM
☐ VALUE
☐ DIRECT IATA

☐ DOOR TO PORT
☐ PORT TO PORT
☐ PORT TO DOOR
☐ DOOR TO DOOR
☐ CUSTOMS CLEARANCE
☐ FREE DOMICILE

**LOCAL**
☐ DIRECT
☐ HOT SHOT
☐ REGULAR
☐ NEXT DAY
☐ LIFTGATE
☐ TWO PERSON
☐ INSIDE

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| Contact/Broker SCHEE GOLTROT 604 | Phone# 832435A300 |
|---|---|
| PO# 47607/25F | BOL# |
| BILLING ADDRESS (if other than shipper or consignee) | Acct.# TOSH279260 |

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE          CA 92618

☐ Prepaid    ☒ Third Party
☐ Collect    ☐ C.O.D.

| Customs Value | Declared Value |
|---|---|
| COD Amount | Amount of Insurance |

Special Instructions: SERVICE WITH CDR CHECK 77257GB
91 CTNS ON 1 PLT
MUST DELIV ON 9/20

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Dimensions | | | |
|---|---|---|---|---|---|---|
| 91 | 273 | DATA PROCESSING | 9 | 9 | 9 | 9 |
| | | **"DROP TRAILER COUNT SUBJECT TO VERIFICATION UPON UNLOAD"** | | | | |

08SEP737.56

Orlando FL USA

Circuit City DC

| Totals 91 | 273 |
|---|---|

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

| DOCK INSP |
|---|
| PU/BOL/PTP/QUOTE# |
| HAWB REVIEW |

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this shipment. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |

| DRIVER AGENT/VEHICLE# MCV | C.O.D. | Check# |
|---|---|---|

K. Tone  213

| ID Type | ID# | PHOTO ID YES/NO |
|---|---|---|
| ID Type | ID# | |

PU TIME/DATE
9/17/08

Total Collect Charges .00

| Received in good condition by: | Date/Time |
|---|---|

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

JK-0



Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 9/16/08   Origin: LAX C   Dest: PICO D

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK P IRVINE     CA 92618 | TOSH97736 |

**TRANSPORT DOCUMENT** Not Negotiable

Air Bill #: 88259013

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIERS LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490     EGL FAA-IAC#: SW9310028

| Contact/EIN # | Phone# 949 461 1410 |
|---|---|
| PO# | BOL# 517482 |

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY DIST CTR #775 17925 INDEPENDENCE BLVD RECV HRS 0600-1500 GROVELAND     FL 34736 | CIRC19347 |

| Contact/Broker SCHEDULING: 804 | Phone# 3524294200 |
|---|---|
| PO 47607/5F | BOL# |

| BILLING ADDRESS or OTHER THAN SHIPPER OR CONSIGNEE | Acct.# TOSH97736A |
|---|---|

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE     CA 92618

Special Instructions: SERVICE STD DUE DATE: 9723/08
91 CTNS ON 1 PLT
MUST DELV ON 9/23

**DOMESTIC/TRANSBORDER**
☐ CHARTER
☐ NFO/SAME DAY
☐ PRIORITY (NDAY by noon)
☐ REGULAR (NDAY by 5PM)
☐ 2nd DAY
☐ ECONOMY
☐ DATE SPECIFIC

☐ SATURDAY
☐ SUNDAY
☐ TRUCKLOAD
☐ HOLD FOR PICKUP

**INT'L/AIR**
☐ CHARTER
☐ NOW
☐ PREMIUM
☐ VALUE
☐ DIRECT IATA

☐ DOOR TO PORT
☐ PORT TO PORT
☐ PORT TO DOOR
☐ DOOR TO DOOR
☐ CUSTOMS CLEARANCE
☐ FREE DOMICILE

**LOCAL**
☐ DIRECT
☐ HOT SHOT
☐ REGULAR
☐ NEXT DAY
☐ LIFTGATE
☐ TWO PERSON
☐ INSIDE

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

☐ Prepaid   ☒ Third Party
☐ Collect   ☐ C.O.D.

| Customs Value | Declared Value |
|---|---|

| COD Amount | Amount of Insurance |
|---|---|

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 91 | 273 | DATA PROCESSING | "DROP TRAILER COUNT SUBJECT TO VERIFICATION UPON UNLOAD" 91 CTNS RECD | 9 8 9 8 9 |
| | | | | '08SEP23 7:56 Orlando, FL USA Circuit City DC |
| Totals 91 | 273 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____   24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|

Print Name

| DRIVER AGENT/VEHICLE# PICO 213 | C.O.D. | Check# |
|---|---|---|

| ID Type | ID# | PHOTO ID YES/NO | PU TIME/DATE 9/22/08 | Total Collect Charges .00 |
|---|---|---|---|---|
| ID Type | ID# | | Received in good condition by ___ 9-23-08 | Date/Time |

