TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

```
                                        INVOICE
                              INVOICE #   21020249
                                   PAGE   1 of 1
                          DOCUMENT DATE   09/19/08
```

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200344
CIRCUIT CITY STORES INC #344
400 LONG FELLOW COURT
LIVERMORE CA 94550

| PURCHASE ORDER NUMBER 2147603 | ORDER NUMBER 517479 | ORDER DATE 09/11/08 | SHIP DATE 09/19/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|
| FOB CIF – DESTINATION | FREIGHT TERMS FREIGHT PREPAID | | SHIP VIA UPS 2-DAY PM | BILL OF LADING 1Z9806010204521401 | SRCWHS CIA  SLSP DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 84 | 84 | 0 | EA | 109.56 | .0 | 109.56 | 9,203.04 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 9,203.04 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 9,203.04 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE  21020249
DOCUMENT DATE  09/19/08

BILL TO  35474200
CIRCUIT CITY STORES INC

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT 9,203.04 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 9,203.04 |
|---|---|---|

AMOUNT ENCLOSED: _____

9/20/08
2:38:24

Case 08-35653-KRH   Doc 458-6   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) Invoices and Proof of Delivery Cont'l   Page 2 of 25

PAGE : 1

O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 344 CIRCUIT CITY STORES INC #       Order #     : 517479 00
           400 LONG FELLOW COURT                        Order Date  :  9/11/08
                                                        Ship Date   :  9/19/08
           LIVERMORE        CA  94550                   Terms       : PREPAID
Purchase Order # : 2147603                              Carrier     : UPS 2-DAY PM
Bill of Lading # : 1Z9806010204521401                  Total Wgt   : 00063.00
Qty of Cartons   :        1                             Ctrl Order  :
Sourcing Warehse : CIA                                  Invoice #   : 21020249

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -----------------------------------------
1Z9806010204521401


--------------------------------------------------------------------------------

Whs Ord   Ord    B/O    Shp
Ln# Ln#   Qty    Qty    Qty    UOM   Item #            Item Description
=== ===   =====  =====  =====  ===   ==============    ========================

 1   1     84      0     84    EA    HDDR320E03X       TOSH EXT USB HDD 320GB RE

                              Unit Detail

Unit          Item#           Description                  Quantity
RI345177      HDDR320E03X     TOSH EXT USB HDD 320GB RE         84


       ///////  E N D   O F   P A C K I N G   L I S T  //////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 09/19/08 - DIV 040



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



UPS Uni

  Tracking

**Tracking**

Track Shipments
  Track by Reference
  Track by E-mail
  Signature Tracking
  Import Tracking Numbers
  Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

**Search Support**

**Enter a keyword:**

**Looking
to switch?**

Open an account now →

🔒 Welcome, Collections | Logout

My UPS | p

# Track Shipments

**Track Packages & Freight**    **Quantum View**    **Flex Global View**

**Tracking Summary**                                              Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 02 0452 140 1 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ⦿ |
| Delivered On: | 09/23/2008 |
| | 10:11 A.M. |
| Delivered To: | LIVERMORE,  CA,  US |
| Signed By: | TITO |
| Service: | 2ND DAY AIR |

Tracking results provided by UPS:  11/10/2008 6:56 P.M.  ET

Printer Friendly ▯

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipm
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Back to My UPS

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Manage E-mail Preferences | Ge
My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

```
                                                        INVOICE
                                           INVOICE  #   21030527
                                                  PAGE  1 of 1
                                         DOCUMENT DATE  09/29/08
```

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2161082 | 538204 | 09/26/08 | 09/29/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 3-DAY GTE | 63258927 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 680 | 680 | 0 | EA | 123.99 | .0 | 123.99 | 84,313.20 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 84,313.20 | 0.00 | 0.00 | 0.00 | 84,313.20 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21030527        BILL TO  35474200
DOCUMENT DATE  09/29/08           CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 84,313.20 | 0.00 | 84,313.20 |

AMOUNT ENCLOSED: _____

#### O P T I C A L    P A C K I N G    L I S T

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #      : 538204 00
           BETHLEHEM DISTRIBUTION CTR#255            Order Date :  9/26/08
           4000 TOWNSHIP LINE ROAD                   Ship Date  :  9/29/08
           BETHLEHEM        PA  18015                Terms      : PREPAID
Purchase Order # : 2161082                           Carrier    : CEVA 3-DAY GTE
Bill of Lading # : 63258927                          Total Wgt  : 00489.60
Qty of Cartons   :        1                          Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  : 21030527
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers -------------------------------------
63258927

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 680 | 0 | 680 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |

#### Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI371210 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 680 |

####  ///////  E N D   O F   P A C K I N G   L I S T  ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040



**EGL**

P.O. Box 5044700,
Houston, Tx 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 9/29/08   Origin: LAX C   Dest. PHL F

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

L-2

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE   CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

Air Bill #: 63258927   20627417

MOVEMENT#
Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| VIN # | Phone#  9492461410 |
|---|---|
| PO# | BOL#  538204 |
| Consignee's Name and Address | Consignee's Account Number  CIRC40180C |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY.
Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW8310028

CIRCUIT CITY DC #255
4000 TOWNSHIP LINE RD
BETHLEHEM BROWN GOODS

BETHLEHEM   PA 18017

| Contact/Broker | Phone#  6108822570 |
|---|---|
| POL  61082/3E | BOL# |

BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE)   Acct.#  TOSH97926A

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE      CA 92618

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME-DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☑ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

\* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid ☑ Third Party | Customs Value | Declared Value |
| ☐ Collect ☐ C.O.D. | | |

Special Instructions: SERVICE: 3RD  DUE DATE: 10702/08
170 CTNS ON 1 PLT
MUST BE DELV ON 10/02

| CDO Amount | Amount of Insurance |

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 170 | 496 | DATA PROCESSING | | 7 @ 9 @ 9 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals:** 70 | 496 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____  24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | SO |

| Company Name | Signature of Shipper or its agent | Date |
| Print Name | | |

| DRIVER AGENT/VEHICLE#  171617 | C.O.D. | Check# |

| ID Type | ID# | PHOTO ID | | PU TIME/DATE | Total Collect Charges |
| ID Type | ID# | YES/NO | | 10-2-08 | 13 |

Received in good condition by: Kathy McCarty
Kathy McCarty   rec'd 170 ctn

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent | Date/Time  10-2-08 |

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/08)

EGL COPY

DR-1

# EGL

Customer Service: (800) 888-494▢
Corporate Office: (800) 821-95▢

P.O. Box 90487 AMP
Houston, TX 77205

7/29/08   Origin: LAX  C   Dest. PHL  F

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE.

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE      CA 92618 | TOS077726 |

**TRANSPORT DOCUMENT** Not Negotiable

Air Bill #:   63258927

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC No. 4490         EGL FAA-IAC#: SW9310028

| Contact#/EIN # | Phone# |
|---|---|
| YIN | 9494614410 |
| PO# | BOL# |

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY DC #255 4000 TOWNSHIP LINE RD BETHLEHEM BROWN GOODS  BETHLEHEM   PA 18017 | CIRC401800 |

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ❑ CHARTER | ❑ CHARTER | ❑ DIRECT |
| ❑ NFO/SAME DAY | ❑ NO▢ | ❑ HOT SHOT |
| ❑ PRIORITY (ND by noon) | ❑ PREM▢ | ❑ REGULAR |
| ❑ REGULAR (ND by 5PM) | ❑ VALU▢ | ❑ NEXT DAY |
| ❑ 2nd DAY | ❑ DIRECT ▢TA | ❑ LIFTGATE |
| ❑ ECONOMY | | ❑ TWO PERSON |
| ❑ DATE S▢ | ❑ DOOR TO PORT | ❑ INSIDE |

| Contact/Broker | Phone# |
|---|---|
|  | 6109802570 |
| PO# 2161082/3E | BOL# |

| | |
|---|---|
| ❑ SATURDAY | ❑ PORT TO PORT |
| ❑ SUNDAY | ❑ PORT TO DOOR |
| ❑ TRUCKLOAD | ❑ DOOR TO DOOR |
| ❑ HOLD FOR PICKUP | ❑ CUSTOMS CLEARANCE |
| | ❑ FREE DOMICILE |

| BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE) | Acct.# |
|---|---|
| TOSHIBA AMERICA INFORMATION 9740 IRVINE BLVD  ATTN TRANSPORTATION DEPT IRVINE      CA 92618 | TOS077726A |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| | | | |
|---|---|---|---|
| ❑ Prepaid   ☑ Third Party ❑ Collect   ❑ C.O.D. | Customs Value | | Declared Value |

| Special Instructions: SERVICE: 3RD   DUE DATE: 10/02/08 170 CTNS ON 1 PLT MUST BE DELV ON 10/02 | COD Amount | Amount of Insurance |
|---|---|---|

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions | | |
|---|---|---|---|---|---|---|
| 170 | 496 | DATA PROCESSING | | 70 | 50 | 9 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Totals 170 | 496 | | | | | |

❑ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.

UN# or ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | C | 9-30-08 |
|---|---|---|
| PU/BOL/PTP/QUOTE# | | |
| HAWB REVIEW | | 154J |

| Company Name _____ | Signature of Shipper or its agent _____ Date ___ | DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|---|---|
| Print Name _____ | | | | |

| ID Type | ID# | PHOTO ID | PU TIME/DATE | Total Collect Charges |
|---|---|---|---|---|
| ID Type | ID# | YES/NO | | .00 |

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent | Received in good condition by: | Date/Time |
|---|---|---|---|---|

DR-0         NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

EGL COPY

```
                                                              INVOICE
                                               INVOICE #   21030528
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.            PAGE  1 of 1
DPD DIGITAL PRODUCTS DIVISION                DOCUMENT DATE  09/29/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
BILL TO  35474200                    SHIP TO  35474200775
CIRCUIT CITY STORES INC              CIRCUIT CITY DIST. CTR. #775
9954 MAYLAND DRIVE                   19925 INDEPENDENCE BLVD
MERCH. PAYABLE/AMY SANDERSON         GROVELAND FL 34736
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER 2161087 | ORDER NUMBER 538210 | ORDER DATE 09/26/08 | SHIP DATE 09/29/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|
| FOB CIF - DESTINATION | FREIGHT TERMS FREIGHT PREPAID | | SHIP VIA EAGLE 3-DAY GTE | BILL OF LADING 63258394 | SRCWHS CIA    SLSP DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 416 | 416 | 0 EA | 123.99 | .0 | 123.99 | 51,579.84 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 51,579.84 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 51,579.84 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

```
        INVOICE  21030528   BILL TO  35474200
 DOCUMENT DATE  09/29/08             CIRCUIT CITY STORES INC
```

| NET AMOUNT 51,579.84 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 51,579.84 |
|---|---|---|

AMOUNT ENCLOSED: _____

O P T I C A L    P A C K I N G    L I S T

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #    Order #     : 538210 00
           19925 INDEPENDENCE BLVD                    Order Date :  9/26/08
                                                      Ship Date  :  9/29/08
           GROVELAND        FL   34736                Terms      : PREPAID
Purchase Order # : 2161087                            Carrier    : CEVA 3-DAY GTE
Bill of Lading # : 63258394                           Total Wgt  : 00299.52
Qty of Cartons   :        1                           Ctrl Order :
Sourcing Warehse : CIA                                Invoice #  : 21030528
```

-------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ------------------------------------
63258394

```
------------------------------------------------------------------------------
Whs Ord   Ord    B/O    Shp
Ln# Ln#   Qty    Qty    Qty    UOM   Item #            Item Description
=== ===   =====  =====  =====  ===   ==============    ==========================

 1   1    416      0    416    EA    HDDR400E03X       TOSH EXT USB HDD  400GB RE
```

Unit Detail

```
Unit           Item#          Description                    Quantity
GI371204       HDDR400E03X    TOSH EXT USB HDD  400GB RE          416
```

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

**EGL**

Houston, Tx 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE   Date: 9/29/08   Origin: LAX C   Dest: MCO D

| Shipper's Name and Address | Shipper's Account Number | **TRANSPORT DOCUMENT** Not Negotiable |
|---|---|---|

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE          CA 92618

Shipper's Account Number: TOSH27974

**Air Bill #:** 058258974
**MOVEMENT#**
Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

Contact/EIN #
YIN
Phone# 747 1614410

PO#
BOL#

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW9310028

| Consignee's Name and Address | Consignee's Account Number |
|---|---|

CIRCUIT CITY DIST CTR. #775
19725 INDEPENDENCE BLVD
RECV HRS 0600-1500

GROVELAND          FL 34736

Consignee's Account Number: CIRC19347

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

Contact/Broker          Phone#

BILLING ADDRESS (if other than shipper or consignee)   Acct.#

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE          CA 92618

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☐ Third Party | Customs Value | Declared Value |
| ☐ Collect | ☐ C.O.D. | | |

Special Instructions: SERVICE: 3RD   DUE DATE: 10/02/08
104 CTNS ON 1 PLT
MUST BE DELV ON 10/02

COD Amount          Amount of Insurance

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 104 | 304 | DATA PROCESSING | "DROP TRAILER COUNT SUBJECT TO VERIFICATION UPON UNLOAD" | |

104 CTNS RECD

'08OCT21 12:42
Orlando, FL USA
Circuit City DC

Totals: 104   304

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____   24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

Company Name          Signature of Shipper or its agent          Date

DRIVER AGENT/VEHICLE#  14 CO     C.O.D.     Check#

Print Name

PU TIME/DATE    213

ID Type          ID#          PHOTO ID  YES/NO

ID Type          ID#          YES/NO            Total Collect Charges

.00

10/2/08

Received in good condition by:          Date/Time

A. MERRITT CTNS 10/2/08

UR-0

Executed on (date)          at (place)          Signature of Issuing Carrier or its Agent

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE HEREOF
DR-0001 (Rev. 9/06)

EGL COPY

```
                                                             INVOICE
                                               INVOICE #   21030529
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.            PAGE   1 of 1
DPD DIGITAL PRODUCTS DIVISION               DOCUMENT DATE  09/29/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
    BILL TO  35474200                      SHIP TO  35474200775
    CIRCUIT CITY STORES INC                CIRCUIT CITY DIST. CTR. #775
    9954 MAYLAND DRIVE                     19925 INDEPENDENCE BLVD
    MERCH. PAYABLE/AMY SANDERSON           GROVELAND FL 34736
    RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER 2161087 | ORDER NUMBER 538210 01 | ORDER DATE 09/26/08 | SHIP DATE 09/29/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
| --- | --- | --- | --- | --- | --- |
| FOB CIF - DESTINATION CUSTOMER MSGS: | FREIGHT TERMS FREIGHT PREPAID | | SHIP VIA EAGLE 3-DAY GTE | BILL OF LADING 63258395 | SRCWHS CIA    SLSP DPDCC9 |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| HDDR250E03X | TOSH EXT USB HDD 250GB | 268 | 268 | 0 EA | 83.07 | .0 | 83.07 | 22,262.76 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 172 | 172 | 0 EA | 109.56 | .0 | 109.56 | 18,844.32 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 41,107.08 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 41,107.08 |
| --- | --- | --- | --- | --- |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

```
     INVOICE  21030529       BILL TO  35474200
DOCUMENT DATE  09/29/08               CIRCUIT CITY STORES INC
```

| NET AMOUNT 41,107.08 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 41,107.08 |
| --- | --- | --- |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #     Order #     : 538210 01
           19925 INDEPENDENCE BLVD                    Order Date  : 9/26/08
                                                      Ship Date   : 9/29/08
           GROVELAND        FL  34736                 Terms       : PREPAID
Purchase Order # : 2161087                            Carrier     : CEVA 3-DAY GTE
Bill of Lading # : 63258395                           Total Wgt   : 00330.00
Qty of Cartons   :          1                         Ctrl Order  :
Sourcing Warehse : CIA                                Invoice #   : 21030529
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers -------------------------------------
63258395

```
----------------------------------------------------------------------------
Whs  Ord   Ord     B/O    Shp
Ln#  Ln#   Qty     Qty    Qty    UOM   Item #            Item Description
===  ===   =====   =====  =====  ===   ===============   ========================

 1    2    268       0    268    EA    HDDR250E03X       TOSH EXT USB HDD 250GB

 2    3    172       0    172    EA    HDDR320E03X       TOSH EXT USB HDD 320GB RE
```

Unit Detail

```
Unit          Item#              Description                       Quantity
GI371205      HDDR250E03X        TOSH EXT USB HDD 250GB                268

GI371205      HDDR320E03X        TOSH EXT USB HDD 320GB RE             172
```

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

# EGL

Houston, Tx 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE        Date: 9/30/08    Origin: LAX C    Dest: MCO D

| Shipper's Name and Address | Shipper's Account Number | | |
|---|---|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE        CA 92618 | TOSHV7926 | **TRANSPORT DOCUMENT** Not Negotiable | |

**Air Bill #:** 63256988

**MOVEMENT #**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490        EGL FAA-IAC#: SW9310028

| Contact/EIN # | Phone# 9461 4410 |
|---|---|
| PO# | BOL# 534856 |
| Consignee's Name and Address | Consignee's Account Number CIRC19347 |
| CIRCUIT CITY DIST CTR #779<br>19925 INDEPENDENCE BLVD<br>RECV HRS 0600-1500<br>GROVELAND        FL 34736 | |

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

| Contact/Broker<br>SCHEDULING: 804 | Phone#<br>3524276200 |
|---|---|
| PO#57279/5E | BOL# |

| BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE) | Acct.# TOSHV7926A |
|---|---|
| TOSHIBA AMERICA INFORMATION<br>9740 IRVINE BLVD<br><br>ATTN TRANSPORTATION DEPT<br>IRVINE        CA 92618 | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

☐ Prepaid    ☐ Third Party
☐ Collect    ☐ C.O.D.

| Customs Value | Declared Value |
|---|---|

| Special Instructions: SERVICE: JIT USE DATE: 10/07/08 | COD Amount | Amount of Insurance |
|---|---|---|

59 CTNS ON 2 PLTS
MUST DEL ON 10/7

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 59 | 591 | DATA PROCESSING | | 13 @ 14 @ 7 |
| | | | | |
| | | | | |
| 59 CTNS RECD | | "DROP TRAILER COUNT SUBJECT TO VERIFICATION UPON UNLOAD" | | 08OCT79:49<br>Orlando, FL USA<br>Circuit City DC |
| Totals 59 | 591 | | | |

A MERRETT CONS 10-7-08

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|

| ID Type | ID# | PHOTO ID<br>YES/NO | PU TIME/DATE | Total Collect Charges |
|---|---|---|---|---|
| ID Type | ID# | | | 1.00 |

Received in good condition by: A MERRETT CONS 10-7-08        Date/Time

Executed on (date) _____ at (place) _____ Signature of Issuing Carrier or its Agent

UR-0

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/08)

EGL COPY

```
                                                     INVOICE
                                           INVOICE #  21030530
                                               PAGE   1 of 1
                                       DOCUMENT DATE  09/29/08
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618
```

```
        BILL TO  35474200                      SHIP TO  35474200567
        CIRCUIT CITY STORES INC                CIRCUIT CITY STORES INC #567
        9954 MAYLAND DRIVE                      1901 COOPER DRIVE
        MERCH. PAYABLE/AMY SANDERSON            ARDMORE OK 73402
        RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2161085 | 538214 | 09/26/08 | 09/29/08 | NET 30 | ORD /25 |

| FOB | | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|---|
| CIF – DESTINATION | | FREIGHT PREPAID | | EAGLE 3-DAY GTE | 63258396 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 356 | 356 | 0 EA | 123.99 | .0 | 123.99 | 44,140.44 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 44,140.44 | 0.00 | 0.00 | 0.00 | 44,140.44 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

```
        INVOICE  21030530   BILL TO  35474200
  DOCUMENT DATE  09/29/08            CIRCUIT CITY STORES INC
```

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 44,140.44 | 0.00 | 44,140.44 |

AMOUNT ENCLOSED: _____

Customer : 35474200 567 CIRCUIT CITY STORES INC #      Order #      : 538214 00
           1901 COOPER DRIVE                           Order Date : 9/26/08
                                                       Ship Date  : 9/29/08
                ARDMORE           OK  73402            Terms       : PREPAID
Purchase Order # : 2161085                             Carrier     : CEVA 3-DAY GTE
Bill of Lading # : 63258396                            Total Wgt   : 00256.32
Qty of Cartons   :         1                           Ctrl Order :
Sourcing Warehse : CIA                                 Invoice #   : 21030530

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
----------------------- Tracking Numbers --------------------------------------
63258396

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 356 | 0 | 356 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |

### Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI371206 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 356 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

**EGL**

P.O. Box 60447 AVE
Houston, Tx 77205

Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE    Date: 9/29/08    Origin: LAX C    Dest. DFW E

| Shipper's Name and Address | Shipper's Account Number | **TRANSPORT DOCUMENT** Not Negotiable |
|---|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE    CA 92618 | TOSH97926 | Air Bill #:    63258396 MOVEMENT# Copies 1, 2 and 3 of this Transport Document are originals and have the same validity. |

| Contact/EIN # YIN | Phone# 9494614410 | It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY |
|---|---|---|
| PO# | BOL# 539314 | INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. |
| Consignee's Name and Address | Consignee's Account Number CIRC19734 | Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.    FMC NO. 4490    EGL FAA-IAC#: SW9310028 |

CIRCUIT CITY #567
1901 COOPER DR

ARDMORE    OK 73401

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |

| Contact/Broker OCUND 0700 1430 | Phone# 5802263280 |
|---|---|

| PO# 2161085/3E | |
|---|---|

BILLING ADDRESS (if other than SHIPPER OR CONSIGNEE)    Acct.# TOSH97926A

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE    CA 92618

| | |
|---|---|
| ☐ SATURDAY | ☐ PORT TO PORT |
| ☐ SUNDAY | ☐ PORT TO DOOR |
| ☐ TRUCKLOAD | ☐ DOOR TO DOOR |
| ☐ HOLD FOR PICKUP | ☐ CUSTOMS CLEARANCE |
| | ☐ FREE DOMICILE |

\* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid    ☐ Third Party ☐ Collect    ☐ C.O.D. | Customs Value | Declared Value |
|---|---|---|

Special Instructions: SERVICE: 3RD    DUE DATE: 10/03/08
89 CTNS ON 1 PLT
MUST DELV ON BY 10/02

| COD Amount | Amount of Insurance |
|---|---|

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 89 | 260 | DATA PROCESSING | | 7 @ 9 @ 9 |
| | | | | CIRCUIT CITY DC |
| | | | | ARDMORE, OK USA |
| | | | | '09 OCT 3 6:59 |
| Totals 89 | 260 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID ____ 24HR CONTACT NUMBER ____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |

| DRIVER AGENT#/VEHICLE# Miller 3967 | C.O.D. | Check# |
|---|---|---|

| ID Type | ID# | PHOTO ID | PU TIME/DATE 0615 10/3/08 0530 | 0655 0800 | Total Charges .00 |
|---|---|---|---|---|---|
| ID Type | ID# | YES/NO | Received in good condition by: | | |

Executed on (date) ____ at (place) ____    Signature of Issuing Carrier or its Agent    Gerdania Gaither    Rec. 89 ct

DR-O    NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF.    DR-0001 (Rev. 9/06)    Gerdania Gaither    EGL COPY

INVOICE

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE #   21030531
PAGE  1 of 1
DOCUMENT DATE  09/29/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER 2161086 | ORDER NUMBER 538217 | ORDER DATE 09/26/08 | SHIP DATE 09/29/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|

FOB
CIF - DESTINATION
CUSTOMER MSGS:

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
EAGLE 3-DAY GTE

BILL OF LADING
63258352

SRCWHS   SLSP
CIA      DPDCC9

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 492 | 492 | 0 | EA | 123.99 | .0 | 123.99 | 61,003.08 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 61,003.08 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 61,003.08 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21030531      BILL TO  35474200
DOCUMENT DATE  09/29/08           CIRCUIT CITY STORES INC

| NET AMOUNT 61,003.08 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 61,003.08 |
|---|---|---|

AMOUNT ENCLOSED: _____

Customer : 35474200 755 CIRCUIT CITY STORES INC #          Order #     : 538217 00
1100 CIRCUIT CITY ROAD                                    Order Date : 9/26/08
                                                          Ship Date  : 9/29/08
          MARION          IL  62959                       Terms      : PREPAID
Purchase Order # : 2161086                                Carrier    : CEVA 3-DAY GTE
Bill of Lading # : 63258352                               Total Wgt  : 00354.24
Qty of Cartons   :         1                              Ctrl Order :
Sourcing Warehse : CIA                                    Invoice #  : 2103053

-------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers ------------------------------------
63258352

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 492 | 0 | 492 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI371207 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 492 |

/////// E N D  O F  P A C K I N G  L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040



**EGL**

Houston, Tx 77205

Customer Service: (800) 688-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE   Date: 9/29/08  Origin: LAX C   Dest. STL G

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE . CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

**Air Bill #:** 63258352

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# |
|---|---|
| FIN | 9494614410 |
| PO# | BOL# 538217 |
| Consignee's Name and Address | Consignee's Account Number CIRC11629 . |
| CIRCUIT CITY STORES INC. #75 1100 CIRCUIT CITY RD MARION IL 62959 | |
| Contact/Broker | Phone# 0000000000 |
| 20161086/3E | BOL# |
| BILLING ADDRESS (if other than shipper or consignee) | Acct.# TOSH97926A |
| TOSHIBA AMERICA INFORMATION 9740 IRVINE BLVD ATTN TRANSPORTATION DEPT IRVINE CA 92618 | |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.    FMC NO. 4490          EGL FAA-IAC#: SW9310028

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

\* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid  ☒ Third Party | Customs Value | Declared Value |
|---|---|---|
| ☐ Collect  ☐ C.O.D. | | |

| Special Instructions: SERVICE: 3RD  DUE DATE: 10/02/08 123 CTNS ON 1 PLT MUST BE DELV ON 10/02 | COD Amount | Amount of Insurance |
|---|---|---|

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 153 | 359 | DATA PROCESSING | | 7 @ 9-0 9   37:2x30.3 IC0 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total 153 | 359 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.

UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name _____ | Signature of Shipper or its agent _____ | Date _____ |
|---|---|---|

Print Name _____

| DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|

| ID Type | ID# | PHOTO ID | PU TIME/DATE | Total Collect Charges |
|---|---|---|---|---|
| ID Type | ID# | YES/NO | | .00 |

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent | Received good condition by: Jay  ___ 10/3/08  153 ctns | Date/Time |
|---|---|---|---|---|

DR-0

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

EGL COPY

```
                                                              INVOICE
                                                    INVOICE #  21030532
                                                         PAGE  1 of 1
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.       DOCUMENT DATE  09/29/08
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618
```

```
        BILL TO  35474200                      SHIP TO  35474200755
        CIRCUIT CITY STORES INC                CIRCUIT CITY STORES INC #755
        9954 MAYLAND DRIVE                     1100 CIRCUIT CITY ROAD
        MERCH. PAYABLE/AMY SANDERSON           MARION IL 62959
        RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2161086 | 538217-O1 | 09/26/08 | 09/29/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 3-DAY GTE | 63258399 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 212 | 212 | 0 EA | 109.56 | .0 | 109.56 | 23,226.72 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 23,226.72 | 0.00 | 0.00 | 0.00 | 23,226.72 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

```
     INVOICE  21030532     BILL TO  35474200
DOCUMENT DATE  09/29/08             CIRCUIT CITY STORES INC
```

| | NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|---|
| | 23,226.72 | 0.00 | 23,226.72 |

AMOUNT ENCLOSED: _____

```
9/30/08          T E R M S   I N V O I C E S   A N D / P R O . F O R D I V E R Y   C o n t I           PAGE :  1
8:15:21          O P T I C A L   P A C K I N G   L I S T
```

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #    Order #    : 538217 01
           1100 CIRCUIT CITY ROAD                    Order Date :  9/26/08
                                                     Ship Date  :  9/29/08
           MARION          IL  62959                 Terms      : PREPAID
Purchase Order # : 2161086                           Carrier    : CEVA 3-DAY GTE
Bill of Lading # : 63258399                          Total Wgt  : 00159.00
Qty of Cartons   :         1                         Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  : 21030532
```

```
--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers -------------------------------------
63258399
```

```
-----------------------------------------------------------------------------
Whs Ord    Ord     B/O     Shp
Ln# Ln#    Qty     Qty     Qty    UOM   Item #           Item Description
=== ===    =====   =====   =====  ===   ==============   ===========================

 1   2     212       0     212    EA    HDDR320E03X      TOSH EXT USB HDD 320GB RE
```

```
                              Unit Detail

Unit            Item#            Description                  Quantity

GI371208        HDDR320E03X      TOSH EXT USB HDD 320GB RE         212


         ///////  E N D   O F   P A C K I N G   L I S T  ///////
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040



P.O. Box 60467 AMF
Houston, TX 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE    Date: 9/29/08    Origin: LAX C    Dest: STL G

| Shipper's Name and Address | Shipper's Account Number | **TRANSPORT DOCUMENT** Not Negotiable |
|---|---|---|

20645304

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE          CA 92618

Shipper's Account Number: TOSH27926

**Air Bill #:** 63258399
**MOVEMENT#**
Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

| Contact/VEIN # | Phone# 714614410 |
|---|---|
| PO# | BOL# 538212 1 |
| Consignee's Name and Address | Consignee's Account Number CIRC11629 |

FMC NO. 4490          EGL FAA-IAC#: SW9310026

CIRCUIT CITY STORES INC. #75
1100 CIRCUIT CITY RD

MARION          IL 62959

| Contact/Broker | Phone# 0000000000 |
|---|---|
| 2161086/3E | BOL# |
| BILLING ADDRESS (if other than shipper or consignee) | Acct.# TOSH27926A |

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE          CA 92618

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| ☐ SATURDAY | ☐ PORT TO PORT | |
| ☐ SUNDAY | ☐ PORT TO DOOR | |
| ☐ TRUCKLOAD | ☐ DOOR TO DOOR | |
| ☐ HOLD FOR PICKUP | ☐ CUSTOMS CLEARANCE | |
| | ☐ FREE DOMICILE | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid  ☒ Third Party | Customs Value | Declared Value |
|---|---|---|
| ☐ Collect  ☐ C.O.D. | | |

Special Instructions: SERVICE: 3RD  DUE DATE: 10/02/08
53 CTNS ON 1 PLT
MUST DELV ON 10/02

| COD Amount | Amount of Insurance |
|---|---|

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 53 | 159 | DATA PROCESSING | | 7 @    9 @    9 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals 53 | 159 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date | DRIVER AGENT/VEHICLE# | | C.O.D. | Check# |
|---|---|---|---|---|---|---|
| Print Name | | | 52130 | | | |
| ID Type | ID# | PHOTO ID YES/NO | PU TIME/DATE JS/ | | Total Collect Charges .00 | |
| ID Type | ID# | | Received in good condition by: JS/ 10/3/08 53ctns | | Date/Time | |

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent | | |
|---|---|---|---|---|

DR-0          NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)          **EGL COPY**

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE
INVOICE #   21033508
PAGE   1 of 1
DOCUMENT DATE   09/30/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200344
CIRCUIT CITY STORES INC #344
400 LONG FELLOW COURT
LIVERMORE CA 94550

| PURCHASE ORDER NUMBER 2161083 | ORDER NUMBER 538207 | ORDER DATE 09/26/08 | SHIP DATE 09/30/08 | PAYMENT TERMS NET 30 | | OC  /AC ORD /25 |
|---|---|---|---|---|---|---|
| FOB CIF - DESTINATION CUSTOMER MSGS: | FREIGHT TERMS FREIGHT PREPAID | | SHIP VIA EAGLE O/N NON-GTE | BILL OF LADING 63258991 | | SRCWHS  SLSP CIA    DPDCC9 |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 224 | 224 | 0 EA | 123.99 | .0 | 123.99 | 27,773.76 |
| HDDR250E03X | TOSH EXT USB HDD 250GB | 164 | 164 | 0 EA | 83.07 | .0 | 83.07 | 13,623.48 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 52 | 52 | 0 EA | 109.56 | .0 | 109.56 | 5,697.12 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 47,094.36 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 47,094.36 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE   21033508
DOCUMENT DATE   09/30/08

BILL TO  35474200
CIRCUIT CITY STORES INC

PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT 47,094.36 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 47,094.36 |
|---|---|---|

AMOUNT ENCLOSED:  _____

Home

**About CEVA**      **Solutions**      **Sectors**      **Operations Excellen**



**Log In**
New User?  **Sign Up**

Logistics

Transportation

Consulting

Specialized Services

**Customer Tools**

  Become a Customer

  Book a Shipment

  CEVA Advisor

  **CEVA Trak**

  Vantage

  Surcharges

  Online Payment Center

  Request a Quote

  Routing Guide

  Submit a Claim

  MATRIX

  Downloads, Tools & Forms

  Industry Terms

  CEVA Project Vision

  CEVA Projectpoint

Home > Solutions > Customer Tools > CEVA Trak

# Solutions

## CEVA Trak

New Search                     Back to Search Results

### Air Ground Shipment Record

Waybill Number: 63258991

Ship Date:
Estimated Arrival

Shipper Location     IRVINE, CA  US
Consignee Location  LIVERMORE, CA  US

References:
PO: 2161083/7E

**Shipment Detail**
Total Pieces:      110
Actual Weight:     326.0LB / 148.0KG
Charge Weight:     326.0LB / 148.0KG

**Service Info**
Freight Terms:
Service Level:
Delivery Type:
Movement Type:

### Key Event History

| Event | Date | Time | Event Location |
|---|---|---|---|
| Delivered | 02-Oct-08 | 11:10 | SFO -San Franci |
| Out For Delivery | 02-Oct-08 | 09:00 | SFO -San Franci |
| Scanned | 02-Oct-08 | 06:32 | SFO -San Franci |
| Pickup | 30-Sep-08 | 13:00 | LAX -Los Angele |

For informational purposes only. Actual charges, Bill To parties and oth

Home  |  Log In  |  Site Map  |  Worldwide Directory  |  Contact Us  |  Privacy P

```
                                                                INVOICE
                                                    INVOICE #   21033509
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                 PAGE  1 of 1
DPD DIGITAL PRODUCTS DIVISION                    DOCUMENT DATE  09/30/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
     BILL TO  35474200                        SHIP TO  35474200353
     CIRCUIT CITY STORES INC                  CIRCUIT CITY STORES INC #353
     9954 MAYLAND DRIVE                       680 S LEMON AVENUE
     MERCH. PAYABLE/AMY SANDERSON             WALNUT CA 91789
     RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER 2161084 | ORDER NUMBER 538211 | ORDER DATE 09/26/08 | SHIP DATE 09/30/08 | PAYMENT TERMS NET 30 | | OC /AC ORD /25 |
| --- | --- | --- | --- | --- | --- | --- |
| FOB CIF – DESTINATION CUSTOMER MSGS: | FREIGHT TERMS FREIGHT PREPAID | | SHIP VIA EAGLE O/N NON-GTE | BILL OF LADING 63258985 | SRCWHS CIA | SLSP DPDCC9 |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 296 | 296 | 0 | EA | 123.99 | .0 | 123.99 | 36,701.04 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 112 | 112 | 0 | EA | 109.56 | .0 | 109.56 | 12,270.72 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 48,971.76 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 48,971.76 |
| --- | --- | --- | --- | --- |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

```
       INVOICE  21033509     BILL TO  35474200
 DOCUMENT DATE  09/30/08              CIRCUIT CITY STORES INC
```

PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION
                   P.O. Box 91865
                   CHICAGO IL 60693
                   (949) 583-3534

| NET AMOUNT 48,971.76 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 48,971.76 |
| --- | --- | --- |

AMOUNT ENCLOSED: _____