```
10/02/08                    O P T I C A L   P A C K I N G   L I S T                    PAGE :  1
 1:36:51
```

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #   Order #     : 538211 00
           680 S LEMON AVENUE                        Order Date  :  9/26/08
                                                     Ship Date   :  9/30/08
               WALNUT          CA   91789            Terms       : PREPAID
Purchase Order # : 2161084                           Carrier     : CEVA NON-GTE-W.
Bill of Lading # : 63258985                          Total Wgt   : 00297.12
Qty of Cartons   :        1                          Ctrl Order  :
Sourcing Warehse : CIA                               Invoice #   :
```

```
--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
63258985
```

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 296 | 0 | 296 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |
| 2 | 2 | 112 | 0 | 112 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |

### Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI371124 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 112 |
| GI371124 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 296 |

```
/////// E N D   O F   P A C K I N G   L I S T ///////
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

**EGL**

Houston, Tx 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

427

Date: 9/30/08   Origin: LAX C   Dest. ONT C

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE        CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

300637253

Air Bill #:   63258985

**MOVEMENT#**
Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# 7494614410 |
|---|---|
| PO# | BOL# 558911 |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY.
Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW9310028

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY #353<br>680 S. LEMON AVE<br>APPT# 804.527.4040 EXT 4291<br>MUST HAVE APPTMENT<br>WALNUT        CA 91789 | CIRC68917 |

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

| Contact/Broker | Phone# 9095952434 |
|---|---|
| 0500-1400  MGR | |
| BOL# 2161084/7E | Acct.# TOSH97926A |

| BILLING ADDRESS (if other than shipper or consignee) |
|---|
| TOSHIBA AMERICA INFORMATION<br>9740 IRVINE BLVD<br><br>ATTN TRANSPORTATION DEPT<br>IRVINE        CA 92618 |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☐ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☐ C.O.D. | | |

| Special Instructions: SERVICE: 2ND  DUE DATE: 10/02/08<br>102 CTNS ON 1 PLT<br>MUST DEL ON 10/2 | COD Amount | Amount of Insurance |
|---|---|---|

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 102 | 300 | DATA PROCESSING | | 9 @   9 @   7 |
| | OCT 2 11:32 | | | Door#: DTH |
| | | | | Trailer#: 427 |
| | | | | Seal#: N/S |
| Totals 102 | 300 | | | |

☐ This shipment contains dangerous goods as PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |

| DRIVER AGENT/VEHICLE# 427 | C.O.D. | Check# |
|---|---|---|

| ID Type | ID# | PHOTO ID YES/NO | PU TIME/DATE 10/02/08 | Total Collect Charges .00 |
|---|---|---|---|---|
| ID Type * | ID# | | | |

Received in good condition by:          Date/Time 10/02/08  1145

DR-0

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/08)

David Engers

EGL COPY

```
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                                    INVOICE
DPD DIGITAL PRODUCTS DIVISION                              INVOICE #   21033508
9740 Irvine Blvd.                                              PAGE   1 of 1
Irvine, CA 92618                                      DOCUMENT DATE   09/30/08
```

```
BILL TO  35474200                              SHIP TO  35474200344
CIRCUIT CITY STORES INC                        CIRCUIT CITY STORES INC #344
9954 MAYLAND DRIVE                             400 LONG FELLOW COURT
MERCH. PAYABLE/AMY SANDERSON                   LIVERMORE CA 94550
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2161083 | 538207 | 09/26/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE O/N NON-GTE | 63258991 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 224 | 224 | 0 | EA | 123.99 | .0 | 123.99 | 27,773.76 |
| HDDR250E03X | TOSH EXT USB HDD 250GB | 164 | 164 | 0 | EA | 83.07 | .0 | 83.07 | 13,623.48 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 52 | 52 | 0 | EA | 109.56 | .0 | 109.56 | 5,697.12 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 47,094.36 | 0.00 | 0.00 | 0.00 | 47,094.36 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

```
        INVOICE  21033508      BILL TO  35474200
  DOCUMENT DATE  09/30/08               CIRCUIT CITY STORES INC
```

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 47,094.36 | 0.00 | 47,094.36 |

AMOUNT ENCLOSED:  _____

```
10/02/08      T E X H I B I T ( S )  P A C K I N G  L I S T                    PAGE :  1
 1:36:51      O P T I C A L   P A C K I N G   L I S T
```

```
Customer : 35474200 344 CIRCUIT CITY STORES INC #   Order #      : 538207 00
           400 LONG FELLOW COURT                    Order Date   : 9/26/08
                                                    Ship Date    : 9/30/08
           LIVERMORE          CA  94550             Terms        : PREPAID
Purchase Order # : 2161083                          Carrier      : CEVA NON-GTE-W.
Bill of Lading # : 63258991                         Total Wgt    : 00323.28
Qty of Cartons   :           1                      Ctrl Order   :
Sourcing Warehse : CIA                              Invoice #    :
```

```
--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ----------------------------------------
63258991
```

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 224 | 0 | 224 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |
| 2 | 2 | 164 | 0 | 164 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 3 | 3 | 52 | 0 | 52 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |

### Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI371123 | HDDR250E03X | TOSH EXT USB HDD 250GB | 164 |
| GI371123 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 52 |
| GI371123 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 224 |

```
/////// E N D   O F   P A C K I N G   L I S T ///////
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

```
DAILY - 10/01/08 - DIV 040
```

EGL

P. O. Box 60467 AMF
Houston, TX 77205
Corporate Office: (800) 821-9956

Case 08-35653-KRH    Doc 458-7    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 5 of 25

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER OR CONSIGNEE

Date: 9/30/08    Origin: LAX C    Dest. SFO D

**TRANSPORT DOCUMENT** Not Negotiable

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE          CA 92618 | TOSH97926 |

20637904

Air Bill #: 63258991

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# 9494614410 |
|---|---|
| PO# | BOL# 558207 |
| Consignee's Name and Address | Consignee's Account Number CIRC40945 |
| CIRCUIT CITY-LIVERMORE<br>400 LONGFELLOW CT. STE A<br>LOCATION 344<br>LIVERMORE          CA 94550 | |
| Contact/Broker FOR APPTS EXT 4 | Phone# 8045274000 |
| 2061083/7E | BOL# |
| BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE) | Acct.# TOSH97926A |
| TOSHIBA AMERICA INFORMATION<br>9740 IRVINE BLVD<br><br>ATTN TRANSPORTATION DEPT<br>IRVINE          CA 92618 | |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490    EGL FAA-IAC#: SW9310028

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☒ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☐ C.O.D. | | |
| | | COD Amount | Amount of Insurance |

Special Instructions: SERVICE: 2ND   DUE DATE: 10/02/08
110 CTNS ON 1 PLT
MUST DEL ON 10/2

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 110 | 326 | DATA PROCESSING | | 9 @ 9 @ 7 |
| Totals 110 | 326 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____    24HR CONTACT NUMBER _____

I certify that this cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |
| ID Type | ID# | PHOTO ID YES/NO |
| ID Type | ID# | |

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| DRIVER AGENT/VEHICLE# SFO 0001 Khen | C.O.D. | Check# |
|---|---|---|
| PU TIME/DATE 11-20 10/02/08 | Total Collect Charges .00 | |

Received in good condition by: _____    Date/Time 10-2-08

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

DR-0

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

EGL COPY

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE
INVOICE #   21037431
PAGE   1 of 1
DOCUMENT DATE   10/08/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER<br>2165857 | ORDER NUMBER<br>544394 | ORDER DATE<br>10/02/08 | SHIP DATE<br>10/08/08 | PAYMENT TERMS<br>NET 30 | OC  /AC<br>ORD /25 |
|---|---|---|---|---|---|
| FOB<br>CIF - DESTINATION | FREIGHT TERMS<br>FREIGHT PREPAID | | SHIP VIA<br>EAGLE 4-DAY GTE | BILL OF LADING<br>63258923 | SRCWHS    SLSP<br>CIA       DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 332 | 332 | 0 | EA | 109.56 | .0 | 109.56 | 36,373.92 |
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 176 | 176 | 0 | EA | 123.99 | .0 | 123.99 | 21,822.24 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 58,196.16 | 0.00 | 0.00 | 0.00 | 58,196.16 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE   21037431      BILL TO  35474200
DOCUMENT DATE  10/08/08            CIRCUIT CITY STORES INC

PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 58,196.16 | 0.00 | 58,196.16 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #      Order #     : 544394 00
           BETHLEHEM DISTRIBUTION CTR#255              Order Date  : 10/02/08
           4000 TOWNSHIP LINE ROAD                     Ship Date   : 10/08/08
           BETHLEHEM       PA  18015                   Terms       : PREPAID
Purchase Order # : 2165857                             Carrier     : CEVA 4-DAY GTE
Bill of Lading # : 63258923                            Total Wgt   : 00375.72
Qty of Cartons   :        1                            Ctrl Order  :
Sourcing Warehse : CIA                                 Invoice #   :
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers ---------------------------------------
63258923

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|------|------|-------|-------|-------|-----|----------------|--------------------------|
| 1 | 1 | 332 | 0 | 332 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |
| 2 | 2 | 176 | 0 | 176 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI379156 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 332 |
| GI379156 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 176 |

////// E N D   O F   P A C K I N G   L I S T //////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

**EGL**

Houston, Tx 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 10/08/08   Origin AX C   Dest PHL F

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE   CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

**Air Bill #:** 63258923
**MOVEMENT#**
Copies 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# |
|---|---|
| YIN | 9494614410 |
| PO# | BOL# |
| Consignee's Name and Address | Consignee's Account Number |
| | CIRC40180A |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490        EGL FAA-IAC#: SW9310028

| Consignee's Name and Address | |
|---|---|
| CIRCUIT CITY #255 4000 TOWNSHIP LINE RD. 610-882-2570   311 RECV BETHLEHEM   PA 18017 | |

| Contact/Broker | Phone# |
|---|---|
| PO# 2165857/6E | BOL# 00000000000 |
| BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE) | Acct.# TOSH97926A |

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE    CA 92618

**DOMESTIC/TRANSBORDER**
- ❑ CHARTER
- ❑ NFO/SAME DAY
- ❑ PRIORITY (NDAY by noon)
- ❑ REGULAR (NDAY by 5PM)
- ❑ 2nd DAY
- ❑ ECONOMY
- ❑ DATE SPECIFIC

- ❑ SATURDAY
- ❑ SUNDAY
- ❑ TRUCKLOAD
- ❑ HOLD FOR PICKUP

**INT'L AIR**
- ❑ CHARTER
- ❑ NOW
- ❑ PREMIUM
- ❑ VALUE
- ❑ DIRECT IATA

- ❑ DOOR TO PORT
- ❑ PORT TO PORT
- ❑ PORT TO DOOR
- ❑ DOOR TO DOOR
- ❑ CUSTOMS CLEARANCE
- ❑ FREE DOMICILE

**LOCAL**
- ❑ DIRECT
- ❑ HOT SHOT
- ❑ REGULAR
- ❑ NEXT DAY
- ❑ LIFTGATE
- ❑ TWO PERSON
- ❑ INSIDE

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ❑ Prepaid | ☑ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ❑ Collect | ❑ C.O.D. | | |

| Special Instructions: SERVICE: 4TH   DUE DATE: 10/14/08 127 PCS ON 1 PLT MUST BE DELV ON 10/14 | COD Amount | Amount of Insurance |
|---|---|---|

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 127 | 877 | DATA PROCESSING | | 7 @ 9 @ 8 |
| | | | | |
| | | | | |
| **Totals** 127 | 877 | | | |

❑ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.

UN# or ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date | DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|---|---|---|
| Print Name | | | | | |

| ID Type | ID# | PHOTO ID | PU TIME/DATE | Total Collect Charges |
|---|---|---|---|---|
| ID Type | ID# | YES/NO | | 10/14/08  1800 |

Received in good condition by Kathy McCarty   Date/Time 10-14-08
Kathy McCarty   rcvd 127 ctn

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

DR-0

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

EGL COPY

INVOICE
INVOICE #  21037432
PAGE  1 of 1
DOCUMENT DATE  10/08/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2165861 | 544397 | 10/02/08 | 10/08/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 4-DAY GTE | 63258931 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR250E03X | TOSH EXT USB HDD 250GB | 148 | 148 | 0 | EA | 83.07 | .0 | 83.07 | 12,294.36 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 144 | 144 | 0 | EA | 109.56 | .0 | 109.56 | 15,776.64 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 28,071.00 | 0.00 | 0.00 | 0.00 | 28,071.00 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21037432     BILL TO  35474200
DOCUMENT DATE  10/08/08          CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 28,071.00 | 0.00 | 28,071.00 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #    Order #     : 544397 00
           1100 CIRCUIT CITY ROAD                    Order Date  : 10/02/08
                                                     Ship Date   : 10/08/08
           MARION            IL   62959              Terms       : PREPAID
Purchase Order # : 2165861                           Carrier     : CEVA 4-DAY GTE
Bill of Lading # : 63258931                          Total Wgt   : 00219.00
Qty of Cartons   :        1                          Ctrl Order  :
Sourcing Warehse : CIA                               Invoice #   :
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers ------------------------------------
63258931

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---------|---------|---------|---------|---------|-----|--------|------------------|
| 1 | 1 | 148 | 0 | 148 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 2 | 2 | 144 | 0 | 144 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI379157 | HDDR250E03X | TOSH EXT USB HDD 250GB | 148 |
| GI379157 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 144 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/08/08 - DIV 040

# EGL

P. O. Box 60467 AME
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

Date: 10/08/08   Origin: LAX C   Dest: STL  G

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE           CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

20704739

Air Bill #:        63258931
**MOVEMENT#**
Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# |
|---|---|
| YIN | 9494614410 |

PO#                    BOL#

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY STORES INC. #75<br>1100 CIRCUIT CITY RD<br><br>MARION           IL 62959 | CIRC11629 |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490        EGL FAA-IAC#: SW9310028

| Contact/Broker | Phone# |
|---|---|
|  | 0000000000 |

PO#                    BOL#
2165861/6E

Acct.#
TOSH97926A

| | DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|---|
| | ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| | ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| | ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| | ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| | ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| | ☐ ECONOMY | | ☐ TWO PERSON |
| | ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | | ☐ PORT TO PORT | |
| | ☐ SATURDAY | ☐ PORT TO DOOR | |
| | ☐ SUNDAY | ☐ DOOR TO DOOR | |
| | ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| | ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

BILLING ADDRESS (if other than shipper or consignee)
TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE           CA 92618

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☐ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☐ C.O.D. | | |

Special Instructions:  SERVICE: 4TH   DUE DATE: 10/14/08
38 PCS ON 1 PLT
MUST BE DELV ON 10/14

COD Amount                    Amount of Insurance

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of<br>Pieces | Gross<br>Weight | Description of Goods | Schedule B#<br>(INT'L) | Dimensions |
|---|---|---|---|---|
| 36 | | COMPUTERS | | |
| 2 | 219 | DATA PROCESSING | | 70  58  8 |
| | | | | 22  22  22 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals** 38 | 219 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| | DOCK INSP | |
|---|---|---|
| | PU/BOL/PTP/QUOTE# | |
| | HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date | DRIVER AGENT/VEHICLE# | | C.O.D. | Check# |
|---|---|---|---|---|---|---|
| Print Name | | | | | | |

| ID Type | ID# | PHOTO ID<br>YES/NO | PU TIME/DATE | Total Collect Charges |
|---|---|---|---|---|
| ID Type | ID# | | | .00 |

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent | Received in good condition by:  Darrell Davis /recv 38 ctns | Date/Time  10-14-08 |
|---|---|---|---|---|

DR--O          NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
OR-0001 (Rev. 9/06)

EGL COPY

INVOICE

| | |
|---|---|
| INVOICE # | 21037437 |
| PAGE | 1 of 1 |
| DOCUMENT DATE | 10/08/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200567
CIRCUIT CITY STORES INC #567
1901 COOPER DRIVE
ARDMORE OK 73402

| PURCHASE ORDER NUMBER 2165860 | ORDER NUMBER 544396 | ORDER DATE 10/02/08 | SHIP DATE 10/08/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|

| FOB CIF - DESTINATION | FREIGHT TERMS FREIGHT PREPAID | SHIP VIA EAGLE 4-DAY GTE | BILL OF LADING 63258922 | SRCWHS CIA | SLSP DPDCC9 |
|---|---|---|---|---|---|

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR250E03X | TOSH EXT USB HDD 250GB | 192 | 192 | 0 | EA | 83.07 | .0 | 83.07 | 15,949.44 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 132 | 132 | 0 | EA | 109.56 | .0 | 109.56 | 14,461.92 |
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 72 | 72 | 0 | EA | 123.99 | .0 | 123.99 | 8,927.28 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 39,338.64 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 39,338.64 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| INVOICE 21037437 | BILL TO 35474200 |
|---|---|
| DOCUMENT DATE 10/08/08 | CIRCUIT CITY STORES INC |

| NET AMOUNT 39,338.64 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 39,338.64 |
|---|---|---|

AMOUNT ENCLOSED: _____

```
10/09/08                  T   E X H I B I T   A P P M   F O R   D E L I V E R Y .                   PAGE : 1
1:06:50                   O P T I C A L   P A C K I N G   L I S T
```

```
Customer : 35474200 567 CIRCUIT CITY STORES INC #    Order #     : 544396 00
           1901 COOPER DRIVE                         Order Date : 10/02/08
                                                     Ship Date  : 10/08/08
           ARDMORE           OK   73402              Terms       : PREPAID
Purchase Order # : 2165860                           Carrier     : CEVA 4-DAY GTE
Bill of Lading # : 63258922                          Total Wgt   : 00294.84
Qty of Cartons   :          1                        Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  :
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers -------------------------------------
63258922

| Whs Ord<br>Ln# Ln# | Ord<br>Qty | B/O<br>Qty | Shp<br>Qty | UOM | Item #        | Item Description           |
|---|---|---|---|---|---|---|
| 1   1 | 192 | 0 | 192 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB     |
| 2   2 | 132 | 0 | 132 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE  |
| 3   3 | 72  | 0 | 72  | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE  |

### Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| RI368622 | HDDR250E03X | TOSH EXT USB HDD 250GB | 192 |
| RI368622 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 132 |
| RI368622 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 72 |

```
        ///////  E N D   O F   P A C K I N G   L I S T  //////
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

```
                DAILY - 10/08/08 - DIV 040
```





P.O. Box 60467 AMF
Houston, Tx 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956    (D46)

Date: 10/08/08    Origin: LAX C    Dest. DFW E

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE    CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable



20715547

**Air Bill #:** 63258922

**MOVEMENT#** _____

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

| Contact/EIN # | Phone# 9461441O |
|---|---|
| PO# | BOL# 544396 |
| Consignee's Name and Address | Consignee's Account Number |
| CIRCUIT CITY INC 1901 COOPER DRIVE ARDMORE #567    ARDMORE    OK 73401 | CIRC19734A |

FMC NO. 4490    EGL FAA-IAC#: SW9310028

**DOMESTIC/TRANSBORDER**    **LOCAL**

☐ CHARTER    ☐ DIRECT
☐ NFO/SAME DAY    ☐ HOT SHOT
☐ PRIORITY (NDAY by noon)    ☐ PREMIUM    ☐ REGULAR
☐ REGULAR (NDAY by 5PM)    ☑ VALUE    ☐ NEXT DAY
☐ 2nd DAY    ☐ DIRECT IATA    ☐ LIFTGATE
☐ ECONOMY    ☐ TWO PERSON
☐ DATE SPEC    ☐ DOOR TO PORT    ☐ INSIDE
    ☐ PORT TO PORT
☐ SATURDAY    ☐ PORT TO DOOR
☐ SUNDAY    ☐ DOOR TO DOOR
☐ TRUCKLOAD    ☐ CUSTOMS CLEARANCE
☐ HOLD FOR PICKUP    ☐ FREE DOMICILE

| Contact/Broker | Phone# 58O2363280 |
|---|---|
| FR# 65860/6E | BOL# |
| BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE) | Acct.# TOSH97926A |
| TOSHIBA AMERICA INFORMATION 9740 IRVINE BLVD    ATTN TRANSPORTATION DEPT IRVINE    CA 92618 | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☐ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☐ C.O.D. | COD Amount | Amount of Insurance |

Special Instructions: SERVICE: 4TM DUE DATE: 10/14/08
22 PCS ON 1 PLT
MUST BE DELV 10/14

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 18 | | COMPUTERS | | 7 @ 9 @ 8 |
| 4 | 296 | DATA PROCESSING | | 22 @ 22 @ 22 |
| | | | | CIRCUIT CITY DC |
| | | | | ARDMORE, UK USA |
| | | | | '08 OCT 14 10:48 |
| Totals 22 | 296 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date | DRIVER/AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|---|---|---|
| Print Name | | | | | |

| ID Type | ID# | PHOTO ID YES/NO | PU TIME/DATE | Total Collect Charges .00 |
|---|---|---|---|---|
| ID Type | ID# | | | 1100-1110 |

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent | Received in good condition by: X Christi Jones    @Christi Jones | Date/Time 10-14-08 |
|---|---|---|---|---|

DR-0    NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE H    DR-0001 (Rev. 9/06)    EGL COPY

```
                                                              INVOICE
                                                    INVOICE #   21037438
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.               PAGE   1 of 1
DPD DIGITAL PRODUCTS DIVISION                    DOCUMENT DATE   10/08/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
        BILL TO  35474200                      SHIP TO  35474200775
        CIRCUIT CITY STORES INC               CIRCUIT CITY DIST. CTR. #775
        9954 MAYLAND DRIVE                    19925 INDEPENDENCE BLVD
        MERCH. PAYABLE/AMY SANDERSON          GROVELAND FL 34736
        RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER 2165862 | ORDER NUMBER 544400 | ORDER DATE 10/02/08 | SHIP DATE 10/08/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|
| FOB | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS SLSP |
| CIF - DESTINATION | FREIGHT PREPAID | | EAGLE 4-DAY GTE | 63258959 | CIA DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR250E03X | TOSH EXT USB HDD 250GB | 252 | 252 | 0 | EA | 83.07 | .0 | 83.07 | 20,933.64 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 80 | 80 | 0 | EA | 109.56 | .0 | 109.56 | 8,764.80 |
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 92 | 92 | 0 | EA | 123.99 | .0 | 123.99 | 11,407.08 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 41,105.52 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 41,105.52 |
|---|---|---|---|---|

```
PLEASE RETURN THIS PORTION WITH REMITTANCE:        PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
                                                                     P.O. Box 91865
        INVOICE  21037438    BILL TO  35474200                       CHICAGO IL 60693
   DOCUMENT DATE  10/08/08            CIRCUIT CITY STORES INC         (949) 583-3534
```

| | NET AMOUNT 41,105.52 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 41,105.52 |
|---|---|---|---|

AMOUNT ENCLOSED: _____

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #    Order #      : 544400 00
           19925 INDEPENDENCE BLVD                   Order Date : 10/02/08
                                                     Ship Date  : 10/08/08
           GROVELAND        FL   34736               Terms      : PREPAID
Purchase Order # : 2165862                           Carrier    : CEVA 4-DAY GTE
Bill of Lading # : 63258959                          Total Wgt  : 00315.24
Qty of Cartons   :        1                          Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  :
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS ----------
---------------------- Tracking Numbers ------------------------------------
63258959

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 252 | 0 | 252 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 2 | 2 | 80 | 0 | 80 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |
| 3 | 3 | 92 | 0 | 92 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI379012 | HDDR250E03X | TOSH EXT USB HDD 250GB | 252 |
| GI379012 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 80 |
| GI379012 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 92 |

///////  E N D   O F   P A C K I N G   L I S T  //////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/08/08 - DIV 040

# EGL

P.O. Box 60471-AMF
Houston, Tx 77205

Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE        Date: 10/09/08   Origin: LAX C   Dest: MCO D

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD BLDG 1 IRVINE        CA 92618 | TOSHY7926 |

**TRANSPORT DOCUMENT** Not Negotiable

20709272

**Air Bill #:**

**MOVEMENT#**        63208959

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

Contact/EIN #         Phone#

PO#        BOL# 7701 4410

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.        FMC NO. 4490        EGL FAA-IAC#: SW9310028

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY DIST CTR. #775 19925 INDEPENDENCE BLVD RECV HRS 0600-1500 GROVELAND        FL 34736 | CARCU7947 |

Contact/Broker         Phone#

PO#        BOL# 242276200

BILLING ADDRESS (if other than Shipper and Consignee)   Acct.#

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE        CA 92618

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

☐ Prepaid   ☐ Third Party
☐ Collect   ☒ C.O.D.

Customs Value         Declared Value

COD Amount         Amount of Insurance

Special Instructions:        SERVICE: 4TH   DUE DATE: 10/14/08
8 PCS ON 1 PLT
MUST BE DELV 10/14

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 2 | | COMPUTERS | "DROP TRAILER COUNT SUBJECT TO VERIFICATION UPON UNLOAD" | 29 @ 20 @ 16 |
| 6 | 315 | DATA PROCESSING | | 24 @ 22 @ 22 |

8 CTNS RECV

Meg William Bailey

COMS-10-14 158

'08 OCT 14 7:47
Orlando, FL USA
Circuit City DC

no seal

Totals

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.

UN# OR ID _____   24HR CONTACT NUMBER _____

DOCK INSP
PU/BOL/PTP/QUOTE#
HAWB REVIEW

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| Company Name | | | C.O.D. | Check# |
|---|---|---|---|---|
| | Signature of Shipper or its agent | Date | | |
| Print Name | | | | |
| ID Type | ID# | PHOTO ID | DRIVER AGENT/VEHICLE# MCO 213 | |
| ID Type | ID# | YES/NO | PU TIME/DATE 0715  10/14/08 | Total Collect Charges .00 |

Executed on (date) _____   at (place) _____   Signature of Issuing Carrier or its Agent

Received in good condition by: A. Merritt COMS 10-14-08        Date/Time

UK-0

NON-NEGOTIABLE AIRBILL, SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

EGL COPY

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE
INVOICE #    21037445
PAGE    1 of 1
DOCUMENT DATE    10/08/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER 2165861 | ORDER NUMBER 544397 | ORDER DATE 10/02/08 | SHIP DATE 10/08/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|
| FOB CIF ~ DESTINATION | FREIGHT TERMS FREIGHT PREPAID | | SHIP VIA UPS 3 DAY SELECT | BILL OF LADING 1Z9806011204659530 | SRCWHS SLSP |
| CUSTOMER MSGS: | | | | | CIA    DPDCC9 |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 116 | 116 | 0 EA | 123.99 | .0 | 123.99 | 14,382.84 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 14,382.84 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 14,382.84 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE    21037445
DOCUMENT DATE    10/08/08

BILL TO    35474200
CIRCUIT CITY STORES INC

PLEASE REMIT TO:    TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT 14,382.84 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 14,382.84 |
|---|---|---|

AMOUNT ENCLOSED: _____

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #    Order #    : 544397 01
           1100 CIRCUIT CITY ROAD                    Order Date : 10/02/08
                                                     Ship Date  : 10/08/08
           MARION          IL  62959                 Terms      : PREPAID
Purchase Order # : 2165861                           Carrier    : UPS 3 DAY SELEC
Bill of Lading # : 1Z9806011204659530                Total Wgt  : 00083.52
Qty of Cartons   :        2                          Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  :
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS ----------
--------------------- Tracking Numbers -------------------------------------
1Z9806011204659530  1Z9806011204659549

```
--------------------------------------------------------------------------
Whs Ord   Ord    B/O    Shp
Ln# Ln#   Qty    Qty    Qty    UOM  Item #           Item Description
=== ===   =====  =====  =====  ===  ===============  =========================
 1   3    116      0    116    EA   HDDR400E03X      TOSH EXT USB HDD 400GB RE
```

Unit Detail

```
Unit          Item#          Description                     Quantity

GI379166      HDDR400E03X    TOSH EXT USB HDD 400GB RE          116
```

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/08/08 - DIV 040



Home | About UPS | Contact UPS | Getting Started | Site Guide

**UPS Uni**

**Tracking**

Log-In   User ID: [taiscredit]   Password: [         ] [S] | Forgot Password

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

## Track Shipments

Track Packages & Freight     Quantum View     Flex Global View

**Tracking Summary**                                         Printer Friendl

**Search Support**

Enter a keyword:

[                    ]





**Looking
to switch?**

Open an account now

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 12 0465 953 0 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** [?] |
| Delivered On: | 10/13/2008 |
| | 10:07 A.M. |
| Delivered To: | MARION,  IL,  US |
| Signed By: | PECORD |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 2 [?] Show All |

Tracking results provided by UPS:  11/10/2008 6:17 P.M.  ET

Printer Friendly ⬜

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

UPS Tracking Information

Page 1 of 1

Case 08-35653-KRH    Doc 458-7    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 21 of 25

Home | About UPS | Contact UPS | Getting Started | Site Guide

UPS Uni

**Tracking**

Log-In   User ID: taiscredit    Password: [____] SI | Forgot Password

## Tracking

### Track Shipments
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers 🔒
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

## Search Support

**Enter a keyword:**





**Looking
to switch?**

Open an account now →

# Track Shipments

### Track Packages & Freight    Quantum View    Flex Global View

### Tracking Summary

Printer Friendl

**Tracking Number:**  1Z 980 601 12 0465 954 9
→ View package progress

Type:              Package
Status:            **Delivered** ⸘
Delivered On:      10/10/2008
                   9:54 A.M.
Delivered To:      MARION, IL, US
Signed By:         SCOTT
Service:           3 DAY SELECT
Multiple Packages: 2 📦 Show All

Tracking results provided by UPS:  11/10/2008 6:17 P.M.  ET

Printer Friendly 🖶

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE
INVOICE #   21037824
PAGE   1 of 1
DOCUMENT DATE   10/09/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200344
CIRCUIT CITY STORES INC #344
400 LONG FELLOW COURT
LIVERMORE CA 94550

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2165858 | 544395 | 10/02/08 | 10/09/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS 3 DAY SELECT | 1Z9806011204662704 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR250E03X | TOSH EXT USB HDD 250GB | 48 | 48 | 0 | EA | 83.07 | .0 | 83.07 | 3,987.36 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 72 | 72 | 0 | EA | 109.56 | .0 | 109.56 | 7,888.32 |
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 56 | 56 | 0 | EA | 123.99 | .0 | 123.99 | 6,943.44 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 18,819.12 | 0.00 | 0.00 | 0.00 | 18,819.12 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE  21037824      BILL TO  35474200
DOCUMENT DATE  10/09/08      CIRCUIT CITY STORES INC

PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 18,819.12 | 0.00 | 18,819.12 |

AMOUNT ENCLOSED: _____

Case 08-35653-KRH   Doc 458-7   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) Invoices and Proof of Delivery Cont.I   Page 23 of 25

Customer : 35474200 344 CIRCUIT CITY STORES INC #     Order #     : 544395 00
           400 LONG FELLOW COURT                      Order Date : 10/02/08
                                                      Ship Date  : 10/09/08
           LIVERMORE          CA  94550               Terms      : PREPAID
Purchase Order # : 2165858                            Carrier    : UPS 3 DAY SELEC
Bill of Lading # : 1Z9806011204662704                 Total Wgt  : 00130.32
Qty of Cartons   :        3                           Ctrl Order :
Sourcing Warehse : CIA                                Invoice #  :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers --------------------------------------
1Z9806011204662704  1Z9806011204662713  1Z9806011204662722

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 48 | 0 | 48 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 2 | 2 | 72 | 0 | 72 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |
| 3 | 3 | 56 | 0 | 56 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI379167 | HDDR250E03X | TOSH EXT USB HDD 250GB | 48 |
| GI379167 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 72 |
| GI379167 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 56 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/09/08 - DIV 040

UPS: Tracking Information   Case 06-35008-rtl Doc 458-7   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc Page 1 of 1

Exhibit(s) voices and Proof of Delivery Cont.   Page 24 of 25



Home | About UPS | Contact UPS | Getting Started | Site Guide

**UPS Uni**

**Tracking**

| Tracking |

Log-In   User ID: |talscredit|   Password: |        |  🔒  | Forgot Password

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

**Search Support**

**Enter a keyword:**
|                  |



**Looking to switch?**

Open an account now →

# Track Shipments

**Track Packages & Freight**   **Quantum View**   **Flex Global View**

**Tracking Summary**                                           Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 12 0466 270 4 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ⁇ |
| Delivered On: | 10/13/2008 |
| | 10:20 A.M. |
| Delivered To: | LIVERMORE, CA, US |
| Signed By: | TITO |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 3 📷 Show All |

Tracking results provided by UPS:  11/10/2008 6:18 P.M.  ET

Printer Friendly 🗋

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions



Home | About UPS | Contact UPS | Getting Started | Site Guide

**UPS Uni**

Shipping | **Tracking** | Shipping | Freight | Support | Business Solutions

## Tracking

Log-In    User ID: [taiscredit]    Password: [                ]  🔍 | Forgot Password

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers 🔒
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

**Search Support**

**Enter a keyword:**

[                    ] →



Get Exclusive Rates on Merchant Services

Learn more →

# Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**                                    Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 12 0466 271 3 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ❓ |
| Delivered On: | 10/13/2008 |
| | 10:20 A.M. |
| Delivered To: | LIVERMORE,  CA,  US |
| Signed By: | TITO |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 3 📦 Show All |

Tracking results provided by UPS:  11/10/2008 6:18 P.M.  ET

Printer Friendly 🔳

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions