

Home | About UPS | Contact UPS | Getting Started | Site Guide

**UPS Uni**



Shipping | **Tracking** | Freight | Locations | Support | Online Tools

## Tracking

Log-In   User ID: | taiscredit |   Password: |        |   [S]   | Forgot Password

### Track Shipments
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers 🔒
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

## Search Support

#### Enter a keyword:

|                    |

[SEARCH →]



**Looking to switch?**

[ Open an account now → ]

# Track Shipments

**Track Packages & Freight**   **Quantum View**   **Flex Global View**

### Tracking Summary                                      Printer Friendl

| **Tracking Number:** | 1Z 980 601 12 0466 272 2 |
| --- | --- |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🖭 |
| Delivered On: | 10/13/2008 |
| | 10:20 A.M. |
| Delivered To: | LIVERMORE,  CA,  US |
| Signed By: | TITO |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 3 [🔎] Show All |

Tracking results provided by UPS:  11/10/2008 6:19 P.M.  ET

Printer Friendly 🖨

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE
INVOICE #  21038634
PAGE   1 of 1
DOCUMENT DATE   10/10/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200353
CIRCUIT CITY STORES INC #353
680 S LEMON AVENUE
WALNUT CA 91789

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2165859 | 544401 | 10/02/08 | 10/10/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE O/N NON-GTE | 63258728 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR250E03X | TOSH EXT USB HDD 250GB | 276 | 276 | 0 | EA | 83.07 | .0 | 83.07 | 22,927.32 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 148 | 148 | 0 | EA | 109.56 | .0 | 109.56 | 16,214.88 |
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 72 | 72 | 0 | EA | 123.99 | .0 | 123.99 | 8,927.28 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 48,069.48 | 0.00 | 0.00 | 0.00 | 48,069.48 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21038634        BILL TO  35474200
DOCUMENT DATE  10/10/08        CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 48,069.48 | 0.00 | 48,069.48 |

AMOUNT ENCLOSED: _____

Case 08-35653-KRH   Doc 458-8   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) Voices and Proof of Delivery Cont   Page 3 of 22

Customer : 35474200 353 CIRCUIT CITY STORES INC #     Order #      : 544401 00
            680 S LEMON AVENUE                          Order Date  : 10/02/08
                                                        Ship Date   : 10/10/08
            WALNUT          CA  91789                   Terms       : PREPAID
Purchase Order # : 2165859                              Carrier     : CEVA NON-GTE-W.
Bill of Lading # : 63258728                             Total Wgt   : 00369.84
Qty of Cartons   :        1                             Ctrl Order  :
Sourcing Warehse : CIA                                  Invoice #   :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ----------------------------------------
63258728

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 276 | 0 | 276 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 2 | 2 | 148 | 0 | 148 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |
| 3 | 3 | 72 | 0 | 72 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |

                              Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI379131 | HDDR250E03X | TOSH EXT USB HDD 250GB | 276 |
| GI379131 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 148 |
| GI379131 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 72 |

        /////// E N D   O F   P A C K I N G   L I S T ///////

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                    DAILY - 10/14/08 - DIV 040

P. O. Box 80467 AMF
Houston, TX 77205
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

Date: 10/10/08   Origin: LAX  C   Dest: ONT  C

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE   CA 92618 | TOSH77728 |

**TRANSPORT DOCUMENT** Not Negotiable

LAX  1035
DOOR  28

Air Bill #:  63258728

MOVEMENT#

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# |
|---|---|
| YTN | 9494614410 |
| PO# | BOL# |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIERS LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY #0353 680 S LEMON AVE WALNUT   CA 91789 | CIRC68917F |

FMC NO. 4490   EGL FAA-IAC#: SW9310028

| | DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|---|
| | ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| | ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| | ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| | ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| | ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| | ☐ ECONOMY | | ☐ TWO PERSON |
| | ☐ DATE SPECIFIC | | ☐ INSIDE |

| Contact/Broker | Phone# |
|---|---|
| PO# 2145859/7F | BOL# 700000000 |
| BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE) | Acct.# TOSH77728 |

| | | |
|---|---|---|
| | ☐ DOOR TO PORT | |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE   CA 92618

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☐ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☐ C.O.D. | | |

Special Instructions: SERVICE: 2ND  DUE DATE: 10/14/08
57 PCS ON 1 PLT
MUST DELV 10/14        20712780

| COD Amount | Amount of Insurance |
|---|---|

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and its conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 57 | 871 | DATA PROCESSING | | 48 48 43 100 |
| | | Door#: 215 | | |
| | | Trailer#: 1075 | | |
| | | Seal#: Nb | | |

Totals

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# or ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| | |
|---|---|
| DOCK INSP | |
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |

DRIVER AGENT/VEHICLE#
LAX 1035

| | |
|---|---|
| C.O.D. | Check# |

| ID Type | ID# | PHOTO ID YES/NO |
|---|---|---|
| ID Type | ID# | |

PU TIME/DATE  800-1100  10-14-08
(310) 1320

Total Collect Charges  57  crms

Received in good condition by: D. Engeron  Date/Time  10/14/08

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

David Engeron

OR-1

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
OR-0001 (Rev. 8/08)

EGL COPY

INVOICE
INVOICE #  21041413
PAGE  1 of 1
DOCUMENT DATE  10/15/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER<br>2169270 | ORDER NUMBER<br>550048 | ORDER DATE<br>10/09/08 | SHIP DATE<br>10/15/08 | PAYMENT TERMS<br>NET 30 | | OC  /AC<br>ORD /25 |
|---|---|---|---|---|---|---|
| FOB<br>CIF - DESTINATION<br>CUSTOMER MSGS: | FREIGHT TERMS<br>FREIGHT PREPAID | | SHIP VIA<br>EAGLE 4-DAY GTE | BILL OF LADING<br>63258964 | SRCWHS<br>CIA | SLSP<br>DPDCC9 |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HDDR320E03X | TOSH EXT USB HDD 320GB<br>RETAIL KIT | 200 | 200 | 0 EA | 109.56 | .0 | 109.56 | 21,912.00 |
| HDDR400E03X | TOSH EXT USB HDD 400GB<br>RETAIL KIT | 168 | 168 | 0 EA | 123.99 | .0 | 123.99 | 20,830.32 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES<br>42,742.32 | DISCOUNT APPLIED<br>0.00 | TAX AMOUNT<br>0.00 | FREIGHT<br>0.00 | TOTAL DUE<br>42,742.32 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE  21041413        BILL TO  35474200
DOCUMENT DATE  10/15/08          CIRCUIT CITY STORES INC

PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT<br>42,742.32 | PAY TERM DISCOUNT<br>0.00 | TOTAL DUE<br>42,742.32 |
|---|---|---|

AMOUNT ENCLOSED: _____

10/16/08
1:10:52

Case 08-35653-KRH   Doc 458-8   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc   PAGE :   1
TOSHIBA AMERICA INC
Exhibit(s) Invoices and Proof of Delivery Cont.   Page 6 of 22
OPTICAL PACKING LIST

Customer : 35474200 255 CIRCUIT CITY STORES INC #
          BETHLEHEM DISTRIBUTION CTR#255
          4000 TOWNSHIP LINE ROAD
          BETHLEHEM        PA   18015
Purchase Order # : 2169270
Bill of Lading # : 63258964
Qty of Cartons   :        1
Sourcing Warehse : CIA

Order #      : 550048 00
Order Date : 10/09/08
Ship Date  : 10/15/08
Terms      : PREPAID
Carrier    : CEVA 4-DAY GTE
Total Wgt  : 00270.96
Ctrl Order :
Invoice #  :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -----------------------------------------
63258964

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 200 | 0 | 200 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |
| 2 | 2 | 168 | 0 | 168 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI379134 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 200 |
| GI379134 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 168 |

/////// END OF PACKING LIST //////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/15/08 - DIV 040

**EGL**

P.O. Box 60467 AMF
Houston, Tx 77205

Customer Service: (800) 888-4949
Corporate Office: (800) 821-9958

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

Date: 10/15/08    Origin: LAX C    Dest. PHL F

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE        CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

*Deliv* 10-21-08

Air Bill #:    63258964    20759082

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# |
|---|---|
| YIN | 9494614410 |
| PO# | BOL# |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY DC #255<br>4000 TOWNSHIP LINE RD<br>BETHLEHEM BROWN GOODS<br>BETHLEHEM      PA 18017 | CIRC40180C |
| Contact/Broker | Phone# |
| PO#<br>2169270/6E | BOL#<br>108622570 |

FMC NO. 4490         EGL FAA-IAC#: SW9310028

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ❑ CHARTER | ❑ CHARTER | ❑ DIRECT |
| ❑ NFO/SAME DAY | ❑ NOW | ❑ HOT SHOT |
| ❑ PRIORITY (NDAY by noon) | ❑ PREMIUM | ❑ REGULAR |
| ❑ REGULAR (NDAY by 5PM) | ❑ VALUE | ❑ NEXT DAY |
| ❑ 2nd DAY | ❑ DIRECT IATA | ❑ LIFTGATE |
| ❑ ECONOMY | | ❑ TWO PERSON |
| ❑ DATE SPECIFIC | ❑ DOOR TO PORT | ❑ INSIDE |
| | ❑ PORT TO PORT | |
| ❑ SATURDAY | ❑ PORT TO DOOR | |
| ❑ SUNDAY | ❑ DOOR TO DOOR | |
| ❑ TRUCKLOAD | ❑ CUSTOMS CLEARANCE | |
| ❑ HOLD FOR PICKUP | ❑ FREE DOMICILE | |

| BILLING ADDRESS IF OTHER THAN SHIPPER OR CONSIGNEE | Acct.# |
|---|---|
| TOSHIBA AMERICA INFORMATION<br>9740 IRVINE BLVD<br>ATTN TRANSPORTATION DEPT<br>IRVINE        CA 92618 | TOSH97926A |

\* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| | | Customs Value | Declared Value |
|---|---|---|---|
| ❑ Prepaid | ❑ Third Party | | |
| ❑ Collect | ❑ C.O.D. | | |
| | | COD Amount | Amount of Insurance |

Special Instructions: SERVICE: 4TH   DUE DATE: 10/21/08
92 PCS ON 1 PLT
MUST DELV ON 10/21

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 92 | 273 | DATA PROCESSING | | 7 0 9 0 9 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals** 92 | 273 | | | |

❑ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____   24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date | DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|---|---|---|
| Print Name | | | 167 | | |
| ID Type | ID# | PHOTO ID<br>YES/NO | PU TIME/DATE | | Total Collect Charges 300 |
| ID Type | ID# | | Received in good condition by: | | Date/Time 10-21-08 |
| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent | Kathy McCarty    rcvd 92 ctn | | |

EGL COPY

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/08)

DR-0

INVOICE

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

| | |
|---|---|
| INVOICE # | 21041414 |
| PAGE | 1 of 1 |
| DOCUMENT DATE | 10/15/08 |

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER 2169274 | ORDER NUMBER 550051 | ORDER DATE 10/09/08 | SHIP DATE 10/15/08 | PAYMENT TERMS NET 30 | OC  /AC ORD /25 |
|---|---|---|---|---|---|

| FOB CIF - DESTINATION | FREIGHT TERMS FREIGHT PREPAID | | SHIP VIA EAGLE 4-DAY GTE | BILL OF LADING 63258920 | SRCWHS CIA | SLSP DPDCC9 |
|---|---|---|---|---|---|---|

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 252 | 252 | 0 EA | 109.56 | .0 | 109.56 | 27,609.12 |
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 196 | 196 | 0 EA | 123.99 | .0 | 123.99 | 24,302.04 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 51,911.16 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 51,911.16 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

INVOICE  21041414    BILL TO  35474200
DOCUMENT DATE  10/15/08          CIRCUIT CITY STORES INC

| NET AMOUNT 51,911.16 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 51,911.16 |
|---|---|---|

AMOUNT ENCLOSED: _____

```
10/16/08                    O P T I C A L   P A C K I N G   L I S T           PAGE  :   1
1:10:52
```

Customer : 35474200 755 CIRCUIT CITY STORES INC #     Order #      : 550051 00
           1100 CIRCUIT CITY ROAD                     Order Date : 10/09/08
                                                      Ship Date  : 10/15/08
           MARION              IL  62959              Terms       : PREPAID
Purchase Order # : 2169274                            Carrier     : CEVA 4-DAY GTE
Bill of Lading # : 63258920                           Total Wgt   : 00330.12
Qty of Cartons   :          1                         Ctrl Order :
Sourcing Warehse : CIA                                Invoice #  :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ----------------------------------------
63258920

| Whs Ord | Ord | B/O | Shp | | | |
| Ln# Ln# | Qty | Qty | Qty | UOM | Item # | Item Description |
| === === | ===== | ===== | ===== | === | =============== | ========================= |
| 1  1 | 252 | 0 | 252 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |
| 2  2 | 196 | 0 | 196 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |

                              Unit Detail

| Unit | Item# | Description | Quantity |
| --- | --- | --- | --- |
| GI379135 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 252 |
| GI379135 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 196 |


            ///////  E N D   O F   P A C K I N G   L I S T  ///////

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                    DAILY - 10/15/08 - DIV 040



Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 10/15/08   Origin: LAX C   Dest. STL G

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

no 20750701

Air Bill #: 63258920

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # YIN | Phone# 949 461 4410 |
|---|---|
| PO# | BOL# 550051 |
| Consignee's Name and Address | Consignee's Account Number CIRC11629 |

CIRCUIT CITY STORES INC. #75
1100 CIRCUIT CITY RD

MARION        IL 62959

| Contact/Broker | Phone# 0000000000 |
|---|---|
| PRO# 69274/6E | BOL# |
| BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE) | Acct.# TOSH97926A |

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE        CA 92618

Special Instructions: SERVICE: 4TH  DUE DATE: 10/21/08
112 PCS ON 1 PLT
MUST DELV ON 10/21

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490      EGL FAA-IAC#: SW9310028

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid ☒ Third Party | Customs Value | Declared Value |
|---|---|---|
| ☐ Collect ☐ C.O.D. | | |

| COD Amount | Amount of Insurance |
|---|---|

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 112 | 332 | DATA PROCESSING | | 7 @ 9 @ 9 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Totals** 112 | 332 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/QUOTE/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|

Print Name _____

DRIVER AGENT/VEHICLE#   STC7M   C.O.D.   Check#

| ID Type | ID# | PHOTO ID YES/NO | PU TIME/DATE 10-21-08  945 | Total Collect Charges .00 |
|---|---|---|---|---|
| ID Type | ID# | | Rec'd in good condition by: | |

Executed on (date)   at (place)   Signature of Issuing Carrier or its Agent   10-21-08

10-21-08

EGL COPY

DR—0

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

INVOICE

| | |
|---|---|
| INVOICE # | 21041415 |
| PAGE | 1 of 1 |
| DOCUMENT DATE | 10/15/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| PURCHASE ORDER NUMBER 2169275 | ORDER NUMBER 550053 | ORDER DATE 10/09/08 | SHIP DATE 10/15/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|

| FOB CIF - DESTINATION | FREIGHT TERMS FREIGHT PREPAID | SHIP VIA EAGLE 4-DAY GTE | BILL OF LADING 63258919 | SRCWHS CIA | SLSP DPDCC9 |
|---|---|---|---|---|---|

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 216 | 216 | 0 | EA | 109.56 | .0 | 109.56 | 23,664.96 |
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 164 | 164 | 0 | EA | 123.99 | .0 | 123.99 | 20,334.36 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 43,999.32 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 43,999.32 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

INVOICE  21041415    BILL TO  35474200
DOCUMENT DATE  10/15/08    CIRCUIT CITY STORES INC

| NET AMOUNT 43,999.32 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 43,999.32 |
|---|---|---|

AMOUNT ENCLOSED: _____

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #        Order #      : 550053 00
           19925 INDEPENDENCE BLVD                       Order Date : 10/09/08
                                                         Ship Date  : 10/15/08
           GROVELAND          FL   34736                 Terms        : PREPAID
Purchase Order # : 2169275                              Carrier      : CEVA 4-DAY GTE
Bill of Lading # : 63258919                            Total Wgt    : 00280.08
Qty of Cartons   :        1                             Ctrl Order :
Sourcing Warehse : CIA                                  Invoice #  :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
63258919

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---------|---------|---------|---------|---------|-----|--------|------------------|
| 1 | 1 | 216 | 0 | 216 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |
| 2 | 2 | 164 | 0 | 164 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |

### Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI379136 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 216 |
| GI379136 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 164 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/15/08 - DIV 040

**EGL**

P.O. Box 60467 AMF
Houston, Tx 77205

Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 10/15/08    Origin: LAX C    Dest.

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

**TRANSPORT DOCUMENT** Not Negotiable

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE    CA 92618 | TOSHY7Y26 |

**20155275**

Air Bill #: 69268717

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490    EGL FAA-IAC#: SW9310028

| Ool/tax/EIN # | Phone# 9461341 0 |
|---|---|
| PO# | BOL# 550053 1 |

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY STORES #775 19995 INDEPENDENCE BLVD ORLANDO BROWN GOODS GROVELAND    FL 34736 | CIRCLY3470 |

| Contact/Broker | Phone# 3524296200 |
|---|---|
| BOL#69275/6E | BOL# |

| BILLING ADDRESS IF OTHER THAN SHIPPER OR CONSIGNEE | Acct.# TOSHY7Y260 |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD ATTN TRANSPORTATION DEPT IRVINE    CA 92618 | |

**DOMESTIC/TRANSBORDER**
- ☐ CHARTER
- ☐ NFO/SAME DAY
- ☐ PRIORITY (NDAY by noon)
- ☐ REGULAR (NDAY by 5PM)
- ☐ 2nd DAY
- ☐ ECONOMY
- ☐ DATE SPECIFIC

- ☐ SATURDAY
- ☐ SUNDAY
- ☐ TRUCKLOAD
- ☐ HOLD FOR PICKUP

**INT'L/AIR**
- ☐ CHARTER
- ☐ NOW
- ☐ PREMIUM
- ☐ VALUE
- ☐ DIRECT IATA

- ☐ DOOR TO PORT
- ☐ PORT TO PORT
- ☐ PORT TO DOOR
- ☐ DOOR TO DOOR
- ☐ CUSTOMS CLEARANCE
- ☐ FREE DOMICILE

**LOCAL**
- ☐ DIRECT
- ☐ HOT SHOT
- ☐ REGULAR
- ☐ NEXT DAY
- ☐ LIFTGATE
- ☐ TWO PERSON
- ☐ INSIDE

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| | Customs Value | Declared Value |
|---|---|---|
| ☐ Prepaid    ☑ Third Party ☐ Collect    ☐ C.O.D. | | |
| COD Amount | Amount of Insurance |

Special Instructions:
SERVICE: AM GUARANTEE
95 PCS ON 1 PLT
MUST DELV ON 10/21

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

These commodities, technology or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent in export control and customs purposes.

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 95 | 202 | HATO PROCESSORS | | |
| | | 95 ctns rec'd | | |
| Totals 95 | 202 | | | |

*(handwritten: Del sched avail 10/20, No deal, 95pp/30pm, CLOSES ASHLEY, William Dubry III 10-21-08 13:31, No deal)*

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| | | DOCK INSP | |
|---|---|---|---|
| | | PU/BOL/PTP/QUOTE# | |
| | | HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |

| | | DRIVER AGENT/VEHICLE/ | C.O.D. | Check# |
|---|---|---|---|---|

| ID Type | ID# | PHOTO ID YES/NO | PU TIME/DATE | Total Collect Charges .00 |
| ID Type | ID# | | | |

| | | Received in good condition by: Ciulloa. CC775 | Date/Time 10/21/08 |
|---|---|---|---|
| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent | |

UR-0

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE HEREOF
DR-0001 (Rev. 9/08)

**EGL COPY**

INVOICE

| | |
|---|---|
| INVOICE # | 21041897 |
| PAGE | 1 of 1 |
| DOCUMENT DATE | 10/16/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200567
CIRCUIT CITY STORES INC #567
1901 COOPER DRIVE
ARDMORE OK 73402

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2169273 | 550052 | 10/09/08 | 10/16/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS 3 DAY SELECT | 1Z9806011204692315 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 140 | 140 | 0 | EA | 123.99 | .0 | 123.99 | 17,358.60 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 17,358.60 | 0.00 | 0.00 | 0.00 | 17,358.60 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| INVOICE | 21041897 | BILL TO | 35474200 |
|---|---|---|---|
| DOCUMENT DATE | 10/16/08 | | CIRCUIT CITY STORES INC |

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 17,358.60 | 0.00 | 17,358.60 |

AMOUNT ENCLOSED: _____

```
10/17/08                          T  OF  E  X  H  I  B  I  T  A                          PAGE  :   1
 1:08:33          O P T I C A L     P A C K I N G     L I S T
```

```
Customer : 35474200 567 CIRCUIT CITY STORES INC #   Order #    : 550052 00
           1901 COOPER DRIVE                        Order Date : 10/09/08
                                                   Ship Date  : 10/16/08
           ARDMORE          OK  73402              Terms      : PREPAID
Purchase Order # : 2169273                         Carrier    : UPS 3 DAY SELEC
Bill of Lading # : 1Z9806011204692315              Total Wgt  : 0Q100.80
Qty of Cartons   :       3                         Ctrl Order :
Sourcing Warehse : CIA                             Invoice #  :  21041897
```

```
--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers --------------------------------------
1Z9806011204692315  1Z9806011204692324  1Z9806011204692333
```

```
--------------------------------------------------------------------------------
Whs Ord   Ord    B/O    Shp
Ln# Ln#   Qty    Qty    Qty    UOM   Item #            Item Description
=== ===   =====  =====  =====  ===   ==============    =========================

 1   1    140       0    140    EA   HDDR400E03X       TOSH EXT USB HDD 400GB RE
```

```
                             Unit Detail

Unit          Item#           Description                   Quantity

GI379141      HDDR400E03X     TOSH EXT USB HDD 400GB RE          140
```

```
        ///////  E N D   O F   P A C K I N G   L I S T  //////
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/16/08 - DIV 040





**UPS Uni**

 **Tracking** 

🔒 Welcome, VERONICA CHESTNUT | Logout

My UPS | A

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
 🔒
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

## Search Support

**Enter a keyword:**

[ Search ]

**Get Exclusive Rates
on Merchant
Services**

Learn more ➡

# Track Shipments

**Track Packages & Freight**    **Quantum View**    **Flex Global View**

**Tracking Summary**                                   Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 12 0469 231 5 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ☑ |
| Delivered On: | 10/21/2008 |
| | 10:09 A.M. |
| Delivered To: | ARDMORE,  OK,  US |
| Signed By: | BECK |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 3 [≡] Show All |
| | |
| **Tracking Number:** | 1Z 980 601 12 0469 232 4 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ☑ |
| Delivered On: | 10/21/2008 |
| | 10:09 A.M. |
| Delivered To: | ARDMORE,  OK,  US |
| Signed By: | BECK |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 3 [≡] Show All |
| | |
| **Tracking Number:** | 1Z 980 601 12 0469 233 3 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ☑ |
| Delivered On: | 10/21/2008 |
| | 10:09 A.M. |
| Delivered To: | ARDMORE,  OK,  US |
| Signed By: | BECK |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 3 [≡] Show All |

Tracking results provided by UPS:  11/10/2008 5:58 P.M.  ET

Printer Friendly 🗎

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

```
                                              INVOICE
                                 INVOICE #   21042750
                                 PAGE   1 of 1
                                 DOCUMENT DATE   10/17/08
```

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200353
CIRCUIT CITY STORES INC #353
680 S LEMON AVENUE
WALNUT CA 91789

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2169272 | 550050 | 10/09/08 | 10/17/08 | NET 30 | ORD /25 |

| FOB | | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|---|
| CIF - DESTINATION | | FREIGHT PREPAID | | EAGLE O/N NON-GTE | 63258902 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 132 | 132 | 0 | EA | 109.56 | .0 | 109.56 | 14,461.92 |
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 100 | 100 | 0 | EA | 123.99 | .0 | 123.99 | 12,399.00 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 26,860.92 | 0.00 | 0.00 | 0.00 | 26,860.92 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

```
        INVOICE   21042750      BILL TO   35474200
DOCUMENT DATE   10/17/08                 CIRCUIT CITY STORES INC
```

PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION)
                   P.O. Box 91865
                   CHICAGO IL 60693
                   (949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 26,860.92 | 0.00 | 26,860.92 |

AMOUNT ENCLOSED: _____

```
10/18/08                    T O            E X H I B I T  A                       PAGE :   1
 2:50:12             O P T I C A L   P A C K I N G   L I S T
```

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #    Order #    : 550050 00
              680 S LEMON AVENUE                      Order Date : 10/09/08
                                                     Ship Date  : 10/17/08
              WALNUT           CA  91789             Terms      : PREPAID
Purchase Order # : 2169272                           Carrier    : CEVA NON-GTE-W.
Bill of Lading # : 63258902                          Total Wgt  : 00171.00
Qty of Cartons   :        1                          Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  : 21042750
```

```
--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ----------------------------------------
63258902
```

```
------------------------------------------------------------------------------
Whs Ord    Ord    B/O    Shp
Ln# Ln#    Qty    Qty    Qty   UOM   Item #          Item Description
=== ===    =====  =====  ===== ===   ==============  =========================

 1   1     132      0     132   EA   HDDR320E03X     TOSH EXT USB HDD 320GB RE

 2   2     100      0     100   EA   HDDR400E03X     TOSH EXT USB HDD 400GB RE
```

                              Unit Detail

```
Unit           Item#           Description                      Quantity

GI377050       HDDR320E03X     TOSH EXT USB HDD 320GB RE             132

GI377050       HDDR400E03X     TOSH EXT USB HDD 400GB RE             100
```

         /////// E N D   O F   P A C K I N G   L I S T ///////

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                    DAILY - 10/17/08 - DIV 040



P.O. Box 60467 AMF
Houston, TX 77205

Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE       Date: 10/17/08 Origin: LAX C   Dest. ONT C

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE      CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

70767454

Air Bill #:   63258902

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN #<br>YIN | Phone#<br>9494614410 |
|---|---|
| PO# | BOL# |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW9310028

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY #353<br>680 S LEMON AVE<br>APPT# -804.527.4000 EXT 4291<br>MUST HAVE APPTMENT<br>WALNUT      CA 91789 | CIRC68917 |
| Contact/Broker | Phone# |
| 0500 1400 MON | 9095952494 |
| PO#<br>2169272/7E | BOL# | Acct.#<br>TOSH97926A |
| BILLING ADDRESS (If other than Shipper or Consignee) |

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE           CA 92618

**DOMESTIC/TRANSBORDER**
- ☐ CHARTER
- ☐ NFO/SAME DAY
- ☐ PRIORITY (NDAY by noon)
- ☐ REGULAR (NDAY by 5PM)
- ☐ 2nd DAY
- ☐ ECONOMY
- ☐ DATE SPECIFIC

**INT'L AIR**
- ☐ CHARTER
- ☐ NOW
- ☐ PREMIUM
- ☐ VALUE
- ☐ DIRECT IATA

**LOCAL**
- ☐ DIRECT
- ☐ HOT SHOT
- ☐ REGULAR
- ☐ NEXT DAY
- ☐ LIFTGATE
- ☐ TWO PERSON
- ☐ INSIDE

- ☐ SATURDAY
- ☐ SUNDAY
- ☐ TRUCKLOAD
- ☐ HOLD FOR PICKUP

- ☐ DOOR TO PORT
- ☐ PORT TO PORT
- ☐ PORT TO DOOR
- ☐ DOOR TO DOOR
- ☐ CUSTOMS CLEARANCE
- ☐ FREE DOMICILE

\* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☑ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☐ C.O.D. | | |

| Special Instructions: | SERVICE: 2ND   DUE DATE: 10/21/08 | COD Amount | Amount of Insurance |
|---|---|---|---|

58 PCS ON 1 PLT
MUST DELV ON 10/21

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 58 | 172 | DATA PROCESSING | | 58  60  6 |
| | | | | 06 01 71 130 |
| | | Door#:  DTS | | |
| | | Trailer#: ONT 601 | | |
| | | Seal#:   MS | | |

Totals  58   172

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____   24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|

Print Name

| DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|
| DENNIS #601 | | |

| ID Type | ID# | PHOTO ID<br>YES/NO | PU TIME/DATE | Total Collect Charges<br>.00 |
|---|---|---|---|---|
| ID Type | ID# | | | |

| Received in good condition by: | Date/Time |
|---|---|
| | 10/21/08  10:50 |

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE DUE HEREOF
DR-0001 (Rev. 9/06)

DR—0

David Engeson          EGL COPY

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE # 21042751
PAGE 1 of 1
DOCUMENT DATE 10/17/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200344
CIRCUIT CITY STORES INC #344
400 LONG FELLOW COURT
LIVERMORE CA 94550

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2169271 | 550054 | 10/09/08 | 10/17/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | | EAGLE O/N NON-GTE | 63258300 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 240 | 240 | 0 EA | 109.56 | .0 | 109.56 | 26,294.40 |
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 68 | 68 | 0 EA | 123.99 | .0 | 123.99 | 8,431.32 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 34,725.72 | 0.00 | 0.00 | 0.00 | 34,725.72 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE  21042751
DOCUMENT DATE  10/17/08

BILL TO  35474200
CIRCUIT CITY STORES INC

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 34,725.72 | 0.00 | 34,725.72 |

AMOUNT ENCLOSED: _____

10/18/08
2:50:12

Case 08-35653-KRH   Doc 458-8   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc   PAGE :   1
T O S H I B A   A M E R I C A   I N
Exhibit(s) Invoices and Proof of Delivery Cont.   Page 21 of 22
O P T I C A L   P A C K I N G   L I S T

```
Customer : 35474200 344 CIRCUIT CITY STORES INC #    Order #     : 550054 00
             400 LONG FELLOW COURT                   Order Date : 10/09/08
                                                     Ship Date  : 10/17/08
             LIVERMORE          CA  94550            Terms       : PREPAID
Purchase Order # : 2169271                           Carrier     : CEVA NON-GTE-W.
Bill of Lading # : 63258300                          Total Wgt   : 00228.96
Qty of Cartons   :        1                          Ctrl Order :
Sourcing Warehse : CIA                               Invoice #   :  2104275l
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ------------------------------------------
63258300

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|===|===|=====|=====|=====|===|================|==========================|
| 1 | 1 | 240 | 0 | 240 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |
| 2 | 2 | 68 | 0 | 68 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |

### Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI377051 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 240 |
| GI377051 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 68 |

####### E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/17/08 - DIV 040

# EGL

Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 10/17/08    Origin: LAX C    Dest. SFO D

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE    CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

20752982

Air Bill #: 65258500

MOVEMENT#

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

EGL FAA-IAC#: SW9310028

IAC #4490

| Contact/EIN # | Phone # 9494614410 |
|---|---|
| PO# | BOL# 550054 |

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY—LIVERMORE<br>400 LONGFELLOW CT. STE A<br>LOCATION 344<br><br>LIVERMORE    CA 94550 | CIRC40945 |

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (1 DAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (1 DAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

| Contact/Broker | Phone# 8045274000 |
|---|---|
| 2PO69271/7E | BOL# |

| BILLING ADDRESS (If OTHER THAN SHIPPER OR CONSIGNEE) | Acct.# TOSH97926A |
|---|---|
| TOSHIBA AMERICA INFORMATION<br>9740 IRVINE BLVD<br><br>ATTN TRANSPORTATION DEPT<br>IRVINE    CA 92618 | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| | | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Prepaid  ☑ Third Party | | | |
| ☐ Collect  ☐ C.O.D. | | | |

| Special Instructions: | COD Amount | Amount of Insurance |
|---|---|---|

SERVICE AND DUE DATE: 10/20/08

1 PCS ON 1 PLT

MUST BE DELV ON 10/21

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to US law is prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 77 | 230 | DATA PROCESSING | | 9 @  7 @  10 |
| | | | | Circuit City JC |
| | | | | Livermore, CA USA |
| Totals 77 | 230 | | | CBDCT21AM8:50 |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____  24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PUBOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |

| DRIVER AGENT/VEHICLE# SFO-976 | C.O.D. | Check# |
|---|---|---|

| ID Type | ID# | PHOTO ID | PU TIME/DATE 10-21-08 | Total Collect Charges .00 |
|---|---|---|---|---|
| ID Type | ID# | YES/NO | | 8.50 |

Received in good condition by: _____    Date/Time 10-21-08

DR-O

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

EGL COPY