TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

```
                                                    INVOICE
                                        INVOICE #   21046138
                                              PAGE  1 of 1
                                     DOCUMENT DATE   10/23/08
```

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER 2172876 | ORDER NUMBER 554851 | ORDER DATE 10/16/08 | SHIP DATE 10/23/08 | PAYMENT TERMS NET 30 | OC  /AC ORD /25 |
|---|---|---|---|---|---|
| FOB CIF - DESTINATION CUSTOMER MSGS: | FREIGHT TERMS FREIGHT PREPAID | | SHIP VIA EAGLE 3-DAY GTE | BILL OF LADING 63258208 | SRCWHS CIA  SLSP DPDCC9 |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 356 | 356 | 0 | EA | 123.99 | .0 | 123.99 | 44,140.44 |
| HDDR250E03X | TOSH EXT USB HDD 250GB | 228 | 228 | 0 | EA | 83.07 | .0 | 83.07 | 18,939.96 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 324 | 324 | 0 | EA | 109.56 | .0 | 109.56 | 35,497.44 |
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 188 | 188 | 0 | EA | 67.27 | .0 | 67.27 | 12,646.76 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 111,224.60 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 111,224.60 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

```
      INVOICE  21046138     BILL TO  35474200
DOCUMENT DATE  10/23/08              CIRCUIT CITY STORES INC
```

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

| | NET AMOUNT 111,224.60 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 111,224.60 |
|---|---|---|---|

AMOUNT ENCLOSED: _____

O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 755 CIRCUIT CITY STORES INC #        Order #      : 554851 00
                  1100 CIRCUIT CITY ROAD                 Order Date   : 10/16/08
                                                         Ship Date    : 10/23/08
             MARION            IL   62959                Terms        : PREPAID
Purchase Order # : 2172876                               Carrier      : CEVA 3-DAY GTE
Bill of Lading # : 63258208                              Total Wgt    : 00811.32
Qty of Cartons   :        2                              Ctrl Order   :
Sourcing Warehse : CIA                                   Invoice #    : 21046138

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers --------------------------------------
63258208

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|===|===|=====|=====|=====|===|==============|==========================|
| 1 | 1 | 356 | 0 | 356 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |
| 2 | 2 | 228 | 0 | 228 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 3 | 3 | 324 | 0 | 324 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |
| 4 | 4 | 188 | 0 | 188 | EA | HDDR160E03X | TOSH EXT USB HDD 160GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI382243 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 188 |
| GI382243 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 324 |
| GI382246 | HDDR250E03X | TOSH EXT USB HDD 250GB | 228 |
| GI382246 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 356 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/23/08 - DIV 040

**EGL**

P.O. Box 60467 AMF
Houston, Tx 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE   Date: 10/23/08   Origin: LAX C   Dest: STL, G

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| | TOSH97926 |

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE      CA 92618

**TRANSPORT DOCUMENT** Not Negotiable

Air Bill #:   63258208
MOVEMENT#

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # YIN | Phone# 9494614410 |
|---|---|
| PO# | BOL# 554051 |
| Consignee's Name and Address | Consignee's Account Number CIRC11629 |

CIRCUIT CITY STORES INC. #75
1100 CIRCUIT CITY RD

MARION      IL 62959

| Contact/Broker | Phone# 0000000000 |
|---|---|
| PO# 2172876/3E | BOL# |
| BILLING ADDRESS (if other than shipper or consignee) | Acct.# TOSH97926A |

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE          CA 92618

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW8310028

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ❑ CHARTER | ❑ CHARTER | ❑ DIRECT |
| ❑ NFO/SAME DAY | ❑ NOW | ❑ HOT SHOT |
| ❑ PRIORITY (NDAY by noon) | ❑ PREMIUM | ❑ REGULAR |
| ❑ REGULAR (NDAY by 5PM) | ❑ VALUE | ❑ NEXT DAY |
| ❑ 2nd DAY | ❑ DIRECT IATA | ❑ LIFTGATE |
| ❑ ECONOMY | | ❑ TWO PERSON |
| ❑ DATE SPECIFIC | ❑ DOOR TO PORT | ❑ INSIDE |
| | ❑ PORT TO PORT | |
| ❑ SATURDAY | ❑ PORT TO DOOR | |
| ❑ SUNDAY | ❑ DOOR TO DOOR | |
| ❑ TRUCKLOAD | ❑ CUSTOMS CLEARANCE | |
| ❑ HOLD FOR PICKUP | ❑ FREE DOMICILE | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ❑ Prepaid | ☒ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ❑ Collect | ❑ C.O.D. | | |

| Special Instructions: SERVICE: 3RD   DUE DATE: 10/28/08 | COD Amount | Amount of Insurance |
|---|---|---|
| 274 CTNS ON 2 PLTS | | |

MUST DEL 10/28 804-418-8244

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 274 | 815 | DATA PROCESSING | | 8 @ 8 @ 7 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total 274 | 815 | | | |

❑ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____   24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |

| DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|

| ID Type | ID# | PHOTO ID YES/NO |
|---|---|---|
| ID Type | ID# | |

| PU TIME/DATE AR007 1602/28 | Total Collect Charges .00 |
|---|---|

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

Received in good condition by: SS 4888          Date/Time 10-28-08

DR-0

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/08)

EGL COPY

INVOICE

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE #   21046139
PAGE   1 of 1
DOCUMENT DATE   10/23/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2172877 | 554855—3 | 10/16/08 | 10/23/08 | NET 30 | ORD /25 |

FOB
CIF - DESTINATION
CUSTOMER MSGS:

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
EAGLE 3-DAY GTE

BILL OF LADING
63258206

SRCWHS   SLSP
CIA      DPDCC9

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR250E03X | TOSH EXT USB HDD 250GB | 80 | 80 | 0 | EA | 83.07 | .0 | 83.07 | 6,645.60 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 248 | 248 | 0 | EA | 109.56 | .0 | 109.56 | 27,170.88 |
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 232 | 232 | 0 | EA | 67.27 | .0 | 67.27 | 15,606.64 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 49,423.12 | 0.00 | 0.00 | 0.00 | 49,423.12 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE  21046139
DOCUMENT DATE  10/23/08

BILL TO  35474200
CIRCUIT CITY STORES INC

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 49,423.12 | 0.00 | 49,423.12 |

AMOUNT ENCLOSED: _____

O R I G I N A L   P A C K I N G   L I S T

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #          Order #     : 554855 03
          19925 INDEPENDENCE BLVD                          Order Date  : 10/16/08
                                                           Ship Date   : 10/23/08
          GROVELAND          FL  34736                     Terms       : PREPAID
Purchase Order # : 2172877                                 Carrier     : CEVA 3-DAY GTE
Bill of Lading # : 63258206                                Total Wgt   : 00420.00
Qty of Cartons   :        1                                Ctrl Order  :
Sourcing Warehse :  CIA                                    Invoice #   :

-------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS ----------
---------------------- Tracking Numbers -----------------------------------
63258206

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|===|===|=====|=====|=====|===|===============|=========================|
| 1 | 2 | 80 | 0 | 80 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 2 | 3 | 248 | 0 | 248 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |
| 3 | 4 | 232 | 0 | 232 | EA | HDDR160E03X | TOSH EXT USB HDD 160GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI382245 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 232 |
| GI382245 | HDDR250E03X | TOSH EXT USB HDD 250GB | 80 |
| GI382245 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 248 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/23/08 - DIV 040

P. O. Box 60467 AMF
Houston, Tx 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 10/28/08   Origin: LAX C   Dest: MCO U

**TRANSPORT DOCUMENT** Not Negotiable

2081436 9

NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

Shipper's Account Number
TOSH?7926

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE          CA 92618

Air Bill #:   63258206

MOVEMENT#

Contact/EIN #
TIM

Phone#
9494611410

PO#

BOL#
556855 3

Consignee's Name and Address

Consignee's Account Number
CIRC19347

CIRCUIT CITY DIST CTR. #779
19925 INDEPENDENCE BLVD
RECV HRS 0600-1500

GROVELAND       FL 34736

Contact/Broker
SCHEDULING  804

Phone#
3524294200

PO#
21/28/773L

BOL#

BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE)

Acct.#
TOSH979260

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE          CA 92618

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY.
Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW9310028

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

\* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

☐ Prepaid  ☑ Third Party
☐ Collect  ☐ C.O.D.

Customs Value          Declared Value

COD Amount          Amount of Insurance

Special Instructions: SERVICE: 3RD   DUE DATE: 10/28/08
140 CTNS ON 1 PLT
MUST DEL 10/28 804-418-8244

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions | | | |
|---|---|---|---|---|---|---|---|
| 140 | 420 | DATA PROCESSING | "DROP TRAILER COUNT SUBJECT TO VERIFICATION UPON UNLOAD" | H W | H W | | |
| | | 140 CTNS RECD Mgr William Baxter Cuetta certific... | | | | | |
| Totals 140 | 420 | | | | | | |

OCT 28 '08 11:25
OCT 28 '08 11:25
OCT 28 '08 11:25

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID ___   24HR CONTACT NUMBER ___

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

DOCK INSP
PU/BOL/FTP/QUOTE#
HAWB REVIEW

Company Name ___          Signature of Shipper or its agent ___   Date ___

Print Name ___

DRIVER AGENT#/VEHICLE#   These 213   140   C.O.D.#   Check#

ID Type ___   ID# ___   PHOTO ID
YES/NO

PU TIME/DATE   1125   10/28/08

ID Type ___   ID# ___          Total Collect Charges   .00

Executed on (date) ___   at (place) ___   Signature of Issuing Carrier or its Agent ___

Rec'd/load in good condition by: 4 WEEKIT CTNS   Date/Time 10-28-08

UK-0          NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

EGL COPY

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

```
                                                    INVOICE
                                        INVOICE #   21046140
                                        PAGE    1 of 1
                                        DOCUMENT DATE   10/23/08
```

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2172877 | 554855 | 10/16/08 | 10/23/08 | NET 30 | ORD /25 |

| FOB | | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|---|
| CIF - DESTINATION | | FREIGHT PREPAID | | EAGLE 3-DAY GTE | 63258207 | CIA | DPDCC9 |
| CUSTOMER MSGS: | | | | | | | |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 280 | 280 | 0 EA | 123.99 | .0 | 123.99 | 34,717.20 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 34,717.20 | 0.00 | 0.00 | 0.00 | 34,717.20 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

INVOICE   21046140        BILL TO  35474200
DOCUMENT DATE  10/23/08            CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 34,717.20 | 0.00 | 34,717.20 |

AMOUNT ENCLOSED: _____

O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #      Order #     : 554855 04
           19925 INDEPENDENCE BLVD                      Order Date : 10/16/08
                                                        Ship Date  : 10/23/08
           GROVELAND        FL   34736                  Terms      : PREPAID
Purchase Order # : 2172877                              Carrier    : CEVA 3-DAY GTE
Bill of Lading # : 63258207                             Total Wgt  : 00201.60
Qty of Cartons   :         1                            Ctrl Order :
Sourcing Warehse : CIA                                  Invoice #  : 21046140

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
-------------------- Tracking Numbers ---------------------------------------
63258207

--------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item #      | Item Description          |
|=====|=====|=====|=====|=====|===|==============|==========================|
| 1 | 1 | 280 | 0 | 280 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |

Unit Detail

| Unit     | Item#       | Description               | Quantity |
|----------|-------------|---------------------------|----------|
| RI372431 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 280 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/23/08 - DIV 040

# EGL

Houston, TX 77205
P.O. Box 60467 AMF
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE
Date: 10/23/08    Origin: LAX C    Dest: MCO D

**TRANSPORT DOCUMENT** Not Negotiable

**Shipper's Name and Address**

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE     CA 92618

**Shipper's Account Number**

TOSH070714

Contact/EIN #
YIN

Phone#
9494614410

PO#

BOL#
SHARTER

**Air Bill #:** 63258207

**MOVEMENT#**
Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC No. 4490     EGL FAA-IAC#: SW9310028

**Consignee's Name and Address**

CIRCUIT CITY DIST CTR. #775
19925 INDEPENDENCE BLVD
RECV HRS 0600-1500

GROVELAND     FL 34736

**Consignee's Account Number**
CIRC19547

Contact/Broker
SCHEDULING: 804
2172877730

Phone#
804-429-4300

BOL#

BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE)

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE     CA 92618

Acct.#
TOSH070744

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☒ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☐ C.O.D. | | |
| | | COD Amount | Amount of Insurance |

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

Special Instructions: SERVICE: 3RD DUE DATE: 10/28/08
70 CTNS ON 1 PLT
MUST DEL 10/28 804-418-8244

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 70 | 204 | DATA PROCESSING | *DROP TRAILER COUNT SUBJECT TO VERIFICATION UPON UNLOAD* | |
| | | | | |
| Totals 70 | 204 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |
| ID Type | ID# | PHOTO ID YES/NO |
| ID Type | ID# | |

DOCK INSP
PU/BOL/PTP/QUOTE#
HAWB REVIEW

DRIVER AGENT#/VEHICLE# 1700     C.O.D.     Check#
PU TIME/DATE
1115  10/28/08
Received in good condition by     Date/Time

UR-0

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

**WORKING COPY**

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE
INVOICE #    21046141
PAGE    1 of 1
DOCUMENT DATE    10/23/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2172872 | 554856 | 10/16/08 | 10/23/08 | NET 30 | ORD /25 |

| FOB | | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|---|
| CIF - DESTINATION | | FREIGHT PREPAID | | EAGLE 3-DAY GTE | 63258210 | CIA | DPDCC9 |
| CUSTOMER MSGS: | | | | | | | |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 560 | 560 | 0 | EA | 123.99 | .0 | 123.99 | 69,434.40 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 80 | 80 | 0 | EA | 109.56 | .0 | 109.56 | 8,764.80 |
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 372 | 372 | 0 | EA | 67.27 | .0 | 67.27 | 25,024.44 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 103,223.64 | 0.00 | 0.00 | 0.00 | 103,223.64 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE  21046141
DOCUMENT DATE  10/23/08

BILL TO  35474200
CIRCUIT CITY STORES INC

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 103,223.64 | 0.00 | 103,223.64 |

AMOUNT ENCLOSED: _____

10/24/08       T  c  Invoices and Proof of Delivery Cont.  N       PAGE :  1
1:30:39        O P T I C A L    P A C K I N G    L I S T

Customer : 35474200 255 CIRCUIT CITY STORES INC #      Order #      : 554856 00
           BETHLEHEM DISTRIBUTION CTR#255              Order Date : 10/16/08
           4000 TOWNSHIP LINE ROAD                    Ship Date  : 10/23/08
           BETHLEHEM         PA  18015                Terms      : PREPAID
Purchase Order # : 2172872                            Carrier    : CEVA 3-DAY GTE
Bill of Lading # : 63258210                           Total Wgt  : 00742.20
Qty of Cartons   :       2                            Ctrl Order :
Sourcing Warehse : CIA                                Invoice #  : 21046141

-------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
63258210

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|===|===|=====|=====|=====|===|================|===========================|
| 1 | 1 | 560 | 0 | 560 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |
| 2 | 2 | 80 | 0 | 80 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |
| 3 | 3 | 372 | 0 | 372 | EA | HDDR160E03X | TOSH EXT USB HDD 160GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI381002 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 560 |
| GI381003 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 372 |
| GI381003 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 80 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/23/08 - DIV 040

**EGL**

Houston, Tx 77205

Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

Date: 10/23/08   Origin: LAX C   Dest. PHL F

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE   CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

ON TK

Air Bill #: 63258210   70806040
MOVEMENT#

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# 949 4614410 |
|---|---|
| PO# | BOL# 554856 |
| Consignee's Name and Address | Consignee's Account Number CIRC40180C |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490       EGL FAA-IAC#: SW9310028

CIRCUIT CITY DC #255
4000 TOWNSHIP LINE RD
BETHLEHEM BROWN GOODS

BETHLEHEM   PA 18017

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

| Contact/Broker | Phone# 6108822570 |
|---|---|
| PO# 72872/3E | BOL# |
| BILLING ADDRESS (if other than shipper or consignee) | Acct.# TOSH97926A |

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE   CA 92618

\* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☐ Third Party | Customs Value | Declared Value |
| ☐ Collect | ☒ C.O.D. | | |

| Special Instructions: SERVICE: 3RD   DUE DATE: 10/28/08 | COD Amount | Amount of Insurance |
|---|---|---|

235 CTNS ON 2 PLTS
MUST DEL 10/28 804-418-8244

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 2 | | COMPUTERS | | 22 @ 22 @ 22 |
| 233 | 748 | DATA PROCESSING | | 8 @ 8 @ 7 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total 235 | 748 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.

UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
| PU/BOL/PTP/QUOTE# | DURAS |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |

DRIVER AGENT/VEHICLE# M 617

| ID Type | ID# | PHOTO ID YES/NO |
|---|---|---|
| ID Type | ID# | |

PU TIME/DATE 10/28/00

Total Collect Charges (82)

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

Received in good condition by: Kathy McCarty   Date/Time 10-28-08   Kathy McCarty   rcvd 253ct

DR-1       NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)       EGL COPY

```
                                                                    INVOICE
                                                    INVOICE #   21046142
                                                         PAGE   1 of 1
                                               DOCUMENT DATE   10/23/08
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618
```

```
BILL TO  35474200                           SHIP TO  35474200567
CIRCUIT CITY STORES INC                     CIRCUIT CITY STORES INC #567
9954 MAYLAND DRIVE                          1901 COOPER DRIVE
MERCH. PAYABLE/AMY SANDERSON                ARDMORE OK 73402
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2172875 | 554857 | 10/16/08 | 10/23/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 3-DAY GTE | 63258209 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 256 | 256 | 0 EA | 123.99 | .0 | 123.99 | 31,741.44 |
| HDDR250E03X | TOSH EXT USB HDD 250GB | 24 | 24 | 0 EA | 83.07 | .0 | 83.07 | 1,993.68 |
| HDDR320E03X | TOSH EXT USB HDD 320GB RETAIL KIT | 104 | 104 | 0 EA | 109.56 | .0 | 109.56 | 11,394.24 |
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 296 | 296 | 0 EA | 67.27 | .0 | 67.27 | 19,911.92 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

_Request VIA EMAIL
from Currier InFo
Not online_

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 65,041.28 | 0.00 | 0.00 | 0.00 | 65,041.28 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

```
      INVOICE  21046142        BILL TO  35474200
DOCUMENT DATE  10/23/08                 CIRCUIT CITY STORES INC
```

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 65,041.28 | 0.00 | 65,041.28 |

AMOUNT ENCLOSED:  _____

Customer : 35474200 567 CIRCUIT CITY STORES INC #     Order #      : 554857 00
           1901 COOPER DRIVE                          Order Date : 10/16/08
                                                      Ship Date  : 10/23/08
           ARDMORE              OK   73402            Terms       : PREPAID
Purchase Order # : 2172875                            Carrier     : CEVA 3-DAY GTE
Bill of Lading # : 63258209                           Total Wgt  : 00502.32
Qty of Cartons   :         1                          Ctrl Order :
Sourcing Warehse : CIA                                Invoice #  : 21046142

-------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS ----------
------------------- Tracking Numbers -------------------------------------
63258209

*No raod order*

--------------------------------------------------------------------------

| Whs<br>Ln# | Ord<br>Ln# | Ord<br>Qty | B/O<br>Qty | Shp<br>Qty | UOM | Item # | Item Description |
|===|===|=====|=====|=====|===|===============|==========================|
| 1 | 1 | 256 | 0 | 256 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |
| 2 | 2 | 24 | 0 | 24 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 3 | 3 | 104 | 0 | 104 | EA | HDDR320E03X | TOSH EXT USB HDD 320GB RE |
| 4 | 4 | 296 | 0 | 296 | EA | HDDR160E03X | TOSH EXT USB HDD 160GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI382244 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 296 |
| GI382244 | HDDR250E03X | TOSH EXT USB HDD 250GB | 24 |
| GI382244 | HDDR320E03X | TOSH EXT USB HDD 320GB RE | 104 |
| GI382244 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 256 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

Attn: Veronica

POD

U3358209

**R+L CARRIERS**

19675943B3

Return to
P.O. BOX 271
WILMINGTON, OH
45177Q271

| | TKB | CORPORATE | 800-543-5589 |
| | HS9 | CUSTOMER SER | 800-535-1983 |
| | | RATES | |

ONE CALL · ONE CARRIER

DATE 10/27/08 PAGE 1/1

BILL TO

EAG357
EAGLE GLOBAL LOGISTICS
3937 HICKORY HILL RD
MEMPHIS TN 38115

SHIPPER

EAG357
EAGLE GLOBAL LOGISTICS
3937 HICKORY HILL RD
MEMPHIS TN 38115

BILL-12 MEM/AREA-67B OKC/AREA-95N OKC-944290

B/L NO. 6325B209

ORDERING REMARKS

DESTINATION TERMINAL

CONSIGNEE

CIRCUIT CITY 567
1901 COPPER DR
ARDMORE OK 73401

| NO PIECES | WT TYPE HH/MM | DESCRIPTION OF ARTICLES | WEIGHT / LB | RATE | PREPAID | COLLECT |
|---|---|---|---|---|---|---|
| 170 | | DATA PROCESSING | | | | |
| | | 170 PCS | | | | |
| | | DELIVERY DATE: 10 28 08 | | | | |
| | | CUSTOMER PHONE # 804 418 8244 | | | | |
| | | **CONSIGNEE MUST SIGN & PRINT NAME** | | | | |
| | | **PRINT NAME ZELDANIA Gaither** | ** | | | |
| | | FUEL SURCHARGE 25.60% | 505 | | | |
| | | *USA & CANADA, WE'VE GOT YOU COVERED* | | | | |

MEMPHIS TN  901 547-6700  PICKUP  C2BA  PREPAID

LOADED ON  FREIGHT TERMS

505  N47224

PRINT NAME  ZELDANIA Gaither Cir Tou

WI4166EA
170  TOTAL PCS

10/27/08  7:15PM

DRIVERS NAME (PRINT)
Betsel

DELIVERY DATE
10 28 08

TIME
1:00

PO PIECES
170x

1:00

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED. SUBJECT TO THE TERMS AND CONDITIONS OF
STRAIGHT B/L OF LADING. AND SHIPPER'S AND CONSIGNEE'S AGREEMENT. IN CASE OF LIABILITY, AND THE UNIFORM
CUSTOMER SIGNATURE

Zelder(anos) Diather (Zeldania Gaither Cir Tou)

505

RAIL TRANSFER, INC. · GATOR FREIGHTWAYS, INC. · GREENWOOD MOTOR LINES, INC. · PARAMOUNT TRANSPORTATION SYSTEMS, INC.

Collect This Amount

(RT) W-RAY RECEIPT

STRAIGHT BILL OF LADING - SHORT FORM - SHIPPING ORDER

# TOSHIBA
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

20785314

**CEVA Logistics**

63258209

PRO ERE

| ORDER NUMBER | ACCOUNT CODE | CARRIER | | DATE SHIPPED | SERVICE CODE |
|---|---|---|---|---|---|
| 554857 | | 3E-CEVA 3-DAY GTE | | 10/23/08 | PREPAID |

**CONSIGNEE (TO)**

NAME
CIRCUIT CITY STORES INC #552
ADDRESS
1901 COOPER DRIVE
ADDRESS

CITY, STATE, ZIP
ARDMORE, OK 73402

P.O. NO. 9172875

**SHIPPER (FROM)**

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DIVISION
DDD E/C
ADDRESS
9740 IRVINE BLVD.   DOCK D
CITY, STATE, ZIP
IRVINE, CA 92618

| NO. SHIPPING UNITS | ✔ | DESCRIPTION OF ARTICLES | WEIGHT (LBS.) (SUBJECT TO CORRECTION) |
|---|---|---|---|
| 170 Cartons | | DATA PROCESSING SYSTEMS COMPON (   1 Pallet   ) ENTS,116030-01 | 504.88 |
| Dave 14 10/23/08 19:19 1plt=170 pcs 8x8x7=170 pcs | | DRIVER PIECE COUNT   170   TRAILER # 97105S FAX CENTRAL CITY CENTRAL APPT DESK FOR DELIVERY | |
| | | AT 804-418-8244 Must be delivered on 10/28/2008 Must be delivered on 10/28/2008 | |

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

## FREIGHT CHARGES

NOTE: FREIGHT CHARGES ARE TO BE **COLLECT** UNLESS BOX BELOW IS CHECKED

☒ PREPAID
XX

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
SIGNATURE OF CONSIGNOR

Note: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding:

$ _____ per pound

# C. O. D.

C. O. D. AMOUNT _____
C. O. D. FEE _____
TOTAL CHARGES _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property, over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER Toshiba America Information Systems, Inc. | CARRIER CeVA | 14:00 |
|---|---|---|
| AUTHORIZED SIGNATURE Danny Hueuh | AUTHORIZED SIGNATURE | DATE 10.23.08 |

**CARRIERS PLEASE NOTE:**

One prepaid shipments, all carriers must attach the original Freight Bill to the original Bill of Lading and send to the following address:
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
CORPORATE TRANSPORTATION DEPARTMENT
9740 IRVINE BOULEVARD
P.O. BOX 19724
IRVINE, CALIFORNIA 92623-9724

**SHIPPING ORDER**





**Toshiba America Information Systems  CUSTODY SIGNATURE SHEET**

| Date | | HAWB | ia3258209 |
|---|---|---|---|

| Shipper | | Destination | Circuit City #6107 |
|---|---|---|---|
| Address | | Address | 1901 Cooper Dr. |
| City, State, Zip | | City, State Zip | Ardmore, OK |

| Pieces | | Weight | |
|---|---|---|---|

**Condition of Equipment at Time of Shipping: (Including Packaging)**

GOOD

**Custody Record**

| Print Name and Company | Location of Interchange | Signature of Person Accepting Custody | Time and Date Accepted | Condition at Time of Signature |
|---|---|---|---|---|
| Dave M | LAX/DOMESTIC | Dave M | 10|23|08  19:19 | Good |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Custody Record (Cont)**

| Print Name and Company | Location of Interchange | Signature of Person Accepting Custody | Time and Date Accepted | Condition at Time of Signature |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

```
                                                                    INVOICE
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.              INVOICE #   21046826
DPD DIGITAL PRODUCTS DIVISION                               PAGE   1 of 1
9740 Irvine Blvd.                                 DOCUMENT DATE    10/24/08
Irvine, CA 92618
```

```
        BILL TO  35474200                        SHIP TO  35474200344
        CIRCUIT CITY STORES INC                  CIRCUIT CITY STORES INC #344
        9954 MAYLAND DRIVE                        400 LONG FELLOW COURT
        MERCH. PAYABLE/AMY SANDERSON              LIVERMORE CA 94550
        RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER 2172873 | ORDER NUMBER 554849 | ORDER DATE 10/16/08 | SHIP DATE 10/24/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|

| FOB CIF – DESTINATION | FREIGHT TERMS FREIGHT PREPAID | SHIP VIA EAGLE O/N NON-GTE | BILL OF LADING 63258277 | SRCWHS CIA | SLSP DPDCC9 |
|---|---|---|---|---|---|

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 152 | 152 | 0 EA | 123.99 | .0 | 123.99 | 18,846.48 |
| HDDR250E03X | TOSH EXT USB HDD 250GB | 20 | 20 | 0 EA | 83.07 | .0 | 83.07 | 1,661.40 |
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 92 | 92 | 0 EA | 67.27 | .0 | 67.27 | 6,188.84 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 26,696.72 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 26,696.72 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

|  |  | PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION) |
|---|---|---|
| INVOICE  21046826 | BILL TO  35474200 | P.O. Box 91865 |
| DOCUMENT DATE  10/24/08 | CIRCUIT CITY STORES INC | CHICAGO IL 60693 |
|  |  | (949) 583-3534 |

| NET AMOUNT 26,696.72 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 26,696.72 |
|---|---|---|

AMOUNT ENCLOSED: _____

O F F I C A L   P A C K I N G   L I S T

Customer : 35474200 344 CIRCUIT CITY STORES INC #        Order #     : 554849 00
           400 LONG FELLOW COURT                         Order Date  : 10/16/08
                                                         Ship Date   : 10/24/08
           LIVERMORE         CA   94550                  Terms       : PREPAID
Purchase Order # : 2172873                               Carrier     : CEVA NON-GTE-W.
Bill of Lading # : 63258277                              Total Wgt   : 00193.44
Qty of Cartons    :      1                               Ctrl Order  :
Sourcing Warehse : CIA                                   Invoice #   : 21046826

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ------------------------------------
63258277

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
| === | === | ==== | ==== | ==== | === | ============== | ======================= |
| 1 | 1 | 152 | 0 | 152 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |
| 2 | 2 | 20 | 0 | 20 | EA | HDDR250E03X | TOSH EXT USB HDD 250GB |
| 3 | 3 | 92 | 0 | 92 | EA | HDDR160E03X | TOSH EXT USB HDD 160GB RE |

Unit Detail

| Unit | Item# | Description | Quantity |
| --- | --- | --- | --- |
| GI379159 | HDDR160E03X | TOSH EXT USB HDD 160GB RE | 92 |
| GI379159 | HDDR250E03X | TOSH EXT USB HDD 250GB | 20 |
| GI379159 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 152 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/24/08 - DIV 040

**EGL**

Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 10/24/08    Origin: LAX C    Dest: SFO D

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| | TOSH97926 |

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE          CA 92618

**TRANSPORT DOCUMENT** Not Negotiable

2080 3048

Air Bill #: 63258277
MOVEMENT#

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Report# 9494614410 |
|---|---|
| PO# | BOL# 554849 |
| Consignee's Name and Address | Consignee's Account Number CIRC40945 |

CIRCUIT CITY-LIVERMORE
400 LONGFELLOW CT., STE A
LOCATION 344

LIVERMORE        CA 94550

| Contact/Broker | Phone# |
|---|---|
| FOR APPTS EXT 4 | 8045274000 |
| 2172873/7E | BOL# |
| BILLING ADDRESS (if other than shipper or consignee) | Acct # TOSH97926A |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY.
Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW9310028

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE          CA 92618

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☒ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☐ C.O.D. | | |

Special Instructions: SERVICE: 2ND  DUE DATE: 10/28/08
66 CRTNS ON 1 PLT
MUST DELV BY 10/28

COD Amount | Amount of Insurance

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

These commodities, technology or software were exported from the United States end in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 66 | 195 | DATA PROCESSING | | 9 @  8 @  7 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals 66 | 195 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |
| ID Type | ID# | PHOTO ID |
| ID Type | ID# | YES/NO |

| DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|
| SFO 0001 Khun | | |
| PU TIME/DATE 9:30 10/28/08 10:00 | Total Collect Charges .00 |

Received in good condition by: _____ Date/Time

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

DR-0

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/08)

EGL COPY

INVOICE

INVOICE #   21046827
PAGE   1 of 1
DOCUMENT DATE   10/24/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200353
CIRCUIT CITY STORES INC #353
680 S LEMON AVENUE
WALNUT CA 91789

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | | OC /AC |
|---|---|---|---|---|---|---|
| 2172874 | 554852 | 10/16/08 | 10/24/08 | NET 30 | | ORD /25 |
| | | FREIGHT TERMS | SHIP VIA | BILL OF LADING | | SRCWHS  SLSP |
| FOB | | FREIGHT PREPAID | EAGLE O/N NON-GTE | 63258838 | | CIA  DPDCC9 |
| CIF - DESTINATION | | | | | | |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 196 | 196 | 0 | EA | 123.99 | .0 | 123.99 | 24,302.04 |
| HDDR160E03X | TOSH EXT USB HDD 160GB RETAIL KIT | 320 | 320 | 0 | EA | 67.27 | .0 | 67.27 | 21,526.40 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 45,828.44 | 0.00 | 0.00 | 0.00 | 45,828.44 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21046827       BILL TO  35474200
DOCUMENT DATE  10/24/08            CIRCUIT CITY STORES INC

NET AMOUNT
45,828.44

PAY TERM DISCOUNT
0.00

TOTAL DUE
45,828.44

AMOUNT ENCLOSED: _____

**CEVA**

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

Customer

Date: 10/24/08   Origin: LAX C   Dest. ONT C

**TRANSPORT DOCUMENT** Not Negotiable

208|6819

**Shipper's Name and Address**

Shipper's Account Number: TOSH97926

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE        CA 92618

Air Bill #: 63258838

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

CEVA FAA-IAC#: SW9310028
FMC NO. 4490

Contact/EIN #: FAX    Phone# 949614410

PO#    BOL# 554852

**Consignee's Name and Address**

Consignee's Account Number: CIRC689170

CIRCUIT CITY DC #535
680 S LOEMON AVE

WALNUT        CA 91789-2934

Contact/Broker    Phone# 0000000000

PO# 172874/7E    BOL#

BILLING ADDRESS IF OTHER THAN SHIPPER OR CONSIGNEE    Acct.# TOSH97926A

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE        CA 92618

| DOMESTIC/TRANSBORDER | LOCAL | OCEAN | INT'L AIR |
|---|---|---|---|
| ☐ CHARTER | ☐ DIRECT | ☐ DOOR TO PORT | ☐ DOOR TO PORT |
| ☐ NFO/SAME DAY | ☐ HOT SHOT | ☐ PORT TO PORT | ☐ PORT TO PORT |
| ☐ PRIORITY | ☐ REGULAR | ☐ PORT TO DOOR | ☐ PORT TO DOOR |
| ☐ (NDAY by noon) | ☐ NEXT DAY | ☐ DOOR TO DOOR | ☐ DOOR TO DOOR |
| ☐ REGULAR DAY | ☐ LIFTGATE | ☐ CUSTOMS | ☐ CUSTOMS |
| ☐ (NDAY by 5PM) | ☐ TWO PERSON | ☐ CLEARANCE | ☐ CLEARANCE |
| ☐ 2nd DAY | ☐ INSIDE | ☐ FREE DOMICILE | ☐ FREE DOMICILE |
| ☐ ECONOMY | | | ☐ CHARTER |
| ☐ DATE SPECIFIC | | | ☐ NOW |
| ☐ | | | ☐ PREMIUM |
| ☐ SATURDAY | | | ☐ VALUE |
| ☐ SUNDAY | | | ☐ DIRECT IATA |
| ☐ TRUCKLOAD | | | |
| ☐ HOLD FOR PICKUP | | | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability.

☐ Prepaid ☒ Third Party    Customs Value    Declared Value

☐ Collect ☐ C.O.D.    COD Amount    Amount of Insurance

**Special Instructions:** SERVICE: 2ND   DUE DATE: 10/28/08
129 PCS ON 1 PLT
MUST DELV ON 10/28

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes CEVA to act as forwarding agent for export control and customs purposes.

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 129 | 383 | DATA PROCESSING | | 9 0 9 0 6 |
| | | | ≥ 17 | 56.00 180.00 |
| | | | 444 | |
| 129 | 383 | | | |

This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.

UN# OR ID ___ 24HR CONTACT NUMBER ___

certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

Company Name ___

Signature of Shipper or its agent    Date

Name ___    ID#    PHOTO ID YES/NO

ID#

DRIVER AGENT/VEHICLE#: CO# 444    C.O.D.    Check#

PU TIME/DATE: 10-28-08    Total Collect Charges .00

Received in good condition by: ___    Date/Time 10/18/08 3:4

ited on (date) ___ at (place) ___

Signature of Issuing Carrier or its Agent    CEVA COPY

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 09/08)

David Engeron

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE
INVOICE #  21050129
PAGE  1 of 1
DOCUMENT DATE  10/28/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP·TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2179543 | 562500 | 10/23/08 | 10/28/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS GROUND | 129806010304756424 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| HDDR400E03X | TOSH EXT USB HDD 400GB RETAIL KIT | 276 | 276 | 0 | EA | 123.99 | .0 | 123.99 | 34,221.24 |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 34,221.24 | 0.00 | 0.00 | 0.00 | 34,221.24 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE  21050129     BILL TO  35474200
DOCUMENT DATE  10/28/08           CIRCUIT CITY STORES INC

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 34,221.24 | 0.00 | 34,221.24 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #     : 562500 00
           BETHLEHEM DISTRIBUTION CTR#255             Order Date  : 10/23/08
           4000 TOWNSHIP LINE ROAD                    Ship Date   : 10/28/08
           BETHLEHEM        PA   18015                Terms       : PREPAID
Purchase Order # : 2179543                            Carrier     : UPS GROUND
Bill of Lading # : 1Z9806010304756424                Total Wgt   : 00198.72
Qty of Cartons   :        5                           Ctrl Order  :
Sourcing Warehse : CIA                                Invoice #   : 21050129
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -----------------------------------
1Z9806010304756424   1Z9806010304756433   1Z9806010304756442   1Z9806010304756451
1Z9806010304756460

| Whs Ord | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---------|---------|---------|---------|-----|--------|------------------|
| Ln# Ln# | | | | | | |
| 1   1 | 276 | 0 | 276 | EA | HDDR400E03X | TOSH EXT USB HDD 400GB RE |

### Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI384832 | HDDR400E03X | TOSH EXT USB HDD 400GB RE | 276 |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/28/08 - DIV 040