Customer : 35474200 755 CIRCUIT CITY STORES INC #          Order #      : 497917 00
1100 CIRCUIT CITY ROAD                                     Order Date : 8/26/08
                                                           Ship Date  : 8/27/08
MARION          IL  62959                                  Terms        : PREPAID
Purchase Order # : 2126362                                 Carrier      : CONTINENTAL EXP
Bill of Lading # : SEAL# 0082200                           Total Wgt  : 03523.70
Qty of Cartons   :        22                               Ctrl Order :
Sourcing Warehse : CTC                                     Invoice #  :

                              Unit Detail

Unit          Item#              Description                      Quantity

88117755K     88117760K    88117778K    88117779K    88117791K    88117799K

88117802K     88117876K    88117915K    88118015K    88118099K    88118155K

88118194K     88118242K    88118248K    88118253K    88118276K    88118277K

88118357K     88118425K    88118460K    88118571K    88118593K    88118617K

88118623K     88118626K    88118650K    88118665K    88118677K    88118682K

88118705K     88118733K    88118745K    88118766K    88118771K    88118786K

88118834K     88118865K    88118936K    88118940K    88118954K    88118955K

88118974K     88118977K    88118978K    88119005K    88119006K    88119020K

88119084K     88119122K    88119153K    88119308K    88119785K    88119964K

RI346640      PSAE3U-08C023     SATELLITE A205-S5880                  66

88115733K     88116770K    88117665K    88117727K    88117732K    88117739K

88117742K     88117750K    88117757K    88117761K    88117767K    88117769K

88117852K     88117904K    88117908K    88117909K    88117911K    88117916K

88117917K     88117922K    88117924K    88117933K    88117935K    88117956K

88118109K     88118160K    88118163K    88118173K    88118181K    88118182K

88118191K     88118226K    88118272K    88118426K    88118429K    88118445K

88118459K     88118498K    88118532K    88118545K    88118547K    88118555K

88118556K     88118559K    88118560K    88118565K    88118566K    88118570K

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 08/27/08 - DIV 040

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #      Order #     : 497917 00
           1100 CIRCUIT CITY ROAD                      Order Date :  8/26/08
                                                       Ship Date  :  8/27/08
           MARION          IL  62959                   Terms      : PREPAID
Purchase Order # : 2126362                             Carrier    : CONTINENTAL EXP
Bill of Lading # : SEAL# 0082200                       Total Wgt  : 03523.70
Qty of Cartons   :       22                            Ctrl Order :
Sourcing Warehse : CTC                                 Invoice #  :
```

Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|--|----------|--|
| 88118578K | 88118586K | 88118591K | 88118595K | 88118597K | 88118598K |
| 88118603K | 88118606K | 88118625K | 88118803K | 88118816K | 88118829K |
| 88118882K | 88118996K | 88119034K | 88119052K | 88119078K | 88119089K |
| RI346641 | PSAE3U-08C023 | SATELLITE A205-S5880 | | 66 | |
| 88116538K | 88116547K | 88116709K | 88116800K | 88117704K | 88117930K |
| 88117934K | 88117964K | 88117974K | 88117995K | 88118023K | 88118048K |
| 88118212K | 88118222K | 88118224K | 88118234K | 88118307K | 88118323K |
| 88118324K | 88118328K | 88118330K | 88118336K | 88118338K | 88118344K |
| 88118346K | 88118352K | 88118354K | 88118355K | 88118360K | 88118363K |
| 88118368K | 88118373K | 88118374K | 88118378K | 88118379K | 88118385K |
| 88118387K | 88118389K | 88118390K | 88118393K | 88118403K | 88118411K |
| 88118418K | 88118420K | 88118427K | 88118437K | 88118442K | 88118486K |
| 88118569K | 88118589K | 88118596K | 88118600K | 88118601K | 88118604K |
| 88118608K | 88118610K | 88118614K | 88118618K | 88118619K | 88118620K |
| 88118624K | 88118632K | 88118720K | 88118744K | 88119225K | 88119280K |
| RI346643 | PSAE3U-08C023 | SATELLITE A205-S5880 | | 66 | |
| 88115571K | 88115674K | 88115742K | 88115783K | 88115795K | 88115864K |
| 88116271K | 88116326K | 88116717K | 88116756K | 88116758K | 88116805K |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

Customer : 35474200 755 CIRCUIT CITY STORES INC #          Order #     : 497917 00
          1100 CIRCUIT CITY ROAD                           Order Date  : 8/26/08
                                                           Ship Date   : 8/27/08
          MARION            IL   62959                     Terms       : PREPAID
Purchase Order # : 2126362                                 Carrier     : CONTINENTAL EXP
Bill of Lading # : SEAL# 0082200                           Total Wgt   : 03523.70
Qty of Cartons   :       22                                Ctrl Order  :
Sourcing Warehse : CTC                                     Invoice #   :

                                   Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| 88116910K | 88117102K | 88117683K | 88117789K | 88117790K | 88117792K |
| 88117796K | 88117801K | 88117803K | 88117804K | 88117806K | 88117808K |
| 88117811K | 88117813K | 88117814K | 88117817K | 88117818K | 88117825K |
| 88117830K | 88117831K | 88117840K | 88117845K | 88117847K | 88117849K |
| 88117854K | 88117858K | 88117864K | 88117865K | 88117867K | 88117884K |
| 88117901K | 88117902K | 88117926K | 88117927K | 88117938K | 88117939K |
| 88117942K | 88117965K | 88117975K | 88117986K | 88117988K | 88118033K |
| 88118233K | 88118351K | 88118541K | 88118557K | 88118653K | 88118989K |
| 88119013K | 88119054K | 88119076K | 88119115K | 88120965K | 88126403K |
| RI346644 | PSAE3U-08C023 | SATELLITE A205-S5880 | | | 66 |
| 88116038K | 88116713K | 88116735K | 88116737K | 88117669K | 88117821K |
| 88117883K | 88118265K | 88118292K | 88118306K | 88118331K | 88118332K |
| 88118361K | 88118365K | 88118381K | 88118435K | 88118441K | 88118489K |
| 88118493K | 88118562K | 88118564K | 88118568K | 88118575K | 88118592K |
| 88118602K | 88118605K | 88118607K | 88118713K | 88118732K | 88118761K |
| 88118769K | 88118772K | 88118773K | 88118774K | 88118775K | 88118777K |
| 88118780K | 88118782K | 88118783K | 88118785K | 88118787K | 88118790K |
| 88118792K | 88118793K | 88118795K | 88118797K | 88118798K | 88118801K |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                          DAILY - 08/27/08 - DIV 040

Customer : 35474200 755 CIRCUIT CITY STORES INC #        Order #      : 497917 00
           1100 CIRCUIT CITY ROAD                        Order Date  : 8/26/08
                                                         Ship Date   : 8/27/08
           MARION          IL  62959                     Terms       : PREPAID
Purchase Order # : 2126362                               Carrier     : CONTINENTAL EXP
Bill of Lading # : SEAL# 0082200                         Total Wgt   : 03523.70
Qty of Cartons   :       22                              Ctrl Order  :
Sourcing Warehse : CTC                                   Invoice #   :

                              Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|--|----------|--|
| 88118802K | 88118805K | 88118809K | 88118810K | 88118812K | 88118826K |
| 88118831K | 88118832K | 88118839K | 88118894K | 88119003K | 88119012K |
| 88119062K | 88119067K | 88119070K | 88119087K | 88119091K | 88119096K |
| RI346645 | PSAE3U-08C023 | SATELLITE A205-S5880 | | 66 | |
| 88114641K | 88114669K | 88114671K | 88114674K | 88114687K | 88114705K |
| 88114710K | 88114714K | 88114724K | 88114725K | 88114750K | 88114756K |
| 88114758K | 88114766K | 88114778K | 88114780K | 88114785K | 88114797K |
| 88114803K | 88114807K | 88114813K | 88114818K | 88114820K | 88114823K |
| 88114824K | 88116728K | 88116774K | 88116788K | 88116808K | 88117664K |
| 88117707K | 88117728K | 88117729K | 88117736K | 88117747K | 88117784K |
| 88117981K | 88118066K | 88118143K | 88118183K | 88118366K | 88118465K |
| 88118494K | 88118516K | 88118590K | 88118612K | 88118615K | 88118629K |
| 88118727K | 88118875K | 88118907K | 88118908K | 88118911K | 88118912K |
| 88118914K | 88118919K | 88118922K | 88118924K | 88118926K | 88119000K |
| 88119025K | 88119032K | 88119058K | 88119066K | 88119103K | 88119105K |
| RI346646 | PSAE3U-08C023 | SATELLITE A205-S5880 | | 66 | |
| 78156613K | 88116221K | 88116392K | 88116560K | 88116732K | 88116812K |
| 88117809K | 88117982K | 88118007K | 88118032K | 88118228K | 88118252K |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                        DAILY - 08/27/08 - DIV 040

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #      Order #      : 497917 00
             1100 CIRCUIT CITY ROAD                    Order Date  :  8/26/08
                                                       Ship Date   :  8/27/08
             MARION          IL  62959                 Terms        : PREPAID
Purchase Order # : 2126362                             Carrier     : CONTINENTAL EXP
Bill of Lading # : SEAL# 0082200                       Total Wgt   : 03523.70
Qty of Cartons   :        22                           Ctrl Order  :
Sourcing Warehse : CTC                                 Invoice #   :
```

## Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|---|----------|---|
| 88118273K | 88118274K | 88118287K | 88118349K | 88118353K | 88118362K |
| 88118396K | 88118416K | 88118431K | 88118434K | 88118447K | 88118453K |
| 88118461K | 88118464K | 88118466K | 88118499K | 88118534K | 88118631K |
| 88118633K | 88118635K | 88118646K | 88118649K | 88118656K | 88118666K |
| 88118669K | 88118672K | 88118673K | 88118678K | 88118684K | 88118685K |
| 88118690K | 88118692K | 88118696K | 88118701K | 88118702K | 88118719K |
| 88118722K | 88118725K | 88118757K | 88118807K | 88118861K | 88118900K |
| 88118942K | 88118986K | 88118997K | 88119001K | 88119007K | 88119011K |
| 88119039K | 88119042K | 88119086K | 88119088K | 88119107K | 88121208K |
| RI346647 | PSAE3U-08C023 | SATELLITE A205-S5880 | | 66 | |
| 88114730K | 88115916K | 88115933K | 88115945K | 88115949K | 88115971K |
| 88116071K | 88116159K | 88116246K | 88116442K | 88116534K | 88116541K |
| 88116740K | 88116835K | 88117723K | 88117725K | 88117741K | 88117748K |
| 88117752K | 88117766K | 88117826K | 88118295K | 88118320K | 88118350K |
| 88118391K | 88118439K | 88118480K | 88118554K | 88118558K | 88118574K |
| 88118609K | 88118613K | 88118689K | 88118710K | 88118718K | 88118729K |
| 88118739K | 88118740K | 88118758K | 88118760K | 88118765K | 88118776K |
| 88118822K | 88118847K | 88118860K | 88118874K | 88118878K | 88118881K |

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 08/27/08 - DIV 040

Customer : 35474200 755 CIRCUIT CITY STORES INC #          Order #      : 497917 00
            1100 CIRCUIT CITY ROAD                          Order Date   :  8/26/08
                                                            Ship Date    :  8/27/08
            MARION            IL   62959                     Terms        : PREPAID
Purchase Order # : 2126362                                  Carrier      : CONTINENTAL EXP
Bill of Lading # : SEAL# 0082200                           Total Wgt    : 03523.70
Qty of Cartons   :        22                                Ctrl Order   :
Sourcing Warehse : CTC                                      Invoice #    :

                              Unit Detail

Unit          Item#           Description                     Quantity

  88118883K    88118890K      88118893K      88118899K      88118902K      88118903K

  88118904K    88119059K      88119072K      88119077K      88119079K      88119082K

  88119097K    88119099K      88119100K      88119111K      88119112K      88119335K

RI346648      PSAE3U-08C023     SATELLITE A205-S5880                  66

  88117859K    88117872K      88117897K      88117913K      88117928K      88117932K

  88117937K    88117950K      88117952K      88117955K      88117957K      88117958K

  88117966K    88117968K      88117969K      88117972K      88117978K      88117980K

  88117983K    88117984K      88117987K      88117991K      88118141K      88118152K

  88118177K    88118231K      88118247K      88118250K      88118251K      88118255K

  88118262K    88118266K      88118275K      88118278K      88118285K      88118333K

  88118334K    88118359K      88118369K      88118370K      88118371K      88118376K

  88118386K    88118388K      88118394K      88118414K      88118454K      88118469K

  88118474K    88118508K      88118514K      88118526K      88118539K      88118544K

  88118546K    88118549K      88118550K      88118551K      88118552K      88118553K

  88118866K    88118971K      88118992K      88119017K      88119030K      88119074K

RI346649      PSAE3U-08C023     SATELLITE A205-S5880                  66

  88114795K    88114844K      88115528K      88115662K      88115876K      88115913K

  88115931K    88115957K      88115972K      88116010K      88116217K      88116308K

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                        DAILY - 08/27/08 - DIV 040

Customer : 35474200 755 CIRCUIT CITY STORES INC #
1100 CIRCUIT CITY ROAD

MARION        IL  62959
Purchase Order # : 2126362
Bill of Lading # : SEAL# 0082200
Qty of Cartons   :        22
Sourcing Warehse : CTC

Order #     : 497917 00
Order Date :  8/26/08
Ship Date  :  8/27/08
Terms      : PREPAID
Carrier    : CONTINENTAL EXP
Total Wgt  : 03523.70
Ctrl Order :
Invoice #  :

### Unit Detail

| Unit | Item# | Description | | Quantity | |
|---|---|---|---|---|---|
| 88116360K | 88116384K | 88116399K | 88116455K | 88116483K | 88116489K |
| 88116510K | 88116511K | 88116691K | 88116787K | 88116796K | 88117895K |
| 88118016K | 88118067K | 88118154K | 88118206K | 88118215K | 88118218K |
| 88118225K | 88118241K | 88118256K | 88118268K | 88118282K | 88118286K |
| 88118289K | 88118294K | 88118298K | 88118311K | 88118313K | 88118325K |
| 88118335K | 88118337K | 88118342K | 88118343K | 88118380K | 88118382K |
| 88118392K | 88118397K | 88118402K | 88118413K | 88118430K | 88118452K |
| 88118485K | 88118487K | 88118513K | 88118517K | 88118527K | 88118536K |
| 88118681K | 88118768K | 88118770K | 88118915K | 88118949K | 88119092K |
| RI346650 | PSAE3U-08C023 | SATELLITE A205-S5880 | | 66 | |
| 88116428K | 88116626K | 88117744K | 88117785K | 88117918K | 88117940K |
| 88117944K | 88117973K | 88117979K | 88118076K | 88118084K | 88118240K |
| 88118264K | 88118291K | 88118293K | 88118339K | 88118345K | 88118372K |
| 88118407K | 88118410K | 88118415K | 88118417K | 88118423K | 88118436K |
| 88118440K | 88118448K | 88118449K | 88118455K | 88118458K | 88118462K |
| 88118463K | 88118511K | 88118582K | 88118627K | 88118628K | 88118630K |
| 88118637K | 88118642K | 88118643K | 88118652K | 88118655K | 88118658K |
| 88118667K | 88118680K | 88118687K | 88118691K | 88118693K | 88118698K |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #    Order #      : 497917 00
           1100 CIRCUIT CITY ROAD                    Order Date :  8/26/08
                                                     Ship Date  :  8/27/08
           MARION           IL  62959                Terms      : PREPAID
Purchase Order # : 2126362                           Carrier    : CONTINENTAL EXP
Bill of Lading # : SEAL# 0082200                     Total Wgt  : 03523.70
Qty of Cartons   :       22                          Ctrl Order :
Sourcing Warehse : CTC                               Invoice #  :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|--|--|----------|
| 88118703K | 88118707K | 88118708K | 88118716K | 88118754K | 88118755K |
| 88118781K | 88118788K | 88118789K | 88118879K | 88118884K | 88118917K |
| 88118944K | 88118975K | 88118979K | 88119004K | 88119044K | 88119326K |
| RI346651 | PSAE3U-08C023 | SATELLITE A205-S5880 | | | 66 |
| 88116293K | 88116833K | 88117720K | 88117783K | 88117812K | 88117838K |
| 88117878K | 88117888K | 88117892K | 88117900K | 88117919K | 88117923K |
| 88117925K | 88117936K | 88117946K | 88118025K | 88118259K | 88118648K |
| 88118853K | 88118939K | 88120108K | 88126315K | 88126321K | 88126323K |
| 88126330K | 88126332K | 88126344K | 88126347K | 88126354K | 88126357K |
| 88126358K | 88126359K | 88126360K | 88126363K | 88126373K | 88126383K |
| 88126385K | 88126390K | 88126393K | 88126394K | 88126395K | 88126396K |
| 88126397K | 88126399K | 88126400K | 88126401K | 88126402K | 88126404K |
| 88126405K | 88126406K | 88126417K | 88126421K | 88126425K | 88126428K |
| 88126431K | 88126434K | 88126437K | 88126439K | 88126442K | 88126446K |
| 88126475K | 88126477K | 88126478K | 88126479K | 88126492K | 88126576K |
| RI346652 | PSAE3U-08C023 | SATELLITE A205-S5880 | | | 92 |
| 78128391K | 88116494K | 88116589K | 88116715K | 88116722K | 88116784K |
| 88116798K | 88116801K | 88116811K | 88117666K | 88117673K | 88117676K |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 08/27/08 - DIV 040

Customer : 35474200 755 CIRCUIT CITY STORES INC #   Order #  : 497917 00
           1100 CIRCUIT CITY ROAD            Order Date : 8/26/08
                                     Ship Date : 8/27/08
       MARION        IL  62959      Terms : PREPAID
Purchase Order # : 2126362            Carrier : CONTINENTAL EXP
Bill of Lading # : SEAL# 0082200      Total Wgt : 03523.70
Qty of Cartons : 22                     Ctrl Order :
Sourcing Warehse : CTC                Invoice # :

### Unit Detail

| Unit | Item# | Description | | Quantity | |
|---|---|---|---|---|---|
| 88117682K | 88117685K | 88117686K | 88117693K | 88117700K | 88117717K |
| 88117721K | 88117734K | 88117735K | 88117745K | 88117746K | 88117749K |
| 88117762K | 88117763K | 88117770K | 88117771K | 88117774K | 88117776K |
| 88117781K | 88117788K | 88117797K | 88117807K | 88117843K | 88117920K |
| 88117929K | 88117976K | 88118039K | 88118115K | 88118227K | 88118243K |
| 88118257K | 88118284K | 88118304K | 88118309K | 88118312K | 88118317K |
| 88118322K | 88118347K | 88118348K | 88118356K | 88118358K | 88118384K |
| 88118398K | 88118422K | 88118476K | 88118500K | 88118520K | 88118528K |
| 88118561K | 88118588K | 88118594K | 88118599K | 88118611K | 88118616K |
| 88118636K | 88118706K | 88118723K | 88118748K | 88118753K | 88118887K |
| 88118941K | 88118943K | 88118950K | 88118952K | 88118964K | 88118980K |
| 88119081K | 88119118K | 88126336K | 88126349K | 88126443K | 88126466K |
| 88126485K | 88126488K | 88126511K | 88126527K | 88126568K | 88126737K |
| 88126844K | 88128084K | | | | |

RI348529    PSAE3U-08C023    SATELLITE A205-S5880    66

| 88117775K | 88117899K | 88117963K | 88118002K | 88118162K | 88118217K |
|---|---|---|---|---|---|
| 88118383K | 88118497K | 88118519K | 88118523K | 88118537K | 88118728K |
| 88118735K | 88118736K | 88118750K | 88118778K | 88118784K | 88118799K |

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 08/27/08 - DIV 040

Customer : 35474200 755 CIRCUIT CITY STORES INC #
1100 CIRCUIT CITY ROAD

       MARION        IL  62959
Purchase Order # : 2126362
Bill of Lading # : SEAL# 0082200
Qty of Cartons   :     22
Sourcing Warehse : CTC

Order #    : 497917 00
Order Date :  8/26/08
Ship Date  :  8/27/08
Terms     : PREPAID
Carrier   : CONTINENTAL EXP
Total Wgt  : 03523.70
Ctrl Order :
Invoice #  :

## Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|---|----------|---|
| 88118800K | 88118806K | 88118808K | 88118811K | 88118814K | 88118818K |
| 88118821K | 88118824K | 88118825K | 88118830K | 88118833K | 88118844K |
| 88118845K | 88118846K | 88118854K | 88118855K | 88118857K | 88118858K |
| 88118859K | 88118862K | 88118869K | 88118870K | 88118871K | 88118876K |
| 88118880K | 88118888K | 88118889K | 88118967K | 88118981K | 88118983K |
| 88118994K | 88119010K | 88119016K | 88119018K | 88119026K | 88119035K |
| 88119040K | 88119043K | 88119045K | 88119046K | 88119047K | 88119048K |
| 88119050K | 88119051K | 88119056K | 88119071K | 88119073K | 88119090K |

####### E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 08/27/08 - DIV 040

STRAIGHT BILL OF LADING - SHORT FORM - SHIPPING ORDER

# TOSHIBA

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

AFFIX CARRIER'S PRO
NUMBER LABEL HERE
REPRINT

| ORDER NUMBER | ACCOUNT CODE | CARRIER | | DATE SHIPPED | SERVICE CODE |
|---|---|---|---|---|---|
| 497917 | | CO-CONTINENTAL EXPRESS | | 8/27/08 | PREPAID |

**CONSIGNEE (TO)**
NAME
CIRCUIT CITY STORES INC 1755
ADDRESS
1100 CIRCUIT CITY ROAD
ADDRESS

CITY, STATE, ZIP
MORTON, IL 62959
P.O. NO. 2125352

**SHIPPER (FROM)**
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DIVISION
DPD F/G
ADDRESS
9240 IRVING BLVD. DOCK D
CITY, STATE, ZIP
IRVINE, CA 92618

F. REC'D BY
NUMBER OF CARTONS 1478
DATE: 9-2-08

SAKKE  50107
727313    3647
sc/ 87200

| NO. SHIPPING UNITS | ✔ | DESCRIPTION OF ARTICLES | | WEIGHT (LBS.) SUBJECT TO CORRECTION |
|---|---|---|---|---|
| 1478 Cartons | | CIRCUIT CITY | | 13523.70 |
| | | DATA PROCESSING SYSTEMS COMPON (   22 Pallets | | |
| | | ENTS,116030-01 | | |
| | | DRIVER PIECE COUNT 1478    TRAILER # 3647 | | |
| | | FAX CENTRAL CITY CENTRAL | | |
| | | APPT DESK FOR DELIVERY | | |
| | | AT 804-418-8244 | | |
| | | Must be delivered on 09/02/2008 | | |
| | | Must be delivered on 09/02/2008 | | |

SEP 2 2008 6:45

Seal #  00 87200

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

**FREIGHT CHARGES**

NOTE: FREIGHT CHARGES ARE
TO BE **COLLECT** UNLESS BOX
BELOW IS CHECKED

☒☒ PREPAID

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SIGNATURE OF CONSIGNOR

Note: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding:

$_____ per pound

# C. O. D.

C. O. D. AMOUNT _____
C. O. D. FEE _____
TOTAL CHARGES _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property, over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | CARRIER |
|---|---|
| Toshiba America Information Systems, Inc. | Continental Express |
| AUTHORIZED SIGNATURE | AUTHORIZED SIGNATURE    DATE    8-27-08 |

1478 CTNS

**CARRIERS PLEASE NOTE:**
One prepaid shipment all carriers must mark the word Prepaid on Bill & the original Bill of Lading and send to the following address:
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
CORPORATE TRANSPORTATION DEPARTMENT
9740 IRVING BOULEVARD
P.O. BOX 19724
IRVINE, CALIFORNIA 92123-9724

SHIPPING ORDER

INVOICE

INVOICE #  21005333
PAGE  1 of 4
DOCUMENT DATE  08/29/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2126362 | 497917 ⟋𝒟𝐼 | 08/26/08 | 08/29/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | FEDEX Pallet OD | 701091188148 | | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PSAE3U-08C023 | SATELLITE A205-S5880 | 524 | 524 | 0 EA | 649.90 | .0 | 649.90 | 340,547.60 |
| | CUSTOMER PART NUMBER: A205S5880 | | | | | | | |

SERIAL NUMBERS:

| PSAE3U-08C023 | SR# 88118709K | 88155216K | 88155802K | 88163387K | 88163390K |
|---|---|---|---|---|---|
| ... | SR# 88163391K | 88163392K | 88163393K | 88163394K | 88163396K |
| ... | SR# 88163397K | 88163398K | 88163399K | 88163400K | 88163402K |
| ... | SR# 88163403K | 88163404K | 88163405K | 88163406K | 88163407K |
| ... | SR# 88163408K | 88163409K | 88163410K | 88163411K | 88163412K |
| ... | SR# 88163413K | 88163414K | 88163415K | 88163416K | 88163417K |
| ... | SR# 88163419K | 88163420K | 88163421K | 88163422K | 88163424K |
| ... | SR# 88163425K | 88163426K | 88163428K | 88163433K | 88163435K |
| ... | SR# 88163436K | 88163437K | 88163438K | 88163439K | 88163441K |
| ... | SR# 88163442K | 88163443K | 88163444K | 88163445K | 88163446K |
| ... | SR# 88163449K | 88163451K | 88163454K | 88163462K | 88163473K |
| ... | SR# 88163476K | 88163479K | 88163480K | 88163481K | 88163482K |
| ... | SR# 88163483K | 88163485K | 88163486K | 88163487K | 88163488K |
| ... | SR# 88163489K | 88163502K | 88163503K | 88163507K | 88163508K |
| ... | SR# 88163509K | 88163511K | 88163512K | 88163513K | 88163514K |
| ... | SR# 88163515K | 88163517K | 88163520K | 88163521K | 88163522K |
| ... | SR# 88163523K | 88163524K | 88163525K | 88163526K | 88163527K |
| ... | SR# 88163528K | 88163529K | 88163530K | 88163531K | 88163532K |
| ... | SR# 88163533K | 88163535K | 88163536K | 88163538K | 88163541K |
| ... | SR# 88163542K | 88163544K | 88163545K | 88163546K | 88163547K |
| ... | SR# 88163548K | 88163549K | 88163550K | 88163551K | 88163552K |
| ... | SR# 88163553K | 88163554K | 88163555K | 88163556K | 88163560K |
| ... | SR# 88163561K | 88163562K | 88163563K | 88163564K | 88163566K |
| ... | SR# 88163567K | 88163568K | 88163569K | 88163570K | 88163571K |
| ... | SR# 88163572K | 88163573K | 88163574K | 88163575K | 88163576K |
| ... | SR# 88163577K | 88163579K | 88163580K | 88163582K | 88163583K |
| ... | SR# 88163584K | 88163585K | 88163589K | 88163590K | 88163591K |
| ... | SR# 88163593K | 88163594K | 88163595K | 88163596K | 88163597K |
| ... | SR# 88163598K | 88163600K | 88163601K | 88163603K | 88163604K |
| ... | SR# 88163605K | 88163606K | 88163607K | 88163609K | 88163610K |
| ... | SR# 88163612K | 88163613K | 88163615K | 88163616K | 88163617K |
| ... | SR# 88163618K | 88163619K | 88163620K | 88163621K | 88163622K |

* CONTINUED *

INVOICE

INVOICE #  21005333
PAGE  2 of 4
DOCUMENT DATE  08/29/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2126362 | 497917 | 08/26/08 | 08/29/08 | NET 30 | ORD /25 |

| FOB | | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|---|
| CIF - DESTINATION | | FREIGHT PREPAID | | FEDEX Pallet OD | 701091188148 | | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ... | SR# 88163623K | 88163624K | 88163625K | | | 88163626K | | 88163628K | |
| ... | SR# 88163629K | 88163630K | 88163631K | | | 88163632K | | 88163633K | |
| ... | SR# 88163635K | 88163636K | 88163637K | | | 88163638K | | 88163642K | |
| ... | SR# 88163643K | 88163644K | 88163645K | | | 88163648K | | 88163649K | |
| ... | SR# 88163650K | 88163651K | 88163652K | | | 88163653K | | 88163654K | |
| ... | SR# 88163655K | 88163656K | 88163657K | | | 88163658K | | 88163659K | |
| ... | SR# 88163660K | 88163661K | 88163662K | | | 88163663K | | 88163665K | |
| ... | SR# 88163666K | 88163667K | 88163668K | | | 88163670K | | 88163672K | |
| ... | SR# 88163673K | 88163674K | 88163675K | | | 88163676K | | 88163677K | |
| ... | SR# 88163679K | 88163680K | 88163681K | | | 88163683K | | 88163684K | |
| ... | SR# 88163685K | 88163687K | 88163688K | | | 88163689K | | 88163690K | |
| ... | SR# 88163691K | 88163692K | 88163693K | | | 88163694K | | 88163695K | |
| ... | SR# 88163696K | 88163697K | 88163699K | | | 88163700K | | 88163701K | |
| ... | SR# 88163703K | 88163705K | 88163706K | | | 88163707K | | 88163711K | |
| ... | SR# 88163713K | 88163714K | 88163716K | | | 88163719K | | 88163726K | |
| ... | SR# 88163728K | 88163731K | 88163734K | | | 88163735K | | 88163738K | |
| ... | SR# 88163740K | 88163742K | 88163749K | | | 88163752K | | 88163753K | |
| ... | SR# 88163755K | 88163757K | 88163759K | | | 88163761K | | 88163762K | |
| ... | SR# 88163763K | 88163764K | 88163766K | | | 88163771K | | 88163772K | |
| ... | SR# 88163774K | 88163780K | 88163782K | | | 88163783K | | 88163784K | |
| ... | SR# 88163785K | 88163787K | 88163788K | | | 88163790K | | 88163792K | |
| ... | SR# 88163793K | 88163794K | 88163796K | | | 88163797K | | 88163798K | |
| ... | SR# 88163799K | 88163800K | 88163801K | | | 88163802K | | 88163803K | |
| ... | SR# 88163805K | 88163807K | 88163808K | | | 88163809K | | 88163810K | |
| ... | SR# 88163811K | 88163812K | 88163813K | | | 88163814K | | 88163815K | |
| ... | SR# 88163816K | 88163817K | 88163818K | | | 88163820K | | 88163821K | |
| ... | SR# 88163822K | 88163823K | 88163825K | | | 88163828K | | 88163829K | |
| ... | SR# 88163830K | 88163831K | 88163832K | | | 88163833K | | 88163836K | |
| ... | SR# 88163837K | 88163838K | 88163839K | | | 88163840K | | 88163841K | |
| ... | SR# 88163842K | 88163843K | 88163844K | | | 88163845K | | 88163846K | |
| ... | SR# 88163847K | 88163848K | 88163849K | | | 88163851K | | 88163852K | |
| ... | SR# 88163853K | 88163854K | 88163855K | | | 88163856K | | 88163857K | |
| ... | SR# 88163858K | 88163860K | 88163861K | | | 88163863K | | 88163865K | |
| ... | SR# 88163866K | 88163867K | 88163868K | | | 88163870K | | 88163871K | |
| ... | SR# 88163872K | 88163873K | 88163875K | | | 88163876K | | 88163877K | |
| ... | SR# 88163878K | 88163879K | 88163880K | | | 88163881K | | 88163884K | |
| ... | SR# 88163885K | 88163886K | 88163887K | | | 88163888K | | 88163890K | |

* CONTINUED *

INVOICE
INVOICE #   21005333
PAGE   3 of 4
DOCUMENT DATE   08/29/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | | OC  /AC |
|---|---|---|---|---|---|---|
| 2126362 | 497917 | 08/26/08 | 08/29/08 | NET 30 | | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | FEDEX Pallet OD | 701091188148 | | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 88163891K | 88163892K | 88163893K | | 88163894K | 88163895K | | |
| ... | SR# 88163896K | 88163897K | 88163898K | | 88163899K | 88163900K | | |
| ... | SR# 88163901K | 88163902K | 88163903K | | 88163904K | 88163905K | | |
| ... | SR# 88163906K | 88163907K | 88163908K | | 88163909K | 88163911K | | |
| ... | SR# 88163912K | 88163913K | 88163914K | | 88163917K | 88163918K | | |
| ... | SR# 88163919K | 88163920K | 88163921K | | 88163922K | 88163923K | | |
| ... | SR# 88163924K | 88163925K | 88163926K | | 88163927K | 88163928K | | |
| ... | SR# 88163929K | 88163931K | 88163932K | | 88163933K | 88163934K | | |
| ... | SR# 88163935K | 88163936K | 88163937K | | 88163938K | 88163939K | | |
| ... | SR# 88163940K | 88163941K | 88163942K | | 88163943K | 88163944K | | |
| ... | SR# 88163945K | 88163946K | 88163947K | | 88163948K | 88163949K | | |
| ... | SR# 88163952K | 88163953K | 88163955K | | 88163955K | 88163956K | | |
| ... | SR# 88163957K | 88163958K | 88163959K | | 88163961K | 88163964K | | |
| ... | SR# 88163967K | 88163968K | 88163969K | | 88163970K | 88163971K | | |
| ... | SR# 88163972K | 88163973K | 88163975K | | 88163977K | 88163978K | | |
| ... | SR# 88163980K | 88163982K | 88163983K | | 88163985K | 88163987K | | |
| ... | SR# 88163988K | 88163989K | 88163990K | | 88163991K | 88163994K | | |
| ... | SR# 88163995K | 88163996K | 88163997K | | 88163998K | 88164000K | | |
| ... | SR# 88164001K | 88164002K | 88164003K | | 88164004K | 88164007K | | |
| ... | SR# 88164008K | 88164009K | 88164011K | | 88164012K | 88164014K | | |
| ... | SR# 88164016K | 88164020K | 88164021K | | 88164022K | 88164023K | | |
| ... | SR# 88164024K | 88164025K | 88164026K | | 88164027K | 88164028K | | |
| ... | SR# 88164029K | 88164030K | 88164031K | | 88164032K | 88164033K | | |
| ... | SR# 88164035K | 88164036K | 88164038K | | 88164039K | 88164040K | | |
| ... | SR# 88164041K | 88164042K | 88164043K | | 88164044K | 88164045K | | |
| ... | SR# 88164047K | 88164049K | 88164051K | | 88164052K | 88164053K | | |
| ... | SR# 88164054K | 88164055K | 88164058K | | 88164063K | 88164064K | | |
| ... | SR# 88164067K | 88164070K | 88164072K | | 88164073K | 88164079K | | |
| ... | SR# 88164087K | 88164094K | 88164096K | | 88164099K | 88164102K | | |
| ... | SR# 88164103K | 88164104K | 88164105K | | 88164106K | 88164111K | | |
| ... | SR# 88164112K | 88164114K | 88164115K | | 88164122K | 88164124K | | |
| ... | SR# 88164125K | 88164126K | 88164128K | | 88164132K | 88164134K | | |
| ... | SR# 88164135K | 88164137K | 88164138K | | 88164139K | 88164141K | | |
| ... | SR# 88164143K | 88164144K | 88164145K | | 88164146K | 88164152K | | |
| ... | SR# 88164157K | 88164228K | 88164254K | | 88164288K | 88164298K | | |
| ... | SR# 88164299K | 88164301K | 88164317K | | 88164322K | | | |

* CONTINUED *

INVOICE
INVOICE #   21005333
PAGE   4 of 4
DOCUMENT DATE   08/29/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER 2126362 | ORDER NUMBER 497917 | ORDER DATE 08/26/08 | SHIP DATE 08/29/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|

FOB
CIF - DESTINATION

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
FEDEX Pallet OD

BILL OF LADING
701091188148

SRCWHS

SLSP
DPDCC9

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 340,547.60 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 340,547.60 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE   21005333      BILL TO   35474200
DOCUMENT DATE  08/29/08      CIRCUIT CITY STORES INC

| NET AMOUNT 340,547.60 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 340,547.60 |
|---|---|---|

AMOUNT ENCLOSED: _____

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #     Order #     : 497917 01
           1100 CIRCUIT CITY ROAD                     Order Date :  8/26/08
                                                      Ship Date  :  8/29/08
           MARION            IL  62959                Terms      : PREPAID
Purchase Order # : 2126362                            Carrier    : FEDEX-IDF PALLE
Bill of Lading # : 701091188148                       Total Wgt  : 04794.60
Qty of Cartons   :        8                           Ctrl Order :
Sourcing Warehse : CTC                                Invoice #  : 21005333
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -----------------------------------------
```
701091188148        701091188159        701091188160        701091188170
701091188181        701091188192        701091188207        701091188218
```

--------------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|===|===|=====|=====|=====|===|===============|============================|
| 1 | 1 | 524 | 0 | 524 | EA | PSAE3U-08C023 | SATELLITE A205-S5880 |

### Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| 49791701 | PSAE3U-08C023 | SATELLITE A205-S5880 | 524 |

```
88118709K    88155216K    88155802K    88163387K    88163390K    88163391K

88163392K    88163393K    88163394K    88163396K    88163397K    88163398K

88163399K    88163400K    88163402K    88163403K    88163404K    88163405K

88163406K    88163407K    88163408K    88163409K    88163410K    88163411K

88163412K    88163413K    88163414K    88163415K    88163416K    88163417K

88163419K    88163420K    88163421K    88163422K    88163424K    88163425K

88163426K    88163428K    88163433K    88163435K    88163436K    88163437K

88163438K    88163439K    88163441K    88163442K    88163443K    88163444K

88163445K    88163446K    88163449K    88163451K    88163454K    88163462K
```

DAILY - 08/28/08 - DIV 040

Customer : 35474200 755 CIRCUIT CITY STORES INC #       Order #       : 497917 01
           1100 CIRCUIT CITY ROAD                       Order Date :    8/26/08
                                                        Ship Date  :    8/29/08
           MARION             IL   62959                Terms      :  PREPAID
Purchase Order # : 2126362                              Carrier    :  FEDEX-IDF PALLE
Bill of Lading # : 701091188148                         Total Wgt  :  04794.60
Qty of Cartons   :          8                           Ctrl Order :
Sourcing Warehse : CTC                                  Invoice #  :

                              Unit Detail

Unit           Item#            Description                            Quantity

88163473K      88163476K       88163479K     88163480K     88163481K      88163482K

88163483K      88163485K       88163486K     88163487K     88163488K      88163489K

88163502K      88163503K       88163507K     88163508K     88163509K      88163511K

88163512K      88163513K       88163514K     88163515K     88163517K      88163520K

88163521K      88163522K       88163523K     88163524K     88163525K      88163526K

88163527K      88163528K       88163529K     88163530K     88163531K      88163532K

88163533K      88163535K       88163536K     88163538K     88163541K      88163542K

88163544K      88163545K       88163546K     88163547K     88163548K      88163549K

88163550K      88163551K       88163552K     88163553K     88163554K      88163555K

88163556K      88163560K       88163561K     88163562K     88163563K      88163564K

88163566K      88163567K       88163568K     88163569K     88163570K      88163571K

88163572K      88163573K       88163574K     88163575K     88163576K      88163577K

88163579K      88163580K       88163582K     88163583K     88163584K      88163585K

88163589K      88163590K       88163591K     88163593K     88163594K      88163595K

88163596K      88163597K       88163598K     88163600K     88163601K      88163603K

88163604K      88163605K       88163606K     88163607K     88163609K      88163610K

88163612K      88163613K       88163615K     88163616K     88163617K      88163618K

88163619K      88163620K       88163621K     88163622K     88163623K      88163624K

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 08/28/08 - DIV 040

Customer : 35474200 755 CIRCUIT CITY STORES INC #          Order #      : 497917 01
1100 CIRCUIT CITY ROAD                                     Order Date  :  8/26/08
                                                           Ship Date   :  8/29/08
         MARION            IL  62959                       Terms       : PREPAID
Purchase Order # : 2126362                                 Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 701091188148                            Total Wgt   : 04794.60
Qty of Cartons   :         8                               Ctrl Order  :
Sourcing Warehse : CTC                                     Invoice #   :

                                    Unit Detail

Unit            Item#              Description                        Quantity

88163625K       88163626K       88163628K     88163629K       88163630K     88163631K

88163632K       88163633K       88163635K     88163636K       88163637K     88163638K

88163642K       88163643K       88163644K     88163645K       88163648K     88163649K

88163650K       88163651K       88163652K     88163653K       88163654K     88163655K

88163656K       88163657K       88163658K     88163659K       88163660K     88163661K

88163662K       88163663K       88163665K     88163666K       88163667K     88163668K

88163670K       88163672K       88163673K     88163674K       88163675K     88163676K

88163677K       88163679K       88163680K     88163681K       88163683K     88163684K

88163685K       88163687K       88163688K     88163689K       88163690K     88163691K

88163692K       88163693K       88163694K     88163695K       88163696K     88163697K

88163699K       88163700K       88163701K     88163703K       88163705K     88163706K

88163707K       88163711K       88163713K     88163714K       88163716K     88163719K

88163726K       88163728K       88163731K     88163734K       88163735K     88163738K

88163740K       88163742K       88163749K     88163752K       88163753K     88163755K

88163757K       88163759K       88163761K     88163762K       88163763K     88163764K

88163766K       88163771K       88163772K     88163774K       88163780K     88163782K

88163783K       88163784K       88163785K     88163787K       88163788K     88163790K

88163792K       88163793K       88163794K     88163796K       88163797K     88163798K

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                        DAILY - 08/28/08 - DIV 040

Customer : 35474200 755 CIRCUIT CITY STORES INC #      Order #      : 497917 01
           1100 CIRCUIT CITY ROAD                      Order Date : 8/26/08
                                                       Ship Date  : 8/29/08
           MARION           IL  62959                  Terms      : PREPAID
Purchase Order # : 2126362                             Carrier    : FEDEX-IDF PALLE
Bill of Lading # : 701091188148                        Total Wgt  : 04794.60
Qty of Cartons   :      8                              Ctrl Order :
Sourcing Warehse : CTC                                 Invoice #  :

## Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| 88163799K | 88163800K | 88163801K | 88163802K | 88163803K | 88163805K |
| 88163807K | 88163808K | 88163809K | 88163810K | 88163811K | 88163812K |
| 88163813K | 88163814K | 88163815K | 88163816K | 88163817K | 88163818K |
| 88163820K | 88163821K | 88163822K | 88163823K | 88163825K | 88163828K |
| 88163829K | 88163830K | 88163831K | 88163832K | 88163833K | 88163836K |
| 88163837K | 88163838K | 88163839K | 88163840K | 88163841K | 88163842K |
| 88163843K | 88163844K | 88163845K | 88163846K | 88163847K | 88163848K |
| 88163849K | 88163851K | 88163852K | 88163853K | 88163854K | 88163855K |
| 88163856K | 88163857K | 88163858K | 88163860K | 88163861K | 88163863K |
| 88163865K | 88163866K | 88163867K | 88163868K | 88163870K | 88163871K |
| 88163872K | 88163873K | 88163875K | 88163876K | 88163877K | 88163878K |
| 88163879K | 88163880K | 88163881K | 88163884K | 88163885K | 88163886K |
| 88163887K | 88163888K | 88163890K | 88163891K | 88163892K | 88163893K |
| 88163894K | 88163895K | 88163896K | 88163897K | 88163898K | 88163899K |
| 88163900K | 88163901K | 88163902K | 88163903K | 88163904K | 88163905K |
| 88163906K | 88163907K | 88163908K | 88163909K | 88163911K | 88163912K |
| 88163913K | 88163914K | 88163917K | 88163918K | 88163919K | 88163920K |
| 88163921K | 88163922K | 88163923K | 88163924K | 88163925K | 88163926K |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

Customer : 35474200 755 CIRCUIT CITY STORES INC #        Order #     : 497917 01
          1100 CIRCUIT CITY ROAD                          Order Date :  8/26/08
                                                          Ship Date  :  8/29/08
          MARION        IL  62959                         Terms      : PREPAID
Purchase Order # : 2126362                                Carrier    : FEDEX-IDF PALLE
Bill of Lading # : 701091188148                           Total Wgt  : 04794.60
Qty of Cartons   :        8                               Ctrl Order :
Sourcing Warehse : CTC                                    Invoice #  :

                                Unit Detail

Unit          Item#              Description                        Quantity

88163927K     88163928K     88163929K    88163931K     88163932K     88163933K

88163934K     88163935K     88163936K    88163937K     88163938K     88163939K

88163940K     88163941K     88163942K    88163943K     88163944K     88163945K

88163946K     88163947K     88163948K    88163949K     88163952K     88163953K

88163954K     88163955K     88163956K    88163957K     88163958K     88163959K

88163961K     88163964K     88163967K    88163968K     88163969K     88163970K

88163971K     88163972K     88163973K    88163975K     88163977K     88163978K

88163980K     88163982K     88163983K    88163985K     88163987K     88163988K

88163989K     88163990K     88163991K    88163994K     88163995K     88163996K

88163997K     88163998K     88164000K    88164001K     88164002K     88164003K

88164004K     88164007K     88164008K    88164009K     88164011K     88164012K

88164014K     88164016K     88164020K    88164021K     88164022K     88164023K

88164024K     88164025K     88164026K    88164027K     88164028K     88164029K

88164030K     88164031K     88164032K    88164033K     88164035K     88164036K

88164038K     88164039K     88164040K    88164041K     88164042K     88164043K

88164044K     88164045K     88164047K    88164049K     88164051K     88164052K

88164053K     88164054K     88164055K    88164058K     88164063K     88164064K

88164067K     88164070K     88164072K    88164073K     88164079K     88164087K

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                        DAILY - 08/28/08 - DIV 040

8/29/08 Case 08-35653-KRH Doc 458-11 Filed 11/26/08 Entered 11/26/08 18:03:21 Desc
1:21:24 O P Exhibit(s) voices and Proof of Delivery Cont. Page 21 of 27

PAGE : 6

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #        Order #      : 497917 01
           1100 CIRCUIT CITY ROAD                        Order Date  :  8/26/08
                                                         Ship Date   :  8/29/08
           MARION           IL  62959                    Terms       : PREPAID
Purchase Order # : 2126362                               Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 701091188148                          Total Wgt   : 04794.60
Qty of Cartons   :           8                           Ctrl Order  :
Sourcing Warehse : CTC                                   Invoice #   :
```

## Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| 88164094K | 88164096K | 88164099K | 88164102K | 88164103K | 88164104K |
| 88164105K | 88164106K | 88164111K | 88164112K | 88164114K | 88164115K |
| 88164122K | 88164124K | 88164125K | 88164126K | 88164128K | 88164132K |
| 88164134K | 88164135K | 88164137K | 88164138K | 88164139K | 88164141K |
| 88164143K | 88164144K | 88164145K | 88164146K | 88164152K | 88164157K |
| 88164228K | 88164254K | 88164288K | 88164298K | 88164299K | 88164301K |
| 88164317K | 88164322K | | | | |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 08/28/08 - DIV 040

**FedEx**
Express ®

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **701091188148**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MARION, IL |
| Signed for by: | R.SMITH | Delivery date: | Sep 2, 2008 11:55 |
| Service type: | IP DirectDistribution Freight | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 701091188148 | Ship date: | Aug 29, 2008 |
| | | Weight: | 292.4 kgs. |

| | |
|---|---|
| Recipient: | Shipper: |
| MARION, IL US | KUNSHAN CN |

| | |
|---|---|
| Reference | 49791701 |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# FedEx
## Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **701091188159**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MARION, IL |
| Signed for by: | R.SMITH | Delivery date: | Sep 2, 2008 11:55 |
| Service type: | IP DirectDistribution Freight | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 701091188159 | Ship date: | Aug 29, 2008 |
| | | Weight: | 292.4 kgs. |

| Recipient: | Shipper: |
|---|---|
| MARION, IL US | KUNSHAN CN |

| Reference | |
|---|---|
| | 49791701 |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**FedEx**
Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **701091188160**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MARION, IL |
| Signed for by: | R.SMITH | Delivery date: | Sep 2, 2008 11:55 |
| Service type: | IP DirectDistribution Freight | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 701091188160 | Ship date: | Aug 29, 2008 |
| | | Weight: | 292.4 kgs. |

Recipient:
MARION, IL US

Shipper:
KUNSHAN CN

Reference

49791701

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# FedEx
## Express ®

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **701091188170**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MARION, IL |
| Signed for by: | R.SMITH | Delivery date: | Sep 2, 2008 11:55 |
| Service type: | IP DirectDistribution Freight | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 701091188170 | Ship date: | Aug 29, 2008 |
| | | Weight: | 292.4 kgs. |

Recipient:
MARION, IL US

Shipper:
KUNSHAN CN

Reference

49791701

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**FedEx**
Express

Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **701091188181**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MARION, IL |
| Signed for by: | R.SMITH | Delivery date: | Sep 2, 2008 11:55 |
| Service type: | IP DirectDistribution Freight | | |



---

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 701091188181 | Ship date: | Aug 29, 2008 |
| | | Weight: | 292.4 kgs. |

| | |
|---|---|
| Recipient: | Shipper: |
| MARION, IL US | KUNSHAN CN |
| Reference | 49791701 |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# FedEx

### Express ®

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **701091188192**.

---

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MARION, IL |
| Signed for by: | R.SMITH | Delivery date: | Sep 2, 2008 11:55 |
| Service type: | IP DirectDistribution Freight | | |



---

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 701091188192 | Ship date: | Aug 29, 2008 |
| | | Weight: | 292.4 kgs. |

| Recipient: | Shipper: |
|---|---|
| MARION, IL US | KUNSHAN CN |

| Reference | |
|---|---|
| | 49791701 |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339