TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

```
                                                        INVOICE
                                        INVOICE #   21031128
                                        PAGE        1 of 3
                                        DOCUMENT DATE  09/30/08
```

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200353
CIRCUIT CITY STORES INC #353
680 S LEMON AVENUE
WALNUT CA 91789

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2151451 | 524933 | 09/18/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | FEDEX  PALLET OD | 709829263784 | CTD | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| PSMDYU-00J005 | SATELLITE M305D-S4840 | 352 | 352 | 0 | EA | 764.99 | .0 | 764.99 | 269,276.48 |
| | CUSTOMER PART NUMBER: M305DS4840 | | | | | | | | |

SERIAL NUMBERS:
PSMDYU-00J005

| | | | | | |
|---|---|---|---|---|---|
| ... | SR# 98115293W | 98115295W | 98115367W | 98115388W | 98115411W |
| ... | SR# 98115414W | 98115482W | 98115487W | 98115494W | 98115520W |
| ... | SR# 98115550W | 98115555W | 98115616W | 98129879W | 98129880W |
| ... | SR# 98129884W | 98129890W | 98129893W | 98129894W | 98129920W |
| ... | SR# 98129923W | 98129924W | 98129928W | 98129929W | 98129937W |
| ... | SR# 98129939W | 98129948W | 98129949W | 98129957W | 98129960W |
| ... | SR# 98129968W | 98129969W | 98129979W | 98129982W | 98129987W |
| ... | SR# 98129988W | 98129991W | 98129995W | 98129998W | 98130001W |
| ... | SR# 98130002W | 98130005W | 98130007W | 98130011W | 98130028W |
| ... | SR# 98130029W | 98130042W | 98130045W | 98130046W | 98130047W |
| ... | SR# 98130052W | 98130058W | 98130059W | 98130060W | 98130061W |
| ... | SR# 98130062W | 98130064W | 98130074W | 98130077W | 98130078W |
| ... | SR# 98130087W | 98130096W | 98130099W | 98130110W | 98130123W |
| ... | SR# 98130137W | 98130153W | 98130154W | 98130156W | 98130157W |
| ... | SR# 98130166W | 98130169W | 98130174W | 98130184W | 98130186W |
| ... | SR# 98130208W | 98130222W | 98130231W | 98130236W | 98130239W |
| ... | SR# 98130246W | 98130248W | 98130251W | 98130259W | 98130283W |
| ... | SR# 98130321W | 98130322W | 98130326W | 98130328W | 98130335W |
| ... | SR# 98130343W | 98130346W | 98130356W | 98130360W | 98130385W |
| ... | SR# 98130387W | 98130388W | 98130403W | 98130404W | 98130410W |
| ... | SR# 98130415W | 98130417W | 98130418W | 98130419W | 98130420W |
| ... | SR# 98130423W | 98130426W | 98130431W | 98130432W | 98130433W |
| ... | SR# 98130437W | 98130439W | 98130440W | 98130443W | 98130448W |
| ... | SR# 98130449W | 98130451W | 98130452W | 98130453W | 98130456W |
| ... | SR# 98130458W | 98130459W | 98130461W | 98130462W | 98130465W |
| ... | SR# 98130469W | 98130470W | 98130476W | 98130478W | 98130481W |
| ... | SR# 98130487W | 98130490W | 98130495W | 98130503W | 98130506W |
| ... | SR# 98130507W | 98130509W | 98130514W | 98130517W | |
| ... | SR# 98130518W | 98130520W | 98130526W | 98130530W | 98130531W |
| ... | SR# 98130534W | 98130537W | 98130544W | 98130547W | |
| ... | SR# 98130549W | 98130554W | 98130555W | 98130561W | 98130563W |
| ... | SR# 98130573W | 98130585W | 98130590W | 98130591W | 98130593W |

* CONTINUED *

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE
INVOICE #  21031128
PAGE   2 of 3
DOCUMENT DATE   09/30/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200353
CIRCUIT CITY STORES INC #353
680 S LEMON AVENUE
WALNUT CA 91789

| PURCHASE ORDER NUMBER 2151451 | ORDER NUMBER 524933 | ORDER DATE 09/18/08 | SHIP DATE 09/30/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|
| FOB CIF - DESTINATION CUSTOMER MSGS: | FREIGHT TERMS FREIGHT PREPAID | | SHIP VIA FEDEX  PALLET OD | BILL OF LADING 709829263784 | SRCWHS CTD   SLSP DPDCC9 |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ... | SR# 98130600W | 98130602W | 98130607W | 98130614W | 98130617W | | | | |
| ... | SR# 98130620W | 98130622W | 98130623W | 98130625W | 98130632W | | | | |
| ... | SR# 98130636W | 98130640W | 98130651W | 98130655W | 98130659W | | | | |
| ... | SR# 98130662W | 98130667W | 98130670W | 98130673W | 98130677W | | | | |
| ... | SR# 98130678W | 98130679W | 98130681W | 98130686W | 98130694W | | | | |
| ... | SR# 98130697W | 98130698W | 98130699W | 98130700W | 98130701W | | | | |
| ... | SR# 98130706W | 98130707W | 98130708W | 98130709W | 98130710W | | | | |
| ... | SR# 98130713W | 98130715W | 98130716W | 98130717W | 98130718W | | | | |
| ... | SR# 98130719W | 98130720W | 98130722W | 98130725W | 98130732W | | | | |
| ... | SR# 98130733W | 98130735W | 98130740W | 98130742W | 98130744W | | | | |
| ... | SR# 98130745W | 98130749W | 98130751W | 98130752W | 98130755W | | | | |
| ... | SR# 98130756W | 98130757W | 98130760W | 98130761W | 98130762W | | | | |
| ... | SR# 98130763W | 98130764W | 98130769W | 98130770W | 98130773W | | | | |
| ... | SR# 98130778W | 98130780W | 98130781W | 98130786W | 98130788W | | | | |
| ... | SR# 98130789W | 98130790W | 98130791W | 98130792W | 98130793W | | | | |
| ... | SR# 98130794W | 98130795W | 98130796W | 98130797W | 98130798W | | | | |
| ... | SR# 98130799W | 98130800W | 98130801W | 98130802W | 98130803W | | | | |
| ... | SR# 98130804W | 98130805W | 98130806W | 98130807W | 98130808W | | | | |
| ... | SR# 98130809W | 98130810W | 98130811W | 98130812W | 98130813W | | | | |
| ... | SR# 98130814W | 98130815W | 98130816W | 98130817W | 98130818W | | | | |
| ... | SR# 98130819W | 98130820W | 98130821W | 98130822W | 98130823W | | | | |
| ... | SR# 98130824W | 98130826W | 98130827W | 98130828W | 98130829W | | | | |
| ... | SR# 98130830W | 98130831W | 98130832W | 98130871W | 98130959W | | | | |
| ... | SR# 98130973W | 98130980W | 98131053W | 98131069W | 98131170W | | | | |
| ... | SR# 98131256W | 98131258W | 98131275W | 98131282W | 98131290W | | | | |
| ... | SR# 98131295W | 98131333W | 98131338W | 98131347W | 98131366W | | | | |
| ... | SR# 98131424W | 98131437W | 98131454W | 98131467W | 98131477W | | | | |
| ... | SR# 98131498W | 98131501W | 98131530W | 98131608W | 98131688W | | | | |
| ... | SR# 98131694W | 98131703W | 98131716W | 98131732W | 98131823W | | | | |
| ... | SR# 98131878W | 98131895W | 98131949W | 98131955W | 98132015W | | | | |
| ... | SR# 98132111W | 98132114W | 98132115W | 98132133W | 98132192W | | | | |
| ... | SR# 98132265W | 98132314W | 98132323W | 98132331W | 98132344W | | | | |
| ... | SR# 98132345W | 98132352W | 98132355W | 98132368W | 98132372W | | | | |
| ... | SR# 98132374W | 98132394W | 98132401W | 98132402W | 98132410W | | | | |
| ... | SR# 98132436W | 98132446W | 98132515W | 98132532W | 98132533W | | | | |
| ... | SR# 98132536W | 98132537W | 98132541W | 98132551W | 98132552W | | | | |
| ... | SR# 98132554W | 98132571W | 98132572W | 98132576W | 98132581W | | | | |

* CONTINUED *

INVOICE

| | |
|---|---|
| INVOICE # | 21031128 |
| PAGE | 3 of 3 |
| DOCUMENT DATE | 09/30/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200353
CIRCUIT CITY STORES INC #353
680 S LEMON AVENUE
WALNUT CA 91789

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2151451 | 524933 | 09/18/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | FEDEX  PALLET OD | 709829263784 | CTD | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 98132583W | 98132597W | | 98132606W | 98132614W | | 98132617W | |
| ... | SR# 98132623W | 98132632W | | | | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 269,276.48 | 0.00 | 0.00 | 0.00 | 269,276.48 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

| | | |
|---|---|---|
| INVOICE | 21031128 | BILL TO  35474200 |
| DOCUMENT DATE | 09/30/08 | CIRCUIT CITY STORES INC |

PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 269,276.48 | 0.00 | 269,276.48 |

AMOUNT ENCLOSED: _____

Customer : 35474200 353 CIRCUIT CITY STORES INC #        Order #     : 524933 00
             680 S LEMON AVENUE                          Order Date :  9/18/08
                                                         Ship Date  :  9/30/08
                 WALNUT          CA  91789               Terms       : PREPAID
Purchase Order # : 2151451                               Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 709829263784                          Total Wgt   : 03097.60
Qty of Cartons   :        6                              Ctrl Order :
Sourcing Warehse : CTD                                   Invoice #  :  21031128

-------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS ---------
-------------------- Tracking Numbers --------------------------------------
709829263784            709829263795        709829263800        709829263810
709829263821            709829263832

-------------------------------------------------------------------------
Whs Ord  Ord    B/O    Shp
Ln# Ln#  Qty    Qty    Qty   UOM   Item #              Item Description
=== ===  =====  =====  ===== ===   ===============     ========================

 1   1   352      0    352    EA   PSMDYU-00J005       SATELLITE M305D-S4840

                               Unit Detail

Unit           Item#              Description                      Quantity

52493300       PSMDYU-00J005      SATELLITE M305D-S4840              352

98115293W      98115295W    98115367W    98115388W    98115411W    98115414W

98115482W      98115487W    98115494W    98115520W    98115550W    98115555W

98115616W      98129879W    98129880W    98129884W    98129890W    98129893W

98129894W      98129920W    98129923W    98129924W    98129928W    98129929W

98129937W      98129939W    98129948W    98129949W    98129957W    98129960W

98129968W      98129969W    98129979W    98129982W    98129987W    98129988W

98129991W      98129995W    98129998W    98130001W    98130002W    98130005W

98130007W      98130011W    98130028W    98130029W    98130042W    98130045W

98130046W      98130047W    98130052W    98130058W    98130059W    98130060W

Customer : 35474200 353 CIRCUIT CITY STORES INC #
           680 S LEMON AVENUE

               WALNUT        CA  91789

Purchase Order # : 2151451
Bill of Lading # : 709829263784
Qty of Cartons   :        6
Sourcing Warehse : CTD

Order #     : 524933 00
Order Date  :  9/18/08
Ship Date   :  9/30/08
Terms       : PREPAID
Carrier     : FEDEX-IDF PALLE
Total Wgt   : 03097.60
Ctrl Order  :
Invoice #   :

## Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| 98130061W | 98130062W | 98130064W | 98130074W | 98130077W | 98130078W |
| 98130087W | 98130096W | 98130099W | 98130110W | 98130123W | 98130137W |
| 98130153W | 98130154W | 98130156W | 98130157W | 98130166W | 98130169W |
| 98130174W | 98130184W | 98130186W | 98130208W | 98130222W | 98130231W |
| 98130236W | 98130239W | 98130246W | 98130248W | 98130251W | 98130259W |
| 98130283W | 98130321W | 98130322W | 98130326W | 98130328W | 98130335W |
| 98130343W | 98130346W | 98130356W | 98130360W | 98130385W | 98130387W |
| 98130388W | 98130403W | 98130404W | 98130410W | 98130415W | 98130417W |
| 98130418W | 98130419W | 98130420W | 98130423W | 98130426W | 98130431W |
| 98130432W | 98130433W | 98130437W | 98130439W | 98130440W | 98130443W |
| 98130448W | 98130449W | 98130451W | 98130452W | 98130453W | 98130456W |
| 98130458W | 98130459W | 98130461W | 98130462W | 98130465W | 98130469W |
| 98130470W | 98130476W | 98130478W | 98130481W | 98130487W | 98130490W |
| 98130495W | 98130503W | 98130506W | 98130507W | 98130509W | 98130510W |
| 98130514W | 98130517W | 98130518W | 98130520W | 98130526W | 98130530W |
| 98130531W | 98130534W | 98130537W | 98130543W | 98130544W | 98130547W |
| 98130549W | 98130554W | 98130555W | 98130561W | 98130563W | 98130573W |
| 98130585W | 98130590W | 98130591W | 98130593W | 98130600W | 98130602W |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #     Order #      : 524933 00
           680 S LEMON AVENUE                          Order Date : 9/18/08
                                                       Ship Date  : 9/30/08
           WALNUT          CA  91789                   Terms       : PREPAID
Purchase Order # : 2151451                             Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 709829263784                        Total Wgt  : 03097.60
Qty of Cartons   :        6                            Ctrl Order :
Sourcing Warehse : CTD                                 Invoice #  :
```

                              Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| 98130607W | 98130614W | 98130617W | 98130620W | 98130622W | 98130623W |
| 98130625W | 98130632W | 98130636W | 98130640W | 98130651W | 98130655W |
| 98130659W | 98130662W | 98130667W | 98130670W | 98130673W | 98130677W |
| 98130678W | 98130679W | 98130681W | 98130686W | 98130694W | 98130697W |
| 98130698W | 98130699W | 98130700W | 98130701W | 98130706W | 98130707W |
| 98130708W | 98130709W | 98130710W | 98130713W | 98130715W | 98130716W |
| 98130717W | 98130718W | 98130719W | 98130720W | 98130722W | 98130725W |
| 98130732W | 98130733W | 98130735W | 98130740W | 98130742W | 98130744W |
| 98130745W | 98130749W | 98130751W | 98130752W | 98130755W | 98130756W |
| 98130757W | 98130760W | 98130761W | 98130762W | 98130763W | 98130764W |
| 98130769W | 98130770W | 98130773W | 98130778W | 98130780W | 98130781W |
| 98130786W | 98130788W | 98130789W | 98130790W | 98130791W | 98130792W |
| 98130793W | 98130794W | 98130795W | 98130796W | 98130797W | 98130798W |
| 98130799W | 98130800W | 98130801W | 98130802W | 98130803W | 98130804W |
| 98130805W | 98130806W | 98130807W | 98130808W | 98130809W | 98130810W |
| 98130811W | 98130812W | 98130813W | 98130814W | 98130815W | 98130816W |
| 98130817W | 98130818W | 98130819W | 98130820W | 98130821W | 98130822W |
| 98130823W | 98130824W | 98130826W | 98130827W | 98130828W | 98130829W |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                        DAILY - 09/29/08 - DIV 040

Customer : 35474200 353 CIRCUIT CITY STORES INC #        Order #      : 524933 00
           680 S LEMON AVENUE                            Order Date   :  9/18/08
                                                         Ship Date    :  9/30/08
               WALNUT          CA  91789                 Terms        : PREPAID
Purchase Order # : 2151451                               Carrier      : FEDEX-IDF PALLE
Bill of Lading # : 709829263784                          Total Wgt    : 03097.60
Qty of Cartons   :        6                              Ctrl Order   :
Sourcing Warehse : CTD                                   Invoice #    :

## Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| 98130830W | 98130831W | 98130832W | 98130871W | 98130959W | 98130973W |
| 98130980W | 98131053W | 98131069W | 98131170W | 98131256W | 98131258W |
| 98131275W | 98131282W | 98131290W | 98131295W | 98131333W | 98131338W |
| 98131347W | 98131366W | 98131424W | 98131437W | 98131454W | 98131467W |
| 98131477W | 98131498W | 98131501W | 98131561W | 98131608W | 98131688W |
| 98131694W | 98131703W | 98131716W | 98131732W | 98131823W | 98131878W |
| 98131895W | 98131949W | 98131955W | 98132015W | 98132111W | 98132114W |
| 98132115W | 98132133W | 98132192W | 98132265W | 98132314W | 98132323W |
| 98132331W | 98132344W | 98132345W | 98132352W | 98132355W | 98132368W |
| 98132372W | 98132374W | 98132394W | 98132401W | 98132402W | 98132410W |
| 98132436W | 98132446W | 98132515W | 98132532W | 98132533W | 98132536W |
| 98132537W | 98132541W | 98132551W | 98132552W | 98132554W | 98132571W |
| 98132572W | 98132576W | 98132581W | 98132583W | 98132597W | 98132606W |
| 98132614W | 98132617W | 98132623W | 98132632W | | |

///////  E N D   O F   P A C K I N G   L I S T  ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

**FedEx**

November 10, 2008

Dear Customer:

Proof-of-delivery letters are being provided for the following shipments:

| | |
|---|---|
| **709829263784** | WALNUT, CA |
| **709829263795** | WALNUT, CA |
| **709829263800** | WALNUT, CA |
| **709829263810** | WALNUT, CA |
| **709829263821** | WALNUT, CA |
| **709829263832** | WALNUT, CA |

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx.  We look forward to working with you in the future.

FedEx
1.800.GoFedEx 1.800.463.3339

# FedEx
## Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S.Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **709829263784**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | WALNUT, CA |
| Signed for by: | D.ENGERON | Delivery date: | Oct 3, 2008 09:54 |
| Service type: | IP DirectDistribution Freight | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 709829263784 | Ship date: | Sep 30, 2008 |
| | | Weight: | 266.0 kgs. |

Recipient:
WALNUT, CA US

Shipper:
SHANGHAI CN

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# FedEx
### Express ®

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **709829263795**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | WALNUT, CA |
| Signed for by: | D.ENGERON | Delivery date: | Oct 3, 2008 09:54 |
| Service type: | IP DirectDistribution Freight | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 709829263795 | Ship date: | Sep 30, 2008 |
| | | Weight: | 266.0 kgs. |

**Recipient:**
WALNUT, CA US

**Shipper:**
SHANGHAI CN

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# FedEx
## Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **709829263800**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | WALNUT, CA |
| Signed for by: | D.ENGERON | Delivery date: | Oct 3, 2008 09:54 |
| Service type: | IP DirectDistribution Freight | | |

---

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 709829263800 | Ship date: | Sep 30, 2008 |
| | | Weight: | 266.0 kgs. |

Recipient:
WALNUT, CA US

Shipper:
SHANGHAI CN

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**FedEx**
Express

Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **709829263810**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | WALNUT, CA |
| Signed for by: | D.ENGERON | Delivery date: | Oct 3, 2008 09:54 |
| Service type: | IP DirectDistribution Freight | | |

---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 709829263810 | Ship date: | Sep 30, 2008 |
| | | Weight: | 266.0 kgs. |

Recipient:
WALNUT, CA US

Shipper:
SHANGHAI CN

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# FedEx
## Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **709829263821**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | WALNUT, CA |
| Signed for by: | D.ENGERON | Delivery date: | Oct 3, 2008 09:54 |
| Service type: | IP DirectDistribution Freight | | |

---

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 709829263821 | Ship date: | Sep 30, 2008 |
| | | Weight: | 266.0 kgs. |

Recipient:
WALNUT, CA US

Shipper:
SHANGHAI CN

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**FedEx**
Express

Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **709829263832**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | WALNUT, CA |
| Signed for by: | D.ENGERON | Delivery date: | Oct 3, 2008 09:54 |
| Service type: | IP DirectDistribution Freight | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 709829263832 | Ship date: | Sep 30, 2008 |
| | | Weight: | 100.0 kgs. |

Recipient:
WALNUT, CA US

Shipper:
SHANGHAI CN

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

# FedEx Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **701091188207**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | MARION, IL |
| **Signed for by:** | R.SMITH | **Delivery date:** | Sep 2, 2008 11:55 |
| **Service type:** | IP DirectDistribution Freight | | |



---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 701091188207 | **Ship date:** | Aug 29, 2008 |
| | | **Weight:** | 292.4 kgs. |

**Recipient:**
MARION, IL US

**Shipper:**
KUNSHAN CN

**Reference**

49791701

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**FedEx**
Express ®

Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **701091188218**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MARION, IL |
| Signed for by: | R.SMITH | Delivery date: | Sep 2, 2008 11:55 |
| Service type: | IP DirectDistribution Freight | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 701091188218 | Ship date: | Aug 29, 2008 |
| | | Weight: | 274.7 kgs. |

Recipient:
MARION, IL US

Shipper:
KUNSHAN CN

Reference

49791701

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE
INVOICE #  21031350
PAGE     1 of 4
DOCUMENT DATE  09/30/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157806 | 536059 ~02 | 09/25/08 | 09/30/08 | NET 30 | ORD /25 |

FOB
CIF - DESTINATION
CUSTOMER MSGS:

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
UPS Pallet OD

BILL OF LADING
1Z40039A6604969752

SRCWHS   SLSP
CTS      DPDCC9

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| PSLB8U-05202F | SATELLITE L305-S5908 | | | | | | | | |
| | CUSTOMER PART NUMBER: L305S5908 | 1364 | 572 | 0 | EA | 717.59 | .0 | 717.59 | 410,461.48 |

SERIAL NUMBERS:
PSLB8U-05202F

| | SR# | | | | | |
|---|---|---|---|---|---|---|
| ... | SR# 98717098Q | 98717103Q | 98717121Q | 98717124Q | 98717128Q |
| ... | SR# 98717156Q | 98717188Q | 98717582Q | 98717602Q | 98717628Q |
| ... | SR# 98717671Q | 98717780Q | 98717824Q | 98718030Q | 98717842Q |
| ... | SR# 98717847Q | 98717853Q | 98717874Q | 98718019Q | 98718085Q |
| ... | SR# 98718176Q | 98718207Q | 98718217Q | 98718316Q | 98718384Q |
| ... | SR# 98718420Q | 98718505Q | 98718512Q | 98718522Q | 98718525Q |
| ... | SR# 98718544Q | 98718551Q | 98718559Q | 98718564Q | 98718568Q |
| ... | SR# 98718582Q | 98718599Q | 98718603Q | 98718632Q | 98718635Q |
| ... | SR# 98718641Q | 98718648Q | 98718653Q | 98718672Q | 98718692Q |
| ... | SR# 98718697Q | 98718703Q | 98718708Q | 98718712Q | 98718721Q |
| ... | SR# 98718727Q | 98718736Q | 98718740Q | 98718747Q | 98718752Q |
| ... | SR# 98718760Q | 98718768Q | 98718772Q | 98718776Q | 98718782Q |
| ... | SR# 98718784Q | 98718818Q | 98718823Q | 98718828Q | 98718833Q |
| ... | SR# 98718840Q | 98718856Q | 98718867Q | 98718871Q | 98719040Q |
| ... | SR# 98718909Q | 98718914Q | 98718919Q | 98718926Q | 98718930Q |
| ... | SR# 98718938Q | 98718945Q | 98718948Q | 98718953Q | 98718958Q |
| ... | SR# 98718973Q | 98719005Q | 98719037Q | 98719037Q | 98719044Q |
| ... | SR# 98719049Q | 98719052Q | 98719054Q | 98719061Q | 98719069Q |
| ... | SR# 98719077Q | 98719080Q | 98719089Q | 98719097Q | 98719107Q |
| ... | SR# 98719125Q | 98719129Q | 98719140Q | 98719149Q | 98719158Q |
| ... | SR# 98719165Q | 98719178Q | 98719185Q | 98719206Q | 98719213Q |
| ... | SR# 98719218Q | 98719231Q | 98719253Q | 98719275Q | 98719300Q |
| ... | SR# 98719329Q | 98719371Q | 98719428Q | 98719437Q | 98719454Q |
| ... | SR# 98719459Q | 98719464Q | 98719477Q | 98719486Q | 98719491Q |
| ... | SR# 98719505Q | 98719509Q | 98719543Q | 98719549Q | 98719600Q |
| ... | SR# 98719625Q | 98719633Q | 98719659Q | 98719676Q | 98719682Q |
| ... | SR# 98719705Q | 98719739Q | 98719743Q | 98719768Q | 98719875Q |
| ... | SR# 98719797Q | 98719848Q | 98719865Q | 98719871Q | 98719773Q |
| ... | SR# 98719879Q | 98719884Q | 98719889Q | 98719894Q | 98719898Q |
| ... | SR# 98719904Q | 98719907Q | 98719931Q | 98719931Q | 98719937Q |
| ... | SR# 98719940Q | 98719946Q | 98719954Q | 98719971Q | 98719983Q |
| ... | SR# 98720000Q | 98720034Q | 98720060Q | 98720068Q | 98720103Q |

* CONTINUED *

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE
INVOICE #   21031350
PAGE   2 of 4
DOCUMENT DATE   09/30/08

BILL TO   35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO   35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER 2157806 | ORDER NUMBER 536059 | ORDER DATE 09/25/08 | SHIP DATE 09/30/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |

| FOB CIF - DESTINATION CUSTOMER MSGS: | FREIGHT TERMS FREIGHT PREPAID | SHIP VIA UPS Pallet OD | BILL OF LADING 1240039A6604969752 | SRCWHS CTS | SLSP DPDCC9 |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 98720107Q | 98720119Q | 98720206Q | | 98720210Q | | 98720233Q | |
| ... | SR# 98720236Q | 98720241Q | 98720244Q | | 98720246Q | | 98720252Q | |
| ... | SR# 98720260Q | 98720262Q | 98720265Q | | 98720267Q | | 98720275Q | |
| ... | SR# 98720279Q | 98720284Q | 98720293Q | | 98720297Q | | 98720303Q | |
| ... | SR# 98720307Q | 98720323Q | 98720334Q | | 98720367Q | | 98720409Q | |
| ... | SR# 98720412Q | 98720493Q | 98720754Q | | 98721201Q | | 98721303Q | |
| ... | SR# 98721369Q | 98721378Q | 98721383Q | | 98721405Q | | 98721434Q | |
| ... | SR# 98721508Q | 98721601Q | 98721604Q | | 98721631Q | | 98721697Q | |
| ... | SR# 98721708Q | 98721742Q | 98721766Q | | 98721777Q | | 98721782Q | |
| ... | SR# 98721799Q | 98721804Q | 98721812Q | | 98721817Q | | 98721825Q | |
| ... | SR# 98721835Q | 98721839Q | 98721877Q | | 98721886Q | | 98721906Q | |
| ... | SR# 98721921Q | 98721926Q | 98721934Q | | 98721944Q | | 98721950Q | |
| ... | SR# 98721955Q | 98721959Q | 98721972Q | | 98721976Q | | 98721986Q | |
| ... | SR# 98722004Q | 98722006Q | 98722011Q | | 98722022Q | | 98722027Q | |
| ... | SR# 98722037Q | 98722042Q | 98722047Q | | 98722050Q | | 98722056Q | |
| ... | SR# 98722060Q | 98722065Q | 98722067Q | | 98722078Q | | 98722085Q | |
| ... | SR# 98722090Q | 98722106Q | 98722118Q | | 98722124Q | | 98722134Q | |
| ... | SR# 98722145Q | 98722158Q | 98722164Q | | 98722174Q | | 98722189Q | |
| ... | SR# 98722212Q | 98722228Q | 98722240Q | | 98722246Q | | 98722258Q | |
| ... | SR# 98722265Q | 98722272Q | 98722312Q | | 98722316Q | | 98722331Q | |
| ... | SR# 98722350Q | 98722356Q | 98722362Q | | 98722367Q | | 98722372Q | |
| ... | SR# 98722399Q | 98722431Q | 98722439Q | | 98722448Q | | 98722468Q | |
| ... | SR# 98724496Q | 98725501Q | 98725505Q | | 98725515Q | | 98725537Q | |
| ... | SR# 98725548Q | 98725560Q | 98725565Q | | 98725580Q | | 98725595Q | |
| ... | SR# 98726604Q | 98726610Q | 98726660Q | | 98726665Q | | 98726679Q | |
| ... | SR# 98726682Q | 98726688Q | 98727010Q | | 98727013Q | | 98727119Q | |
| ... | SR# 98727229Q | 98727740Q | 98727776Q | | 98727781Q | | 98727785Q | |
| ... | SR# 98727289Q | 98728012Q | 98728242Q | | 98728249Q | | 98728255Q | |
| ... | SR# 98728613Q | 98728739Q | 98728878Q | | 98728889Q | | 98728897Q | |
| ... | SR# 98722906Q | 98729388Q | 98729559Q | | 98729600Q | | 98729749Q | |
| ... | SR# 98729849Q | 98729999Q | 98729999Q | | 98723003Q | | 98723008Q | |
| ... | SR# 98723027Q | 98723038Q | 98723069Q | | 98723079Q | | 98723082Q | |
| ... | SR# 98723089Q | 98723097Q | 98723106Q | | 98723293Q | | 98723486Q | |
| ... | SR# 98723880Q | 98723996Q | 98724077Q | | 98724083Q | | 98724111Q | |
| ... | SR# 98724234Q | 98724273Q | 98724294Q | | 98724303Q | | 98724314Q | |
| ... | SR# 98724321Q | 98724338Q | 98724346Q | | 98724353Q | | 98724356Q | |
| ... | SR# 98724365Q | 98724370Q | 98724384Q | | 98724411Q | | 98724425Q | |

* CONTINUED *

```
                                                          INVOICE
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.        INVOICE #  21031350
DPD DIGITAL PRODUCTS DIVISION                         PAGE   3 of 4
9740 Irvine Blvd.                           DOCUMENT DATE  09/30/08
Irvine, CA 92618
```

```
      BILL TO  35474200                        SHIP TO  35474200255
      CIRCUIT CITY STORES INC                  CIRCUIT CITY STORES INC #255
      9954 MAYLAND DRIVE                        BETHLEHEM DISTRIBUTION CTR#255
      MERCH. PAYABLE/AMY SANDERSON              4000 TOWNSHIP LINE ROAD
      RICHMOND VA 232331464                     BETHLEHEM PA 18015
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157806 | 536059 | 09/25/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6604969752 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 9872443OQ | 9872444OQ | 9872446OQ | 9872448OQ | 9872449OQ | | | |
| ... | SR# 9872450OQ | 9872451OQ | 9872454OQ | 9872454OQ | 9872455OQ | | | |
| ... | SR# 9872457OQ | 9872459OQ | 9872459OQ | 9872459OQ | 9872460OQ | | | |
| ... | SR# 9872462OQ | 9872463OQ | 9872463OQ | 9872464OQ | 9872465OQ | | | |
| ... | SR# 9872466OQ | 9872466OQ | 9872467OQ | 9872467OQ | 9872468OQ | | | |
| ... | SR# 9872469OQ | 9872469OQ | 9872471OQ | 9872472OQ | 9872473OQ | | | |
| ... | SR# 9872473OQ | 9872474OQ | 9872475OQ | 9872475OQ | 9872477OQ | | | |
| ... | SR# 9872478OQ | 9872478OQ | 9872478OQ | 9872480OQ | 9872480OQ | | | |
| ... | SR# 9872481OQ | 9872483OQ | 9872483OQ | 9872484OQ | 9872485OQ | | | |
| ... | SR# 9872486OQ | 9872487OQ | 9872488OQ | 9872488OQ | 9872489OQ | | | |
| ... | SR# 9872490OQ | 9872490OQ | 9872491OQ | 9872493OQ | 9872493OQ | | | |
| ... | SR# 9872493OQ | 9872495OQ | 9872495OQ | 9872496OQ | 9872496OQ | | | |
| ... | SR# 9872498OQ | 9872499OQ | 9872500OQ | 9872500OQ | 9872501OQ | | | |
| ... | SR# 9872502OQ | 9872503OQ | 9872504OQ | 9872505OQ | 9872505OQ | | | |
| ... | SR# 9872508OQ | 9872508OQ | 9872509OQ | 9872509OQ | 9872510OQ | | | |
| ... | SR# 9872510OQ | 9872511OQ | 9872511OQ | 9872513OQ | 9872514OQ | | | |
| ... | SR# 9872515OQ | 9872515OQ | 9872517OQ | 9872518OQ | 9872518OQ | | | |
| ... | SR# 9872519OQ | 9872520OQ | 9872522OQ | 9872522OQ | 9872522OQ | | | |
| ... | SR# 9872523OQ | 9872524OQ | 9872525OQ | 9872526OQ | 9872529OQ | | | |
| ... | SR# 9872532OQ | 9872536OQ | 9872536OQ | 9872537OQ | 9872537OQ | | | |
| ... | SR# 9872538OQ | 9872542OQ | 9872543OQ | 9872544OQ | 9872545OQ | | | |
| ... | SR# 9872547OQ | 9872556OQ | 9872601OQ | 9872645OQ | 9872700OQ | | | |
| ... | SR# 9872715OQ | 9872720OQ | 9872722OQ | 9872730OQ | 9872731OQ | | | |
| ... | SR# 9872735OQ | 9872740OQ | 9872741OQ | 9872745OQ | 9872746OQ | | | |
| ... | SR# 9872747OQ | 9872752OQ | 9872754OQ | 9872756OQ | 9872758OQ | | | |
| ... | SR# 9872776OQ | 9872776OQ | 9872776OQ | 9872776OQ | 9872776OQ | | | |
| ... | SR# 9872776OQ | 9872829OQ | 9872830OQ | 9872837OQ | 9872846OQ | | | |
| ... | SR# 9872847OQ | 9872849OQ | 9872849OQ | 9872850OQ | 9872851OQ | | | |
| ... | SR# 9872856OQ | 9872875OQ | 9872878OQ | 9872879OQ | 9872880OQ | | | |
| ... | SR# 9872881OQ | 9872883OQ | 9872884OQ | 9872886OQ | 9872886OQ | | | |
| ... | SR# 9872887OQ | 9872890OQ | 9872892OQ | 9872892OQ | 9872895OQ | | | |
| ... | SR# 9872897OQ | 9872899OQ | 9872900OQ | 9872900OQ | 9872901OQ | | | |
| ... | SR# 9872902OQ | 9872902OQ | 9872904OQ | 9872905OQ | 9872912OQ | | | |
| ... | SR# 9872914OQ | 9872914OQ | 9872916OQ | 9872952OQ | 9872952OQ | | | |
| ... | SR# 9872953OQ | 9872958OQ | 9872962OQ | 9872967OQ | 9872971OQ | | | |
| ... | SR# 9872980OQ | 9872981OQ | 9872982OQ | 9872984OQ | 9872986OQ | | | |
| ... | SR# 9872987OQ | 9872988OQ | 9872988OQ | 9872989OQ | 9872989OQ | | | |

* CONTINUED *

INVOICE

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE #   21031350
PAGE   4 of 4
DOCUMENT DATE   09/30/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157806 | 536059 | 09/25/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6604969752 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 98729906Q | 98729911Q | 98729920Q | | 98729924Q | 98729930Q | | |
| ... | SR# 98729937Q | 98729943Q | 98729980Q | | 98729996Q | 98730027Q | | |
| ... | SR# 98730034Q | 98730037Q | 98730044Q | | 98730049Q | 98730054Q | | |
| ... | SR# 98730062Q | 98730072Q | 98730081Q | | 98730090Q | 98730099Q | | |
| ... | SR# 98730117Q | 98730131Q | 98730137Q | | 98730162Q | 98730186Q | | |
| ... | SR# 98730192Q | 98730196Q | 98730203Q | | 98730233Q | 98730428Q | | |
| ... | SR# 98730432Q | 98730436Q | 98730445Q | | 98730475Q | 98730483Q | | |
| ... | SR# 98731364Q | 98731480Q | 98731572Q | | 98731726Q | 98731820Q | | |
| ... | SR# 98731871Q | 98735533Q | | | | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 410,461.48 | 0.00 | 0.00 | 0.00 | 410,461.48 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE   21031350     BILL TO  35474200
DOCUMENT DATE  09/30/08          CIRCUIT CITY STORES INC

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 410,461.48 | 0.00 | 410,461.48 |

AMOUNT ENCLOSED: _____

Customer : 35474200 255 CIRCUIT CITY STORES INC #          Order #      : 536059 02
           BETHLEHEM DISTRIBUTION CTR#255                  Order Date :  9/25/08
           4000 TOWNSHIP LINE ROAD                         Ship Date  :  9/30/08
           BETHLEHEM        PA  18015                       Terms       : PREPAID
Purchase Order # : 2157806                                 Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969896                      Total Wgt   : 07326.00
Qty of Cartons   :        12                               Ctrl Order  : 2103 1350
Sourcing Warehse : CTS                                     Invoice #   :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
------------------------- Tracking Numbers ----------------------------------
1Z40039A6604969896   1Z40039A6604969903   1Z40039A6604969912   1Z40039A6604969921
1Z40039A6604969930   1Z40039A6604969949   1Z40039A6604969958   1Z40039A6604969967
1Z40039A6604969976   1Z40039A6604969985   1Z40039A6604969994   1Z40039A6604970008

---------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
| === | === | ===== | ===== | ===== | === | ============== | ========================= |
| 2 | 2 | 792 | 0 | 792 | EA | PSLB8U-05202F | SATELLITE L305-S5908 |

### Unit Detail

| Unit | Item# | Description | | | Quantity |
| --- | --- | --- | --- | --- | --- |
| 53605902 | PSLB8U-05202F | SATELLITE L305-S5908 | | | 792 |
| 98717153Q | 98717268Q | 98717715Q | 98717771Q | 98717784Q | 98718031Q |
| 98718131Q | 98718188Q | 98718412Q | 98718627Q | 98718901Q | 98719023Q |
| 98719413Q | 98719472Q | 98719484Q | 98719496Q | 98719554Q | 98719566Q |
| 98719583Q | 98719649Q | 98719709Q | 98719718Q | 98719758Q | 98719763Q |
| 98719778Q | 98719788Q | 98720348Q | 98720354Q | 98720732Q | 98721118Q |
| 98721188Q | 98721412Q | 98721447Q | 98721492Q | 98721663Q | 98721756Q |
| 98722139Q | 98722197Q | 98722206Q | 98722233Q | 98722251Q | 98722290Q |
| 98722692Q | 98722762Q | 98722917Q | 98722932Q | 98723021Q | 98723129Q |
| 98723150Q | 98723163Q | 98723211Q | 98723223Q | 98723236Q | 98723267Q |

9/30/08
8:15:02

T O S H I B A   A M E R I C A
Case 08-35653-KRH    Doc 458-12    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont. I   Page 22 of 25

PAGE :    2

Customer : 35474200 255 CIRCUIT CITY STORES INC #
           BETHLEHEM DISTRIBUTION CTR#255
           4000 TOWNSHIP LINE ROAD
           BETHLEHEM        PA  18015
Purchase Order # : 2157806
Bill of Lading # : 1Z40039A6604969896
Qty of Cartons   :       12
Sourcing Warehse : CTS

Order #      : 536059 02
Order Date   :  9/25/08
Ship Date    :  9/30/08
Terms        : PREPAID
Carrier      : UPS-PALLET 3 DA
Total Wgt    : 07326.00
Ctrl Order   :
Invoice #    :

## Unit Detail

| Unit | Item# | Description | | Quantity |
|------|-------|-------------|---|----------|
| 98723273Q | 98723280Q | 98723288Q | 98723356Q | 98723361Q | 98723390Q |
| 98723401Q | 98723403Q | 98723456Q | 98723467Q | 98723526Q | 98723564Q |
| 98723575Q | 98723589Q | 98723597Q | 98723617Q | 98723638Q | 98723665Q |
| 98723681Q | 98723704Q | 98723726Q | 98724256Q | 98724416Q | 98724508Q |
| 98724531Q | 98724617Q | 98724767Q | 98724826Q | 98724894Q | 98725266Q |
| 98725519Q | 98725536Q | 98725666Q | 98725701Q | 98725716Q | 98725922Q |
| 98725925Q | 98725980Q | 98726004Q | 98726083Q | 98726111Q | 98726125Q |
| 98726231Q | 98726251Q | 98726268Q | 98726283Q | 98726303Q | 98726317Q |
| 98726328Q | 98726370Q | 98726378Q | 98726406Q | 98726415Q | 98726431Q |
| 98726449Q | 98726460Q | 98726468Q | 98726475Q | 98726489Q | 98726493Q |
| 98726500Q | 98726511Q | 98726527Q | 98726538Q | 98726550Q | 98726556Q |
| 98726562Q | 98726567Q | 98726594Q | 98726600Q | 98726611Q | 98726616Q |
| 98726620Q | 98726626Q | 98726634Q | 98726640Q | 98726649Q | 98726656Q |
| 98726667Q | 98726675Q | 98726680Q | 98726704Q | 98726711Q | 98726717Q |
| 98726727Q | 98726734Q | 98726740Q | 98726744Q | 98726750Q | 98726756Q |
| 98726761Q | 98726767Q | 98726771Q | 98726776Q | 98726781Q | 98726791Q |
| 98726795Q | 98726802Q | 98726805Q | 98726817Q | 98726824Q | 98726831Q |
| 98726838Q | 98726849Q | 98726858Q | 98726862Q | 98726871Q | 98726878Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

Customer : 35474200  255 CIRCUIT CITY STORES INC #       Order #     : 536059 02
           BETHLEHEM DISTRIBUTION CTR#255                 Order Date : 9/25/08
           4000 TOWNSHIP LINE ROAD                        Ship Date  : 9/30/08
           BETHLEHEM        PA  18015                     Terms      : PREPAID
Purchase Order # : 2157806                                Carrier    : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969896                     Total Wgt  : 07326.00
Qty of Cartons   :       12                               Ctrl Order :
Sourcing Warehse : CTS                                    Invoice #  :

## Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|--|----------|--|
| 98726886Q | 98726902Q | 98726908Q | 98726914Q | 98726927Q | 98726930Q |
| 98726939Q | 98726953Q | 98726961Q | 98726968Q | 98726980Q | 98726989Q |
| 98726994Q | 98727009Q | 98727013Q | 98727022Q | 98727027Q | 98727035Q |
| 98727038Q | 98727053Q | 98727057Q | 98727064Q | 98727067Q | 98727093Q |
| 98727105Q | 98727121Q | 98727126Q | 98727132Q | 98727236Q | 98727280Q |
| 98727311Q | 98727511Q | 98727643Q | 98727751Q | 98727763Q | 98727912Q |
| 98728495Q | 98728536Q | 98728882Q | 98729238Q | 98729255Q | 98729623Q |
| 98729672Q | 98729843Q | 98729888Q | 98729945Q | 98730122Q | 98730260Q |
| 98730406Q | 98730564Q | 98730804Q | 98730819Q | 98730895Q | 98730910Q |
| 98730934Q | 98731107Q | 98731131Q | 98731253Q | 98731292Q | 98731319Q |
| 98731385Q | 98731426Q | 98731436Q | 98731460Q | 98731466Q | 98731501Q |
| 98731507Q | 98731544Q | 98731582Q | 98731609Q | 98731652Q | 98731834Q |
| 98731914Q | 98731922Q | 98731955Q | 98732019Q | 98732231Q | 98732308Q |
| 98732367Q | 98732486Q | 98732984Q | 98733049Q | 98733109Q | 98733129Q |
| 98733268Q | 98733677Q | 98734145Q | 98734252Q | 98734483Q | 98734590Q |
| 98734667Q | 98734716Q | 98734740Q | 98734778Q | 98734784Q | 98734797Q |
| 98734809Q | 98734820Q | 98734827Q | 98734839Q | 98734851Q | 98734876Q |
| 98734912Q | 98734919Q | 98734974Q | 98735019Q | 98735037Q | 98735068Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #     Order #     : 536059 02
           BETHLEHEM DISTRIBUTION CTR#255             Order Date : 9/25/08
           4000 TOWNSHIP LINE ROAD                    Ship Date  : 9/30/08
           BETHLEHEM        PA  18015                 Terms      : PREPAID
Purchase Order # : 2157806                            Carrier    : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969896                 Total Wgt  : 07326.00
Qty of Cartons   :     12                             Ctrl Order :
Sourcing Warehse : CTS                                Invoice #  :
```

## Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 98735080Q | 98735101Q | 98735109Q | 98735127Q | 98735170Q | 98735176Q |
| 98735182Q | 98735189Q | 98735229Q | 98735275Q | 98735279Q | 98735293Q |
| 98735362Q | 98735381Q | 98735395Q | 98735430Q | 98735435Q | 98735440Q |
| 98735443Q | 98735448Q | 98735499Q | 98735569Q | 98735575Q | 98735582Q |
| 98735603Q | 98735672Q | 98735679Q | 98735683Q | 98735703Q | 98735708Q |
| 98735716Q | 98735724Q | 98735730Q | 98735736Q | 98735745Q | 98735752Q |
| 98735759Q | 98735781Q | 98735787Q | 98735793Q | 98735799Q | 98735811Q |
| 98735817Q | 98735847Q | 98735851Q | 98737710Q | 98737731Q | 98737737Q |
| 98737746Q | 98737756Q | 98737761Q | 98737768Q | 98737774Q | 98737780Q |
| 98737784Q | 98737804Q | 98737811Q | 98737816Q | 98737821Q | 98737828Q |
| 98737832Q | 98737838Q | 98737845Q | 98737852Q | 98737862Q | 98737870Q |
| 98737876Q | 98737882Q | 98737898Q | 98737902Q | 98737909Q | 98737918Q |
| 98737927Q | 98737938Q | 98737944Q | 98737950Q | 98737962Q | 98737966Q |
| 98737971Q | 98737979Q | 98737995Q | 98738001Q | 98738009Q | 98738012Q |
| 98738019Q | 98738028Q | 98738035Q | 98738042Q | 98738048Q | 98738055Q |
| 98738061Q | 98738067Q | 98738072Q | 98738079Q | 98738091Q | 98738097Q |
| 98738108Q | 98738114Q | 98738120Q | 98738126Q | 98738135Q | 98738142Q |
| 98738148Q | 98738162Q | 98745310Q | 98745313Q | 98751564Q | 98751578Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

Customer : 35474200 255 CIRCUIT CITY STORES INC #     Order #     : 536059 02
           BETHLEHEM DISTRIBUTION CTR#255              Order Date :  9/25/08
           4000 TOWNSHIP LINE ROAD                     Ship Date  :  9/30/08
           BETHLEHEM       PA  18015                   Terms       : PREPAID
Purchase Order # : 2157806                             Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969896                 Total Wgt   : 07326.00
Qty of Cartons   :       12                            Ctrl Order :
Sourcing Warehse : CTS                                 Invoice #  :

                              Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|---|----------|---|
| 98751606Q | 98751780Q | 98752024Q | 98752059Q | 98752091Q | 98752182Q |
| 98752189Q | 98752197Q | 98752228Q | 98752251Q | 98752268Q | 98752314Q |
| 98752322Q | 98752453Q | 98752457Q | 98752489Q | 98752510Q | 98752571Q |
| 98752602Q | 98752611Q | 98752637Q | 98752715Q | 98752896Q | 98753113Q |
| 98753155Q | 98753202Q | 98753350Q | 98753422Q | 98753507Q | 98753530Q |
| 98753545Q | 98753578Q | 98753590Q | 98753640Q | 98753725Q | 98753739Q |
| 98753754Q | 98753816Q | 98753820Q | 98753834Q | 98753860Q | 98753879Q |
| 98753901Q | 98753959Q | 98753962Q | 98753968Q | 98753979Q | 98753995Q |
| 98754006Q | 98754010Q | 98754018Q | 98754024Q | 98754065Q | 98754078Q |
| 98754101Q | 98754112Q | 98754116Q | 98754123Q | 98754143Q | 98754169Q |
| 98754175Q | 98754195Q | 98754200Q | 98754205Q | 98754252Q | 98754274Q |
| 98754284Q | 98754296Q | 98754302Q | 98754320Q | 98754337Q | 98754342Q |
| 98754345Q | 98754348Q | 98754354Q | 98754364Q | 98754368Q | 98754374Q |
| 98754388Q | 98754391Q | 98754396Q | 98754401Q | 98754423Q | 98754427Q |
| 98754431Q | 98754440Q | 98754445Q | 98754451Q | 98754457Q | 98754462Q |
| 98754467Q | 98754483Q | 98754489Q | 98754503Q | 98754521Q | 98754527Q |
| 98754560Q | 98754581Q | 98754586Q | 98754598Q | 98754603Q | 98754616Q |
| 98754631Q | 98754636Q | 98754641Q | 98754650Q | 98754659Q | 98754689Q |

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                        DAILY - 09/29/08 - DIV 040