```
Customer : 35474200 344 CIRCUIT CITY STORES INC #       Order #     : 536062 01
           400 LONG FELLOW COURT                        Order Date  : 9/25/08
                                                        Ship Date   : 9/30/08
           LIVERMORE            CA  94550               Terms       : PREPAID
Purchase Order # : 2157807                              Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604971105                   Total Wgt   : 03866.50
Qty of Cartons   :        7                             Ctrl Order  :
Sourcing Warehse : CTS                                  Invoice #   :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 98729755Q | 98729760Q | 98729768Q | 98729776Q | 98729778Q | 98729785Q |
| 98729801Q | 98729813Q | 98729828Q | 98729835Q | 98729837Q | 98729849Q |
| 98729852Q | 98729856Q | 98729860Q | 98729861Q | 98729863Q | 98729867Q |
| 98729872Q | 98729874Q | 98729876Q | 98729878Q | 98729885Q | 98729896Q |
| 98729899Q | 98729904Q | 98729914Q | 98729916Q | 98729922Q | 98729929Q |
| 98729933Q | 98729939Q | 98729941Q | 98729947Q | 98729949Q | 98729953Q |
| 98729957Q | 98729960Q | 98729963Q | 98729973Q | 98729977Q | 98729984Q |
| 98730003Q | 98730006Q | 98730015Q | 98730023Q | 98730077Q | 98730112Q |
| 98730150Q | 98730156Q | 98730170Q | 98730173Q | 98730180Q | 98730210Q |
| 98730216Q | 98730221Q | 98730226Q | 98730238Q | 98730243Q | 98730252Q |
| 98730268Q | 98730273Q | 98730285Q | 98730288Q | 98730294Q | 98730306Q |
| 98730312Q | 98730340Q | 98730345Q | 98730360Q | 98730365Q | 98730376Q |
| 98730382Q | 98730388Q | 98730394Q | 98730414Q | 98730466Q | 98730513Q |
| 98730522Q | 98730529Q | 98730542Q | 98730548Q | 98730556Q | 98730571Q |
| 98730583Q | 98730594Q | 98730608Q | 98730713Q | 98730738Q | 98730784Q |
| 98730816Q | 98730834Q | 98730841Q | 98730853Q | 98730915Q | 98730942Q |
| 98730948Q | 98731005Q | 98731016Q | 98731027Q | 98731050Q | 98731101Q |
| 98731120Q | 98731165Q | 98731175Q | 98731196Q | 98731204Q | 98731245Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

```
Customer : 35474200 344 CIRCUIT CITY STORES INC #    Order #     : 536062 01
           400 LONG FELLOW COURT                     Order Date  : 9/25/08
                                                     Ship Date   : 9/30/08
           LIVERMORE            CA   94550           Terms       : PREPAID
Purchase Order # : 2157807                           Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604971105                Total Wgt   : 03866.50
Qty of Cartons   :         7                         Ctrl Order  :
Sourcing Warehse : CTS                               Invoice #   :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 987312700 | 987312830 | 987312890 | 987313060 | 987313470 | 987313710 |
| 987313910 | 987314930 | 987315290 | 987316680 | 987317150 | 987317450 |
| 987318390 | 987318500 | 987318660 | 987327680 | 987328380 | 987330620 |
| 987783680 | 987783810 | 987805140 | 987807710 | 987820660 | 987821620 |
| 987822920 | 987823910 | 987824790 | 987824840 | 987824970 | 987825380 |
| 987826710 | 987828300 | 987830360 | 987830550 | 987830850 | 987830900 |
| 987831180 | 987831690 | 987831890 | 987832610 | | |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 09/29/08 - DIV 040




Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide

**UPS Uni**

Tracking

 Welcome, Collections | Logout

My UPS

**Tracking**

**Track Shipments**
 Track by Reference
 Track by E-mail
 Signature Tracking
 Import Tracking Numbers
 Wireless Tracking
 Track with Quantum View
 Access Flex Global View
 Integrate Tracking Tools
 Void a Shipment

## Track Shipments

**Track Packages & Freight    Quantum View    Flex Global View**

**Tracking Summary**

Printer Friendl

**Packages in Shipment:** 7

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0497 110 5 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008<br>12:58 P.M. |
| Delivered To: | LIVERMORE, CA, US |
| Signed By: | K. KAUR |
| **Tracking Number:** | 1Z 400 39A 66 0497 111 4 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008<br>12:58 P.M. |
| Delivered To: | LIVERMORE, CA, US |
| Signed By: | K. KAUR |
| **Tracking Number:** | 1Z 400 39A 66 0497 112 3 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008<br>12:58 P.M. |
| Delivered To: | LIVERMORE, CA, US |
| Signed By: | K. KAUR |
| **Tracking Number:** | 1Z 400 39A 66 0497 113 2 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008<br>12:58 P.M. |
| Delivered To: | LIVERMORE, CA, US |
| Signed By: | K. KAUR |

**Search Support**

**Enter a keyword:**



| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0497 114 1 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 12:58 P.M. |
| Delivered To: | LIVERMORE, CA, US |
| Signed By: | K. KAUR |
| **Tracking Number:** | 1Z 400 39A 66 0497 115 0 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 12:58 P.M. |
| Delivered To: | LIVERMORE, CA, US |
| Signed By: | K. KAUR |
| **Tracking Number:** | 1Z 400 39A 66 0497 116 9 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 12:58 P.M. |
| Delivered To: | LIVERMORE, CA, US |
| Signed By: | K. KAUR |

Tracking results provided by UPS: 11/10/2008 6:57 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

← Back to Tracking Summary

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Manage E-mail Preferences | Ge
My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

```
                                                                           INVOICE
                                                            INVOICE #    21031353
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                        PAGE    1 of 4
DPD DIGITAL PRODUCTS DIVISION                           DOCUMENT DATE    09/30/08
9740 Irvine Blvd.
Irvine, CA 92618




        BILL TO  35474200                       SHIP TO  35474200353
        CIRCUIT CITY STORES INC                 CIRCUIT CITY STORES INC #353
        9954 MAYLAND DRIVE                      680 S LEMON AVENUE
        MERCH. PAYABLE/AMY SANDERSON            WALNUT CA 91789
        RICHMOND VA 232331464




PURCHASE ORDER NUMBER    ORDER NUMBER        ORDER DATE      SHIP DATE      PAYMENT TERMS              OC  /AC
2157808                  536064 -01          09/25/08        09/30/08       NET 30                    ORD /25
FOB                      FREIGHT TERMS                       SHIP VIA       BILL OF LADING        SRCWHS      SLSP
CIF - DESTINATION        FREIGHT PREPAID                     UPS Pallet OD  1Z40039A6604969396     CTS         DPDCC9
CUSTOMER MSGS:

                                        ORDER      SHIP      BO         UNIT LIST   DISC    NET UNIT     EXTENDED
PART NUMBER    DESCRIPTION              QTY        QTY       QTY UOM    PRICE       %       PRICE        AMOUNT

PSLB8U-05202F    SATELLITE L305-S5908    572        572       0 EA       717.59    .0       717.59      410,461.48
   CUSTOMER PART NUMBER: L305S5908


SERIAL NUMBERS:
PSLB8U-05202F  SR#  9873065Q    9875151Q    9875211Q    9875295Q    9875323Q
...            SR#  9875363Q    9875401Q    9875405Q    9875491Q    9875566Q
...            SR#  9875585Q    9875654Q    9875759Q    9875865Q    9875900Q
...            SR#  9875928Q    9876538Q    9876538Q    9876556Q    9876562Q
...            SR#  9876564Q    9876570Q    9876574Q    9876591Q    9876600Q
...            SR#  9876601Q    9876637Q    9876642Q    9876649Q    9876649Q
...            SR#  9876650Q    9876650Q    9876651Q    9876653Q    9876655Q
...            SR#  9876655Q    9876656Q    9876658Q    9876660Q    9876661Q
...            SR#  9876662Q    9876664Q    9876666Q    9876672Q    9876707Q
...            SR#  9876709Q    9876713Q    9876731Q    9876734Q    9876741Q
...            SR#  9876769Q    9876772Q    9876774Q    9876775Q    9876793Q
...            SR#  9876794Q    9876799Q    9876810Q    9876810Q    9876811Q
...            SR#  9876811Q    9876812Q    9876812Q    9876812Q    9876814Q
...            SR#  9876818Q    9876818Q    9876820Q    9876820Q    9876821Q
...            SR#  9876822Q    9876824Q    9876825Q    9876828Q    9876829Q
...            SR#  9876831Q    9876832Q    9876833Q    9876835Q    9876836Q
...            SR#  9876836Q    9876837Q    9876838Q    9876838Q    9876840Q
...            SR#  9876840Q    9876841Q    9876841Q    9876842Q    9876842Q
...            SR#  9876847Q    9876847Q    9876848Q    9876850Q    9876852Q
...            SR#  9876852Q    9876853Q    9876853Q    9876855Q    9876855Q
...            SR#  9876856Q    9876856Q    9876857Q    9876858Q    9876860Q
...            SR#  9876862Q    9876863Q    9876866Q    9876867Q    9876868Q
...            SR#  9876868Q    9876869Q    9876870Q    9876870Q    9876871Q
...            SR#  9876874Q    9876881Q    9876882Q    9876883Q    9876884Q
...            SR#  9876886Q    9876890Q    9876913Q    9876921Q    9876893Q
...            SR#  9876982Q    9876904Q    9876912Q    9876927Q    9876928Q
...            SR#  9876928Q    9876929Q    9876932Q    9876935Q    9876937Q
...            SR#  9876942Q    9876945Q    9876951Q    9876951Q    9876923Q
...            SR#  9876983Q    9876984Q    9876985Q    9876992Q    9876992Q
...            SR#  9876993Q    9876996Q    9877000Q    9877002Q    9877003Q
...            SR#  9877003Q    9877003Q    9877005Q    9877009Q    9877010Q
```

* CONTINUED *

```
                                                                      INVOICE
                                                           INVOICE #   21031353
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                    PAGE      2 of 4
DPD DIGITAL PRODUCTS DIVISION                            DOCUMENT DATE 09/30/08
9740 Irvine Blvd.
Irvine, CA 92618




        BILL TO  35474200                        SHIP TO  35474200353
        CIRCUIT CITY STORES INC                  CIRCUIT CITY STORES INC #353
        9954 MAYLAND DRIVE                       680 S LEMON AVENUE
        MERCH. PAYABLE/AMY SANDERSON             WALNUT CA 91789
        RICHMOND VA 232331464




PURCHASE ORDER NUMBER    ORDER NUMBER       ORDER DATE    SHIP DATE    PAYMENT TERMS        OC  /AC
2157808                  536064             09/25/08      09/30/08     NET 30              ORD /25
FOB                                    FREIGHT TERMS      SHIP VIA     BILL OF LADING      SRCWHS    SLSP
CIF - DESTINATION                      FREIGHT PREPAID    UPS Pallet OD 1Z40039A6604969396  CTS      DPDCC9
CUSTOMER MSGS:

                                         ORDER      SHIP      BO       UNIT LIST     DISC     NET UNIT     EXTENDED
PART NUMBER      DESCRIPTION              QTY       QTY    QTY UOM      PRICE         %        PRICE        AMOUNT
...              SR# 98770118Q         98770125Q  98770146Q          98770181Q     98770237Q
...              SR# 98770250Q         98770255Q  98770262Q          98770272Q     98770284Q
...              SR# 98770290Q         98770304Q  98770319Q          98770361Q     98770371Q
...              SR# 98770382Q         98770392Q  98770419Q          98770426Q     98770432Q
...              SR# 98770443Q         98770451Q  98770456Q          98770462Q     98770468Q
...              SR# 98770473Q         98770490Q  98770496Q          98770503Q     98770508Q
...              SR# 98770515Q         98770519Q  98770540Q          98770551Q     98770562Q
...              SR# 98770575Q         98770605Q  98770612Q          98770618Q     98770624Q
...              SR# 98770659Q         98770664Q  98770677Q          98770682Q     98770687Q
...              SR# 98770692Q         98770712Q  98770718Q          98770725Q     98770733Q
...              SR# 98770744Q         98770776Q  98770784Q          98770791Q     98770798Q
...              SR# 98770810Q         98770815Q  98770864Q          98770900Q     98770905Q
...              SR# 98770913Q         98770932Q  98770940Q          98770950Q     98770954Q
...              SR# 98770999Q         98771011Q  98771041Q          98771058Q     98771065Q
...              SR# 98771072Q         98771081Q  98771085Q          98771095Q     98771101Q
...              SR# 98771119Q         98771124Q  98771136Q          98771142Q     98771150Q
...              SR# 98771160Q         98771178Q  98771184Q          98771189Q     98771195Q
...              SR# 98771213Q         98771225Q  98771242Q          98771247Q     98771270Q
...              SR# 98771275Q         98771281Q  98771294Q          98771305Q     98771314Q
...              SR# 98771325Q         98771347Q  98771357Q          98771391Q     98771403Q
...              SR# 98771409Q         98771424Q  98771475Q          98771486Q     98771503Q
...              SR# 98771548Q         98771565Q  98771578Q          98771605Q     98771662Q
...              SR# 98771677Q         98771689Q  98771724Q          98771734Q     98771752Q
...              SR# 98771758Q         98771762Q  98771791Q          98771810Q     98771869Q
...              SR# 98771886Q         98771891Q  98771906Q          98771910Q     98771915Q
...              SR# 98771929Q         98771937Q  98771942Q          98771960Q     98771969Q
...              SR# 98771982Q         98771991Q  98772040Q          98772054Q     98772077Q
...              SR# 98772093Q         98772106Q  98772112Q          98772122Q     98772128Q
...              SR# 98772137Q         98772142Q  98772149Q          98772154Q     98772168Q
...              SR# 98772171Q         98772176Q  98772186Q          98772190Q     98772193Q
...              SR# 98772197Q         98772199Q  98772210Q          98772213Q     98772224Q
...              SR# 98772228Q         98772232Q  98772237Q          98772241Q     98772248Q
...              SR# 98772254Q         98772259Q  98772273Q          98772277Q     98772295Q
...              SR# 98772301Q         98772305Q  98772314Q          98772319Q     98772329Q
...              SR# 98772334Q         98772348Q  98772352Q          98772363Q     98772368Q
...              SR# 98772372Q         98772379Q  98772384Q          98772408Q     98772414Q
...              SR# 98772423Q         98772431Q  98772436Q          98772439Q     98772444Q




* CONTINUED *
```

```
                                                                           INVOICE
                                                                 INVOICE #    21031353
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                              PAGE    3 of 4
DPD DIGITAL PRODUCTS DIVISION                                 DOCUMENT DATE    09/30/08
9740 Irvine Blvd.
Irvine, CA 92618




         BILL TO  35474200                              SHIP TO  35474200353
         CIRCUIT CITY STORES INC                        CIRCUIT CITY STORES INC #353
         9954 MAYLAND DRIVE                             680 S LEMON AVENUE
         MERCH. PAYABLE/AMY SANDERSON                   WALNUT CA 91789
         RICHMOND VA 232331464




PURCHASE ORDER NUMBER    ORDER NUMBER      ORDER DATE      SHIP DATE      PAYMENT TERMS           OC  /AC
2157808                  536064            09/25/08        09/30/08       NET 30                  ORD /25

FOB                                 FREIGHT TERMS          SHIP VIA       BILL OF LADING      SRCWHS    SLSP
CIF - DESTINATION                   FREIGHT PREPAID        UPS Pallet OD  1Z40039A6604969396  CTS       DPDCC9
CUSTOMER MSGS:

                                        ORDER       SHIP      BO        UNIT LIST    DISC    NET UNIT        EXTENDED
PART NUMBER      DESCRIPTION            QTY         QTY       QTY UOM   PRICE        %       PRICE           AMOUNT

...         SR#  9877246 7Q      9877247 1Q    9877248 0Q      9877249 4Q    9877250 1Q
...         SR#  9877250 7Q      9877252 0Q    9877252 6Q      9877253 3Q    9877257 3Q
...         SR#  9877259 7Q      9877264 0Q    9877264 8Q      9877265 6Q    9877266 0Q
...         SR#  9877267 2Q      9877267 8Q    9877268 9Q      9877269 5Q    9877271 0Q
...         SR#  9877271 6Q      9877272 4Q    9877272 9Q      9877274 2Q    9877276 5Q
...         SR#  9877277 8Q      9877279 1Q    9877280 0Q      9877280 6Q    9877281 2Q
...         SR#  9877282 9Q      9877283 6Q    9877283 6Q      9877287 0Q    9877287 8Q
...         SR#  9877288 3Q      9877291 2Q    9877292 3Q      9877292 9Q    9877293 4Q
...         SR#  9877294 0Q      9877294 6Q    9877295 7Q      9877296 5Q    9877297 0Q
...         SR#  9877297 7Q      9877298 2Q    9877298 9Q      9877299 2Q    9877299 7Q
...         SR#  9877300 7Q      9877301 2Q    9877301 8Q      9877302 4Q    9877303 7Q
...         SR#  9877304 7Q      9877305 3Q    9877306 0Q      9877306 4Q    9877306 9Q
...         SR#  9877308 3Q      9877308 9Q    9877309 7Q      9877310 2Q    9877312 9Q
...         SR#  9877315 6Q      9877316 1Q    9877317 5Q      9877318 0Q    9877318 4Q
...         SR#  9877321 0Q      9877326 3Q    9877327 2Q      9877327 5Q    9877328 2Q
...         SR#  9877329 0Q      9877329 8Q    9877331 0Q      9877332 1Q    9877332 7Q
...         SR#  9877333 6Q      9877335 6Q    9877336 2Q      9877336 6Q    9877337 6Q
...         SR#  9877338 2Q      9877339 0Q    9877341 4Q      9877342 3Q    9877342 9Q
...         SR#  9877344 3Q      9877345 0Q    9877346 3Q      9877346 3Q    9877347 0Q
...         SR#  9877347 4Q      9877347 9Q    9877349 8Q      9877350 4Q    9877350 8Q
...         SR#  9877352 0Q      9877352 8Q    9877353 2Q      9877354 6Q    9877357 0Q
...         SR#  9877357 6Q      9877357 8Q    9877358 3Q      9877361 0Q    9877363 4Q
...         SR#  9877364 3Q      9877365 3Q    9877366 5Q      9877367 2Q    9877368 6Q
...         SR#  9877369 3Q      9877370 0Q    9877370 5Q      9877371 7Q    9877372 6Q
...         SR#  9877376 7Q      9877378 8Q    9877379 3Q      9877388 7Q    9877390 0Q
...         SR#  9877392 3Q      9877395 6Q    9877396 2Q      9877396 8Q    9877411 1Q
...         SR#  9877418 8Q      9877420 3Q    9877424 3Q      9877426 0Q    9877429 8Q
...         SR#  9877431 8Q      9877433 7Q    9877434 9Q      9877435 4Q    9877436 7Q
...         SR#  9877437 1Q      9877439 8Q    9877442 3Q      9877443 0Q    9877445 2Q
...         SR#  9877445 8Q      9877446 5Q    9877446 9Q      9877447 4Q    9877447 8Q
...         SR#  9877448 3Q      9877448 7Q    9877450 1Q      9877451 1Q    9877453 0Q
...         SR#  9877454 3Q      9877455 8Q    9877456 3Q      9877457 1Q    9877459 1Q
...         SR#  9877460 5Q      9877460 9Q    9877461 7Q      9877463 3Q    9877464 3Q
...         SR#  9877467 0Q      9877468 9Q    9877473 8Q      9877474 4Q    9877477 2Q
...         SR#  9877481 1Q      9877484 0Q    9877489 5Q      9877518 9Q    9877519 1Q
...         SR#  9877519 5Q      9877519 8Q    9877521 0Q      9877521 7Q    9877522 2Q
...         SR#  9877523 0Q      9877523 9Q    9877524 1Q      9877526 5Q    9877556 0Q




* CONTINUED *
```

```
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                              INVOICE
DPD DIGITAL PRODUCTS DIVISION                           INVOICE #    21031353
9740 Irvine Blvd.                                       PAGE    4 of 4
Irvine, CA 92618                                        DOCUMENT DATE  09/30/08


        BILL TO  35474200                     SHIP TO  35474200353
        CIRCUIT CITY STORES INC               CIRCUIT CITY STORES INC #353
        9954 MAYLAND DRIVE                    680 S LEMON AVENUE
        MERCH. PAYABLE/AMY SANDERSON          WALNUT CA 91789
        RICHMOND VA 232331464


PURCHASE ORDER NUMBER    ORDER NUMBER      ORDER DATE    SHIP DATE    PAYMENT TERMS        OC  /AC
2157808                  536064            09/25/08      09/30/08     NET 30               ORD /25
FOB                      FREIGHT TERMS     SHIP VIA      BILL OF LADING     SRCWHS    SLSP
CIF - DESTINATION        FREIGHT PREPAID   UPS Pallet OD 1Z40039A6604969396 CTS       DPDCC9
CUSTOMER MSGS:

                                    ORDER    SHIP    BO           UNIT LIST   DISC   NET UNIT   EXTENDED
PART NUMBER    DESCRIPTION          QTY      QTY     QTY UOM      PRICE       %      PRICE      AMOUNT
 ...      SR#  9877579OQ    9877580OQ    9877581OQ       9877584OQ       9877590OQ
 ...      SR#  9877600OQ    9877605OQ    9877611OQ       9877613OQ       9877614OQ
 ...      SR#  9877617OQ    9877625OQ    9877627OQ       9877628OQ       9877630OQ
 ...      SR#  9877638OQ    9877640OQ    9877647OQ       9877647OQ       9877648OQ
 ...      SR#  9877649OQ    9877652OQ    9877656OQ       9877659OQ       9877660OQ
 ...      SR#  9877664OQ    9877666OQ    9877666OQ       9877667OQ       9877677OQ
 ...      SR#  9877682OQ    9877721OQ    9877727OQ       9877732OQ       9877737OQ
 ...      SR#  9877748OQ    9877750OQ    9877751OQ       9877753OQ       9877756OQ
 ...      SR#  9877757OQ    9877763OQ

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.


TOTAL SALES         DISCOUNT APPLIED      TAX AMOUNT          FREIGHT              TOTAL DUE
410,461.48                      0.00            0.00             0.00             410,461.48


PLEASE RETURN THIS PORTION WITH REMITTANCE:       PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                                                                   P.O. Box 91865
    INVOICE  21031353      BILL TO  35474200                       CHICAGO IL 60693
    DOCUMENT DATE  09/30/08        CIRCUIT CITY STORES INC         (949) 583-3534

                                       NET AMOUNT        PAY TERM DISCOUNT       TOTAL DUE
                                       410,461.48                    0.00        410,461.48

                                                         AMOUNT ENCLOSED: _____
```

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #      Order #      : 536064 01
           680 S LEMON AVENUE                          Order Date   : 9/25/08
                                                       Ship Date    : 9/30/08
           WALNUT                  CA   91789          Terms        : PREPAID
Purchase Order # : 2157808                             Carrier      : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969396                  Total Wgt    : 05291.00
Qty of Cartons   :       9                             Ctrl Order   :
Sourcing Warehse : CTS                                 Invoice #    : 21031353
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS ----------
------------------------- Tracking Numbers --------------------------------
```
1Z40039A6604969396   1Z40039A6604969403   1Z40039A6604969412   1Z40039A6604969421
1Z40039A6604969430   1Z40039A6604969449   1Z40039A6604969458   1Z40039A6604969467
1Z40039A6604969476
```

```
Whs  Ord   Ord    B/O    Shp
Ln#  Ln#   Qty    Qty    Qty     UOM    Item #              Item Description
===  ===   =====  =====  =====   ===    ==============      ==========================

  2    2     572      0    572    EA    PSLB8U-05202F       SATELLITE L305-S5908
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 53606401 | PSLB8U-05202F | SATELLITE L305-S5908 | | | 572 |
| 98730652Q | 98751510Q | 98752115Q | 98752950Q | 98753237Q | 98753631Q |
| 98754014Q | 98754053Q | 98754917Q | 98755668Q | 98755851Q | 98756546Q |
| 98757595Q | 98758652Q | 98759003Q | 98759281Q | 98765381Q | 98765386Q |
| 98765564Q | 98765626Q | 98765644Q | 98765701Q | 98765743Q | 98765918Q |
| 98766004Q | 98766017Q | 98766378Q | 98766428Q | 98766492Q | 98766499Q |
| 98766504Q | 98766509Q | 98766518Q | 98766531Q | 98766551Q | 98766556Q |
| 98766563Q | 98766580Q | 98766609Q | 98766616Q | 98766622Q | 98766648Q |
| 98766669Q | 98766724Q | 98767077Q | 98767099Q | 98767137Q | 98767312Q |
| 98767346Q | 98767414Q | 98767693Q | 98767726Q | 98767743Q | 98767755Q |

DAILY - 09/29/08 - DIV 040

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #    Order #      : 536064 01
           680 S LEMON AVENUE                        Order Date   : 9/25/08
                                                     Ship Date    : 9/30/08
           WALNUT             CA  91789              Terms        : PREPAID
Purchase Order # : 2157808                           Carrier      : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969396                Total Wgt    : 05291.00
Qty of Cartons   :        9                          Ctrl Order   :
Sourcing Warehse : CTS                               Invoice #    :
```

### Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 98767936Q | 98767942Q | 98767999Q | 98768106Q | 98768109Q | 98768111Q |
| 98768117Q | 98768122Q | 98768125Q | 98768127Q | 98768144Q | 98768180Q |
| 98768186Q | 98768200Q | 98768206Q | 98768215Q | 98768223Q | 98768247Q |
| 98768259Q | 98768287Q | 98768296Q | 98768312Q | 98768321Q | 98768330Q |
| 98768351Q | 98768361Q | 98768368Q | 98768374Q | 98768381Q | 98768386Q |
| 98768402Q | 98768408Q | 98768413Q | 98768418Q | 98768425Q | 98768429Q |
| 98768441Q | 98768449Q | 98768454Q | 98768461Q | 98768467Q | 98768473Q |
| 98768478Q | 98768485Q | 98768508Q | 98768521Q | 98768525Q | 98768532Q |
| 98768536Q | 98768552Q | 98768557Q | 98768564Q | 98768569Q | 98768573Q |
| 98768588Q | 98768609Q | 98768622Q | 98768634Q | 98768662Q | 98768673Q |
| 98768680Q | 98768687Q | 98768698Q | 98768705Q | 98768709Q | 98768712Q |
| 98768741Q | 98768814Q | 98768827Q | 98768831Q | 98768845Q | 98768869Q |
| 98768909Q | 98768913Q | 98768921Q | 98768939Q | 98768982Q | 98769040Q |
| 98769124Q | 98769276Q | 98769282Q | 98769289Q | 98769294Q | 98769326Q |
| 98769351Q | 98769373Q | 98769423Q | 98769454Q | 98769510Q | 98769515Q |
| 98769823Q | 98769831Q | 98769840Q | 98769857Q | 98769920Q | 98769929Q |
| 98769939Q | 98769966Q | 98770001Q | 98770020Q | 98770032Q | 98770036Q |
| 98770038Q | 98770056Q | 98770096Q | 98770104Q | 98770118Q | 98770125Q |

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #    Order #      : 536064 01
           680 S LEMON AVENUE                        Order Date   : 9/25/08
                                                     Ship Date    : 9/30/08
              WALNUT              CA   91789         Terms        : PREPAID
Purchase Order # : 2157808                           Carrier      : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969396                Total Wgt    : 05291.00
Qty of Cartons     :       9                         Ctrl Order   :
Sourcing Warehse : CTS                               Invoice #    :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 98770146Q | 98770181Q | 98770237Q | 98770250Q | 98770255Q | 98770262Q |
| 98770272Q | 98770284Q | 98770290Q | 98770304Q | 98770319Q | 98770361Q |
| 98770371Q | 98770382Q | 98770392Q | 98770419Q | 98770426Q | 98770432Q |
| 98770443Q | 98770451Q | 98770456Q | 98770462Q | 98770468Q | 98770473Q |
| 98770490Q | 98770496Q | 98770503Q | 98770508Q | 98770515Q | 98770519Q |
| 98770540Q | 98770551Q | 98770562Q | 98770575Q | 98770605Q | 98770612Q |
| 98770618Q | 98770624Q | 98770659Q | 98770664Q | 98770677Q | 98770682Q |
| 98770687Q | 98770692Q | 98770712Q | 98770718Q | 98770725Q | 98770733Q |
| 98770744Q | 98770776Q | 98770784Q | 98770791Q | 98770798Q | 98770810Q |
| 98770815Q | 98770864Q | 98770900Q | 98770905Q | 98770913Q | 98770932Q |
| 98770940Q | 98770950Q | 98770954Q | 98770999Q | 98771011Q | 98771041Q |
| 98771058Q | 98771065Q | 98771072Q | 98771081Q | 98771085Q | 98771095Q |
| 98771101Q | 98771119Q | 98771124Q | 98771136Q | 98771142Q | 98771150Q |
| 98771160Q | 98771178Q | 98771184Q | 98771189Q | 98771195Q | 98771213Q |
| 98771225Q | 98771242Q | 98771247Q | 98771270Q | 98771275Q | 98771281Q |
| 98771294Q | 98771305Q | 98771314Q | 98771325Q | 98771347Q | 98771357Q |
| 98771391Q | 98771403Q | 98771409Q | 98771424Q | 98771475Q | 98771486Q |
| 98771503Q | 98771548Q | 98771565Q | 98771578Q | 98771605Q | 98771662Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #    Order #      : 536064 01
           680 S LEMON AVENUE                         Order Date   : 9/25/08
                                                      Ship Date    : 9/30/08
              WALNUT              CA   91789          Terms        : PREPAID
Purchase Order # : 2157808                            Carrier      : UPS-PALLET 3 DA
Bill of Lading  # : 1Z40039A6604969396                Total Wgt    : 05291.00
Qty of Cartons    :         9                         Ctrl Order   :
Sourcing Warehse  : CTS                               Invoice #    :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 98771677Q | 98771689Q | 98771724Q | 98771734Q | 98771752Q | 98771758Q |
| 98771762Q | 98771791Q | 98771810Q | 98771869Q | 98771886Q | 98771891Q |
| 98771906Q | 98771910Q | 98771915Q | 98771929Q | 98771937Q | 98771942Q |
| 98771960Q | 98771969Q | 98771982Q | 98771991Q | 98772040Q | 98772054Q |
| 98772077Q | 98772093Q | 98772106Q | 98772112Q | 98772122Q | 98772128Q |
| 98772137Q | 98772142Q | 98772149Q | 98772154Q | 98772168Q | 98772171Q |
| 98772176Q | 98772186Q | 98772190Q | 98772193Q | 98772197Q | 98772199Q |
| 98772210Q | 98772213Q | 98772224Q | 98772228Q | 98772232Q | 98772237Q |
| 98772241Q | 98772248Q | 98772254Q | 98772259Q | 98772273Q | 98772277Q |
| 98772295Q | 98772301Q | 98772305Q | 98772314Q | 98772319Q | 98772329Q |
| 98772334Q | 98772348Q | 98772352Q | 98772363Q | 98772368Q | 98772372Q |
| 98772379Q | 98772384Q | 98772408Q | 98772414Q | 98772423Q | 98772431Q |
| 98772436Q | 98772439Q | 98772444Q | 98772467Q | 98772471Q | 98772480Q |
| 98772494Q | 98772501Q | 98772507Q | 98772520Q | 98772526Q | 98772533Q |
| 98772573Q | 98772597Q | 98772640Q | 98772648Q | 98772656Q | 98772660Q |
| 98772672Q | 98772678Q | 98772689Q | 98772695Q | 98772710Q | 98772716Q |
| 98772724Q | 98772729Q | 98772742Q | 98772765Q | 98772778Q | 98772791Q |
| 98772800Q | 98772806Q | 98772812Q | 98772819Q | 98772829Q | 98772836Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #   Order #     : 536064 01
           680 S LEMON AVENUE                        Order Date  : 9/25/08
                                                     Ship Date   : 9/30/08
           WALNUT              CA   91789            Terms       : PREPAID
Purchase Order # : 2157808                           Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969396                Total Wgt   : 05291.00
Qty of Cartons   :        9                          Ctrl Order  :
Sourcing Warehse : CTS                               Invoice #   :
```

Unit Detail

| Unit | Item# | Description | | Quantity | |
|---|---|---|---|---|---|
| 98772870Q | 98772878Q | 98772883Q | 98772912Q | 98772923Q | 98772929Q |
| 98772934Q | 98772940Q | 98772946Q | 98772957Q | 98772965Q | 98772970Q |
| 98772977Q | 98772982Q | 98772989Q | 98772992Q | 98772997Q | 98773007Q |
| 98773012Q | 98773018Q | 98773024Q | 98773037Q | 98773047Q | 98773053Q |
| 98773060Q | 98773064Q | 98773069Q | 98773083Q | 98773089Q | 98773097Q |
| 98773102Q | 98773129Q | 98773156Q | 98773161Q | 98773175Q | 98773180Q |
| 98773184Q | 98773210Q | 98773263Q | 98773272Q | 98773275Q | 98773282Q |
| 98773290Q | 98773298Q | 98773310Q | 98773321Q | 98773327Q | 98773336Q |
| 98773356Q | 98773362Q | 98773366Q | 98773376Q | 98773382Q | 98773390Q |
| 98773414Q | 98773423Q | 98773429Q | 98773443Q | 98773450Q | 98773457Q |
| 98773463Q | 98773470Q | 98773474Q | 98773479Q | 98773498Q | 98773504Q |
| 98773508Q | 98773520Q | 98773528Q | 98773532Q | 98773546Q | 98773570Q |
| 98773576Q | 98773578Q | 98773583Q | 98773610Q | 98773634Q | 98773643Q |
| 98773653Q | 98773665Q | 98773672Q | 98773686Q | 98773693Q | 98773700Q |
| 98773705Q | 98773717Q | 98773726Q | 98773767Q | 98773788Q | 98773793Q |
| 98773887Q | 98773900Q | 98773923Q | 98773956Q | 98773962Q | 98773968Q |
| 98774111Q | 98774188Q | 98774203Q | 98774243Q | 98774260Q | 98774298Q |
| 98774318Q | 98774337Q | 98774349Q | 98774354Q | 98774367Q | 98774371Q |

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #    Order #      : 536064 01
           680 S LEMON AVENUE                         Order Date   : 9/25/08
                                                      Ship Date    : 9/30/08
           WALNUT              CA   91789             Terms        : PREPAID
Purchase Order # : 2157808                            Carrier      : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969396                 Total Wgt    : 05291.00
Qty of Cartons   :             9                      Ctrl Order   :
Sourcing Warehse : CTS                                Invoice #    :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 98774398Q | 98774423Q | 98774430Q | 98774452Q | 98774458Q | 98774465Q |
| 98774469Q | 98774474Q | 98774478Q | 98774483Q | 98774487Q | 98774501Q |
| 98774511Q | 98774530Q | 98774543Q | 98774558Q | 98774563Q | 98774571Q |
| 98774591Q | 98774605Q | 98774609Q | 98774617Q | 98774633Q | 98774643Q |
| 98774670Q | 98774689Q | 98774738Q | 98774744Q | 98774772Q | 98774811Q |
| 98774840Q | 98774895Q | 98775189Q | 98775191Q | 98775195Q | 98775198Q |
| 98775210Q | 98775217Q | 98775222Q | 98775230Q | 98775239Q | 98775241Q |
| 98775265Q | 98775560Q | 98775790Q | 98775803Q | 98775817Q | 98775844Q |
| 98775907Q | 98776002Q | 98776054Q | 98776113Q | 98776134Q | 98776141Q |
| 98776170Q | 98776251Q | 98776276Q | 98776288Q | 98776308Q | 98776389Q |
| 98776401Q | 98776471Q | 98776477Q | 98776486Q | 98776495Q | 98776522Q |
| 98776562Q | 98776596Q | 98776606Q | 98776648Q | 98776661Q | 98776669Q |
| 98776675Q | 98776770Q | 98776823Q | 98777214Q | 98777278Q | 98777325Q |
| 98777374Q | 98777487Q | 98777503Q | 98777514Q | 98777534Q | 98777560Q |
| 98777578Q | 98777637Q | | | | |

////// END OF PACKING LIST //////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 09/29/08 - DIV 040

UPS: Tracking Information

Page 1 of 3

Case 08-35653-KRH    Doc 458-14    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 15 of 16




Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide

UPS Uni

Tracking

🔒 Welcome, Collections | Logout

My UPS

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers 🔒
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

## Search Support

**Enter a keyword:**



## Track Shipments

**Track Packages & Freight    Quantum View    Flex Global View**

**Tracking Summary**    Printer Friendl

**Packages in Shipment: 9**

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0496 939 6 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 10/07/2008 11:30 A.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVIDSON E. |
| **Tracking Number:** | 1Z 400 39A 66 0496 942 1 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 10/07/2008 11:30 A.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVIDSON E. |
| **Tracking Number:** | 1Z 400 39A 66 0496 943 0 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 10/07/2008 11:30 A.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVIDSON E. |
| **Tracking Number:** | 1Z 400 39A 66 0496 944 9 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 10/07/2008 11:30 A.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVIDSON E. |

UPS: Tracking Information

Page 2 of 3

Case 08-35653-KRH    Doc 458-14    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 16 of 16

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0496 945 8 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 10/07/2008 |
| | 11:30 A.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVIDSON E. |
| | |
| **Tracking Number:** | 1Z 400 39A 66 0496 946 7 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 10/07/2008 |
| | 11:30 A.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVIDSON E. |
| | |
| **Tracking Number:** | 1Z 400 39A 66 0496 947 6 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 10/07/2008 |
| | 11:30 A.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVIDSON E. |
| | |
| **Tracking Number:** | 1Z 400 39A 66 0496 940 3 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 10/07/2008 |
| | 11:30 A.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVIDSON E. |
| | |
| **Tracking Number:** | 1Z 400 39A 66 0496 941 2 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 10/07/2008 |
| | 11:30 A.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVIDSON E. |

Tracking results provided by UPS: 11/10/2008 6:58 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us