```
BILL TO  35474200                          SHIP TO  35474200567
CIRCUIT CITY STORES INC                    CIRCUIT CITY STORES INC #567
9954 MAYLAND DRIVE                          1901 COOPER DRIVE
MERCH. PAYABLE/AMY SANDERSON               ARDMORE OK 73402
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER 2157809 | ORDER NUMBER 536067 | ORDER DATE 09/25/08 | SHIP DATE 09/30/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|

| FOB CIF - DESTINATION CUSTOMER MSGS: | FREIGHT TERMS FREIGHT PREPAID | SHIP VIA UPS Pallet OD | BILL OF LADING 1Z40039A6604970937 | SRCWHS CTS | SLSP DPDCC9 |
|---|---|---|---|---|---|

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| PSLB8U-05202F | SATELLITE L305-S5908 | 682 | 682 | 0 | EA | 717.59 | .0 | 717.59 | 489,396.38 |

CUSTOMER PART NUMBER: L305S5908

```
SERIAL NUMBERS:
PSLB8U-05202F   SR# 98665179Q    98717095Q    98717140Q    98717169Q    98717184Q
...             SR# 98717191Q    98717194Q    98717204Q    98717229Q    98717244Q
...             SR# 98717253Q    98717264Q    98717279Q    98717291Q    98717322Q
...             SR# 98717328Q    98717332Q    98717394Q    98717422Q    98717427Q
...             SR# 98717489Q    98717511Q    98717516Q    98717522Q    98717526Q
...             SR# 98717546Q    98717568Q    98717701Q    98717788Q    98717806Q
...             SR# 98717811Q    98717821Q    98717859Q    98717865Q    98717878Q
...             SR# 98717945Q    98717964Q    98718120Q    98718967Q    98718983Q
...             SR# 98718992Q    98719040Q    98719085Q    98719173Q    98719228Q
...             SR# 98719570Q    98719610Q    98719735Q    98719987Q    98720007Q
...             SR# 98720013Q    98720020Q    98720289Q    98720331Q    98720342Q
...             SR# 98720358Q    98720370Q    98720398Q    98720444Q    98720514Q
...             SR# 98720737Q    98720863Q    98723112Q    98729450Q    98732454Q
...             SR# 98733019Q    98733632Q    98733964Q    98733979Q    98733985Q
...             SR# 98734013Q    98734053Q    98734075Q    98734118Q    98734208Q
...             SR# 98734220Q    98734512Q    98734576Q    98734600Q    98734610Q
...             SR# 98734703Q    98734708Q    98734733Q    98734765Q    98734792Q
...             SR# 98734804Q    98734860Q    98734865Q    98734884Q    98734890Q
...             SR# 98734902Q    98734941Q    98735639Q    98715543Q    98715547Q
...             SR# 98715634Q    98716500Q    98716656Q    98751702Q    98751761Q
...             SR# 98751788Q    98751798Q    98751821Q    98751829Q    98751836Q
...             SR# 98751855Q    98751877Q    98751894Q    98751912Q    98751934Q
...             SR# 98751955Q    98751977Q    98751984Q    98752009Q    98752038Q
...             SR# 98752052Q    98752076Q    98752080Q    98752088Q    98752103Q
...             SR# 98752108Q    98752129Q    98752136Q    98752141Q    98752151Q
...             SR# 98752158Q    98752164Q    98752176Q    98752235Q    98752257Q
...             SR# 98752278Q    98752306Q    98752330Q    98752350Q    98752357Q
...             SR# 98752380Q    98752392Q    98752398Q    98752402Q    98752510Q
...             SR# 98752627Q    98752662Q    98752726Q    98752733Q    98752885Q
...             SR# 98752908Q    98752919Q    98752971Q    98752976Q    98752981Q
...             SR# 98752986Q    98752990Q    98752997Q    98753012Q    98753780Q
...           . SR# 98753976Q    98754474Q    98754898Q    98755543Q    98758507Q
```

* CONTINUED *

```
BILL TO  35474200                          SHIP TO  35474200567
CIRCUIT CITY STORES INC                    CIRCUIT CITY STORES INC #567
9954 MAYLAND DRIVE                         1901 COOPER DRIVE
MERCH. PAYABLE/AMY SANDERSON               ARDMORE OK 73402
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER 2157809 | ORDER NUMBER 536067 | ORDER DATE 09/25/08 | SHIP DATE 09/30/08 | PAYMENT TERMS NET 30 | OC  /AC ORD /25 |
|---|---|---|---|---|---|

FOB
CIF - DESTINATION
CUSTOMER MSGS:

| FREIGHT TERMS FREIGHT PREPAID | SHIP VIA UPS Pallet OD | BILL OF LADING 1Z40039A6604970937 | SRCWHS CTS | SLSP DPDCC9 |
|---|---|---|---|---|

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 9875934OQ | 9875941 3Q | 9875946 8Q | 9876000 1Q | 9876534 0Q | | | |
| ... | SR# 9876542 3Q | 9876552 3Q | 9876591 1Q | 9876593 1Q | 9876594 6Q | | | |
| ... | SR# 9876613 0Q | 9876615 8Q | 9876624 2Q | 9876624 8Q | 9876625 3Q | | | |
| ... | SR# 9876633 5Q | 9876635 7Q | 9876637 1Q | 9876639 2Q | 9876640 3Q | | . | |
| ... | SR# 9876640 9Q | 9876642 1Q | 9876645 0Q | 9876647 9Q | 9876709 2Q | | | |
| ... | SR# 9876709 5Q | 9876714 3Q | 9876718 3Q | 9876719 5Q | 9876720 3Q | | | |
| ... | SR# 9876720 8Q | 9876721 5Q | 9876722 7Q | 9876725 3Q | 9876725 9Q | | | |
| ... | SR# 9876729 2Q | 9876732 4Q | 9876738 7Q | 9876741 9Q | 9876745 7Q | | | |
| ... | SR# 9876747 3Q | 9876749 0Q | 9876751 5Q | 9876752 7Q | 9876753 3Q | | | |
| ... | SR# 9876756 1Q | 9876756 7Q | 9876758 7Q | 9876759 7Q | 9876764 9Q | | | |
| ... | SR# 9876766 7Q | 9876778 5Q | 9876779 1Q | 9876780 0Q | 9876781 0Q | | | |
| ... | SR# 9876781 9Q | 9876782 5Q | 9876784 1Q | 9876786 6Q | 9876787 1Q | | | |
| ... | SR# 9876787 8Q | 9876795 4Q | 9876796 6Q | 9876796 9Q | 9876798 8Q | | | |
| ... | SR# 9876804 0Q | 9876806 1Q | 9876806 7Q | 9876807 7Q | 9876808 3Q | | | |
| ... | SR# 9876808 6Q | 9876811 9Q | 9876826 2Q | 9876827 2Q | 9876827 7Q | | | |
| ... | SR# 9876828 1Q | 9876830 2Q | 9876879 5Q | 9876979 6Q | 9876986 6Q | | | |
| ... | SR# 9876989 4Q | 9876994 7Q | 9877003 6Q | 9877007 0Q | 9877008 0Q | | | |
| ... | SR# 9877082 1Q | 9877085 5Q | 9877099 1Q | 9877102 0Q | 9877134 3Q | | | |
| ... | SR# 9877147 0Q | 9877116 9Q | 9877197 7Q | 9877201 3Q | 9877218 1Q | | | |
| ... | SR# 9877233 9Q | 9877254 7Q | 9877258 0Q | 9877275 1Q | 9877277 3Q | | | |
| ... | SR# 9877286 2Q | 9877362 8Q | 9877368 2Q | 9877423 2Q | 9877443 7Q | | | |
| ... | SR# 9877451 7Q | 9877452 3Q | 9877510 9Q | 9877511 2Q | 9877520 7Q | | | |
| ... | SR# 9877525 8Q | 9877528 9Q | 9877532 2Q | 9877535 3Q | 9877539 8Q | | | |
| ... | SR# 9877540 9Q | 9877542 7Q | 9877547 3Q | 9877560 2Q | 9877565 7Q | | | |
| ... | SR# 9877566 2Q | 9877570 9Q | 9877570 9Q | 9877575 2Q | 9877580 4Q | | | |
| ... | SR# 9877581 2Q | 9877583 3Q | 9877584 2Q | 9877584 8Q | 9877586 1Q | | | |
| ... | SR# 9877586 9Q | 9877589 6Q | 9877590 3Q | 9877592 5Q | 9877593 6Q | | | |
| ... | SR# 9877599 5Q | 9877597 0Q | 9877597 6Q | 9877598 2Q | 9877600 4Q | | | |
| ... | SR# 9877605 2Q | 9877607 1Q | 9877608 1Q | 9877609 0Q | 9877610 4Q | | | |
| ... | SR# 9877618 8Q | 9877620 6Q | 9877622 2Q | 9877623 7Q | 9877626 4Q | | | |
| ... | SR# 9877633 3Q | 9877634 1Q | 9877641 1Q | 9877642 6Q | 9877643 9Q | | | |
| ... | SR# 9877647 2Q | 9877649 9Q | 9877650 5Q | 9877650 8Q | 9877651 5Q | | | |
| ... | SR# 9877653 5Q | 9877654 0Q | 9877656 7Q | 9877657 4Q | 9877659 4Q | | | |
| ... | SR# 9877661 3Q | 9877661 6Q | 9877663 1Q | 9877664 0Q | 9877665 6Q | | | |
| ... | SR# 9877667 0Q | 9877675 8Q | 9877673 2Q | 9877673 4Q | 9877675 9Q | | | |
| ... | SR# 9877674 7Q | 9877675 8Q | 9877676 3Q | 9877678 3Q | 9877679 5Q | | | |
| ... | SR# 9877679 9Q | 9877680 8Q | 9877681 1Q | 9877681 2Q | 9877682 9Q | | | |

* CONTINUED *

```
BILL TO  35474200                          SHIP TO  35474200567
CIRCUIT CITY STORES INC                    CIRCUIT CITY STORES INC #567
9954 MAYLAND DRIVE                         1901 COOPER DRIVE
MERCH. PAYABLE/AMY SANDERSON               ARDMORE OK 73402
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER 2157809 | ORDER NUMBER 536067 | ORDER DATE 09/25/08 | SHIP DATE 09/30/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|

```
FOB                        FREIGHT TERMS              SHIP VIA              BILL OF LADING              SRCWHS   SLSP
CIF - DESTINATION          FREIGHT PREPAID            UPS Pallet OD         1Z40039A6604970937          CTS      DPDCC9
CUSTOMER MSGS:
```

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 98776835Q | 98776838Q | 98776839Q | | 98776846Q | 98776851Q | | |
| ... | SR# 98776858Q | 98776859Q | 98776866Q | | 98776868Q | 98776881Q | | |
| ... | SR# 98776909Q | 98776918Q | 98776936Q | | 98776944Q | 98776949Q | | |
| ... | SR# 98776951Q | 98776971Q | 98776978Q | | 98777021Q | 98777030Q | | |
| ... | SR# 98777052Q | 98777061Q | 98777065Q | | 98777071Q | 98777072Q | | |
| ... | SR# 98777106Q | 98777114Q | 98777123Q | | 98777129Q | 98777134Q | | |
| ... | SR# 98777140Q | 98777144Q | 98777151Q | | 98777155Q | 98777156Q | | |
| ... | SR# 98777168Q | 98777191Q | 98777202Q | | 98777209Q | 98777228Q | | |
| ... | SR# 98777234Q | 98777242Q | 98777247Q | | 98777255Q | 98777287Q | | |
| ... | SR# 98777295Q | 98777296Q | 98777298Q | | 98777320Q | 98777335Q | | |
| ... | SR# 98777338Q | 98777345Q | 98777352Q | | 98777354Q | 98777371Q | | |
| ... | SR# 98777406Q | 98777415Q | 98777416Q | | 98777422Q | 98777435Q | | |
| ... | SR# 98774450Q | 98774457Q | 98774458Q | | 98774468Q | 98774477Q | | |
| ... | SR# 98775486Q | 98774499Q | 98775517Q | | 98775519Q | 98775530Q | | |
| ... | SR# 98775538Q | 98775543Q | 98775545Q | | 98775549Q | 98775551Q | | |
| ... | SR# 98775563Q | 98775572Q | 98776601Q | | 98776623Q | 98776633Q | | |
| ... | SR# 98776645Q | 98776647Q | 98776663Q | | 98776670Q | 98776675Q | | |
| ... | SR# 98776695Q | 98777000Q | 98777114Q | | 98777722Q | 98777731Q | | |
| ... | SR# 98777738Q | 98777761Q | 98777766Q | | 98777780Q | 98777790Q | | |
| ... | SR# 98777799Q | 98778804Q | 98778827Q | | 98778841Q | 98778850Q | | |
| ... | SR# 98778859Q | 98778876Q | 98779905Q | | 98779923Q | 98779942Q | | |
| ... | SR# 98779952Q | 98779966Q | 98779979Q | | 98779988Q | 98780014Q | | |
| ... | SR# 98780034Q | 98780039Q | 98778046Q | | 98780055Q | 98780066Q | | |
| ... | SR# 98780086Q | 98778108Q | 98778113Q | | 98778127Q | 98778149Q | | |
| ... | SR# 98781173Q | 98778182Q | 98778209Q | | 98778219Q | 98778227Q | | |
| ... | SR# 98782240Q | 98782247Q | 98782258Q | | 98782264Q | 98782281Q | | |
| ... | SR# 98782290Q | 98783302Q | 98783310Q | | 98783317Q | 98783337Q | | |
| ... | SR# 98783390Q | 98784408Q | 98784420Q | | 98784427Q | 98784440Q | | |
| ... | SR# 98784465Q | 98784474Q | 98784494Q | | 98785503Q | 98785538Q | | |
| ... | SR# 98785545Q | 98785567Q | 98785578Q | | 98786628Q | 98786635Q | | |
| ... | SR# 98786646Q | 98786666Q | 98786683Q | | 98787500Q | 98787666Q | | |
| ... | SR# 98778779Q | 98788837Q | 98788843Q | | 98789002Q | 98789953Q | | |
| ... | SR# 98789973Q | 98789992Q | 98779000Q | | 98789929Q | 98790055Q | | |
| ... | SR# 98790086Q | 98790094Q | 98779138Q | | 98779186Q | 98779193Q | | |
| ... | SR# 98779216Q | 98779222Q | 98779231Q | | 98779255Q | 98779264Q | | |
| ... | SR# 98779277Q | 98779304Q | 98779358Q | | 98779412Q | 98779427Q | | |
| ... | SR# 98779436Q | 98779444Q | 98779453Q | | 98779481Q | 98779514Q | | |

* CONTINUED *

```
BILL TO  35474200                          SHIP TO  35474200567
CIRCUIT CITY STORES INC                    CIRCUIT CITY STORES INC #567
9954 MAYLAND DRIVE                         1901 COOPER DRIVE
MERCH. PAYABLE/AMY SANDERSON               ARDMORE OK 73402
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157809 | 536067 | 09/25/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6604970937 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ... | SR# 98779561Q | 98779577Q | 98779681Q | | | 98779765Q | | 98779773Q | |
| ... | SR# 98779782Q | 98779797Q | 98779815Q | | | 98779820Q | | 98779913Q | |
| ... | SR# 98779932Q | 98779975Q | 98780055Q | | | 98780076Q | | 98780102Q | |
| ... | SR# 98780155Q | 98780174Q | 98780190Q | | | 98780197Q | | 98780207Q | |
| ... | SR# 98780238Q | 98780263Q | 98780287Q | | | 98780294Q | | 98780327Q | |
| ... | SR# 98780343Q | 98780355Q | 98780363Q | | | 98780566Q | | 98780699Q | |
| ... | SR# 98780817Q | 98781153Q | 98781254Q | | | 98781265Q | | 98781323Q | |
| ... | SR# 98781487Q | 98781502Q | 98781509Q | | | 98781536Q | | 98781565Q | |
| ... | SR# 98781570Q | 98781710Q | 98781728Q | | | 98781751Q | | 98781768Q | |
| ... | SR# 98781801Q | 98781820Q | 98781833Q | | | 98781838Q | | 98781853Q | |
| ... | SR# 98781860Q | 98781885Q | 98781893Q | | | 98781899Q | | 98781934Q | |
| ... | SR# 98781940Q | 98781946Q | 98781995Q | | | 98782007Q | | 98782012Q | |
| ... | SR# 98782031Q | 98782071Q | 98782094Q | | | 98782105Q | | 98782121Q | |
| ... | SR# 98782133Q | 98782150Q | 98782194Q | | | 98782210Q | | 98782215Q | |
| ... | SR# 98782220Q | 98782227Q | 98782246Q | | | 98782252Q | | 98782258Q | |
| ... | SR# 98782264Q | 98782272Q | 98782277Q | | | 98782298Q | | 98783305Q | |
| ... | SR# 98782341Q | 98782376Q | 98782382Q | | | 98782401Q | | 98782429Q | |
| ... | SR# 98782440Q | 98782518Q | 98782526Q | | | 98782532Q | | 98782544Q | |
| ... | SR# 98782562Q | 98782579Q | 98782594Q | | | 98782594Q | | 98782621Q | |
| ... | SR# 98782626Q | 98782639Q | 98782644Q | | | 98782651Q | | 98782660Q | |
| ... | SR# 98782675Q | 98782681Q | 98782691Q | | | 98782707Q | | 98782720Q | |
| ... | SR# 98782726Q | 98782732Q | 98782748Q | | | 98782756Q | | 98782762Q | |
| ... | SR# 98782781Q | 98782795Q | 98782801Q | | | 98782826Q | | 98782859Q | |
| ... | SR# 98782873Q | 98782879Q | 98782884Q | | | 98782909Q | | 98782912Q | |
| ... | SR# 98782917Q | 98782928Q | 98782934Q | | | 98782938Q | | 98782965Q | |
| ... | SR# 98782970Q | 98782994Q | 98782998Q | | | 98783029Q | | 98783065Q | |
| ... | SR# 98783069Q | 98783080Q | 98783096Q | | | 98783103Q | | 98783111Q | |
| ... | SR# 98783124Q | 98783129Q | 98783175Q | | | 98783180Q | | 98783194Q | |
| ... | SR# 98783203Q | 98783241Q | 98783267Q | | | 98783274Q | | 98783283Q | |
| ... | SR# 98783316Q | 98783379Q | 98783863Q | | | 98783867Q | | 98787283Q | |
| ... | SR# 98788666Q | 98788877Q | | | | | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 489,396.38 | 0.00 | 0.00 | 0.00 | 489,396.38 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:                    PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION

Bill of Lading # : 1Z40039A6604970937          Total Wgt  : 06308.50
Qty of Cartons   :        11                   Ctrl Order :
Sourcing Warehse : CTS                         Invoice #  :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ---------------------------------------
1Z40039A6604970937   1Z40039A6604970946   1Z40039A6604970955   1Z40039A6604970964
1Z40039A6604970973   1Z40039A6604970982   1Z40039A6604970991   1Z40039A6604971007
1Z40039A6604971016   1Z40039A6604971025   1Z40039A6604971034


In transit

------------------------------------------------------------------------------

| Whs Ord | Ord | B/O | Shp | | | |
| Ln# Ln# | Qty | Qty | Qty | UOM | Item # | Item Description |
| === === | ===== | ===== | ===== | === | =============== | ======================== |
| 2   2 | 682 | 0 | 682 | EA | PSLB8U-05202F | SATELLITE L305-S5908 |


Unit Detail

| Unit | Item# | Description | | | Quantity |
| --- | --- | --- | --- | --- | --- |
| 53606701 | PSLB8U-05202F | SATELLITE L305-S5908 | | | 682 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 98665179Q | 98717095Q | 98717140Q | 98717169Q | 98717184Q | 98717191Q |
| 98717194Q | 98717204Q | 98717229Q | 98717244Q | 98717253Q | 98717264Q |
| 98717279Q | 98717291Q | 98717322Q | 98717328Q | 98717332Q | 98717394Q |
| 98717422Q | 98717427Q | 98717489Q | 98717511Q | 98717516Q | 98717522Q |
| 98717526Q | 98717546Q | 98717568Q | 98717701Q | 98717788Q | 98717806Q |
| 98717811Q | 98717821Q | 98717859Q | 98717865Q | 98717878Q | 98717945Q |
| 98717964Q | 98718120Q | 98718967Q | 98718983Q | 98718992Q | 98719040Q |
| 98719085Q | 98719173Q | 98719228Q | 98719570Q | 98719610Q | 98719735Q |
| 98719987Q | 98720007Q | 98720013Q | 98720020Q | 98720289Q | 98720331Q |

Ship Date   :    9/30/08
Case 08-35083-KRH   Doc 408-15   Filed 11/26/08   Entered 11/26/08 18:03:38   Desc
Purchase Order #  Exhibit(s)   Invoices and Proof of Delivery Cont.   Page 6 of 23 : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604970937               Total Wgt  :  06308.50
Qty of Cartons   :       11                         Ctrl Order :
Sourcing Warehse : CTS                              Invoice #  :

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 98720342Q | 98720358Q | 98720370Q | 98720398Q | 98720444Q | 98720514Q |
| 98720737Q | 98720863Q | 98723112Q | 98729450Q | 98732454Q | 98733019Q |
| 98733632Q | 98733964Q | 98733979Q | 98733985Q | 98734013Q | 98734053Q |
| 98734075Q | 98734118Q | 98734208Q | 98734220Q | 98734512Q | 98734576Q |
| 98734600Q | 98734610Q | 98734703Q | 98734708Q | 98734733Q | 98734765Q |
| 98734792Q | 98734804Q | 98734860Q | 98734865Q | 98734884Q | 98734890Q |
| 98734902Q | 98734941Q | 98735639Q | 98751543Q | 98751547Q | 98751634Q |
| 98751650Q | 98751656Q | 98751702Q | 98751761Q | 98751788Q | 98751798Q |
| 98751821Q | 98751829Q | 98751836Q | 98751855Q | 98751877Q | 98751894Q |
| 98751912Q | 98751934Q | 98751955Q | 98751977Q | 98751984Q | 98752009Q |
| 98752038Q | 98752052Q | 98752076Q | 98752080Q | 98752088Q | 98752103Q |
| 98752108Q | 98752129Q | 98752136Q | 98752141Q | 98752151Q | 98752158Q |
| 98752164Q | 98752176Q | 98752235Q | 98752257Q | 98752278Q | 98752306Q |
| 98752330Q | 98752350Q | 98752357Q | 98752380Q | 98752392Q | 98752398Q |
| 98752402Q | 98752554Q | 98752627Q | 98752662Q | 98752726Q | 98752733Q |
| 98752885Q | 98752908Q | 98752919Q | 98752971Q | 98752976Q | 98752981Q |
| 98752986Q | 98752990Q | 98752997Q | 98753012Q | 98753780Q | 98753976Q |
| 98754474Q | 98754898Q | 98755543Q | 98758507Q | 98759340Q | 98759413Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export

Ship Date : 9/30/08
Case 08-35088-KRH Doc 498-15 Filed 11/26/08 Entered 11/26/08 18:03:16 REPALES
Purchase Order # : 2115(S) Exhibit(s) Invoices and Proof of Delivery Cont. Page 7 of 23 : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604970937                      Total Wgt : 06308.50
Qty of Cartons   :        11                               Ctrl Order :
Sourcing Warehse : CTS                                     Invoice #  :

Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| 98759468Q | 98760001Q | 98765340Q | 98765423Q | 98765523Q | 98765911Q |
| 98765931Q | 98765946Q | 98766130Q | 98766158Q | 98766242Q | 98766248Q |
| 98766253Q | 98766335Q | 98766357Q | 98766371Q | 98766392Q | 98766403Q |
| 98766409Q | 98766421Q | 98766450Q | 98766479Q | 98767092Q | 98767095Q |
| 98767143Q | 98767183Q | 98767195Q | 98767203Q | 98767208Q | 98767215Q |
| 98767227Q | 98767253Q | 98767259Q | 98767292Q | 98767324Q | 98767387Q |
| 98767419Q | 98767457Q | 98767473Q | 98767490Q | 98767515Q | 98767527Q |
| 98767533Q | 98767561Q | 98767567Q | 98767587Q | 98767597Q | 98767649Q |
| 98767667Q | 98767785Q | 98767791Q | 98767803Q | 98767810Q | 98767819Q |
| 98767825Q | 98767841Q | 98767866Q | 98767871Q | 98767878Q | 98767954Q |
| 98767966Q | 98767969Q | 98767988Q | 98768040Q | 98768061Q | 98768067Q |
| 98768077Q | 98768083Q | 98768086Q | 98768119Q | 98768262Q | 98768272Q |
| 98768277Q | 98768281Q | 98768302Q | 98768795Q | 98769796Q | 98769866Q |
| 98769894Q | 98769947Q | 98770386Q | 98770706Q | 98770803Q | 98770821Q |
| 98770855Q | 98770991Q | 98771020Q | 98771343Q | 98771470Q | 98771695Q |
| 98771977Q | 98772013Q | 98772181Q | 98772339Q | 98772547Q | 98772580Q |
| 98772751Q | 98772773Q | 98772862Q | 98773628Q | 98773682Q | 98774232Q |
| 98774437Q | 98774517Q | 98774523Q | 98775109Q | 98775112Q | 98775207Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by purchaser, directly

Purchase Order #  :  21157809                    Item    :  UPS-PALLET 3 DA
Bill of Lading #  :  1Z40039A6604970937          Total Wgt  :  06308.50
Qty of Cartons    :      11                      Ctrl Order :
Sourcing Warehse  :  CTS                         Invoice #  :  PREPAIS

Unit Detail

Unit          Item#           Description                      Quantity

98775258Q     98775289Q       98775322Q       98775353Q       98775398Q       98775409Q

98775427Q     98775473Q       98775602Q       98775657Q       98775662Q       98775675Q

98775709Q     98775752Q       98775804Q       98775812Q       98775833Q       98775842Q

98775848Q     98775861Q       98775869Q       98775896Q       98775903Q       98775925Q

98775936Q     98775955Q       98775970Q       98775976Q       98775982Q       98776044Q

98776052Q     98776071Q       98776081Q       98776090Q       98776104Q       98776188Q

98776206Q     98776222Q       98776237Q       98776264Q       98776333Q       98776358Q

98776411Q     98776426Q       98776439Q       98776472Q       98776499Q       98776505Q

98776508Q     98776515Q       98776535Q       98776540Q       98776567Q       98776574Q

98776594Q     98776613Q       98776616Q       98776631Q       98776640Q       98776656Q

98776670Q     98776696Q       98776703Q       98776732Q       98776734Q       98776747Q

98776758Q     98776763Q       98776783Q       98776795Q       98776799Q       98776808Q

98776811Q     98776812Q       98776829Q       98776835Q       98776838Q       98776839Q

98776846Q     98776851Q       98776858Q       98776859Q       98776866Q       98776868Q

98776881Q     98776909Q       98776918Q       98776936Q       98776944Q       98776949Q

98776951Q     98776971Q       98776978Q       98777021Q       98777030Q       98777052Q

98777061Q     98777065Q       98777071Q       98777072Q       98777106Q       98777114Q

98777123Q     98777129Q       98777134Q       98777140Q       98777144Q       98777151Q

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly

Ship Date   :   9/30/08
Purchase Order # : 215789 Q                                    Terms     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604970937                         Total Wgt : 06308.50
Qty of Cartons   :        11                                  Ctrl Order :
Sourcing Warehse : CTS                                        Invoice # :

Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|------|------|----------|
| 98777155Q | 98777156Q | 98777168Q | 98777191Q | 98777202Q | 98777209Q |
| 98777228Q | 98777234Q | 98777242Q | 98777247Q | 98777255Q | 98777287Q |
| 98777295Q | 98777296Q | 98777298Q | 98777320Q | 98777335Q | 98777338Q |
| 98777345Q | 98777352Q | 98777354Q | 98777371Q | 98777406Q | 98777415Q |
| 98777416Q | 98777422Q | 98777435Q | 98777450Q | 98777457Q | 98777458Q |
| 98777468Q | 98777477Q | 98777486Q | 98777499Q | 98777517Q | 98777519Q |
| 98777530Q | 98777538Q | 98777543Q | 98777545Q | 98777549Q | 98777551Q |
| 98777563Q | 98777572Q | 98777601Q | 98777623Q | 98777633Q | 98777645Q |
| 98777647Q | 98777663Q | 98777670Q | 98777675Q | 98777695Q | 98777700Q |
| 98777714Q | 98777722Q | 98777731Q | 98777738Q | 98777761Q | 98777766Q |
| 98777780Q | 98777790Q | 98777799Q | 98777804Q | 98777827Q | 98777841Q |
| 98777850Q | 98777859Q | 98777876Q | 98777905Q | 98777923Q | 98777942Q |
| 98777952Q | 98777966Q | 98777979Q | 98777988Q | 98778014Q | 98778034Q |
| 98778039Q | 98778046Q | 98778055Q | 98778066Q | 98778086Q | 98778108Q |
| 98778113Q | 98778127Q | 98778149Q | 98778173Q | 98778182Q | 98778209Q |
| 98778219Q | 98778227Q | 98778240Q | 98778247Q | 98778258Q | 98778264Q |
| 98778281Q | 98778290Q | 98778302Q | 98778310Q | 98778317Q | 98778337Q |
| 98778390Q | 98778408Q | 98778420Q | 98778427Q | 98778440Q | 98778465Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly

ARDMORE                    OK-73402                        PREPAID

Purchase Order # :    2157809               Ship Date  :   9/30/08
Bill of Lading # : 1Z40039A6604970937       Terms     :   UPS-PALLET 3 DA
Qty of Cartons    :      11                 Total Wgt  :   06308.50
Sourcing Warehse : CTS                      Ctrl Order :
                                            Invoice #  :

                          Unit Detail

Unit          Item#           Description                    Quantity

98778474Q     98778495Q     98778503Q     98778538Q     98778545Q     98778567Q

98778578Q     98778628Q     98778635Q     98778646Q     98778666Q     98778683Q

98778750Q     98778766Q     98778779Q     98778837Q     98778843Q     98778902Q

98778953Q     98778973Q     98778992Q     98779000Q     98779029Q     98779055Q

98779086Q     98779094Q     98779138Q     98779186Q     98779193Q     98779216Q

98779222Q     98779231Q     98779255Q     98779264Q     98779277Q     98779304Q

98779358Q     98779412Q     98779427Q     98779436Q     98779444Q     98779453Q

98779481Q     98779514Q     98779561Q     98779577Q     98779681Q     98779765Q

98779773Q     98779782Q     98779797Q     98779815Q     98779820Q     98779913Q

98779932Q     98779975Q     98780055Q     98780076Q     98780102Q     98780155Q

98780174Q     98780190Q     98780197Q     98780207Q     98780238Q     98780263Q

98780287Q     98780294Q     98780327Q     98780343Q     98780355Q     98780363Q

98780566Q     98780699Q     98780817Q     98781153Q     98781254Q     98781265Q

98781323Q     98781487Q     98781502Q     98781509Q     98781536Q     98781565Q

98781570Q     98781710Q     98781728Q     98781751Q     98781768Q     98781801Q

98781820Q     98781833Q     98781838Q     98781853Q     98781860Q     98781885Q

98781893Q     98781899Q     98781934Q     98781940Q     98781946Q     98781995Q

98782007Q     98782012Q     98782031Q     98782071Q     98782094Q     98782105Q

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export.  Any export or re-export by the purchaser, directly

```
                                        Ship Date   :   9/30/08
ARDMORE                                 Terms       :   PREPAID
Purchase Order #  :  2057800            Carrier     :   UPS-PALLET 3 DA
Bill of Lading #  :  1Z40039A6604970937 Total Wgt   :   06308.50
Qty of Cartons    :       11            Ctrl Order  :
Sourcing Warehse  :  CTS                Invoice #   :
```

                              Unit Detail

Unit            Item#            Description                    Quantity

98782121Q    98782133Q    98782150Q    98782194Q    98782210Q    98782215Q

98782220Q    98782227Q    98782246Q    98782252Q    98782258Q    98782264Q

98782272Q    98782277Q    98782298Q    98782305Q    98782341Q    98782376Q

98782382Q    98782401Q    98782429Q    98782440Q    98782518Q    98782526Q

98782532Q    98782544Q    98782562Q    98782579Q    98782594Q    98782599Q

98782621Q    98782626Q    98782639Q    98782644Q    98782651Q    98782660Q

98782675Q    98782681Q    98782691Q    98782707Q    98782720Q    98782726Q

98782732Q    98782748Q    98782756Q    98782762Q    98782781Q    98782795Q

98782801Q    98782826Q    98782859Q    98782873Q    98782879Q    98782884Q

98782909Q    98782912Q    98782917Q    98782928Q    98782934Q    98782938Q

98782965Q    98782970Q    98782994Q    98782998Q    98783029Q    98783065Q

98783069Q    98783080Q    98783096Q    98783103Q    98783111Q    98783124Q

98783129Q    98783175Q    98783180Q    98783194Q    98783203Q    98783241Q

98783267Q    98783274Q    98783283Q    98783316Q    98783379Q    98783863Q

98783867Q    98787283Q    98788866Q    98788877Q


                ///////  E N D   O F   P A C K I N G   L I S T  //////


        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, direct

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0497 093 7 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/09/2008 |
| | 2:00 P.M. |
| Delivered To: | HAGERSTOWN, MD, US |
| Signed By: | BRYAN D. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 11 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0497 094 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 |
| | 7:20 A.M. |
| Delivered To: | ARDMORE, OK, US |
| Signed By: | CHRISTY JONES |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 11 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0497 095 5 |
| Type: | Package |
| Status: | **In Transit** |
| Shipped To: | ARDMORE, OK, US |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 11 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0497 096 4 |
| Type: | Package |
| Status: | **In Transit** |
| Shipped To: | ARDMORE, OK, US |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 11 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0497 097 3 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 |

**Tracking Number:**   1Z 400 39A 66 0497 098 2
Type:                  Package
Status:                **In Transit**
Shipped To:            ARDMORE,  OK,  US
Service:               WORLD WIDE EXPRESS FREIGHT
Multiple Packages:     11

**Tracking Number:**   1Z 400 39A 66 0497 099 1
Type:                  Package
Status:                **In Transit**
Shipped To:            ARDMORE,  OK,  US
Service:               WORLD WIDE EXPRESS FREIGHT
Multiple Packages:     11

**Tracking Number:**   1Z 400 39A 66 0497 100 7
Type:                  Package
Status:                **In Transit**
Shipped To:            ARDMORE,  OK,  US
Service:               WORLD WIDE EXPRESS FREIGHT
Multiple Packages:     11

**Tracking Number:**   1Z 400 39A 66 0497 101 6
Type:                  Package
Status:                **In Transit**
Shipped To:            ARDMORE,  OK,  US
Service:               WORLD WIDE EXPRESS FREIGHT
Multiple Packages:     11

**Tracking Number:**   1Z 400 39A 66 0497 102 5
Type:                  Package
Status:                **In Transit**
Shipped To:            ARDMORE,  OK,  US
Service:               WORLD WIDE EXPRESS FREIGHT
Multiple Packages:     11

**Tracking Number:**   1Z 400 39A 66 0497 103 4
Type:                  Package
Status:                **In Transit**
Shipped To:            ARDMORE,  OK,  US
Service:               WORLD WIDE EXPRESS FREIGHT
Multiple Packages:     11

Tracking results provided by UPS:  11/10/2008 6:00 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

```
BILL TO  35474200                        SHIP TO  35474200755
CIRCUIT CITY STORES INC                  CIRCUIT CITY STORES INC #755
9954 MAYLAND DRIVE                       1100 CIRCUIT CITY ROAD
MERCH. PAYABLE/AMY SANDERSON             MARION IL 62959
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER<br>2157810 | ORDER NUMBER<br>536070 | ORDER DATE<br>09/25/08 | SHIP DATE<br>09/30/08 | PAYMENT TERMS<br>NET 30 | OC /AC<br>ORD /25 |
|---|---|---|---|---|---|
| FOB<br>CIF - DESTINATION<br>CUSTOMER MSGS: | FREIGHT TERMS<br>FREIGHT PREPAID | | SHIP VIA<br>UPS Pallet OD | BILL OF LADING<br>1Z40039A6604969494 | SRCWHS   SLSP<br>CTS      DPDCC9 |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PSLB8U-05202F | SATELLITE L305-S5908<br>CUSTOMER PART NUMBER: L305S5908 | 1012 | 792 | 0 EA | 717.59 | .0 | 717.59 | 568,331.28 |

```
SERIAL NUMBERS:
PSLB8U-05202F    SR# 98665163Q     98665175Q     98665184Q     98665191Q     98665197Q
...              SR# 98665205Q     98665210Q     98665214Q     98665245Q     98718802Q
                 SR# 98722807Q     98729966Q     98731144Q     98731816Q     98730071Q
                 SR# 98732083Q     98732279Q     98732673Q     98729000Q     98732972Q
                 SR# 98733480Q     98734271Q     98734334Q     98734650Q     98734753Q
                 SR# 98735302Q     98737886Q     98737933Q     98737986Q     98738156Q
...              SR# 98738173Q     98751526Q     98751532Q     98751554Q     98751572Q
...              SR# 98751588Q     98751592Q     98751599Q     98751624Q     98751629Q
                 SR# 98751644Q     98751672Q     98751678Q     98751694Q     98751709Q
                 SR# 98751717Q     98751722Q     98751732Q     98751738Q     98751746Q
                 SR# 98751753Q     98751766Q     98751774Q     98751810Q     98751817Q
                 SR# 98751850Q     98751862Q     98751870Q     98751883Q     98751898Q
                 SR# 98751905Q     98751921Q     98751928Q     98751948Q     98751997Q
                 SR# 98752001Q     98752017Q     98752028Q     98752044Q     98752067Q
                 SR# 98752171Q     98752201Q     98752215Q     98752220Q     98752242Q
                 SR# 98752263Q     98752295Q     98752363Q     98752368Q     98752373Q
                 SR# 98752405Q     98752414Q     98752419Q     98752431Q     98752439Q
                 SR# 98752444Q     98752461Q     98752476Q     98752480Q     98752486Q
                 SR# 98752494Q     98752501Q     98752506Q     98752518Q     98752524Q
                 SR# 98752531Q     98752535Q     98752541Q     98752560Q     98752567Q
                 SR# 98752578Q     98752585Q     98752596Q     98752606Q     98752617Q
                 SR# 98752622Q     98752641Q     98752648Q     98752654Q     98752668Q
                 SR# 98752682Q     98752691Q     98752701Q     98752710Q     98752742Q
                 SR# 98752880Q     98752891Q     98752900Q     98752905Q     98752915Q
                 SR# 98752925Q     98752930Q     98752934Q     98752952Q     98752964Q
                 SR# 98752967Q     98752974Q     98753000Q     98753005Q     98753016Q
                 SR# 98753022Q     98753030Q     98753034Q     98753040Q     98753046Q
                 SR# 98753048Q     98753053Q     98753060Q     98753066Q     98753073Q
                 SR# 98753077Q     98753081Q     98753088Q     98753094Q     98753098Q
                 SR# 98753102Q     98753123Q     98753128Q     98753132Q     98753139Q
                 SR# 98753139Q     98753142Q     98753147Q     98753160Q     98753171Q
                 SR# 98753177Q     98753184Q     98753191Q     98753195Q     98753199Q
```

* CONTINUED *

```
BILL TO  35474200                      SHIP TO  35474200755
CIRCUIT CITY STORES INC                CIRCUIT CITY STORES INC #755
9954 MAYLAND DRIVE                     1100 CIRCUIT CITY ROAD
MERCH. PAYABLE/AMY SANDERSON           MARION IL 62959
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER<br>2157810 | ORDER NUMBER<br>536070 | ORDER DATE<br>09/25/08 | SHIP DATE<br>09/30/08 | PAYMENT TERMS<br>NET 30 | OC /AC<br>ORD /25 |
|---|---|---|---|---|---|

| FOB<br>CIF - DESTINATION<br>CUSTOMER MSGS: | FREIGHT TERMS<br>FREIGHT PREPAID | SHIP VIA<br>UPS Pallet OD | BILL OF LADING<br>1Z40039A6604969494 | SRCWHS<br>CTS | SLSP<br>DPDCC9 |
|---|---|---|---|---|---|

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ... | SR# 987532110 | 987532140 | 987532210 | | | 987532280 | 987532460 | | |
| ... | SR# 987532840 | 987532930 | 987533070 | | | 987533130 | 987533200 | | |
| ... | SR# 987533270 | 987533320 | 987533460 | | | 987533590 | 987533670 | | |
| ... | SR# 987533770 | 987533840 | 987533880 | | | 987533940 | 987533980 | | |
| ... | SR# 987534040 | 987534090 | 987534180 | | | 987534320 | 987534430 | | |
| ... | SR# 987534470 | 987534570 | 987534600 | | | 987534690 | 987534760 | | |
| ... | SR# 987534840 | 987534870 | 987534940 | | | 987534990 | 987535110 | | |
| ... | SR# 987535210 | 987535500 | 987535530 | | | 987535590 | 987535720 | | |
| ... | SR# 987535830 | 987535950 | 987536010 | | | 987536170 | 987536210 | | |
| ... | SR# 987536350 | 987536450 | 987536580 | | | 987536630 | 987536700 | | |
| ... | SR# 987536750 | 987536820 | 987536870 | | | 987536930 | 987537000 | | |
| ... | SR# 987537100 | 987537150 | 987537180 | | | 987537440 | 987537480 | | |
| ... | SR# 987537570 | 987537650 | 987537720 | | | 987537830 | 987537870 | | |
| ... | SR# 987537930 | 987537980 | 987538030 | | | 987538250 | 987538300 | | |
| ... | SR# 987538490 | 987538550 | 987538730 | | | 987538860 | 987538980 | | |
| ... | SR# 987539060 | 987539550 | 987539710 | | | 987539930 | 987539990 | | |
| ... | SR# 987540030 | 987540310 | 987540360 | | | 987540420 | 987540470 | | |
| ... | SR# 987540580 | 987540720 | 987540760 | | | 987540850 | 987540880 | | |
| ... | SR# 987540920 | 987540970 | 987541060 | | | 987541180 | 987541230 | | |
| ... | SR# 987541840 | 987541890 | 987542190 | | | 987542260 | 987542300 | | |
| ... | SR# 987542390 | 987542460 | 987542600 | | | 987542680 | 987542790 | | |
| ... | SR# 987542910 | 987543070 | 987543140 | | | 987543270 | 987543310 | | |
| ... | SR# 987544080 | 987544110 | 987544180 | | | 987544350 | 987544790 | | |
| ... | SR# 987545070 | 987545110 | 987545160 | | | 987545300 | 987545420 | | |
| ... | SR# 987545480 | 987545530 | 987545690 | | | 987545890 | 987545940 | | |
| ... | SR# 987546090 | 987546240 | 987546550 | | | 987546650 | 987546720 | | |
| ... | SR# 987546780 | 987546840 | 987546960 | | | 987547040 | 987547120 | | |
| ... | SR# 987547180 | 987547320 | 987547390 | | | 987547460 | 987547510 | | |
| ... | SR# 987547570 | 987547660 | 987547780 | | | 987547870 | 987547870 | | |
| ... | SR# 987547960 | 987548010 | 987548050 | | | 987548120 | 987548170 | | |
| ... | SR# 987548260 | 987548320 | 987548390 | | | 987548470 | 987548520 | | |
| ... | SR# 987548610 | 987548670 | 987548830 | | | 987549060 | 987549110 | | |
| ... | SR# 987549240 | 987549320 | 987549380 | | | 987549450 | 987549490 | | |
| ... | SR# 987549610 | 987549680 | 987549740 | | | 987549820 | 987549870 | | |
| ... | SR# 987550020 | 987550120 | 987550200 | | | 987550310 | 987550480 | | |
| ... | SR#·987550550 | 987550620 | 987550700 | | | 987550780 | 987550840 | | |
| ... | SR# 987550930 | 987551070 | 987551130 | | | 987551210 | 987551280 | | |

* CONTINUED *

```
BILL TO  35474200                          SHIP TO  35474200755
CIRCUIT CITY STORES INC                    CIRCUIT CITY STORES INC #755
9954 MAYLAND DRIVE                         1100 CIRCUIT CITY ROAD
MERCH. PAYABLE/AMY SANDERSON               MARION IL 62959
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2157810 | 536070 | 09/25/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6604969494 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 98755144Q | 98755154Q | 98755159Q | 98755167Q | 98755174Q | | | |
| ... | SR# 98755182Q | 98755190Q | 98755202Q | 98755209Q | 98755215Q | | | |
| ... | SR# 98755221Q | 98755228Q | 98755234Q | 98755243Q | 98755252Q | | | |
| ... | SR# 98755260Q | 98755268Q | 98755276Q | 98755284Q | 98755291Q | | | |
| ... | SR# 98755299Q | 98755304Q | 98755310Q | 98755318Q | 98755330Q | | | |
| ... | SR# 98755336Q | 98755347Q | 98755362Q | 98755383Q | 98755391Q | | | |
| ... | SR# 98755398Q | 98754407Q | 98754413Q | 98755425Q | 98755432Q | | | |
| ... | SR# 98754439Q | 98754448Q | 98754456Q | 98754464Q | 98754477Q | | | |
| ... | SR# 98754486Q | 98754492Q | 98755509Q | 98755524Q | 98755533Q | | | |
| ... | SR# 98755551Q | 98755565Q | 98755572Q | 98755578Q | 98755596Q | | | |
| ... | SR# 98756605Q | 98756610Q | 98756652Q | 98756639Q | 98756648Q | | | |
| ... | SR# 98756656Q | 98756677Q | 98756682Q | 98756689Q | 98757701Q | | | |
| ... | SR# 98757715Q | 98757729Q | 98757744Q | 98757751Q | 98757756Q | | | |
| ... | SR# 98757764Q | 98757771Q | 98757777Q | 98757795Q | 98758802Q | | | |
| ... | SR# 98758809Q | 98758816Q | 98758826Q | 98758833Q | 98758839Q | | | |
| ... | SR# 98758858Q | 98758885Q | 98758893Q | 98759009Q | 98759024Q | | | |
| ... | SR# 98759935Q | 98759942Q | 98759948Q | 98759958Q | 98759666Q | | | |
| ... | SR# 98759975Q | 98759980Q | 98759990Q | 98759995Q | 98756004Q | | | |
| ... | SR# 98756020Q | 98756028Q | 98756042Q | 98756051Q | 98756074Q | | | |
| ... | SR# 98756082Q | 98756096Q | 98756108Q | 98756121Q | 98756129Q | | | |
| ... | SR# 98756145Q | 98756152Q | 98756161Q | 98756175Q | 98756184Q | | | |
| ... | SR# 98756192Q | 98756198Q | 98756206Q | 98756211Q | 98756219Q | | | |
| ... | SR# 98756235Q | 98756243Q | 98756253Q | 98756275Q | 98756288Q | | | |
| ... | SR# 98756297Q | 98756308Q | 98756315Q | 98756332Q | 98756342Q | | | |
| ... | SR# 98756351Q | 98756357Q | 98756379Q | 98756420Q | 98756449Q | | | |
| ... | SR# 98756465Q | 98756481Q | 98756487Q | 98756494Q | 98756503Q | | | |
| ... | SR# 98756524Q | 98756554Q | 98756571Q | 98756576Q | 98756583Q | | | |
| ... | SR# 98756592Q | 98756605Q | 98756613Q | 98756620Q | 98756628Q | | | |
| ... | SR# 98756634Q | 98756652Q | 98756661Q | 98756668Q | 98756683Q | | | |
| ... | SR# 98756690Q | 98756698Q | 98756710Q | 98756718Q | 98756723Q | | | |
| ... | SR# 98756732Q | 98756747Q | 98756752Q | 98756761Q | 98756791Q | | | |
| ... | SR# 98756811Q | 98756820Q | 98756825Q | 98756846Q | 98756855Q | | | |
| ... | SR# 98756872Q | 98756890Q | 98756897Q | 98756910Q | 98756927Q | | | |
| ... | SR# 98756934Q | 98756947Q | 98756955Q | 98756962Q | 98756968Q | | | |
| ... | SR# 98756975Q | 98756984Q | 98756991Q | 98756996Q | 98757005Q | | | |
| ... | SR# 98757011Q | 98757018Q | 98757027Q | 98757036Q | 98757049Q | | | |
| ... | SR# 98757056Q | 98757070Q | 98757093Q | 98757101Q | 98757108Q | | | |

```
BILL TO  35474200                          SHIP TO  35474200755
CIRCUIT CITY STORES INC                    CIRCUIT CITY STORES INC #755
9954 MAYLAND DRIVE                         1100 CIRCUIT CITY ROAD
MERCH. PAYABLE/AMY SANDERSON               MARION IL 62959
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER<br>2157810 | ORDER NUMBER<br>536070 | ORDER DATE<br>09/25/08 | SHIP DATE<br>09/30/08 | PAYMENT TERMS<br>NET 30 | OC  /AC<br>ORD /25 |
|---|---|---|---|---|---|

```
FOB                          FREIGHT TERMS              SHIP VIA              BILL OF LADING            SRCWHS   SLSP
CIF - DESTINATION            FREIGHT PREPAID            UPS Pallet OD         1240039A6604969494       CTS      DPDCC9
CUSTOMER MSGS:
```

| PART NUMBER | DESCRIPTION | ORDER<br>QTY | SHIP<br>QTY | BO<br>QTY UOM | UNIT LIST<br>PRICE | DISC<br>% | NET UNIT<br>PRICE | EXTENDED<br>AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 987571250Q | 987571390Q | 987571500Q | 987571590Q | 987571750Q | | | |
| ... | SR# 987572010Q | 987572060Q | 987572440Q | 987572750Q | 987573200Q | | | |
| ... | SR# 987573480Q | 987573890Q | 987573960Q | 987574760Q | 987574920Q | | | |
| ... | SR# 987577720Q | 987578050Q | 987578220Q | 987578530Q | 987579070Q | | | |
| ... | SR# 987580140Q | 987580360Q | 987580480Q | 987580480Q | 987580690Q | | | |
| ... | SR# 987580740Q | 987581150Q | 987581200Q | 987581270Q | 987581420Q | | | |
| ... | SR# 987582190Q | 987582890Q | 987583260Q | 987583430Q | 987583650Q | | | |
| ... | SR# 987583720Q | 987583790Q | 987583860Q | 987584450Q | 987584650Q | | | |
| ... | SR# 987584810Q | 987584900Q | 987585000Q | 987585350Q | 987585570Q | | | |
| ... | SR# 987585670Q | 987585960Q | 987587140Q | 987587570Q | 987587650Q | | | |
| ... | SR# 987587730Q | 987587800Q | 987588230Q | 987588300Q | 987588640Q | | | |
| ... | SR# 987588780Q | 987588890Q | 987589530Q | 987589590Q | 987589730Q | | | |
| ... | SR# 987589800Q | 987590100Q | 987590420Q | 987590820Q | 987591320Q | | | |
| ... | SR# 987591400Q | 987591460Q | 987591600Q | 987591750Q | 987591850Q | | | |
| ... | SR# 987591890Q | 987591990Q | 987592690Q | 987593000Q | 987595300Q | | | |
| ... | SR# 987596510Q | 987598350Q | 987599010Q | 987599220Q | 987600090Q | | | |
| ... | SR# 987601480Q | 987653270Q | 987653340Q | 987653440Q | 987653520Q | | | |
| ... | SR# 987653990Q | 987654110Q | 987654180Q | 987654760Q | 987654970Q | | | |
| ... | SR# 987655110Q | 987655180Q | 987655280Q | 987655330Q | 987655580Q | | | |
| ... | SR# 987655690Q | 987655990Q | 987656120Q | 987656310Q | 987656500Q | | | |
| ... | SR# 987656560Q | 987656610Q | 987656680Q | 987656780Q | 987656840Q | | | |
| ... | SR# 987656910Q | 987657110Q | 987657140Q | 987657610Q | 987657690Q | | | |
| ... | SR# 987657800Q | 987658300Q | 987658350Q | 987658420Q | 987658680Q | | | |
| ... | SR# 987658770Q | 987659010Q | 987659050Q | 987659600Q | 987659730Q | | | |
| ... | SR# 987659830Q | 987659910Q | 987660110Q | 987660460Q | 987660510Q | | | |
| ... | SR# 987660710Q | 987660760Q | 987660820Q | 987660870Q | 987660990Q | | | |
| ... | SR# 987661060Q | 987661120Q | 987661170Q | 987661350Q | 987661470Q | | | |
| ... | SR# 987661620Q | 987661690Q | 987661750Q | 987661940Q | 987661970Q | | | |
| ... | SR# 987662010Q | 987662290Q | 987663420Q | 987663540Q | 987663660Q | | | |
| ... | SR# 987663980Q | 987664670Q | 987664840Q | 987665250Q | 987665690Q | | | |
| ... | SR# 987665850Q | 987666050Q | 987666590Q | 987666730Q | 987666790Q | | | |
| ... | SR# 987666910Q | 987666950Q | 987667020Q | 987667060Q | 987667290Q | | | |
| ... | SR# 987667440Q | 987667530Q | 987667600Q | 987667660Q | 987667710Q | | | |
| ... | SR# 987667780Q | 987667920Q | 987668000Q | 987668040Q | 987668130Q | | | |
| ... | SR# 987668190Q | 987668280Q | 987668400Q | 987668450Q | 987668530Q | | | |
| ... | SR# 987668610Q | 987668660Q | 987668730Q | 987668790Q | 987668830Q | | | |
| ... | SR# 987668910Q | 987668960Q | 987669020Q | 987669060Q | 987669110Q | | | |

* CONTINUED *

```
BILL TO  35474200                          SHIP TO  35474200755
CIRCUIT CITY STORES INC                    CIRCUIT CITY STORES INC #755
9954 MAYLAND DRIVE                         1100 CIRCUIT CITY ROAD
MERCH. PAYABLE/AMY SANDERSON               MARION IL 62959
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157810 | 536070 | 09/25/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6604969494 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 98766920Q | 98766931Q | 98766939Q | | 98766946Q | 98766961Q | | |
| ... | SR# 98766970Q | 98766976Q | 98766981Q | | 98766987Q | 98766992Q | | |
| ... | SR# 98766999Q | 98767014Q | 98767019Q | | 98767034Q | 98767040Q | | |
| ... | SR# 98767047Q | 98767054Q | 98767059Q | | 98767065Q | 98767085Q | | |
| ... | SR# 98767105Q | 98767113Q | 98767121Q | | 98767125Q | 98767131Q | | |
| ... | SR# 98767166Q | 98767177Q | 98767190Q | | 98767233Q | 98767238Q | | |
| ... | SR# 98767243Q | 98767264Q | 98767271Q | | 98767276Q | 98767287Q | | |
| ... | SR# 98767298Q | 98767303Q | 98767317Q | | 98767328Q | 98767332Q | | |
| ... | SR# 98767339Q | 98767358Q | 98767363Q | | 98767382Q | 98767435Q | | |
| ... | SR# 98767448Q | 98767462Q | 98767483Q | | 98767500Q | 98767508Q | | |
| ... | SR# 98767545Q | 98767571Q | 98767579Q | | 98767592Q | 98767613Q | | |
| ... | SR# 98767620Q | 98767626Q | 98767635Q | | 98767655Q | 98767673Q | | |
| ... | SR# 98767684Q | 98767698Q | 98767748Q | | 98767780Q | 98767798Q | | |
| ... | SR# 98767838Q | 98767846Q | 98767886Q | | 98767922Q | 98767945Q | | |
| ... | SR# 98767981Q | 98768004Q | 98768016Q | | 98768025Q | 98768050Q | | |
| ... | SR# 98768090Q | 98768097Q | | | | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 568,331.28 | 0.00 | 0.00 | 0.00 | 568,331.28 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:                    PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION

Bill of Lading # : 1Z40039A6604969494                    Total Wgt  : 07326.00
Qty of Cartons   :         12                             Ctrl Order :
Sourcing Warehse : CTS                                    Invoice #  :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ----------------------------------------
1Z40039A6604969494  1Z40039A6604969501  1Z40039A6604969510  1Z40039A6604969529
1Z40039A6604969538  1Z40039A6604969547  1Z40039A6604969556  1Z40039A6604969565
1Z40039A6604969574  1Z40039A6604969583  1Z40039A6604969592  1Z40039A6604969609

-------------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|===|===|=====|=====|=====|===|===============|=========================|
| 2 | 2 | 792 | 0 | 792 | EA | PSLB8U-05202F | SATELLITE L305-S5908 |

Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|--|--|----------|
| 53607002 | PSLB8U-05202F | SATELLITE L305-S5908 | | | 792 |

| | | | | | |
|---|---|---|---|---|---|
| 98665163Q | 98665175Q | 98665184Q | 98665191Q | 98665197Q | 98665205Q |
| 98665210Q | 98665214Q | 98665245Q | 98718802Q | 98722807Q | 98729966Q |
| 98731144Q | 98731816Q | 98732071Q | 98732083Q | 98732279Q | 98732673Q |
| 98732900Q | 98732972Q | 98733480Q | 98734271Q | 98734334Q | 98734650Q |
| 98734753Q | 98735302Q | 98737886Q | 98737933Q | 98737986Q | 98738156Q |
| 98738173Q | 98751526Q | 98751532Q | 98751554Q | 98751572Q | 98751588Q |
| 98751592Q | 98751599Q | 98751624Q | 98751629Q | 98751644Q | 98751672Q |
| 98751678Q | 98751694Q | 98751709Q | 98751717Q | 98751722Q | 98751732Q |
| 98751738Q | 98751746Q | 98751753Q | 98751766Q | 98751774Q | 98751810Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce

Ship Date   :   9/30/08
Term        :   PREPAID
Purchase Order #  :  QLF7810                        Carrier  :  UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969494               Total Wgt  : 07326.00
Qty of Cartons   :       12                         Ctrl Order :
Sourcing Warehse : CTS                              Invoice #  :

## Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| 98751817Q | 98751850Q | 98751862Q | 98751870Q | 98751883Q | 98751898Q |
| 98751905Q | 98751921Q | 98751928Q | 98751948Q | 98751997Q | 98752001Q |
| 98752017Q | 98752028Q | 98752044Q | 98752067Q | 98752171Q | 98752201Q |
| 98752215Q | 98752220Q | 98752242Q | 98752263Q | 98752295Q | 98752363Q |
| 98752368Q | 98752373Q | 98752405Q | 98752414Q | 98752419Q | 98752431Q |
| 98752439Q | 98752444Q | 98752461Q | 98752476Q | 98752480Q | 98752486Q |
| 98752494Q | 98752501Q | 98752506Q | 98752518Q | 98752524Q | 98752531Q |
| 98752535Q | 98752541Q | 98752560Q | 98752567Q | 98752578Q | 98752585Q |
| 98752596Q | 98752606Q | 98752617Q | 98752622Q | 98752641Q | 98752648Q |
| 98752654Q | 98752668Q | 98752682Q | 98752691Q | 98752701Q | 98752710Q |
| 98752742Q | 98752880Q | 98752891Q | 98752900Q | 98752905Q | 98752915Q |
| 98752925Q | 98752930Q | 98752934Q | 98752952Q | 98752964Q | 98752967Q |
| 98752974Q | 98753000Q | 98753005Q | 98753016Q | 98753022Q | 98753030Q |
| 98753034Q | 98753040Q | 98753046Q | 98753048Q | 98753053Q | 98753060Q |
| 98753066Q | 98753073Q | 98753077Q | 98753081Q | 98753088Q | 98753094Q |
| 98753098Q | 98753102Q | 98753107Q | 98753123Q | 98753128Q | 98753132Q |
| 98753139Q | 98753142Q | 98753147Q | 98753160Q | 98753171Q | 98753177Q |
| 98753184Q | 98753191Q | 98753195Q | 98753199Q | 98753211Q | 98753214Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly

Ship Date   :   9/30/08
2952   PREPAID
Total Wgt   : 07326.00
UPS-PALLET 3 DA

Purchase Order # : 01F5791V
Bill of Lading # : 1Z40039A6604969494
Qty of Cartons    :       12          Ctrl Order :
Sourcing Warehse : CTS               Invoice #  :

Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| 98753221Q | 98753228Q | 98753246Q | 98753284Q | 98753293Q | 98753307Q |
| 98753313Q | 98753320Q | 98753327Q | 98753332Q | 98753346Q | 98753359Q |
| 98753367Q | 98753377Q | 98753384Q | 98753388Q | 98753394Q | 98753398Q |
| 98753404Q | 98753409Q | 98753418Q | 98753432Q | 98753443Q | 98753447Q |
| 98753457Q | 98753460Q | 98753469Q | 98753476Q | 98753484Q | 98753487Q |
| 98753494Q | 98753499Q | 98753511Q | 98753521Q | 98753550Q | 98753553Q |
| 98753559Q | 98753572Q | 98753583Q | 98753595Q | 98753601Q | 98753617Q |
| 98753621Q | 98753635Q | 98753645Q | 98753658Q | 98753663Q | 98753670Q |
| 98753675Q | 98753682Q | 98753687Q | 98753693Q | 98753700Q | 98753710Q |
| 98753715Q | 98753718Q | 98753744Q | 98753748Q | 98753757Q | 98753765Q |
| 98753772Q | 98753783Q | 98753787Q | 98753793Q | 98753798Q | 98753803Q |
| 98753825Q | 98753830Q | 98753849Q | 98753855Q | 98753873Q | 98753886Q |
| 98753898Q | 98753906Q | 98753955Q | 98753971Q | 98753993Q | 98753999Q |
| 98754003Q | 98754031Q | 98754036Q | 98754042Q | 98754047Q | 98754058Q |
| 98754072Q | 98754076Q | 98754085Q | 98754088Q | 98754092Q | 98754097Q |
| 98754106Q | 98754118Q | 98754148Q | 98754184Q | 98754189Q | 98754219Q |
| 98754226Q | 98754230Q | 98754239Q | 98754246Q | 98754260Q | 98754268Q |
| 98754279Q | 98754291Q | 98754307Q | 98754314Q | 98754327Q | 98754331Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly