Ship Date     :   9/30/08
Case 08-35653-KRH    Doc 458-16  Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Purchase Order # : Exhibit(s) voices and Proof of Delivery Cont.  Page 1 of 17  UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969494                Total Wgt  :  07326.00
Qty of Cartons   :        12                         Ctrl Order :
Sourcing Warehse : CTS                               Invoice #  :

Unit Detail

| Unit | Item# | Description | | Quantity | |
|---|---|---|---|---|---|
| 98754408Q | 98754411Q | 98754418Q | 98754435Q | 98754479Q | 98754507Q |
| 98754511Q | 98754516Q | 98754530Q | 98754542Q | 98754548Q | 98754553Q |
| 98754569Q | 98754589Q | 98754594Q | 98754609Q | 98754624Q | 98754655Q |
| 98754665Q | 98754672Q | 98754678Q | 98754684Q | 98754695Q | 98754704Q |
| 98754712Q | 98754718Q | 98754732Q | 98754739Q | 98754746Q | 98754751Q |
| 98754757Q | 98754766Q | 98754772Q | 98754778Q | 98754787Q | 98754796Q |
| 98754801Q | 98754805Q | 98754812Q | 98754817Q | 98754826Q | 98754832Q |
| 98754839Q | 98754847Q | 98754855Q | 98754861Q | 98754867Q | 98754883Q |
| 98754906Q | 98754911Q | 98754924Q | 98754932Q | 98754938Q | 98754945Q |
| 98754954Q | 98754961Q | 98754968Q | 98754974Q | 98754982Q | 98754987Q |
| 98755002Q | 98755012Q | 98755020Q | 98755031Q | 98755048Q | 98755055Q |
| 98755062Q | 98755070Q | 98755078Q | 98755084Q | 98755093Q | 98755107Q |
| 98755113Q | 98755121Q | 98755128Q | 98755144Q | 98755154Q | 98755159Q |
| 98755167Q | 98755174Q | 98755182Q | 98755190Q | 98755202Q | 98755209Q |
| 98755215Q | 98755221Q | 98755228Q | 98755234Q | 98755243Q | 98755252Q |
| 98755260Q | 98755268Q | 98755276Q | 98755284Q | 98755291Q | 98755299Q |
| 98755304Q | 98755310Q | 98755318Q | 98755330Q | 98755336Q | 98755347Q |
| 98755362Q | 98755383Q | 98755391Q | 98755398Q | 98755407Q | 98755413Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce

```
                                                        Ship Date   :  9/30/08
                                                        Terms       :  PREPAID
Purchase Order # : 2115781                              Carrier     :  UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969494                   Total Wgt   :  07326.00
Qty of Cartons   :         12                           Ctrl Order  :
Sourcing Warehse : CTS                                  Invoice #   :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 98755425Q | 98755432Q | 98755439Q | 98755448Q | 98755456Q | 98755464Q |
| 98755477Q | 98755486Q | 98755492Q | 98755509Q | 98755524Q | 98755533Q |
| 98755551Q | 98755565Q | 98755572Q | 98755578Q | 98755596Q | 98755605Q |
| 98755610Q | 98755625Q | 98755639Q | 98755648Q | 98755656Q | 98755677Q |
| 98755682Q | 98755689Q | 98755701Q | 98755715Q | 98755729Q | 98755744Q |
| 98755751Q | 98755756Q | 98755764Q | 98755771Q | 98755777Q | 98755795Q |
| 98755802Q | 98755809Q | 98755816Q | 98755826Q | 98755833Q | 98755839Q |
| 98755858Q | 98755885Q | 98755893Q | 98755909Q | 98755924Q | 98755935Q |
| 98755942Q | 98755948Q | 98755958Q | 98755966Q | 98755975Q | 98755980Q |
| 98755990Q | 98755995Q | 98756004Q | 98756020Q | 98756028Q | 98756042Q |
| 98756051Q | 98756074Q | 98756082Q | 98756096Q | 98756108Q | 98756121Q |
| 98756129Q | 98756145Q | 98756152Q | 98756161Q | 98756175Q | 98756184Q |
| 98756192Q | 98756198Q | 98756206Q | 98756211Q | 98756219Q | 98756235Q |
| 98756243Q | 98756253Q | 98756275Q | 98756288Q | 98756297Q | 98756308Q |
| 98756315Q | 98756332Q | 98756342Q | 98756351Q | 98756357Q | 98756379Q |
| 98756420Q | 98756449Q | 98756465Q | 98756481Q | 98756487Q | 98756494Q |
| 98756503Q | 98756524Q | 98756554Q | 98756571Q | 98756576Q | 98756583Q |
| 98756592Q | 98756605Q | 98756613Q | 98756620Q | 98756628Q | 98756634Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce

```
                                                      Ship Date  : 9/30/08
                                                      Term       : PREPAID
Purchase Order # : 2115781 0                          Carrier Desc:  UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969494                 Total Wgt  : 07326.00
Qty of Cartons   :         12                         Ctrl Order :
Sourcing Warehse : CTS                                Invoice #  :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 98756652Q | 98756661Q | 98756668Q | 98756683Q | 98756690Q | 98756698Q |
| 98756710Q | 98756718Q | 98756723Q | 98756732Q | 98756747Q | 98756752Q |
| 98756761Q | 98756791Q | 98756811Q | 98756820Q | 98756825Q | 98756846Q |
| 98756855Q | 98756872Q | 98756890Q | 98756897Q | 98756910Q | 98756927Q |
| 98756934Q | 98756947Q | 98756955Q | 98756962Q | 98756968Q | 98756975Q |
| 98756984Q | 98756991Q | 98756996Q | 98757005Q | 98757011Q | 98757018Q |
| 98757027Q | 98757036Q | 98757049Q | 98757056Q | 98757070Q | 98757093Q |
| 98757101Q | 98757108Q | 98757125Q | 98757139Q | 98757150Q | 98757159Q |
| 98757175Q | 98757201Q | 98757206Q | 98757244Q | 98757275Q | 98757320Q |
| 98757348Q | 98757389Q | 98757396Q | 98757476Q | 98757492Q | 98757772Q |
| 98757805Q | 98757822Q | 98757853Q | 98757907Q | 98758014Q | 98758036Q |
| 98758043Q | 98758048Q | 98758069Q | 98758074Q | 98758115Q | 98758120Q |
| 98758127Q | 98758142Q | 98758219Q | 98758289Q | 98758326Q | 98758343Q |
| 98758365Q | 98758372Q | 98758379Q | 98758386Q | 98758445Q | 98758465Q |
| 98758481Q | 98758490Q | 98758500Q | 98758535Q | 98758557Q | 98758567Q |
| 98758596Q | 98758714Q | 98758757Q | 98758765Q | 98758773Q | 98758780Q |
| 98758823Q | 98758830Q | 98758864Q | 98758878Q | 98758889Q | 98758953Q |
| 98758959Q | 98758973Q | 98758980Q | 98759010Q | 98759042Q | 98759082Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce

```
MRT5053                                         Ship Date  : 9/30/08
               Doc 458-16295                    Term       : PREPAID
Purchase Order # : 2115781                      Carrier Desc: UPS-PALLET 3 DA
                                                Page 4 of 17
Bill of Lading # : 1Z40039A6604969494           Total Wgt  : 07326.00
Qty of Cartons   :          12                  Ctrl Order :
Sourcing Warehse : CTS                          Invoice #  :
```

                                Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 98759132Q | 98759140Q | 98759146Q | 98759160Q | 98759175Q | 98759185Q |
| 98759189Q | 98759199Q | 98759269Q | 98759300Q | 98759530Q | 98759651Q |
| 98759835Q | 98759901Q | 98759922Q | 98760009Q | 98760148Q | 98765327Q |
| 98765334Q | 98765344Q | 98765352Q | 98765399Q | 98765411Q | 98765418Q |
| 98765476Q | 98765497Q | 98765511Q | 98765518Q | 98765528Q | 98765533Q |
| 98765558Q | 98765569Q | 98765599Q | 98765612Q | 98765631Q | 98765650Q |
| 98765656Q | 98765661Q | 98765668Q | 98765678Q | 98765684Q | 98765691Q |
| 98765711Q | 98765714Q | 98765761Q | 98765769Q | 98765780Q | 98765830Q |
| 98765835Q | 98765842Q | 98765868Q | 98765877Q | 98765901Q | 98765905Q |
| 98765960Q | 98765973Q | 98765983Q | 98765991Q | 98766011Q | 98766046Q |
| 98766051Q | 98766071Q | 98766076Q | 98766082Q | 98766087Q | 98766099Q |
| 98766106Q | 98766112Q | 98766117Q | 98766135Q | 98766147Q | 98766162Q |
| 98766169Q | 98766175Q | 98766194Q | 98766197Q | 98766201Q | 98766229Q |
| 98766342Q | 98766354Q | 98766366Q | 98766398Q | 98766467Q | 98766484Q |
| 98766525Q | 98766569Q | 98766585Q | 98766605Q | 98766655Q | 98766673Q |
| 98766679Q | 98766691Q | 98766695Q | 98766702Q | 98766706Q | 98766729Q |
| 98766744Q | 98766753Q | 98766760Q | 98766766Q | 98766771Q | 98766778Q |
| 98766792Q | 98766800Q | 98766804Q | 98766813Q | 98766819Q | 98766828Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce

```
                                                        Ship Date  :  9/30/08
                                                        Terms      :  PREPAID
Purchase Order # :   2115781 0                          Carrier    :  UPS-PALLET 3 DA
Bill of Lading # :   1Z40039A6604969494                 Total Wgt  :  07326.00
Qty of Cartons   :         12                           Ctrl Order :
Sourcing Warehse :   CTS                                Invoice #  :

                                Unit Detail

Unit              Item#          Description                             Quantity

98766840Q         98766845Q      98766853Q      98766861Q      98766866Q         98766873Q
98766879Q         98766883Q      98766891Q      98766896Q      98766902Q         98766906Q
98766911Q         98766920Q      98766931Q      98766939Q      98766946Q         98766961Q
98766970Q         98766976Q      98766981Q      98766987Q      98766992Q         98766999Q
98767014Q         98767019Q      98767034Q      98767040Q      98767047Q         98767054Q
98767059Q         98767065Q      98767085Q      98767105Q      98767113Q         98767121Q
98767125Q         98767131Q      98767166Q      98767177Q      98767190Q         98767233Q
98767238Q         98767243Q      98767264Q      98767271Q      98767276Q         98767287Q
98767298Q         98767303Q      98767317Q      98767328Q      98767332Q         98767339Q
98767358Q         98767363Q      98767382Q      98767435Q      98767448Q         98767462Q
98767483Q         98767500Q      98767508Q      98767545Q      98767571Q         98767579Q
98767592Q         98767613Q      98767620Q      98767626Q      98767635Q         98767655Q
98767673Q         98767684Q      98767698Q      98767748Q      98767780Q         98767798Q
98767838Q         98767846Q      98767886Q      98767922Q      98767945Q         98767981Q
98768004Q         98768016Q      98768025Q      98768050Q      98768090Q         98768097Q

             /////// E N D  O F  P A C K I N G  L I S T ///////
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0496 949 4 |
| Type: | Package |
| Status: | **In Transit** |
| Shipped To: | MARION, IL, US |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 |
| **Tracking Number:** | 1Z 400 39A 66 0496 950 1 |
| Type: | Package |
| Status: | **In Transit** |
| Shipped To: | MARION, IL, US |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 |
| **Tracking Number:** | 1Z 400 39A 66 0496 951 0 |
| Type: | Package |
| Status: | **In Transit** |
| Shipped To: | MARION, IL, US |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 |
| **Tracking Number:** | 1Z 400 39A 66 0496 952 9 |
| Type: | Package |
| Status: | **In Transit** |
| Shipped To: | MARION, IL, US |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 |
| **Tracking Number:** | 1Z 400 39A 66 0496 953 8 |
| Type: | Package |
| Status: | **In Transit** |
| Shipped To: | MARION, IL, US |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 |
| **Tracking Number:** | 1Z 400 39A 66 0496 954 7 |
| Type: | Package |
| Status: | **In Transit** |
| Shipped To: | MARION, IL, US |

Status:                   **In Transit**
Shipped To:               MARION, IL, US
Service:                  WORLD WIDE EXPRESS FREIGHT
Multiple Packages:        12

**Tracking Number:**      1Z 400 39A 66 0496 956 5
Type:                     Package
Status:                   **In Transit**
Shipped To:               MARION, IL, US
Service:                  WORLD WIDE EXPRESS FREIGHT
Multiple Packages:        12

**Tracking Number:**      1Z 400 39A 66 0496 957 4
Type:                     Package
Status:                   **In Transit**
Shipped To:               MARION, IL, US
Service:                  WORLD WIDE EXPRESS FREIGHT
Multiple Packages:        12

**Tracking Number:**      1Z 400 39A 66 0496 958 3
Type:                     Package
Status:                   **In Transit**
Shipped To:               MARION, IL, US
Service:                  WORLD WIDE EXPRESS FREIGHT
Multiple Packages:        12

**Tracking Number:**      1Z 400 39A 66 0496 959 2
Type:                     Package
Status:                   **In Transit**
Shipped To:               MARION, IL, US
Service:                  WORLD WIDE EXPRESS FREIGHT
Multiple Packages:        12

**Tracking Number:**      1Z 400 39A 66 0496 960 9
Type:                     Package
Status:                   **In Transit**
Shipped To:               MARION, IL, US
Service:                  WORLD WIDE EXPRESS FREIGHT
Multiple Packages:        12

Tracking results provided by UPS: 11/10/2008 6:18 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Close Window

```
BILL TO   35474200                                              SHIP TO  35474200755
CIRCUIT CITY STORES INC                                         CIRCUIT CITY STORES INC #755
9954 MAYLAND DRIVE                                              1100 CIRCUIT CITY ROAD
MERCH. PAYABLE/AMY SANDERSON                                    MARION IL 62959
RICHMOND VA 232331464


PURCHASE ORDER NUMBER       ORDER NUMBER       ORDER DATE     SHIP DATE       PAYMENT TERMS        OC  /AC
2157810                     536070             09/25/08       09/30/08        NET 30               ORD /25

FOB                                 FREIGHT TERMS             SHIP VIA        BILL OF LADING       SRCWHS   SLSP
CIF - DESTINATION                   FREIGHT PREPAID           UPS Pallet OD   1Z40039A6604971052   CTS      DPDCC9
CUSTOMER MSGS:

                                              ORDER    SHIP    BO           UNIT LIST    DISC    NET UNIT      EXTENDED
PART NUMBER        DESCRIPTION                QTY      QTY     QTY  UOM     PRICE        %       PRICE         AMOUNT

PSLB8U-05202F      SATELLITE L305-S5908       1012     220     0    EA      717.59       .0      717.59        157,869.80
    CUSTOMER PART NUMBER: L305S5908


SERIAL NUMBERS:
PSLB8U-05202F      SR#  98717107Q     98717113Q      98717115Q      98717130Q      98717174Q
 ...               SR#  98717180Q     98717200Q      98717217Q      98717224Q      98717260Q
 ...               SR#  98717275Q     98717311Q      98717344Q      98717364Q      98717374Q
 ...               SR#  98717380Q     98717388Q      98717408Q      98717434Q      98717459Q
 ...               SR#  98717482Q     98717493Q      98717561Q      98717591Q      98717596Q
 ...               SR#  98717612Q     98717641Q      98717645Q      98717653Q      98717659Q
 ...               SR#  98717664Q     98717692Q      98717696Q      98717705Q      98717710Q
 ...               SR#  98717737Q     98717793Q      98717802Q      98717817Q      98717837Q
 ...               SR#  98717885Q     98717899Q      98717907Q      98717919Q      98717937Q
 ...               SR#  98717951Q     98717959Q      98717969Q      98717976Q      98717979Q
 ...               SR#  98717987Q     98718010Q      98718014Q      98718025Q      98718090Q
 ...               SR#  98718099Q     98718108Q      98718138Q      98718155Q      98718161Q
 ...               SR#  98718182Q     98718191Q      98718223Q      98718244Q      98718248Q
 ...               SR#  98718254Q     98718273Q      98718298Q      98718329Q      98718360Q
 ...               SR#  98718440Q     98718448Q      98718453Q      98718457Q      98718463Q
 ...               SR#  98718488Q     98718510Q      98718531Q      98718539Q      98718814Q
 ...               SR#  98719257Q     98719313Q      98719344Q      98719358Q      98719442Q
 ...               SR#  98720385Q     98720859Q      98720974Q      98721131Q      98721425Q
 ...               SR#  98721968Q     98722184Q      98722220Q      98722308Q      98722490Q
 ...               SR#  98722587Q     98722601Q      98722673Q      98722746Q      98722842Q
 ...               SR#  98722903Q     98722911Q      98722972Q      98722972Q      98723033Q
 ...               SR#  98723065Q     98723246Q      98723383Q      98723520Q      98723740Q
 ...               SR#  98723762Q     98723790Q      98723793Q      98723807Q      98723813Q
 ...               SR#  98723819Q     98723830Q      98723839Q      98723858Q      98723866Q
 ...               SR#  98723885Q     98723894Q      98723901Q      98723907Q      98723914Q
 ...               SR#  98723918Q     98723927Q      98723935Q      98723947Q      98723952Q
 ...               SR#  98723958Q     98723968Q      98723975Q      98723991Q      98724001Q
 ...               SR#  98724011Q     98724021Q      98724026Q      98724033Q      98724038Q
 ...               SR#  98724051Q     98724058Q      98724063Q      98724068Q      98724089Q
 ...               SR#  98724098Q     98724105Q      98724118Q      98724126Q      98724130Q
 ...               SR#  98724136Q     98724145Q      98724149Q      98724156Q      98724162Q
 ...               SR#  98724168Q     98724174Q      98724179Q      98724186Q      98724189Q
```

```
BILL TO   35474200                              SHIP TO   35474200755
CIRCUIT CITY STORES INC                         CIRCUIT CITY STORES INC #755
9954 MAYLAND DRIVE                              1100 CIRCUIT CITY ROAD
MERCH. PAYABLE/AMY SANDERSON                    MARION IL 62959
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157810 | 536070 | 09/25/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6604971052 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 98724197Q | 98724204Q | 98724213Q | 98724216Q | 98724221Q | | | |
| ... | SR# 98724227Q | 98724238Q | 98724242Q | 98724261Q | 98724263Q | | | |
| ... | SR# 98724268Q | 98724276Q | 98724281Q | 98724285Q | 98724290Q | | | |
| ... | SR# 98724298Q | 98724307Q | 98724326Q | 98724360Q | 98724390Q | | | |
| ... | SR# 98724394Q | 98724404Q | 98724442Q | 98724450Q | 98724458Q | | | |
| ... | SR# 98724463Q | 98724469Q | 98724496Q | 98724527Q | | | | |
| ... | SR# 98724539Q | 98724556Q | 98724564Q | 98724566Q | 98724581Q | | | |
| ... | SR# 98724585Q | 98724604Q | 98725578Q | 98771740Q | 98775259Q | | | |
| ... | SR# 98775270Q | 98776106Q | 98776148Q | 98776196Q | 98776217Q | | | |
| ... | SR# 98776241Q | 98776314Q | 98776319Q | 98776405Q | 98776418Q | | | |
| ... | SR# 98776424Q | 98776797Q | 98776891Q | 98776991Q | 98777012Q | | | |
| ... | SR# 98777756Q | 98777795Q | 98777813Q | 98777894Q | 98777934Q | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 157,869.80 | 0.00 | 0.00 | 0.00 | 157,869.80 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:                PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION

```
                                              Ship Date  :  9/30/08
MARTON              FB-162959                 Terms      :  PREPAID
Purchase Order #  : 2157910                   Carrier    :  UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604971052         Total Wgt  :  02035.00
Qty of Cartons   :        4                   Ctrl Order :
Sourcing Warehse : CTS                        Invoice #  :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
----------------------- Tracking Numbers -------------------------------------
1Z40039A6604971052   1Z40039A6604971061   1Z40039A6604971070   1Z40039A6604971089



-------------------------------------------------------------------------------
Whs Ord   Ord      B/O     Shp
Ln# Ln#   Qty      Qty     Qty     UOM   Item #              Item Description
=== ===   =====    =====   =====   ===   ==============      ========================

 2   2     220       0      220    EA    PSLB8U-05202F       SATELLITE L305-S5908


                              Unit Detail

Unit          Item#              Description                         Quantity

53607003      PSLB8U-05202F      SATELLITE L305-S5908                    220

98717107Q     98717113Q     98717115Q     98717130Q     98717174Q     98717180Q

98717200Q     98717217Q     98717224Q     98717260Q     98717275Q     98717311Q

98717344Q     98717364Q     98717374Q     98717380Q     98717388Q     98717408Q

98717434Q     98717459Q     98717482Q     98717493Q     98717561Q     98717591Q

98717596Q     98717612Q     98717641Q     98717645Q     98717653Q     98717659Q

98717664Q     98717692Q     98717696Q     98717705Q     98717710Q     98717737Q

98717793Q     98717802Q     98717817Q     98717837Q     98717885Q     98717899Q

98717907Q     98717919Q     98717937Q     98717951Q     98717959Q     98717969Q

98717976Q     98717979Q     98717987Q     98718010Q     98718014Q     98718025Q
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly

```
                                                            Ship Date  :  9/30/08
       MARION                ID 62959                       Terms      :  PREPAID
Purchase Order #  :  2157810                                Carrier    :  UPS-PALLET 3 DA
Bill of Lading #  :  1Z40039A6604971052                     Total Wgt  :  02035.00
Qty of Cartons    :           4                             Ctrl Order :
Sourcing Warehse  :  CTS                                    Invoice #  :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 98718090Q | 98718099Q | 98718108Q | 98718138Q | 98718155Q | 98718161Q |
| 98718182Q | 98718191Q | 98718223Q | 98718244Q | 98718248Q | 98718254Q |
| 98718273Q | 98718298Q | 98718329Q | 98718360Q | 98718440Q | 98718448Q |
| 98718453Q | 98718457Q | 98718463Q | 98718488Q | 98718510Q | 98718531Q |
| 98718539Q | 98718814Q | 98719257Q | 98719313Q | 98719344Q | 98719358Q |
| 98719442Q | 98720385Q | 98720859Q | 98720974Q | 98721131Q | 98721425Q |
| 98721968Q | 98722184Q | 98722220Q | 98722308Q | 98722490Q | 98722587Q |
| 98722601Q | 98722673Q | 98722746Q | 98722842Q | 98722903Q | 98722911Q |
| 98722924Q | 98722972Q | 98723033Q | 98723065Q | 98723246Q | 98723383Q |
| 98723520Q | 98723740Q | 98723762Q | 98723790Q | 98723793Q | 98723807Q |
| 98723813Q | 98723819Q | 98723830Q | 98723839Q | 98723858Q | 98723866Q |
| 98723885Q | 98723894Q | 98723901Q | 98723907Q | 98723914Q | 98723918Q |
| 98723927Q | 98723935Q | 98723947Q | 98723952Q | 98723958Q | 98723968Q |
| 98723975Q | 98723991Q | 98724001Q | 98724011Q | 98724021Q | 98724026Q |
| 98724033Q | 98724038Q | 98724051Q | 98724058Q | 98724063Q | 98724068Q |
| 98724089Q | 98724098Q | 98724105Q | 98724118Q | 98724126Q | 98724130Q |
| 98724136Q | 98724145Q | 98724149Q | 98724156Q | 98724162Q | 98724168Q |
| 98724174Q | 98724179Q | 98724186Q | 98724189Q | 98724197Q | 98724204Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce

```
                                                Ship Date    : 9/30/08
                                                Terms        : PREPAID
Purchase Order # : 2157810                      Carrier      : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604971052           Total Wgt    : 02035.00
Qty of Cartons   :       4                      Ctrl Order   :
Sourcing Warehse : CTS                          Invoice #    :

                              Unit Detail

Unit            Item#           Description                     Quantity

98724213Q       98724216Q       98724221Q       98724227Q       98724238Q       98724242Q

98724261Q       98724263Q       98724268Q       98724276Q       98724281Q       98724285Q

98724290Q       98724298Q       98724307Q       98724326Q       98724360Q       98724390Q

98724394Q       98724404Q       98724442Q       98724450Q       98724458Q       98724463Q

98724469Q       98724488Q       98724496Q       98724527Q       98724539Q       98724556Q

98724564Q       98724566Q       98724581Q       98724585Q       98724604Q       98725578Q

98771740Q       98775259Q       98775270Q       98776106Q       98776148Q       98776196Q

98776217Q       98776241Q       98776314Q       98776319Q       98776405Q       98776418Q

98776424Q       98776797Q       98776891Q       98776991Q       98777012Q       98777756Q

98777795Q       98777813Q       98777894Q       98777934Q
```

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce

## Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0497 105 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 1:00 P.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | R. KRANBERRY |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 4 |
| **Tracking Number:** | 1Z 400 39A 66 0497 106 1 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 1:00 P.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | R. KRANBERRY |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 4 |
| **Tracking Number:** | 1Z 400 39A 66 0497 107 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 1:00 P.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | R. KRANBERRY |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 4 |
| **Tracking Number:** | 1Z 400 39A 66 0497 108 9 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 1:00 P.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | R. KRANBERRY |

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Case 08-35653-KRH    Doc 458-16    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc Exhibit(s) voices and Proof of Delivery Cont.    Page 16 of 17

⊠ Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.

```
BILL TO  35474200                                              SHIP TO  35474200775
CIRCUIT CITY STORES INC                                        CIRCUIT CITY DIST. CTR. #775
9954 MAYLAND DRIVE                                             19925 INDEPENDENCE BLVD
MERCH. PAYABLE/AMY SANDERSON                                   GROVELAND FL 34736
RICHMOND VA 232331464


PURCHASE ORDER NUMBER      ORDER NUMBER        ORDER DATE      SHIP DATE       PAYMENT TERMS           OC  /AC
2157811                    536073              09/25/08        09/30/08        NET 30                  ORD /25

FOB                                     FREIGHT TERMS          SHIP VIA        BILL OF LADING          SRCWHS    SLSP
CIF - DESTINATION                       FREIGHT PREPAID        UPS Pallet OD   1Z40039A6604969627      CTS       DPDCC9
CUSTOMER MSGS:

                                              ORDER      SHIP      BO             UNIT LIST    DISC     NET UNIT         EXTENDED
PART NUMBER        DESCRIPTION               QTY       QTY      QTY UOM            PRICE       %        PRICE            AMOUNT

PSLB8U-05202F      SATELLITE L305-S5908       946       792       0 EA              717.59      .0       717.59           568,331.28
    CUSTOMER PART NUMBER: L305S5908


SERIAL NUMBERS:
PSLB8U-05202F   SR# 987170780    987171320    987174730    987175570    987175650
...             SR# 987176770    987176880    987177200    987177970    987179260
...             SR# 987179310    987180400    987180660    987182050    987183050
...             SR# 987183090    987183350    987183390    987183660    987183950
...             SR# 987184680    987185160    987185340    987186080    987186180
...             SR# 987187660    987188510    987189770    987189880    987190000
...             SR# 987190720    987192000    987192040    987192100    987192880
...             SR# 987192910    987193070    987193920    987194000    987194330
...             SR# 987194480    987195290    987195480    987195570    987195610
...             SR# 987195870    987195950    987196060    987196140    987196200
...             SR# 987196290    987196400    987196460    987196550    987196640
...             SR# 987196710    987196860    987196890    987197020    987197130
...             SR# 987197230    987197270    987197480    987197820    987197840
...             SR# 987198420    987199330    987199790    987201410    987201640
...             SR# 987202800    987203100    987204630    987204680    987205090
...             SR# 987206060    987206360    987206690    987206810    987207060
...             SR# 987207280    987208000    987208340    987209260    987209520
...             SR# 987209690    987209790    987210070    987210110    987210160
...             SR# 987210370    987210430    987210550    987210600    987210650
...             SR# 987210760    987210790    987210840    987210990    987211420
...             SR# 987211570    987211750    987212090    987212180    987212290
...             SR# 987212370    987212420    987212470    987212600    987212640
...             SR# 987212750    987212860    987212890    987213070    987213130
...             SR# 987213210    987213280    987213430    987213480    987213540
...             SR# 987213590    987213730    987213880    987214170    987214200
...             SR# 987214450    987214610    987215320    987216590    987217280
...             SR# 987217460    987217610    987217890    987217940    987218080
...             SR# 987218220    987218430    987218520    987218600    987218650
...             SR# 987218710    987219120    987219160    987221280    987223390
...             SR# 987223890    987224210    987226250    987227250    987227520
...             SR# 987227950    987230510    987230560    987231020    987231170
...             SR# 987231240    987231370    987231390    987231450    987231540




* CONTINUED *
```