```
BILL TO  35474200                           SHIP TO  35474200775
CIRCUIT CITY STORES INC                     CIRCUIT CITY DIST. CTR. #775
9954 MAYLAND DRIVE                          19925 INDEPENDENCE BLVD
MERCH. PAYABLE/AMY SANDERSON                GROVELAND FL 34736
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157811 | 536073 | 09/25/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6604969627 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ... | SR# 98723168Q | 98723173Q | 98723178Q | | | 98723186Q | | 98723190Q | |
| ... | SR# 98723197Q | 98723204Q | 98723215Q | | | 98723229Q | | 98723242Q | |
| ... | SR# 98723251Q | 98723259Q | 98723300Q | | | 98723312Q | | 98723317Q | |
| ... | SR# 98723322Q | 98723330Q | 98723341Q | | | 98723346Q | | 98723351Q | |
| ... | SR# 98723368Q | 98723372Q | 98723377Q | | | 98724450Q | | 98724462Q | |
| ... | SR# 98724473Q | 98724477Q | 98724481Q | | | 98724491Q | | 98724496Q | |
| ... | SR# 98725501Q | 98725510Q | 98725514Q | | | 98725535Q | | 98725542Q | |
| ... | SR# 98725547Q | 98725553Q | 98725558Q | | | 98725580Q | | 98725586Q | |
| ... | SR# 98726601Q | 98726606Q | 98726610Q | | | 98726621Q | | 98726628Q | |
| ... | SR# 98726633Q | 98726644Q | 98726650Q | | | 98726656Q | | 98726661Q | |
| ... | SR# 98726670Q | 98726688Q | 98726698Q | | | 98727709Q | | 98727736Q | |
| ... | SR# 98723747Q | 98723755Q | 98723771Q | | | 98723783Q | | 98723799Q | |
| ... | SR# 98723824Q | 98723852Q | 98723889Q | | | 98723944Q | | 98723964Q | |
| ... | SR# 98724004Q | 98724072Q | 98724072Q | | | 98724332Q | | 98724342Q | |
| ... | SR# 98724401Q | 98724633Q | 98724648Q | | | 98724685Q | | 98724702Q | |
| ... | SR# 98724794Q | 98724846Q | 98724944Q | | | 98724974Q | | 98724980Q | |
| ... | SR# 98725023Q | 98725064Q | 98725074Q | | | 98725122Q | | 98725131Q | |
| ... | SR# 98725166Q | 98725179Q | 98725211Q | | | 98725275Q | | 98725279Q | |
| ... | SR# 98725290Q | 98725302Q | 98725311Q | | | 98725323Q | | 98725332Q | |
| ... | SR# 98725338Q | 98725344Q | 98725355Q | | | 98725394Q | | 98725400Q | |
| ... | SR# 98725405Q | 98725412Q | 98725418Q | | | 98725423Q | | 98725439Q | |
| ... | SR# 98725460Q | 98725467Q | 98725473Q | | | 98725484Q | | 98725490Q | |
| ... | SR# 98725498Q | 98725503Q | 98725509Q | | | 98725524Q | | 98725545Q | |
| ... | SR# 98725549Q | 98725554Q | 98725569Q | | | 98725586Q | | 98725623Q | |
| ... | SR# 98725626Q | 98725634Q | 98725640Q | | | 98725647Q | | 98725651Q | |
| ... | SR# 98725657Q | 98725661Q | 98725670Q | | | 98725675Q | | 98725681Q | |
| ... | SR# 98725690Q | 98725695Q | 98725712Q | | | 98725719Q | | 98725725Q | |
| ... | SR# 98725738Q | 98725744Q | 98725754Q | | | 98725763Q | | 98725866Q | |
| ... | SR# 98725933Q | 98725944Q | 98725958Q | | | 98725970Q | | 98725975Q | |
| ... | SR# 98725983Q | 98725988Q | 98725992Q | | | 98725999Q | | 98726007Q | |
| ... | SR# 98726016Q | 98726021Q | 98726027Q | | | 98726039Q | | 98726046Q | |
| ... | SR# 98726049Q | 98726054Q | 98726057Q | | | 98726061Q | | 98726069Q | |
| ... | SR# 98726076Q | 98726092Q | 98726099Q | | | 98726104Q | | 98726115Q | |
| ... | SR# 98726121Q | 98726129Q | 98726133Q | | | 98726139Q | | 98726142Q | |
| ... | SR# 98726147Q | 98726152Q | 98726164Q | | | 98726164Q | | 98726168Q | |
| ... | SR# 98726175Q | 98726177Q | 98726181Q | | | 98726190Q | | 98726194Q | |
| ... | SR# 98726201Q | 98726209Q | 98726213Q | | | 98726219Q | | 98726225Q | |

* CONTINUED *

```
BILL TO  35474200                              SHIP TO 35474200775
CIRCUIT CITY STORES INC                        CIRCUIT CITY DIST. CTR. #775
9954 MAYLAND DRIVE                             19925 INDEPENDENCE BLVD
MERCH. PAYABLE/AMY SANDERSON                    GROVELAND FL 34736
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER<br>2157811 | ORDER NUMBER<br>536073 | ORDER DATE<br>09/25/08 | SHIP DATE<br>09/30/08 | PAYMENT TERMS<br>NET 30 | OC /AC<br>ORD /25 |
|---|---|---|---|---|---|
| FOB<br>CIF - DESTINATION<br>CUSTOMER MSGS: | FREIGHT TERMS<br>FREIGHT PREPAID | | SHIP VIA<br>UPS Pallet OD | BILL OF LADING<br>1Z40039A6604969627 | SRCWHS   SLSP<br>CTS   DPDCC9 |

| PART NUMBER | DESCRIPTION | ORDER<br>QTY | SHIP<br>QTY | BO<br>QTY UOM | UNIT LIST<br>PRICE | DISC<br>% | NET UNIT<br>PRICE | EXTENDED<br>AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 98726237Q | 98726244Q | 98726258Q | 98726262Q | 98726277Q | | | |
| ... | SR# 98726286Q | 98726293Q | 98726297Q | 98726309Q | 98726336Q | | | |
| ... | SR# 98726359Q | 98726384Q | 98726400Q | 98726436Q | 98726442Q | | | |
| ... | SR# 98726480Q | 98726483Q | 98726519Q | 98726532Q | 98726575Q | | | |
| ... | SR# 98726582Q | 98726588Q | 98726605Q | 98726671Q | 98726895Q | | | |
| ... | SR# 98726919Q | 98727073Q | 98727176Q | 98727224Q | 98727293Q | | | |
| ... | SR# 98727340Q | 98727345Q | 98727351Q | 98727368Q | 98727375Q | | | |
| ... | SR# 98727384Q | 98727393Q | 98727396Q | 98727408Q | 98727411Q | | | |
| ... | SR# 98727423Q | 98727427Q | 98727436Q | 98727442Q | 98727459Q | | | |
| ... | SR# 98727475Q | 98727480Q | 98727487Q | 98727496Q | 98727504Q | | | |
| ... | SR# 98727529Q | 98727535Q | 98727559Q | 98727570Q | 98727735Q | | | |
| ... | SR# 98727826Q | 98728346Q | 98728361Q | 98728458Q | 98728487Q | | | |
| ... | SR# 98728555Q | 98728563Q | 98728631Q | 98728806Q | 98728817Q | | | |
| ... | SR# 98728830Q | 98728846Q | 98728851Q | 98728857Q | 98728890Q | | | |
| ... | SR# 98728895Q | 98728902Q | 98728915Q | 98728941Q | 98728945Q | | | |
| ... | SR# 98728980Q | 98729076Q | 98729159Q | 98729186Q | 98729228Q | | | |
| ... | SR# 98729416Q | 98729456Q | 98729465Q | 98729505Q | 98729927Q | | | |
| ... | SR# 98730066Q | 98730106Q | 98730144Q | 98730460Q | 98730497Q | | | |
| ... | SR# 98730655Q | 98730693Q | 98730702Q | 98730742Q | 98730746Q | | | |
| ... | SR# 98730755Q | 98730758Q | 98730765Q | 98730860Q | 98730979Q | | | |
| ... | SR# 98730989Q | 98731069Q | 98731152Q | 98731210Q | 98731263Q | | | |
| ... | SR# 98731277Q | 98731310Q | 98731327Q | 98731340Q | 98731359Q | | | |
| ... | SR# 98731376Q | 98731405Q | 98731487Q | 98731523Q | 98731536Q | | | |
| ... | SR# 98731554Q | 98731560Q | 98731588Q | 98731639Q | 98731647Q | | | |
| ... | SR# 98731673Q | 98731690Q | 98731700Q | 98731751Q | 98731843Q | | | |
| ... | SR# 98731876Q | 98731952Q | 98731989Q | 98731999Q | 98732024Q | | | |
| ... | SR# 98732036Q | 98732050Q | 98732097Q | 98732106Q | 98732124Q | | | |
| ... | SR# 98732131Q | 98732180Q | 98732198Q | 98732216Q | 98732222Q | | | |
| ... | SR# 98732239Q | 98732258Q | 98732272Q | 98732296Q | 98732302Q | | | |
| ... | SR# 98732315Q | 98732328Q | 98732335Q | 98732340Q | 98732346Q | | | |
| ... | SR# 98732351Q | 98732371Q | 98732381Q | 98732385Q | 98732393Q | | | |
| ... | SR# 98732400Q | 98732405Q | 98732422Q | 98732443Q | 98732449Q | | | |
| ... | SR# 98732460Q | 98732469Q | 98732477Q | 98732494Q | 98732504Q | | | |
| ... | SR# 98732510Q | 98732518Q | 98732523Q | 98732530Q | 98732535Q | | | |
| ... | SR# 98732542Q | 98732555Q | 98732564Q | 98732581Q | 98732588Q | | | |
| ... | SR# 98732600Q | 98732609Q | 98732616Q | 98732627Q | 98732632Q | | | |
| ... | SR# 98732640Q | 98732648Q | 98732654Q | 98732661Q | 98732680Q | | | |

* CONTINUED *

```
BILL TO  35474200                          SHIP TO  35474200775
CIRCUIT CITY STORES INC                    CIRCUIT CITY DIST. CTR. #775
9954 MAYLAND DRIVE                         19925 INDEPENDENCE BLVD
MERCH. PAYABLE/AMY SANDERSON               GROVELAND FL 34736
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER<br>2157811 | ORDER NUMBER<br>536073 | ORDER DATE<br>09/25/08 | SHIP DATE<br>09/30/08 | PAYMENT TERMS<br>NET 30 | OC /AC<br>ORD /25 |
|---|---|---|---|---|---|
| FOB<br>CIF - DESTINATION<br>CUSTOMER MSGS: | FREIGHT TERMS<br>FREIGHT PREPAID | | SHIP VIA<br>UPS Pallet OD | BILL OF LADING<br>1Z40039A6604969627 | SRCWHS  SLSP<br>CTS   DPDCC9 |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 987326860 | 987326920 | 987327170 | | 987327240 | 987327740 | | |
| ... | SR# 987327800 | 987328020 | 987328110 | | 987328170 | 987328320 | | |
| ... | SR# 987328440 | 987328500 | 987328580 | | 987328620 | 987328800 | | |
| ... | SR# 987329050 | 987329190 | 987329240 | | 987329380 | 987330010 | | |
| ... | SR# 987330310 | 987330370 | 987330440 | | 987330790 | 987330850 | | |
| ... | SR# 987330970 | 987331230 | 987331360 | | 987331420 | 987331470 | | |
| ... | SR# 987331530 | 987331630 | 987331720 | | 987331790 | 987331880 | | |
| ... | SR# 987331970 | 987332010 | 987332080 | | 987332220 | 987332430 | | |
| ... | SR# 987332520 | 987332690 | 987332840 | | 987332970 | 987333100 | | |
| ... | SR# 987333180 | 987333240 | 987333360 | | 987333490 | 987333590 | | |
| ... | SR# 987333690 | 987333740 | 987333940 | | 987333990 | 987334340 | | |
| ... | SR# 987334440 | 987334530 | 987334590 | | 987334650 | 987334730 | | |
| ... | SR# 987334890 | 987334930 | 987334990 | | 987335040 | 987335150 | | |
| ... | SR# 987335230 | 987335290 | 987335400 | | 987335580 | 987335650 | | |
| ... | SR# 987335710 | 987335760 | 987335800 | | 987335860 | 987335900 | | |
| ... | SR# 987336000 | 987336040 | 987336090 | | 987336140 | 987336350 | | |
| ... | SR# 987336460 | 987336490 | 987336520 | | 987336570 | 987336610 | | |
| ... | SR# 987336650 | 987336690 | 987336730 | | 987336800 | 987336830 | | |
| ... | SR# 987336840 | 987336860 | 987339420 | | 987339490 | 987339570 | | |
| ... | SR# 987339720 | 987339930 | 987340000 | | 987340070 | 987340190 | | |
| ... | SR# 987340270 | 987340320 | 987340410 | | 987340610 | 987340680 | | |
| ... | SR# 987340830 | 987340890 | 987340930 | | 987340970 | 987341030 | | |
| ... | SR# 987341100 | 987341280 | 987341370 | | 987341520 | 987341580 | | |
| ... | SR# 987341660 | 987341750 | 987341820 | | 987341990 | 987342130 | | |
| ... | SR# 987342280 | 987342370 | 987342470 | | 987342590 | 987342670 | | |
| ... | SR# 987342780 | 987342840 | 987342910 | | 987343010 | 987343060 | | |
| ... | SR# 987343160 | 987343290 | 987343660 | | 987343420 | 987343470 | | |
| ... | SR# 987343530 | 987343590 | 987343660 | | 987343730 | 987343740 | | |
| ... | SR# 987343920 | 987344000 | 987344170 | | 987344220 | 987344300 | | |
| ... | SR# 987344370 | 987344410 | 987344490 | | 987344560 | 987344600 | | |
| ... | SR# 987344680 | 987344750 | 987344930 | | 987344970 | 987345050 | | |
| ... | SR# 987345200 | 987345270 | 987345330 | | 987345450 | 987345520 | | |
| ... | SR# 987345590 | 987345680 | 987345820 | | 987346200 | 987346260 | | |
| ... | SR# 987346330 | 987346420 | 987346560 | | 987346620 | 987346730 | | |
| ... | SR# 987346810 | 987346920 | 987347220 | | 987347290 | 987347470 | | |
| ... | SR# 987347700 | 987348140 | 987348310 | | 987348420 | 987348540 | | |
| ... | SR# 987348720 | 987348970 | 987349070 | | 987349230 | 987349370 | | |

* CONTINUED *

```
BILL TO  35474200                                    SHIP TO 35474200775
CIRCUIT CITY STORES INC                              CIRCUIT CITY DIST. CTR. #775
9954 MAYLAND DRIVE                                   19925 INDEPENDENCE BLVD
MERCH. PAYABLE/AMY SANDERSON                          GROVELAND FL 34736
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157811 | 536073 | 09/25/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6604969627 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# 98734947Q | 98734952Q | 98734982Q | | 98734986Q | 98734998Q | | |
| ... | SR# 98735004Q | 98735008Q | 98735022Q | | 98735043Q | 98735048Q | | |
| ... | SR# 98735053Q | 98735058Q | 98735060Q | | 98735075Q | 98735086Q | | |
| ... | SR# 98735092Q | 98735112Q | 98735118Q | | 98735132Q | 98735139Q | | |
| ... | SR# 98735144Q | 98735149Q | 98735158Q | | 98735196Q | 98735204Q | | |
| ... | SR# 98735208Q | 98735214Q | 98735224Q | | 98735241Q | 98735244Q | | |
| ... | SR# 98735268Q | 98735286Q | 98735296Q | | 98735306Q | 98735311Q | | |
| ... | SR# 98735318Q | 98735323Q | 98735329Q | | 98735342Q | 98735352Q | | |
| ... | SR# 98735357Q | 98735366Q | 98735369Q | | 98735373Q | 98735388Q | | |
| ... | SR# 98735399Q | 98735404Q | 98735415Q | | 98735424Q | 98735426Q | | |
| ... | SR# 98735491Q | 98735501Q | 98735503Q | | 98735505Q | 98735507Q | | |
| ... | SR# 98735521Q | 98735527Q | 98735530Q | | 98735537Q | 98735543Q | | |
| ... | SR# 98735553Q | 98735556Q | 98735562Q | | 98735591Q | 98735597Q | | |
| ... | SR# 98735616Q | 98735631Q | 98735635Q | | 98735645Q | 98735655Q | | |
| ... | SR# 98735662Q | 98735667Q | 98735698Q | | 98735765Q | 98735804Q | | |
| ... | SR# 98735825Q | 98737795Q | | | | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 568,331.28 | 0.00 | 0.00 | 0.00 | 568,331.28 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:                    PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION

```
                                              Ship Date  :   9/30/08
                                              Terms      :   PREPAID
Purchase Order # : 4215781                    Carrier    : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969627         Total Wgt  : 07326.00
Qty of Cartons   :      12                     Ctrl Order :
Sourcing Warehse : CTS                        Invoice #  :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
-------------------- Tracking Numbers ------------------------------------
1Z40039A6604969627  1Z40039A6604969636  1Z40039A6604969645  1Z40039A6604969654
1Z40039A6604969663  1Z40039A6604969672  1Z40039A6604969681  1Z40039A6604969690
1Z40039A6604969707  1Z40039A6604969716  1Z40039A6604969725  1Z40039A6604969734
```

```
---------------------------------------------------------------------------
Whs Ord    Ord    B/O    Shp
Ln# Ln#    Qty    Qty    Qty    UOM   Item #           Item Description
=== ===    =====  =====  =====  ===   ==============   ========================

 2   2     792      0     792    EA   PSLB8U-05202F    SATELLITE L305-S5908
```

Unit Detail

| Unit | Item# | Description | | Quantity |
|------|-------|-------------|---|----------|
| 53607302 | PSLB8U-05202F | SATELLITE L305-S5908 | | 792 |

| | | | | | |
|---|---|---|---|---|---|
| 98717078Q | 98717132Q | 98717473Q | 98717557Q | 98717565Q | 98717677Q |
| 98717688Q | 98717720Q | 98717797Q | 98717926Q | 98717931Q | 98718040Q |
| 98718066Q | 98718205Q | 98718305Q | 98718309Q | 98718335Q | 98718339Q |
| 98718366Q | 98718395Q | 98718468Q | 98718516Q | 98718534Q | 98718608Q |
| 98718618Q | 98718766Q | 98718851Q | 98718977Q | 98718988Q | 98719000Q |
| 98719072Q | 98719200Q | 98719204Q | 98719210Q | 98719288Q | 98719291Q |
| 98719307Q | 98719392Q | 98719400Q | 98719433Q | 98719448Q | 98719529Q |
| 98719548Q | 98719557Q | 98719561Q | 98719587Q | 98719595Q | 98719606Q |
| 98719614Q | 98719620Q | 98719629Q | 98719640Q | 98719646Q | 98719655Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export.  Any export or re-export by the purchaser, directly

```
                                                    Ship Date   :   9/30/08
         GROVELAND                FL 17476          Temp        :   PREPAID
Purchase Order # :   2115781      Carrier    :   UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A66604969627      Total Wgt   : 07326.00
Qty of Cartons    :        12               Ctrl Order :
Sourcing Warehse : CTS                      Invoice #   :
```

                            Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 98719664Q | 98719671Q | 98719686Q | 98719689Q | 98719702Q | 98719713Q |
| 98719723Q | 98719727Q | 98719748Q | 98719782Q | 98719784Q | 98719842Q |
| 98719933Q | 98719979Q | 98720141Q | 98720164Q | 98720280Q | 98720310Q |
| 98720463Q | 98720468Q | 98720509Q | 98720606Q | 98720636Q | 98720669Q |
| 98720681Q | 98720706Q | 98720728Q | 98720800Q | 98720834Q | 98720926Q |
| 98720952Q | 98720969Q | 98720979Q | 98721007Q | 98721011Q | 98721016Q |
| 98721037Q | 98721043Q | 98721055Q | 98721060Q | 98721065Q | 98721076Q |
| 98721079Q | 98721084Q | 98721099Q | 98721142Q | 98721157Q | 98721175Q |
| 98721209Q | 98721218Q | 98721229Q | 98721237Q | 98721242Q | 98721247Q |
| 98721260Q | 98721264Q | 98721275Q | 98721286Q | 98721289Q | 98721307Q |
| 98721313Q | 98721321Q | 98721328Q | 98721343Q | 98721348Q | 98721354Q |
| 98721359Q | 98721373Q | 98721388Q | 98721417Q | 98721420Q | 98721445Q |
| 98721461Q | 98721532Q | 98721659Q | 98721728Q | 98721746Q | 98721761Q |
| 98721789Q | 98721794Q | 98721808Q | 98721822Q | 98721843Q | 98721852Q |
| 98721860Q | 98721865Q | 98721871Q | 98721912Q | 98721916Q | 98722128Q |
| 98722339Q | 98722389Q | 98722421Q | 98722625Q | 98722725Q | 98722752Q |
| 98722795Q | 98723051Q | 98723056Q | 98723102Q | 98723117Q | 98723124Q |
| 98723137Q | 98723139Q | 98723145Q | 98723154Q | 98723168Q | 98723173Q |

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly

Ship Date   :   9/30/08
GROUPLAND                                    Terms : PREPAID
Purchase Order # : 2115781              Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604969627   Total Wgt   : 07326.00
Qty of Cartons   :        12             Ctrl Order :
Sourcing Warehse : CTS                   Invoice #  :

Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| 98723178Q | 98723186Q | 98723190Q | 98723197Q | 98723204Q | 98723215Q |
| 98723229Q | 98723242Q | 98723251Q | 98723259Q | 98723300Q | 98723312Q |
| 98723317Q | 98723322Q | 98723330Q | 98723341Q | 98723346Q | 98723351Q |
| 98723368Q | 98723372Q | 98723377Q | 98723450Q | 98723462Q | 98723473Q |
| 98723477Q | 98723481Q | 98723491Q | 98723496Q | 98723501Q | 98723510Q |
| 98723514Q | 98723535Q | 98723542Q | 98723547Q | 98723553Q | 98723558Q |
| 98723580Q | 98723586Q | 98723601Q | 98723606Q | 98723610Q | 98723621Q |
| 98723628Q | 98723633Q | 98723644Q | 98723650Q | 98723656Q | 98723661Q |
| 98723670Q | 98723688Q | 98723698Q | 98723709Q | 98723736Q | 98723747Q |
| 98723755Q | 98723771Q | 98723783Q | 98723799Q | 98723824Q | 98723852Q |
| 98723889Q | 98723944Q | 98723964Q | 98724004Q | 98724015Q | 98724072Q |
| 98724332Q | 98724342Q | 98724401Q | 98724633Q | 98724648Q | 98724685Q |
| 98724702Q | 98724794Q | 98724846Q | 98724944Q | 98724974Q | 98724980Q |
| 98725023Q | 98725064Q | 98725074Q | 98725122Q | 98725131Q | 98725166Q |
| 98725179Q | 98725211Q | 98725275Q | 98725279Q | 98725290Q | 98725302Q |
| 98725311Q | 98725323Q | 98725332Q | 98725338Q | 98725344Q | 98725355Q |
| 98725394Q | 98725400Q | 98725405Q | 98725412Q | 98725418Q | 98725423Q |
| 98725439Q | 98725460Q | 98725467Q | 98725473Q | 98725484Q | 98725490Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly

```
                                              Ship Date   :   9/30/08
         GROVELAND                            Terms       :  PREPAID
Purchase Order # :  2115781              Carrier     :  UPS-PALLET 3 DA
Bill of Lading # :  1Z40039A6604969627   Total Wgt   :  07326.00
Qty of Cartons   :       12              Ctrl Order  :
Sourcing Warehse :  CTS                  Invoice #   :
```

                             Unit Detail

```
Unit          Item#          Description                   Quantity

98725498Q     98725503Q     98725509Q     98725524Q     98725545Q     98725549Q

98725554Q     98725569Q     98725586Q     98725623Q     98725626Q     98725634Q

98725640Q     98725647Q     98725651Q     98725657Q     98725661Q     98725670Q

98725675Q     98725681Q     98725690Q     98725695Q     98725712Q     98725719Q

98725725Q     98725738Q     98725744Q     98725754Q     98725763Q     98725866Q

98725933Q     98725944Q     98725958Q     98725970Q     98725975Q     98725983Q

98725988Q     98725992Q     98725999Q     98726007Q     98726016Q     98726021Q

98726027Q     98726039Q     98726046Q     98726049Q     98726054Q     98726057Q

98726061Q     98726069Q     98726076Q     98726092Q     98726099Q     98726104Q

98726115Q     98726121Q     98726129Q     98726133Q     98726139Q     98726142Q

98726147Q     98726152Q     98726157Q     98726164Q     98726168Q     98726175Q

98726177Q     98726181Q     98726190Q     98726194Q     98726201Q     98726209Q

98726213Q     98726219Q     98726225Q     98726237Q     98726244Q     98726258Q

98726262Q     98726277Q     98726286Q     98726293Q     98726297Q     98726309Q

98726336Q     98726359Q     98726384Q     98726400Q     98726436Q     98726442Q

98726480Q     98726483Q     98726519Q     98726532Q     98726575Q     98726582Q

98726588Q     98726605Q     98726671Q     98726895Q     98726919Q     98727073Q

98727176Q     98727224Q     98727293Q     98727340Q     98727345Q     98727351Q
```

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly

Ship Date    :   9/30/08
Purchase Order # : 2215781          Terms        :  PREPAID
Bill of Lading # : 1Z40039A6604969627          Carrier      :  UPS-PALLET 3 DA
Qty of Cartons   :        12          Total Wgt    :  07326.00
Sourcing Warehse : CTS          Ctrl Order   :
                                      Invoice #    :

### Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|--|----------|--|
| 98727368Q | 98727375Q | 98727384Q | 98727393Q | 98727396Q | 98727408Q |
| 98727411Q | 98727423Q | 98727427Q | 98727436Q | 98727442Q | 98727459Q |
| 98727475Q | 98727480Q | 98727487Q | 98727496Q | 98727504Q | 98727529Q |
| 98727535Q | 98727559Q | 98727570Q | 98727735Q | 98727826Q | 98728346Q |
| 98728361Q | 98728458Q | 98728487Q | 98728555Q | 98728563Q | 98728631Q |
| 98728806Q | 98728817Q | 98728830Q | 98728846Q | 98728851Q | 98728857Q |
| 98728890Q | 98728895Q | 98728902Q | 98728915Q | 98728941Q | 98728945Q |
| 98728980Q | 98729076Q | 98729159Q | 98729186Q | 98729228Q | 98729416Q |
| 98729456Q | 98729465Q | 98729505Q | 98729927Q | 98730066Q | 98730106Q |
| 98730144Q | 98730460Q | 98730497Q | 98730655Q | 98730693Q | 98730702Q |
| 98730742Q | 98730746Q | 98730755Q | 98730758Q | 98730765Q | 98730860Q |
| 98730979Q | 98730989Q | 98731069Q | 98731152Q | 98731210Q | 98731263Q |
| 98731277Q | 98731310Q | 98731327Q | 98731340Q | 98731359Q | 98731376Q |
| 98731405Q | 98731487Q | 98731523Q | 98731536Q | 98731554Q | 98731560Q |
| 98731588Q | 98731639Q | 98731647Q | 98731673Q | 98731690Q | 98731700Q |
| 98731751Q | 98731843Q | 98731876Q | 98731952Q | 98731989Q | 98731999Q |
| 98732024Q | 98732036Q | 98732050Q | 98732097Q | 98732106Q | 98732124Q |
| 98732131Q | 98732180Q | 98732198Q | 98732216Q | 98732222Q | 98732239Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly

```
                                              Ship Date   :   9/30/08
          GROVELAND                           Terms       :   PREPAID
Purchase Order #  :                           Carrier     :   UPS-PALLET 3 DA
Bill of Lading #  :  1240039A6604969627       Total Wgt   :   07326.00
Qty of Cartons    :        12                 Ctrl Order  :
Sourcing Warehse  :  CTS                      Invoice #   :
```

                              Unit Detail

Unit            Item#              Description                    Quantity

98732258Q      98732272Q      98732296Q      98732302Q      98732315Q      98732328Q

98732335Q      98732340Q      98732346Q      98732351Q      98732371Q      98732381Q

98732385Q      98732393Q      98732400Q      98732405Q      98732422Q      98732443Q

98732449Q      98732460Q      98732469Q      98732477Q      98732494Q      98732504Q

98732510Q      98732518Q      98732523Q      98732530Q      98732535Q      98732542Q

98732555Q      98732564Q      98732581Q      98732588Q      98732600Q      98732609Q

98732616Q      98732627Q      98732632Q      98732640Q      98732648Q      98732654Q

98732661Q      98732680Q      98732686Q      98732692Q      98732717Q      98732724Q

98732774Q      98732780Q      98732802Q      98732811Q      98732817Q      98732832Q

98732844Q      98732850Q      98732858Q      98732862Q      98732880Q      98732905Q

98732919Q      98732924Q      98732938Q      98733001Q      98733031Q      98733037Q

98733044Q      98733079Q      98733085Q      98733097Q      98733123Q      98733136Q

98733142Q      98733147Q      98733153Q      98733163Q      98733172Q      98733179Q

98733188Q      98733197Q      98733201Q      98733208Q      98733222Q      98733243Q

98733252Q      98733269Q      98733284Q      98733297Q      98733310Q      98733318Q

98733324Q      98733336Q      98733349Q      98733359Q      98733369Q      98733374Q

98733394Q      98733399Q      98733434Q      98733444Q      98733453Q      98733459Q

98733465Q      98733473Q      98733489Q      98733493Q      98733499Q      98733504Q

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly

Purchase Order # :  GROVELAND,    FL 34736
Bill of Lading # : 1240039A6604965627
Qty of Cartons    :       12
Sourcing Warehse : CTS

Ship Date   :   9/30/08
Terms       :   PREPAID
Carrier     :   UPS-PALLET 3 DA
Total Wgt   :   07326.00
Ctrl Order :
Invoice #  :

## Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| 98733515Q | 98733523Q | 98733529Q | 98733540Q | 98733545Q | 98733565Q |
| 98733571Q | 98733576Q | 98733580Q | 98733586Q | 98733590Q | 98733600Q |
| 98733604Q | 98733609Q | 98733614Q | 98733635Q | 98733646Q | 98733649Q |
| 98733652Q | 98733657Q | 98733661Q | 98733665Q | 98733669Q | 98733673Q |
| 98733680Q | 98733683Q | 98733684Q | 98733686Q | 98733942Q | 98733949Q |
| 98733957Q | 98733972Q | 98733993Q | 98734000Q | 98734007Q | 98734019Q |
| 98734027Q | 98734032Q | 98734041Q | 98734061Q | 98734068Q | 98734083Q |
| 98734089Q | 98734093Q | 98734097Q | 98734103Q | 98734110Q | 98734128Q |
| 98734137Q | 98734152Q | 98734158Q | 98734166Q | 98734175Q | 98734182Q |
| 98734199Q | 98734213Q | 98734228Q | 98734237Q | 98734247Q | 98734259Q |
| 98734267Q | 98734278Q | 98734284Q | 98734291Q | 98734301Q | 98734306Q |
| 98734316Q | 98734320Q | 98734329Q | 98734342Q | 98734347Q | 98734353Q |
| 98734359Q | 98734366Q | 98734373Q | 98734374Q | 98734392Q | 98734400Q |
| 98734417Q | 98734422Q | 98734430Q | 98734437Q | 98734441Q | 98734449Q |
| 98734456Q | 98734460Q | 98734468Q | 98734475Q | 98734493Q | 98734497Q |
| 98734505Q | 98734520Q | 98734527Q | 98734533Q | 98734545Q | 98734552Q |
| 98734559Q | 98734568Q | 98734582Q | 98734620Q | 98734626Q | 98734633Q |
| 98734642Q | 98734656Q | 98734662Q | 98734673Q | 98734681Q | 98734692Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly

Purchase Order #   : 05578178          Terms          : PREPAID
Bill of Lading #   : 124003A6604965627 Carrier        : UPS-PALLET 3 DA
Qty of Cartons     :        12          Total Wgt      : 07326.00
Sourcing Warehse   : CTS               Ctrl Order :
Ship Date          :   9/30/08         Invoice #  :

Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|---|----------|---|
| 98734722Q | 98734729Q | 98734747Q | 98734770Q | 98734814Q | 98734831Q |
| 98734842Q | 98734854Q | 98734872Q | 98734897Q | 98734907Q | 98734923Q |
| 98734937Q | 98734947Q | 98734952Q | 98734982Q | 98734986Q | 98734998Q |
| 98735004Q | 98735008Q | 98735022Q | 98735043Q | 98735048Q | 98735053Q |
| 98735058Q | 98735060Q | 98735075Q | 98735086Q | 98735092Q | 98735112Q |
| 98735118Q | 98735132Q | 98735139Q | 98735144Q | 98735149Q | 98735158Q |
| 98735196Q | 98735204Q | 98735208Q | 98735214Q | 98735224Q | 98735241Q |
| 98735244Q | 98735268Q | 98735286Q | 98735296Q | 98735306Q | 98735311Q |
| 98735318Q | 98735323Q | 98735329Q | 98735342Q | 98735352Q | 98735357Q |
| 98735366Q | 98735369Q | 98735373Q | 98735388Q | 98735399Q | 98735404Q |
| 98735415Q | 98735424Q | 98735426Q | 98735491Q | 98735501Q | 98735503Q |
| 98735505Q | 98735507Q | 98735521Q | 98735527Q | 98735530Q | 98735537Q |
| 98735543Q | 98735553Q | 98735556Q | 98735562Q | 98735591Q | 98735597Q |
| 98735616Q | 98735631Q | 98735635Q | 98735645Q | 98735655Q | 98735662Q |
| 98735667Q | 98735698Q | 98735765Q | 98735804Q | 98735825Q | 98737795Q |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0496 962 7 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 |
| | 10:00 A.M. |
| Delivered To: | GROVELAND, FL, US |
| Signed By: | CATHY ULLOA |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0496 963 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 |
| | 10:00 A.M. |
| Delivered To: | GROVELAND, FL, US |
| Signed By: | CATHY ULLOA |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0496 965 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 |
| | 10:00 A.M. |
| Delivered To: | GROVELAND, FL, US |
| Signed By: | CATHY ULLOA |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0496 966 3 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 |
| | 10:00 A.M. |
| Delivered To: | GROVELAND, FL, US |
| Signed By: | CATHY ULLOA |
| Service: | WORLD WIDE EXPRESS FREIGHT |

Delivered On:            10/07/2008
Delivered To:            GROVELAND, FL, US
Signed By:               CATHY ULLOA
Service:                 WORLD WIDE EXPRESS FREIGHT
Multiple Packages:       12

**Tracking Number:**     1Z 400 39A 66 0496 968 1
Type:                    Package
Status:                  **Delivered**
Delivered On:            10/07/2008
                         10:00 A.M.
Delivered To:            GROVELAND, FL, US
Signed By:               CATHY ULLOA
Service:                 WORLD WIDE EXPRESS FREIGHT
Multiple Packages:       12

**Tracking Number:**     1Z 400 39A 66 0496 969 0
Type:                    Package
Status:                  **Delivered**
Delivered On:            10/07/2008
                         10:00 A.M.
Delivered To:            GROVELAND, FL, US
Signed By:               CATHY ULLOA
Service:                 WORLD WIDE EXPRESS FREIGHT
Multiple Packages:       12

**Tracking Number:**     1Z 400 39A 66 0496 970 7
Type:                    Package
Status:                  **Delivered**
Delivered On:            10/07/2008
                         10:00 A.M.
Delivered To:            GROVELAND, FL, US
Signed By:               CATHY ULLOA
Service:                 WORLD WIDE EXPRESS FREIGHT
Multiple Packages:       12

**Tracking Number:**     1Z 400 39A 66 0496 971 6
Type:                    Package
Status:                  **Delivered**
Delivered On:            10/07/2008
                         10:00 A.M.
Delivered To:            GROVELAND, FL, US
Signed By:               CATHY ULLOA
Service:                 WORLD WIDE EXPRESS FREIGHT
Multiple Packages:       12

**Tracking Number:**     1Z 400 39A 66 0496 972 5

Signed By:                   CATHY ULLOA
Service:                     WORLD WIDE EXPRESS FREIGHT
Multiple Packages:          12

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0496 973 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008<br>10:00 A.M. |
| Delivered To: | GROVELAND,  FL,  US |
| Signed By: | CATHY ULLOA |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 |

Tracking results provided by UPS:  11/10/2008 6:10 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊠Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.

```
BILL TO  35474200                                    SHIP TO  35474200775
CIRCUIT CITY STORES INC                              CIRCUIT CITY DIST. CTR. #775
9954 MAYLAND DRIVE                                   19925 INDEPENDENCE BLVD
MERCH. PAYABLE/AMY SANDERSON                          GROVELAND FL 34736
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157811 | 536073 | 09/25/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6604969850 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PSLB8U-05202F | SATELLITE L305-S5908 | 946 | 154 | 0 EA | 717.59 | .0 | 717.59 | 110,508.86 |

CUSTOMER PART NUMBER: L305S5908

```
SERIAL NUMBERS:
PSLB8U-05202F   SR# 98717144Q   98717208Q   98717235Q   98717239Q   98717249Q
...             SR# 98717295Q   98717300Q   98717303Q   98717314Q   98717337Q
...             SR# 98717368Q   98717414Q   98717469Q   98717478Q   98717484Q
...             SR# 98717507Q   98717534Q   98717542Q   98717550Q   98717553Q
...             SR# 98717585Q   98717682Q   98717724Q   98717727Q   98717744Q
...             SR# 98717750Q   98717754Q   98717760Q   98717766Q   98717868Q
...             SR# 98717942Q   98717993Q   98718004Q   98718035Q   98718050Q
...             SR# 98718057Q   98718060Q   98718071Q   98718077Q   98718094Q
...             SR# 98718104Q   98718114Q   98718126Q   98718143Q   98718149Q
...             SR# 98718166Q   98718172Q   98718196Q   98718231Q   98718235Q
...             SR# 98718239Q   98718257Q   98718259Q   98718265Q   98718278Q
...             SR# 98718284Q   98718289Q   98718295Q   98718322Q   98718343Q
...             SR# 98718359Q   98718380Q   98718391Q   98718404Q   98718430Q
...             SR# 98718445Q   98718492Q   98718592Q   98719752Q   98720044Q
...             SR# 98720554Q   98720580Q   98720665Q   98720676Q   98720714Q
...             SR# 98720774Q   98720780Q   98720941Q   98720985Q   98720995Q
...             SR# 98721069Q   98721094Q   98721103Q   98721107Q   98721122Q
...             SR# 98721139Q   98721362Q   98722621Q   98729266Q   98729491Q
...             SR# 98730098Q   98730399Q   98730623Q   98730647Q   98730771Q
...             SR# 98730800Q   98730827Q   98731257Q   98731395Q   98731415Q
...             SR# 98731430Q   98731451Q   98731472Q   98731516Q   98731577Q
...             SR# 98731592Q   98731614Q   98731710Q   98731764Q   98731857Q
...             SR# 98732041Q   98732068Q   98732145Q   98732156Q   98732163Q
...             SR# 98732203Q   98732252Q   98732285Q   98732595Q   98732758Q
...             SR# 98732887Q   98732929Q   98732979Q   98732995Q   98733024Q
...             SR# 98733074Q   98733167Q   98733278Q   98733415Q   98733428Q
...             SR# 98733440Q   98733552Q   98776313Q   98776377Q   98777429Q
...             SR# 98779343Q   98779366Q   98779391Q   98779496Q   98779619Q
...             SR# 98796672Q   98797000Q   98797742Q   98779806Q   98779880Q
...             SR# 98799919Q   98799924Q   98799939Q   98780014Q   98780019Q
...             SR# 98780027Q   98780061Q   98780117Q   98780246Q
```

* CONTINUED *

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2157811 | 536073 | 09/25/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6604969850 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 110,508.86 | 0.00 | 0.00 | 0.00 | 110,508.86 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:                        PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION

```
                                                     Ship Date   :   9/30/08
Purchase Order # : 4173781         GROVELAND  FL  34736    Terms     :  PREPAID
Bill of Lading # : 1Z40039A6604969850              Carrier   :  UPS-PALLET 3 DA
Qty of Cartons   :        3                        Total Wgt :  01424.50
Sourcing Warehse : CTS                             Ctrl Order :
                                                   Invoice #  :
```

```
--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers ---------------------------------------
1Z40039A6604969850   1Z40039A6604969869   1Z40039A6604969878
```

```
-------------------------------------------------------------------------------
Whs  Ord   Ord    B/O    Shp
Ln#  Ln#   Qty    Qty    Qty    UOM   Item #             Item Description
===  ===   =====  =====  =====  ===   ===============    =========================

  2    2   154      0    154    EA    PSLB8U-05202F      SATELLITE L305-S5908
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| 53607303 | PSLB8U-05202F | SATELLITE L305-S5908 | | | 154 |
| 98717144Q | 98717208Q | 98717235Q | 98717239Q | 98717249Q | 98717295Q |
| 98717300Q | 98717303Q | 98717314Q | 98717337Q | 98717368Q | 98717414Q |
| 98717469Q | 98717478Q | 98717484Q | 98717507Q | 98717534Q | 98717542Q |
| 98717550Q | 98717553Q | 98717585Q | 98717682Q | 98717724Q | 98717727Q |
| 98717744Q | 98717750Q | 98717754Q | 98717760Q | 98717766Q | 98717868Q |
| 98717942Q | 98717993Q | 98718004Q | 98718035Q | 98718050Q | 98718057Q |
| 98718060Q | 98718071Q | 98718077Q | 98718094Q | 98718104Q | 98718114Q |
| 98718126Q | 98718143Q | 98718149Q | 98718166Q | 98718172Q | 98718196Q |
| 98718231Q | 98718235Q | 98718239Q | 98718257Q | 98718259Q | 98718265Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly

GROVELAND        FL  34736                    Terms      : PREPAID
Purchase Order # 3653-KRH, 81          Entered 11/26/08 18:03:21 PageSET 3 DA
Bill of Lading # 124483 9166049695890 of Delivery Cont. Total Wgt 23: 01424.50
Case 08-3653-KRH  Doc 458-17    Filed 11/26/08    Entered 11/26/08 18:03:21  Desc
Exhibit(s) Invoices and Proof of Delivery Cont.    Page 21 of 23

Qty of Cartons   :        3                    Ctrl Order :
Sourcing Warehse : CTS                         Invoice #   :

## Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| 98718278Q | 98718284Q | 98718289Q | 98718295Q | 98718322Q | 98718343Q |
| 98718359Q | 98718380Q | 98718391Q | 98718404Q | 98718430Q | 98718445Q |
| 98718492Q | 98718592Q | 98719752Q | 98720044Q | 98720554Q | 98720580Q |
| 98720665Q | 98720676Q | 98720714Q | 98720774Q | 98720780Q | 98720941Q |
| 98720985Q | 98720995Q | 98721069Q | 98721094Q | 98721103Q | 98721107Q |
| 98721122Q | 98721139Q | 98721362Q | 98722621Q | 98729266Q | 98729491Q |
| 98730098Q | 98730399Q | 98730623Q | 98730647Q | 98730771Q | 98730800Q |
| 98730827Q | 98731257Q | 98731395Q | 98731415Q | 98731430Q | 98731451Q |
| 98731472Q | 98731516Q | 98731577Q | 98731592Q | 98731614Q | 98731710Q |
| 98731764Q | 98731857Q | 98732041Q | 98732068Q | 98732145Q | 98732156Q |
| 98732163Q | 98732203Q | 98732252Q | 98732285Q | 98732595Q | 98732758Q |
| 98732887Q | 98732929Q | 98732979Q | 98732995Q | 98733024Q | 98733074Q |
| 98733167Q | 98733278Q | 98733415Q | 98733428Q | 98733440Q | 98733552Q |
| 98776313Q | 98776377Q | 98777429Q | 98779343Q | 98779366Q | 98779391Q |
| 98779496Q | 98779619Q | 98779672Q | 98779700Q | 98779742Q | 98779806Q |
| 98779880Q | 98779919Q | 98779924Q | 98779939Q | 98780014Q | 98780019Q |
| 98780027Q | 98780061Q | 98780117Q | 98780246Q | | |

####### E N D   O F   P A C K I N G   L I S T  #######

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly

```
                GROVELAND          FL  34736        Ship Date  :  9/30/08
Purchase Order #  : 2157811                         Terms      : PREPAID
Bill of Lading #  : 1Z40039A6604965890              Carrier    : UPS-PALLET 3 DA
Qty of Cartons    :        3                        Total wgt  : 01424.50
Sourcing Warehse  : CTS                             Ctrl Order :
                                                    Invoice #  :
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly

# Tracking Summary

**Tracking Numbers**

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0496 985 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 |
| | 11:00 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | KATHY MCCARTHY |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 3 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0496 986 9 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 |
| | 11:00 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | KATHY MCCARTHY |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 3 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0496 987 8 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/07/2008 |
| | 11:00 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | KATHY MCCARTHY |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 3 |

Tracking results provided by UPS: 11/10/2008 6:07 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Close Window