10/15/08                  T E x h I b I T(s) I N V o i c e s   A P  n o f  oD e l i v e r y , C o n t   P a g e   1   o f   2 5          PAGE :   2
1:23:09           O P T I C A L     P A C K I N G     L I S T

Customer : 35474200 255 CIRCUIT CITY STORES INC #          Order #      : 536079 03
           BETHLEHEM DISTRIBUTION CTR#255                  Order Date :   9/25/08
           4000 TOWNSHIP LINE ROAD                         Ship Date  : 10/14/08
           BETHLEHEM        PA  18015                      Terms      : PREPAID
Purchase Order # : 2157812                                 Carrier    : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604981265                      Total Wgt  : 05494.50
Qty of Cartons   :          9                              Ctrl Order :
Sourcing Warehse : CTS                                     Invoice #  :

                              Unit Detail

Unit            Item#              Description                         Quantity

X8162875Q      X8162898Q       X8162930Q      X8162939Q      X8162968Q      X8163002Q

X8163023Q      X8163051Q       X8163080Q      X8163090Q      X8163096Q      X8163275Q

X8163280Q      X8163310Q       X8163399Q      X8163469Q      X8163543Q      X8163548Q

X8163568Q      X8163600Q       X8163601Q      X8163609Q      X8163615Q      X8163647Q

X8163659Q      X8163671Q       X8163690Q      X8163705Q      X8163718Q      X8163742Q

X8163749Q      X8163757Q       X8163766Q      X8163778Q      X8163803Q      X8163988Q

X8164004Q      X8164047Q       X8164061Q      X8164143Q      X8164153Q      X8164165Q

X8164199Q      X8164212Q       X8164227Q      X8164235Q      X8164247Q      X8164271Q

X8164278Q      X8164290Q       X8164316Q      X8164333Q      X8164339Q      X8164366Q

X8164369Q      X8164409Q       X8164433Q      X8164450Q      X8164456Q      X8164478Q

X8164484Q      X8164493Q       X8164508Q      X8164528Q      X8164537Q      X8164548Q

X8164567Q      X8164581Q       X8164589Q      X8164591Q      X8164627Q      X8164640Q

X8164647Q      X8164654Q       X8164667Q      X8164678Q      X8164685Q      X8164687Q

X8164712Q      X8164737Q       X8164745Q      X8164773Q      X8164777Q      X8164785Q

X8164794Q      X8164808Q       X8164818Q      X8164828Q      X8164834Q      X8164868Q

X8164878Q      X8164884Q       X8164889Q      X8164899Q      X8164904Q      X8164905Q

X8164914Q      X8164928Q       X8164939Q      X8164945Q      X8164977Q      X8164978Q

X8164990Q      X8164992Q       X8165005Q      X8165014Q      X8165016Q      X8165033Q

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                      DAILY - 10/14/08 - DIV 040

Customer : 35474200 255 CIRCUIT CITY STORES INC #        Order #      : 536079 03
           BETHLEHEM DISTRIBUTION CTR#255                Order Date   :  9/25/08
           4000 TOWNSHIP LINE ROAD                       Ship Date    : 10/14/08
           BETHLEHEM        PA  18015                    Terms        : PREPAID
Purchase Order # : 2157812                               Carrier      : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604981265                    Total Wgt    : 05494.50
Qty of Cartons   :        9                              Ctrl Order   :
Sourcing Warehse : CTS                                   Invoice #    :

                              Unit Detail

Unit          Item#              Description                    Quantity

X8165043Q    X8165055Q    X8165075Q    X8165082Q    X8165092Q    X8165094Q

X8165106Q    X8165113Q    X8165117Q    X8165130Q    X8165135Q    X8165144Q

X8165158Q    X8165179Q    X8165181Q    X8165202Q    X8165211Q    X8165222Q

X8165234Q    X8165245Q    X8165248Q    X8165266Q    X8165275Q    X8165283Q

X8165289Q    X8165295Q    X8165302Q    X8165316Q    X8165327Q    X8165345Q

X8165355Q    X8165370Q    X8165382Q    X8165390Q    X8165397Q    X8165409Q

X8165416Q    X8165423Q    X8165434Q    X8165438Q    X8165448Q    X8165454Q

X8165465Q    X8165476Q    X8165486Q    X8165493Q    X8165510Q    X8165514Q

X8165524Q    X8165532Q    X8165544Q    X8165553Q    X8165565Q    X8165567Q

X8165578Q    X8165586Q    X8165598Q    X8165603Q    X8165611Q    X8165623Q

X8165636Q    X8165648Q    X8165672Q    X8165682Q    X8165712Q    X8165822Q

X8165845Q    X8165886Q    X8165963Q    X8165978Q    X8165985Q    X8165995Q

X8166003Q    X8166014Q    X8166016Q    X8166039Q    X8166052Q    X8166077Q

X8166083Q    X8166087Q    X8166112Q    X8166126Q    X8166151Q    X8166178Q

X8166194Q    X8166203Q    X8166270Q    X8166276Q    X8166290Q    X8166344Q

X8166387Q    X8166419Q    X8166427Q    X8166440Q    X8166449Q    X8166483Q

X8166492Q    X8166528Q    X8166543Q    X8166582Q    X8166588Q    X8166637Q

X8166653Q    X8166661Q    X8166677Q    X8166728Q    X8166740Q    X8166747Q

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                    DAILY - 10/14/08 - DIV 040

Customer : 35474200 255 CIRCUIT CITY STORES INC #     Order #     : 536079 03
           BETHLEHEM DISTRIBUTION CTR#255             Order Date  :  9/25/08
           4000 TOWNSHIP LINE ROAD                    Ship Date   : 10/14/08
           BETHLEHEM        PA  18015                 Terms       : PREPAID
Purchase Order # : 2157812                            Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604981265                 Total Wgt   : 05494.50
Qty of Cartons   :        9                           Ctrl Order  :
Sourcing Warehse : CTS                                Invoice #   :

                              Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| X8166770Q | X8166785Q | X8166857Q | X8166886Q | X8166895Q | X8166945Q |
| X8166999Q | X8167003Q | X8167037Q | X8167097Q | X8167102Q | X8167144Q |
| X8167164Q | X8167176Q | X8167185Q | X8167193Q | X8167194Q | X8167222Q |
| X8167240Q | X8167243Q | X8167259Q | X8167281Q | X8167288Q | X8167294Q |
| X8167304Q | X8167306Q | X8167327Q | X8167338Q | X8167345Q | X8167361Q |
| X8167375Q | X8167384Q | X8167388Q | X8167396Q | X8167401Q | X8167421Q |
| X8167434Q | X8167440Q | X8167449Q | X8167456Q | X8167464Q | X8167476Q |
| X8167480Q | X8167489Q | X8167502Q | X8167506Q | X8167514Q | X8167516Q |
| X8167521Q | X8167524Q | X8167528Q | X8167539Q | X8167544Q | X8167559Q |
| X8167566Q | X8167581Q | X8167599Q | X8167604Q | X8167615Q | X8167631Q |
| X8167635Q | X8167646Q | X8167662Q | X8167669Q | X8167682Q | X8167694Q |
| X8167704Q | X8167730Q | X8167733Q | X8167758Q | X8167768Q | X8167773Q |
| X8167780Q | X8167781Q | X8167790Q | X8167809Q | X8167829Q | X8167837Q |
| X8167840Q | X8167869Q | X8167880Q | X8167889Q | X8167903Q | X8167911Q |
| X8167917Q | X8167932Q | X8167943Q | X8167956Q | X8167964Q | X8167968Q |
| X8167975Q | X8167983Q | X8167993Q | X8167998Q | X8168013Q | X8168019Q |
| X8168028Q | X8168038Q | X8168045Q | X8168050Q | X8168066Q | X8168071Q |
| X8168075Q | X8168082Q | X8168093Q | X8168109Q | X8168120Q | X8168121Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                        DAILY - 10/14/08 - DIV 040

Customer : 35474200 255 CIRCUIT CITY STORES INC #      Order #      : 536079 03
           BETHLEHEM DISTRIBUTION CTR#255              Order Date  : 9/25/08
           4000 TOWNSHIP LINE ROAD                     Ship Date   : 10/14/08
           BETHLEHEM      PA  18015                     Terms       : PREPAID
Purchase Order # : 2157812                             Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604981265                  Total Wgt   : 05494.50
Qty of Cartons   :        9                            Ctrl Order  :
Sourcing Warehse : CTS                                 Invoice #   :

                              Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| X8168145Q | X8168158Q | X8168194Q | X8168242Q | X8168265Q | X8168277Q |
| X8168307Q | X8168310Q | X8168321Q | X8168328Q | X8168339Q | X8168348Q |
| X8168350Q | X8168359Q | X8168402Q | X8168411Q | X8168423Q | X8168427Q |
| X8168444Q | X8168465Q | X8168473Q | X8168521Q | X8168559Q | X8168561Q |
| X8168572Q | X8168579Q | X8168609Q | X8168619Q | X8168638Q | X8168648Q |
| X8168660Q | X8168689Q | X8168738Q | X8168781Q | X8168785Q | X8168807Q |
| X8168835Q | X8168841Q | X8168849Q | X8168866Q | X8168874Q | X8168880Q |
| X8168889Q | X8168896Q | X8168918Q | X8168932Q | X8168962Q | X8168998Q |
| X8169004Q | X8169015Q | X8169023Q | X8169030Q | X8169038Q | X8169048Q |
| X8169073Q | X8169089Q | X8169163Q | X8169174Q | X8169184Q | X8169195Q |
| X8169200Q | X8169226Q | X8169232Q | X8169245Q | X8169259Q | X8169272Q |
| X8169276Q | X8169296Q | X8169318Q | X8169397Q | X8169433Q | X8169442Q |
| X8169448Q | X8169471Q | X8169479Q | X8169482Q | X8169486Q | X8169634Q |
| X8169703Q | X8169723Q | X8169725Q | X8169742Q | X8169777Q | X8169798Q |
| X8169806Q | X8169812Q | X8169823Q | X8169834Q | X8169839Q | X8169858Q |
| X8169864Q | X8169871Q | X8169881Q | X8169885Q | X8169918Q | X8169925Q |
| X8169927Q | X8169953Q | X8169974Q | X8169991Q | X8170001Q | X8170003Q |
| X8170020Q | X8170028Q | X8170032Q | X8170045Q | X8170060Q | X8170063Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/14/08 - DIV 040

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #      Order #     : 536079 03
           BETHLEHEM DISTRIBUTION CTR#255               Order Date : 9/25/08
           4000 TOWNSHIP LINE ROAD                      Ship Date  : 10/14/08
           BETHLEHEM         PA   18015                 Terms      : PREPAID
Purchase Order # : 2157812                              Carrier    : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604981265                  Total Wgt  : 05494.50
Qty of Cartons   :          9                           Ctrl Order :
Sourcing Warehse : CTS                                  Invoice #  :
```

                              Unit Detail

```
Unit         Item#          Description                       Quantity

X8170070Q    X8170086Q    X8170093Q    X8170113Q    X8170119Q    X8170126Q

X8170128Q    X8170137Q    X8170145Q    X8170146Q    X8170152Q    X8170204Q

X8170224Q    X8170232Q    X8170266Q    X8170271Q    X8170288Q    X8170294Q

X8170315Q    X8170322Q    X8170327Q    X8170349Q    X8170360Q    X8170379Q

X8170390Q    X8170393Q    X8170401Q    X8170412Q    X8170424Q    X8170487Q

X8170496Q    X8170504Q    X8170538Q    X8170552Q    X8170555Q    X8170608Q

X8170624Q    X8170696Q    X8170702Q    X8170725Q    X8170840Q    X8170868Q

X8171044Q    X8171091Q    X8171105Q    X8171276Q    X8171348Q    X8171352Q

X8171370Q    X8171383Q    X8171389Q    X8171409Q    X8171425Q    X8171436Q

X8171438Q    X8171458Q    X8171459Q    X8171472Q    X8171477Q    X8171483Q

X8171499Q    X8171506Q    X8171516Q    X8171518Q    X8171523Q    X8171527Q

X8171534Q    X8171551Q    X8171553Q    X8171557Q    X8171560Q    X8171570Q

X8171583Q    X8171623Q    X8171652Q    X8171680Q    X8171681Q    X8171689Q

X8171708Q    X8171717Q    X8171728Q    X8171750Q    X8171756Q    X8171787Q

X8171809Q    X8171824Q    X8171833Q    X8171844Q    X8171876Q    X8171893Q

X8171919Q    X8171923Q    X8171928Q    X8171935Q    X8171956Q    X8171958Q

X8171968Q    X8171991Q    X8172005Q    X8172159Q    X8172173Q    X8172421Q

X8172482Q    X8172511Q    X8172727Q    X8172872Q    X8172885Q    X8175307Q
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/14/08 - DIV 040

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #     Order #      : 536079 03
           BETHLEHEM DISTRIBUTION CTR#255             Order Date  :  9/25/08
           4000 TOWNSHIP LINE ROAD                    Ship Date   : 10/14/08
           BETHLEHEM          PA   18015              Terms       : PREPAID
Purchase Order # : 2157812                            Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6604981265                Total Wgt   : 05494.50
Qty of Cartons   :         9                          Ctrl Order  :
Sourcing Warehse : CTS                                Invoice #   :
```

```
       ///////  E N D   O F   P A C K I N G   L I S T  //////
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                  DAILY - 10/14/08 - DIV 040

Case 08-35653-KRH    Doc 458-19    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 7 of 25



☒Close Window

# Tracking Summary

### Tracking Numbers

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0498 126 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/15/2008 |
| | 11:00 A.M. |
| Delivered To: | BETHLEHEM,  PA,  US |
| Signed By: | POD IN FILE |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0498 127 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/15/2008 |
| | 11:00 A.M. |
| Delivered To: | BETHLEHEM,  PA,  US |
| Signed By: | POD IN FILE |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0498 129 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/15/2008 |
| | 11:00 A.M. |
| Delivered To: | BETHLEHEM,  PA,  US |
| Signed By: | POD IN FILE |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0498 130 9 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/15/2008 |
| | 11:00 A.M. |
| Delivered To: | BETHLEHEM,  PA,  US |
| Signed By: | POD IN FILE |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 |

UPS: Tracking Information                    **Page 2 of 2**

Case 08-35653-KRH    Doc 458-19    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 8 of 25

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0498 131 8 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/15/2008 |
| | 11:00 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | POD IN FILE |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0498 132 7 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/15/2008 |
| | 11:00 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | POD IN FILE |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0498 133 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/15/2008 |
| | 11:00 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | POD IN FILE |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0498 134 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/15/2008 |
| | 11:00 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | POD IN FILE |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 |

Tracking results provided by UPS: 11/10/2008 6:24 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒Close Window

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.

```
                                                               INVOICE
                                                    INVOICE #  21040265
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.             PAGE  1 of 3
DPD DIGITAL PRODUCTS DIVISION                    DOCUMENT DATE  10/14/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
        BILL TO  35474200                        SHIP TO  35474200353
        CIRCUIT CITY STORES INC                  CIRCUIT CITY STORES INC #353
        9954 MAYLAND DRIVE                        680 S LEMON AVENUE
        MERCH. PAYABLE/AMY SANDERSON              WALNUT CA 91789
        RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157814 | 536083 | 09/25/08 | 10/14/08 | NET 30 | ORD /25 |

| FOB | | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|---|
| CIF - DESTINATION | | FREIGHT PREPAID | | FEDEX OD PALLET | 685702814109 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| PSLB8U-05202F | SATELLITE L305-S5908 | 462 | 462 | 0 | EA | 717.59 | .0 | 717.59 | 331,526.58 |
| | CUSTOMER PART NUMBER: L305S5908 | | | | | | | | |

```
SERIAL NUMBERS:
PSLB8U-05202F   SR# X8164124Q   X8167572Q   X8170082Q   X8170807Q   X8177316Q
...             SR# X8214459Q   X8214468Q   X8214482Q   X8214495Q   X8214499Q
...             SR# X8214507Q   X8214545Q   X8214580Q   X8214619Q   X8214641Q
...             SR# X8214664Q   X8214704Q   X8214724Q   X8214764Q   X8214794Q
...             SR# X8214808Q   X8214881Q   X8214889Q   X8214892Q   X8214917Q
...             SR# X8214929Q   X8214934Q   X8214948Q   X8214957Q   X8214967Q
...             SR# X8214986Q   X8214999Q   X8215001Q   X8215066Q   X8215087Q
...             SR# X8215135Q   X8215177Q   X8215325Q   X8215327Q   X8215345Q
...             SR# X8215495Q   X8215539Q   X8215625Q   X8215641Q   X8215668Q
...             SR# X8215670Q   X8215690Q   X8215785Q   X8215830Q   X8215927Q
...             SR# X8215974Q   X8215976Q   X8216002Q   X8216067Q   X8216091Q
...             SR# X8216094Q   X8216111Q   X8216112Q   X8216123Q   X8216125Q
...             SR# X8216133Q   X8216145Q   X8216151Q   X8216153Q   X8216175Q
...             SR# X8216176Q   X8216193Q   X8216197Q   X8216216Q   X8216226Q
...             SR# X8216236Q   X8216238Q   X8216247Q   X8216253Q   X8216265Q
...             SR# X8216283Q   X8216294Q   X8216304Q   X8216307Q   X8216324Q
...             SR# X8216338Q   X8216350Q   X8216388Q   X8216399Q   X8216414Q
...             SR# X8216430Q   X8216448Q   X8216457Q   X8216503Q   X8216519Q
...             SR# X8216526Q   X8216546Q   X8216559Q   X8216581Q   X8216597Q
...             SR# X8217063Q   X8217161Q   X8217194Q   X8217450Q   X8217676Q
...             SR# X8217698Q   X8217864Q   X8217893Q   X8218160Q   X8218162Q
...             SR# X8218180Q   X8218250Q   X8218461Q   X8218484Q   X8218746Q
...             SR# X8218785Q   X8218795Q   X8218983Q   X8218990Q   X8219005Q
...             SR# X8219013Q   X8219020Q   X8219032Q   X8219037Q   X8219047Q
...             SR# X8219055Q   X8219059Q   X8219107Q   X8219309Q   X8219316Q
...             SR# X8219428Q   X8219497Q   X8219515Q   X8219532Q   X8219539Q
...             SR# X8219588Q   X8219596Q   X8219608Q   X8219655Q   X8219672Q
...             SR# X8219674Q   X8219712Q   X8219727Q   X8219738Q   X8219761Q
...             SR# X8219773Q   X8219807Q   X8219826Q   X8219838Q   X8219896Q
...             SR# X8219903Q   X8219916Q   X8219959Q   X8219975Q   X8220052Q
...             SR# X8220079Q   X8220090Q   X8220216Q   X8220272Q   X8220295Q
...             SR# X8220326Q   X8220332Q   X8220353Q   X8220425Q   X8220466Q
```

* CONTINUED *

```
                                                                    INVOICE
                                                    INVOICE #   21040265
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.              PAGE    2 of 3
DPD DIGITAL PRODUCTS DIVISION                  DOCUMENT DATE   10/14/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
BILL TO  35474200                    SHIP TO  35474200353
CIRCUIT CITY STORES INC              CIRCUIT CITY STORES INC #353
9954 MAYLAND DRIVE                   680 S LEMON AVENUE
MERCH. PAYABLE/AMY SANDERSON         WALNUT CA 91789
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER 2157814 | ORDER NUMBER 536083 | ORDER DATE 09/25/08 | SHIP DATE 10/14/08 | PAYMENT TERMS NET 30 | | OC /AC ORD /25 |
|---|---|---|---|---|---|---|

```
FOB
CIF - DESTINATION        FREIGHT TERMS         SHIP VIA          BILL OF LADING        SRCWHS    SLSP
CUSTOMER MSGS:           FREIGHT PREPAID       FEDEX OD PALLET   685702814109          CTS       DPDCC9
```

| PART NUMBER | DESCRIPTION | | | | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ... | SR# X8220473Q | X8220526Q | X8220559Q | X8220534Q | X8220569Q | X8220541Q | X8220581Q | X8220548Q | X8220621Q | | |
| ... | SR# X8220552Q | X8220633Q | X8220647Q | X8220672Q | X8220676Q | X8220691Q | | | | | |
| ... | SR# X8206698Q | X8220703Q | X8220727Q | X8220738Q | X8220848Q | | | | | | |
| ... | SR# X8209945Q | X8220957Q | X8220963Q | X8220966Q | X8220969Q | | | | | | |
| ... | SR# X8209972Q | X8220976Q | X8220981Q | X8220985Q | X8221000Q | | | | | | |
| ... | SR# X8221005Q | X8221011Q | X8221026Q | X8221029Q | | | | | | | |
| ... | SR# X8210033Q | X8221050Q | X8221053Q | X8221061Q | X8221096Q | | | | | | |
| ... | SR# X8221113Q | X8221140Q | X8221161Q | X8221172Q | X8221179Q | | | | | | |
| ... | SR# X8221197Q | X8221215Q | X8221221Q | X8212233Q | X8221250Q | | | | | | |
| ... | SR# X8212259Q | X8221260Q | X8221296Q | X8221313Q | X8221365Q | | | | | | |
| ... | SR# X8221404Q | X8221449Q | X8221450Q | X8221474Q | X8221483Q | | | | | | |
| ... | SR# X8221485Q | X8221492Q | X8221494Q | X8221507Q | X8221509Q | | | | | | |
| ... | SR# X8221519Q | X8221526Q | X8221533Q | X8221539Q | X8221552Q | | | | | | |
| ... | SR# X8221554Q | X8221564Q | X8221567Q | X8221576Q | X8221578Q | | | | | | |
| ... | SR# X8221587Q | X8221605Q | X8221636Q | X8221644Q | X8221645Q | | | | | | |
| ... | SR# X8221660Q | X8221689Q | X8221691Q | X8221694Q | X8221708Q | | | | | | |
| ... | SR# X8221711Q | X8221726Q | X8221728Q | X8221730Q | X8221742Q | | | | | | |
| ... | SR# X8221751Q | X8221758Q | X8221767Q | X8221794Q | X8221800Q | | | | | | |
| ... | SR# X8221806Q | X8221828Q | X8221830Q | X8221832Q | X8221838Q | | | | | | |
| ... | SR# X8221845Q | X8221850Q | X8221859Q | X8221873Q | X8221877Q | | | | | | |
| ... | SR# X8219908Q | X8221930Q | X8221938Q | X8221940Q | X8221960Q | | | | | | |
| ... | SR# X8219961Q | X8221971Q | X8221973Q | X8221984Q | X8221996Q | | | | | | |
| ... | SR# X8222023Q | X8222037Q | X8222059Q | X8222069Q | X8222083Q | | | | | | |
| ... | SR# X8222094Q | X8222101Q | X8222114Q | X8222121Q | X8222140Q | | | | | | |
| ... | SR# X8222147Q | X8222158Q | X8222171Q | X8222179Q | X8222193Q | | | | | | |
| ... | SR# X8222201Q | X8222205Q | X8222213Q | X8222227Q | X8222234Q | | | | | | |
| ... | SR# X8222244Q | X8222263Q | X8222270Q | X8222277Q | X8222299Q | | | | | | |
| ... | SR# X8223325Q | X8222363Q | X8222376Q | X8222386Q | X8222391Q | | | | | | |
| ... | SR# X8223399Q | X8222442Q | X8222447Q | X8222480Q | X8222510Q | | | | | | |
| ... | SR# X8222548Q | X8222572Q | X8222695Q | X8222727Q | X8223156Q | | | | | | |
| ... | SR# X8223384Q | X8223494Q | X8223503Q | X8223712Q | X8223806Q | | | | | | |
| ... | SR# X8224145Q | X8224290Q | X8224308Q | X8224381Q | X8224493Q | | | | | | |
| ... | SR# X8224507Q | X8224517Q | X8224560Q | X8224690Q | X8224727Q | | | | | | |
| ... | SR# X8224742Q | X8224807Q | X8224851Q | X8224916Q | X8224941Q | | | | | | |
| ... | SR# X8225022Q | X8225052Q | X8225059Q | X8225100Q | X8225120Q | | | | | | |
| ... | SR# X8225167Q | X8225188Q | X8225201Q | X8225213Q | X8225222Q | | | | | | |

* CONTINUED *

INVOICE

|  |  |
|---|---|
| INVOICE # | 21040265 |
| PAGE | 3 of 3 |
| DOCUMENT DATE | 10/14/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200353
CIRCUIT CITY STORES INC #353
680 S LEMON AVENUE
WALNUT CA 91789

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2157814 | 536083 | 09/25/08 | 10/14/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | FEDEX OD PALLET | 685702814109 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8225246Q | X8225293Q | X8225307Q | X8225309Q | X8225320Q | | | |
| ... | SR# X8225332Q | X8225342Q | X8225374Q | X8225382Q | X8225406Q | | | |
| ... | SR# X8225416Q | X8225434Q | X8225443Q | X8225451Q | X8225537Q | | | |
| ... | SR# X8225577Q | X8225580Q | X8225593Q | X8225611Q | X8225640Q | | | |
| ... | SR# X8225676Q | X8225755Q | X8225783Q | X8225787Q | X8225797Q | | | |
| ... | SR# X8225819Q | X8225850Q | X8225857Q | X8225943Q | X8225992Q | | | |
| ... | SR# X8226003Q | X8226108Q | X8226112Q | X8226166Q | X8226206Q | | | |
| ... | SR# X8226209Q | X8226219Q | X8226229Q | X8226231Q | X8226257Q | | | |
| ... | SR# X8226265Q | X8226282Q | X8226358Q | X8226390Q | X8226554Q | | | |
| ... | SR# X8226568Q | X8226623Q | X8226690Q | X8226724Q | X8226815Q | | | |
| ... | SR# X8226841Q | X8226853Q | X8226907Q | X8226916Q | X8226919Q | | | |
| ... | SR# X8227139Q | X8227415Q | X8227508Q | X8227565Q | X8227574Q | | | |
| ... | SR# X8227600Q | X8227639Q | X8227658Q | X8227680Q | X8227698Q | | | |
| ... | SR# X8227705Q | X8227712Q | X8227838Q | X8227875Q | X8227992Q | | | |
| ... | SR# X8227997Q | X8228317Q | X8228356Q | X8228487Q | X8228508Q | | | |
| ... | SR# X8228521Q | X8228729Q | X8228741Q | X8228877Q | X8228893Q | | | |
| ... | SR# X8228935Q | X8228942Q | X8228974Q | X8228976Q | X8229116Q | | | |
| ... | SR# X8229165Q | X8229347Q | X8229365Q | X8229379Q | X8229385Q | | | |
| ... | SR# X8229391Q | X8229412Q | X8229431Q | X8229504Q | X8229514Q | | | |
| ... | SR# X8229542Q | X8229594Q | X8229616Q | X8229632Q | X8229637Q | | | |
| ... | SR# X8229651Q | X8229669Q | X8229727Q | X8229745Q | X8229872Q | | | |
| ... | SR# X8229895Q | X8230015Q | X8230052Q | X8230073Q | X8230099Q | | | |
| ... | SR# X8230202Q | X8230507Q | X8230540Q | X8230549Q | X8230830Q | | | |
| ... | SR# X8231007Q | X8234730Q | | | | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 331,526.58 | 0.00 | 0.00 | 0.00 | 331,526.58 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| INVOICE | 21040265 | BILL TO | 35474200 |
|---|---|---|---|
| DOCUMENT DATE | 10/14/08 | | CIRCUIT CITY STORES INC |

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 331,526.58 | 0.00 | 331,526.58 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #    Order #      : 536083 01
           680 S LEMON AVENUE                        Order Date   :  9/25/08
                                                     Ship Date    : 10/14/08
           WALNUT            CA   91789              Terms        : PREPAID
Purchase Order # : 2157814                           Carrier      : FEDEX-IDF PALLE
Bill of Lading # : 685702814109                      Total Wgt    : 04273.50
Qty of Cartons   :          7                        Ctrl Order   :
Sourcing Warehse : CTS                               Invoice #    :
```

```
--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS ----------
------------------ Tracking Numbers ------------------------------------
685702814109      685702814110      685702814120      685702814131
685702814142      685702814153      685702814164
```

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---------|---------|---------|---------|---------|-----|--------|------------------|
| 2 | 2 | 462 | 0 | 462 | EA | PSLB8U-05202F | SATELLITE L305-S5908 |

### Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|--|--|----------|
| 53608301 | PSLB8U-05202F | SATELLITE L305-S5908 | | | 462 |

| | | | | | |
|--|--|--|--|--|--|
| X8164124Q | X8167572Q | X8170082Q | X8170807Q | X8177316Q | X8214459Q |
| X8214468Q | X8214482Q | X8214495Q | X8214499Q | X8214507Q | X8214545Q |
| X8214580Q | X8214619Q | X8214641Q | X8214664Q | X8214704Q | X8214724Q |
| X8214764Q | X8214794Q | X8214808Q | X8214881Q | X8214889Q | X8214892Q |
| X8214917Q | X8214929Q | X8214934Q | X8214948Q | X8214957Q | X8214967Q |
| X8214986Q | X8214999Q | X8215001Q | X8215066Q | X8215087Q | X8215135Q |
| X8215177Q | X8215325Q | X8215327Q | X8215345Q | X8215495Q | X8215539Q |
| X8215625Q | X8215641Q | X8215668Q | X8215670Q | X8215690Q | X8215785Q |
| X8215830Q | X8215927Q | X8215974Q | X8215976Q | X8216002Q | X8216067Q |

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 10/14/08 - DIV 040

Customer : 35474200 353 CIRCUIT CITY STORES INC #      Order #     : 536083 01
           680 S LEMON AVENUE                          Order Date  : 9/25/08
                                                       Ship Date   : 10/14/08
           WALNUT         CA   91789                   Terms       : PREPAID
Purchase Order # : 2157814                             Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702814109                        Total Wgt   : 04273.50
Qty of Cartons   :        7                            Ctrl Order  :
Sourcing Warehse : CTS                                 Invoice #   :

                         Unit Detail

Unit          Item#            Description                        Quantity

X8216091Q    X8216094Q    X8216111Q    X8216112Q    X8216123Q    X8216125Q

X8216133Q    X8216145Q    X8216151Q    X8216153Q    X8216175Q    X8216176Q

X8216193Q    X8216197Q    X8216216Q    X8216226Q    X8216236Q    X8216238Q

X8216247Q    X8216253Q    X8216265Q    X8216283Q    X8216294Q    X8216304Q

X8216307Q    X8216324Q    X8216338Q    X8216350Q    X8216388Q    X8216399Q

X8216414Q    X8216430Q    X8216448Q    X8216457Q    X8216503Q    X8216519Q

X8216526Q    X8216546Q    X8216559Q    X8216581Q    X8216597Q·   X8217063Q

X8217161Q    X8217194Q    X8217450Q    X8217676Q    X8217698Q    X8217864Q

X8217893Q    X8218160Q    X8218162Q    X8218180Q    X8218250Q    X8218461Q

X8218484Q    X8218746Q    X8218785Q    X8218795Q    X8218983Q    X8218990Q

X8219005Q    X8219013Q    X8219020Q    X8219032Q    X8219037Q    X8219047Q

X8219055Q    X8219059Q    X8219107Q    X8219309Q    X8219316Q    X8219428Q

X8219497Q    X8219515Q    X8219532Q    X8219539Q    X8219588Q    X8219596Q

X8219608Q    X8219655Q    X8219672Q    X8219674Q    X8219712Q    X8219727Q

X8219738Q    X8219761Q    X8219773Q    X8219807Q    X8219826Q    X8219838Q

X8219896Q    X8219903Q    X8219916Q    X8219959Q    X8219975Q    X8220052Q

X8220079Q    X8220090Q    X8220216Q    X8220272Q    X8220295Q    X8220326Q

X8220332Q    X8220353Q    X8220425Q    X8220466Q    X8220473Q    X8220526Q

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/14/08 - DIV 040

Customer : 35474200 353 CIRCUIT CITY STORES INC #       Order #    : 536083 01
           680 S LEMON AVENUE                            Order Date :  9/25/08
                                                         Ship Date  : 10/14/08
            WALNUT            CA  91789                  Terms      : PREPAID
Purchase Order # : 2157814                               Carrier    : FEDEX-IDF PALLE
Bill of Lading # : 685702814109                          Total Wgt  : 04273.50
Qty of Cartons   :      7                                Ctrl Order :
Sourcing Warehse : CTS                                   Invoice #  :

                              Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|---|----------|---|
| X8220534Q | X8220541Q | X8220548Q | X8220552Q | X8220559Q | X8220569Q |
| X8220581Q | X8220621Q | X8220633Q | X8220647Q | X8220672Q | X8220676Q |
| X8220691Q | X8220698Q | X8220703Q | X8220727Q | X8220738Q | X8220848Q |
| X8220945Q | X8220957Q | X8220963Q | X8220966Q | X8220969Q | X8220972Q |
| X8220976Q | X8220981Q | X8220985Q | X8221000Q | X8221005Q | X8221011Q |
| X8221017Q | X8221026Q | X8221029Q | X8221033Q | X8221050Q | X8221053Q |
| X8221061Q | X8221096Q | X8221113Q | X8221140Q | X8221161Q | X8221172Q |
| X8221179Q | X8221197Q | X8221215Q | X8221221Q | X8221233Q | X8221250Q |
| X8221259Q | X8221260Q | X8221296Q | X8221313Q | X8221365Q | X8221404Q |
| X8221449Q | X8221450Q | X8221474Q | X8221483Q | X8221485Q | X8221492Q |
| X8221494Q | X8221507Q | X8221509Q | X8221519Q | X8221526Q | X8221533Q |
| X8221539Q | X8221552Q | X8221554Q | X8221564Q | X8221567Q | X8221576Q |
| X8221578Q | X8221587Q | X8221605Q | X8221636Q | X8221644Q | X8221645Q |
| X8221660Q | X8221689Q | X8221691Q | X8221694Q | X8221708Q | X8221711Q |
| X8221726Q | X8221728Q | X8221730Q | X8221742Q | X8221751Q | X8221758Q |
| X8221767Q | X8221794Q | X8221800Q | X8221806Q | X8221828Q | X8221830Q |
| X8221832Q | X8221838Q | X8221845Q | X8221850Q | X8221859Q | X8221873Q |
| X8221877Q | X8221908Q | X8221930Q | X8221938Q | X8221940Q | X8221960Q |

     This sale concerns products, and/or technical data that may be
     controlled under the U.S. Export Administration Regulations and
     may be subject to the approval of the U.S. Department of Commerce
     prior to export. Any export or re-export by the purchaser, directly
     or indirectly, in contravention of the U.S. Export Administration
     Regulations is prohibited.

                         DAILY - 10/14/08 - DIV 040

Customer : 35474200 353 CIRCUIT CITY STORES INC #        Order #      : 536083 01
           680 S LEMON AVENUE                            Order Date   : 9/25/08
                                                         Ship Date    : 10/14/08
              WALNUT            CA   91789               Terms        : PREPAID
Purchase Order # : 2157814                               Carrier      : FEDEX-IDF PALLE
Bill of Lading # : 685702814109                          Total Wgt    : 04273.50
Qty of Cartons   :        7                              Ctrl Order   :
Sourcing Warehse : CTS                                   Invoice #    :

                              Unit Detail

| Unit      | Item#     | Description |           |           | Quantity  |
|-----------|-----------|-------------|-----------|-----------|-----------|
| X8221961Q | X8221971Q | X8221973Q   | X8221984Q | X8221996Q | X8222023Q |
| X8222037Q | X8222059Q | X8222069Q   | X8222083Q | X8222094Q | X8222101Q |
| X8222114Q | X8222121Q | X8222140Q   | X8222147Q | X8222158Q | X8222171Q |
| X8222179Q | X8222193Q | X8222201Q   | X8222205Q | X8222213Q | X8222227Q |
| X8222234Q | X8222244Q | X8222263Q   | X8222270Q | X8222277Q | X8222299Q |
| X8222325Q | X8222363Q | X8222376Q   | X8222386Q | X8222391Q | X8222399Q |
| X8222442Q | X8222447Q | X8222480Q   | X8222510Q | X8222548Q | X8222572Q |
| X8222695Q | X8222727Q | X8223156Q   | X8223384Q | X8223494Q | X8223503Q |
| X8223712Q | X8223806Q | X8224145Q   | X8224290Q | X8224308Q | X8224381Q |
| X8224493Q | X8224507Q | X8224517Q   | X8224560Q | X8224690Q | X8224727Q |
| X8224742Q | X8224807Q | X8224851Q   | X8224916Q | X8224941Q | X8225022Q |
| X8225052Q | X8225059Q | X8225100Q   | X8225120Q | X8225167Q | X8225188Q |
| X8225201Q | X8225213Q | X8225222Q   | X8225246Q | X8225293Q | X8225307Q |
| X8225309Q | X8225320Q | X8225332Q   | X8225342Q | X8225374Q | X8225382Q |
| X8225406Q | X8225416Q | X8225434Q   | X8225443Q | X8225451Q | X8225537Q |
| X8225577Q | X8225580Q | X8225593Q   | X8225611Q | X8225640Q | X8225676Q |
| X8225755Q | X8225783Q | X8225787Q   | X8225797Q | X8225819Q | X8225850Q |
| X8225857Q | X8225943Q | X8225992Q   | X8226003Q | X8226108Q | X8226112Q |

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                     DAILY - 10/14/08 - DIV 040

Customer : 35474200 353 CIRCUIT CITY STORES INC #           Order #     : 536083 01
           680 S LEMON AVENUE                                Order Date  : 9/25/08
                                                             Ship Date   : 10/14/08
           WALNUT            CA   91789                       Terms       : PREPAID
Purchase Order # : 2157814                                   Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702814109                              Total Wgt   : 04273.50
Qty of Cartons   :        7                                  Ctrl Order  :
Sourcing Warehse : CTS                                       Invoice #   :

Unit Detail

| Unit | Item# | Description | | Quantity | |
|---|---|---|---|---|---|
| X8226166Q | X8226206Q | X8226209Q | X8226219Q | X8226229Q | X8226231Q |
| X8226257Q | X8226265Q | X8226282Q | X8226358Q | X8226390Q | X8226554Q |
| X8226568Q | X8226623Q | X8226690Q | X8226724Q | X8226815Q | X8226841Q |
| X8226853Q | X8226907Q | X8226916Q | X8226919Q | X8227139Q | X8227415Q |
| X8227508Q | X8227565Q | X8227574Q | X8227600Q | X8227639Q | X8227658Q |
| X8227680Q | X8227698Q | X8227705Q | X8227712Q | X8227838Q | X8227875Q |
| X8227992Q | X8227997Q | X8228317Q | X8228356Q | X8228487Q | X8228508Q |
| X8228521Q | X8228729Q | X8228741Q | X8228877Q | X8228893Q | X8228935Q |
| X8228942Q | X8228974Q | X8228976Q | X8229116Q | X8229165Q | X8229347Q |
| X8229365Q | X8229379Q | X8229385Q | X8229391Q | X8229412Q | X8229431Q |
| X8229504Q | X8229514Q | X8229542Q | X8229594Q | X8229616Q | X8229632Q |
| X8229637Q | X8229651Q | X8229669Q | X8229727Q | X8229745Q | X8229872Q |
| X8229895Q | X8230015Q | X8230052Q | X8230073Q | X8230099Q | X8230202Q |
| X8230507Q | X8230540Q | X8230549Q | X8230830Q | X8231007Q | X8234730Q |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/14/08 - DIV 040

Case 08-35653-KRH    Doc 458-19    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 18 of 25

Track Shipments/FedEx Kinko's Orders
## Summary Results

**Single piece shipments**

| Tracking number ↖⌐ | Status ↖⌐ | Date/Time ↖⌐ | Destination ↖⌐ | Service ↖⌐ | Signat Image |
|---|---|---|---|---|---|
| 685702814109 | Delivered | Oct 20, 2008 10:17 AM | COLUMBUS, OH | FedEx Express | Yes |
| 685702814110 | Delivered | Oct 20, 2008 10:17 AM | COLUMBUS, OH | FedEx Express | Yes |
| 685702814120 | Delivered | Oct 20, 2008 10:17 AM | COLUMBUS, OH | FedEx Express | Yes |
| 685702814131 | Delivered | Oct 20, 2008 10:17 AM | COLUMBUS, OH | FedEx Express | Yes |
| 685702814142 | Delivered | Oct 20, 2008 10:17 AM | COLUMBUS, OH | FedEx Express | Yes |
| 685702814153 | Delivered | Oct 20, 2008 10:17 AM | COLUMBUS, OH | FedEx Express | Yes |
| 685702814164 | Delivered | Oct 20, 2008 10:17 AM | COLUMBUS, OH | FedEx Express | Yes |

**Account number**
(Required for detailed Signature Proof of D
Click here if you have more than one account number for thes

| View signature proof results | E-mail signature proof results | Track more shipments/c |
|---|---|---|

```
                                                                    INVOICE
                                                         INVOICE #  21040266
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                    PAGE  1 of 4
DPD DIGITAL PRODUCTS DIVISION                       DOCUMENT DATE  10/14/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
        BILL TO  35474200                    SHIP TO  35474200567
        CIRCUIT CITY STORES INC              CIRCUIT CITY STORES INC #567
        9954 MAYLAND DRIVE                   1901 COOPER DRIVE
        MERCH. PAYABLE/AMY SANDERSON         ARDMORE OK 73402
        RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157815 | 536086 | 09/25/08 | 10/14/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | FEDEX OD PALLET | 685702814290 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PSLB8U-05202F | SATELLITE L305-S5908 | 550 | 550 | 0 EA | 717.59 | .0 | 717.59 | 394,674.50 |
|  | CUSTOMER PART NUMBER: L305S5908 | | | | | | | |

```
SERIAL NUMBERS:
PSLB8U-05202F   SR# X8162150Q   X8162325Q   X8162638Q   X8162729Q   X8162734Q
...             SR# X8162749Q   X8162987Q   X8163320Q   X8163349Q   X8163363Q
...             SR# X8163471Q   X8163561Q   X8163651Q   X8163696Q   X8163789Q
...             SR# X8164025Q   X8164380Q   X8164601Q   X8164697Q   X8164858Q
...             SR# X8165066Q   X8165377Q   X8166227Q   X8166282Q   X8166305Q
...             SR# X8166313Q   X8166348Q   X8166479Q   X8166519Q   X8166559Q
...             SR# X8166719Q   X8166871Q   X8167041Q   X8167105Q   X8167125Q
...             SR# X8167127Q   X8167140Q   X8167170Q   X8167272Q   X8167318Q
...             SR# X8167652Q   X8168804Q   X8169141Q   X8169210Q   X8170256Q
...             SR# X8170616Q   X8170971Q   X8171373Q   X8172003Q   X8172218Q
...             SR# X8173335Q   X8173735Q   X8173901Q   X8173950Q   X8174162Q
...             SR# X8174341Q   X8174423Q   X8174735Q   X8174745Q   X8175492Q
...             SR# X8176132Q   X8176396Q   X8176413Q   X8176722Q   X8176970Q
...             SR# X8177274Q   X8177469Q   X8178490Q   X8178512Q   X8178647Q
...             SR# X8178697Q   X8178764Q   X8178812Q   X8178993Q   X8179019Q
...             SR# X8214435Q   X8214563Q   X8214739Q   X8214766Q   X8214984Q
...             SR# X8215013Q   X8215017Q   X8215027Q   X8215045Q   X8215048Q
...             SR# X8215130Q   X8215160Q   X8215164Q   X8215166Q   X8215173Q
...             SR# X8215185Q   X8215198Q   X8215215Q   X8215220Q   X8215238Q
...             SR# X8215242Q   X8215251Q   X8215258Q   X8215261Q   X8215270Q
...             SR# X8215290Q   X8215291Q   X8215303Q   X8215307Q   X8215317Q
...             SR# X8215340Q   X8215361Q   X8215372Q   X8215376Q   X8215385Q
...             SR# X8215392Q   X8215393Q   X8215402Q   X8215412Q   X8215417Q
...             SR# X8215423Q   X8215433Q   X8215440Q   X8215446Q   X8215459Q
...             SR# X8215468Q   X8215474Q   X8215493Q   X8215507Q   X8215519Q
...             SR# X8215537Q   X8215552Q   X8215553Q   X8215559Q   X8215570Q
...             SR# X8215586Q   X8215594Q   X8215618Q   X8215637Q   X8215649Q
...             SR# X8215651Q   X8215709Q   X8215714Q   X8215738Q   X8215748Q
...             SR# X8215756Q   X8215795Q   X8215812Q   X8215814Q   X8215819Q
...             SR# X8215822Q   X8215855Q   X8215856Q   X8215881Q   X8215897Q
...             SR# X8215911Q   X8215919Q   X8215947Q   X8215950Q   X8215985Q
...             SR# X8216004Q   X8216019Q   X8216028Q   X8216069Q   X8216082Q
```

* CONTINUED *

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE
INVOICE #   21040266
PAGE   2 of 4
DOCUMENT DATE   10/14/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200567
CIRCUIT CITY STORES INC #567
1901 COOPER DRIVE
ARDMORE OK 73402

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2157815 | 536086 | 09/25/08 | 10/14/08 | NET 30 | ORD /25 |

| FOB | | | | | SRCWHS | SLSP |
|---|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | CTS | DPDCC9 |
| CUSTOMER MSGS: | FREIGHT PREPAID | | FEDEX OD PALLET | 685702814290 | | |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ... | SR# X8216269Q | X8216389Q | X8216574Q | X8216922Q | | | X8216950Q | | |
| ... | SR# X8217429Q | X8217497Q | X8217558Q | X8217590Q | | | X8217597Q | | |
| ... | SR# X8217846Q | X8217852Q | X8217918Q | X8218050Q | | | X8218201Q | | |
| ... | SR# X8218900Q | X8218945Q | X8219260Q | X8219372Q | | | X8219436Q | | |
| ... | SR# X8219685Q | X8219980Q | X8220009Q | X8220021Q | | | X8220040Q | | |
| ... | SR# X8220059Q | X8220105Q | X8220112Q | X8220122Q | | | X8220144Q | | |
| ... | SR# X8220186Q | X8220191Q | X8220228Q | X8220239Q | | | X8220390Q | | |
| ... | SR# X8220394Q | X8220483Q | X8220521Q | X8220631Q | | | X8220651Q | | |
| ... | SR# X8220686Q | X8220998Q | X8221227Q | X8221245Q | | | X8221376Q | | |
| ... | SR# X8221413Q | X8221597Q | X8221664Q | X8221666Q | | | X8221709Q | | |
| ... | SR# X8221777Q | X8222061Q | X8222117Q | X8222161Q | | | X8222168Q | | |
| ... | SR# X8222248Q | X8222293Q | X8222304Q | X8222315Q | | | X8222320Q | | |
| ... | SR# X8222331Q | X8222339Q | X8222368Q | X8222414Q | | | X8222430Q | | |
| ... | SR# X8224476Q | X8224496Q | X8224449Q | X8225518Q | | | X8225534Q | | |
| ... | SR# X8225535Q | X8225563Q | X8225580Q | X8225590Q | | | X8225596Q | | |
| ... | SR# X8226605Q | X8226613Q | X8226625Q | X8226626Q | | | X8226638Q | | |
| ... | SR# X8226640Q | X8226648Q | X8226660Q | X8226667Q | | | X8226668Q | | |
| ... | SR# X8226679Q | X8226685Q | X8226711Q | X8226718Q | | | X8226740Q | | |
| ... | SR# X8226772Q | X8226778Q | X8226803Q | X8226807Q | | | X8226827Q | | |
| ... | SR# X8226841Q | X8226855Q | X8226862Q | X8226869Q | | | X8226876Q | | |
| ... | SR# X8229624Q | X8229933Q | X8229941Q | X8229948Q | | | X8229600Q | | |
| ... | SR# X8229964Q | X8229975Q | X8229987Q | X8229995Q | | | X8230001Q | | |
| ... | SR# X8230009Q | X8230018Q | X8230027Q | X8230041Q | | | X8230051Q | | |
| ... | SR# X8230056Q | X8230062Q | X8230071Q | X8230078Q | | | X8230085Q | | |
| ... | SR# X8231104Q | X8231107Q | X8231121Q | X8231124Q | | | X8231135Q | | |
| ... | SR# X8231154Q | X8231169Q | X8231174Q | X8231178Q | | | X8231187Q | | |
| ... | SR# X8232010Q | X8232050Q | X8232150Q | X8232290Q | | | X8232240Q | | |
| ... | SR# X8232430Q | X8232540Q | X8232590Q | X8232810Q | | | X8232910Q | | |
| ... | SR# X8233010Q | X8233310Q | X8233110Q | X8233380Q | | | X8233450Q | | |
| ... | SR# X8233540Q | X8233370Q | X8233430Q | X8234270Q | | | X8234280Q | | |
| ... | SR# X8234630Q | X8234477Q | X8234489Q | X8235130Q | | | X8235320Q | | |
| ... | SR# X8234540Q | X8235558Q | X8235610Q | X8236010Q | | | X8236050Q | | |
| ... | SR# X8236350Q | X8236380Q | X8236570Q | X8236720Q | | | X8236900Q | | |
| ... | SR# X8237030Q | X8237160Q | X8237290Q | X8237390Q | | | X8237560Q | | |
| ... | SR# X8237980Q | X8241080Q | X8241110Q | X8241310Q | | | X8241410Q | | |
| ... | SR# X8244361Q | X8244190Q | X8244260Q | X8244530Q | | | X8244625Q | | |
| ... | SR# X8244966Q | X8244999Q | X8250820Q | X8250940Q | | | X8251540Q | | |

* CONTINUED *

```
                                                                INVOICE
                                                    INVOICE #  21040266
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.               PAGE  3 of 4
DPD DIGITAL PRODUCTS DIVISION                   DOCUMENT DATE  10/14/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
BILL TO  35474200                          SHIP TO  35474200567
CIRCUIT CITY STORES INC                    CIRCUIT CITY STORES INC #567
9954 MAYLAND DRIVE                         1901 COOPER DRIVE
MERCH. PAYABLE/AMY SANDERSON               ARDMORE OK 73402
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER 2157815 | ORDER NUMBER 536086 | ORDER DATE 09/25/08 | SHIP DATE 10/14/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|

| FOB CIF - DESTINATION CUSTOMER MSGS: | FREIGHT TERMS FREIGHT PREPAID | SHIP VIA FEDEX OD PALLET | BILL OF LADING 685702814290 | SRCWHS CTS | SLSP DPDCC9 |
|---|---|---|---|---|---|

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8225392Q | X8225457Q | X8225474Q | X8225503Q | X8225511Q | | | |
| ... | SR# X8225519Q | X8225597Q | X8225694Q | X8225731Q | X8225738Q | | | |
| ... | SR# X8225760Q | X8225778Q | X8225853Q | X8226007Q | X8226018Q | | | |
| ... | SR# X8226085Q | X8226087Q | X8226187Q | X8226195Q | X8226273Q | | | |
| ... | SR# X8226314Q | X8226375Q | X8226379Q | X8226403Q | X8226435Q | | | |
| ... | SR# X8226522Q | X8226542Q | X8226890Q | X8226894Q | X8226933Q | | | |
| ... | SR# X8226974Q | X8227031Q | X8227047Q | X8227071Q | X8227092Q | | | |
| ... | SR# X8227098Q | X8227126Q | X8227182Q | X8227195Q | X8227249Q | | | |
| ... | SR# X8227260Q | X8227275Q | X8227282Q | X8227291Q | X8227306Q | | | |
| ... | SR# X8227317Q | X8227325Q | X8227345Q | X8227375Q | X8227419Q | | | |
| ... | SR# X8274222Q | X8227432Q | X8227439Q | X8227447Q | X8227453Q | | | |
| ... | SR# X8274260Q | X8274265Q | X8274273Q | X8274282Q | X8274295Q | | | |
| ... | SR# X8227523Q | X8227533Q | X8227547Q | X8227548Q | X8227562Q | | | |
| ... | SR# X8227583Q | X8227585Q | X8227597Q | X8227612Q | X8227622Q | | | |
| ... | SR# X8227646Q | X8227723Q | X8227726Q | X8227736Q | X8227746Q | | | |
| ... | SR# X8227758Q | X8227768Q | X8227786Q | X8227799Q | X8227802Q | | | |
| ... | SR# X8227811Q | X8227821Q | X8227825Q | X8227842Q | X8227857Q | | | |
| ... | SR# X8227874Q | X8227886Q | X8227890Q | X8227922Q | X8227927Q | | | |
| ... | SR# X8279337Q | X8279338Q | X8227943Q | X8227979Q | X8228001Q | | | |
| ... | SR# X8228013Q | X8228025Q | X8228035Q | X8228038Q | X8228044Q | | | |
| ... | SR# X8228054Q | X8228062Q | X8228105Q | X8228108Q | X8228171Q | | | |
| ... | SR# X8228193Q | X8228198Q | X8228205Q | X8228206Q | X8228216Q | | | |
| ... | SR# X8228319Q | X8228331Q | X8228338Q | X8228342Q | X8228369Q | | | |
| ... | SR# X8228384Q | X8228391Q | X8228402Q | X8228409Q | X8228416Q | | | |
| ... | SR# X8228423Q | X8228427Q | X8228434Q | X8228441Q | X8228446Q | | | |
| ... | SR# X8228473Q | X8228485Q | X8228499Q | X8228513Q | X8228523Q | | | |
| ... | SR# X8228540Q | X8228541Q | X8228551Q | X8228552Q | X8228563Q | | | |
| ... | SR# X8228564Q | X8228582Q | X8228593Q | X8228610Q | X8228628Q | | | |
| ... | SR# X8228647Q | X8228650Q | X8228662Q | X8228669Q | X8228678Q | | | |
| ... | SR# X8228691Q | X8228700Q | X8228707Q | X8228713Q | X8228725Q | | | |
| ... | SR# X8228744Q | X8228755Q | X8228762Q | X8228766Q | X8228777Q | | | |
| ... | SR# X8228804Q | X8228814Q | X8228819Q | X8228825Q | X8228832Q | | | |
| ... | SR# X8228846Q | X8228890Q | X8228903Q | X8228915Q | X8228926Q | | | |
| ... | SR# X8228948Q | X8228955Q | X8228965Q | X8228993Q | X8229005Q | | | |
| ... | SR# X8229010Q | X8229030Q | X8229045Q | X8229077Q | X8229083Q | | | |
| ... | SR# X8229096Q | X8229100Q | X8229130Q | X8229132Q | X8229148Q | | | |
| ... | SR# X8229149Q | X8229176Q | X8229210Q | X8229278Q | X8229314Q | | | |

* CONTINUED *

INVOICE

| | |
|---|---|
| INVOICE # | 21040266 |
| PAGE | 4 of 4 |
| DOCUMENT DATE | 10/14/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200567
CIRCUIT CITY STORES INC #567
1901 COOPER DRIVE
ARDMORE OK 73402

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157815 | 536086 | 09/25/08 | 10/14/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | FEDEX OD PALLET | 685702814290 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8229333Q | X8229402Q | X8229551Q | | X8229790Q | X8229800Q | | |
| ... | SR# X8229801Q | X8229869Q | X8229900Q | | X8229935Q | X8229978Q | | |
| ... | SR# X8229981Q | X8230009Q | X8230025Q | | X8230026Q | X8230063Q | | |
| ... | SR# X8230132Q | X8230150Q | X8230160Q | | X8230217Q | X8230268Q | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 394,674.50 | 0.00 | 0.00 | 0.00 | 394,674.50 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

| | |
|---|---|
| INVOICE | 21040266 |
| DOCUMENT DATE | 10/14/08 |

BILL TO  35474200
CIRCUIT CITY STORES INC

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 394,674.50 | 0.00 | 394,674.50 |

AMOUNT ENCLOSED: _____

10/15/08
1:23:09
Case 08-35653-KRH   Doc 458-19   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) Invoices and Proof of Delivery Cont.   Page 23 of 25
PAGE : 1
O P T I C A L   P A C K I N G   L I S T

```
Customer : 35474200 567 CIRCUIT CITY STORES INC #   Order #     : 536086 01
           1901 COOPER DRIVE                          Order Date  :  9/25/08
                                                      Ship Date   : 10/14/08
           ARDMORE          OK   73402                Terms       : PREPAID
Purchase Order # : 2157815                            Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702814290                       Total Wgt   : 05087.50
Qty of Cartons   :        9                           Ctrl Order  :
Sourcing Warehse : CTS                                Invoice #   :
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers -------------------------------------
685702814290        685702814304        685702814315        685702814326
685702814337        685702814348        685702814359        685702814360
685702814370

---------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 550 | 0 | 550 | EA | PSLB8U-05202F | SATELLITE L305-S5908 |

### Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 53608601 | PSLB8U-05202F | SATELLITE L305-S5908 | | | 550 |

| | | | | | |
|---|---|---|---|---|---|
| X8162150Q | X8162325Q | X8162638Q | X8162729Q | X8162734Q | X8162749Q |
| X8162987Q | X8163320Q | X8163349Q | X8163363Q | X8163471Q | X8163561Q |
| X8163651Q | X8163696Q | X8163789Q | X8164025Q | X8164380Q | X8164601Q |
| X8164697Q | X8164858Q | X8165066Q | X8165377Q | X8166227Q | X8166282Q |
| X8166305Q | X8166313Q | X8166348Q | X8166479Q | X8166519Q | X8166559Q |
| X8166719Q | X8166871Q | X8167041Q | X8167105Q | X8167125Q | X8167127Q |
| X8167140Q | X8167170Q | X8167272Q | X8167318Q | X8167652Q | X8168804Q |
| X8169141Q | X8169210Q | X8170256Q | X8170616Q | X8170971Q | X8171373Q |
| X8172003Q | X8172218Q | X8173355Q | X8173735Q | X8173901Q | X8173950Q |

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 10/14/08 - DIV 040

Case 08-35653-KRH   Doc 458-19   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
         Exhibit(s) Voices and Proof of Delivery Cont   Page 25 of 25

Customer : 35474200 567 CIRCUIT CITY STORES INC #      Order #      : 536086 01
           1901 COOPER DRIVE                            Order Date  :  9/25/08
                                                        Ship Date   : 10/14/08
           ARDMORE          OK   73402                  Terms       : PREPAID
Purchase Order # : 2157815                              Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702814290                        Total Wgt   : 05087.50
Qty of Cartons   :          9                           Ctrl Order  :
Sourcing Warehse : CTS                                  Invoice #   :

                                 Unit Detail

Unit          Item#          Description                          Quantity

X8174162Q     X8174341Q     X8174423Q    X8174735Q     X8174745Q     X8175492Q

X8176132Q     X8176396Q     X8176413Q    X8176722Q     X8176970Q     X8177274Q

X8177469Q     X8178490Q     X8178512Q    X8178647Q     X8178697Q     X8178764Q

X8178812Q     X8178993Q     X8179019Q    X8214435Q     X8214563Q     X8214739Q

X8214766Q     X8214984Q     X8215013Q    X8215017Q     X8215027Q     X8215045Q

X8215048Q     X8215130Q     X8215160Q    X8215164Q     X8215166Q     X8215173Q

X8215185Q     X8215198Q     X8215215Q    X8215220Q     X8215238Q     X8215242Q

X8215251Q     X8215258Q     X8215261Q    X8215270Q     X8215290Q     X8215291Q

X8215303Q     X8215307Q     X8215317Q    X8215340Q     X8215361Q     X8215372Q

X8215376Q     X8215385Q     X8215392Q    X8215393Q     X8215403Q     X8215412Q

X8215417Q     X8215423Q     X8215433Q    X8215440Q     X8215446Q     X8215459Q

X8215468Q     X8215474Q     X8215493Q    X8215507Q     X8215519Q     X8215537Q

X8215552Q     X8215553Q     X8215559Q    X8215570Q     X8215586Q     X8215594Q

X8215618Q     X8215637Q     X8215649Q    X8215651Q     X8215709Q     X8215714Q

X8215738Q     X8215748Q     X8215756Q    X8215795Q     X8215812Q     X8215814Q

X8215819Q     X8215822Q     X8215855Q    X8215856Q     X8215881Q     X8215897Q

X8215911Q     X8215919Q     X8215947Q    X8215950Q     X8215985Q     X8216004Q

X8216019Q     X8216028Q     X8216069Q    X8216082Q     X8216269Q     X8216389Q

       This sale concerns products, and/or technical data that may be
       controlled under the U.S. Export Administration Regulations and
       may be subject to the approval of the U.S. Department of Commerce
       prior to export. Any export or re-export by the purchaser, directly
       or indirectly, in contravention of the U.S. Export Administration
       Regulations is prohibited.

                      DAILY - 10/14/08 - DIV 040