```
Customer : 35474200 567 CIRCUIT CITY STORES INC #     Order #      : 536086 01
           1901 COOPER DRIVE                          Order Date :   9/25/08
                                                      Ship Date  : 10/14/08
           ARDMORE         OK   73402                 Terms       : PREPAID
Purchase Order # : 2157815                            Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702814290                       Total Wgt   : 05087.50
Qty of Cartons   :        9                           Ctrl Order :
Sourcing Warehse : CTS                                Invoice #   :
```

Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|---|----------|---|
| X8216574Q | X8216922Q | X8216950Q | X8217429Q | X8217497Q | X8217558Q |
| X8217590Q | X8217597Q | X8217846Q | X8217852Q | X8217918Q | X8218050Q |
| X8218201Q | X8218900Q | X8218945Q | X8219260Q | X8219372Q | X8219436Q |
| X8219685Q | X8219980Q | X8220009Q | X8220021Q | X8220040Q | X8220059Q |
| X8220105Q | X8220112Q | X8220122Q | X8220144Q | X8220186Q | X8220191Q |
| X8220228Q | X8220239Q | X8220390Q | X8220394Q | X8220483Q | X8220521Q |
| X8220631Q | X8220651Q | X8220686Q | X8220998Q | X8221227Q | X8221245Q |
| X8221376Q | X8221413Q | X8221597Q | X8221664Q | X8221666Q | X8221709Q |
| X8221777Q | X8222061Q | X8222117Q | X8222161Q | X8222168Q | X8222248Q |
| X8222293Q | X8222304Q | X8222315Q | X8222320Q | X8222331Q | X8222339Q |
| X8222368Q | X8222414Q | X8222430Q | X8222476Q | X8222496Q | X8222498Q |
| X8222518Q | X8222534Q | X8222535Q | X8222563Q | X8222580Q | X8222590Q |
| X8222596Q | X8222605Q | X8222613Q | X8222625Q | X8222626Q | X8222638Q |
| X8222640Q | X8222648Q | X8222660Q | X8222667Q | X8222668Q | X8222679Q |
| X8222685Q | X8222711Q | X8222718Q | X8222740Q | X8222772Q | X8222778Q |
| X8222803Q | X8222807Q | X8222827Q | X8222841Q | X8222855Q | X8222862Q |
| X8222869Q | X8222876Q | X8222924Q | X8222933Q | X8222941Q | X8222948Q |
| X8222960Q | X8222964Q | X8222975Q | X8222987Q | X8222995Q | X8223001Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/14/08 - DIV 040

Customer : 35474200 567 CIRCUIT CITY STORES INC #        Order #      : 536086 01
           1901 COOPER DRIVE                             Order Date  :  9/25/08
                                                         Ship Date   : 10/14/08
           ARDMORE         OK   73402                    Terms       : PREPAID
Purchase Order # : 2157815                               Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702814290                          Total Wgt   : 05087.50
Qty of Cartons   :        9                              Ctrl Order  :
Sourcing Warehse : CTS                                   Invoice #   :

                              Unit Detail

Unit        Item#            Description                       Quantity

| Unit | Item# | Description | | Quantity | |
| --- | --- | --- | --- | --- | --- |
| X8223009Q | X8223018Q | X8223027Q | X8223041Q | X8223051Q | X8223056Q |
| X8223062Q | X8223071Q | X8223078Q | X8223085Q | X8223104Q | X8223107Q |
| X8223121Q | X8223124Q | X8223135Q | X8223154Q | X8223169Q | X8223174Q |
| X8223178Q | X8223187Q | X8223201Q | X8223205Q | X8223215Q | X8223229Q |
| X8223240Q | X8223243Q | X8223254Q | X8223259Q | X8223281Q | X8223291Q |
| X8223301Q | X8223310Q | X8223311Q | X8223338Q | X8223345Q | X8223354Q |
| X8223370Q | X8223382Q | X8223427Q | X8223428Q | X8223463Q | X8223477Q |
| X8223489Q | X8223513Q | X8223532Q | X8223547Q | X8223558Q | X8223561Q |
| X8223601Q | X8223605Q | X8223635Q | X8223638Q | X8223657Q | X8223672Q |
| X8223690Q | X8223703Q | X8223716Q | X8223729Q | X8223739Q | X8223756Q |
| X8223798Q | X8224108Q | X8224111Q | X8224131Q | X8224141Q | X8224361Q |
| X8224419Q | X8224426Q | X8224453Q | X8224625Q | X8224966Q | X8224999Q |
| X8225082Q | X8225094Q | X8225154Q | X8225392Q | X8225457Q | X8225474Q |
| X8225503Q | X8225511Q | X8225519Q | X8225597Q | X8225694Q | X8225731Q |
| X8225738Q | X8225760Q | X8225778Q | X8225853Q | X8226007Q | X8226018Q |
| X8226085Q | X8226087Q | X8226187Q | X8226195Q | X8226273Q | X8226314Q |
| X8226375Q | X8226379Q | X8226403Q | X8226435Q | X8226522Q | X8226542Q |
| X8226890Q | X8226894Q | X8226933Q | X8226974Q | X8227031Q | X8227047Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                           DAILY - 10/14/08 - DIV 040

Customer : 35474200 567 CIRCUIT CITY STORES INC #     Order #     : 536086 01
           1901 COOPER DRIVE                          Order Date : 9/25/08
                                                      Ship Date  : 10/14/08
           ARDMORE          OK   73402                Terms      : PREPAID
Purchase Order # : 2157815                            Carrier    : FEDEX-IDF PALLE
Bill of Lading # : 685702814290                       Total Wgt  : 05087.50
Qty of Cartons   :        9                           Ctrl Order :
Sourcing Warehse : CTS                                Invoice #  :

                              Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|--|----------|--|
| X8227071Q | X8227092Q | X8227098Q | X8227126Q | X8227182Q | X8227195Q |
| X8227249Q | X8227260Q | X8227275Q | X8227282Q | X8227291Q | X8227306Q |
| X8227317Q | X8227325Q | X8227345Q | X8227375Q | X8227419Q | X8227422Q |
| X8227432Q | X8227439Q | X8227447Q | X8227453Q | X8227460Q | X8227465Q |
| X8227473Q | X8227482Q | X8227495Q | X8227523Q | X8227533Q | X8227547Q |
| X8227548Q | X8227562Q | X8227583Q | X8227585Q | X8227597Q | X8227612Q |
| X8227622Q | X8227646Q | X8227723Q | X8227726Q | X8227736Q | X8227746Q |
| X8227758Q | X8227768Q | X8227786Q | X8227799Q | X8227802Q | X8227811Q |
| X8227821Q | X8227825Q | X8227842Q | X8227857Q | X8227874Q | X8227886Q |
| X8227890Q | X8227922Q | X8227927Q | X8227937Q | X8227938Q | X8227943Q |
| X8227979Q | X8228001Q | X8228013Q | X8228025Q | X8228035Q | X8228038Q |
| X8228044Q | X8228054Q | X8228062Q | X8228105Q | X8228108Q | X8228171Q |
| X8228193Q | X8228198Q | X8228205Q | X8228206Q | X8228216Q | X8228319Q |
| X8228331Q | X8228338Q | X8228342Q | X8228369Q | X8228384Q | X8228391Q |
| X8228402Q | X8228409Q | X8228416Q | X8228423Q | X8228427Q | X8228434Q |
| X8228441Q | X8228446Q | X8228473Q | X8228485Q | X8228499Q | X8228513Q |
| X8228523Q | X8228540Q | X8228541Q | X8228551Q | X8228552Q | X8228563Q |
| X8228564Q | X8228582Q | X8228593Q | X8228610Q | X8228628Q | X8228647Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

```
Customer : 35474200 567 CIRCUIT CITY STORES INC #    Order #      : 536086 01
           1901 COOPER DRIVE                         Order Date   :  9/25/08
                                                     Ship Date    : 10/14/08
                  ARDMORE        OK   73402          Terms        : PREPAID
Purchase Order # : 2157815                           Carrier      : FEDEX-IDF PALLE
Bill of Lading # : 685702814290                      Total Wgt    : 05087.50
Qty of Cartons   :        9                          Ctrl Order   :
Sourcing Warehse : CTS                               Invoice #    :
```

## Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|--|----------|--|
| X8228650Q | X8228662Q | X8228669Q | X8228678Q | X8228691Q | X8228700Q |
| X8228707Q | X8228713Q | X8228725Q | X8228744Q | X8228755Q | X8228762Q |
| X8228766Q | X8228777Q | X8228804Q | X8228814Q | X8228819Q | X8228825Q |
| X8228832Q | X8228846Q | X8228890Q | X8228903Q | X8228915Q | X8228926Q |
| X8228948Q | X8228955Q | X8228965Q | X8228993Q | X8229005Q | X8229010Q |
| X8229030Q | X8229045Q | X8229077Q | X8229083Q | X8229096Q | X8229100Q |
| X8229130Q | X8229132Q | X8229148Q | X8229149Q | X8229176Q | X8229210Q |
| X8229278Q | X8229314Q | X8229333Q | X8229402Q | X8229551Q | X8229790Q |
| X8229800Q | X8229801Q | X8229869Q | X8229900Q | X8229935Q | X8229978Q |
| X8229981Q | X8230009Q | X8230025Q | X8230026Q | X8230063Q | X8230132Q |
| X8230150Q | X8230160Q | X8230217Q | X8230268Q | | |

####### E N D   O F   P A C K I N G   L I S T #######

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/14/08 - DIV 040

FedEx | Track

Case 08-35653-KRH    Doc 458-20    Filed 11/26/08    Entered 11/26/08 18:03:21    Page 1 of 2

Exhibit(s) voices and Proof of Delivery Cont.    Page 5 of 21

**FedEx**

Español | Customer Support | FedEx Locations    | Search | | Go |

| Package/Envelope | Freight | Expedited | Office/Print Services ✱ |

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

Track Shipments/FedEx Kinko's Orders

## Detailed Results

🖨 Printable Version   ❓ Quick Help

| | | | | | **Wrong Address?** |
| **Tracking number** | 685702814290 | **Reference** | 49504000 | | Reduce future mist: |
| **Signed for by** | J.COVEY | **Destination** | UNION, NJ | | FedEx Address Ch |
| **Ship date** | Oct 14, 2008 | **Delivered to** | Shipping/Receiving | | |
| **Delivery date** | Oct 16, 2008 11:06 AM | **Service type** | IP DirectDistribution | | |
| | | | Freight - Indirect | | |
| | | | Signature Required | | Make the swit |
| | | | Clearance detail | | DHL easy... |
| | | **Weight** | 198.0 kgs. | | Choose FedEx |
| **Status** | Delivered | | | | Go ▸ |
| **Signature image available** | Yes | | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 16, 2008 | 11:06 AM | Delivered | UNION, NJ | |
| | 8:00 AM | On FedEx vehicle for delivery | OKLAHOMA CITY, OK | |
| | 7:40 AM | At local FedEx facility | OKLAHOMA CITY, OK | |
| | 7:19 AM | At dest sort facility | OKLAHOMA CITY, OK | |
| | 3:12 AM | Departed FedEx location | FORT WORTH, TX | |
| | 12:43 AM | Arrived at FedEx location | FORT WORTH, TX | |
| Oct 15, 2008 | 4:08 PM | Departed FedEx location | ANCHORAGE, AK | |
| | 1:39 PM | Int'l shipment release | | |
| | 11:18 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 2:57 PM | In transit | SHANGHAI CN | |
| Oct 14, 2008 | 6:23 PM | Package data transmitted to FedEx | | |
| | 3:47 PM | Left FedEx origin facility | SHANGHAI CN | |
| | 11:56 AM | Picked up | SHANGHAI CN | Package received after FedEx cutoff |

| Signature proof | E-mail results | Track more shipments/orders |

Subscribe to tracking updates (optional)

Your name: |                    |    Your e-mail address: |                    |

| E-mail address | Language | Exception updates | Delivery updates |
| |                    | | English ▾ | ☐ | ☐ |

FedEx | Track

Case 08-35653-KRH    Doc 458-20    Filed 11/26/08    Entered 11/26/08 18:03:21    Page 2 of 2

Exhibit(s) voices and Proof of Delivery Cont.    Page 6 of 21

|  | English ▼ | ☐ | ☐ |
|---|---|---|---|
|  | English ▼ | ☐ | ☐ |
|  | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML ◯ Text ◯ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

[ Submit ]

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

FedEx | Track

Case 08-35653-KRH    Doc 458-20    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc

Exhibit(s) voices and Proof of Delivery Cont.    Page 7 of 21

Page 1 of 2



Español | Customer Support | FedEx Locations    Search    Go

| Package/Envelope | Freight | Expedited | Office/Print Services ✷ |

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

Track Shipments/FedEx Kinko's Orders
## Detailed Results

🖨 Printable Version    ❓ Quick Help

| | | | | | **Wrong Address?** |
|---|---|---|---|---|---|
| **Tracking number** | 685702814337 | **Reference** | 49504000 | | Reduce future mist |
| **Signed for by** | J.COVEY | **Destination** | UNION, NJ | | FedEx Address Ch |
| **Ship date** | Oct 14, 2008 | **Delivered to** | Shipping/Receiving | | |
| **Delivery date** | Oct 16, 2008 11:06 AM | **Service type** | IP DirectDistribution | | |
| | | | Freight - Indirect | | |
| | | | Signature Required | | Make the swit |
| | | | Clearance detail | | DHL easy... |
| | | **Weight** | 198.0 kgs. | | Choose FedEx |
| | | | | | Go ▸ |
| **Status** | Delivered | | | | |
| **Signature image available** | Yes | | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 16, 2008 | 11:06 AM | **Delivered** | UNION, NJ | |
| | 8:00 AM | On FedEx vehicle for delivery | OKLAHOMA CITY, OK | |
| | 7:41 AM | At local FedEx facility | OKLAHOMA CITY, OK | |
| | 7:19 AM | At dest sort facility | OKLAHOMA CITY, OK | |
| | 3:12 AM | Departed FedEx location | FORT WORTH, TX | |
| | 12:43 AM | Arrived at FedEx location | FORT WORTH, TX | |
| Oct 15, 2008 | 4:08 PM | Departed FedEx location | ANCHORAGE, AK | |
| | 1:39 PM | Int'l shipment release | | |
| | 11:18 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 2:57 PM | In transit | SHANGHAI CN | |
| Oct 14, 2008 | 6:23 PM | Package data transmitted to FedEx | | |
| | 3:47 PM | Left FedEx origin facility | SHANGHAI CN | |
| | 11:56 AM | Picked up | SHANGHAI CN | Package received after FedEx cutoff |

| Signature proof | E-mail results | Track more shipments/orders |

Subscribe to tracking updates (optional)

Your name: [                    ]    Your e-mail address: [                    ]

E-mail address    Language    Exception updates    Delivery updates

[                ]    [English          ▾]    ☐    ☐

| | English ▾ | ☐ | ☐ |
| | English ▾ | ☐ | ☐ |
| | English ▾ | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

Submit

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

# FedEx

Español | Customer Support | FedEx Locations    Search    Go

| Package/Envelope | Freight | Expedited | Office/Print Services ✱ |
|---|---|---|---|

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

## Track Shipments/FedEx Kinko's Orders

🖶 Printable Version  ❓ Quick Help

# Detailed Results

| | | | | | Wrong Address? |
|---|---|---|---|---|---|
| Tracking number | 685702814370 | Reference | | 49504000 | Reduce future mist |
| Signed for by | J.COVEY | Destination | | UNION, NJ | FedEx Address Ch |
| Ship date | Oct 14, 2008 | Delivered to | | Shipping/Receiving | |
| Delivery date | Oct 16, 2008 11:06 AM | Service type | | IP DirectDistribution | |
| | | | | Freight - Indirect | |
| | | | | Signature Required | Make the switt |
| | | | | Clearance detail | DHL easy... |
| | | Weight | | 69.0 kgs. | Choose FedEx |
| | | | | | Go ▸ |
| Status | Delivered | | | | |
| Signature image available | Yes | | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 16, 2008 | 11:06 AM | **Delivered** | UNION, NJ | |
| | 8:00 AM | On FedEx vehicle for delivery | OKLAHOMA CITY, OK | |
| | 7:40 AM | At local FedEx facility | OKLAHOMA CITY, OK | |
| | 7:19 AM | At dest sort facility | OKLAHOMA CITY, OK | |
| | 3:12 AM | Departed FedEx location | FORT WORTH, TX | |
| | 12:43 AM | Arrived at FedEx location | FORT WORTH, TX | |
| Oct 15, 2008 | 4:08 PM | Departed FedEx location | ANCHORAGE, AK | |
| | 1:39 PM | Int'l shipment release | | |
| | 11:18 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 2:57 PM | In transit | SHANGHAI CN | |
| Oct 14, 2008 | 6:23 PM | Package data transmitted to FedEx | | |
| | 3:47 PM | Left FedEx origin facility | SHANGHAI CN | |
| | 11:56 AM | Picked up | SHANGHAI CN | Package received after FedEx cutoff |

| Signature proof | E-mail results | Track more shipments/orders |
|---|---|---|

Subscribe to tracking updates (optional)

Your name: [                    ]    Your e-mail address: [                    ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English ▾ | ☐ | ☐ |

FedEx | Track    Page 2 of 2

Case 08-35653-KRH    Doc 458-20    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc

Exhibit(s) voices and Proof of Delivery Cont.    Page 10 of 21

| | English ▾ | ☐ | ☐ |
| | English ▾ | ☐ | ☐ |
| | English ▾ | ☐ | ☐ |

**Select format:** ⦿ HTML ◯ Text ◯ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

[ Submit ]

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

**FedEx**

Español | Customer Support | FedEx Locations   [Search]   [Go]

| Package/Envelope | Freight | Expedited | Office/Print Services ✱ |
| --- | --- | --- | --- |

Ship ▸        Track ▸        Manage ▸        Business Solutions ▸

## Track Shipments/FedEx Kinko's Orders
# Detailed Results

🖨 Printable Version   ❔ Quick Help

**Wrong Address?**
Reduce future mist...
FedEx Address Ch...

| | | | | |
| --- | --- | --- | --- | --- |
| **Tracking number** | 685702814304 | **Reference** | 49504000 | |
| **Signed for by** | J.COVEY | **Destination** | UNION, NJ | |
| **Ship date** | Oct 14, 2008 | **Delivered to** | Shipping/Receiving | |
| **Delivery date** | Oct 16, 2008 11:06 AM | **Service type** | IP DirectDistribution Freight - Indirect Signature Required | |
| | | | Clearance detail | |
| | | **Weight** | 198.0 kgs. | |

**Make the swit**
**DHL easy...**
**Choose FedEx**
**Go ▸**

| | |
| --- | --- |
| **Status** | Delivered |
| **Signature image available** | Yes |

| Date/Time | | Activity | Location | Details |
| --- | --- | --- | --- | --- |
| Oct 16, 2008 | 11:06 AM | Delivered | UNION, NJ | |
| | 8:00 AM | On FedEx vehicle for delivery | OKLAHOMA CITY, OK | |
| | 7:31 AM | At local FedEx facility | OKLAHOMA CITY, OK | |
| | 7:19 AM | At dest sort facility | OKLAHOMA CITY, OK | |
| | 3:12 AM | Departed FedEx location | FORT WORTH, TX | |
| | 12:43 AM | Arrived at FedEx location | FORT WORTH, TX | |
| Oct 15, 2008 | 4:08 PM | Departed FedEx location | ANCHORAGE, AK | |
| | 1:39 PM | Int'l shipment release | | |
| | 11:18 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 2:57 PM | In transit | SHANGHAI CN | |
| Oct 14, 2008 | 6:23 PM | Package data transmitted to FedEx | | |
| | 3:47 PM | Left FedEx origin facility | SHANGHAI CN | |
| | 11:56 AM | Picked up | SHANGHAI CN | Package received after FedEx cutoff |

| Signature proof | E-mail results | Track more shipments/orders |
| --- | --- | --- |

Subscribe to tracking updates (optional)

**Your name:** [                    ]     **Your e-mail address:** [                    ]

| **E-mail address** | **Language** | **Exception updates** | **Delivery updates** |
| --- | --- | --- | --- |
| [          ] | English ▾ | ☐ | ☐ |

| | English | ▼ | ☐ | ☐ |
| | English | ▼ | ☐ | ☐ |
| | English | ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML  ◯ Text  ◯ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

[ Submit ]

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

# FedEx

| Package/Envelope | Freight | Expedited | Office/Print Services ✱ |

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

## Track Shipments/FedEx Kinko's Orders
### Detailed Results

🖨 Printable Version   ⑦ Quick Help

**Wrong Address?**
Reduce future mist...
FedEx Address Ch...

| | | | |
|---|---|---|---|
| **Tracking number** | 685702814348 | **Reference** | 49504000 |
| **Signed for by** | J.COVEY | **Destination** | UNION, NJ |
| **Ship date** | Oct 14, 2008 | **Delivered to** | Shipping/Receiving |
| **Delivery date** | Oct 16, 2008 11:06 AM | **Service type** | IP DirectDistribution |
| | | | Freight - Indirect |
| | | | Signature Required |
| | | | Clearance detail |
| | | **Weight** | 198.0 kgs. |

Make the swit
DHL easy...
Choose FedEx
Go ▸

| **Status** | Delivered |
|---|---|
| **Signature image available** | Yes |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 16, 2008 | 11:06 AM | **Delivered** | UNION, NJ | |
| | 8:00 AM | On FedEx vehicle for delivery | OKLAHOMA CITY, OK | |
| | 7:32 AM | At local FedEx facility | OKLAHOMA CITY, OK | |
| | 7:19 AM | At dest sort facility | OKLAHOMA CITY, OK | |
| | 3:12 AM | Departed FedEx location | FORT WORTH, TX | |
| | 12:43 AM | Arrived at FedEx location | FORT WORTH, TX | |
| Oct 15, 2008 | 4:08 PM | Departed FedEx location | ANCHORAGE, AK | |
| | 1:39 PM | Int'l shipment release | | |
| | 11:18 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 2:57 PM | In transit | SHANGHAI CN | |
| Oct 14, 2008 | 6:23 PM | Package data transmitted to FedEx | | |
| | 3:47 PM | Left FedEx origin facility | SHANGHAI CN | |
| | 11:56 AM | Picked up | SHANGHAI CN | Package received after FedEx cutoff |

| Signature proof | E-mail results | Track more shipments/orders |

Subscribe to tracking updates (optional)

**Your name:** [_____]     **Your e-mail address:** [_____]

| **E-mail address** | **Language** | **Exception updates** | **Delivery updates** |
|---|---|---|---|
| [_____] | English ▼ | ☐ | ☐ |

| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML ◯ Text ◯ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

[ Submit ]

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

**FedEx**

Español | Customer Support | FedEx Locations    Search [        ] Go

| Package/Envelope | Freight | Expedited | Office/Print Services ✸ |

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

## Track Shipments/FedEx Kinko's Orders
## Detailed Results

🖨 Printable Version  ❓ Quick Help

| | | | | | **Wrong Address?** |
|---|---|---|---|---|---|
| **Tracking number** | 685702814315 | **Reference** | | 49504000 | Reduce future mist... |
| **Signed for by** | J.COVEY | **Destination** | | UNION, NJ | FedEx Address Ch... |
| **Ship date** | Oct 14, 2008 | **Delivered to** | | Shipping/Receiving | |
| **Delivery date** | Oct 16, 2008 11:06 AM | **Service type** | | IP DirectDistribution | |
| | | | | Freight – Indirect | |
| | | | | Signature Required | |
| | | | | Clearance detail | |
| | | **Weight** | | 198.0 kgs. | |

Make the swit
DHL easy...
Choose FedEx
Go ▸

| **Status** | Delivered |
|---|---|
| **Signature image available** | Yes |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Oct 16, 2008** | 11:06 AM | **Delivered** | UNION, NJ | |
| | 8:00 AM | On FedEx vehicle for delivery | OKLAHOMA CITY, OK | |
| | 7:32 AM | At local FedEx facility | OKLAHOMA CITY, OK | |
| | 7:19 AM | At dest sort facility | OKLAHOMA CITY, OK | |
| | 3:12 AM | Departed FedEx location | FORT WORTH, TX | |
| | 12:43 AM | Arrived at FedEx location | FORT WORTH, TX | |
| **Oct 15, 2008** | 4:08 PM | Departed FedEx location | ANCHORAGE, AK | |
| | 1:39 PM | Int'l shipment release | | |
| | 11:18 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 2:57 PM | In transit | SHANGHAI CN | |
| **Oct 14, 2008** | 6:23 PM | Package data transmitted to FedEx | | |
| | 3:47 PM | Left FedEx origin facility | SHANGHAI CN | |
| | 11:56 AM | Picked up | SHANGHAI CN | Package received after FedEx cutoff |

| Signature proof | E-mail results | Track more shipments/orders |

Subscribe to tracking updates (optional)

Your name: [        ]        Your e-mail address: [        ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [        ] | English ▾ | ☐ | ☐ |

FedEx | Track
Page 2 of 2

Case 08-35653-KRH    Doc 458-20    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 16 of 21

| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML  ◯ Text  ◯ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐  By selecting this check box and the Submit button, I agree to these Terms and
Conditions

[ Submit ]

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

Español | Customer Support | FedEx Locations    Search    Go

# FedEx

| Package/Envelope | Freight | Expedited | Office/Print Services ✱ |

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

Track Shipments/FedEx Kinko's Orders          🖨 Printable Version  ⑦ Quick Help
## Detailed Results

| | | | | **Wrong Address?** |
|---|---|---|---|---|
| **Tracking number** | 685702814359 | **Reference** | 49504000 | Reduce future mist |
| **Signed for by** | J.COVEY | **Destination** | UNION, NJ | FedEx Address Ch |
| **Ship date** | Oct 14, 2008 | **Delivered to** | Shipping/Receiving | |
| **Delivery date** | Oct 16, 2008 11:06 AM | **Service type** | IP DirectDistribution | |
| | | | Freight - Indirect | Make the swit |
| | | | Signature Required | DHL easy... |
| | | | Clearance detail | Choose FedEx |
| | | **Weight** | 198.0 kgs. | Go ▸ |
| **Status** | Delivered | | | |
| **Signature image available** | Yes | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 16, 2008 | 11:06 AM | **Delivered** | UNION, NJ | |
| | 8:00 AM | On FedEx vehicle for delivery | OKLAHOMA CITY, OK | |
| | 7:30 AM | At local FedEx facility | OKLAHOMA CITY, OK | |
| | 7:19 AM | At dest sort facility | OKLAHOMA CITY, OK | |
| | 3:12 AM | Departed FedEx location | FORT WORTH, TX | |
| | 12:43 AM | Arrived at FedEx location | FORT WORTH, TX | |
| Oct 15, 2008 | 4:08 PM | Departed FedEx location | ANCHORAGE, AK | |
| | 1:39 PM | Int'l shipment release | | |
| | 11:18 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 2:57 PM | In transit | SHANGHAI CN | |
| Oct 14, 2008 | 6:23 PM | Package data transmitted to FedEx | | |
| | 3:47 PM | Left FedEx origin facility | SHANGHAI CN | |
| | 11:56 AM | Picked up | SHANGHAI CN | Package received after FedEx cutoff |

| Signature proof | E-mail results | Track more shipments/orders |

Subscribe to tracking updates (optional)

Your name: [        ]          Your e-mail address: [        ]

E-mail address          Language                    Exception    Delivery
                                                    updates      updates
[        ]          [English          ▼]            ☐            ☐

| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these <u>Terms and Conditions</u>

[ Submit ]

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

**FedEx**

Español | Customer Support | FedEx Locations    Search _____ | Go

| Package/Envelope | Freight | Expedited | Office/Print Services ✱ |

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

## Track Shipments/FedEx Kinko's Orders
## Detailed Results

🖶 Printable Version   ❓ Quick Help

| | | | | | **Wrong Address?** |
|---|---|---|---|---|---|
| **Tracking number** | 685702814326 | **Reference** | | 49504000 | Reduce future mist... |
| **Signed for by** | J.COVEY | **Destination** | | UNION, NJ | FedEx Address Ch... |
| **Ship date** | Oct 14, 2008 | **Delivered to** | | Shipping/Receiving | |
| **Delivery date** | Oct 16, 2008 11:06 AM | **Service type** | | IP DirectDistribution | |
| | | | | Freight - Indirect | |
| | | | | Signature Required | |
| | | | | Clearance detail | **Make the swit...** |
| | | **Weight** | | 198.0 kgs. | **DHL easy...** |
| | | | | | **Choose FedEx** |
| **Status** | Delivered | | | | **Go ▸** |
| **Signature image available** | Yes | | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 16, 2008 | 11:06 AM | **Delivered** | UNION, NJ | |
| | 8:00 AM | On FedEx vehicle for delivery | OKLAHOMA CITY, OK | |
| | 7:40 AM | At local FedEx facility | OKLAHOMA CITY, OK | |
| | 7:19 AM | At dest sort facility | OKLAHOMA CITY, OK | |
| | 3:12 AM | Departed FedEx location | FORT WORTH, TX | |
| | 12:43 AM | Arrived at FedEx location | FORT WORTH, TX | |
| Oct 15, 2008 | 4:08 PM | Departed FedEx location | ANCHORAGE, AK | |
| | 1:39 PM | Int'l shipment release | | |
| | 11:18 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 2:57 PM | In transit | SHANGHAI CN | |
| Oct 14, 2008 | 6:23 PM | Package data transmitted to FedEx | | |
| | 3:47 PM | Left FedEx origin facility | SHANGHAI CN | |
| | 11:56 AM | Picked up | SHANGHAI CN | Package received after FedEx cutoff |

| Signature proof | E-mail results | Track more shipments/orders |

Subscribe to tracking updates (optional)

**Your name:** [_____]    **Your e-mail address:** [_____]

| **E-mail address** | **Language** | **Exception updates** | **Delivery updates** |
|---|---|---|---|
| [_____] | English ▾ | ☐ | ☐ |

Case 08-35653-KRH   Doc 458-20   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) voices and Proof of Delivery Cont.   Page 20 of 21

| | English ▼ | ☐ | ☐ |
|---|---|---|---|
| | English ▼ | ☐ | ☐ |
| | English ▼ | ☐ | ☐ |

**Select format:** ⦿ HTML  ○ Text  ○ Wireless

**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions.

[ Submit ]

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

http://www.fedex.com/Tracking

11/10/2008

**FedEx**

Español | Customer Support | FedEx Locations   | Search |   | Go |

| Package/Envelope | Freight | Expedited | Office/Print Services ✱ |

Ship ▸        Track ▸        Manage ▸        Business Solutions ▸

Track Shipments/FedEx Kinko's Orders

**Detailed Results**

🖨 Printable Version   ❓ Quick Help

| | | | | | |
|---|---|---|---|---|---|
| **Tracking number** | 685702814360 | **Reference** | 49504000 | | **Wrong Address?** |
| **Signed for by** | J.COVEY | **Destination** | UNION, NJ | | Reduce future mist: |
| **Ship date** | Oct 14, 2008 | **Delivered to** | Shipping/Receiving | | FedEx Address Ch: |
| **Delivery date** | Oct 16, 2008 11:06 AM | **Service type** | IP DirectDistribution | | |
| | | | Freight - Indirect | | |
| | | | Signature Required | | |
| | | | Clearance detail | | Make the swit |
| | | **Weight** | 198.0 kgs. | | DHL easy... |
| **Status** | Delivered | | | | Choose FedEx |
| **Signature image available** | Yes | | | | Go ▸ |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 16, 2008 | 11:06 AM | **Delivered** | UNION, NJ | |
| | 8:00 AM | On FedEx vehicle for delivery | OKLAHOMA CITY, OK | |
| | 7:37 AM | At local FedEx facility | OKLAHOMA CITY, OK | |
| | 7:19 AM | At dest sort facility | OKLAHOMA CITY, OK | |
| | 3:12 AM | Departed FedEx location | FORT WORTH, TX | |
| | 12:43 AM | Arrived at FedEx location | FORT WORTH, TX | |
| Oct 15, 2008 | 4:08 PM | Departed FedEx location | ANCHORAGE, AK | |
| | 1:39 PM | Int'l shipment release | | |
| | 11:18 AM | Arrived at FedEx location | ANCHORAGE, AK | |
| | 2:57 PM | In transit | SHANGHAI CN | |
| Oct 14, 2008 | 6:23 PM | Package data transmitted to FedEx | | |
| | 3:47 PM | Left FedEx origin facility | SHANGHAI CN | |
| | 11:56 AM | Picked up | SHANGHAI CN | Package received after FedEx cutoff |

| Signature proof | E-mail results | Track more shipments/orders |

Subscribe to tracking updates (optional)

| **Your name:** | | **Your e-mail address:** | |

| **E-mail address** | **Language** | **Exception updates** | **Delivery updates** |
|---|---|---|---|
| | English ▾ | ☐ | ☐ |