O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #          Order #     : 536094 01
           19925 INDEPENDENCE BLVD                         Order Date  : 9/25/08
                                                           Ship Date   : 10/14/08
           GROVELAND        FL   34736                     Terms       : PREPAID
Purchase Order # : 2157817                                 Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702814175                            Total Wgt   : 07122.50
Qty of Cartons   :        12                               Ctrl Order  :
Sourcing Warehse : CTS                                     Invoice #   :

                              Unit Detail

Unit          Item#            Description                              Quantity

X8219840Q     X8219857Q     X8219907Q     X8220208Q     X8220230Q     X8220358Q

X8220408Q     X8220438Q     X8220500Q     X8220504Q     X8220510Q     X8220597Q

X8220734Q     X8220977Q     X8221035Q     X8221069Q     X8221072Q     X8221087Q

X8221091Q     X8221126Q     X8221129Q     X8221175Q     X8221264Q     X8221269Q

X8221286Q     X8221352Q     X8221356Q     X8221396Q     X8221420Q     X8221761Q

X8221812Q     X8221921Q     X8222134Q     X8222181Q     X8222189Q     X8222220Q

X8222352Q     X8222354Q     X8222407Q     X8222482Q     X8222529Q     X8222658Q

X8222725Q     X8222736Q     X8222793Q     X8222890Q     X8223190Q     X8223267Q

X8223372Q     X8223404Q     X8223424Q     X8223454Q     X8223465Q     X8223626Q

X8223650Q     X8223667Q     X8223681Q     X8223697Q     X8223724Q     X8223759Q

X8223784Q     X8223786Q     X8223801Q     X8224079Q     X8224087Q     X8224105Q

X8224106Q     X8224121Q     X8224123Q     X8224133Q     X8224151Q     X8224155Q

X8224171Q     X8224187Q     X8224198Q     X8224201Q     X8224235Q     X8224237Q

X8224245Q     X8224286Q     X8224305Q     X8224322Q     X8224328Q     X8224339Q

X8224350Q     X8224368Q     X8224389Q     X8224417Q     X8224437Q     X8224440Q

X8224460Q     X8224465Q     X8224468Q     X8224480Q     X8224488Q     X8224525Q

X8224534Q     X8224542Q     X8224551Q     X8224567Q     X8224578Q     X8224584Q

X8224592Q     X8224598Q     X8224610Q     X8224618Q     X8224641Q     X8224650Q

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

P A C K I N G   L I S T

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #        Order #     : 536094 01
           19925 INDEPENDENCE BLVD                       Order Date  :  9/25/08
                                                         Ship Date   : 10/14/08
           GROVELAND      FL  34736                      Terms       : PREPAID
Purchase Order # : 2157817                               Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702814175                          Total Wgt   : 07122.50
Qty of Cartons   :      12                               Ctrl Order  :
Sourcing Warehse : CTS                                   Invoice #   :

                              Unit Detail

Unit           Item#             Description                    Quantity

X8224660Q    X8224684Q    X8224698Q    X8224707Q    X8224717Q    X8224734Q

X8224747Q    X8224761Q    X8224765Q    X8224774Q    X8224781Q    X8224787Q

X8224797Q    X8224819Q    X8224826Q    X8224833Q    X8224840Q    X8224866Q

X8224876Q    X8224879Q    X8224889Q    X8224896Q    X8224904Q    X8224918Q

X8224928Q    X8224950Q    X8224958Q    X8224979Q    X8224982Q    X8224992Q

X8225015Q    X8225024Q    X8225034Q    X8225043Q    X8225113Q    X8225125Q

X8225140Q    X8225144Q    X8225204Q    X8225237Q    X8225260Q    X8225264Q

X8225278Q    X8225321Q    X8225399Q    X8225425Q    X8225465Q    X8225484Q

X8225496Q    X8225527Q    X8225546Q    X8225564Q    X8225625Q    X8225639Q

X8225661Q    X8225677Q    X8225681Q    X8225706Q    X8225717Q    X8225736Q

X8225869Q    X8225917Q    X8225921Q    X8225967Q    X8225970Q    X8225982Q

X8226031Q    X8226035Q    X8226053Q    X8226125Q    X8226130Q    X8226178Q

X8226243Q    X8226294Q    X8226296Q    X8226303Q    X8226328Q    X8226412Q

X8226429Q    X8226444Q    X8226447Q    X8226460Q    X8226462Q    X8226481Q

X8226488Q    X8226503Q    X8226513Q    X8226529Q    X8226557Q    X8226575Q

X8226582Q    X8226589Q    X8226605Q    X8226611Q    X8226644Q    X8226646Q

X8226658Q    X8226728Q    X8226788Q    X8226801Q    X8226805Q    X8226819Q

X8226843Q    X8226863Q    X8226874Q    X8226878Q    X8226946Q    X8226949Q

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/14/08 - DIV 040

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #      Order #      : 536094 01
           19925 INDEPENDENCE BLVD                     Order Date :  9/25/08
                                                       Ship Date  : 10/14/08
           GROVELAND       FL  34736                   Terms       : PREPAID
Purchase Order # : 2157817                             Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702814175                        Total Wgt   : 07122.50
Qty of Cartons   :      12                             Ctrl Order  :
Sourcing Warehse : CTS                                 Invoice #   :

                              Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| X8226961Q | X8226964Q | X8226987Q | X8226993Q | X8227005Q | X8227022Q |
| X8227046Q | X8227053Q | X8227058Q | X8227068Q | X8227078Q | X8227084Q |
| X8227111Q | X8227153Q | X8227171Q | X8227178Q | X8227219Q | X8227221Q |
| X8227232Q | X8227240Q | X8227257Q | X8227268Q | X8227298Q | X8227312Q |
| X8227337Q | X8227368Q | X8227537Q | X8227859Q | X8227935Q | X8228012Q |
| X8228377Q | X8228575Q | X8228590Q | X8228599Q | X8228790Q | X8228794Q |
| X8228869Q | X8228995Q | X8229013Q | X8229047Q | X8229060Q | X8229104Q |
| X8229113Q | X8229168Q | X8229182Q | X8229193Q | X8229195Q | X8229214Q |
| X8229222Q | X8229228Q | X8229230Q | X8229241Q | X8229251Q | X8229253Q |
| X8229262Q | X8229271Q | X8229295Q | X8229297Q | X8229315Q | X8229336Q |
| X8229342Q | X8229353Q | X8229356Q | X8229414Q | X8229420Q | X8229429Q |
| X8229436Q | X8229453Q | X8229465Q | X8229466Q | X8229471Q | X8229489Q |
| X8229498Q | X8229509Q | X8229524Q | X8229534Q | X8229561Q | X8229577Q |
| X8229581Q | X8229602Q | X8229614Q | X8229671Q | X8229690Q | X8229707Q |
| X8229722Q | X8229730Q | X8229740Q | X8229758Q | X8229769Q | X8229786Q |
| X8229817Q | X8229820Q | X8229830Q | X8229842Q | X8229845Q | X8229851Q |
| X8229884Q | X8229913Q | X8229920Q | X8229932Q | X8229945Q | X8229949Q |
| X8229958Q | X8229970Q | X8229996Q | X8229997Q | X8230043Q | X8230083Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/14/08 - DIV 040

Case 08-35653-KRH   Doc 458-22   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) voices and Proof of Delivery Cont1   Page 4 of 25

O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #        Order #      : 536094 01
           19925 INDEPENDENCE BLVD                       Order Date  :  9/25/08
                                                         Ship Date   : 10/14/08
           GROVELAND        FL  34736                    Terms       : PREPAID
Purchase Order # : 2157817                               Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702814175                          Total Wgt   : 07122.50
Qty of Cartons   :         12                            Ctrl Order  :
Sourcing Warehse : CTS                                   Invoice #   :

                              Unit Detail

Unit            Item#              Description                    Quantity

X8230105Q       X8230125Q       X8230169Q      X8230179Q      X8230197Q      X8230235Q

X8230236Q       X8230248Q       X8230252Q      X8230264Q      X8230282Q      X8230296Q

X8230297Q       X8230308Q       X8230311Q      X8230321Q      X8230324Q      X8230334Q

X8230338Q       X8230348Q       X8230358Q      X8230371Q      X8230373Q      X8230385Q

X8230395Q       X8230442Q       X8230443Q      X8230447Q      X8230457Q      X8230478Q

X8230485Q       X8230502Q       X8230517Q      X8230559Q      X8230568Q      X8230578Q

X8230584Q       X8230596Q       X8230617Q      X8230633Q      X8230637Q      X8230649Q

X8230659Q       X8230666Q       X8230674Q      X8230686Q      X8230711Q      X8230712Q

X8230730Q       X8230755Q       X8230757Q      X8230771Q      X8230781Q      X8230791Q

X8230801Q       X8230810Q       X8230815Q      X8230826Q      X8230844Q      X8230847Q

X8230858Q       X8230869Q       X8230979Q      X8230981Q      X8230983Q      X8231010Q

X8231020Q       X8234395Q


               ///////  E N D   O F   P A C K I N G   L I S T  ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/14/08 - DIV 040



Español | Customer Support | FedEx Locations  Search _____  Go

| Package/Envelope | Freight | Expedited | Office/Print Services ✱ |
| Ship ▸ | Track ▸ | Manage ▸ | Business Solutions ▸ |

## Track Shipments/FedEx Kinko's Orders
## Summary Results

🖨 Printable Version (

Single piece shipments

| Tracking number ⬚ | Status ⬚ | Date/Time ⬚ | Destination ⬚ | Service ⬚ | Signal Image |
|---|---|---|---|---|---|
| 685702814175 | Delivered | Oct 17, 2008 12:29 PM | COLUMBUS, OH | FedEx Express | Yes |
| 685702814212 | Delivered | Oct 17, 2008 12:29 PM | CHARLOTTE, NC | FedEx Express | Yes |
| 685702814256 | Delivered | Oct 17, 2008 12:29 PM | UNION, NJ | FedEx Express | Yes |
| 685702814186 | Delivered | Oct 17, 2008 12:29 PM | COLUMBUS, OH | FedEx Express | Yes |
| 685702814223 | Delivered | Oct 17, 2008 12:29 PM | CHARLOTTE, NC | FedEx Express | Yes |
| 685702814267 | Delivered | Oct 17, 2008 12:29 PM | UNION, NJ | FedEx Express | Yes |
| 685702814197 | Delivered | Oct 17, 2008 12:29 PM | COLUMBUS, OH | FedEx Express | Yes |
| 685702814234 | Delivered | Oct 17, 2008 12:29 PM | CHARLOTTE, NC | FedEx Express | Yes |
| 685702814278 | Delivered | Oct 17, 2008 11:54 AM | UNION, NJ | FedEx Express | Yes |
| 685702814201 | Delivered | Oct 17, 2008 12:29 PM | CHARLOTTE, NC | FedEx Express | Yes |
| 685702814245 | Delivered | Oct 17, 2008 12:29 PM | CHARLOTTE, NC | FedEx Express | Yes |
| 685702814289 | Delivered | Oct 17, 2008 12:29 PM | UNION, NJ | FedEx Express | Yes |

Account number ____
(Required for detailed Signature Proof of [
Click here if you have more than one account number for thes

| View signature proof results | E-mail signature proof results | Track more shipments/c |

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

INVOICE

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE #   21040320
PAGE   1 of 2
DOCUMENT DATE   10/14/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200344
CIRCUIT CITY STORES INC #344
400 LONG FELLOW COURT
LIVERMORE CA 94550

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2168560 | 549203 | 10/08/08 | 10/14/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | MET LOGISTICS - S | METINV000014993 | CTS | DPDCC9 |
| CUSTOMER MSGS: | | | | | |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| PSLB8U-04X02F | SATELLITE L305-S5907 | 154 | 154 | 0 | EA | 650.07 | .0 | 650.07 | 100,110.78 |
| | CUSTOMER PART NUMBER: L305S5907 | | | | | | | | |

SERIAL NUMBERS:

| PSLB8U-04X02F | SR# 98644757Q | 98755247Q | 98756159Q | 98757934Q | 98758547Q |
|---|---|---|---|---|---|
| ... | SR# 98758840Q | 98759914Q | 98762968Q | 98798695Q | X8028558Q |
| ... | SR# 8028566Q | X8028596Q | X8029141Q | X8029144Q | X8029151Q |
| ... | SR# X8029187Q | X8029192Q | X8029198Q | X8029211Q | X8029214Q |
| ... | SR# X8029238Q | X8029284Q | X8030968Q | X8030968Q | X8031176Q |
| ... | SR# X8031226Q | X8031377Q | X8031540Q | X8079454Q | X8079887Q |
| ... | SR# X8080017Q | X8080142Q | X8080358Q | X8080493Q | X8081196Q |
| ... | SR# X8081414Q | X8081809Q | X8082145Q | X8082272Q | X8082311Q |
| ... | SR# X8082771Q | X8082779Q | X8082801Q | X8082826Q | X8082863Q |
| ... | SR# X8082935Q | X8082959Q | X8082968Q | X8083018Q | X8083231Q |
| ... | SR# X8083448Q | X8083575Q | X8083586Q | X8083611Q | X8083666Q |
| ... | SR# X8083701Q | X8083726Q | X8083750Q | X8083798Q | X8083844Q |
| ... | SR# X8083867Q | X8084753Q | X8185674Q | X8185687Q | X8185757Q |
| ... | SR# X8186066Q | X8186151Q | X8186222Q | X8186255Q | X8186344Q |
| ... | SR# X8186733Q | X8186758Q | X8186813Q | X8186823Q | X8186840Q |
| ... | SR# X8186845Q | X8186874Q | X8186940Q | X8186950Q | X8187011Q |
| ... | SR# X8187031Q | X8187048Q | X8187060Q | X8187080Q | X8187989Q |
| ... | SR# X8188277Q | X8188334Q | X8188608Q | X8188640Q | X8188671Q |
| ... | SR# X8188715Q | X8188798Q | X8188924Q | X8189030Q | X8189054Q |
| ... | SR# X8189114Q | X8189121Q | X8189127Q | X8189426Q | X8189442Q |
| ... | SR# X8189458Q | X8189468Q | X8189476Q | X8189495Q | X8189506Q |
| ... | SR# X8189570Q | X8189591Q | X8189736Q | X8189771Q | X8189806Q |
| ... | SR# X8189812Q | X8189823Q | X8189843Q | X8189843Q | X8189852Q |
| ... | SR# X8189857Q | X8189866Q | X8189872Q | X8189882Q | X8189889Q |
| ... | SR# X8189897Q | X8189903Q | X8189917Q | X8189922Q | X8189938Q |
| ... | SR# X8189944Q | X8189955Q | X8189961Q | X8189973Q | X8190007Q |
| ... | SR# X8190011Q | X8190032Q | X8190057Q | X8190063Q | X8190126Q |
| ... | SR# X8190278Q | X8190364Q | X8190371Q | X8190449Q | X8190476Q |
| ... | SR# X8190531Q | X8190564Q | X8190570Q | X8190612Q | X8190663Q |
| ... | SR# X8190675Q | X8190705Q | X8190713Q | X8190740Q | X8190748Q |
| ... | SR# X8190755Q | X8190771Q | X8190868Q | X8190904Q | |

* CONTINUED *

INVOICE

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE #  21040320
PAGE  2 of 2
DOCUMENT DATE  10/14/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200344
CIRCUIT CITY STORES INC #344
400 LONG FELLOW COURT
LIVERMORE CA 94550

| PURCHASE ORDER NUMBER 2168560 | ORDER NUMBER 549203 | ORDER DATE 10/08/08 | SHIP DATE 10/14/08 | PAYMENT TERMS NET 30 | | OC /AC ORD /25 |
|---|---|---|---|---|---|---|
| FOB CIF - DESTINATION CUSTOMER MSGS: | FREIGHT TERMS FREIGHT PREPAID | | SHIP VIA MET LOGISTICS - S | BILL OF LADING METINV000014993 | SRCWHS CTS | SLSP DPDCC9 |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 100,110.78 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 100,110.78 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE  21040320    BILL TO  35474200
DOCUMENT DATE  10/14/08           CIRCUIT CITY STORES INC

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT 100,110.78 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 100,110.78 |
|---|---|---|

AMOUNT ENCLOSED: _____

10/15/08    Case 08-35653-KRH   Doc 458-22   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc       PAGE : 1
1:23:09         O P T I C A L  Exhibit(s) Invoices and Proof of Delivery Cont  Page 8 of 25
              O P T I C A L  P A C K I N G  L I S T

```
Customer : 35474200 344 CIRCUIT CITY STORES INC #      Order #     : 549203 00
           400 LONG FELLOW COURT                       Order Date  : 10/08/08
                                                       Ship Date   : 10/14/08
           LIVERMORE      CA  94550                    Terms       : PREPAID
Purchase Order # : 2168560                             Carrier     : MET INTL - OD S
Bill of Lading # : METINV000014993                     Total Wgt   : 01386.00
Qty of Cartons    :        3                           Ctrl Order  :
Sourcing Warehse : CTS                                 Invoice #   :
```

-------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
METINV000014993      METINV000014994      METINV000014995

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 154 | 0 | 154 | EA | PSLB8U-04X02F | SATELLITE L305-S5907 |

### Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| 54920300 | PSLB8U-04X02F | SATELLITE L305-S5907 | 154 |

| | | | | | |
|---|---|---|---|---|---|
| X8028558Q | X8028566Q | X8028596Q | X8029141Q | X8029144Q | X8029151Q |
| X8029187Q | X8029192Q | X8029198Q | X8029211Q | X8029214Q | X8029238Q |
| X8029284Q | X8030901Q | X8030968Q | X8031176Q | X8031226Q | X8031377Q |
| X8031540Q | X8079454Q | X8079887Q | X8080017Q | X8080142Q | X8080358Q |
| X8080493Q | X8081196Q | X8081414Q | X8081809Q | X8082145Q | X8082272Q |
| X8082311Q | X8082771Q | X8082779Q | X8082801Q | X8082826Q | X8082863Q |
| X8082935Q | X8082959Q | X8082968Q | X8083018Q | X8083231Q | X8083448Q |
| X8083575Q | X8083586Q | X8083611Q | X8083666Q | X8083701Q | X8083726Q |
| X8083750Q | X8083798Q | X8083844Q | X8083867Q | X8084753Q | X8185674Q |

DAILY - 10/14/08 - DIV 040

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/14/08 - DIV 040

```
Customer : 35474200 344 CIRCUIT CITY STORES INC #      Order #     : 549203 00
           400 LONG FELLOW COURT                       Order Date : 10/08/08
                                                       Ship Date  : 10/14/08
           LIVERMORE          CA  94550                Terms      : PREPAID
Purchase Order # : 2168560                             Carrier    : MET INTL - OD S
Bill of Lading # : METINV000014993                     Total Wgt  : 01386.00
Qty of Cartons   :        3                            Ctrl Order :
Sourcing Warehse : CTS                                 Invoice #  :
```

Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|--|----------|--|
| X8185687Q | X8185757Q | X8186066Q | X8186151Q | X8186222Q | X8186255Q |
| X8186344Q | X8186733Q | X8186758Q | X8186813Q | X8186823Q | X8186840Q |
| X8186845Q | X8186874Q | X8186940Q | X8186950Q | X8187011Q | X8187031Q |
| X8187048Q | X8187060Q | X8187080Q | X8187989Q | X8188277Q | X8188334Q |
| X8188608Q | X8188640Q | X8188671Q | X8188715Q | X8188798Q | X8188924Q |
| X8189030Q | X8189054Q | X8189114Q | X8189121Q | X8189127Q | X8189426Q |
| X8189442Q | X8189458Q | X8189468Q | X8189476Q | X8189495Q | X8189506Q |
| X8189570Q | X8189591Q | X8189736Q | X8189771Q | X8189806Q | X8189812Q |
| X8189823Q | X8189837Q | X8189843Q | X8189852Q | X8189857Q | X8189866Q |
| X8189872Q | X8189882Q | X8189889Q | X8189897Q | X8189903Q | X8189917Q |
| X8189922Q | X8189938Q | X8189944Q | X8189955Q | X8189961Q | X8189973Q |
| X8190007Q | X8190011Q | X8190032Q | X8190057Q | X8190063Q | X8190126Q |
| X8190278Q | X8190364Q | X8190371Q | X8190449Q | X8190476Q | X8190531Q |
| X8190564Q | X8190570Q | X8190612Q | X8190663Q | X8190675Q | X8190705Q |
| X8190713Q | X8190740Q | X8190748Q | X8190755Q | X8190771Q | X8190868Q |
| X8190904Q | 98644757Q | 98755247Q | 98756159Q | 98757934Q | 98758547Q |
| 98758840Q | 98759914Q | 98762968Q | 98798695Q | | |

####### E N D   O F   P A C K I N G   L I S T #######

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/14/08 - DIV 040

```
Customer : 35474200 344 CIRCUIT CITY STORES INC #    Order #     : 549203 00
           400 LONG FELLOW COURT                     Order Date : 10/08/08
                                                     Ship Date  : 10/14/08
           LIVERMORE        CA  94550                Terms      : PREPAID
Purchase Order # : 2168560                           Carrier    : MET INTL - OD S
Bill of Lading # : METINV000014993                   Total Wgt  : 01386.00
Qty of Cartons   :        3                          Ctrl Order :
Sourcing Warehse : CTS                               Invoice #  :
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/14/08 - DIV 040

## BasicInfo

| | MAWB# | 589-11583191 | | HAWB# | METINV000014993 | |
|---|---|---|---|---|---|---|
| **Shipper** | INVENTEC CORPORATION | | **Consignee** | CIRCUIT CITY STORES INC #344 | **Agent** | MET International (Shanghai), Inc. |
| | INVENTEC CORPORATION 699 PUXING ROAD MINHANG DISTRICT SHANGHAI,SHANGHAI,CHINA Tel:021-64298888 FAX:021-64293887 PostalCode:201114 | | | CIRCUIT CITY STORES INC #344 400 LONG FELLOW COURT LIVERMORE,CA,UNITED STATES Tel: PostalCode:94550 | | MET International (Shanghai), Inc. 10/F Shartex Plaza, 88 Zunyi Road (South) Shanghai ,Shanghai,CHINA Tel:86-21-6209-9888 FAX:86-21-6219-6922~3 PostalCode:200336 |
| **Depature MBL Port** | PVG | | **Destination MBL Port** | SFO | | |
| **Departure HBL Port** | PVG | | **Destination HBL Port** | SFO | | |
| **NatureOfGoods** | Notebook Computer | | **Insured Value** | USD  93,478.00 | | |

## Weight

| **GrossWeight** | 718.00 | **ChargeableWeight** | 718.00 | **UOM** | KG |
|---|---|---|---|---|---|

## Reference

| Reference NO | Sales Order | Customer PO | Invoice | Updated DateTime |
|---|---|---|---|---|
| 88820002663 | 54920300 | 2168560 | 15VS0A6(TWYA817926) | |

## RouteDetail

| Airline | Flight | Departure Airport | Destination Airport | Flight DateTime | Sequence No. | Carrying Capacity | ArrivalDateTime |
|---|---|---|---|---|---|---|---|
| 9W | 210 | PVG | SFO | 10/17/2008 9:45:00 PM | 0 | | 10/17/2008 6:15:00 PM |

## HAWB Status History

| Status | Location | Remark | StatusDateTime |
|---|---|---|---|
| Cargo Available | OEM | | 10/14/2008 1:00:30 PM |
| Pickup | OEM | | 10/14/2008 2:00:30 PM |
| Estimated Delivery Date | Consignee | | 10/21/2008 11:59:00 PM |
| Tender to Airline | PVG | | 10/17/2008 11:30:00 AM |
| Departure from Origin | PVG | | 10/18/2008 4:34:00 |

Case 08-35653-KRH    Doc 458-22    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 13 of 25

| | | | PM |
|---|---|---|---|
| AMS Flight Confirmed | PVG | | 10/18/2008 8:16:00 AM |
| Arrival at Gateway | LAX | | 10/18/2008 11:11:00 AM |
| Destination Customs Clearance | US Entry Port | | 10/20/2008 8:00:00 AM |
| Setup Delivery Appointment | Consignee Location | | 10/21/2008 12:00:00 PM |
| Out for Delivery | Consignee Location | | 10/21/2008 8:00:00 AM |
| Delivered | Consignee Location | Delivery order signed by K. Kaur | 10/21/2008 12:22:00 PM |

## PalletInfo

| Pallet# | Length | Width | Height | Dimension UOM | Total Unit | Unit UOM | Status | StatusDateTime | Location |
|---|---|---|---|---|---|---|---|---|---|
| METINV000014993 | 113 | 107 | 120 | CM | 66 | Pallet | Estimated Delivery Date | 10/21/2008 11:59:00 PM | Consignee |
| METINV000014994 | 113 | 107 | 120 | CM | 66 | Pallet | Estimated Delivery Date | 10/21/2008 11:59:00 PM | Consignee |
| METINV000014995 | 113 | 107 | 50 | CM | 22 | Pallet | Estimated Delivery Date | 10/21/2008 11:59:00 PM | Consignee |

```
                                                                    INVOICE
                                                        INVOICE #   21040321
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                   PAGE    1 of 2
DPD DIGITAL PRODUCTS DIVISION                       DOCUMENT DATE   10/14/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
        BILL TO  35474200                          SHIP TO  35474200567
        CIRCUIT CITY STORES INC                    CIRCUIT CITY STORES INC #567
        9954 MAYLAND DRIVE                          1901 COOPER DRIVE
        MERCH. PAYABLE/AMY SANDERSON                ARDMORE OK 73402
        RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2168562 | 549205 | 10/08/08 | 10/14/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | MET LOGISTICS - O | METINV000015002 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| PSLB8U-04X02F | SATELLITE L305-S5907 | 264 | 264 | 0 | EA | 650.07 | .0 | 650.07 | 171,618.48 |
| | CUSTOMER PART NUMBER: L305S5907 | | | | | | | | |

```
SERIAL NUMBERS:
PSLB8U-04X02F    SR# X8185606Q   X8185684Q   X8185703Q   X8185751Q   X8185771Q
...              SR# X8185802Q   X8186082Q   X8186116Q   X8186123Q   X8186173Q
...              SR# X8186183Q   X8186215Q   X8186608Q   X8186687Q   X8186794Q
...              SR# X8186866Q   X8186976Q   X8187370Q   X8187507Q   X8187667Q
...              SR# X8187809Q   X8187854Q   X8187901Q   X8188129Q   X8188352Q
...              SR# X8188373Q   X8188380Q   X8188411Q   X8188417Q   X8188422Q
...              SR# X8188484Q   X8188549Q   X8188561Q   X8188577Q   X8188629Q
...              SR# X8188648Q   X8188656Q   X8188663Q   X8188768Q   X8188779Q
...              SR# X8188790Q   X8188806Q   X8188819Q   X8188843Q   X8188851Q
...              SR# X8188891Q   X8188932Q   X8189014Q   X8189397Q   X8189405Q
...              SR# X8189514Q   X8189529Q   X8189584Q   X8189615Q   X8189639Q
...              SR# X8189646Q   X8189675Q   X8189684Q   X8189705Q   X8189711Q
...              SR# X8189718Q   X8189731Q   X8189741Q   X8189745Q   X8189759Q
...              SR# X8189779Q   X8189875Q   X8189934Q   X8189985Q   X8190028Q
...              SR# X8190040Q   X8190113Q   X8190186Q   X8190192Q   X8190346Q
...              SR# X8190440Q   X8190587Q   X8190640Q   X8190691Q   X8190721Q
...              SR# X8190732Q   X8190776Q   X8190801Q   X8190829Q   X8190858Q
...              SR# X8190932Q   X8190970Q   X8207860Q   X8207860Q   X8224207Q
...              SR# X8246620Q   X8225186Q   X8226944Q   X8227366Q   X8227466Q
...              SR# X8227722Q   X8227756Q   X8227900Q   X8228004Q   X8228015Q
...              SR# X8228024Q   X8228043Q   X8228048Q   X8228079Q   X8228143Q
...              SR# X8228155Q   X8228155Q   X8228157Q   X8228164Q   X8228211Q
...              SR# X8228214Q   X8228219Q   X8228221Q   X8228226Q   X8228230Q
...              SR# X8228236Q   X8228239Q   X8228240Q   X8228245Q   X8228251Q
...              SR# X8228261Q   X8228266Q   X8228268Q   X8228274Q   X8228290Q
...              SR# X8228327Q   X8228334Q   X8228343Q   X8228363Q   X8228376Q
...              SR# X8228385Q   X8228395Q   X8228410Q   X8228410Q   X8228417Q
...              SR# X8228430Q   X8228438Q   X8228445Q   X8228452Q   X8228458Q
...              SR# X8228465Q   X8228475Q   X8228496Q   X8228496Q   X8228503Q
...              SR# X8228511Q   X8228525Q   X8228529Q   X8228536Q   X8228570Q
...              SR# X8228576Q   X8228585Q   X8228591Q   X8228620Q   X8228626Q
...              SR# X8228632Q   X8228648Q   X8228658Q   X8228664Q   X8228672Q
```

* CONTINUED *

INVOICE
INVOICE # 21040321
PAGE 2 of 2
DOCUMENT DATE 10/14/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO 35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO 35474200567
CIRCUIT CITY STORES INC #567
1901 COOPER DRIVE
ARDMORE OK 73402

| PURCHASE ORDER NUMBER 2168562 | ORDER NUMBER 549205 | ORDER DATE 10/08/08 | SHIP DATE 10/14/08 | PAYMENT TERMS NET 30 | | OC /AC ORD /25 |
|---|---|---|---|---|---|---|

FOB
CIF - DESTINATION
CUSTOMER MSGS:

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
MET LOGISTICS - O

BILL OF LADING
METINV000015002

SRCWHS
CTS

SLSP
DPDCC9

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8228689Q | X8228695Q | X8228710Q | X8228736Q | X8228751Q | | | |
| ... | SR# X8228781Q | X8228797Q | X8228802Q | X8228816Q | X8228823Q | | | |
| ... | SR# X8228849Q | X8228868Q | X8228909Q | X8228946Q | X8228968Q | | | |
| ... | SR# X8228983Q | X8229026Q | X8229404Q | X8230140Q | X8230149Q | | | |
| ... | SR# X8230612Q | X8231346Q | X8231352Q | X8231430Q | X8231495Q | | | |
| ... | SR# X8231717Q | X8231943Q | X8232089Q | X8232517Q | X8232570Q | | | |
| ... | SR# X8232594Q | X8232822Q | X8232961Q | X8232975Q | X8233056Q | | | |
| ... | SR# X8233123Q | X8233138Q | X8233185Q | X8233234Q | X8233256Q | | | |
| ... | SR# X8233259Q | X8233270Q | X8233275Q | X8233288Q | X8233319Q | | | |
| ... | SR# X8233327Q | X8233338Q | X8233350Q | X8233354Q | X8233359Q | | | |
| ... | SR# X8233365Q | X8233379Q | X8233401Q | X8233922Q | X8234029Q | | | |
| ... | SR# X8234169Q | X8234181Q | X8234200Q | X8234211Q | X8234259Q | | | |
| ... | SR# X8234268Q | X8234285Q | X8234316Q | X8234349Q | X8234424Q | | | |
| ... | SR# X8234516Q | X8234532Q | X8234541Q | X8234549Q | X8234560Q | | | |
| ... | SR# X8234570Q | X8234578Q | X8234587Q | X8234594Q | X8234602Q | | | |
| ... | SR# X8234616Q | X8234650Q | X8234657Q | X8234680Q | X8234701Q | | | |
| ... | SR# X8234718Q | X8234803Q | X8234811Q | X8234820Q | X8235370Q | | | |
| ... | SR# X8235387Q | X8235416Q | X8235451Q | X8235462Q | X8235476Q | | | |
| ... | SR# X8235497Q | X8235501Q | X8235523Q | X8235533Q | X8235549Q | | | |
| ... | SR# X8235556Q | X8235589Q | X8235611Q | X8235616Q | X8235634Q | | | |
| ... | SR# X8235641Q | X8235672Q | X8235695Q | X8235703Q | | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES 171,618.48 | DISCOUNT APPLIED 0.00 | TAX AMOUNT 0.00 | FREIGHT 0.00 | TOTAL DUE 171,618.48 |
|---|---|---|---|---|

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE 21040321
DOCUMENT DATE 10/14/08

BILL TO 35474200
CIRCUIT CITY STORES INC

PLEASE REMIT TO: TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT 171,618.48 | PAY TERM DISCOUNT 0.00 | TOTAL DUE 171,618.48 |
|---|---|---|

AMOUNT ENCLOSED: _____

## O P T I C A L   P A C K I N G   L I S T

```
Customer : 35474200 567 CIRCUIT CITY STORES INC #    Order #     : 549205 00
           1901 COOPER DRIVE                         Order Date  : 10/08/08
                                                     Ship Date   : 10/14/08
           ARDMORE          OK   73402               Terms       : PREPAID
Purchase Order # : 2168562                           Carrier     : MET INTL - OD D
Bill of Lading # : METINV000015002                  Total Wgt   : 02376.00
Qty of Cartons   :       4                           Ctrl Order  :
Sourcing Warehse : CTS                               Invoice #   :
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers ------------------------------------
METINV000015002      METINV000015003      METINV000015004      METINV000015005

```
----------------------------------------------------------------------
Whs Ord  Ord    B/O    Shp
Ln# Ln#  Qty    Qty    Qty    UOM  Item #            Item Description
=== ===  =====  =====  =====  ===  ==============    =========================
 1   1   264      0    264    EA   PSLB8U-04X02F     SATELLITE L305-S5907
```

### Unit Detail

```
Unit            Item#           Description                    Quantity

54920500        PSLB8U-04X02F     SATELLITE L305-S5907            264

X8185606Q    X8185684Q    X8185703Q    X8185751Q    X8185771Q    X8185802Q

X8186082Q    X8186116Q    X8186123Q    X8186173Q    X8186183Q    X8186215Q

X8186608Q    X8186687Q    X8186794Q    X8186866Q    X8186976Q    X8187370Q

X8187507Q    X8187667Q    X8187809Q    X8187854Q    X8187901Q    X8188129Q

X8188352Q    X8188373Q    X8188380Q    X8188411Q    X8188417Q    X8188422Q

X8188484Q    X8188549Q    X8188561Q    X8188577Q    X8188629Q    X8188648Q

X8188656Q    X8188663Q    X8188768Q    X8188779Q    X8188790Q    X8188806Q

X8188819Q    X8188843Q    X8188851Q    X8188891Q    X8188932Q    X8189014Q

X8189397Q    X8189405Q    X8189514Q    X8189529Q    X8189584Q    X8189615Q
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/14/08 - DIV 040

Customer : 35474200 567 CIRCUIT CITY STORES INC #     Order #     : 549205 00
           1901 COOPER DRIVE                           Order Date  : 10/08/08
                                                       Ship Date   : 10/14/08
           ARDMORE          OK   73402                 Terms       : PREPAID
Purchase Order # : 2168562                             Carrier     : MET INTL - OD D
Bill of Lading # : METINV000015002                    Total Wgt   : 02376.00
Qty of Cartons   :       4                             Ctrl Order  :
Sourcing Warehse : CTS                                 Invoice #   :

                          Unit Detail

Unit          Item#              Description                     Quantity

X8189639Q     X8189646Q     X8189675Q     X8189684Q     X8189705Q     X8189711Q

X8189718Q     X8189731Q     X8189741Q     X8189745Q     X8189759Q     X8189779Q

X8189875Q     X8189934Q     X8189985Q     X8190028Q     X8190040Q     X8190113Q

X8190186Q     X8190192Q     X8190346Q     X8190440Q     X8190587Q     X8190648Q

X8190691Q     X8190721Q     X8190732Q     X8190776Q     X8190801Q     X8190829Q

X8190858Q     X8190932Q     X8190970Q     X8207856Q     X8207860Q     X8224207Q

X8224620Q     X8225186Q     X8226944Q     X8227366Q     X8227466Q     X8227722Q

X8227756Q     X8227900Q     X8228004Q     X8228015Q     X8228024Q     X8228043Q

X8228048Q     X8228079Q     X8228143Q     X8228150Q     X8228155Q     X8228157Q

X8228164Q     X8228211Q     X8228214Q     X8228219Q     X8228221Q     X8228226Q

X8228230Q     X8228236Q     X8228239Q     X8228240Q     X8228245Q     X8228251Q

X8228261Q     X8228266Q     X8228268Q     X8228274Q     X8228290Q     X8228327Q

X8228334Q     X8228343Q     X8228363Q     X8228376Q     X8228385Q     X8228395Q

X8228401Q     X8228410Q     X8228417Q     X8228430Q     X8228438Q     X8228445Q

X8228452Q     X8228458Q     X8228465Q     X8228475Q     X8228489Q     X8228496Q

X8228503Q     X8228511Q     X8228525Q     X8228529Q     X8228536Q     X8228570Q

X8228576Q     X8228585Q     X8228591Q     X8228620Q     X8228626Q     X8228632Q

X8228648Q     X8228658Q     X8228664Q     X8228672Q     X8228689Q     X8228695Q

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/14/08 - DIV 040

Customer : 35474200 567 CIRCUIT CITY STORES INC #     Order #      : 549205 00
           1901 COOPER DRIVE                          Order Date : 10/08/08
                                                      Ship Date  : 10/14/08
           ARDMORE          OK   73402                Terms      : PREPAID
Purchase Order # : 2168562                            Carrier    : MET INTL - OD D
Bill of Lading # : METINV000015002                   Total Wgt  : 02376.00
Qty of Cartons   :          4                         Ctrl Order :
Sourcing Warehse : CTS                                Invoice #  :

                              Unit Detail

Unit            Item#              Description                     Quantity

X8228710Q       X8228736Q       X8228751Q       X8228781Q       X8228797Q       X8228802Q

X8228816Q       X8228823Q       X8228849Q       X8228868Q       X8228909Q       X8228946Q

X8228968Q       X8228983Q       X8229026Q       X8229404Q       X8230140Q       X8230149Q

X8230612Q       X8231346Q       X8231352Q       X8231430Q       X8231495Q       X8231717Q

X8231943Q       X8232089Q       X8232517Q       X8232570Q       X8232594Q       X8232822Q

X8232961Q       X8232975Q       X8233056Q       X8233123Q       X8233138Q       X8233185Q

X8233234Q       X8233256Q       X8233259Q       X8233270Q       X8233275Q       X8233288Q

X8233319Q       X8233327Q       X8233338Q       X8233350Q       X8233354Q       X8233359Q

X8233365Q       X8233379Q       X8233401Q       X8233922Q       X8234029Q       X8234169Q

X8234181Q       X8234200Q       X8234211Q       X8234259Q       X8234268Q       X8234285Q

X8234316Q       X8234349Q       X8234424Q       X8234516Q       X8234532Q       X8234541Q

X8234549Q       X8234560Q       X8234570Q       X8234578Q       X8234587Q       X8234594Q

X8234602Q       X8234616Q       X8234650Q       X8234657Q       X8234680Q       X8234701Q

X8234718Q       X8234803Q       X8234811Q       X8234820Q       X8235370Q       X8235387Q

X8235416Q       X8235451Q       X8235462Q       X8235476Q       X8235497Q       X8235501Q

X8235523Q       X8235533Q       X8235549Q       X8235556Q       X8235589Q       X8235611Q

X8235616Q       X8235634Q       X8235641Q       X8235672Q       X8235695Q       X8235703Q


         /////// E N D   O F   P A C K I N G   L I S T ///////
This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                  DAILY - 10/14/08 - DIV 040

10/15/08                                                                        PAGE :    4
1:23:09          O P T I C A L     P A C K I N G     L I S T

Customer : 35474200 567 CIRCUIT CITY STORES INC #      Order #      : 549205 00
           1901 COOPER DRIVE                            Order Date  : 10/08/08
                                                        Ship Date   : 10/14/08
              ARDMORE          OK   73402              Terms        : PREPAID
Purchase Order # : 2168562                             Carrier      : MET INTL - OD D
Bill of Lading # : METINV000015002                    Total Wgt    : 02376.00
Qty of Cartons   :        4                            Ctrl Order   :
Sourcing Warehse : CTS                                 Invoice #    :

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/14/08 - DIV 040

Exhibit(s) voices and Proof of Delivery Cont.    Page 21 of 25

| Tracking Type | HAWB | | MAWB# | |
|---|---|---|---|---|
| HAWB# | METINV000015002  ☐ Super HAWB# Specifically | | Pallet# | |
| Serial# | | | Tracking# | |
| Shipper | Please Select.. | | Consignee | Please Select |
| Reference# | | | Pickup Date | |
| Departure Airport | | | Destination Airport | |

Track

| MAWB# | Super HAWB# | HAWB# | Shipper | Consignee | Departure Airport | Destination Airport | Status | StatusDate |
|---|---|---|---|---|---|---|---|---|
| 160-66653020 | 88820002665 | METINV000015002 | INVENTEC CORPORATION | CIRCUIT CITY STORES INC #567 | PVG | DFW | Delivered | 10/21/20 7:30:00 |

< >

## BasicInfo

| | MAWB# 160-66653020 | | HAWB# METINV000015002 | | |
|---|---|---|---|---|---|
| **Shipper** | INVENTEC CORPORATION | **Consignee** | CIRCUIT CITY STORES INC #567 | **Agent** | MET International (Shanghai), Inc. |
| | INVENTEC CORPORATION 699 PUXING ROAD MINHANG DISTRICT SHANGHAI,SHANGHAI,CHINA Tel:021-64298888 FAX:021-64293887 PostalCode:201114 | | CIRCUIT CITY STORES INC #567 1901 COOPER DRIVE ARDMORE,OK,UNITED STATES Tel: PostalCode:73402 | | MET International (Shanghai), Inc. 10/F Shartex Plaza, 88 Zunyi Road (South) Shanghai ,Shanghai,CHINA Tel:86-21-6209-9888 FAX:86-21-6219-6922~3 PostalCode:200336 |
| **Depature MBL Port** | PVG | **Destination MBL Port** | DFW | | |
| **Departure HBL Port** | PVG | **Destination HBL Port** | DFW | | |
| **NatureOfGoods** | Notebook Computer | **Insured Value** | USD 160,248.00 | | |

## Weight

| **GrossWeight** | 1184.00 | **ChargeableWeight** | 1184.00 | **UOM** | KG |
|---|---|---|---|---|---|

## Reference

| Reference NO | Sales Order | Customer PO | Invoice | Updated DateTime |
|---|---|---|---|---|
| 88820002665 | 54920500 | 2168562 | 15VS0A9(TWYA817929) | |

## RouteDetail

| Airline | Flight | Departure Airport | Destination Airport | Flight DateTime | Sequence No. | Carrying Capacity | ArrivalDateTime |
|---|---|---|---|---|---|---|---|
| CX | 051 | PVG | HKG | 10/17/2008 4:40:00 AM | 0 | | 10/17/2008 7:10:00 AM |
| CX | 096 | HKG | DFW | 10/17/2008 11:30:00 PM | 1 | | 10/18/2008 12:50:00 AM |

## HAWB Status History

| Status | Location | Remark | StatusDateTime |
|---|---|---|---|
| Cargo Available | OEM | | 10/14/2008 1:00:30 PM |
| Pickup | OEM | | 10/14/2008 2:00:30 PM |
| Estimated Delivery Date | Consignee | | 10/21/2008 11:59:00 PM |
| Tender to Airline | PVG | | 10/16/2008 9:00:00 PM |
| Departure from Origin | PVG | | 10/17/2008 4:30:00 AM |
| AMS Flight Confirmed | HKG-DFW | | 10/17/2008 7:50:00 PM |

Page 2 of 2

HAWBDetail   Case 08-35653-KRH   Doc 458-22   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) voices and Proof of Delivery Cont.   Page 23 of 25

| | | | |
|---|---|---|---|
| **Arrival at Gateway** | **DFW** | | **10/17/2008 9:13:00 PM** |
| **Destination Customs Clearance** | **US Entry Port** | | **10/17/2008 2:51:00 PM** |
| **Setup Delivery Appointment** | **Consignee** | **Delivery Appt # 1223276** | **10/21/2008 7:00:00 AM** |
| **Out for Delivery** | **Consignee Location** | | **10/21/2008 4:00:00 AM** |
| **Delivered** | **Consignee Location** | **SIGNED BY CHRISTI JONES** | **10/21/2008 7:30:00 AM** |

## PalletInfo

| Pallet# | Length | Width | Height | Dimension UOM | Total Unit | Unit UOM | Status | StatusDateTime | Location |
|---|---|---|---|---|---|---|---|---|---|
| METINV000015002 | 113 | 107 | 120 | CM | 66 | Pallet | Estimated Delivery Date | 10/21/2008 11:59:00 PM | Consignee |
| METINV000015003 | 113 | 107 | 120 | CM | 66 | Pallet | Estimated Delivery Date | 10/21/2008 11:59:00 PM | Consignee |
| METINV000015004 | 113 | 107 | 120 | CM | 66 | Pallet | Estimated Delivery Date | 10/21/2008 11:59:00 PM | Consignee |
| METINV000015005 | 113 | 107 | 120 | CM | 66 | Pallet | Estimated Delivery Date | 10/21/2008 11:59:00 PM | Consignee |

```
                                                              INVOICE
                                              INVOICE #  21040322
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                PAGE  1 of 3
DPD DIGITAL PRODUCTS DIVISION                 DOCUMENT DATE  10/14/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
        BILL TO  35474200                    SHIP TO  35474200755
        CIRCUIT CITY STORES INC              CIRCUIT CITY STORES INC #755
        9954 MAYLAND DRIVE                   1100 CIRCUIT CITY ROAD
        MERCH. PAYABLE/AMY SANDERSON         MARION IL 62959
        RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2168563 | 549207 | 10/08/08 | 10/14/08 | NET 30 | ORD /25 |

| FOB | | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|---|
| CIF - DESTINATION | | FREIGHT PREPAID | | MET LOGISTICS - O | METINV000014996 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PSLB8U-04X02F | SATELLITE L305-S5907 | 396 | 396 | 0 EA | 650.07 | .0 | 650.07 | 257,427.72 |
| | CUSTOMER PART NUMBER: L305S5907 | | | | | | | |

```
SERIAL NUMBERS:
PSLB8U-04X02F   SR# X8185559Q  X8185584Q  X8185587Q  X8185594Q  X8185604Q
...             SR# X8185615Q  X8185618Q  X8185631Q  X8185633Q  X8185651Q
...             SR# X8185655Q  X8185663Q  X8185680Q  X8185693Q  X8185708Q
...             SR# X8185713Q  X8185721Q  X8185729Q  X8185733Q  X8185740Q
...             SR# X8185744Q  X8185765Q  X8185809Q  X8185831Q
...             SR# X8185838Q  X8185843Q  X8185850Q  X8185857Q  X8185865Q
...             SR# X8185872Q  X8185878Q  X8185896Q  X8185901Q  X8185908Q
...             SR# X8185917Q  X8185951Q  X8185970Q  X8185982Q  X8186014Q
...             SR# X8186022Q  X8186030Q  X8186040Q  X8186098Q  X8186105Q
...             SR# X8186143Q  X8186159Q  X8186167Q  X8186200Q  X8186208Q
...             SR# X8186236Q  X8186247Q  X8186261Q  X8186271Q  X8186280Q
...             SR# X8186286Q  X8186291Q  X8186302Q  X8186310Q  X8186322Q
...             SR# X8186337Q  X8186354Q  X8186359Q  X8186368Q  X8186376Q
...             SR# X8186384Q  X8186397Q  X8186414Q  X8186425Q  X8186442Q
...             SR# X8186450Q  X8186458Q  X8186465Q  X8186474Q  X8186481Q
...             SR# X8186504Q  X8186508Q  X8186515Q  X8186521Q  X8186529Q
...             SR# X8186536Q  X8186546Q  X8186568Q  X8186576Q  X8186585Q
...             SR# X8186594Q  X8186600Q  X8186616Q  X8186630Q  X8186642Q
...             SR# X8186651Q  X8186659Q  X8186668Q  X8186677Q  X8186695Q
...             SR# X8186703Q  X8186712Q  X8186721Q  X8186739Q  X8186749Q
...             SR# X8186763Q  X8186785Q  X8186832Q  X8186852Q  X8186886Q
...             SR# X8186894Q  X8186899Q  X8186908Q  X8186917Q  X8186925Q
...             SR# X8186929Q  X8186964Q  X8186983Q  X8186991Q  X8186998Q
...             SR# X8187015Q  X8187024Q  X8187040Q  X8187074Q  X8187089Q
...             SR# X8187097Q  X8187102Q  X8187113Q  X8187121Q  X8187128Q
...             SR# X8187137Q  X8187158Q  X8187172Q  X8187185Q  X8187201Q
...             SR# X8187207Q  X8187218Q  X8187224Q  X8187253Q  X8187274Q
...             SR# X8187281Q  X8187293Q  X8187301Q  X8187307Q  X8187324Q
...             SR# X8187333Q  X8187340Q  X8187350Q  X8187360Q  X8187377Q
...             SR# X8187387Q  X8187396Q  X8187406Q  X8187416Q  X8187437Q
...             SR# X8187449Q  X8187453Q  X8187473Q  X8187480Q  X8187488Q
...             SR# X8187514Q  X8187522Q  X8187529Q  X8187535Q  X8187541Q
```

* CONTINUED *

```
                                                                    INVOICE
                                                         INVOICE #  21040322
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                     PAGE  2 of 3
DPD DIGITAL PRODUCTS DIVISION                        DOCUMENT DATE  10/14/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
BILL TO  35474200                           SHIP TO  35474200755
CIRCUIT CITY STORES INC                     CIRCUIT CITY STORES INC #755
9954 MAYLAND DRIVE                          1100 CIRCUIT CITY ROAD
MERCH. PAYABLE/AMY SANDERSON                MARION IL 62959
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2168563 | 549207 | 10/08/08 | 10/14/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | MET LOGISTICS - O | METINV000014996 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8187553Q | X8187559Q | X8187568Q | | X8187578Q | | X8187583Q | |
| ... | SR# X8187593Q | X8187614Q | X8187624Q | | X8187631Q | | X8187637Q | |
| ... | SR# X8187644Q | X8187653Q | X8187660Q | | X8187686Q | | X8187692Q | |
| ... | SR# X8187701Q | X8187710Q | X8187729Q | | X8187738Q | | X8187752Q | |
| ... | SR# X8187773Q | X8187780Q | X8187796Q | | X8187803Q | | X8187814Q | |
| ... | SR# X8187822Q | X8187830Q | X8187838Q | | X8187848Q | | X8187863Q | |
| ... | SR# X8187874Q | X8187882Q | X8187892Q | | X8187914Q | | X8187923Q | |
| ... | SR# X8187929Q | X8187936Q | X8187942Q | | X8187951Q | | X8187961Q | |
| ... | SR# X8187969Q | X8187995Q | X8188004Q | | X8188010Q | | X8188018Q | |
| ... | SR# X8188026Q | X8188032Q | X8188051Q | | X8188056Q | | X8188064Q | |
| ... | SR# X8188070Q | X8188077Q | X8188084Q | | X8188094Q | | X8188101Q | |
| ... | SR# X8188112Q | X8188117Q | X8188122Q | | X8188137Q | | X8188144Q | |
| ... | SR# X8188153Q | X8188160Q | X8188167Q | | X8188177Q | | X8188188Q | |
| ... | SR# X8188194Q | X8188204Q | X8188235Q | | X8188235Q | | X8188263Q | |
| ... | SR# X8188272Q | X8188315Q | X8188321Q | | X8188327Q | | X8188342Q | |
| ... | SR# X8188387Q | X8188394Q | X8188398Q | | X8188401Q | | X8188405Q | |
| ... | SR# X8188432Q | X8188438Q | X8188445Q | | X8188449Q | | X8188455Q | |
| ... | SR# X8188461Q | X8188467Q | X8188473Q | | X8188479Q | | X8188496Q | |
| ... | SR# X8188500Q | X8188508Q | X8188514Q | | X8188520Q | | X8188527Q | |
| ... | SR# X8188540Q | X8188545Q | X8188555Q | | X8188571Q | | X8188583Q | |
| ... | SR# X8188588Q | X8188594Q | X8188596Q | | X8188601Q | | X8188633Q | |
| ... | SR# X8188700Q | X8188709Q | X8188739Q | | X8188744Q | | X8188764Q | |
| ... | SR# X8188773Q | X8188784Q | X8188812Q | | X8188826Q | | X8188869Q | |
| ... | SR# X8188899Q | X8188907Q | X8188916Q | | X8188945Q | | X8188951Q | |
| ... | SR# X8188959Q | X8188966Q | X8188976Q | | X8188984Q | | X8188992Q | |
| ... | SR# X8188998Q | X8189079Q | X8189087Q | | X8189101Q | | X8189109Q | |
| ... | SR# X8189131Q | X8189236Q | X8189242Q | | X8189350Q | | X8189356Q | |
| ... | SR# X8189370Q | X8189376Q | X8189383Q | | X8189411Q | | X8189433Q | |
| ... | SR# X8189448Q | X8189461Q | X8189482Q | | X8189487Q | | X8189555Q | |
| ... | SR# X8189577Q | X8189601Q | X8189653Q | | X8189659Q | | X8189692Q | |
| ... | SR# X8189754Q | X8189798Q | X8189832Q | | X8189949Q | | X8189969Q | |
| ... | SR# X8189993Q | X8190001Q | X8190023Q | | X8190049Q | | X8190074Q | |
| ... | SR# X8190081Q | X8190089Q | X8190096Q | | X8190102Q | | X8190106Q | |
| ... | SR# X8190118Q | X8190132Q | X8190164Q | | X8190164Q | | X8190168Q | |
| ... | SR# X8190178Q | X8190199Q | X8190207Q | | X8190219Q | | X8190223Q | |
| ... | SR# X8190231Q | X8190266Q | X8190272Q | | X8190283Q | | X8190291Q | |
| ... | SR# X8190297Q | X8190302Q | X8190308Q | | X8190316Q | | X8190324Q | |

* CONTINUED *