```
                                                                          INVOICE
                                                           INVOICE #   21040322
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                  PAGE        3 of 3
DPD DIGITAL PRODUCTS DIVISION                              DOCUMENT DATE 10/14/08
9740 Irvine Blvd.
Irvine, CA 92618




       BILL TO  35474200                            SHIP TO  35474200755
       CIRCUIT CITY STORES INC                      CIRCUIT CITY STORES INC #755
       9954 MAYLAND DRIVE                           1100 CIRCUIT CITY ROAD
       MERCH. PAYABLE/AMY SANDERSON                 MARION IL 62959
       RICHMOND VA 232331464




PURCHASE ORDER NUMBER    ORDER NUMBER      ORDER DATE     SHIP DATE     PAYMENT TERMS             OC  /AC
2168563                  549207            10/08/08       10/14/08      NET 30                    ORD /25
FOB                                 FREIGHT TERMS         SHIP VIA             BILL OF LADING     SRCWHS    SLSP
CIF - DESTINATION                   FREIGHT PREPAID       MET LOGISTICS - O    METINV000014996    CTS       DPDCC9
CUSTOMER MSGS:
                                            ORDER      SHIP     BO        UNIT LIST    DISC    NET UNIT       EXTENDED
PART NUMBER    DESCRIPTION                  QTY        QTY      QTY UOM   PRICE        %       PRICE          AMOUNT
...            SR# X8190331Q     X8190336Q       X8190359Q         X8190388Q       X8190391Q
...            SR# X8190405Q     X8190413Q       X8190422Q         X8190429Q       X8190454Q
...            SR# X8190468Q     X8190483Q       X8190499Q         X8190504Q       X8190516Q
...            SR# X8190524Q     X8190542Q       X8190575Q         X8190579Q       X8190594Q
...            SR# X8190603Q     X8190619Q       X8190629Q         X8190641Q       X8190656Q
...            SR# X8190683Q     X8190697Q       X8190764Q         X8190783Q       X8190789Q
...            SR# X8190797Q     X8190807Q       X8190823Q         X8190836Q       X8190843Q
...            SR# X8190851Q     X8190878Q       X8190889Q         X8190924Q       X8190939Q
...            SR# X8190947Q     X8190954Q       X8190962Q         X8190982Q       X8190996Q
...            SR# X8191054Q     X8191065Q       X8191075Q         X8191083Q       X8191106Q
...            SR# X8191112Q

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.
```

|  TOTAL SALES  | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 257,427.72 | 0.00 | 0.00 | 0.00 | 257,427.72 |

```
PLEASE RETURN THIS PORTION WITH REMITTANCE:            PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION
                                                                          P.O. Box 91865
        INVOICE    21040322    BILL TO  35474200                          CHICAGO IL 60693
        DOCUMENT DATE  10/14/08         CIRCUIT CITY STORES INC           (949) 583-3534

                                              NET AMOUNT         PAY TERM DISCOUNT              TOTAL DUE
                                              257,427.72                     0.00              257,427.72
                                                                  AMOUNT ENCLOSED:  _____
```

10/15/08　　　　　　　　　T O S H I B A  A M E R I C A  I N C　　　　　　　　　　　PAGE : 1
1:23:09　　　　　　　　　　　O P T I C A L  P A C K I N G  L I S T

Case 08-35653-KRH    Doc 458-23    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont    Page 2 of 20

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #    Order #      : 549207 00
           1100 CIRCUIT CITY ROAD                    Order Date   : 10/08/08
                                                     Ship Date    : 10/14/08
           MARION              IL  62959             Terms        : PREPAID
Purchase Order # : 2168563                           Carrier      : MET INTL - OD O
Bill of Lading # : METINV000014996                   Total Wgt    : 03564.00
Qty of Cartons   :          6                        Ctrl Order   :
Sourcing Warehse : CTS                               Invoice #    :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS ----------
----------------------- Tracking Numbers -------------------------------------
METINV000014996      METINV000014997       METINV000014998        METINV000014999
METINV000015000      METINV000015001


-------------------------------------------------------------------------------
Whs  Ord    Ord     B/O    Shp
Ln#  Ln#    Qty     Qty    Qty    UOM    Item #              Item Description
===  ===    =====   =====  =====  ===    ================    ============================

 1    1     396       0     396   EA     PSLB8U-04X02F       SATELLITE L305-S5907

                                Unit Detail

Unit              Item#             Description                           Quantity

54920700          PSLB8U-04X02F     SATELLITE L305-S5907                       396

X8185559Q        X8185584Q         X8185587Q         X8185594Q         X8185604Q         X8185615Q

X8185618Q        X8185631Q         X8185633Q         X8185651Q         X8185655Q         X8185663Q

X8185680Q        X8185693Q         X8185708Q         X8185713Q         X8185721Q         X8185729Q

X8185733Q        X8185740Q         X8185744Q         X8185765Q         X8185794Q         X8185809Q

X8185831Q        X8185838Q         X8185843Q         X8185850Q         X8185857Q         X8185865Q

X8185872Q        X8185878Q         X8185896Q         X8185901Q         X8185908Q         X8185917Q

X8185951Q        X8185970Q         X8185982Q         X8186014Q         X8186022Q         X8186030Q

X8186040Q        X8186098Q         X8186105Q         X8186143Q         X8186159Q         X8186167Q

X8186200Q        X8186208Q         X8186236Q         X8186247Q         X8186261Q         X8186271Q
```

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 10/14/08 - DIV 040

```
10/15/08                        T O S H I B A   A M E R I C A                       PAGE :    2
 1:23:09                        O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 755 CIRCUIT CITY STORES INC #    Order #     : 549207 00
           1100 CIRCUIT CITY ROAD                    Order Date  : 10/08/08
                                                     Ship Date   : 10/14/08
           MARION             IL   62959             Terms       : PREPAID
Purchase Order # : 2168563                           Carrier     : MET INTL - OD O
Bill of Lading # : METINV000014996                   Total Wgt   : 03564.00
Qty of Cartons   :        6                          Ctrl Order  :
Sourcing Warehse : CTS                               Invoice #   :

                                  Unit Detail

Unit          Item#           Description                              Quantity

X8186280Q     X8186286Q       X8186291Q       X8186302Q    X8186310Q   X8186322Q

X8186337Q     X8186354Q       X8186359Q       X8186368Q    X8186376Q   X8186384Q

X8186397Q     X8186414Q       X8186425Q       X8186442Q    X8186450Q   X8186458Q

X8186465Q     X8186474Q       X8186481Q       X8186504Q    X8186508Q   X8186515Q

X8186521Q     X8186529Q       X8186536Q       X8186546Q    X8186568Q   X8186576Q

X8186585Q     X8186594Q       X8186600Q       X8186616Q    X8186630Q   X8186642Q

X8186651Q     X8186659Q       X8186668Q       X8186677Q    X8186695Q   X8186703Q

X8186712Q     X8186721Q       X8186739Q       X8186749Q    X8186763Q   X8186785Q

X8186832Q     X8186852Q       X8186886Q       X8186894Q    X8186899Q   X8186908Q

X8186917Q     X8186925Q       X8186929Q       X8186964Q    X8186983Q   X8186991Q

X8186998Q     X8187015Q       X8187024Q       X8187040Q    X8187074Q   X8187089Q

X8187097Q     X8187102Q       X8187113Q       X8187121Q    X8187128Q   X8187137Q

X8187158Q     X8187172Q       X8187185Q       X8187201Q    X8187207Q   X8187218Q

X8187224Q     X8187253Q       X8187274Q       X8187281Q    X8187293Q   X8187301Q

X8187307Q     X8187324Q       X8187333Q       X8187340Q    X8187350Q   X8187360Q

X8187377Q     X8187387Q       X8187396Q       X8187406Q    X8187416Q   X8187437Q

X8187449Q     X8187453Q       X8187473Q       X8187480Q    X8187488Q   X8187514Q

X8187522Q     X8187529Q       X8187535Q       X8187541Q    X8187553Q   X8187559Q
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                        DAILY - 10/14/08 - DIV 040

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #    Order #      : 549207 00
           1100 CIRCUIT CITY ROAD                    Order Date   : 10/08/08
                                                     Ship Date    : 10/14/08
              MARION              IL   62959         Terms        : PREPAID
Purchase Order # : 2168563                           Carrier      : MET INTL - OD O
Bill of Lading # : METINV000014996                   Total Wgt    : 03564.00
Qty of Cartons   :       6                           Ctrl Order   :
Sourcing Warehse : CTS                               Invoice #    :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| X8187568Q | X8187578Q | X8187583Q | X8187593Q | X8187614Q | X8187624Q |
| X8187631Q | X8187637Q | X8187644Q | X8187653Q | X8187660Q | X8187686Q |
| X8187692Q | X8187701Q | X8187710Q | X8187729Q | X8187738Q | X8187752Q |
| X8187773Q | X8187780Q | X8187796Q | X8187803Q | X8187814Q | X8187822Q |
| X8187830Q | X8187838Q | X8187848Q | X8187863Q | X8187874Q | X8187882Q |
| X8187892Q | X8187914Q | X8187923Q | X8187929Q | X8187936Q | X8187942Q |
| X8187951Q | X8187961Q | X8187969Q | X8187995Q | X8188004Q | X8188010Q |
| X8188018Q | X8188026Q | X8188032Q | X8188051Q | X8188056Q | X8188064Q |
| X8188070Q | X8188077Q | X8188084Q | X8188094Q | X8188101Q | X8188112Q |
| X8188117Q | X8188122Q | X8188137Q | X8188144Q | X8188153Q | X8188160Q |
| X8188167Q | X8188177Q | X8188188Q | X8188194Q | X8188204Q | X8188230Q |
| X8188235Q | X8188263Q | X8188272Q | X8188315Q | X8188321Q | X8188327Q |
| X8188342Q | X8188387Q | X8188394Q | X8188398Q | X8188401Q | X8188405Q |
| X8188432Q | X8188438Q | X8188445Q | X8188449Q | X8188455Q | X8188461Q |
| X8188467Q | X8188473Q | X8188479Q | X8188496Q | X8188500Q | X8188508Q |
| X8188514Q | X8188520Q | X8188527Q | X8188540Q | X8188545Q | X8188555Q |
| X8188571Q | X8188583Q | X8188588Q | X8188594Q | X8188596Q | X8188601Q |
| X8188633Q | X8188700Q | X8188709Q | X8188739Q | X8188744Q | X8188764Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                         DAILY - 10/14/08 - DIV 040

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #      Order #     : 549207 00
           1100 CIRCUIT CITY ROAD                      Order Date  : 10/08/08
                                                       Ship Date   : 10/14/08
                 MARION              IL   62959        Terms       : PREPAID
Purchase Order # : 2168563                             Carrier     : MET INTL - OD O
Bill of Lading # : METINV000014996                     Total Wgt   : 03564.00
Qty of Cartons   :        6                            Ctrl Order  :
Sourcing Warehse : CTS                                 Invoice #   :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| X8188773Q | X8188784Q | X8188812Q | X8188826Q | X8188869Q | X8188899Q |
| X8188907Q | X8188916Q | X8188945Q | X8188951Q | X8188959Q | X8188966Q |
| X8188976Q | X8188984Q | X8188992Q | X8188998Q | X8189079Q | X8189087Q |
| X8189101Q | X8189109Q | X8189131Q | X8189236Q | X8189242Q | X8189350Q |
| X8189356Q | X8189370Q | X8189376Q | X8189383Q | X8189411Q | X8189433Q |
| X8189448Q | X8189461Q | X8189482Q | X8189487Q | X8189555Q | X8189577Q |
| X8189601Q | X8189653Q | X8189659Q | X8189692Q | X8189754Q | X8189798Q |
| X8189832Q | X8189949Q | X8189969Q | X8189993Q | X8190001Q | X8190023Q |
| X8190049Q | X8190074Q | X8190081Q | X8190089Q | X8190096Q | X8190102Q |
| X8190106Q | X8190118Q | X8190132Q | X8190146Q | X8190164Q | X8190168Q |
| X8190178Q | X8190199Q | X8190207Q | X8190219Q | X8190223Q | X8190231Q |
| X8190266Q | X8190271Q | X8190283Q | X8190291Q | X8190297Q | X8190302Q |
| X8190308Q | X8190316Q | X8190324Q | X8190331Q | X8190336Q | X8190359Q |
| X8190388Q | X8190391Q | X8190405Q | X8190413Q | X8190422Q | X8190429Q |
| X8190454Q | X8190468Q | X8190483Q | X8190499Q | X8190504Q | X8190516Q |
| X8190524Q | X8190542Q | X8190575Q | X8190579Q | X8190594Q | X8190603Q |
| X8190619Q | X8190629Q | X8190641Q | X8190656Q | X8190683Q | X8190697Q |
| X8190764Q | X8190783Q | X8190789Q | X8190797Q | X8190807Q | X8190823Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/14/08 - DIV 040

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #    Order #      : 549207 00
           1100 CIRCUIT CITY ROAD                    Order Date   : 10/08/08
                                                     Ship Date    : 10/14/08
             MARION            IL   62959            Terms        : PREPAID
Purchase Order # : 2168563                           Carrier      : MET INTL - OD O
Bill of Lading # : METINV000014996                   Total Wgt    : 03564.00
Qty of Cartons   :        6                          Ctrl Order   :
Sourcing Warehse : CTS                               Invoice #    :
```

                              Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| X8190836Q | X8190843Q | X8190851Q | X8190878Q | X8190889Q | X8190924Q |
| X8190939Q | X8190947Q | X8190954Q | X8190962Q | X8190982Q | X8190996Q |
| X8191054Q | X8191065Q | X8191075Q | X8191083Q | X8191106Q | X8191112Q |

///////  E N D  O F  P A C K I N G  L I S T  ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                      DAILY - 10/14/08 - DIV 040

## BasicInfo

| | | | | | |
|---|---|---|---|---|---|
| | MAWB# | 825-01169604 | HAWB# | METINV000014996 | |
| Shipper | INVENTEC CORPORATION | Consignee | CIRCUIT CITY STORES INC #755 | Agent | MET International (Shanghai), Inc. |
| | INVENTEC CORPORATION 699 PUXING ROAD MINHANG DISTRICT SHANGHAI,SHANGHAI,CHINA Tel:021-64298888 FAX:021-64293887 PostalCode:201114 | | CIRCUIT CITY STORES INC #755 1100 CIRCUIT CITY ROAD MARION,IL,UNITED STATES Tel: PostalCode:62959 | | MET International (Shanghai), Inc. 10/F Shartex Plaza, 88 Zunyi Road (South) Shanghai,Shanghai,CHINA Tel:86-21-6209-9888 FAX:86-21-6219-6922~3 PostalCode:200336 |
| Depature MBL Port | PVG | Destination MBL Port | ORD | | |
| Departure HBL Port | PVG | Destination HBL Port | ORD | | |
| NatureOfGoods | Notebook Computer | Insured Value | USD 240,372.00 | | |

## Weight

| GrossWeight | 1811.00 | ChargeableWeight | 1811.00 | UOM | KG |
|---|---|---|---|---|---|

## Reference

| Reference NO | Sales Order | Customer PO | Invoice | Updated DateTime |
|---|---|---|---|---|
| 88820002664 | 54920700 | 2168563 | 15VS0A7(TWYA817927) | |

## RouteDetail

| Airline | Flight | Departure Airport | Destination Airport | Flight DateTime | Sequence No. | Carrying Capacity | ArrivalDateTime |
|---|---|---|---|---|---|---|---|
| F4 | 6633 | PVG | ORD | 10/17/2008 8:00:00 AM | 0 | | 10/17/2008 5:30:00 PM |

## HAWB Status History

| Status | Location | Remark | StatusDateTime |
|---|---|---|---|
| Cargo Available | OEM | | 10/14/2008 1:00:30 PM |
| Pickup | OEM | | 10/14/2008 2:00:30 PM |
| Estimated Delivery Date | Consignee | | 10/21/2008 11:59:00 PM |
| Tender to Airline | PVG | | 10/17/2008 9:00:00 AM |
| Departure from Origin | PVG | | 10/18/2008 1:09:00 |

http://www.metlgs.com/web/pages/partner/track/HstatusDetail.aspx?HAWBNo=METIN...    11/10/2008

HAWBDetail Page 2 of 2

Case 08-35653-KRH    Doc 458-23    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 9 of 20

| | | | | |
|---|---|---|---|---|
| | | | | PM |
| AMS Flight Confirmed | PVG-ORD | | | 10/17/2008 8:21:00 PM |
| Arrival at Gateway | PVG-ORD | | | 10/18/2008 9:00:00 PM |
| Destination Customs Clearance | US PORT OF ENTRY | | | 10/17/2008 4:34:00 PM |
| Setup Delivery Appointment | CONSIGNEE | DEL APPT # 1222878 | | 10/20/2008 10:00:00 AM |
| Out for Delivery | CONSIGNEE | | | 10/20/2008 1:17:00 AM |
| Delivered | CONSIGNEE | SIGNED FOR BY: FAULKENBERRY | | 10/20/2008 10:45:00 AM |

## PalletInfo

| Pallet# | Length | Width | Height | Dimension UOM | Total Unit | Unit UOM | Status | StatusDateTime | Location |
|---|---|---|---|---|---|---|---|---|---|
| METINV000014996 | 113 | 107 | 120 | CM | 66 | Pallet | Estimated Delivery Date | 10/21/2008 11:59:00 PM | Consignee |
| METINV000014997 | 113 | 107 | 120 | CM | 66 | Pallet | Estimated Delivery Date | 10/21/2008 11:59:00 PM | Consignee |
| METINV000014998 | 113 | 107 | 120 | CM | 66 | Pallet | Estimated Delivery Date | 10/21/2008 11:59:00 PM | Consignee |
| METINV000014999 | 113 | 107 | 120 | CM | 66 | Pallet | Estimated Delivery Date | 10/21/2008 11:59:00 PM | Consignee |
| METINV000015000 | 113 | 107 | 120 | CM | 66 | Pallet | Estimated Delivery Date | 10/21/2008 11:59:00 PM | Consignee |
| METINV000015001 | 113 | 107 | 120 | CM | 66 | Pallet | Estimated Delivery Date | 10/21/2008 11:59:00 PM | Consignee |

```
                                                                              INVOICE
                                                                   INVOICE #   21041194
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                          PAGE        1 of 2
DPD DIGITAL PRODUCTS DIVISION                                      DOCUMENT DATE  10/15/08
9740 Irvine Blvd.
Irvine, CA 92618




     BILL TO   35474200                           SHIP TO   35474200255
     CIRCUIT CITY STORES INC                      CIRCUIT CITY STORES INC #255
     9954 MAYLAND DRIVE                           BETHLEHEM DISTRIBUTION CTR#255
     MERCH. PAYABLE/AMY SANDERSON                 4000 TOWNSHIP LINE ROAD
     RICHMOND VA 232331464                        BETHLEHEM PA 18015




PURCHASE ORDER NUMBER    ORDER NUMBER     ORDER DATE    SHIP DATE     PAYMENT TERMS       OC  /AC
2169000                  550453           10/10/08      10/15/08      NET 30              ORD /25
FOB                      FREIGHT TERMS    SHIP VIA             BILL OF LADING    SRCWHS      SLSP
CIF - DESTINATION        FREIGHT PREPAID  FEDEX OD PALLET      685702814510      CTS         DPDCC9
CUSTOMER MSGS:

                                   ORDER   SHIP   BO          UNIT LIST    DISC   NET UNIT      EXTENDED
PART NUMBER    DESCRIPTION         QTY     QTY    QTY UOM     PRICE        %      PRICE         AMOUNT

PSLD8U-01F00Y    SATELLITE L355-S7835      256    256    0 EA    772.59    .0     772.59        197,783.04
   CUSTOMER PART NUMBER: L355S7835


SERIAL NUMBERS:
PSLD8U-01F00Y    SR#  X8053428Q    X8053435Q     X8053450Q     X8053453Q     X8053461Q
...              SR#  X8053463Q    X8053468Q     X8053476Q     X8053489Q     X8256556Q
...              SR#  X8256585Q    X8256656Q     X8256687Q     X8256747Q     X8256772Q
...              SR#  X8256827Q    X8256851Q     X8256862Q     X8256891Q     X8256962Q
...              SR#  X8256974Q    X8256981Q     X8256985Q     X8256997Q     X8257012Q
...              SR#  X8257025Q    X8257030Q     X8257035Q     X8257040Q     X8257045Q
...              SR#  X8257053Q    X8257080Q     X8257098Q     X8257108Q     X8257117Q
...              SR#  X8257124Q    X8257127Q     X8257138Q     X8257149Q     X8257161Q
...              SR#  X8257166Q    X8257176Q     X8257181Q     X8257190Q     X8257194Q
...              SR#  X8257203Q    X8257226Q     X8257281Q     X8257286Q     X8257295Q
...              SR#  X8257312Q    X8257556Q     X8257561Q     X8257562Q     X8257564Q
...              SR#  X8257565Q    X8257569Q     X8257570Q     X8257575Q     X8257577Q
...              SR#  X8257579Q    X8257582Q     X8257586Q     X8257591Q     X8257594Q
...              SR#  X8257601Q    X8257618Q     X8257626Q     X8257630Q     X8257635Q
...              SR#  X8257642Q    X8257661Q     X8257668Q     X8257803Q     X8257827Q
...              SR#  X8257848Q    X8257873Q     X8257987Q     X8258001Q     X8258009Q
...              SR#  X8258019Q    X8258035Q     X8258048Q     X8258050Q     X8258056Q
...              SR#  X8258063Q    X8258084Q     X8258095Q     X8258099Q     X8258107Q
...              SR#  X8258115Q    X8258131Q     X8258149Q     X8258168Q     X8258173Q
...              SR#  X8258179Q    X8258183Q     X8258214Q     X8258207Q     X8258200Q
...              SR#  X8258228Q    X8258249Q     X8258257Q     X8258275Q     X8258292Q
...              SR#  X8258305Q    X8258312Q     X8258333Q     X8258421Q     X8258442Q
...              SR#  X8258465Q    X8258468Q     X8258480Q     X8258487Q     X8258502Q
...              SR#  X8258518Q    X8258568Q     X8258587Q     X8258590Q     X8258628Q
...              SR#  X8258646Q    X8258649Q     X8258658Q     X8258669Q     X8258689Q
...              SR#  X8258700Q    X8258704Q     X8258713Q     X8258745Q     X8258748Q
...              SR#  X8258760Q    X8258768Q     X8258783Q     X8258818Q     X8258826Q
...              SR#  X8258837Q    X8258868Q     X8258890Q     X8258921Q     X8258935Q
...              SR#  X8258943Q    X8258961Q     X8258988Q     X8258991Q     X8259005Q
...              SR#  X8259017Q    X8259039Q     X8259070Q     X8259076Q     X8259090Q
...              SR#  X8259118Q    X8259165Q     X8259192Q     X8259210Q     X8259237Q
...              SR#  X8259269Q    X8259346Q     X8259365Q     X8259381Q     X8259412Q




* CONTINUED *
```

```
                                                                                  INVOICE
                                                                 INVOICE #    21041194
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                            PAGE     2 of 2
DPD DIGITAL PRODUCTS DIVISION                               DOCUMENT DATE    10/15/08
9740 Irvine Blvd.
Irvine, CA 92618




        BILL TO  35474200                           SHIP TO  35474200255
        CIRCUIT CITY STORES INC                     CIRCUIT CITY STORES INC #255
        9954 MAYLAND DRIVE                          BETHLEHEM DISTRIBUTION CTR#255
        MERCH. PAYABLE/AMY SANDERSON                4000 TOWNSHIP LINE ROAD
        RICHMOND VA 232331464                       BETHLEHEM PA 18015




PURCHASE ORDER NUMBER      ORDER NUMBER        ORDER DATE      SHIP DATE     PAYMENT TERMS       OC  /AC
2169000                    550453              10/10/08        10/15/08      NET 30              ORD /25
FOB                        FREIGHT TERMS                       SHIP VIA      BILL OF LADING     SRCWHS     SLSP
CIF - DESTINATION          FREIGHT PREPAID                     FEDEX OD PALLET 685702814510     CTS        DPDCC9
CUSTOMER MSGS:

                                          ORDER    SHIP    BO          UNIT LIST    DISC    NET UNIT       EXTENDED
PART NUMBER    DESCRIPTION                QTY      QTY     QTY UOM     PRICE        %       PRICE          AMOUNT
...            SR# X8259418Q   X8259428Q   X8259437Q   X8259447Q   X8259457Q
...            SR# X8259458Q   X8259469Q   X8259476Q   X8259483Q   X8259491Q
...            SR# X8259496Q   X8259511Q   X8259526Q   X8259532Q   X8259542Q
...            SR# X8259555Q   X8259558Q   X8259572Q   X8259575Q   X8259582Q
...            SR# X8259594Q   X8259596Q   X8259608Q   X8259620Q   X8259623Q
...            SR# X8259650Q   X8259664Q   X8259666Q   X8259677Q   X8259683Q
...            SR# X8259696Q   X8259708Q   X8259722Q   X8259723Q   X8259736Q
...            SR# X8259742Q   X8259751Q   X8259757Q   X8259771Q   X8259782Q
...            SR# X8259786Q   X8259798Q   X8259802Q   X8259813Q   X8259818Q
...            SR# X8259827Q   X8259836Q   X8259854Q   X8259864Q   X8259871Q
...            SR# X8259877Q   X8259886Q   X8259897Q   X8259907Q   X8259919Q
...            SR# X8259927Q   X8259934Q   X8259936Q   X8259945Q   X8259963Q
...            SR# X8259976Q   X8259988Q   X8259999Q   X8260007Q   X8260021Q
...            SR# X8260031Q   X8260044Q   X8260051Q   X8260059Q   X8260067Q
...            SR# X8260073Q   X8260083Q   X8260088Q   X8260097Q   X8260105Q
...            SR# X8260116Q   X8260121Q   X8260133Q   X8260137Q   X8260151Q
...            SR# X8260222Q   X8260234Q   X8260247Q   X8260280Q   X8260303Q
...            SR# X8265589Q   X8265605Q   X8265606Q   X8265617Q   X8265632Q
...            SR# X8265641Q   X8265656Q   X8265664Q   X8265674Q   X8265695Q
...            SR# X8265745Q
```

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

```
    TOTAL SALES         DISCOUNT APPLIED         TAX AMOUNT                 FREIGHT              TOTAL DUE
    197,783.04                  0.00                 0.00                     0.00              197,783.04


PLEASE RETURN THIS PORTION WITH REMITTANCE:               PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
                                                                            P.O. Box 91865
      INVOICE  21041194      BILL TO  35474200                              CHICAGO IL 60693
    DOCUMENT DATE  10/15/08           CIRCUIT CITY STORES INC               (949) 583-3534

                                               NET AMOUNT      PAY TERM DISCOUNT         TOTAL DUE
                                               197,783.04                 0.00          197,783.04
                                                                 AMOUNT ENCLOSED:  _____
```

Case 08-35653-KRH    Doc 458-23    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) Voices and Proof of Delivery Cont.    Page 12 of 20

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #      : 550453 00
           BETHLEHEM DISTRIBUTION CTR#255             Order Date   : 10/10/08
           4000 TOWNSHIP LINE ROAD                    Ship Date    : 10/15/08
           BETHLEHEM         PA    18015              Terms        : PREPAID
Purchase Order # : 2169000                            Carrier      : FEDEX-IDF PALLE
Bill of Lading # : 685702814510                       Total Wgt    : 02368.00
Qty of Cartons   :            6                       Ctrl Order   :
Sourcing Warehse : CTS                                Invoice #    :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers ---------------------------------------
685702814510           685702814521           685702814532           685702814543
685702814554           685702814565
```

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 256 | 0 | 256 | EA | PSLD8U-01F00Y | SATELLITE L355-S7835 |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| 55045300 | PSLD8U-01F00Y | SATELLITE L355-S7835 | 256 |

| | | | | | |
|---|---|---|---|---|---|
| X8053428Q | X8053435Q | X8053450Q | X8053453Q | X8053461Q | X8053463Q |
| X8053468Q | X8053476Q | X8053489Q | X8256556Q | X8256585Q | X8256656Q |
| X8256687Q | X8256747Q | X8256772Q | X8256827Q | X8256851Q | X8256862Q |
| X8256891Q | X8256962Q | X8256974Q | X8256981Q | X8256985Q | X8256997Q |
| X8257012Q | X8257025Q | X8257030Q | X8257035Q | X8257040Q | X8257045Q |
| X8257053Q | X8257080Q | X8257098Q | X8257108Q | X8257117Q | X8257124Q |
| X8257127Q | X8257138Q | X8257149Q | X8257161Q | X8257166Q | X8257176Q |
| X8257181Q | X8257190Q | X8257194Q | X8257203Q | X8257226Q | X8257281Q |
| X8257286Q | X8257295Q | X8257312Q | X8257556Q | X8257561Q | X8257562Q |

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 10/15/08 - DIV 040

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #      Order #      : 550453 00
           BETHLEHEM DISTRIBUTION CTR#255               Order Date   : 10/10/08
           4000 TOWNSHIP LINE ROAD                      Ship Date    : 10/15/08
           BETHLEHEM         PA   18015                 Terms        : PREPAID
Purchase Order # : 2169000                              Carrier      : FEDEX-IDF PALLE
Bill of Lading # : 685702814510                         Total Wgt    : 02368.00
Qty of Cartons   :       6                              Ctrl Order   :
Sourcing Warehse : CTS                                  Invoice #    :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| X8257564Q | X8257565Q | X8257569Q | X8257570Q | X8257575Q | X8257577Q |
| X8257579Q | X8257582Q | X8257586Q | X8257591Q | X8257594Q | X8257601Q |
| X8257618Q | X8257626Q | X8257630Q | X8257635Q | X8257642Q | X8257661Q |
| X8257668Q | X8257803Q | X8257827Q | X8257848Q | X8257873Q | X8257987Q |
| X8258001Q | X8258009Q | X8258019Q | X8258035Q | X8258048Q | X8258050Q |
| X8258056Q | X8258063Q | X8258084Q | X8258095Q | X8258099Q | X8258107Q |
| X8258115Q | X8258131Q | X8258149Q | X8258168Q | X8258173Q | X8258179Q |
| X8258183Q | X8258207Q | X8258214Q | X8258220Q | X8258228Q | X8258249Q |
| X8258257Q | X8258275Q | X8258292Q | X8258305Q | X8258312Q | X8258333Q |
| X8258421Q | X8258442Q | X8258465Q | X8258468Q | X8258480Q | X8258487Q |
| X8258502Q | X8258518Q | X8258568Q | X8258587Q | X8258590Q | X8258628Q |
| X8258646Q | X8258649Q | X8258658Q | X8258669Q | X8258689Q | X8258700Q |
| X8258704Q | X8258713Q | X8258745Q | X8258748Q | X8258760Q | X8258768Q |
| X8258783Q | X8258818Q | X8258826Q | X8258837Q | X8258868Q | X8258879Q |
| X8258921Q | X8258935Q | X8258943Q | X8258961Q | X8258988Q | X8258991Q |
| X8259005Q | X8259017Q | X8259039Q | X8259070Q | X8259076Q | X8259090Q |
| X8259118Q | X8259165Q | X8259192Q | X8259210Q | X8259237Q | X8259269Q |
| X8259346Q | X8259365Q | X8259381Q | X8259412Q | X8259418Q | X8259428Q |

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 10/15/08 - DIV 040

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #     : 550453 00
           BETHLEHEM DISTRIBUTION CTR#255            Order Date  : 10/10/08
           4000 TOWNSHIP LINE ROAD                   Ship Date   : 10/15/08
           BETHLEHEM       PA   18015                Terms       : PREPAID
Purchase Order # : 2169000                           Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702814510                      Total Wgt   : 02368.00
Qty of Cartons    :        6                         Ctrl Order  :
Sourcing Warehse : CTS                               Invoice #   :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| X8259437Q | X8259447Q | X8259457Q | X8259458Q | X8259469Q | X8259476Q |
| X8259483Q | X8259491Q | X8259496Q | X8259511Q | X8259526Q | X8259532Q |
| X8259542Q | X8259555Q | X8259558Q | X8259572Q | X8259575Q | X8259582Q |
| X8259594Q | X8259596Q | X8259608Q | X8259620Q | X8259623Q | X8259650Q |
| X8259664Q | X8259666Q | X8259677Q | X8259683Q | X8259696Q | X8259708Q |
| X8259722Q | X8259723Q | X8259736Q | X8259742Q | X8259751Q | X8259757Q |
| X8259771Q | X8259782Q | X8259786Q | X8259798Q | X8259802Q | X8259813Q |
| X8259818Q | X8259827Q | X8259836Q | X8259854Q | X8259864Q | X8259871Q |
| X8259877Q | X8259886Q | X8259897Q | X8259907Q | X8259919Q | X8259927Q |
| X8259934Q | X8259936Q | X8259945Q | X8259963Q | X8259976Q | X8259988Q |
| X8259999Q | X8260007Q | X8260021Q | X8260031Q | X8260044Q | X8260051Q |
| X8260059Q | X8260067Q | X8260073Q | X8260083Q | X8260088Q | X8260097Q |
| X8260105Q | X8260116Q | X8260121Q | X8260133Q | X8260137Q | X8260151Q |
| X8260222Q | X8260234Q | X8260247Q | X8260280Q | X8260303Q | X8265589Q |
| X8265605Q | X8265606Q | X8265617Q | X8265632Q | X8265641Q | X8265656Q |
| X8265664Q | X8265674Q | X8265695Q | X8265745Q | | |

/////// END OF PACKING LIST ///////

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 10/15/08 - DIV 040

FedEx | Track

Case 08-35653-KRH    Doc 458-23    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 16 of 20



Español | Customer Support | FedEx Locations | Search | Go

| Package/Envelope | Freight | Expedited | Office/Print Services |
| Ship ▸ | Track ▸ | Manage ▸ | Business Solutions ▸ |

Track Shipments/FedEx Kinko's Orders  🖨 Printable Version
## Summary Results

**Single piece shipments**

| Tracking number | Status | Date/Time | Destination | Service | Signal Image |
|---|---|---|---|---|---|
| 685702814510 | Delivered | Oct 21, 2008 9:02 AM | VIENNA, VA | FedEx Express | Yes |
| 685702814554 | Delivered | Oct 21, 2008 9:02 AM | VIENNA, VA | FedEx Express | Yes |
| 685702814521 | Delivered | Oct 21, 2008 9:02 AM | VIENNA, VA | FedEx Express | Yes |
| 685702814565 | Delivered | Oct 21, 2008 9:08 AM | BETHLEHEM, PA | FedEx Express | Yes |
| 685702814532 | Delivered | Oct 21, 2008 9:08 AM | VIENNA, VA | FedEx Express | Yes |
| 685702814543 | Delivered | Oct 21, 2008 9:02 AM | VIENNA, VA | FedEx Express | Yes |

**Account number** _____
(Required for detailed Signature Proof of D
Click here if you have more than one account number for thes

| View signature proof results | E-mail signature proof results | Track more shipments/c |

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

```
                                                                              INVOICE
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                        INVOICE #    21041887
DPD DIGITAL PRODUCTS DIVISION                                         PAGE    1 of 1
9740 Irvine Blvd.                                            DOCUMENT DATE    10/16/08
Irvine, CA 92618


       BILL TO  35474200                           SHIP TO  35474200255
       CIRCUIT CITY STORES INC                     CIRCUIT CITY STORES INC #255
       9954 MAYLAND DRIVE                          BETHLEHEM DISTRIBUTION CTR#255
       MERCH. PAYABLE/AMY SANDERSON                4000 TOWNSHIP LINE ROAD
       RICHMOND VA 232331464                       BETHLEHEM PA 18015



PURCHASE ORDER NUMBER    ORDER NUMBER       ORDER DATE     SHIP DATE    PAYMENT TERMS        OC  /AC
2168548                  549204             10/08/08       10/16/08     NET 30               ORD /25
FOB                                  FREIGHT TERMS         SHIP VIA            BILL OF LADING       SRCWHS      SLSP
CIF - DESTINATION                    FREIGHT PREPAID       UPS 3 DAY SELECT    1Z9806011204692342   CIA         DPDCC9
CUSTOMER MSGS:

                                            ORDER    SHIP    BO          UNIT LIST    DISC    NET UNIT        EXTENDED
PART NUMBER       DESCRIPTION               QTY      QTY     QTY UOM     PRICE        %       PRICE           AMOUNT

PSMDYU-00J005       SATELLITE M305D-S4840    10       10      0 EA        764.99      .0       764.99         7,649.90
    CUSTOMER PART NUMBER: M305DS4840


SERIAL NUMBERS:
PSMDYU-00J005    SR# 98129901W      98129951W        98130267W         98130447W         98130525W
...              SR# 98130596W      98130649W        98130754W         98130783W         98130825W

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.




      TOTAL SALES         DISCOUNT APPLIED           TAX AMOUNT               FREIGHT                TOTAL DUE
         7,649.90                     0.00                 0.00                  0.00                 7,649.90


PLEASE RETURN THIS PORTION WITH REMITTANCE:            PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
                                                                         P.O. Box 91865
         INVOICE   21041887      BILL TO  35474200                       CHICAGO IL 60693
   DOCUMENT DATE   10/16/08               CIRCUIT CITY STORES INC        (949) 583-3534

                                                     NET AMOUNT        PAY TERM DISCOUNT              TOTAL DUE
                                                        7,649.90                    0.00              7,649.90

                                                                  AMOUNT ENCLOSED: _____
```

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #   Order #      : 549204 00
           BETHLEHEM DISTRIBUTION CTR#255            Order Date   : 10/08/08
           4000 TOWNSHIP LINE ROAD                   Ship Date    : 10/16/08
           BETHLEHEM        PA   18015               Terms        : PREPAID
Purchase Order # : 2168548                           Carrier      : UPS 3 DAY SELEC
Bill of Lading # : 1Z9806011204692342                Total Wgt    : 00088.00
Qty of Cartons   :        10                         Ctrl Order   :
Sourcing Warehse : CTD                               Invoice #    :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ----------------------------------------
1Z9806011204692342    1Z9806011204692351    1Z9806011204692360    1Z9806011204692379
1Z9806011204692388    1Z9806011204692397    1Z9806011204692404    1Z9806011204692413
1Z9806011204692422    1Z9806011204692431
```

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 10 | 0 | 10 | EA | PSMDYU-00J005 | SATELLITE M305D-S4840 |

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| GI379142 | PSMDYU-00J005 | SATELLITE M305D-S4840 | | | 10 |
| 98129901W | 98129951W | 98130267W | 98130447W | 98130525W | 98130596W |
| 98130649W | 98130754W | 98130783W | 98130825W | | |

////// END OF PACKING LIST //////

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 10/16/08 - DIV 040

**UPS: Tracking Information**     Page 1 of 3
Case 08-35653-KRH    Doc 458-23    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.     Page 19 of 20



Home | About UPS | Contact UPS | Getting Started | Site Guide



UPS Uni



Tracking

Log-In    User ID:      Password:      | Forgot Password

### Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

### Search Support

**Enter a keyword:**



Looking to switch?
Open an account now

## Track Shipments

**Track Packages & Freight**    **Quantum View**    **Flex Global View**

**Tracking Summary**      Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 12 0469 234 2 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/21/2008 |
| | 8:59 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RAMSAM |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 10 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 12 0469 235 1 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/21/2008 |
| | 8:59 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RAMSAM |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 10 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 12 0469 236 0 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/21/2008 |
| | 8:59 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RAMSAM |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 10 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 12 0469 237 9 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/21/2008 |

**UPS: Tracking Information**　　　　　　　　　　　　　　　　Page 3 of 3

Case 08-35653-KRH    Doc 458-23    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
　　　　Exhibit(s) voices and Proof of Delivery Cont.    Page 20 of 20

| | |
|---|---|
| Status: | **Delivered** |
| Delivered On: | 10/21/2008 8:59 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RAMSAM |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 10 Show All |
| **Tracking Number:** | 1Z 980 601 12 0469 243 1 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/21/2008 8:59 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RAMSAM |
| Service: | 3 DAY SELECT |
| Multiple Packages: | 10 Show All |

Tracking results provided by UPS: 11/10/2008 6:51 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions