TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE # 21061888
PAGE  1 of 3
DOCUMENT DATE  10/16/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2168564 | 549206 | 10/08/08 | 10/16/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | | FEDEX OD PALLET | 685702817553 | CTS | DPDCC9 |
| CUSTOMER MSGS: | | | | | | |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PSLB8U-04X02F | SATELLITE L30S-S5907 | 396 | 396 | 0 EA | 650.07 | .0 | 650.07 | 257,427.72 |
| CUSTOMER PART NUMBER: L30585907 | | | | | | | | |

SERIAL NUMBERS:
PSLB8U-04X02F

| | | | | | |
|---|---|---|---|---|---|
| ... | SR# X8224224Q | X8224238Q | X8224246Q | X8224255Q | X8224263Q |
| ... | SR# X8224268Q | X8224275Q | X8224296Q | X8224303Q | X8224311Q |
| ... | SR# X8224321Q | X8224330Q | X8224336Q | X8224343Q | X8224356Q |
| ... | SR# X8224364Q | X8224343Q | X8224383Q | X8224392Q | X8224399Q |
| ... | SR# X8224406Q | X8224413Q | X8224425Q | X8224433Q | X8224442Q |
| ... | SR# X8224449Q | X8224459Q | X8224467Q | X8224474Q | X8224483Q |
| ... | SR# X8224490Q | X8224522Q | X8224539Q | X8224545Q | X8224558Q |
| ... | SR# X8224566Q | X8224575Q | X8224582Q | X8224588Q | X8224597Q |
| ... | SR# X8224629Q | X8224638Q | X8224646Q | X8224655Q | X8224664Q |
| ... | SR# X8224680Q | X8224709Q | X8224735Q | X8224745Q | X8224791Q |
| ... | SR# X8224800Q | X8225011Q | X8225021Q | X8225037Q | X8225046Q |
| ... | SR# X8225065Q | X8225086Q | X8225107Q | X8225127Q | X8225137Q |
| ... | SR# X8225165Q | X8225176Q | X8225197Q | X8225227Q | X8225240Q |
| ... | SR# X8225258Q | X8225297Q | X8225305Q | X8225313Q | X8225335Q |
| ... | SR# X8225351Q | X8225358Q | X8225373Q | X8225400Q | X8225410Q |
| ... | SR# X8225420Q | X8225428Q | X8225436Q | X8225448Q | X8225456Q |
| ... | SR# X8225464Q | X8225485Q | X8225506Q | X8225538Q | X8225557Q |
| ... | SR# X8225574Q | X8225583Q | X8225589Q | X8225606Q | X8225626Q |
| ... | SR# X8225645Q | X8225688Q | X8225713Q | X8225723Q | X8225734Q |
| ... | SR# X8225746Q | X8225762Q | X8225769Q | X8225788Q | X8225799Q |
| ... | SR# X8225809Q | X8225824Q | X8225831Q | X8225860Q | X8225864Q |
| ... | SR# X8225880Q | X8225889Q | X8225896Q | X8225911Q | X8225925Q |
| ... | SR# X8225933Q | X8225941Q | X8225950Q | X8225957Q | X8225969Q |
| ... | SR# X8225979Q | X8225998Q | X8226008Q | X8226017Q | X8226025Q |
| ... | SR# X8226036Q | X8226046Q | X8226066Q | X8226102Q | X8226110Q |
| ... | SR# X8226107Q | X8226117Q | X8226127Q | X8226136Q | X8226149Q |
| ... | SR# X8226157Q | X8226174Q | X8226181Q | X8226227Q | X8226274Q |
| ... | SR# X8226297Q | X8226326Q | X8226344Q | X8226364Q | X8226373Q |
| ... | SR# X8226388Q | X8226398Q | X8226494Q | X8226663Q | X8226722Q |
| ... | SR# X8226792Q | X8226803Q | X8226844Q | X8226855Q | X8226876Q |
| ... | SR# X8226909Q | X8226923Q | X8226929Q | X8226935Q | X8226954Q |
| ... | SR# X8226963Q | X8226977Q | X8226991Q | X8227119Q | X8227124Q |

* CONTINUED *

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE #  21041888
PAGE  2 of 3
DOCUMENT DATE  10/16/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2168564 | 549206 | 10/08/08 | 10/16/08 | NET 30 | ORD /25 |

FOB
CIF - DESTINATION
CUSTOMER MSGS:

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
FEDEX OD PALLET

BILL OF LADING
685702817553

SRCWHS   SLSP
CTS      DPDCC9

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8227135Q | X8227145Q | X8227155Q | X8227165Q | X8227176Q | | | |
| ... | SR# X8227194Q | X8227202Q | X8227210Q | X8227233Q | X8227251Q | | | |
| ... | SR# X8227316Q | X8227327Q | X8227353Q | X8227409Q | X8227436Q | | | |
| ... | SR# X8227449Q | X8227459Q | X8227484Q | X8227497Q | X8227543Q | | | |
| ... | SR# X8275675Q | X8227914Q | X8227941Q | X8228032Q | X8228276Q | | | |
| ... | SR# X8228295Q | X8228641Q | X8228886Q | X8228932Q | X8228939Q | | | |
| ... | SR# X8229004Q | X8229110Q | X8229303Q | X8229459Q | X8229537Q | | | |
| ... | SR# X8229543Q | X8229622Q | X8229673Q | X8229682Q | X8229853Q | | | |
| ... | SR# X8229863Q | X8229875Q | X8229882Q | X8229901Q | X8229909Q | | | |
| ... | SR# X8229924Q | X8229934Q | X8229951Q | X8229984Q | X8229991Q | | | |
| ... | SR# X8230003Q | X8230016Q | X8230030Q | X8230046Q | X8230056Q | | | |
| ... | SR# X8230062Q | X8230091Q | X8230100Q | X8230100Q | X8230131Q | | | |
| ... | SR# X8230156Q | X8230192Q | X8230201Q | X8230215Q | X8230223Q | | | |
| ... | SR# X8230227Q | X8230251Q | X8230261Q | X8230278Q | X8230330Q | | | |
| ... | SR# X8230375Q | X8230396Q | X8230431Q | X8230446Q | X8230458Q | | | |
| ... | SR# X8230467Q | X8230473Q | X8230506Q | X8230523Q | X8230533Q | | | |
| ... | SR# X8230542Q | X8230555Q | X8230589Q | X8230604Q | X8230616Q | | | |
| ... | SR# X8230622Q | X8230630Q | X8230656Q | X8230749Q | X8230774Q | | | |
| ... | SR# X8230786Q | X8230794Q | X8230842Q | X8230873Q | X8230895Q | | | |
| ... | SR# X8230902Q | X8230909Q | X8230915Q | X8230922Q | X8230936Q | | | |
| ... | SR# X8230961Q | X8230968Q | X8230985Q | X8230933Q | X8231000Q | | | |
| ... | SR# X8231008Q | X8231017Q | X8231027Q | X8231049Q | X8231058Q | | | |
| ... | SR# X8231064Q | X8231077Q | X8231084Q | X8231093Q | X8231170Q | | | |
| ... | SR# X8231117Q | X8231124Q | X8231150Q | X8231159Q | X8231170Q | | | |
| ... | SR# X8231177Q | X8231185Q | X8231224Q | X8231231Q | X8231246Q | | | |
| ... | SR# X8231254Q | X8231261Q | X8231269Q | X8231278Q | X8231286Q | | | |
| ... | SR# X8231292Q | X8231300Q | X8231310Q | X8231314Q | X8231325Q | | | |
| ... | SR# X8231336Q | X8231369Q | X8231389Q | X8231395Q | X8231403Q | | | |
| ... | SR# X8231409Q | X8231415Q | X8231438Q | X8231446Q | X8231453Q | | | |
| ... | SR# X8231467Q | X8231476Q | X8231482Q | X8231511Q | X8231516Q | | | |
| ... | SR# X8231527Q | X8231528Q | X8231538Q | X8231547Q | X8231556Q | | | |
| ... | SR# X8231565Q | X8231574Q | X8231583Q | X8231619Q | X8231626Q | | | |
| ... | SR# X8231632Q | X8231639Q | X8231646Q | X8231653Q | X8231661Q | | | |
| ... | SR# X8231673Q | X8231701Q | X8231707Q | X8231757Q | X8231782Q | | | |
| ... | SR# X8231802Q | X8231811Q | X8231820Q | X8231828Q | X8231836Q | | | |
| ... | SR# X8231844Q | X8231851Q | X8231870Q | X8231891Q | X8231909Q | | | |
| ... | SR# X8231991Q | X8231997Q | X8232006Q | X8232015Q | X8232022Q | | | |

* CONTINUED *

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE #   21041888
PAGE    3 of 3
DOCUMENT DATE   10/16/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2168564 | 549206 | 10/08/08 | 10/16/08 | NET 30 | ORD /25 |

FOB
CIF - DESTINATION
CUSTOMER MSGS:

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
FEDEX OD PALLET

BILL OF LADING
685702817553

SRCWHS   SLSP
CTS      DPDCC9

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8232032Q | X8232038Q | X8232057Q | | X8232064Q | | X8232080Q | |
| ... | SR# X8232100Q | X8232118Q | X8232159Q | | X8232176Q | | X8232186Q | |
| ... | SR# X8232204Q | X8232532Q | X8232555Q | | X8232739Q | | X8232786Q | |
| ... | SR# X8232845Q | X8232947Q | X8232979Q | | X8233146Q | | X8233149Q | |
| ... | SR# X8233157Q | X8233196Q | X8233209Q | | X8233214Q | | X8233218Q | |
| ... | SR# X8234050Q | X8233422Q | X8233434Q | | X8233439Q | | X8233448Q | |
| ... | SR# X8234450Q | X8233663Q | X8233466Q | | X8233499Q | | X8233504Q | |
| ... | SR# X8236850Q | X8233688Q | X8233928Q | | X8233983Q | | X8234134Q | |
| ... | SR# X8234189Q | X8234276Q | X8234289Q | | X8234308Q | | X8234332Q | |
| ... | SR# X8234371Q | X8234378Q | X8234396Q | | X8234409Q | | X8234693Q | |
| ... | SR# X8234757Q | | | | | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 257,427.72 | 0.00 | 0.00 | 0.00 | 257,427.72 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE  21041888        BILL TO  35474200
DOCUMENT DATE  10/16/08           CIRCUIT CITY STORES INC

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 257,427.72 | 0.00 | 257,427.72 |

AMOUNT ENCLOSED: _____

10/17/08
1:08:33

Case 08-35653-KRH   Doc 458-24   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) voices and Proof of Delivery Cont.   Page 4 of 25

```
        T O S H I B A     A M E R I C A,   I N C
        O P T I C A L    P A C K I N G    L I S T
```

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #     Order #      : 549206 00
           19925 INDEPENDENCE BLVD                    Order Date : 10/08/08
                                                      Ship Date  : 10/16/08
           GROVELAND       FL   34736                 Terms       : PREPAID
Purchase Order # : 2168564                            Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702817553                       Total Wgt  : 03564.00
Qty of Cartons   :        6                           Ctrl Order :
Sourcing Warehse : CTS                                Invoice #  :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
-------------------------- Tracking Numbers -------------------------------------
685702817553        685702817564                                          
                                      685702817575        685702817586
685702817597        685702817601

-------------------------------------------------------------------------
Whs  Ord    Ord     B/O     Shp
Ln#  Ln#    Qty     Qty     Qty     UOM   Item #            Item Description
===  ===   =====   =====   =====    ===   ===============   ========================

 1    1     396      0      396     EA    PSLB8U-04X02F     SATELLITE L305-S5907


                          Unit Detail

Unit            Item#           Description               Quantity

54920600        PSLB8U-04X02F   SATELLITE L305-S5907        396

X8224224Q    X8224238Q    X8224246Q    X8224255Q    X8224263Q    X8224268Q
X8224275Q    X8224296Q    X8224303Q    X8224311Q    X8224321Q    X8224330Q
X8224336Q    X8224343Q    X8224356Q    X8224364Q    X8224374Q    X8224383Q
X8224392Q    X8224399Q    X8224406Q    X8224413Q    X8224425Q    X8224433Q
X8224442Q    X8224449Q    X8224459Q    X8224467Q    X8224474Q    X8224483Q
X8224490Q    X8224522Q    X8224539Q    X8224545Q    X8224558Q    X8224566Q
X8224575Q    X8224582Q    X8224588Q    X8224597Q    X8224629Q    X8224638Q
X8224646Q    X8224655Q    X8224664Q    X8224680Q    X8224709Q    X8224735Q
X8224745Q    X8224791Q    X8224800Q    X8225011Q    X8225021Q    X8225037Q
```

                    DAILY - 10/16/08 - DIV 040

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/16/08 - DIV 040

10/17/08    T O S H I B A    A M E R I C A ,   I N C    PAGE   2
1:08:33     O P T I C A L    P A C K I N G    L   Case 08-35653-KRH    Doc 458-24    Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 6 of 25

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #    Order #     : 549206 00
           19925 INDEPENDENCE BLVD                   Order Date : 10/08/08
                                                     Ship Date  : 10/16/08
           GROVELAND        FL  34736                Terms      : PREPAID
Purchase Order # : 2168564                           Carrier    : FEDEX-IDF PALLE
Bill of Lading # : 685702817553                      Total Wgt  : 03564.00
Qty of Cartons   :          6                        Ctrl Order :
Sourcing Warehse : CTS                               Invoice #  :
```

<p align="center">Unit Detail</p>

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|---|----------|---|
| X8225046Q | X8225065Q | X8225086Q | X8225107Q | X8225127Q | X8225137Q |
| X8225165Q | X8225176Q | X8225197Q | X8225227Q | X8225240Q | X8225258Q |
| X8225297Q | X8225305Q | X8225313Q | X8225335Q | X8225351Q | X8225358Q |
| X8225373Q | X8225400Q | X8225410Q | X8225420Q | X8225428Q | X8225436Q |
| X8225448Q | X8225456Q | X8225464Q | X8225485Q | X8225506Q | X8225538Q |
| X8225557Q | X8225574Q | X8225583Q | X8225589Q | X8225606Q | X8225626Q |
| X8225645Q | X8225688Q | X8225713Q | X8225723Q | X8225734Q | X8225746Q |
| X8225762Q | X8225769Q | X8225788Q | X8225799Q | X8225809Q | X8225824Q |
| X8225831Q | X8225860Q | X8225864Q | X8225880Q | X8225889Q | X8225896Q |
| X8225911Q | X8225925Q | X8225933Q | X8225941Q | X8225950Q | X8225957Q |
| X8225969Q | X8225979Q | X8225998Q | X8226008Q | X8226017Q | X8226025Q |
| X8226036Q | X8226046Q | X8226066Q | X8226091Q | X8226102Q | X8226107Q |
| X8226117Q | X8226127Q | X8226136Q | X8226149Q | X8226157Q | X8226174Q |
| X8226181Q | X8226227Q | X8226274Q | X8226297Q | X8226326Q | X8226344Q |
| X8226364Q | X8226373Q | X8226388Q | X8226398Q | X8226494Q | X8226663Q |
| X8226722Q | X8226792Q | X8226803Q | X8226844Q | X8226855Q | X8226876Q |
| X8226909Q | X8226923Q | X8226929Q | X8226935Q | X8226954Q | X8226963Q |
| X8226977Q | X8226991Q | X8227119Q | X8227124Q | X8227135Q | X8227145Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

<p align="center">DAILY - 10/16/08 - DIV 040</p>

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #
       19925 INDEPENDENCE BLVD

       GROVELAND     FL  34736
Purchase Order # : 2168564
Bill of Lading # : 685702817553
Qty of Cartons   :      6
Sourcing Warehse : CTS

Order #     : 549206 00
Order Date : 10/08/08
Ship Date  : 10/16/08
Terms     : PREPAID
Carrier   : FEDEX-IDF PALLE
Total Wgt  : 03564.00
Ctrl Order :
Invoice #  :

## Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|--|----------|--|
| X8227155Q | X8227165Q | X8227176Q | X8227194Q | X8227202Q | X8227210Q |
| X8227233Q | X8227251Q | X8227316Q | X8227327Q | X8227353Q | X8227409Q |
| X8227436Q | X8227449Q | X8227459Q | X8227484Q | X8227497Q | X8227543Q |
| X8227567Q | X8227914Q | X8227941Q | X8228032Q | X8228276Q | X8228295Q |
| X8228641Q | X8228886Q | X8228932Q | X8228939Q | X8229004Q | X8229110Q |
| X8229303Q | X8229459Q | X8229537Q | X8229543Q | X8229622Q | X8229673Q |
| X8229682Q | X8229853Q | X8229863Q | X8229875Q | X8229882Q | X8229901Q |
| X8229909Q | X8229924Q | X8229934Q | X8229951Q | X8229984Q | X8229991Q |
| X8230003Q | X8230016Q | X8230030Q | X8230046Q | X8230056Q | X8230062Q |
| X8230091Q | X8230100Q | X8230110Q | X8230131Q | X8230156Q | X8230192Q |
| X8230201Q | X8230215Q | X8230223Q | X8230227Q | X8230251Q | X8230261Q |
| X8230278Q | X8230330Q | X8230375Q | X8230396Q | X8230431Q | X8230446Q |
| X8230458Q | X8230467Q | X8230473Q | X8230506Q | X8230523Q | X8230533Q |
| X8230542Q | X8230555Q | X8230589Q | X8230604Q | X8230616Q | X8230622Q |
| X8230630Q | X8230656Q | X8230749Q | X8230774Q | X8230786Q | X8230794Q |
| X8230842Q | X8230873Q | X8230895Q | X8230902Q | X8230909Q | X8230915Q |
| X8230922Q | X8230936Q | X8230961Q | X8230968Q | X8230985Q | X8230993Q |
| X8231000Q | X8231008Q | X8231017Q | X8231027Q | X8231049Q | X8231058Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/16/08 - DIV 040

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #     Order #    : 549206 00
           19925 INDEPENDENCE BLVD                    Order Date : 10/08/08
                                                      Ship Date  : 10/16/08
           GROVELAND       FL  34736                  Carrier    : FEDEX-IDF PALLE
Purchase Order # : 2168564                            Terms      : PREPAID
Bill of Lading # : 685702817553                       Total Wgt  : 03564.00
Qty of Cartons   :       6                            Ctrl Order :
Sourcing Warehse : CTS                                Invoice #  :
```

## Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|---|----------|---|
| X8231064Q | X8231077Q | X8231084Q | X8231093Q | X8231103Q | X8231117Q |
| X8231124Q | X8231150Q | X8231159Q | X8231170Q | X8231177Q | X8231185Q |
| X8231224Q | X8231231Q | X8231246Q | X8231254Q | X8231261Q | X8231269Q |
| X8231278Q | X8231286Q | X8231292Q | X8231300Q | X8231310Q | X8231314Q |
| X8231325Q | X8231336Q | X8231369Q | X8231389Q | X8231395Q | X8231403Q |
| X8231409Q | X8231415Q | X8231438Q | X8231446Q | X8231453Q | X8231467Q |
| X8231476Q | X8231482Q | X8231511Q | X8231516Q | X8231527Q | X8231528Q |
| X8231538Q | X8231547Q | X8231556Q | X8231565Q | X8231574Q | X8231583Q |
| X8231619Q | X8231626Q | X8231632Q | X8231639Q | X8231646Q | X8231653Q |
| X8231661Q | X8231673Q | X8231701Q | X8231707Q | X8231757Q | X8231782Q |
| X8231802Q | X8231811Q | X8231820Q | X8231828Q | X8231836Q | X8231844Q |
| X8231851Q | X8231870Q | X8231891Q | X8231909Q | X8231991Q | X8231997Q |
| X8232006Q | X8232015Q | X8232022Q | X8232032Q | X8232038Q | X8232057Q |
| X8232064Q | X8232080Q | X8232100Q | X8232118Q | X8232159Q | X8232176Q |
| X8232186Q | X8232204Q | X8232532Q | X8232555Q | X8232739Q | X8232786Q |
| X8232845Q | X8232947Q | X8232979Q | X8233146Q | X8233149Q | X8233157Q |
| X8233196Q | X8233209Q | X8233214Q | X8233218Q | X8233405Q | X8233422Q |
| X8233434Q | X8233439Q | X8233448Q | X8233450Q | X8233463Q | X8233466Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/16/08 - DIV 040

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #
           19925 INDEPENDENCE BLVD

         GROVELAND      FL  34736
Purchase Order # : 2168564
Bill of Lading # : 685702817553
Qty of Cartons   :       6
Sourcing Warehse : CTS

Order #     : 549206 00
Order Date : 10/08/08
Ship Date  : 10/16/08
Terms      : PREPAID
Carrier    : FEDEX-IDF PALLE
Total Wgt  : 03564.00
Ctrl Order :
Invoice #  :

### Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|--|----------|--|
| X8233499Q | X8233504Q | X8233685Q | X8233688Q | X8233928Q | X8233983Q |
| X8234134Q | X8234189Q | X8234276Q | X8234289Q | X8234308Q | X8234332Q |
| X8234371Q | X8234378Q | X8234396Q | X8234409Q | X8234693Q | X8234757Q |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/16/08 - DIV 040

FedEx | Track

# FedEx

Español | Customer Support | FedEx Locations    Search        Go

| Package/Envelope | Freight | Expedited | Office/Print Services ✳ |

Ship ▸        Track ▸        Manage ▸        Business Solutions ▸

Track Shipments/FedEx Kinko's Orders
## Summary Results

🖶 Printable Version (

**Single piece shipments**

| Tracking number | Status | Date/Time | Destination | Service | Signatu Image |
|---|---|---|---|---|---|
| 685702817553 | Delivered | Oct 21, 2008 11:51 AM | MIAMI, FL | FedEx Express | Yes |
| 685702817597 | Delivered | Oct 21, 2008 11:35 AM | MIAMI, FL | FedEx Express | Yes |
| 685702817564 | Delivered | Oct 21, 2008 11:35 AM | MIAMI, FL | FedEx Express | Yes |
| 685702817601 | Delivered | Oct 21, 2008 11:35 AM | MIAMI, FL | FedEx Express | Yes |
| 685702817575 | Delivered | Oct 21, 2008 11:35 AM | MIAMI, FL | FedEx Express | Yes |
| 685702817586 | Delivered | Oct 21, 2008 11:35 AM | MIAMI, FL | FedEx Express | Yes |

**Account number**
(Required for detailed Signature Proof of [
Click here if you have more than one account number for thes

| View signature proof results | E-mail signature proof results | Track more shipments/c |

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

http://www.fedex.com/Tracking                    11/10/2008

```
                                                INVOICE
                                    INVOICE #  21041889
                                         PAGE  1 of 2
                               DOCUMENT DATE  10/16/08
```

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200353
CIRCUIT CITY STORES INC #353
680 S LEMON AVENUE
WALNUT CA 91789

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2168561 | 549208 | 10/08/08 | 10/16/08 | NET 30 | ORD /25 |

FOB
CIF - DESTINATION
CUSTOMER MSGS:

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
FEDEX OD PALLET

BILL OF LADING
685702817612

SRCWHS
CTS

SLSP
DPDCC9

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PSLB8U-04X02F | SATELLITE L305-S5907 CUSTOMER PART NUMBER: L305S5907 | 220 | 220 | 0 EA | 650.07 | .0 | 650.07 | 143,015.40 |

SERIAL NUMBERS:
PSLB8U-04X02F

```
SR# X8185595Q  X8187462Q  X8187722Q  X8187765Q  X8188219Q
SR# X8188679Q  X8187724Q  X8189523Q  X8189608Q  X8189624Q
SR# X8189787Q  X8189792Q  X8190213Q  X8190380Q  X8190491Q
SR# X8191100Q  X8224834Q  X8224861Q  X8224922Q  X8224974Q
SR# X8224988Q  X8225004Q  X8225030Q  X8225101Q  X8225110Q
SR# X8225147Q  X8225218Q  X8225268Q  X8225275Q  X8225285Q
SR# X8225322Q  X8225344Q  X8225565Q  X8225380Q  X8225391Q
SR# X8225492Q  X8225500Q  X8225528Q  X8225653Q  X8225873Q
SR# X8226056Q  X8226165Q  X8226190Q  X8226207Q  X8226215Q
SR# X8226241Q  X8226287Q  X8226335Q  X8226350Q  X8226446Q
SR# X8226478Q  X8226543Q  X8226580Q  X8226600Q  X8226631Q
SR# X8226656Q  X8226670Q  X8226676Q  X8226693Q  X8226701Q
SR# X8227090Q  X8226730Q  X8226737Q  X8226761Q  X8226784Q
SR# X8226810Q  X8226817Q  X8226836Q  X8226861Q  X8226884Q
SR# X8226903Q  X8226970Q  X8226985Q  X8227116Q  X8271129Q
SR# X8227186Q  X8227243Q  X8227259Q  X8227267Q  X8227273Q
SR# X8227284Q  X8227296Q  X8227304Q  X8227311Q  X8227335Q
SR# X8227342Q  X8227443Q  X8227454Q  X8227475Q  X8274900Q
SR# X8227520Q  X8227571Q  X8227590Q  X8227675Q  X8276840Q
SR# X8227707Q  X8227731Q  X8227741Q  X8277799Q  X8277870Q
SR# X8277795Q  X8227807Q  X8227824Q  X8227844Q  X8277854Q
SR# X8227861Q  X8227876Q  X8227893Q  X8227923Q  X8277947Q
SR# X8227969Q  X8227988Q  X8228067Q  X8228070Q  X8280082Q
SR# X8228104Q  X8228113Q  X8228124Q  X8228038Q  X8280262Q
SR# X8228281Q  X8228302Q  X8228305Q  X8228311Q  X8283200Q
SR# X8228348Q  X8228355Q  X8228598Q  X8228684Q  X8287002Q
SR# X8228758Q  X8228720Q  X8228879Q  X8228924Q  X8289309Q
SR# X8229528Q  X8229557Q  X8229578Q  X8229615Q  X8303090Q
SR# X8230927Q  X8231193Q  X8231366Q  X8231425Q  X8315212Q
SR# X8231597Q  X8231749Q  X8232048Q  X8232326Q  X8326070Q
SR# X8232766Q  X8232793Q  X8232942Q  X8232967Q  X8233007Q
SR# X8233012Q  X8233083Q  X8233180Q  X8233238Q  X8233342Q
```

* CONTINUED *

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE #  21041889
PAGE  2 of 2
DOCUMENT DATE  10/16/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232231464

SHIP TO  35474200353
CIRCUIT CITY STORES INC #353
680 S LEMON AVENUE
WALNUT CA 91789

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2168561 | 549208 | 10/08/08 | 10/16/08 | NET 30 | ORD /25 |

FOB
CIF - DESTINATION
CUSTOMER MSGS:

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
FEDEX OD PALLET

BILL OF LADING
685702817612

SRCWHS
CTS

SLSP
DPDCC9

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8233384Q | X8233391Q | X8233456Q | X8233464Q | X8233480Q | | | |
| ... | SR# X8233503Q | X8233787Q | X8233943Q | X8234101Q | X8234110Q | | | |
| ... | SR# X8234161Q | X8234183Q | X8234218Q | X8234224Q | X8234233Q | | | |
| ... | SR# X8234251Q | X8234296Q | X8234326Q | X8234339Q | X8234358Q | | | |
| ... | SR# X8234387Q | X8234401Q | X8234416Q | X8234440Q | X8234448Q | | | |
| ... | SR# X8234464Q | X8234471Q | X8234480Q | X8234488Q | X8234497Q | | | |
| ... | SR# X8234506Q | X8234610Q | X8234625Q | X8234634Q | X8234665Q | | | |
| ... | SR# X8234672Q | X8234728Q | X8235380Q | X8235393Q | X8235399Q | | | |
| ... | SR# X8235423Q | X8235427Q | X8235436Q | X8235444Q | X8235469Q | | | |
| ... | SR# X8235483Q | X8235490Q | X8235510Q | X8235516Q | X8235540Q | | | |
| ... | SR# X8235564Q | X8235578Q | X8235584Q | X8235599Q | X8235606Q | | | |
| ... | SR# X8235627Q | X8235650Q | X8235666Q | X8235679Q | X8235709Q | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 143,015.40 | 0.00 | 0.00 | 0.00 | 143,015.40 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE  21041889
DOCUMENT DATE  10/16/08

BILL TO  35474200
CIRCUIT CITY STORES INC

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 143,015.40 | 0.00 | 143,015.40 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #     Order #     : 549208 00
           680 S LEMON AVENUE                          Order Date : 10/08/08
                                                       Ship Date  : 10/16/08
           WALNUT              CA  91789               Terms      : PREPAID
Purchase Order # : 2168561                             Carrier    : FEDEX-IDF PALLE
Bill of Lading # : 685702817612                        Total Wgt  : 01980.00
Qty of Cartons   :         4                           Ctrl Order :
Sourcing Warehse : CTS                                 Invoice #  : 21041889
```

```
--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------
685702817612        685702817623        685702817634        685702817645
```

```
-----------------------------------------------------------------------
Whs Ord  Ord    B/O    Shp
Ln# Ln#  Qty    Qty    Qty    UOM  Item #            Item Description
=== ===  =====  =====  =====  ===  ================  =========================
 1   1   220      0    220    EA   PSLB8U-04X02F     SATELLITE L305-S5907
```

                          Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| 54920800 | PSLB8U-04X02F | SATELLITE L305-S5907 | 220 |

| | | | | | |
|---|---|---|---|---|---|
| X8185595Q | X8187462Q | X8187722Q | X8187765Q | X8188219Q | X8188679Q |
| X8188724Q | X8189523Q | X8189608Q | X8189624Q | X8189787Q | X8189792Q |
| X8190213Q | X8190380Q | X8190491Q | X8191100Q | X8224834Q | X8224861Q |
| X8224922Q | X8224974Q | X8224988Q | X8225004Q | X8225030Q | X8225101Q |
| X8225116Q | X8225147Q | X8225218Q | X8225268Q | X8225275Q | X8225285Q |
| X8225322Q | X8225344Q | X8225365Q | X8225380Q | X8225391Q | X8225492Q |
| X8225500Q | X8225528Q | X8225653Q | X8225873Q | X8226056Q | X8226165Q |
| X8226190Q | X8226207Q | X8226215Q | X8226241Q | X8226287Q | X8226335Q |
| X8226350Q | X8226446Q | X8226478Q | X8226543Q | X8226580Q | X8226600Q |

                    DAILY - 10/16/08 - DIV 040

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #    Order #      : 549208 00
           680 S LEMON AVENUE                        Order Date : 10/08/08
                                                     Ship Date  : 10/16/08
           WALNUT          CA  91789                 Terms       : PREPAID
Purchase Order # : 2168561                           Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702817612                      Total Wgt  : 01980.00
Qty of Cartons   :        4                          Ctrl Order :
Sourcing Warehse : CTS                               Invoice #  :
```

                              Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| X8226631Q | X8226656Q | X8226670Q | X8226676Q | X8226693Q | X8226701Q |
| X8226709Q | X8226730Q | X8226737Q | X8226761Q | X8226784Q | X8226810Q |
| X8226817Q | X8226836Q | X8226861Q | X8226884Q | X8226903Q | X8226970Q |
| X8226985Q | X8227116Q | X8227129Q | X8227186Q | X8227243Q | X8227259Q |
| X8227267Q | X8227273Q | X8227284Q | X8227296Q | X8227304Q | X8227311Q |
| X8227335Q | X8227342Q | X8227443Q | X8227454Q | X8227475Q | X8227490Q |
| X8227520Q | X8227571Q | X8227590Q | X8227675Q | X8227684Q | X8227707Q |
| X8227731Q | X8227741Q | X8227779Q | X8227787Q | X8227795Q | X8227807Q |
| X8227824Q | X8227844Q | X8227854Q | X8227861Q | X8227876Q | X8227893Q |
| X8227923Q | X8227947Q | X8227969Q | X8227988Q | X8228067Q | X8228070Q |
| X8228082Q | X8228104Q | X8228113Q | X8228124Q | X8228138Q | X8228262Q |
| X8228281Q | X8228302Q | X8228305Q | X8228311Q | X8228320Q | X8228348Q |
| X8228355Q | X8228598Q | X8228684Q | X8228702Q | X8228758Q | X8228872Q |
| X8228879Q | X8228924Q | X8229309Q | X8229528Q | X8229557Q | X8229578Q |
| X8229615Q | X8230390Q | X8230927Q | X8231193Q | X8231366Q | X8231425Q |
| X8231521Q | X8231597Q | X8231749Q | X8232048Q | X8232326Q | X8232607Q |
| X8232766Q | X8232793Q | X8232942Q | X8232967Q | X8233007Q | X8233012Q |
| X8233083Q | X8233180Q | X8233238Q | X8233342Q | X8233384Q | X8233391Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                      DAILY - 10/16/08 - DIV 040

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #   Order #     : 549208 00
           680 S LEMON AVENUE                        Order Date  : 10/08/08
                                                     Ship Date   : 10/16/08
           WALNUT              CA  91789             Terms       : PREPAID
Purchase Order # : 2168561                           Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702817612                      Total Wgt   : 01980.00
Qty of Cartons   :        4                          Ctrl Order  :
Sourcing Warehse : CTS                               Invoice #   :
```

                              Unit Detail

```
Unit          Item#         Description              Quantity

X8233456Q     X8233464Q     X8233480Q    X8233503Q    X8233787Q    X8233943Q

X8234101Q     X8234110Q     X8234161Q    X8234183Q    X8234218Q    X8234224Q

X8234233Q     X8234251Q     X8234296Q    X8234326Q    X8234339Q    X8234358Q

X8234387Q     X8234401Q     X8234416Q    X8234440Q    X8234448Q    X8234464Q

X8234471Q     X8234480Q     X8234488Q    X8234497Q    X8234506Q    X8234610Q

X8234625Q     X8234634Q     X8234665Q    X8234672Q    X8234728Q    X8235380Q

X8235393Q     X8235399Q     X8235423Q    X8235427Q    X8235436Q    X8235444Q

X8235469Q     X8235483Q     X8235490Q    X8235510Q    X8235516Q    X8235540Q

X8235564Q     X8235578Q     X8235584Q    X8235599Q    X8235606Q    X8235627Q

X8235650Q     X8235666Q     X8235679Q    X8235709Q
```

                ///////  E N D   O F   P A C K I N G   L I S T  ///////

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

              DAILY - 10/16/08 - DIV 040



November 10,2008

Dear Customer:

Proof-of-delivery letters are being provided for the following shipments:

| | |
|---|---|
| **685702817612** | MIAMI,FL |
| **685702817623** | MIAMI,FL |
| **685702817634** | MIAMI,FL |
| **685702817645** | MIAMI,FL |

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx.  We look forward to working with you in the future.

FedEx
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702817612**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MIAMI, FL |
| Signed for by: | D.ENGERON | Delivery date: | Oct 21, 2008 10:12 |
| Service type: | IP DirectDistribution Freight | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702817612 | Ship date: | Oct 16, 2008 |
| | | Weight: | 198.0 kgs. |

Recipient:
MIAMI, FL US

Shipper:
Shanghai CN

Reference                49505800

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**FedEx**
Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702817623**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MIAMI, FL |
| Signed for by: | D.ENGERON | Delivery date: | Oct 21, 2008 10:12 |
| Service type: | IP DirectDistribution Freight | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702817623 | Ship date: | Oct 16, 2008 |
| | | Weight: | 198.0 kgs. |

Recipient:
MIAMI, FL US

Shipper:
Shanghai CN

Reference

49505800

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702817634**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MIAMI, FL |
| Signed for by: | D.ENGERON | Delivery date: | Oct 21, 2008 10:12 |
| Service type: | IP DirectDistribution Freight | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702817634 | Ship date: | Oct 16, 2008 |
| | | Weight: | 198.0 kgs. |

Recipient:
MIAMI, FL US

Shipper:
Shanghai CN

Reference

49505800

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702817645**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MIAMI, FL |
| Signed for by: | D.ENGERON | Delivery date: | Oct 21, 2008 10:12 |
| Service type: | IP DirectDistribution Freight | | |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702817645 | Ship date: | Oct 16, 2008 |
| | | Weight: | 69.0 kgs. |

| Recipient: | Shipper: |
|---|---|
| MIAMI, FL US | Shanghai CN |

| Reference | 49505800 |
|---|---|

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE # 21041890
PAGE 1 of 4
DOCUMENT DATE 10/16/08

BILL TO 35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO 35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER 2168559 | ORDER NUMBER 549209 | ORDER DATE 10/08/08 | SHIP DATE 10/16/08 | PAYMENT TERMS NET 30 | OC /AC ORD /25 |
|---|---|---|---|---|---|

FOB
CIF - DESTINATION
CUSTOMER MSGS:

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
FEDEX OD PALLET

BILL OF LADING
685702817656

SRCWHS    SLSP
CTS        DPDCC9

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| PSLB8U-04X02F | SATELLITE L305-S5907 CUSTOMER PART NUMBER: L305S5907 | 572 | 572 | 0 | EA | 650.07 | .0 | 650.07 | 371,840.04 |

SERIAL NUMBERS:
PSLB8U-04X02F

| | | | | | |
|---|---|---|---|---|---|
| ... | SR# X8224232Q | X8224499Q | X8224607Q | X8224673Q | X8224688Q |
| ... | SR# X8224699Q | X8224754Q | X8224769Q | X8224783Q | X8224814Q |
| ... | SR# X8224825Q | X8224841Q | X8224848Q | X8224872Q | X8224884Q |
| ... | SR# X8224893Q | X8224905Q | X8224914Q | X8224964Q | X8224995Q |
| ... | SR# X8225075Q | X8225095Q | X8225209Q | X8225250Q | X8225517Q |
| ... | SR# X8225547Q | X8225565Q | X8225598Q | X8225617Q | X8225635Q |
| ... | SR# X8225841Q | X8225987Q | X8226078Q | X8226200Q | X8226246Q |
| ... | SR# X8226266Q | X8226436Q | X8226452Q | X8226461Q | X8226467Q |
| ... | SR# X8226504Q | X8226661Q | X8226607Q | X8226638Q | X8226754Q |
| ... | SR# X8226769Q | X8226778Q | X8226869Q | X8226891Q | X8227104Q |
| ... | SR# X8227527Q | X8227550Q | X8227557Q | X8227580Q | X8227598Q |
| ... | SR# X8227608Q | X8227615Q | X8227624Q | X8227642Q | X8227650Q |
| ... | SR# X8227667Q | X8227953Q | X8228117Q | X8228223Q | X8228368Q |
| ... | SR# X8228424Q | X8228482Q | X8228511Q | X8228545Q | X8228561Q |
| ... | SR# X8228580Q | X8228613Q | X8228716Q | X8228730Q | X8228743Q |
| ... | SR# X8228764Q | X8228774Q | X8228786Q | X8228808Q | X8228829Q |
| ... | SR# X8228838Q | X8228843Q | X8228862Q | X8228889Q | X8228904Q |
| ... | SR# X8228916Q | X8228959Q | X8228977Q | X8228989Q | X8228997Q |
| ... | SR# X8229021Q | X8229037Q | X8229044Q | X8229055Q | X8229062Q |
| ... | SR# X8229070Q | X8229078Q | X8229087Q | X8229095Q | X8229118Q |
| ... | SR# X8229125Q | X8229131Q | X8229141Q | X8229146Q | X8229157Q |
| ... | SR# X8229163Q | X8229171Q | X8229179Q | X8229171Q | X8229199Q |
| ... | SR# X8229205Q | X8229211Q | X8229218Q | X8229225Q | X8229279Q |
| ... | SR# X8229242Q | X8229250Q | X8229266Q | X8229272Q | X8229290Q |
| ... | SR# X8229287Q | X8229296Q | X8229318Q | X8229324Q | X8229330Q |
| ... | SR# X8229338Q | X8229345Q | X8229350Q | X8229355Q | X8229362Q |
| ... | SR# X8229368Q | X8229372Q | X8229380Q | X8229387Q | X8229410Q |
| ... | SR# X8229416Q | X8229423Q | X8229428Q | X8229437Q | X8229443Q |
| ... | SR# X8229449Q | X8229464Q | X8229473Q | X8229481Q | X8229486Q |
| ... | SR# X8229496Q | X8229603Q | X8229511Q | X8229519Q | X8229562Q |
| ... | SR# X8229572Q | X8229586Q | X8229603Q | X8229631Q | X8229611Q |
| ... | SR# X8229648Q | X8229655Q | X8229663Q | X8229691Q | X8229698Q |

* CONTINUED *

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE # 21041890
PAGE  2 of 4
DOCUMENT DATE  10/16/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2168559 | 549209 | 10/08/08 | 10/16/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | FEDEX OD PALLET | 685702817656 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8229708Q | X8229715Q | X8229725Q | | X8229733Q | X8229739Q | | |
| ... | SR# X8229750Q | X8229765Q | X8229765Q | | X8229774Q | X8229779Q | | |
| ... | SR# X8229787Q | X8229808Q | X8229816Q | | X8229824Q | X8229831Q | | |
| ... | SR# X8229839Q | X8229849Q | X8229857Q | | X8229865Q | X8229892Q | | |
| ... | SR# X8229942Q | X8229956Q | X8229966Q | | X8229975Q | X8230011Q | | |
| ... | SR# X8230023Q | X8230038Q | X8230074Q | | X8230086Q | X8230115Q | | |
| ... | SR# X8230124Q | X8230164Q | X8230171Q | | X8230181Q | X8230211Q | | |
| ... | SR# X8230271Q | X8230293Q | X8230303Q | | X8230310Q | X8230317Q | | |
| ... | SR# X8230325Q | X8230347Q | X8230359Q | | X8230383Q | X8230403Q | | |
| ... | SR# X8230424Q | X8230440Q | X8230498Q | | X8230514Q | X8230548Q | | |
| ... | SR# X8230574Q | X8230583Q | X8230638Q | | X8230645Q | X8230665Q | | |
| ... | SR# X8230673Q | X8230680Q | X8230691Q | | X8230697Q | X8230709Q | | |
| ... | SR# X8230718Q | X8230732Q | X8230740Q | | X8230760Q | X8230767Q | | |
| ... | SR# X8230802Q | X8230809Q | X8230819Q | | X8230825Q | X8230835Q | | |
| ... | SR# X8230852Q | X8230859Q | X8230867Q | | X8230881Q | X8230887Q | | |
| ... | SR# X8230944Q | X8230953Q | X8231042Q | | X8231109Q | X8231214Q | | |
| ... | SR# X8231503Q | X8231611Q | X8231693Q | | X8231734Q | X8231742Q | | |
| ... | SR# X8231765Q | X8231775Q | X8231789Q | | X8231876Q | X8231883Q | | |
| ... | SR# X8231900Q | X8231919Q | X8231926Q | | X8231935Q | X8231949Q | | |
| ... | SR# X8231958Q | X8231973Q | X8231982Q | | X8232071Q | X8232094Q | | |
| ... | SR# X8232110Q | X8232123Q | X8232167Q | | X8232190Q | X8232212Q | | |
| ... | SR# X8232222Q | X8232231Q | X8232241Q | | X8232248Q | X8232256Q | | |
| ... | SR# X8232265Q | X8232272Q | X8232280Q | | X8232311Q | X8232318Q | | |
| ... | SR# X8232336Q | X8232344Q | X8232353Q | | X8232361Q | X8232370Q | | |
| ... | SR# X8232373Q | X8232380Q | X8232390Q | | X8232396Q | X8232406Q | | |
| ... | SR# X8232414Q | X8232421Q | X8232430Q | | X8232446Q | X8232457Q | | |
| ... | SR# X8232464Q | X8232480Q | X8232491Q | | X8232498Q | X8232506Q | | |
| ... | SR# X8232521Q | X8232563Q | X8232580Q | | X8232613Q | X8232631Q | | |
| ... | SR# X8232639Q | X8232659Q | X8232665Q | | X8232686Q | X8232692Q | | |
| ... | SR# X8232705Q | X8232715Q | X8232761Q | | X8232800Q | X8232814Q | | |
| ... | SR# X8232838Q | X8232864Q | X8232881Q | | X8232893Q | X8232898Q | | |
| ... | SR# X8232904Q | X8232910Q | X8232917Q | | X8232929Q | X8232936Q | | |
| ... | SR# X8232953Q | X8232980Q | X8232989Q | | X8232995Q | X8233000Q | | |
| ... | SR# X8233026Q | X8233039Q | X8233044Q | | X8233053Q | X8233062Q | | |
| ... | SR# X8233071Q | X8233075Q | X8233087Q | | X8233092Q | X8233097Q | | |
| ... | SR# X8233103Q | X8233108Q | X8233111Q | | X8233118Q | X8233127Q | | |
| ... | SR# X8233141Q | X8233153Q | X8233163Q | | X8233191Q | X8233202Q | | |

* CONTINUED *

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | QC /AC |
|---|---|---|---|---|---|
| 2168559 | 549209 | 10/08/08 | 10/16/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | FEDEX OD PALLET | 685702817656 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8233207Q | X8233244Q | X8233249Q | X8233267Q | X8233297Q | | | |
| ... | SR# X8233302Q | X8233306Q | X8233312Q | X8233322Q | X8233335Q | | | |
| ... | SR# X8233372Q | X8233396Q | X8233410Q | X8233416Q | X8233428Q | | | |
| ... | SR# X8233431Q | X8233444Q | X8233454Q | X8233459Q | X8233469Q | | | |
| ... | SR# X8234373Q | X8233488Q | X8233492Q | X8233496Q | X8233936Q | | | |
| ... | SR# X8239353Q | X8233968Q | X8233975Q | X8234020Q | X8234036Q | | | |
| ... | SR# X8234045Q | X8234051Q | X8234057Q | X8234067Q | X8234073Q | | | |
| ... | SR# X8234084Q | X8234093Q | X8234118Q | X8234127Q | X8234142Q | | | |
| ... | SR# X8234710Q | X8242556Q | X8256318Q | X8256373Q | X8256415Q | | | |
| ... | SR# X8256428Q | X8256434Q | X8256479Q | X8256487Q | X8256497Q | | | |
| ... | SR# X8256501Q | X8256516Q | X8256530Q | X8256538Q | X8256542Q | | | |
| ... | SR# X8256550Q | X8256558Q | X8256566Q | X8256576Q | X8256584Q | | | |
| ... | SR# X8256601Q | X8256624Q | X8256632Q | X8256638Q | X8256652Q | | | |
| ... | SR# X8256655Q | X8256665Q | X8256670Q | X8256683Q | X8256693Q | | | |
| ... | SR# X8257000Q | X8256712Q | X8256716Q | X8256744Q | X8256753Q | | | |
| ... | SR# X8256773Q | X8256804Q | X8256806Q | X8256813Q | X8256817Q | | | |
| ... | SR# X8256825Q | X8256829Q | X8256837Q | X8256842Q | X8256846Q | | | |
| ... | SR# X8256876Q | X8256893Q | X8256902Q | X8256920Q | X8256923Q | | | |
| ... | SR# X8256929Q | X8256935Q | X8256940Q | X8256948Q | X8256953Q | | | |
| ... | SR# X8256963Q | X8256971Q | X8256976Q | X8256980Q | X8256987Q | | | |
| ... | SR# X8256994Q | X8256999Q | X8257007Q | X8257018Q | X8257023Q | | | |
| ... | SR# X8257051Q | X8257055Q | X8257072Q | X8257081Q | X8257086Q | | | |
| ... | SR# X8257092Q | X8257099Q | X8257106Q | X8257113Q | X8257122Q | | | |
| ... | SR# X8257135Q | X8257139Q | X8257146Q | X8257158Q | X8257164Q | | | |
| ... | SR# X8257171Q | X8257193Q | X8257198Q | X8257199Q | X8257223Q | | | |
| ... | SR# X8257229Q | X8257239Q | X8257246Q | X8257261Q | X8257271Q | | | |
| ... | SR# X8257287Q | X8257602Q | X8257958Q | X8257962Q | X8257972Q | | | |
| ... | SR# X8257995Q | X8258031Q | X8258043Q | X8258065Q | X8258082Q | | | |
| ... | SR# X8258087Q | X8258098Q | X8258104Q | X8258120Q | X8258133Q | | | |
| ... | SR# X8258142Q | X8258148Q | X8258161Q | X8258166Q | X8258171Q | | | |
| ... | SR# X8258177Q | X8258185Q | X8258192Q | X8258215Q | X8258232Q | | | |
| ... | SR# X8258247Q | X8258265Q | X8258279Q | X8258283Q | X8258303Q | | | |
| ... | SR# X8258323Q | X8258330Q | X8258339Q | X8258379Q | X8258372Q | | | |
| ... | SR# X8258415Q | X8258441Q | X8258455Q | X8258479Q | X8258488Q | | | |
| ... | SR# X8258498Q | X8258504Q | X8258530Q | X8258606Q | X8258613Q | | | |
| ... | SR# X8258653Q | X8258659Q | X8258684Q | X8258692Q | X8258706Q | | | |
| ... | SR# X8258722Q | X8258736Q | X8258757Q | X8258765Q | X8258769Q | | | |

* CONTINUED *

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE 21041890
PAGE 4 of 4
DOCUMENT DATE 10/16/08

BILL TO 35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO 35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2168559 | 549209 | 10/08/08 | 10/16/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | FEDEX OD PALLET | 685702817656 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8258790Q | X8258797Q | X8258842Q | X8258862Q | X8258888Q | | | |
| ... | SR# X8258897Q | X8258910Q | X8258919Q | X8258949Q | X8258958Q | | | |
| ... | SR# X8258967Q | X8259000Q | X8259003Q | X8259014Q | X8259028Q | | | |
| ... | SR# X8259050Q | X8259064Q | X8259081Q | X8259089Q | X8259100Q | | | |
| ... | SR# X8259105Q | X8259137Q | X8259150Q | X8259166Q | X8259182Q | | | |
| ... | SR# X8259204Q | X8259222Q | X8259232Q | X8259249Q | X8259274Q | | | |
| ... | SR# X8259282Q | X8259288Q | X8259359Q | X8259449Q | X8259482Q | | | |
| ... | SR# X8259489Q | X8259571Q | X8259592Q | X8259607Q | X8259614Q | | | |
| ... | SR# X8259631Q | X8259637Q | | | | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 371,840.04 | 0.00 | 0.00 | 0.00 | 371,840.04 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

INVOICE 21041890    BILL TO 35474200
DOCUMENT DATE 10/16/08    CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 371,840.04 | 0.00 | 371,840.04 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #     Order #      : 549209 00
           BETHLEHEM DISTRIBUTION CTR#255              Order Date   : 10/08/08
           4000 TOWNSHIP LINE ROAD                     Ship Date    : 10/16/08
           BETHLEHEM       PA  18015                   Terms        : PREPAID
Purchase Order # : 2168559                             Carrier      : FEDEX-IDF PALLE
Bill of Lading # : 685702817656                        Total Wgt    : 05148.00
Qty of Cartons   :            9                        Ctrl Order   :
Sourcing Warehse : CTS                                 Invoice #    : 21041890
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ----------------------------------
685702817656        685702817667        685702817678        685702817689
685702817690        685702817704        685702817715        685702817726
685702817737

```
----------------------------------------------------------------------------
Whs Ord   Ord    B/O    Shp
Ln# Ln#   Qty    Qty    Qty    UOM   Item #            Item Description
=== ===   =====  =====  =====  ===   ===============   ========================

 1   1    572      0    572    EA    PSLB8U-04X02F     SATELLITE L305-S5907
```

                         Unit Detail

```
Unit           Item#           Description                    Quantity

54920900       PSLB8U-04X02F   SATELLITE L305-S5907              572
```

| | | | | | |
|---|---|---|---|---|---|
| X8224232Q | X8224499Q | X8224607Q | X8224673Q | X8224688Q | X8224699Q |
| X8224754Q | X8224769Q | X8224783Q | X8224814Q | X8224825Q | X8224841Q |
| X8224848Q | X8224872Q | X8224884Q | X8224893Q | X8224905Q | X8224914Q |
| X8224964Q | X8224995Q | X8225075Q | X8225095Q | X8225209Q | X8225250Q |
| X8225517Q | X8225547Q | X8225565Q | X8225598Q | X8225617Q | X8225635Q |
| X8225841Q | X8225987Q | X8226078Q | X8226200Q | X8226246Q | X8226266Q |
| X8226436Q | X8226452Q | X8226461Q | X8226467Q | X8226504Q | X8226561Q |
| X8226607Q | X8226638Q | X8226754Q | X8226769Q | X8226778Q | X8226869Q |
| X8226891Q | X8227104Q | X8227527Q | X8227550Q | X8227557Q | X8227580Q |

                   DAILY - 10/16/08 - DIV 040