```
Customer : 35474200 255 CIRCUIT CITY STORES INC #      Order #      : 549209 00
           BETHLEHEM DISTRIBUTION CTR#255              Order Date   : 10/08/08
           4000 TOWNSHIP LINE ROAD                     Ship Date    : 10/16/08
           BETHLEHEM         PA  18015                 Terms        : PREPAID
Purchase Order # : 2168559                             Carrier      : FEDEX-IDF PALLE
Bill of Lading # : 685702817656                        Total Wgt    : 05148.00
Qty of Cartons   :           9                         Ctrl Order   :
Sourcing Warehse : CTS                                 Invoice #    : 21041890
```

```
-------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
685702817656        685702817667        685702817678        685702817689
685702817690        685702817704        685702817715        685702817726
685702817737
```

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 572 | 0 | 572 | EA | PSLB8U-04X02F | SATELLITE L305-S5907 |

### Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| 54920900 | PSLB8U-04X02F | SATELLITE L305-S5907 | 572 |

```
X8224232Q    X8224499Q    X8224607Q    X8224673Q    X8224688Q    X8224699Q
X8224754Q    X8224769Q    X8224783Q    X8224814Q    X8224825Q    X8224841Q
X8224848Q    X8224872Q    X8224884Q    X8224893Q    X8224905Q    X8224914Q
X8224964Q    X8224995Q    X8225075Q    X8225095Q    X8225209Q    X8225250Q
X8225517Q    X8225547Q    X8225565Q    X8225598Q    X8225617Q    X8225635Q
X8225841Q    X8225987Q    X8226078Q    X8226200Q    X8226246Q    X8226266Q
X8226436Q    X8226452Q    X8226461Q    X8226467Q    X8226504Q    X8226561Q
X8226607Q    X8226638Q    X8226754Q    X8226769Q    X8226778Q    X8226869Q
X8226891Q    X8227104Q    X8227527Q    X8227550Q    X8227557Q    X8227580Q
```

DAILY - 10/16/08 - DIV 040

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #     : 549209 00
           BETHLEHEM DISTRIBUTION CTR#255             Order Date : 10/08/08
           4000 TOWNSHIP LINE ROAD                    Ship Date  : 10/16/08
           BETHLEHEM        PA  18015                 Terms       : PREPAID
Purchase Order # : 2168559                            Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702817656                       Total Wgt   : 05148.00
Qty of Cartons   :         9                          Ctrl Order :
Sourcing Warehse : CTS                                Invoice #  :
```

## Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| X8227598Q | X8227608Q | X8227615Q | X8227624Q | X8227642Q | X8227650Q |
| X8227667Q | X8227953Q | X8228119Q | X8228223Q | X8228368Q | X8228424Q |
| X8228482Q | X8228517Q | X8228545Q | X8228561Q | X8228580Q | X8228613Q |
| X8228716Q | X8228730Q | X8228743Q | X8228764Q | X8228774Q | X8228786Q |
| X8228808Q | X8228829Q | X8228838Q | X8228843Q | X8228862Q | X8228895Q |
| X8228904Q | X8228916Q | X8228959Q | X8228977Q | X8228989Q | X8228997Q |
| X8229021Q | X8229037Q | X8229044Q | X8229055Q | X8229062Q | X8229070Q |
| X8229078Q | X8229087Q | X8229095Q | X8229118Q | X8229125Q | X8229131Q |
| X8229141Q | X8229146Q | X8229157Q | X8229163Q | X8229171Q | X8229179Q |
| X8229187Q | X8229199Q | X8229205Q | X8229211Q | X8229218Q | X8229225Q |
| X8229234Q | X8229242Q | X8229250Q | X8229266Q | X8229272Q | X8229279Q |
| X8229287Q | X8229296Q | X8229318Q | X8229324Q | X8229330Q | X8229338Q |
| X8229345Q | X8229350Q | X8229355Q | X8229362Q | X8229368Q | X8229372Q |
| X8229380Q | X8229387Q | X8229410Q | X8229416Q | X8229423Q | X8229428Q |
| X8229437Q | X8229443Q | X8229449Q | X8229464Q | X8229473Q | X8229481Q |
| X8229486Q | X8229496Q | X8229503Q | X8229511Q | X8229519Q | X8229562Q |
| X8229572Q | X8229586Q | X8229603Q | X8229631Q | X8229641Q | X8229648Q |
| X8229655Q | X8229663Q | X8229691Q | X8229698Q | X8229708Q | X8229715Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/16/08 - DIV 040

T O S H I B A    A M E R I C A,    INC.
O P T I C A L    P A C K I N G    L I S T

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #   : 549209 00
           BETHLEHEM DISTRIBUTION CTR#255              Order Date : 10/08/08
           4000 TOWNSHIP LINE ROAD                     Ship Date  : 10/16/08
           BETHLEHEM      PA  18015                    Terms      : PREPAID
Purchase Order # : 2168559                             Carrier    : FEDEX-IDF PALLE
Bill of Lading # : 685702817656                        Total Wgt  : 05148.00
Qty of Cartons   :          9                          Ctrl Order :
Sourcing Warehse : CTS                                 Invoice #  :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| X8229725Q | X8229733Q | X8229739Q | X8229750Q | X8229757Q | X8229765Q |
| X8229774Q | X8229779Q | X8229787Q | X8229808Q | X8229816Q | X8229824Q |
| X8229831Q | X8229839Q | X8229849Q | X8229857Q | X8229865Q | X8229892Q |
| X8229942Q | X8229956Q | X8229966Q | X8229975Q | X8230011Q | X8230023Q |
| X8230038Q | X8230074Q | X8230086Q | X8230115Q | X8230124Q | X8230164Q |
| X8230171Q | X8230181Q | X8230211Q | X8230271Q | X8230293Q | X8230303Q |
| X8230310Q | X8230317Q | X8230325Q | X8230347Q | X8230359Q | X8230383Q |
| X8230403Q | X8230424Q | X8230440Q | X8230498Q | X8230514Q | X8230548Q |
| X8230574Q | X8230583Q | X8230638Q | X8230645Q | X8230665Q | X8230673Q |
| X8230680Q | X8230691Q | X8230697Q | X8230709Q | X8230718Q | X8230732Q |
| X8230740Q | X8230760Q | X8230767Q | X8230802Q | X8230809Q | X8230819Q |
| X8230825Q | X8230835Q | X8230852Q | X8230859Q | X8230867Q | X8230881Q |
| X8230887Q | X8230944Q | X8230953Q | X8231042Q | X8231109Q | X8231214Q |
| X8231503Q | X8231611Q | X8231693Q | X8231734Q | X8231742Q | X8231765Q |
| X8231775Q | X8231789Q | X8231876Q | X8231883Q | X8231900Q | X8231919Q |
| X8231926Q | X8231935Q | X8231949Q | X8231958Q | X8231973Q | X8231982Q |
| X8232071Q | X8232094Q | X8232110Q | X8232123Q | X8232167Q | X8232190Q |
| X8232212Q | X8232222Q | X8232231Q | X8232241Q | X8232248Q | X8232256Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/16/08 - DIV 040

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #    : 549209 00
           BETHLEHEM DISTRIBUTION CTR#255            Order Date : 10/08/08
           4000 TOWNSHIP LINE ROAD                   Ship Date  : 10/16/08
           BETHLEHEM      PA  18015                  Terms      : PREPAID
Purchase Order # : 2168559                           Carrier    : FEDEX-IDF PALLE
Bill of Lading # : 685702817656                      Total Wgt  : 05148.00
Qty of Cartons   :         9                         Ctrl Order :
Sourcing Warehse : CTS                               Invoice #  :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| X8232265Q | X8232272Q | X8232280Q | X8232311Q | X8232318Q | X8232336Q |
| X8232344Q | X8232353Q | X8232361Q | X8232370Q | X8232373Q | X8232380Q |
| X8232390Q | X8232396Q | X8232406Q | X8232414Q | X8232421Q | X8232430Q |
| X8232446Q | X8232457Q | X8232464Q | X8232480Q | X8232491Q | X8232498Q |
| X8232506Q | X8232521Q | X8232563Q | X8232580Q | X8232613Q | X8232631Q |
| X8232639Q | X8232659Q | X8232665Q | X8232686Q | X8232692Q | X8232705Q |
| X8232715Q | X8232761Q | X8232800Q | X8232814Q | X8232838Q | X8232864Q |
| X8232881Q | X8232893Q | X8232898Q | X8232904Q | X8232910Q | X8232917Q |
| X8232929Q | X8232936Q | X8232953Q | X8232985Q | X8232989Q | X8232995Q |
| X8233000Q | X8233026Q | X8233039Q | X8233044Q | X8233053Q | X8233062Q |
| X8233071Q | X8233075Q | X8233087Q | X8233092Q | X8233097Q | X8233103Q |
| X8233108Q | X8233111Q | X8233118Q | X8233127Q | X8233141Q | X8233153Q |
| X8233163Q | X8233191Q | X8233202Q | X8233207Q | X8233244Q | X8233249Q |
| X8233267Q | X8233297Q | X8233302Q | X8233306Q | X8233312Q | X8233322Q |
| X8233335Q | X8233372Q | X8233396Q | X8233410Q | X8233416Q | X8233428Q |
| X8233431Q | X8233444Q | X8233454Q | X8233459Q | X8233469Q | X8233473Q |
| X8233488Q | X8233492Q | X8233496Q | X8233936Q | X8233953Q | X8233968Q |
| X8233975Q | X8234020Q | X8234036Q | X8234045Q | X8234051Q | X8234057Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/16/08 - DIV 040

```
Customer    : 35474200 255 CIRCUIT CITY STORES INC #    Order #     : 549209 00
              BETHLEHEM DISTRIBUTION CTR#255             Order Date : 10/08/08
              4000 TOWNSHIP LINE ROAD                    Ship Date  : 10/16/08
              BETHLEHEM      PA  18015                   Terms       : PREPAID
Purchase Order # : 2168559                               Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702817656                          Total Wgt  : 05148.00
Qty of Cartons   :         9                             Ctrl Order :
Sourcing Warehse : CTS                                   Invoice #  :
```

## Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| X8234067Q | X8234073Q | X8234086Q | X8234093Q | X8234118Q | X8234127Q |
| X8234142Q | X8234710Q | X8242556Q | X8256318Q | X8256373Q | X8256415Q |
| X8256428Q | X8256434Q | X8256479Q | X8256487Q | X8256497Q | X8256501Q |
| X8256516Q | X8256530Q | X8256538Q | X8256542Q | X8256550Q | X8256558Q |
| X8256566Q | X8256576Q | X8256584Q | X8256601Q | X8256624Q | X8256632Q |
| X8256638Q | X8256652Q | X8256655Q | X8256665Q | X8256670Q | X8256683Q |
| X8256693Q | X8256700Q | X8256712Q | X8256716Q | X8256744Q | X8256753Q |
| X8256773Q | X8256804Q | X8256806Q | X8256813Q | X8256817Q | X8256825Q |
| X8256829Q | X8256837Q | X8256842Q | X8256846Q | X8256876Q | X8256893Q |
| X8256902Q | X8256920Q | X8256923Q | X8256929Q | X8256935Q | X8256940Q |
| X8256948Q | X8256953Q | X8256963Q | X8256971Q | X8256976Q | X8256982Q |
| X8256987Q | X8256994Q | X8256999Q | X8257007Q | X8257018Q | X8257023Q |
| X8257051Q | X8257055Q | X8257072Q | X8257081Q | X8257086Q | X8257092Q |
| X8257099Q | X8257106Q | X8257113Q | X8257122Q | X8257135Q | X8257139Q |
| X8257146Q | X8257158Q | X8257164Q | X8257179Q | X8257191Q | X8257198Q |
| X8257213Q | X8257223Q | X8257229Q | X8257239Q | X8257246Q | X8257261Q |
| X8257271Q | X8257287Q | X8257602Q | X8257958Q | X8257962Q | X8257972Q |
| X8257995Q | X8258031Q | X8258043Q | X8258065Q | X8258082Q | X8258087Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/16/08 - DIV 040

```
              T O S H I B A    A M E R I C A,    I N C.
                O P T I C A L    P A C K I N G   L I S T
```

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #    : 549209 00
           BETHLEHEM DISTRIBUTION CTR#255             Order Date : 10/08/08
           4000 TOWNSHIP LINE ROAD                    Ship Date  : 10/16/08
           BETHLEHEM        PA  18015                 Terms      : PREPAID
Purchase Order # : 2168559                            Carrier    : FEDEX-IDF PALLE
Bill of Lading # : 685702817656                       Total Wgt  : 05148.00
Qty of Cartons    :         9                         Ctrl Order :
Sourcing Warehse : CTS                                Invoice #  :
```

```
                            Unit Detail

Unit        Item#         Description              Quantity

X8258098Q   X8258104Q   X8258120Q   X8258133Q   X8258142Q   X8258148Q

X8258161Q   X8258166Q   X8258171Q   X8258177Q   X8258185Q   X8258192Q

X8258215Q   X8258232Q   X8258247Q   X8258265Q   X8258279Q   X8258283Q

X8258303Q   X8258323Q   X8258330Q   X8258339Q   X8258359Q   X8258372Q

X8258415Q   X8258441Q   X8258455Q   X8258479Q   X8258488Q   X8258498Q

X8258504Q   X8258530Q   X8258606Q   X8258613Q   X8258653Q   X8258659Q

X8258684Q   X8258692Q   X8258706Q   X8258722Q   X8258736Q   X8258757Q

X8258765Q   X8258769Q   X8258790Q   X8258797Q   X8258842Q   X8258862Q

X8258888Q   X8258897Q   X8258910Q   X8258919Q   X8258949Q   X8258958Q

X8258967Q   X8259000Q   X8259003Q   X8259014Q   X8259028Q   X8259050Q

X8259064Q   X8259081Q   X8259089Q   X8259100Q   X8259105Q   X8259137Q

X8259150Q   X8259166Q   X8259182Q   X8259204Q   X8259222Q   X8259232Q

X8259249Q   X8259274Q   X8259282Q   X8259288Q   X8259359Q   X8259449Q

X8259482Q   X8259489Q   X8259571Q   X8259592Q   X8259607Q   X8259614Q

X8259631Q   X8259637Q
```

```
           /////// E N D   O F   P A C K I N G   L I S T ///////
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

```
                    DAILY - 10/16/08 - DIV 040
```



November 10,2008

Dear Customer:

Proof-of-delivery letters are being provided for the following shipments:

| | |
|---|---|
| **685702817656** | MIAMI,FL |
| **685702817667** | MIAMI,FL |
| **685702817678** | MIAMI,FL |
| **685702817689** | MIAMI,FL |
| **685702817690** | MIAMI,FL |
| **685702817704** | MIAMI,FL |
| **685702817715** | MIAMI,FL |
| **685702817726** | MIAMI,FL |
| **685702817737** | MIAMI,FL |

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx. We look forward to working with you in the future.

FedEx
1.800.GoFedEx 1.800.463.3339



**FedEx**
Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702817656**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MIAMI, FL |
| Signed for by: | C.FRIZ | Delivery date: | Oct 21, 2008 09:02 |
| Service type: | IP DirectDistribution Freight | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702817656 | Ship date: | Oct 16, 2008 |
| | | Weight: | 198.0 kgs. |

| | | |
|---|---|---|
| Recipient: | Shipper: | |
| MIAMI, FL US | Shanghai CN | |
| Reference | 49505800 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**FedEx**
Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702817667**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MIAMI, FL |
| Signed for by: | C.FRIZ | Delivery date: | Oct 21, 2008 09:02 |
| Service type: | IP DirectDistribution Freight | | |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 685702817667 | Ship date: | Oct 16, 2008 |
| | | Weight: | 198.0 kgs. |

| | | |
|---|---|---|
| Recipient: | Shipper: | |
| MIAMI, FL US | Shanghai CN | |

| | | |
|---|---|---|
| Reference | 49505800 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**FedEx Express**
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702817678**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MIAMI, FL |
| Signed for by: | C.FRITZ | Delivery date: | Oct 21, 2008 09:08 |
| Service type: | IP DirectDistribution Freight | | |



| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 685702817678 | Ship date: | Oct 16, 2008 |
| | | Weight: | 198.0 kgs. |

| Recipient: | Shipper: |
|---|---|
| MIAMI, FL US | Shanghai CN |

| Reference | 49505800 |
|---|---|

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702817689**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MIAMI, FL |
| Signed for by: | C.FRIZ | Delivery date: | Oct 21, 2008 09:02 |
| Service type: | IP DirectDistribution Freight | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702817689 | Ship date: | Oct 16, 2008 |
| | | Weight: | 198.0 kgs. |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| MIAMI, FL US | Shanghai CN |
| **Reference** | 49505800 |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702817690**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MIAMI, FL |
| | | Delivery date: | Oct 21, 2008 09:02 |
| Signed for by: | C.FRIZ | | |
| Service type: | IP DirectDistribution Freight | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702817690 | Ship date: | Oct 16, 2008 |
| | | Weight: | 198.0 kgs. |

| | |
|---|---|
| Recipient: | Shipper: |
| MIAMI, FL US | Shanghai CN |
| | |
| Reference | 49505800 |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**FedEx**
Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702817704**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MIAMI, FL |
| Signed for by: | C.FRITZ | Delivery date: | Oct 21, 2008 09:08 |
| Service type: | IP DirectDistribution Freight | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702817704 | Ship date: | Oct 16, 2008 |
| | | Weight: | 198.0 kgs. |

Recipient:                          Shipper:
MIAMI, FL US                        Shanghai CN

Reference                           49505800

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702817715**.

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MIAMI, FL |
| Signed for by: | C. FRITZ | Delivery date: | Oct 21, 2008 09:08 |
| Service type: | IP DirectDistribution Freight | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702817715 | Ship date: | Oct 16, 2008 |
| | | Weight: | 198.0 kgs. |

Recipient:
MIAMI, FL US

Shipper:
Shanghai CN

Reference                    49505800

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**FedEx**
Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702817726**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MIAMI, FL |
| Signed for by: | C.FRIZ | Delivery date: | Oct 21, 2008 09:02 |
| Service type: | IP DirectDistribution Freight | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702817726 | Ship date: | Oct 16, 2008 |
| | | Weight: | 198.0 kgs. |

Recipient:                                        Shipper:
MIAMI, FL US                                   Shanghai CN

Reference                                         49505800

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702817737**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MIAMI, FL |
| Signed for by: | C. FRITZ | Delivery date: | Oct 21, 2008 09:08 |
| Service type: | IP DirectDistribution Freight | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702817737 | Ship date: | Oct 16, 2008 |
| | | Weight: | 132.0 kgs. |

Recipient:
MIAMI, FL US

Shipper:
Shanghai CN

Reference

49505800

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE # 21046349
PAGE 1 of 2
DOCUMENT DATE 10/24/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200344
CIRCUIT CITY STORES INC #344
400 LONG FELLOW COURT
LIVERMORE CA 94550

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2169008 | 550454 | 10/10/08 | 10/24/08 | NET 30 | ORD /25 |

FOB
CIF - DESTINATION
CUSTOMER MSGS:

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
FEDEX OD PALLET

BILL OF LADING
685702835107

SRCWHS   SLSP
CTS      DPDCC9

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PSLD8U-01F00Y | SATELLITE L355-S7835 | 320 | 320 | 0 EA | 772.59 | .0 | 772.59 | 247,228.80 |
| | CUSTOMER PART NUMBER: L355S7835 | | | | | | | |

SERIAL NUMBERS:

| PSLD8U-01F00Y | SR# X8257882Q | X8258720Q | X8258735Q | X8258746Q | X8258758Q |
|---|---|---|---|---|---|
| ... | SR# X8258774Q | X8258781Q | X8258792Q | X8258800Q | X8258810Q |
| ... | SR# X8258824Q | X8258851Q | X8258869Q | X8258877Q | |
| ... | SR# X8258885Q | X8258895Q | X8258911Q | X8258928Q | X8258933Q |
| ... | SR# X8258940Q | X8258970Q | X8258978Q | X8259149Q | X8259160Q |
| ... | SR# X8259517Q | X8260206Q | X8260836Q | X8260862Q | X8261007Q |
| ... | SR# X8261015Q | X8261031Q | X8261039Q | X8261052Q | X8261062Q |
| ... | SR# X8261155Q | X8261166Q | X8261176Q | X8261181Q | X8261209Q |
| ... | SR# X8261216Q | X8261263Q | X8261263Q | X8261270Q | X8261293Q |
| ... | SR# X8261306Q | X8261324Q | X8261331Q | X8261338Q | X8261351Q |
| ... | SR# X8261359Q | X8261366Q | X8261375Q | X8261385Q | X8261392Q |
| ... | SR# X8261407Q | X8261420Q | X8261454Q | X8261469Q | X8261526Q |
| ... | SR# X8261593Q | X8261628Q | X8261644Q | X8261652Q | X8261660Q |
| ... | SR# X8261667Q | X8262200Q | X8262205Q | X8262585Q | X8262640Q |
| ... | SR# X8262668Q | X8263029Q | X8263438Q | X8263561Q | X8263569Q |
| ... | SR# X8263576Q | X8263618Q | X8263625Q | X8263666Q | X8263673Q |
| ... | SR# X8263741Q | X8263774Q | X8263809Q | X8263816Q | X8263830Q |
| ... | SR# X8263843Q | X8264289Q | X8264314Q | X8264450Q | X8264434Q |
| ... | SR# X8264822Q | X8264867Q | X8265033Q | X8265220Q | X8265292Q |
| ... | SR# X8265314Q | X8265645Q | X8265662Q | X8265508Q | X8265611Q |
| ... | SR# X8265629Q | X8265712Q | X8265769Q | X8265781Q | X8265814Q |
| ... | SR# X8267540Q | X8265558Q | X8267562Q | X8267574Q | X8267590Q |
| ... | SR# X8267600Q | X8276618Q | X8267620Q | X8267631Q | X8267646Q |
| ... | SR# X8267657Q | X8276680Q | X8267680Q | X8267691Q | X8267705Q |
| ... | SR# X8267729Q | X8267737Q | X8267742Q | X8267750Q | X8267754Q |
| ... | SR# X8267759Q | X8267772Q | X8267792Q | X8267805Q | X8267877Q |
| ... | SR# X8267886Q | X8267905Q | X8267914Q | X8267961Q | X8268024Q |
| ... | SR# X8268030Q | X8268132Q | X8268137Q | X8268137Q | X8268144Q |
| ... | SR# X8268182Q | X8268210Q | X8268245Q | X8268337Q | X83111880 |
| ... | SR# X8451648Q | X8450499Q | X8450893Q | X8451052Q | X8451590Q |
| ... | SR# X8451875Q | X8452248Q | X8452254Q | X8452438Q | |
| ... | SR# X8452447Q | X8452560Q | X8452563Q | X8452725Q | X8452732Q |

* CONTINUED *

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE #   21046349
PAGE   2 of 2
DOCUMENT DATE   10/24/08

BILL TO   35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO   35474200344
CIRCUIT CITY STORES INC #344
400 LONG FELLOW COURT
LIVERMORE CA 94550

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2169008 | 550454 | 10/10/08 | 10/24/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | FEDEX OD PALLET | 685702835107 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | RO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8452783Q | X8452791Q | X8452810Q | | X8452846Q | | X8452857Q | |
| ... | SR# X8452904Q | X8452950Q | X8452965Q | | X8452978Q | | X8452980Q | |
| ... | SR# X8452991Q | X8453010Q | X8453017Q | | X8453044Q | | X8453098Q | |
| ... | SR# X8453103Q | X8453110Q | X8453118Q | | X8453129Q | | X8453133Q | |
| ... | SR# X8453140Q | X8453152Q | X8453160Q | | X8453168Q | | X8453179Q | |
| ... | SR# X8453183Q | X8453196Q | X8453239Q | | X8453245Q | | X8453259Q | |
| ... | SR# X8453264Q | X8453271Q | X8453286Q | | X8453293Q | | X8453307Q | |
| ... | SR# X8453323Q | X8453327Q | X8453349Q | | X8453362Q | | X8453370Q | |
| ... | SR# X8453379Q | X8453387Q | X8453395Q | | X8453541Q | | X8453580Q | |
| ... | SR# X8453582Q | X8453591Q | X8453605Q | | X8453660Q | | X8453683Q | |
| ... | SR# X8453686Q | X8453692Q | X8453697Q | | X8453738Q | | X8453747Q | |
| ... | SR# X8453764Q | X8453809Q | X8453817Q | | X8453824Q | | X8453854Q | |
| ... | SR# X8453873Q | X8453890Q | X8453893Q | | X8453906Q | | X8454761Q | |
| ... | SR# X8457242Q | X8457995Q | X8461799Q | | X8464079Q | | X8464330Q | |
| ... | SR# X8464367Q | X8464669Q | X8464799Q | | X8465553Q | | X8465656Q | |
| ... | SR# X8465753Q | X8466243Q | X8466356Q | | X8480911Q | | X8480940Q | |
| ... | SR# X8550678Q | X8550709Q | X8550883Q | | X8552202Q | | X8552595Q | |
| ... | SR# X8553094Q | X8553724Q | X8553994Q | | X8554776Q | | X8554902Q | |
| ... | SR# X8554985Q | X8555274Q | X8555615Q | | X8563693Q | | X8563829Q | |
| ... | SR# X8564045Q | X8564202Q | X8564323Q | | X8564454Q | | X8564590Q | |
| ... | SR# X8564630Q | X8564638Q | X8564798Q | | X8564876Q | | X8564889Q | |
| ... | SR# X8564994Q | X8565005Q | X8565107Q | | X8565331Q | | X8565630Q | |
| ... | SR# X8565677Q | X8565689Q | X8565761Q | | X8565814Q | | X8565873Q | |
| ... | SR# X8566773Q | X8566883Q | X8566898Q | | X8566970Q | | X8566976Q | |
| ... | SR# X8566985Q | X8567012Q | X8567107Q | | X8567115Q | | X8567124Q | |
| ... | SR# X8567131Q | X8567161Q | X8567235Q | | X8567270Q | | X8567304Q | |
| ... | SR# X8567320Q | X8567361Q | X8567371Q | | X8567471Q | | X8567548Q | |
| ... | SR# X8567644Q | X8567797Q | X8567879Q | | X8567960Q | | X8568042Q | |
| ... | SR# X8568108Q | X8568161Q | X8568239Q | | X8568313Q | | X8568370Q | |
| ... | SR# X8568418Q | X8568450Q | X8568514Q | | X8568566Q | | X8568609Q | |
| ... | SR# X8568629Q | X8568701Q | X8568729Q | | X8568754Q | | X8568838Q | |
| ... | SR# X8568868Q | X8568955Q | X8569063Q | | X8569135Q | | X8724333Q | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 247,228.80 | 0.00 | 0.00 | 0.00 | 247,228.80 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE   21046349   BILL TO   35474200
DOCUMENT DATE   10/24/08            CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 247,228.80 | 0.00 | 247,228.80 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 344 CIRCUIT CITY STORES INC #    Order #     : 550454 00
           400 LONG FELLOW COURT                     Order Date  : 10/10/08
                                                     Ship Date   : 10/24/08
           LIVERMORE        CA  94550                Terms       : PREPAID
Purchase Order # : 2169008                           Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702835107                      Total Wgt   : 02960.00
Qty of Cartons   :           7                       Ctrl Order  :
Sourcing Warehse : CTS                               Invoice #   : 2104 6349
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers ------------------------------------

```
685702835107        685702835118        685702835129        685702835130
685702835140        685702835151        685702835162
```

| Whs Ord | Ord | B/O | Shp | | | |
|---------|-----|-----|-----|-----|--------|--------|
| Ln# Ln# | Qty | Qty | Qty | UOM | Item # | Item Description |
| === === | ===== | ===== | ===== | === | =============== | ========================= |
| 1   1 | 320 | 0 | 320 | EA | PSLD8U-01F00Y | SATELLITE L355-S7835 |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| 55045400 | PSLD8U-01F00Y | SATELLITE L355-S7835 | 320 |

| | | | | | |
|---|---|---|---|---|---|
| X8257882Q | X8258720Q | X8258735Q | X8258746Q | X8258758Q | X8258774Q |
| X8258781Q | X8258792Q | X8258800Q | X8258810Q | X8258824Q | X8258832Q |
| X8258851Q | X8258869Q | X8258877Q | X8258885Q | X8258895Q | X8258911Q |
| X8258928Q | X8258933Q | X8258940Q | X8258970Q | X8258978Q | X8259149Q |
| X8259160Q | X8259517Q | X8260206Q | X8260836Q | X8260862Q | X8261007Q |
| X8261015Q | X8261031Q | X8261039Q | X8261052Q | X8261062Q | X8261155Q |
| X8261166Q | X8261176Q | X8261181Q | X8261209Q | X8261216Q | X8261229Q |
| X8261263Q | X8261270Q | X8261293Q | X8261306Q | X8261324Q | X8261331Q |
| X8261338Q | X8261351Q | X8261359Q | X8261366Q | X8261375Q | X8261385Q |

Customer : 35474200 344 CIRCUIT CITY STORES INC #    Order #     : 550454 00
          400 LONG FELLOW COURT                      Order Date  : 10/10/08
                                                     Ship Date   : 10/24/08
          LIVERMORE        CA  94550                 Terms       : PREPAID
Purchase Order # : 2169008                           Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702835107                      Total Wgt   : 02960.00
Qty of Cartons    :          7                       Ctrl Order  :
Sourcing Warehse : CTS                               Invoice #   :

                        Unit Detail

Unit        Item#         Description              Quantity

X8261392Q   X8261407Q   X8261420Q   X8261454Q   X8261469Q   X8261526Q

X8261593Q   X8261628Q   X8261644Q   X8261652Q   X8261660Q   X8261667Q

X8262200Q   X8262205Q   X8262585Q   X8262640Q   X8262668Q   X8263029Q

X8263438Q   X8263561Q   X8263569Q   X8263576Q   X8263618Q   X8263625Q

X8263666Q   X8263673Q   X8263741Q   X8263774Q   X8263809Q   X8263816Q

X8263830Q   X8263843Q   X8264289Q   X8264314Q   X8264450Q   X8264544Q

X8264822Q   X8264867Q   X8265033Q   X8265220Q   X8265292Q   X8265314Q

X8265445Q   X8265462Q   X8265508Q   X8265611Q   X8265629Q   X8265712Q

X8265769Q   X8265781Q   X8267483Q   X8267540Q   X8267558Q   X8267562Q

X8267574Q   X8267590Q   X8267600Q   X8267618Q   X8267626Q   X8267631Q

X8267646Q   X8267657Q   X8267668Q   X8267680Q   X8267691Q   X8267705Q

X8267729Q   X8267737Q   X8267742Q   X8267750Q   X8267754Q   X8267759Q

X8267772Q   X8267792Q   X8267805Q   X8267877Q   X8267886Q   X8267905Q

X8267914Q   X8267961Q   X8268024Q   X8268030Q   X8268052Q   X8268132Q

X8268137Q   X8268144Q   X8268182Q   X8268210Q   X8268245Q   X8268337Q

X8311188Q   X8450185Q   X8450499Q   X8450893Q   X8451052Q   X8451590Q

X8451648Q   X8451875Q   X8452248Q   X8452254Q   X8452438Q   X8452447Q

X8452560Q   X8452563Q   X8452725Q   X8452732Q   X8452783Q   X8452791Q

        This sale concerns products, and/or technical data that may be
    controlled under the U.S. Export Administration Regulations and
    may be subject to the approval of the U.S. Department of Commerce
    prior to export. Any export or re-export by the purchaser, directly
    or indirectly, in contravention of the U.S. Export Administration
    Regulations is prohibited.

              DAILY - 10/24/08 - DIV 040

```
Customer : 35474200 344 CIRCUIT CITY STORES INC #    Order #     : 550454 00
           400 LONG FELLOW COURT                     Order Date : 10/10/08
                                                     Ship Date  : 10/24/08
           LIVERMORE          CA  94550              Terms       : PREPAID
Purchase Order # : 2169008                           Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702835107                      Total Wgt   : 02960.00
Qty of Cartons   :        7                          Ctrl Order :
Sourcing Warehse : CTS                               Invoice #  :
```

### Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| X8452810Q | X8452846Q | X8452857Q | X8452904Q | X8452950Q | X8452965Q |
| X8452978Q | X8452980Q | X8452991Q | X8453010Q | X8453017Q | X8453044Q |
| X8453098Q | X8453103Q | X8453110Q | X8453118Q | X8453129Q | X8453133Q |
| X8453140Q | X8453152Q | X8453160Q | X8453168Q | X8453179Q | X8453183Q |
| X8453196Q | X8453239Q | X8453245Q | X8453259Q | X8453264Q | X8453271Q |
| X8453286Q | X8453293Q | X8453307Q | X8453323Q | X8453327Q | X8453349Q |
| X8453362Q | X8453370Q | X8453379Q | X8453387Q | X8453395Q | X8453541Q |
| X8453580Q | X8453582Q | X8453591Q | X8453605Q | X8453660Q | X8453683Q |
| X8453686Q | X8453692Q | X8453697Q | X8453738Q | X8453747Q | X8453764Q |
| X8453809Q | X8453817Q | X8453824Q | X8453854Q | X8453873Q | X8453890Q |
| X8453893Q | X8453906Q | X8454761Q | X8457242Q | X8457995Q | X8461799Q |
| X8464079Q | X8464330Q | X8464367Q | X8464669Q | X8464799Q | X8465553Q |
| X8465656Q | X8465753Q | X8466243Q | X8466356Q | X8480911Q | X8480940Q |
| X8550678Q | X8550709Q | X8550883Q | X8552202Q | X8552595Q | X8553094Q |
| X8553724Q | X8553994Q | X8554776Q | X8554902Q | X8554985Q | X8555274Q |
| X8555615Q | X8563693Q | X8563829Q | X8564045Q | X8564202Q | X8564323Q |
| X8564454Q | X8564590Q | X8564630Q | X8564638Q | X8564798Q | X8564876Q |
| X8564889Q | X8564994Q | X8565005Q | X8565107Q | X8565331Q | X8565630Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/24/08 - DIV 040