```
Customer : 35474200 344 CIRCUIT CITY STORES INC #    Order #     : 550454 00
           400 LONG FELLOW COURT                     Order Date  : 10/10/08
                                                     Ship Date   : 10/24/08
           LIVERMORE           CA  94550             Terms       : PREPAID
Purchase Order # : 2169008                           Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702835107                      Total Wgt   : 02960.00
Qty of Cartons   :       7                           Ctrl Order  :
Sourcing Warehse : CTS                               Invoice #   :
```

Unit Detail

| Unit | Item# | Description | | | | Quantity |
|---|---|---|---|---|---|---|
| X8565677Q | X8565689Q | X8565761Q | X8565814Q | X8565873Q | X8566773Q | |
| X8566883Q | X8566898Q | X8566970Q | X8566976Q | X8566985Q | X8567012Q | |
| X8567107Q | X8567115Q | X8567124Q | X8567131Q | X8567161Q | X8567235Q | |
| X8567270Q | X8567304Q | X8567320Q | X8567361Q | X8567371Q | X8567471Q | |
| X8567548Q | X8567644Q | X8567797Q | X8567879Q | X8567960Q | X8568042Q | |
| X8568108Q | X8568161Q | X8568239Q | X8568313Q | X8568370Q | X8568418Q | |
| X8568450Q | X8568514Q | X8568566Q | X8568609Q | X8568629Q | X8568701Q | |
| X8568729Q | X8568754Q | X8568838Q | X8568868Q | X8568955Q | X8569063Q | |
| X8569135Q | X8572433Q | | | | | |

/////// E N D  O F  P A C K I N G  L I S T ///////

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 10/24/08 - DIV 040



Español | Customer Support | FedEx Locations    Search    [ Go ]

| Package/Envelope | Freight | Expedited | Office/Print Services ✱ |
| Ship ▸ | Track ▸ | Manage ▸ | Business Solutions ▸ |

Track Shipments/FedEx Kinko's Orders
## Summary Results

🖨 Printable Version

### Single piece shipments

| Tracking number | Status | Date/Time | Destination | Service | Signature Image |
|---|---|---|---|---|---|
| 685702835107 | Departed FedEx location | Oct 27, 2008 12:28 AM | BOARDMAN, OH | FedEx Express | |
| 685702835118 | Delivered | Oct 28, 2008 9:47 AM | RESTON, VA | FedEx Express | Y |
| 685702835129 | Delivered | Oct 28, 2008 9:47 AM | RESTON, VA | FedEx Express | Y |
| 685702835130 | Delivered | Oct 28, 2008 9:47 AM | RESTON, VA | FedEx Express | Y |
| 685702835140 | Delivered | Oct 28, 2008 9:47 AM | RESTON, VA | FedEx Express | Y |
| 685702835151 | Departed FedEx location | Oct 27, 2008 12:28 AM | RESTON, VA | FedEx Express | |
| 685702835162 | Delivered | Oct 28, 2008 9:47 AM | RESTON, VA | FedEx Express | Y |

**Account number**
(Required for detailed Signature Proof of D
Click here if you have more than one account number for thes

[ View signature proof results ]    [ E-mail signature proof results ]    [ Track more shipments/o ]

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx

```
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                    INVOICE:
DPD DIGITAL PRODUCTS DIVISION                                PAGE    1 of 3
9740 Irvine Blvd.                                            DOCUMENT DATE  10/24/08
Irvine, CA 92618


       BILL TO  35474200                          SHIP TO  35474200775
       CIRCUIT CITY STORES INC                    CIRCUIT CITY DIST. CTR. #775
       9954 MAYLAND DRIVE                         19925 INDEPENDENCE BLVD
       MERCH. PAYABLE/AMY SANDERSON               GROVELAND FL 34736
       RICHMOND VA 232331464


PURCHASE ORDER NUMBER    ORDER NUMBER    ORDER DATE      SHIP DATE     PAYMENT TERMS        OC   /AC
2169012                  550468          10/10/08        10/24/08      NET 30               ORD  /25

FOB                                FREIGHT TERMS                  SHIP VIA              BILL OF LADING       SRCWHS      SLSP
CIF - DESTINATION                  FREIGHT PREPAID                FEDEX OD PALLET       685702835026         CTS         DPDCC9
CUSTOMER MSGS:

                                         ORDER     SHIP      BO        UNIT LIST    DISC      NET UNIT           EXTENDED
PART NUMBER      DESCRIPTION              QTY      QTY    QTY UOM        PRICE       %         PRICE              AMOUNT

PSLD8U-01F00Y    SATELLITE L355-S7835     768      384      0 EA         772.59     .0         772.59           296,674.56
  CUSTOMER PART NUMBER: L355S7835


SERIAL NUMBERS:
PSLD8U-01F00Y    SR# X8256590Q    X8258392Q    X8258501Q    X8258602Q    X8258710Q
...              SR# X8259045Q    X8259238Q    X8259309Q    X8259343Q    X8259351Q
...              SR# X8259481Q    X8259585Q    X8259626Q    X8260203Q    X8260671Q
...              SR# X8260719Q    X8260726Q    X8260784Q    X8260812Q    X8260826Q
...              SR# X8260909Q    X8260922Q    X8261001Q    X8261074Q    X8261078Q
...              SR# X8261095Q    X8261109Q    X8261122Q    X8261200Q    X8261222Q
...              SR# X8261237Q    X8261246Q    X8261276Q    X8261309Q    X8261666Q
...              SR# X8261703Q    X8261829Q    X8261855Q    X8261859Q    X8261874Q
...              SR# X8261891Q    X8261901Q    X8261910Q    X8261930Q    X8261937Q
...              SR# X8261941Q    X8261976Q    X8261984Q    X8262015Q    X8262024Q
...              SR# X8262047Q    X8262067Q    X8262078Q    X8262096Q    X8262113Q
...              SR# X8262135Q    X8262136Q    X8262142Q    X8262160Q    X8262161Q
...              SR# X8262164Q    X8262178Q    X8262195Q    X8262211Q    X8262221Q
...              SR# X8262225Q    X8262240Q    X8262269Q    X8262275Q    X8262278Q
...              SR# X8262285Q    X8262300Q    X8262304Q    X8262315Q    X8262322Q
...              SR# X8262323Q    X8262338Q    X8262344Q    X8262354Q    X8262364Q
...              SR# X8262375Q    X8262419Q    X8262435Q    X8262436Q    X8262497Q
...              SR# X8262504Q    X8262516Q    X8262527Q    X8262533Q    X8262539Q
...              SR# X8262543Q    X8262550Q    X8262577Q    X8262584Q    X8262591Q
...              SR# X8262600Q    X8262608Q    X8262611Q    X8262625Q    X8262678Q
...              SR# X8262693Q    X8262708Q    X8262729Q    X8262742Q    X8262752Q
...              SR# X8262755Q    X8262760Q    X8262772Q    X8262795Q    X8262817Q
...              SR# X8262828Q    X8262835Q    X8262957Q    X8262973Q    X8262978Q
...              SR# X8263012Q    X8263014Q    X8263039Q    X8263052Q    X8263061Q
...              SR# X8263070Q    X8263080Q    X8263090Q    X8263097Q    X8263106Q
...              SR# X8263112Q    X8263126Q    X8263134Q    X8263150Q    X8263156Q
...              SR# X8263163Q    X8263165Q    X8263173Q    X8263180Q    X8263193Q
...              SR# X8263197Q    X8263202Q    X8263209Q    X8263217Q    X8263223Q
...              SR# X8263241Q    X8263257Q    X8263272Q    X8263276Q    X8263312Q
...              SR# X8263341Q    X8263425Q    X8263426Q    X8263447Q    X8263448Q
...              SR# X8263470Q    X8263480Q    X8263496Q    X8263511Q    X8263518Q
...              SR# X8263548Q    X8263551Q    X8263559Q    X8263610Q    X8263659Q


* CONTINUED *
```

```
                                                    INVOICE
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                                     PAGE   2 of 3
DPD DIGITAL PRODUCTS DIVISION                                         DOCUMENT DATE  10/24/08
9740 Irvine Blvd.
Irvine, CA 92618




        BILL TO  35474200                           SHIP TO  35474200775
        CIRCUIT CITY STORES INC                    CIRCUIT CITY DIST. CTR. #775
        9954 MAYLAND DRIVE                         19925 INDEPENDENCE BLVD
        MERCH. PAYABLE/AMY SANDERSON               GROVELAND FL 34736
        RICHMOND VA 232331464




PURCHASE ORDER NUMBER   ORDER NUMBER      ORDER DATE       SHIP DATE     PAYMENT TERMS          OC  /AC
2169012                 550468            10/10/08         10/24/08      NET 30                 ORD /25
FOB                                FREIGHT TERMS           SHIP VIA            BILL OF LADING   SRCWHS      SLSP
CIF - DESTINATION                  FREIGHT PREPAID         FEDEX OD PALLET     685702835026     CTS         DPDCC9
CUSTOMER MSGS:

                                        ORDER       SHIP       BO        UNIT LIST     DISC    NET UNIT        EXTENDED
PART NUMBER     DESCRIPTION             QTY         QTY        QTY UOM   PRICE         %       PRICE           AMOUNT
...             SR# X8263671Q           X8263676Q   X8263749Q            X8263759Q             X8263785Q
...             SR# X8263795Q           X8263800Q   X8263867Q            X8263895Q             X8263899Q
...             SR# X8263924Q           X8263939Q   X8263959Q            X8264027Q             X8264042Q
...             SR# X8264066Q           X8264101Q   X8264111Q            X8264117Q             X8264223Q
...             SR# X8264268Q           X8264276Q   X8264353Q            X8264361Q             X8264385Q
...             SR# X8264396Q           X8264414Q   X8264439Q            X8264465Q             X8264478Q
...             SR# X8264491Q           X8264511Q   X8264523Q            X8264538Q             X8264562Q
...             SR# X8264566Q           X8264574Q   X8264586Q            X8264593Q             X8264604Q
...             SR# X8264617Q           X8264623Q   X8264631Q            X8264637Q             X8264660Q
...             SR# X8264674Q           X8264691Q   X8264695Q            X8264720Q             X8264734Q
...             SR# X8264737Q           X8264750Q   X8264760Q            X8264767Q             X8264779Q
...             SR# X8264784Q           X8264890Q   X8264912Q            X8264923Q             X8264928Q
...             SR# X8264945Q           X8264963Q   X8264973Q            X8264998Q             X8265034Q
...             SR# X8265067Q           X8265111Q   X8265223Q            X8265239Q             X8265264Q
...             SR# X8265323Q           X8265346Q   X8265352Q            X8265356Q             X8265424Q
...             SR# X8265667Q           X8265696Q   X8265722Q            X8265774Q             X8265867Q
...             SR# X8353857Q           X8353972Q   X8354064Q            X8354193Q             X8354232Q
...             SR# X8354498Q           X8354539Q   X8354567Q            X8354632Q             X8354663Q
...             SR# X8354671Q           X8354722Q   X8354739Q            X8354756Q             X8354839Q
...             SR# X8354888Q           X8354905Q   X8354935Q            X8354937Q             X8354966Q
...             SR# X8354974Q           X8354983Q   X8354997Q            X8355008Q             X8355017Q
...             SR# X8355032Q           X8355045Q   X8355063Q            X8355066Q             X8355077Q
...             SR# X8355094Q           X8355099Q   X8354700Q            X8355722Q             X8355851Q
...             SR# X8356266Q           X8356426Q   X8357693Q            X8357700Q             X8357710Q
...             SR# X8357717Q           X8357754Q   X8357766Q            X8357771Q             X8357814Q
...             SR# X8357824Q           X8359335Q   X8359914Q            X8393122Q             X8396564Q
...             SR# X8415102Q           X8415484Q   X8416130Q            X8416521Q             X8416966Q
...             SR# X8418220Q           X8419193Q   X8420648Q            X8422710Q             X8435268Q
...             SR# X8450234Q           X8450272Q   X8450282Q            X8450409Q             X8450417Q
...             SR# X8450432Q           X8450476Q   X8450581Q            X8450656Q             X8450671Q
...             SR# X8450679Q           X8450801Q   X8450827Q            X8450843Q             X8450865Q
...             SR# X8450895Q           X8450918Q   X8450942Q            X8450961Q             X8451009Q
...             SR# X8451028Q           X8451045Q   X8451058Q            X8451081Q             X8451093Q
...             SR# X8451095Q           X8451102Q   X8451121Q            X8451125Q             X8451130Q
...             SR# X8451144Q           X8451168Q   X8451188Q            X8451665Q             X8452289Q
...             SR# X8452477Q           X8452659Q   X8453298Q            X8453309Q             X8453596Q
...             SR# X8453597Q           X8453620Q   X8453622Q            X8453678Q             X8453705Q



* CONTINUED *
```

```
                                                               INVOICE
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.             INVOICE(S) 21046350
DPD DIGITAL PRODUCTS DIVISION                                   PAGE    3 of 3
9740 Irvine Blvd.                                     DOCUMENT DATE  10/24/08
Irvine, CA 92618


        BILL TO  35474200                    SHIP TO  35474200775
                 CIRCUIT CITY STORES INC              CIRCUIT CITY DIST. CTR. #775
                 9954 MAYLAND DRIVE                   19925 INDEPENDENCE BLVD
                 MERCH. PAYABLE/AMY SANDERSON         GROVELAND FL 34736
                 RICHMOND VA 232331464




PURCHASE ORDER NUMBER    ORDER NUMBER     ORDER DATE        SHIP DATE    PAYMENT TERMS         OC  /AC
2169012                  550468           10/10/08          10/24/08     NET 30                ORD /25

FOB                      FREIGHT TERMS                      SHIP VIA     BILL OF LADING    SRCWHS    SLSP
CIF - DESTINATION        FREIGHT PREPAID                    FEDEX OD PALLET  685702835026  CTS       DPDCC9
CUSTOMER MSGS:

                                          ORDER      SHIP     BO         UNIT LIST    DISC      NET UNIT     EXTENDED
PART NUMBER     DESCRIPTION               QTY        QTY      QTY UOM    PRICE        %         PRICE        AMOUNT

...             SR# X8453841Q             X8456315Q           X8456733Q               X8456746Q   X8456760Q
...             SR# X8456803Q             X8456818Q           X8456879Q               X8456942Q   X8456949Q
...             SR# X8456993Q             X8457057Q           X8457119Q               X8457275Q   X8457283Q
...             SR# X8457306Q             X8457410Q           X8457424Q               X8457443Q   X8457472Q
...             SR# X8457488Q             X8457502Q           X8458435Q               X8461373Q   X8462483Q
...             SR# X8462705Q             X8463034Q           X8463043Q               X8463070Q   X8463076Q
...             SR# X8463108Q             X8463133Q           X8464678Q               X8465524Q   X8465865Q
...             SR# X8466807Q             X8467257Q           X8467368Q               X8467639Q

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.




    TOTAL SALES         DISCOUNT APPLIED       TAX AMOUNT            FREIGHT           TOTAL DUE
    296,674.56                     0.00             0.00                0.00          296,674.56


PLEASE RETURN THIS PORTION WITH REMITTANCE:         PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                                                                      P.O. Box 91865
      INVOICE  21046350    BILL TO  35474200                          CHICAGO IL 60693
DOCUMENT DATE  10/24/08             CIRCUIT CITY STORES INC           (949) 583-3534

                                        NET AMOUNT       PAY TERM DISCOUNT         TOTAL DUE
                                        296,674.56                     0.00       296,674.56
                                                          AMOUNT ENCLOSED:  _____
```

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #    Order #    : 550468 00
           19925 INDEPENDENCE BLVD                   Order Date : 10/10/08
                                                     Ship Date  : 10/24/08
           GROVELAND           FL   34736            Terms      : PREPAID
Purchase Order # : 2169012                           Carrier    : FEDEX-IDF PALLE
Bill of Lading # : 685702835026                      Total Wgt  : 03552.00
Qty of Cartons   :        8                          Ctrl Order :
Sourcing Warehse : CTS                               Invoice #  : 21046350
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers ---------------------------------------
685702835026        685702835037        685702835048        685702835059
685702835060        685702835070        685702835081        685702835092

```
Whs Ord   Ord    B/O    Shp
Ln# Ln#   Qty    Qty    Qty    UOM   Item #            Item Description
=== ===   =====  =====  =====  ===   ==============    =========================

 1   1     384     0     384    EA   PSLD8U-01F00Y     SATELLITE L355-S7835
```

                                    Unit Detail

Unit          Item#          Description                           Quantity

55046800      PSLD8U-01F00Y       SATELLITE L355-S7835                 384

X8256590Q     X8258392Q      X8258501Q      X8258602Q     X8258710Q     X8259045Q

X8259238Q     X8259309Q      X8259343Q      X8259351Q     X8259481Q     X8259585Q

X8259626Q     X8260203Q      X8260671Q      X8260719Q     X8260726Q     X8260784Q

X8260812Q     X8260826Q      X8260909Q      X8260922Q     X8261001Q     X8261074Q

X8261078Q     X8261095Q      X8261109Q      X8261122Q     X8261200Q     X8261222Q

X8261237Q     X8261246Q      X8261276Q      X8261309Q     X8261666Q     X8261703Q

X8261829Q     X8261855Q      X8261859Q      X8261874Q     X8261891Q     X8261901Q

X8261910Q     X8261930Q      X8261937Q      X8261941Q     X8261976Q     X8261984Q

X8262015Q     X8262024Q      X8262047Q      X8262067Q     X8262078Q     X8262096Q

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #    Order #     : 550468 00
           19925 INDEPENDENCE BLVD                   Order Date  : 10/10/08
                                                     Ship Date   : 10/24/08
           GROVELAND       FL  34736                 Terms       : PREPAID
Purchase Order # : 2169012                           Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702835026                      Total Wgt   : 03552.00
Qty of Cartons   :         8                         Ctrl Order  :
Sourcing Warehse : CTS                               Invoice #   :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| X8262113Q | X8262135Q | X8262136Q | X8262142Q | X8262160Q | X8262161Q |
| X8262164Q | X8262178Q | X8262195Q | X8262211Q | X8262221Q | X8262225Q |
| X8262240Q | X8262269Q | X8262275Q | X8262278Q | X8262285Q | X8262300Q |
| X8262304Q | X8262315Q | X8262322Q | X8262323Q | X8262338Q | X8262344Q |
| X8262354Q | X8262364Q | X8262375Q | X8262419Q | X8262435Q | X8262436Q |
| X8262497Q | X8262504Q | X8262516Q | X8262527Q | X8262533Q | X8262539Q |
| X8262543Q | X8262550Q | X8262577Q | X8262584Q | X8262591Q | X8262600Q |
| X8262608Q | X8262611Q | X8262625Q | X8262678Q | X8262693Q | X8262708Q |
| X8262729Q | X8262742Q | X8262752Q | X8262755Q | X8262760Q | X8262772Q |
| X8262795Q | X8262817Q | X8262828Q | X8262835Q | X8262957Q | X8262973Q |
| X8262978Q | X8263012Q | X8263014Q | X8263039Q | X8263052Q | X8263061Q |
| X8263070Q | X8263080Q | X8263090Q | X8263097Q | X8263106Q | X8263112Q |
| X8263126Q | X8263134Q | X8263150Q | X8263156Q | X8263163Q | X8263165Q |
| X8263173Q | X8263180Q | X8263193Q | X8263197Q | X8263202Q | X8263209Q |
| X8263217Q | X8263223Q | X8263241Q | X8263257Q | X8263272Q | X8263276Q |
| X8263312Q | X8263341Q | X8263425Q | X8263426Q | X8263447Q | X8263448Q |
| X8263470Q | X8263480Q | X8263496Q | X8263511Q | X8263518Q | X8263548Q |
| X8263551Q | X8263559Q | X8263610Q | X8263659Q | X8263671Q | X8263676Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                         DAILY - 10/24/08 - DIV 040

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #    Order #     : 550468 00
           19925 INDEPENDENCE BLVD                   Order Date  : 10/10/08
                                                     Ship Date   : 10/24/08
           GROVELAND      FL  34736                  Terms       : PREPAID
Purchase Order # : 2169012                           Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702835026                      Total Wgt   : 03552.00
Qty of Cartons   :        8                          Ctrl Order  :
Sourcing Warehse : CTS                               Invoice #   :

                              Unit Detail

Unit          Item#          Description                      Quantity

X8263749Q     X8263759Q      X8263785Q     X8263795Q      X8263800Q     X8263867Q

X8263895Q     X8263899Q      X8263924Q     X8263939Q      X8263959Q     X8264027Q

X8264042Q     X8264066Q      X8264101Q     X8264111Q      X8264117Q     X8264223Q

X8264268Q     X8264276Q      X8264353Q     X8264361Q      X8264385Q     X8264396Q

X8264414Q     X8264439Q      X8264465Q     X8264478Q      X8264491Q     X8264511Q

X8264523Q     X8264538Q      X8264562Q     X8264566Q      X8264574Q     X8264586Q

X8264593Q     X8264604Q      X8264617Q     X8264623Q      X8264631Q     X8264637Q

X8264660Q     X8264674Q      X8264691Q     X8264695Q      X8264720Q     X8264734Q

X8264737Q     X8264750Q      X8264760Q     X8264767Q      X8264779Q     X8264784Q

X8264890Q     X8264912Q      X8264923Q     X8264928Q      X8264945Q     X8264963Q

X8264973Q     X8264998Q      X8265034Q     X8265067Q      X8265111Q     X8265223Q

X8265239Q     X8265264Q      X8265323Q     X8265346Q      X8265352Q     X8265356Q

X8265424Q     X8265667Q      X8265696Q     X8265722Q      X8265774Q     X8265867Q

X8353857Q     X8353972Q      X8354064Q     X8354193Q      X8354232Q     X8354498Q

X8354539Q     X8354567Q      X8354632Q     X8354663Q      X8354671Q     X8354722Q

X8354739Q     X8354756Q      X8354839Q     X8354888Q      X8354905Q     X8354935Q

X8354937Q     X8354966Q      X8354974Q     X8354983Q      X8354997Q     X8355008Q

X8355017Q     X8355032Q      X8355045Q     X8355063Q      X8355066Q     X8355077Q
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/24/08 - DIV 040

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #   Order #     : 550468 00
           19925 INDEPENDENCE BLVD                  Order Date  : 10/10/08
                                                    Ship Date   : 10/24/08
           GROVELAND          FL  34736             Terms       : PREPAID
Purchase Order # : 2169012                          Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702835026                     Total Wgt   : 03552.00
Qty of Cartons   :        8                         Ctrl Order  :
Sourcing Warehse : CTS                              Invoice #   :
```

                                    Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| X8355094Q | X8355099Q | X8355470Q | X8355722Q | X8355851Q | X8356266Q |
| X8356426Q | X8357693Q | X8357700Q | X8357710Q | X8357717Q | X8357754Q |
| X8357766Q | X8357771Q | X8357814Q | X8357824Q | X8359335Q | X8359914Q |
| X8393122Q | X8396564Q | X8415102Q | X8415484Q | X8416130Q | X8416521Q |
| X8416966Q | X8418220Q | X8419193Q | X8420648Q | X8422710Q | X8435268Q |
| X8450234Q | X8450272Q | X8450282Q | X8450409Q | X8450417Q | X8450432Q |
| X8450476Q | X8450581Q | X8450656Q | X8450671Q | X8450679Q | X8450801Q |
| X8450827Q | X8450843Q | X8450865Q | X8450895Q | X8450918Q | X8450942Q |
| X8450961Q | X8451009Q | X8451028Q | X8451045Q | X8451058Q | X8451081Q |
| X8451093Q | X8451095Q | X8451102Q | X8451121Q | X8451125Q | X8451130Q |
| X8451144Q | X8451168Q | X8451188Q | X8451665Q | X8452289Q | X8452477Q |
| X8452659Q | X8453298Q | X8453309Q | X8453596Q | X8453597Q | X8453620Q |
| X8453622Q | X8453678Q | X8453705Q | X8453841Q | X8456315Q | X8456733Q |
| X8456746Q | X8456760Q | X8456803Q | X8456818Q | X8456879Q | X8456942Q |
| X8456949Q | X8456993Q | X8457057Q | X8457119Q | X8457275Q | X8457283Q |
| X8457306Q | X8457410Q | X8457424Q | X8457443Q | X8457472Q | X8457488Q |
| X8457502Q | X8458435Q | X8461373Q | X8462483Q | X8462705Q | X8463034Q |
| X8463043Q | X8463070Q | X8463076Q | X8463108Q | X8463133Q | X8464678Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                        DAILY - 10/24/08 - DIV 040

10/25/08   T O S H I B A   A M E R I C A,   I N C.   PAGE: 5
1:22:26    O P T I C A L   P A C K I N G   L I S T

Case 08-35653-KRH   Doc 458-26   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) voices and Proof of Delivery Cont.   Page 10 of 19

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #   Order #     : 550468 00
           19925 INDEPENDENCE BLVD                  Order Date  : 10/10/08
                                                    Ship Date   : 10/24/08
           GROVELAND        FL  34736               Terms       : PREPAID
Purchase Order # : 2169012                          Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702835026                     Total Wgt   : 03552.00
Qty of Cartons   :        8                         Ctrl Order  :
Sourcing Warehse : CTS                              Invoice #   :

                              Unit Detail

Unit         Item#          Description                      Quantity

X8465524Q    X8465865Q    X8466807Q    X8467257Q    X8467368Q    X8467639Q


      ///////  E N D   O F   P A C K I N G   L I S T  ///////
```

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/24/08 - DIV 040



November 10, 2008

Dear Customer:

Proof-of-delivery letters are being provided for the following shipments:

| | |
|---|---|
| 685702835026 | ROCKAWAY, NJ |
| 685702835037 | ROCKAWAY, NJ |
| 685702835048 | ROCKAWAY, NJ |
| 685702835059 | ROCKAWAY, NJ |
| 685702835060 | BOARDMAN, OH |
| 685702835070 | BOARDMAN, OH |
| 685702835081 | BOARDMAN, OH |
| 685702835092 | BOARDMAN, OH |

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx. We look forward to working with you in the future.

FedEx
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835026**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ROCKAWAY, NJ |
| Signed for by: | B.SANABRIA | Delivery date: | Oct 28, 2008 10:49 |
| Service type: | IP DirectDistribution Freight | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702835026 | Ship date: | Oct 24, 2008 |
| | | Weight: | 144.0 kgs. |

Recipient:
ROCKAWAY, NJ US

Shipper:
Shanghai CN

Reference                49511500

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835037**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ROCKAWAY, NJ |
| Signed for by: | B.SANABRIA | Delivery date: | Oct 28, 2008 10:49 |
| Service type: | IP DirectDistribution Freight | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702835037 | Ship date: | Oct 24, 2008 |
| | | Weight: | 144.0 kgs. |

**Recipient:**
ROCKAWAY, NJ US

**Shipper:**
Shanghai CN

**Reference**     49511500

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835048**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | ROCKAWAY, NJ |
| Signed for by: | B.SANABRIA | Delivery date: | Oct 28, 2008 10:49 |
| Service type: | IP DirectDistribution Freight | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702835048 | Ship date: | Oct 24, 2008 |
| | | Weight: | 144.0 kgs. |

Recipient:
ROCKAWAY, NJ US

Shipper:
Shanghai CN

Reference     49511500

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835059**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | ROCKAWAY, NJ |
| **Signed for by:** | B.SANABRIA | **Delivery date:** | Oct 28, 2008 10:49 |
| **Service type:** | IP DirectDistribution Freight | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 685702835059 | **Ship date:** | Oct 24, 2008 |
| | | **Weight:** | 144.0 kgs. |

**Recipient:**
ROCKAWAY, NJ US

**Shipper:**
Shanghai CN

**Reference**              49511500

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835060**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | BOARDMAN, OH |
| **Signed for by:** | B.SANABRIA | **Delivery date:** | Oct 28, 2008 10:49 |
| **Service type:** | IP DirectDistribution Freight | | |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 685702835060 | **Ship date:** | Oct 24, 2008 |
| | | **Weight:** | 144.0 kgs. |

**Recipient:**
BOARDMAN, OH US

**Shipper:**
Shanghai CN

**Reference**                49486400

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835070**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | BOARDMAN, OH |
| **Signed for by:** | B.SANABRIA | **Delivery date:** | Oct 28, 2008 10:49 |
| **Service type:** | IP DirectDistribution Freight | | |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 685702835070 | **Ship date:** | Oct 24, 2008 |
| | | **Weight:** | 144.0 kgs. |

**Recipient:**
BOARDMAN, OH US

**Shipper:**
Shanghai CN

**Reference**    49486400

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835081**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | BOARDMAN, OH |
| **Signed for by:** | B.SANABRIA | **Delivery date:** | Oct 28, 2008 10:49 |
| **Service type:** | IP DirectDistribution Freight | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 685702835081 | **Ship date:** | Oct 24, 2008 |
| | | **Weight:** | 144.0 kgs. |

**Recipient:**
BOARDMAN, OH US

**Shipper:**
Shanghai CN

**Reference**                    49486400

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835092**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | BOARDMAN, OH |
| **Signed for by:** | B.SANABRIA | **Delivery date:** | Oct 28, 2008 10:49 |
| **Service type:** | IP DirectDistribution Freight | | |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 685702835092 | **Ship date:** | Oct 24, 2008 |
| | | **Weight:** | 144.0 kgs. |

**Recipient:**
BOARDMAN, OH US

**Shipper:**
Shanghai CN

**Reference**                                          49486400

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339