```
                                                    INVOICE
                                        INVOICE #  21046351
                                             PAGE  1 of 3
                                     DOCUMENT DATE  10/24/08
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618
```

```
        BILL TO 35474200                      SHIP TO 35474200775
        CIRCUIT CITY STORES INC               CIRCUIT CITY DIST. CTR. #775
        9954 MAYLAND DRIVE                    19925 INDEPENDENCE BLVD
        MERCH. PAYABLE/AMY SANDERSON          GROVELAND FL 34736
        RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2169012 | 550468 | 10/10/08 | 10/24/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | FEDEX OD PALLET | 685702835173 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PSLD8U-01F00Y | SATELLITE L355-S7835 | 768 | 384 | 0 EA | 772.59 | .0 | 772.59 | 296,674.56 |
| | CUSTOMER PART NUMBER: L355S7835 | | | | | | | |

```
SERIAL NUMBERS:
PSLD8U-01F00Y
...        SR# X8256922Q   X8257588Q   X8257651Q   X8258614Q   X8258859Q
...        SR# X8258920Q   X8258951Q   X8258960Q   X8258987Q   X8259175Q
...        SR# X8259255Q   X8259301Q   X8259544Q   X8260348Q   X8260593Q
...        SR# X8260622Q   X8260628Q   X8260641Q   X8260685Q   X8260689Q
...        SR# X8260697Q   X8260704Q   X8260734Q   X8260755Q   X8260973Q
...        SR# X8260988Q   X8261000Q   X8261021Q   X8261044Q   X8261054Q
...        SR# X8261083Q   X8261103Q   X8261170Q   X8261190Q   X8261254Q
...        SR# X8261286Q   X8261336Q   X8261340Q   X8261341Q   X8261426Q
...        SR# X8261429Q   X8261440Q   X8261446Q   X8261455Q   X8261478Q
...        SR# X8261486Q   X8261491Q   X8261503Q   X8261516Q   X8261519Q
...        SR# X8261541Q   X8261547Q   X8261554Q   X8261560Q   X8261567Q
...        SR# X8261577Q   X8261586Q   X8261600Q   X8261606Q   X8261636Q
...        SR# X8261649Q   X8261676Q   X8261681Q   X8261688Q   X8261697Q
...        SR# X8261735Q   X8261746Q   X8261754Q   X8261760Q   X8261775Q
...        SR# X8261788Q   X8261802Q   X8261951Q   X8261958Q   X8261966Q
...        SR# X8261992Q   X8261996Q   X8262006Q   X8262061Q   X8262083Q
...        SR# X8262111Q   X8262253Q   X8262292Q   X8262360Q   X8262403Q
...        SR# X8262450Q   X8262468Q   X8262512Q   X8262558Q   X8262595Q
...        SR# X8262617Q   X8262643Q   X8262653Q   X8262653Q   X8262661Q
...        SR# X8262686Q   X8262700Q   X8262724Q   X8262786Q   X8262790Q
...        SR# X8262819Q   X8262842Q   X8262849Q   X8262855Q   X8262857Q
...        SR# X8262868Q   X8262877Q   X8262881Q   X8262888Q   X8262900Q
...        SR# X8262901Q   X8262903Q   X8262913Q   X8262916Q   X8262921Q
...        SR# X8262924Q   X8262928Q   X8262936Q   X8262938Q   X8262941Q
...        SR# X8262945Q   X8262969Q   X8262983Q   X8262986Q   X8262987Q
...        SR# X8262991Q   X8263001Q   X8263004Q   X8263020Q   X8263022Q
...        SR# X8263072Q   X8263089Q   X8263133Q   X8263182Q   X8263189Q
...        SR# X8263212Q   X8263235Q   X8263249Q   X8263266Q   X8263270Q
...        SR# X8263279Q   X8263286Q   X8263292Q   X8263301Q   X8263335Q
...        SR# X8263343Q   X8263349Q   X8263356Q   X8263374Q   X8263494Q
...        SR# X8263630Q   X8263669Q   X8263762Q   X8263768Q   X8263788Q
...        SR# X8263821Q   X8263833Q   X8263842Q   X8263917Q   X8263930Q
```

* CONTINUED *

INVOICE

INVOICE # 21046351
PAGE 2 of 3
DOCUMENT DATE 10/24/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO 35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO 35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| PURCHASE ORDER NUMBER 2169012 | ORDER NUMBER 550468 | ORDER DATE 10/10/08 | SHIP DATE 10/24/08 | PAYMENT TERMS NET 30 | | OC /AC ORD /25 |
|---|---|---|---|---|---|---|
| FOB CIF - DESTINATION | FREIGHT TERMS FREIGHT PREPAID | | SHIP VIA FEDEX OD PALLET | BILL OF LADING 685702835173 | | SRCWHS CTS   SLSP DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8263948Q | X8263979Q | X8263984Q | | X8264091Q | X8264371Q | | |
| ... | SR# X8264377Q | X8264460Q | X8264531Q | | X8264552Q | X8264601Q | | |
| ... | SR# X8264663Q | X8264844Q | X8264855Q | | X8264904Q | X8264932Q | | |
| ... | SR# X8264972Q | X8265014Q | X8265024Q | | X8265027Q | X8265060Q | | |
| ... | SR# X8265079Q | X8265099Q | X8265148Q | | X8265474Q | X8265591Q | | |
| ... | SR# X8265718Q | X8265732Q | X8265765Q | | X8265793Q | X8265818Q | | |
| ... | SR# X8265844Q | X8265861Q | X8267504Q | | X8267566Q | X8267608Q | | |
| ... | SR# X8268218Q | X8268237Q | X8268343Q | | X8268359Q | X8268380Q | | |
| ... | SR# X8268402Q | X8268446Q | X8268470Q | | X8268482Q | X8268514Q | | |
| ... | SR# X8268543Q | X8268561Q | X8268576Q | | X8268591Q | X8268599Q | | |
| ... | SR# X8268606Q | X8268615Q | X8268675Q | | X8268681Q | X8268689Q | | |
| ... | SR# X8268715Q | X8268737Q | X8268748Q | | X8268770Q | X8268781Q | | |
| ... | SR# X8268797Q | X8268807Q | X8268817Q | | X8268839Q | X8268849Q | | |
| ... | SR# X8268858Q | X8268871Q | X8268877Q | | X8268885Q | X8268891Q | | |
| ... | SR# X8268900Q | X8268916Q | X8268923Q | | X8268930Q | X8268946Q | | |
| ... | SR# X8268954Q | X8268982Q | X8269181Q | | X8269202Q | X8269292Q | | |
| ... | SR# X8396396Q | X8416980Q | X8417824Q | | X8419623Q | X8450385Q | | |
| ... | SR# X8450442Q | X8450849Q | X8450880Q | | X8451069Q | X8451076Q | | |
| ... | SR# X8451136Q | X8451194Q | X8451222Q | | X8451256Q | X8451280Q | | |
| ... | SR# X8452840Q | X8453063Q | X8453650Q | | X8453829Q | X8456564Q | | |
| ... | SR# X8456827Q | X8456902Q | X8460530Q | | X8460558Q | X8461443Q | | |
| ... | SR# X8461680Q | X8462140Q | X8462750Q | | X8462933Q | X8463409Q | | |
| ... | SR# X8463817Q | X8463943Q | X8463952Q | | X8463959Q | X8463967Q | | |
| ... | SR# X8463991Q | X8464021Q | X8464032Q | | X8464053Q | X8464284Q | | |
| ... | SR# X8464335Q | X8464460Q | X8464485Q | | X8464500Q | X8464504Q | | |
| ... | SR# X8464529Q | X8464609Q | X8464634Q | | X8464691Q | X8464698Q | | |
| ... | SR# X8464722Q | X8464731Q | X8464740Q | | X8464815Q | X8464819Q | | |
| ... | SR# X8464859Q | X8464887Q | X8464895Q | | X8464902Q | X8464910Q | | |
| ... | SR# X8464915Q | X8464925Q | X8464943Q | | X8464952Q | X8464963Q | | |
| ... | SR# X8465404Q | X8464992Q | X8465000Q | | X8465098Q | X8465306Q | | |
| ... | SR# X8465941Q | X8465539Q | X8465584Q | | X8465673Q | X8465857Q | | |
| ... | SR# X8466362Q | X8466184Q | X8466265Q | | X8466322Q | X8466328Q | | |
| ... | SR# X8466476Q | X8466399Q | X8466427Q | | X8466434Q | X8466461Q | | |
| ... | SR# X8466624Q | X8466513Q | X8466523Q | | X8466554Q | X8466608Q | | |
| ... | SR# X8467398Q | X8466679Q | X8466708Q | | X8466720Q | X8466728Q | | |
| ... | SR# X8551673Q | X8551044Q | X8551059Q | | X8551392Q | X8551472Q | | |
| ... | | X8551697Q | X8551704Q | | X8551716Q | X8551748Q | | |

* CONTINUED *

INVOICE
INVOICE #   21046351
PAGE   3 of 3
DOCUMENT DATE   10/24/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

SHIP TO  35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

| | | |
|---|---|---|
| | | OC  /AC |
| | | ORD /25 |

| ORDER DATE | SHIP DATE | PAYMENT TERMS |
|---|---|---|
| 10/10/08 | 10/24/08 | NET 30 |

PURCHASE ORDER NUMBER   ORDER NUMBER   2169012   550468

SHIP VIA   FEDEX OD PALLET

BILL OF LADING   685702835173

SRCWHS   CTS      SLSP   DPDCC9

FREIGHT TERMS
FREIGHT PREPAID

FOB
CIF - DESTINATION
CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ... | SR# X8551757Q | X8551764Q | X8551773Q | | | X8551778Q | | X8551785Q | |
| ... | SR# X8551793Q | X8551799Q | X8551854Q | | | X8551869Q | | X8551874Q | |
| ... | SR# X8551881Q | X8551893Q | X8551912Q | | | X8551944Q | | X8551963Q | |
| ... | SR# X8551970Q | X8552040Q | X8552067Q | | | X8552094Q | | X8552121Q | |
| ... | SR# X8552143Q | X8552238Q | X8552252Q | | | X8552271Q | | X8552279Q | |
| ... | SR# X8552288Q | X8552295Q | X8552321Q | | | X8552470Q | | X8552484Q | |
| ... | SR# X8552488Q | X8553044Q | X8553186Q | | | X8553586Q | | X8553815Q | |
| ... | SR# X8553873Q | X8553899Q | X8553986Q | | | X8554031Q | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|
| 0.00 | 0.00 | 296,674.56 |

TOTAL SALES   296,674.56

DISCOUNT APPLIED   0.00

PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

PLEASE RETURN THIS PORTION WITH REMITTANCE:

INVOICE   21046351
DOCUMENT DATE   10/24/08

BILL TO  35474200
CIRCUIT CITY STORES INC

NET AMOUNT
296,674.56

PAY TERM DISCOUNT
0.00

TOTAL DUE
296,674.56

AMOUNT ENCLOSED: _____

```
                                                                              PAGE :   1
10/25/08      T O S H I B A    A M E R I C A,  I N C
1:22:26       O P T I C A L    P A C K I N G    L I S T
```

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #   Order #     : 550468 01
            19925 INDEPENDENCE BLVD                 Order Date : 10/10/08
                                                    Ship Date  : 10/24/08
          GROVELAND      FL  34736                  Terms       : PREPAID
Purchase Order # : 2169012                          Carrier     : FEDEX-IDF PALLE
Bill of Lading # : 685702835173                     Total Wgt  : 03552.00
Qty of Cartons   :       8                          Ctrl Order :
Sourcing Warehse : CTS                              Invoice #  :  21046351
```

```
--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ------------------------------------
685702835173        685702835184        685702835195        685702835200
685702835210        685702835221        685702835232        685702835243
```

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 384 | 0 | 384 | EA | PSLD8U-01F00Y | SATELLITE L355-S7835 |

### Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| 55046801 | PSLD8U-01F00Y | SATELLITE L355-S7835 | 384 |

| | | | | | |
|---|---|---|---|---|---|
| X8256922Q | X8257588Q | X8257651Q | X8258614Q | X8258859Q | X8258920Q |
| X8258951Q | X8258960Q | X8258987Q | X8259175Q | X8259255Q | X8259301Q |
| X8259544Q | X8260348Q | X8260593Q | X8260622Q | X8260628Q | X8260641Q |
| X8260685Q | X8260689Q | X8260697Q | X8260704Q | X8260734Q | X8260755Q |
| X8260973Q | X8260988Q | X8261000Q | X8261021Q | X8261044Q | X8261054Q |
| X8261083Q | X8261103Q | X8261170Q | X8261190Q | X8261254Q | X8261286Q |
| X8261336Q | X8261340Q | X8261341Q | X8261426Q | X8261429Q | X8261440Q |
| X8261446Q | X8261455Q | X8261478Q | X8261486Q | X8261491Q | X8261503Q |
| X8261516Q | X8261519Q | X8261541Q | X8261547Q | X8261554Q | X8261560Q |

10/25/08
1:22:26

T O S H I B A   A M E R I C A
O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #
19925 INDEPENDENCE BLVD

GROVELAND          FL  34736

Purchase Order # : 2169012
Bill of Lading # : 685702835173
Qty of Cartons    :        8
Sourcing Warehse : CTS

Order #      : 550468 01
Order Date  : 10/10/08
Ship Date   : 10/24/08
Terms       : PREPAID
Carrier     : FEDEX-IDF PALLE
Total Wgt   : 03552.00
Ctrl Order  :
Invoice #   :

## Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|---|----------|---|
| X8261567Q | X8261577Q | X8261586Q | X8261600Q | X8261606Q | X8261636Q |
| X8261649Q | X8261676Q | X8261681Q | X8261688Q | X8261697Q | X8261735Q |
| X8261746Q | X8261754Q | X8261760Q | X8261775Q | X8261788Q | X8261802Q |
| X8261951Q | X8261958Q | X8261966Q | X8261992Q | X8261996Q | X8262006Q |
| X8262061Q | X8262083Q | X8262111Q | X8262253Q | X8262292Q | X8262360Q |
| X8262403Q | X8262450Q | X8262468Q | X8262512Q | X8262558Q | X8262595Q |
| X8262617Q | X8262643Q | X8262649Q | X8262653Q | X8262661Q | X8262686Q |
| X8262700Q | X8262724Q | X8262786Q | X8262790Q | X8262819Q | X8262842Q |
| X8262849Q | X8262855Q | X8262857Q | X8262868Q | X8262877Q | X8262881Q |
| X8262888Q | X8262900Q | X8262901Q | X8262903Q | X8262913Q | X8262916Q |
| X8262921Q | X8262924Q | X8262928Q | X8262936Q | X8262938Q | X8262941Q |
| X8262945Q | X8262969Q | X8262983Q | X8262986Q | X8262987Q | X8262991Q |
| X8263001Q | X8263004Q | X8263020Q | X8263022Q | X8263072Q | X8263089Q |
| X8263133Q | X8263182Q | X8263189Q | X8263212Q | X8263235Q | X8263249Q |
| X8263266Q | X8263270Q | X8263279Q | X8263286Q | X8263292Q | X8263301Q |
| X8263335Q | X8263343Q | X8263349Q | X8263356Q | X8263374Q | X8263494Q |
| X8263630Q | X8263669Q | X8263762Q | X8263768Q | X8263788Q | X8263821Q |
| X8263833Q | X8263842Q | X8263917Q | X8263930Q | X8263948Q | X8263979Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/24/08 - DIV 040

10/25/08      T O S H I B A   A M E R I C A,   I N C
1:22:26       O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #      Order #      : 550468 01
            19925 INDEPENDENCE BLVD                    Order Date : 10/10/08
                                                       Ship Date  : 10/24/08
          GROVELAND        FL  34736                   Terms      : PREPAID
Purchase Order # : 2169012                             Carrier    : FEDEX-IDF PALLE
Bill of Lading # : 685702835173                        Total Wgt  : 03552.00
Qty of Cartons   :        8                            Ctrl Order :
Sourcing Warehse : CTS                                 Invoice #  :

                              Unit Detail

| Unit | Item# | Description | | Quantity | |
| --- | --- | --- | --- | --- | --- |
| X8263984Q | X8264091Q | X8264371Q | X8264377Q | X8264460Q | X8264531Q |
| X8264552Q | X8264601Q | X8264663Q | X8264844Q | X8264855Q | X8264904Q |
| X8264932Q | X8264972Q | X8265014Q | X8265024Q | X8265027Q | X8265060Q |
| X8265079Q | X8265099Q | X8265148Q | X8265474Q | X8265591Q | X8265718Q |
| X8265732Q | X8265765Q | X8265793Q | X8265818Q | X8265844Q | X8265861Q |
| X8267504Q | X8267566Q | X8267608Q | X8268218Q | X8268237Q | X8268343Q |
| X8268359Q | X8268380Q | X8268402Q | X8268446Q | X8268470Q | X8268482Q |
| X8268514Q | X8268543Q | X8268561Q | X8268576Q | X8268591Q | X8268599Q |
| X8268606Q | X8268615Q | X8268675Q | X8268681Q | X8268689Q | X8268715Q |
| X8268737Q | X8268748Q | X8268770Q | X8268781Q | X8268797Q | X8268807Q |
| X8268817Q | X8268839Q | X8268849Q | X8268858Q | X8268871Q | X8268877Q |
| X8268885Q | X8268891Q | X8268900Q | X8268916Q | X8268923Q | X8268930Q |
| X8268946Q | X8268954Q | X8268982Q | X8269181Q | X8269202Q | X8269292Q |
| X8396396Q | X8416980Q | X8417824Q | X8419623Q | X8450385Q | X8450442Q |
| X8450849Q | X8450880Q | X8451069Q | X8451076Q | X8451136Q | X8451194Q |
| X8451222Q | X8451256Q | X8451280Q | X8452840Q | X8453063Q | X8453650Q |
| X8453829Q | X8456564Q | X8456827Q | X8456902Q | X8460530Q | X8460558Q |
| X8461443Q | X8461680Q | X8462140Q | X8462750Q | X8462933Q | X8463409Q |

    This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/24/08 - DIV 040

```
10/25/08        T O S H I B A     A M E R I C A,   I N C        PAGE :   4
 1:22:26        O P T I C A L   P A C K I N G   L I S T
```

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #    Order #     : 550468 01
           19925 INDEPENDENCE BLVD                   Order Date : 10/10/08
                                                     Ship Date  : 10/24/08
           GROVELAND        FL   34736               Terms      : PREPAID
Purchase Order # : 2169012                           Carrier    : FEDEX-IDF PALLE
Bill of Lading # : 685702835173                      Total Wgt  : 03552.00
Qty of Cartons   :        8                          Ctrl Order :
Sourcing Warehse : CTS                               Invoice #  :
```

## Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| X8463817Q | X8463943Q | X8463952Q | X8463959Q | X8463967Q | X8463991Q |
| X8464021Q | X8464032Q | X8464053Q | X8464284Q | X8464335Q | X8464460Q |
| X8464485Q | X8464500Q | X8464504Q | X8464529Q | X8464609Q | X8464634Q |
| X8464691Q | X8464698Q | X8464722Q | X8464731Q | X8464740Q | X8464815Q |
| X8464819Q | X8464859Q | X8464887Q | X8464895Q | X8464902Q | X8464910Q |
| X8464915Q | X8464925Q | X8464943Q | X8464952Q | X8464963Q | X8464976Q |
| X8464992Q | X8465000Q | X8465098Q | X8465306Q | X8465404Q | X8465539Q |
| X8465584Q | X8465673Q | X8465857Q | X8465941Q | X8466184Q | X8466265Q |
| X8466322Q | X8466328Q | X8466362Q | X8466399Q | X8466427Q | X8466434Q |
| X8466461Q | X8466476Q | X8466513Q | X8466523Q | X8466554Q | X8466608Q |
| X8466624Q | X8466679Q | X8466708Q | X8466720Q | X8466728Q | X8467398Q |
| X8551044Q | X8551059Q | X8551392Q | X8551472Q | X8551673Q | X8551697Q |
| X8551704Q | X8551716Q | X8551748Q | X8551757Q | X8551764Q | X8551773Q |
| X8551778Q | X8551785Q | X8551793Q | X8551799Q | X8551854Q | X8551869Q |
| X8551874Q | X8551881Q | X8551893Q | X8551912Q | X8551944Q | X8551963Q |
| X8551970Q | X8552040Q | X8552067Q | X8552094Q | X8552121Q | X8552143Q |
| X8552238Q | X8552252Q | X8552271Q | X8552279Q | X8552288Q | X8552295Q |
| X8552321Q | X8552470Q | X8552484Q | X8552488Q | X8553044Q | X8553186Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

10/25/08                      T O S H I B A   A M E R I C A   I N C
1:22:26                       O P T I C A L   P A C K I N G   L I S T

                                                                  Order #      : 550468 01
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #                 Order Date   : 10/10/08
           19925 INDEPENDENCE BLVD                                Ship Date    : 10/24/08
                                                                  Terms        : PREPAID
           GROVELAND          FL   34736                          Carrier      : FEDEX-IDF PALLE
Purchase Order # : 2169012                                        Total Wgt    : 03552.00
Bill of Lading # : 685702835173                                   Ctrl Order   :
Qty of Cartons   :          8                                     Invoice #    :
Sourcing Warehse : CTS

                              Unit Detail

                                                           Quantity
                                Description
Unit          Item#                                   X8553986Q    X8554031Q
                                         X8553899Q
X8553586Q     X8553815Q     X8553873Q

              ////// E N D   O F   P A C K I N G   L I S T //////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/24/08 - DIV 040



November 10,2008

Dear Customer:

Proof-of-delivery letters are being provided for the following shipments:

| | |
|---|---|
| 685702835173 | RESTON,VA |
| 685702835184 | RESTON,VA |
| 685702835195 | RESTON,VA |
| 685702835200 | RESTON,VA |
| 685702835210 | RESTON,VA |
| 685702835221 | MOUNT VERNON,NY |
| 685702835232 | MOUNT VERNON,NY |
| 685702835243 | MOUNT VERNON,NY |

You may save or print this Batch Signature Proof of Delivery file for your records.

Thank you for choosing FedEx. We look forward to working with you in the future.

FedEx
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835173**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | RESTON, VA |
| Signed for by: | B.SANABRIA | Delivery date: | Oct 28, 2008 10:49 |
| Service type: | IP DirectDistribution Freight | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702835173 | Ship date: | Oct 24, 2008 |
| | | Weight: | 144.0 kgs. |

Recipient:
RESTON, VA US

Shipper:
Shanghai CN

Reference

49490400

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835184**.

## Delivery Information:

| | | |
|---|---|---|
| Status: | Delivered | Delivery location: RESTON, VA |
| Signed for by: | B.SANABRIA | Delivery date: Oct 28, 2008 10:49 |
| Service type: | IP DirectDistribution Freight | |

## Shipping Information:

| | | |
|---|---|---|
| Tracking number: | 685702835184 | Ship date: Oct 24, 2008 |
| | | Weight: 144.0 kgs. |

Recipient:
RESTON, VA US

Shipper:
Shanghai CN

49490400

Reference

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



| | |
|---|---|
| FedEx Express<br>Customer Support Trace<br>3875 Airways Boulevard<br>Module H, 4th Floor<br>Memphis, TN 38116 | U.S. Mail: PO Box 727<br>Memphis, TN 38194-4643<br><br>Telephone: 901-369-3600 |

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835195**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| | | Delivery location: | RESTON, VA |
| Status: | Delivered | | |
| | | Delivery date: | Oct 28, 2008 10:49 |
| Signed for by: | B. SANABRIA | | |
| Service type: | IP DirectDistribution Freight | | |



**Shipping Information:**

| | | | |
|---|---|---|---|
| | | Ship date: | Oct 24, 2008 |
| Tracking number: | 685702835195 | Weight: | 144.0 kgs. |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| RESTON, VA US | Shanghai CN |
| | |
| **Reference** | 49490400 |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835200**.

**Delivery Information:**

| | |
|---|---|
| **Delivery location:** | RESTON, VA |
| **Status:** Delivered | |
| | **Delivery date:** Oct 28, 2008 10:49 |
| **Signed for by:** B.SANABRIA | |
| **Service type:** IP DirectDistribution Freight | |



**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 685702835200 | **Ship date:** | Oct 24, 2008 |
| | | **Weight:** | 144.0 kgs. |

**Recipient:**
RESTON, VA US

**Shipper:**
Shanghai CN

49490400

**Reference**

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835210**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | RESTON, VA |
| Signed for by: | B.SANABRIA | Delivery date: | Oct 28, 2008 10:49 |
| Service type: | IP DirectDistribution Freight | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 685702835210 | Ship date: | Oct 24, 2008 |
| | | Weight: | 144.0 kgs. |

Recipient:
RESTON, VA US

Shipper:
Shanghai CN

49490400

Reference

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835221**.

**Delivery Information:**

| | |
|---|---|
| **Delivery location:** | MOUNT VERNON, NY |
| **Status:** Delivered | |
| | **Delivery date:** Oct 28, 2008 10:49 |
| **Signed for by:** B.SANABRIA | |
| **Service type:** IP DirectDistribution Freight | |

**Shipping Information:**

| | | |
|---|---|---|
| **Tracking number:** 685702835221 | **Ship date:** | Oct 24, 2008 |
| | **Weight:** | 566.0 lbs. |

**Recipient:**
MOUNT VERNON, NY US

**Shipper:**
Shanghai CN

49503800

**Reference**

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835232**.

**Delivery Information:**

| | | |
|---|---|---|
| | | Delivery location: MOUNT VERNON, NY |
| Status: | Delivered | |
| | | Delivery date: Oct 28, 2008 10:49 |
| Signed for by: | B.SANABRIA | |
| Service type: | IP DirectDistribution Freight | |

**Shipping Information:**

| | | |
|---|---|---|
| Tracking number: | 685702835232 | Ship date: Oct 24, 2008 |
| | | Weight: 144.0 kgs. |

Recipient:
MOUNT VERNON, NY US

Shipper:
Shanghai CN

49503800

Reference

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339



**FedEx**
Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 10, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **685702835243**.

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | MOUNT VERNON, NY |
| Signed for by: | B.SANABRIA | Delivery date: | Oct 28, 2008 10:49 |
| Service type: | IP DirectDistribution Freight | | |



**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 685702835243 | Ship date: | Oct 24, 2008 |
| | | Weight: | 564.0 lbs. |

**Recipient:**
MOUNT VERNON, NY US

**Shipper:**
Shanghai CN

49503800

**Reference**

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

```
                                                              INVOICE
                                            INVOICE #  21047317
                                                  PAGE  1 of 4
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.   DOCUMENT DATE  10/26/08
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618
```

```
         BILL TO  35474200                    SHIP TO  35474200255
         CIRCUIT CITY STORES INC              CIRCUIT CITY STORES INC #255
         9954 MAYLAND DRIVE                   BETHLEHEM DISTRIBUTION CTR#255
         MERCH. PAYABLE/AMY SANDERSON         4000 TOWNSHIP LINE ROAD
         RICHMOND VA 232331464                BETHLEHEM PA 18015
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2169007 | 550452 | 10/10/08 | 10/26/08 | NET 30 | ORD /25 |

| | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|
| FOB | FREIGHT PREPAID | | UPS Pallet OD | 1Z40039A6605020943 | CTS | DPDCC9 |
| CIF - DESTINATION | | | | | | |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PSLD8U-01F00Y | SATELLITE L355-S7835 | 1104 | 576 | 0 EA | 772.59 | .0 | 772.59 | 445,011.84 |
| | CUSTOMER PART NUMBER: L355S7835 | | | | | | | |

```
SERIAL NUMBERS:
PSLD8U-01F00Y   SR# X8257572Q   X8257608Q   X8257614Q   X8257650Q   X8257839Q
...             SR# X8257883Q   X8257911Q   X8257947Q   X8257975Q   X8257982Q
...             SR# X8258090Q   X8258204Q   X8258448Q   X8258494Q   X8258555Q
...             SR# X8259145Q   X8259315Q   X8259334Q   X8259506Q   X8260180Q
...             SR# X8260189Q   X8260195Q   X8260212Q   X8260229Q   X8260257Q
...             SR# X8260289Q   X8260312Q   X8260326Q   X8260330Q   X8260342Q
...             SR# X8260369Q   X8260399Q   X8260421Q   X8260432Q   X8260442Q
...             SR# X8260445Q   X8260460Q   X8260466Q   X8260495Q   X8260586Q
...             SR# X8260600Q   X8260612Q   X8260625Q   X8260644Q   X8260663Q
...             SR# X8260746Q   X8260765Q   X8260770Q   X8260791Q   X8260796Q
...             SR# X8260820Q   X8260843Q   X8260872Q   X8260876Q   X8260888Q
...             SR# X8260901Q   X8260931Q   X8260948Q   X8260952Q   X8260964Q
...             SR# X8261004Q   X8261017Q   X8261029Q   X8261057Q   X8261072Q
...             SR# X8261094Q   X8261116Q   X8261132Q   X8261156Q   X8261162Q
...             SR# X8261174Q   X8261192Q   X8261201Q   X8261233Q   X8261279Q
...             SR# X8261327Q   X8261389Q   X8261410Q   X8261542Q   X8261551Q
...             SR# X8261557Q   X8261578Q   X8261613Q   X8261618Q   X8261631Q
...             SR# X8261694Q   X8261726Q   X8261755Q   X8261762Q   X8261786Q
...             SR# X8261794Q   X8261807Q   X8261819Q   X8261833Q   X8261840Q
...             SR# X8261869Q   X8261894Q   X8261914Q   X8261925Q   X8261946Q
...             SR# X8261973Q   X8262019Q   X8262026Q   X8262049Q   X8262075Q
...             SR# X8262100Q   X8262129Q   X8262147Q   X8262409Q   X8262473Q
...             SR# X8262526Q   X8262544Q   X8262574Q   X8262618Q   X8262648Q
...             SR# X8262664Q   X8262698Q   X8262709Q   X8262727Q   X8262982Q
...             SR# X8263973Q   X8263987Q   X8263998Q   X8264009Q   X8264056Q
...             SR# X8264096Q   X8264226Q   X8264575Q   X8264625Q   X8264852Q
...             SR# X8264993Q   X8265091Q   X8265124Q   X8265140Q   X8265173Q
...             SR# X8265185Q   X8265189Q   X8265197Q   X8265203Q   X8265230Q
...             SR# X8265245Q   X8265330Q   X8265539Q   X8265576Q   X8265593Q
...             SR# X8265759Q   X8280800Q   X8293662Q   X8294122Q   X8294141Q
...             SR# X8294168Q   X8294178Q   X8294218Q   X8294272Q   X8294293Q
...             SR# X8294329Q   X8294331Q   X8294355Q   X8294369Q   X8294388Q
```

* CONTINUED *

INVOICE
INVOICE #   21047317
PAGE   2 of 4
DOCUMENT DATE   10/26/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER 2169007 | ORDER NUMBER 550452 | ORDER DATE 10/10/08 | SHIP DATE 10/26/08 | PAYMENT TERMS NET 30 | | OC /AC ORD /25 |
| FOB CIF - DESTINATION | | FREIGHT TERMS FREIGHT PREPAID | SHIP VIA UPS Pallet OD | BILL OF LADING 1Z40039A6605020943 | SRCWHS CTS | SLSP DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8294410Q | X8294522Q | X8294559Q | | X8294624Q | X8294651Q | | |
| ... | SR# X8294712Q | X8294788Q | X8294806Q | | X8294818Q | X8295191Q | | |
| ... | SR# X8295302Q | X8295321Q | X8295369Q | | X8295426Q | X8295440Q | | |
| ... | SR# X8295460Q | X8295498Q | X8295559Q | | X8295568Q | X8295572Q | | |
| ... | SR# X8295578Q | X8295583Q | X8295607Q | | X8295623Q | X8295630Q | | |
| ... | SR# X8295635Q | X8295649Q | X8295658Q | | X8295668Q | X8295682Q | | |
| ... | SR# X8295691Q | X8295723Q | X8295729Q | | X8295737Q | X8295743Q | | |
| ... | SR# X8295765Q | X8295828Q | X8295832Q | | X8295839Q | X8295846Q | | |
| ... | SR# X8295913Q | X8295932Q | X8295955Q | | X8295972Q | X8296003Q | | |
| ... | SR# X8296016Q | X8296019Q | X8296024Q | | X8296069Q | X8296181Q | | |
| ... | SR# X8296186Q | X8302089Q | X8302326Q | | X8302826Q | X8303065Q | | |
| ... | SR# X8303094Q | X8303160Q | X8303302Q | | X8303326Q | X8303349Q | | |
| ... | SR# X8303365Q | X8303418Q | X8303467Q | | X8303526Q | X8303559Q | | |
| ... | SR# X8303619Q | X8303633Q | X8303659Q | | X8303694Q | X8303713Q | | |
| ... | SR# X8303720Q | X8303726Q | X8303794Q | | X8303802Q | X8303886Q | | |
| ... | SR# X8303918Q | X8303965Q | X8303977Q | | X8303998Q | X8304020Q | | |
| ... | SR# X8304477Q | X8304520Q | X8304895Q | | X8304951Q | X8304978Q | | |
| ... | SR# X8304997Q | X8305022Q | X8305085Q | | X8305096Q | X8305124Q | | |
| ... | SR# X8305129Q | X8305192Q | X8305237Q | | X8305245Q | X8305263Q | | |
| ... | SR# X8305343Q | X8306285Q | X8306886Q | | X8307221Q | X8307243Q | | |
| ... | SR# X8307287Q | X8307414Q | X8307442Q | | X8309651Q | X8309729Q | | |
| ... | SR# X8309740Q | X8309766Q | X8309789Q | | X8309798Q | X8309814Q | | |
| ... | SR# X8309896Q | X8309923Q | X8309996Q | | X8310175Q | X8310184Q | | |
| ... | SR# X8310215Q | X8310247Q | X8310272Q | | X8310312Q | X8310325Q | | |
| ... | SR# X8310329Q | X8310373Q | X8310462Q | | X8310472Q | X8310523Q | | |
| ... | SR# X8310694Q | X8310708Q | X8310801Q | | X8550550Q | X8550593Q | | |
| ... | SR# X8550637Q | X8550652Q | X8550703Q | | X8550718Q | X8550727Q | | |
| ... | SR# X8550739Q | X8550747Q | X8550835Q | | X8550842Q | X8550869Q | | |
| ... | SR# X8550901Q | X8550920Q | X8550955Q | | X8551002Q | X8551027Q | | |
| ... | SR# X8551038Q | X8551065Q | X8551082Q | | X8551098Q | X8551117Q | | |
| ... | SR# X8551122Q | X8551167Q | X8551192Q | | X8551231Q | X8551234Q | | |
| ... | SR# X8551308Q | X8551341Q | X8551355Q | | X8551375Q | X8551418Q | | |
| ... | SR# X8551456Q | X8551548Q | X8551691Q | | X8551726Q | X8551742Q | | |
| ... | SR# X8551908Q | X8551929Q | X8552009Q | | X8552082Q | X8552101Q | | |
| ... | SR# X8552104Q | X8552132Q | X8552139Q | | X8552171Q | X8552198Q | | |
| ... | SR# X8552215Q | X8552224Q | X8552245Q | | X8552336Q | X8552341Q | | |
| ... | SR# X8552362Q | X8552371Q | X8552378Q | | X8552386Q | X8552400Q | | |

* CONTINUED *

INVOICE
INVOICE #   21047317
PAGE   3 of 4
DOCUMENT DATE   10/26/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO   35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO   35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | | OC /AC |
|---|---|---|---|---|---|---|
| 2169007 | 550452 | 10/10/08 | 10/26/08 | NET 30 | | ORD /25 |

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
UPS Pallet OD

BILL OF LADING
1240039A6605020943

SRCWHS
CTS

SLSP
DPDCC9

FOB
CIF - DESTINATION
CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8552419Q | X8552425Q | X8552430Q | | X8552440Q | X8552445Q | | |
| ... | SR# X8552450Q | X8552467Q | X8552493Q | | X8552504Q | X8552510Q | | |
| ... | SR# X8552516Q | X8552533Q | X8552553Q | | X8552576Q | X8552581Q | | |
| ... | SR# X8552600Q | X8552611Q | X8552618Q | | X8552623Q | X8552932Q | | |
| ... | SR# X8552941Q | X8552949Q | X8552956Q | | X8552959Q | X8552964Q | | |
| ... | SR# X8552973Q | X8552986Q | X8552991Q | | X8553007Q | X8553025Q | | |
| ... | SR# X8553110Q | X8553119Q | X8553143Q | | X8553165Q | X8553174Q | | |
| ... | SR# X8553177Q | X8553229Q | X8553237Q | | X8553245Q | X8553259Q | | |
| ... | SR# X8553277Q | X8553285Q | X8553309Q | | X8553321Q | X8553332Q | | |
| ... | SR# X8553340Q | X8553347Q | X8553365Q | | X8553377Q | X8553382Q | | |
| ... | SR# X8553395Q | X8553404Q | X8553426Q | | X8553441Q | X8553612Q | | |
| ... | SR# X8553493Q | X8553514Q | X8553534Q | | X8553583Q | X8553700Q | | |
| ... | SR# X8553653Q | X8553669Q | X8553678Q | | X8553683Q | X8553781Q | | |
| ... | SR# X8553707Q | X8553713Q | X8553727Q | | X8553738Q | X8553856Q | | |
| ... | SR# X8553785Q | X8553798Q | X8553807Q | | X8553834Q | X8553976Q | | |
| ... | SR# X8553876Q | X8553892Q | X8553956Q | | X8553967Q | X8554071Q | | |
| ... | SR# X8554012Q | X8554047Q | X8554054Q | | X8554065Q | X8554129Q | | |
| ... | SR# X8554079Q | X8554105Q | X8554114Q | | X8554121Q | X8554316Q | | |
| ... | SR# X8554140Q | X8554148Q | X8554209Q | | X8554298Q | X8554403Q | | |
| ... | SR# X8554340Q | X8554347Q | X8554369Q | | X8554388Q | X8554952Q | | |
| ... | SR# X8554421Q | X8554437Q | X8554754Q | | X8554760Q | X8555176Q | | |
| ... | SR# X8555124Q | X8555137Q | X8555153Q | | X8555174Q | X8555304Q | | |
| ... | SR# X8555194Q | X8555207Q | X8555240Q | | X8555244Q | X8555361Q | | |
| ... | SR# X8555326Q | X8555333Q | X8555338Q | | X8555346Q | X8555488Q | | |
| ... | SR# X8555381Q | X8555418Q | X8555424Q | | X8555451Q | X8555600Q | | |
| ... | SR# X8555509Q | X8555521Q | X8555524Q | | X8555581Q | X8555684Q | | |
| ... | SR# X8555621Q | X8555629Q | X8555662Q | | X8555668Q | X8555728Q | | |
| ... | SR# X8555687Q | X8555697Q | X8555700Q | | X8555710Q | X8555765Q | | |
| ... | SR# X8555736Q | X8555740Q | X8555746Q | | X8555762Q | X8555832Q | | |
| ... | SR# X8555776Q | X8555799Q | X8555809Q | | X8555816Q | X8555946Q | | |
| ... | SR# X8555840Q | X8555847Q | X8555864Q | | X8555872Q | X8556009Q | | |
| ... | SR# X8555957Q | X8555966Q | X8555967Q | | X8555976Q | X8556093Q | | |
| ... | SR# X8556011Q | X8556024Q | X8556037Q | | X8556085Q | X8556238Q | | |
| ... | SR# X8556203Q | X8556218Q | X8556223Q | | X8556235Q | X8556377Q | | |
| ... | SR# X8556279Q | X8556285Q | X8556292Q | | X8556349Q | X8563503Q | | |
| ... | SR# X8556438Q | X8556449Q | X8556489Q | | X8563472Q | X8564824Q | | |
| ... | SR# X8563507Q | X8563525Q | X8563567Q | | X8563876Q | | | |
| ... | | | | | | | | |

* CONTINUED *

INVOICE
INVOICE #   21047317
PAGE   4 of 4
DOCUMENT DATE   10/26/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

SHIP TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
| --- | --- | --- | --- | --- | --- |
| 2169007 | 550452 | 10/10/08 | 10/26/08 | NET 30 | ORD /25 |

FOB
CIF - DESTINATION

FREIGHT TERMS
FREIGHT PREPAID

SHIP VIA
UPS Pallet OD

BILL OF LADING
1Z40039A6605020943

SRCWHS   SLSP
CTS      DPDCC9

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ... | SR# X8565550Q | X8566525Q | X8567180Q | | X8567187Q | | X8567224Q | |
| ... | SR# X8567248Q | X8567264Q | X8567313Q | | X8567350Q | | X8567410Q | |
| ... | SR# X8567418Q | X8567491Q | X8567509Q | | X8567524Q | | X8567527Q | |
| ... | SR# X8567543Q | X8567563Q | X8567584Q | | X8567591Q | | X8567610Q | |
| ... | SR# X8567639Q | X8567686Q | X8567722Q | | X8567791Q | | X8567801Q | |
| ... | SR# X8567813Q | X8567839Q | X8567848Q | | X8567863Q | | X8567927Q | |
| ... | SR# X8567939Q | X8567947Q | X8568006Q | | X8568010Q | | X8568100Q | |
| ... | SR# X8568131Q | X8568147Q | X8568177Q | | X8568189Q | | X8568210Q | |
| ... | SR# X8568227Q | X8568238Q | X8568270Q | | X8568353Q | | X8568640Q | |
| ... | SR# X8569002Q | | | | | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
| --- | --- | --- | --- | --- |
| 445,011.84 | 0.00 | 0.00 | 0.00 | 445,011.84 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21047317   BILL TO  35474200
DOCUMENT DATE  10/26/08   CIRCUIT CITY STORES INC

NET AMOUNT
445,011.84

PAY TERM DISCOUNT
0.00

TOTAL DUE
445,011.84

AMOUNT ENCLOSED: _____

10/28/08                  T O S H I B A   A M E R
1:44:51                   O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 255 CIRCUIT CITY STORES INC #        Order #    : 550452 00
           BETHLEHEM DISTRIBUTION CTR#255                Order Date : 10/10/08
           4000 TOWNSHIP LINE ROAD                       Ship Date  : 10/26/08
           BETHLEHEM        PA   18015                   Terms      : PREPAID
Purchase Order # : 2169007                               Carrier    : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605020943                    Total Wgt  : 05328.00
Qty of Cartons   :         12                            Ctrl Order :
Sourcing Warehse : CTS                                   Invoice #  : 21047317

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS ----------
------------------------- Tracking Numbers ----------------------------------
1Z40039A6605020943   1Z40039A6605020952   1Z40039A6605020961   1Z40039A6605020970
1Z40039A6605020989   1Z40039A6605020998   1Z40039A6605021004   1Z40039A6605021013
1Z40039A6605021022   1Z40039A6605021031   1Z40039A6605021040   1Z40039A6605021059

-------------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 576 | 0 | 576 | EA | PSLD8U-01F00Y | SATELLITE L355-S7835 |

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 55045200 | PSLD8U-01F00Y | SATELLITE L355-S7835 | | | 576 |
| X8257572Q | X8257608Q | X8257614Q | X8257650Q | X8257839Q | X8257883Q |
| X8257911Q | X8257947Q | X8257975Q | X8257982Q | X8258090Q | X8258204Q |
| X8258448Q | X8258494Q | X8258555Q | X8259145Q | X8259315Q | X8259334Q |
| X8259506Q | X8260180Q | X8260189Q | X8260195Q | X8260212Q | X8260229Q |
| X8260257Q | X8260289Q | X8260312Q | X8260326Q | X8260330Q | X8260342Q |
| X8260369Q | X8260399Q | X8260421Q | X8260432Q | X8260442Q | X8260445Q |
| X8260460Q | X8260466Q | X8260495Q | X8260586Q | X8260600Q | X8260612Q |
| X8260625Q | X8260644Q | X8260663Q | X8260746Q | X8260765Q | X8260770Q |
| X8260791Q | X8260796Q | X8260820Q | X8260843Q | X8260872Q | X8260876Q |

10/28/08
1:44:51

## TOSHIBA  AMERICA
## OPTICAL  PACKING  LIST

Customer : 35474200 255 CIRCUIT CITY STORES INC #
           BETHLEHEM DISTRIBUTION CTR#255
           4000 TOWNSHIP LINE ROAD
           BETHLEHEM      PA  18015

Purchase Order # : 2169007
Bill of Lading # : 1Z40039A6605020943
Qty of Cartons   :        12
Sourcing Warehse : CTS

Order #      : 550452 00
Order Date   : 10/10/08
Ship Date    : 10/26/08
Terms        : PREPAID
Carrier      : UPS-PALLET 3 DA
Total Wgt    : 05328.00
Ctrl Order   :
Invoice #    :

### Unit Detail

| Unit | Item# | Description | | Quantity | |
|---|---|---|---|---|---|
| | | | | X8260952Q | X8260964Q |
| X8260888Q | X8260901Q | X8260931Q | X8260948Q | X8261072Q | X8261094Q |
| X8261004Q | X8261017Q | X8261029Q | X8261057Q | X8261174Q | X8261192Q |
| X8261116Q | X8261132Q | X8261156Q | X8261162Q | X8261389Q | X8261410Q |
| X8261201Q | X8261233Q | X8261279Q | X8261327Q | X8261613Q | X8261618Q |
| X8261542Q | X8261551Q | X8261557Q | X8261578Q | X8261762Q | X8261786Q |
| X8261631Q | X8261694Q | X8261726Q | X8261755Q | X8261840Q | X8261869Q |
| X8261794Q | X8261807Q | X8261819Q | X8261833Q | X8261973Q | X8262019Q |
| X8261894Q | X8261914Q | X8261925Q | X8261946Q | X8262129Q | X8262147Q |
| X8262026Q | X8262049Q | X8262075Q | X8262100Q | X8262574Q | X8262618Q |
| X8262409Q | X8262473Q | X8262526Q | X8262544Q | X8262727Q | X8263935Q |
| X8262648Q | X8262664Q | X8262698Q | X8262709Q | X8264056Q | X8264096Q |
| X8263973Q | X8263987Q | X8263998Q | X8264009Q | X8264993Q | X8265091Q |
| X8264226Q | X8264575Q | X8264625Q | X8264852Q | X8265189Q | X8265197Q |
| X8265124Q | X8265140Q | X8265173Q | X8265185Q | X8265539Q | X8265576Q |
| X8265203Q | X8265230Q | X8265245Q | X8265330Q | X8294122Q | X8294141Q |
| X8265593Q | X8265759Q | X8280800Q | X8293662Q | X8294293Q | X8294329Q |
| X8294168Q | X8294178Q | X8294218Q | X8294272Q | X8294410Q | X8294522Q |
| X8294331Q | X8294355Q | X8294369Q | X8294388Q | | |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/27/08 - DIV 040

PAGE :  3

10/28/08      T O S H I B A   A M E R I C A,   I N C
1:44:51       O P T I C A L   P A C K I N G   L I S T

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #     : 550452 00
           BETHLEHEM DISTRIBUTION CTR#255            Order Date : 10/10/08
           4000 TOWNSHIP LINE ROAD                   Ship Date  : 10/26/08
           BETHLEHEM        PA   18015               Terms      : PREPAID
Purchase Order # : 2169007                           Carrier    : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605020943                Total Wgt  : 05328.00
Qty of Cartons   :        12                         Ctrl Order :
Sourcing Warehse : CTS                               Invoice #  :
```

### Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|--|----------|--|
| X8294559Q | X8294624Q | X8294651Q | X8294712Q | X8294788Q | X8294806Q |
| X8294818Q | X8295191Q | X8295302Q | X8295321Q | X8295369Q | X8295426Q |
| X8295440Q | X8295460Q | X8295498Q | X8295559Q | X8295568Q | X8295572Q |
| X8295578Q | X8295583Q | X8295607Q | X8295623Q | X8295630Q | X8295635Q |
| X8295649Q | X8295658Q | X8295668Q | X8295682Q | X8295691Q | X8295723Q |
| X8295729Q | X8295737Q | X8295743Q | X8295765Q | X8295828Q | X8295832Q |
| X8295839Q | X8295846Q | X8295913Q | X8295932Q | X8295955Q | X8295972Q |
| X8296003Q | X8296016Q | X8296019Q | X8296024Q | X8296069Q | X8296181Q |
| X8296186Q | X8302089Q | X8302326Q | X8302826Q | X8303065Q | X8303094Q |
| X8303160Q | X8303302Q | X8303326Q | X8303349Q | X8303365Q | X8303418Q |
| X8303467Q | X8303526Q | X8303559Q | X8303619Q | X8303633Q | X8303659Q |
| X8303694Q | X8303713Q | X8303720Q | X8303726Q | X8303794Q | X8303802Q |
| X8303886Q | X8303918Q | X8303965Q | X8303977Q | X8303998Q | X8304020Q |
| X8304477Q | X8304520Q | X8304895Q | X8304915Q | X8304978Q | X8304997Q |
| X8305022Q | X8305085Q | X8305096Q | X8305124Q | X8305129Q | X8305192Q |
| X8305237Q | X8305245Q | X8305263Q | X8305343Q | X8306285Q | X8306886Q |
| X8307221Q | X8307243Q | X8307287Q | X8307414Q | X8307442Q | X8309651Q |
| X8309729Q | X8309740Q | X8309766Q | X8309789Q | X8309798Q | X8309814Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

10/28/08        T O S H I B A    A M E R I C A,   I N C
1:44:51         O P T I C A L    P A C K I N G    L I S T

Customer : 35474200 255 CIRCUIT CITY STORES INC #     Order #      : 550452 00
           BETHLEHEM DISTRIBUTION CTR#255             Order Date : 10/10/08
           4000 TOWNSHIP LINE ROAD                    Ship Date  : 10/26/08
           BETHLEHEM        PA   18015                Terms        : PREPAID
Purchase Order # : 2169007                            Carrier      : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605020943                 Total Wgt  : 05328.00
Qty of Cartons   :        12                          Ctrl Order :
Sourcing Warehse : CTS                                Invoice #  :

                        Unit Detail

Unit           Item#              Description              Quantity

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|---|----------|---|
| X8309896Q | X8309923Q | X8309996Q | X8310175Q | X8310184Q | X8310215Q |
| X8310247Q | X8310272Q | X8310312Q | X8310325Q | X8310329Q | X8310373Q |
| X8310462Q | X8310472Q | X8310523Q | X8310694Q | X8310708Q | X8310801Q |
| X8550550Q | X8550593Q | X8550637Q | X8550652Q | X8550703Q | X8550718Q |
| X8550727Q | X8550739Q | X8550747Q | X8550835Q | X8550842Q | X8550869Q |
| X8550901Q | X8550920Q | X8550955Q | X8551002Q | X8551027Q | X8551038Q |
| X8551065Q | X8551082Q | X8551098Q | X8551117Q | X8551122Q | X8551167Q |
| X8551192Q | X8551231Q | X8551234Q | X8551308Q | X8551341Q | X8551355Q |
| X8551375Q | X8551418Q | X8551456Q | X8551548Q | X8551691Q | X8551726Q |
| X8551742Q | X8551908Q | X8551929Q | X8552009Q | X8552082Q | X8552101Q |
| X8552104Q | X8552132Q | X8552139Q | X8552171Q | X8552198Q | X8552215Q |
| X8552224Q | X8552245Q | X8552336Q | X8552341Q | X8552362Q | X8552371Q |
| X8552378Q | X8552386Q | X8552400Q | X8552419Q | X8552425Q | X8552430Q |
| X8552440Q | X8552445Q | X8552450Q | X8552467Q | X8552493Q | X8552504Q |
| X8552510Q | X8552516Q | X8552533Q | X8552553Q | X8552576Q | X8552581Q |
| X8552600Q | X8552611Q | X8552618Q | X8552623Q | X8552932Q | X8552941Q |
| X8552949Q | X8552956Q | X8552959Q | X8552964Q | X8552973Q | X8552986Q |
| X8552991Q | X8553007Q | X8553025Q | X8553110Q | X8553119Q | X8553143Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                  DAILY - 10/27/08 - DIV 040

10/28/08
1:44:51

T O S H I B A   A M E R I C A,  I N C
O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 255 CIRCUIT CITY STORES INC #
           BETHLEHEM DISTRIBUTION CTR#255
           4000 TOWNSHIP LINE ROAD
           BETHLEHEM        PA   18015

Order #     : 550452 00
Order Date  : 10/10/08
Ship Date   : 10/26/08
Terms       : PREPAID
Carrier     : UPS-PALLET 3 DA
Total Wgt   : 05328.00
Ctrl Order  :
Invoice #   :

Purchase Order # : 2169007
Bill of Lading # : 1Z40039A6605020943
Qty of Cartons   :      12
Sourcing Warehse : CTS

Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|---|----------|---|
| X8553165Q | X8553174Q | X8553177Q | X8553229Q | X8553237Q | X8553245Q |
| X8553259Q | X8553277Q | X8553285Q | X8553309Q | X8553321Q | X8553332Q |
| X8553340Q | X8553347Q | X8553365Q | X8553377Q | X8553382Q | X8553395Q |
| X8553404Q | X8553426Q | X8553441Q | X8553472Q | X8553493Q | X8553514Q |
| X8553534Q | X8553583Q | X8553612Q | X8553653Q | X8553669Q | X8553678Q |
| X8553683Q | X8553700Q | X8553707Q | X8553713Q | X8553727Q | X8553738Q |
| X8553781Q | X8553785Q | X8553798Q | X8553807Q | X8553834Q | X8553856Q |
| X8553876Q | X8553892Q | X8553956Q | X8553967Q | X8553976Q | X8554012Q |
| X8554047Q | X8554054Q | X8554065Q | X8554071Q | X8554079Q | X8554105Q |
| X8554114Q | X8554121Q | X8554129Q | X8554140Q | X8554148Q | X8554209Q |
| X8554298Q | X8554316Q | X8554340Q | X8554347Q | X8554369Q | X8554388Q |
| X8554403Q | X8554421Q | X8554437Q | X8554754Q | X8554760Q | X8554952Q |
| X8555124Q | X8555137Q | X8555153Q | X8555174Q | X8555176Q | X8555194Q |
| X8555207Q | X8555240Q | X8555244Q | X8555304Q | X8555326Q | X8555333Q |
| X8555338Q | X8555346Q | X8555361Q | X8555381Q | X8555418Q | X8555424Q |
| X8555451Q | X8555488Q | X8555509Q | X8555521Q | X8555524Q | X8555581Q |
| X8555600Q | X8555621Q | X8555629Q | X8555662Q | X8555668Q | X8555684Q |
| X8555687Q | X8555697Q | X8555700Q | X8555710Q | X8555728Q | X8555736Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/27/08 - DIV 040

10/28/08    T O S H I B A     A M E R I C A,    I N C
1:44:51     O P T I C A L    P A C K I N G    L I S T

Customer : 35474200 255 CIRCUIT CITY STORES INC #     Order #     : 550452 00
           BETHLEHEM DISTRIBUTION CTR#255              Order Date : 10/10/08
           4000 TOWNSHIP LINE ROAD                     Ship Date  : 10/26/08
           BETHLEHEM        PA  18015                  Terms      : PREPAID
Purchase Order # : 2169007                            Carrier    : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605020943                 Total Wgt  : 05328.00
Qty of Cartons   :        12                           Ctrl Order :
Sourcing Warehse : CTS                                 Invoice #  :

## Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|---|----------|---|
| X8555740Q | X8555746Q | X8555762Q | X8555765Q | X8555776Q | X8555799Q |
| X8555809Q | X8555816Q | X8555832Q | X8555840Q | X8555847Q | X8555864Q |
| X8555872Q | X8555946Q | X8555957Q | X8555966Q | X8555967Q | X8555976Q |
| X8556009Q | X8556011Q | X8556024Q | X8556037Q | X8556085Q | X8556093Q |
| X8556203Q | X8556218Q | X8556223Q | X8556235Q | X8556238Q | X8556279Q |
| X8556285Q | X8556297Q | X8556349Q | X8556377Q | X8556438Q | X8556449Q |
| X8556489Q | X8563472Q | X8563503Q | X8563507Q | X8563525Q | X8563567Q |
| X8563876Q | X8564824Q | X8565550Q | X8566525Q | X8567180Q | X8567187Q |
| X8567224Q | X8567248Q | X8567264Q | X8567313Q | X8567350Q | X8567410Q |
| X8567418Q | X8567491Q | X8567509Q | X8567524Q | X8567527Q | X8567543Q |
| X8567563Q | X8567584Q | X8567591Q | X8567610Q | X8567639Q | X8567686Q |
| X8567722Q | X8567791Q | X8567801Q | X8567813Q | X8567839Q | X8567848Q |
| X8567863Q | X8567927Q | X8567939Q | X8567947Q | X8568006Q | X8568010Q |
| X8568100Q | X8568131Q | X8568147Q | X8568177Q | X8568189Q | X8568210Q |
| X8568227Q | X8568238Q | X8568270Q | X8568353Q | X8568640Q | X8569002Q |

/////// E N D    O F    P A C K I N G    L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/27/08 - DIV 040