INVOICE
INVOICE # 21047320
PAGE 1 of 4
DOCUMENT DATE 10/26/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO 35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO 35474200567
CIRCUIT CITY STORES INC #567
1901 COOPER DRIVE
ARDMORE OK 73402

| PURCHASE ORDER NUMBER 2169010 | ORDER NUMBER 550462 | ORDER DATE 10/10/08 | SHIP DATE 10/26/08 | PAYMENT TERMS NET 30 | | OC /AC ORD /25 |
|---|---|---|---|---|---|---|
| FOB CIF - DESTINATION | FREIGHT TERMS FREIGHT PREPAID | | SHIP VIA UPS Pallet OD | BILL OF LADING 1Z40039A6605021380 | SRCWHS CTS | SLSP DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PSLD8U-01F00Y | SATELLITE L355-S7835 | 544 | 544 | 0 EA | 772.59 | .0 | 772.59 | 420,288.96 |
| | CUSTOMER PART NUMBER: L355S7835 | | | | | | | |

SERIAL NUMBERS:
PSLD8U-01F00Y

| | | | | | |
|---|---|---|---|---|---|
| ... | SR# X8257597Q | X8257843Q | X8258066Q | X8258451Q | X8258645Q |
| ... | SR# X8258718Q | X8258766Q | X8259101Q | X8259126Q | X8259200Q |
| ... | SR# X8259206Q | X8259250Q | X8259270Q | X8259336Q | X8259395Q |
| ... | SR# X8259408Q | X8259420Q | X8259427Q | X8259442Q | X8259485Q |
| ... | SR# X8259494Q | X8259537Q | X8259576Q | X8259580Q | X8259591Q |
| ... | SR# X8259597Q | X8259606Q | X8259612Q | X8259649Q | X8259665Q |
| ... | SR# X8259698Q | X8259881Q | X8259969Q | X8259973Q | X8259997Q |
| ... | SR# X8260035Q | X8260046Q | X8260060Q | X8260140Q | X8260146Q |
| ... | SR# X8260200Q | X8260359Q | X8260636Q | X8260674Q | X8260708Q |
| ... | SR# X8260724Q | X8260748Q | X8260818Q | X8260824Q | X8260833Q |
| ... | SR# X8260839Q | X8261011Q | X8261719Q | X8261768Q | X8261865Q |
| ... | SR# X8262358Q | X8262465Q | X8262507Q | X8262862Q | X8263058Q |
| ... | SR# X8263063Q | X8263371Q | X8263394Q | X8263565Q | X8263778Q |
| ... | SR# X8264007Q | X8264447Q | X8264703Q | X8264787Q | X8265489Q |
| ... | SR# X8265809Q | X8267458Q | X8267509Q | X8267513Q | X8267517Q |
| ... | SR# X8267524Q | X8267537Q | X8267551Q | X8267595Q | X8267602Q |
| ... | SR# X8267612Q | X8267633Q | X8267635Q | X8267639Q | X8267644Q |
| ... | SR# X8267656Q | X8267661Q | X8267667Q | X8267673Q | X8267684Q |
| ... | SR# X8267687Q | X8267689Q | X8267703Q | X8267708Q | X8267713Q |
| ... | SR# X8267717Q | X8267722Q | X8267724Q | X8267730Q | X8267736Q |
| ... | SR# X8267739Q | X8267753Q | X8267758Q | X8267764Q | X8267770Q |
| ... | SR# X8267777Q | X8267785Q | X8267786Q | X8267807Q | X8267814Q |
| ... | SR# X8267825Q | X8267827Q | X8267834Q | X8267841Q | X8267844Q |
| ... | SR# X8267852Q | X8267862Q | X8267863Q | X8267883Q | X8267892Q |
| ... | SR# X8267919Q | X8267927Q | X8267929Q | X8267936Q | X8267938Q |
| ... | SR# X8267946Q | X8267966Q | X8267974Q | X8267986Q | X8267992Q |
| ... | SR# X8267995Q | X8268000Q | X8268007Q | X8268010Q | X8268023Q |
| ... | SR# X8268032Q | X8268046Q | X8268049Q | X8268059Q | X8268063Q |
| ... | SR# X8268068Q | X8268075Q | X8268086Q | X8268095Q | X8268105Q |
| ... | SR# X8268114Q | X8268116Q | X8268120Q | X8268124Q | X8268126Q |
| ... | SR# X8268140Q | X8268147Q | X8268151Q | X8268159Q | X8268166Q |
| ... | SR# X8268173Q | X8268183Q | X8268191Q | X8268209Q | X8268222Q |

* CONTINUED *

INVOICE # 21047320
PAGE 2 of 4
DOCUMENT DATE 10/26/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO 35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO 35474200567
CIRCUIT CITY STORES INC #567
1901 COOPER DRIVE
ARDMORE OK 73402

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2169010 | 550462 | 10/10/08 | 10/26/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6605021380 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8268224Q | X8268227Q | X8268233Q | X8268241Q | X8268252Q | | | |
| ... | SR# X8268257Q | X8268273Q | X8268274Q | X8268292Q | X8268299Q | | | |
| ... | SR# X8268309Q | X8268315Q | X8268320Q | X8268323Q | X8268329Q | | | |
| ... | SR# X8268335Q | X8268341Q | X8268357Q | X8268366Q | X8268372Q | | | |
| ... | SR# X8268381Q | X8268388Q | X8268390Q | X8268394Q | X8268395Q | | | |
| ... | SR# X8268406Q | X8268410Q | X8268413Q | X8268426Q | X8268431Q | | | |
| ... | SR# X8268432Q | X8268438Q | X8268443Q | X8268451Q | X8268454Q | | | |
| ... | SR# X8268457Q | X8268461Q | X8268479Q | X8268483Q | X8268493Q | | | |
| ... | SR# X8268494Q | X8268499Q | X8268505Q | X8268517Q | X8268522Q | | | |
| ... | SR# X8268523Q | X8268531Q | X8268533Q | X8268549Q | X8268551Q | | | |
| ... | SR# X8268553Q | X8268562Q | X8268566Q | X8268567Q | X8268583Q | | | |
| ... | SR# X8268592Q | X8268602Q | X8268607Q | X8268614Q | X8268624Q | | | |
| ... | SR# X8268625Q | X8268633Q | X8268640Q | X8268650Q | X8268653Q | | | |
| ... | SR# X8268660Q | X8268665Q | X8268669Q | X8268685Q | X8268695Q | | | |
| ... | SR# X8268698Q | X8268707Q | X8268727Q | X8268736Q | X8268756Q | | | |
| ... | SR# X8268792Q | X8268825Q | X8268834Q | X8268866Q | X8268909Q | | | |
| ... | SR# X8268937Q | X8268962Q | X8268967Q | X8268974Q | X8268992Q | | | |
| ... | SR# X8269001Q | X8269009Q | X8269018Q | X8269024Q | X8269034Q | | | |
| ... | SR# X8269084Q | X8269094Q | X8269103Q | X8269111Q | X8269112Q | | | |
| ... | SR# X8269118Q | X8269127Q | X8269129Q | X8269137Q | X8269142Q | | | |
| ... | SR# X8269146Q | X8269150Q | X8269156Q | X8269158Q | X8269170Q | | | |
| ... | SR# X8269173Q | X8269178Q | X8269186Q | X8269189Q | X8269194Q | | | |
| ... | SR# X8269206Q | X8269212Q | X8269217Q | X8269223Q | X8269228Q | | | |
| ... | SR# X8269237Q | X8269239Q | X8269247Q | X8269254Q | X8269256Q | | | |
| ... | SR# X8269261Q | X8269264Q | X8269268Q | X8269272Q | X8269275Q | | | |
| ... | SR# X8269285Q | X8269287Q | X8269296Q | X8269303Q | X8269309Q | | | |
| ... | SR# X8269332Q | X8269349Q | X8269354Q | X8269367Q | X8269370Q | | | |
| ... | SR# X8269373Q | X8269378Q | X8269384Q | X8269387Q | X8269394Q | | | |
| ... | SR# X8269397Q | X8269402Q | X8269406Q | X8269410Q | X8269418Q | | | |
| ... | SR# X8269420Q | X8269422Q | X8269432Q | X8269435Q | X8269438Q | | | |
| ... | SR# X8269445Q | X8269453Q | X8269462Q | X8269467Q | X8269477Q | | | |
| ... | SR# X8269483Q | X8269491Q | X8269493Q | X8269499Q | X8269506Q | | | |
| ... | SR# X8269513Q | X8269522Q | X8269535Q | X8269540Q | X8269545Q | | | |
| ... | SR# X8269547Q | X8269553Q | X8269565Q | X8269573Q | X8269586Q | | | |
| ... | SR# X8269593Q | X8269596Q | X8269604Q | X8269612Q | X8269612Q | | | |
| ... | SR# X8269635Q | X8269639Q | X8269665Q | X8269672Q | X8269682Q | | | |
| ... | SR# X8269690Q | X8269703Q | X8269712Q | X8269718Q | X8269719Q | | | |

* CONTINUED *

| | | |
|---|---|---|
| | INVOICE | |
| | INVOICE # | 21047320 |
| | PAGE | 3 of 4 |
| | DOCUMENT DATE | 10/26/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200567
CIRCUIT CITY STORES INC #567
1901 COOPER DRIVE
ARDMORE OK 73402

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2169010 | 550462 | 10/10/08 | 10/26/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6605021380 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8269724Q | X8269725Q | X8269732Q | X8269733Q | X8269740Q | | | |
| ... | SR# X8269756Q | X8269759Q | X8269766Q | X8269778Q | X8269781Q | | | |
| ... | SR# X8269787Q | X8269804Q | X8269809Q | X8269810Q | X8269815Q | | | |
| ... | SR# X8269829Q | X8269837Q | X8269852Q | X8269880Q | X8269893Q | | | |
| ... | SR# X8269906Q | X8269915Q | X8269922Q | X8269936Q | X8269942Q | | | |
| ... | SR# X8269970Q | X8269992Q | X8270001Q | X8270010Q | X8270016Q | | | |
| ... | SR# X8270019Q | X8270027Q | X8270039Q | X8270062Q | X8270067Q | | | |
| ... | SR# X8270083Q | X8270091Q | X8270103Q | X8270110Q | X8270130Q | | | |
| ... | SR# X8270137Q | X8270147Q | X8270152Q | X8270163Q | X8270188Q | | | |
| ... | SR# X8270196Q | X8270224Q | X8280542Q | X8280582Q | X8280628Q | | | |
| ... | SR# X8280918Q | X8281029Q | X8281198Q | X8281237Q | X8281265Q | | | |
| ... | SR# X8281311Q | X8281393Q | X8281501Q | X8285614Q | X8285618Q | | | |
| ... | SR# X8289982Q | X8293401Q | X8293408Q | X8293416Q | X8293426Q | | | |
| ... | SR# X8293432Q | X8293440Q | X8293443Q | X8293452Q | X8293458Q | | | |
| ... | SR# X8293463Q | X8293470Q | X8293476Q | X8293484Q | X8293485Q | | | |
| ... | SR# X8293507Q | X8293523Q | X8293536Q | X8293542Q | X8293549Q | | | |
| ... | SR# X8293554Q | X8293577Q | X8293582Q | X8293591Q | X8293601Q | | | |
| ... | SR# X8293614Q | X8293672Q | X8383001Q | X8384095Q | X8384242Q | | | |
| ... | SR# X8384547Q | X8385112Q | X8385336Q | X8385420Q | X8387342Q | | | |
| ... | SR# X8390609Q | X8390791Q | X8392847Q | X8393427Q | X8393681Q | | | |
| ... | SR# X8393949Q | X8394056Q | X8394314Q | X8395796Q | X8396313Q | | | |
| ... | SR# X8396572Q | X8396682Q | X8397104Q | X8397194Q | X8397326Q | | | |
| ... | SR# X8397351Q | X8397523Q | X8397560Q | X8397571Q | X8397591Q | | | |
| ... | SR# X8397599Q | X8397608Q | X8397615Q | X8397624Q | X8397645Q | | | |
| ... | SR# X8397689Q | X8397706Q | X8397715Q | X8397734Q | X8397743Q | | | |
| ... | SR# X8397758Q | X8397764Q | X8397786Q | X8397798Q | X8397850Q | | | |
| ... | SR# X8397858Q | X8397964Q | X8398008Q | X8398025Q | X8398056Q | | | |
| ... | SR# X8398096Q | X8398102Q | X8414213Q | X8414388Q | X8414957Q | | | |
| ... | SR# X8415145Q | X8415403Q | X8415417Q | X8415542Q | X8415816Q | | | |
| ... | SR# X8416576Q | X8416880Q | X8416926Q | X8416974Q | X8416987Q | | | |
| ... | SR# X8417069Q | X8417076Q | X8417126Q | X8417148Q | X8417163Q | | | |
| ... | SR# X8417166Q | X8417168Q | X8417365Q | X8417391Q | X8417407Q | | | |
| ... | SR# X8417415Q | X8417436Q | X8417442Q | X8417447Q | X8417461Q | | | |
| ... | SR# X8417466Q | X8417472Q | X8417484Q | X8417490Q | X8417504Q | | | |
| ... | SR# X8417517Q | X8417522Q | X8417532Q | X8417538Q | X8417586Q | | | |
| ... | SR# X8417592Q | X8417599Q | X8417604Q | X8417729Q | X8417739Q | | | |
| ... | SR# X8417776Q | X8417786Q | X8417796Q | X8603129Q | X8603820Q | | | |

* CONTINUED *

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE # 21047320
PAGE 4 of 4
DOCUMENT DATE 10/26/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200567
CIRCUIT CITY STORES INC #567
1901 COOPER DRIVE
ARDMORE OK 73402

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2169010 | 550462 | 10/10/08 | 10/26/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6605021380 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8603946Q | X8603976Q | X8604224Q | X8604414Q | X8604454Q | | | |
| ... | SR# X8604504Q | X8604540Q | X8604610Q | X8604657Q | X8604674Q | | | |
| ... | SR# X8604734Q | X8604762Q | X8604867Q | X8606346Q | | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 420,288.96 | 0.00 | 0.00 | 0.00 | 420,288.96 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
, (949) 583-3534

INVOICE  21047320       BILL TO  35474200
DOCUMENT DATE  10/26/08           CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 420,288.96 | 0.00 | 420,288.96 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 567 CIRCUIT CITY STORES INC #      Order #     : 550462 00
           1901 COOPER DRIVE                           Order Date  : 10/10/08
                                                       Ship Date   : 10/26/08
           ARDMORE            OK   73402               Terms       : PREPAID
Purchase Order # : 2169010                             Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021380                 Total Wgt   : 05032.00
Qty of Cartons   :        12                           Ctrl Order  :
Sourcing Warehse : CTS                                 Invoice #   : 21047320
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ----------------------------------------
```
1Z40039A6605021380   1Z40039A6605021399   1Z40039A6605021406   1Z40039A6605021415
1Z40039A6605021424   1Z40039A6605021433   1Z40039A6605021442   1Z40039A6605021451
1Z40039A6605021460   1Z40039A6605021479   1Z40039A6605021488   1Z40039A6605021497
```

-------------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 544 | 0 | 544 | EA | PSLD8U-01F00Y | SATELLITE L355-S7835 |

### Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| 55046200 | PSLD8U-01F00Y | SATELLITE L355-S7835 | 544 |

```
X8257597Q    X8257843Q    X8258066Q    X8258451Q    X8258645Q    X8258718Q

X8258766Q    X8259101Q    X8259126Q    X8259200Q    X8259206Q    X8259250Q

X8259270Q    X8259336Q    X8259395Q    X8259408Q    X8259420Q    X8259427Q

X8259442Q    X8259485Q    X8259494Q    X8259537Q    X8259576Q    X8259580Q

X8259591Q    X8259597Q    X8259606Q    X8259612Q    X8259649Q    X8259665Q

X8259698Q    X8259881Q    X8259969Q    X8259973Q    X8259997Q    X8260035Q

X8260046Q    X8260060Q    X8260140Q    X8260146Q    X8260200Q    X8260359Q

X8260636Q    X8260674Q    X8260708Q    X8260724Q    X8260748Q    X8260818Q

X8260824Q    X8260833Q    X8260839Q    X8261011Q    X8261719Q    X8261768Q
```

Customer : 35474200 567 CIRCUIT CITY STORES INC #     Order #      : 550462 00
           1901 COOPER DRIVE                          Order Date : 10/10/08
                                                      Ship Date  : 10/26/08
           ARDMORE           OK  73402                Terms       : PREPAID
Purchase Order # : 2169010                            Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021380                 Total Wgt   : 05032.00
Qty of Cartons    :         12                        Ctrl Order  :
Sourcing Warehse : CTS                                Invoice #   :

                              Unit Detail

| Unit | Item# | Description | | | Quantity |
|------|-------|-------------|---|---|----------|
| X8261865Q | X8262358Q | X8262465Q | X8262507Q | X8262862Q | X8263058Q |
| X8263063Q | X8263371Q | X8263394Q | X8263565Q | X8263778Q | X8264007Q |
| X8264447Q | X8264703Q | X8264787Q | X8265489Q | X8265809Q | X8267458Q |
| X8267509Q | X8267513Q | X8267517Q | X8267524Q | X8267537Q | X8267551Q |
| X8267595Q | X8267602Q | X8267612Q | X8267633Q | X8267635Q | X8267639Q |
| X8267644Q | X8267656Q | X8267661Q | X8267667Q | X8267673Q | X8267684Q |
| X8267687Q | X8267689Q | X8267703Q | X8267708Q | X8267713Q | X8267717Q |
| X8267722Q | X8267724Q | X8267730Q | X8267736Q | X8267739Q | X8267753Q |
| X8267758Q | X8267764Q | X8267770Q | X8267777Q | X8267785Q | X8267786Q |
| X8267807Q | X8267814Q | X8267825Q | X8267827Q | X8267834Q | X8267841Q |
| X8267844Q | X8267852Q | X8267862Q | X8267863Q | X8267883Q | X8267892Q |
| X8267919Q | X8267927Q | X8267929Q | X8267936Q | X8267938Q | X8267946Q |
| X8267966Q | X8267974Q | X8267986Q | X8267992Q | X8267995Q | X8268000Q |
| X8268007Q | X8268010Q | X8268023Q | X8268032Q | X8268046Q | X8268049Q |
| X8268059Q | X8268063Q | X8268068Q | X8268075Q | X8268086Q | X8268095Q |
| X8268105Q | X8268114Q | X8268116Q | X8268120Q | X8268124Q | X8268126Q |
| X8268140Q | X8268147Q | X8268151Q | X8268159Q | X8268166Q | X8268173Q |
| X8268183Q | X8268191Q | X8268209Q | X8268222Q | X8268224Q | X8268227Q |

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                        DAILY - 10/27/08 - DIV 040

Customer : 35474200 567 CIRCUIT CITY STORES INC #    Order #     : 550462 00
           1901 COOPER DRIVE                          Order Date : 10/10/08
                                                      Ship Date  : 10/26/08
           ARDMORE          OK   73402                Terms      : PREPAID
Purchase Order # : 2169010                            Carrier    : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021380                 Total Wgt  : 05032.00
Qty of Cartons   :        12                          Ctrl Order :
Sourcing Warehse : CTS                                Invoice #  :

                              Unit Detail

Unit          Item#           Description                    Quantity

X8268233Q    X8268241Q    X8268252Q    X8268257Q    X8268273Q    X8268274Q
X8268292Q    X8268299Q    X8268309Q    X8268315Q    X8268320Q    X8268323Q
X8268329Q    X8268335Q    X8268341Q    X8268357Q    X8268366Q    X8268372Q
X8268381Q    X8268388Q    X8268390Q    X8268394Q    X8268395Q    X8268406Q
X8268410Q    X8268413Q    X8268426Q    X8268431Q    X8268432Q    X8268438Q
X8268443Q    X8268451Q    X8268454Q    X8268457Q    X8268461Q    X8268479Q
X8268483Q    X8268493Q    X8268494Q    X8268499Q    X8268505Q    X8268517Q
X8268522Q    X8268523Q    X8268531Q    X8268533Q    X8268549Q    X8268551Q
X8268553Q    X8268562Q    X8268566Q    X8268567Q    X8268583Q    X8268592Q
X8268602Q    X8268607Q    X8268614Q    X8268624Q    X8268625Q    X8268633Q
X8268640Q    X8268650Q    X8268653Q    X8268660Q    X8268665Q    X8268669Q
X8268685Q    X8268695Q    X8268698Q    X8268707Q    X8268727Q    X8268736Q
X8268756Q    X8268792Q    X8268825Q    X8268834Q    X8268866Q    X8268909Q
X8268937Q    X8268962Q    X8268967Q    X8268974Q    X8268992Q    X8269001Q
X8269009Q    X8269018Q    X8269024Q    X8269034Q    X8269084Q    X8269094Q
X8269103Q    X8269111Q    X8269112Q    X8269118Q    X8269127Q    X8269129Q
X8269137Q    X8269142Q    X8269146Q    X8269150Q    X8269156Q    X8269158Q
X8269170Q    X8269173Q    X8269178Q    X8269186Q    X8269189Q    X8269194Q

     This sale concerns products, and/or technical data that may be
     controlled under the U.S. Export Administration Regulations and
     may be subject to the approval of the U.S. Department of Commerce
     prior to export. Any export or re-export by the purchaser, directly
     or indirectly, in contravention of the U.S. Export Administration
     Regulations is prohibited.

                    DAILY - 10/27/08 - DIV 040

Customer : 35474200 567 CIRCUIT CITY STORES INC #     Order #     : 550462 00
           1901 COOPER DRIVE                           Order Date : 10/10/08
                                                       Ship Date  : 10/26/08
           ARDMORE         OK   73402                  Terms      : PREPAID
Purchase Order # : 2169010                             Carrier    : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021380                 Total Wgt  : 05032.00
Qty of Cartons   :        12                           Ctrl Order :
Sourcing Warehse : CTS                                 Invoice #  :

                              Unit Detail

| Unit | Item# | Description | | Quantity | |
|---|---|---|---|---|---|
| X8269206Q | X8269212Q | X8269217Q | X8269223Q | X8269228Q | X8269237Q |
| X8269239Q | X8269247Q | X8269254Q | X8269256Q | X8269261Q | X8269264Q |
| X8269268Q | X8269272Q | X8269275Q | X8269285Q | X8269287Q | X8269296Q |
| X8269303Q | X8269309Q | X8269332Q | X8269349Q | X8269354Q | X8269367Q |
| X8269370Q | X8269373Q | X8269378Q | X8269384Q | X8269387Q | X8269394Q |
| X8269397Q | X8269402Q | X8269406Q | X8269410Q | X8269418Q | X8269420Q |
| X8269422Q | X8269432Q | X8269435Q | X8269438Q | X8269445Q | X8269453Q |
| X8269462Q | X8269467Q | X8269477Q | X8269483Q | X8269491Q | X8269493Q |
| X8269499Q | X8269506Q | X8269513Q | X8269522Q | X8269535Q | X8269540Q |
| X8269545Q | X8269547Q | X8269553Q | X8269565Q | X8269573Q | X8269586Q |
| X8269593Q | X8269596Q | X8269603Q | X8269604Q | X8269612Q | X8269635Q |
| X8269639Q | X8269665Q | X8269672Q | X8269682Q | X8269690Q | X8269703Q |
| X8269712Q | X8269718Q | X8269719Q | X8269724Q | X8269725Q | X8269732Q |
| X8269733Q | X8269740Q | X8269756Q | X8269759Q | X8269766Q | X8269778Q |
| X8269781Q | X8269787Q | X8269804Q | X8269809Q | X8269810Q | X8269815Q |
| X8269829Q | X8269837Q | X8269852Q | X8269880Q | X8269893Q | X8269906Q |
| X8269915Q | X8269922Q | X8269936Q | X8269942Q | X8269970Q | X8269992Q |
| X8270001Q | X8270010Q | X8270016Q | X8270019Q | X8270027Q | X8270039Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                      DAILY - 10/27/08 - DIV 040

Customer : 35474200 567 CIRCUIT CITY STORES INC #        Order #     : 550462 00
           1901 COOPER DRIVE                              Order Date : 10/10/08
                                                         Ship Date  : 10/26/08
           ARDMORE              OK   73402               Terms       : PREPAID
Purchase Order # : 2169010                              Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021380                  Total Wgt   : 05032.00
Qty of Cartons   :        12                            Ctrl Order  :
Sourcing Warehse : CTS                                 Invoice #   :

                              Unit Detail

Unit           Item#              Description                    Quantity

X8270062Q     X8270067Q     X8270083Q     X8270091Q     X8270103Q     X8270110Q

X8270130Q     X8270137Q     X8270147Q     X8270152Q     X8270163Q     X8270188Q

X8270196Q     X8270224Q     X8280542Q     X8280582Q     X8280628Q     X8280918Q

X8281029Q     X8281198Q     X8281237Q     X8281265Q     X8281311Q     X8281393Q

X8281501Q     X8285614Q     X8285618Q     X8289982Q     X8293401Q     X8293408Q

X8293416Q     X8293426Q     X8293432Q     X8293440Q     X8293443Q     X8293452Q

X8293458Q     X8293463Q     X8293470Q     X8293476Q     X8293484Q     X8293485Q

X8293507Q     X8293523Q     X8293536Q     X8293542Q     X8293549Q     X8293554Q

X8293577Q     X8293582Q     X8293591Q     X8293601Q     X8293614Q     X8293672Q

X8383001Q     X8384095Q     X8384242Q     X8384547Q     X8385112Q     X8385336Q

X8385420Q     X8387342Q     X8390609Q     X8390791Q     X8392847Q     X8393427Q

X8393681Q     X8393949Q     X8394056Q     X8394314Q     X8395796Q     X8396313Q

X8396572Q     X8396682Q     X8397104Q     X8397194Q     X8397326Q     X8397351Q

X8397523Q     X8397560Q     X8397571Q     X8397591Q     X8397599Q     X8397608Q

X8397615Q     X8397624Q     X8397645Q     X8397689Q     X8397706Q     X8397715Q

X8397734Q     X8397743Q     X8397758Q     X8397764Q     X8397786Q     X8397798Q

X8397850Q     X8397858Q     X8397964Q     X8398018Q     X8398025Q     X8398056Q

X8398096Q     X8398102Q     X8414213Q     X8414388Q     X8414957Q     X8415145Q


        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                      DAILY - 10/27/08 - DIV 040

Customer : 35474200 567 CIRCUIT CITY STORES INC #       Order #      : 550462 00
           1901 COOPER DRIVE                            Order Date : 10/10/08
                                                        Ship Date  : 10/26/08
           ARDMORE              OK   73402              Terms       : PREPAID
Purchase Order # : 2169010                              Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021380                  Total Wgt   : 05032.00
Qty of Cartons    :        12                           Ctrl Order :
Sourcing Warehse : CTS                                  Invoice #  :

                              Unit Detail

Unit           Item#              Description                      Quantity

X8415403Q      X8415417Q      X8415542Q      X8415816Q      X8416576Q      X8416880Q

X8416926Q      X8416974Q      X8416987Q      X8417069Q      X8417076Q      X8417126Q

X8417148Q      X8417163Q      X8417166Q      X8417168Q      X8417365Q      X8417391Q

X8417407Q      X8417415Q      X8417436Q      X8417442Q      X8417447Q      X8417461Q

X8417466Q      X8417472Q      X8417484Q      X8417490Q      X8417504Q      X8417517Q

X8417522Q      X8417532Q      X8417538Q      X8417586Q      X8417592Q      X8417599Q

X8417604Q      X8417729Q      X8417739Q      X8417776Q      X8417786Q      X8417796Q

X8603129Q      X8603820Q      X8603946Q      X8603976Q      X8604224Q      X8604414Q

X8604454Q      X8604504Q      X8604540Q      X8604610Q      X8604657Q      X8604674Q

X8604734Q      X8604762Q      X8604867Q      X8606346Q

              ///////  E N D   O F   P A C K I N G   L I S T  ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                     DAILY - 10/27/08 - DIV 040



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide

**UPS Uni**



Tracking 

My UPS A

🔒 Welcome, VERONICA CHESTNUT | Logout

**Tracking**

**Track Shipments**
  Track by Reference
  Track by E-mail
  Signature Tracking
  Import Tracking Numbers 🔒
  Wireless Tracking
  Track with Quantum View
  Access Flex Global View
  Integrate Tracking Tools
  Void a Shipment 🔒

**Search Support**

**Enter a keyword:**

[ Search ]



Get Exclusive Rates on Merchant Services

Learn more ➡

# Track Shipments

Track Packages & Freight     Quantum View     Flex Global View

**Tracking Summary**                                                   Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0502 138 0 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🗵 |
| Delivered On: | 10/30/2008 |
| | 12:45 P.M. |
| Delivered To: | ARDMORE, OK, US |
| Signed By: | G. GAITHER |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 🗵 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0502 139 9 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🗵 |
| Delivered On: | 10/30/2008 |
| | 12:45 P.M. |
| Delivered To: | ARDMORE, OK, US |
| Signed By: | G. GAITHER |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 🗵 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0502 140 6 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🗵 |
| Delivered On: | 10/30/2008 |
| | 12:45 P.M. |
| Delivered To: | ARDMORE, OK, US |
| Signed By: | G. GAITHER |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 🗵 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0502 141 5 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🗵 |

Delivered On:                10/30/2008
                             12:45 P.M.
Delivered To:                ARDMORE, OK, US
Signed By:                   G. GAITHER
Service:                     WORLD WIDE EXPRESS FREIGHT
Multiple Packages:           12 ⊠ Show All

**Tracking Number:**         1Z 400 39A 66 0502 142 4

                             → View package progress

Type:                        Package
Status:                      **Delivered** ⊠
Delivered On:                10/30/2008
                             12:45 P.M.
Delivered To:                ARDMORE, OK, US
Signed By:                   G. GAITHER
Service:                     WORLD WIDE EXPRESS FREIGHT
Multiple Packages:           12 ⊠ Show All

**Tracking Number:**         1Z 400 39A 66 0502 143 3

                             → View package progress

Type:                        Package
Status:                      **Delivered** ⊠
Delivered On:                10/30/2008
                             12:45 P.M.
Delivered To:                ARDMORE, OK, US
Signed By:                   G. GAITHER
Service:                     WORLD WIDE EXPRESS FREIGHT
Multiple Packages:           12 ⊠ Show All

**Tracking Number:**         1Z 400 39A 66 0502 144 2

                             → View package progress

Type:                        Package
Status:                      **Delivered** ⊠
Delivered On:                10/30/2008
                             12:45 P.M.
Delivered To:                ARDMORE, OK, US
Signed By:                   G. GAITHER
Service:                     WORLD WIDE EXPRESS FREIGHT
Multiple Packages:           12 ⊠ Show All

**Tracking Number:**         1Z 400 39A 66 0502 145 1

                             → View package progress

Type:                        Package
Status:                      **Delivered** ⊠
Delivered On:                10/30/2008
                             12:45 P.M.
Delivered To:                ARDMORE, OK, US
Signed By:                   G. GAITHER
Service:                     WORLD WIDE EXPRESS FREIGHT
Multiple Packages:           12 ⊠ Show All

**Tracking Number:**         1Z 400 39A 66 0502 146 0

UPS: Tracking Information

Page 3 of 4

Case 08-35653-KRH    Doc 458-29    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 13 of 22

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** ⧉ |
| Delivered On: | 10/30/2008 12:45 P.M. |
| Delivered To: | ARDMORE, OK, US |
| Signed By: | G. GAITHER |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 ⧉ Show All |

**Tracking Number:**    1Z 400 39A 66 0502 147 9

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** ⧉ |
| Delivered On: | 10/30/2008 12:45 P.M. |
| Delivered To: | ARDMORE, OK, US |
| Signed By: | G. GAITHER |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 ⧉ Show All |

**Tracking Number:**    1Z 400 39A 66 0502 148 8

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** ⧉ |
| Delivered On: | 10/30/2008 12:45 P.M. |
| Delivered To: | ARDMORE, OK, US |
| Signed By: | G. GAITHER |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 ⧉ Show All |

**Tracking Number:**    1Z 400 39A 66 0502 149 7

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** ⧉ |
| Delivered On: | 10/30/2008 12:45 P.M. |
| Delivered To: | ARDMORE, OK, US |
| Signed By: | G. GAITHER |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 12 ⧉ Show All |

Tracking results provided by UPS:  11/10/2008 5:50 P.M.  ET

Printer Friendly ⧉

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

INVOICE

```
                                                        INVOICE #    21047321
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                   PAGE    1 of 3
DPD DIGITAL PRODUCTS DIVISION                      DOCUMENT DATE    10/26/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
   BILL TO  35474200                          SHIP TO  35474200755
   CIRCUIT CITY STORES INC                    CIRCUIT CITY STORES INC #755
   9954 MAYLAND DRIVE                          1100 CIRCUIT CITY ROAD
   MERCH. PAYABLE/AMY SANDERSON                MARION IL 62959
   RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2169011 | 550465 | 10/10/08 | 10/26/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | | UPS Pallet OD | 1Z40039A6605021193 | CTS | DPDCC9 |
| CUSTOMER MSGS: | | | | | | |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| PSLD8U-01F00Y | SATELLITE L355-S7835 | 800 | 416 | 0 | EA | 772.59 | .0 | 772.59 | 321,397.44 |
| | CUSTOMER PART NUMBER: L355S7835 | | | | | | | | |

```
SERIAL NUMBERS:
PSLD8U-01F00Y   SR# X8257645Q   X8259761Q   X8261963Q   X8262001Q   X8262044Q
...             SR# X8262071Q   X8262087Q   X8262213Q   X8262260Q   X8262266Q
...             SR# X8262284Q   X8262297Q   X8262310Q   X8262327Q   X8262332Q
...             SR# X8262345Q   X8262380Q   X8264076Q   X8264086Q   X8264095Q
...             SR# X8264118Q   X8264592Q   X8264704Q   X8264811Q   X8265049Q
...             SR# X8265098Q   X8265120Q   X8265136Q   X8265147Q   X8265160Q
...             SR# X8265174Q   X8265192Q   X8265212Q   X8265247Q   X8265307Q
...             SR# X8265430Q   X8265438Q   X8265450Q   X8265456Q   X8265486Q
...             SR# X8265504Q   X8265532Q   X8265538Q   X8265553Q   X8265560Q
...             SR# X8265581Q   X8265635Q   X8265703Q   X8269614Q   X8296410Q
...             SR# X8296517Q   X8302298Q   X8302558Q   X8302883Q   X8303180Q
...             SR# X8303242Q   X8303461Q   X8303566Q   X8303576Q   X8303707Q
...             SR# X8303818Q   X8304028Q   X8304036Q   X8304041Q   X8304074Q
...             SR# X8304089Q   X8304118Q   X8304141Q   X8304166Q   X8304210Q
...             SR# X8304217Q   X8304243Q   X8304263Q   X8304276Q   X8304310Q
...             SR# X8304320Q   X8304332Q   X8304340Q   X8304355Q   X8304383Q
...             SR# X8304428Q   X8304463Q   X8304469Q   X8304495Q   X8304538Q
...             SR# X8304554Q   X8304567Q   X8304584Q   X8304636Q   X8304781Q
...             SR# X8304807Q   X8304985Q   X8305007Q   X8305015Q   X8305109Q
...             SR# X8305175Q   X8305337Q   X8305360Q   X8305409Q   X8305445Q
...             SR# X8305454Q   X8305504Q   X8305511Q   X8305596Q   X8306203Q
...             SR# X8306404Q   X8306607Q   X8306631Q   X8306673Q   X8306724Q
...             SR# X8306780Q   X8306802Q   X8306832Q   X8306850Q   X8306891Q
...             SR# X8307033Q   X8307064Q   X8307082Q   X8309118Q   X8309341Q
...             SR# X8310198Q   X8310564Q   X8310577Q   X8310630Q   X8310656Q
...             SR# X8310751Q   X8310768Q   X8310843Q   X8310852Q   X8310857Q
...             SR# X8310911Q   X8310931Q   X8310971Q   X8311011Q   X8311015Q
...             SR# X8311029Q   X8311169Q   X8311279Q   X8311333Q   X8311495Q
...             SR# X8311512Q   X8311514Q   X8311672Q   X8312998Q   X8358163Q
...             SR# X8380341Q   X8380833Q   X8382082Q   X8382480Q   X8385095Q
...             SR# X8386355Q   X8387214Q   X8388221Q   X8389081Q   X8389458Q
...             SR# X8389507Q   X8390959Q   X8391039Q   X8392575Q   X8392687Q
```

* CONTINUED *

INVOICE

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

```
INVOICE #    21047321
PAGE        2 of 3
DOCUMENT DATE  10/26/08
```

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2169011 | 550465 | 10/10/08 | 10/26/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1Z40039A6605021193 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8392959Q | X8393004Q | X8393741Q | | X8394588Q | | X8394635Q | |
| ... | SR# X8394998Q | X8395651Q | X8396282Q | | X8396287Q | | X8396642Q | |
| ... | SR# X8396658Q | X8396941Q | X8397309Q | | X8397375Q | | X8397579Q | |
| ... | SR# X8397727Q | X8397772Q | X8397817Q | | X8397878Q | | X8397884Q | |
| ... | SR# X8397892Q | X8397903Q | X8397926Q | | X8397979Q | | X8397986Q | |
| ... | SR# X8398005Q | X8398048Q | X8398062Q | | X8398072Q | | X8398079Q | |
| ... | SR# X8398087Q | X8404569Q | X8550586Q | | X8550669Q | | X8550692Q | |
| ... | SR# X8550752Q | X8550791Q | X8550798Q | | X8550829Q | | X8550859Q | |
| ... | SR# X8550926Q | X8550996Q | X8551073Q | | X8551105Q | | X8551128Q | |
| ... | SR# X8551147Q | X8551155Q | X8551184Q | | X8551246Q | | X8551264Q | |
| ... | SR# X8551289Q | X8551294Q | X8551350Q | | X8551361Q | | X8551370Q | |
| ... | SR# X8551384Q | X8551399Q | X8551409Q | | X8551432Q | | X8551440Q | |
| ... | SR# X8551540Q | X8551565Q | X8551679Q | | X8551710Q | | X8551734Q | |
| ... | SR# X8551804Q | X8551861Q | X8551921Q | | X8551935Q | | X8551949Q | |
| ... | SR# X8551957Q | X8551978Q | X8551985Q | | X8551997Q | | X8552003Q | |
| ... | SR# X8552017Q | X8552027Q | X8552045Q | | X8552054Q | | X8552062Q | |
| ... | SR# X8552087Q | X8552109Q | X8552126Q | | X8552159Q | | X8552178Q | |
| ... | SR# X8552208Q | X8552259Q | X8552330Q | | X8552355Q | | X8552405Q | |
| ... | SR# X8552539Q | X8552544Q | X8552558Q | | X8552605Q | | X8552627Q | |
| ... | SR# X8552962Q | X8552983Q | X8552998Q | | X8553016Q | | X8553052Q | |
| ... | SR# X8553059Q | X8553072Q | X8553075Q | | X8553103Q | | X8553124Q | |
| ... | SR# X8553130Q | X8553157Q | X8553208Q | | X8553219Q | | X8553413Q | |
| ... | SR# X8553551Q | X8553694Q | X8553747Q | | X8553765Q | | X8553828Q | |
| ... | SR# X8553844Q | X8553861Q | X8553904Q | | X8553913Q | | X8553921Q | |
| ... | SR# X8554002Q | X8554017Q | X8554088Q | | X8554170Q | | X8554191Q | |
| ... | SR# X8554203Q | X8554216Q | X8554224Q | | X8554237Q | | X8554244Q | |
| ... | SR# X8554251Q | X8554259Q | X8554278Q | | X8554287Q | | X8554325Q | |
| ... | SR# X8554352Q | X8554396Q | X8554413Q | | X8554426Q | | X8554445Q | |
| ... | SR# X8554451Q | X8554457Q | X8554463Q | | X8554469Q | | X8554726Q | |
| ... | SR# X8554744Q | X8554767Q | X8554786Q | | X8554800Q | | X8554811Q | |
| ... | SR# X8554815Q | X8554825Q | X8554837Q | | X8554848Q | | X8554853Q | |
| ... | SR# X8554860Q | X8554867Q | X8554881Q | | X8554888Q | | X8554895Q | |
| ... | SR# X8554909Q | X8554919Q | X8554927Q | | X8554935Q | | X8554946Q | |
| ... | SR# X8554960Q | X8554969Q | X8554977Q | | X8554991Q | | X8554996Q | |
| ... | SR# X8555140Q | X8555141Q | X8555142Q | | X8555144Q | | X8555146Q | |
| ... | SR# X8555147Q | X8555152Q | X8555156Q | | X8555160Q | | X8555166Q | |
| ... | SR# X8555180Q | X8555185Q | X8555222Q | | X8555226Q | | X8555232Q | |

* CONTINUED *

INVOICE

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE #   21047321
PAGE   3 of 3
DOCUMENT DATE   10/26/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2169011 | 550465 | 10/10/08 | 10/26/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS Pallet OD | 1240039A6605021193 | CTS | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| ... | SR# X8555249Q | X8555255Q | X8555259Q | X8555267Q | X8555285Q | | | |
| ... | SR# X8555313Q | X8555353Q | X8555389Q | X8555393Q | X8555409Q | | | |
| ... | SR# X8555445Q | X8555468Q | X8555482Q | X8555500Q | X8555505Q | | | |
| ... | SR# X8555547Q | X8555556Q | X8555574Q | X8555605Q | X8555646Q | | | |
| ... | SR# X8555653Q | X8555885Q | X8555890Q | X8555952Q | X8556044Q | | | |
| ... | SR# X8556062Q | X8556073Q | X8556138Q | X8556161Q | X8556179Q | | | |
| ... | SR# X8556188Q | X8556225Q | X8556261Q | X8556301Q | X8556337Q | | | |
| ... | SR# X8556354Q | X8556361Q | X8556457Q | X8556464Q | X8602836Q | | | |
| ... | SR# X8603220Q | X8602982Q | X8603892Q | X8603949Q | X8604015Q | | | |
| ... | SR# X8604073Q | X8604079Q | X8604096Q | X8606504Q | X8606636Q | | | |
| ... | SR# X8606644Q | X8606667Q | X8607051Q | X8607076Q | X8607655Q | | | |
| ... | SR# X8608537Q | X8608677Q | X8608694Q | X8608714Q | X8608736Q | | | |
| ... | SR# X8608741Q | X8608748Q | X8608780Q | X8608839Q | X8609002Q | | | |
| ... | SR# X8609168Q | X8612545Q | X8612580Q | X8612587Q | X8612648Q | | | |
| ... | SR# X8612674Q | | | | | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 321,397.44 | 0.00 | 0.00 | 0.00 | 321,397.44 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21047321       BILL TO  35474200
DOCUMENT DATE  10/26/08            CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 321,397.44 | 0.00 | 321,397.44 |

AMOUNT ENCLOSED: _____

P A C K I N G   L I S T

Customer : 35474200 755 CIRCUIT CITY STORES INC #      Order #      : 550465 00
                    1100 CIRCUIT CITY ROAD             Order Date  : 10/10/08
                                                       Ship Date   : 10/26/08
            MARION              IL  62959              Terms       : PREPAID
Purchase Order # : 2169011                             Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021193                 Total Wgt   : 03848.00
Qty of Cartons   :        9                            Ctrl Order  :
Sourcing Warehse : CTS                                 Invoice #   : 2104732/

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS ----------
---------------------- Tracking Numbers -------------------------------------
1Z40039A6605021193   1Z40039A6605021200   1Z40039A6605021219   1Z40039A6605021228
1Z40039A6605021237   1Z40039A6605021246   1Z40039A6605021255   1Z40039A6605021264
1Z40039A6605021273

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|===|===|=====|=====|=====|===|==============|==========================|
| 1 | 1 | 416 | 0 | 416 | EA | PSLD8U-01F00Y | SATELLITE L355-S7835 |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| 55046500 | PSLD8U-01F00Y | SATELLITE L355-S7835 | 416 |

| | | | | | |
|---|---|---|---|---|---|
| X8257645Q | X8259761Q | X8261963Q | X8262001Q | X8262044Q | X8262071Q |
| X8262087Q | X8262213Q | X8262260Q | X8262266Q | X8262284Q | X8262297Q |
| X8262310Q | X8262327Q | X8262332Q | X8262345Q | X8262380Q | X8264076Q |
| X8264086Q | X8264095Q | X8264118Q | X8264592Q | X8264704Q | X8264811Q |
| X8265049Q | X8265098Q | X8265120Q | X8265136Q | X8265147Q | X8265160Q |
| X8265174Q | X8265192Q | X8265212Q | X8265247Q | X8265307Q | X8265430Q |
| X8265438Q | X8265450Q | X8265456Q | X8265486Q | X8265504Q | X8265532Q |
| X8265538Q | X8265553Q | X8265560Q | X8265581Q | X8265635Q | X8265703Q |
| X8269614Q | X8296410Q | X8296517Q | X8302298Q | X8302558Q | X8302883Q |

DAILY - 10/27/08 - DIV 040

Customer : 35474200 755 CIRCUIT CITY STORES INC #        Order #      : 550465 00
           1100 CIRCUIT CITY ROAD                        Order Date  : 10/10/08
                                                         Ship Date   : 10/26/08
           MARION          IL   62959                    Terms       : PREPAID
Purchase Order # : 2169011                               Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021193                    Total Wgt   : 03848.00
Qty of Cartons   :        9                              Ctrl Order  :
Sourcing Warehse : CTS                                   Invoice #   :

                                Unit Detail

Unit           Item#              Description                        Quantity

X8303180Q      X8303242Q      X8303461Q      X8303566Q      X8303576Q      X8303707Q

X8303818Q      X8304028Q      X8304036Q      X8304041Q      X8304074Q      X8304089Q

X8304118Q      X8304141Q      X8304166Q      X8304210Q      X8304217Q      X8304243Q

X8304263Q      X8304276Q      X8304310Q      X8304320Q      X8304332Q      X8304340Q

X8304355Q      X8304383Q      X8304428Q      X8304463Q      X8304469Q      X8304495Q

X8304538Q      X8304554Q      X8304567Q      X8304584Q      X8304636Q      X8304781Q

X8304807Q      X8304985Q      X8305007Q      X8305015Q      X8305109Q      X8305175Q

X8305337Q      X8305360Q      X8305409Q      X8305445Q      X8305454Q      X8305504Q

X8305511Q      X8305596Q      X8306203Q      X8306404Q      X8306607Q      X8306631Q

X8306673Q      X8306724Q      X8306780Q      X8306802Q      X8306832Q      X8306850Q

X8306891Q      X8307033Q      X8307064Q      X8307082Q      X8309118Q      X8309341Q

X8310198Q      X8310564Q      X8310577Q      X8310630Q      X8310656Q      X8310751Q

X8310768Q      X8310843Q      X8310852Q      X8310857Q      X8310911Q      X8310931Q

X8310971Q      X8311011Q      X8311015Q      X8311029Q      X8311169Q      X8311279Q

X8311333Q      X8311495Q      X8311512Q      X8311514Q      X8311672Q      X8312998Q

X8358163Q      X8380341Q      X8380833Q      X8382082Q      X8382480Q      X8385095Q

X8386355Q      X8387214Q      X8388221Q      X8389081Q      X8389458Q      X8389507Q

X8390959Q      X8391039Q      X8392575Q      X8392687Q      X8392959Q      X8393004Q

        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                        DAILY - 10/27/08 - DIV 040

Customer : 35474200 755 CIRCUIT CITY STORES INC #       Order #      : 550465 00
           1100 CIRCUIT CITY ROAD                        Order Date : 10/10/08
                                                         Ship Date  : 10/26/08
           MARION              IL   62959                Terms       : PREPAID
Purchase Order # : 2169011                               Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021193                    Total Wgt   : 03848.00
Qty of Cartons   :       9                               Ctrl Order :
Sourcing Warehse : CTS                                   Invoice #   :

                              Unit Detail

| Unit | Item# | Description | | Quantity | |
|------|-------|-------------|--|----------|--|
| X8393741Q | X8394588Q | X8394635Q | X8394998Q | X8395651Q | X8396282Q |
| X8396287Q | X8396642Q | X8396658Q | X8396941Q | X8397309Q | X8397375Q |
| X8397579Q | X8397727Q | X8397772Q | X8397817Q | X8397878Q | X8397884Q |
| X8397892Q | X8397903Q | X8397926Q | X8397979Q | X8397986Q | X8398005Q |
| X8398048Q | X8398062Q | X8398072Q | X8398079Q | X8398087Q | X8404569Q |
| X8550586Q | X8550669Q | X8550692Q | X8550752Q | X8550791Q | X8550798Q |
| X8550829Q | X8550859Q | X8550926Q | X8550996Q | X8551073Q | X8551105Q |
| X8551128Q | X8551147Q | X8551155Q | X8551184Q | X8551246Q | X8551264Q |
| X8551289Q | X8551294Q | X8551350Q | X8551361Q | X8551370Q | X8551384Q |
| X8551399Q | X8551409Q | X8551432Q | X8551440Q | X8551540Q | X8551565Q |
| X8551679Q | X8551710Q | X8551734Q | X8551804Q | X8551861Q | X8551921Q |
| X8551935Q | X8551949Q | X8551957Q | X8551978Q | X8551985Q | X8551997Q |
| X8552003Q | X8552017Q | X8552027Q | X8552045Q | X8552054Q | X8552062Q |
| X8552087Q | X8552109Q | X8552126Q | X8552159Q | X8552178Q | X8552208Q |
| X8552259Q | X8552330Q | X8552355Q | X8552405Q | X8552539Q | X8552544Q |
| X8552558Q | X8552605Q | X8552627Q | X8552962Q | X8552983Q | X8552998Q |
| X8553016Q | X8553052Q | X8553059Q | X8553072Q | X8553075Q | X8553103Q |
| X8553124Q | X8553130Q | X8553157Q | X8553208Q | X8553219Q | X8553413Q |

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                        DAILY - 10/27/08 - DIV 040

10/28/08
1:44:51

Case 08-35653-KRH    Doc 458-29    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) Voices and Proof of Delivery Cont. s Page 20 of 22
PAGE : 4

Customer : 35474200 755 CIRCUIT CITY STORES INC #      Order #      : 550465 00
           1100 CIRCUIT CITY ROAD                      Order Date : 10/10/08
                                                       Ship Date  : 10/26/08
           MARION            IL   62959                Terms       : PREPAID
Purchase Order # : 2169011                             Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021193                  Total Wgt   : 03848.00
Qty of Cartons   :        9                            Ctrl Order :
Sourcing Warehse : CTS                                 Invoice #  :

                              Unit Detail

Unit          Item#            Description                       Quantity

X8553551Q    X8553694Q    X8553747Q    X8553765Q    X8553828Q    X8553844Q

X8553861Q    X8553904Q    X8553913Q    X8553921Q    X8554002Q    X8554017Q

X8554088Q    X8554170Q    X8554191Q    X8554203Q    X8554216Q    X8554224Q

X8554237Q    X8554244Q    X8554251Q    X8554259Q    X8554278Q    X8554287Q

X8554325Q    X8554352Q    X8554396Q    X8554413Q    X8554426Q    X8554445Q

X8554451Q    X8554457Q    X8554463Q    X8554469Q    X8554726Q    X8554744Q

X8554767Q    X8554786Q    X8554800Q    X8554811Q    X8554815Q    X8554825Q

X8554837Q    X8554848Q    X8554853Q    X8554860Q    X8554867Q    X8554881Q

X8554888Q    X8554895Q    X8554909Q    X8554919Q    X8554927Q    X8554935Q

X8554946Q    X8554960Q    X8554969Q    X8554977Q    X8554991Q    X8554996Q

X8555140Q    X8555141Q    X8555142Q    X8555144Q    X8555146Q    X8555147Q

X8555152Q    X8555156Q    X8555160Q    X8555166Q    X8555180Q    X8555185Q

X8555222Q    X8555226Q    X8555232Q    X8555249Q    X8555255Q    X8555259Q

X8555267Q    X8555285Q    X8555313Q    X8555353Q    X8555389Q    X8555393Q

X8555409Q    X8555445Q    X8555468Q    X8555482Q    X8555500Q    X8555505Q

X8555547Q    X8555556Q    X8555574Q    X8555605Q    X8555646Q    X8555653Q

X8555885Q    X8555890Q    X8555952Q    X8556044Q    X8556062Q    X8556073Q

X8556138Q    X8556161Q    X8556179Q    X8556188Q    X8556225Q    X8556261Q

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/27/08 - DIV 040

Customer : 35474200 755 CIRCUIT CITY STORES INC #    Order #     : 550465 00
            1100 CIRCUIT CITY ROAD                    Order Date : 10/10/08
                                                      Ship Date  : 10/26/08
            MARION         IL   62959                 Terms       : PREPAID
Purchase Order # : 2169011                            Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021193                 Total Wgt   : 03848.00
Qty of Cartons   :       9                            Ctrl Order  :
Sourcing Warehse : CTS                                Invoice #   :

                            Unit Detail

Unit          Item#           Description                      Quantity

X8556301Q    X8556337Q    X8556354Q    X8556361Q    X8556457Q    X8556464Q

X8602836Q    X8603220Q    X8603298Q    X8603892Q    X8603949Q    X8604015Q

X8604073Q    X8604079Q    X8604096Q    X8606504Q    X8606636Q    X8606644Q

X8606667Q    X8607051Q    X8607076Q    X8607655Q    X8608537Q    X8608677Q

X8608694Q    X8608714Q    X8608736Q    X8608741Q    X8608748Q    X8608780Q

X8608839Q    X8609002Q    X8609168Q    X8612545Q    X8612580Q    X8612587Q

X8612648Q    X8612674Q

        /////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/27/08 - DIV 040





**UPS Uni**

**Tracking**  

🔒 Welcome, VERONICA CHESTNUT | Logout

My UPS | A

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
🔒
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

## Search Support

**Enter a keyword:**

[ Search ]

**UPS Mobile has a brand new look. Interact with us anytime, anywhere.**

Learn more ➔

# Track Shipments

**Track Packages & Freight    Quantum View    Flex Global View**

### Tracking Summary

Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0502 119 3 |
| | ➔ View package progress |
| Type: | Package |
| Status: | **Delivered** �? |
| Delivered On: | 10/29/2008 11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0502 120 0 |
| | ➔ View package progress |
| Type: | Package |
| Status: | **Delivered** �? |
| Delivered On: | 10/29/2008 11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0502 121 9 |
| | ➔ View package progress |
| Type: | Package |
| Status: | **Delivered** �? |
| Delivered On: | 10/29/2008 11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0502 122 8 |
| | ➔ View package progress |
| Type: | Package |
| Status: | **Delivered** �? |