UPS: Tracking Information                                                                    Page 2 of 3

Case 08-35653-KRH    Doc 458-30    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
        Exhibit(s) voices and Proof of Delivery Cont.    Page 1 of 20

| | |
|---|---|
| Delivered On: | 10/29/2008<br>11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 Show All |
| **Tracking Number:** | 1Z 400 39A 66 0502 123 7 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/29/2008<br>11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 Show All |
| **Tracking Number:** | 1Z 400 39A 66 0502 124 6 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/29/2008<br>11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 Show All |
| **Tracking Number:** | 1Z 400 39A 66 0502 125 5 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/29/2008<br>11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 Show All |
| **Tracking Number:** | 1Z 400 39A 66 0502 126 4 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/29/2008<br>11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 Show All |
| **Tracking Number:** | 1Z 400 39A 66 0502 127 3 |

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/29/2008 11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 9 Show All |

Tracking results provided by UPS: 11/10/2008 5:48 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Manage E-mail Preferences | Ge
My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

```
                                                              INVOICE
                                                   INVOICE #   21047322
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.              PAGE    1 of 3
DPD DIGITAL PRODUCTS DIVISION                 DOCUMENT DATE    10/26/08
9740 Irvine Blvd.
Irvine, CA 92618




         BILL TO  35474200                       SHIP TO  35474200755
         CIRCUIT CITY STORES INC                 CIRCUIT CITY STORES INC #755
         9954 MAYLAND DRIVE                      1100 CIRCUIT CITY ROAD
         MERCH. PAYABLE/AMY SANDERSON            MARION IL 62959
         RICHMOND VA 232331464




PURCHASE ORDER NUMBER    ORDER NUMBER     ORDER DATE    SHIP DATE    PAYMENT TERMS         OC  /AC
2169011                  550465           10/10/08      10/26/08     NET 30               ORD  /25
FOB                          FREIGHT TERMS              SHIP VIA         BILL OF LADING       SRCWHS    SLSP
CIF - DESTINATION            FREIGHT PREPAID            UPS Pallet OD    1Z40039A6605021291    CTS       DPDCC9
CUSTOMER MSGS:

                                          ORDER     SHIP    BO         UNIT LIST    DISC    NET UNIT      EXTENDED
PART NUMBER       DESCRIPTION             QTY       QTY     QTY UOM       PRICE      %       PRICE          AMOUNT

PSLD8U-01F00Y     SATELLITE L355-S7835    800       384     0   EA       772.59     .0       772.59      296,674.56
     CUSTOMER PART NUMBER: L355S7835


SERIAL NUMBERS:
PSLD8U-01F00Y    SR#  X8256942Q      X8257245Q      X8258155Q      X8258231Q      X8258248Q
  ...            SR#  X8258374Q      X8258538Q      X8258610Q      X8258817Q      X8258902Q
  ...            SR#  X8259024Q      X8259060Q      X8259114Q      X8259169Q      X8259370Q
  ...            SR#  X8259389Q      X8259433Q      X8259459Q      X8259502Q      X8259510Q
  ...            SR#  X8259523Q      X8259550Q      X8259560Q      X8259619Q      X8259640Q
  ...            SR#  X8259656Q      X8259668Q      X8259703Q      X8259716Q      X8259721Q
  ...            SR#  X8259726Q      X8259733Q      X8259738Q      X8259743Q      X8259769Q
  ...            SR#  X8259800Q      X8259808Q      X8259824Q      X8259850Q      X8259857Q
  ...            SR#  X8259867Q      X8259901Q      X8259926Q      X8259938Q      X8259949Q
  ...            SR#  X8259951Q      X8259960Q      X8259983Q      X8259993Q      X8260004Q
  ...            SR#  X8260013Q      X8260026Q      X8260090Q      X8260095Q      X8260103Q
  ...            SR#  X8260108Q      X8260119Q      X8260125Q      X8260134Q      X8260148Q
  ...            SR#  X8260164Q      X8260175Q      X8260187Q      X8260218Q      X8260601Q
  ...            SR#  X8260647Q      X8260661Q      X8260669Q      X8260700Q      X8260714Q
  ...            SR#  X8260729Q      X8260741Q      X8260754Q      X8260760Q      X8260768Q
  ...            SR#  X8260773Q      X8260782Q      X8260790Q      X8260797Q      X8260802Q
  ...            SR#  X8260847Q      X8260867Q      X8260882Q      X8260895Q      X8260918Q
  ...            SR#  X8260933Q      X8260955Q      X8260962Q      X8260971Q      X8260977Q
  ...            SR#  X8260993Q      X8261142Q      X8261273Q      X8261399Q      X8261727Q
  ...            SR#  X8261815Q      X8262054Q      X8262130Q      X8262174Q      X8262183Q
  ...            SR#  X8262193Q      X8262216Q      X8262237Q      X8262444Q      X8262263Q
  ...            SR#  X8262306Q      X8262393Q      X8262399Q      X8262408Q      X8262416Q
  ...            SR#  X8262444Q      X8262454Q      X8262463Q      X8262490Q      X8262496Q
  ...            SR#  X8262517Q      X8262529Q      X8262573Q      X8262634Q      X8262673Q
  ...            SR#  X8262717Q      X8262824Q      X8262894Q      X8263030Q      X8263148Q
  ...            SR#  X8263419Q      X8263455Q      X8263624Q      X8263634Q      X8263640Q
  ...            SR#  X8263646Q      X8263654Q      X8263661Q      X8263733Q      X8263744Q
  ...            SR#  X8263751Q      X8263849Q      X8263918Q      X8263921Q      X8263944Q
  ...            SR#  X8263957Q      X8264023Q      X8264050Q      X8264068Q      X8264075Q
  ...            SR#  X8264105Q      X8264126Q      X8264153Q      X8264177Q      X8264195Q
  ...            SR#  X8264227Q      X8264246Q      X8264253Q      X8264269Q      X8264290Q
  ...            SR#  X8264318Q      X8264323Q      X8264330Q      X8264346Q      X8264378Q
```

* CONTINUED *

```
                                                                              INVOICE
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                      INVOICE #   21047322
DPD DIGITAL PRODUCTS DIVISION                                       PAGE   2 of 3
9740 Irvine Blvd.                                          DOCUMENT DATE   10/26/08
Irvine, CA 92618




         BILL TO  35474200                              SHIP TO  35474200755
         CIRCUIT CITY STORES INC                        CIRCUIT CITY STORES INC #755
         9954 MAYLAND DRIVE                             1100 CIRCUIT CITY ROAD
         MERCH. PAYABLE/AMY SANDERSON                   MARION IL 62959
         RICHMOND VA 232331464




PURCHASE ORDER NUMBER    ORDER NUMBER      ORDER DATE      SHIP DATE       PAYMENT TERMS         OC  /AC
2169011                  550465            10/10/08        10/26/08        NET 30                ORD /25
FOB                                  FREIGHT TERMS         SHIP VIA        BILL OF LADING        SRCWHS    SLSP
CIF - DESTINATION                    FREIGHT PREPAID       UPS Pallet OD   1Z40039A6605021291    CTS       DPDCC9
CUSTOMER MSGS:

                                        ORDER       SHIP       BO        UNIT LIST    DISC     NET UNIT       EXTENDED
PART NUMBER       DESCRIPTION             QTY        QTY   QTY UOM           PRICE       %        PRICE         AMOUNT
...           SR# X8264393Q         X8264402Q   X8264413Q       X8264424Q         X8264432Q
...           SR# X8264448Q         X8264568Q   X8264608Q       X8264616Q         X8264632Q
...           SR# X8264652Q         X8264658Q   X8264680Q       X8264682Q         X8264884Q
...           SR# X8264939Q         X8264975Q   X8265026Q       X8265071Q         X8265163Q
...           SR# X8265255Q         X8265477Q   X8265683Q       X8265741Q         X8265749Q
...           SR# X8265825Q         X8267469Q   X8267479Q       X8267488Q         X8267489Q
...           SR# X8267493Q         X8267529Q   X8267546Q       X8267568Q         X8267583Q
...           SR# X8267591Q         X8267605Q   X8267610Q       X8267617Q         X8267627Q
...           SR# X8267643Q         X8267650Q   X8267651Q       X8267662Q         X8267671Q
...           SR# X8267677Q         X8267681Q   X8267688Q       X8267697Q         X8267745Q
...           SR# X8267766Q         X8267778Q   X8267793Q       X8267801Q         X8267818Q
...           SR# X8267833Q         X8267854Q   X8267896Q       X8267897Q         X8267909Q
...           SR# X8267922Q         X8267950Q   X8267955Q       X8267978Q         X8268003Q
...           SR# X8268014Q         X8268038Q   X8268097Q       X8268100Q         X8268133Q
...           SR# X8268154Q         X8268165Q   X8268175Q       X8268201Q         X8268258Q
...           SR# X8268265Q         X8268280Q   X8268295Q       X8268304Q         X8268374Q
...           SR# X8268311Q         X8268350Q   X8268351Q       X8268365Q         X8268374Q
...           SR# X8268423Q         X8268475Q   X8268507Q       X8268577Q         X8268702Q
...           SR# X8268713Q         X8269278Q   X8269326Q       X8269412Q         X8269428Q
...           SR# X8269441Q         X8269452Q   X8269464Q       X8269472Q         X8269478Q
...           SR# X8269484Q         X8269501Q   X8269507Q       X8269515Q         X8269524Q
...           SR# X8269533Q         X8269538Q   X8269560Q       X8269568Q         X8269577Q
...           SR# X8269585Q         X8269615Q   X8269664Q       X8269687Q         X8269695Q
...           SR# X8269704Q         X8269710Q   X8269739Q       X8269762Q         X8269775Q
...           SR# X8269794Q         X8269824Q   X8269844Q       X8269859Q         X8269867Q
...           SR# X8269873Q         X8269885Q   X8269900Q       X8269987Q         X8270033Q
...           SR# X8270117Q         X8270122Q   X8270140Q       X8270159Q         X8270168Q
...           SR# X8270175Q         X8270182Q   X8270203Q       X8270214Q         X8270218Q
...           SR# X8270313Q         X8280593Q   X8280626Q       X8280635Q         X8280690Q
...           SR# X8280705Q         X8280732Q   X8280769Q       X8280773Q         X8280788Q
...           SR# X8280815Q         X8280837Q   X8280883Q       X8280957Q         X8280972Q
...           SR# X8280996Q         X8281013Q   X8281017Q       X8281022Q         X8281075Q
...           SR# X8281103Q         X8281141Q   X8281160Q       X8281244Q         X8281251Q
...           SR# X8281275Q         X8281287Q   X8281305Q       X8281325Q         X8281333Q
...           SR# X8281341Q         X8281356Q   X8281383Q       X8281441Q         X8281447Q
...           SR# X8281473Q         X8450522Q   X8450550Q       X8453219Q         X8454225Q
...           SR# X8456514Q         X8457616Q   X8458428Q       X8461543Q         X8462732Q




* CONTINUED *
```

```
                                                               INVOICE
                                                    INVOICE #  21047322
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.           PAGE       3 of 3
DPD DIGITAL PRODUCTS DIVISION                       DOCUMENT DATE  10/26/08
9740 Irvine Blvd.
Irvine, CA 92618




    BILL TO  35474200                           SHIP TO  35474200755
    CIRCUIT CITY STORES INC                     CIRCUIT CITY STORES INC #755
    9954 MAYLAND DRIVE                          1100 CIRCUIT CITY ROAD
    MERCH. PAYABLE/AMY SANDERSON                MARION IL 62959
    RICHMOND VA 232331464




PURCHASE ORDER NUMBER    ORDER NUMBER      ORDER DATE      SHIP DATE      PAYMENT TERMS           OC  /AC
2169011                  550465            10/10/08        10/26/08       NET 30                  ORD /25
FOB                      FREIGHT TERMS                     SHIP VIA       BILL OF LADING       SRCWHS     SLSP
CIF - DESTINATION        FREIGHT PREPAID                   UPS Pallet OD  1Z40039A6605021291   CTS        DPDCC9
CUSTOMER MSGS:
                                         ORDER       SHIP       BO         UNIT LIST    DISC     NET UNIT      EXTENDED
PART NUMBER    DESCRIPTION               QTY         QTY        QTY UOM    PRICE        %        PRICE         AMOUNT
...            SR#  X8464247Q            X8464276Q   X8464381Q             X8464397Q    X8464413Q
...            SR#  X8464421Q            X8464429Q   X8464441Q             X8464452Q    X8464470Q
...            SR#  X8464478Q            X8464495Q   X8464514Q             X8464536Q    X8464545Q
...            SR#  X8464560Q            X8464572Q   X8464591Q             X8464616Q    X8464629Q
...            SR#  X8464644Q            X8464657Q   X8464684Q             X8464706Q    X8464715Q
...            SR#  X8464757Q            X8464763Q   X8464781Q             X8464790Q    X8464807Q
...            SR#  X8464830Q            X8464843Q   X8464851Q             X8464970Q    X8465082Q
...            SR#  X8465137Q            X8465156Q   X8465454Q             X8466296Q

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.




     TOTAL SALES        DISCOUNT APPLIED         TAX AMOUNT              FREIGHT               TOTAL DUE
     296,674.56                    0.00               0.00                  0.00               296,674.56


PLEASE RETURN THIS PORTION WITH REMITTANCE:              PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                                                                           P.O. Box 91865
         INVOICE  21047322      BILL TO  35474200                          CHICAGO IL 60693
         DOCUMENT DATE 10/26/08          CIRCUIT CITY STORES INC           (949) 583-3534

                                               NET AMOUNT          PAY TERM DISCOUNT            TOTAL DUE
                                               296,674.56                      0.00             296,674.56
                                                                   AMOUNT ENCLOSED: _____
```

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #      Order #     : 550465 01
           1100 CIRCUIT CITY ROAD                      Order Date  : 10/10/08
                 MARION            IL  62959           Ship Date   : 10/26/08
Purchase Order # : 2169011                             Terms       : PREPAID
Bill of Lading # : 1Z40039A6605021291                  Carrier     : UPS-PALLET 3 DA
Qty of Cartons   :      8                              Total Wgt   : 03552.00
Sourcing Warehse : CTS                                 Ctrl Order  :
                                                       Invoice #   : 2104732 (handwritten)
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
----------------------- Tracking Numbers --------------------------------------
1Z40039A6605021291   1Z40039A6605021308   1Z40039A6605021317   1Z40039A6605021326
1Z40039A6605021335   1Z40039A6605021344   1Z40039A6605021353   1Z40039A6605021362

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item #        | Item Description      |
|---------|---------|---------|---------|---------|-----|---------------|-----------------------|
| 1       | 1       | 384     | 0       | 384     | EA  | PSLD8U-01F00Y | SATELLITE L355-S7835  |

                                    Unit Detail

| Unit     | Item#         | Description         | Quantity |
|----------|---------------|---------------------|----------|
| 55046501 | PSLD8U-01F00Y | SATELLITE L355-S7835| 384      |

| | | | | | |
|---|---|---|---|---|---|
| X8256942Q | X8257245Q | X8258155Q | X8258231Q | X8258248Q | X8258374Q |
| X8258538Q | X8258610Q | X8258817Q | X8258902Q | X8259024Q | X8259060Q |
| X8259114Q | X8259169Q | X8259370Q | X8259389Q | X8259433Q | X8259459Q |
| X8259502Q | X8259510Q | X8259523Q | X8259550Q | X8259560Q | X8259619Q |
| X8259640Q | X8259656Q | X8259668Q | X8259703Q | X8259716Q | X8259721Q |
| X8259726Q | X8259733Q | X8259738Q | X8259743Q | X8259769Q | X8259800Q |
| X8259808Q | X8259824Q | X8259850Q | X8259857Q | X8259867Q | X8259901Q |
| X8259926Q | X8259938Q | X8259949Q | X8259951Q | X8259960Q | X8259983Q |
| X8259993Q | X8260004Q | X8260013Q | X8260026Q | X8260090Q | X8260095Q |

```
Customer : 35474200  755 CIRCUIT CITY STORES INC #    Order #     : 550465 01
           1100 CIRCUIT CITY ROAD                     Order Date  : 10/10/08
                                                      Ship Date   : 10/26/08
              MARION              IL   62959          Terms       : PREPAID
Purchase Order # : 2169011                            Carrier     : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021291                 Total Wgt   : 03552.00
Qty of Cartons   :       8                            Ctrl Order  :
Sourcing Warehse : CTS                                Invoice #   :
```

                                  Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| X8260103Q | X8260108Q | X8260119Q | X8260125Q | X8260134Q | X8260148Q |
| X8260164Q | X8260175Q | X8260187Q | X8260218Q | X8260601Q | X8260647Q |
| X8260661Q | X8260669Q | X8260700Q | X8260714Q | X8260729Q | X8260741Q |
| X8260754Q | X8260760Q | X8260768Q | X8260773Q | X8260782Q | X8260790Q |
| X8260797Q | X8260802Q | X8260847Q | X8260867Q | X8260882Q | X8260895Q |
| X8260918Q | X8260933Q | X8260955Q | X8260962Q | X8260971Q | X8260977Q |
| X8260993Q | X8261142Q | X8261273Q | X8261399Q | X8261727Q | X8261815Q |
| X8262054Q | X8262130Q | X8262174Q | X8262183Q | X8262193Q | X8262216Q |
| X8262237Q | X8262244Q | X8262263Q | X8262306Q | X8262393Q | X8262399Q |
| X8262408Q | X8262416Q | X8262444Q | X8262454Q | X8262463Q | X8262490Q |
| X8262496Q | X8262517Q | X8262529Q | X8262573Q | X8262634Q | X8262673Q |
| X8262717Q | X8262824Q | X8262894Q | X8263030Q | X8263148Q | X8263419Q |
| X8263455Q | X8263624Q | X8263634Q | X8263640Q | X8263646Q | X8263654Q |
| X8263661Q | X8263733Q | X8263744Q | X8263751Q | X8263849Q | X8263918Q |
| X8263921Q | X8263944Q | X8263957Q | X8264023Q | X8264050Q | X8264068Q |
| X8264075Q | X8264105Q | X8264126Q | X8264153Q | X8264177Q | X8264195Q |
| X8264227Q | X8264246Q | X8264253Q | X8264269Q | X8264290Q | X8264318Q |
| X8264323Q | X8264330Q | X8264346Q | X8264378Q | X8264393Q | X8264402Q |

       This sale concerns products, and/or technical data that may be
       controlled under the U.S. Export Administration Regulations and
       may be subject to the approval of the U.S. Department of Commerce
       prior to export. Any export or re-export by the purchaser, directly
       or indirectly, in contravention of the U.S. Export Administration
       Regulations is prohibited.

                          DAILY - 10/27/08 - DIV 040

10/28/08  
1:44:51  

Case 08-35653-KRH  Doc 458-30  Filed 11/26/08  Entered 11/26/08 18:03:21  Desc  
Exhibit(s) Invoices and Proof of Delivery Cont.  Page 8 of 20

PAGE : 3

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #      Order #      : 550465 01
           1100 CIRCUIT CITY ROAD                       Order Date   : 10/10/08
                                                        Ship Date    : 10/26/08
                MARION            IL   62959            Terms        : PREPAID
Purchase Order # : 2169011                              Carrier      : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021291                   Total Wgt    : 03552.00
Qty of Cartons   :        8                             Ctrl Order   :
Sourcing Warehse : CTS                                  Invoice #    :
```

## Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| X8264413Q | X8264424Q | X8264432Q | X8264448Q | X8264568Q | X8264608Q |
| X8264616Q | X8264632Q | X8264652Q | X8264658Q | X8264680Q | X8264682Q |
| X8264884Q | X8264939Q | X8264975Q | X8265026Q | X8265071Q | X8265163Q |
| X8265255Q | X8265477Q | X8265683Q | X8265741Q | X8265749Q | X8265825Q |
| X8267469Q | X8267479Q | X8267488Q | X8267489Q | X8267493Q | X8267529Q |
| X8267546Q | X8267568Q | X8267583Q | X8267591Q | X8267605Q | X8267610Q |
| X8267617Q | X8267627Q | X8267643Q | X8267650Q | X8267651Q | X8267662Q |
| X8267671Q | X8267677Q | X8267681Q | X8267688Q | X8267697Q | X8267745Q |
| X8267766Q | X8267778Q | X8267793Q | X8267801Q | X8267818Q | X8267833Q |
| X8267854Q | X8267896Q | X8267897Q | X8267909Q | X8267922Q | X8267950Q |
| X8267955Q | X8267978Q | X8268003Q | X8268014Q | X8268038Q | X8268097Q |
| X8268100Q | X8268133Q | X8268154Q | X8268165Q | X8268175Q | X8268201Q |
| X8268258Q | X8268265Q | X8268266Q | X8268280Q | X8268295Q | X8268304Q |
| X8268311Q | X8268350Q | X8268351Q | X8268365Q | X8268374Q | X8268423Q |
| X8268475Q | X8268507Q | X8268577Q | X8268702Q | X8268713Q | X8269278Q |
| X8269326Q | X8269412Q | X8269428Q | X8269441Q | X8269452Q | X8269461Q |
| X8269472Q | X8269478Q | X8269484Q | X8269501Q | X8269507Q | X8269515Q |
| X8269524Q | X8269533Q | X8269538Q | X8269560Q | X8269568Q | X8269577Q |

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 10/27/08 - DIV 040

```
Customer  : 35474200 755 CIRCUIT CITY STORES INC #    Order #      : 550465 01
            1100 CIRCUIT CITY ROAD                    Order Date   : 10/10/08
            MARION            IL   62959              Ship Date    : 10/26/08
                                                      Terms        : PREPAID
Purchase Order # : 2169011                            Carrier      : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021291                 Total Wgt    : 03552.00
Qty of Cartons   :      8                             Ctrl Order   :
Sourcing Warehse : CTS                                Invoice #    :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| X8269585Q | X8269615Q | X8269664Q | X8269687Q | X8269695Q | X8269704Q |
| X8269710Q | X8269739Q | X8269762Q | X8269775Q | X8269794Q | X8269824Q |
| X8269844Q | X8269859Q | X8269867Q | X8269873Q | X8269885Q | X8269900Q |
| X8269987Q | X8270033Q | X8270117Q | X8270122Q | X8270140Q | X8270159Q |
| X8270168Q | X8270175Q | X8270182Q | X8270203Q | X8270214Q | X8270218Q |
| X8270313Q | X8280593Q | X8280626Q | X8280635Q | X8280690Q | X8280705Q |
| X8280732Q | X8280769Q | X8280773Q | X8280788Q | X8280815Q | X8280837Q |
| X8280883Q | X8280957Q | X8280972Q | X8280996Q | X8281013Q | X8281017Q |
| X8281022Q | X8281075Q | X8281103Q | X8281141Q | X8281160Q | X8281244Q |
| X8281251Q | X8281275Q | X8281287Q | X8281305Q | X8281325Q | X8281333Q |
| X8281341Q | X8281356Q | X8281383Q | X8281441Q | X8281447Q | X8281473Q |
| X8450522Q | X8450550Q | X8453219Q | X8454225Q | X8456514Q | X8457616Q |
| X8458428Q | X8461543Q | X8462732Q | X8464247Q | X8464276Q | X8464381Q |
| X8464397Q | X8464413Q | X8464421Q | X8464429Q | X8464441Q | X8464452Q |
| X8464470Q | X8464478Q | X8464495Q | X8464514Q | X8464536Q | X8464545Q |
| X8464560Q | X8464572Q | X8464591Q | X8464616Q | X8464629Q | X8464644Q |
| X8464657Q | X8464684Q | X8464706Q | X8464715Q | X8464757Q | X8464763Q |
| X8464781Q | X8464790Q | X8464807Q | X8464830Q | X8464843Q | X8464851Q |

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 10/27/08 - DIV 040

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #    Order #      : 550465 01
           1100 CIRCUIT CITY ROAD                    Order Date   : 10/10/08
                                                     Ship Date    : 10/26/08
           MARION              IL   62959            Terms        : PREPAID
Purchase Order # : 2169011                           Carrier      : UPS-PALLET 3 DA
Bill of Lading # : 1Z40039A6605021291                Total Wgt    : 03552.00
Qty of Cartons   :         8                         Ctrl Order   :
Sourcing Warehse : CTS                               Invoice #    :
```

                                Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|

X8464970Q     X8465082Q     X8465137Q     X8465156Q     X8465454Q     X8466296Q


            ////// E N D  O F  P A C K I N G  L I S T //////


This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                        DAILY - 10/27/08 - DIV 040



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS Uni**

 Tracking 

My UPS | A

  Welcome, VERONICA CHESTNUT | Logout

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

## Search Support

**Enter a keyword:**

Search



## Track Shipments

**Track Packages & Freight**    **Quantum View**    **Flex Global View**

**Tracking Summary**

Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 400 39A 66 0502 129 1 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/29/2008 11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 8 Show All |
| **Tracking Number:** | 1Z 400 39A 66 0502 130 8 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/29/2008 11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 8 Show All |
| **Tracking Number:** | 1Z 400 39A 66 0502 131 7 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/29/2008 11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 8 Show All |
| **Tracking Number:** | 1Z 400 39A 66 0502 132 6 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |

Case 08-35653-KRH    Doc 458-30    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
             Exhibit(s) voices and Proof of Delivery Cont.    Page 12 of 20

|  |  |
|---|---|
| Delivered On: | 10/29/2008 11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 8 Show All |

| **Tracking Number:** | 1Z 400 39A 66 0502 133 5 |
|---|---|
|  | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/29/2008 11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 8 Show All |

| **Tracking Number:** | 1Z 400 39A 66 0502 134 4 |
|---|---|
|  | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/29/2008 11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 8 Show All |

| **Tracking Number:** | 1Z 400 39A 66 0502 135 3 |
|---|---|
|  | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/29/2008 11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 8 Show All |

| **Tracking Number:** | 1Z 400 39A 66 0502 136 2 |
|---|---|
|  | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/29/2008 11:00 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | K. |
| Service: | WORLD WIDE EXPRESS FREIGHT |
| Multiple Packages: | 8 Show All |

Tracking results provided by UPS: 11/10/2008 5:47 P.M. ET

```
                                                                    INVOICE
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                   INVOICE #    21033462
DPD DIGITAL PRODUCTS DIVISION                               PAGE         1 of 1
9740 Irvine Blvd.                                           DOCUMENT DATE 09/30/08
Irvine, CA 92618


        BILL TO  35474200                       SHIP TO  35474200353
        CIRCUIT CITY STORES INC                 CIRCUIT CITY STORES INC #353
        9954 MAYLAND DRIVE                      680 S LEMON AVENUE
        MERCH. PAYABLE/AMY SANDERSON            WALNUT CA 91789
        RICHMOND VA 232331464


PURCHASE ORDER NUMBER    ORDER NUMBER    ORDER DATE    SHIP DATE    PAYMENT TERMS    OC  /AC
2157276                  534843          09/24/08      09/30/08     NET 30           ORD /25

FOB                                FREIGHT TERMS              SHIP VIA              BILL OF LADING   SRCWHS    SLSP
CIF - DESTINATION                  FREIGHT PREPAID            EAGLE O/N NON-GTE     63258384         CIA       DPDCC9
CUSTOMER MSGS:

                                          ORDER    SHIP    BO               UNIT LIST    DISC    NET UNIT      EXTENDED
PART NUMBER    DESCRIPTION                QTY      QTY     QTY  UOM         PRICE         %      PRICE         AMOUNT

TDP-XP2U       XGA 4.8LB 2500 LUMEN PROJ   52       52       0   EA           899.00    30.0      629.17      32,716.84
   CUSTOMER PART NUMBER: TDPXP2U
TLP-XE30U      XGA 3000 LUMEN PROJ          20       20       0   EA         1,119.00    32.8      751.64      15,032.80
   CUSTOMER PART NUMBER: TLPXE30U

SERIAL NUMBERS:
TDP-XP2U       SR# 49601021    49601036    49601044    49601047    49601049
...            SR# 49601051    49601054    49601055    49601056    49601065
...            SR# 49601067    49601659    49601665    49601666    49601673
...            SR# 49601674    49601675    49601676    49601677    49601678
...            SR# 49601679    49601680    49601681    49601682    49601683
...            SR# 49601684    49601685    49601686    49601687    49601688
...            SR# 49601689    49601690    49601691    49601692    49601693
...            SR# 49601694    49601699    49601701    49601702    49601705
...            SR# 49601706    49601707    49601708    49601709    49601710
...            SR# 49601714    49601715    49601717    49601718    49601722
...            SR# 49601724    49601745
TLP-XE30U      SR# 49341579    49341590    49341592    49341596    49341598
...            SR# 49341601    49341605    49341608    49341610    49341612
...            SR# 49341615    49341616    49341617    49341618    49341619
...            SR# 49341620    49341621    49341635    49342943    49342958

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.


   TOTAL SALES        DISCOUNT APPLIED      TAX AMOUNT          FREIGHT          TOTAL DUE
     69,128.00           21,378.36            0.00               0.00            47,749.64


PLEASE RETURN THIS PORTION WITH REMITTANCE:              PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
                                                                           P.O. Box 91865
     INVOICE   21033462    BILL TO  35474200                               CHICAGO IL 60693
     DOCUMENT DATE 09/30/08         CIRCUIT CITY STORES INC                (949) 583-3534

                                            NET AMOUNT        PAY TERM DISCOUNT        TOTAL DUE
                                             47,749.64              0.00                47,749.64
                                                              AMOUNT ENCLOSED: _____
```

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #    Order #      : 534843 00
           680 S LEMON AVENUE                        Order Date   : 9/24/08
                                                     Ship Date    : 9/30/08
           WALNUT                  CA   91789        Terms        : PREPAID
Purchase Order # : 2157276                           Carrier      : CEVA NON-GTE-W.
Bill of Lading # : 63258384                          Total Wgt    : 00698.80
Qty of Cartons   :         2                         Ctrl Order   :
Sourcing Warehse : CIA                               Invoice #    :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS ----------
------------------------ Tracking Numbers ------------------------------------
63258384
```

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item #    | Item Description        |
|---------|---------|---------|---------|---------|-----|-----------|-------------------------|
| 1       | 1       | 52      | 0       | 52      | EA  | TDP-XP2U  | XGA 4.8LB 2500 LUMEN PROJ |
| 2       | 2       | 20      | 0       | 20      | EA  | TLP-XE30U | XGA 3000 LUMEN PROJ     |

                              Unit Detail

| Unit      | Item#      | Description              | Quantity |
|-----------|------------|--------------------------|----------|
| RI365947  | TLP-XE30U  | XGA 3000 LUMEN PROJ      | 20       |

| 49341579 | 49341590 | 49341592 | 49341596 | 49341598 | 49341601 |
| 49341605 | 49341608 | 49341610 | 49341612 | 49341615 | 49341616 |
| 49341617 | 49341618 | 49341619 | 49341620 | 49341621 | 49341635 |
| 49342943 | 49342958 |          |          |          |          |

| Unit      | Item#     | Description                   | Quantity |
|-----------|-----------|-------------------------------|----------|
| RI365948  | TDP-XP2U  | XGA 4.8LB 2500 LUMEN PROJ     | 52       |

| 49601021 | 49601036 | 49601044 | 49601047 | 49601049 | 49601051 |
| 49601054 | 49601055 | 49601056 | 49601065 | 49601067 | 49601659 |
| 49601665 | 49601666 | 49601673 | 49601674 | 49601675 | 49601676 |

Case 08-35653-KRH    Doc 458-30    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 15 of 20

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #      Order #      : 534843 00
           680 S LEMON AVENUE                          Order Date   : 9/24/08
                                                       Ship Date    : 9/30/08
              WALNUT             CA    91789           Terms        : PREPAID
Purchase Order # : 2157276                             Carrier      : CEVA NON-GTE-W.
Bill of Lading # : 63258384                            Total Wgt    : 00698.80
Qty of Cartons   :         2                           Ctrl Order   :
Sourcing Warehse : CIA                                 Invoice #    :
```

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| 49601677 | 49601678 | 49601679 | 49601680 | 49601681 | 49601682 |
| 49601683 | 49601684 | 49601685 | 49601686 | 49601687 | 49601688 |
| 49601689 | 49601690 | 49601691 | 49601692 | 49601693 | 49601694 |
| 49601699 | 49601701 | 49601702 | 49601705 | 49601706 | 49601707 |
| 49601708 | 49601709 | 49601710 | 49601714 | 49601715 | 49601717 |
| 49601718 | 49601722 | 49601724 | 49601745 | | |

////// E N D   O F   P A C K I N G   L I S T //////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/01/08 - DIV 040

**EGL**

P.O. Box 60467 AMF
Customer Service: (800) 689-9915
Voice: (800) 689-9915
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE    Date: 9/30/08   Origin: LAX C   Dest. ONT C

| Shipper's Name and Address | Shipper's Account Number | TRANSPORT DOCUMENT Not Negotiable |
|---|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE  CA 92618 | TOSH97924 | 20657207<br><br>Air Bill #: 63258384<br>MOVEMENT# |

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# 9494614410 | It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY.<br>Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required. |
| PO# | BOL# 52404? | FMC NO. 4490     EGL FAA-IAC#: SW9310028 |

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY #353<br>680 S. LEMON AVE.<br>APPT# 804.527.4000 EXT 4291<br>MUST HAVE APPTMENT<br>WALNUT  CA 91789 | CIRC68917 |

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY |  | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
|  | ☐ PORT TO PORT |  |
| ☐ SATURDAY | ☐ PORT TO DOOR |  |
| ☐ SUNDAY | ☐ DOOR TO DOOR |  |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE |  |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE |  |

| Contact/Broker 0500-1400 MGR | Phone# 9095952424 |
| PO# 2157276/7E | BOL# |

BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE)   Acct.# TOSH97924A

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE  CA 92618

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

☐ Prepaid  ☒ Third Party   Customs Value     Declared Value
☐ Collect  ☐ C.O.D.

Special Instructions: SERVICE: 2ND  DUE DATE: 10/06/08
72 CTNS ON 2 PLTS
DNT DEL UNTIL 10/6

COD Amount        Amount of Insurance

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 72 | 699 | DATA PROCESSING |  | 15 @ 13 @ 8 |
|  |  | Door#: D15 |  |  |
|  |  | Trailer#: 427 |  |  |
|  |  | Seal#: N/S |  |  |
| Totals 72 | 699 |  |  |  |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| Company Name | Signature of Shipper or its agent | Date |
| Print Name | | |
| ID Type | ID# | PHOTO ID YES/NO |
| ID Type | ID# | |

DOCK INSP
PU/BOL/PTP/QUOTE#
HAWB REVIEW

DRIVER AGENT/VEHICLE# 427     C.O.D.    Check#
PU TIME/DATE 10/06/08           Total Collect Charges  .00
Received in good condition by: [signature]   Date/Time 10/6/08 1:20

Executed on (date) _____ at (place) _____ Signature of Issuing Carrier or its Agent

DAVID ENGEROR

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

DR-O                                                                    EGL COPY

```
TOSHIBA AMERICA INFORMATION SYS.                                    INVOICE
DPD DIGITAL PRODUCTS DIVISION                            INVOICE #   21033463
9740 Irvine Blvd.                                           PAGE     1 of 1
Irvine, CA 92618                                        DOCUMENT DATE 09/30/08
```

```
BILL TO  35474200                       SHIP TO  35474200344
CIRCUIT CITY STORES INC                 CIRCUIT CITY STORES INC #344
9954 MAYLAND DRIVE                      400 LONG FELLOW COURT
MERCH. PAYABLE/AMY SANDERSON            LIVERMORE CA 94550
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157275 | 534849 | 09/24/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE O/N NON-GTE | 63258383 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 28 | 28 | 0 | EA | 899.00 | 30.0 | 629.17 | 17,616.76 |
| CUSTOMER PART NUMBER: TDPXP2U | | | | | | | | | |
| TLP-XE30U | XGA 3000 LUMEN PROJ | 15 | 15 | 0 | EA | 1,119.00 | 32.8 | 751.64 | 11,274.60 |
| CUSTOMER PART NUMBER: TLPXE30U | | | | | | | | | |

```
SERIAL NUMBERS:
TDP-XP2U
            SR# 82607109   82607115   82607163   82607168   82607169
...         SR# 82607170   82607171   82607174   82607175   82607177
...         SR# 82607178   82607179   82607180   82607181   82607182
...         SR# 82607184   82607185   82607187   82607192   82607193
...         SR# 82607198   82607206   82607207   82607209   82607213
...         SR# 82607214   82607215   82607219
TLP-XE30U   SR# 49342890   49342944   49342945   49342947   49342948
...         SR# 49342952   49342953   49342956   49342969   49342971
...         SR# 49342976   49342980   49342981   49342982   49342984
```

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 41,957.00 | 13,065.64 | 0.00 | 0.00 | 28,891.36 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

```
INVOICE        21033463       BILL TO  35474200         PLEASE REMIT TO: TOSHIBA (COMPUTER DIVISION
DOCUMENT DATE  09/30/08                CIRCUIT CITY STORES INC           P.O. Box 91865
                                                                         CHICAGO IL 60693
                                                                         (949) 583-3534
```

| | NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|---|
| | 28,891.36 | 0.00 | 28,891.36 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 344 CIRCUIT CITY STORES INC #    Order #      : 534849 00
           400 LONG FELLOW COURT                     Order Date   : 9/24/08
                                                     Ship Date    : 9/30/08
           LIVERMORE           CA   94550            Terms        : PREPAID
Purchase Order # : 2157275                           Carrier      : CEVA NON-GTE-W.
Bill of Lading # : 63258383                          Total Wgt    : 00420.70
Qty of Cartons   :       1                           Ctrl Order   :
Sourcing Warehse : CIA                               Invoice #    :
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS ------------
---------------------- Tracking Numbers ----------------------------------------
63258383

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 28 | 0 | 28 | EA | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ |
| 2 | 2 | 15 | 0 | 15 | EA | TLP-XE30U | XGA 3000 LUMEN PROJ |

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| RI365946 | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | | | 28 |
| 82607109 | 82607115 | 82607163 | 82607168 | 82607169 | 82607170 |
| 82607171 | 82607174 | 82607175 | 82607177 | 82607178 | 82607179 |
| 82607180 | 82607181 | 82607182 | 82607184 | 82607185 | 82607187 |
| 82607192 | 82607193 | 82607198 | 82607206 | 82607207 | 82607209 |
| 82607213 | 82607214 | 82607215 | 82607219 | | |
| RI365946 | TLP-XE30U | XGA 3000 LUMEN PROJ | | | 15 |
| 49342890 | 49342944 | 49342945 | 49342947 | 49342948 | 49342952 |
| 49342953 | 49342956 | 49342969 | 49342971 | 49342976 | 49342980 |

```
Customer : 35474200 344 CIRCUIT CITY STORES INC #      Order #      : 534849 00
                    400 LONG FELLOW COURT              Order Date   : 9/24/08
                                                       Ship Date    : 9/30/08
                    LIVERMORE           CA   94550     Terms        : PREPAID
Purchase Order # : 2157275                             Carrier      : CEVA NON-GTE-W.
Bill of Lading # : 63258383                            Total Wgt    : 00420.70
Qty of Cartons   :              1                      Ctrl Order   :
Sourcing Warehse : CIA                                 Invoice #    :
```

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| 49342981 | 49342982 | 49342984 | |

////// E N D   O F   P A C K I N G   L I S T //////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/01/08 - DIV 040

**EGL**

P. O. Box 60467 AMF
Customer Service: (800) 888-4849
Corporate Office: (800) 821-9956

Date: 9/30/08    Origin: LAX C    Dest. SFO D

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

**TRANSPORT DOCUMENT** Not Negotiable

2652232

Air Bill #: 63258383
MOVEMENT#

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE    CA 92618 | TOSH97926 |
| Contact/EIN # | Phone# 9494614410 |
| PO# | BOL# 534849 |
| Consignee's Name and Address | Consignee's Account Number |
| CIRCUIT CITY-LIVERMORE<br>400 LONGFELLOW CT. STE A<br>LOCATION 344<br>LIVERMORE    CA 94550 | CIRC40945 |
| Contact/Broker FOR APPTS EXT 4<br>PO 67275/7E | Phone# 8045274000 |
| | BOL# |
| BILLING ADDRESS<br>TOSHIBA AMERICA INFORMATION<br>9740 IRVINE BLVD<br>ATTN TRANSPORTATION DEPT<br>IRVINE    CA 92618 | Acct.# TOSH97926A |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

10-6-08

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

☐ Prepaid  ☒ Third Party
☐ Collect  ☐ C.O.D.

Special Instructions: SERVICE: 2ND    DUE DATE: 10/06/08
43 CTNS ON 1 PLT
DNT DEL UNTIL 10/6

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 43 | 421 | DATA PROCESSING | | 15 @ 13 @ 8 |

Totals 43 / 421

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

DOCK INSP
PU/BOL/PTP/QUOTE#
HAWB REVIEW

Company Name _____ Signature of Shipper or its agent _____ Date _____
Print Name _____

DRIVER AGENT/VEHICLE# SFO 0001 Alex
PU TIME/DATE 10/06/08 12:00

C.O.D.    Check#
Total Collect Charges .00

| ID Type | ID# | PHOTO ID YES/NO |
|---|---|---|
| ID Type | ID# | |

Received in good condition by: Ruljit Kaur / K KAUR    Date/Time

Executed on (date) _____ at (place) _____ Signature of Issuing Carrier or its Agent _____

DR-O    NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)    EGL COPY