```
                                                                          INVOICE
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                       INVOICE #   21033474
DPD DIGITAL PRODUCTS DIVISION                                        PAGE   1 of 1
9740 Irvine Blvd.                                           DOCUMENT DATE   09/30/08
Irvine, CA 92618



        BILL TO  35474200                                SHIP TO  35474200255
        CIRCUIT CITY STORES INC                          CIRCUIT CITY STORES INC #255
        9954 MAYLAND DRIVE                               BETHLEHEM DISTRIBUTION CTR#255
        MERCH. PAYABLE/AMY SANDERSON                     4000 TOWNSHIP LINE ROAD
        RICHMOND VA 232331464                            BETHLEHEM PA 18015



PURCHASE ORDER NUMBER      ORDER NUMBER      ORDER DATE    SHIP DATE     PAYMENT TERMS        OC  /AC
2157274                    534846            09/24/08      09/30/08      NET 30               ORD /25
FOB                                 FREIGHT TERMS          SHIP VIA      BILL OF LADING       SRCWHS   SLSP
CIF - DESTINATION                   FREIGHT PREPAID        UPS GROUND    1Z9806010304603517   CIA      DPDCC9
CUSTOMER MSGS:

                                         ORDER    SHIP    BO        UNIT LIST    DISC    NET UNIT     EXTENDED
PART NUMBER    DESCRIPTION               QTY      QTY     QTY UOM      PRICE     %         PRICE       AMOUNT

TDP-XP2U       XGA 4.8LB 2500 LUMEN PROJ   13      13     0 EA        899.00    30.0      629.17      8,179.21
  CUSTOMER PART NUMBER: TDPXP2U
TLP-XE30U      XGA 3000 LUMEN PROJ          6       6     0 EA      1,119.00    32.8      751.64      4,509.84
  CUSTOMER PART NUMBER: TLPXE30U

SERIAL NUMBERS:
TDP-XP2U    SR# 49601176      49601179       49601182        49601198     49601199
...         SR# 49601295      49601580       49601590        49601591     49601594
...         SR# 49601597      49601598       49601599
TLP-XE30U   SR# 49342989      49342996       49343000        49343006     49343016
...         SR# 49343027

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.



    TOTAL SALES           DISCOUNT APPLIED          TAX AMOUNT              FREIGHT              TOTAL DUE
     18,401.00                5,711.95                 0.00                   0.00               12,689.05


PLEASE RETURN THIS PORTION WITH REMITTANCE:              PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
                                                                           P.O. Box 91865
       INVOICE   21033474      BILL TO  35474200                           CHICAGO IL 60693
  DOCUMENT DATE  09/30/08               CIRCUIT CITY STORES INC            (949) 583-3534

                                            NET AMOUNT             PAY TERM DISCOUNT         TOTAL DUE
                                             12,689.05                    0.00               12,689.05
                                                                     AMOUNT ENCLOSED: _____
```

```
10/02/08                      OPTICAL  PACKING  LIST                        PAGE : 1
1:36:51

Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #     : 534846 00
           BETHLEHEM DISTRIBUTION CTR#255            Order Date  : 9/24/08
           4000 TOWNSHIP LINE ROAD                   Ship Date   : 9/30/08
           BETHLEHEM       PA    18015               Terms       : PREPAID
Purchase Order # : 2157274                           Carrier     : UPS GROUND
Bill of Lading # : 1Z9806010304603517                Total Wgt   : 00185.20
Qty of Cartons   :          19                       Ctrl Order  :
Sourcing Warehse : CIA                               Invoice #   :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers --------------------------------------
1Z9806010304603517   1Z9806010304603526   1Z9806010304603535   1Z9806010304603544
1Z9806010304603553   1Z9806010304603571   1Z9806010304603580   1Z9806010304603599
1Z9806010304603606   1Z9806010304603615   1Z9806010304603624   1Z9806010304603633
1Z9806010304603642
```

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 13 | 0 | 13 | EA | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ |
| 2 | 2 | 6  | 0 | 6  | EA | TLP-XE30U | XGA 3000 LUMEN PROJ |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI375671 | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 13 |
| 49601176 | 49601179 | 49601182  49601198  49601199 | 49601295 |
| 49601580 | 49601590 | 49601591  49601594  49601597 | 49601598 |
| 49601599 | | | |
| GI375672 | TLP-XE30U | XGA 3000 LUMEN PROJ | 6 |
| 49342989 | 49342996 | 49343000  49343006  49343016 | 49343027 |

/////// END OF PACKING LIST ///////

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 10/01/08 - DIV 040



Home | About UPS | Contact UPS | Getting Started | Site Guide

UPS Uni

Tracking

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

**Search Support**

**Enter a keyword:**

Log-In User ID: taiscredit   Password:   | Forgot Password

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**                                    Printer Friendly

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0460 351 7 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/06/2008<br>8:36 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RANSOM |
| Service: | GROUND |
| Multiple Packages: | 13  Show All |

Tracking results provided by UPS: 11/10/2008 6:10 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.



UPS Mobile has a brand new look. Interact with us anytime, anywhere.

Learn more

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions



Home | About UPS | Contact UPS | Getting Started | Site Guide

**UPS Uni**

Tracking

### Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

### Search Support

**Enter a keyword:**



Log-In  User ID: taiscredit  Password: [ ]  | Forgot Password

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**                                                    Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0460 355 3 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/06/2008<br>8:36 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RANSOM |
| Service: | GROUND |
| Multiple Packages: | 13  Show All |

Tracking results provided by UPS: 11/10/2008 6:11 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

UPS Tracking Information
Case 08-35653-KRH   Doc 458-31   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) voices and Proof of Delivery Cont.   Page 5 of 20

Page 1 of 1



# Tracking

### Track Shipments
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

### Search Support

**Enter a keyword:**





Log-In   User ID: taiscredit   Password:   | Forgot Password

## Track Shipments

**Track Packages & Freight**   **Quantum View**   **Flex Global View**

**Tracking Summary**                                                        Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0460 360 6 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/06/2008 8:36 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RANSOM |
| Service: | GROUND |
| Multiple Packages: | 13 Show All |

Tracking results provided by UPS:  11/10/2008 6:11 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

http://wwwapps.ups.com/WebTracking/processInputRequest?HTMLVersion=5.0&loc=e...   11/10/2008



Home | About UPS | Contact UPS | Getting Started | Site Guide

**UPS Uni**

Tracking

# Tracking

Track Shipments
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

## Search Support

**Enter a keyword:**



UPS Mobile has a brand new look. Interact with us anytime, anywhere.

Learn more

Log-In User ID: taiscredit  Password: | Forgot Password

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**                                      Printer Friendly

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0460 364 2 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/06/2008 8:36 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RANSOM |
| Service: | GROUND |
| Multiple Packages: | 13 Show All |

Tracking results provided by UPS: 11/10/2008 6:11 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions



**UPS Uni**

Home | About UPS | Contact UPS | Getting Started | Site Guide

Tracking

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

Log-In  User ID: taiscredit   Password:          | Forgot Password

## Track Shipments

**Track Packages & Freight**   **Quantum View**   **Flex Global View**

**Tracking Summary**                                              Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0460 352 6 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/06/2008 8:36 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RANSOM |
| Service: | GROUND |
| Multiple Packages: | 13 Show All |

Tracking results provided by UPS:  11/10/2008 6:12 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

### Search Support
**Enter a keyword:**





Looking to switch?
Open an account now

---

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions



Home | About UPS | Contact UPS | Getting Started | Site Guide

**UPS Uni**

Tracking

### Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

### Search Support

**Enter a keyword:**



UPS Mobile has a brand new look. Interact with us anytime, anywhere.

Learn more

Log-In  User ID: taiscredit  Password:  | Forgot Password

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**                                                    Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0460 357 1 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/06/2008 8:36 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RANSOM |
| Service: | GROUND |
| Multiple Packages: | 13 Show All |

Tracking results provided by UPS: 11/10/2008 6:12 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions



Home | About UPS | Contact UPS | Getting Started | Site Guide





Tracking

UPS Uni

### Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

### Search Support

**Enter a keyword:**





Looking to switch?



Open an account now

Log-In   User ID: taiscredit   Password:   | Forgot Password

## Track Shipments

**Track Packages & Freight**   **Quantum View**   **Flex Global View**

**Tracking Summary**                                                   Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0460 361 5 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/06/2008 8:36 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RANSOM |
| Service: | GROUND |
| Multiple Packages: | 13 Show All |

Tracking results provided by UPS: 11/10/2008 6:12 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

http://wwwapps.ups.com/WebTracking/processInputRequest?HTMLVersion=5.0&loc=e...   11/10/2008



Home | About UPS | Contact UPS | Getting Started | Site Guide

**UPS Uni**

Tracking

**Tracking**

Log-In  User ID: taiscredit  Password: [ ]  | Forgot Password

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

## Track Shipments

Track Packages & Freight   Quantum View   Flex Global View

**Tracking Summary**                                   Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0460 353 5 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/06/2008 8:36 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RANSOM |
| Service: | GROUND |
| Multiple Packages: | 13  Show All |

**Search Support**

**Enter a keyword:**
[ ]
[→]



Tracking results provided by UPS: 11/10/2008 6:12 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

http://wwwapps.ups.com/WebTracking/processInputRequest?HTMLVersion=5.0&loc=e...   11/10/2008



Home | About UPS | Contact UPS | Getting Started | Site Guide

**UPS Uni**

**Tracking**

**Tracking**

Track Shipments
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

**Search Support**

Enter a keyword:



Log-In   User ID: laiscredit   Password: [ ]   | Forgot Password

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**                                               Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0460 358 0 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/06/2008 |
| | 8:36 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RANSOM |
| Service: | GROUND |
| Multiple Packages: | 13 Show All |

Tracking results provided by UPS:  11/10/2008 6:13 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions



Home | About UPS | Contact UPS | Getting Started | Site Guide

**UPS Uni**

Tracking

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

**Search Support**

**Enter a keyword:**





Log-In  User ID: taiscredit  Password: | Forgot Password

# Track Shipments

**Track Packages & Freight**   **Quantum View**   **Flex Global View**

**Tracking Summary**                                                Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0460 362 4 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** [?] |
| Delivered On: | 10/06/2008 |
| | 8:36 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RANSOM |
| Service: | GROUND |
| Multiple Packages: | 13 Show All |

Tracking results provided by UPS: 11/10/2008 6:13 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions



UPS Uni

Tracking

**Tracking**

Track Shipments
  Track by Reference
  Track by E-mail
  Signature Tracking
  Import Tracking Numbers
  Wireless Tracking
  Track with Quantum View
  Access Flex Global View
  Integrate Tracking Tools
  Void a Shipment

**Search Support**

Enter a keyword:





Log-In  User ID: taiscredit   Password:   | Forgot Password

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**                                             Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0460 354 4 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 10/06/2008 |
| | 8:36 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RANSOM |
| Service: | GROUND |
| Multiple Packages: | 13 Show All |

Tracking results provided by UPS: 11/10/2008 6:13 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

http://wwwapps.ups.com/WebTracking/processInputRequest?HTMLVersion=5.0&loc=e...    11/10/2008



Home | About UPS | Contact UPS | Getting Started | Site Guide

**UPS Uni**

Tracking

**Tracking**

Log-In User ID: laiscredit Password: | Forgot Password

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**     Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0460 359 9 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/06/2008 8:36 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RANSOM |
| Service: | GROUND |
| Multiple Packages: | 13 Show All |

**Search Support**

**Enter a keyword:**



Tracking results provided by UPS: 11/10/2008 6:13 P.M. ET

Printer Friendly

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions



Home | About UPS | Contact UPS | Getting Started | Site Guide

**UPS Uni**

Tracking

Log-In  User ID: laiscredit  Password: [  ]  | Forgot Password

**Tracking**

Track Shipments
   Track by Reference
   Track by E-mail
   Signature Tracking
   Import Tracking Numbers
   Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**                                                    Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0460 363 3 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 10/06/2008 |
| | 8:36 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | RANSOM |
| Service: | GROUND |
| Multiple Packages: | 13 Show All |

Tracking results provided by UPS: 11/10/2008 6:14 P.M. ET

Printer Friendly

**Search Support**

**Enter a keyword:**

[  ]



**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme tendered by or for you to UPS for delivery and for no other purpose. Any other us tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Manage E-mail Prefer
Getting Started | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

http://wwwapps.ups.com/WebTracking/processInputRequest?HTMLVersion=5.0&loc=e...    11/10/2008

```
                                                                                    INVOICE
                                                                    INVOICE #    21033505
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                                    PAGE   1 of 1
DPD DIGITAL PRODUCTS DIVISION                                       DOCUMENT DATE   09/30/08
9740 Irvine Blvd.
Irvine, CA 92618




        BILL TO  35474200                                SHIP TO  35474200567
        CIRCUIT CITY STORES INC                          CIRCUIT CITY STORES INC #567
        9954 MAYLAND DRIVE                               1901 COOPER DRIVE
        MERCH. PAYABLE/AMY SANDERSON                     ARDMORE OK 73402
        RICHMOND VA 232331464




PURCHASE ORDER NUMBER       ORDER NUMBER        ORDER DATE      SHIP DATE       PAYMENT TERMS          OC  /AC
2157277                     534844              09/24/08        09/30/08        NET 30                ORD /25
FOB                         FREIGHT TERMS                       SHIP VIA        BILL OF LADING        SRCWHS     SLSP
CIF - DESTINATION           FREIGHT PREPAID                     EAGLE 5-DAY GTE 63258387              CIA        DPDCC9
CUSTOMER MSGS:

                                                ORDER   SHIP    BO              UNIT LIST   DISC    NET UNIT        EXTENDED
PART NUMBER        DESCRIPTION                  QTY     QTY     QTY UOM         PRICE       %       PRICE           AMOUNT

TDP-XP2U           XGA 4.8LB 2500 LUMEN PROJ    91      91      0   EA          899.00      30.0    629.17          57,254.47
   CUSTOMER PART NUMBER: TDPXP2U
TLP-XE30U          XGA 3000 LUMEN PROJ          15      15      0   EA          1,119.00    32.8    751.64          11,274.60
   CUSTOMER PART NUMBER: TLPXE30U


SERIAL NUMBERS:
TDP-XP2U        SR# 49601197    49601200    49601548    49601554    49601558
...             SR# 49601563    49601564    49601567    49601568    49601571
...             SR# 49601572    49601573    49601575    49601576    49601577
...             SR# 49601578    49601581    49601582    49601583    49601585
...             SR# 49601586    49601587    49601588    49601589    49601592
...             SR# 49601595    49601596    49601600    82606453    82606454
...             SR# 82606455    82606456    82606457    82606458    82606459
...             SR# 82606460    82606461    82606462    82606463    82606464
...             SR# 82606465    82606466    82606467    82606468    82606469
...             SR# 82606470    82606471    82606472    82606473    82606474
...             SR# 82606475    82606476    82606477    82606478    82606479
...             SR# 82606480    82606481    82606482    82606483    82606484
...             SR# 82606485    82606486    82606487    82606488    82606489
...             SR# 82606490    82606491    82606492    82606493    82606494
...             SR# 82606495    82606496    82606497    82606498    82606499
...             SR# 82606500    82606501    82606502    82606503    82606504
...             SR# 82606505    82606506    82606507    82606508    82606509
...             SR# 82606510    82606511    82606512    82606513    82606514
...             SR# 82606515
TLP-XE30U       SR# 49342987    49342988    49342992    49342994    49342999
...             SR# 49343001    49343002    49343004    49343009    49343010
...             SR# 49343013    49343015    49343019    49343020    49343024

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.




        TOTAL SALES         DISCOUNT APPLIED            TAX AMOUNT                  FREIGHT                 TOTAL DUE
        98,594.00           30,064.93                   0.00                        0.00                    68,529.07



PLEASE RETURN THIS PORTION WITH REMITTANCE:             PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION
                                                                           P.O. Box 91865
        INVOICE   21033505      BILL TO   35474200                         CHICAGO IL 60693
        DOCUMENT DATE  09/30/08           CIRCUIT CITY STORES INC          (949) 583-3534

                                                NET AMOUNT            PAY TERM DISCOUNT              TOTAL DUE
                                                68,529.07                     0.00                   68,529.07

                                                                    AMOUNT ENCLOSED: _____
```

```
10/02/08        T O S H I B A   A M E R I C A ,   I N C .            PAGE :   1
 1:36:51            O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 567 CIRCUIT CITY STORES INC #    Order #     : 534844 00
           1901 COOPER DRIVE                         Order Date  : 9/24/08
                                                     Ship Date   : 9/30/08
              ARDMORE            OK    73402         Terms       : PREPAID
Purchase Order # : 2157277                           Carrier     : CEVA 5-DAY GTE
Bill of Lading # : 63258387                          Total Wgt   : 01012.90
Qty of Cartons   :       2                           Ctrl Order  :
Sourcing Warehse : CIA                               Invoice #   :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers ---------------------------------------
 63258387
```

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 91 | 0 | 91 | EA | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ |
| 2 | 2 | 15 | 0 | 15 | EA | TLP-XE30U | XGA 3000 LUMEN PROJ |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI377478 | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 63 |

| | | | | | |
|---|---|---|---|---|---|
| 82606453 | 82606454 | 82606455 | 82606456 | 82606457 | 82606458 |
| 82606459 | 82606460 | 82606461 | 82606462 | 82606463 | 82606464 |
| 82606465 | 82606466 | 82606467 | 82606468 | 82606469 | 82606470 |
| 82606471 | 82606472 | 82606473 | 82606474 | 82606475 | 82606476 |
| 82606477 | 82606478 | 82606479 | 82606480 | 82606481 | 82606482 |
| 82606483 | 82606484 | 82606485 | 82606486 | 82606487 | 82606488 |
| 82606489 | 82606490 | 82606491 | 82606492 | 82606493 | 82606494 |
| 82606495 | 82606496 | 82606497 | 82606498 | 82606499 | 82606500 |

DAILY - 10/01/08 - DIV 040

```
10/02/08                  T O S H I B A   A M E R I C A   I N C         PAGE :   2
 1:36:51                  O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 567 CIRCUIT CITY STORES INC #    Order #     : 534844 00
           1901 COOPER DRIVE                         Order Date  : 9/24/08
                                                     Ship Date   : 9/30/08
           ARDMORE           OK   73402              Terms       : PREPAID
Purchase Order # : 2157277                           Carrier     : CEVA 5-DAY GTE
Bill of Lading # : 63258387                          Total Wgt   : 01012.90
Qty of Cartons   :        2                          Ctrl Order  :
Sourcing Warehse : CIA                               Invoice #   :

                              Unit Detail

Unit           Item#            Description                         Quantity

  82606501       82606502         82606503      82606504      82606505      82606506

  82606507       82606508         82606509      82606510      82606511      82606512

  82606513       82606514         82606515

GI377479       TDP-XP2U         XGA 4.8LB 2500 LUMEN PROJ                28

  49601197       49601200         49601548      49601554      49601558      49601563

  49601564       49601567         49601568      49601571      49601572      49601573

  49601575       49601576         49601577      49601578      49601581      49601582

  49601583       49601585         49601586      49601587      49601588      49601589

  49601592       49601595         49601596      49601600

GI377479       TLP-XE30U        XGA 3000 LUMEN PROJ                      15

  49342987       49342988         49342992      49342994      49342999      49343001

  49343002       49343004         49343009      49343010      49343013      49343015

  49343019       49343020         49343024


            ///////  E N D  O F  P A C K I N G  L I S T  ///////
```

This sale concerns products, and/or technical data that may be controlled under the U.S. Export Administration Regulations and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of the U.S. Export Administration Regulations is prohibited.

DAILY - 10/01/08 - DIV 040

# EGL

P.O. Box 60467 AMF
Houston, Tx 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

**TRANSPORT DOCUMENT** Not Negotiable

Date: 9/30/08    Origin: LAX C    Dest: DFW E

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE    CA 92618 | TOSH97926 |

| Contact/EIN # | Phone# |
|---|---|
| YLN | 9494614410 |

| PO# | BOL# |
|---|---|
|  | 534844 |

Air Bill #: 63258387
MOVEMENT#:

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY.

Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490    EGL FAA-IAC#: SW9310028

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY #567<br>1901 COOPER DR<br>ARDMORE    OK 73401 | CIRC19734 |

| Contact/Broker | Phone# |
|---|---|
| RCVNG 0700-1430 | 5802243280 |

| PO# | BOL# |
|---|---|
| 2157277/5E |  |

| BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE) | Acct.# |
|---|---|
| TOSHIBA AMERICA INFORMATION<br>9740 IRVINE BLVD<br>ATTN TRANSPORTATION DEPT<br>IRVINE    CA 92618 | TOSH97926A |

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY |  | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
|  | ☐ PORT TO PORT |  |
| ☐ SATURDAY | ☐ PORT TO DOOR |  |
| ☐ SUNDAY | ☐ DOOR TO DOOR |  |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE |  |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE |  |

\* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid  ☒ Third Party | Customs Value | Declared Value |
|---|---|---|
| ☐ Collect  ☐ C.O.D. |  |  |

| Special Instructions: SERVICE: 5TH DUE DATE: 10/07/08 | COD Amount | Amount of Insurance |
|---|---|---|
| Deliver on due date only<br>MUST DEL ON 10/7 |  |  |

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - if carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 106 | 1013 | DATA PROCESSING |  | 14 @ 15 @ 10 |
|  |  |  |  | CIRCUIT CITY DC |
|  |  |  |  | ARDMORE, OK USA |
|  |  |  |  | '08 OCT 7 7:40 |
| Totals 106 | 1013 |  |  |  |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID ___ 24HR CONTACT NUMBER ___

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP |  |
|---|---|
| PU/BOL/PTP/QUOTE# |  |
| HAWB REVIEW |  |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name |  |  |

| DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|
| Miller 3976 |  |  |

| ID Type | ID# | PHOTO ID | PU TIME/DATE | Total Collect Charges |
|---|---|---|---|---|
| ID Type | ID# | YES/NO | 10/7/08  6500  0745<br>0600  0745 | .00 |

Received in good condition by: Christi Jones    106    Date/Time 10/7/08

Executed on (date) ___ at (place) ___    Signature of Issuing Carrier or its Agent

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF

DR-0    DR-0001 (Rev. 9/06)    Christi Jones    EGL COPY

```
                                                                      INVOICE
                                                        INVOICE #   21033506
                                                           PAGE     1 of 1
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.               DOCUMENT DATE  09/30/08
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618



          BILL TO  35474200                       SHIP TO  35474200755
          CIRCUIT CITY STORES INC                 CIRCUIT CITY STORES INC #755
          9954 MAYLAND DRIVE                      1100 CIRCUIT CITY ROAD
          MERCH. PAYABLE/AMY SANDERSON            MARION IL 62959
          RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157278 | 534847 | 09/24/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 5-DAY GTE | 63258386 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 81 | 81 | 0 | EA | 899.00 | 30.0 | 629.17 | 50,962.77 |
| CUSTOMER PART NUMBER: TDPXP2U | | | | | | | | | |
| TLP-XE30U | XGA 3000 LUMEN PROJ | 20 | 20 | 0 | EA | 1,119.00 | 32.8 | 751.64 | 15,032.80 |
| CUSTOMER PART NUMBER: TLPXE30U | | | | | | | | | |
| TDP-SP1U | SVGA 4.8LB 2200 LMN PROJ | 25 | 25 | 0 | EA | 719.00 | 29.6 | 506.01 | 12,650.25 |
| CUSTOMER PART NUMBER: TDPSP1U | | | | | | | | | |

```
SERIAL NUMBERS:
TDP-XP2U      SR# 49601002      49601007      49601010      49601016      49601018
  ...         SR# 49601019      49601020      49601022      49601027      49601028
  ...         SR# 49601029      49601032      49601033      49601034      49601035
  ...         SR# 49601037      49601038      49601040      49601042      49601043
  ...         SR# 82606576      82606895      82607221      82607223      82607224
  ...         SR# 82607225      82607226      82607227      82607230      82607231
  ...         SR# 82607232      82607234      82607235      82607236      82607237
  ...         SR# 82607238      82607239      82607241      82607242      82607237
  ...         SR# 82607243      82607244      82607245      82607246      82607247
  ...         SR# 82607248      82607249      82607250      82607252      82607253
  ...         SR# 82607255      82607256      82607257      82607258      82607259
  ...         SR# 82607260      82607261      82607262      82607263      82607264
  ...         SR# 82607265      82607266      82607267      82607268      82607269
  ...         SR# 82607270      82607271      82607272      82607273      82607274
  ...         SR# 82607275      82607276      82607277      82607278      82607279
  ...         SR# 82607280      82607281      82607284      82607285      82607286
  ...         SR# 82607288
TLP-XE30U     SR# 49342681      49342805      49342844      49342946      49342950
  ...         SR# 49342951      49342954      49342955      49342959      49342961
  ...         SR# 49342962      49342967      49342968      49342970      49342972
  ...         SR# 49342975      49342977      49342978      49342979      S49342957
TDP-SP1U      SR# 82598893      82598894      82598896      82598897      82598898
  ...         SR# 82598901      82598902      82598904      82598905      82598906
  ...         SR# 82598907      82598908      82598909      82598910      82598911
  ...         SR# 82598912      82598913      82598931      82600406      82600434
  ...         SR# 82600452      82600453      82600454      82600457      82600459
```

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 113,174.00 | 34,528.18 | 0.00 | 0.00 | 78,645.82 |

```
PLEASE RETURN THIS PORTION WITH REMITTANCE:      PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
                                                                   P.O. Box 91865
        INVOICE   21033506    BILL TO  35474200                    CHICAGO IL 60693
  DOCUMENT DATE   09/30/08             CIRCUIT CITY STORES INC     (949) 583-3534
```

| | NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|---|
| | 78,645.82 | 0.00 | 78,645.82 |

AMOUNT ENCLOSED: _____