```
10/02/08          T OExhibit(S) Poies and Proof of Delivery Cont. NPage 1 of 20
 1:36:51          O P T I C A L     P A C K I N G    L I S T
```

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #   Order #    : 534847 00
           1100 CIRCUIT CITY ROAD                   Order Date :  9/24/08
                                                    Ship Date  :  9/30/08
            MARION              IL  62959           Terms      : PREPAID
Purchase Order # : 2157278                          Carrier    : CEVA 5-DAY GTE
Bill of Lading # : 63258386                         Total Wgt  : 01221.40
Qty of Cartons   :       2                          Ctrl Order :
Sourcing Warehse : CIA                              Invoice #  :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers --------------------------------------
63258386
```

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 81 | 0 | 81 | EA | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ |
| 2 | 2 | 20 | 0 | 20 | EA | TLP-XE30U | XGA 3000 LUMEN PROJ |
| 3 | 3 | 25 | 0 | 25 | EA | TDP-SP1U | SVGA 4.8LB 2200 LMN PROJ |

Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| GI377476 | TDP-SP1U | SVGA 4.8LB 2200 LMN PROJ | | | 25 |
| 82598893 | 82598894 | 82598896 | 82598897 | 82598898 | 82598901 |
| 82598902 | 82598904 | 82598905 | 82598906 | 82598907 | 82598908 |
| 82598909 | 82598910 | 82598911 | 82598912 | 82598913 | 82598931 |
| 82600406 | 82600434 | 82600452 | 82600453 | 82600454 | 82600457 |
| 82600459 | | | | | |
| GI377476 | TLP-XE30U | XGA 3000 LUMEN PROJ | | | 20 |
| 49342681 | 49342805 | 49342844 | 49342946 | 49342950 | 49342951 |

Customer : 35474200 755 CIRCUIT CITY STORES INC #         Order #      : 534847 00
                    1100 CIRCUIT CITY ROAD                Order Date : 9/24/08
                                                          Ship Date  : 9/30/08
                    MARION          IL   62959            Terms      : PREPAID
Purchase Order # : 2157278                                Carrier    : CEVA 5-DAY GTE
Bill of Lading # : 63258386                               Total Wgt  : 01221.40
Qty of Cartons   :       2                                Ctrl Order :
Sourcing Warehse : CIA                                    Invoice #  :

                              Unit Detail

Unit            Item#              Description                      Quantity

  49342954       49342955        49342959     49342961      49342962      49342967

  49342968       49342970        49342972     49342975      49342977      49342978

  49342979      S49342957

GI377477       TDP-XP2U         XGA 4.8LB 2500 LUMEN PROJ            81

  49601002       49601007        49601010     49601016      49601018      49601019

  49601020       49601022        49601027     49601028      49601029      49601032

  49601033       49601034        49601035     49601037      49601038      49601040

  49601042       49601043        82606576     82606895      82607221      82607223

  82607224       82607225        82607226     82607227      82607230      82607231

  82607232       82607234        82607235     82607236      82607237      82607238

  82607239       82607240        82607241     82607242      82607243      82607244

  82607245       82607246        82607247     82607248      82607249      82607250

  82607252       82607253        82607255     82607256      82607257      82607258

  82607259       82607260        82607261     82607262      82607263      82607264

  82607265       82607266        82607267     82607268      82607269      82607270

  82607271       82607272        82607273     82607274      82607275      82607276

  82607277       82607278        82607279     82607280      82607281      82607284

  82607285       82607286        82607288

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                        DAILY - 10/01/08 - DIV 040




Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 9/30/08   Origin: LAX C.   Dest. STL G

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

| Shipper's Name and Address | Shipper's Account Number | **TRANSPORT DOCUMENT** Not Negotiable |
|---|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE          CA 92618 | TOSH97926 | Mo ~~23-5653~~ |

**Air Bill #:** 63258386

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# |
|---|---|
| TIN | 9494614410 |
| PO# | BOL#<br>534847 |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW9310028

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY STORES INC, #75<br>1100 CIRCUIT CITY RD<br><br>MARION          IL 62959 | CIRC11629 |

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

| Contact/Broker | Phone# |
|---|---|
| 80157278/5E | 0000000000 |
| | BOL# |

| BILLING ADDRESS (if other than shipper or consignee) | Acct.# |
|---|---|
| TOSHIBA AMERICA INFORMATION<br>9740 IRVINE BLVD<br><br>ATTN TRANSPORTATION DEPT<br>IRVINE          CA 92618 | TOSH97926A |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| | | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Prepaid   ☒ Third Party<br>☐ Collect   ☐ C.O.D. | | | |

| COD Amount | Amount of Insurance |
|---|---|

Special Instructions: SERVICE: 5TH   DUE DATE: 10/07/08
126 CTNS ON 2 PLTS
MUST DEL ON 10/7

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 126 | 1221 | DATA PROCESSING | | 14 @   7 @   13 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total** 126 | 1221 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

| | DOCK INSP | |
|---|---|---|
| | PU/BOL/PTP/QUOTE# | |
| | HAWB REVIEW | |

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| Company Name | Signature of Shipper or its agent | Date | DRIVER AGENT/VEHICLE# | | C.O.D. | Check# |
|---|---|---|---|---|---|---|
| Print Name | | | | | | |

| ID Type | ID# | PHOTO ID | PU TIME/DATE | | Total Collect Charges | |
|---|---|---|---|---|---|---|
| ID Type | ID# | YES/NO | Received in good condition by: | | 9 EG 00 | |

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent | Date/Time<br>10-7-08 |
|---|---|---|---|

OR-0          NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)          EGL COPY

INVOICE

| | |
|---|---|
| INVOICE # | 21033507 |
| PAGE | 1 of 1 |
| DOCUMENT DATE | 09/30/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2157279 | 534856 | 09/24/08 | 09/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 5-DAY GTE | 63258988 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 35 | 35 | 0 | EA | 899.00 | 30.0 | 629.17 | 22,020.95 |
| | CUSTOMER PART NUMBER: TDPXP2U | | | | | | | | |
| TLP-XE30U | XGA 3000 LUMEN PROJ | 24 | 24 | 0 | EA | 1,119.00 | 32.8 | 751.64 | 18,039.36 |
| | CUSTOMER PART NUMBER: TLPXE30U | | | | | | | | |

SERIAL NUMBERS:

```
TDP-XP2U            49601001   49601004   49601009   49601539   49601547
...        SR# 49601549   49601550   49601551   49601552   49601553
...        SR# 49601555   49601556   49601557   49601559   49601560
...        SR# 49601561   49601562   49601565   49601566   49601569
...        SR# 49601570   49601574   49601579   49601584   49601593
...        SR# 49602442   82607122   82607165   82607166   82607167
...        SR# 82607172   82607173   82607176   82607183   S49601068
TLP-XE30U  SR# 49342983   49342986   49342990   49342991   49342993
...        SR# 49342997   49342998   49343003   49343005   49343007
...        SR# 49343008   49343011   49343012   49343014   49343017
...        SR# 49343018   49343021   49343022   49343023   49343025
...        SR# 49343026   49343029   49343031   49343032
```

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 58,321.00 | 18,260.69 | 0.00 | 0.00 | 40,060.31 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| INVOICE | 21033507 | BILL TO | 35474200 |
|---|---|---|---|
| DOCUMENT DATE | 09/30/08 | | CIRCUIT CITY STORES INC |

| | NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|---|
| | 40,060.31 | 0.00 | 40,060.31 |

AMOUNT ENCLOSED: _____

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #
            19925 INDEPENDENCE BLVD

            GROVELAND        FL  34736
Purchase Order # : 2157279
Bill of Lading # : 63258988
Qty of Cartons   :      2
Sourcing Warehse : CIA

Order #     : 534856 00
Order Date  : 9/24/08
Ship Date   : 9/30/08
Terms       : PREPAID
Carrier     : CEVA 5-DAY GTE
Total Wgt   : 00581.00
Ctrl Order  :
Invoice #   :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers --------------------------------------
63258988

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 35 | 0 | 35 | EA | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ |
| 2 | 2 | 24 | 0 | 24 | EA | TLP-XE30U | XGA 3000 LUMEN PROJ |

## Unit Detail

| Unit | Item# | Description | | | Quantity |
|---|---|---|---|---|---|
| GI377480 | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | | | 35 |
| | 49601001 | 49601004 | 49601009 | 49601539 | 49601547 | 49601549 |
| | 49601550 | 49601551 | 49601552 | 49601553 | 49601555 | 49601556 |
| | 49601557 | 49601559 | 49601560 | 49601561 | 49601562 | 49601565 |
| | 49601566 | 49601569 | 49601570 | 49601574 | 49601579 | 49601584 |
| | 49601593 | 49602442 | 82607122 | 82607165 | 82607166 | 82607167 |
| | 82607172 | 82607173 | 82607176 | 82607183 | S49601068 | |
| GI377481 | TLP-XE30U | XGA 3000 LUMEN PROJ | | | 24 |
| | 49342983 | 49342986 | 49342990 | 49342991 | 49342993 | 49342997 |

DAILY - 10/01/08 - DIV 040

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #    Order #    : 534856 00
           19925 INDEPENDENCE BLVD                   Order Date : 9/24/08
                                                     Ship Date  : 9/30/08
           GROVELAND        FL   34736               Terms      : PREPAID
Purchase Order # : 2157279                           Carrier    : CEVA 5-DAY GTE
Bill of Lading # : 63258988                          Total Wgt  : 00581.00
Qty of Cartons   :        2                          Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  :

                          Unit Detail

Unit        Item#            Description                  Quantity

  49342998     49343003     49343005     49343007     49343008     49343011

  49343012     49343014     49343017     49343018     49343021     49343022

  49343023     49343025     49343026     49343029     49343031     49343032


        /////// E N D   O F   P A C K I N G   L I S T ///////


This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/01/08 - DIV 040

**EGL**

P. O. Box 80467 AMF
Houston, Tx 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 9/30/08   Origin: LAX C   Dest: MCO D

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

## TRANSPORT DOCUMENT  Not Negotiable

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA 9740 IRVINE BLVD DOCK F IRVINE    CA 92618 | TOSHY7926 |

Air Bill #: 63256988

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# 9461410 |
|---|---|
| PO# | BOL# 534856 |
| Consignee's Name and Address | Consignee's Account Number CIRC19347 |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW9310028

CIRCUIT CITY DIST CTR. #779
19925 INDEPENDENCE BLVD
RECV HRS 0600-1500

GROVELAND    FL 34736

| | DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|---|
| | ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| | ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| | ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| | ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| | ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| | ☐ ECONOMY | | ☐ TWO PERSON |
| | ☐ DATE SPECIFIC | | ☐ INSIDE |

| Contact/Broker SCHEDULING: 804 | Phone# 3934276200 |
|---|---|
| PO# 57279750 | BOL# |

| | |
|---|---|
| ☐ SATURDAY | ☐ DOOR TO PORT |
| ☐ SUNDAY | ☐ PORT TO PORT |
| ☐ TRUCKLOAD | ☐ PORT TO DOOR |
| ☐ HOLD FOR PICKUP | ☐ DOOR TO DOOR |
| | ☐ CUSTOMS CLEARANCE |
| | ☐ FREE DOMICILE |

| BILLING ADDRESS (if other than SHIPPER OR CONSIGNEE) | Acct.# TOSHY7926A |
|---|---|
| TOSHIBA AMERICA INFORMATION 9740 IRVINE BLVD ATTN TRANSPORTATION DEPT IRVINE    CA 92618 | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☑ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☐ C.O.D. | | |

| Special Instructions: | COD Amount | Amount of Insurance |
|---|---|---|
| 59 CTNS ON 2 PLTS MUST DEL UN 10/7 | | |

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 59 | 881 | DATA PROCESSING | | 13 8 14 8 7 |

A. MERRITT CONS 10-7-08

3 Boxes cushion

"DROP TRAILER COUNT SUBJECT TO VERIFICATION UPON UNLOAD"

59 CTNS RECD

'08 OCT 79:49
Orlando, FL USA
Circuit City DC

| Totals 59 | 881 | | | |
|---|---|---|---|---|

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID ____ 24HR CONTACT NUMBER ____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |

| DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|

| ID Type | ID# | PHOTO ID YES/NO |
|---|---|---|
| ID Type | ID# | |

PU TIME/DATE

Total Collect Charges .00

Received in good condition by: A. MERRITT CONS 10-7-08   Date/Time

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

EGL COPY

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/08)

UR-0

INVOICE

| | INVOICE # | 21036905 |
|---|---|---|
| | PAGE | 1 of 1 |
| | DOCUMENT DATE | 10/08/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| DDU1430630:R1662129I01 | 548295 | 10/08/08 | 10/08/08 | NET 30 | ORD /D9 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | TAIS BEST METHOD | | CIW | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| PSM43U-01700P | OBS. S1.6G15T980GDWB611 | 1 | 1 | 0 EA | 949.99 | 10.0 | 854.99 | 854.99 |
| | Serial Numbers:  X5078967Q | | | | | | | |

ORDER NOTES:   Customer PO: 04648071
RA: 1430630
Pro#: 1ZE37A390356814590
This invoice is related to product refused and returned as
damaged or obsolete

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 949.99 | 95.00 | 0.00 | 0.00 | 854.99 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

| | INVOICE | 21036905 | BILL TO | 35474200 |
|---|---|---|---|---|
| DOCUMENT DATE | 10/08/08 | | CIRCUIT CITY STORES INC | |

PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 854.99 | 0.00 | 854.99 |

AMOUNT ENCLOSED: _____

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

|  | INVOICE |
|---|---|
| INVOICE # | 21049797 |
| PAGE | 1 of 1 |
| DOCUMENT DATE | 10/28/08 |

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2165856 | 544399 | 10/02/08 | 10/28/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS 2-DAY PM | 129806010204754526 | CIA | · DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 8 | 8 | 0 EA | 899.00 | 30.0 | 629.17 | 5,033.36 |
| CUSTOMER PART NUMBER: TDPXP2U | | | | | | | | |

SERIAL NUMBERS:

| TDP-XP2U | SR# 87608078 | 87608183 | 87608189 | 87608193 | 87608215 |
|---|---|---|---|---|---|
| ... | SR# 87608216 | 87608338 | 87608339 | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 7,192.00 | 2,158.64 | 0.00 | 0.00 | 5,033.36 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21049797
DOCUMENT DATE  10/28/08

BILL TO  35474200
CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 5,033.36 | 0.00 | 5,033.36 |

AMOUNT ENCLOSED: _____

```
10/29/08                                                                 PAGE :   1
 1:20:22              O P T I C A L   P A C K I N G   L I S T
```

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #   Order #      : 544399 00
           1100 CIRCUIT CITY ROAD                   Order Date  : 10/02/08
                                                    Ship Date   : 10/28/08
           MARION          IL  62959                Terms       : PREPAID
Purchase Order # : 2165856                          Carrier     : UPS 2-DAY PM
Bill of Lading # : 1Z9806010204754526               Total Wgt   : 00075.20
Qty of Cartons   :        8                         Ctrl Order  :
Sourcing Warehse : CIA                              Invoice #   : 21049797
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ----------------------------------------
1Z9806010204754526   1Z9806010204754535   1Z9806010204754544   1Z9806010204754553

------------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|===|===|=====|=====|=====|===|===============|==========================|
| 1 | 1 | 8 | 0 | 8 | EA | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| RI376302 | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 8 |

```
   87608078      87608183      87608189      87608193      87608215      87608216

   87608338      87608339
```

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/28/08 - DIV 040

UPS: Tracking Information



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS Uni**

 Tracking 

My UPS | A

🔒 **Welcome, VERONICA CHESTNUT** | Logout

### Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers 🔒
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

### Search Support

**Enter a keyword:**

_____

[ Search ]



Looking to switch?

Open an account now ➡

# Track Shipments

**Track Packages & Freight    Quantum View    Flex Global View**

**Tracking Summary**

Printer Friendl

| Tracking Number: | 1Z 980 601 02 0475 452 6 |
| --- | --- |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ▣ |
| Delivered On: | 10/30/2008 |
| | 10:01 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | DEEN |
| Service: | 2ND DAY AIR |
| Multiple Packages: | 4 ⟨⟩ Show All |

| Tracking Number: | 1Z 980 601 02 0475 453 5 |
| --- | --- |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ▣ |
| Delivered On: | 10/30/2008 |
| | 10:01 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | DEEN |
| Service: | 2ND DAY AIR |
| Multiple Packages: | 4 ⟨⟩ Show All |

| Tracking Number: | 1Z 980 601 02 0475 454 4 |
| --- | --- |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ▣ |
| Delivered On: | 10/30/2008 |
| | 10:01 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | DEEN |
| Service: | 2ND DAY AIR |
| Multiple Packages: | 4 ⟨⟩ Show All |

| Tracking Number: | 1Z 980 601 02 0475 455 3 |
| --- | --- |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ▣ |

| | |
|---|---|
| Delivered On: | 10/30/2008 |
| | 10:01 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | DEEN |
| Service: | 2ND DAY AIR |
| Multiple Packages: | 4 [📷] Show All |

Tracking results provided by UPS: 11/10/2008 5:45 P.M.  ET

Printer Friendly 🖨

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Manage E-mail Preferences | G
My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

```
                                                              INVOICE
                                                   INVOICE #   21049798
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.               PAGE   1 of 1
DPD DIGITAL PRODUCTS DIVISION                  DOCUMENT DATE   10/28/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
BILL TO  35474200                          SHIP TO  35474200567
CIRCUIT CITY STORES INC                    CIRCUIT CITY STORES INC #567
9954 MAYLAND DRIVE                         1901 COOPER DRIVE
MERCH. PAYABLE/AMY SANDERSON               ARDMORE OK 73402
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | | OC /AC |
|---|---|---|---|---|---|---|
| 2165855 | 544402 | 10/02/08 | 10/28/08 | NET 30 | | ORD /25 |

| FOB | | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|---|
| CIF - DESTINATION | | FREIGHT PREPAID | | UPS 2-DAY PM | 129806010204754731 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 8 | 8 | 0 | EA | 899.00 | 30.0 | 629.17 | 5,033.36 |
| CUSTOMER PART NUMBER: TDPXP2U | | | | | | | | | |

```
SERIAL NUMBERS:
TDP-XP2U      SR# 87608184    87608191    87608195    87608199    87608207
...           SR# 87608210    87608214    87608360
```

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 7,192.00 | 2,158.64 | 0.00 | 0.00 | 5,033.36 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

```
      INVOICE  21049798    BILL TO  35474200
DOCUMENT DATE  10/28/08    CIRCUIT CITY STORES INC
```

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 5,033.36 | 0.00 | 5,033.36 |

AMOUNT ENCLOSED: _____

10/29/08
1:20:22

Customer : 35474200 567 CIRCUIT CITY STORES INC #    Order #      : 544402 00
              1901 COOPER DRIVE                        Order Date : 10/02/08
                                                       Ship Date  : 10/28/08
              ARDMORE          OK   73402              Terms      : PREPAID
Purchase Order # : 2165855                             Carrier    : UPS 2-DAY PM
Bill of Lading # : 1Z9806010204754731                  Total Wgt  : 00075.20
Qty of Cartons   :         8                           Ctrl Order :
Sourcing Warehse : CIA                                 Invoice #  : 21049798

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers --------------------------------------
1Z9806010204754731  1Z9806010204754740  1Z9806010204754759

-------------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|===|===|=====|=====|=====|===|===============|==========================|
| 1 | 1 | 8 | 0 | 8 | EA | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| RI376358 | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 8 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| 87608184 | 87608191 | 87608195 | 87608199 | 87608207 | 87608210 |
| 87608214 | 87608360 | | | | |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/28/08 - DIV 040

Case 08-35653-KRH    Doc 458-32    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 15 of 20

Page 1 of 2

UPS: Tracking Information



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS Uni**

 Tracking

🔒 Welcome, VERONICA CHESTNUT | Logout

| My UPS | A

## Tracking

### Track Shipments
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers 🔒
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

## Search Support

**Enter a keyword:**

[                    ]

| Search |



**UPS Mobile has a brand new look. Interact with us anytime, anywhere.**

Learn more →

# Track Shipments

**Track Packages & Freight**    **Quantum View**    **Flex Global View**

**Tracking Summary**

Printer Friendl

| **Tracking Number:** | 1Z 980 601 02 0475 473 1 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🔲 |
| Delivered On: | 10/30/2008 |
| | 9:54 A.M. |
| Delivered To: | ARDMORE, OK, US |
| Signed By: | YANEZ |
| Service: | 2ND DAY AIR |
| Multiple Packages: | 3 🔲 Show All |

| **Tracking Number:** | 1Z 980 601 02 0475 474 0 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🔲 |
| Delivered On: | 10/30/2008 |
| | 9:54 A.M. |
| Delivered To: | ARDMORE, OK, US |
| Signed By: | YANEZ |
| Service: | 2ND DAY AIR |
| Multiple Packages: | 3 🔲 Show All |

| **Tracking Number:** | 1Z 980 601 02 0475 475 9 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🔲 |
| Delivered On: | 10/30/2008 |
| | 9:54 A.M. |
| Delivered To: | ARDMORE, OK, US |
| Signed By: | YANEZ |
| Service: | 2ND DAY AIR |
| Multiple Packages: | 3 🔲 Show All |

Tracking results provided by UPS: 11/10/2008 5:44 P.M. ET

Printer Friendly 🔲

INVOICE

| | INVOICE # | 21049799 |
|---|---|---|
| | PAGE | 1 of 1 |
| | DOCUMENT DATE | 10/28/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200755
CIRCUIT CITY STORES INC #755
1100 CIRCUIT CITY ROAD
MARION IL 62959

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2172870 | 554850 | 10/16/08 | 10/28/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS GROUND | 1Z9806010304755005 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TLP-XE30U | XGA 3000 LUMEN PROJ | 9 | 9 | 0 EA | 1,119.00 | 32.8 | 751.64 | 6,764.76 |
| | CUSTOMER PART NUMBER: TLPXE30U | | | | | | | |
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 16 | 16 | 0 EA | 899.00 | 30.0 | 629.17 | 10,066.72 |
| | CUSTOMER PART NUMBER: TDPXP2U | | | | | | | |

SERIAL NUMBERS:

| | | | | | |
|---|---|---|---|---|---|
| TLP-XE30U | SR# 49343239 | 49343360 | 49343371 | 49343397 | 49343842 |
| ... | SR# 49343857 | 49343913 | 49343923 | 49343926 | |
| TDP-XP2U | SR# 87608629 | 87608635 | 87608636 | 87608642 | 87608647 |
| ... | SR# 87608654 | 87608657 | 87608659 | 87608662 | 87608663 |
| ... | SR# 87608675 | 87608682 | 87608684 | 87608686 | 87608687 |
| ... | SR# 87608691 | | | | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 24,455.00 | 7,623.52 | 0.00 | 0.00 | 16,831.48 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21049799       BILL TO  35474200
DOCUMENT DATE  10/28/08          CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 16,831.48 | 0.00 | 16,831.48 |

AMOUNT ENCLOSED: _____

# OPTICAL PACKING LIST

```
Customer : 35474200 755 CIRCUIT CITY STORES INC #     Order #    : 554850 00
              1100 CIRCUIT CITY ROAD                  Order Date : 10/16/08
                                                      Ship Date  : 10/28/08
              MARION          IL  62959               Terms      : PREPAID
Purchase Order # : 2172870                            Carrier    : UPS GROUND
Bill of Lading # : 1Z9806010304755005                 Total Wgt  : 00244.90
Qty of Cartons   :       25                           Ctrl Order :
Sourcing Warehse : CIA                                Invoice #  : 21049799
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
```
1Z9806010304755005   1Z9806010304755014   1Z9806010304755023   1Z9806010304755032
1Z9806010304755041   1Z9806010304755050   1Z9806010304755069   1Z9806010304755078
1Z9806010304755087   1Z9806010304755096   1Z9806010304755103
```

```
-------------------------------------------------------------------------------
Whs Ord   Ord    B/O    Shp
Ln# Ln#   Qty    Qty    Qty   UOM   Item #            Item Description
=== ===   =====  =====  ===== ===   ===============   ==========================

 1   1     9      0      9    EA    TLP-XE30U         XGA 3000 LUMEN PROJ

 2   2    16      0     16    EA    TDP-XP2U          XGA 4.8LB 2500 LUMEN PROJ
```

### Unit Detail

```
Unit            Item#            Description                         Quantity

GI380865        TDP-XP2U         XGA 4.8LB 2500 LUMEN PROJ              16

  87608629        87608635        87608636      87608642       87608647      87608654

  87608657        87608659        87608662      87608663       87608675      87608682

  87608684        87608686        87608687      87608691

GI380867        TLP-XE30U        XGA 3000 LUMEN PROJ                     9

  49343239        49343360        49343371      49343397       49343842      49343857

  49343913        49343923        49343926
```

####### END OF PACKING LIST #######

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/28/08 - DIV 040

UPS: Tracking Information

Case 08-35653-KRH    Doc 458-32    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc Page 1 of 4
Exhibit(s) voices and Proof of Delivery Cont.    Page 18 of 20



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS Uni**

 **Tracking** 

🔒 **Welcome, VERONICA CHESTNUT** | Logout

My UPS | A

## Tracking

**Track Shipments**
  Track by Reference
  Track by E-mail
  Signature Tracking 🔒
  Import Tracking Numbers 🔒
  Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

## Search Support

**Enter a keyword:**

[ Search ]



**Looking to switch?**

Open an account now ➜

# Track Shipments

**Track Packages & Freight    Quantum View    Flex Global View**

### Tracking Summary

Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0475 500 5 |
| | ➜ View package progress |
| Type: | Package |
| Status: | **Delivered** 🗓 |
| Delivered On: | 11/03/2008 |
| | 10:08 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | QPECORD |
| Service: | GROUND |
| Multiple Packages: | 11 📋 Show All |
| **Tracking Number:** | 1Z 980 601 03 0475 501 4 |
| | ➜ View package progress |
| Type: | Package |
| Status: | **Delivered** 🗓 |
| Delivered On: | 11/03/2008 |
| | 10:08 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | QPECORD |
| Service: | GROUND |
| Multiple Packages: | 11 📋 Show All |
| **Tracking Number:** | 1Z 980 601 03 0475 502 3 |
| | ➜ View package progress |
| Type: | Package |
| Status: | **Delivered** 🗓 |
| Delivered On: | 11/03/2008 |
| | 10:08 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | QPECORD |
| Service: | GROUND |
| Multiple Packages: | 11 📋 Show All |
| **Tracking Number:** | 1Z 980 601 03 0475 503 2 |
| | ➜ View package progress |
| Type: | Package |
| Status: | **Delivered** 🗓 |

UPS: Tracking Information

Case 08-35653-KRH    Doc 458-32    Filed 11/26/08    Entered 11/26/08 18:03:21    Page 3 of 4
Exhibit(s) voices and Proof of Delivery Cont.    Page 19 of 20

| | |
|---|---|
| Delivered On: | 11/03/2008<br>10:08 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | QPECORD |
| Service: | GROUND |
| Multiple Packages: | 11 🖾 Show All |

**Tracking Number:**    1Z 980 601 03 0475 504 1

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** 🖾 |
| Delivered On: | 11/03/2008<br>10:08 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | QPECORD |
| Service: | GROUND |
| Multiple Packages: | 11 🖾 Show All |

**Tracking Number:**    1Z 980 601 03 0475 505 0

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** 🖾 |
| Delivered On: | 11/03/2008<br>10:08 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | QPECORD |
| Service: | GROUND |
| Multiple Packages: | 11 🖾 Show All |

**Tracking Number:**    1Z 980 601 03 0475 506 9

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** 🖾 |
| Delivered On: | 11/03/2008<br>10:08 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | QPECORD |
| Service: | GROUND |
| Multiple Packages: | 11 🖾 Show All |

**Tracking Number:**    1Z 980 601 03 0475 507 8

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** 🖾 |
| Delivered On: | 11/03/2008<br>10:08 A.M. |
| Delivered To: | MARION, IL, US |
| Signed By: | QPECORD |
| Service: | GROUND |
| Multiple Packages: | 11 🖾 Show All |

**Tracking Number:**    1Z 980 601 03 0475 508 7

→ View package progress

Type:                    Package
Status:                  **Delivered** ⧉
Delivered On:            11/03/2008
                         10:08 A.M.
Delivered To:            MARION, IL, US
Signed By:               QPECORD
Service:                 GROUND
Multiple Packages:       11 ⧉ Show All

**Tracking Number:**     1Z 980 601 03 0475 509 6

→ View package progress

Type:                    Package
Status:                  **Delivered** ⧉
Delivered On:            11/03/2008
                         10:08 A.M.
Delivered To:            MARION, IL, US
Signed By:               QPECORD
Service:                 GROUND
Multiple Packages:       11 ⧉ Show All

**Tracking Number:**     1Z 980 601 03 0475 510 3

→ View package progress

Type:                    Package
Status:                  **Delivered** ⧉
Delivered On:            11/03/2008
                         10:08 A.M.
Delivered To:            MARION, IL, US
Signed By:               QPECORD
Service:                 GROUND
Multiple Packages:       11 ⧉ Show All

Tracking results provided by UPS:  11/10/2008 5:43 P.M.  ET

Printer Friendly ⧉

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Manage E-mail Preferences | Ge
My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions