```
                                                              INVOICE
                                                   INVOICE #  21050117
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.              PAGE  1 of 1
DPD DIGITAL PRODUCTS DIVISION                 DOCUMENT DATE  10/28/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
     BILL TO  35474200                       SHIP TO  35474200353
     CIRCUIT CITY STORES INC                 CIRCUIT CITY STORES INC #353
     9954 MAYLAND DRIVE                       680 S LEMON AVENUE
     MERCH. PAYABLE/AMY SANDERSON             WALNUT CA 91789
     RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2165854 | 544398 | 10/02/08 | 10/28/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE O/N NON-GTE 63258246 | | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 72 | 72 | 0 EA | 899.00 | 30.0 | 629.17 | 45,300.24 |

CUSTOMER PART NUMBER: TDPXP2U

```
SERIAL NUMBERS:
TDP-XP2U      SR# 87608158    87608192    87608196    87608201    87608220
...           SR# 87608223    87608278    87608284    87608286    87608287
...           SR# 87608290    87608292    87608293    87608294    87608295
...           SR# 87608296    87608297    87608298    87608299    87608300
...           SR# 87608301    87608302    87608303    87608304    87608305
...           SR# 87608306    87608307    87608308    87608309    87608310
...           SR# 87608311    87608312    87608313    87608314    87608315
...           SR# 87608316    87608317    87608318    87608319    87608320
...           SR# 87608321    87608322    87608323    87608324    87608325
...           SR# 87608326    87608327    87608328    87608329    87608330
...           SR# 87608331    87608332    87608333    87608334    87608335
...           SR# 87608336    87608344    87608347    87608355    87608356
...           SR# 87608357    87608358    87608359    87608362    87608363
...           SR# 87608364    87608365    87608366    87608367    87608368
...           SR# 87608369    87608370
```

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 64,728.00 | 19,427.76 | 0.00 | 0.00 | 45,300.24 |

```
PLEASE RETURN THIS PORTION WITH REMITTANCE:

                                           PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
        INVOICE  21050117    BILL TO  35474200                P.O. Box 91865
 DOCUMENT DATE  10/28/08     CIRCUIT CITY STORES INC          CHICAGO IL 60693
                                                              (949) 583-3534
```

| | NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|---|
| | 45,300.24 | 0.00 | 45,300.24 |

AMOUNT ENCLOSED: _____

10/29/08
1:20:22

O P T I C A L   P A C K I N G   L I S T

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #    Order #    : 544398 00
           680 S LEMON AVENUE                        Order Date : 10/02/08
                                                     Ship Date  : 10/28/08
           WALNUT          CA  91789                 Terms      : PREPAID
Purchase Order # : 2165854                           Carrier    : CEVA NON-GTE-W.
Bill of Lading # : 63258246                          Total Wgt  : 00676.80
Qty of Cartons   :          1                        Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  : 2105017
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ----------------------------------------
63258246

---------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|===|===|=====|=====|=====|===|===============|==========================|
| 1 | 1 | 72 | 0 | 72 | EA | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ |

### Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| RI376305 | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 72 |

| | | | | | |
|---|---|---|---|---|---|
| 87608158 | 87608192 | 87608196 | 87608201 | 87608220 | 87608223 |
| 87608278 | 87608284 | 87608286 | 87608287 | 87608290 | 87608292 |
| 87608293 | 87608294 | 87608295 | 87608296 | 87608297 | 87608298 |
| 87608299 | 87608300 | 87608301 | 87608302 | 87608303 | 87608304 |
| 87608305 | 87608306 | 87608307 | 87608308 | 87608309 | 87608310 |
| 87608311 | 87608312 | 87608313 | 87608314 | 87608315 | 87608316 |
| 87608317 | 87608318 | 87608319 | 87608320 | 87608321 | 87608322 |
| 87608323 | 87608324 | 87608325 | 87608326 | 87608327 | 87608328 |
| 87608329 | 87608330 | 87608331 | 87608332 | 87608333 | 87608334 |

O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 353 CIRCUIT CITY STORES INC #     Order #      : 544398 00
           680 S LEMON AVENUE                         Order Date : 10/02/08
                                                      Ship Date  : 10/28/08
           WALNUT            CA   91789               Terms       : PREPAID
Purchase Order # : 2165854                            Carrier     : CEVA NON-GTE-W.
Bill of Lading # : 63258246                           Total Wgt  : 00676.80
Qty of Cartons   :        1                           Ctrl Order :
Sourcing Warehse : CIA                                Invoice #   :

                              Unit Detail

Unit            Item#              Description                    Quantity

   87608335        87608336       87608344      87608347       87608355        87608356

   87608357        87608358       87608359      87608362       87608363        87608364

   87608365        87608366       87608367      87608368       87608369        87608370


         ///////  E N D   O F   P A C K I N G   L I S T  ///////


This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/28/08 - DIV 040

**CEVA**

Customer Service
PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

Date: 10/28/08    Origin: LAX C    Dest. ONT C

| Shipper's Name and Address | Shipper's Account Number | **TRANSPORT DOCUMENT** Not Negotiable |
|---|---|---|

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE        CA 92618

Shipper's Account Number: TOSH97924

70825386

Air Bill #:    63258246

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone# 7494614410 |
|---|---|
| PO# | BOL# 544398 |
| Consignee's Name and Address | Consignee's Account Number CIRC68917 |

CIRCUIT CITY #353
680 S. LEMON AVE.
APPT# 804.527.4000 EXT 4291
MUST HAVE APPMENT
WALNUT        CA 91789

| Contact/Broker 0500-1400  MGR- | Phone# 9095052434 |
|---|---|
| PO# 255854/7E | BOL# |
| BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE) | Acct.# TOSH97924A |

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE        CA 92618

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490        CEVA FAA-IAC#: SW9310028

| DOMESTIC/TRANSBORDER | LOCAL | OCEAN | INT'L AIR |
|---|---|---|---|
| ❏ CHARTER | ❏ DIRECT | ❏ DOOR TO PORT | ❏ DOOR TO PORT |
| ❏ NFO/SAME DAY | ❏ HOT SHOT | ❏ PORT TO PORT | ❏ PORT TO PORT |
| ❏ PRIORITY | ❏ REGULAR | ❏ PORT TO DOOR | ❏ PORT TO DOOR |
| ❏ (NDAY by noon) | ❏ NEXT DAY | ❏ DOOR TO DOOR | ❏ DOOR TO DOOR |
| ❏ REGULAR DAY | ❏ LIFTGATE | ❏ CUSTOMS | ❏ CUSTOMS |
| ❏ (NDAY by 5PM) | ❏ TWO PERSON | ❏ CLEARANCE | ❏ CLEARANCE |
| ❏ 2nd DAY | ❏ INSIDE | ❏ FREE DOMICILE | ❏ FREE DOMICILE |
| ❏ ECONOMY | | | ❏ CHARTER |
| ❏ DATE SPECIFIC | | | ❏ NOW |
| ❏ | | | ❏ PREMIUM |
| ❏ SATURDAY | | | ❏ VALUE |
| ❏ SUNDAY | | | ❏ DIRECT IATA |
| ❏ TRUCKLOAD | | | |
| ❏ HOLD FOR PICKUP | | | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability.

| ❏ Prepaid | ☒ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ❏ Collect | ❏ C.O.D. | | |

| Special Instructions: SERVICE: 2ND  DUE DATE: 10/30/08 | COD Amount | Amount of Insurance |
|---|---|---|

72 CTNS ON 1 PLT

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited.The exporter authorizes CEVA to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 72 | 677 | DATA PROCESSING | | 13 @ 14 @ 6 |
| | | Door#: D16 | | |
| | | Trailer#: 520 | | TC |
| | | Seal#: N/S | | |
| Totals 72 | 677 | | | |

❏ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____    24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

Company Name _____    Signature of Shipper or its agent _____    Date _____

Print Name _____

| DRIVER AGENT/VEHICLE# 11 3 0 | C.O.D. | Check# |
|---|---|---|

| ID Type | ID# | PHOTO ID YES/NO |
|---|---|---|
| ID Type | ID# | |

PU TIME/DATE  RAS 20

Total Collect Charges  .00

Received in good condition by: _____    Date/Time _____

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent | _____ | 10/29/08 11:40 |
|---|---|---|---|---|

DAVID Engron

DR-0

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

| | |
|---|---|
| | INVOICE |
| INVOICE # | 21050118 |
| PAGE | 1 of 1 |
| DOCUMENT DATE | 10/28/08 |

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2172867 | 554848 | 10/16/08 | 10/28/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 5-DAY GTE | 63258247 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 55 | 35 | 0 | EA | 899.00 | 30.0 | 629.17 | 22,020.95 |
| CUSTOMER PART NUMBER: TDPXP2U | | | | | | | | | |
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 55 | 20 | 0 | EA | 899.00 | 30.0 | 629.17 | 12,583.40 |
| CUSTOMER PART NUMBER: TDPXP2U | | | | | | | | | |

SERIAL NUMBERS:
```
TDP-XP2U
...        SR# 87608178    87608179    87608180    87608181    87608182
...        SR# 87608185    87608186    87608188    87608190    87608194
...        SR# 87608197    87608198    87608202    87608204    87608205
...        SR# 87608206    87608208    87608209    87608213    87608222
...        SR# 87608627    87608630    87608631    87608634    87608639
...        SR# 87608640    87608641    87608643    87608644    87608645
...        SR# 87608646    87608648    87608649    87608650    87608651
TDP-XP2U   SR# 87608656    87608664    87608665    87608666    87608667
...        SR# 87608668    87608669    87608670    87608671    87608672
...        SR# 87608673    87608674    87608676    87608677    87608679
...        SR# 87608680    87608681    87608683    87608688    87608801
```

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 49,445.00 | 14,840.65 | 0.00 | 0.00 | 34,604.35 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21050118
DOCUMENT DATE  10/28/08

BILL TO  35474200
CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 34,604.35 | 0.00 | 34,604.35 |

AMOUNT ENCLOSED: _____

Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #      : 554848 00
           BETHLEHEM DISTRIBUTION CTR#255            Order Date : 10/16/08
           4000 TOWNSHIP LINE ROAD                   Ship Date  : 10/28/08
           BETHLEHEM        PA   18015               Terms        : PREPAID
Purchase Order # : 2172867                           Carrier      : CEVA 5-DAY GTE
Bill of Lading # : 63258247                          Total Wgt    : 00517.00
Qty of Cartons  :          1                         Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  :

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
----------------------- Tracking Numbers ------------------------------------
63258247

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 35 | 0 | 35 | EA | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ |
| 2 | 1 | 20 | 0 | 20 | EA | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ |

### Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI380864 | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 55 |

| 87608178 | 87608179 | 87608180 | 87608181 | 87608182 | 87608185 |
|---|---|---|---|---|---|
| 87608186 | 87608188 | 87608190 | 87608194 | 87608197 | 87608198 |
| 87608202 | 87608204 | 87608205 | 87608206 | 87608208 | 87608209 |
| 87608213 | 87608222 | 87608627 | 87608630 | 87608631 | 87608634 |
| 87608639 | 87608640 | 87608641 | 87608643 | 87608644 | 87608645 |
| 87608646 | 87608648 | 87608649 | 87608650 | 87608651 | 87608656 |
| 87608664 | 87608665 | 87608666 | 87608667 | 87608668 | 87608669 |
| 87608670 | 87608671 | 87608672 | 87608673 | 87608674 | 87608676 |

DAILY - 10/28/08 - DIV 040

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #     : 554848 00
           BETHLEHEM DISTRIBUTION CTR#255            Order Date : 10/16/08
           4000 TOWNSHIP LINE ROAD                   Ship Date  : 10/28/08
           BETHLEHEM      PA   18015                 Terms      : PREPAID
Purchase Order # : 2172867                           Carrier    : CEVA 5-DAY GTE
Bill of Lading # : 63258247                          Total Wgt  : 00517.00
Qty of Cartons   :        1                          Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  :
```

                              Unit Detail

```
Unit         Item#          Description                    Quantity

 87608677      87608679      87608680      87608681      87608683      87608688

 87608801
```

           /////// E N D  O F  P A C K I N G  L I S T //////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/28/08 - DIV 040

STRAIGHT BILL OF LADING - SHORT FORM - SHIPPING ORDER

# TOSHIBA
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

20816004

CEVA Logistics

63258247

PRO ERE

| ORDER NUMBER | ACCOUNT CODE | CARRIER | | DATE SHIPPED | SERVICE CODE |
|---|---|---|---|---|---|
| 554848 | | 5E-CEVA 5-DAY GTE | | 10/28/08 | PREPAID |

**CONSIGNEE (TO)**

NAME: CIRCUIT CITY STORES INC #255
ADDRESS: BETHLEHEM DISTRIBUTION CTR #255
ADDRESS: 4000 TOWNSHIP LINE ROAD
CITY, STATE, ZIP: BETHLEHEM, PA 18015
P.O. NO. 2172867

**SHIPPER (FROM)**

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DIVISION: DDD F/G
ADDRESS: 9740 IRVINE BLVD., DOCK B
CITY, STATE, ZIP: IRVINE, CA 92618

| NO. SHIPPING UNITS | ✔ | DESCRIPTION OF ARTICLES | WEIGHT (LBS.) (SUBJECT TO CORRECTION) |
|---|---|---|---|
| 55 Cartons | | DATA PROCESSING SYSTEMS COMPON (    1 Pallet | 517.00 |
| | | ENTS,116030-01 | |
| A T 10/27/08 | | DRIVER PIECE COUNT   55    TRAILER # 971055 | |
| 55UA3+8 | | FAX CENTRAL CITY CENTRAL APPT DESK FOR DELIVERY AT 604-418-8244 | |
| | | Must be delivered on 10/28/2008 Must be delivered on 10/28/2008 | |

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

## FREIGHT CHARGES

NOTE: FREIGHT CHARGES ARE TO BE **COLLECT** UNLESS BOX BELOW IS CHECKED

☑ PREPAID
XX

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SIGNATURE OF CONSIGNOR

Note: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding:

$_____ per pound

# C. O. D.

C. O. D. AMOUNT _____
C. O. D. FEE _____
TOTAL CHARGES _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property, over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.

Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | CARRIER | | CARRIERS PLEASE NOTE: |
|---|---|---|---|
| Toshiba America Information Systems, Inc. | Ceva | 10/28 | One prepaid shipments, all carriers must attach the original Freight Bill to the original Bill of Lading and send to the following address |
| AUTHORIZED SIGNATURE | AUTHORIZED SIGNATURE | DATE | TOSHIBA AMERICA INFORMATION SYSTEMS, INC. CORPORATE TRANSPORTATION DEPARTMENT 9740 IRVINE BOULEVARD P.O. BOX 19724 IRVINE, CALIFORNIA 92623-9724 |

**SHIPPING ORDER**





Toshiba America Information Systems  CUSTODY SIGNATURE SHEET

| Date | 10/27/08 |
|------|----------|

| HAWB | 63258247 |
|------|----------|

| Shipper | TAIS |
| Address | 9740 IRVINE BLVD |
| City, State, Zip | IRVINE CA 92618 |

| Destination | CIRCUIT CITY |
| Address | 4000 TOWNSHIP LN RD 008 |
| City, State  Zip | BETHLEHEM, PA 18015 |

| Pieces | 55 PCS. |
|--------|---------|

| Weight | 517 |
|--------|------|

**Condition of Equipment at Time of Shipping: (Including Packaging)**

GOOD

**Custody Record**

| Print Name and Company | Location of Interchange | Signature of Person Accepting Custody | Time and Date Accepted | Condition at Time of Signature |
|---|---|---|---|---|
| A. TREVINO/CEVA | LAX/DOMESTIC | A— Y— | 10/27/08 | GOOD |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Custody Record (Cont)**

| Print Name and Company | Location of Interchange | Signature of Person Accepting Custody | Time and Date Accepted | Condition at Time of Signature |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |



Customer
PLEASE ENTER COMPLETE NAME AND ADDRESS OF THE BILLING CUSTOMER

Date: 11/07/08    Origin: PHL A    Dest. LAX C

**TRANSPORT DOCUMENT** Not Negotiable

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| CEVA LOGISTICS<br>701 ASHLAND AVENUE<br>ASHLAND CENTER I<br>FOLCROFT        PA 19032 | CEVA70120 |

Air Bill #:    63258247R

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Contact/EIN # | Phone#<br>0000000000 |
|---|---|
| PO# | BOL# |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          CEVA FAA-IAC#: SW9310028

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br><br>IRVINE        CA 92618 | TOSH97926 |

**DOMESTIC/TRANSBORDER**
- ☐ CHARTER
- ☐ NFO/SAME DAY
- ☐ PRIORITY
- ☐ (NDAY by noon)
- ☐ REGULAR DAY
- ☐ (NDAY by 5PM)
- ☐ 2nd DAY
- ☐ ECONOMY
- ☐ DATE SPECIFIC
- ☐
- ☐ SATURDAY
- ☐ SUNDAY
- ☐ TRUCKLOAD
- ☐ HOLD FOR PICKUP

**LOCAL**
- ☐ DIRECT
- ☐ HOT SHOT
- ☐ REGULAR
- ☐ NEXT DAY
- ☐ LIFTGATE
- ☐ TWO PERSON
- ☐ INSIDE

**OCEAN**
- ☐ DOOR TO PORT
- ☐ PORT TO PORT
- ☐ PORT TO DOOR
- ☐ DOOR TO DOOR
- ☐ CUSTOMS
- ☐ CLEARANCE
- ☐ FREE DOMICILE

**INT'L AIR**
- ☐ DOOR TO PORT
- ☐ PORT TO PORT
- ☐ PORT TO DOOR
- ☐ DOOR TO DOOR
- ☐ CUSTOMS
- ☐ CLEARANCE
- ☐ FREE DOMICILE
- ☐ CHARTER
- ☐ NOW
- ☐ PREMIUM
- ☐ VALUE
- ☐ DIRECT IATA

| Contact/Broker | Phone#<br>9494644410 |
|---|---|
| PO# | BOL# |

| BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE) | Acct.#<br>TOSH97926A |
|---|---|

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE        CA 92618

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability.

☐ Prepaid  ☑ Third Party
☐ Collect  ☐ C.O.D.

| Customs Value | Declared Value |
|---|---|
| COD Amount | Amount of Insurance |

Special Instructions: SERVICE: 5TH  DUE DATE: 11/14/08
ORG HAWB# 63258247
FRT RTRND PER JUNE/TAIS RQST

20925645

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes CEVA as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B#<br>(INT'L) | Dimensions |
|---|---|---|---|---|
| 55 | 517 | DATA PROCESSING | 13 0  13 0   8 | A = 900 |
|  | SID | 081101478677 | 1 13 | b = 1100 |
|  |  | RAY LOCATION    FULL NAME    DATE | | D = 1345 |
|  |  | BAY LOCATION    ACTUAL PCS RECEIVED    SHORT Y OR N | | b = 1295 |
|  |  | DAMAGE Y OR N (DESCRIPTION)    UNLOADED FROM MASTER # / TRAILER #    SUPERVISORS INITIALS | | |
| Totals 55 | 517 | | | |

LAX Check in

**FULL NAME** 55
**ACTUAL PCS RECEIVED** 403534

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID ____    24HR CONTACT NUMBER ____

| DOCK INSP |
|---|
| PU/BOL/PTP/QUOTE# |
| HAWB REVIEW |

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| | | | DRIVER/AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|---|---|---|
| Company Name | Signature of Shipper or its agent | Date | | | |
| Print Name | | | PU TIME/DATE | | Total Collect Charges |
| ID Type | ID# | PHOTO ID<br>YES/NO | | | .00 |
| ID Type | ID# | | Received in good condition by: | Date/Time |
| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent | Sergio Cortez | 11/13/08 |

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 09/08)

CEVA COPY

DR-2

Page 1 of 2

Case 08-35653-KRH   Doc 458-33   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc
Exhibit(s) voices and Proof of Delivery Cont.   Page 11 of 24

## TAIS Credit

**From:**   Miranda, Veronica [Veronica.Miranda@cevalogistics.com]
**Sent:**   Monday, November 24, 2008 9:44 AM
**To:**   TAIS Credit
**Cc:**   Miranda, Veronica
**Subject:** RE: POD REQUEST: CIRCUIT CITY 554848 / 63258247

Ellen,

I believe you already requested a pod on this a few weeks ago.  I had advised that this frt was not dlvrd to CC
since it was requested to be returned back to Toshiba, as per June Thai-Lazaro's request.  The pod I provided
you back then was for the dlvry of the returned goods to TAIS, which was under new hawb# 63258247R.

Please advise should you have any further questions.


Regards,
*Veronica Miranda*
Account Services - Los Angeles

*Making Business Flow*

CEVA Freight Management
19600 Western Ave.
Torrance, CA 90501
USA
Office: (310) 972-5825
Fax: (310) 972-5995
email: {veronica.miranda@cevalogistics.com}
Office Hours: 0700 - 1600 / M-F



**From:** TAIS Credit [mailto:TAISCredit@tais.toshiba.com]
**Sent:** Monday, November 24, 2008 9:38 AM
**To:** Miranda, Veronica
**Subject:** FW: POD REQUEST: CIRCUIT CITY 554848

**Hey Veronica,**

**Any chance of getting this "ASAP"?**



**From:** TAIS Credit
**Sent:** Monday, November 24, 2008 8:14 AM
**To:** 'Miranda, Veronica'
**Subject:** POD REQUEST: CIRCUIT CITY 554848

Please provide me with a signed delivery manifest (POD) with piece count for the following shipment:

| Ship Date | Order # | PO # | Tracking # |
|-----------|---------|------|------------|

11/24/2008

10/28/08        554848        2172867              63258247

Thank you,

Ellen R. Markham, DPD Credit
FAX: 949-587-6083

---

This message may contain confidential information. If you are not the intended recipient of this e-mail,
do not disseminate, distribute or copy this e-mail and delete this e-mail from your system.

This e-mail message is intended for the above named recipient(s) only.
It may contain confidential information that is privileged. If you are not
the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this e-mail and any attachment(s) is strictly prohibited.
If you have received this e-mail by error, please immediately notify the sender by
replying to this e-mail and deleting the message including any attachment(s) from yo
Thank you in advance for your cooperation and assistance.

INVOICE

| | |
|---|---|
| INVOICE # | 21050119 |
| PAGE | 1 of 1 |
| DOCUMENT DATE | 10/28/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2172871 | 554853 | 10/16/08 | 10/28/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS OVERNITE PM | 1Z9806011304758387 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TLP-XE30U | XGA 3000 LUMEN PROJ | 1 | 1 | 0 | EA | 1,119.00 | 32.8 | 751.64 | 751.64 |
| CUSTOMER PART NUMBER: TLPXE30U | | | | | | | | | |

SERIAL NUMBERS:
TLP-XE30U     SR# 49343382

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 1,119.00 | 367.36 | 0.00 | 0.00 | 751.64 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21050119     BILL TO  35474200
DOCUMENT DATE  10/28/08     CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 751.64 | 0.00 | 751.64 |

AMOUNT ENCLOSED: _____

Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #        Order #      : 554853 00
           19925 INDEPENDENCE BLVD                        Order Date : 10/16/08
                                                          Ship Date  : 10/28/08
           GROVELAND          FL  34736                   Terms      : PREPAID
Purchase Order # : 2172871                                Carrier    : UPS OVERNITE PM
Bill of Lading # : 1Z9806011304758387                    Total Wgt  : 00010.50
Qty of Cartons   :        1                               Ctrl Order :
Sourcing Warehse : CIA                                    Invoice #  : ~~20~~ 2105011q

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ---------------------------------------
1Z9806011304758387

--------------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|=========|=========|=========|=========|=========|=====|========|==================|
| 1 | 1 | 1 | 0 | 1 | EA | TLP-XE30U | XGA 3000 LUMEN PROJ |

                                 Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI384730 | TLP-XE30U | XGA 3000 LUMEN PROJ | 1 |
|   49343382 |  |  |  |


            ///////  E N D   O F   P A C K I N G   L I S T  //////


This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                      DAILY - 10/28/08 - DIV 040



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS Uni**

 Tracking    

My UPS | A

🔒 **Welcome, VERONICA CHESTNUT** | Logout

## Tracking

### Track Shipments
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers 🔒
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

### Search Support

**Enter a keyword:**

[Search]

## Track Shipments

**Track Packages & Freight     Quantum View     Flex Global View**

**Tracking Summary**                                              Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 13 0475 838 7 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🗹 |
| Delivered On: | 10/29/2008 |
| | 11:30 A.M. |
| Delivered To: | GROVELAND, FL, US |
| Signed By: | SAMARLIA |
| Service: | NEXT DAY AIR SAVER |

Tracking results provided by UPS: 11/10/2008 5:41 P.M. ET

Printer Friendly 🗗

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Manage E-mail Preferences | Ge
My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

https://wwwapps.ups.com/WebTracking/track

11/10/2008

INVOICE

```
                                                        INVOICE #   21050120
                                                        PAGE   1 of 1
                                                   DOCUMENT DATE   10/28/08
```

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

```
BILL TO  35474200                        SHIP TO  35474200353
CIRCUIT CITY STORES INC                  CIRCUIT CITY STORES INC #353
9954 MAYLAND DRIVE                       680 S LEMON AVENUE
MERCH. PAYABLE/AMY SANDERSON             WALNUT CA 91789
RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2172868 | 554854 | 10/16/08 | 10/28/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS GROUND | 1Z9806010304756228 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TLP-XE30U | XGA 3000 LUMEN PROJ | 2 | 2 | 0 | EA | 1,119.00 | 32.8 | 751.64 | 1,503.28 |
| CUSTOMER PART NUMBER: TLPXE30U | | | | | | | | | |
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 9 | 9 | 0 | EA | 899.00 | 30.0 | 629.17 | 5,662.53 |
| CUSTOMER PART NUMBER: TDPXP2U | | | | | | | | | |

```
SERIAL NUMBERS:
TLP-XE30U    SR# 49342384    49342395
TDP-XP2U     SR# 87608116    87608126    87608129    87608142    87608159
...          SR# 87608170    87608171    87608172    87608176
```

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 10,329.00 | 3,163.19 | 0.00 | 0.00 | 7,165.81 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

```
       INVOICE  21050120    BILL TO  35474200
DOCUMENT DATE  10/28/08              CIRCUIT CITY STORES INC
```

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 7,165.81 | 0.00 | 7,165.81 |

AMOUNT ENCLOSED: _____

10/29/08
1:20:22

Case 08-35653-KRH   Doc 458-33   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc   1
Exhibit(s) Invoices and Proof of Delivery Cont'S   Page 17 of 24
P O S T   P A C K   M A T E R I A L
O P T I C A L   P A C K I N G   L I S T

Customer : 35474200 353 CIRCUIT CITY STORES INC #
           680 S LEMON AVENUE

           WALNUT         CA   91789
Purchase Order # : 2172868
Bill of Lading # : 1Z9806010304756228
Qty of Cartons   :        11
Sourcing Warehse : CIA

Order #     : 554854 00
Order Date  : 10/16/08
Ship Date   : 10/28/08
Terms       : PREPAID
Carrier     : UPS GROUND
Total Wgt   : 00105.60
Ctrl Order  :
Invoice #   : 21050120

---------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
-------------------- Tracking Numbers -----------------------------------
1Z9806010304756228  1Z9806010304756237  1Z9806010304756246  1Z9806010304756255

| Whs | Ord | Ord | B/O | Shp | | | |
| Ln# | Ln# | Qty | Qty | Qty | UOM | Item # | Item Description |
| === | === | ===== | ===== | ===== | === | =============== | ========================= |
| 1 | 1 | 2 | 0 | 2 | EA | TLP-XE30U | XGA 3000 LUMEN PROJ |
| 2 | 2 | 9 | 0 | 9 | EA | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ |

Unit Detail

| Unit | Item# | Description | Quantity |
|------|-------|-------------|----------|
| GI380868 | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 9 |
| 87608116 | 87608126 | 87608129   87608142   87608159   87608170 | |
| 87608171 | 87608172 | 87608176 | |
| GI380869 | TLP-XE30U | XGA 3000 LUMEN PROJ | 2 |
| 49342384 | 49342395 | | |

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/28/08 - DIV 040





**UPS Uni**

**Tracking**



🔒 Welcome, VERONICA CHESTNUT | Logout

My UPS | A

## Tracking

### Track Shipments
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers 🔒
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

## Search Support

### Enter a keyword:

Search



# Track Shipments

## Track Packages & Freight    Quantum View    Flex Global View

### Tracking Summary

Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0475 622 8 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 10/29/2008 |
| | 10:17 A.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVID |
| Service: | GROUND |
| Multiple Packages: | 4 [%] Show All |
| **Tracking Number:** | 1Z 980 601 03 0475 623 7 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 10/29/2008 |
| | 10:17 A.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVID |
| Service: | GROUND |
| Multiple Packages: | 4 [%] Show All |
| **Tracking Number:** | 1Z 980 601 03 0475 624 6 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 10/29/2008 |
| | 10:17 A.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVID |
| Service: | GROUND |
| Multiple Packages: | 4 [%] Show All |
| **Tracking Number:** | 1Z 980 601 03 0475 625 5 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |

Delivered On:           10/29/2008
                        10:17 A.M.
Delivered To:           WALNUT, CA, US
Signed By:              DAVID
Service:                GROUND
Multiple Packages:      4 ⊡ Show All

Tracking results provided by UPS: 11/10/2008 5:41 P.M.  ET

Printer Friendly ⎙

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Manage E-mail Preferences | Ge
My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

```
                                                INVOICE
                                    INVOICE #   21050121
                                         PAGE   1 of 1
                               DOCUMENT DATE   10/28/08
```

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200567
CIRCUIT CITY STORES INC #567
1901 COOPER DRIVE
ARDMORE OK 73402

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2172869 | 554858 | 10/16/08 | 10/28/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 5-DAY GTE | 63258249 | CIA | DPDCC9 |
| CUSTOMER MSGS: | | | | | |

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TLP-XE30U | XGA 3000 LUMEN PROJ | 8 | 8 | 0 | EA | 1,119.00 | 32.8 | 751.64 | 6,013.12 |
| ... CUSTOMER PART NUMBER: TLPXE30U | | | | | | | | | |
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 8 | 8 | 0 | EA | 899.00 | 30.0 | 629.17 | 5,033.36 |
| ... CUSTOMER PART NUMBER: TDPXP2U | | | | | | | | | |

```
SERIAL NUMBERS:
TLP-XE30U    SR# 49342345    49342357    49342358    49342359    49342360
...          SR# 49342362    49342364    49342366
TDP-XP2U     SR# 87608637    87608638    87608652    87608653    87608655
...          SR# 87608658    87608660    87608678
```

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 16,144.00 | 5,097.52 | 0.00 | 0.00 | 11,046.48 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

```
       INVOICE  21050121     BILL TO  35474200
DOCUMENT DATE  10/28/08               CIRCUIT CITY STORES INC
```

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

| | NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|---|
| | 11,046.48 | 0.00 | 11,046.48 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 567 CIRCUIT CITY STORES INC #    Order #      : 554858 00
           1901 COOPER DRIVE                          Order Date : 10/16/08
                                                      Ship Date  : 10/28/08
           ARDMORE           OK   73402               Terms        : PREPAID
Purchase Order # : 2172869                            Carrier      : CEVA 5-DAY GTE
Bill of Lading # : 63258249                           Total Wgt    : 00159.20
Qty of Cartons   :         1                          Ctrl Order  : 2105012/
Sourcing Warehse : CIA                                Invoice #   :
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers -------------------------------------
63258249

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 8 | 0 | 8 | EA | TLP-XE30U | XGA 3000 LUMEN PROJ |
| 2 | 2 | 8 | 0 | 8 | EA | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI385467 | TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 8 |

```
   87608637      87608638    87608652     87608653      87608655    87608658

   87608660      87608678
```

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI385467 | TLP-XE30U | XGA 3000 LUMEN PROJ | 8 |

```
   49342345      49342357    49342358     49342359      49342360    49342362

   49342364      49342366
```

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/28/08 - DIV 040





P.O. Box 60467 AMF
Houston, TX 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE          Date: 10/28/08   Origin: LAX C   Dest. DFW E

**Shipper's Name and Address**

TOSHIBA AMERICA
9740 IRVINE BLVD
DOCK F
IRVINE        CA 92618

**Shipper's Account Number**
TOSH97926

Contact/EIN #          Phone#
YIN            9494614410
PO#              BOL#

**Consignee's Name and Address**          Consignee's Account Number
CIRC19734

CIRCUIT CITY #567
1901 COOPER DR

ARDMORE        OK 73401

Contact/Broker          Phone#
RRVND 0700-1430    802263280
2172862/5E
BILLING ADDRESS (if other than shipper or consignee)          Acct.#

TOSH97926A
TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE        CA 92618

Special Instructions: SERVICE: 5TH   DUE DATE: 11/04/08
16 CTNS ON 1 PLT
MUST DLVR ON 11/4

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

## TRANSPORT DOCUMENT   Not Negotiable

**Air Bill #:**        63258249

**MOVEMENT#**
Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY.
Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW9310028

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

☐ Prepaid   ☒ Third Party   Customs Value          Declared Value
☐ Collect   ☐ C.O.D.

COD Amount          Amount of Insurance

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 16 | 159 | DATA PROCESSING | | 15 @ 155@CUITCITY DC ARDMORE, OK USA '08 NOV 4 9:31 |
| | STD | 0810011740014 | | |
| **Totals** 16 | 159 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

Company Name _____   Signature of Shipper or its agent _____   Date _____

Print Name _____

ID Type _____ ID# _____ PHOTO ID YES/NO
ID Type _____ ID# _____

DOCK INSP _____
PU/BOL/PTP/QUOTE# _____
HAWB REVIEW _____

DRIVER AGENT/VEHICLE# _____   C.O.D. _____   Check# _____

PU TIME/DATE _____          Total Collect Charges  .00

Received in good condition by: Christi Jones   (TV) Date/Time 11-4-08
Christi Jones

Executed on (date) _____ at (place) _____   Signature of Issuing Carrier or its Agent          EGL COPY

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE
DR-0001 (Rev. 9/08)

DR-0

```
                                                            INVOICE
                                                  INVOICE #  21050125
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.               PAGE  1 of 1
DPD DIGITAL PRODUCTS DIVISION               DOCUMENT DATE  10/28/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
      BILL TO  35474200                       SHIP TO  35474200755
      CIRCUIT CITY STORES INC                 CIRCUIT CITY STORES INC #755
      9954 MAYLAND DRIVE                       1100 CIRCUIT CITY ROAD
      MERCH. PAYABLE/AMY SANDERSON             MARION IL 62959
      RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2179541 | 562494 | 10/23/08 | 10/28/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 5-DAY GTE | 63258251 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 21 | 21 | 0 | EA | 899.00 | 30.0 | 629.17 | 13,212.57 |
| CUSTOMER PART NUMBER: TDPXP2U | | | | | | | | | |
| TLP-XE30U | XGA 3000 LUMEN PROJ | 18 | 18 | 0 | EA | 1,119.00 | 32.8 | 751.64 | 13,529.52 |
| CUSTOMER PART NUMBER: TLPXE30U | | | | | | | | | |

```
SERIAL NUMBERS:
TDP-XP2U    SR# 87608110   87608112    87608115    87608119    87608120
...         SR# 87608121   87608123    87608124    87608127    87608128
...         SR# 87608130   87608131    87608133    87608134    87608139
...         SR# 87608140   87608169    87608632    87608633    87608661
...         SR# 87608689
TLP-XE30U   SR# 49343300   49343358    49343359    49343362    49343369
...         SR# 49343374   49343375    49343376    49343377    49343378
...         SR# 49343380   49343381    49343384    49343385    49343387
...         SR# 49343388   49343393    49343399
```

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 39,021.00 | 12,278.91 | 0.00 | 0.00 | 26,742.09 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

```
                                        PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                                                          P.O. Box 91865
        INVOICE  21050125    BILL TO  35474200            CHICAGO IL 60693
DOCUMENT DATE  10/28/08      CIRCUIT CITY STORES INC      (949) 583-3534
```

| | NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|---|
| | 26,742.09 | 0.00 | 26,742.09 |

AMOUNT ENCLOSED: _____



P.O. Box 80467 AMF
Houston, TX 77205

Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 10/28/08   Origin: LAX C   Dest. STL G

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE      CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

Mo 20848333

Air Bill #:    63258251

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREIN BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW9310028

| CONN/EIN # | Plumb 5461 4410 |
|---|---|
| PO# | BOL# 562494 |

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY STORES INC. #75<br>1100 CIRCUIT CITY RD<br><br>MARION      IL 62959 | CIRC11629 |

| Contact/Broker | Phone# 0000000000 |
|---|---|
| EX 79541/5E | BOL# |

BILLING ADDRESS (if other than Shipper or Consignee) Acct.#  TOSH97926A

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE      CA 92618

| DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|
| ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| ☐ ECONOMY | | ☐ TWO PERSON |
| ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |
| | ☐ PORT TO PORT | |
| ☐ SATURDAY | ☐ PORT TO DOOR | |
| ☐ SUNDAY | ☐ DOOR TO DOOR | |
| ☐ TRUCKLOAD | ☐ CUSTOMS CLEARANCE | |
| ☐ HOLD FOR PICKUP | ☐ FREE DOMICILE | |

* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☑ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☐ C.O.D. | | |

Special Instructions:  SERVICE: 5TH  DUE DATE: 11/04/08
39 CTNS ON 1 PLT
MUST DLVR ON 11/4

COD Amount          Amount of Insurance

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INTL) | Dimensions |
|---|---|---|---|---|
| 39 | 386 | DATA PROCESSING | | 14 @ 15 @ 9 |
| | STD | 081001174110 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals 39 | 386 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

Company Name _____   Signature of Shipper or its agent _____   Date _____

Print Name _____

| DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|

| ID Type | ID# | PHOTO ID YES/NO | PU TIME/DATE | Total Collect Charges .00 |
|---|---|---|---|---|
| ID Type | ID# | | | |

Received in good condition by:  Kedna Smith   Date/Time 11-4-08

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

DR-0

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

EGL COPY

39 cvny