INVOICE

| | |
|---|---|
| INVOICE # | 21050126 |
| PAGE | 1 of 1 |
| DOCUMENT DATE | 10/28/08 |

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200775
CIRCUIT CITY DIST. CTR. #775
19925 INDEPENDENCE BLVD
GROVELAND FL 34736

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2179542 | 562495 | 10/23/08 | 10/28/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS GROUND | 1Z9806010304756693 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 9 | 9 | 0 | EA | 899.00 | 30.0 | 629.17 | 5,662.53 |
| | CUSTOMER PART NUMBER: TDPXP2U | | | | | | | | |

SERIAL NUMBERS:

| TDP-XP2U | SR# 87608050 | 87608135 | 87608143 | 87608145 | 87608148 |
|---|---|---|---|---|---|
| ... | SR# 87608150 | 87608164 | 87608173 | 87608174 | |

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 8,091.00 | 2,428.47 | 0.00 | 0.00 | 5,662.53 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21050126      BILL TO  35474200
DOCUMENT DATE  10/28/08      CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 5,662.53 | 0.00 | 5,662.53 |

AMOUNT ENCLOSED: _____

10/29/08   T O S H I B A   A M E R I C A   PAGE : 1
1:20:22      O P T I C A L   P A C K I N G   L I S T S

Case 08-35653-KRH   Doc 458-34   Filed 11/26/08   Entered 11/26/08 18:03:21   Desc :
Exhibit(s) voices and Proof of Delivery Cont.   Page 2 of 23

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #   Order #    : 562495 00
           19925 INDEPENDENCE BLVD                  Order Date : 10/23/08
                                                    Ship Date  : 10/28/08
           GROVELAND        FL  34736               Terms      : PREPAID
Purchase Order # : 2179542                          Carrier    : UPS GROUND
Bill of Lading # : 1Z9806010304756693               Total Wgt  : 00084.60
Qty of Cartons   :       9                          Ctrl Order :
Sourcing Warehse : CIA                              Invoice #  : 2105012̶6
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers ----------------------------------------
1Z9806010304756693  1Z9806010304756700  1Z9806010304756719

```
-------------------------------------------------------------------------------
Whs Ord   Ord    B/O    Shp
Ln# Ln#   Qty    Qty    Qty   UOM   Item #         Item Description
=== ===   =====  =====  =====  ===   ==============  ==========================

 1   1     9      0      9    EA    TDP-XP2U       XGA 4.8LB 2500 LUMEN PROJ
```

Unit Detail

```
Unit          Item#          Description                     Quantity

GI384830     TDP-XP2U       XGA 4.8LB 2500 LUMEN PROJ            9

  87608050     87608135     87608143    87608145    87608148    87608150

  87608164     87608173     87608174
```

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/28/08 - DIV 040

UPS:Case-08-35653KRH    Doc 458-34    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc
Exhibit(s) voices and Proof of Delivery Cont.    Page 3 of 23

Page 1 of 2



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide

**UPS Uni**



 Tracking



My UPS | A

🔒 Welcome, VERONICA CHESTNUT | Logout

## Tracking

### Track Shipments
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
🔒 Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

## Search Support

**Enter a keyword:**

[ Search ]



Looking to switch?

Open an account now    →

# Track Shipments

**Track Packages & Freight**    **Quantum View**    **Flex Global View**

## Tracking Summary

Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0475 669 3 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🗷 |
| Delivered On: | 11/03/2008<br>11:52 A.M. |
| Delivered To: | GROVELAND, FL, US |
| Signed By: | CORDOVA |
| Service: | GROUND |
| Multiple Packages: | 3 📦 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0475 670 0 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🗷 |
| Delivered On: | 11/03/2008<br>11:52 A.M. |
| Delivered To: | GROVELAND, FL, US |
| Signed By: | CORDOVA |
| Service: | GROUND |
| Multiple Packages: | 3 📦 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0475 671 9 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🗷 |
| Delivered On: | 11/03/2008<br>11:52 A.M. |
| Delivered To: | GROVELAND, FL, US |
| Signed By: | CORDOVA |
| Service: | GROUND |
| Multiple Packages: | 3 📦 Show All |

Tracking results provided by UPS: 11/10/2008 5:40 P.M. ET

Printer Friendly 🗎

```
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                          INVOICE
DPD DIGITAL PRODUCTS DIVISION                          INVOICE #   21050127
9740 Irvine Blvd.                                          PAGE  1 of 1
Irvine, CA 92618                                   DOCUMENT DATE  10/28/08
```

```
        BILL TO  35474200                          SHIP TO  35474200255
        CIRCUIT CITY STORES INC                    CIRCUIT CITY STORES INC #255
        9954 MAYLAND DRIVE                          BETHLEHEM DISTRIBUTION CTR#255
        MERCH. PAYABLE/AMY SANDERSON                4000 TOWNSHIP LINE ROAD
        RICHMOND VA 232331464                       BETHLEHEM PA 18015
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2179538 | 562497 | 10/23/08 | 10/28/08 | NET 30 | ORD /25 |

| FOB | | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|---|
| CIF - DESTINATION | | FREIGHT PREPAID | | UPS GROUND | 1Z9806010304758851 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 11 | 11 | 0 | EA | 899.00 | 30.0 | 629.17 | 6,920.87 |
| | CUSTOMER PART NUMBER: TDPXP2U | | | | | | | | |

```
SERIAL NUMBERS:
TDP-XP2U       SR# 87608048      87608137      87608144      87608147      87608156
...            SR# 87608157      87608161      87608163      87608165      87608167
...            SR# 87608168
```

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 9,889.00 | 2,968.13 | 0.00 | 0.00 | 6,920.87 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

```
        INVOICE  21050127      BILL TO  35474200
  DOCUMENT DATE  10/28/08               CIRCUIT CITY STORES INC
```

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 6,920.87 | 0.00 | 6,920.87 |

AMOUNT ENCLOSED: _____

10/29/08
1:20:22                O P T I C A L   P A C K I N G   L I S T

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #      : 562497 00
           BETHLEHEM DISTRIBUTION CTR#255            Order Date : 10/23/08
           4000 TOWNSHIP LINE ROAD                   Ship Date  : 10/28/08
           BETHLEHEM        PA  18015                Terms      : PREPAID
Purchase Order # : 2179538                           Carrier    : UPS GROUND
Bill of Lading # : 1Z9806010304758851                Total Wgt  : 00103.40
Qty of Cartons   :        11                          Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  :  21050127
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
-------------------- Tracking Numbers ----------------------------------------
```
1Z9806010304758851   1Z9806010304758860   1Z9806010304758879   1Z9806010304758888
1Z9806010304758897   1Z9806010304758904   1Z9806010304758913   1Z9806010304758922
1Z9806010304758931   1Z9806010304758940   1Z9806010304758959
```

----------------------------------------------------------------------------

```
Whs Ord    Ord   B/O    Shp
Ln# Ln#    Qty   Qty    Qty    UOM   Item #            Item Description
=== ===    =====  =====  =====   ===   ==============    ========================

 1   1     11    0      11     EA    TDP-XP2U          XGA 4.8LB 2500 LUMEN PROJ
```

                              Unit Detail

```
Unit           Item#           Description                    Quantity

GI384627       TDP-XP2U        XGA 4.8LB 2500 LUMEN PROJ          11

   87608048       87608137       87608144       87608147     87608156     87608157

   87608161       87608163       87608165       87608167     87608168
```

            ///////  E N D   O F   P A C K I N G   L I S T  //////


        This sale concerns products, and/or technical data that may be
        controlled under the U.S. Export Administration Regulations and
        may be subject to the approval of the U.S. Department of Commerce
        prior to export. Any export or re-export by the purchaser, directly
        or indirectly, in contravention of the U.S. Export Administration
        Regulations is prohibited.

                     DAILY - 10/28/08 - DIV 040

UPS: Tracking Information



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS Uni**

 Tracking 

My UPS | A

🔒 Welcome, VERONICA CHESTNUT | Logout

## Track Shipments

#### Tracking

**Track Shipments**
  Track by Reference
  Track by E-mail
  Signature Tracking
  Import Tracking Numbers
  Wireless Tracking
  Track with Quantum View
  Access Flex Global View
  Integrate Tracking Tools
  Void a Shipment 🔒

### Search Support

**Enter a keyword:**

[ Search ]



Looking to switch?

Open an account now ➤

**Track Packages & Freight**   **Quantum View**   **Flex Global View**

Printer Friendl

#### Tracking Summary

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0475 885 1 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ⁇ |
| Delivered On: | 11/05/2008<br>8:08 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | GEORGE |
| Service: | GROUND |
| Multiple Packages: | 11 📷 Show All |
| **Tracking Number:** | 1Z 980 601 03 0475 886 0 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ⁇ |
| Delivered On: | 11/05/2008<br>9:24 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | PEETRS |
| Service: | GROUND |
| Multiple Packages: | 11 📷 Show All |
| **Tracking Number:** | 1Z 980 601 03 0475 887 9 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ⁇ |
| Delivered On: | 11/05/2008<br>9:24 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | PEETRS |
| Service: | GROUND |
| Multiple Packages: | 11 📷 Show All |
| **Tracking Number:** | 1Z 980 601 03 0475 888 8 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ⁇ |

11/10/2008

Case 08-35653-KRH    Doc 458-34    Filed 11/26/08    Entered 11/26/08 18:03:21    Page 3 of 3

UPS: Tracking Information    Exhibit(s) voices and Proof of Delivery Cont.    Page 7 of 23

| | |
|---|---|
| Delivered On: | 11/05/2008<br>9:24 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | PEETRS |
| Service: | GROUND |
| Multiple Packages: | 11 [🔊] Show All |

**Tracking Number:** 1Z 980 601 03 0475 894 0

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** [?] |
| Delivered On: | 11/05/2008<br>9:24 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | PEETRS |
| Service: | GROUND |
| Multiple Packages: | 11 [🔊] Show All |

**Tracking Number:** 1Z 980 601 03 0475 895 9

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** [?] |
| Delivered On: | 11/05/2008<br>8:08 A.M. |
| Delivered To: | BETHLEHEM, PA, US |
| Signed By: | GEORGE |
| Service: | GROUND |
| Multiple Packages: | 11 [🔊] Show All |

Tracking results provided by UPS:  11/10/2008 5:39 P.M.  ET

Printer Friendly 🖶

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Manage E-mail Preferences | Ge
My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

INVOICE

INVOICE #   21050128
PAGE   1 of 1
DOCUMENT DATE   10/28/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200567
CIRCUIT CITY STORES INC #567
1901 COOPER DRIVE
ARDMORE OK 73402

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2179540 | 562499 | 10/23/08 | 10/28/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | EAGLE 5-DAY GTE | 63258254 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TDP-XP2U | XGA 4.8LB 2500 LUMEN PROJ | 9 | 9 | 0 | EA | 899.00 | 30.0 | 629.17 | 5,662.53 |
| CUSTOMER PART NUMBER: TDPXP2U | | | | | | | | | |
| TLP-XE30U | XGA 3000 LUMEN PROJ | 20 | 20 | 0 | EA | 1,119.00 | 32.8 | 751.64 | 15,032.80 |
| CUSTOMER PART NUMBER: TLPXE30U | | | | | | | | | |

SERIAL NUMBERS:
TDP-XP2U      SR# 87608085    87608113    87608117    87608118    87608122
...           SR# 87608125    87608149    87608152    87608166
TLP-XE30U     SR# 49341905    49341947    49341949    49341958    49341959
...           SR# 49341961    49341963    49341965    49341966    49341968
...           SR# 49341971    49341982    49341983    49341984    49341989
...           SR# 49341990    49341991    49341998    49342000    49342016

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 30,471.00 | 9,775.67 | 0.00 | 0.00 | 20,695.33 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21050128    BILL TO  35474200
DOCUMENT DATE  10/28/08    CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 20,695.33 | 0.00 | 20,695.33 |

AMOUNT ENCLOSED: _____



Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 10/28/08 Origin: LAX C Dest. DFW E

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

**TRANSPORT DOCUMENT** Not Negotiable

208-55611

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE        CA 92618 | TOSH97726 |

Air Bill #:    63258254

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability to declare a higher value for carriage and paying a supplemental charge if required.     FMC NO. 4490                                    IATA FAA-IAC#: SW8310028

| Contact/EIN # | Phone# |
|---|---|
| YIN | 9494614410 |
| PO# | BOL# |

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY #567<br>1901 COOPER DR<br><br>ARDMORE        OK 73401 | CIRC19734 |

| DOMESTIC/TRANSBORDER | IN'TL AIR | LOCAL |
|---|---|---|
| ❑ CHARTER | ❑ CHARTER | ❑ DIRECT |
| ❑ NFO/SAME DAY | ❑ LOW | ❑ HOT SHOT |
| ❑ PRIORITY (NEXT DAY) | ❑ PREMIUM | ❑ REGULAR |
| ❑ REGULAR (NO RUSH) | ❑ VALUE | ❑ NEXT DAY |
| ❑ 2nd DAY | ❑ DIRECT IATA | ❑ LIFTGATE |
| ❑ ECONOMY | | ❑ TWO PERSON |
| ❑ DATA SPECIFIC | | ❑ INSIDE |

| Contact/Broker | Phone# |
|---|---|
| RCVNG 0700-1430 | 5802263280 |
| PO# | BOL# |
| 2179540/5E | |

BILLING ADDRESS (if other than Shipper or Consignee)

Acct.#
TOSH97726A

TOSHIBA AMERICA INFORMATION
9740 IRVINE BLVD

ATTN TRANSPORTATION DEPT
IRVINE        CA 92618

❑ DOOR TO PORT
❑ PORT TO PORT
❑ PORT TO DOOR
❑ DOOR TO DOOR
❑ CUSTOMS CLEARANCE
❑ FREE DOMICILE

• The terms and conditions applicable on the reverse side of this Transport Document are not applicable for OCEAN shipments. Such shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| | Customs Value | Declared Value |
|---|---|---|
| ❑ Prepaid    ☒ Third Party | | |
| ❑ Collect    ❑ C.O.D. | COD Amount | Amount of Insurance |

Special Instructions:   SERVICE: 5TH   DUE DATE: 11/04/08

29 CTNS ON 1 PLT
DEL ON 11/4

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

| No. of Pieces | Gross Weight | Description of Goods | Schedule B# (INT'L) | Dimensions |
|---|---|---|---|---|
| 29 | 295 | DATA PROCESSING | | 14 @ 15 @ 10 |
| | | | | CIRCUIT CITY DC |
| STD | | 081001174102 | | ARDMORE, OK USA |
| | | | | 28 NOV 43:3.. |

| Totals | | | | | |
|---|---|---|---|---|---|
| 29 | 295 | | | | |

❑ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____   24HR CONTACT NUMBER _____

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| DOCK INSP | |
|---|---|
| PU/BOL/PTP/QUOTE# | |
| HAWB REVIEW | |

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|

| DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|

Print Name _____

| ID Type | ID# | PHOTO ID YES/NO |
|---|---|---|
| ID Type | ID# | |

| PU TIME/DATE | Total Collect Charges |
|---|---|
| | .00 |

Received in good condition by: (29)   Date/Time  11-4-08

_Christi Jones_

Executed on (date) _____   at (place) _____
Signature of Issuing Carrier or its Agent
Christi Jones

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/06)

EGL COPY

DR-0

1400 lbh
By Appt SX

```
                                                              INVOICE
                                               INVOICE #  21051027
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.             PAGE  1 of 1
DPD DIGITAL PRODUCTS DIVISION                 DOCUMENT DATE  10/29/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
      BILL TO  35474200                          SHIP TO  35474200755
      CIRCUIT CITY STORES INC                    CIRCUIT CITY STORES INC #755
      9954 MAYLAND DRIVE                          1100 CIRCUIT CITY ROAD
      MERCH. PAYABLE/AMY SANDERSON                MARION IL 62959
      RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | | OC /AC |
|---|---|---|---|---|---|---|
| 2175743 | 556951 | 10/20/08 | 10/29/08 | NET 30 | | ORD /25 |

| FOB | | FREIGHT TERMS | | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|---|---|
| CIF - DESTINATION | | FREIGHT PREPAID | | EAGLE 4-DAY GTE | 63258097 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TDP-SP1U | SVGA 4.8LB 2200 LMN PROJ | 25 | 25 | 0 EA | 719.00 | 29.6 | 506.01 | 12,650.25 |
|  | CUSTOMER PART NUMBER: TDPSP1U | | | | | | | |

```
SERIAL NUMBERS:
TDP-SP1U     SR# 87596325      87596344      87596345      87596346      87596347
...          SR# 87596348      87596349      87596351      87596352      87596354
...          SR# 87596355      87596356      87596357      87596358      87596359
...          SR# 87596360      87596361      87596362      87596363      87596364
...          SR# 87596365      87596366      87596367      87596368      87596370
```

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 17,975.00 | 5,324.75 | 0.00 | 0.00 | 12,650.25 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

```
        INVOICE  21051027      BILL TO  35474200
  DOCUMENT DATE  10/29/08              CIRCUIT CITY STORES INC
```

PLEASE REMIT TO:   TOSHIBA (COMPUTER DIVISION)
                   P.O. Box 91865
                   CHICAGO IL 60693
                   (949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 12,650.25 | 0.00 | 12,650.25 |

AMOUNT ENCLOSED: _____

Customer : 35474200 755 CIRCUIT CITY STORES INC #     Order #     : 556951 00
                1100 CIRCUIT CITY ROAD                Order Date : 10/20/08
                                                      Ship Date  : 10/29/08
                MARION          IL   62959            Terms       : PREPAID
Purchase Order # : 2175743                            Carrier     : CEVA 4-DAY GTE
Bill of Lading # : 63258097                           Total Wgt   : 00250.00
Qty of Cartons   :        1                           Ctrl Order  :
Sourcing Warehse : CIA                                Invoice #   : 2105 1027

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS ----------
--------------------- Tracking Numbers --------------------------------------
63258097

--------------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|===|===|=====|=====|=====|===|===============|==========================|
| 1 | 1 | 25 | 0 | 25 | EA | TDP-SP1U | SVGA 4.8LB 2200 LMN PROJ |

                              Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI380886 | TDP-SP1U | SVGA 4.8LB 2200 LMN PROJ | 25 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 87596325 | 87596344 | 87596345 | 87596346 | 87596347 | 87596348 |
| 87596349 | 87596351 | 87596352 | 87596354 | 87596355 | 87596356 |
| 87596357 | 87596358 | 87596359 | 87596360 | 87596361 | 87596362 |
| 87596363 | 87596364 | 87596365 | 87596366 | 87596367 | 87596368 |
| 87596370 |  |  |  |  |  |

          /////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 10/29/08 - DIV 040



**EGL**

P.O. Box 60497 AMF
Houston, TX 77205
Customer Service: (800) 888-4949
Corporate Office: (800) 821-9956

Date: 10/29/08    Origin: LAX C    Dest: STL G

PLEASE ENTER COMPLETE NAME AND ADDRESS OF SHIPPER AND CONSIGNEE

| Shipper's Name and Address | Shipper's Account Number |
|---|---|
| TOSHIBA AMERICA<br>9740 IRVINE BLVD<br>DOCK F<br>IRVINE          CA 92618 | TOSH97926 |

**TRANSPORT DOCUMENT** Not Negotiable

No 20848333

AIr Bill #:   63258097

**MOVEMENT#**

Copies 1, 2 and 3 of this Transport Document are originals and have the same validity.

| Consignee/NVEIN # | Phone# 94614410 |
|---|---|
| PO# | BOL# 556951 |

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| CIRCUIT CITY STORES INC. #75<br>1100 CIRCUIT CITY RD<br><br>MARION          IL 62959 | CIRC11629 |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO CONDITIONS OF CONTRACT ON THE REVERSE SIDE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATIONS OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

FMC NO. 4490          EGL FAA-IAC#: SW9310028

| Contact/Broker | Phone# 0000000000 |
|---|---|
| PO# 75743/6E | |

| | DOMESTIC/TRANSBORDER | INT'L AIR | LOCAL |
|---|---|---|---|
| | ☐ CHARTER | ☐ CHARTER | ☐ DIRECT |
| | ☐ NFO/SAME DAY | ☐ NOW | ☐ HOT SHOT |
| | ☐ PRIORITY (NDAY by noon) | ☐ PREMIUM | ☐ REGULAR |
| | ☐ REGULAR (NDAY by 5PM) | ☐ VALUE | ☐ NEXT DAY |
| | ☐ 2nd DAY | ☐ DIRECT IATA | ☐ LIFTGATE |
| | ☐ ECONOMY | | ☐ TWO PERSON |
| | ☐ DATE SPECIFIC | ☐ DOOR TO PORT | ☐ INSIDE |

| BILLING ADDRESS (IF OTHER THAN SHIPPER OR CONSIGNEE) | Acct.# TOSH97926A |
|---|---|
| TOSHIBA AMERICA INFORMATION<br>9740 IRVINE BLVD<br><br>ATTN TRANSPORTATION DEPT<br>IRVINE          CA 92618 | |

| | |
|---|---|
| ☐ SATURDAY | ☐ PORT TO PORT |
| ☐ SUNDAY | ☐ PORT TO DOOR |
| ☐ TRUCKLOAD | ☐ DOOR TO DOOR |
| ☐ HOLD FOR PICKUP | ☐ CUSTOMS CLEARANCE |
| | ☐ FREE DOMICILE |

\* The terms and conditions as noted on the reverse side of this Transport Document are not applicable for OCEAN shipments. These shipments will be subject to the Terms and Conditions of the appointed carrier including Limitation of Liability

| ☐ Prepaid | ☒ Third Party | Customs Value | Declared Value |
|---|---|---|---|
| ☐ Collect | ☐ C.O.D. | | |

Special Instructions: SERVICE: 4TH   DUE DATE: 11/04/08
25 CRTNS ON 1 PLT
MUST DELV 11/04

| COD Amount | Amount of Insurance |
|---|---|

These commodities, technology or software were exported from the United States and in accordance with the export administration regulations. Diversion contrary to U.S. law prohibited. The exporter authorizes EGL to act as forwarding agent for export control and customs purposes.

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of insurance".

| No. of<br>Pieces | Gross<br>Weight | Description of Goods | Schedule B#<br>(INT'L) | Dimensions |
|---|---|---|---|---|
| 25 | 250 | DATA PROCESSING | | 12 @ 8 @ 7 |
| | 510 | 081001207542 | | |
| | | | | |
| | | | | |
| **Totals** 25 | 250 | | | |

☐ This shipment contains dangerous goods AS PER ATTACHED SHIPPERS DECLARATION.
UN# OR ID _____ 24HR CONTACT NUMBER _____

| | DOCK INSP | |
|---|---|---|
| | PU/BOL/PTP/QUOTE# | |
| | HAWB REVIEW | |

I certify that the cargo does not contain any unauthorized explosives, incendiaries or hazardous materials. I consent to a search of this cargo. I am aware that this endorsement and original signature, along with other shipping documents, will be retained on file for at least 30 days.

| Company Name | Signature of Shipper or its agent | Date |
|---|---|---|
| Print Name | | |

| DRIVER AGENT/VEHICLE# | C.O.D. | Check# |
|---|---|---|
| 572-87 | | |

| ID Type | ID# | PHOTO ID | |
|---|---|---|---|
| ID Type | ID# | YES/NO | |

PU TIME/DATE
0930

Received in good condition by: Rodney Jm.XX 11-4-08

Total Collect Charges    .00

25cdns

| Executed on (date) | at (place) | Signature of Issuing Carrier or its Agent |
|---|---|---|

DR-0

NON-NEGOTIABLE AIRBILL SUBJECT TO CONDITIONS SET FORTH ON REVERSE SIDE HEREOF
DR-0001 (Rev. 9/05)

EGL COPY

```
                                                                    INVOICE
                                                         INVOICE #  21051768
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.                    PAGE  1 of 1
DPD DIGITAL PRODUCTS DIVISION                       DOCUMENT DATE  10/30/08
9740 Irvine Blvd.
Irvine, CA 92618
```

```
          BILL TO  35474200                           SHIP TO  35474200775
          CIRCUIT CITY STORES INC                     CIRCUIT CITY DIST. CTR. #775
          9954 MAYLAND DRIVE                          19925 INDEPENDENCE BLVD
          MERCH. PAYABLE/AMY SANDERSON                GROVELAND FL 34736
          RICHMOND VA 232331464
```

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2179542 | 562495 | 10/23/08 | 10/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS GROUND | 1Z9806010304768911 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY | UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TLP-XE30U | XGA 3000 LUMEN PROJ | 5 | 5 | 0 | EA | 1,119.00 | 32.8 | 751.64 | 3,758.20 |
| | CUSTOMER PART NUMBER: TLPXE30U | | | | | | | | |

```
SERIAL NUMBERS:
TLP-XE30U     SR# 49341948     49341951     49341967     49341976     49341992
```

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 5,595.00 | 1,836.80 | 0.00 | 0.00 | 3,758.20 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

```
        INVOICE  21051768     BILL TO  35474200
  DOCUMENT DATE  10/30/08              CIRCUIT CITY STORES INC
```

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
                  P.O. Box 91865
                  CHICAGO IL 60693
                  (949) 583-3534

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 3,758.20 | 0.00 | 3,758.20 |

AMOUNT ENCLOSED: _____

1:33:10

```
Customer : 35474200 775 CIRCUIT CITY DIST. CTR. #    Order #      : 562495 01
           19925 INDEPENDENCE BLVD                   Order Date  : 10/23/08
                                                     Ship Date   : 10/30/08
           GROVELAND        FL  34736                Terms       : PREPAID
Purchase Order # : 2179542                           Carrier     : UPS GROUND
Bill of Lading # : 1Z9806010304768911                Total Wgt   : 00052.50
Qty of Cartons   :       5                           Ctrl Order  :
Sourcing Warehse : CIA                               Invoice #   :  2105176
```

-------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers --------------------------------------
1Z9806010304768911  1Z9806010304768920  1Z9806010304768939  1Z9806010304768948
1Z9806010304768957

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 5 | 0 | 5 | EA | TLP-XE30U | XGA 3000 LUMEN PROJ |

Unit Detail

| Unit | Item# | Description | Quantity |
|---|---|---|---|
| GI380901 | TLP-XE30U | XGA 3000 LUMEN PROJ | 5 |

   49341948      49341951      49341967      49341976      49341992

/////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

DAILY - 10/30/08 - DIV 040





**UPS Uni**

 **Tracking** 

My UPS | A

🔒 Welcome, VERONICA CHESTNUT | Logout

## Tracking

**Track Shipments**
Track by Reference
Track by E-mail
Signature Tracking
Import Tracking Numbers
🔒
Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

**Search Support**

Enter a keyword:



Search



Looking
to switch?

Open an account now →

# Track Shipments

**Track Packages & Freight**    **Quantum View**    **Flex Global View**

Printer Friendl

**Tracking Summary**

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0476 891 1 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 11/05/2008 |
| | 11:55 A.M. |
| Delivered To: | GROVELAND, FL, US |
| Signed By: | KOWALSKI |
| Service: | GROUND |
| Multiple Packages: | 5 📦 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0476 892 0 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 11/05/2008 |
| | 11:55 A.M. |
| Delivered To: | GROVELAND, FL, US |
| Signed By: | KOWALSKI |
| Service: | GROUND |
| Multiple Packages: | 5 📦 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0476 893 9 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |
| Delivered On: | 11/05/2008 |
| | 11:55 A.M. |
| Delivered To: | GROVELAND, FL, US |
| Signed By: | KOWALSKI |
| Service: | GROUND |
| Multiple Packages: | 5 📦 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0476 894 8 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** ? |

11/10/2008

UPS: Tracking Information

Case 08-35653-KRH    Doc 458-34    Filed 11/26/08    Entered 11/26/08 18:03:21    Desc

Page 2 of 2

Exhibit(s) voices and Proof of Delivery Cont.    Page 16 of 23

| | |
|---|---|
| Delivered On: | 11/05/2008<br>11:55 A.M. |
| Delivered To: | GROVELAND, FL, US |
| Signed By: | KOWALSKI |
| Service: | GROUND |
| Multiple Packages: | 5 📄 Show All |

**Tracking Number:** 1Z 980 601 03 0476 895 7

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** 🗓 |
| Delivered On: | 11/05/2008<br>11:55 A.M. |
| Delivered To: | GROVELAND, FL, US |
| Signed By: | KOWALSKI |
| Service: | GROUND |
| Multiple Packages: | 5 📄 Show All |

Tracking results provided by UPS: 11/10/2008 5:34 P.M. ET

Printer Friendly 🖨

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Manage E-mail Preferences | Ge
My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

**INVOICE**

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

INVOICE #  21051769
PAGE  1 of 1
DOCUMENT DATE  10/30/08

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200255
CIRCUIT CITY STORES INC #255
BETHLEHEM DISTRIBUTION CTR#255
4000 TOWNSHIP LINE ROAD
BETHLEHEM PA 18015

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC /AC |
|---|---|---|---|---|---|
| 2179538 | 562497 | 10/23/08 | 10/30/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS GROUND | 129806010304768484 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TLP-XE30U | XGA 3000 LUMEN PROJ | 1 | 1 | 0 EA | 1,119.00 | 32.8 | 751.64 | 751.64 |
| | CUSTOMER PART NUMBER: TLPXE30U | | | | | | | |

SERIAL NUMBERS:
TLP-XE30U    SR# 49341972

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 1,119.00 | 367.36 | 0.00 | 0.00 | 751.64 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21051769    BILL TO  35474200
DOCUMENT DATE  10/30/08    CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 751.64 | 0.00 | 751.64 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 255 CIRCUIT CITY STORES INC #    Order #    : 562497 01
           BETHLEHEM DISTRIBUTION CTR#255            Order Date : 10/23/08
           4000 TOWNSHIP LINE ROAD                   Ship Date  : 10/30/08
           BETHLEHEM        PA  18015                Terms      : PREPAID
Purchase Order # : 2179538                           Carrier    : UPS GROUND
Bill of Lading # : 1Z9806010304768484                Total Wgt  : 00010.50
Qty of Cartons   :       1                           Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  : 2105/769
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
---------------------- Tracking Numbers ---------------------------------------
1Z9806010304768484

```
-------------------------------------------------------------------------------
Whs Ord  Ord   B/O   Shp
Ln# Ln#  Qty   Qty   Qty   UOM  Item #          Item Description
=== ===  ===== ===== =====  ===  ==============  ==========================

 1   2    1     0     1    EA   TLP-XE30U       XGA 3000 LUMEN PROJ

                         Unit Detail

Unit         Item#         Description                      Quantity

GI381085     TLP-XE30U     XGA 3000 LUMEN PROJ                  1

   49341972
```

        ///////  E N D   O F   P A C K I N G   L I S T  ///////

       This sale concerns products, and/or technical data that may be
       controlled under the U.S. Export Administration Regulations and
       may be subject to the approval of the U.S. Department of Commerce
       prior to export. Any export or re-export by the purchaser, directly
       or indirectly, in contravention of the U.S. Export Administration
       Regulations is prohibited.

                    DAILY - 10/30/08 - DIV 040



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS Uni**

 Tracking 

My UPS | A

🔒 Welcome, VERONICA CHESTNUT | Logout

**Tracking**

**Track Shipments**
  Track by Reference
  Track by E-mail
  Signature Tracking
  Import Tracking Numbers 🔒
  Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

# Track Shipments

**Track Packages & Freight**    **Quantum View**    **Flex Global View**

## Tracking Summary

Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 03 0476 848 4 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🗵 |
| Delivered On: | 11/05/2008 |
| | 9:24 A.M. |
| Delivered To: | BETHLEHEM,  PA,  US |
| Signed By: | PEETRS |
| Service: | GROUND |

Tracking results provided by UPS:  11/10/2008 5:33 P.M.  ET

Printer Friendly 🖶

**Search Support**

**Enter a keyword:**

Search



**Looking
to switch?**

Open an account now ➡

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Manage E-mail Preferences | G
My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions

INVOICE
INVOICE #  21052643
PAGE   1 of 1
DOCUMENT DATE   10/31/08

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
DPD DIGITAL PRODUCTS DIVISION
9740 Irvine Blvd.
Irvine, CA 92618

BILL TO  35474200
CIRCUIT CITY STORES INC
9954 MAYLAND DRIVE
MERCH. PAYABLE/AMY SANDERSON
RICHMOND VA 232331464

SHIP TO  35474200353
CIRCUIT CITY STORES INC #353
680 S LEMON AVENUE
WALNUT CA 91789

| PURCHASE ORDER NUMBER | ORDER NUMBER | ORDER DATE | SHIP DATE | PAYMENT TERMS | OC  /AC |
|---|---|---|---|---|---|
| 2179539 | 562498 | 10/23/08 | 10/31/08 | NET 30 | ORD /25 |

| FOB | FREIGHT TERMS | SHIP VIA | BILL OF LADING | SRCWHS | SLSP |
|---|---|---|---|---|---|
| CIF - DESTINATION | FREIGHT PREPAID | UPS 2-DAY PM | 1Z9806010204777538 | CIA | DPDCC9 |

CUSTOMER MSGS:

| PART NUMBER | DESCRIPTION | ORDER QTY | SHIP QTY | BO QTY UOM | UNIT LIST PRICE | DISC % | NET UNIT PRICE | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TLP-XE30U | XGA 3000 LUMEN PROJ | 6 | 6 | 0 EA | 1,119.00 | 32.8 | 751.64 | 4,509.84 |
| | CUSTOMER PART NUMBER: TLPXE30U | | | | | | | |

SERIAL NUMBERS:
TLP-XE30U      SR# 49342353    49342363      49342365      49342368      49342370
...            SR# 49342376

Recycle your used batteries. Visit www.rbrc.org or call 1-800-822-8837 for information.

| TOTAL SALES | DISCOUNT APPLIED | TAX AMOUNT | FREIGHT | TOTAL DUE |
|---|---|---|---|---|
| 6,714.00 | 2,204.16 | 0.00 | 0.00 | 4,509.84 |

PLEASE RETURN THIS PORTION WITH REMITTANCE:

PLEASE REMIT TO:  TOSHIBA (COMPUTER DIVISION)
P.O. Box 91865
CHICAGO IL 60693
(949) 583-3534

INVOICE  21052643    BILL TO  35474200
DOCUMENT DATE  10/31/08        CIRCUIT CITY STORES INC

| NET AMOUNT | PAY TERM DISCOUNT | TOTAL DUE |
|---|---|---|
| 4,509.84 | 0.00 | 4,509.84 |

AMOUNT ENCLOSED: _____

```
Customer : 35474200 353 CIRCUIT CITY STORES INC #    Order #    : 562498 00
           680 S LEMON AVENUE                        Order Date : 10/23/08
                                                     Ship Date  : 10/31/08
           WALNUT          CA  91789                 Terms      : PREPAID
Purchase Order # : 2179539                           Carrier    : UPS 2-DAY PM
Bill of Lading # : 1Z9806010204777538                Total Wgt  : 00063.00
Qty of Cartons   :        6                          Ctrl Order :
Sourcing Warehse : CIA                               Invoice #  : 2 105 2643
```

--------- NO INVOICE NUMBER ON PACKING LIST FOR CONSOLIDATED ORDERS -----------
--------------------- Tracking Numbers -------------------------------------
1Z9806010204777538   1Z9806010204777556   1Z9806010204777583   1Z9806010204777592
1Z9806010204777609   1Z9806010204777618

---------------------------------------------------------------------------

| Whs Ln# | Ord Ln# | Ord Qty | B/O Qty | Shp Qty | UOM | Item # | Item Description |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 6 | 0 | 6 | EA | TLP-XE30U | XGA 3000 LUMEN PROJ |

                              Unit Detail

| Unit | Item# | Description | | Quantity |
|---|---|---|---|---|
| GI385904 | TLP-XE30U | XGA 3000 LUMEN PROJ | | 6 |
| 49342353 | 49342363 | 49342365 | 49342368 | 49342370   49342376 |

          /////// E N D   O F   P A C K I N G   L I S T ///////

This sale concerns products, and/or technical data that may be
controlled under the U.S. Export Administration Regulations and
may be subject to the approval of the U.S. Department of Commerce
prior to export. Any export or re-export by the purchaser, directly
or indirectly, in contravention of the U.S. Export Administration
Regulations is prohibited.

                    DAILY - 11/03/08 - DIV 040

UPS: Tracking Information    Page 1 of 2



Home | About UPS | Contact UPS | Getting Started @ UPS.com | Site Guide



**UPS Uni**

 Tracking 

My UPS  A

## Tracking

🔒 Welcome, VERONICA CHESTNUT | Logout

**Track Shipments**
  Track by Reference
  Track by E-mail
  Signature Tracking
  Import Tracking Numbers
  Wireless Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒

## Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

**Tracking Summary**                                     Printer Friendl

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 02 0477 753 8 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🗹 |
| Delivered On: | 11/03/2008 |
| | 12:57 P.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVID |
| Service: | 2ND DAY AIR |
| Multiple Packages: | 6 🔃 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 02 0477 755 6 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🗹 |
| Delivered On: | 11/03/2008 |
| | 12:57 P.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVID |
| Service: | 2ND DAY AIR |
| Multiple Packages: | 6 🔃 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 02 0477 758 3 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🗹 |
| Delivered On: | 11/03/2008 |
| | 12:57 P.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVID |
| Service: | 2ND DAY AIR |
| Multiple Packages: | 6 🔃 Show All |

| | |
|---|---|
| **Tracking Number:** | 1Z 980 601 02 0477 759 2 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** 🗹 |

### Search Support

**Enter a keyword:**

[ Search ]



Sign up for
UPS E-mail
for a Chance
to Win
an HP iPAQ.

Sign up for UPS E-mail. →

| | |
|---|---|
| Delivered On: | 11/03/2008 |
| | 12:57 P.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVID |
| Service: | 2ND DAY AIR |
| Multiple Packages: | 6 ⓕ Show All |

**Tracking Number:**    1Z 980 601 02 0477 760 9

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** ⓘ |
| Delivered On: | 11/03/2008 |
| | 12:57 P.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVID |
| Service: | 2ND DAY AIR |
| Multiple Packages: | 6 ⓕ Show All |

**Tracking Number:**    1Z 980 601 02 0477 761 8

→ View package progress

| | |
|---|---|
| Type: | Package |
| Status: | **Delivered** ⓘ |
| Delivered On: | 11/03/2008 |
| | 12:57 P.M. |
| Delivered To: | WALNUT, CA, US |
| Signed By: | DAVID |
| Service: | 2ND DAY AIR |
| Multiple Packages: | 6 ⓕ Show All |

Tracking results provided by UPS: 11/10/2008 5:32 P.M.  ET

Printer Friendly 🖶

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipme
tendered by or for you to UPS for delivery and for no other purpose. Any other us
tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Manage E-mail Preferences | Ge
My UPS | Address Book | Site Guide | Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2008 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions