

# LEASE AGREEMENT

by and between

**MANSFIELD SEQ 287 & DEBBIE, LTD.**, a Texas limited partnership

as Landlord

and

**CIRCUIT CITY STORES, INC.**

as Tenant

Mansfield Pointe Shopping Center
Mansfield, Texas

WO 696608.9



EXHIBIT A Part 1 (i)

Table of Contents

|  |  | Page |
|---|---|---|
| ARTICLE I | FUNDAMENTAL LEASE PROVISIONS | 1 |
| Section 1.01 | Definitions | 1 |
| ARTICLE II | LEASE OF PREMISES - TERM OF LEASE | 4 |
| Section 2.01 | Demise | 4 |
| Section 2.02 | Extension Periods | 5 |
| Section 2.03 | Commencement Date and Landlord Reimbursement | 5 |
| Section 2.04 | Possession Date | 5 |
| Section 2.05 | Expected Possession Date | 6 |
| Section 2.06 | Possession Date During Slack Period Delivery | 7 |
| Section 2.07 | Delayed Possession | 7 |
| Section 2.08 | Early Entry | 7 |
| Section 2.09 | Landlord Reimbursement | 7 |
| Section 2.10 | Measurement | 8 |
| Section 2.11 | Commencement Date Agreement | 8 |
| Section 2.12 | Tenant's Permits Contingency | 8 |
| ARTICLE III | INITIAL CONSTRUCTION | 9 |
| Section 3.01 | Landlord's and Tenant's Work | 9 |
| ARTICLE IV | RENT | 9 |
| Section 4.01 | Annual Minimum Rent | 9 |
| Section 4.02 | Additional Rent | 10 |
| Section 4.03 | Rent; Method of Payment | 10 |
| ARTICLE V | COMMON AREA MAINTENANCE AND COST | 10 |
| Section 5.01 | Maintenance | 10 |
| Section 5.02 | Construction Clean-up and Post-Possession Work | 11 |
| Section 5.03 | CAM Costs | 11 |
| Section 5.04 | Tenant's Share of CAM Costs | 12 |
| Section 5.05 | Payment of CAM Costs | 13 |
| Section 5.06 | CAM Costs Increases | 13 |
| ARTICLE VI TAXES | | 13 |

Table of Contents
(continued)

|  |  | Page |
|---|---|---|
| Section 6.01 | Taxes | 13 |
| Section 6.02 | Payment of Taxes | 14 |
| Section 6.03 | Exclusions from Taxes | 14 |
| Section 6.04 | Right to Contest | 14 |
| Section 6.05 | Personal Property Taxes | 15 |
| ARTICLE VII | UTILITIES | 15 |
| Section 7.01 | Utilities | 15 |
| Section 7.02 | Interruption | 16 |
| ARTICLE VIII | USE OF PREMISES | 16 |
| Section 8.01 | Permitted Use | 16 |
| Section 8.02 | Conduct of Operations | 17 |
| Section 8.03 | Leasing Restrictions | 17 |
| Section 8.04 | Tenant's Exclusive | 17 |
| Section 8.05 | Exclusives Applicable To Tenant | 19 |
| Section 8.06 | Key Tenants | 19 |
| ARTICLE IX | REPAIRS | 20 |
| Section 9.01 | Landlord Obligations | 20 |
| Section 9.02 | Tenant's Obligations | 21 |
| Section 9.03 | Hazardous Materials | 21 |
| Section 9.04 | Surrender of the Premises | 23 |
| ARTICLE X | REQUIREMENTS OF LAW | 23 |
| Section 10.01 | Landlord's Obligations | 23 |
| Section 10.02 | Tenant's Obligations | 24 |
| Section 10.03 | Right to Contest | 24 |
| ARTICLE XI | INSURANCE | 24 |
| Section 11.01 | Landlord's Insurance | 24 |
| Section 11.02 | Tenant's Insurance | 25 |
| Section 11.03 | Insurance Requirements Generally | 26 |

## Table of Contents
(continued)

Page

| | | |
|---|---|---|
| | Section 11.04 Landlord's Insurance Cost | 26 |
| | Section 11.05 Indemnity | 27 |
| | Section 11.06 Mutual Waiver of Subrogation | 27 |
| | Section 11.07 Affiliate | 28 |
| ARTICLE XII | DAMAGE OR DESTRUCTION | 28 |
| | Section 12.01 Landlord's Obligation to Rebuild | 28 |
| | Section 12.02 Tenant's Obligation to Rebuild | 28 |
| | Section 12.03 Termination | 29 |
| ARTICLE XIII | CONDEMNATION | 30 |
| | Section 13.01 Taking | 30 |
| | Section 13.02 Restoration and Rent Adjustment | 31 |
| | Section 13.03 Award | 31 |
| ARTICLE XIV | ALTERATIONS AND MECHANICS' LIENS | 31 |
| | Section 14.01 Tenant's Alteration Rights | 31 |
| | Section 14.02 Mechanics' Liens | 33 |
| ARTICLE XV | SIGNS | 33 |
| | Section 15.01 Tenant's Signs | 33 |
| | Section 15.02 Pylon Signs | 34 |
| | Section 15.03 Replacement | 34 |
| ARTICLE XVI | TENANT'S PROPERTY | 34 |
| | Section 16.01 Tenant's Property | 34 |
| ARTICLE XVII | ASSIGNMENT AND SUBLETTING | 34 |
| | Section 17.01 Assignment and Subletting Rights | 34 |
| | Section 17.02 Collateral Assignment | 35 |
| | Section 17.03 Cure Rights of Original Tenant | 35 |
| | Section 17.04 Recognition Agreement | 35 |
| ARTICLE XVIII | DEFAULT | 35 |

WO 696608.9

Table of Contents
(continued)

Page

Section 18.01 Tenant's Default .................................................................................... 35
Section 18.02 Additional Landlord Remedies Due to Construction Delays by Tenant ... 37
Section 18.03 Landlord's Default ................................................................................. 37
Section 18.04 Additional Tenant Self-help, Equitable and Legal Remedies Due to Construction Delays by Landlord ................................................................................. 38
Section 18.05 Waiver; Non-Exclusive Remedies ........................................................... 39

ARTICLE XIX    SUBORDINATION, TRANSFER OF INTEREST ............................. 39
Section 19.01 Subordination ......................................................................................... 39
Section 19.02 Existing Mortgages and Ground Leases ................................................. 40
Section 19.03 Transfer of Interest ................................................................................. 40
Section 19.04 Tenant Estoppel Certificates ................................................................... 40
Section 19.05 Landlord Estoppel Certificates ............................................................... 41
Section 19.06 Payments ................................................................................................ 41

ARTICLE XX    LANDLORD'S REPRESENTATIONS, WARRANTIES AND COVENANTS ......................................................................................................... 41
Section 20.01 Quiet Enjoyment .................................................................................... 41
Section 20.02 Representations, Warranties and Covenants ......................................... 41
Section 20.03 Site Covenants ....................................................................................... 42

ARTICLE XXI    HOLDING OVER ............................................................................ 44
Section 21.01 Holding Over ......................................................................................... 44

ARTICLE XXII    NOTICE ........................................................................................... 44
Section 22.01 Where and How Given ........................................................................... 44
Section 22.02 When Given ........................................................................................... 45

ARTICLE XXIII    MISCELLANEOUS ....................................................................... 45
Section 23.01 Rent Proration ........................................................................................ 45
Section 23.02 Construction ........................................................................................... 45
Section 23.03 Section Headings ................................................................................... 46
Section 23.04 Partial Invalidity ..................................................................................... 46

Table of Contents
(continued)

Page

Section 23.05    Waiver................................................................................................46
Section 23.06    Governing Law ..................................................................................46
Section 23.07    Successors and Assigns......................................................................46
Section 23.08    No Broker...........................................................................................46
Section 23.09    Memorandum of Lease ......................................................................46
Section 23.10    Entire Agreement...............................................................................47
Section 23.11    Relationship of Parties.......................................................................47
Section 23.12    Force Majeure....................................................................................47
Section 23.13    Limitation of Landlord's Liability.....................................................47
Section 23.14    Limitation of Tenant's Liability.........................................................47
Section 23.15    Consents.............................................................................................48
Section 23.16    Rent Abatement .................................................................................48
Section 23.17    Costs ..................................................................................................48
Section 23.18    Attorneys' Fees ..................................................................................48
Section 23.19    Survival of Obligations......................................................................48
Section 23.20    Joint and Several Liability .................................................................48
Section 23.21    Definition of Hereunder, Herein, etc. ................................................48
Section 23.22    Tenant's Trade Name..........................................................................48
Section 23.23    Counterparts.......................................................................................49
Section 23.24    Co-Exist Letters .................................................................................49

**EXHIBITS**

EXHIBIT A        Site Plan
EXHIBIT B        Legal Description of the Shopping Center
EXHIBIT C        Site Design Requirements
EXHIBIT C-1      Possession Date Notice
EXHIBIT D        W-9 Form
EXHIBIT E        Commencement Date and Expiration Date Agreement
EXHIBIT F        Prohibited Uses
EXHIBIT G        [Intentionally Omitted]
EXHIBIT H        Future Exclusive
EXHIBIT I        Recognition Agreement
EXHIBIT J        Subordination, Non-Disturbance and Attornment Agreement
EXHIBIT K        Permitted Exceptions

Table of Contents
(continued)

Page

EXHIBIT L        Memorandum of Lease
EXHIBIT M        Indemnity Agreement