# EXHIBIT C

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
CIRCUIT CITY STORES, INC., et al.                       :   Case No. 08-35653-KRH
                                                        :
         Debtors.                                       :   Jointly Administered
                                                        :   Judge Kevin R. Huennekens
------------------------------------------------------- x

**ORDER GRANTING MOTION AND SUPPORTING MEMORANDUM OF TAUBMAN AUBURN HILLS ASSOCIATES LIMITED PARTNERSHIP FOR AN ORDER (A) COMPELLING DEBTORS TO IMMEDIATELY PAY ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b), AND (B) GRANTING RELATED RELIEF**

This matter having come before the Court upon the Motion and Supporting Memorandum of Taubman Auburn Hills Associates Limited Partnership ("Taubman") for an Order (A) Compelling Debtors to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. §§ 365(d)(3)

Benjamin C. Ackerly [VSB # 09120]
J.R. Smith [VSB # 41913]
Henry (Toby) P. Long, III [VSB # 75134]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

and

J. Eric Crupi [VSB # 46782]
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC  20006
Telephone: (202) 419-2143
Facsimile: (202) 778-7445

and

Andrew S. Conway
THE TAUBMAN COMPANY
200 E. Long Lake Road, Suite 300
Bloomfield Hills, MI  48304
Telephone: (248) 258-7427

Counsel for Taubman Auburn Hills Associates Limited Partnership

and 503(b) and (B) Granting Related Relief (the "Motion") filed in the bankruptcy cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given and no other or further notice is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and the arguments presented at any hearing had thereupon.  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED**.

2. Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Motion.

3. The Debtor is authorized and directed to pay to Taubman, within two (2) business days of the entry of this Order, the November Administrative Rent in the total aggregate amount of $51,608.53.

4. The Debtor shall, within two (2) business days of its receipt of a written request from Taubman therefor, reimburse Taubman for all of its reasonable and actual attorneys' fees and costs incurred in preparing and prosecuting the Motion.

5. The Debtor shall make all future monthly payments of administrative rent and related charges to Taubman in full on or before the first day of the month for which such administrative rent and related charges accrue, as required by the Lease.

6. This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and to resolve any and all disputes related thereto.

ENTERED in Richmond, Virginia this _____ day of _____, 2008.

                _____
                United States Bankruptcy Judge