| Site Design Requirements | Reverse Build to Suit Deals | |
|---|---|---|
| Circuit City Stores, Inc.    Mansfield, TX | #3809 | 8/17/2007 |

### Attachment "3" – Site Work Certificate

To:   Circuit City Stores, Inc.
      Deep Run I
      9950 Mayland Drive
      Richmond, Virginia  23233
      Attention:  Vice President-Construction

Re:   Circuit City Store/[Location]

Ladies and Gentlemen:

The undersigned, as Landlord has completed all Site Work and has caused "Delivery of the Land" to occur on _____, ____, all in accordance with the terms of the Site Design Requirements dated _____, ____. Specifically, the undersigned hereby certifies that:

- Grading of the Land and the Common Areas has occurred in accordance with the Site Design Requirements.

- Landlord has provided an independent soils engineer's written certification that all pad work was completed in accordance with the Soil Report, the Civil Plans, and Circuit City's Plans and Specifications. This report shall include the results of all compaction and other tests performed during the pad preparation phase, and any tests performed prior to the date of such certification. A copy of such certification shall be delivered to Circuit City's Vice President – Construction at Circuit City's address.

- Landlord has provided a surveyor's written certification stating that the Building Pad is at the prescribed elevation within the stated tolerance of plus or minus one-tenth of a foot ___ over ___ feet. This certification shall be based upon an "as-prepared" survey that shall accompany such certification and shall show thereon elevation shots taken on a 50 foot grid minimum, including pad perimeter and building corners. Promptly upon completion of the Site Delivery Work, Landlord shall cause its surveyor to designate the corners of the Building Pad by means of standard surveying markers.

- The finished floor elevation is _____. The pad elevation is _____.

- The Staging Area has been completed.

- An all-weather construction access road to the Land no less than 24' in width has been prepared and is ready for use.

All conditions precedent to issuance of your building permit have been satisfied by Landlord, and we certify that all elements of the Site Delivery Work and Delivery of the Land have been satisfied in accordance with the Site Design Requirements.

LANDLORD: _____,

a _____

By: _____
Name: _____
Title: _____



EXHIBIT
A part 1(iv)

| Site Design Requirements | | Reverse Build to Suit Deals | |
|---|---|---|---|
| Circuit City Stores, Inc. | Mansfield, TX | #3809 | 8/17/2007 |

## Attachment "4" – Floor Plan and Elevations

(to be attached)





| Site Design Requirements | | Reverse Build to Suit Deals | |
|---|---|---|---|
| Circuit City Stores, Inc. | Mansfield, TX | #3809 | 8/17/2007 |

## Attachment "5" – Sign Plans and Specifications

(to be attached)













| Site Design Requirements | Reverse Build to Suit Deals | | |
|---|---|---|---|
| Circuit City Stores, Inc. | Mansfield, TX | #3809 | 8/17/2007 |

## Attachment "6" – ALTA Survey Certificate

Certified to Circuit City Stores, Inc., a Virginia corporation ("Landlord"), _____, a _____ ("Title Company"), and _____, a _____ corporation ("Title Agent"). The undersigned _____ (the "Surveyor") hereby certifies that (a) the Survey Plat dated _____, 20\_\_\_\_, prepared by the undersigned, of that certain tract of land consisting of _____ sq. ft., or _____ acres, in the _____ in the City of _____, County of _____, State of _____, and the metes and bounds description set forth thereon are true and correct and prepared from an actual on-the-ground survey of the real property (the "Property") shown thereon and has been made in accordance with "Minimum Standard Detail Requirements for ALTA/ACSM Land Title Surveys", jointly established and adopted by ALTA and ACSM in 2005, and includes items 1 through 14 and 16 through 18 of Table A thereof, and pursuant to the Accuracy Standards (as adopted by ALTA and ACSM and in effect on the date of this certification) of an Urban Survey; (b) such survey was conducted by the Surveyor or under his supervision; (c) all monuments shown thereon actually exist, and the location and type of material thereof are correctly shown; (d) the location of all streets, roads, highways and easements are as shown thereon; (e) except as shown thereon, there are no encroachments onto the Property or protrusions there from, there are no improvements on the Property, there are no visible easements or rights-of-way on the Property, there are no visible discrepancies, conflicts, shortages in area or boundary line conflicts; (f) the distance from the nearest intersection street or road is as shown; (g) all recorded easements have been correctly platted thereon; (h) the boundaries, dimensions and other details shown thereon are true and correct; and (i) the Property is not located in a 100-year flood plain as presently designated by the U.S. Corps of Engineers, or in an identified "flood prone area" as defined by the U.S. Department of Housing and Urban Development, pursuant to the Flood Disaster Protection Act of 1973, as amended, except as shown. **[Note: If no portion of the Property is in a flood plain, delete "except as shown" and put a period after "amended".]**

EXECUTED this _____ day of _____, 20\_\_\_\_\_

Signature _____

Printed Name: _____

R.P.L.S. No. _____

| Site Design Requirements | | Reverse Build to Suit Deals | |
|---|---|---|---|
| Circuit City Stores, Inc. | Mansfield, TX | #3809 | 8/17/2007 |

## Attachment "7" Civil Plans

(to be attached)




| Site Design Requirements | Reverse Build to Suit Deals | | |
|---|---|---|---|
| Circuit City Stores, Inc. | Mansfield, TX | #3809 | 8/17/2007 |

## Attachment "8" Geotechnical Reliance Letter

**REED | ENGINEERING**
GEOTECHNICAL AND ENVIRONMENTAL CONSULTANTS | **GROUP**

May 22, 2007
Project No. 14352

Circuit City Stores, Inc.
Deep Run I
9950 Maryland Drive
Richmond, Virginia 23233
ATTN: Vice President – Real Estate

Re: Geotechnical Reliance Letter
   Circuit City Store (the "Report")
   Home Depot Drive and U.S. Highway 287
   Mansfield, Texas

Dear Vice President – Real Estate:

This will serve to confirm that Reed Engineering Group, Ltd. (the "Consultant") will allow Circuit City Stores, Inc. ("Circuit City") to rely on the Report in connection with the assessment and evaluation of the subject property as fully and completely as if the Report had been prepared for and was addressed to Circuit City. Consultant acknowledges that Consultant shall not look to Circuit City for any liability of Consultant's primary client under the Proposal No. 3-67, the underlying agreement between Consultant and its primary client.

Indicate your acceptance of these terms by signing in the space provided below and returning a copy to me.

Sincerely,

REED ENGINEERING GROUP, LTD.

Ronald F. Reed, P.E.
President

RFR/apv

copies submitted: (2)


Agreed this _____ day of _____, 2007.


Circuit City Stores, Inc.
By: _____

Its: _____


2424 STUTZ DRIVE, SUITE 400   DALLAS, TX 75235
tel 214.350.5600    fax 214.350.0019
www.reed-engineering.com

GEOTECHNICAL ENGINEERING
ENVIRONMENTAL CONSULTING
CONSTRUCTION MATERIALS TESTING

| Site Design Requirements | Reverse Build to Suit Deals | | |
|---|---|---|---|
| Circuit City Stores, Inc. | Mansfield, TX | #3809 | 8/17/2007 |

## Attachment "9" - Environmental Reliance Letter

**REED ENGINEERING GROUP**
GEOTECHNICAL AND ENVIRONMENTAL CONSULTANTS

May 22, 2007
Project No. 14240

Circuit City Stores, Inc.
Deep Run I
9950 Mayland Drive
Richmond, Virginia 23233
ATTN: Vice President – Real Estate

Re: Phase I Environmental Site Assessment (the "Report")
 Circuit City Store
 SWC of U.S. Highway 287 and Home Depot Drive
 Mansfield, Texas

Dear Vice President – Real Estate:

This will serve to confirm that Reed Engineering Group, Ltd. ("Consultant") will allow Circuit City Stores, Inc. ("Circuit City") to rely on the Report in connection with the assessment and evaluation of the subject property as fully and completely as if the Report had been prepared for and was addressed to Circuit City. Consultant acknowledges that Consultant shall not look to Circuit City for any liability of Consultant's primary client under the Proposal No. 2-55, the underlying agreement between Consultant and its primary client.

Sincerely,

REED ENGINEERING GROUP, LTD.

*[signature]*

Paul S. Rodusky, P.G.
Vice President – Environmental Services

PSR/acr
copies submitted: (2)

2424 STUTZ DRIVE, SUITE 400   DALLAS, TX 75235
tel 214.350.5600   fax 214.350.0019
www.reed-engineering.com

GEOTECHNICAL **ENGINEERING**
ENVIRONMENTAL **CONSULTING**
CONSTRUCTION MATERIALS **TESTING**

**Site Design Requirements**  **Reverse Build to Suit Deals**
Circuit City Stores, Inc.    Mansfield, TX    #3809    8/17/2007

## Attachment "10" – Circuit City Development / Design Process



| CIRCUIT CITY DEVELOPMENT PROCESS | LANDLORD DELIVERABLES |
|---|---|
| SCHEMATIC SITE PLAN | • Information as required to complete Circuit City's Project Information Sheet.<br>• Work with Circuit City's design staff to develop the schematic site plan. |
| DUE DILIGENCE INVESTIGATION | • Meet on site with Circuit City's Development Manager and architect to provide information as required to complete Circuit City's Feasibility Report |
| DESIGN DEVELOPMENT | • ALTA Survey and Surveyor's Certificate<br>• Geotechnical Report and Geotechnical Reliance Letter.<br>• Environmental Report and Environmental Reliance Letter.<br>• Civil Plans<br>• All approvals that may be a pre-requisite for Circuit City's permits.<br>• Shopping Center building elevations, material boards and design requirements.<br>• Signage drawings and signage design guidelines.<br>• Schedules and updates for all Landlord Work.<br>• Schedules and updates for all planning and zoning approvals and permits.<br>• Information about governmental conditions or restrictions that impact permits.<br>• Help with coordination between utility companies and Circuit City.<br>• Help in pursuing local incentive programs. |
| SITE DELIVERY WORK | • Site Work Certificate<br>• Circuit City's staging area<br>• All weather construction access road to Circuit City's building pad<br>• Circuit City's temporary utilities |
| REMAINDER OF LANDLORD WORK | • Circuit City's permanent utilities<br>• Paving, curbing and sidewalks<br>• Exterior lighting<br>• Landscaping<br>• Pylon and monument signs |

# EXHIBIT C-1

## Possession Date Notice

[Letterhead of Landlord]

_____, 200\_\_

[via overnight courier service per Article XXII of the Lease]

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attention: Vice President of Real Estate

    Re:    Lease Agreement dated as of _____, 200\_\_ (the "**Lease**"), between MANSFIELD SEQ 287 & DEBBIE, LTD., a Texas limited partnership, as landlord ("**Landlord**"), and CIRCUIT CITY STORES, INC., as tenant ("**Tenant**"), with respect to certain retail premises (the "**Premises**") located in the Center Pointe Shopping Center, Mansfield, Texas_____.

Gentlemen:

    In accordance with the provisions of Section 2.05(a) of the Lease, Landlord hereby informs the Tenant that the Possession Date (including, without limitation, the Delivery of the Land) shall take place at 8:00 A.M. on _____, 200\_\_. This notice shall constitute the Possession Date Notice referred to in Section 2.05 of the Lease. All capitalized terms as used in this Possession Date Notice shall have the same meaning as set forth in the Lease, unless otherwise defined in this Possession Date Notice.

                                              **MANSFIELD SEQ 287 & DEBBIE, LTD.**, a
                                              Texas limited partnership

                                              By:_____
                                            Name: _____
                                            Title:_____

cc:    Circuit City Stores, Inc.
       9950 Mayland Drive
       Richmond, Virginia 23233
       Attention: General Counsel

       Sutherland Asbill & Brennan LLP
       1114 Avenue of the Americas, 40th Fl.
       New York, NY 10036
       Attn: David J. Rabinowitz, Esq.

WO 696608.9

EXHIBIT D

# Form W-9

Request for Taxpayer
Identification Number and Certification

Give form to the requester. Do not send to the IRS.

**Name** (as shown on your income tax return)
Mansfield SEQ287 & Debbie, Ltd.

**Business name**, if different from above

**Check appropriate box:** ☐ Individual/Sole proprietor ☐ Corporation ☑ Partnership ☐ Other ▶ ☐ Exempt from backup withholding

**Address** (number, street, and apt. or suite no.)
5801 Granite Parkway, Suite 800

**City, state, and ZIP code**
Plano, Texas 75024

**List account number(s) here** (optional)

## Part I — Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number:** ___ ___ ___ - ___ ___ - ___ ___ ___ ___

or

**Employer identification number:** 2 0 - 8 6 5 6 2 4 8

## Part II — Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here** — Signature of U.S. person ▶ [signature]    Date ▶ [date]

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

For federal tax purposes you are considered a person if you are:

- An individual who is a citizen or resident of the United States.
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or

- Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Foreign person.** If you are a foreign person, do not use Form W-9. Instead, use the appropriate Form W-8 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.
2. The treaty article addressing the income.
3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

Cat. No. 10231X    Form W-9 (Rev. 1-2003)

D-1

WO 696608.9