**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.:   <u>08-35653-KRH</u> |
| CIRCUIT CITY STORES, INC., *et al.*, | * | (CHAPTER 11) |
| DEBTORS. | * | (JOINTLY ADMINISTERED) |

\* \* \* \* \* \* \* \* \* \* \* \*

<u>NOTICE OF RECLAMATION DEMAND OF TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.</u>

PLEASE TAKE NOTICE that Toshiba America Consumer Products, L.L.C. ("TACP"), by its attorneys, files this Notice that TACP asserts its demand for reclamation of goods, pursuant to Section 546 of Title 11 of the United States Code (the "Bankruptcy Code"), applicable non-bankruptcy law, and the *Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands* [Docket No. 133] entered by the Court on November 13, 2008.  TACP further demands that the Debtors not dispose of or commingle any goods shipped by TACP to the Debtors with any other property of the Debtors or any other party.

Attached to this Notice are copies of a summary of the outstanding reclamation amounts due (Exhibit A) and copies of the unpaid invoices for products delivered to the

Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America Consumer Products, L.L.C.*

85783.doc

Debtors by TACP on or after the 45-day period prior to November 10, 2008, the date of the Debtors' voluntary petition for relief under Chapter 11 of the Bankruptcy Code, and proof of delivery of same (Exhibit B).  The invoiced amounts total $6,393,681.50.  TACP has not yet determined whether it intends to assert a claim under Section 503(b)(9) of the Bankruptcy Code and will assert such claim as required by the Bankruptcy Code or Order of the Court.  TACP expressly reserves all rights against the Debtors, however arising.

        Respectfully submitted,

        _____/s/ Jeremy S. Friedberg_____
        Jeremy S. Friedberg, VSB No. 40228
        Gordon S. Young, VSB No. 68822
        Leitess Leitess Friedberg + Fedder PC
        One Corporate Center
        10451 Mill Run Circle, Suite 1000
        Owings Mills, Maryland 21117
        (410) 581-7400
        (410) 581-7410 (facsimile)

*Attorneys for Toshiba America*
 *Consumer Products, L.L.C.*

85783.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November, 2008, a copy of the foregoing, along with attached exhibits, was served *via* Federal Express overnight mail and, if the recipients are properly registered, *via* the Court's CM/ECF system, on:

Circuit City Stores, Inc., et al.
  Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233
Attn: Reginald D. Hedgebeth

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233
Attn: Daniel W. Ramsey

Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606
Attn: Sarah Baker, Esq.

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Sarah B. Boehm, Esq.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeremy S. Friedberg
　　　　　　　　　　　　　　　　　　　　Jeremy S. Friedberg

85783.doc