| TOSHIBA AMERICA CONSUMER PRODUCTS, LLC | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CIRCUIT CITY | | | | | | | | | | |
| invoice statement as of Novemer 21st, 2008 | | | | | | | | | | |
| | | | | | | | | | | |
| invoice # | inoice dt | po # | balance | 0_30 | 31_60 | 61_90 | 91_9999 | 1_15 | 16_30 | 31_60 |
| 10282046 | 09/30/08 | 2161958 | $ 268,800.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 268,800.00 |
| 10282048 | 09/30/08 | 2160167 | $ 52,000.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 52,000.00 |
| 10282049 | 09/30/08 | 2160167 | $ 124,960.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 124,960.00 |
| 10284778 | 10/13/08 | 2151484 | $ 34,072.50 | $ - | $ - | $ - | $ - | $ - | $ 34,072.50 | $ - |
| 10284779 | 10/13/08 | 2160170 | $ 103,840.00 | $ - | $ - | $ - | $ - | $ - | $ 103,840.00 | $ - |
| 10284780 | 10/13/08 | 2161961 | $ 74,240.00 | $ - | $ - | $ - | $ - | $ - | $ 74,240.00 | $ - |
| 10285871 | 10/20/08 | 2160331 | $ 276,000.00 | $ - | $ - | $ - | $ - | $ - | $ 276,000.00 | $ - |
| 10285872 | 10/20/08 | 2160331 | $ 276,000.00 | $ - | $ - | $ - | $ - | $ - | $ 276,000.00 | $ - |
| 10285888 | 10/20/08 | 2167172 | $ 11,256.00 | $ - | $ - | $ - | $ - | $ - | $ 11,256.00 | $ - |
| 10285889 | 10/20/08 | 2167178 | $ 13,935.20 | $ - | $ - | $ - | $ - | $ - | $ 13,935.20 | $ - |
| 10285890 | 10/20/08 | 2167196 | $ 12,355.20 | $ - | $ - | $ - | $ - | $ - | $ 12,355.20 | $ - |
| 10285891 | 10/20/08 | 2167175 | $ 112,218.00 | $ - | $ - | $ - | $ - | $ - | $ 112,218.00 | $ - |
| 10285892 | 10/20/08 | 2167181 | $ 38,290.00 | $ - | $ - | $ - | $ - | $ - | $ 38,290.00 | $ - |
| 10285893 | 10/20/08 | 2167193 | $ 218,032.00 | $ - | $ - | $ - | $ - | $ - | $ 218,032.00 | $ - |
| 10285914 | 10/20/08 | 2160333 | $ 166,520.00 | $ - | $ - | $ - | $ - | $ - | $ 166,520.00 | $ - |
| 10285915 | 10/20/08 | 2160333 | $ 276,000.00 | $ - | $ - | $ - | $ - | $ - | $ 276,000.00 | $ - |
| 10285916 | 10/20/08 | 2160331 | $ 276,000.00 | $ - | $ - | $ - | $ - | $ - | $ 276,000.00 | $ - |
| 10285926 | 10/20/08 | 2167173 | $ 10,560.00 | $ - | $ - | $ - | $ - | $ - | $ 10,560.00 | $ - |
| 10285927 | 10/20/08 | 2167179 | $ 25,054.20 | $ - | $ - | $ - | $ - | $ - | $ 25,054.20 | $ - |
| 10285928 | 10/20/08 | 2167176 | $ 26,262.00 | $ - | $ - | $ - | $ - | $ - | $ 26,262.00 | $ - |
| 10285929 | 10/20/08 | 2167182 | $ 46,497.60 | $ - | $ - | $ - | $ - | $ - | $ 46,497.60 | $ - |
| 10285930 | 10/20/08 | 2167194 | $ 16,632.00 | $ - | $ - | $ - | $ - | $ - | $ 16,632.00 | $ - |
| 10285931 | 10/20/08 | 2167198 | $ 4,492.80 | $ - | $ - | $ - | $ - | $ - | $ 4,492.80 | $ - |
| 10285932 | 10/20/08 | 2160331 | $ 9,200.00 | $ - | $ - | $ - | $ - | $ - | $ 9,200.00 | $ - |
| 10285933 | 10/20/08 | 2167189 | $ 17,136.00 | $ - | $ - | $ - | $ - | $ - | $ 17,136.00 | $ - |
| 10285950 | 10/20/08 | 2160335 | $ 123,280.00 | $ - | $ - | $ - | $ - | $ - | $ 123,280.00 | $ - |
| 10285951 | 10/20/08 | 2167171 | $ 108,940.00 | $ - | $ - | $ - | $ - | $ - | $ 108,940.00 | $ - |
| 10285952 | 10/20/08 | 2167177 | $ 58,812.40 | $ - | $ - | $ - | $ - | $ - | $ 58,812.40 | $ - |
| 10285953 | 10/20/08 | 2167195 | $ 10,108.80 | $ - | $ - | $ - | $ - | $ - | $ 10,108.80 | $ - |
| 10286001 | 10/20/08 | 2160335 | $ 276,000.00 | $ - | $ - | $ - | $ - | $ - | $ 276,000.00 | $ - |
| 10286002 | 10/20/08 | 2160335 | $ 276,000.00 | $ - | $ - | $ - | $ - | $ - | $ 276,000.00 | $ - |

**EXHIBIT A**

| invoice # | inoice dt | po # | balance | 0_30 | 31_60 | 61_90 | 91_9999 | 1_15 | 16_30 | 31_60 |
|---|---|---|---|---|---|---|---|---|---|---|
| 10286003 | 10/20/08 | 2160335 | $ 276,000.00 | $ - | $ - | $ - | $ - | $ - | $ 276,000.00 | $ - |
| 10286004 | 10/20/08 | 2160334 | $ 276,000.00 | $ - | $ - | $ - | $ - | $ - | $ 276,000.00 | $ - |
| 10286005 | 10/20/08 | 2160334 | $ 276,000.00 | $ - | $ - | $ - | $ - | $ - | $ 276,000.00 | $ - |
| 10286006 | 10/20/08 | 2160334 | $ 17,940.00 | $ - | $ - | $ - | $ - | $ - | $ 17,940.00 | $ - |
| 10286007 | 10/20/08 | 2167174 | $ 16,482.00 | $ - | $ - | $ - | $ - | $ - | $ 16,482.00 | $ - |
| 10286008 | 10/20/08 | 2167180 | $ 38,447.80 | $ - | $ - | $ - | $ - | $ - | $ 38,447.80 | $ - |
| 10286009 | 10/20/08 | 2167192 | $ 16,632.00 | $ - | $ - | $ - | $ - | $ - | $ 16,632.00 | $ - |
| 10286010 | 10/20/08 | 2167197 | $ 1,123.20 | $ - | $ - | $ - | $ - | $ - | $ 1,123.20 | $ - |
| 10286017 | 10/20/08 | 2160332 | $ 276,000.00 | $ - | $ - | $ - | $ - | $ - | $ 276,000.00 | $ - |
| 10286018 | 10/20/08 | 2160334 | $ 276,000.00 | $ - | $ - | $ - | $ - | $ - | $ 276,000.00 | $ - |
| 10286078 | 10/21/08 | 2160335 | $ 212,980.00 | $ - | $ - | $ - | $ - | $ 212,980.00 | $ - | $ - |
| 10286297 | 10/22/08 | 2160333 | $ 276,000.00 | $ - | $ - | $ - | $ - | $ 276,000.00 | $ - | $ - |
| 10286358 | 10/22/08 | 2160332 | $ 241,960.00 | $ - | $ - | $ - | $ - | $ 241,960.00 | $ - | $ - |
| 10286445 | 10/23/08 | 2167188 | $ 13,650.00 | $ - | $ - | $ - | $ - | $ 13,650.00 | $ - | $ - |
| 10286446 | 10/23/08 | 2170599 | $ 66,300.00 | $ - | $ - | $ - | $ - | $ 66,300.00 | $ - | $ - |
| 10289477 | 10/27/08 | 2167187 | $ 68,250.00 | $ - | $ - | $ - | $ - | $ 68,250.00 | $ - | $ - |
| 10289478 | 10/27/08 | 2170598 | $ 76,500.00 | $ - | $ - | $ - | $ - | $ 76,500.00 | $ - | $ - |
| 10289874 | 10/27/08 | 2170582 | $ 23,057.30 | $ - | $ - | $ - | $ - | $ 23,057.30 | $ - | $ - |
| 10289875 | 10/27/08 | 2170603 | $ 4,212.00 | $ - | $ - | $ - | $ - | $ 4,212.00 | $ - | $ - |
| 10289932 | 10/27/08 | 2167191 | $ 16,632.00 | $ - | $ - | $ - | $ - | $ 16,632.00 | $ - | $ - |
| 10289933 | 10/27/08 | 2170575 | $ 152,280.00 | $ - | $ - | $ - | $ - | $ 152,280.00 | $ - | $ - |
| 10289934 | 10/27/08 | 2170581 | $ 39,888.50 | $ - | $ - | $ - | $ - | $ 39,888.50 | $ - | $ - |
| 10289935 | 10/27/08 | 2170602 | $ 6,458.40 | $ - | $ - | $ - | $ - | $ 6,458.40 | $ - | $ - |
| 10289936 | 10/27/08 | 2167194 | $ 95,400.00 | $ - | $ - | $ - | $ - | $ 95,400.00 | $ - | $ - |
| 10289937 | 10/27/08 | 2170578 | $ 24,936.00 | $ - | $ - | $ - | $ - | $ 24,936.00 | $ - | $ - |
| 10289938 | 10/27/08 | 2170584 | $ 48,366.30 | $ - | $ - | $ - | $ - | $ 48,366.30 | $ - | $ - |
| 10289939 | 10/27/08 | 2170593 | $ 54,936.00 | $ - | $ - | $ - | $ - | $ 54,936.00 | $ - | $ - |
| 10289940 | 10/27/08 | 2170604 | $ 5,054.40 | $ - | $ - | $ - | $ - | $ 5,054.40 | $ - | $ - |
| 10290167 | 10/29/08 | 2167190 | $ 101,936.00 | $ - | $ - | $ - | $ - | $ 101,936.00 | $ - | $ - |
| 10290168 | 10/29/08 | 2170574 | $ 16,632.00 | $ - | $ - | $ - | $ - | $ 16,632.00 | $ - | $ - |
| 10290169 | 10/29/08 | 2170580 | $ 17,565.70 | $ - | $ - | $ - | $ - | $ 17,565.70 | $ - | $ - |
| 10290170 | 10/29/08 | 2170601 | $ 16,567.20 | $ - | $ - | $ - | $ - | $ 16,567.20 | $ - | $ - |
| totals: | | | $ 6,393,681.50 | $ - | $ - | $ - | $ - | $ 1,579,561.80 | $ 4,368,359.70 | $ 445,760.00 |

| invoice # | inoice dt | po # | balance | 0_30 | 31_60 | 61_90 | 91_9999 | 1_15 | 16_30 | 31_60 |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |