# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

| Bill To | Ship To |
|---|---|
| CIRCUIT CITY STORES INC | CIRCUIT CITY #344 |
| 9950 MAYLAND DRIVE, | 400 LONGFELLOW CT, STE. A, |
| RICHMOND, VA 23233, US | PH(925)454-5349 FAX(925)454-2480, |
| | LIVERMORE, CA 94550, US |

| Invoice: 10267184 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 08/28/08 | 2000077 | 0344 | 2125870 | 08/21/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A | | MIT | 1199072 | 08/28/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| Dependable Highway | | | 4848113 | 4848113 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | SD-6100 | DVD | 125 | 125 | 52.50 | 52.50 | 6,562.50 |

| | Tax% | 0 | Tax Amt | 0.00 |
|---|---|---|---|---|
| | Shipping / Handling | | | |
| | Invoice Discount | | | |
| | Total | | | 6,562.50 |

SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 4, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 9/4**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEF

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

**EXHIBIT B**

# TOSHIBA TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #255
4000 TOWNSHIP LINE RD.,
PH(610)882-2570 FAX(610)882-2516,
BETHLEHEM, PA 18020, US

| Invoice: 10267196 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 08/28/08 | 2000077 | 0255 | 2125869 | 08/21/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A |  | MIT | 1199071 | 08/28/08 |
| Carrier |  | BL Number | PRO Number | Freight |  |
| SELECT CARRIER GROUP |  | 4848124 | 4848124 | Prepaid |  |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | SD-6100 | DVD | 413 | 413 | 52.50 | 52.50 | 21,682.50 |

SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 4, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/4**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | Tax% | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | | | |
| | Invoice Discount | | | |
| | Total | | | 21,682.50 |

This sale concerns products and/or technical data that may be controlled under the U.S Export Administration regulations, and may be subject to the approval of the U.S Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

**Bill To**

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

**Ship To**

CIRCUIT CITY #255
4000 TOWNSHIP LINE RD.,
PH(610)882-2570 FAX(610)882-2516,
BETHLEHEM, PA 18020, US

| Invoice: 10271903 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 08/30/08 | 2000077 | 0255 | 2128972 | 08/29/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A |  | MIT | 1200122 | 08/30/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| FED EX NATIONAL FRT | | | 4871303 | LOS 394229 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | SD-6100 | DVD | 432 | 432 | 52.50 | 52.50 | 22,680.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 4, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/4**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | |
|---|---|
| Tax% 0  Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 22,680.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #567
1901 COOPER DR,
PH(580)226-3280 FAX(580)490-9360,
ARDMORE, OK 73401, US

| Invoice: 10284778 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 10/13/08 | 2000077 | 0567 | 2151484 | 09/18/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A |  | MIT | 1205577 | 10/13/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| WESTERN EXPRESS T/L | | | 5111721 | 39 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | SD-4100 | DVD | 1155 | 1155 | 29.50 | 29.50 | 34,072.50 |

**SHIP TO ARRIVE ON TUESDAY, OCT 7, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/7**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt. 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 34,072.50 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

| Bill To | Ship To |
|---|---|
| CIRCUIT CITY STORES INC | CIRCUIT CITY #353 |
| 9950 MAYLAND DRIVE, | 680 S LEMON AVE, |
| RICHMOND, VA 23233, US | PH(909)595-2434 FAX(909)585-7962, |
| | WALNUT, CA 91789, US |

| Invoice: 10272699 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/08/08 | 2000077 | 0353 | 2128802 | 08/28/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A | | MIT | 1200094 | 09/08/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| V & S TRANSPORTATION | | | 4945703 | 11051551 | Prepaid |

| Si# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV502U | Flat Display - OS LCD 26"- | 73 | 73 | 520.00 | 520.00 | 37,960.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt. | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 37,960.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

| Bill To | Ship To |
|---|---|
| CIRCUIT CITY STORES INC<br>9950 MAYLAND DRIVE,<br>RICHMOND, VA 23233, US | CIRCUIT CITY #353<br>680 S LEMON AVE,<br>PH(909)595-2434 FAX(909)585-7962,<br>WALNUT, CA 91789, US |

| Invoice: 10272700 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/08/08 | 2000077 | 0353 | 2132073 | 09/03/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A | | MIT | 1200371 | 09/08/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| V & S TRANSPORTATION | | | 4945704 | 21023474 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | XD-E500 | DVD XDE Player | 63 | 63 | 112.50 | 112.50 | 7,087.50 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | |
|---|---|
| Tax% 0 | Tax Amt 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 7,087.50 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA
## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

**Bill To**

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

**Ship To**

CIRCUIT CITY #344
400 LONGFELLOW CT, STE. A,
PH(925)454-5349 FAX(925)454-2480,
LIVERMORE, CA 94550, US

| Invoice: 10272702 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 09/08/08 | 2000077 | 0344 | 2128801 | 08/28/08 |

| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
|---|---|---|---|---|---|
| NET 60 | R6A |  | MIT | 1200095 | 09/08/08 |

| Carrier | BL Number | PRO Number | Freight |
|---|---|---|---|
| FED EX NATIONAL FRT | 4945705 | LOS 388039 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV502U | Flat Display - OS LCD 26"- | 57 | 57 | 520.00 | 520.00 | 29,640.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEF

| Tax% | 0 | Tax Amt | 0.00 |
|---|---|---|---|
|  |  | Shipping / Handling |  |
|  |  | Invoice Discount |  |
|  |  | Total | 29,640.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #344
400 LONGFELLOW CT, STE. A,
PH(925)454-5349 FAX(925)454-2480,
LIVERMORE, CA 94550, US

| Invoice: 10272703 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/08/08 | 2000077 | 0344 | 2128796 | 08/28/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No | Date Shipped |
| NET 60 | R6A | | MIT | 1200087 | 09/08/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| FED EX NATIONAL FRT | | | 4945706 | LOS 388040 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 22LV505 | LCD TV/DVD Combo < 24" | 49 | 49 | 402.00 | 402.00 | 19,698.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | |
|---|---|
| Tax% 0 Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 19,698.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #344
400 LONGFELLOW CT, STE A,
PH(925)454-5349 FAX(925)454-2480,
LIVERMORE, CA 94550, US

| Invoice: 10272704 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 09/08/08 | 2000077 | 0344 | 2132072 | 09/03/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A |  | MIT | 1200370 | 09/08/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| FED EX NATIONAL FRT | | | 4945706 | LOS 388040 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | XD-E500 | DVD XDE Player | 55 | 55 | 112.50 | 112.50 | 6,187.50 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 6,187.50 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #567
1901 COOPER DR,
PH(580)226-3280 FAX(580)490-9360,
ARDMORE, OK 73401, US

| Invoice: 10272756 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 09/09/08 | 2000077 | 0567 | 2128803 | 08/28/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A |  | MIT | 1200098 | 09/09/08 |
| Carrier |  | BL Number | PRO Number | Freight |  |
| FED EX NATIONAL FRT |  | 4945707 | LOS 382725 | Prepaid |  |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 26AV502U | Flat Display - OS LCD 26"- | 143 | 143 | 440.00 | 440.00 | 62,920.00 |
| 2 | 32AV502U | Flat Display - OS LCD 26"- | 124 | 124 | 520.00 | 520.00 | 64,480.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | |
|---|---|
| Tax% | 0 |
| Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 127,400.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #567
1901 COOPER DR,
PH(580)226-3280 FAX(580)490-9360,
ARDMORE, OK 73401, US

| Invoice: 10272757 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 09/09/08 | 2000077 | 0567 | 2132070 | 09/03/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A |  | MIT | 1200368 | 09/09/08 |
| Carrier |  |  | BL Number | PRO Number | Freight |
| FED EX NATIONAL FRT |  |  | 4945708 | LOS 382726 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | XD-E500 | DVD XDE Player | 85 | 85 | 112.50 | 112.50 | 9,562.50 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | |
|---|---|
| Tax % | 0 |
| Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 9,562.50 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

| Bill To | Ship To |
|---|---|
| CIRCUIT CITY STORES INC | CIRCUIT CITY#775 |
| 9950 MAYLAND DRIVE, | 19925 INDEPENDENCE BLVD, |
| RICHMOND, VA 23233,US | PH(352)429-6200 FAX(352)429-6210, |
| | GROVELAND, FL 34736, US |

| Invoice: 10272758 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/09/08 | 2000077 | 0775 | 2128805 | 08/28/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A | | MIT | 1200096 | 09/09/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| JIT EXPRESS | | | 4945710 | 0 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 26AV502U | Flat Display - OS LCD 26"- | 182 | 182 | 440.00 | 440.00 | 80,080.00 |
| 2 | 32AV502U | Flat Display - OS LCD 26"- | 107 | 107 | 520.00 | 520.00 | 55,640.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 135,720.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY#775
19925 INDEPENDENCE BLVD,
PH(352)429-6200 FAX(352)429-6210,
GROVELAND, FL 34736, US

| Invoice: 10272759 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 09/09/08 | 2000077 | 0775 | 2132071 | 09/03/08 |
| Terms (FOB Origin) | Mgr. | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A |  | MIT | 1200369 | 09/09/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| JIT EXPRESS | | | 4945711 | 0 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | XD-E500 | DVD XDE Player | 94 | 94 | 112.50 | 112.50 | 10,575.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| | | |
|---|---|---|
| Tax % | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 10,575.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

| Bill To | Ship To |
|---|---|
| CIRCUIT CITY STORES INC | CIRCUIT CITY #755 |
| 9950 MAYLAND DRIVE, | 1100 CIRCUIT CITY RD, |
| RICHMOND, VA 23233,US | PH(618)998-1828 FAX(618)998-4100, |
| | MARION, IL 62959, US |

| Invoice: 10272760 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/09/08 | 2000077 | 0755 | 2128799 | 08/28/08 |
| **Terms (FOB Origin)** | **Mgr** | **Orig. Inv. No.** | **W/H** | **Order No.** | **Date Shipped** |
| NET 60 | R6A | | MIT | 1200099 | 09/09/08 |
| **Carrier** | | | **BL Number** | **PRO Number** | **Freight** |
| ALL COAST INTERMODAL SERVIES | | | 4945713 | 4945713 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 19LV505 | LCD TV/DVD Combo < 24" | 38 | 38 | 320.00 | 320.00 | 12,160.00 |
| 2 | 19AV500U | Flat Display - OS LCD 10" - | 42 | 42 | 280.00 | 280.00 | 11,760.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt. | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 23,920.00 |

This sale concerns products and/or technical data that may be controlled under the U.S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #755
1100 CIRCUIT CITY RD,
PH(618)998-1828 FAX(618)998-4100,
MARION, IL 62959, US

| Invoice: 10272761 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/09/08 | 2000077 | 0755 | 2128804 | 08/28/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A | | MIT | 1200091 | 09/09/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| ALL COAST INTERMODAL SERVIES | | | 4945713 | 4945713 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 26AV502U | Flat Display - OS LCD 26"- | 175 | 175 | 440.00 | 440.00 | 77,000.00 |
| 2 | 32AV502U | Flat Display - OS LCD 26"- | 139 | 139 | 520.00 | 520.00 | 72,280.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| | | |
|---|---|---|
| Tax% 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 149,280.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export  Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited  For example, the U.S  prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne by, the customer