# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

| Bill To | Ship To |
|---|---|
| CIRCUIT CITY STORES INC | CIRCUIT CITY #755 |
| 9950 MAYLAND DRIVE, | 1100 CIRCUIT CITY RD, |
| RICHMOND, VA 23233,US | PH(618)998-1828 FAX(618)998-4100, |
| | MARION, IL 62959, US |

| Invoice: 10272762 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/09/08 | 2000077 | 0755 | 2132069 | 09/03/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A | | MIT | 1200367 | 09/09/08 |
| Carrier | | BL Number | | PRO Number | Freight |
| ALL COAST INTERMODAL SERVIES | | 4945714 | | 4945714 | Prepaid |

| S1# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | XD-E500 | DVD XDE Player | 125 | 125 | 112.50 | 112.50 | 14,062.50 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt. 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 14,062.50 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA    TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

| Bill To | Ship To |
|---|---|
| CIRCUIT CITY STORES INC | CIRCUIT CITY #255 |
| 9950 MAYLAND DRIVE, | 4000 TOWNSHIP LINE RD., |
| RICHMOND, VA 23233, US | PH(610)882-2570 FAX(610)882-2516, |
| | BETHLEHEM, PA 18020, US |

| Invoice: 10272763 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/09/08 | 2000077 | 0255 | 2128795 | 08/28/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A | | MIT | 1200086 | 09/09/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| FED EX NATIONAL FRT | | | 4947120 | LOS 388090 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 19LV505 | LCD TV/DVD Combo < 24" | 125 | 125 | 320.00 | 320.00 | 40,000.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax % | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 40,000.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #255
4000 TOWNSHIP LINE RD.,
PH(610)882-2570 FAX(610)882-2516,
BETHLEHEM, PA 18020, US

| Invoice: 10272764 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/09/08 | 2000077 | 0255 | 2132074 | 09/03/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A | | MIT | 1200372 | 09/09/08 |
| Carrier | | Bl. Number | | PRO Number | Freight |
| FED EX NATIONAL FRT | | 4947121 | | LOS 388041 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | XD-E500 | DVD XDE Player | 133 | 133 | 112.50 | 112.50 | 14,962.50 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Taxs | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 14,962.50 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY#775
19925 INDEPENDENCE BLVD,
PH(352)429-6200 FAX(352)429-6210,
GROVELAND, FL 34736, US

| Invoice: 10273203 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/11/08 | 2000077 | 0775 | 2128800 | 08/28/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A | | MIT | 1200092 | 09/11/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| JIT EXPRESS | | | 4972661 | 0 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 22LV505 | LCD TV/DVD Combo < 24" | 81 | 81 | 402.00 | 402.00 | 32,562.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| | |
|---|---|
| Tax% 0 Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 32,562.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export  Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited  For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

| Bill To | Ship To |
|---|---|
| CIRCUIT CITY STORES INC | CIRCUIT CITY #353 |
| 9950 MAYLAND DRIVE, | 680 S LEMON AVE, |
| RICHMOND, VA 23233,US | PH(909)595-2434 FAX(909)585-7962, |
| | WALNUT, CA 91789, US |

| Invoice: 10273419 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/12/08 | 2000077 | 0353 | 2128797 | 08/28/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A | | MIT | 1200093 | 09/12/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| V & S TRANSPORTATION | | | 4972660 | 11040135 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 22LV505 | LCD TV/DVD Combo < 24" | 72 | 72 | 402.00 | 402.00 | 28,944.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| | Tax% | 0 | Tax Amt. | 0.00 |
|---|---|---|---|---|
| | Shipping / Handling | | | |
| | Invoice Discount | | | |
| | Total | | | 28,944.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

**Bill To**

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

**Ship To**

CIRCUIT CITY #755
1100 CIRCUIT CITY RD,
PH(618)998-1828 FAX(618)998-4100,
MARION, IL 62959, US

| Invoice: 10273420 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 09/12/08 | 2000077 | 0755 | 2128799 | 08/28/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A |  | MIT | 1200099 | 09/12/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| FED EX NATIONAL FRT | | | 4972662 | LOS 388095 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 22LV505 | LCD TV/DVD Combo < 24" | 97 | 97 | 402.00 | 402.00 | 38,994.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| Tax% | 0 | Tax Amt | 0.00 |
|---|---|---|---|
| | | Shipping / Handling | |
| | | Invoice Discount | |
| | | **Total** | **38,994.00** |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L L C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

**Bill To**

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

**Ship To**

CIRCUIT CITY #255
4000 TOWNSHIP LINE RD.,
PH(610)882-2570 FAX(610)882-2516,
BETHLEHEM, PA 18020, US

| Invoice: 10273421 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/12/08 | 2000077 | 0255 | 2128795 | 08/28/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| NET 60 | R6A | | MIT | 1200086 | 09/12/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| FED EX NATIONAL FRT | | | 4972664 | LOS 388098 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 22LV505 | LCD TV/DVD Combo < 24" | 166 | 166 | 402.00 | 402.00 | 66,732.00 |

**SHIP TO ARRIVE ON THURSDAY, SEPTEMBER 11, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 9/11**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| | | |
|---|---|---|
| Tax % | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 66,732.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

CONTROL # CC 0508

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME: Circuit City

SHIP TO: _____

INVOICE: 10282046    SHIPPED: 9/30/1

DEBIT: Unpaid    WHSE ____ AMOUNTS: $ _____

ORDER RELEASE(S) #: _____    BOL# 5/10603

MERCH: _____

# _____

CARRIER: Quest    PRO/TRAILER # _____

UPS/RPS _____    PICK UP RECORD # _____

SPOKE WITH: _____    DATE: _____
DATE: _____
DATE: _____

COMMENTS: 10/14

DATE POD RCVD:  /  /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #335
14301 MATTAWOMAN DR,
PH(301)782-3363 FAX(301)782-4533,
BRANDWINE, MD 20613, US

| Invoice: 10282046 | Date | Customer No | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 09/30/08 | 2000077 | 0335 | 2161958 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A |  | MIT | 1205569 | 09/30/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| ALL COAST INTERMODAL SERVIES | | | 5110003 | 5110003 | Prepaid |

| SL# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 37AV502U | Flat Display - OS LCD 26"- | 420 | 420 | 640.00 | 640.00 | 268,800.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 7, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/7**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 268,800.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

10/20/2008    09:54    6154446593    D&W    PAGE 02/04

# TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
c/o TOSHIBA LOGISTICS AMERICA, INC.

CIRCUIT CITY #335
3301 MATTAWOMAN DR
PH(301)782-3365 FAX(301)782-4593
BRANDYWINE MD 20613  US

B/L NO.: 5110003
SCAC:
Seal number:
Trailer number: 3410

P.O. NO.:
MODEL NO.:
B/L NO.: 5110003

First Coast

SPECIAL INSTRUCTIONS:

Pro number:
T/L

## CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. |
|---|---|---|---|---|---|---|---|
|  | 37AV502U | 420 |  |  |  |  |  |

## CARRIER INFORMATION

420    37AV502U  Flat Display

**ARRIVE ON TUESDAY, OCT 7, 2008.  **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE
REQUEST APPT VIA THE CCS WEBSITE @ https://apps.city.com/centralscheduling
WITH DELIVERY, CONTACT CHARLENE MESTER @ 978-

send POD via
Pam.Dillard@tacp.com and Mike.Jones@tacp.com

OCT 14 AM 10:19
2008

PIECES REC'D 420
NAME Bonnie
DATE 10-14-08

COD Amount: $
Freight Terms:  Collect [X]  Prepaid [ ]  3rd Party [ ]
Customer check acceptable [ ]

SHIPPER SIGNATURE / DATE
Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE