CONTROL# *CC 057b*

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _*Circuit City*_

SHIP TO:

INVOICE: *10 2 82048*          SHIPPED : *9 130 1*

DEBIT: *Unpaid*      WHSE____ AMOUNTS: $_____

ORDER RELEASE(S) #_____          BOL# *5 110605*

MERCH:_____

#_____

CARRIER: *Silut*      PRO/TRAILER#_____

UPS/RPS_____      PICK UP RECORD #_____

SPOKE WITH:_____      DATE:_____
_____      DATE:_____
      DATE:_____

COMMENTS:  *scheduled  no delivery available*

DATE POD RCVD:     /   /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #335
14301 MATTAWOMAN DR,
PH(301)782-3363 FAX(301)782-4533,
BRANDWINE, MD 20613, US

| Invoice: 10282048 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/30/08 | 2000077 | 0335 | 2160167 | 09/25/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1205608 | 09/30/08 |
| Carrier | | | EL Number | PRO Number | Freight |
| SELECT CARRIER GROUP | | | 5110005 | 5110005 | Prepaid |

| S1# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV502U | Flat Display - OS LCD 26"- | 100 | 100 | 520.00 | 520.00 | 52,000.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 7, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/7**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 52,000.00 |

This sale concerns products and/or technical data that may be controlled under the U.S Export Administration regulations, and may be subject to the approval of the U.S Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer

COPY

# EGL DOMESTIC TRUCK BILL OF LADING

Delivered to H03

## QF 115 (Rev 6/2001)
## Non-Negotiable

RECEIVED, subject to individually determined rated or contracts that have been agreed upon in writing between carrier and shipper, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| | | | |
|---|---|---|---|
| Carrier: | SC6 | Dispatch Date & Time: | |
| Pro No.: | 742054 | Route: | H08 - CIRCUIT CITY |
| Tractor: | 50554  50868 | Seal #: | 090926628 |
| Trailer No.: | 776013 | | |
| | | Shipper Reference #: | |

Bill To: Eagle Global Logistics, 6700 Port Road, Groveport, OH 43125  1-888-862-4593

| | | | |
|---|---|---|---|
| Shipper: | SC6   H08 | Consignee: | CIRCUIT CITY |
| Address: | 1101 E JANIS ST | Address: | 14301 MATTAWOMAN DR |
| City, State, Zip: | CARSON  CA 90746 | City, State, Zip: | BRANDYWINE, MD 20613 |
| Contact: | | Contact: | |
| Telephone No.: | | Telephone No.: | |

**SPECIAL INSTRUCTIONS: CALL CONSIGNEE 2 HOURS BEFORE ARRIVAL**

| Expected Arrival Date & Time: | | | Driver's Signature: | | | | |
|---|---|---|---|---|---|---|---|
| HM | Description of Articles | Class/Division | I.D. Number | PO # | Pieces | Wgt. | HAWB # |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### SHIPPER'S CERTIFICATION

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Shipper Per:

**NOTE: CARRIER'S LIABILITY:** Carrier's liability to shipper for loss, damage or delay shall be equal to shipper's liability to its customer for such loss, damage or delay, PROVIDED, HOWEVER, in no event, shall carrier's liability exceed One Million Dollars ($1,000,000) per shipment, unless a higher degree of liability is specifically assumed in writing by an authorized representative of carrier.

**HAZARDOUS MATERIAL (HM) NOTE:** Mark with "X" to designate Hazardous Material as defined in Title 49 of Federal Regulations. You must also complete EMERGENCY CONTACT PHONE NO. and sign SHIPPER'S CERTIFICATION. For further details on TRANSPORTING HAZARDOUS MATERIALS SEE FEDERAL REGULATIONS 49 CFR, PART 171-180.

2140/615

Certified Original by TripPak Online 8, 3 at 04:19:04 10-17-2008 at 18 for SCGS 1802828920

## Laguerra, Sally

| | |
|---|---|
| **To:** | alysia |
| **Cc:** | Dillard, Pam; raymond@harris-ent com |
| **Subject:** | RE: CC POD's |

**From:** alysia [mailto:alysiav@harris-ent.com]
**Sent:** Friday, November 07, 2008 12:28 PM
**To:** Laguerra, Sally
**Cc:** Dillard, Pam; raymond@harris-ent.com
**Subject:** RE: CC POD's

Sally,

I just spoke to SCG again  They informed me that the BL was lost on this load and instead of following procedure and contacting Erika or Paola at SCG whom have copies of the BL for details; they just filled out this document without any load details  I do not know why CC didn't at least write whether the seal was intact or how many cartons were received  I have explained to SCG that procedures must be followed and all pertinent information must be provided  I do apologize for this inconvenience

*Alysia Vanderbilt*

All Coast Intermodal
1525 SE Tater Peeler Rd
Lebanon, TN 37087
p.800-587-4408
f 615-444-6993
alysiav@harris-ent.com

**From:** Laguerra, Sally [mailto:Sally_Laguerra@tacp.com]
**Sent:** Friday, November 07, 2008 11:11 AM
**To:** alysia
**Cc:** Dillard, Pam
**Subject:** FW: CC POD's

Alysia
Could you please provide me with the phone number for EGL so I can call them?.  They have to provide something better than this
Thanks for your help

**From:** Dillard, Pam
**Sent:** Thursday, November 06, 2008 5:16 PM
**To:** Laguerra, Sally
**Subject:** FW: CC POD's

The only POD's they have for these 2 bol's is in the attachment  I don't think they are valid, but that's all they say they have

Thanks

**From:** Valles, Erika [mailto:Erika.Valles@cevalogistics.com]
**Sent:** Tuesday, November 04, 2008 7:42 AM
**To:** Dillard, Pam
**Subject:** RE: CC POD's

Pam,

The only POD we have for these are the attached
Please let me now if you have any questions
Thank you


Regards,

**Erika Valles**
**CEVA Ground**
15370 B Vickery Dr. Phase II
Houston, TX 77032
☎ (281) 227-5044
🖹 (281) 227-5050
✉ erika.valles@selectscg.com


*Dependable. Driven. Different.*


 Please do not print this message if it's not really necessary

**From:** Dillard, Pam [mailto:Pam_Dillard@tacp.com]
**Sent:** Monday, November 03, 2008 2:11 PM
**To:** Valles, Erika
**Subject:** FW: CC POD's

Did you ever get these last two? I really need them

**From:** Valles, Erika [mailto:Erika.Valles@selectscg.com]
**Sent:** Monday, October 27, 2008 3:26 PM
**To:** Dillard, Pam
**Cc:** alysia; Rivas, Paola
**Subject:** RE: CC POD's

Hi Pam,

Attached is BL 5111719.
All that is missing from the original list and still waiting for are the following:

5110005
5110006

Please let me know if you have any questions
Thank you


Regards,

**Erika Valles**
**The Select Carrier Group**
15370 B Vickery Dr. Phase II
Houston, TX 77032

☎ (281) 227-5044
🖷 (281) 227-5050
✉ erika.valles@selectscg.com

*Dependable. Driven. Different.*

---

**From:** Valles, Erika
**Sent:** Wednesday, October 22, 2008 12:08 PM
**To:** 'Dillard, Pam'
**Cc:** 'alysia'; Rivas, Paola
**Subject:** RE: CC POD's

Hi Pam,

Attached is BL 5097682.
There still 2 PODs pending below`
5110005
5110006
5111719

Please let me know if you have any questions
Thank you


Regards,

**Erika Valles**
**The Select Carrier Group**
15370 B Vickery Dr. Phase II
Houston, TX 77032
☎ (281) 227-5044
🖷 (281) 227-5050
✉ erika.valles@selectscg.com

*Dependable. Driven. Different.*

---

**From:** Valles, Erika
**Sent:** Tuesday, October 21, 2008 11:51 AM
**To:** 'Dillard, Pam'
**Cc:** alysia; Rivas, Paola
**Subject:** RE: CC POD's

Hi Pam,

I have attached BL 5085372   I have requested the rest and I'm waiting for them to be sent   I will forward to you as soon
as I received them
Please let me know if you have any questions
Thank you


Regards,

**Erika Valles**
**The Select Carrier Group**
15370 B Vickery Dr. Phase II
Houston, TX 77032
☎ (281) 227-5044

3

📄 (281) 227-5050
✉ erika.valles@selectscg.com


*Dependable. Driven. Different.*

_____

**From:** Dillard, Pam [mailto:Pam_Dillard@tacp.com]
**Sent:** Tuesday, October 21, 2008 8:31 AM
**To:** Valles, Erika; Rivas, Paola
**Cc:** alysia; Jackson, Dave
**Subject:** CC POD's

Erika, I desperately need POD's for the CC loads from 9/28, 9/29 & 9/30. Please get them to me today  Below is the list of Bol's that I do not have

5085372
5097682
5110005
5110006
5111719


Thank you
This e-mail message is intended for the above named recipient(s) only.
It may contain confidential information that is privileged. If you are not
the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this e-mail and any attachment(s) is strictly prohibited.
If you have received this e-mail by error, please immediately notify the sender by
replying to this e-mail and deleting the message including any attachment(s) from your
system.
Thank you in advance for your cooperation and assistance.
TACP Confidentiality Notice

This electronic transmission message is intended only for the use of the individual or
entity to which it is addressed. The information in this transmission may be proprietary,
confidential, privileged and exempt from disclosure under applicable law.  If the reader
of this Notice is not the intended recipient (or the employee or agent responsible for
delivering the message to the intended recipient), you are hereby notified that any use,
dissemination, distribution or copying of this communication is prohibited  If you have
received this communication in error, please immediately notify us by telephone (at our
expense) or by e-mail and destroy the material transmitted to you in error. Thank you for
your cooperation.
This e-mail message is intended for the above named recipient(s) only.
It may contain confidential information that is privileged. If you are not
the intended recipient, you are hereby notified that any dissemination,
distribution or copying of this e-mail and any attachment(s) is strictly prohibited.
If you have received this e-mail by error, please immediately notify the sender by
replying to this e-mail and deleting the message including any attachment(s) from your
system.
Thank you in advance for your cooperation and assistance.
TACP Confidentiality Notice

This electronic transmission message is intended only for the use of the individual or
entity to which it is addressed. The information in this transmission may be proprietary,
confidential, privileged and exempt from disclosure under applicable law.  If the reader
of this Notice is not the intended recipient (or the employee or agent responsible for
delivering the message to the intended recipient), you are hereby notified that any use,
dissemination, distribution or copying of this communication is prohibited. If you have
received this communication in error, please immediately notify us by telephone (at our
expense) or by e-mail and destroy the material transmitted to you in error. Thank you for
your cooperation

CONTROL# _CC0511_

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO _____

INVOICE: _10282049_          SHIPPED : _9/30_

DEBIT: _Unpaid_     WHSE _____ AMOUNTS: $ _____

ORDER RELEASE(S) # _____      BOL# _511006_

_____      MERCH: _____

# _____      _____

CARRIER: _Slist_          PRO/TRAILER# _____

UPS/RPS _____      PICK UP RECORD # _____

SPOKE WITH: _____      DATE: _____
_____          DATE: _____
_____          DATE: _____

COMMENTS: _P/C   10/9_ _____

_____

_____

DATE POD RCVD: _/   /_

INVOICE#: 1263925
BOL and POD

STRAIGHT BILL OF LADING

From TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
1651 Glec/o TOSHIBA LOGISTICS AMERICA INC 746 US

09/30/08

T/L

B/L NO.: 5110008

SCAC:

Seal number:

Trailer number:

CIRCUIT CITY H775
19725 INDEPENDENCE BLVD
PH(352)429-6200 FAX(352)429-6210
GROVELAND FL 94736 US

P.O. NO.:

MODEL NO.:
B/L NO.: 5110008

Pro number:

SPECIAL INSTRUCTIONS:

AT  65   2000077 0775

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 2161963 | 37AV502U | 420 | | | | | | |

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|
| 420 | 420  37AV502U  Flat Display - OS  K72 | | | 19740.00  1205574 | 353123 |

**SHIP TO ARRIVE ON TUESDAY, OCT 7, 2008  **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT
AFTER  TO  **A REQUEST APPT VIA THE CCS WEBSITE @  https://xopta.city.com/centralscheduling ANY
PROBLEMS WITH DELIVERY. CONTACT CHARLENE MESTER @ 973 628-8000 X5280
carrier must send POD via
email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com F
*****Circuit City Trailers cannot be
dropped++ *** *** EOM ***

Truck#TMP
1263925
Truck# 532197
Trailer# 688235

420 CTNS RECO
CONS 10-9-08
A. Merritt

0800CT95:35
Orlando, FL USA
Circuit City DC

GRAND TOTAL

COD Amount: $
Freight Terms: Collect: ☐  Prepaid: ☐  3rd Party: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| | ☐ By Shipper | ☐ | |
| | ☐ By Driver | ☐ By Driver/pallets said to contain | Chris  9.3008 |
| | | ☐ By Driver/Pieces | |

420 Boxes

TACP 2628 (7/07)

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To· Toshiba America Consumer Products L L C
Lockbox - P O  BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #335
14301 MATTAWOMAN DR,
PH(301)782-3363 FAX(301)782-4533,
BRANDWINE, MD 20613, US

| Invoice: 10282049 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 09/30/08 | 2000077 | 0335 | 2160167 | 09/25/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | N/B | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1205608 | 09/30/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| SELECT CARRIER GROUP | | | 5110006 | 5110006 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 26AV502U | Flat Display - OS LCD 26"- | 284 | 284 | 440.00 | 440.00 | 124,960.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 7, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/7**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps·ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEF

| | | |
|---|---|---|
| Tax % | 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 124,960.00 |

This sale concerns products and/or technical data that may be controlled under the U S  Export Administration regulations,
and may be subject to the approval of the U S  Department of Commerce prior to export  Any export or re-export by the
purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is
prohibited  For example, the U S  prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya,
North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer,
when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made
at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne
by, the customer

CONTROL# *CC* 0572

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO

INVOICE: _10284779-80_          SHIPPED : __/__/__

DEBIT: _Unpaid_          WHSE ____ AMOUNTS: $ _____

ORDER RELEASE(S) # _____          BOL# _511721_

MERCH: _____

# _____

CARRIER: _WS_          PRO/TRAILER# _____

UPS/RPS _____          PICK UP RECORD # _____

SPOKE WITH: _____          DATE: _____
_____          DATE: _____
_____          DATE: _____

COMMENTS: _10/15_

DATE POD RCVD: __/__/__

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L L.C
Lockbox - P O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #567
1901 COOPER DR,
PH(580)226-3280 FAX(580)490-9360,
ARDMORE, OK 73401, US

| Invoice: 10284780 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/13/08 | 2000077 | 0567 | 2161961 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1205572 | 10/13/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| WESTERN EXPRESS T/L | | | 5111721 | 39 | Prepaid |

| S1# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 37AV502U | Flat Display - OS LCD 26"- | 116 | 116 | 640.00 | 640 00 | 74,240 00 |

| | | | | |
|---|---|---|---|---|
| **SHIP TO ARRIVE ON TUESDAY, OCT 7, 2008 | Tax% | 0 | Tax Amt | 0.00 |
| **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT | | | Shipping / Handling | |
| NOT AFTER 10/7** | | | Invoice Discount | |
| REQUEST APPT VIA THE CCS WEBSITE @ | | | Total | 74,240.00 |

https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTE

This sale concerns products and/or technical data that may be controlled under the U S  Export Administration regulations,
and may be subject to the approval of the U S  Department of Commerce prior to export  Any export or re-export by the
purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is
prohibited  For example, the U S  prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya,
North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer,
when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made
at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne
by, the customer

STRAIGHT BILL OF LADING

09/30/08

TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
51 Elec/o TOSHIBA LOGISTICS AMERICA, INC 46 US

B/L NO.  5111721  *sealintac*

SCAC:

Seal number:  05010

CIRCUIT CITY #567
1901 COOPER DR
PH(580)226-2290 FAX(580)490-9360
ARDMORE OK 73401  US

Trailer number:  WESTERN

MODEL NO.
B/L NO.  5111721

P.O. NO.

SPECIAL INSTRUCTIONS  LIVE LOAD

Pro number:  STOPOFF NOSE  10/2

HIT  65  2000077 0567

## CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 2161961 | 37AV502U | 116 | | | | | | |
| 2151484 | SD-4100 | 1155 | | | | | | |
| 2160170 | 26AV50RU | 236 | | | | | | |

## CARRIER INFORMATION

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | WEIGHT (SUB. TO CORRECTION) | | ORDER NUMBER |
|---|---|---|---|---|---|---|
| 1155 | 1155 SD-4100  DVD  N11 | | | 9775.00 | 1 05872 | 353184 |
| 236 | 236 26AV502U  Flat Display - DS  K72 | | | 6196.00 | 1 05877 | 353188 |
| 116 | 116 37AV502U  Flat Display - DS  K72 | | | 5452.00 | 1 05818 | 353673 |

**SHIP TO ARRIVE ON TUESDAY, OCT 7, 2008  **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT
AFTER 10/7 ## REQUEST APPT VIA THE CCS WEBSITE @  https://xapps.ccity.com/centralscheduling ANY
PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER @ 973 628 8000 X5280  F
arrier must send POD via
email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com f
****Circuit City Trailers cannot be
dropped** ** **EOM ***

Gerdania Gaither
10-15-08  Rec 1507cl

CIRCUIT CITY DC
ARDMORE, OK USA

'08 OCT 15 6:50

GRAND TOTAL

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or
declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____ "

COD Amount: $
Freight Terms:  Collect: ☒ 3. Prepaid: ☐   3rd Party: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing
between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been
established by the carrier and are available to the shipper, on request, and to all applicable state and federal
regulations.

The carrier shall not make delivery of this shipment without payment of freight
and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified,
packaged, marked and labeled and are in proper condition for
transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies
emergency response information was made available and/or carrier has the DOT
emergency response guidebook or equivalent documentation in the vehicle.

John  10 18 00

3

TACP 252B (7/07

CONTROL# _CC 0573_

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO·

INVOICE· _16285871_              SHIPPED : _10/20/_

DEBIT: _Unpaid_        WHSE____ AMOUNTS: S____

ORDER RELEASE(S) #____          BOL# _5 298075_

                                MERCH: ____

            # ____

CARRIER: _Select_          PRO/TRAILER# ____

UPS/TPS____          PICK UP RECORD # ____

    SPOKE WITH: ____          DATE· ____
            ____          DATE· ____
            ____          DATE: ____

COMMENTS: _8/c  10/22_ ____


DATE POD RCVD:    /   /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #335
14301 MATTAWOMAN DR,
PH(301)782-3363 FAX(301)782-4533,
BRANDWINE, MD 20613, US

| Invoice: 10285871 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0335 | 2160331 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No | Date Shipped |
| 3% 15 | R6A | | MIT | 1206467 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| SELECT CARRIER GROUP | | | 5290075 | 5290075 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price & Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 600 | 600 | 460.00 | 460.00 | 276,000 00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| Taxx | 0 | Tax Amt | 0.00 |
|---|---|---|---|
| Shipping / Handling | | | |
| Invoice Discount | | | |
| Total | | | 276,000.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations,
and may be subject to the approval of the U S Department of Commerce prior to export  Any export or re-export by the
purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is
prohibited  For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya,
North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer,
when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made
at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne
by, the customer

**From: TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.**
1651 Glenn Curtiss St., Carson, CA 90746 US
c/o TOSHIBA LOGISTICS AMERICA, INC.

10/17/08

PRO# 752467

| | |
|---|---|
| S H I P T O | CIRCUIT CITY #395 14301 MATTAWOMAN DR PH(301)782-3363 FAX(301)782-4533 BRANDWINE MD 20613  US |

P.O. NO.:

B/L NO.: 5290075
SCAC:
Seal number:
Trailer number: 9696547

Pro number:

TR#9696540
SEA#05007 V.O
TIC   10/17

MODEL NO.:
B/L NO.: 5290075

SPECIAL INSTRUCTIONS:

MIT  65  2000077 0335

D7
122 3715
Live
Calhoun
SLCC
50.75
969654

### CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 2160331 | 32AV500U | 600 | | | | | | |

### CARRIER INFORMATION

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | *WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|
| 600 | 600  32AV500U  Flat Display - OS  K72 | | | 27000.00  1 | :06467   361568 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008** **DELIVERY APPT. CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/9** REQUEST APPT VIA THE CCS WEBSITE @ https://xapps.ccity.com/cent alscheduling ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE NESTER @ 9'3 628 800) X5280 T. rrier must send POD via email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com ++++++Circuit City Trailers cannot be dropped++ ++++ *** EOM ***

969654
Gabriel
SM591931
OH

05007

2008
OCT 22 AM 6:08

PIECES REC'D  600 cal/intact
NAME  Attend
DATE  10-22-08  05007  MC

GRAND TOTAL

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount:  $
Freight Terms:   Collect: ☑  Prepaid: ☐   3rd Party: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.  14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

4

TACP 252B (7/07)

Certified Original by TripPak Online 21, 11 at 05:00:57 11-01-2008 at 14 for SCGS 1403657516

CONTROL# _CC0568_

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO: _____

_____

_____

INVOICE: _10285872_      SHIPPED: _10 120 1_

DEBIT: _Unpaid_    WHSE _____ AMOUNTS: $ _____

ORDER RELEASE(S) # _____    BOL# _5270076_

_____    MERCH: _____

# _____

CARRIER: _WSXI_      PRO/TRAILER# _____

UPS/RPS _____    PICK UP RECORD # _____

SPOKE WITH: _____    DATE: _____
_____    DATE: _____
_____    DATE: _____

COMMENTS: _10/22_

DATE POD RCVD: _/  /_

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

**Bill To**

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

**Ship To**

CIRCUIT CITY #335
14301 MATTAWOMAN DR,
PH(301)782-3363 FAX(301)782-4533,
BRANDWINE, MD 20613, US

| Invoice· 10285872 | | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|---|
| | | 10/20/08 | 2000077 | 0335 | 2160331 | 09/26/08 |
| Terms (FOB Origin) | | Mgr | Orig. Inv. No | W/H | Order No. | Date Shipped |
| 3% 15 | | R6A | | MIT | 1206467 | 10/20/08 |
| Carrier | | | | BL Number | PRO Number | Freight |
| WESTERN EXPRESS T/L | | | | 5290076 | 5290076 | Prepaid |

| SL# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 600 | 600 | 460 00 | 460 00 | 276,000 00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTE[

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 276,000.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer

**STRAIGHT BILL OF LADING**

5290076

A794246    10/17/08

TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
c/o TOSHIBA LOGISTICS AMERICA, INC.
1651 Glenn Curtiss St. Carson, CA 90746 US

1223352

B/L NO.: 5290076

SCAC: _____ SXT L1223

Seal number: 534778

Trailer number: _____

CIRCUIT CITY #335
14001 MATTAWOMAN DR
PH(301)782-3863 FAX(301)782-4533
BRANDWINE MD 20613 US

P.O. NO.:    MODEL NO.:    B/L NO.: 5290076

Pro number: Western Ex 05
Live
1223352
Calhoun
5467

SPECIAL INSTRUCTIONS:
HBM 65  2000077 0385

TIL  10/17

| CUSTOMER ORDER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
| 2160331 | 32AV500U | 600 | | | | | | 534778 |
| | | | | | | | | 2000577007 |

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | *WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER | | |
| 600 | 600  32AV500U  Flat Display - 08  K72 | | | 27000 MD 1206467 | 361566 | | |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008 **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9** REQUEST APPT VIA THE CC3 WEBSITE @ https://apps.ccity.com/cent al/scheduling ANY
PROBLEM WITH DELIVERY. CONTACT CHARLENE MESTER @ 9 3 628 8000 X5280
Driver must send POD via
em il to Sam_Dillard@tacp.com and Mike_Jones@tacp.c m
**** Circuit City Trailers cannot be
dropped** **** *** EOM ***

Seal Intact.
01223 mc

OCT 22 AM 6:25  2008

PIECES REC'D 600
NAME Alonte
DATE 10-22-08

GRAND TOTAL

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____

COD Amount: $ _____
Freight Terms:  Collect: ☐ No  Prepaid: ☐  3rd Party: ☐
Customer check acceptable: ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
- Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

4

TACP 252B (7/07)

CONTROL# _CCs589_

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO:

INVOICE: _1028588-90_                     SHIPPED · _/ /_

DEBIT _Unpaid_            WHSE_____ AMOUNTS: $_____

ORDER RELEASE(S) #_____              BOL#_____

                                    MERCH·_____

            #_____

CARRIER:_____              PRO/TRAILER# _LOS-395419_

UPS/RPS_____              PICK UP RECORD #_____

    SPOKE WITH:_____              DATE·_____
                _____              DATE:_____
                _____              DATE:_____

COMMENTS: _2 Pd SD6180   10/22_

DATE POD RCVD:   _/ /_

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L L C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #344
400 LONGFELLOW CT, STE. A,
PH(925)454-5349 FAX(925)454-2480,
LIVERMORE, CA 94550, US

| Invoice: 10285888 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0344 | 2167172 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No | W/H | Order No | Date Shipped |
| 3% 15 | R6A | | MIT | 1206700 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| FED EX NATIONAL FRT | | | 5296552 | LOS 395419 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 22LV505 | LCD TV/DVD Combo < 24" | 28 | 28 | 402.00 | 402.00 | 11,256 00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTE

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 11,256.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L L C
Lockbox - P O  BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #344
400 LONGFELLOW CT, STE  A,
PH(925)454-5349 FAX(925)454-2480,
LIVERMORE, CA 94550, US

| Invoice: 10285889 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0344 | 2167178 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206715 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| FED EX NATIONAL FRT | | | 5296552 | LOS 395419 | Prepaid |

| Ln# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | SD-6100 | DVD | 188 | 188 | 45.40 | 45.40 | 8,535.20 |
| 2 | XD-E500 | DVD XDE Player | 48 | 48 | 112.50 | 112.50 | 5,400.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 13,935.20 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations,
and may be subject to the approval of the U S Department of Commerce prior to export  Any export or re-export by the
purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is
prohibited  For example, the U S  prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya,
North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer,
when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made
at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne
by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L L C
Lockbox - P O  BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #344
400 LONGFELLOW CT, STE  A,
PH(925)454-5349 FAX(925)454-2480,
LIVERMORE, CA 94550, US

| Invoice: 10285890 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0344 | 2167196 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206673 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| FED EX NATIONAL FRT | | | 5296552 | LOS 395419 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price % Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | SD-P91S | Portable DVD | 88 | 88 | 140 40 | 140 40 | 12,355 20 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps ccity com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTE

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| Shipping  Handling | | |
| Invoice Discount | | |
| Total | | 12,355.20 |

This sale concerns products and/or technical data that may be controlled under the U S  Export Administration regulations,
and may be subject to the approval of the U S  Department of Commerce prior to export  Any export or re-export by the
purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is
prohibited  For example, the U S  prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya,
North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer,
when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made
at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne
by, the customer

Scale - Normal | Zoom In   Rotate - ⟳ ⟲   EMAIL   **LOS-395419 – Bill of Lading**
IMAGE

STRAIGHT BILL OF LADING

From **TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.**                          10/17/08
By TOSHIBA LOGISTICS AMERICA, INC.
1651 Glenn Curtiss St., Carson, CA 70746 US

S H I P   CIRCUIT CITY #344                          B/L NO.:   5296552
T O     400 LONGFELLOW CT. STE. A                    SCAC:     FXNL
        PH(925)454-5349 FAX(925)454-2480             Seal number
        LIVERMORE CA 94550 US                        Trailer number    72-588
                                     MODEL NO.:
P.O. NO.:                            B/L NO.:  5296552        FedEx National

SPECIAL INSTRUCTIONS:                               Pro number   CTC        10/17

   MIT   65   2000077 0344

**CUSTOMER ORDER INFORMATION**

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 2167196 | SD-P91S | 88 | | | | | | |
| 2167172 | 22LV505 | 20 | | | | | | |
| 2167178 | XD-E500 | 48 | | | | | | |
| 2167178 | SD-6100 | 188 | | | | | | |

FedEx National LTL.  **LOS-395419**
FXNL COPY

**CARRIER INFORMATION**

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|
| 28 | 28 22LV505   LCD TV/DVD Combo C NC1 | | 453.60 | 1206673 | 361736 |
| 44 | 88 SD-P91S   Portable DVD   NA1 | | 528.00 | 1206700 | 361737 |
| 48 | 48 XD-E500   DVD XDE Player   M51 | | 240.00 | 1206715 | 361738 |
| 188 | 188 SD-6100   DVD   M11 | | 778.32 | | |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008  DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT
AFTER 10/16** REQUEST APPT VIA THE CCS WEBSITE @ https://xapps.ccity.com/central scheduling ANY
PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER @ 973 620 8000 X5280
arrier must send POD via
email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com.
Circuit City Trailers cannot be
dropped
arrier must send POD via email to Pam_Dillard@tacp.com and
Mike_Jones@tacp.com.
Circuit City Trailers cannot be dropped

|  |  | | | 1999 | GRAND TOTAL |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding"            COD Amount:  $
                                                                Freight Terms:   Collect: ☐   Prepaid: ☐   3rd Party: ☐
                                                                Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

| SHIPPER SIGNATURE / DATE | Trailer Loaded: | Freight Counted: | **Prepaid** | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | By Shipper ☐ By Driver ☐ | By Driver/pallets said to contain ☐ By Driver/Pieces | | |

1308   10/17/08

TACP 252B (7/07)

Scale - Normal | Zoom In Rotate - EMAIL IMAGE

# LOS-395419 - Delivery Receipt

FedEx National LTL
P.O. Box 95002 Lakeland, FL 33804-5002
(800) 274-9099

LOS-395419
TRACKING NUMBER

___ INSIDE DELIVERY, FLOOR # ___ ELEVATOR ___
___ LIFTGATE ESCALATOR ___
___ RESIDENTIAL (INCLUDES CHURCH/SCHOOL)
___ CONSTRUCTION SITE
___ SORT & SEGREGATE ___ EXTRA LABOR

Signature:

Seal 10083931
LOS-395419

TALLY: spot

| DATE | DEST | CP | TH | BI | C/L PAYABLE | FXNL REV. | NON-REC. | TRAILER | EXC CODE | | COD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101708 | SAC | P | 1 | 1 | | | | 15178 | XO | REVCO | |

CONSIGNEE:
CIRCUIT CITY #344
400 LONGFELLOW ST
~~LIVERMORE CA 94550~~

SHIPPER:
TOSHIBA AMERICA % MITSUI-SOKO
1651 GLENN CURTISS ST
CARSON CA 90746

SAC COPY RETURN TO SHIPPER

** NEVER APPOINTMENT

| HNDL - UNIT | SHIPPER NUMBER | C/L PRO NUMBER | | C/L DATE | ORIG C/L |
|---|---|---|---|---|---|
| 3 | 5296552 | | 10/22/08 | | |

| PIECES | HM | DESCRIPTION AND MARKS | KEYWORD CODE | WEIGHT / LBS. | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 280 | | PCS CTNS ELEC EQUIPMENT, SET,RADIO, | | 1546 | | |
| 28 | | PCS CTNS 22LV505 TV'S L/T 40 IN. | N063321-02 | 453 | | |
| | | 22LV505-28 | MODL | | | |
| | | MODEL # | COMM | | | |
| | | SD-P919-8B | MODL | | | |
| | | MODEL # | COMM | | | |
| | | XDOE500-48 | MODL | | | |
| | | MODEL # | COMM | | | |
| | | SD-6100-188 | MODL | | | |
| | | MODEL # | COMM | | | |
| | | 101608 | RDON | | | |
| | | 000000 : NOTIFY CHARGE | NFY | | | |
| | | HTTPS://XAPPS.CCITY.COM/ | | | | |
| | | CENTRALSCHEDULING | | | | |
| | | CC 925-454-5349 | | | | |
| | | FAX 925-454-2480 | | | | |
| | | DEFICIT WEIGHT | DEF WT | 1 | | |
| | | FUEL SURCHARGE | FSC | | | |
| 308 | | TOTAL | PPD | 1999 | | |
| | | NBR: LOS-395419 | COMM | | | |
| | | 2167172 | PO NBR | | | |

Rec 306 ctns
Refused 2 ctns
TOP SD6180
Crushed

| RECEIVED ABOVE PROPERTY IN GOOD CONDITION | RECEIVER SIGNATURE | STRETCHWRAP INTACT ☐ YES ☐ NO / PCS DELIVERED | DEL. DATE | TIME | DRIVER SIGNATURE |
|---|---|---|---|---|---|
| FIRM NAME (PRINT): CC | RECEIVER NAME (PRINT): [signature] | OSD EXC. NBR | 10/22/08 UNIT 15178 | 1400 | [signature] |

DELIVERY RECEIPT / 1 27546

