CONTROL# _CC 0557_

PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO: _____

INVOICE: _10 285891-93_            SHIPPED: _10/20 /_

DEDIT: _Unpaid_        WHSE____ AMOUNTS: $_____

ORDER RELEASE(S) #_____        BOL# _5 296554_

MERCH: _____

# _____

CARRIER: _CHNS_        PRO/TRAILER# _#_

UPS/RPS_____        PICK UP RECORD #_____

SPOKE WITH: _____        DATE: _____
_____        DATE: _____
_____        DATE: _____

COMMENTS: _10/22_

DATE POD RCVD:  /  /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To· Toshiba America Consumer Products L.L C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #755
1100 CIRCUIT CITY RD,
PH(618)998-1828 FAX(618)998-4100,
MARION, IL 62959, US

| Invoice: 10285891 | | Date | Customer No | Store | Customer Order | Order Date |
|---|---|---|---|---|---|---|
| | | 10/20/08 | 2000077 | 0755 | 2167175 | 10/02/08 |
| Terms (FOB Origin) | | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | | R6A | | MIT | 1206701 | 10/20/08 |
| Carrier | | | | Bl Number | Pro Number | Freight |
| CHRISTENSON TRANSPORTATION | | | | 5296554 | 5296554 | Prepaid |
| SI# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |

| SI# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 19LV505 | LCD TV/DVD Combo < 24" | 264 | 264 | 320 00 | 320 00 | 84,480 00 |
| 2 | 22LV505 | LCD TV/DVD Combo < 24" | 69 | 69 | 402 00 | 402 00 | 27,738.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https·//xapps.ccity com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| | | |
|---|---|---|
| Tax% 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 112,218.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L L C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #755
1100 CIRCUIT CITY RD,
PH(618)998-1828 FAX(618)998-4100,
MARION, IL 62959, US

| Invoice: 10285892 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0755 | 2167181 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206712 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| CHRISTENSON TRANSPORTATION | | | 5296554 | 5296554 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | D-R410 | DVD - RAM | 193 | 193 | 93.60 | 93.60 | 18,064.80 |
| 2 | SD-6100 | DVD | 163 | 163 | 45.40 | 45.40 | 7,400.20 |
| 3 | XD-E500 | DVD XDE Player | 114 | 114 | 112.50 | 112.50 | 12,825.00 |

| | | |
|---|---|---|
| **SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008 | Tax% | 0 | Tax Amt | 0.00 |
| **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/16** | Shipping / Handling | |
| REQUEST APPT VIA THE CCS WEBSITE @ | Invoice Discount | |
| https://xapps.ccity.com/centralscheduling | Total | 38,290.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #755
1100 CIRCUIT CITY RD,
PH(618)998-1828 FAX(618)998-4100,
MARION, IL 62959, US

| Invoice: 10285893 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0755 | 2167193 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206965 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| CHRISTENSON TRANSPORTATION | | | 5296554 | 5296554 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 26AV502U | Flat Display - OS LCD 26"- | 475 | 475 | 424.00 | 424.00 | 201,400.00 |
| 2 | 32AV502U | Flat Display - OS LCD 26"- | 33 | 33 | 504.00 | 504.00 | 16,632.00 |

| | | | | |
|---|---|---|---|---|
| *SHIP TO ARRIVE ON THURSDAY, OCT 16, 2008 | | Tax% | 0 | Tax Amt | 0.00 |
| **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT | | Shipping / Handling | |
| NOT AFTER 10/16** | | Invoice Discount | |
| REQUEST APPT VIA THE CCS WEBSITE @ | | Total | 218,032.00 |

https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations,
and may be subject to the approval of the U S Department of Commerce prior to export  Any export or re-export by the
purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is
prohibited  For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya,
North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer,
when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made
at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne
by, the customer

Certified Original by TrueCopy 3 at 06:52:31 10-24-2008 11 for CHNS 140564013B

STRAIGHT BILL OF LADING

10/17/08

TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
c/o TOSHIBA LOGISTICS AMERICA, INC.
1651 Glenn Curtiss St., Carson, CA 90746 US

Del#922372

CIRCUIT CITY #755
1100 CIRCUIT CITY RD
PH(618)998-1828 FAX(618)998-4100
MARION IL 62959 US

P.O. NO.:

MODEL NO.:
B/L NO.:    5296554

B/L NO.:    5296554
SCAC:
Seal number:
Trailer number:

Pro number:

Christenson

T/C                    KRH

SPECIAL INSTRUCTIONS:

MIT    65.    2000077 0755

### CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 2167175 | 19LV505 | 264 | | | | | | |
| 2167175 | 22LV505 | 69 | | | | | | |
| 2167181 | BD-6100 | 163 | | | | | | |
| 2167181 | D-R410 | 193 | | | | | | |
| 2167181 | XD-E500 | 114 | | | | | | |
| 2167193 | 26AV502U | 475 | | | | | | |
| 2167193 | 32AV502U | 33 | | | | | | |

HOT RUSH

### CARRIER INFORMATION

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | | | NMFC# | CLASS | *WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER | |
|---|---|---|---|---|---|---|---|---|
| 163 | 163 | BD-6100 | DVD | M11 | | 674.82 | 1206701 | 361743 |
| 33 | 33 | 32AV502U | Flat Display - OS | K72 | | 1485.00 | 1206712 | 361744 |
| 264 | 264 | 19LV505 | LCD TV/DVD Combo ( | NC1 | | 3960.00 | 1206765 | 361745 |
| 475 | 475 | 26AV502U | Flat Display - OS | K72 | | 12350.00 | | |
| 114 | 114 | XD-E500 | DVD XDE Player | M51 | | 570.00 | | |
| 69 | 69 | 22LV505 | LCD TV/DVD Combo ( | NC1 | | 1117.80 | | |
| 193 | 193 | D-R410 | DVD - RAM | M33 | | 1351.00 | | |

**SHIP TO ARRIVE ON TUESDAY, OCT 14 2008  **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT
AFTER 10/ 6** REQUEST APPT VIA THE CCS WEBSITE @ https://xapps.tcity.com/central scheduling ANY
PROBLEMS WITH DELIVERY, CONTACT CHARLENE WEBTER @ 973 628 8000 X5280
arrier must send POD via
email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com
++++++Circuit City Trailers cannot be
dropped++++++
arrier must send POD via email to Pam_Dillard@tacp.com and
Mike_Jones@tacp.com
++++++Circuit City Trai                           *** EOM ***

Trip# 100178/T419
TRK# T419
Trip# 54108 Samedi
Drop off 10/20/08
YD

POD BY

NUMBER OF CARTONS    1311
DATE 10/20/08

GRAND TOTAL

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).
RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing
between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been
established by the carrier and are available to the shipper, on request, and to all applicable state and federal
regulations.

COD Amount:    $
Freight Terms:    Collect: ☐    Prepaid: ☐    3rd Party: ☐
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight
and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE / DATE

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

Prepaid    CARRIER SIGNATURE / PICKUP DATE

3

TACP 252B (7/87)

CONTROL# _CC_0569_

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO _____

_____

_____

INVOICE: _1 6285914_     SHIPPED : _10 / 20 /_

DEBIT: _Unpaid_     WHSE ___ AMOUNTS: $_____

ORDER RELEASE(S) # _____     BOL# _529006?_

_____     MERCH: _____

# _____     _____

_____

CARRIER: _WSX1_     PRO/TRAILER# _____

UPS/RPS _____     PICK UP RECORD # _____

SPOKE WITH: _____     DATE: _____

_____     DATE: _____

_____     DATE: _____

COMMENTS: _10/20_

_____

_____

DATE POD RCVD: _ / /_

CONTROL# _CC0510_

PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO _____

_____

_____

INVOICE: _10285915_                SHIPPED : _10/20/_

DEBIT: _Unpaid_        WHSE____ AMOUNTS $_____

ORDER RELEASE(S) #_____        BOL# _5290068_

_____                MERCH: _____

#_____                _____

_____

CARRIER: _WSX1_                PRO/TRAILER# _____

UPS/TRPS_____        PICK UP RECORD #_____

SPOKE WITH: _____        DATE: _____
_____        DATE: _____
_____        DATE: _____

COMMENTS: _10/20_

_____

_____

DATE POD RCVD:    /   /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L L C
Lockbox - P O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #353
680 S LEMON AVE,
PH(909)595-2434 FAX(909)585-7962,
WALNUT, CA 91789, US

| Invoice· 10285915 | Date | Customer No | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0353 | 2160333 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig Inv No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206469 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| WESTERN EXPRESS T/L | | | 5290068 | 5290068 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 600 | 600 | 460 00 | 460.00 | 276,000.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax % | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 276,000.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

10285915-

STRAIGHT BILL OF LADING

DOUGLAS AMASIO
SEAL INTACT          10/17/08
S/O AMASIO

**From TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.**
c/o TOSHIBA LOGISTICS AMERICA, INC.
1651 Glenn Curtiss St., Carson, CA 90746 US

B/L NO.: 5290068

SCAC: RL 0137L

Seal number:

S
H   CIRCUIT CITY #353
I   680 S LEMON AVE
P   PH(909)595-2434 FAX(909)595-7962
T   WALNUT CA 91789 US
O

Trailer number:

(D) System E.
Pro number: A794242

P.O. NO.:          MODEL NO.:          B/L NO.: 5290068

T/L          10/17

SPECIAL INSTRUCTIONS:

MIT   65   2000077 0353

| CUSTOMER ORDER INFORMATION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
| 2160333 | 32AV500U | 600 | | | | | | |

OCT 20 3:07

| CARRIER INFORMATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | | NMFC# | CLASS | *WEIGHT (SUB) TO CORRECTION) | | ORDER NUMBER |
| 600 | 600  32AV500U  Flat Display - QS  K72 | | | | 27000.00  12 06469 | | 361545 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008  **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9**  REQUEST APPT VIA THE CCS WEBSITE @  https://csps.ccity.com/centralscheduling ANY
PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER @ 973 628 8000 X5280
rrier must send POD via
email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com
++++Circuit City Trailers cannot be
dropped++ ++++ *** EOM ***

WESTERN EXP

600  CTNS

OCT 20 3:08    Mark Elizalde

10-20-8

Door#: D33
Trailer#: 8-534842
Seal#: 01374

GRAND TOTAL

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$_____ per _____

COD Amount: $_____
Freight Terms:   Collect☑  Prepaid ☐  3rd Party ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper. If applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☑ By Shipper | ☑ By Chips |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

10-20-8808

TACP 2528 (7/07)

S. Little

3

certified original

CONTROL# _CC0524_

### PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO _____

_____

_____

INVOICE: _10285916_          SHIPPED : _10 20_

DEBIT: _Unpaid_     WHSE _____ AMOUNTS: $ _____

ORDER RELEASE(S) # _____     BOL# _5290074_

_____     MERCH: _____

# _____     _____

_____

CARRIER _Select_          PRO/TRAILER# _____

UPS/RPS _____     PICK UP RECORD # _____

SPOKE WITH: _____     DATE· _____
_____     DATE: _____
_____     DATE: _____

COMMENTS: _§/@ 10/23_ _____

_____

_____

DATE POD RCVD:   /   /

2008-10-22 16:36 >> 6144895204 P 2/3

**D-9**

10/17/08

TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
c/o TOSHIBA LOGISTICS AMERICA INC
1651 Glenn Curtiss St. Carson CA 90746 US

**COPY**

CIRCUIT CITY #335
14301 MATTAWOMAN DR
PH(301)782-3363 FAX(301)782-4533
BRANDYWINE MD 20613 US

B/L NO.: 5290074
SCAC:
Seal number: SCGS 01334
Trailer number: 969672
Pro number:

MODEL NO.:
P.O. NO.: B/L NO.: 5290074

SPECIAL INSTRUCTIONS:

**BEST IMAGE POSSIBLE**

T/L 10/17

HIT  65   2000077 0335

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 60931 | 32AV500U | 600 | ✓ | | | | | |

PIECES REC'D  600
NAME  A. Frazier
DATE  10-23-08

| NO. OF PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | *WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|
| 600 | 600  32AV500U  Flat Display - 08  K72 | | | 27000.00  1206467 | 361569 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008 **DELIVERY APP'S CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER SCHEDULED DATE**, ***If there are any scheduling any PROBLEMS WITH DELIVERY, CONTACT CHARLENE NESTER @ 973 628 8000 X5280
carrier must send POD via
email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com.
*+++++Circuit City Trailers cannot be
dropped++++++ ***( EOM ***

1223788
LIVE
Allen
SLCG
50916
969072
WILLIAMS
05779441564

Seal intact
01334 SA

OCT 23 AM 8:21
2008

GRAND TOTAL

COD Amount:  $
Freight Terms:  Collect ☐  Prepaid: ☐  3rd Party: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

3

TACP 2528 (7/07)

DO/# 1223788   ORD# 752420

Certified Original by TripPak Online 41, 3 at 03:40:31 10-25-2008 at 18 for SCGS 1802837014

CONTROL# _CC 8575_

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO _____

_____

_____

INVOICE _10 285927- 28_        SHIPPED __/__/__

DEBIT _Unpaid_        WHSE____ AMOUNTS $_____

ORDER RELEASE(S) #_____        BOL# _5 2 96551_

MERCH: _____

#_____        _____

_____

CARRIER: _✓ SR_        PRO/TRAILER# _1105 1835_

UPS/RPS_____        PICK UP RECORD #_____

SPOKE WITH: _____        DATE: _____
_____        DATE: _____
_____        DATE: _____

COMMENTS: _P/C   10/22_

_____

_____

DATE POD RCVD: __/__/__

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #353
680 S LEMON AVE,
PH(909)595-2434 FAX(909)585-7962,
WALNUT, CA 91789, US

| Invoice: 10285926 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0353 | 2167173 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig Inv. No. | R/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206704 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| V & S TRANSPORTATION | | | 5296551 | 11051835 | Prepaid |

| SL# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 19LV505 | LCD TV/DVD Combo < 24" | 33 | 33 | 320.00 | 320.00 | 10,560.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax % | 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 10,560.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations,
and may be subject to the approval of the U S Department of Commerce prior to export  Any export or re-export by the
purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is
prohibited  For example, the U S  prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya,
North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer,
when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made
at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne
by, the customer

# TOSHIBA    TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #353
680 S LEMON AVE,
PH(909)595-2434 FAX(909)585-7962,
WALNUT, CA 91789, US

| Invoice: 10285927 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0353 | 2167179 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206702 | 10/20/08 |
| Carrier | | | Bl Number | PRO Number | Freight |
| V & S TRANSPORTATION | | | 5296551 | 11051835 | Prepaid |

| SI# | Model | Description | Order Qty | Ship Qty | Orig Price Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | D-R410 | DVD - RAM | 134 | 134 | 93.60 | 93.60 | 12,542.40 |
| 2 | SD-6100 | DVD | 117 | 117 | 45.40 | 45.40 | 5,311.80 |
| 3 | XD-E500 | DVD XDE Player | 64 | 64 | 112.50 | 112.50 | 7,200.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 25,054.20 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer

WEBSTAR DOWN · 16-2006                                           J-39

**VSR**
Logistics
VSR Logistics – Rapid Freightways
Fed. I.D. # 33-0659675   V&S Transportation
NEED APPOINTMENT

PRO/BL#:
ORIGINAL DELIVERY RECEIPT    5377

PRO NUMBER    11051835

BILL DATE   10/17/08
DEST/ORIG   001/001

| ORIG TRL | | |
|---|---|---|
| CKR | PCS | DATE |
| BV | 348 | 10/17 |

CONSIGNEE · REF.  2167179
CIRCUIT CITY STORES INC
680 SOUTH LEMON AVENUE
WALNUT, CA 91789

You may request pickups, trace shipments, or learn
more about other services at:
**www.vsrlogistics.com**
Santa Fe Springs 562-698-4280
Rancho Dominguez 310-632-1365

| TRL | | DOC LOC |
|---|---|---|
| S399 | | 3767 |
| LDR | PCS | DATE |
| DM | 348 | 10/21 |

SHIPPER · REF.   5296551
TOSHIBA / MITSUI SOKO
1651 E GLENN CURTISS ST
CARSON, CA 90746

DATE  APPOINTMENT  TIME
10·22·08 #1223939
web· 0300

DELIVERING DRIVER

| PCS | DATE |
|---|---|

| PCS | DESCRIPTION | WEIGHT | RATE | TOTAL CHGS. PPD or COL |
|---|---|---|---|---|
| 348 | HOT RUSH<br>SHIP TO ARRIVE ON 10/16<br>(Reference) PO:2167173<br>ELECTRONIC GOODS<br>ON 5 PALLETS<br>INITIAL INSIDE/RESIDENTIAL DELV<br>INITIAL LIFTGATE DELV USE<br># OF CUSTOMER REQ DELV PLTS<br>-Continued- | 2,237 | | 56<br>365<br>78<br>64  6pt<br>33<br>117<br>348<br>3/$ |

RECEIVED IN GOOD CONDITION, (except as noted)

OCT 22 8:21                    TIME IN _____  TIME OUT _____

X_____    ____ PCS    Date___/___/___

---

**VSR**
Logistics
VSR Logistics – Rapid Freightways
Fed. I.D. # 33-0659675   V&S Transportation   APPOINTMENT
Page:    0201  N  1

PRO/BL#:
ORIGINAL DELIVERY RECEIPT

11051835

BILL DATE   10/17/08
DEST/ORIG   001/001
2167179

| ORIG TRL | | |
|---|---|---|
| CKR | PCS | DATE |

CONSIGNEE · REF.  CIRCUIT CITY STORES INC
680 SOUTH LEMON AVENUE
WALNUT, CA 91789

You may request pickups, trace shipments, or learn
more about other services at:
**www.vsrlogistics.com**
Santa Fe Springs 562-698-4280
Rancho Dominguez 310-632-1365

| TRL | | DOC LOC |
|---|---|---|
| LDR | PCS | DATE |

5296551
TOSHIBA / MITSUI SOKO
1651 E GLENN CURTISS ST
CARSON, CA 90746

DATE  APPOINTMENT  TIME
10·22·08 #1223939
web· 0300

DELIVERING DRIVER
WL 9/23

| PCS | DATE |
|---|---|

| PCS | DESCRIPTION | WEIGHT | RATE | TOTAL CHGS. PPD or COL |
|---|---|---|---|---|
| 348 | OCT 22 8:21 | 348 cms | 2,237 | Prepaid |

RECEIVED IN GOOD CONDITION, (except as noted)

348  TIME IN 2:10   TIME OUT 6:45   $

X_____    ____ PCS    Date  10 , 22 , 8

CONTROL# _CC 0576_

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO: _____

_____

_____

INVOICE: _10 2859 28-30_     SHIPPED : _/ /_

DEBIT: _Unpaid_    WHSE _____ AMOUNTS: $ _____

ORDER RELEASE(S) # _____    BOL# _5 2 96553_

_____    MERCH: _____

# _____ _____

_____

CARRIER: _WSX/_     PRO/TRAILER# _____

UPS/RPS _____    PICK UP RECORD # _____

SPOKE WITH: _____    DATE: _____
_____    DATE: _____
_____    DATE: _____

COMMENTS: _P/c 10/22_ _____

_____

_____

DATE POD RCVD: _/ /_

# TOSHIBA   TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To                                             Ship To

CIRCUIT CITY STORES INC                             CIRCUIT CITY#775
9950 MAYLAND DRIVE,                                 19925 INDEPENDENCE BLVD,
RICHMOND, VA 23233,US                               PH(352)429-6200 FAX(352)429-6210,
                                                    GROVELAND, FL 34736, US

| Invoice: 10285928 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0775 | 2167176 | 10/02/08 |
| **Terms (FOB Origin)** | **Mdt** | **Orig. Inv. No.** | **W/H** | **Order No.** | **Date Shipped** |
| 3% 15 | R6A | | MIT | 1206705 | 10/20/08 |
| **Carrier** | | | **BL Number** | **PRO Number** | **Freight** |
| WESTERN EXPRESS T/L | | | 5296553 | 0 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 19LV505 | LCD TV/DVD Combo < 24" | 18 | 18 | 320.00 | 320.00 | 5,760.00 |
| 2 | 22LV505 | LCD TV/DVD Combo < 24" | 51 | 51 | 402.00 | 402.00 | 20,502.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008

| | Tax% | 0 | Tax Amt | 0.00 |
|---|---|---|---|---|

**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**

| Shipping / Handling | |
| Invoice Discount | |
| **Total** | **26,262.00** |

REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTE

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA    TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY#775
19925 INDEPENDENCE BLVD,
PH(352)429-6200 FAX(352)429-6210,
GROVELAND, FL 34736, US

| Invoice: 10285929 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0775 | 2167182 | 10/02/08 |
| Terms (FOB Origin) | MGR | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| .3% 15 | R6A | | MIT | 1206716 | 10/20/08 |
| | Carrier | | BL Number | PRO Number | Freight |
| | WESTERN EXPRESS T/L | | 5296553 | 0 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | D-R410 | DVD - RAM | 257 | 257 | 93.60 | 93.60 | 24,055.20 |
| 2 | SD-6100 | DVD | 306 | 306 | 45.40 | 45.40 | 13,892.40 |
| 3 | XD-E500 | DVD XDE Player | 76 | 76 | 112.50 | 112.50 | 8,550.00 |

| | | |
|---|---|---|
| **SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008 | Tax% | 0 | Tax Amt. | 0.00 |
| **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT | Shipping / Handling | |
| NOT AFTER 10/16** | Invoice Discount | |
| REQUEST APPT VIA THE CCS WEBSITE @ | Total | 46,497.60 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTE!

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt. | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 46,497.60 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export  Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited  For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY#775
19925 INDEPENDENCE BLVD,
PH(352)429-6200 FAX(352)429-6210,
GROVELAND, FL 34736, US

| Invoice: 10285930 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0775 | 2167194 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206963 | 10/20/08 |
| | Carrier | | PL Number | PRO Number | Freight |
| | WESTERN EXPRESS T/L | | 5296553 | 0 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV502U | Flat Display - OS LCD 26"- | 33 | 33 | 504.00 | 504.00 | 16,632.00 |

*SHIP TO ARRIVE ON THURSDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt. | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 16,632.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export  Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited  For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne by, the customer

STRAIGHT BILL OF LADING

A-12

**AMERICA CONSUMER PRODUCTS, L.L.C.**
c/o TOSHIBA LOGISTICS AMERICA, INC.
From: 1691 Glenn Curtiss St., Carson, CA 70746 US

10/17/08

SHIP TO:
CIRCUIT CITY#775
19925 INDEPENDENCE BLVD
PH(352)429-6200 FAX(352)429-6210
GROVELAND FL 34736  US

1223463

B/L NO.: 5296553
SCAC: TLI-A 01054 SITG
Seal number:
Trailer number: 532915

P.O. NO.:
MODEL NO.:
B/L NO.: 5296553

SPECIAL INSTRUCTIONS:
STOP #1 F MIDDLE LOAD

Pro number: WESTERN
A794963.I 10/17

MIT. 65  2000077 0775

### CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 3167193 | SD-P916 | 32 | | | | 10-22-08 05156 | | |
| 3167176 | 19LV505 | 18 | | | | Circuit City  DC | | |
| 3167176 | 22LV505 | 51 | | | | Groveland, Fl | | |
| 3167182 | D-R410 | 257 | | | | | | |
| 3167182 | XD-E500 | 76 | | | | | | |
| 3167182 | SD-6100 | 306 | | | | | | |
| 3167194 | 32AV502U | 33 | | | | | | |

### CARRIER INFORMATION

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | | NMFC# | CLASS | *WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|---|
| 76 | 76  XD-E500   DVD XDE Player | M51 | | | 380.00  1206675 | 361739 |
| 13 | 32  SD-P916   Portable DVD | NA1 | | | 192.00  1206705 | 361740 |
| 51 | 51  22LV505   LCD TV/DVD Combo < | NC1 | | | 926.20  1206716 | 361741 |
| 18 | 18  19LV505   LCD TV/DVD Combo < | ND1 | | | 270.00  1206963 | 361742 |
| 257 | 257  D-R410   DVD - RAM | M33 | | | 1799.00 | |
| 33 | 33  32AV502U  Flat Display - OS | K72 | | | 1485.00 | |
| 306 | 306  SD-6100  DVD | M11 | | | 1266.84 | |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008  **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT
AFTER.**/**ANY REQUEST APPT VIA THE CCS WEBSITE @ https://xapps.ccity.com/central:cheduling ANY
PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER @ 913 628 800) X5280 F
Frier must  send POD via
email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com. F
++++Circuit City Trailers cannot be
dropped++++++ F
Frier must  send POD via email to Pam_Dillard@tacp.com and
Mike_Jones@tacp.com F
++++Circuit City Trailers cannot be dropped++++++ *** EOM ***

757 ONE REC'D
CONS 10-22-08
A. MERRITT

COD Amount: $ _____

GRAND TOTAL

Freight Terms:   Collect: ☐   Prepaid: ☐   3rd Party: ☐
Customer check acceptable: ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.  14706(c)(1)(A) and (B).

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or
declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____"

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing
between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been
established by the carrier and are available to the shipper, on request, and to all applicable state and federal
regulations.

The carrier shall not make delivery of this shipment without payment of freight
and all other lawful charges.

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified,
packaged, marked and labeled, and are in proper condition for
transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: | Prepaid |
|---|---|---|
| ☐ By Shipper | ☐ | |
| ☐ By Driver | ☐ By Driver/pallets said to contain | |
| | ☐ By Driver/pieces | |

Shipper Signature

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies
emergency response information was made available and/or carrier has the DOT
emergency response guidebook or equivalent documentation in the vehicle.

Billie Moore

TACP 252B (7/07)

3

CONTROL# _CC0424_

PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO:

INVOICE: _1 2 85 93 3 33_            SHIPPED: _10 20 1_

DEBIT: _Unpaid_        WHSE _____ AMOUNTS: $ _____

ORDER RELEASE(S) # _____        BOL# _5 296 55__

_____        MERCH: _____

# _____

CARRIER: _____        PRO/TRAILER# _HB6 - 85293_

UPS/RPS _____        PICK UP RECORD # _____

SPOKE WITH: _____        DATE: _____
_____        DATE: _____
_____        DATE: _____

COMMENTS: _____        _7/24_

DATE POD RCVD:     /   /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L L C
Lockbox - P O  BOX 98076, Chicago, IL 60693-0000, US

Bill To                                                Ship To

CIRCUIT CITY STORES INC                        CIRCUIT CITY #335
9950 MAYLAND DRIVE,                            14301 MATTAWOMAN DR,
RICHMOND, VA 23233,US                          PH(301)782-3363 FAX(301)782-4533,
                                               BRANDWINE, MD 20613, US

| Invoice: 10285932 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 10/20/08 | 2000077 | 0335 | 2160331 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig Inv No | W/H | Order No. | Date Shipped |
| 3% 15 | R6A |  | MIT | 1206467 | 10/20/08 |
| Carrier | | | EL Number | PRO Number | Freight |
| FED EX NATIONAL FRT | | | 5296556 | HBG-852437 | Prepaid |

| SI# | Model | Description | Order Qty | Ship Qty | Orig Price Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 20 | 20 | 460 00 | 460.00 | 9,200.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTE!

| Tax% | 0 | Tax Amt | 0.00 |
|---|---|---|---|
|  |  | Shipping / Handling |  |
|  |  | Invoice Discount |  |
|  |  | Total | 9,200.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations,
and may be subject to the approval of the U S Department of Commerce prior to export  Any export or re-export by the
purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is
prohibited  For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya,
North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer,
when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made
at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne
by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L L C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To                                                    Ship To

CIRCUIT CITY STORES INC                        CIRCUIT CITY #335
9950 MAYLAND DRIVE,                            14301 MATTAWOMAN DR,
RICHMOND, VA 23233,US                          PH(301)782-3363 FAX(301)782-4533,
                                               BRANDWINE, MD 20613, US

| Invoice 10285933 | Date | Customer No | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0335 | 2167189 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206959 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| FED EX NATIONAL FRT | | | 5296556 | HBG-852437 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV502U | Flat Display - OS LCD 26"- | 34 | 34 | 504 00 | 504 00 | 17,136.00 |

*SHIP TO ARRIVE ON THURSDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEF

| | |
|---|---|
| Tax % 0 | Tax Amt 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 17,136.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations,
and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the
purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is
prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya,
North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer,
when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made
at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne
by, the customer

Scale - Normal | Zoom In Rotate - EMAIL IMAGE

# HBG-852437 - Delivery Receipt

FedEx National LTL
FedEx National LTL
P.O. Box 95002 Lakeland, FL. 33804-5002
(800) 274-9099

HBG-852437
TRACKING NUMBER

___ INSIDE DELIVERY, FLOOR # ___ ELEVATOR ___
___ LIFTGATE ESCALATOR ___
___ RESIDENTIAL (INCLUDES CHURCH/SCHOOL)
___ CONSTRUCTION SITE
___ SORT & SEGREGATE ___ EXTRA LABOR

Signature: N/A

HBG-852437

| DATE | DEST | CP | TH | BI | C/L PAYABLE | FXNL REV. | NON-REC. | TRAILER | EXC CODE | | COD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 102208 | BAL | P | 1 | 1 | | | | 15174 | XO | REVCO | |

CONSIGNEE
CIRCUIT CITY #00281
14301 MATTAWOMAN DR
~~BRANDYWINE MD 20613~~

SHIPPER
TOSHIBA AMERICA % FEDEX NATL
2030 N UNION ST
MIDDLETOWN PA 17057

DEL STOP #: 10:58 4

APPOINTMENT CONFIRMATION
Phone: (888)777-2419
Appt. Date: 10/24/08
Appt. Time: 01-23
Contact: DROP--#1224865
Comments: 11:20

| HNDL. UNIT | SHIPPER NUMBER | C/L PRO NUMBER | | C/L DATE | ORIG C/L | DEST C/L |
|---|---|---|---|---|---|---|
| 54 | 5296556 | | 10/24/08 | | | |

| PIECES | HM | DESCRIPTION AND MARKS | KEYWORD CODE | WEIGHT / LBS. | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 34 | | PCS 32AV502U FLAT DISPLAY LCD 26" - 39" K72 | | 1530 | | |
| 20 | | PCS 32AV500U FLAT DISPLAY LCS 26" - 39" K72 | N063321-02 | 900 | | |
| | | | seal 0298713 1 | | | |
| | | FUEL SURCHARGE | FSC | | 1224865 | |
| | | METRO DELIVERY FEE | MET2 | | | |
| 54 | | TOTAL | PPD | 2430 | Dropped Trailer Count Subject to Verification Upon Unloading | |
| | | | APPT | | | |
| | | TNBR: HBG-852437 | COMM | | | |
| | | 2167189 | PO NBR | | Signed: SL&C Cartons | |
| | | RMK : DENS DENSITY MEASUREMENT | COMM | | Ocalter | |
| | | REQUEST | COMM | | | |
| | | 385 STORE # | STOR | 43714 | WWAT-15174 | |
| | | DSCA: DISCOUNT FXF 9300 | COMM | | | |
| | | 0000105.0002 | COMM | | Johnson | |
| | | ** FAK RATES APPLIED ** | FAKG | | 5254976702? | |
| | | 2160331 | PO NBR | | MD | |
| | | LONG-HAUL RELIABILITY | INFO | | | |
| | | RATE/REVCO CORRECTED BILL | | | | |
| | | EOB RATED 102308 17.17 C 10 XXX | | | | |

CIRCUIT CITY

OCT 24 AM 10:59 2008

TO BE PREPAID
Seal intact 0298713 1 SL

RECEIVED ABOVE PROPERTY IN GOOD CONDITION | RECEIVER SIGNATURE | STRETCHWRAP INTACT ☐ YES ☐ NO | TIME: 11:20

FIRM NAME (PRINT) | RECEIVER NAME (PRINT)

PCS DELIVERED: 54 | DEL. DATE: 10/24/08 | DRIVER SIGNATURE
OSD EXC. NBR: N/A | UNIT: 15174

DELIVERY RECEIPT / 1 27548



Scale - Normal | Zoom In Rotate - EMAIL IMAGE

# HBG-852437 - Bill of Lading

From TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C
1651 Glenn Curtiss St., Carson, CA 90746 US

SHIP TO
CIRCUIT CITY #335
14301 MATTAWOMAN DR PH(301)782-3363 FAX(301)782-4533
BRANDWINE MD 20613
US

B/L NO. 5296556

10/17/2008

B/L NO 5296556
SCAC: FXNL
Seal Number:
Trailer number:

Pro number: FEDEX NATIONAL

SPECIAL INSTRUCTIONS:

MIT 65 2000077 0335

10/17

**CUSTOMER ORDER INFORMATION**

| CUSTOMER'S ORDER | MODEL NO | QTY | CUSTOMER'S ORDER | MODEL NO | QTY | CUSTOMER'S ORDER | MODEL NO | QTY |
|---|---|---|---|---|---|---|---|---|
| 2160331 | 32AV500U | 20 | | | | | | |
| 2167189 | 32AV502U | 34 | | | | | | |

FedEx National LTL HBG-852437
SHIPPERS COPY

**CARRIER INFORMATION**

| NO PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | WEIGHT | ORDER NUMBER | PICK SLIP |
|---|---|---|---|---|---|---|
| 34 | 34 32AV502U Flat Display - OS LCD 26"- 39" K72 | | | 1530.00 | 1206467 | 361746 |
| 20 | 20 32AV500U Flat Display - OS LCD 26" - 39 K72 | | | 900.00 | 1206959 | 361570 |
| | 238 08 06 98 08 | | | | | |
| 54 | | | | 2430.00 | GRAND TOTAL | |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008 , **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/9**. REQUEST APPT VIA THE CCS WEBSITE @ https://xapps.ccity.com/centralscheduling ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER @ 973 628 8000 X5280. . 60Carrier must send POD via email to Pam_Dillard@tacp com and Mike_Jones@tacp com AE+ +++++Circuit City Trailers cannot be dropped++++++. *** BOM ***

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ______ per ______."

COD Amount: $______

Freight Terms: Collect: ☐ Prepaid: ☒ 3rd Party: ☐
Prepaid Customer check acceptable ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706 (c) (1) (A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

______ Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE /PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

3

