CONTROL# _CC 0558_

PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO: _____

_____

_____

INVOICE: _1 0 28 5950_          SHIPPED : _10 120 1_

DEDIT: _Unpaid_       W H S E ___ AMOUNTS: S ___

ORDER RELEASE(S) # ___          BOL# _5 2 96555_

_____          MERCH: ___

# _____          _____

_____

CARRIER: _CptNS_          PRO/TRAILER# ___

UPS/RPS ___          PICK UP RECORD # ___

SPOKE WITH: ___          DATE: ___
___          DATE: ___
___          DATE: ___

COMMENTS: _10/24_ ___

_____

_____

DATE POD RCVD:    /   /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L C
Lockbox - P O  BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #755
1100 CIRCUIT CITY RD,
PH(618)998-1828 FAX(618)998-4100,
MARION, IL 62959, US

| Invoice: 10285950 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0755 | 2160335 | 09/26/08 |

| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
|---|---|---|---|---|---|
| 3% 15 | R6A | | MIT | 1206471 | 10/20/08 |

| Carrier | B/L Number | PRO Number | Freight |
|---|---|---|---|
| CHRISTENSON TRANSPORTATION | 5296555 | 0 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 268 | 268 | 460.00 | 460.00 | 123,280 00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https·//xapps.ccity com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 123,280.00 |

This sale concerns products and/or technical data that may be controlled under the U S  Export Administration regulations, and may be subject to the approval of the U S  Department of Commerce prior to export  Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited  For example, the U S  prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne by, the customer

STRAIGHT BILL OF LADING

*(handwritten top right)* Ld# 1001789
TK# HT205
tr1# 5617
10/17/08

TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
C/O TOSHIBA LOGISTICS AMERICA, INC.
1451 01d CUPERTINO RD. #100, CA 94086, CA 90746 US

CIRCUIT CITY #755
1100 CIRCUIT CITY RD
PH(618)998-1828 FAX(618)998-4100
MARION IL 62959 US

NO: *(handwritten)* 1CKV

MODEL NO.:
BL NO.: 5296555

B/L NO.: 5296555
SCAC: CHAS *(handwritten)* 01358
Seal number:
Trailer number: *(handwritten)* CHRISTENSEN 10/17

SPECIAL INSTRUCTIONS: *(handwritten)* STOP OFF   NOSE LOAD

65   2000077 0755

### CUSTOMER ORDER INFORMATION

| MER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 35 | 32AV500U | 268 | | | | | | |

### CARRIER INFORMATION

| GES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|
| 268 | 268 32AV500U Flat Display - OS K72 | | | 12060.00 1206471 | 361577 |

> TO ARRIVE ON THURSDAY, OCTOBER 9, 2008 **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
ER 10/9** REQUEST APPT VIA THE CCS WEBSITE @ https://capps.cctiy.com/centralscheduling ANY
S WITH DELIVERY. CONTACT CHARLENE HESTER @ 973 628 8000 X5280 Γ
ust send POD via
o Rom_Dillard@tacp.com and Mike_Jones@tacp.com. Γ
rcuit City Trailers cannot be
++++++ ### EOM ###

F.EC'D BY *(signature)*
MBER OF CARTONS 268
DATE: 10-24-08
RCUIT CITY

*(stamp)* C.C. 7:18 AM OCT 25 08

COD Amount:  $
Freight Terms: Collect ☐  Prepaid: ☐  3rd Party: ☐
Customer check acceptable: ☐

ty Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C.  14706(c)(1)(A) and (B).

GRAND TOTAL

| NATURE / DATE | Trailer Loaded: | *Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| | ☐ By Shipper | ☐ | *(signature)* C. Gonzalez |
| | ☐ By Driver | ☐ By Driver/pallets said to contain | |
| | | ☐ By Driver/Pieces | TACP 2528 (7/07)  3 |

CONTROL# _CC 0559_

PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO: _____

_____

_____

INVOICE: _1028575/-53_          SHIPPED: _10 /20 /_

DEBIT: _Unpaid_        _WHSE_    AMOUNTS: $ _____

ORDER RELEASE(S) # _____        BOL# _5 2 9655P_

_____        MERCH: _____

# _____        _____

_____

CARRIER: _CNWS_          PRO/TRAILER# _____

UPS/RPS _____          PICK UP RECORD # _____

SPOKE WITH: _____          DATE: _____
_____          DATE: _____
_____          DATE: _____

COMMENTS: _____    _10/23_    _____

_____

_____

DATE POD RCVD: _ /  /_

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #255
4000 TOWNSHIP LINE RD ,
PH(610)882-2570 FAX(610)882-2516,
BETHLEHEM, PA 18020, US

| Invoice: 10285951 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0255 | 2167171 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206670 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| CHRISTENSON TRANSPORTATION | | | 5296558 | 5296558 | Prepaid |

| St# | Model | Description | Order Qty | Ship Qty | Orig Price Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 19LV505 | LCD TV/DVD Combo < 24" | 152 | 152 | 320.00 | 320.00 | 48,640.00 |
| 2 | 22LV505 | LCD TV/DVD Combo < 24" | 150 | 150 | 402.00 | 402.00 | 60,300.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 108,940.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To                                                    Ship To

CIRCUIT CITY STORES INC                      CIRCUIT CITY #255
9950 MAYLAND DRIVE,                            4000 TOWNSHIP LINE RD.,
RICHMOND, VA 23233,US                         PH(610)882-2570 FAX(610)882-2516,
                                                              BETHLEHEM, PA 18020, US

| Invoice: 10285952 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0255 | 2167177 | 10/02/08 |
| Terms (FOB Origin) | Mdt | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206709 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| CHRISTENSON TRANSPORTATION | | | 5296558 | 5296558 | Prepaid |

| St# | Model | Description | Order Qty | Ship Qty | Orig Price Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | D-R410 | DVD - RAM | 231 | 231 | 93.60 | 93.60 | 21,621.60 |
| 2 | SD-6100 | DVD | 502 | 502 | 45.40 | 45.40 | 22,790.80 |
| 3 | XD-E500 | DVD XDE Player | 128 | 128 | 112.50 | 112.50 | 14,400.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTE

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 58,812.40 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #255
4000 TOWNSHIP LINE RD.,
PH(610)882-2570 FAX(610)882-2516,
BETHLEHEM, PA 18020, US

| Invoice· 10285953 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0255 | 2167195 | 10/02/08 |

| Terms / FOB Origin | Mgr | Orig Inv. No | W/H | Order No. | Date Shipped |
|---|---|---|---|---|---|
| 3% 15 | R6A | | MIT | 1206672 | 10/20/08 |

| Carrier | | | | BL Number | PRO Number | Freight |
|---|---|---|---|---|---|---|
| CHRISTENSON TRANSPORTATION | | | | 5296558 | 5296558 | Prepaid |

| SI# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | SD-P91S | Portable DVD | 72 | 72 | 140.40 | 140.40 | 10,108.80 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https·//xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% 0 | Tax Amt | 0.00 |
| Shipping Handling | | |
| Invoice Discount | | |
| Total | | 10,108.80 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export  Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited  For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne by, the customer

STRAIGHT BILL OF LADING

10/17/08

**TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.**
1651 DIANA COURT, CARSON, CA 90746 US

CIRCUIT CITY N255
4000 TOWNSHIP LINE RD.
PH(610)882-2570 FAX(610)882-2516
BETHLEHEM PA 18020  US

MODEL NO.:
P.O. NO.:                    BL NO.: 5296558

BL NO.: 5296558
SCAC:
Seal number:
Trailer number: 5651

CHRISTNSUN SENT TO:

Pro number:

SPECIAL INSTRUCTIONS: SHIPOFF MIDDLE (1ST)

MIT  65   2000077 0255                                          10/17

CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 2167171 | 19LV505 | 152 | | | | | | |
| 2167171 | 22LV505 | 150 | | | | | | |
| 2167195 | SD-P91S | 72 | | | | | | |
| 2167177 | SD-6100 | 502 | | | | | | |
| 2167177 | XD-E500 | 128 | | | | | | |
| 2167177 | D-R410 | 231 | | | | | | |

CARRIER INFORMATION

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|
| 128 | 128 XD-E500   DVD XDE Player   M51 | | | 640.00  1206670 | 361751 |
| 36 | 72 SD-P91S   Portable DVD   WA1 | | | 432.00  1206672 | 361752 |
| 152 | 152 19LV505   LCD TV/DVD Combo   NC1 | | | 2280.00  1206709 | 361753 |
| 150 | 150 22LV505   LCD TV/DVD Combo   NC1 | | | 2430.00 | |
| 231 | 231 D-R410   DVD - RAM   M33 | | | 1617.00 | |
| 502 | 502 SD-6100   DVD   M11 | | | 2078.28 | |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008 **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/16** REQUEST APPT VIA THE CCS WEBSITE @  https://xapps.ccity.com/central-scheduling ANY PROBLEMS WITH DELIVERY. CONTACT CHARLENE MESTER @ 973 628 8000 X5280
rrier must send POD via
mail to Pam_Dillard@tacp.com and Mike_Jones@tacp.com.
++++Circuit City Trailers cannot be
dropped+++++
rrier must send POD via email to Pam_Dillard@tacp.com and
Mike_Jones@tacp.com.
++++Circuit City Trailers cannot be dropped+++++ *** EOM ***

Kathy McCarty
Kathy McCarty
rec'd  1199 ctn
10.23.08

TIME IN
23 OCT 08 8:31

GRAND TOTAL

COD Amount: $
Freight Terms: Collect: ☐  Prepaid: ☐  3rd Party: ☐
Customer check acceptable: ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE    Trailer Loaded:   Freight Counted:   Prepaid   CARRIER SIGNATURE / PICKUP DATE
☐ By Shipper    ☐
☐ By Driver    ☐ By Driver/pallets said to contain
                ☐ By Driver/Pieces

4

TACP 2528 (7/07)

CONTROL# *CC 0581*

PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO _____

_____

_____

INVOICE _1028600_                     SHIPPED _10/20/_

DEBIT _Unpaid_          WHSE ____ AMOUNTS $_____

ORDER RELEASE(S) # _____          DOL# _S 290071_

_____          MERCH _____

# _____          _____

_____

CARRIER _All Coast_          PRO/TRAILER# _____

UPS/RPS _____          PICK UP RECORD # _____

SPOKE WITH: _____          DATE _____
_____          DATE: _____
_____          DATE: _____

COMMENTS: _F/c  10/28_ _____

_____

_____

DATE POD RCVD:    /    /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To                                          Ship To

CIRCUIT CITY STORES INC                          CIRCUIT CITY #755
9950 MAYLAND DRIVE,                              1100 CIRCUIT CITY RD,
RICHMOND, VA 23233,US                           PH(618)998-1828 FAX(618)998-4100,
                                                 MARION, IL 62959, US

| Invoice: 10286001 | Date | Customer No | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0755 | 2160335 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206471 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| ALL COAST INTERMODAL SERVIES | | | 5290071 | EMHU290249 | Prepaid |

| St# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 600 | 600 | 460.00 | 460.00 | 276,000.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTE

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 276,000.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

11/05/2008   16:00   6154446993                  D&W                              PAGE  07/07

10/22/2008 14:40 FAX  600 738 0097        CLIPPER EXXPRESS                    @001/003
10/17/2008  11:42   6154446993                 D&W                            PAGE  06/07

5290071
10/17/2008

B/L NO.:                        5290071

DUN#:  ALT

Seal Number:                    EMHU1290258
Trailer Number:

Pro Number:  First Coast
             Clipper
             TL        10/17

REC'D BY: [signature]
NUMBER OF CARTONS 6.00
DATE: 10-28-08
CIRCUIT CITY

OCT 28 '08 8:27

6412049
60031283
Appt-10-28  0600
CONF # 1224274

27000.00   GRAND TOTAL

CONTROL# *CC 0582*

PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME   *Circuit City*

SHIP TO:

INVOICE:  *10 286002*                     SHIPPED :  /   /

DEBIT  *Unpaid*          W/HSE         AMOUNTS: S

ORDER RELEASE(S) #                          BOL# *5 2 9 6072*

MERCH:

#

CARRIER: *All Coast*          PRO/TRAILER#

UPS/RPS                              PICK UP RECORD #

SPOKE WITH:                          DATE:
                                     DATE:
                                     DATE:

COMMENTS:   *10/28*

DATE POD RCVD:   /   /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P O. BOX 98076, Chicago, IL 60693-0000, US

Bill To                                           Ship To

CIRCUIT CITY STORES INC                           CIRCUIT CITY #755
9950 MAYLAND DRIVE,                               1100 CIRCUIT CITY RD,
RICHMOND, VA 23233,US                             PH(618)998-1828 FAX(618)998-4100,
                                                  MARION, IL 62959, US

| Invoice: 10286002 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0755 | 2160335 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206471 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| ALL COAST INTERMODAL SERVIES | | | 5290072 | EMHU684313 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 600 | 600 | 460.00 | 460.00 | 276,000 00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt |  0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 276,000.00 |

This sale concerns products and/or technical data that may be controlled under the U S  Export Administration regulations,
and may be subject to the approval of the U S  Department of Commerce prior to export  Any export or re-export by the
purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is
prohibited  For example, the U S  prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya,
North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer,
when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made
at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne
by, the customer

10/22/2008 14:49 FAX  830 789 0087        CLIPPER EXXPRESS                        @ 003/003
11/01/2008 11:42    6154446993                   D&W                              PAGE  07/07

5290072

From TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
1251 Glenn Curtiss St., Carson, CA 90746 US

CIRCUIT CITY #755
1100 CIRCUIT CITY RD PH(818)999-1400 FAX(818)999-4300
RANDON ID (235)
US

B/L NO.: 5290072

SCAC: ALTL
Seal Number:
Trailer number: EOTHX84313

Pro number: First Coast
Clipper
10/17

**F.EC'D BY** Rod Kersey
**NUMBER OF CARTONS** 660
**BOL DATE:** 10-28-08
**CIRCUIT CITY**

660   688 32495082   Flat Display + CX LCD 28" - 31" 673

'04 12047-7
60031267
Apt
10-28
agne
#0100
#1222275

250%        68        0%       10%        0%

27000.00   GRAND TOTAL

Freight Terms: Collect □   Prepaid: ☒   3rd Party □
Customer check acceptable □

CONTROL# *CC 6583*

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME *Circuit City*

SHIP TO: _____

_____

_____

_____

INVOICE: *1028600* _____    SHIPPED: __/__/__

DEBIT: *Unpaid*    WHSE _____ AMOUNTS: $ _____

ORDER RELEASE(S) # _____    BOL# *5 2900 23*

_____    MERCH: _____

# _____    _____

_____

CARRIER: *All Coast*    PRO/TRAILER# _____

UPS/RPS _____    PICK UP RECORD # _____

SPOKE WITH: _____    DATE: _____

_____    DATE: _____

_____    DATE: _____

COMMENTS: _____ *10/20* _____

_____

_____

_____

DATE POD RCVD: __/__/__

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #755
1100 CIRCUIT CITY RD,
PH(618)998-1828 FAX(618)998-4100,
MARION, IL 62959, US

| Invoice: 10286003 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0755 | 2160335 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206471 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| ALL COAST INTERMODAL SERVIES | | | 5290073 | EMHU660695 | Prepaid |
| Sl# | Model | Description | Order Qty. | Ship Qty. | Orig Price / Discount | Unit Price | Extension |
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 600 | 600 | 460.00 | 460.00 | 276,000.00 |

| | Tax% | 0 | Tax Amt | 0.00 |
|---|---|---|---|---|
| **SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008 | Shipping / Handling | | | |
| **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT | Invoice Discount | | | |
| NOT AFTER 10/9** | Total | | | 276,000.00 |

REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTE:

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations,
and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the
purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is
prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya,
North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer,
when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made
at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne
by, the customer

11/06/2008  16:00    6154446993                    D&W                              PAGE  06/07

10/22/2008 14:48 FAX  630 739 0087      CLIPPER EXXPRESS            @002/003
   10/17/2008  11:42    6154446993              D&W                  PAGE  05/07

5290073

B/L NO.:                    5292073

Trailer number:    First Coast
                   Clipper

Pro number:

REC'D BY:
NUMBER OF CARTONS 600
ON DATE: 10-28-08
CIRCUIT CITY

64 12050 9
600 3/3 0 9                    4755                7

Appt 10 28 0708
conf # 122 4277

IN~7:00AM
OUT~12:30pm

CONTROL# *CC0584*

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO: _____

_____

_____

INVOICE: _10286004_     SHIPPED : _10/16/1_

DEBIT: _Unpaid_     WHSE _____ AMOUNTS: $ _____

ORDER RELEASE(S) # _____     BOL# _5290677_

_____     MERCH: _____

# _____

CARRIER: _All Coast_     PRO/TRAILER# _____

UPS/RPS _____     PICK UP RECORD # _____

SPOKE WITH: _____     DATE: _____
_____     DATE: _____
_____     DATE: _____

COMMENTS: _____ _10/24_

_____

_____

DATE POD RCVD:    /   /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P O BOX 98076, Chicago, IL 60693-0000, US

**Bill To**

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

**Ship To**

CIRCUIT CITY #567
1901 COOPER DR,
PH(580)226-3280 FAX(580)490-9360,
ARDMORE, OK 73401, US

| Invoice: 10286004 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0567 | 2160334 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206470 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| ALL COAST INTERMODAL SERVIES | | | 5290077 | EMHU636923 | Prepaid |

| SI# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 600 | 600 | 460 00 | 460.00 | 276,000.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008

**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9**

REQUEST APPT VIA THE CCS WEBSITE @

https://xapps.ccity.com/centralscheduling

ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTE!

| | | |
|---|---|---|
| Tax% 0 | Tax Amt. | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 276,000.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

11/05/2008  16:00   6154446993              D&W
11/06/2008 15:01 FAX  630 739 0097      CLIPPER EXXPRESS                    PAGE  05/07



PRE-NOTE - TMP: 150110

POD - TMP: 150116

CONTROL# *CC 6585*

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME _Circuit City_

SHIP TO _____

_____

_____

INVOICE· _1 0286005_                    SHIPPED : _10 20 1_

DEBIT· _Unpaid_           WHSE _____ AMOUNTS· S _____

ORDER RELEASE(S) # _____           BOL# _5290078_

_____           MERCH· _____

# _____                    _____

CARRIER· _Cull Coast_           PRO/TRAILER# _____

UPS/RPS _____           PICK UP RECORD # _____

SPOKE WITH: _____           DATE· _____
_____           DATE: _____
_____           DATE: _____

COMMENTS: _____ _10/27_ _____

_____

_____

DATE POD RCVD:    /   /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #567
1901 COOPER DR,
PH(580)226-3280 FAX(580)490-9360,
ARDMORE, OK 73401, US

| Invoice: 10286005 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0567 | 2160334 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig Inv. No | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206470 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| ALL COAST INTERMODAL SERVIES | | | 5290078 | EMHU536628 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 600 | 600 | 460.00 | 460.00 | 276,000.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTE!

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 276,000.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

11/05/2008  16:00   6154446993        D&W
11/05/2008 15:00 FAX  630 739 0097    CLIPPER EXXPRESS              PAGE  04/07



150117

5290078

First Coast
Clipper

SEAL 01302
INTACT
J. MAGOCH

PRE-NOTE - TMP: 150117

POD - TMP: 150117

CONTROL# *CC 051*

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME *Circuit City*

SHIP TO: _____

_____

_____

INVOICE: *10 286606 — 10*        SHIPPED : *10 120 1*

DEBIT: *Unpaid*     WHSE _____ AMOUNTS: $ _____

ORDER RELEASE(S) # _____    BOL# *5 29655)*

_____     MERCH: _____

# _____     _____

_____

CARRIER: *W S X1*      PRO/TRAILER# _____

UPS/RPS _____    PICK UP RECORD # _____

     SPOKE WITH: _____     DATE: _____

_____     DATE: _____

_____     DATE: _____

COMMENTS: *10/23* _____

_____

_____

DATE POD RCVD:  /  /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #567
1901 COOPER DR,
PH(580)226-3280 FAX(580)490-9360,
ARDMORE, OK 73401, US

| Invoice: 10286006 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0567 | 2160334 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206470 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| WESTERN EXPRESS T/L | | | 5296557 | 536008 | Prepaid |

| Sta | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 39 | 39 | 460.00 | 460.00 | 17,940.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | | Tax% | 0 | Tax Amt | 0.00 |
|---|---|---|---|---|---|---|
| | | | Shipping / Handling | | | |
| | | | Invoice Discount | | | |
| | | | Total | | | 17,940.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer