# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L L C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

| Bill To | Ship To |
|---|---|
| CIRCUIT CITY STORES INC | CIRCUIT CITY #567 |
| 9950 MAYLAND DRIVE, | 1901 COOPER DR, |
| RICHMOND, VA 23233, US | PH(580)226-3280 FAX(580)490-9360, |
| | ARDMORE, OK 73401, US |

| Invoice: 10286007 | Date | Customer No | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0567 | 2167174 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206707 | 10/20/08 |
| Carrier | | Bl Number | | PRO Number | Freight |
| WESTERN EXPRESS T/L | | 5296557 | | 536008 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 22LV505 | LCD TV/DVD Combo < 24" | 41 | 41 | 402.00 | 402.00 | 16,482.00 |

\*\*SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
\*\*DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16\*\*
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax % | 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 16,482.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #567
1901 COOPER DR,
PH(580)226-3280 FAX(580)490-9360,
ARDMORE, OK 73401, US

| Invoice: 10286008 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0567 | 2167180 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206706 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| WESTERN EXPRESS T/L | | | 5296557 | 536008 | Prepaid |

| St# | Model | Description | Order Qty | Ship Qty | Orig Price / % Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | D-R410 | DVD - RAM | 185 | 185 | 93.60 | 93.60 | 17,316.00 |
| 2 | SD-6100 | DVD | 292 | 292 | 45.40 | 45.40 | 13,256.80 |
| 3 | XD-E500 | DVD XDE Player | 70 | 70 | 112.50 | 112.50 | 7,875.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | |
|---|---|
| Tax% 0 Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 38,447.80 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #567
1901 COOPER DR,
PH(580)226-3280 FAX(580)490-9360,
ARDMORE, OK 73401, US

| Invoice: 10286009 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0567 | 2167192 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206964 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| WESTERN EXPRESS T/L | | | 5296557 | 536008 | Prepaid |

| S1# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV502U | Flat Display - OS LCD 26"- | 33 | 33 | 504.00 | 504.00 | 16,632.00 |

| | Tax% | 0 | Tax Amt | 0.00 |
|---|---|---|---|---|
| | Shipping / Handling | | | |
| | Invoice Discount | | | |
| | Total | | | 16,632.00 |

*SHIP TO ARRIVE ON THURSDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L L C
Lockbox - P O BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #567
1901 COOPER DR,
PH(580)226-3280 FAX(580)490-9360,
ARDMORE, OK 73401, US

| Invoice: 10286010 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0567 | 2167197 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206674 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| WESTERN EXPRESS T/L | | | 5296557 | 536008 | Prepaid |

| St# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | SD-P91S | Portable DVD | 8 | 8 | 140.40 | 140.40 | 1,123.20 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax: | 0 Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 1,123.20 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export  Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited  For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne by, the customer

**CERTIFIED ORIGINALS**      STRAIGHT BILL OF LADING

From: **TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.**
c/o TOSHIBA LOGISTICS AMERICA, INC.
1251 Glenn Curtiss St., Carson, CA 70746 US

Date: 10/17/08

Ship To:
CIRCUIT CITY #567
1901 COOPER DR
PH(580)226-3280 FAX(580)494-9360
ARDMORE OK 73401 US

A-794961

B/L NO.: 5296557
SCAC: ___
Seal number: ___
Trailer number: ___

P.O. NO.:
MODEL NO.:
B/L NO.: 5296557

1223462

01379
WESTERN
10/17

SPECIAL INSTRUCTIONS: STOP OFF TAIL LOAD

HIT 65  2000077 0567

### CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 2160394 | 32AV500U | 39 | | | | | | |
| 2167197 | SD-P91S | 8 | | | | | | |
| 2167180 | XD-E500 | 70 | | | | | | |
| 2167180 | SD-6100 | 292 | | | | | | |
| 2167180 | D-R410 | 185 | | | | | | |
| 2167174 | 22LV505 | 41 | | | | | | |
| 2167192 | 32AV502U | 33 | | | | | | |

### CARRIER INFORMATION

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | | | NMFC# | CLASS | WEIGHT (SUB. TO CORRECTION) | | ORDER NUMBER |
|---|---|---|---|---|---|---|---|---|
| 185 | 185 | D-R410 | DVD - RAM | M33 | | 1295.00 | 1006470 | 361572 |
| 70 | 70 | XD-E500 | DVD XDE Player | M51 | | 350.00 | 1006674 | 361747 |
| 4 | 8 | SD-P91S | Portable DVD | NA1 | | 48.00 | 1006706 | 361748 |
| 41 | 41 | 22LV505 | LCD TV/DVD Combo | NC1 | | 664.20 | 1006707 | 361749 |
| 292 | 292 | SD-6100 | DVD | M11 | | 1208.88 | 1006964 | 361750 |
| 33 | 33 | 32AV502U | Flat Display - OS | K72 | | 1485.00 | | |
| 39 | 39 | 32AV500U | Flat Display - OS | K72 | | 1755.00 | | |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008 **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9** REQUEST APPT VIA THE CCS WEBSITE @ https://capps.ccity.com/centralscheduling ANY
PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER @ 913 628 8000 X5280
Carrier must send POD via
email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com
++**Circuit City Trailers cannot be
dropped++ **** *** EOM ***

Gerdania Gaither

10-23-08 Roc 664#

1ST STOP
CIRCUIT CITY DC
ARDMORE OK USA
'08 OCT 23 5:56

GRAND TOTAL

COD Amount: $
Freight Terms: Collect: ☐ Prepaid: ☐ 3rd Party: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE
Trailer Loaded: ☐ By Shipper ☐ By Driver
Freight Counted: ☐ ☐ By Driver/pallets said to contain ☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

TACP 252B (7/07)

CONTROL# CC 0577

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME: Circuit City

SHIP TO:

INVOICE: 10 28601?   SHIPPED: 10/20/

DEBIT: Unpaid   WHSE ____ AMOUNTS: $ ____

ORDER RELEASE(S) #: ____   BOL# S 290070

MERCH: ____

# ____

CARRIER: D Hwy   PRO/TRAILER# ____

UPS/RPS: ____   PICK UP RECORD # ____

SPOKE WITH: ____   DATE: ____
DATE: ____
DATE: ____

COMMENTS: 10/21

DATE POD RCVD:  /  /

# TOSHIBA    TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #344
400 LONGFELLOW CT, STE. A,
PH(925)454-5349 FAX(925)454-2480,
LIVERMORE, CA 94550, US

| Invoice: 10286017 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 10/20/08 | 2000077 | 0344 | 2160332 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A |  | MIT | 1206468 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| Dependable Highway | | | 5290070 | 54252 | Prepaid |

| S# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 600 | 600 | 460.00 | 460.00 | 276,000.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 276,000.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

**From:** TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
c/o TOSHIBA LOGISTICS AMERICA, INC
1651 Glenn Curtiss St., Carson, CA 90746 US

**SHIP TO:**
CIRCUIT CITY #344
400 LONGFELLOW CT, STE. A
PH(925)454-5349 FAX(925)454-2480
LIVERMORE CA 94550 US

Date: 10/17/08
5755335
B/L NO.: 5290070
SCAC: DHE
Seal number: 09719
Trailer number: G4252

Dependable Highway

P.O. NO.:
MODEL NO.:
B/L NO.: 5290070

Pro number: TK 10/17

**SPECIAL INSTRUCTIONS**
MIT   65   2000077 9344

## CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 2160332 | 32AV500U | 600 | | | | | | |

## CARRIER INFORMATION

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | *WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|
| 600 | 600 32AV500U Flat Display - OS K72 | | | 27000 00 1206468 | 361578 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008  **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/9** REQUEST APPT VIA THE CCS WEBSITE @ https://apps.ccity.com/centralscheduling ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE NESTER @ 973 628 8000 X5280  rrier must send POD via email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com
+++++Circuit City Trailers cannot be dropped++++++ *** EOM ***

Circuit City DC
Livermore, CA USA
'08OCT21AM4:12

**GRAND TOTAL**

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$ 600 per ____"

COD Amount: $ _____
Freight Terms: Collect: ☒  Prepaid: ☐  3rd Party: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
**Shipper Signature**

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

**Trailer Loaded:**
☐ By Shipper
☒ By Driver

**Freight Counted:**
☐
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

# G0336033

TACP 252B (7/07)

CONTROL# CC6586

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME: Circuit City

SHIP TO: _____

INVOICE: 10286018  SHIPPED: 10120 1

DEBIT: Unpaid  WHSE ____ AMOUNTS: $ ____

ORDER RELEASE(S) # ____  BOL# 5 290083

MERCH: ____

# ____

CARRIER: Just Coast  PRO/TRAILER# ____

UPS/RPS ____  PICK UP RECORD # ____

SPOKE WITH: ____  DATE: ____
____  DATE: ____
____  DATE: ____

COMMENTS: 10/28

DATE POD RCVD:  /  /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #567
1901 COOPER DR,
PH(580)226-3280 FAX(580)490-9360,
ARDMORE, OK 73401, US

| Invoice: 10286018 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/20/08 | 2000077 | 0567 | 2160334 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206470 | 10/20/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| ALL COAST INTERMODAL SERVIES | | | 5290083 | EMHU243760 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 600 | 600 | 460.00 | 460.00 | 276,000.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax % | 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 276,000.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.



PRE-NOTE - TMP: 150142

POD - TMP: 150142

CONTROL # CC0580

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME: Circuit City

SHIP TO: _____

INVOICE: 1028078   SHIPPED: 10/21/

DEBIT: Unpaid   WHSE: _____   AMOUNTS: $ _____

ORDER RELEASE(S) #: _____   BOL#: 5333/08

MERCH: _____

#: _____

CARRIER: All Coast   PRO/TRAILER #: _____

UPS/RPS: _____   PICK UP RECORD #: _____

SPOKE WITH: _____   DATE: _____
             DATE: _____
             DATE: _____

COMMENTS: 10/24

DATE POD RCVD: __/__/__

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

| Bill To | Ship To |
|---|---|
| CIRCUIT CITY STORES INC | CIRCUIT CITY #755 |
| 9950 MAYLAND DRIVE, | 1100 CIRCUIT CITY RD, |
| RICHMOND, VA 23233,US | PH(618)998-1828 FAX(618)998-4100, |
| | MARION, IL 62959, US |

| Invoice: 10286078 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/21/08 | 2000077 | 0755 | 2160335 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | TND | 1206471 | 10/21/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| ALL COAST INTERMODAL SERVIES | | | 5333108 | 0 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 463 | 463 | 460.00 | 460.00 | 212,980.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEF

| | |
|---|---|
| Tax% 0 Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 212,980.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

11/06/2008  10:04   6154446993                  D&W                                              PAGE  03/03

From: **TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.**
1442 Tos c/o TOSHIBA LOGISTICS AMERICA, INC

10/20/08

SHIP TO:
CIRCUIT CITY #755
1100 CIRCUIT CITY RD
PH(618)998-1628 FAX(618)998-4100
MARION IL 62959 US

B/L NO.: 5333108
SCAC: ALTL
Seal number: 580 Deal intact
Trailer number: 533032 RG

P.O. NO.:
MODEL NO.:
B/L NO.: 5333108

SPECIAL INSTRUCTIONS:

Pro number:

TND  75   2000077 0755

## CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 2160335 | 32AV500U | 463 | | | | | | |

## CARRIER INFORMATION

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|
| 463 | 463  32AV500U  Flat Display - GS  K72 | | | 20835.00  1206471 | 382203 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008 **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/9** REQUEST APPT VIA THE CCS WEBSITE @ https://apps.ccity.com/centralscheduling ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER @ 973 628 8006 X5280 [BECarrier must send POD via email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com FC# +++++Circuit City Trailers cannot be dropped+++++ *** EDM ***

REC'D BY: [signature] Paul Kenney
NUMBER OF CARTONS 463
B/L DATE: 10-24-08
CIRCUIT CITY

Arrived before 6 AM
Reload at 10 AM
APP AT 4
47329

193%   0%   0%   77%   0%
463

                                                                      20835.00    GRAND TOTAL
COD Amount: $
Freight Terms: Collect: ☐  Prepaid: ☐  3rd Party: ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE: [signature] 10/24
Trailer Loaded: ☐ By Shipper  ☐ By Driver
Freight Counted: ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE: [signature] Bill Cameron  10/22

2

TACP 252B (7/07)

CONTROL# CC 059

PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME: Circuit City

SHIP TO: _____

INVOICE: 1028697                SHIPPED: 10/24
DEBIT: Unpaid         WHSE _____ AMOUNTS: $ _____
ORDER RELEASE(S) # _____       BOL# 520066
                                MERCH: _____
# _____

CARRIER: A & B         PRO/TRAILER# _____
UPS/RPS _____         PICK UP RECORD # _____
SPOKE WITH: _____     DATE: _____
                       DATE: _____
                       DATE: _____
COMMENTS:  10/22

DATE POD RCVD:  /  /