# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O BOX 98076, Chicago, IL 60693-0000, US

| Bill To | Ship To |
|---|---|
| CIRCUIT CITY STORES INC | CIRCUIT CITY #353 |
| 9950 MAYLAND DRIVE, | 680 S LEMON AVE, |
| RICHMOND, VA 23233,US | PH(909)595-2434 FAX(909)585-7962, |
| | WALNUT, CA 91789, US |

| Invoice: 10286297 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/22/08 | 2000077 | 0353 | 2160333 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig Inv No | W/H | Order No | Date Shipped |
| 3% 15 | R6A | | MIT | 1206469 | 10/22/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| A&B | | | 5290066 | 0 | Prepaid |

| SL# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 600 | 600 | 460.00 | 460.00 | 276,000.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 276,000.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

**From:** TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
c/o TOSHIBA LOGISTICS AMERICA, INC.

**SHIP TO:** CIRCUIT CITY #252
200 S LEMON AVE
TEL:(909)595-8434 FAX:(909)595-7582
WALNUT, CA 91789 US

| | | |
|---|---|---|
| B/L NO: | | |
| SCAC: | | |
| Seal number: | | 010174 |
| Trailer number: | | HT 5774 |

P.O. NO:          MODEL NO:          B/L NO: 5350040

Pro number:

SPECIAL INSTRUCTIONS:

### CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 2162943 | 52AV500U | 600 | | | | | | |

### CARRIER INFORMATION

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|
| 600 | 600 52AV500U Flat Display - 08 172 | | | 87000.00 | |

(600 pcs)

Door#: D-33
Trailer#: HT 5774
Seal#: 010174

GRAND TOTAL

Freight Terms: Collect ☐  Prepaid ☐  3rd Party ☐
Customer check acceptable ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE | Trailer Loaded: ☐ By Shipper ☐ By Driver | Freight Counted: ☐ ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | CARRIER SIGNATURE / PICKUP DATE

TACP 2528 (7/07)

CONTROL# CC 059

PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME: Circuit City

SHIP TO: _____

INVOICE: 1028635P          SHIPPED: 10/22

DEBIT: Unpaid    WHSE ____ AMOUNTS: $ ____

ORDER RELEASE(S) # ____          DOL# 529069

MERCH: ____

# ____

CARRIER: AB          PRO/TRAILER# 1-JT 1105

UPS/RPS ____          PICK UP RECORD # ____

SPOKE WITH: ____          DATE: ____
          DATE: ____
          DATE: ____

COMMENTS: Recv no date

DATE POD RCVD:   /   /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #344
400 LONGFELLOW CT, STE. A,
PH(925)454-5349 FAX(925)454-2480,
LIVERMORE, CA 94550, US

| Invoice: 10286358 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/22/08 | 2000077 | 0344 | 2160332 | 09/26/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206468 | 10/22/08 |
| Carrier | | BL Number | | PRO Number | Freight |
| A&B | | 5290069 | | ht-1105 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig. Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV500U | Flat Display - OS LCD 26" - | 526 | 526 | 460.00 | 460.00 | 241,960.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 9, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/9**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | |
|---|---|
| Tax% 0 Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 241,960.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by the customer.

[Bill of Lading form — illegible/faded scan]

CONTROL# CC C59

PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME: Circuit City

SHIP TO: _____

INVOICE: 10286445-46    SHIPPED: / /

DEBIT: Unpaid    WHSE ____ AMOUNTS $ ____

ORDER RELEASE(S) # _____    BOL# 5371848

MERCH: _____

# _____

CARRIER: _____    PRO/TRAILER# ATL 764686

UPS/RPS _____    PICK UP RECORD # _____

SPOKE WITH: _____    DATE: _____
                      DATE: _____
                      DATE: _____

COMMENTS: 10/29/08

DATE POD RCVD: / /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY#775
19925 INDEPENDENCE BLVD,
PH(352)429-6200 FAX(352)429-6210,
GROVELAND, FL 34736, US

| Invoice: 10286445 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/23/08 | 2000077 | 0775 | 2167188 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No | Date Shipped |
| 3% 15 | R6A | | TMX | 1206713 | 10/23/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| FED EX NATIONAL FRT | | | 5371848 | ATL764686 | Prepaid |

| S1# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 42XV540U | Flat Display - LCD, 40"-49" | 13 | 13 | 1,050.00 | 1,050.00 | 13,650.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 13,650.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY#775
19925 INDEPENDENCE BLVD,
PH(352)429-6200 FAX(352)429-6210,
GROVELAND, FL 34736, US

| Invoice: 10286446 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/23/08 | 2000077 | 0775 | 2170599 | 10/09/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | TMX | 1207363 | 10/23/08 |
| Carrier | | BL Number | | PRO Number | Freight |
| FED EX NATIONAL FRT | | 5371848 | | ATL764686 | Prepaid |

| S# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 46XV540U | Flat Display - LCD, 40"-49" | 52 | 52 | 1,350.00 | 1,275.00 | 66,300.00 |
| | | T06-099P | | | -75 | | |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/23**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | |
|---|---|
| Tax% 0 Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 66,300.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer

**FedEx National LTL**
P.O. Box 95002 Lakeland, FL. 33804-5002
(800) 274-9099

TRACKING NUMBER

ATL-764686

- [ ] INSIDE DELIVERY, FLOOR #___ ELEVATOR ___
- [ ] LIFTGATE ___ ESCALATOR ___
- [ ] RESIDENTIAL (INCLUDES CHURCH/SCHOOL)
- [ ] CONSTRUCTION SITE
- [ ] SORT & SEGREGATE ___ EXTRA LABOR

Signature: _____

| DATE | DEST | CP | TH | BI | C/L PAYABLE | FXNL REV. | NON REC. | TRAILER | EXC CODE | COD |
|---|---|---|---|---|---|---|---|---|---|---|
| 102708 | ORL | P | 1 | 1 | | | | 71227 | XO | REVCO |

CONSIGNEE: CIRCUIT CITY DC #775
19925 INDEPENDENCE BLVD
GROVELAND           FL 34736

SHIPPER: TOSHIBA AMERICA INC EXIT
2040 W MANER RD SE
SMYRNA              GA 30082

"DROP TRAILER COUNT SUBJECT TO VERIFICATION UPON UNLOAD"

| HNDL UNIT | SHIPPER NUMBER | C/L PRO NUMBER | C/L DATE | ORIG C/L | DEST C/L |
|---|---|---|---|---|---|
| 65 | 537184B | | 10/29/08 | | |

| PIECES | DESCRIPTION AND MARKS | KEYWORD CODE | WEIGHT/LBS. | RATE | CHARGES |
|---|---|---|---|---|---|
| 65 | PCS FLAT DISPLAY | | 4810 | | |
| | 352-429-6200 | | | | |
| | DEFICIT WEIGHT | DEF WT | 190 | | |
| | FUEL SURCHARGE | FSC | | | |
| 65 | TOTAL | PPD | 4810 | | |
| | TNBR: ATL-764686 | COMM | | | |
| | CHARLENE MESTER | ATTN | | | |
| | FINC: 973-628-8000  :CONS | COMM | | | |
| | PHONE # | COMM | | | |
| | 2170599 | PO NBR | | | |
| | DSCA: DISCOUNT FXF    9300 | COMM | | | |
| | 0000105.0000 | COMM | | | |
| | CORC: INVOICING UPDATE | COMM | | | |
| | 2167198 | PO NBR | | | |
| | LONG HAUL RELIABILITY | INFO | | | |
| | RATE/REVCO CORRECTED BILL | | | | |
| | OB RATED 102808 14.58 C 10 XXX | | | | TO BE PREPAID |

OCT 29 '08 12:12

65 ctns rec'd. 10/30/08

RECEIVED ABOVE PROPERTY IN GOOD CONDITION
FIRM NAME (PRINT): CC 775
RECEIVER SIGNATURE: C. Ulloa
RECEIVER NAME (PRINT):

STRETCHWRAP INTACT: ☐ YES ☐ NO
PCS DELIVERED:
OSD EXC NBR:
DEL DATE: 10/29/08
UNIT: 71227
TIME:
DRIVER SIGNATURE:

DELIVERY RECEIPT / 1                    27548

CONTROL# CC0579

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME  Circuit City

SHIP TO:

INVOICE: 1028947278                    SHIPPED: 10/27

DEBIT: Unpaid            W/HSE         AMOUNTS: $

ORDER RELEASE(S) #                     BOL# 5391598

                                       MERCH:

#

CARRIER: All Coast        PRO/TRAILER#

UPS/RPS                   PICK UP RECORD #

SPOKE WITH:               DATE:
                          DATE:
                          DATE:

COMMENTS:  f/c 10/28

DATE POD RCVD:   /  /