# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #755
1100 CIRCUIT CITY RD,
PH(618)998-1828 FAX(618)998-4100,
MARION, IL 62959, US

| Invoice: 10289477 | Date | Customer No | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/27/08 | 2000077 | 0755 | 2167187 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig Inv No | W/H | Order No | Date Shipped |
| 3% 15 | R6A | | TMX | 1206710 | 10/27/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| ALL COAST INTERMODAL SERVIES | | | 5391598 | 0 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 42XV540U | Flat Display - LCD, 40"-49" | 65 | 65 | 1,050.00 | 1,050.00 | 68,250.00 |

**SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 68,250.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O BOX 98076, Chicago, IL 60693-0000, US

**Bill To**

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

**Ship To**

CIRCUIT CITY #755
1100 CIRCUIT CITY RD,
PH(618)998-1828 FAX(618)998-4100,
MARION, IL 62959, US

| Invoice: 10289478 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/27/08 | 2000077 | 0755 | 2170598 | 10/09/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | TMX | 1207362 | 10/27/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| ALL COAST INTERMODAL SERVIES | | | 5391598 | 0 | Prepaid |
| St# | Model | Description | Order Qty. | Ship Qty. | Orig Price / Discount | Unit Price | Extension |
| 1 | 46XV540U | Flat Display - LCD, 40"-49" | 60 | 60 | 1,350.00 | 1,275.00 | 76,500.00 |
| | | T06-099P | | | -75 | | |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/23**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 76,500.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by the customer.

11/06/2008  10:04   6154446993                    D&W                                              PAGE 02/03

**From: TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.**                                              10/24/08
AV. RIO BRAVO c/o TOSHIBA LOGISTICS AMERICA, INC. RIO BRAVO
ZARAGOZA, D.B., CD JUAREZ CHIHUAHUA, C.P. 32700
MEXICO

Toshiba Logistics America, Inc

SHIP TO:
CIRCUIT CITY #755
1100 CIRCUIT CITY RD
PH(618)998-1828 FAX(618)998-4100
MARION IL 62959 US

B/L NO.: 5391598
SCAC: ALTL
Seal number: 001310
Trailer number: 92386

P.O. NO.:
MODEL NO.:
B/L NO.: 5391598

Pro number:

SPECIAL INSTRUCTIONS:

MX  13   2000077  0755

### CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 67187 | 42XV540U | 65 | | | | | | |
| 70598 | 46XV540U | 60 | | | | | | |

### CARRIER INFORMATION

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | *WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|
| 65 | 65  42XV540U  Flat Display - LCD K83 | | | 3770.00  1206710 | 366723 |
| 60 | 60  46XV540U  Flat Display - LCD K83 | | | 4680.00  1207362 | 366724 |

SHIP TO ARRIVE ON TUESDAY, OCT 16, 2008  **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE, BUT NOT
ER 10/16** REQUEST APPT VIA THE CCS WEBSITE @ https://xapps.cc1ty.com/centralscheduling ANY
BLEMS WITH DELIVERY, CONTACT CHARLENE MESTER @ 973 628 8000 X5290  [Carrier must send POD via
pped+++++++  [Carrier must send POD via email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com. +++++Circuit City Trailers cannot be
e_Jones@tacp.com. +++++Circuit City Trailers cannot be dropped++++++ *** EOM ***

REC'D BY: [signature]
NUMBER OF CARTONS 125ctns
DATE: 10/28/08
CIRCUIT CITY

89%   0%   0%   43%   0%

125                                                                        3450.00   GRAND TOTAL

COD Amount: $
Freight Terms: Collect: ☐  Prepaid: ☐  3rd Party: ☐
Prepaid    Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE: [signature] Oct-25-08
Trailer Loaded: ☐ By Shipper  ☐ By Driver
Freight Counted: ☐  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces
CARRIER SIGNATURE / PICKUP DATE

CONTROL # CC 0578

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME: Circuit City

SHIP TO: _____

INVOICE: 1028987475    SHIPPED: 10/27/

DEBIT: Unpaid    WHSE: ____    AMOUNTS: $ ____

ORDER RELEASE(S) #: ____    BOL#: 5 371858

MERCH: ____

# ____

CARRIER: W    PRO/TRAILER#: ____

UPS/RPS: ____    PICK UP RECORD #: ____

SPOKE WITH: ____    DATE: ____
DATE: ____
DATE: ____

COMMENTS: 10/29

DATE POD RCVD: / /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #567
1901 COOPER DR,
PH(580)226-3280 FAX(580)490-9360,
ARDMORE, OK 73401, US

| Invoice: 10289874 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 10/27/08 | 2000077 | 0567 | 2170582 | 10/09/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A |  | MIT | 1207319 | 10/27/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| WESTERN EXPRESS T/L | | | 5371858 | 0 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | D-R410 | DVD - RAM | 80 | 80 | 93.60 | 93.60 | 7,488.00 |
| 2 | SD-6100 | DVD | 167 | 167 | 45.40 | 45.40 | 7,581.80 |
| 3 | XD-E500 | DVD XDE Player | 71 | 71 | 112.50 | 112.50 | 7,987.50 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/23**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTE

| | |
|---|---|
| Tax % 0   Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 23,057.30 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

**Bill To**

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

**Ship To**

CIRCUIT CITY #567
1901 COOPER DR,
PH(580)226-3280 FAX(580)490-9360,
ARDMORE, OK 73401, US

| Invoice: 10289875 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 10/27/08 | 2000077 | 0567 | 2170603 | 10/09/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A |  | MIT | 1207367 | 10/27/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| WESTERN EXPRESS T/L | | | 5371858 | 0 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | SD-P91S | Portable DVD | 30 | 30 | 140.40 | 140.40 | 4,212.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/23**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| | |
|---|---|
| Tax: 0   Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 4,212.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

A799209

**From:** TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
c/o TOSHIBA LOGISTICS AMERICA, INC. US

10/23/08

**To:** CIRCUIT CITY #237
1401 COOPER DR
PH(580)226-8260 FAX(580)490-0350
ARDMORE OK 73401   US

B/L No: 5371858
SCAC:
Seal number: 41237
Trailer number:

MODEL NO: 5371858
Pro number: WESTERN NEVADA

SPECIAL INSTRUCTIONS: STRAIGHT TAIL LOAD   10/23

| CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|
| 2170502 | SD-6100 | 71 |
| 2170502 | B 8410 | 30 |
| 2170502 | SD-6100 | 167 |
| 2170502 | SD-P915 | 30 |

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|
| 167 | 167 SD-6100 DVD | | | 571 36 | 1207319 |
| 30 | 30 SD-P915 Portable DVD | | | 150 00 | 1207307 |
| 30 | 30 B-8410 DVD - R/W | | | | |
| 71 | 71 SD-6560 DVD HDD Player | | | | |

Pro# 122-4816
10-29-08
Gardenia Gather

COD Amount: $
Freight Terms: Collect / Prepaid / 3rd Party

CONTROL# CC 0587

PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME  Circuit City

SHIP TO

INVOICE: 10289932-3,4,5    SHIPPED: / /

DEBIT: Unpaid    WHSE    AMOUNTS $

ORDER RELEASE(S) #    BOL# 5371854

MERCH:

#

CARRIER: Dmn    PRO/TRAILER# HT-3774

UPS/RPS    PICK UP RECORD #

SPOKE WITH:    DATE:
    DATE:
    DATE:

COMMENTS:  10/27

DATE POD RCVD: / /

# TOSHIBA
## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #353
680 S LEMON AVE,
PH(909)595-2434 FAX(909)585-7962,
WALNUT, CA 91789, US

| Invoice: 10289932 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 10/27/08 | 2000077 | 0353 | 2167191 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No | W/H | Order No. | Date Shipped |
| 3% 15 | R6A |  | MIT | 1206962 | 10/27/08 |
| Carrier |  | BL Number | PRO Number | Freight |  |
| HONOR |  | 5371854 | ht-3774 | Prepaid |  |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV502U | Flat Display - OS LCD 26"- | 33 | 33 | 504.00 | 504.00 | 16,632.00 |

*SHIP TO ARRIVE ON THURSDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEF

| Tax | 0 | Tax Amt | 0.00 |
|---|---|---|---|
|  |  | Shipping / Handling |  |
|  |  | Invoice Discount |  |
|  |  | Total | 16,632.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #353
680 S LEMON AVE,
PH(909)595-2434 FAX(909)585-7962,
WALNUT, CA 91789, US

| Invoice: 10289933 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 10/27/08 | 2000077 | 0353 | 2170575 | 10/09/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No | W/H | Order No. | Date Shipped |
| 3% 15 | R6A |  | MIT | 1207312 | 10/27/08 |
| Carrier |  | BL Number | PRO Number |  | Freight |
| HONOR |  | 5371854 | ht-3774 |  | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 19LV505 | LCD TV/DVD Combo < 24" | 150 | 150 | 320.00 | 320.00 | 48,000.00 |
| 2 | 19AV500U | Flat Display - OS LCD 10" - | 395 | 395 | 264.00 | 264.00 | 104,280.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/23**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | |
|---|---|
| Tax% 0    Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 152,280.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #353
680 S LEMON AVE,
PH(909)595-2434 FAX(909)585-7962,
WALNUT, CA 91789, US

| Invoice: 10289934 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/27/08 | 2000077 | 0353 | 2170581 | 10/09/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1207318 | 10/27/08 |
| Carrier | | BL Number | | PRO Number | Freight |
| HONOR | | 5371854 | | ht-3774 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | D-R410 | DVD - RAM | 130 | 130 | 93.60 | 93.60 | 12,168.00 |
| 2 | SD-6100 | DVD | 395 | 395 | 45.40 | 45.40 | 17,933.00 |
| 3 | XD-E500 | DVD XDE Player | 87 | 87 | 112.50 | 112.50 | 9,787.50 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008     Tax%  0     Tax Amt             0.00
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT         Shipping / Handling
NOT AFTER 10/23**                                         Invoice Discount
REQUEST APPT VIA THE CCS WEBSITE @                              Total      39,888.50
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA    TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #353
680 S LEMON AVE,
PH(909)595-2434 FAX(909)585-7962,
WALNUT, CA 91789, US

| Invoice: 10289935 | Date | Customer No | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/27/08 | 2000077 | 0353 | 2170602 | 10/09/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1207366 | 10/27/08 |
| Carrier | | | B/L Number | PRO Number | Freight |
| HONOR | | | 5371854 | ht-3774 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | SD-P91S | Portable DVD | 46 | 46 | 140.40 | 140.40 | 6,458.40 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/23**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 6,458.40 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

## STRAIGHT BILL OF LADING

**From:** BA AMERICA CONSUMER PRODUCTS, L.L.C.
c/o TOSHIBA LOGISTICS AMERICA, INC.

63809

B/L NO.:
SCAC:
Seal number:
Trailer number:

PO NO.  MODEL NO.  B/L NO.

Pro number:

SPECIAL INSTRUCTIONS

### CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### CARRIER INFORMATION

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|
| | | | | 1213 ctn | |

Mark Elizalde
10-27-8

COD Amount: $
Freight Terms:  Collect ☐  Prepaid ☐  3rd Party ☐
Customer check acceptable ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE
Trailer Loaded: ☐ By Shipper  ☐ By Driver
Freight Counted: ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

CONTROL # CC0588

## PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME: Circuit City

SHIP TO:

INVOICE: 10289936-40             SHIPPED: 10/27/

DEBIT: Unpaid      WHSE____  AMOUNTS $____

ORDER RELEASE(S) #____          BOL# 5371856

                                MERCH:____

#____

CARRIER: WSXI              PRO/TRAILER#____

UPS/RPS____                PICK UP RECORD #____

SPOKE WITH:____            DATE:____
                           DATE:____
                           DATE:____

COMMENTS: 10/3/

DATE POD RCVD:  /  /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O BOX 98076, Chicago, IL 60693-0000, US

**Bill To**

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

**Ship To**

CIRCUIT CITY#775
19925 INDEPENDENCE BLVD,
PH(352)429-6200 FAX(352)429-6210,
GROVELAND, FL 34736, US

| Invoice: 10289936 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 10/27/08 | 2000077 | 0775 | 2167194 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A |  | MIT | 1206963 | 10/27/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| WESTERN EXPRESS T/L | | | 5371856 | 533510 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 26AV502U | Flat Display - OS LCD 26"- | 225 | 225 | 424.00 | 424.00 | 95,400.00 |

*SHIP TO ARRIVE ON THURSDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 95,400.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer