# TOSHIBA    TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY#775
19925 INDEPENDENCE BLVD,
PH(352)429-6200 FAX(352)429-6210,
GROVELAND, FL 34736, US

| Invoice: 10289937 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/27/08 | 2000077 | 0775 | 2170578 | 10/09/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No | Date Shipped |
| 3% 15 | R6A | | MIT | 1207352 | 10/27/08 |
| Carrier | | BL Number | | PRO Number | Freight |
| WESTERN EXPRESS T/L | | 5371856 | | 533510 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 15LV505 | LCD TV/DVD Combo < 24" | 61 | 61 | 240.00 | 240.00 | 14,640.00 |
| 2 | 19AV500U | Flat Display - OS LCD 10" - | 39 | 39 | 264.00 | 264.00 | 10,296.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/23**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 24,936.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S. Department of Commerce prior to export  Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited  For example, the U S  prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria  This list is subject to change  Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse  All claims for damage in-transit must be made at once by customer directly with the local carrier  Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

| Bill To | Ship To |
|---|---|
| CIRCUIT CITY STORES INC | CIRCUIT CITY#775 |
| 9950 MAYLAND DRIVE, | 19925 INDEPENDENCE BLVD, |
| RICHMOND, VA 23233, US | PH(352)429-6200 FAX(352)429-6210, |
| | GROVELAND, FL 34736, US |

| Invoice: 10289938 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/27/08 | 2000077 | 0775 | 2170584 | 10/09/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1207321 | 10/27/08 |
| Carrier | | BL Number | | PRO Number | Freight |
| WESTERN EXPRESS T/L | | 5371856 | | 533510 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | D-R410 | DVD - RAM | 139 | 139 | 93.60 | 93.60 | 13,010.40 |
| 2 | SD-6100 | DVD | 246 | 246 | 45.40 | 45.40 | 11,168.40 |
| 3 | XD-E500 | DVD XDE Player | 215 | 215 | 112.50 | 112.50 | 24,187.50 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/23**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | |
|---|---|
| Tax% 0 | Tax Amt 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 48,366.30 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

| Bill To | Ship To |
|---|---|
| CIRCUIT CITY STORES INC | CIRCUIT CITY#775 |
| 9950 MAYLAND DRIVE, | 19925 INDEPENDENCE BLVD, |
| RICHMOND, VA 23233, US | PH(352)429-6200 FAX(352)429-6210, |
| | GROVELAND, FL 34736, US |

| Invoice: 10289939 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/27/08 | 2000077 | 0775 | 2170593 | 10/09/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1207358 | 10/27/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| WESTERN EXPRESS T/L | | | 5371856 | 533510 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 32AV502U | Flat Display - OS LCD 26"- | 109 | 109 | 504.00 | 504.00 | 54,936.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/23**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | |
|---|---|
| Tax% 0 Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 54,936.00 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North Korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

**Bill To**

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

**Ship To**

CIRCUIT CITY#775
19925 INDEPENDENCE BLVD,
PH(352)429-6200 FAX(352)429-6210,
GROVELAND, FL 34736, US

| Invoice: 10289940 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
|  | 10/27/08 | 2000077 | 0775 | 2170604 | 10/09/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A |  | MIT | 1207368 | 10/27/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| WESTERN EXPRESS T/L | | | 5371856 | 533510 | Prepaid |

| SI# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | SD-P91S | Portable DVD | 36 | 36 | 140.40 | 140.40 | 5,054.40 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/23**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| | | |
|---|---|---|
| Tax% | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 5,054.40 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

11/05/2008 THU 16:41 FAX 16153507962 WESTERN EXPRESS  ☑003/003

**Certified Original**

STRAIGHT BILL OF LADING

From: TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
1625 ST c/o TOS LOGISTICS AMERICA, INC. 46 US

A 747,995 11    10/23/08

SHIP TO:
CIRCUIT CITY #775
19925 INDEPENDENCE BLVD
PH(352)429-6200 FAX(352)427-6210
GROVELAND FL 34736 US

B/L NO.: 5371856
SCAC:
Seal number: 012711 ST
Trailer number: 53 3510

P.O. NO    MODEL NO.:    B/L NO.: 5371856

WESTERN
Pro number: 122584 4
10/23

SPECIAL INSTRUCTIONS: SHIP OFF ROSE LOAD

MIT 65  2000077 0775

### CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|
| 2167194 | 26AV502U | 225 |
| 2170584 | XD-E500 | 215 |
| 2170584 | D-R410 | 139 |
| 2170584 | SD-6100 | 246 |
| 2170578 | 15LV505 | 61 |
| 2170578 | 19AV500U | 39 |
| 2170578 | 32AV502U | 109 |

### CARRIER INFORMATION

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | | NMFC# | CLASS | WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|---|
| 61 | 61  15LV505  LCD TV/DVD Combo | MC1 | | | 671.00 | 1206963  362809 |
| 109 | 109  32AV502U  Flat Display - DS | K72 | | | 4905.00 | 1207921  362824 |
| 225 | 225  26AV502U  Flat Display - DS | K72 | | | 5850.00 | 1207852  362525 |
| 139 | 139  D-R410  DVD - RAM | M33 | | | 972.00 | 1207858  362833 |
| 215 | 215  XD-E500  DVD XDE Player | M51 | | | 1075.00 | 1207968  362834 |
| 39 | 39  19AV500U  Flat Display - DS | K71 | | | 702.00 | 362810 |
| 246 | 246  SD-6100  DVD | M11 | | | 1019.44 | |
| 18 | 34  SD-P71S  Portable DVD | M01 | | | 216.00 | |

**SHIP TO ARRIVE ON THURSDAY, OCT 16, 2008 **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/16** REQUEST APPT VIA THE GDS WEBSITE @ https://xap.s.ccity.com/central.  scheduling ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE NESTER @ 973 628 800 X5290 R
Carrier must send POD via email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com.
++++Circuit City Trailers cannot be dropped++++
Carrier must send POD via email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com.
++++Circuit City Trailers cannot be dropped++++  *** EOM ***

1052 ctns rec'd. C. Ulloa, CC775  10/31/08

OCT 31 '08 05:38

GRAND TOTAL

COD Amount: $
Freight Terms: Collect ☐  Prepaid ☐  3rd Party ☐
Customer check acceptable ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

SHIPPER SIGNATURE / DATE

Trailer Loaded:  ☐ By Shipper  ☐ By Driver
Freight Counted:  ☐  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

3

TACP 262H (7/07)

CONTROL # CC0590

PROOF OF DELIVERY WORKSHEET

CUSTOMER NAME  Circuit City

SHIP TO:

INVOICE: 1029067-70           SHIPPED: 10/29/

DEBIT: Unpaid       WHSE____  AMOUNTS: $____

ORDER RELEASE(S) #____        BOL# 537185

                              MERCH:____

#____

CARRIER: UPtag                PRO/TRAILER#____

UPS/RPS____                   PICK UP RECORD #____

SPOKE WITH:____               DATE:____
                              DATE:____
                              DATE:____

COMMENTS:    DELV Date N/A

DATE POD RCVD:   /   /

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L L C
Lockbox - P O BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233,US

Ship To

CIRCUIT CITY #344
400 LONGFELLOW CT, STE A,
PH(925)454-5349 FAX(925)454-2480,
LIVERMORE, CA 94550, US

| Invoice: 10290167 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/29/08 | 2000077 | 0344 | 2167190 | 10/02/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1206960 | 10/29/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| Dependable Highway | | | 5371855 | 53345 | Prepaid |

| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 26AV502U | Flat Display - OS LCD 26"- | 200 | 200 | 424.00 | 424.00 | 84,800.00 |
| 2 | 32AV502U | Flat Display - OS LCD 26"- | 34 | 34 | 504.00 | 504.00 | 17,136.00 |

**SHIP TO ARRIVE ON THURSDAY, OCT 16, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/16**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps ccity com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| | |
|---|---|
| Tax: 0 Tax Amt | 0.00 |
| Shipping / Handling | |
| Invoice Discount | |
| Total | 101,936.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #344
400 LONGFELLOW CT, STE. A,
PH(925)454-5349 FAX(925)454-2480,
LIVERMORE, CA 94550, US

| Invoice: 10290168 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/29/08 | 2000077 | 0344 | 2170574 | 10/09/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1207311 | 10/29/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| Dependable Highway | | | 5371855 | 53345 | Prepaid |

| S# | Model | Description | Order Qty | Ship Qty | Orig Price Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | 19AV500U | Flat Display - OS LCD 10" - | 63 | 63 | 264.00 | 264.00 | 16,632.00 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/23**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| | | |
|---|---|---|
| Tax % | 0 | Tax Amt | 0.00 |
| | Shipping / Handling | |
| | Invoice Discount | |
| | Total | 16,632.00 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L.C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #344
400 LONGFELLOW CT, STE. A,
PH(925)454-5349 FAX(925)454-2480,
LIVERMORE, CA 94550, US

| Invoice: 10290169 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/29/08 | 2000077 | 0344 | 2170580 | 10/09/08 |
| Terms (FOB Origin) | Mgt | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1207355 | 10/29/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| Dependable Highway | | | 5371855 | 53345 | Prepaid |

| S1# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
|---|---|---|---|---|---|---|---|
| 1 | D-R410 | DVD - RAM | 32 | 32 | 93.60 | 93.60 | 2,995.20 |
| 2 | SD-6100 | DVD | 145 | 145 | 45.40 | 45.40 | 6,583.00 |
| 3 | XD-E500 | DVD XDE Player | 71 | 71 | 112.50 | 112.50 | 7,987.50 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/23**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTEI

| Tax% | 0 | Tax Amt | 0.00 |
|---|---|---|---|
| | | Shipping / Handling | |
| | | Invoice Discount | |
| | | Total | 17,565.70 |

This sale concerns products and/or technical data that may be controlled under the U.S. Export Administration regulations, and may be subject to the approval of the U.S. Department of Commerce prior to export. Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited. For example, the U.S. prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria. This list is subject to change. Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse. All claims for damage in-transit must be made at once by customer directly with the local carrier. Insurance arrangement and coverage are to be made, and the cost borne by, the customer.

# TOSHIBA

## TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

82 TOTOWA ROAD, WAYNE, NJ 07470

Remit To: Toshiba America Consumer Products L.L C
Lockbox - P.O. BOX 98076, Chicago, IL 60693-0000, US

Bill To

CIRCUIT CITY STORES INC
9950 MAYLAND DRIVE,
RICHMOND, VA 23233, US

Ship To

CIRCUIT CITY #344
400 LONGFELLOW CT, STE. A,
PH(925)454-5349 FAX(925)454-2480,
LIVERMORE, CA 94550, US

| Invoice: 10290170 | Date | Customer No. | Store | Customer Order | Order Date |
|---|---|---|---|---|---|
| | 10/29/08 | 2000077 | 0344 | 2170601 | 10/09/08 |
| Terms (FOB Origin) | Mgr | Orig. Inv. No. | W/H | Order No. | Date Shipped |
| 3% 15 | R6A | | MIT | 1207364 | 10/29/08 |
| Carrier | | | BL Number | PRO Number | Freight |
| Dependable Highway | | | 5371855 | 53345 | Prepaid |
| Sl# | Model | Description | Order Qty | Ship Qty | Orig Price / Discount | Unit Price | Extension |
| 1 | SD-P91S | Portable DVD | 118 | 118 | 140.40 | 140.40 | 16,567.20 |

**SHIP TO ARRIVE ON THURSDAY, OCTOBER 23, 2008
**DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT
NOT AFTER 10/23**
REQUEST APPT VIA THE CCS WEBSITE @
https://xapps.ccity.com/centralscheduling
ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER

| | | |
|---|---|---|
| Tax % 0 | Tax Amt | 0.00 |
| Shipping / Handling | | |
| Invoice Discount | | |
| Total | | 16,567.20 |

This sale concerns products and/or technical data that may be controlled under the U S Export Administration regulations, and may be subject to the approval of the U S Department of Commerce prior to export Any export or re-export by the purchaser, directly or indirectly, in contravention of US Export Administration regulations or other applicable laws, is prohibited For example, the U S prohibits or severely restricts exports to certain countries, including Cuba, Iran, Libya, North korea, Sudan and Syria This list is subject to change Delivery is complete, and the title passes to the customer, when merchandise is placed in custody of the carrier at the Toshiba warehouse All claims for damage in-transit must be made at once by customer directly with the local carrier Insurance arrangement and coverage are to be made, and the cost borne by, the customer

# STRAIGHT BILL OF LADING

From: TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.
c/o TOSHIBA LOGISTICS AMERICA, INC.  US

Date: 10/23/08

Ship To:
CIRCUIT CITY #894
400 LONGFELLOW CT, STE A
PH(925)454-5349 FAX(925)454-2480
LIVERMORE CA 94550 US

B/L NO: 5371855
SCAC:
Seal number:
Trailer number:

P/O NO:
MODEL NO:
B/L NO: 5371855

Pro number: DEPENDABLE T21-53345 V.C.
Seal #0125

SPECIAL INSTRUCTIONS: SHIP OFF NO/A DAP

MIT   65   2000077 0344

## CUSTOMER ORDER INFORMATION

| CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY | CUSTOMER'S ORDER | MODEL NO. | QTY |
|---|---|---|---|---|---|---|---|---|
| 2167190 | 32AV502U | 34 | | | | | | |
| 2167190 | 26AV502U | 200 | Rec 604 and per tally SLC | | | | | |
| 2170574 | 19AV500U | 63 | Culpit Dap | | | 2 | | |
| 2170580 | SD-6100 | 145 | K KAUR | | | Sealed | | |
| 2170580 | XD-E500 | 71 | | | | | | |
| 2170580 | D-R410 | 32 | | | | | | |
| 2170601 | SD-P91S | 118 | | | | | | |

## CARRIER INFORMATION

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS | NMFC# | CLASS | WEIGHT (SUB. TO CORRECTION) | ORDER NUMBER |
|---|---|---|---|---|---|
| 63 | 63 19AV500U Flat Display - DS K71 | | | 1134.00 1206960 | 362907 |
| 200 | 200 26AV502U Flat Display - DS K72 | | | 4500.00 1207311 | 362822 |
| 32 | 32 D-R410 DVD - RAM | | M53 | 224.00 1207355 | 362833 |
| 71 | 71 XD-E500 DVD XDE Player | | M51 | 355.00 1207344 | 362823 |
| 145 | 145 SD-6100 DVD | | M11 | 600.30 | 362808 |
| 59 | 118 SD-P91S Portable DVD | | NA1 | 708.00 | |
| 34 | 34 32AV502U Flat Display - DS K72 | | | 1530.00 | |

**SHIP TO ARRIVE ON THURSDAY, OCT 16, 2008 **DELIVERY APPT CAN BE MADE FOR 1 DAY BEFORE BUT NOT AFTER 10/16** REQUEST APPT VIA THE CCS WEBSITE @ https://xapps.ccity.com/centralscheduling ANY PROBLEMS WITH DELIVERY, CONTACT CHARLENE MESTER @ 973 628 8000 X5260
Carrier must send POD via
email to Pam_Dillard@tacp.com and Mike_Jones@tacp.com
****Circuit City Trailers cannot be
dropped******
Carrier must send POD via email to Pam_Dillard@tacp.com and
Mike_Jones@tacp.com
****Circuit City Trailers cannot be dropped****** AND CON ***

2ND STOP

GRAND TOTAL:

COD Amount: $
Freight Terms:  Collect: ☐  Prepaid: ☐  3rd Party: ☐
Customer check acceptable: ☐

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:  ☑ By Shipper   ☐ By Driver
Freight Counted:  ☐   ☐ By Driver/pallets said to contain   ☐ By Driver/Pieces

Prepaid

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

3

TACP 252B (7/07)