**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

```
------------------------------------------------------ x
                                                        :
In re:                                                  :       Chapter 11
                                                        :
CIRCUIT CITY STORES, INC., et al.                       :       Case No. 08-35653-KRH
                                                        :
                       Debtors.                         :       Jointly Administered
                                                        :       Judge Kevin R. Huennekens
------------------------------------------------------ x
```

**MOTION FOR EXPEDITED HEARING OF THE MOTION
AND SUPPORTING MEMORANDUM OF TAUBMAN AUBURN
HILLS ASSOCIATES LIMITED PARTNERSHIP FOR AN ORDER
(A) COMPELLING DEBTOR TO IMMEDIATELY PAY
ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 365(d)(3)
AND 503(b), AND (B) GRANTING RELATED RELIEF**

Taubman Auburn Hills Associates Limited Partnership ("Taubman"), by and through its

counsel, Hunton & Williams LLP, hereby moves (the "Motion") this Court for an expedited

hearing on December 5, 2008, pursuant to Rule 9013-1(N) of the Local Rules of the Bankruptcy

Benjamin C. Ackerly [VSB # 09120]
J.R. Smith [VSB # 41913]
Henry (Toby) P. Long, III [VSB # 75134]
**HUNTON & WILLIAMS LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

and

J. Eric Crupi [VSB # 46782]
**HUNTON & WILLIAMS LLP**
1900 K Street, N.W.
Washington, DC  20006
Telephone: (202) 419-2143
Facsimile: (202) 778-7445

and

Andrew S. Conway
**THE TAUBMAN COMPANY**
200 E. Long Lake Road, Suite 300
Bloomfield Hills, MI  48304
Telephone: (248) 258-7427

Counsel for Taubman Auburn Hills Associates Limited Partnership

Court of the Eastern District of Virginia (the "Local Rules"), to consider the *Motion and Supporting Memorandum by Taubman Auburn Hills Associates Limited Partnership for an Order (A) Compelling Debtor to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b), and (B) Granting Related Relief* (the "Motion to Compel"). In support of this Motion, Taubman respectfully states as follows:

## I.    Jurisdiction

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

2.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      The predicates for the relief requested herein are section 105(a) of 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") and Local Rule 9013-1(N).

## II.    Relief Requested and Basis Thereof

4.      Local Rule 9013-1 allows the setting of a hearing on an expedited basis as requested herein.

5.      Additionally, section 105 of the Bankruptcy Code provides that the Court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

6.      On November 26, 2008, Taubman filed the Motion to Compel, wherein it seeks this Court's entry of an order (a) authorizing and directing Circuit City Stores, Inc., one of the debtors in the above-captioned bankruptcy cases (the "Debtor") to immediately pay the November Administrative Rent (as defined below) owed to Taubman pursuant to sections 365(d)(3) and 503(b) of the Bankruptcy Code, (b) authorizing and directing the Debtor to

reimburse Taubman for all of its reasonable and actual attorneys' fees and costs incurred in preparing and prosecuting the Motion to Compel due to the Debtor's failure to comply with the terms of the Lease (as defined in the Motion to Compel) and Sections 365(d)(3) and 503(b) of the Bankruptcy Code, (c) authorizing and directing the Debtor to make all future monthly payments of administrative rent and related charges to Taubman in full on or before the first day of the month for which such administrative rent and related charges accrue, as required by the Lease, and (d) granting such other and further relief as this Court deems just and proper.

7.      Taubman believes that it is critical that this Court consider the Motion to Compel no later than December 5, 2008.  The Debtor has failed to pay Taubman the November Rent (as defined in the Motion to Compel), and, most importantly for the purpose of this Motion, has failed to pay the portion of the November Rent comprised of the "stub" administrative rent and other related charges due and owing under the Lease for the post-petition period commencing upon November 10, 2008 and ending upon November 30, 2008 (the "November Administrative Rent").  Because the Debtor failed to pay the November Administrative Rent, absent an immediate order from the Court, the Debtor likely will continue to ignore its post-petition obligations under the Lease in violation of the Bankruptcy Code.

### III.     Local Rule 9013(N) Certification

8.      Pursuant to Local Rule 9013(N), I certify that:

a.      I am a member of the Bar of this Court.

b.      I have carefully examined this matter and have concluded that there is a true need for an emergency hearing.

c.      I have not created the emergency through the lack of diligence.

          d.      I have made a *bona fide* effort to resolve the matter without a hearing.

### IV.   <u>Request for Waiver of Local Rule 9013-1(G)</u>

        9.      Taubman respectfully requests that this Court treat this Motion as a written memorandum of points and authorities or waive any requirement that this Motion be accompanied by a written memorandum of points and authorities as described in Local Rule 9013-1(G).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

WHEREFORE, Taubman respectfully requests that this Court enter the proposed order attached hereto setting the Motion to Compel for consideration at an expedited hearing on December 5, 2008, and grant such other and further relief as may be just and proper.

Dated:    November 26, 2008             Respectfully Submitted,
          Richmond, Virginia


                                        /s/ Henry (Toby) P. Long, III
                                        Benjamin C. Ackerly [VSB # 09120]
                                        J.R. Smith [VSB # 41913]
                                        Henry (Toby) P. Long, III [VSB # 75134]
                                        **HUNTON & WILLIAMS LLP**
                                        Riverfront Plaza, East Tower
                                        951 East Byrd Street
                                        Richmond, VA  23219-4074
                                        Telephone: (804) 788-8479
                                        Facsimile: (804) 788-8218

                                        - and -

                                        J. Eric Crupi [VSB # 46782]
                                        **HUNTON & WILLIAMS LLP**
                                        1900 K Street, N.W.
                                        Washington, DC  20006
                                        Telephone: (202) 419-2143
                                        Facsimile: (202) 778-7445

                                        - and -

                                        Andrew S. Conway
                                        **THE TAUBMAN COMPANY**
                                        200 E. Long Lake Road, Suite 300
                                        Bloomfield Hills, MI  48304
                                        Telephone: (248) 258-7427

                                        COUNSEL FOR TAUBMAN AUBURN
                                        HILLS ASSOCIATES LIMITED
                                        PARTNERSHIP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 26, 2008, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below and to the entities listed on the Bankruptcy Rule 2002 Master Service List attached hereto as <u>Attachment A</u> at the addresses listed therein.

McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Attn: Douglas M. Foley, Esq.

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Attn: Dion W. Hayes, Esq.

Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899
Attn: Gregg Galardi, Esq.

Attorneys for Circuit City Stores, Inc.

Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale, Esq.

/s/ Henry (Toby) P. Long, III

<u>Attachment A</u>
Bankruptcy Rule 2002 Master Service List

Andrew S Conway Esq
200 E Long Lake Rd Ste 300
Bloomfield Hills, MI  48304

Timothy F Brown Esq
Mary Joanne Dowd Esq
Christopher J Giaimo Esq
Arent Fox LLP
1050 Connecticut Ave NW
Washington, DC  20036

Darryl S Laddin
Frank N White
Arnall Golden Gregory LLP
171 17th St NW Ste 2100
Atlanta, GA  30363-1031

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

Anne Milgram
Attorney General of New Jersey
Richard J Hughes Justice Complex
PO Box 106 25 Market St
Trenton, NJ  08625-0119

Richard F Stein
Attorney General of the United States
Main Justice Building Rm 5111
10th St and Constitution Ave NW
Washington, DC  20530

Robert K Coulter
Attorney General of the United States
Main Justice Building Rm 5111
10th St and Constitution Ave NW
Washington, DC  20530

Robert P McIntosh
Attorney General of the United States
Main Justice Building Rm 5111
10th St and Constitution Ave NW
Washington, DC  20530

Justin D Leonard
Ball Janik LLP
101 SW Main St Ste 1100
Portland, OR  97204

Constantinos G Panagopoulos Esq
Charles W Chotvacs Esq
Ballard Spahr Andrews & Ingersoll LLP
601 13th St NW
Ste 1000 South
Washington, DC  20005

David L Pollack Esq
Jeffrey Meyers Esq
Jesse N Silverman Esq
Ballard Spahr Andrews & Ingersoll LLP
Mellon Bank Ctr 51st Fl
1735 Market St
Philadelphia, PA  19103

Mitchell B Weitzman Esq
Bean Kinney & Korman PC
2300 Wilson Blvd 7th Fl
Arlington, VA  22201

Ernie Zachary Park
Bewley Lassleben & Miller LLP
13215 E Penn St Ste 510
Whittier, CA  90602-1797

Michael W Malter Esq
Julie H Rome Banks Esq
Binder & Malter LLP
2775 Park Ave
Santa Clara, CA  95050

Regina Stango Kelbon Esq
John Lucian Esq
Blank Rome LLP
One Logan Sq
Philadelphia, PA  19103

William H Casterline Jr Esq
Jeremy B Root Esq
Blankingship & Keith PC
4020 University Dr Ste 300
Fairfax, VA  22030

Wanda Borges Esq
Borges & Associates LLC
575 Underhill Blvd Ste 118
Syosset, NY  11791

Kenneth C Johnson
Andria M Beckham
Bricker & Eckler LLP
100 S Third St
Columbus, OH  43215

Craig C Chiang Esq
Buchalter Nemer A Professional Corporation
333 Market St 25th Fl
San Francisco, CA  94105-2126

Ruth Weinstein
Canon USA Inc
1 Canon Plz
Lake Success, NY  11042

David K Spiro Esq
Neil E McCullagh Esq
Cantor Arkema PC
PO Box 561
1111 E Main St 16th Fl
Richmond, VA  23218-0561

John J Lamoureux Esq
Carlton Fields PA
4221 W Boy Scout Blvd 10th Fl
Tampa, FL  33607-5736

Scott P Carroll Esq
Carroll & Carroll PLLC
831 E Morehead St Ste 440
Charlotte, NC  28202

Daniel T Powers
Chatham County Tax Commissioner
PO Box 8321
Savannah, GA  31412

Augustus C Epps Jr Esq
Michael D Mueller Esq
Jennifer M McLemore Esq
Christian & Barton LLP
909 E Main St Ste 1200
Richmond, VA  23219

Albert A Ciardi III Esq
Thomas D Bielli Esq
Ciardi Ciardi & Astin PC
One Commerce Sq Ste 1930
2005 Market St
Philadelphia, PA  19103

G David Dean Esq
Cole Schotz Meisel Forman & Leonard PA
300 E Lombard St Ste 2000
Baltimore, MD  21202

Karen C Bifferato Esq
Christina M Thompson Esq
Connolly Bove Lodge & Hutz LLP
PO Box 2207
1007 N Orange St
Wilmington, DE  19899

Min Park Esq
Connolly Bove Lodge & Hutz LLP
1875 Eye St NW 11th Fl
Washington, DC  20006

James Donaldson
Core Properties Inc
831 E Morehead St Ste 445
Charlotte, NC  28202

Jess R Bressi Esq
Cox Castle & Nicholson LLP
19800 MacArthur Blvd Ste 500
Irvine, CA  92612

Ann E Schmitt
Culbert & Schmitt PLLC
30C Catoctin Cir SE
Leesburg, VA  20175

Eric C Cotton Esq
Developers Diversified Realty Corporation
PO Box 227042
3300 Enterprise Pkwy
Beachwood, OH  44122

William R Hill
Eric A Handler
Donahue Gallagher Woods LLP
300 Lakeside Dr Ste 1900
Oakland, CA  94612

Peter N Tamposi
Donchess Notinger & Tamposi
547 Amherst St Ste 204
Nashua, NH  3063

Rudolph J Di Massa Jr Esq
Matthew E Hoffman Esq
Duane Morris LLP
30 S 17th St
Philadelphia, PA  19103

Roy M Terry Jr Esq
John C Smith Esq
Elizabeth L Gunn Esq
Durrette Bradshaw PLC
600 E Main St 20th Fl
Richmond, VA  23219

Lee Sudakoff
Enterprise Asset Management Inc
521 Fifth Ave Ste 1804
New York, NY  10175

Gay Richey
Sr Credit Manager
Envision Peripherals Inc
47490 Seabridge Dr
Fremont, CA  94538

Michael S Kogan
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd 9th Fl
Bevery Hills, CA  90212

Christopher M Alston
Foster Pepper PLLC
1111 Third Ave Ste 3400
Seattle, WA  98101

Ellen A Friedman Esq
Friedman Dumas & Springwater LLP
150 Spear St Ste 1600
San Francisco, CA  94105

David G Reynolds Esq
Glass & Reynolds
PO Box 1700
Corrales, NM  87048

Christine D Lynch Esq
Peter D Bilowz Esq
Goulston & Storrs PC
400 Atlantic Ave
Boston, MA  02110-3333

Jeffrey A Krieger Esq
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars Ste 2100
Los Angeles, CA  90067-4590

Daniel J Ansell Esq
Greenberg Traurig LLP
200 Park Ave
New York, NY  10166

Howard J Berman Esq
Greenberg Traurig LLP
200 Park Ave
New York, NY  10166

Bill Ray
Hamilton Beach Brands Inc
4421 Waterfront Dr
Glen Allen, VA  23060

Paul Rubin
Herrick Feinstein LLP
Two Park Ave
New York, NY  10016

Lawrence J Hilton
Hewitt & O Neil LLP
19900 MacArthur Blvd Ste 1050
Irvine, CA  92612

Jennifer V Doran Esq
Hinckley Allen & Snyder LLP
28 State St
Boston, MA  2109

Michael P Falzone Esq
Sheila deLa Cruz Esq
Hirschler Fleischer PC
PO Box 500
Richmond, VA  23218-0500

Scott R Kipnis Esq
Rachel N Greenberger Esq
Nicholas B Malito Esq
Hofheimer Gartlir & Gross LLP
530 Fifth Ave
New York, NY  10036

Richard E Lear
Holland & Knight LLP
2099 Pennsylvania Ave NW Ste 100
Washington, DC  20006

Seth A Drucker Esq
Honigman Miller Schwartz and Cohn LLP
2290 First National Bldg
660 Woodward Ave
Detroit, MI  48226

Benjamin C Ackerly
JR Smith
Henry Toby P Long III
Hunton & Williams LLP
Riverfront Plz E Tower
951 E Byrd St
Richmond, VA  23219-4074

J Eric Crupi
Hunton & Williams LLP
1900 K St NW
Washington, DC  20006

Michael S Held Esq
Hunton & Williams LLP
1445 Ross Ave Ste 3700
Dallas, TX  75202-2799

Robert S Westermann Esq
Hunton & Williams LLP
Riverfront Plz E Tower
951 E Byrd St
Richmond, VA  23219-4074

David M Poitras PC
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars 7th Fl
Los Angeles, CA  90067

John Marshall Collins Esq
John Marshall Collins PC
50 W San Fernando St Ste 400
San Jose, CA  95113

Eric C Rusnak
K&L Gates LLP
1601 K St NW
Washington, DC  20006-1600

Marc Barreca
K&L Gates LLP
925 Fourth Ave Ste 2900
Seattle, WA  98104-1158

Steven H Newman Esq
Katsky Korins LLP
605 Third Ave 16th Fl
New York, NY  10158

c o Brian D Huben
c o Thomas J Leanse
c o Dustin P Branch
Katten Muchin Rosenman LLP
2029 Century Park E Ste 2600
Los Angeles, CA  90067-3012

Paul K Campsen Esq
Kaufman & Canoles
150 W Main St Ste 2100
Norfolk, VA  23510

James S Carr Esq
Robert L LeHane Esq
Kelley Drye & Warren LLP
101 Park Ave
New York, NY  10178

James A Pardo Jr
Thaddeus D Wilson
King & Spalding LLP
1180 Peachtree St
Atlanta, GA  30309

Heather D Dawson Esq
Kitchens Kelly Gaynes PC
11 Piedmont Ctr Ste 900
3495 Piedmont Rd NE
Atlanta, GA  30305

Michael L Tuchin
Klee Tuchin Bogdanoff & Stern LLP
1999 Avenue of the Stars 39th Fl
Los Angeles, CA  90067-6049

Jeffrey Kurtzman Esq
Klehr Harrison Harvey Branzburg & Ellers LLP
260 S Broad St
Philadelphia, PA  19102

Anthony J Cichello Esq
Krokidas & Bluestein LLP
600 Atlantic Ave
Boston, MA  2210

Terrance A Hiller Jr Esq
David M Blau Esq
Kupelian Ormond & Magy PC
25800 Northwestern Hwy Ste 950
Southfield, MI  48075

Michael A Condyles Esq
Loc Pfeiffer Esq
Peter J Barrett Esq
Kutak Rock LLP
1111 E Main St Ste 800
Richmond, VA  23219-3500

Ian S Landsberg Esq
Landsberg Margulies LLP
16030 Ventura Blvd Ste 470
Encino, CA  91436

Josef S Athanas
Latham &  Watkins LLP
Sears Tower Ste 5800
233 S Wacker Dr
Chicago, IL  60606

Ronald K Brown Jr
Law Offices of Ronald K Brown Jr
901 Dove St Ste 120
Newport Beach, CA  92660

Bruce H Matson
LeClairRyan A Professional Corporation
Riverfront Plz E Tower
951 E Byrd St
Richmond, VA  23218-2499

Jeremy S Friedberg Esq
Gordon S Young Esq
Leitess Leitess Friedberg & Fedder PC
One Corporate Ctr
10451 Mill Run Cir Ste 1000
Owings Mills, MD  21117

Larry Stopol Esq
Levy Stopol & Camelo LLP
1425 RexCorp Plz
Uniondale, NY  11556-1425

Samuel S Oh Esq
Lim Ruger & Kim LLP
1055 W Seventh St Ste 2800
Los Angeles, CA  90017

Diane W Sanders
Linebarger Goggan Blair & Sampson LLP
PO Box 17428
1949 S IH 35 78741
Austin, TX  78760

Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Bryan St Ste 1600
Dallas, TX  75201

Bradford F Englander Esq
Brian M Nestor Esq
Linowes and Blocher LLP
7200 Wisconsin Ave Ste 800
Bethesda, MD  20814

Lionel J Postic Esq
Lionel J Postic PC
125 Townpark Dr Ste 300
Kennesaw, GA  30144

Anne M Magruder Esq
Leon Koutsouftikis Esq
Magruder Cook Carmody & Koutsouftikis
1889 Preston White Dr Ste 200
Reston, VA  20191

Clement J Farley
Angela Sheffler Abreu
McCarter & English LLP
Four Gateway Ctr
100 Mulberry St
Newark, NJ  07102-4096

Michael Reed
McCreary Veselka Bragg & Allen PC
PO Box 1269
Round Rock, TX  78680

Geoffrey T Raicht Esq
McDermott Will & Emery LLP
340 Madison Ave
New York, NY  10173-1922

Karla L Palmer Esq
McDermott Will & Emery LLP
600 13th St NW
Washington, DC  20005-3096

Mary E Olden Esq
Andre K Campbell Esq
Sean Thomas Thompson Esq
McDonough Holland & Allen PC
555 Capitol Mall Ste 950
Sacramento, CA  95814

John G McJunkin Esq
McKenna Long & Aldridge LLP
1900 K St NW
Washington, DC  20006

John G McJunkin Esq
J David Folds
McKenna Long & Alridge LLP
1900 K St NW
Washington, DC  20006

Kevin M Newman Esq
Menter Rudin & Trivelpiece PC
308 Maltbie St Ste 200
Syracuse, NY  13204-1498

Quincy Ctr Plaza
Michael J Sawyer
PO Box 55888
1385 Hancock St
Quincy, MA  2169

Michelle Leeson CFCA
PO Box 25300
Bradenton, FL  34206-5300

Michelle Leeson CFCA
819 US 301 Blvd W
Bradenton, FL  34205

John L Senica
Miller Canfield Paddock and Stone PLC
225 W Washington Ste 2600
Chicago, IL  60606

Attn Richard M Maseles
Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO  65105-0475

Brian Atteberry
Mitsubishi Digital Electronics America Inc
AV Division
9351 Jeronimo Rd
Irvine, CA  92656

Andrew Herenstein
Monarch Alternative Capital LP
535 Madison Ave
New York, NY  10022

Neil E Herman Esq
Morgan Lewis & Bockius LLP
101 Park Ave
New York, NY  10178-0600

Deborah H Devan Esq
Neuberger Quinn Gielen Rubin & Gibber PA
One South St 27th Fl
Baltimore, MD  21202-3282

Michael J Sage Esq
Karyn B Zeldman Esq
O Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036

Bonnie Holly
Office of Joe G Tedder CFC
Deliquency and Enforcement
PO Box 2016
Bartow, FL  33831-2016

Timothy A Bortz
Office of Unemployment Compensation Tax Services
Dept of Labor and Industry Reading Bankruptcy &
Compliance Unit
625 Cherry St Rm 203
Reading, PA  19602-1184

Michael S Fox Esq
Frederick J Levy Esq
Olshan Grundman Frome Rosenzweig & Wolosky LLP
Park Avenue Tower
65 E 55th St
New York, NY  10022

Raymond W Battaglia
Oppenheimer Blend Harrison & Tate Inc
711 Navarro 6th Fl
San Antonio, TX  78205

Scott A Stengel Esq
Jonathan P Guy Esq
Orrick Herrington & Sutcliffe LLP
Columbia Ctr
1152 15th St NW
Washington, DC  20005-1706

R Timothy Bryan
Alan M Noskow
Patton Boggs LLP
8484 Westpark Dr 9th Fl
McLean, VA  22102

Elizabeth Banda
Perdue Brandon Fielder Collins & Mott LLP
PO Box 13430
Arlington, TX  76094-0430

Stephen W Spence Esq
Scott L Adkins Esq
Phillips Goldman & Spence PA
1200 N Broom St
Wilmington, DE  19806

4

Robert Somma Esq
Laura A Otenti Esq
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston St
Boston, MA  2199

William C Crenshaw Esq
Powell Goldstein LLP
901 New York Avenue NW Third Fl
Washington, DC  20001

Brian Sirower Esq
Lori L Winkelman Esq
Catherine M Guastello Esq
Quarles & Brady LLP
Renaissance One
Two N Central Ave
Phoenix, AZ  85004-2391

Catherine M Guastello Esq
Quarles & Brady LLP
Two N Central Ave
Phoenix, AZ  85004

Faye B Feinstein Esq
Christopher Combest Esq
Quarles & Brady LLP
500 W Madison St Ste 3700
Chicago, IL  60661

Michael F McGrath Esq
Ravich Meyer Kirkman McGrath Nauman & Tansey
PA
4545 IDS Ctr
80 S Eighth St
Minneapolis, MN  55402

Catherine L Strauss
Regency Centers
Regency Corporate Counsel
8044 Montgomery Rd Ste 520
Cincinnati, OH  45236

David S Berman
Riemer & Braunstein LLP
Three Ctr Plz 6th Fl
Boston, MA  2108

Fred B Ringel Esq
Robinson Brog Leinwand Greene Genovese & Gluck
PC
1345 Avenue of the Americas
New York, NY  10105

Douglas D Kappler Esq
Robinson Diamant & Wolkowitz
1888 Century Park E Ste 1500
Los Angeles, CA  90067

Ronald M Tucker Esq
225 W Washington St
Indianapolis, IN  46204

c o James V Lombardi III
Ross Banks May Cron & Cavin PC
2 Riverway Ste 700
Houston, TX  77056

Nancy A Washington Esq
Saiber LLC
One Gateway Ctr 13th Fl
Newark, NJ  7102

William A Gray
C Thomas Ebel
Sands Anderson Marks & Miller
PO Box 1998
801 E Main St Ste 1800
Richmond, VA  23218-1998

C Thomas Ebel Esq
William A Gray Esq
Peter M Pearl Esq
Lisa Taylor Hudson Esq
Sands Anderson Marks & Miller PC
801 E Main St
Richmond, VA  23219

Christopher R Belmonte Esq
Pamela A Bosswick Esq
Abigail Snow Esq
Satterlee Stephens Burke & Burke LLP
230 Park Ave
New  York, NY  10169

Edith K Altice Esq
Saul Ewing LLP
Lockwood Pl
500 E Pratt St Ste 900
Baltimore, MD  21202-3171

Jeremy W Ryan Esq
Saul Ewing LLP
PO Box 1266
222 Delaware Ave
Wilmington, DE  19801

Lawrence S Burnat Esq
J Carole Thompson Hord Esq
Schreeder Wheeler & Flint LLP
1100 Peachtree St NE
Ste 800
Atlanta, GA  30309

Michael L Cook
David M Hillman
Meghan M Breen
Schulte Roth & Zabel LLP
919 Third Ave
New York, NY  10022

William J Factor Esq
Seyfarth Shaw LLP
131 S Dearborn St Ste 2400
Chicago, IL  60603

Brian P Hall Esq
Smith Gambrell & Russell LLP
Ste 3100 Promenade II
1230 Peachtree St NE
Atlanta, GA  30309

Lloyd B Sarakin
Sony Electronics Inc
1 Sony Dr MD No 1E 4
Park Ridge, NJ  7656

Paul Resnick
Southwinds Ltd
5900 Wilshire Blvd Ste 2600
Los Angeles, CA  90036

Steven J Adams Esq
Stevens & Lee PC
111 N 6th St
Reading, PA  19603

Jaime S Dibble
Stinson Morrison Hecker LLP
1150 18th St NW Ste 800
Washington, DC  20036-3816

Mark Stromberg
Stromberg & Associates PC
Two Lincoln Ctr
5420 LBJ Fwy Ste 300
Dallas, TX  75240

Eric D Goldberg
Stutman Treister & Glatt PC
1901 Avenue of the Stars 12th Fl
Los Angeles, CA  90067

Jeffrey J Graham
Taft Stettinius & Hollister LLP
One Indiana Sq Ste 3500
Indianapolis, IN  46204

Mark K Ames
Jeffrey Scharf
Taxing Authority Consulting Services PC
PO Box 771476
Richmond, VA  23255

Richard T Davis
The Cafaro Company
PO Box 2186
2445 Belmont Ave
Youngstown, OH  44504-0186

David A Greer Esq
The Law Offices of David A Greer PLC
500 E Main St Ste 1225
Norfolk, VA  23510

Mike Lynch
Travelers
Account Resolution
One Tower Sq 5MN
Hartford, CT  6183

c o Urban Retail Properties LLC
UrbanCal Oakland II LLC
900 N Michigan Ave Ste 900
Chicago, IL  60611

Susan R Sherrill Beard
US Securities and Exchange Commission
Atlanta Regional Office
Ste 1000 3475 Lenox Rd NE
Atlanta, GA  30326-1232

Angelique Electra
Vonage Holdings Inc
23 Main St
Holmdel, NJ  7733

Malcolm M Mitchell Jr
Suparna Banerjee
Kara D Lehman
Vorys Sater Seymour and Pease LLP
277 S Washington St Ste 310
Alexandria, VA  22314

Lei Lei Wang Ekvall Esq
Weiland Golden Smiley Wang Ekvall & Strok LLP
650 Town Ctr Dr Ste 950
Costa Mesa, CA  92626

Jenny J Hyun Esq
Weingarten Realty Investors
2600 Citadel Plz Dr
Houston, TX  77008

Kevin G Hroblak Esq
Whiteford Taylor Preston LLP
7 Saint Paul St
Baltimore, MD  21202

H Jason Gold Esq
Dylan G Trache Esq
Wiley Rein LLP
7925 Jones Branch Dr Ste 6200
McLean, VA  22102

William H Schawrzschild III
Williams Mullen
Two James Ctr 16th Fl
1021 E Cary St PO Box 1320
Richmond, VA  23218-1320

Christopher A Camardello
Winthrop & Weinstine PA
225 S Sixth St Ste 3500
Minneapolis, MN  55402

Jeffrey L Tarkenton
Todd D Ross
Womble Carlyle Sandridge & Rice PLLC
1401 Eye St NW Ste 700
Washington, DC  20005

Neil P Goldman Esq
John P Van Beek Esq
Young Goldman & Van Beek PC
510 King St Ste 416
Alexandria, VA  22313