# PRIORITY HANDLING COVER SHEET

Proponent shall include this cover sheet along with any paper filed within 72 hours prior to a hearing or trial in which the paper is to be considered by the Court pursuant to Local Rule 5005-1(D)(7), or with any motion requesting an expedited hearing pursuant to Local Rule 9013-1(N). In ECF cases, proponent shall also notify the Court telephonically upon filing this document.

## Hearing

**Date:** December 5, 2008

**Time:** 10:00 a.m.

**Judge:** The Honorable Kevin R. Huennekens

**Attorney:** Henry (Toby) P. Long, III (VSB No. 75134)

**for:** Taubman Auburn Hills Associates Limited Partnership

ver. N-07/02]