

HOME DEPOT DR (EXISTING)

[287] SOUTHBOUND SERVICE ROAD (EXISTING)

US HWY. 287 (EXISTING)

MOUSER WAY (NEW)

MAJOR A

MAJOR B

MAJOR D

RETAIL-A

RETAIL-B

RETAIL

RETAIL-C

RETAIL-D

OUTPARCEL 1 6500 S.F. MAX

OUTPARCEL 2 6500 S.F. MAX

OUTPARCEL 3 9500 SF MAX

PROPOSED UNIFIED DEVELOPMENT SIGN

(3) CART CORRALS

TENANT'S CONSTRUCTION ACCESS ROAD

NO CHANGE/NO BUILD BOUNDARY

ALTERNATE TENANTS CONSTRUCTION ACCESS ROAD

TRANSFORMER

TRASH COMPACTOR AREA

LOADING AREA

(2) CUSTOMER PARALLEL PICK-UP SPACES

(2) HANDICAP PARKING SPACES

(4) WEB ORDER SPACES

SIX CAR STEREO PARKING SPACES

TENANT'S CONSTRUCTION ACCESS ROAD

NO BUILD AREA

CONSTRUCTION DRIVE

CONSTRUCTION DRIVE

**Legend**

- PREMISES HATCH
- TENANT'S CONSTRUCTION ACCESS ROAD
- CONSTRUCTION DRIVE
- PUBLIC ROADS
- TENANT PREFERRED AREA
- OUT PARCELS PERMISSIBLE BUILDING AREA
- DRIVEWAY PERMISSIBLE AREA
- CIRCUIT CITY CONSTRUCTION STAGING AREA
- CIRCUIT CITY PROMOTIONAL AREA
- NO CHANGE/ NO BUILD BOUNDARY
- NO BUILD AREA

EX-A

CIRCUIT CITY
SITE PLAN
EXHIBIT A

Project #: 19007
Date: 03-20-08
Scale: 1" = 100'
Drawn by: CAL
Checked by: CAL
Approv by: CAL

MANSFIELD POINTE
SWC HWY 287 & HOME DEPOT DR
MANSFIELD, TEXAS
CONTROL #: TBD

2325 NORTH AKARD STREET
DALLAS, TX 75201
P. 214-446-0950
F. 214-446-0951
www.callison.com

EXHIBIT

A Part 3

tabbies.