## EXHIBIT M

### Indemnification Agreement

This INDEMNIFICATION AGREEMENT is made this 15th day of October, 2008, between **MANSFIELD SEQ 287 & DEBBIE, LTD.**, a Texas limited partnership (hereinafter referred to as "Landlord") and **CIRCUIT CITY STORES, INC.**, a Virginia corporation (hereinafter referred to as "Tenant").

### WITNESSETH:

Landlord and Tenant have entered into a Lease (the "Lease") dated September 7, 2007 whereby Landlord has leased to Tenant a portion of the real property located in Mansfield, Tarrant County, Texas (the "Shopping Center") and Tenant has constructed on such real property a store premises (the "Premises").

NOW, THEREFORE, in consideration of the payment of the Landlord Reimbursement as defined in the Lease and other good and valuable consideration, the receipt of which is hereby acknowledged, the parties hereto agree as follows:

1. Tenant hereby indemnifies and agrees to hold Landlord harmless from any loss, payment, claim or expense as the result of mechanics and materialmen filing liens or otherwise making claims against Landlord's interest in the Premises and the Shopping Center as a result of Tenant's construction activities at the Shopping Center. In the event that any mechanic, materialman or other claimant makes claim against the Premises or Shopping Center based upon materials or services provided under contract with Tenant, Tenant shall hold harmless and protect Landlord from any loss, payment, claim or expense related thereto.

2. Tenant reserves the right to contest in good faith the amount of any claim or lien assessed against the Premises or the Shopping Center by any of such claimants; provided, however, should the holder or holders of such claim or lien attempt to enforce their lien by foreclosure or by any other means, Tenant shall bond around, pay or remove such lien by any manner reasonably necessary to protect Landlord's interest in the Premises and the Shopping Center. This indemnity and hold harmless shall not apply to any liens or claims caused by Landlord or Landlord's agents.

EXECUTED this 15th day of October, 2008.

[Signature Page Follows on Next Page]



EXHIBIT C

**LANDLORD:**

**MANSFIELD SEQ 287 & DEBBIE, LTD.**, a
Texas limited partnership

By: _____  CF*

Name: David C. Wilson

Title: MANAGER

**TENANT:**

**CIRCUIT CITY STORES, INC.**,
a Virginia corporation

By: _____

Name: Chris Crowe
Title: Director, Real Estate

2