UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | |
| | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER GRANTING MOTION FOR
## ADMISSION PRO HAC VICE OF PAUL S. SAMSON

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Paul S. Samson (the "Motion") filed by Bruce H. Matson, seeking admission pro hac vice for Paul S. Samson, of the law firm of Riemer & Braunstein LLP, in the above-styled bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E).  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Paul S. Samson be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1.      The Motion be and hereby is granted.

2.      Paul S. Samson, of the law firm of Riemer & Braunstein LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local

Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia  23218-2499
(804) 783-2003

Bankruptcy Rule 2090-1(E)(2) on behalf of Bank of America, N.A. as Agent for the Pre-Petition

and for the DIP Lenders.

ENTERED: _____

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Bruce H. Matson
Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia  23218-2499
(804) 783-2003

## Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Bruce H. Matson
Movant

## SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

Paul S. Samson
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
*Counsel for Bank of America, N.A., as Agent*

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for the Debtors*