William A. Broscious, Esquire (VSB#27436)
Kepley Broscious & Biggs, PLC
7201 Glen Forest Drive, Suite 102
Richmond, Virginia 23226
(804) 288-3446

Counsel for Kamin Realty Company

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.* | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Kepley Broscious & Biggs, PLC, as counsel for Kamin Realty Company ("KRC"), hereby enters its appearance pursuant to Fed. R. Bankr. P. 9010(b) in the referenced bankruptcy case commenced by Circuit City Stores, Inc., *et al.* (the "Debtor"), and requests that all papers, pleadings, motions, and applications served or required to be served in the case be given to and served on the following:

> William A. Broscious, Esquire
> KEPLEY BROSCIOUS & BIGGS, PLC
> 7201 Glen Forest Drive, Suite 102
> Richmond, Virginia  23226
>
> wbroscious@kbbplc.com
> Telephone No: 804.288.3446
> Facsimile No. 804.288.3661

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail or otherwise, that may affect in any way any rights or interests of KRC with respect to the Debtor, or any related entity(ies), or property or proceeds thereof in which the Debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for service of all pleadings and documents is without prejudice to the rights, remedies, and claims of KRC against any other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit KRC to the jurisdiction of the Court. All rights, remedies, and claims of KRC are hereby expressly reserved, including without limitation, the right to make a motion seeking abstention or a motion for withdrawal of the case or a proceeding therein.

Date: November 28, 2008                               By: */s/ William A. Broscious*
                                                                         Counsel

William A. Broscious, Esquire (VSB #27436)
KEPLEY BROSCIOUS & BIGGS, PLC
7201 Glen Forest Drive, Suite 102
Richmond, VA 23226
804-288-0200

Counsel for Kamin Realty Company

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 28, 2008, an electronic copy of the foregoing Notice of Appearance and Request for Service was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the Circuit City Stores, Inc., *et al.* bankruptcy proceeding.

                                      */s/ William A. Broscious*
                                      William A. Broscious, Esq. (VSB #27436)