William H. Schwarzschild, III (VSB No. 15274)
Paul S. Bliley, Jr. (VSB No. 13973)
**WILLIAMS, MULLEN**
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6489
Fax:  804.783.6507
tschwarz@williamsmullen.com
pbliley@williamsmullen.com

Judy B. Calton (MI Bar #P38733)
Joseph R. Sgroi (MI Bar #P68666)
**HONIGMAN MILLER SCHWARTZ AND COHN LLP**
2290 First National Building
Detroit, MI 48226
Tel: (313) 465-7344
Fax: (313) 465-7345
jcalton@honigman.com
JSgroi@honigman.com

*Counsel for DIRECTV, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **CIRCUIT CITY STORES, INC., et. al.**, | Case No:  08-35653-KRH<br>Jointly Administered |
| Debtors. | Related to Doc. Nos. 23 and 78 |

**LIMITED OBJECTION OF DIRECTV, INC. TO ENTRY  ON A FINAL BASIS OF INTERIM ORDER PURSUANT TO 11 U.S.C. SECTIONS 105, 361, 362, 363 AND 364 AND RULES 2002, 4001 AND 9014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (1) AUTHORIZING INCURRENCE BY THE DEBTORS OF POST-PETITION SECURED INDEBTEDNESS WITH PRIORITY OVER ALL SECURED INDEBTEDNESS AND WITH ADMINISTRATIVE SUPERPRIORITY, (2) GRANTING LIENS, (3) AUTHORIZING USE OF CASH COLLATERAL BY THE DEBTORS PURSUANT TO 11 U.S.C. SECTION 363 AND PROVIDING FOR ADEQUATE PROTECTION (4) MODIFYING THE AUTOMATIC STAY AND (5) SCHEDULING A FINAL HEARING**

DIRECTV, Inc. ("DIRECTV"), by its counsel, Williams Mullen and Honigman Miller Schwartz and Cohn LLP, for its Limited Objection to Entry on a Final Basis of Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness With Priority Over All Secured Indebtedness and With Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral by the

Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection (4) Modifying the Automatic Stay and (5) Scheduling a Final Hearing, states:

1. DIRECTV does business with Debtor Circuit City Stores, Inc. ("Debtor") under a series of agreements, including the Authorized Retailer Agreement [Interim] deemed effective as of June 1, 2007, the Authorized Retailer Agreement deemed effective as of October 23, 2007 (collectively the "Retailer Agreement"), the Master Dealer Agreement made as of April __, 2005 and the Product Addendum dated May 13, 2005 (with the Retailer Agreement, collectively, the DIRECTV Agreements").

2. Under the DIRECTV Agreements, DIRECTV sells goods referred to as DIRECTV Receivers to Debtor on credit. It is estimated that, as of the petition date, Debtor owed DIRECTV in excess of $500,000 for DIRECTV Receivers (the "Circuit City Obligations").

3. As a retailer and Customer Referral Contractor for DIRECTV under the DIRECTV Agreements, Debtor markets DIRECTV Receivers and subscriptions for DIRECTV Programming Packages and performs other activities for which DIRECTV pays Debtor commissions and other charges, such as payments for installation services, installation incentives, equipment reimbursement, programming commissions, marketing development funds, and volume incentive rebates (the "DIRECTV Obligations").

4. The DIRECTV Obligations are expressly subject to numerous chargebacks. In addition to other rights, the Retailer Agreement expressly grants DIRECTV the right to recoup or setoff the Circuit City Obligations against the DIRECTV Obligations as follows:

> A party may set-off or recoup any amounts owed to it by the other party, or by its subsidiaries and affiliates, pursuant to this or any other agreement with such party, and any damages suffered by a party due to the other party's breach hereof or other misconduct,

2

against any amounts which it owed to the other parties. The foregoing does not limit a party's right to recover any unrecouped balance.

5.  Thus, DIRECTV is a secured creditor of the Debtor under 11 U.S.C. §506(a) due to its rights of recoupment and/or setoff against the DIRECTV Obligations, with a valid and first priority rights and lien in the DIRECTV Obligations. Moreover, DIRECTV's right of recoupment is not subject to the automatic stay.

6.  Debtors seek to have entered on a final basis the Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness With Priority Over All Secured Indebtedness and With Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection (4) Modifying the Automatic Stay and (5) Scheduling a Final Hearing (the "Interim Financing Order"),[1] which provides that the DIP Liens shall be senior and superior in priority to all secured creditors of the Debtors' estates in Accounts and General Intangibles and all liens in the foregoing except for certain Prior Permitted Liens.

7.  It is unclear whether DIRECTV's liens by reason of recoupment and/or setoff against the DIRECTV Obligations are Prior Permitted Liens under the Financing Order.

8.  DIRECTV objects to entry of the Financing Order as a final order unless the DIRECTV liens in the DIRECTV Obligations are treated as Prior Permitted Liens.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Financing Order.

WHEREFORE, DIRECTV respectfully requests this Court deny entry of the Interim Financing Order as a final order unless the DIRECTV liens in the DIRECTV Obligations are treated as Prior Permitted Liens and grant DIRECTV such other relief as is proper and just.

        Respectfully submitted,

        DIRECTV, INC.

        */s/ William H. Schwarzschild, III*
By_____
        Counsel

William H. Schwarzschild, III (VSB No. 15274)
Paul S. Bliley, Jr. (VSB No. 13973)
**WILLIAMS, MULLEN**
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Tel: 804.783.6489
Fax: 804.783.6507
tschwarz@williamsmullen.com
pbliley@williamsmullen.com

    and

Judy B. Calton (MI Bar #P38733)
Joseph R. Sgroi (MI Bar #P68666)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226
Tel: (313) 465-7344
Fax: (313) 465-7345
jcalton@honigman.com
JSgroi@honigman.com

*Attorneys for DIRECTV, Inc.*

DETROIT.3417067.4

4

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 28th day of November 2008 caused the service of a copy of the foregoing Limited Objection to Entry on a Final Basis of Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness With Priority Over All Secured Indebtedness and With Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection (4) Modifying the Automatic Stay and (5) Scheduling a Final Hearing to be sent to those on the annexed Service List A, by first class mail, postage prepaid, at the address designated by them for service of papers; by facsimile or via email to those on the annexed Service List B, and electronically to the parties set forth on the Court's ECF Service List, maintained in this case.

*/s/ William H. Schwarzschild, III*

## SERVICE LIST A

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia  23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636

Reginald D. Hedgebeth, Esq.
Circuit City Stores, Inc.
9950 Mayland Dr.
Richmond, VA 23233

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois  60606

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067-4100

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York  10017-2024

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, Virginia  23219

## **SERVICE LIST B**

(a) Counsel for Debtor,

(i) Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, Illinois 60601, Attn: Linda K. Myers, Esq., Fax: (312) 861-2200,
(ii) Skadden Arps Slate Meagher & Flom, LLP One Rodney Square, Wilmington,
Delaware 19889, Attn.: Gregg Galardi, Esq., Fax: (888) 329-3792 and Chris L. Dickerson, Esq., Fax: (312) 407-8680,
(iii) McGuireWoods LLP, One James Center, 901 East Cary Street, Richmond, Virginia 23219, Attn.: Dion W. Hayes, Esq., Fax: (804) 698-2078 and Douglas M.
Foley, Esq., Fax: (757) 640-3957;

(b) Counsel for DIP Agents

(i) Riemer & Braunstein LLP,Three Center Plaza, Boston, Massachusetts 02108, Attn: David S. Berman, Esq., Fax: (617) 880-3456, and
(ii) LeClair Ryan, Riverfront Plaza, East Tower, 951 East Byrd Street, Eighth Floor, Richmond, Virginia 23219, Attn.: Bruce Matson, Esq., Fax: (804) 783-7269

(c) Counsel to the Committee

(d) Office of the U.S. Trustee