## United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

**TO:**
Mark Browning
c/o Texas Attorney General Office
PO Box 12548
Austin, TX 78711−2548

**In re:** Circuit City Stores, Inc.

**Case Number**   08−35653−KRH
**Chapter**   11

### YOU ARE ADVISED AS FOLLOWS CONCERNING AN ORDER REGARDING:

*428* − Notice of Appearance Order for Motion for Admission to Practice Pro Hac Vice (Related Document(s)[427] Notice of Appearance filed by Texas Comptroller of Public Accounts) filed by Mark E. Browning of Office of the Attorney General on behalf of Texas Comptroller of Public Accounts.(Browning, Mark)

_    Prevailing party shall prepare proposed order and file with Court within ten (10) days after disposition of matter at issue. [LBR 9022−1(F)]

_    Proposed orders must be accompanied by a list of parties with mailing addresses of all parties to receive notice of entry thereof. [LBR 9022−1(B)] Proposed order will be presented to Court upon compliance with this Rule.

_    Proposed order shall contain either a certification that proposed order has been endorsed by all necessary parties or that it has been served upon all necessary parties with the date and manner of service. [LBR 9022−1(C)] Proposed order will be presented to Court upon compliance with this Rule.

_    Consent orders shall include a Certification of Endorsement that all necessary parties have endorsed proposed order. [LBR 9022−1(E)] Proposed order will be presented to Court upon compliance with this Rule.

**X**    Proposed orders are to be either Bopped into the Clerk's Office or Mailed to the Clerk's Office.

*\*A copy of the above−referenced form maybe obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  November 28, 2008                           CLERK, UNITED STATES BANKRUPTCY COURT

                                                   By /s/ Suzanne French , Deputy Clerk
[genchksht_Orders.jsp ver. 2/2007]                 Direct Dial Telephone No. 804−916−2419

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                  Date Rcvd: Nov 28, 2008
Case: 08-35653                 Form ID: igorder           Total Served: 1

The following entities were served by first class mail on Nov 30, 2008.
 8567200       Mark Browning,   Assistant Attorney General,   Bankruptcy & Collections Division,   PO Box 12548,
               Austin, TX 78711 2548
The following entities were served by electronic transmission.
NONE.                                                                                                   TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 30, 2008**              **Signature:** _Joseph Speetjens_