UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | |
| | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION FOR
ADMISSION PRO HAC VICE OF MEEGAN B. CASEY**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Meegan B. Casey (the "Motion") filed by Bruce H. Matson, seeking admission pro hac vice for Meegan B. Casey, of the law firm of Riemer & Braunstein LLP, in the above-styled bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E).  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Meegan B. Casey be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

2. Meegan B. Casey, of the law firm of Riemer & Braunstein LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to

_____
Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia  23218-2499
(804) 783-2003

Local Bankruptcy Rule 2090-1(E)(2) on behalf of Bank of America, N.A. as Agent for the Pre-Petition and for the DIP Lenders.

ENTERED: Nov 26 2008

/s/ Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: November 28 2008

I ASK FOR THIS:

/s/ Bruce H. Matson
Bruce H. Matson (Va. Bar No. 22874)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia  23218-2499
(804) 783-2003

### Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Bruce H. Matson
Movant

## SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

Meegan B. Casey
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
    *Counsel for Bank of America, N.A., as Agent*

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
    *Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
    *Counsel for the Debtors*

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs            Page 1 of 1                  Date Rcvd: Nov 28, 2008
Case: 08-35653                 Form ID: pdforder        Total Served: 3

The following entities were served by first class mail on Nov 30, 2008.
         +Greg M. Galardi,   One Rodney Sq.,    PO Box 636,   Wilmington, DE 19889-0001
          Ian Fredericks,    One Rodney Sq.,    PO Box 636,   Wilmington, DE 19899-0636
         +Meegan B. Casey,   Riemer & Branustein,    Three Center Plaza,    6th Floor,
            Boston, MA 02108-2003
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2008**                                **Signature:** _Joseph Speetjens_