Tiffany Strelow Cobb (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
E-mail: tscobb@vorys.com
Telephone: 614-464-8322
Counsel for AOL LLC
and certain of its related entities

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO THE SERVICE LIST

**PLEASE TAKE NOTICE** that AOL LLC and certain of its related entities, including Platform-A Inc. and Advertising.com Inc., creditors herein, through counsel Tiffany Strelow Cobb of Vorys, Sater, Seymour and Pease LLP, appear herein and request, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

> Tiffany Strelow Cobb, Esq.
> Vorys, Sater, Seymour and Pease LLP
> 52 East Gay Street
> Columbus, Ohio 43215
> Telephone: 614-464-8322
> Facsimile:  614-719-4663
> E-mail: tscobb@vssp.com

Ms. Cobb consents to service by e-mail.

The undersigned further requests to be added to the service list in this case.

Dated:  December 1, 2008            Respectfully submitted,


/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq. (OH-0067516)
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, Ohio 43216
Phone: (614) 464-8322
Fax:    (614) 719-4663
E-mail:  tscobb@vssp.com

**COUNSEL FOR AOL LLC AND CERTAIN OF ITS RELATED
ENTITIES**

## CERTIFICATE OF SERVICE

The above and foregoing was served on the attached core service list the 1st day of
December, 2008.


/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb

## PRIMARY SERVICE LIST (Core and 2002) AS OF NOVEMBER 26, 2008

CIRCUIT CITY STORES, LLC
ATTN: REGINALD D. HEDGEBETH
9950 MAYLAND DRIVE
RICHMOND, VA 23233

COMMONWEALTH OF VIRGINIA
ATTN: STATE CORPORATION COMMISSIO
TYLER BUILDING
1300 E. MAIN STREET
RICHMOND, VA 23219

CORPORATE SALES AND USE, EMPLOYER
WITHHOLDING, AND LITTER TAX
ATTN: VIRGINIA DEPARTMENT OF TAXATION
3600 WEST BROAD STREET
RICHMOND, VA 23230-4915

DEPARTMENT OF JUSTICE CIVIL DIVISIO
ATTN: DIRECTOR
COMMERCIAL LITIGATION BRANCH
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044

ENVIRONMENTAL PROTECTION AGENCY
1650 ARCH STREET
PHILADELPHIA, PA 19103-2029

ENVIRONMENTAL PROTECTION AGENCY
ATTN: DIANA SAENZ
1200 PENNSYLVANIA AVENUE NW
SUITE 4209
WASHINGTON, DC 20004

ENVIRONMENTAL PROTECTION AGENCY
ATTN: OFFICE OF GENERAL COUNSEL
U.S. EPA MAILCODE 2377R
1300 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004

FTI CONSULTING, INC.
ATTN: MR. ROBERT J. DUFFY
MR. STEPHEN COULOMBE
200 STATE STREET, 2ND FLOOR
BOSTON, MA 02109

INTERNAL REVENUE SERVICE
ATTN: L LORELLO
400 N 8TH STREET BOX 76
RICHMOND, VA  23219

KIRKLAND & ELLIS LLP
ATTN:  LINDA K MYERS ESQ
200 E RANDOLPH DR
CHICAGO, IL  60601

KURTZMAN CARSON CONSULTANTS LLC
ATTN:  EVAN GERSHBEIN
2335 ALASKA AVENUE
EL SEGUNDO, CA  90245

KUTAK ROCK LLP
ATTN:  PETER J. BARRETT
1111 EAST MAIN STREET
SUITE 800
RICHMOND, VA  23219

LECLAIR RYAN
ATTN:  BRUCE MATSON ESQ
RIVERFRONT PLAZA E TOWER
951 E BYRD ST 8TH FL
RICHMOND, VA  23219

MCGUIREWOODS, LLP
ATTN:  DION W. HAYES
901 E CARY ST.
ONE JAMES CENTER
RICHMOND, VA  23219

NATIONAL ASSOCIATION OF ATTORNEYS
GENERAL
ATTN:  KAREN CORDRY, ESQ.
NAAG BANKRUPTCY COUNSEL
2030 M STREET, N.W., 8TH FLOOR
WASHINGTON, DC  20036

OFFICE OF THE ATTORNEY GENERAL
ATTN:  BOB MCDONNELL
STATE OF VIRGINIA
900 E. MAIN ST.
RICHMOND, VA  23219

OFFICE OF THE SECRETARY OF THE
COMMONWEALTH
1111 EAST BROAD STREET, 4TH FLOOR
RICHMOND, VA  23219

OFFICE OF THE U.S. TRUSTEE
ATTN:  ROBERT B. VAN ARSDALE
701 E. BROAD ST.
SUITE 4304
RICHMOND, VA  23219-1888

OFFICE OF THE UNITED STATES TRUSTEE
ATTN:  RICHMOND, VIRGINIA OFFICE
600 EAST MAIN STREET, SUITE 301
RICHMOND, VA  23219

PACHULSKI STANG ZIEHL & JONES LLP
ATTN:  JEFFREY N POMERANTZ ESQ
10100 SANTA MONICA BLVD 11TH FL
LOS ANGELES, CA  90067-4100

PACHULSKI STANG ZIEHL & JONES LLP
ATTN:  ROBERT J FEINSTEIN ESQ
780 THIRD AVE 36TH FL
NEW YORK, NY  10017

RIEMER & BRAUNSTEIN LLP
ATTN:  DAVID S. BERMAN
THREE CENTER PLAZA, 6TH FLOOR
BOSTON, MA  02108

SECRETARY OF TREASURY
15TH & PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC  20020

SECURITIES & EXCHANGE COMMISSION
ATTN:  BANKRUPTCY UNIT
15TH & PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC  20020

SECURITIES & EXCHANGE COMMISSION
ATTN:  NATHAN FUCHS, ESQ.
PATRICIA SCHRAGE, ESQ.
NEW YORK OFFICE
BRANCH/REORGANIZATION
233 BROADWAY
NEW YORK, NY  10279

SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
ATTN:  GREGG M. GALARDI
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE  19899-0636

SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
ATTN:  GREGG M. GALARDI, ESQ.
IAN S. FREDERICKS, ESQ.
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE  19899-0636

SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
ATTN:  TIMOTHY G. POHL, ESQ.
CHRIS L. DICKERSON, ESQ.
333 WEST WACKER DRIVE
SUITE 2000
CHICAGO, IL  60606

TAVENNER & BERAN PLC
ATTN:  LYNN L TAVENNER ESQ
PAULA S BERAN ESQ
20 N EIGHTH ST 2ND FL
RICHMOND, VA  23219

Andrew S Conway Esq
200 E Long Lake Rd Ste 300
Bloomfield Hills, MI  48304

Arent Fox LLP
Timothy F Brown Esq
Mary Joanne Dowd Esq
Christopher J Giaimo Esq
1050 Connecticut Ave NW
Washington , DC  20036

Arnall Golden Gregory LLP
Darryl S Laddin
Frank N White
171 17th St NW Ste 2100
Atlanta, GA  30363-1031

Assistant Attorney General
Mark Browning
Bankruptcy & Collections Division
PO Box 12548
Austin, TX  78711-2548

Attorney General of New Jersey
Anne Milgram
Richard J Hughes Justice Complex
PO Box 106 25 Market St
Trenton, NJ  08625-0119

Attorney General of the United States
Richard F Stein
Main Justice Building Rm 5111
10th St and Constitution Ave NW
Washington, DC  20530

Attorney General of the United States
Robert K Coulter
Main Justice Building Rm 5111
10th St and Constitution Ave NW
Washington, DC  20530

Attorney General of the United States
Robert P McIntosh
Main Justice Building Rm 5111
10th St and Constitution Ave NW
Washington, DC  20530

Ball Janik LLP
Justin D Leonard
101 SW Main St Ste 1100
Portland, OR  97204

Ballard Spahr Andrews & Ingersoll LLP
Constantinos G Panagopoulos Esq
Charles W Chotvacs Esq
601 13th St NW
Ste 1000 South
Washington, DC  20005

Ballard Spahr Andrews & Ingersoll LLP
David L Pollack Esq
Jeffrey Meyers Esq
Jesse N Silverman Esq
Mellon Bank Ctr 51st Fl
1735 Market St
Philadelphia, PA  19103

Bean Kinney & Korman PC
Mitchell B Weitzman Esq
2300 Wilson Blvd 7th Fl
Arlington, VA  22201

Bewley Lassleben & Miller LLP
Ernie Zachary Park
13215 E Penn St Ste 510
Whittier, CA  90602-1797

Binder & Malter LLP
Michael W Malter Esq
Julie H Rome Banks Esq
2775 Park Ave
Santa Clara, CA  95050

Blank Rome LLP
Regina Stango Kelbon Esq
John Lucian Esq
One Logan Sq
Philadelphia, PA  19103

Blankingship & Keith PC
William H Casterline Jr Esq
Jeremy B Root Esq
4020 University Dr Ste 300
Fairfax, VA  22030

Borges & Associates LLC
Wanda Borges Esq
575 Underhill Blvd Ste 118
Syosset, NY  11791

Bricker & Eckler LLP
Kenneth C Johnson
Andria M Beckham
100 S Third St
Columbus, OH  43215

Buchalter Nemer A Professional
Corporation
Craig C Chiang Esq
333 Market St 25th Fl
San Francisco, CA  94105-2126

Canon USA Inc
Ruth Weinstein
1 Canon Plz
Lake Success, NY  11042

Cantor Arkema PC
David K Spiro Esq
Neil E McCullagh Esq
PO Box 561
1111 E Main St 16th Fl
Richmond, VA  23218-0561

Carlton Fields PA
John J Lamoureux Esq
4221 W Boy Scout Blvd 10th Fl
Tampa, FL  33607-5736

Carroll & Carroll PLLC
Scott P Carroll Esq
831 E Morehead St Ste 440
Charlotte, NC  28202

Chatham County Tax Commissioner
Daniel T Powers
PO Box 8321
Savannah , GA  31412

Christian & Barton LLP
Augustus C Epps Jr Esq
Michael D Mueller Esq
Jennifer M McLemore Esq
909 E Main St Ste 1200
Richmond, VA  23219

Ciardi Ciardi & Astin PC
Albert A Ciardi III Esq
Thomas D Bielli Esq
One Commerce Sq Ste 1930
2005 Market St
Philadelphia, PA  19103

Cole Schotz Meisel Forman & Leonard
PA
G David Dean Esq
300 E Lombard St Ste 2000
Baltimore, MD  21202

Connolly Bove Lodge & Hutz LLP
Karen C Bifferato Esq
Christina M Thompson Esq
PO Box 2207
1007 N Orange St
Wilmington, DE  19899

Connolly Bove Lodge & Hutz LLP
Min Park Esq
1875 Eye St NW 11th Fl
Washington, DC  20006

Core Properties Inc
James Donaldson
831 E Morehead St Ste 445
Charlotte, NC  28202

Cox Castle & Nicholson LLP
Jess R Bressi Esq
19800 MacArthur Blvd Ste 500
Irvine, CA  92612

Culbert & Schmitt PLLC
Ann E Schmitt
30C Catoctin Cir SE
Leesburg, VA  20175

Developers Diversified Realty
Corporation
Eric C Cotton Esq
PO Box 227042
3300 Enterprise Pkwy
Beachwood, OH  44122

Donahue Gallagher Woods LLP
William R Hill
Eric A Handler
300 Lakeside Dr Ste 1900
Oakland , CA  94612

Donchess Notinger & Tamposi
Peter N Tamposi
547 Amherst St Ste 204
Nashua, NH  03063

Duane Morris LLP
Rudolph J Di Massa Jr Esq
Matthew E Hoffman Esq
30 S 17th St
Philadelphia, PA  19103

Durrette Bradshaw PLC
Roy M Terry Jr Esq
John C Smith Esq
Elizabeth L Gunn Esq
600 E Main St 20th Fl
Richmond, VA  23219

Enterprise Asset Management Inc
Lee Sudakoff
521 Fifth Ave Ste 1804
New York, NY  10175

Envision Peripherals Inc
Gay Richey
Sr Credit Manager
47490 Seabridge Dr
Fremont, CA  94538

Ervin Cohen & Jessup LLP
Michael S Kogan
9401 Wilshire Blvd 9th Fl
Bevery Hills, CA  90212

Foster Pepper PLLC
Christopher M Alston
1111 Third Ave Ste 3400
Seattle , WA  98101

Friedman Dumas & Springwater LLP
Ellen A Friedman Esq
150 Spear St Ste 1600
San Francisco, CA  94105

Glass & Reynolds
David G Reynolds Esq
PO Box 1700
Corrales, NM  87048

Goulston & Storrs PC
Christine D Lynch Esq
Peter D Bilowz Esq
400 Atlantic Ave
Boston, MA  02110-3333

Greenberg Glusker Fields Claman &
Machtinger LLP
Jeffrey A Krieger Esq
1900 Avenue of the Stars Ste 2100
Los Angeles, CA  90067-4590

Greenberg Traurig LLP
Daniel J Ansell Esq
200 Park Ave
New York, NY  10166

Greenberg Traurig LLP
Howard J Berman Esq
200 Park Ave
New York, NY  10166

Hamilton Beach Brands Inc
Bill Ray
4421 Waterfront Dr
Glen Allen, VA  23060

Herrick Feinstein LLP
Paul Rubin
Two Park Ave
New York, NY  10016

Hewitt & O Neil LLP
Lawrence J Hilton
19900 MacArthur Blvd Ste 1050
Irvine, CA  92612

Hinckley Allen & Snyder LLP
Jennifer V Doran Esq
28 State St
Boston, MA   02109

Hirschler Fleischer PC
Michael P Falzone Esq
Sheila deLa Cruz Esq
PO Box 500
Richmond, VA   23218-0500

Hofheimer Gartlir & Gross LLP
Scott R Kipnis Esq
Rachel N Greenberger Esq
Nicholas B Malito Esq
530 Fifth Ave
New York, NY   10036

Holland & Knight LLP
Richard E Lear
2099 Pennsylvania Ave NW Ste 100
Washington, DC   20006

Honigman Miller Schwartz and Cohn LLP
Seth A Drucker Esq
2290 First National Bldg
660 Woodward Ave
Detroit, MI   48226

Hunton & Williams LLP
Benjamin C Ackerly
JR Smith
Henry Toby P Long III
Riverfront Plz E Tower
951 E Byrd St
Richmond, VA   23219-4074

Hunton & Williams LLP
J Eric Crupi
1900 K St NW
Washington, DC   20006

Hunton & Williams LLP
Michael S Held Esq
1445 Ross Ave Ste 3700
Dallas, TX   75202-2799

Hunton & Williams LLP
Robert S Westermann Esq
Riverfront Plz E Tower
951 E Byrd St
Richmond, VA   23219-4074

Jeffer Mangels Butler & Marmaro LLP
David M Poitras PC
1900 Avenue of the Stars 7th Fl
Los Angeles, CA   90067

John Marshall Collins PC
John Marshall Collins Esq
50 W San Fernando St Ste 400
San Jose, CA  95113

K&L Gates LLP
Eric C Rusnak
1601 K St NW
Washington , DC  20006-1600

K&L Gates LLP
Marc Barreca
925 Fourth Ave Ste 2900
Seattle, WA  98104-1158

Katsky Korins LLP
Steven H Newman Esq
605 Third Ave 16th Fl
New York, NY  10158

Katten Muchin Rosenman LLP
c/o Brian D Huben
c/o Thomas J Leanse
c/o Dustin P Branch
2029 Century Park E Ste 2600
Los Angeles, CA  90067-3012

Kaufman & Canoles
Paul K Campsen Esq
150 W Main St Ste 2100
Norfolk, VA  23510

Kelley Drye & Warren LLP
James S Carr Esq
Robert L LeHane Esq
101 Park Ave
New York, NY  10178

King & Spalding LLP
James A Pardo Jr
Thaddeus D Wilson
1180 Peachtree St
Atlanta, GA  30309

Kitchens Kelly Gaynes PC
Heather D Dawson Esq
11 Piedmont Ctr Ste 900
3495 Piedmont Rd NE
Atlanta, GA  30305

Klee Tuchin Bogdanoff & Stern LLP
Michael L Tuchin
1999 Avenue of the Stars 39th Fl
Los Angeles, CA  90067-6049

Klehr Harrison Harvey Branzburg &
Ellers LLP
Jeffrey Kurtzman Esq
260 S Broad St
Philadelphia, PA  19102

Krokidas & Bluestein LLP
Anthony J Cichello Esq
600 Atlantic Ave
Boston, MA  02210

Kupelian Ormond & Magy PC
Terrance A Hiller Jr Esq
David M Blau Esq
25800 Northwestern Hwy Ste 950
Southfield, MI  48075

Kutak Rock LLP
Michael A Condyles Esq
Loc Pfeiffer Esq
Peter J Barrett Esq
1111 E Main St Ste 800
Richmond, VA  23219-3500

Landsberg Margulies LLP
Ian S Landsberg Esq
16030 Ventura Blvd Ste 470
Encino, CA  91436

Latham &  Watkins LLP
Josef S Athanas
Sears Tower Ste 5800
233 S Wacker Dr
Chicago, IL  60606

Law Offices of Ronald K Brown Jr
Ronald K Brown Jr
901 Dove St Ste 120
Newport Beach, CA  92660

LeClairRyan A Professional
Corporation
Bruce H Matson
Riverfront Plz E Tower
951 E Byrd St
Richmond, VA  23218-2499

Leitess Leitess Friedberg & Fedder PC
Jeremy S Friedberg Esq
Gordon S Young Esq
One Corporate Ctr
10451 Mill Run Cir Ste 1000
Owings Mills, MD  21117

Levy Stopol & Camelo LLP
Larry Stopol Esq
1425 RexCorp Plz
Uniondale, NY  11556-1425

Lim Ruger & Kim LLP
Samuel S Oh Esq
1055 W Seventh St Ste 2800
Los Angeles, CA  90017

Linebarger Goggan Blair & Sampson LLP
Diane W Sanders
PO Box 17428
1949 S IH 35 78741
Austin, TX  78760

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2323 Bryan St Ste 1600
Dallas, TX  75201

Linowes and Blocher LLP
Bradford F Englander Esq
Brian M Nestor Esq
7200 Wisconsin Ave Ste 800
Bethesda , MD  20814

Lionel J Postic PC
Lionel J Postic Esq
125 Townpark Dr Ste 300
Kennesaw, GA  30144

Magruder Cook Carmody & Koutsouftikis
Anne M Magruder Esq
Leon Koutsouftikis Esq
1889 Preston White Dr Ste 200
Reston, VA  20191

McCarter & English LLP
Clement J Farley
Angela Sheffler Abreu
Four Gateway Ctr
100 Mulberry St
Newark , NJ  07102-4096

McCreary Veselka Bragg & Allen PC
Michael Reed
PO Box 1269
Round Rock , TX  78680

McDermott Will & Emery LLP
Geoffrey T Raicht Esq
340 Madison Ave
New York, NY  10173-1922

McDermott Will & Emery LLP
Karla L Palmer Esq
600 13th St NW
Washington, DC  20005-3096

McDonough Holland & Allen PC
Mary E Olden Esq
Andre K Campbell Esq
Sean Thomas Thompson Esq
555 Capitol Mall Ste 950
Sacramento, CA  95814

McKenna Long & Aldridge LLP
John G McJunkin Esq
1900 K St NW
Washington, DC  20006

McKenna Long & Alridge LLP
John G McJunkin Esq
J David Folds
1900 K St NW
Washington, DC  20006

Menter Rudin & Trivelpiece PC
Kevin M Newman Esq
308 Maltbie St Ste 200
Syracuse , NY  13204-1498

Michael J Sawyer
Quincy Ctr Plaza
PO Box 55888
1385 Hancock St
Quincy, MA  02169

Michelle Leeson CFCA
PO Box 25300
Bradenton, FL  34206-5300

Michelle Leeson CFCA
819 US 301 Blvd W
Bradenton, FL  34205

Miller Canfield Paddock and Stone PLC
John L Senica
225 W Washington Ste 2600
Chicago, IL  60606

Missouri Department of Revenue
Attn Richard M Maseles
Bankruptcy Unit
PO Box 475
Jefferson City, MO  65105-0475

Mitsubishi Digital Electronics
America Inc
Brian Atteberry
AV Division
9351 Jeronimo Rd
Irvine, CA  92656

Monarch Alternative Capital LP
Andrew Herenstein
535 Madison Ave
New York, NY  10022

Morgan Lewis & Bockius LLP
Neil E Herman Esq
101 Park Ave
New York, NY  10178-0600

Neuberger Quinn Gielen Rubin & Gibber
PA
Deborah H Devan Esq
One South St 27th Fl
Baltimore , MD  21202-3282

O Melveny & Myers LLP
Michael J Sage Esq
Karyn B Zeldman Esq
Times Square Tower
7 Times Square
New York, NY  10036

Office of Joe G Tedder CFC
Bonnie Holly
Deliquency and Enforcement
PO Box 2016
Bartow, FL  33831-2016

Office of Unemployment Compensation
Tax Services
Timothy A Bortz
Dept of Labor and Industry Reading
Bankruptcy & Compliance Unit
625 Cherry St Rm 203
Reading, PA  19602-1184

Olshan Grundman Frome Rosenzweig &
Wolosky LLP
Michael S Fox Esq
Frederick J Levy Esq
Park Avenue Tower
65 E 55th St
New York, NY  10022

Oppenheimer Blend Harrison & Tate Inc
Raymond W Battaglia
711 Navarro 6th Fl
San Antonio, TX  78205

Orrick Herrington & Sutcliffe LLP
Scott A Stengel Esq
Jonathan P Guy Esq
Columbia Ctr
1152 15th St NW
Washington, DC  20005-1706

Patton Boggs LLP
R Timothy Bryan
Alan M Noskow
8484 Westpark Dr 9th Fl
McLean, VA  22102

Perdue Brandon Fielder Collins & Mott
LLP
Elizabeth Banda
PO Box 13430
Arlington, TX  76094-0430

Phillips Goldman & Spence PA
Stephen W Spence Esq
Scott L Adkins Esq
1200 N Broom St
Wilmington, DE  19806

Posternak Blankstein & Lund LLP
Robert Somma Esq
Laura A Otenti Esq
Prudential Tower
800 Boylston St
Boston, MA  02199

Powell Goldstein LLP
William C Crenshaw Esq
901 New York Avenue NW Third Fl
Washington, DC  20001

Quarles & Brady LLP
Brian Sirower Esq
Lori L Winkelman Esq
Catherine M Guastello Esq
Renaissance One
Two N Central Ave
Phoenix, AZ  85004-2391

Quarles & Brady LLP
Catherine M Guastello Esq
Two N Central Ave
Phoenix, AZ  85004

Quarles & Brady LLP
Faye B Feinstein Esq
Christopher Combest Esq
500 W Madison St Ste 3700
Chicago, IL  60661

Ravich Meyer Kirkman McGrath Nauman &
Tansey PA
Michael F McGrath Esq
4545 IDS Ctr
80 S Eighth St
Minneapolis , MN  55402

Regency Centers
Catherine L Strauss
Regency Corporate Counsel
8044 Montgomery Rd Ste 520
Cincinnati, OH  45236

Riemer & Braunstein LLP
David S Berman
Three Ctr Plz 6th Fl
Boston, MA  02108

Robinson Brog Leinwand Greene
Genovese & Gluck PC
Fred B Ringel Esq
1345 Avenue of the Americas
New York, NY  10105

Robinson Diamant & Wolkowitz
Douglas D Kappler Esq
1888 Century Park E Ste 1500
Los Angeles, CA  90067

Ronald M Tucker Esq
225 W Washington St
Indianapolis, IN  46204

Ross Banks May Cron & Cavin PC
c/o James V Lombardi III
2 Riverway Ste 700
Houston, TX  77056

Saiber LLC
Nancy A Washington Esq
One Gateway Ctr 13th Fl
Newark, NJ  07102

Sands Anderson Marks & Miller
William A Gray
C Thomas Ebel
PO Box 1998
801 E Main St Ste 1800
Richmond, VA  23218-1998

Sands Anderson Marks & Miller PC
C Thomas Ebel Esq
William A Gray Esq
Peter M Pearl Esq
Lisa Taylor Hudson Esq
801 E Main St
Richmond , VA  23219

Satterlee Stephens Burke & Burke LLP
Christopher R Belmonte Esq
Pamela A Bosswick Esq
Abigail Snow Esq
230 Park Ave
New  York, NY  10169

Saul Ewing LLP
Edith K Altice Esq
Lockwood Pl
500 E Pratt St Ste 900
Baltimore, MD  21202-3171

Saul Ewing LLP
Jeremy W Ryan Esq
PO Box 1266
222 Delaware Ave
Wilmington, DE  19801

Schreeder Wheeler & Flint LLP
Lawrence S Burnat Esq
J Carole Thompson Hord Esq
1100 Peachtree St NE
Ste 800
Atlanta, GA  30309

Schulte Roth & Zabel LLP
Michael L Cook
David M Hillman
Meghan M Breen
919 Third Ave
New York, NY  10022

Seyfarth Shaw LLP
William J Factor Esq
131 S Dearborn St Ste 2400
Chicago, IL  60603

Smith Gambrell & Russell LLP
Brian P Hall Esq
Ste 3100 Promenade II
1230 Peachtree St NE
Atlanta , GA  30309

Sony Electronics Inc
Lloyd B Sarakin
1 Sony Dr MD No 1E 4
Park Ridge, NJ  07656

Southwinds Ltd
Paul Resnick
5900 Wilshire Blvd Ste 2600
Los Angeles, CA  90036

Stevens & Lee PC
Steven J Adams Esq
111 N 6th St
Reading, PA  19603

Stinson Morrison Hecker LLP
Jaime S Dibble
1150 18th St NW Ste 800
Washington, DC  20036-3816

Stromberg & Associates PC
Mark Stromberg
Two Lincoln Ctr
5420 LBJ Fwy Ste 300
Dallas, TX  75240

Stutman Treister & Glatt PC
Eric D Goldberg
1901 Avenue of the Stars 12th Fl
Los Angeles, CA  90067

Taft Stettinius & Hollister LLP
Jeffrey J Graham
One Indiana Sq Ste 3500
Indianapolis, IN  46204

Taxing Authority Consulting Services PC
Mark K Ames
Jeffrey Scharf
PO Box 771476
Richmond, VA  23255

The Cafaro Company
Richard T Davis
PO Box 2186
2445 Belmont Ave
Youngstown, OH  44504-0186

The Law Offices of David A Greer PLC
David A Greer Esq
500 E Main St Ste 1225
Norfolk, VA  23510

Travelers
Mike Lynch
Account Resolution
One Tower Sq 5MN
Hartford, CT  06183

UrbanCal Oakland II LLC
c/o Urban Retail Properties LLC
900 N Michigan Ave Ste 900
Chicago, IL  60611

US Securities and Exchange Commission
Susan R Sherrill Beard
Atlanta Regional Office
Ste 1000 3475 Lenox Rd NE
Atlanta, GA  30326-1232

Vonage Holdings Inc
Angelique Electra
23 Main St
Holmdel , NJ  07733

Vorys Sater Seymour and Pease LLP
Malcolm M Mitchell Jr
Suparna Banerjee
Kara D Lehman
277 S Washington St Ste 310
Alexandria, VA  22314

Weiland Golden Smiley Wang Ekvall & Strok LLP
Lei Lei Wang Ekvall Esq
650 Town Ctr Dr Ste 950
Costa Mesa, CA  92626

Weingarten Realty Investors
Jenny J Hyun Esq
2600 Citadel Plz Dr
Houston, TX  77008

Whiteford Taylor Preston LLP
Kevin G Hroblak Esq
7 Saint Paul St
Baltimore, MD  21202

Wiley Rein LLP
H Jason Gold Esq
Dylan G Trache Esq
7925 Jones Branch Dr Ste 6200
McLean, VA  22102

Williams Mullen
William H Schawrzschild III
Two James Ctr 16th Fl
1021 E Cary St PO Box 1320
Richmond, VA  23218-1320

Winthrop & Weinstine PA
Christopher A Camardello
225 S Sixth St Ste 3500
Minneapolis , MN  55402

Womble Carlyle Sandridge & Rice PLLC
Jeffrey L Tarkenton
Todd D Ross
1401 Eye St NW Ste 700
Washington, DC  20005

Young Goldman & Van Beek PC
Neil P Goldman Esq
John P Van Beek Esq
510 King St Ste 416
Alexandria, VA  22313