UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

-----------------------------------------------------------------------x

In re:                                                          : Chapter 11
                                                                :
CIRCUIT CITY STORES, Inc., *et al.*,                            : Case No. 08-35653 (KRH)
                                                                :
              Debtors.                                          : (Jointly Administered)
                                                                :
-----------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, by this Notice of Appearance, Allen & Overy LLP

hereby appears in the above-captioned cases (the **Chapter 11 Case**) under chapter 11 of title 11 of the

United States Code (the **Bankruptcy Code**) as counsel for Alvarez & Marsal Canada ULC, the court-

appointed Monitor (the **Monitor**) and foreign representative of InterTAN Canada Ltd. and Tourmalet

Corp., Canadian subsidiaries of the above-captioned debtors (the **Debtors**), in proceedings under

Canada's *Companies' Creditor Arrangement Act*, R.S.C. 1985, c. C-36, as amended, pending before the

Ontario Superior Court of Justice, and pursuant to Rules 2002, 3017, 9007, and 9010(b) of the Federal

Rules of Bankruptcy Procedure (the **Bankruptcy Rules**) and sections 342 and 1109(b) of the Bankruptcy

Code, and hereby requests that all notices given or required to be served in the Chapter 11 Case, whether

written or oral, and all papers served in the Chapter 11 Case (including but not limited to all papers filed

and served in all adversary proceedings in the Chapter 11 Case and all notices mailed to statutory

committees or their authorized agents and to creditors and equity security holders who file with the

Bankruptcy Court a request that all notices be mailed to them) be given to or served upon:

ALLEN & OVERY LLP
Counsel for Alvarez & Marsal Canada ULC
1221 Avenue of the Americas
New York, NY 10020
Attention:        Ken Coleman
Telephone:      (212) 610-6300
Facsimile:       (212) 610-6399
Email:            Ken.Coleman@allenovery.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic or computer means, facsimile transmission, telegraph, telex, or otherwise that (1) affect the Debtors, any property of the Debtors, or any property in which the Debtors hold an interest; and/or (2) affect or seek to affect in any way any rights or interest of any party in interest in these proceedings.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the rights of the Monitor (i) to have final orders in noncore matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversies, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Monitor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the undersigned be added to the Official Service List, or any other creditor matrix for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 Case.

Dated:  New York, New York
       December 1, 2008

ALLEN & OVERY LLP

By: /s/ Ken Coleman
Ken Coleman
1221 Avenue of the Americas
New York, NY 10020
Telephone:      (212) 610-6300
Facsimile:       (212) 610-6399
Ken.Coleman@allenovery.com

*Counsel for Alvarez & Marsal Canada ULC*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2008, a copy of the foregoing Notice of Appearance and

Demand for Service of Pleadings was served via electronic service upon the parties registered with the

Court's CM/ECF system, and was sent by first class U.S. Mail, postage pre-paid, to:


Office of the U.S. Trustee
Attn: Robert B. Van Arsdale, Esq.
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888

Circuit City Stores, Inc.
Attn: Reginald Hedgebeth
9950 Mayland Dr.
Richmond, VA 23233

Circuit City Stores, Inc.
Attn: Daniel W. Ramsey
9950 Mayland Dr.
Richmond, VA 23233

Gregg M. Galardi, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19899-0636

Chris Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219


/s/ Ken Coleman
Ken Coleman