UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | |
| | ) | Case No.:    08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 AND
REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002**

Please take notice that the undersigned counsel hereby enters his appearance pursuant to 11 U.S.C. §1109(b), Fed. R. Bankr. P. 9010 and Local Bankruptcy Rule 9010-1 on behalf of Rio Associates Limited Partnership, a party in interest in this proceeding, and pursuant to Fed. R. Bankr. P. 2002 requests that copies of all orders, notices, pleadings and all other documents, papers or instruments filed, given or required to be given in the above-captioned case be served on the following via mail, hand delivery, fax, electronically or other appropriate means at the address indicated below:

> David D. Hopper, Esquire
> Cook, Heyward, Lee, Hopper & Feehan, P.C.
> 4551 Cox Road, Suite 210
> P. O. Box 3059
> Glen Allen, Virginia 23058-3059
>
> Telephone:    (804) 747-4500
> Facsimile:    (804) 762-9608
> E-mail:    ddhopper@chlhf.com

David D. Hopper (VSB # 30038)
Cook, Heyward, Lee, Hopper & Feehan, P.C.
4551 Cox Road, Suite 210
P. O. Box 3059
Glen Allen, VA 23058-3059
Telephone:    (804) 747-4500
Facsimile:    (804) 762-9608
E-mail:    [ddhopper@chlhf.com](mailto:ddhopper@chlhf.com)

*Counsel for Rio Associates Limited Partnership*

RIO ASSOCIATES LIMITED PARTNERSHIP


By:   /s/ David D. Hopper

David D. Hopper (VSB # 30038)
Cook, Heyward, Lee, Hopper & Feehan, P.C.
4551 Cox Road, Suite 210
P. O. Box 3059
Glen Allen, Virginia 23058-3059
Telephone:    (804) 747-4500
Facsimile:    (804) 762-9608

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of December, 2008, a true and correct copy of the foregoing Notice of Appearance Pursuant to Bankruptcy Rule 9010 and Request for Notice Pursuant to Bankruptcy Rule 2002 was served on all persons receiving electronic notice in these cases and that a true and correct copy of same was served via first class U.S. Mail, postage prepaid, on:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Assistant United States Trustee*


Dion W. Hayes
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
*Counsel for the Debtors*


Greg M. Galardi
Ian S. Frederick
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P. O. Box 636
Wilmington, DE 19899-0636
*Counsel for the Debtors*


          __/s/ David D. Hopper_____