UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., ) | Chapter 11 |
| et al., ) | |
| ) | Honorable Kevin R. Huennekens |
| Debtors. ) | |
| ) | Jointly Administered |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPER

PLEASE TAKE NOTICE that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests entry of his appearance in this case as counsel for 3725 Airport Boulevard, LP in the above-captioned bankruptcy case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002(i) and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned request that all notices and all other papers required to be served in this case be served upon the following persons and that the following persons be added to the mailing matrix in this case:

Detlef G. Lehnardt
Stephen K. Lehnardt
Lehnardt & Lehnardt, LLC
20 Westwoods Drive
Liberty, Missouri 64068-3519
Telephone: (816) 407-1400
Facsimile: (816) 407-9088
skleh@lehnardt-law.com

FURTHER, PLEASE TAKE NOTICE that, without limiting the foregoing request for service of all notices and other papers, the undersigned specifically request, pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, to be served with all proposed plans of reorganization and disclosure statements and objections relating thereto, as well as all other pleadings, memoranda, and briefs in support of any of the foregoing.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive: (a) 3725 Airport Boulevard, LP's right to have final orders in non-core matters entered only after de novo review by a federal district court judge; (b) 3725 Airport Boulevard, LP's right to have the reference withdrawn by the federal district court in any matter

subject to mandatory or discretional withdrawal; or (c) any other rights, claims, actions, or defenses to which 3725 Airport Boulevard, LP is or may be entitled in law or in equity, all of which rights, claims, actions, and defenses are expressly reserved.

                                  LEHNARDT & LEHNARDT, LLC

                                  */s/ Stephen K. Lehnardt*

                                  Detlef G. Lehnardt (MO 43948)
                                  Stephen K. Lehnardt (MO 44968)
                                  20 Westwoods Drive
                                  Liberty, Missouri 64068-3519
                                  Telephone: (816) 407-1400
                                  Facsimile: (816) 407-9088
                                  skleh@lehnardt-law.com

                                  Attorneys for 3725 Airport Boulevard, LP

Dated: November 26, 2008