**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | Chapter 11 |
| CIRCUIT CITY STORES, INC, et al., | ) ) | Case No. 08-35653-KRH Jointly Administered |
| Debtors. | ) ) |  |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Janet M. Meiburger, counsel to Ricmac Equities Corporation, a party in interest in the above-captioned bankruptcy case, hereby appears in the above-captioned bankruptcy pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests, pursuant to Sections 342 and 1109(b) of the Bankruptcy Code Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), that copies of all notices and pleadings given or filed in this bankruptcy case and/or in any adversary proceeding or contested matter filed in connection herewith be given to and served upon:

> Janet M. Meiburger, Esq.
> The Meiburger Law Firm, P.C.
> 1493 Chain Bridge Road, Suite 201
> McLean, Virginia 22101
> (703) 556-7871
> FAX: (703) 556-8609
> email: admin@meiburgerlaw.com

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Attorney for Ricmac Equities Corporation

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, demands, disclosure statements and plans of reorganization, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, facsimile, electronic mail or otherwise filed or made in or with regard to the above-referenced bankruptcy case and any proceedings related thereto.

This notice of appearance and demand for notices and papers shall not be deemed or construed to be a waiver of any of the rights of Ricmac Equities Corporation (1) to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (2) to invoke the right to a trial by jury in any proceeding so triable in this bankruptcy case or in any other case, controversy, or proceeding related to this bankruptcy case; (3) to ask the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to contend that jurisdiction or venue in this Court over any matter is improper or inappropriate; or (5) of any other rights, claims, actions, setoffs, or recoupments to which to the Landlords are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Landlords expressly reserve.

        Respectfully submitted

        THE MEIBURGER LAW FIRM, P.C.

Dated: December 1, 2008        By:   /s/ Janet M. Meiburger
        Janet M. Meiburger, Esq.
        (VSB No. 31842)
        1493 Chain Bridge Road, Suite 201
        McLean, Virginia 22101
        (703) 556-7871
        Attorney for Ricmac Equities Corporation

# CERTIFICATE OF SERVICE

I HEREBY certify that on this 1st day of December, 2008, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers to be served by ECF e-mail pursuant to the applicable Standing Order of the Court and by first class mail, postage prepaid on the following:

>Richard McDaniel
>Ricmac Equities Corporation
>1121 Ocean Forest Lane
>Seabrook, South Carolina 29455
>
>Gregg M. Galardi
>Skadden, Arps, Slate, Meagher & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899
>
>Timothy G. Pohl, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>333 West Wacker Drive, Suite 2000
>Chicago, Il 60606
>
>Dion W. Hayes (VSB No. 34304)
>McGuire Woods LLP
>One James Center
>901 E. Cary Street
>Richmond, VA 23219
>
>Office of the United States Trustee
>Richmond, Virginia Office
>600 East Main Street, Suite 301
>Richmond, VA 23219

/s/ Janet M. Meiburger
Janet M. Meiburger