1  BARBARA LAWALL
   PIMA COUNTY ATTORNEY
2  CIVIL DIVISION
   By: German Yusufov/Terri A. Roberts
3  Deputy County Attorneys
   32 North Stone Avenue, Suite 2100
4  Tucson, Arizona 85701
   Telephone: (520) 740-5750
5  Facsimile: (520) 620-6556
   Arizona State Bar Nos. 023544/012862
6  Attorneys for Creditor Pima County, Arizona

7          IN THE UNITED STATES BANKRUPTCY COURT

8          EASTERN DISTRICT OF VIRGINIA (RICHMOND)

9  IN RE:                              Case No: 08-35653-KRH

10 CIRCUIT CITY STORES, INC.           **Jointly Administered**

11         Debtor(s).                  CHAPTER 11

13                      **REQUEST FOR NOTICES**

14    **COME NOW** German Yusufov and Terri A. Roberts, Attorneys for Pima County, and

15 hereby request that all notices, motions, briefs, pleadings, orders and other papers that may be

17 filed in this case be served upon them at their business address: Pima County Attorney, Civil

18 Division, 32 N. Stone, Suite 2100, Tucson, Arizona 85701. Please take notice that the foregoing

19 request for notice includes, without limitation and to the extent applicable, any disclosure

20 statement, plan of reorganization, notice of any orders, pleadings, motions, applications,

21 ///
22 ///
23 ///

-1-

|     |                                                                                                              |
|-----|--------------------------------------------------------------------------------------------------------------|
| 1   | demands, requests for hearings and memoranda and briefs in support of any of the foregoing.                  |
| 2   | RESPECTFULLY SUBMITTED this __1st__ day of __December__ 2008.                                                |
| 3   | BARBARA LAWALL                                                                                               |
| 4   | PIMA COUNTY ATTORNEY                                                                                         |
| 5   | By: _____                                                                                |
|     | German Yusufov                                                                                               |
| 6   | AZ Bar No. 023544                                                                                            |
|     | Deputy County Attorney                                                                                       |

(Left margin: BARBARA LAWALL / PIMA COUNTY ATTORNEY / CIVIL DIVISION / 32 N. Stone Avenue, #2100 / Tucson, AZ 85701 / (520)740-5750)

By: _____
Terri A. Roberts
AZ Bar No 012862
Deputy County Attorney

A copy of the foregoing mailed this __1st__ day of __December__ 2008 to:

Daniel F. Blanks
Dion W. Hayes
Douglas M. Foley
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510
Attorney for Debtor

U. S. Trustee
W. Clarkson McDow, Jr.
Robert B. Van Arsdale
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

By: _Alison Moreno_

-2-