IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,
et al.

Debtors.

Chapter 11

Case No. 08-35653

Jointly Administered

## REQUEST FOR ADEQUATE ASSURANCE, REQUEST FOR ADDITIONAL ADEQUATE ASSURANCE AND OBJECTION TO DEBTOR'S PROPOSED ADEQUATE ASSURANCE

Knoxville Utilities Board ("KUB") objects to Debtor's Proposed Adequate Assurance and requests payment of Adequate Assurance for three (3) stores operating in the area of Knox County, Tennessee. The aforesaid stores are not on the proposed list for closings. In support of its request, KUB says as follows:

1.  The Debtor's proposal to use a "block" account is inadequate in that the Knoxville Utilities Board needs at least a two-month deposit for post-petitions operations.

2.  The Debtor's proposed "block" account, pursuant to 11 U.S.C. §366 does not constitute adequate assurance of payment in that it is not any form of assurance of payment identified under 11 U.S.C. §366(c).

3.  The proposed adequate assurance is not "satisfactory" to KUB as required by the bankruptcy code and may, in fact, be illusory, where the debtor could default and Bank of America would not be required to continue funding.

4.  The procedure proposed in the Proposed Adequate Assurance places the burden for a satisfactory post petition deposit upon the utility company and places it at

risk as to whether, in fact, it will be paid. These requests do not provide adequate assurance and are contrary to the provisions prescribed by 11 U.S.C. §366(c).

5. Knoxville Utilities Board will accept a cash deposit of $37,000.00 for the post-petition operations of the three stores in question in Knox County, Tennessee, which represents approximately a 2-month usage.

Respectfully submitted this 25th day of November, 2008.

*Dean B. Farmer* By *Kandi R Yeager*
Dean B. Farmer, Esq. (BPR # 006851)
Hodges, Doughty & Carson
617 Main Street
Knoxville, Tennessee 37901
*Attorney for Knoxville Utilities Board*

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been forwarded to the following persons, by placing same in the U.S. Mail, postage prepaid, on this the 25th day of November, 2008:

Sarah B. Boehm, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher
 & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Circuit City Stores, Inc.
Reggie Hedgebeth
Daniel Ramsey
9960 Mayland Drive
Richmond, VA 23233

David S. Berman, Esq.
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

*Dean B. Farmer* By *Kandi R Yeager*
Dean B. Farmer

Q:\Sue\DBF CASES\KUB\Circuit City\Request for Additional Assurance.doc



**HODGES DOUGHTY & CARSON**
ATTORNEYS

DALTON L. TOWNSEND
ROY L. AARON
DEAN B. FARMER
DAVID N. WEDEKIND
ALBERT J. HARB
EDWARD G. WHITE II
THOMAS H. DICKENSON
J. WILLIAM COLEY
J. MICHAEL HAYNES
T KENAN SMITH
WAYNE A. KLINE
HIRAM G. TIPTON
B. CHASE KIBLER
CHRISTOPHER D. HEAGERTY
KRISTI M. DAVIS
JOSHUA M. BALL
JOSHUA J. BOND

ASSOCIATES
LISA J HAIL
KANDI R. YEAGER
E. MICHAEL BREZINA III
MATTHEW A. BIRDWELL
OLIVER D ADAMS
WESLEY D. STONE

OF COUNSEL
ROBERT R. CAMPBELL
JOHN W. WHEELER
JULIA S. HOWARD

RETIRED
JONATHAN H. BURNETT
DAVID E. SMITH
DOUGLAS L. DUTTON
WILLIAM F. ALLEY, JR

J.H HODGES (1896-1983)
J.H. DOUGHTY (1903-1987)
RICHARD L. CARSON (1912-1980)
JOHN P. DAVIS, JR. (1923-1977)

November 25, 2008

Clerk of the Court
United States Bankruptcy Court
Eastern District of Virginia
1100 East Main Street, Room 310
Richmond, VA 23219-3515

Re:   Circuit City Stores, Inc., et al.
      USBC No. 08-35653

To Whom It May Concern:

Please find enclosed Knoxville Utility Board's Request for Adequate Assurance, Request for Additional Adequate Assurance and Objection to Debtor's Proposed Adequate Assurance for filing. I have enclosed an return envelope for your convenience.

Very truly yours,

HODGES, DOUGHTY & CARSON, PLLC

Dean B. Farmer /els

DBF/sb