**HODGSON RUSS LLP**
Garry M. Graber, Esq.
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone: (716) 856-4000
Facsimile: (716) 849-0349
Email: GGraber@HodgsonRuss.com

*Counsel for Manufacturers & Traders Trust Company, as Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
              :  Chapter 11
In re:        :
              :  Case No. 08-35653-KRH
CIRCUIT CITY STORES, INC., et al.,  :
              :  Jointly Administered
        Debtors.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES, PAPERS AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that Hodgson Russ LLP (Garry M. Graber, Esq.) hereby appears in the above-captioned Chapter 11 cases on behalf of Manufacturers & Traders Trust Company, as Trustee ("M&T"), a party in interest to these bankruptcy proceedings. Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), request is hereby made for copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary

- 2 -

proceedings in these cases, and all notices mailed only to whom filed with the court a request that all notices be mailed to them) be given to and served upon its attorneys identified as follows:

> **HODGSON RUSS LLP**
> Attn:  Garry M. Graber, Esq.
> The Guaranty Building
> 140 Pearl Street, Suite 100
> Buffalo, New York  14202
> Telephone:  (716) 856-4000
> Facsimile:  (716) 849-0349
> Email:  GGraber@HodgsonRuss.com.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the rules specified above, but also, without limitation, all orders and notices of any kind, including any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or the property of the debtors.

**PLEASE TAKE FURTHER NOTICE** that Hodgson Russ, LLP (Garry M. Graber, Esq.) hereby consents to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys and the address identified herein be added to all Service Lists maintained by the Debtors or otherwise for notice of all contested matters, adversary proceedings, and any other related or ancillary proceedings.

Page 3 of 3

- 3 -

Dated: December 1, 2008
      Buffalo, New York        **HODGSON RUSS LLP**
*Counsel for*
*Manufacturers & Traders Trust Company, as Trustee*

By:   /s/ Garry M. Graber
       Garry M. Graber, Esq.
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202
Telephone: (716) 856-4000
Facsimile: (716) 849-0349
Email: GGraber@HodgsonRuss.com

CERTIFICATE OF SERVICE

      Garry M. Graber, by his signature below, certifies that on December 1, 2008, the foregoing **Notice of Appearance and Request for Service of All Notices, Papers and Other Documents** was served via electronic transmission using the Court's CM/ECF system upon counsel for the Debtors, the Office of the United States Trustee, counsel for the Official Committee of Unsecured Creditors and all parties requesting notice.

       /s/ Garry M. Graber
      Garry M. Graber