## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | CHAPTER 11 |
| | § | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
### (Cameron Group Associates, LLP)

**PLEASE TAKE NOTICE** that Andrew M. Brumby, Esquire, of the firm of Shutts & Bowen LLP, 300 South Orange Avenue, Suite 1000, Post Office Box 4956, Orlando, Florida 32802-4956, files this Notice of Appearance as counsel of record in this proceeding for CAMERON GROUP ASSOCIATES, LLP.

Pursuant to 11 U.S.C. §1109(b) and F.R.B.P. 2002 and 9010(b), the undersigned does hereby request and demand that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, plans of reorganization, disclosure statements, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, plan, disclosure statement, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever. The undersigned further requests that the Clerk add him to the matrix in this case.

The filing of this Notice of Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of Cameron Group Associates, LLP, nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity jurisdiction of this Court, (ii) an acknowledgment that any specific

adversary proceeding or contested matter is either core or non-core; (iii) an acknowledgment or consent to the entry by this Court of a final judgment in any non-core adversary proceeding or contested matter; and (iv) or a waiver of any right to jury trial which may exist in favor of Cameron Group Associates, LLP, in any proceeding that has been or will be instituted during the course of the case.

Dated this 1st day of December, 2008.

                                        SHUTTS & BOWEN LLP
                                        300 S. Orange Avenue, Suite 1000
                                        Orlando, Florida 32801
*Mailing Address:*  Post Office Box 4956
                                        Orlando, Florida 32802-4956
                                        407-835-6901
                                        407-849-7201 (fax)
                                        *abrumby@shutts.com*
                                        Attorneys for Cameron Group Associates, LLP

                                       By:  /s/ Andrew M. Brumby
                                               Andrew M. Brumby
                                               Florida Bar No.: 0650080

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed a copy of the foregoing document with this Court's CM/ECF System to be served in accordance therewith and that a copy of the foregoing document was served this 1st day of December, 2008, on the following parties by either court enabled electronic filing or by depositing a copy of same in the United States Mail, postage pre-paid thereon, to be delivered to the addresses set forth below:

| | |
|---|---|
| **Circuit City Stores, Inc.**<br>9950 Mayland Drive<br>Richmond, VA 23233 | **Robert B. Van Arsdale**<br>Office of the U. S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 |
| **Bruce H. Besanko**<br>9950 Mayland Drive<br>Richmond, VA 23233<br>*Debtor Designee* | *Robert.B.Van.Arsdale@usdoj.gov*<br>804-771-2310<br>*Counsel for Trustee* |

2

**Dion W. Hayes**
(804) 775-1144
*dhayes@mcguirewoods.com*
**Joseph S. Sheerin**
(804) 775-1135
*jsheerin@mcguirewoods.com*
**Sarah Beckett Boehm**
(804) 775-1000
*sboehm@mcguirewoods.com*
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
and
**Daniel F. Blanks**
(757) 640-3774
*dblanks@mcguirewoods.com*
**Douglas M. Foley**
(757) 640-3715
*dfoley@mcguirewoods.com*
MCGUIREWOODS LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtor*

**Robert J. Feinstein**
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Ave. 36th Floor
New York, NY 10017
(212) 561-7710
*rfeinstein@pszjlaw.com*
and
**Brad R. Godshall**
*bgodshall@pszjlaw.com*
**Jeffrey N. Pomerantz**
*jpomerantz@pszjlaw.com*
PACHULSKI STANG ZIEHL & JONES, LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
(310) 277-6910
and
**John D. Fiero**
PACHULSKI STANG ZIEHL & JONES, LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
(415) 263-7000
*jfiero@pszjlaw.com*
and
**Lynn L. Tavenner**
*ltavenner@tb-lawfirm.com*
**Paula S. Beran**
*pberan@tb-lawfirm.com*
TAVENNER & BERAN, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
(804) 783-8300
*Counsel for Official Committee of Unsecured Creditors*

    /s/ Andrew M. Brumby
    Andrew M. Brumby

ORLDOCS 11356454 1