UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
----------------------------------------------------------x
In re:

                              Chapter 11

CIRCUIT CITY STORES, INC., et al        Case No.: 08-35653 (KRH)

                  Debtors.
----------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that CC Colonial Trust, CC Joliet Trust, CC Merrilville Trust, and Bond Circuit VIII Delaware Business Trust, appear by their counsel, Lazer, Aptheker, Rosella & Yedid, P.C. and demand pursuant to Rules 2002 and 9010 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served be served upon the undersigned at the following office, address and telephone number:

        LAZER, APTHEKER, ROSELLA,
          & YEDID, P.C.
        Attn:  Robin S. Abramowitz
        Melville Law Center
        225 Old Country Road
        Melville, N.Y. 11747-2712
        (631) 761-0800
        abramowitz@larypc.com

PLEASE TAKE FURTHER NOTICE, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, order and notices of

any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which may affect or seek to affect in any way rights or interest of CC Colonial Trust; CC Joliet Trust; CC Merrilville Trust, and Bond Circuit VIII Delaware Business Trust with respect to the debtors' property or proceeds thereof which the above Trusts may claim an interest.

Dated:    Melville, New York
          December 1, 2008

>    LAZER, APTHEKER, ROSELLA,
>      & YEDID, P.C.
>    *Attorneys for CC Colonial Trust, CC Joliet Trust, CC Merrilville Trust, and Bond Circuit VIII Delaware Business Trust*
>
>    s/ Robin S. Abramowitz
>    ROBIN S. ABRAMOWITZ
>    Melville Law Center
>    225 Old Country Road
>    Melville, N.Y. 11747-2712
>    (631) 761-0800