UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### AMENDED OBJECTION TO DEBTORS' MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 365 (A) AND 554 AND FED. R. BANKR. P. 6006 AUTHORIZING REJECTION OF UNEXPIRED LEASES AND OF NONRESIDENTIAL REAL PROPERTY AND ABANDONMENT OF PERSONAL PROPERTY EFFECTIVE AS OF THE PETITION DATE

Generation One and Two, LP; Cohab Realty, LLC; Kimco Realty Corp.; Chung Hee Kim (Ridgehaven Plaza Shopping Center); CC-Investors 1995-6; Union Square Retail Trust; Gateway Center Properties III, LLC and SMR Gateway III, LLC as tenants in common; Whitestone Development Partners, L.P.; KRG Market Street Village, LP; International Speedway Square, Ltd.; Kite Coral Springs, LLC; and Fishers Station Development Co. (the "Landlords") hereby object to the Debtors' Motion For Order Pursuant to Bankruptcy Code Sections 105, 365 (a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential

---

Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Counsel for Generation One and Two, LP; Cohab Realty, LLC; Kimco Realty Corp.; Chung Hee Kim (Ridgehaven Plaza Shopping Center); CC-Investors 1995-6; Union Square Retail Trust; Gateway Center Properties III, LLC and SMR Gateway III, LLC as tenants in common; Whitestone Development Partners, L.P.; KRG Market Street Village, LP; International Speedway Square, Ltd.; Kite Coral Springs, LLC; and Fishers Station Development Co.

Real Property and Abandonment of Personal Property Effective as of the Petition Date (the "Motion"), on the following bases:

The Motion seeks entry of an order authorizing the entry of an order permitting the rejection of certain leases as of the Petition Date. Objectors pray that this Court not enter such an order on a final basis unless and until (1) such order specifies that rejection of any lease shall not be effective as to any particular store unless and until the Debtors have completely vacated the store and until the premises have been made completely available to objectors, including, without limitation, disarming all security systems not under the control of the landlord, and until the Debtors either remove the property of the Debtors from the premises or authorize the landlord to do so on behalf of the Debtors; and, (2) until the Debtors acknowledge their liability for an administrative expense claim for rent and other charges payable by the applicable Debtor under each lease for the post-petition period between the Petition Date and the date of actual complete abandonment and surrender of the premises.

WHEREFORE, the Landlords respectfully request that the Court (1) deny approval of the Motion on a final basis unless the order the Debtors request in the Motion is modified as requested herein; and (2) grant them such further relief as the Court deems just.

Dated: December 1, 2008    CHRISTIAN & BARTON, LLP

By: /s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

*Counsel for Generation One and Two, LP; Cohab Realty, LLC; Kimco Realty Corp.; Chung Hee Kim (Ridgehaven Plaza Shoppng Center); CC-Investors 1995-6; Union Square Retail Trust; Gateway Center Properties III, LLC and SMR Gateway III, LLC as tenants in common; Whitestone Development Partners, L.P.; KRG Market Street Village, LP; International Speedway Square, Ltd.; Kite Coral Springs, LLC; and Fishers Station Development Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2008, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Jennifer M. McLemore
Jennifer M. McLemore

909921.1

3