IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------ x
:
In re:                                              :   Chapter 11
:
CIRCUIT CITY STORES, INC., et al.                   :   Case No. 08-35653-KRH
:
Debtors.                                  :   Jointly Administered
:   Judge Kevin R. Huennekens
------------------------------------------------------ x

**ORDER GRANTING MOTION AND SUPPORTING MEMORANDUM FOR EXPEDITED HEARING OF THE MOTION OF TAUBMAN AUBURN HILLS ASSOCIATES LIMITED PARTNERSHIP FOR AN ORDER (A) COMPELLING DEBTOR TO IMMEDIATELY PAY ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b), AND (B) GRANTING RELATED RELIEF**

This matter came before the Court on the Motion of the Taubman Auburn Hills Associates Limited Partnership ("Taubman") for an order setting the *Motion and Supporting*

Benjamin C. Ackerly [VSB # 09120]
J.R. Smith [VSB # 41913]
Henry (Toby) P. Long, III [VSB # 75134]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

and

J. Eric Crupi [VSB # 46782]
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC  20006
Telephone: (202) 419-2143
Facsimile: (202) 778-7445

and

Andrew S. Conway
THE TAUBMAN COMPANY
200 E. Long Lake Road, Suite 300
Bloomfield Hills, MI  48304
Telephone: (248) 258-7427

Counsel for Taubman Auburn Hills Associates Limited Partnership

*Memorandum of Taubman Auburn Hills Associates Limited Partnership for an Order (A) Compelling Debtor to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. §§365(d)(3) and 503(b); and (B) Granting Related Relief* (the "Motion to Compel") for an expedited hearing. The Court finds that (i) an emergency exists with respect to the relief requested by the Motion, (ii) Taubman did not, through any lack of due diligence, create the emergency, and (iii) Taubman has made a *bona fide* effort to resolve the matter addressed by the Motion prior to seeking an expedited hearing. The Court, therefore, finding it reasonable and necessary to do so, hereby ORDERS that:

    1.    A hearing to consider the Motion shall be conducted by the Court on December 5, 2008 at 10:00 a.m.

    2.    The clerk shall issue copies of this Order to those parties listed on the Certificate of Service.

ENTERED in Richmond, Virginia this _____ day of _____, 2008.

                                                                                             _____
                                                                                             United States Bankruptcy Judge
                                                                                                  Entered:

## **LOCAL RULE 9022-1(C)(1) CERTIFICATION**

      I hereby certify that the foregoing order has been served on all necessary parties by first class mail, postage prepaid, at the addresses indicated below and to the entities listed on the Bankruptcy Rule 2002 Master Service List at the addresses listed therein.

McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Attn: Douglas M. Foley, Esq.

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Attn: Dion W. Hayes, Esq.

Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899
Attn: Gregg Galardi, Esq.

Attorneys for Circuit City Stores, Inc.

Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale, Esq.

                                                /s/Henry P. Long, III