Annemarie G. McGavin (VSB No 39984)
Buchanan Ingersoll & Rooney PC
1700 K Street, N.W., Suite 300
Washington, DC  20006
(202) 452-7900

-and-

James D. Newell (PA ID# 51337)
Zakarij O. Thomas (PA ID# 87385)
Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219
(412) 562-8800

Counsel to Dick's Sporting Goods, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br>et al.,<br><br>      Debtors. | Chapter 11<br><br>Case No.  08-35653<br><br>Jointly Administered |

## MOTION FOR ADMISSION PRO HAC VICE
## OF JAMES D. NEWELL, ESQUIRE

   Annemarie G. McGavin, Esquire (the "Movant"),  hereby moves the Court, pursuant to

Local Bankruptcy Rule 2090-1(E), to enter an order authorizing James D. Newell ("Mr.

Newell"), an attorney with the law firm of Buchanan Ingersoll & Rooney PC, to appear *pro hac

vice* in the above-captioned bankruptcy cases before the United States Bankruptcy Court for the

Eastern District of Virginia (the "Bankruptcy Case") to represent Dick's Sporting Goods, Inc. and

in support of this Motion, the Movant states as follows:

1.      Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States District Court for the Eastern District of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia.

2.      Mr. Newell is admitted to practice and is a member in good standing of the State Bar of Pennsylvania.   He is not now subject to any disciplinary action, nor has he ever been disciplined for unethical or improper conduct by any court before which he has been admitted to practice and Mr. Newell is familiar with the Local Rules of this Court.

3.      The Movant requests that this Court authorize Mr. Newell to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of Dick's Sporting Goods, Inc.

4.      Movant shall serve as co-counsel with Mr. Newell in the Bankruptcy Case (and related proceedings).

5.      Notice of this motion has been given to (a) the office of United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, the Movant respectfully requests that this Court enter the proposed Order submitted herewith:

a.      Authorizing James D. Newell, Esquire, to appear pro hac vice as co-counsel to Dick's Sporting Goods, Inc. in this case (and related proceedings) commenced in this case;

b.      Authorizing James D. Newell, Esquire to sign all pleadings, motions, complaints, applications, and other documents filed with this Court in these cases and authorizing said attorney to attend all hearings as counsel to Dick's Sporting Goods, Inc. in this

case (and related proceedings); and

      c.      Granting the Movant such other relief as is just and appropriate under the

circumstances.

      Respectfully submitted,


By:    /s/ Annemarie G. McGavin
        Annemarie G. McGavin (VSB No 39984)
        Buchanan Ingersoll & Rooney PC
        1700 K Street, N.W., Suite 300
        Washington, DC  20006
        (202) 452-7900


        Counsel to Dick's Sporting Goods, Inc.

Annemarie G. McGavin (VSB No 39984)
Buchanan Ingersoll & Rooney PC
1700 K Street, N.W., Suite 300
Washington, DC  20006
(202) 452-7900

-and-

James D. Newell (PA ID# 51337)
Zakarij O. Thomas (PA ID# 87385)
Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219
(412) 562-8800

Counsel to Dick's Sporting Goods, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC.,<br>et al., | Case No.  08-35653 |
| Debtors. | Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION
_PRO HAC VICE_ FOR JAMES D. NEWELL**

Upon consideration of the Motion for Admission P*ro Hac Vice* pursuant to Local

Bankruptcy Rule 2090-1(E)  (the "Motion"), and due cause appearing to me therefor, it is hereby

ORDERED, ADJUDGED and DECREED that

1.    The Motion is hereby allowed;

2.    James D. Newell of Buchanan Ingersoll & Rooney PC, One Oxford

Centre, 20th Floor, Pittsburgh, PA  15219 is authorized to appear *pro hac vice* as counsel to

Dick's Sporting Goods, Inc. in this case (and related proceedings) commenced in this case;

4489316

3.      James D. Newell, Esquire may sign all pleadings, motions, complaints, applications, and other documents filed with this Court in this cases and related proceedings and may attend all hearings as counsel to Dick's Sporting Goods, Inc. in this case.

ENTERED in this _____ day of _____, 2008.


_____
United States Bankruptcy Judge

WE ASK FOR THIS:


*/s/ Annemarie G. McGavin*
Annemarie G. McGavin (VSB No 39984)
Buchanan Ingersoll & Rooney PC
1700 K Street, N.W., Suite 300
Washington, DC  20006
(202) 452-7900

Counsel to Dick's Sporting Goods, Inc.

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION


I hereby certify that notice of the Motion for Admission *Pro Hac Vice* was provided to the parties identified on the attached Service List and a copy of this proposed order was provided to the Office of the United States Trustee for the Eastern District of Virginia prior to submission to the Court.


*/s/ Annemarie G. McGavin*
Annemarie G. McGavin

4489316

## SERVICE LIST

Robert B. Van Arsdale
Office of United States Trustee
701 East Broad Street, Ste. 4304
Richmond, VA  23219
      *United States Trustee*

Dion W. Hayes
McGuire Woods
One James Center
901 East Cary Street
Richmond, VA  23219
      *Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
PO Box 636
Wilmington, DE  19899
      *Counsel for the Debtors*