UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | Chapter 11 |
| Debtors. | ) | (Jointly Administered) |

### JOINDER OF 502-12 86th STREET LLC TO LIMITED OBJECTION OF POLARIS CIRCUIT CITY, LLC TO DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002 AND 4001 (I) AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING AND (B) TO UTILIZE CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; AND (III) SCHEDULING INTERIM AND FINAL HEARINGS

502-12 86th Street LLC hereby joins in the Limited Objection of Polaris Circuit City, LLC to Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 and Federal Rules of Bankruptcy Procedure 2002 and 4001 (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral; (II) Granting Adequate Protection; and (III) Scheduling Interim and Final Hearings, and in any other objection consistent therewith.

WHEREFORE, 502-12 86th Street LLC respectfully requests that the Court (1) deny approval of the Motion unless and until it is modified as requested; and (2) granting such further relief as the Court deems just.

| | |
|---|---|
| Michael P. Falzone (VSB No. 22324) | Steven H. Newman |
| Sheila deLa Cruz (VSB No. 65395) | Katsky Korins LLP |
| Hirschler Fleischer, PC | 605 Third Avenue, 16th Floor |
| Post Office Box 500 | New York, NY 10158 |
| Richmond, VA 23218-0500 | (212) 953-6000 |
| (804) 771-9560 | (212) 953-6899 (fax) |
| (804) 644-0957 (fax) | |
| | |
| *Counsel for 502-12 86th Street LLC* | *Co-counsel for 502-12 86th Street LLC* |

Dated:  December 1, 2008                    502-12 86th STREET LLC


                                           By:   ___/s/ Michael P. Falzone_____
                                                           Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

Steven H. Newman
Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158
(212) 953-6000
(212) 953-6899 (fax)

*Counsel for 502-12 86th Street LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2008, I caused a copy of the foregoing to

be served by electronic means on the "2002" and "Core" lists and through the ECF system.


                                           _____/s/ Michael P. Falzone_____
                                           Michael P. Falzone



#2294702 v1    034847.00001