UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al., ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| Debtors. ) | (Jointly Administered) |

**JOINDER OF BASILE LIMITED LIABILITY COMPANY TO
LIMITED OBJECTIONS OF INLAND SOUTHWEST MANAGEMENT, LLC
AND POLARIS CIRCUIT CITY, LLC TO DEBTORS' MOTION FOR INTERIM
AND FINAL ORDERS PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364
AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002 AND 4001
(I) AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING
AND  (B) TO UTILIZE CASH COLLATERAL; (II) GRANTING ADEQUATE
PROTECTION; AND (III) SCHEDULING INTERIM AND FINAL HEARINGS**

Basile Limited Liability Company hereby joins in the Limited Objections of Inland Southwest Management, LLC and Polaris Circuit City, LLC to Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 and Federal Rules of Bankruptcy Procedure 2002 and 4001 (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral; (II) Granting Adequate Protection; and (III) Scheduling Interim and Final Hearings, and in any other objection consistent therewith.

WHEREFORE, Basile Limited Liability Company respectfully requests that the Court (1) deny approval of the Motion unless and until it is modified as requested; and (2) granting such further relief as the Court deems just.

---

| | |
|---|---|
| Michael P. Falzone (VSB No. 22324) | Michael S. Steibel |
| Sheila deLa Cruz (VSB No. 65395) | MacDermid, Reynolds & Glissman, P.C. |
| Hirschler Fleischer, PC | 86 Farmington Avenue |
| Post Office Box 500 | Hartford, CT 06105 |
| Richmond, VA 23218-0500 | (860) 278-1900 |
| (804) 771-9560 | (860) 547-1191 (fax) |
| (804) 644-0957 (fax) | |
| *Counsel for Basile Limited Liability Company* | *Co-counsel for Basile Limited Liability Company* |

Dated: December 1, 2008                BASILE LIMITED LIABILITY COMPANY


                                       By:    /s/ Michael P. Falzone
                                                    Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

Michael S. Steibel
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Avenue
Hartford, CT 06105

*Counsel for Basile Limited Liability Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December, 2008, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.


                                             /s/ Michael P. Falzone
                                       Michael P. Falzone


#2294852 v1    088000.00075