# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

**In re** Circuit City Stores                      **Case No.** 08-35653

                                         **Debtors**    **Chapter** 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................$ _____See below (*)_____

   Prior to the filing of this statement I have received ................................$ _____$709,396.37 (**)_____

   Balance Due .................................................................................$ _____See below (*)_____

2. The source of the compensation paid to me was:

   ☒ Debtor                      ☐ Other *(specify)*

3. The source of compensation to be paid to me is:

   ☒ Debtor                      ☐ Other *(specify)*

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. the Debtors' efforts to secure financing,

   b. issues related to the use of cash collateral, and

   c. all other financing matters to the extent requested by the Debtors.

6. By agreement with the Debtors, the above-disclosed fee does not include the following services: Not applicable

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtors in this bankruptcy proceeding.

_November 24, 2007_
Date

_Anup Sathy, P.C._

Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

---

*For use in Chapter 13 Cases where Fees Requested Not in Excess of $3,000*
*(For all Cases Filed on or after 10/17/2005)*
**NOTICE TO DEBTOR(S) AND STANDING TRUSTEE**
**PURSUANT TO INTERIM PROCEDURE 2016-1(C)(7)**

Notice is hereby given that pursuant to Interim Procedure 2016-1(C)(7)(a), you have ten (10) business days from the meeting of creditors in this case in which to file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount.

**PROOF OF SERVICE**

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 Trustee, and U. S. Trustee pursuant to Interim Procedure 2016-1(C)(7)(a) and Local Bankruptcy Rule 2002- 1(D)(1)(f), by first-class mail or electronically.

Date                                    Signature of Attorney

---

\* Pospetition services will be billed at rates set forth in the Debtors' Application to Employ and Retain Kirkland & Ellis LLP [Docket No. 192] (the "K&E Application").

\*\* Certain prepetition fees and expenses were applied to the retainer after the filing of the K&E Application. Therefore, Kirkland & Ellis currently holds a retainer in the amount of $161,821.35.

/s/ Sarah B. Boehm
Sarah Beckett Boehm (VSB No. 45201)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000