UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re ) | Case No. 08-35653-KRH |
| ) | |
| Circuit City Stores, Inc., ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | Jointly Administered |
| ) | |

**MOTION TO APPEAR *PRO HAC VICE* PURSUANT
TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

Kimberly A. Pierro (the "Movant"), a member in good standing of the bars of, and admitted to practice in, the Commonwealth of Virginia, and admitted to practice before, among other courts, the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), and an associate with Kutak Rock LLP, hereby moves (the "Motion") this Court to enter an order, the proposed form of which is attached hereto as Exhibit A, authorizing Jeffrey Cohen (the "Admittee"), with Cooley Godward Kronish LLP ("Cooley"), to appear *pro hac vice* before this Court to represent Shopping.com, Inc., a creditor in the above-captioned chapter 11 bankruptcy cases pursuant to Rule 2090-1(e)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"). In support of the Motion, the Movant states as follows:

1.  The Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C §§ 157 and 1334. The relief requested in this Motion is a core proceeding pursuant to 28 U.S.C § 157(b) and venue is proper before this Court pursuant to 28 U.S.C § 1409.

2.  Jeffrey Cohen is an associate in the Bankruptcy & Restructuring Group of Cooley resident in its New York office. He is admitted, practicing, and in good standing as a member of

4824-7126-2723.2

the bar of the State of New York. Among other courts, he is admitted to practice before the United States Bankruptcy Court for the Southern, Eastern, and Northern Districts of New York, and the United States Court of Appeals for the Second and Third Circuits. He frequently represents unsecured creditors' committees and debtors in chapter 11 cases, as well as fee committees, purchasers of assets, parties to executory contracts and unsecured creditors. Mr. Cohen has been practicing law since 2000. There are no disciplinary proceedings pending against Mr. Cohen.

3. The Movant requests that this Court grant this Motion so that the Admittee may appear and be heard at hearings in these chapter 11 cases.

4. Pursuant to Local Bankruptcy Rule 2090-1(E)(2), "an attorney from another state, the District of Columbia or a territory of the United States may appear and practice in cases upon motion of a member of the Bar of this Court, provided that in all appearances said attorney shall be accompanied by a member of this Bar."

### WAIVER OF MEMORANDUM OF LAW

5. Pursuant to Local Bankruptcy Rule 9013-1(g), and because there are no novel issues of law presented in this Motion, the Debtors request that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

### NO PRIOR REQUEST

6. No prior request for the relief sought herein has been made to this Court in these bankruptcy cases or to any other court.

WHEREFORE, the Movant respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit A, (i) authorizing the Admittee to appear *pro*

4824-7126-2723.2

*hac vice* in association with the Movant as attorneys for Shopping.com, Inc. in the above chapter 11 cases and (ii) granting such other and further relief as is just and proper.

Dated: Richmond, Virginia
       December 1, 2008

Respectfully submitted,

/s/ Kimberly A. Pierro
Kimberly A. Pierro (VSB No. 71362)
Kutak Rock LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
Phone: (804) 644-1700
Fax: (804) 783-6192
*Co-counsel for Shopping.com, Inc.*

4824-7126-2723.2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 1, 2008, a true and exact copy of the foregoing motion for admission pro hac vice and proposed order were forwarded via ECF notification or first-class mail, postage prepaid, to the following necessary parties:

*SEE THE ATTACHED LIST*

Dated: Richmond, Virginia
December 1, 2008

Respectfully submitted,

/s/ Kimberly A. Pierro
Kimberly A. Pierro (VSB No. 71362)
Kutak Rock LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
Phone: (804) 644-1700
Fax: (804) 783-6192
*Co-counsel for Shopping.com, Inc.*

4824-7126-2723.2

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | | RICHMOND | VA | 23233 | | 804-486-4000 | 804-527-4164 | | Debtor |
| COMMONWEALTH OF VIRGINIA STATE CORPORATION COMMISSION | | TYLER BUILDING | 1300 E. MAIN STREET | | RICHMOND | VA | 23219 | | 804-371-9967 | 804-371-9734 | | Government Agency |
| CORPORATE SALES AND USE LITTER TAX | | 3600 WEST BROAD STREET | | | RICHMOND | VA | 23230-4915 | | 804-367-8037 | 804-254-6111 | | Government Agency |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | | 202-514-7164 | 202-307-0494 | | Government Agency |
| EMPLOYER WITHHOLDING, AND LITTER TAX | | 1650 ARCH STREET | | | PHILADELPHIA | PA | 19103-2029 | | 215-814-2625 | 215-814-3005 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | DIANA SAENZ, OFFICE OF GENERAL COUNSEL | 1200 PENNSYLVANIA AVENUE NW | SUITE 4209 | | WASHINGTON | DC | 20004 | | 202-272-0167 | 202-501-0461 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | | U.S. EPA MAILCODE 2377R | 1300 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20004 | | 202-564-4707 | 202-565-2478 | | Government Agency |
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | 200 STATE STREET, 2ND FLOOR | | | BOSTON | MA | 02109 | | 617-897-1500 | 617-897-1510 | | Financial Advisors |
| INTERNAL REVENUE SERVICE | ATTN: L LORELLO | 400 N 8TH STREET BOX 76 | | | RICHMOND | VA | 23219 | | 804-916-8064 | 804-916-8198 | | Government Agency |
| KIRKLAND & ELLIS LLP | ATTN: LINDA K MYERS ESQ | 200 E RANDOLPH DR | | | CHICAGO | IL | 60601 | | | 312-861-2200 | | Counsel to Debtors |
| KURTZMAN CARSON CONSULTANTS LLC | | 2335 ALASKA AVENUE | | | EL SEGUNDO | CA | 90245 | | 310-823-9000 | 310-823-9133 | | Claims Agent |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 | | 804-343-5237 | 804-783-6192 | peter.barrett@kutakrock.com | |
| LECLAIR RYAN | ATTN: BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 | | 804-783-7269 | | | Counsel for DIP Agents |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219-1888 | | 804-775-1000 | 804-775-1061 | | Debtor's Local Counsel |
| NATIONAL ASSOCIATION OF ATTORNEY'S GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL, 8TH FLOOR | 2030 M STREET, N.W. | | WASHINGTON | DC | 20036 | | 202-326-6025 | 202-331-1427 | kcordry@naag.org | Government Agency |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 | | 804-786-2071 | 804-786-1991 | | Government Agency |
| OFFICE OF THE SECRETARY OF THE COMMONWEALTH | | 1111 EAST BROAD STREET, 4TH FLOOR | | | RICHMOND | VA | 23219 | | 804-786-2441 | 804-371-0017 | | Government Agency |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219 | | 804-771-2310 | 804-771-2330 | | US Trustee |
| OFFICE OF THE UNITED STATES TRUSTEE | RICHMOND, VIRGINIA OFFICE | 600 EAST MAIN STREET, SUITE 301 | | | RICHMOND | VA | 23219 | | 804-771-2310 | 804-771-2330 | | United States Trustee |
| PACHULSKI STANG ZIEHL & JONES | JEFFREY N POMERANTZ ESQ | 10100 SANTA MONICA BLVD 11TH FL | | | LOS ANGELES | CA | 90067-4100 | | 310-277-6910 | 310-201-0760 | jpomerantz@pszjlaw.com | Counsel for The Official Committee of Unsecured Creditors |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | 780 THIRD AVE 36TH FL | | | NEW YORK | NY | 10017 | | 212-561-7700 | 212-561-7777 | rfeinstein@pszjlaw.com | Counsel for The Official Committee of Unsecured Creditors |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 | | 617-523-9000 | 617-880-3456 | | Counsel to Prepetition Lenders/Counsel to Postpetition Lenders |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | | 202-622-2000 | 202-622-6415 | | Government Agency |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT NATHAN FUCHS, ESQ. | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | | 202-942-0900 | 202-942-9625 | | Government Agency |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 233 BROADWAY | NEW YORK | NY | 10279 | | 646-428-1883 | 646-428-1979 | | Government Agency |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | ATTN: GREGG M. GALARDI | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 | | 302-651-3000 | 302-651-3001 | | Debtor's Counsel |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 | | 302-651-3000 | 302-651-3001 | | Counsel to Debtors |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 | | 302-651-3000 | 302-651-3001 | | Counsel to Debtors |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | 333 WEST WACKER DRIVE | SUITE 2000 | | CHICAGO | IL | 60606 | | 312-407-0700 | 312-407-0411 | | Counsel to Debtors |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ PAULA S BERAN ESQ CHRIS L. DICKERSON, ESQ. | 20 N EIGHTH ST 2ND FL | | | RICHMOND | VA | 23219 | | 804-783-8300 | 804-783-0178 | ltavenner@tb-lawfirm.com pberan@tb-lawfirm.com | Counsel for The Official Committee of Unsecured Creditors |

## EXHIBIT A

Proposed Order

4824-7126-2723.2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re ) | Case No. 08-35653-KRH |
| ) | |
| Circuit City Stores, Inc., ) | Chapter 11 |
| ) | |
| Debtor-in-Possession. ) | Jointly Administered |
| ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO
LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

THIS MATTER having come before the Court upon the Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(e)(2) (the "Motion")[1] of Kimberly A. Pierro, an associate with the law firm of Kutak Rock LLP, for the admission *pro hac vice* of Jeffrey Cohen, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. Jeffrey Cohen is permitted to appear *pro hac vice* as counsel for Shopping.com, Inc., a creditor in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(e)(2).

Dated: Richmond, Virginia
  December ___, 2008

_____
United States Bankruptcy Judge

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.