IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | Case No. 08-35653-KRH |
| | ) | (Jointly Administered) |
| Debtors | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Saul Holdings Limited Partnership (the "Landlord"), creditor, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

Stephen A. Metz, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2743
TEL: (301) 230-6564
FAX: (301) 230-2891
Email:  smetz@srgpe.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications,

Stephen A. Metz, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, 3rd Floor
Rockville, Maryland 20852-2743
TEL: (301) 230-6564
FAX: (301) 230-2891
Counsel for Saul Holdings Limited Partnership

motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive Landlord's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judgment; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlord is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly is hereby reserved.

Respectfully submitted,

**SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.**

By:   /s/ Stephen A. Metz
Stephen A. Metz, Esquire
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852-2843
TEL:   (301) 230-6564
FAX:   (301) 230-2891
Email: smetz@srgpe.com

*Attorneys for Saul Holdings Limited Partnership*

Dated:  December 2, 2008

g:\27\clients\saul-107891.16 (circuit city)\pleadings\srgpe entry of appearance.doc