Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, NY 11530
(516) 746-8000
Hale Yazicioglu, Esq. (HY#6677)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA (RICHMOND)**
-------------------------------------------------------------------X

In re:                                                     **Chapter 11**
                                                           **Case No. 08-35653-KRH**
      CIRCUIT CITY STORES, INC., et al.

              Debtor.

-------------------------------------------------------------------X
### NOTICE OF APPEARANCE and REQUEST FOR SERVICE OF PLEADINGS

    **PLEASE TAKE NOTICE** that Jaspan Schlesinger LLP hereby appears as counsel to **AVR CPC ASSOCIATES, LLC** in the above referenced matter, and pursuant to 11 U.S.C. Section 1109 and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, demand that all notices that are required to be given and all pleadings and orders that are required to be served in this case, be served upon those who have already appeared in this action and those listed below at the following address, telephone number and electronic mail address :

                Hale Yazicioglu, Esq.
                Jaspan Schlesinger LLP
                300 Garden City Plaza
                Garden City, New York 11530
                Telephone: (516) 746-8000
                Facsimile:   (516) 393-8282
                E-mail: hyazicioglu@jaspanllp.com

    **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notice, pleadings and orders referred to in the Rules specified above, but also includes, without limitation, all other notices and papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, electronic means or otherwise, which affects the above captioned Debtor's, property in its possession, custody or control or the administration of the Debtor's bankruptcy case.

Dated: Garden City, New York
       December 2, 2008

                      JASPAN SCHLESINGER LLP
                      Attorneys for AVR CPC ASSOCIATES, LLC

By:    s/Hale Yazicioglu
        Hale Yazicioglu
        300 Garden City Plaza
        Garden City, New York 11530
        (516) 746-8000

To:    **Daniel F. Blanks**
       McGuireWoods LLP
       9000 World Trade Center, 101 W. Main St.
       Norfolk, VA 23510
       757-640-3774

       **Dion W. Hayes**
       McGuireWoods LLP
       One James Center, 901 E. Cary St.
       Richmond, VA 23219
       804-775-1144
       Email: dhayes@mcguirewoods.com

       **Douglas M. Foley**
       McGuireWoods LLP
       9000 World Trade Center, 101 W. Main St.
       Norfolk, VA 23510
       (757) 640-3715

       **Joseph S. Sheerin**
       McGuire Woods LLP
       One James Center
       901 East Cary Street
       Richmond, VA 23219
       (804) 775-1135

       **Sarah Beckett Boehm**
       McGuireWoods LLP
       One James Center
       901 East Cary St.
       Richmond, VA 23219
       (804) 775-1000

**Bruce H. Besanko**
9950 Mayland Drive
Richmond, VA 23233

**Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
804-771-2310

**Brad R. Godshall**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100
310-277-6910

**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
(310) 277-6910

**John D. Fiero**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
(415) 263-7000

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
(804) 783-8300

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
804-783-8300

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017
(212) 561-7710