Jaspan Schlesinger LLP
300 Garden City Plaza
Garden City, NY 11530
(516) 746-8000
Hale Yazicioglu, Esq. (HY#6677)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA (RICHMOND)**
-------------------------------------------------------------------X
In re:

                              **Chapter 11**
                              **Case No. 08-35653-KRH**

        CIRCUIT CITY STORES, INC., et al.

                              **<u>AFFIDAVIT OF SERVICE</u>**

                Debtor.
-------------------------------------------------------------------X

        **REUEL COLES**, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age and is employed by JASPAN SCHLESINGER LLP.

        On December 2, 2008 deponent served the **NOTICE OF APPEARANCE and REQUEST FOR SERVICE OF PLEADINGS** by regular mail to the attorneys listed below, at the addresses listed below, said addresses being designated for that purpose, by depositing a true copy of same enclosed in a properly addressed, post-paid wrapper, in a official depository under the exclusive care and custody of the United States Postal Service within the State of New York

To:    **Daniel F. Blanks**
        McGuireWoods LLP
        9000 World Trade Center, 101 W. Main St.
        Norfolk, VA 23510
        757-640-3774

        **Dion W. Hayes**
        McGuireWoods LLP
        One James Center, 901 E. Cary St.
        Richmond, VA 23219
        804-775-1144
        Email: dhayes@mcguirewoods.com

        **Douglas M. Foley**
        McGuireWoods LLP
        9000 World Trade Center, 101 W. Main St.
        Norfolk, VA 23510
        (757) 640-3715

**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
(804) 775-1135

**Sarah Beckett Boehm**
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219
(804) 775-1000

**Bruce H. Besanko**
9950 Mayland Drive
Richmond, VA 23233

**Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
804-771-2310

**Brad R. Godshall**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100
310-277-6910

**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
(310) 277-6910

**John D. Fiero**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
(415) 263-7000

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
804-783-8300

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017
(212) 561-7710

/s/REUEL COLES
**REUEL COLES**

Sworn before me this
2nd day of December, 2008

/s/ Hale Yazicioglu
HALE YAZICIOGLU
Notary Public, State of New York
No. 02YA6183236
Qualified in Nassau County