```
 1  BARBARA LAWALL
    PIMA COUNTY ATTORNEY
 2  CIVIL DIVISION
    By: German Yusufov/Terri A. Roberts
 3  Deputy County Attorneys
    32 North Stone Avenue, Suite 2100
 4  Tucson, Arizona  85701
    Telephone: (520) 740-5750
 5  Facsimile: (520) 620-6556
    Arizona State Bar Nos. 023544/012862
 6  Attorneys for Creditor Pima County, Arizona
```

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| IN RE:<br><br>CIRCUIT CITY STORES, INC.<br><br>Debtor(s). | Case No.: 08-35653 (KRH)<br><br>Jointly Administered<br><br>CHAPTER 11 |

### MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1, Local Rules of Civil Practice and Procedure of the United States District Court for the Eastern District of Virginia, and the attached certification, undersigned counsel moves for admission *pro hac vice* to represent Pima County Treasurer ("Pima County") in this action. In addition, because Pima County is a subdivision of the State of Arizona, undersigned counsel moves that the requirement to associate with local counsel be waived under L.B.R. 2090-1 (e) (3).

RESPECTFULY SUBMITTED this __1st__ day of __December__ 2008.

By ___/s/ Terri A. Roberts___
Terri A. Roberts
Arizona State Bar No. 012862
PIMA COUNTY ATTORNEY
32 N. Stone, Suite 2100
Tucson, AZ 85701
Telephone: (520) 740-5750

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.1, Local Rules of Civil Practice and Procedure of the United States District Court for the Eastern District of Virginia, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of State of Arizona and pursuant to L.B.R. 2090-1 (e) (3) submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order or District Court Fund effective 1/1/05.

By _____
Terri A. Roberts
Arizona State Bar No. 012862
PIMA COUNTY ATTORNEY
32 N. Stone, Suite 2100
Tucson, AZ 85701
Telephone: (520) 740-5750

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

## CERTIFICATE OF SERVICE

I hereby certify under penalty that on the 1st day of December, 2008, I served by first class, postage prepaid mail, a true and correct copy of the foregoing Motion and Order for Pro Hac Vice upon the following parties:

Daniel F. Blanks
Dion W. Hayes
Douglas M. Foley
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510
Attorney for Debtor

U. S. Trustee
W. Clarkson McDow, Jr.
Robert B. Van Arsdale
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

By: _____

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750