**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | |
|---|---|
| *In re:* | Chapter 11 |
| Circuit City Stores, Inc. *et al.,* | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
PAPERS PURSUANT TO § 1109(b) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 2002(g) and 9010**

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Lowenstein Sandler PC and Quagliano Seeger, P.C. appear for and on behalf of AT&T[1] ("AT&T"), creditor of the above-captioned Debtors and party-in-interest in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that AT&T requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

> LOWENSTEIN SANDLER PC
> 65 Livingston Avenue
> Roseland, New Jersey 07068
> Phone: (973) 597-2500
> Fax: (973) 597-2400
> Attn: Vincent A. D'Agostino, Esq.
> E-mail: vdagostino@lowenstein.com

---

[1] On or about November 19, 2005, SBC Communications Inc. acquired AT&T Corp., with SBC Communications, Inc. being the surviving entity. SBC Communications Inc. subsequently changed its name to AT&T Inc. Additionally, on or about December 29, 2006, AT&T Inc. purchased BellSouth Telecommunications, with AT&T Inc. being the surviving entity. AT&T Inc. is reviewing its books and records to determine which AT&T entity provides services to the Debtor.

12459/1184
12/02/2008 4729621.1

Attn: Eric H. Horn, Esq.
Email: ehorn@lowenstein.com
Attn: Joseph M. Yar, Esq.
E-mail: jyar@lowenstein.com
*Attorneys for AT&T*

And

QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington DC  20007
Attn: Julie Quagliano, Esq.
E-mail: quagliano@quagseeg.com
*Local Attorneys for AT&T*

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors' estate.

**QUAGLIANO & SEEGER, P.C.**

Dated: December 2, 2008

By: __/s/ Julie Quagliano_____
Julie Quagliano, VSB #37119
2620 P Street, NW
Washington DC  20007
Telephone: (202)-822-8838
Facsimile: (202)822-6982
Email: quagliano@quagseeg.com
*Local Counsel for AT&T*

**LOWENSTEIN SANDLER PC**
Vincent A. D'Agostino, Esq. (VAD 0120)
Eric H. Horn, Esq. (EHH-2020)
Joseph M. Yar (JMY-2477)
65 Livingston Avenue
Roseland, New Jersey  07068-1791
Telephone: (973) 597-2500
Facsimile:  (973) 597-2400
*Counsel for AT&T*

12459/1184 12/02/2008 4729621.1