Mona M. Murphy, Esq., VSB No. 21589
Akerman Senterfitt
8100 Boone Boulevard, Suite 700
Vienna, VA 22182-2683
Attorneys for Samsung Electronics America, Inc

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re ) | |
| ) | |
| CIRCUIT CITY PROPERTIES, INC., ET AL., ) | |
| ) | Case No. 08-35653-KRH |
| Debtors. ) | Chapter 11 |
| ) | Jointly Administered |
| ) | |

### NOTICE OF RECLAMATION DEMAND OF
### SAMSUNG ELECTRONICS AMERICA, INC.

PLEASE TAKE NOTICE that Samsung Electronics America, Inc. ("Samsung"), a party in interest herein, hereby files this notice that Samsung reasserts its prior demands of November 7, 2008 and November 10, 2008 for reclamation of goods pursuant to relevant law (copies of which are attached hereto), including but not limited to UCC § 2-702 and 11 U.S.C. § 546(c) and pursuant to the Order entered by this Court on November 13, 2008 (Docket #133). Attached to these prior demands were summaries of the outstanding reclamation amounts due for products delivered to the Debtors by Samsung within the reclamation period. The invoiced amounts totaled $73,982,387.82. Samsung also asserts that it will be filing an administrative claim pursuant to Section 503(b)(9) of the Bankruptcy Code.

Dated: December 1, 2008                Respectfully submitted,

**AKERMAN SENTERFITT**
*Attorneys for Samsung Electronics America, Inc.*
8100 Boone Boulevard, Suite 700
Vienna, VA 22182-2683
Tel.: (703) 790-8750 / Fax: (703) 448-1801
Email: stan.salus@akerman.com

By: /s/ Mona M. Murphy
   Mona M. Murphy, Esq. VSB No. 21589

{FT540777;1}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via email or facsimile and U.S. Mail this 1st day of December, 2008 to the persons listed on the attached Service List.

/s/ Mona M. Murphy
Mona M. Murphy

## SERVICE LIST

W. Clarkson McDow, Jr., Esq.
Office of the U.S. Trustee
115 South Union Street
Suite 210
Alexandria, VA 22314
Email: Clarkson.mcdow@usdoj.gov

Circuit City Stores, Inc.
Attn.:  Mr. Reginald D. Hedgebeth
9950 Mayland Drive
Richmond, VA 23233
Facsimile: 804-527-4164

Dion W. Hayes, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Email: dhayes@mcguirewoods.com

Circuit City Stores, Inc., et al.
Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
Facsimile: 310-823-9133

Circuit City Stores, Inc.
Attn:  Mr. Daniel W. Ramsey
9950 Mayland Drive
Richmond, Virginia 23233
Facsimile: 804-527-4164

Sarah Beckett Boehm, Esq.
Mcguire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Email: sboehm@mcguirewoods.com

Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
Email: dfoley@mcguirewoods.com


Sarah Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606
Email: Sarah.Baker@skadden.com

{FT540777;1}