**PART 5 OF 5**

| Invoice # | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 9902808482 | 10/24/2008 | 11/23/2008 | $ 216.30 |
| 9902808467 | 10/24/2008 | 11/23/2008 | $ 219.11 |
| 9902808597 | 10/24/2008 | 11/23/2008 | $ 240.00 |
| 9902809094 | 10/24/2008 | 11/23/2008 | $ 240.00 |
| 9902809130 | 10/24/2008 | 11/23/2008 | $ 240.00 |
| 9902809131 | 10/24/2008 | 11/23/2008 | $ 240.00 |
| 9902809602 | 10/24/2008 | 11/23/2008 | $ 240.00 |
| 9902808937 | 10/24/2008 | 11/23/2008 | $ 240.27 |
| 9902810528 | 10/24/2008 | 11/23/2008 | $ 240.45 |
| 9902808543 | 10/24/2008 | 11/23/2008 | $ 243.36 |
| 9902809029 | 10/24/2008 | 11/23/2008 | $ 247.05 |
| 9902810051 | 10/24/2008 | 11/23/2008 | $ 276.71 |
| 9902808657 | 10/24/2008 | 11/23/2008 | $ 343.22 |
| 9902809144 | 10/24/2008 | 11/23/2008 | $ 360.00 |
| 9902809145 | 10/24/2008 | 11/23/2008 | $ 360.00 |
| 9902809198 | 10/24/2008 | 11/23/2008 | $ 360.00 |
| 9902808563 | 10/24/2008 | 11/23/2008 | $ 401.84 |
| 9902809442 | 10/24/2008 | 11/23/2008 | $ 435.41 |
| 9902808922 | 10/24/2008 | 11/23/2008 | $ 454.05 |
| 9902808529 | 10/24/2008 | 11/23/2008 | $ 472.83 |
| 9902809197 | 10/24/2008 | 11/23/2008 | $ 480.00 |
| 9902808500 | 10/24/2008 | 11/23/2008 | $ 700.00 |
| 9902808502 | 10/24/2008 | 11/23/2008 | $ 700.00 |
| 9902808504 | 10/24/2008 | 11/23/2008 | $ 700.00 |
| 9902808506 | 10/24/2008 | 11/23/2008 | $ 700.00 |
| 9902808508 | 10/24/2008 | 11/23/2008 | $ 700.00 |
| 9902808507 | 10/24/2008 | 11/23/2008 | $ 750.00 |
| 9902810475 | 10/24/2008 | 11/23/2008 | $ 790.34 |
| 9902809020 | 10/24/2008 | 11/23/2008 | $ 881.16 |
| 9902810472 | 10/24/2008 | 11/23/2008 | $ 1,138.81 |
| 9902810474 | 10/24/2008 | 11/23/2008 | $ 1,138.81 |
| 9902809785 | 10/24/2008 | 11/23/2008 | $ 1,138.99 |
| 9902809784 | 10/24/2008 | 11/23/2008 | $ 1,165.05 |
| 9902810473 | 10/24/2008 | 11/23/2008 | $ 1,362.94 |
| 9902810477 | 10/24/2008 | 11/23/2008 | $ 1,465.73 |
| 9902810469 | 10/24/2008 | 11/23/2008 | $ 1,719.65 |
| 9902810436 | 10/24/2008 | 11/23/2008 | $ 2,381.31 |
| 9903741969 | 10/24/2008 | 12/08/2008 | $ 7,660.42 |
| 9903759946 | 10/25/2008 | 10/27/2008 | $ 309,600.00 |
| 9903756684 | 10/25/2008 | 10/27/2008 | $ 95,004.00 |
| 9903757024 | 10/25/2008 | 10/27/2008 | $ 95,004.00 |
| 9903760634 | 10/25/2008 | 10/27/2008 | $ 85,869.00 |
| 9903757012 | 10/25/2008 | 10/27/2008 | $ 298,420.00 |
| 9903756073 | 10/25/2008 | 10/27/2008 | $ 170,280.00 |
| 9903756833 | 10/25/2008 | 10/27/2008 | $ 136,224.00 |
| 9903756834 | 10/25/2008 | 10/27/2008 | $ 170,280.00 |
| 9903757013 | 10/25/2008 | 10/27/2008 | $ 170,280.00 |
| 9903757006 | 10/25/2008 | 10/27/2008 | $ 99,360.00 |
| 9903756839 | 10/25/2008 | 10/27/2008 | $ 91,959.00 |
| 9903768179 | 10/25/2008 | 10/30/2008 | $ 95,004.00 |
| 9903768926 | 10/25/2008 | 10/30/2008 | $ 95,004.00 |
| 9903756835 | 10/25/2008 | 10/27/2008 | $ 170,280.00 |
| 9903757015 | 10/25/2008 | 10/27/2008 | $ 170,280.00 |
| 9903760627 | 10/25/2008 | 10/27/2008 | $ 169,334.00 |
| 9903768918 | 10/25/2008 | 10/30/2008 | $ 170,280.00 |

| Invoice # | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 9903756678 | 10/25/2008 | 10/27/2008 | $ 14,700.00 |
| 9903755267 | 10/25/2008 | 10/25/2008 | $ 14,400.00 |
| 9903755270 | 10/25/2008 | 10/25/2008 | $ 40,800.00 |
| 9903755267 | 10/25/2008 | 10/25/2008 | $ 4,320.00 |
| 9903755267 | 10/25/2008 | 10/25/2008 | $ 272,000.00 |
| 9903755267 | 10/25/2008 | 10/25/2008 | $ 40,000.00 |
| 9903755267 | 10/25/2008 | 10/25/2008 | $ 112,000.00 |
| 9903762107 | 10/26/2008 | 10/28/2008 | $ 170,280.00 |
| 9903758241 | 10/26/2008 | 10/27/2008 | $ 18,270.00 |
| 9903758234 | 10/26/2008 | 10/27/2008 | $ 201,240.00 |
| 9903755268 | 10/26/2008 | 10/26/2008 | $ 18,240.00 |
| 9903755268 | 10/26/2008 | 10/26/2008 | $ 66,400.00 |
| 9903755268 | 10/26/2008 | 10/26/2008 | $ 11,200.00 |
| 9903755268 | 10/26/2008 | 10/26/2008 | $ 17,600.00 |
| 9903759933 | 10/27/2008 | 10/28/2008 | $ 61,992.00 |
| 9903762289 | 10/27/2008 | 10/28/2008 | $ 36,106.49 |
| 9903762289 | 10/27/2008 | 10/28/2008 | $ 33,948.00 |
| 9903762289 | 10/27/2008 | 10/28/2008 | $ 23,575.20 |
| 9903761819 | 10/27/2008 | 10/28/2008 | $ 40,635.00 |
| 9903761844 | 10/27/2008 | 10/28/2008 | $ 95,004.00 |
| 9903765464 | 10/27/2008 | 10/29/2008 | $ 95,004.00 |
| 9903761836 | 10/27/2008 | 10/28/2008 | $ 170,280.00 |
| 9903761838 | 10/27/2008 | 10/28/2008 | $ 170,280.00 |
| 9903761839 | 10/27/2008 | 10/28/2008 | $ 170,280.00 |
| 9903763904 | 10/27/2008 | 10/29/2008 | $ 170,280.00 |
| 9903763905 | 10/27/2008 | 10/28/2008 | $ 170,280.00 |
| 9903765461 | 10/27/2008 | 10/29/2008 | $ 170,280.00 |
| 9903764857 | 10/27/2008 | 10/29/2008 | $ 83,160.00 |
| 9903764858 | 10/27/2008 | 10/29/2008 | $ 83,160.00 |
| 9903769688 | 10/27/2008 | 10/29/2008 | $ 170,280.00 |
| 9903765403 | 10/27/2008 | 10/29/2008 | $ 9,450.00 |
| 9903765403 | 10/27/2008 | 10/29/2008 | $ 3,600.00 |
| 9903765403 | 10/27/2008 | 10/29/2008 | $ 6,750.00 |
| 9902813976 | 10/27/2008 | 11/26/2008 | $ 2.96 |
| 9902814040 | 10/27/2008 | 11/26/2008 | $ 2.96 |
| 9902813931 | 10/27/2008 | 11/26/2008 | $ 19.27 |
| 9902811791 | 10/27/2008 | 11/26/2008 | $ 31.33 |
| 9902813972 | 10/27/2008 | 11/26/2008 | $ 33.85 |
| 9902814083 | 10/27/2008 | 11/26/2008 | $ 40.04 |
| 9902814062 | 10/27/2008 | 11/26/2008 | $ 50.00 |
| 9902813295 | 10/27/2008 | 11/26/2008 | $ 51.15 |
| 9902813299 | 10/27/2008 | 11/26/2008 | $ 51.15 |
| 9902813067 | 10/27/2008 | 11/26/2008 | $ 57.51 |
| 9902811380 | 10/27/2008 | 11/26/2008 | $ 57.89 |
| 9902814051 | 10/27/2008 | 11/26/2008 | $ 57.89 |
| 9902813386 | 10/27/2008 | 11/26/2008 | $ 65.38 |
| 9902811666 | 10/27/2008 | 11/26/2008 | $ 69.54 |
| 9902811730 | 10/27/2008 | 11/26/2008 | $ 69.54 |
| 9902813959 | 10/27/2008 | 11/26/2008 | $ 69.62 |
| 9902811485 | 10/27/2008 | 11/26/2008 | $ 70.80 |
| 9902811818 | 10/27/2008 | 11/26/2008 | $ 72.50 |
| 9902811826 | 10/27/2008 | 11/26/2008 | $ 84.11 |
| 9902814097 | 10/27/2008 | 11/26/2008 | $ 87.57 |
| 9902813669 | 10/27/2008 | 11/26/2008 | $ 93.46 |
| 9902813672 | 10/27/2008 | 11/26/2008 | $ 93.46 |

| Invoice # | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 9902813676 | 10/27/2008 | 11/26/2008 | $ 93.46 |
| 9902813968 | 10/27/2008 | 11/26/2008 | $ 93.68 |
| 9902814074 | 10/27/2008 | 11/26/2008 | $ 95.69 |
| 9902813969 | 10/27/2008 | 11/26/2008 | $ 108.42 |
| 9902813970 | 10/27/2008 | 11/26/2008 | $ 109.26 |
| 9902814084 | 10/27/2008 | 11/26/2008 | $ 109.26 |
| 9902811399 | 10/27/2008 | 11/26/2008 | $ 120.00 |
| 9902811401 | 10/27/2008 | 11/26/2008 | $ 120.00 |
| 9902813957 | 10/27/2008 | 11/26/2008 | $ 120.00 |
| 9902814057 | 10/27/2008 | 11/26/2008 | $ 120.00 |
| 9902814089 | 10/27/2008 | 11/26/2008 | $ 128.68 |
| 9902814086 | 10/27/2008 | 11/26/2008 | $ 139.95 |
| 9902813967 | 10/27/2008 | 11/26/2008 | $ 156.97 |
| 9902814046 | 10/27/2008 | 11/26/2008 | $ 158.30 |
| 9902814070 | 10/27/2008 | 11/26/2008 | $ 168.15 |
| 9902814072 | 10/27/2008 | 11/26/2008 | $ 168.15 |
| 9902814038 | 10/27/2008 | 11/26/2008 | $ 169.79 |
| 9902814044 | 10/27/2008 | 11/26/2008 | $ 171.47 |
| 9902814059 | 10/27/2008 | 11/26/2008 | $ 178.44 |
| 9902814050 | 10/27/2008 | 11/26/2008 | $ 179.92 |
| 9902814065 | 10/27/2008 | 11/26/2008 | $ 182.01 |
| 9902813932 | 10/27/2008 | 11/26/2008 | $ 182.49 |
| 9902813964 | 10/27/2008 | 11/26/2008 | $ 182.55 |
| 9902813975 | 10/27/2008 | 11/26/2008 | $ 188.08 |
| 9902813224 | 10/27/2008 | 11/26/2008 | $ 190.02 |
| 9902813225 | 10/27/2008 | 11/26/2008 | $ 190.02 |
| 9902811489 | 10/27/2008 | 11/26/2008 | $ 208.62 |
| 9902814248 | 10/27/2008 | 11/26/2008 | $ 209.56 |
| 9902814274 | 10/27/2008 | 11/26/2008 | $ 209.56 |
| 9902813020 | 10/27/2008 | 11/26/2008 | $ 212.83 |
| 9902814048 | 10/27/2008 | 11/26/2008 | $ 219.11 |
| 9902814069 | 10/27/2008 | 11/26/2008 | $ 256.27 |
| 9902811437 | 10/27/2008 | 11/26/2008 | $ 256.57 |
| 9902814066 | 10/27/2008 | 11/26/2008 | $ 258.41 |
| 9902814035 | 10/27/2008 | 11/26/2008 | $ 263.80 |
| 9902813966 | 10/27/2008 | 11/26/2008 | $ 268.30 |
| 9902814054 | 10/27/2008 | 11/26/2008 | $ 289.79 |
| 9902811831 | 10/27/2008 | 11/26/2008 | $ 296.12 |
| 9902814036 | 10/27/2008 | 11/26/2008 | $ 300.47 |
| 9902811501 | 10/27/2008 | 11/26/2008 | $ 310.30 |
| 9902814250 | 10/27/2008 | 11/26/2008 | $ 351.55 |
| 9902814075 | 10/27/2008 | 11/26/2008 | $ 380.81 |
| 9902814073 | 10/27/2008 | 11/26/2008 | $ 593.26 |
| 9902811581 | 10/27/2008 | 11/26/2008 | $ 700.00 |
| 9902813958 | 10/27/2008 | 11/26/2008 | $ 700.00 |
| 9902813960 | 10/27/2008 | 11/26/2008 | $ 700.00 |
| 9902813962 | 10/27/2008 | 11/26/2008 | $ 700.00 |
| 9902813963 | 10/27/2008 | 11/26/2008 | $ 700.00 |
| 9902814105 | 10/27/2008 | 11/26/2008 | $ 708.45 |
| 9902813940 | 10/27/2008 | 11/26/2008 | $ 750.00 |
| 9902813961 | 10/27/2008 | 11/26/2008 | $ 750.00 |
| 9902814136 | 10/27/2008 | 11/26/2008 | $ 871.34 |
| 9902814156 | 10/27/2008 | 11/26/2008 | $ 1,068.75 |
| 9902814104 | 10/27/2008 | 11/26/2008 | $ 1,339.94 |
| 9902814106 | 10/27/2008 | 11/26/2008 | $ 1,356.52 |

| Invoice # | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 9902814107 | 10/27/2008 | 11/26/2008 | $ 1,356.52 |
| 9902814108 | 10/27/2008 | 11/26/2008 | $ 1,362.94 |
| 9902814103 | 10/27/2008 | 11/26/2008 | $ 1,472.71 |
| 9902814109 | 10/27/2008 | 11/26/2008 | $ 1,551.60 |
| 9902814102 | 10/27/2008 | 11/26/2008 | $ 1,940.23 |
| 9902814189 | 10/27/2008 | 11/26/2008 | $ 3,110.38 |
| 1400236377 | 10/27/2008 | 11/26/2008 | $ 2,179.92 |
| 1400236377 | 10/27/2008 | 11/26/2008 | $ 3,979.24 |
| 9903756842 | 10/27/2008 | 12/11/2008 | $ 6,719.58 |
| 1400236377 | 10/27/2008 | 11/26/2008 | $ 9,224.56 |
| 1400236377 | 10/27/2008 | 11/26/2008 | $ 11,520.00 |
| 9903758263 | 10/27/2008 | 12/11/2008 | $ 14,879.07 |
| 9903756840 | 10/27/2008 | 12/11/2008 | $ 24,005.19 |
| 9903769692 | 10/28/2008 | 10/29/2008 | $ 95,004.00 |
| 9903761837 | 10/28/2008 | 10/28/2008 | $ 170,280.00 |
| 9903765462 | 10/28/2008 | 10/29/2008 | $ 170,280.00 |
| 9903763903 | 10/28/2008 | 10/29/2008 | $ 297,216.00 |
| 9903765451 | 10/28/2008 | 10/29/2008 | $ 127,280.00 |
| 9903769689 | 10/28/2008 | 10/29/2008 | $ 170,280.00 |
| 9903765429 | 10/28/2008 | 10/29/2008 | $ 309,600.00 |
| 9903765440 | 10/28/2008 | 10/29/2008 | $ 86,000.00 |
| 9903767905 | 10/28/2008 | 10/30/2008 | $ 297,216.00 |
| 9903767906 | 10/28/2008 | 10/30/2008 | $ 297,216.00 |
| 9903768176 | 10/28/2008 | 10/30/2008 | $ 297,216.00 |
| 9903763902 | 10/28/2008 | 10/29/2008 | $ 170,280.00 |
| 9903765441 | 10/28/2008 | 10/29/2008 | $ 23,650.00 |
| 9903765430 | 10/28/2008 | 10/29/2008 | $ 11,400.00 |
| 9903765431 | 10/28/2008 | 10/29/2008 | $ 159,600.00 |
| 9903765432 | 10/28/2008 | 10/29/2008 | $ 19,500.00 |
| 9902815504 | 10/28/2008 | 11/27/2008 | $ 8.77 |
| 9902814730 | 10/28/2008 | 11/27/2008 | $ 31.78 |
| 9902815773 | 10/28/2008 | 11/27/2008 | $ 45.90 |
| 9902815227 | 10/28/2008 | 11/27/2008 | $ 53.30 |
| 9902817033 | 10/28/2008 | 11/27/2008 | $ 57.49 |
| 9902814703 | 10/28/2008 | 11/27/2008 | $ 64.48 |
| 9902816219 | 10/28/2008 | 11/27/2008 | $ 65.04 |
| 9902816822 | 10/28/2008 | 11/27/2008 | $ 85.83 |
| 9902817008 | 10/28/2008 | 11/27/2008 | $ 86.41 |
| 9902816119 | 10/28/2008 | 11/27/2008 | $ 93.46 |
| 9902814726 | 10/28/2008 | 11/27/2008 | $ 100.84 |
| 9902815103 | 10/28/2008 | 11/27/2008 | $ 102.54 |
| 9902816310 | 10/28/2008 | 11/27/2008 | $ 118.33 |
| 9902814900 | 10/28/2008 | 11/27/2008 | $ 120.00 |
| 9902814904 | 10/28/2008 | 11/27/2008 | $ 120.00 |
| 9902817036 | 10/28/2008 | 11/27/2008 | $ 120.91 |
| 9902814931 | 10/28/2008 | 11/27/2008 | $ 124.97 |
| 9902814933 | 10/28/2008 | 11/27/2008 | $ 124.97 |
| 9902816195 | 10/28/2008 | 11/27/2008 | $ 126.06 |
| 9902815834 | 10/28/2008 | 11/27/2008 | $ 137.59 |
| 9902816773 | 10/28/2008 | 11/27/2008 | $ 147.13 |
| 9902815068 | 10/28/2008 | 11/27/2008 | $ 148.50 |
| 9902814729 | 10/28/2008 | 11/27/2008 | $ 151.22 |
| 9902814519 | 10/28/2008 | 11/27/2008 | $ 169.79 |
| 9902814520 | 10/28/2008 | 11/27/2008 | $ 169.79 |
| 9902815303 | 10/28/2008 | 11/27/2008 | $ 182.01 |

| Invoice # | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 9902816271 | 10/28/2008 | 11/27/2008 | $ 209.10 |
| 9902814948 | 10/28/2008 | 11/27/2008 | $ 213.68 |
| 9902815281 | 10/28/2008 | 11/27/2008 | $ 224.96 |
| 9902815064 | 10/28/2008 | 11/27/2008 | $ 226.15 |
| 9902816199 | 10/28/2008 | 11/27/2008 | $ 271.66 |
| 9902816200 | 10/28/2008 | 11/27/2008 | $ 271.66 |
| 9902816194 | 10/28/2008 | 11/27/2008 | $ 272.49 |
| 9902815217 | 10/28/2008 | 11/27/2008 | $ 277.51 |
| 9902815207 | 10/28/2008 | 11/27/2008 | $ 287.94 |
| 9902816394 | 10/28/2008 | 11/27/2008 | $ 298.04 |
| 9902816102 | 10/28/2008 | 11/27/2008 | $ 315.47 |
| 9902815197 | 10/28/2008 | 11/27/2008 | $ 331.19 |
| 9902816024 | 10/28/2008 | 11/27/2008 | $ 376.62 |
| 9902815291 | 10/28/2008 | 11/27/2008 | $ 456.61 |
| 9902816172 | 10/28/2008 | 11/27/2008 | $ 582.10 |
| 9902816390 | 10/28/2008 | 11/27/2008 | $ 582.99 |
| 9902816892 | 10/28/2008 | 11/27/2008 | $ 699.37 |
| 9902815800 | 10/28/2008 | 11/27/2008 | $ 700.00 |
| 9902815807 | 10/28/2008 | 11/27/2008 | $ 700.00 |
| 9902816876 | 10/28/2008 | 11/27/2008 | $ 700.00 |
| 9902816909 | 10/28/2008 | 11/27/2008 | $ 790.34 |
| 9902816930 | 10/28/2008 | 11/27/2008 | $ 826.36 |
| 9902816162 | 10/28/2008 | 11/27/2008 | $ 1,084.60 |
| 9902816397 | 10/28/2008 | 11/27/2008 | $ 1,136.09 |
| 9902816936 | 10/28/2008 | 11/27/2008 | $ 1,163.55 |
| 9902816935 | 10/28/2008 | 11/27/2008 | $ 1,451.40 |
| 9902816929 | 10/28/2008 | 11/27/2008 | $ 1,719.65 |
| 9902816893 | 10/28/2008 | 11/27/2008 | $ 1,940.23 |
| 9903761870 | 10/28/2008 | 12/12/2008 | $ 5,599.65 |
| 9903761871 | 10/28/2008 | 12/12/2008 | $ 21,576.62 |
| 9903760031 | 10/28/2008 | 12/12/2008 | $ 24,318.48 |
| 9902819348 | 10/29/2008 | 11/28/2008 | $ 13.30 |
| 9902820340 | 10/29/2008 | 11/28/2008 | $ 34.24 |
| 9902819249 | 10/29/2008 | 11/28/2008 | $ 45.52 |
| 9902819301 | 10/29/2008 | 11/28/2008 | $ 57.89 |
| 9902817409 | 10/29/2008 | 11/28/2008 | $ 60.41 |
| 9902817482 | 10/29/2008 | 11/28/2008 | $ 60.41 |
| 9902817493 | 10/29/2008 | 11/28/2008 | $ 60.41 |
| 9902818847 | 10/29/2008 | 11/28/2008 | $ 66.42 |
| 9902819370 | 10/29/2008 | 11/28/2008 | $ 69.08 |
| 9902819296 | 10/29/2008 | 11/28/2008 | $ 71.78 |
| 9902819231 | 10/29/2008 | 11/28/2008 | $ 80.77 |
| 9902819177 | 10/29/2008 | 11/28/2008 | $ 99.90 |
| 9902819223 | 10/29/2008 | 11/28/2008 | $ 120.00 |
| 9902819375 | 10/29/2008 | 11/28/2008 | $ 120.00 |
| 9902818730 | 10/29/2008 | 11/28/2008 | $ 129.49 |
| 9902819258 | 10/29/2008 | 11/28/2008 | $ 146.04 |
| 9902819278 | 10/29/2008 | 11/28/2008 | $ 146.04 |
| 9902819429 | 10/29/2008 | 11/28/2008 | $ 146.04 |
| 9902819297 | 10/29/2008 | 11/28/2008 | $ 148.50 |
| 9902819299 | 10/29/2008 | 11/28/2008 | $ 158.68 |
| 9902819214 | 10/29/2008 | 11/28/2008 | $ 171.32 |
| 9902819404 | 10/29/2008 | 11/28/2008 | $ 178.93 |
| 9902819418 | 10/29/2008 | 11/28/2008 | $ 200.25 |
| 9902819406 | 10/29/2008 | 11/28/2008 | $ 200.38 |

| Invoice # | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 9902819184 | 10/29/2008 | 11/28/2008 | $ 216.30 |
| 9902820054 | 10/29/2008 | 11/28/2008 | $ 216.30 |
| 9902819205 | 10/29/2008 | 11/28/2008 | $ 243.62 |
| 9902819179 | 10/29/2008 | 11/28/2008 | $ 301.59 |
| 9902819400 | 10/29/2008 | 11/28/2008 | $ 341.24 |
| 9902819437 | 10/29/2008 | 11/28/2008 | $ 348.07 |
| 9902820077 | 10/29/2008 | 11/28/2008 | $ 432.73 |
| 9902820082 | 10/29/2008 | 11/28/2008 | $ 440.09 |
| 9902820079 | 10/29/2008 | 11/28/2008 | $ 445.25 |
| 9902818292 | 10/29/2008 | 11/28/2008 | $ 628.71 |
| 9902820078 | 10/29/2008 | 11/28/2008 | $ 699.37 |
| 9902819955 | 10/29/2008 | 11/28/2008 | $ 700.00 |
| 9902819957 | 10/29/2008 | 11/28/2008 | $ 700.00 |
| 9902819953 | 10/29/2008 | 11/28/2008 | $ 750.00 |
| 9902819958 | 10/29/2008 | 11/28/2008 | $ 750.00 |
| 9902819188 | 10/29/2008 | 11/28/2008 | $ 750.91 |
| 9902820130 | 10/29/2008 | 11/28/2008 | $ 759.84 |
| 9902818437 | 10/29/2008 | 11/28/2008 | $ 896.50 |
| 9902820080 | 10/29/2008 | 11/28/2008 | $ 1,068.75 |
| 9902820076 | 10/29/2008 | 11/28/2008 | $ 1,079.95 |
| 9902818501 | 10/29/2008 | 11/28/2008 | $ 1,194.14 |
| 9902818379 | 10/29/2008 | 11/28/2008 | $ 1,326.02 |
| 9902818462 | 10/29/2008 | 11/28/2008 | $ 1,352.34 |
| 9902820081 | 10/29/2008 | 11/28/2008 | $ 1,363.31 |
| 9902820131 | 10/29/2008 | 11/28/2008 | $ 1,461.81 |
| 103364323 | 10/29/2008 | 11/28/2008 | $ 6,223.80 |
| 9902822769 | 10/30/2008 | 11/29/2008 | $ 1.30 |
| 9902820930 | 10/30/2008 | 11/29/2008 | $ 4.07 |
| 9902820961 | 10/30/2008 | 11/29/2008 | $ 4.07 |
| 9902820929 | 10/30/2008 | 11/29/2008 | $ 8.14 |
| 9902820963 | 10/30/2008 | 11/29/2008 | $ 9.02 |
| 9902823541 | 10/30/2008 | 11/29/2008 | $ 20.09 |
| 9902820940 | 10/30/2008 | 11/29/2008 | $ 24.20 |
| 9902823550 | 10/30/2008 | 11/29/2008 | $ 29.11 |
| 9902823563 | 10/30/2008 | 11/29/2008 | $ 36.74 |
| 9902820943 | 10/30/2008 | 11/29/2008 | $ 41.86 |
| 9902821058 | 10/30/2008 | 11/29/2008 | $ 44.84 |
| 9902820978 | 10/30/2008 | 11/29/2008 | $ 45.37 |
| 9902823596 | 10/30/2008 | 11/29/2008 | $ 52.36 |
| 9902821681 | 10/30/2008 | 11/29/2008 | $ 54.32 |
| 9902821251 | 10/30/2008 | 11/29/2008 | $ 60.41 |
| 9902821256 | 10/30/2008 | 11/29/2008 | $ 60.41 |
| 9902821258 | 10/30/2008 | 11/29/2008 | $ 60.41 |
| 9902821261 | 10/30/2008 | 11/29/2008 | $ 60.41 |
| 9902821459 | 10/30/2008 | 11/29/2008 | $ 64.48 |
| 9902820990 | 10/30/2008 | 11/29/2008 | $ 65.04 |
| 9902821064 | 10/30/2008 | 11/29/2008 | $ 67.99 |
| 9902821061 | 10/30/2008 | 11/29/2008 | $ 68.29 |
| 9902821638 | 10/30/2008 | 11/29/2008 | $ 72.43 |
| 9902821476 | 10/30/2008 | 11/29/2008 | $ 78.42 |
| 9902820955 | 10/30/2008 | 11/29/2008 | $ 85.09 |
| 9902820861 | 10/30/2008 | 11/29/2008 | $ 89.34 |
| 9902821291 | 10/30/2008 | 11/29/2008 | $ 93.68 |
| 9902821210 | 10/30/2008 | 11/29/2008 | $ 102.54 |
| 9902821140 | 10/30/2008 | 11/29/2008 | $ 110.56 |

| Invoice # | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 9902821543 | 10/30/2008 | 11/29/2008 | $ 118.33 |
| 9902820694 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902820734 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902820884 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902820897 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821407 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821408 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821413 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821414 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821415 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821416 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821418 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821419 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821420 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821421 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821424 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821426 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821427 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821429 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821430 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821431 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821439 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821441 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821442 | 10/30/2008 | 11/29/2008 | $ 120.00 |
| 9902821233 | 10/30/2008 | 11/29/2008 | $ 120.82 |
| 9902821235 | 10/30/2008 | 11/29/2008 | $ 120.82 |
| 9902821249 | 10/30/2008 | 11/29/2008 | $ 120.82 |
| 9902821075 | 10/30/2008 | 11/29/2008 | $ 125.76 |
| 9902821562 | 10/30/2008 | 11/29/2008 | $ 134.85 |
| 9902822839 | 10/30/2008 | 11/29/2008 | $ 137.91 |
| 9902823394 | 10/30/2008 | 11/29/2008 | $ 137.98 |
| 9902820986 | 10/30/2008 | 11/29/2008 | $ 139.06 |
| 9902821298 | 10/30/2008 | 11/29/2008 | $ 142.58 |
| 9902821567 | 10/30/2008 | 11/29/2008 | $ 155.16 |
| 9902823396 | 10/30/2008 | 11/29/2008 | $ 155.16 |
| 9902821649 | 10/30/2008 | 11/29/2008 | $ 164.79 |
| 9902823391 | 10/30/2008 | 11/29/2008 | $ 169.03 |
| 9902821126 | 10/30/2008 | 11/29/2008 | $ 172.84 |
| 9902823544 | 10/30/2008 | 11/29/2008 | $ 173.69 |
| 9902821136 | 10/30/2008 | 11/29/2008 | $ 174.12 |
| 9902821663 | 10/30/2008 | 11/29/2008 | $ 180.41 |
| 9902820882 | 10/30/2008 | 11/29/2008 | $ 180.52 |
| 9902821456 | 10/30/2008 | 11/29/2008 | $ 180.97 |
| 9902821264 | 10/30/2008 | 11/29/2008 | $ 181.23 |
| 9902821687 | 10/30/2008 | 11/29/2008 | $ 202.54 |
| 9902821292 | 10/30/2008 | 11/29/2008 | $ 204.30 |
| 9902821060 | 10/30/2008 | 11/29/2008 | $ 215.34 |
| 9902823387 | 10/30/2008 | 11/29/2008 | $ 216.30 |
| 9902821678 | 10/30/2008 | 11/29/2008 | $ 218.56 |
| 9902821139 | 10/30/2008 | 11/29/2008 | $ 220.51 |
| 9902821132 | 10/30/2008 | 11/29/2008 | $ 225.61 |
| 9902821569 | 10/30/2008 | 11/29/2008 | $ 228.39 |
| 9902820934 | 10/30/2008 | 11/29/2008 | $ 231.24 |
| 9902820737 | 10/30/2008 | 11/29/2008 | $ 240.00 |
| 9902821402 | 10/30/2008 | 11/29/2008 | $ 240.00 |

| Invoice # | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 9902821403 | 10/30/2008 | 11/29/2008 | $ 240.00 |
| 9902821404 | 10/30/2008 | 11/29/2008 | $ 240.00 |
| 9902821405 | 10/30/2008 | 11/29/2008 | $ 240.00 |
| 9902821406 | 10/30/2008 | 11/29/2008 | $ 240.00 |
| 9902821410 | 10/30/2008 | 11/29/2008 | $ 240.00 |
| 9902821411 | 10/30/2008 | 11/29/2008 | $ 240.00 |
| 9902821412 | 10/30/2008 | 11/29/2008 | $ 240.00 |
| 9902821422 | 10/30/2008 | 11/29/2008 | $ 240.00 |
| 9902821440 | 10/30/2008 | 11/29/2008 | $ 240.00 |
| 9902821444 | 10/30/2008 | 11/29/2008 | $ 240.00 |
| 9902823573 | 10/30/2008 | 11/29/2008 | $ 240.45 |
| 9902821449 | 10/30/2008 | 11/29/2008 | $ 243.62 |
| 9902821661 | 10/30/2008 | 11/29/2008 | $ 272.35 |
| 9902821659 | 10/30/2008 | 11/29/2008 | $ 272.87 |
| 9902820564 | 10/30/2008 | 11/29/2008 | $ 300.47 |
| 9902822667 | 10/30/2008 | 11/29/2008 | $ 323.91 |
| 9902823392 | 10/30/2008 | 11/29/2008 | $ 323.91 |
| 9902820932 | 10/30/2008 | 11/29/2008 | $ 353.56 |
| 9902821633 | 10/30/2008 | 11/29/2008 | $ 356.40 |
| 9902820733 | 10/30/2008 | 11/29/2008 | $ 360.00 |
| 9902821425 | 10/30/2008 | 11/29/2008 | $ 360.00 |
| 9902821433 | 10/30/2008 | 11/29/2008 | $ 360.00 |
| 9902821002 | 10/30/2008 | 11/29/2008 | $ 391.40 |
| 9902823496 | 10/30/2008 | 11/29/2008 | $ 445.25 |
| 9902821432 | 10/30/2008 | 11/29/2008 | $ 480.00 |
| 9902821434 | 10/30/2008 | 11/29/2008 | $ 480.00 |
| 9902821031 | 10/30/2008 | 11/29/2008 | $ 541.34 |
| 9902821555 | 10/30/2008 | 11/29/2008 | $ 595.39 |
| 9902822589 | 10/30/2008 | 11/29/2008 | $ 633.42 |
| 9902823518 | 10/30/2008 | 11/29/2008 | $ 666.13 |
| 9902823528 | 10/30/2008 | 11/29/2008 | $ 699.37 |
| 9902821030 | 10/30/2008 | 11/29/2008 | $ 700.00 |
| 9902821034 | 10/30/2008 | 11/29/2008 | $ 700.00 |
| 9902821035 | 10/30/2008 | 11/29/2008 | $ 700.00 |
| 9902821036 | 10/30/2008 | 11/29/2008 | $ 700.00 |
| 9902822586 | 10/30/2008 | 11/29/2008 | $ 700.00 |
| 9902823409 | 10/30/2008 | 11/29/2008 | $ 700.00 |
| 9902821093 | 10/30/2008 | 11/29/2008 | $ 718.96 |
| 9902821039 | 10/30/2008 | 11/29/2008 | $ 750.00 |
| 9902821040 | 10/30/2008 | 11/29/2008 | $ 750.00 |
| 9902821041 | 10/30/2008 | 11/29/2008 | $ 750.00 |
| 9902821043 | 10/30/2008 | 11/29/2008 | $ 750.00 |
| 9902823410 | 10/30/2008 | 11/29/2008 | $ 750.00 |
| 9902821537 | 10/30/2008 | 11/29/2008 | $ 772.21 |
| 9902821078 | 10/30/2008 | 11/29/2008 | $ 821.93 |
| 9902821106 | 10/30/2008 | 11/29/2008 | $ 862.72 |
| 9902821167 | 10/30/2008 | 11/29/2008 | $ 919.33 |
| 9902823463 | 10/30/2008 | 11/29/2008 | $ 932.44 |
| 9902823493 | 10/30/2008 | 11/29/2008 | $ 932.44 |
| 9902823519 | 10/30/2008 | 11/29/2008 | $ 932.44 |
| 9902823446 | 10/30/2008 | 11/29/2008 | $ 1,451.40 |
| 9902823492 | 10/30/2008 | 11/29/2008 | $ 1,472.71 |
| 9902822574 | 10/30/2008 | 11/29/2008 | $ 1,500.00 |
| 9902822575 | 10/30/2008 | 11/29/2008 | $ 1,500.00 |
| 9902823527 | 10/30/2008 | 11/29/2008 | $ 1,873.86 |

| Invoice # | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 9902823517 | 10/30/2008 | 11/29/2008 | $ 1,940.23 |
| 103367627 | 10/30/2008 | 11/29/2008 | $ 221.39 |
| 103367630 | 10/30/2008 | 11/29/2008 | $ 257.80 |
| 103367633 | 10/30/2008 | 11/29/2008 | $ 271.80 |
| 103367628 | 10/30/2008 | 11/29/2008 | $ 280.00 |
| 103367632 | 10/30/2008 | 11/29/2008 | $ 289.80 |
| 103367627 | 10/30/2008 | 11/29/2008 | $ 304.20 |
| 103367634 | 10/30/2008 | 11/29/2008 | $ 883.00 |
| 103367632 | 10/30/2008 | 11/29/2008 | $ 2,347.50 |
| 9902825267 | 10/31/2008 | 11/30/2008 | $ 24.40 |
| 9902823911 | 10/31/2008 | 11/30/2008 | $ 31.96 |
| 9902825241 | 10/31/2008 | 11/30/2008 | $ 38.28 |
| 9902824874 | 10/31/2008 | 11/30/2008 | $ 46.21 |
| 9902826471 | 10/31/2008 | 11/30/2008 | $ 46.21 |
| 9902826673 | 10/31/2008 | 11/30/2008 | $ 50.62 |
| 9902826651 | 10/31/2008 | 11/30/2008 | $ 67.60 |
| 9902826710 | 10/31/2008 | 11/30/2008 | $ 67.60 |
| 9902824873 | 10/31/2008 | 11/30/2008 | $ 71.78 |
| 9902825510 | 10/31/2008 | 11/30/2008 | $ 71.78 |
| 9902823958 | 10/31/2008 | 11/30/2008 | $ 78.42 |
| 9902825239 | 10/31/2008 | 11/30/2008 | $ 78.49 |
| 9902825248 | 10/31/2008 | 11/30/2008 | $ 99.62 |
| 9902825646 | 10/31/2008 | 11/30/2008 | $ 117.26 |
| 9902825311 | 10/31/2008 | 11/30/2008 | $ 120.00 |
| 9902825479 | 10/31/2008 | 11/30/2008 | $ 120.00 |
| 9902825483 | 10/31/2008 | 11/30/2008 | $ 120.00 |
| 9902825484 | 10/31/2008 | 11/30/2008 | $ 120.00 |
| 9902825497 | 10/31/2008 | 11/30/2008 | $ 120.00 |
| 9902825517 | 10/31/2008 | 11/30/2008 | $ 120.00 |
| 9902825482 | 10/31/2008 | 11/30/2008 | $ 124.97 |
| 9902825222 | 10/31/2008 | 11/30/2008 | $ 137.59 |
| 9902825508 | 10/31/2008 | 11/30/2008 | $ 143.56 |
| 9902826477 | 10/31/2008 | 11/30/2008 | $ 144.10 |
| 9902824913 | 10/31/2008 | 11/30/2008 | $ 145.41 |
| 9902824233 | 10/31/2008 | 11/30/2008 | $ 155.35 |
| 9902825211 | 10/31/2008 | 11/30/2008 | $ 171.32 |
| 9902825217 | 10/31/2008 | 11/30/2008 | $ 176.65 |
| 9902825531 | 10/31/2008 | 11/30/2008 | $ 180.57 |
| 9902823896 | 10/31/2008 | 11/30/2008 | $ 189.58 |
| 9902824298 | 10/31/2008 | 11/30/2008 | $ 198.96 |
| 9902824908 | 10/31/2008 | 11/30/2008 | $ 200.77 |
| 9902826634 | 10/31/2008 | 11/30/2008 | $ 209.56 |
| 9902824254 | 10/31/2008 | 11/30/2008 | $ 217.94 |
| 9902826467 | 10/31/2008 | 11/30/2008 | $ 242.39 |
| 9902823942 | 10/31/2008 | 11/30/2008 | $ 254.26 |
| 9902824925 | 10/31/2008 | 11/30/2008 | $ 256.27 |
| 9902826482 | 10/31/2008 | 11/30/2008 | $ 258.41 |
| 9902824826 | 10/31/2008 | 11/30/2008 | $ 264.05 |
| 9902825226 | 10/31/2008 | 11/30/2008 | $ 287.94 |
| 9902825081 | 10/31/2008 | 11/30/2008 | $ 300.47 |
| 9902826641 | 10/31/2008 | 11/30/2008 | $ 323.75 |
| 9902824820 | 10/31/2008 | 11/30/2008 | $ 416.42 |
| 9902826602 | 10/31/2008 | 11/30/2008 | $ 440.09 |
| 9902824918 | 10/31/2008 | 11/30/2008 | $ 483.30 |
| 9902824833 | 10/31/2008 | 11/30/2008 | $ 681.08 |

| Invoice # | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 9902826398 | 10/31/2008 | 11/30/2008 | $ 700.00 |
| 9902825491 | 10/31/2008 | 11/30/2008 | $ 712.05 |
| 9902826588 | 10/31/2008 | 11/30/2008 | $ 719.29 |
| 9902824856 | 10/31/2008 | 11/30/2008 | $ 750.00 |
| 9902824860 | 10/31/2008 | 11/30/2008 | $ 750.00 |
| 9902824861 | 10/31/2008 | 11/30/2008 | $ 750.00 |
| 9902826399 | 10/31/2008 | 11/30/2008 | $ 750.00 |
| 9902825498 | 10/31/2008 | 11/30/2008 | $ 776.40 |
| 9902825523 | 10/31/2008 | 11/30/2008 | $ 809.17 |
| 9902825509 | 10/31/2008 | 11/30/2008 | $ 863.26 |
| 9902826601 | 10/31/2008 | 11/30/2008 | $ 1,719.65 |
| 9902826614 | 10/31/2008 | 11/30/2008 | $ 1,719.65 |
| 103376520 | 10/31/2008 | 11/30/2008 | $ 349.81 |
| 9903772847 | 10/31/2008 | 12/15/2008 | $ 14,813.72 |
| 9902827283 | 11/03/2008 | 12/03/2008 | $ 4.07 |
| 9902827306 | 11/03/2008 | 12/03/2008 | $ 8.77 |
| 9902827042 | 11/03/2008 | 12/03/2008 | $ 13.93 |
| 9902827159 | 11/03/2008 | 12/03/2008 | $ 17.03 |
| 9902827157 | 11/03/2008 | 12/03/2008 | $ 18.25 |
| 9902827657 | 11/03/2008 | 12/03/2008 | $ 28.73 |
| 9902827665 | 11/03/2008 | 12/03/2008 | $ 31.96 |
| 9902827664 | 11/03/2008 | 12/03/2008 | $ 37.91 |
| 9902827421 | 11/03/2008 | 12/03/2008 | $ 50.68 |
| 9902828813 | 11/03/2008 | 12/03/2008 | $ 51.89 |
| 9902827170 | 11/03/2008 | 12/03/2008 | $ 51.89 |
| 9902828591 | 11/03/2008 | 12/03/2008 | $ 64.48 |
| 9902827249 | 11/03/2008 | 12/03/2008 | $ 65.04 |
| 9902827425 | 11/03/2008 | 12/03/2008 | $ 65.13 |
| 9902827761 | 11/03/2008 | 12/03/2008 | $ 65.38 |
| 9902827262 | 11/03/2008 | 12/03/2008 | $ 71.78 |
| 9902827263 | 11/03/2008 | 12/03/2008 | $ 71.78 |
| 9902827651 | 11/03/2008 | 12/03/2008 | $ 71.78 |
| 9902828824 | 11/03/2008 | 12/03/2008 | $ 75.36 |
| 9902827251 | 11/03/2008 | 12/03/2008 | $ 91.58 |
| 9902827158 | 11/03/2008 | 12/03/2008 | $ 93.68 |
| 9902827800 | 11/03/2008 | 12/03/2008 | $ 95.61 |
| 9902827271 | 11/03/2008 | 12/03/2008 | $ 100.84 |
| 9902828811 | 11/03/2008 | 12/03/2008 | $ 101.24 |
| 9902828810 | 11/03/2008 | 12/03/2008 | $ 104.62 |
| 9902827044 | 11/03/2008 | 12/03/2008 | $ 109.03 |
| 9902827143 | 11/03/2008 | 12/03/2008 | $ 109.55 |
| 9902827142 | 11/03/2008 | 12/03/2008 | $ 116.34 |
| 9902827029 | 11/03/2008 | 12/03/2008 | $ 120.00 |
| 9902827081 | 11/03/2008 | 12/03/2008 | $ 120.00 |
| 9902827085 | 11/03/2008 | 12/03/2008 | $ 120.00 |
| 9902827101 | 11/03/2008 | 12/03/2008 | $ 120.00 |
| 9902827103 | 11/03/2008 | 12/03/2008 | $ 120.00 |
| 9902827105 | 11/03/2008 | 12/03/2008 | $ 120.00 |
| 9902827442 | 11/03/2008 | 12/03/2008 | $ 120.00 |
| 9902828589 | 11/03/2008 | 12/03/2008 | $ 120.00 |
| 9902828631 | 11/03/2008 | 12/03/2008 | $ 120.00 |
| 9902827028 | 11/03/2008 | 12/03/2008 | $ 124.97 |
| 9902827138 | 11/03/2008 | 12/03/2008 | $ 142.58 |
| 9902827426 | 11/03/2008 | 12/03/2008 | $ 143.56 |
| 9902827163 | 11/03/2008 | 12/03/2008 | $ 154.49 |

| Invoice # | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 9902828796 | 11/03/2008 | 12/03/2008 | $ 164.60 |
| 9902827419 | 11/03/2008 | 12/03/2008 | $ 165.11 |
| 9902828555 | 11/03/2008 | 12/03/2008 | $ 167.87 |
| 9902827035 | 11/03/2008 | 12/03/2008 | $ 169.79 |
| 9902827015 | 11/03/2008 | 12/03/2008 | $ 171.32 |
| 9902827389 | 11/03/2008 | 12/03/2008 | $ 174.12 |
| 9902827412 | 11/03/2008 | 12/03/2008 | $ 179.89 |
| 9902828641 | 11/03/2008 | 12/03/2008 | $ 180.52 |
| 9902827281 | 11/03/2008 | 12/03/2008 | $ 188.08 |
| 9902827185 | 11/03/2008 | 12/03/2008 | $ 192.25 |
| 9902827406 | 11/03/2008 | 12/03/2008 | $ 223.33 |
| 9902827106 | 11/03/2008 | 12/03/2008 | $ 240.00 |
| 9902828798 | 11/03/2008 | 12/03/2008 | $ 240.45 |
| 9902828645 | 11/03/2008 | 12/03/2008 | $ 258.41 |
| 9902827137 | 11/03/2008 | 12/03/2008 | $ 262.59 |
| 9902827254 | 11/03/2008 | 12/03/2008 | $ 271.66 |
| 9902827019 | 11/03/2008 | 12/03/2008 | $ 289.61 |
| 9902827164 | 11/03/2008 | 12/03/2008 | $ 302.38 |
| 9902827004 | 11/03/2008 | 12/03/2008 | $ 312.49 |
| 9902827732 | 11/03/2008 | 12/03/2008 | $ 318.11 |
| 9902828820 | 11/03/2008 | 12/03/2008 | $ 335.35 |
| 9902827032 | 11/03/2008 | 12/03/2008 | $ 360.00 |
| 9902828769 | 11/03/2008 | 12/03/2008 | $ 432.73 |
| 9902827274 | 11/03/2008 | 12/03/2008 | $ 451.74 |
| 9902827714 | 11/03/2008 | 12/03/2008 | $ 558.50 |
| 9902827257 | 11/03/2008 | 12/03/2008 | $ 642.00 |
| 9902827509 | 11/03/2008 | 12/03/2008 | $ 643.71 |
| 9902827220 | 11/03/2008 | 12/03/2008 | $ 700.00 |
| 9902827223 | 11/03/2008 | 12/03/2008 | $ 700.00 |
| 9902827225 | 11/03/2008 | 12/03/2008 | $ 700.00 |
| 9902827228 | 11/03/2008 | 12/03/2008 | $ 700.00 |
| 9902828539 | 11/03/2008 | 12/03/2008 | $ 700.00 |
| 9902828542 | 11/03/2008 | 12/03/2008 | $ 700.00 |
| 9902828544 | 11/03/2008 | 12/03/2008 | $ 700.00 |
| 9902827227 | 11/03/2008 | 12/03/2008 | $ 750.00 |
| 9902827617 | 11/03/2008 | 12/03/2008 | $ 750.00 |
| 9902827622 | 11/03/2008 | 12/03/2008 | $ 750.00 |
| 9902827626 | 11/03/2008 | 12/03/2008 | $ 750.00 |
| 9902828856 | 11/03/2008 | 12/03/2008 | $ 1,060.00 |
| 9902828758 | 11/03/2008 | 12/03/2008 | $ 1,068.75 |
| 9902828766 | 11/03/2008 | 12/03/2008 | $ 1,242.51 |
| 9902828767 | 11/03/2008 | 12/03/2008 | $ 1,242.51 |
| 9902828771 | 11/03/2008 | 12/03/2008 | $ 1,362.94 |
| 9902828733 | 11/03/2008 | 12/03/2008 | $ 1,465.73 |
| 9902828734 | 11/03/2008 | 12/03/2008 | $ 1,472.71 |
| 9902828768 | 11/03/2008 | 12/03/2008 | $ 1,940.23 |
| 9902828770 | 11/03/2008 | 12/03/2008 | $ 1,940.23 |
| 9903776531 | 11/03/2008 | 12/18/2008 | $ 1,229.97 |
| 9903776530 | 11/03/2008 | 12/18/2008 | $ 2,217.49 |
| 9903777326 | 11/03/2008 | 12/18/2008 | $ 2,719.83 |
| 9903777327 | 11/03/2008 | 12/18/2008 | $ 3,839.76 |
| 9903777318 | 11/03/2008 | 12/18/2008 | $ 6,079.62 |
| 9903775966 | 11/03/2008 | 12/18/2008 | $ 6,149.75 |
| 9903777320 | 11/03/2008 | 12/18/2008 | $ 6,399.60 |
| 9903777325 | 11/03/2008 | 12/18/2008 | $ 7,584.72 |

| Invoice # | Invoice Date | Due Date | Amount |
|---|---|---|---|
| 9903776529 | 11/03/2008 | 12/18/2008 | $ 17,423.65 |
| 9903777317 | 11/03/2008 | 12/18/2008 | $ 24,756.97 |
| 9903777323 | 11/03/2008 | 12/18/2008 | $ 27,616.21 |
| 9903775967 | 11/03/2008 | 12/18/2008 | $ 42,843.47 |
| 9903777324 | 11/03/2008 | 12/18/2008 | $ 64,917.35 |
| 9903775965 | 11/03/2008 | 12/18/2008 | $ 67,045.63 |
| 9902831925 | 11/04/2008 | 12/04/2008 | $ 24.40 |
| 9902829614 | 11/04/2008 | 12/04/2008 | $ 65.04 |
| 9902829619 | 11/04/2008 | 12/04/2008 | $ 65.04 |
| 9902829574 | 11/04/2008 | 12/04/2008 | $ 77.93 |
| 9902829416 | 11/04/2008 | 12/04/2008 | $ 93.29 |
| 9902831523 | 11/04/2008 | 12/04/2008 | $ 108.42 |
| 9902829596 | 11/04/2008 | 12/04/2008 | $ 124.97 |
| 9902829616 | 11/04/2008 | 12/04/2008 | $ 169.03 |
| 9903780104 | 11/04/2008 | 12/19/2008 | $ 1,229.97 |
| 9903780103 | 11/04/2008 | 12/19/2008 | $ 20,971.69 |
| | | | **$ 60,301,199.05** |