UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Chapter 11 |
| Circuit City Stores, Inc., et al., | ) | Case No.: 08-35653-KRH |
| | ) | (Joint Administration Pending) |
| Debtors. | ) | |
| _____ | ) | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

The undersigned has been retained as counsel for Alexander H. Bobinski, as Trustee under Trust No. 1001, an unrecorded Land Trust Agreement dated April 18, 1986 ("Alexander"), and requests that copies of all notices and pleadings pursuant to Fed.R.Bankr.P. 2002, 3017 and 9007 be served as follows:

> David R. McFarlin, Esq.
> Wolff, Hill, McFarlin & Herron, P.A.
> 1851 W. Colonial Drive
> Orlando, FL 32804
> Telephone: (407) 648-0058
> Facsimile: (407) 648-0681
> Email: dmcfarlin@whmh.com

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes the notices and papers referred to in the Rules specified above but also, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Alexander's: (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any

proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Alexander is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing has been sent on December 2, 2008 by first class United States mail and/or electronic transmission to: Circuit City Stores, Inc., 9950 Mayland Drive, Richmond, VA 23233; Bruce H. Besanko, 9950 Mayland Drive, Richmond, VA 23233; Daniel F. Blanks and Douglas M. Foley, McGuireWoods LLP, 9000 World Trade Center, 101 W Main St, Norfolk, VA 23510; Dion W. Hayes, Joseph S. Sheerin and Sarah Beckett Boehm, McGuireWoods LLP, One James Center, 901 E. Cary St., Richmond, VA 23219; W. Clarkson McDow, Jr. and Robert B. Van Arsdale, Office of the US Trustee, 701 East Broad Street, Suite 4304, Richmond, VA 23219.

/s/ David R. McFarlin
David R. McFarlin
Florida Bar No. 328855
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804
Telephone (407) 648-0058
Facsimile (407) 648-0681
dmcfarlin@whmh.com
Attorneys for Alexander H. Bobinski, as Trustee under Trust No. 1001, an unrecorded Land Trust Agreement dated April 18, 1986