Michael A. Condyles (VSB 27807)
Loc Pfeiffer  (VA 39632)
Peter J. Barrett (VSB 46179)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone:  (804) 644-1700
  *Counsel to Schottenstein Property Group, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., *et al.*,

Debtors.

Case No. 08-35653-KRH
Chapter 11
Jointly Administered

## **NOTICE OF APPEARANCE**

Kutak Rock LLP notes its appearance pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure.  Please serve all notices and papers filed in this case, including any notices required to be served under Rule 2002 of the Federal Rules of Bankruptcy Procedure, on:

    Michael A. Condyles, Esquire
    Loc Pfeiffer, Esquire
    Peter J. Barrett, Esquire
    KUTAK ROCK LLP
    1111 East Main Street, Suite 800
    Richmond, Virginia 23219-3500
    Telephone:  (804) 644-1700
    Facsimile:  (804) 783-6192
    Email:  michael.condyles@kutakrock.com
    Email:  loc.pfeiffer@kutakrock.com
    Email:  peter.barrett@kutakrock.com

4825-3083-5203.1

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §1109(b), the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

/s/  Loc Pfeiffer
Michael A. Condyles (VA 27807)
Loc Pfeiffer  (VA 39632)
Peter J. Barrett (VA 46179)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone:    (804) 644-1700
Facsimile:     (804) 783-6192
*Counsel to Schottenstein Property Group, Inc.*

4825-3083-5203.1

2