**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.<br><br>Debtors.[1] | Chapter 11<br>Case No. 08-35653-KRH<br>Jointly Administered |

**REQUEST FOR
SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that the McClatchy Company, Biloxi Sun Herald, Columbus Ledger-Enquirer, Charlotte Observer, Fort Worth Star-Telegram, Island Packet, Macon Telegraph, Raleigh News & Observer, Myrtle Beach Sun News, Columbia State, Belleville News-Democrat, Bellingham Herald, Idaho Statesman, Kansas City Star, Tri-City Herald, Tacoma News Inc, Olympian, Centre Daily Times (State College), Wichita Eagle, Fresno Bee, Lexington Herald-Leader, Modesto Bee, Miami Herald, Merced Sun Star, Sacramento Bee, Bradenton Herald, and the San Luis Obispo Tribune, creditors and parties in interest, pursuant to Section 1109 of Title 11 of the United States Code, Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2090-1(F), hereby appear through their undersigned counsel, and request service of all notices and documents herein upon:

PAUL J. PASCUZZI (Calif. State Bar No. 148810)
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone:  (916) 329-7400 ext. 222
Facsimile:  (916) 329-7435
email:  ppascuzzi@ffwplaw.com

---

[1] The Debtors and their respective case numbers are as follows:  Circuit City Stores, Inc. (08-35653); Circuit City Stores West Coast, Inc. (08-35654); InterTAN, Inc. (08-35655); Ventoux International, Inc. (08-35656); Circuit City Purchasing Company, LLC (08-35657); CC Aviation, LLC (08-35658); CC Distribution Company of Virginia, Inc. (08-35659); Circuit City Properties, LLC (08-35661); Kinzer Technology, LLC (08-35663); Abbott Advertising Agency, Inc. (08-35665); Patapsco Designs, Inc. (08-35667); Sky Venture Corp. (08-35668); Prahs, Inc. (08-35670); XSStuff, LLC (08-35669); Mayland MN, LLC (08-35666); Courchevel, LLC (n/a); Orbyx Electronics, LLC (08-35664); and Circuit City Stores PR, LLC (08-35660).

-1-

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned Debtors, their property or estates.

**PLEASE TAKE FURTHER NOTICE** that neither this Request for Service of Notices and Documents (the "Notice") nor any later appearance, pleading, proof of claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in these cases or in any case, controversy or proceeding related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purposes other than with respect to this Notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  December 2, 2008

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

  */s/ Paul J. Pascuzzi*
PAUL J. PASCUZZI
CA State Bar No. 148810
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com

Attorneys for the McClatchy Company, Biloxi Sun Herald, Columbus Ledger-Enquirer, Charlotte Observer, Fort Worth Star-Telegram, Island Packet, Macon Telegraph, Raleigh News & Observer, Myrtle Beach Sun News, Columbia State, Belleville News-Democrat, Bellingham Herald, Idaho Statesman, Kansas City Star, Tri-City Herald, Tacoma News Inc, Olympian, Centre Daily Times (State College), Wichita Eagle, Fresno Bee, Lexington Herald-Leader, Modesto Bee, Miami Herald, Merced Sun Star, Sacramento Bee, Bradenton Herald, San Luis Obispo Tribune

## PROOF OF SERVICE

## FEDERAL COURT

I am a citizen of the United States, over the age of 18 years, and am not a party to or interested in the within entitled cause. I am an employee of Felderstein Fitzgerald Willoughby & Pascuzzi LLP, 400 Capitol Mall, Suite 1450, Sacramento, CA 95814-4434.

On December 2, 2008, 2008, I served the following document(s) described as:

**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

(✓) I am familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and know that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioned documents on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing on this date following ordinary business practices, at Sacramento, California, addressed as set forth below.

Circuit City Stores
Attn: Bruce H. Besanko
9950 Maryland Drive
Richmond, VA 23233

United States Trustee
Attn: Robert B. Van Arsdale
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Daniel F. Blanks/Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 W Main Street
Norfolk, VA 23510

Dion W. Hayes/Joseph S. Sheerin/Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Lynn L. Tavenner/Paula S. Beran
Tavenner & Beran PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2008 at Sacramento, California.

                         /s/ Lori N. McCleerey
                         Lori N. McCleerey