**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | § § § § | |
| | § | CASE NO. 08-35653-KRH |
| | § | (Jointly Administered) |
| **CIRCUIT CITY, et al** | § | |
| **(Debtor)** | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**
_____

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of the following Taxing Authority located in the State of Texas, specifically to wit:

**PASADENA INDEPENDENT SCHOOL DISTRICT**

(hereinafter referred to as "Taxing Authority"), secured creditor and party-in-interest in the above-referenced and styled bankruptcy proceedings.. The undersigned further requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan or reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced and styled bankruptcy proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy rules 2002(a)and (b), 3017(a) and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor in care of the undersigned at the address set forth below:

Respectfully submitted,

   //s//  Dexter D. Joyner
**DEXTER D. JOYNER**;
State Bar No. 11039000 Federal Bar No. 18365
ATTORNEY FOR THE PASADENA
INDEPENDENT SCHOOL DISTRICT
4701 Preston Ave
Pasadena, Texas  77505
281/ 991-6095  Fax: 281 991-6012

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing has been this date mailed to the parties listed below:

**cc:    Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden,Arps,Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636**

**cc:    Don W. Hayes, Esq.
Douglas M.  Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia  23219**

**cc :    Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden,Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2000
Chicago, IL  60606**

**cc:    Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
Richmond Virginia Office
701 East Broad Street, Suite 4304
Richmond, Virginia  23219-1888**

**Any and all parties requesting notice**

Dated this   2nd   day of _____December , 2008   //s//Dexter D. Joyner_____
                                                                              **DEXTER D. JOYNER**