IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No.: | 08-35653-KRH |
| Debtors. | ) | | (Chapter 11) |
| | ) | | |
| REVEREND DWAYNE FUNCHES, | ) | | |
| Individually, and as Independent Executor of | ) | | |
| the Estates of Travis Funches, Dione Funches, | ) | | |
| and Dwayne Funches, Jr., Emily Funches, | ) | | |
| Lovera Funches, and Shatira Funches, | ) | | |
| Individually, | ) | | |
| Movants, | ) | | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| CIRCUIT CITY STORES, INC., et al., | ) | | |
| Respondent. | ) | | |

## AMENDED MOTION FOR EXPEDITED HEARING

COME NOW THE MOVANTS, Reverend Dwayne Funches, also known as Bishop Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually (collectively, the "Movants"), by counsel, pursuant to 11 U.S.C. §§ 105(a) and 362(d), the *Federal Rules of Bankruptcy Procedure*, Rules 4001 and 9014 (the "*Bankruptcy Rules*"), the *Local Bankruptcy Rules* of the United States Bankruptcy Court for the Eastern District of Virginia, Rules 4001(a)-1 and 9013-1(N) (the "*Local Rules*"), and all other applicable

---

C. Thomas Ebel, Esquire - VSB # 18637
William A. Gray, Esquire - VSB #46911
Lisa Taylor Hudson, Esquire - VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 783-7234 Telephone
(804) 783-7291 Facsimile
*Local Counsel for Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually*

legal and equitable authorities, and state the following as and for their amended motion for an expedited hearing ("Amended Expedited Motion") regarding their previously-filed *Motion for Relief from Automatic Stay of 11 U.S.C. § 362(A) with Supporting Memorandum of Law and Request for Shortened Notice and Expedited Hearing*, filed on November 27, 2008. **This Amended Expedited Motion is filed as a separate pleading rather than in the previously-filed combined manner with the accompanying Motion for Relief and supporting memorandum and the prior proposed order which was attached and contained the *Local Bankruptcy Rule* 9013-1(N) certification.**

The Movants herein respectfully renew their prior request and move the Court to enter an order granting them an expedited hearing on **December 3, 2008, at 11:00 A.M.** At hearing, the Movants will seek from the Court, if their Amended Expedited Motion is granted, immediate and limited relief from the automatic stay in the above-captioned matter, so that they may continue with pre-petition state court litigation pending in Chicago, Illinois since 2005, in a negligence and strict liability action brought against multiple defendants, which include the Debtors, as a result of a house fire stemming from a television purchase and servicing that killed three children in the Movants' family. The Movants request this relief in an expedited fashion because of several reasons, any of which constitute "cause" under the Bankruptcy Code and local common law definitions of same and collectively certainly constitute "cause". Those reasons for seeking expedited relief include, but are not limited to, the unique facts and circumstances presented by this very usual, sympathetic, and unfortunate case: (1) the delay to the state court litigation that will be caused by the Debtors' bankruptcy case for many months if not a year or more; (2) the position of the state court judge in the pre-petition litigation who will not proceed with any part of that litigation short of a lifting of the automatic stay from this Court and has

2

advised all counsel of same; (3) the extreme prejudice to the Movants' family and prolonging of their grief and loss of three children associated with litigation delays, expense, costs, and more hearings and legal proceedings associated with the bankruptcy case and with rescheduling and postponing the state court litigation; and (4) time-sensitive developments in that state court litigation, including a significant hearing to be held on **December 4, 2008**, addressing key discovery issues that are a prerequisite to setting the trial date before the assigned judge, multiple sanctions motions, recusal of the sitting judge which is opposed by the Debtors and Movants alike, an inspection testing of the subject television that requires all parties and their experts to participate because of the destruction of the equipment in same, and several key depositions previously-scheduled for prior and coming weeks, with some of the aforementioned items now needing to be rescheduled due to the filing of this bankruptcy case. A hearing, inspection involving multiple out-of-area experts, and several depositions have already had to be cancelled and postponed due to this bankruptcy case filing.

The Movants further expressly incorporate by reference hereto without repeating herein, the arguments and authorities cited in their previously-filed accompanying motion for relief.

## **CERTIFICATION PER *LOCAL BANKRUPTCY RULE* 9013-1(N)**

Movants and their counsel certify herein pursuant to *Local Bankruptcy Rule* 9013-1(N), that the proponent, the Movants and their counsel, have: (1) carefully examined the matter and concluded that there is a true need for an emergency hearing; (2) not created the emergency through any lack of due diligence, as undersigned counsel was only recently retained in this matter and Movants have no control over the bankruptcy case of Debtors filed on November 10, 2008, necessitating this Amended Expedited Motion and Movants' filings herein; and (3) have made a *bona fide* effort to resolve the matter without a hearing through negotiations with several

3

of Debtors' counsel prior to the filing and which are ongoing in good faith in an effort to narrow issues and/or resolve the matter.

## PRAYER FOR RELIEF:

**WHEREFORE**, the Movants, by counsel, respectfully request that this Honorable Court (a) grant this Amended Expedited Motion, as well as the accompanying and previously-filed Motion for Relief from Stay; and (b) grant such other and further relief in favor of the Movants as the Court deems just and proper.

**Dated: December 2, 2008**          Respectfully Submitted,

REVEREND DWAYNE FUNCHES, INDIVIDUALLY, AND AS INDEPENDENT EXECUTOR OF THE ESTATES OF TRAVIS FUNCHES, DIONE FUNCHES, AND DWAYNE FUNCHES, JR., EMILY FUNCHES, LOVERA FUNCHES, AND SHATIRA FUNCHES, INDIVIDUALLY

**By Counsel**

   /s/ Lisa Taylor Hudson
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 783-7234 (Telephone)
(804) 783-7291 (Facsimile)
tebel@sandsanderson.com
bgray@sandsanderson.com
lhudson@sandsanderson.com
*Local Counsel for Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually*

and

4

Daniel J. Biederman, Sr., Esquire
Biederman & Associates
19 South LaSalle Street, Suite 800
Chicago, Illinois 60603
(312) 238-8978 (Telephone)
(312) 268-6254 (Facsimile)
biedermanlaw@gmail.com
*Counsel for Reverend Dwayne Funches, Individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, Individually*

## SERVICE LIST

| | |
|---|---|
| Daniel F. Blanks, Esquire<br>Douglas M. Foley, Esquire<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510<br>**And by Email** | ATTORNEYS FOR DEBTORS |
| Dion W. Hayes, Esquire<br>James S. Sheerin, Esquire<br>Sarah Beckett Boehm, Esquire<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | ATTORNEYS FOR DEBTORS |
| Gregg M. Galardi, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636 | ATTORNEYS FOR DEBTORS |
| Chris L. Dickerson, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>333 West Wacker Drive<br>Chicago, IL 60606 | ATTORNEYS FOR DEBTORS |
| Robert Van Arsdale, Esquire<br>Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 | OFFICE OF U.S. TRUSTEE |
| Linda K. Myers, Esquire<br>Kirkland & Ellis, LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601 | SPECIAL COUNSEL FOR DEBTORS |

| | |
|---|---|
| David S. Berman, Esquire<br>Riemer & Braunstein, LLP<br>Three Center Plaza, 6th Floor<br>Boston, Massachusetts 02108 | COUNSEL FOR BANK OF AMERICA, N.A. |
| Bruce Matson, Esquire<br>LeClair Ryan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, 8th Floor<br>Richmond, Virginia 23219 | COUNSEL FOR BANK OF AMERICA, N.A. |
| Lynn L. Tavenner, Esquire<br><br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia 23219 | COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

                                         /s/ Lisa Taylor Hudson