IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.*, | ) Case No.:    08-35653-KRH |
| Debtors. | ) (Chapter 11) |
| | ) |
| REVEREND DWAYNE FUNCHES, | ) |
| Individually, and as Independent Executor of | ) |
| the Estates of Travis Funches, Dione Funches, | ) |
| and Dwayne Funches, Jr., Emily Funches, | ) |
| Lovera Funches, and Shatira Funches, | ) |
| Individually, | ) |
| Movants, | ) |
| | ) |
| v. | ) |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.*, | ) |
| Respondent. | ) |

## ORDER SCHEDULING EXPEDITED HEARING

This day came the Reverend Dwayne Funches, also known as Bishop Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually (collectively, the "Movants"), by counsel, pursuant to *Bankruptcy Code* Section 105, *Federal Rules of Bankruptcy Procedure*, 2002, 9006 and 9007, and Rules 9013-1(M) and (N) of the *Local Bankruptcy Rules* for an order setting Movants' *Motion for Relief from Automatic Stay of*

---

C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 783-7234 Telephone
(804) 783-7291 Facsimile
*Local Counsel for Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually*

EXHIBIT A

*11 U.S.C. § 362(a) and Supporting Memorandum of Law* (the "*Motion for Relief*") for an expedited hearing scheduled for **December 3, 2008, at 11:00 AM** and approving a shortened notice period for same. The Court, therefore, finding it reasonable and necessary to do so, and for good cause shown, hereby **ORDERS, ADJUDGES, and DECREES** that:

1. The Movants' request for an expedited hearing is **GRANTED**;

2. An expedited hearing to consider the *Motion for Relief* shall be conducted by the Court on **December 3, 2008, at 11:00 a.m.**; and

3. The Clerk shall issue copies of this Order, upon entry, to those parties listed on the Attached Service List.


**ENTERED ON THE DOCKET:**    /    /

_____
The Honorable Kevin R. Huennekens
United States Bankruptcy Judge
Eastern District of Virginia
Richmond, Virginia


I ASK FOR THIS:


  /s/ Lisa Taylor Hudson
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 783-7234 Telephone
(804) 783-7291 Facsimile
lhudson@sandsanderson.com
tebel@sandsanderson.com
bgray@sandsanderson.com
   *Local Counsel for Reverend Dwayne Funches, Individually, and as*
   *Independent Executor of the Estates of Travis Funches, Dione Funches,*
   *and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually*

2

SEEN AND AGREED/OBJECTED TO:

_____

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

    and/or

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

    and/or


Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
P. O. Box 636
Wilmington, Delaware 19899-0636

    and/or

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
  *Attorneys for Debtors, Circuit City Stores, Inc.*

**Copies Also To:**

Robert B. Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219

## PROOF OF SERVICE PURSUANT TO *LOCAL RULE* 9022-1(C)(2)

I hereby certify that the foregoing proposed Order has been served upon all necessary parties electronically by email (as indicated), through the Electronic Case Filing system ("ECF"), and as otherwise indicated in the Service List on this 2nd day of December, 2008.

/s/ Lisa Taylor Hudson

4

## SERVICE LIST

| | |
|---|---|
| Daniel F. Blanks, Esquire<br>Douglas M. Foley, Esquire<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510<br>**And by Email** | ATTORNEYS FOR DEBTORS |
| Dion W. Hayes, Esquire<br>James S. Sheerin, Esquire<br>Sarah Beckett Boehm, Esquire<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | ATTORNEYS FOR DEBTORS |
| Gregg M. Galardi, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636 | ATTORNEYS FOR DEBTORS |
| Chris L. Dickerson, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>333 West Wacker Drive<br>Chicago, IL 60606 | ATTORNEYS FOR DEBTORS |
| Robert Van Arsdale, Esquire<br>Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 | OFFICE OF U.S. TRUSTEE |
| Linda K. Myers, Esquire<br>Kirkland & Ellis, LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601 | SPECIAL COUNSEL FOR DEBTORS |

| | |
|---|---|
| David S. Berman, Esquire | COUNSEL FOR BANK OF AMERICA, N.A. |
| Riemer & Braunstein, LLP<br>Three Center Plaza, 6th Floor<br>Boston, Massachusetts 02108 | |
| Bruce Matson, Esquire | COUNSEL FOR BANK OF AMERICA, N.A. |
| LeClair Ryan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, 8th Floor<br>Richmond, Virginia 23219 | |
| Lynn L. Tavenner, Esquire | COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
| Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia 23219 | |