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

UR-0

INVOICE

| | |
|---|---|
| INVOICE # | 21018160 |
| PAGE | 1 of 1 |
| DOCUMENT DATE | 09/17/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2147602 | 517477 | 09/11/08 | 09/17/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 4-DAY GTE | 63259025 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HDDR250E03X | TOSH EXT USB HDD 250GB | 1856 | 656 | 0 EA | 83.07 | .0 | 83.07 | 54,493.92 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 54,493.92 | 0.00 | 0.00 | 0.00 | 54,493.92 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21018160   BILL TO  35474200
DOCUMENT DATE  09/17/08              CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 54,493.92 | 0.00 | 54,493.92 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #      Order #      : 517477 01
           BETHLEHEM DISTRIBUTION CTR#255               Order Date  : 9/11/08
           4000 TOWNSHIP LINE ROAD                      Ship Date   : 9/17/08
           BETHLEHEM        PA   18015                  Terms       : PREPAID
Purchase Order # : 2147602                              Carrier     : CEVA 4-DAY GTE
Bill of Lading # : 63259025                             Total Wgt   : 00492.00
Qty of Cartons   :        1                             Ctrl Order  :
Sourcing Warehse : CIA                                  Invoice #   : 21018-160
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
63259025

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---------|---------|---------|---------|---------|-----|--------|------------------|
| 1 | 1 | 656 | 0 | 656 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI370225 | HDDR250E03X | TOSH EXT USB HDD 250GB | 656 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/17/08 - DIV 040

# EGL




Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: _____

**PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE**

| Shipper's Name and Address | Shipper's Account Number |
|---|---|

TOSH97926

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE          CA 92618

Contact/EIN #          Phone#

BOX

PO#

Consignee's Name and Address          Consignee's Account Number

CIRC40180A

CIRCUIT CITY #255
4000 TOWNSHIP LINE RD.
610-882-2570   311 RECV

BETHLEHEM     PA 18017

Contact/Broker          Phone#

PO#          BOX 00000000000

BILLING ADDRESS IF OTHER THAN SHIPPER OR CONSIGNEE          Acct.#

TOSH97926A

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE          CA 92618

**TRANSPORT DOCUMENT** Not Negotiable

LAX C          PHL E

20558150

Air Bill #:
**MOVEMENT#**          63259025          A

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW9310028

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability.

| ☐ Prepaid | ☐ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☒ C.O.D. | | |

| | COD Amount | Amount of Insurance |
|---|---|---|

Special Instructions:     SERVICE: 4TH   DUE DATE:  9/23/08

7PCS ON 1PLT
MUST DELV ON 9/23

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as a forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 7 | 492 | DATA PROCESSING | | 22 (l) 22 (l) 23 |

*Rec'd 7 cartons*

| Totals | | | | |
|---|---|---|---|---|

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.

UN# OR ID _____   24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | BARIAS |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|

DRIVER AGENT/VEHICLE#   1617          C.O.D.          Check#

Print Name

| ID Type | ID# | PHOTO ID |
|---|---|---|
| ID Type | ID# | YES/NO |

PU TIME/DATE

Total Collect Charges
9/23/07 15:00

Received in good condition by:
Paula Murrow     9/23/8          Date/Time

EGL COPY

Executed on (date) ___ at (place) ___   Signature of Issuing Carrier or its Agent

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

DR-0

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE
INVOICE #  21020248
PAGE  1 of 1
DOCUMENT DATE  09/19/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200353
CIRCUIT CITY STORES INC #353
680 S LEMON AVENUE
WALNUT CA 91789

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2147604 | 517476 | 09/11/08 | 09/19/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS 2-DAY PM | 1Z9806010204521410 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 96 | 96 | 0 | EA | 109.56 | .0 | 109.56 | 10,517.76 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 10,517.76 | 0.00 | 0.00 | 0.00 | 10,517.76 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21020248    BILL TO  35474200
DOCUMENT DATE  09/19/08    CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 10,517.76 | 0.00 | 10,517.76 |

AMOUNT ENCLOSED: _____

Customer : 35474200 353 CIRCUIT CITY STORES INC #     Order #    : 517476 00
           680 S LEMON AVENUE                         Order Date : 9/11/08
                                                      Ship Date  : 9/19/08
           WALNUT           CA  91789                 Terms      : PREPAID
Purchase Order # : 2147604                            Carrier    : UPS 2-DAY PM
Bill of Lading # : 1Z9806010204521410                Total Wgt  : 00072.00
Qty of Cartons   :          1                         Ctrl Order :
Sourcing Warehse : CIA                                Invoice #  : 2102024~8~

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
1Z9806010204521410


--------------------------------------------------------------------------

Whs  Ord   Ord    B/O    Shp
Ln#  Ln#   Qty    Qty    Qty     UOM   Item #           Item Description
===  ===   =====  =====  =====   ===   ==============   =========================

 1    1     96      0     96     EA    HDDR320E03X      TOSH EXT USB HDD 320GB RE


                            Unit Detail

Unit            Item#              Description                    Quantity

RI345178        HDDR320E03X        TOSH EXT USB HDD 320GB RE          96


        ///////  E N D   O F   P A C K I N G   L I S T  ///////




This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                   DAILY - 09/19/08 - DIV 040





Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide

**UPS Uni**

Shipping | **Tracking** | ...

🔒 **Welcome, Collections** | Logout

My UPS | ...

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

## Search Support

**Enter a keyword:**

# Track Shipments

**Track Packages & Freight    Quantum View    Flex Global View**

**Tracking Summary**                                                    Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 02 0452 141 0 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ⏷ |
| Delivered On: | 09/22/2008 |
| | 10:15 A.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAIVD |
| Service: | 2ND DAY AIR |

Tracking results provided by UPS:  11/10/2008 6:56 P.M.  ET

Printer Friendly 🖶

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Back to My UPS



**Looking to switch?**

Open an account now →

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Manage E-mail Preferences | Ge
My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions