UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

PERRY'S CUSTOM WOODWORKING, INC.,

Debtor.

Case No. 08-62837-6-SDG
Chapter 7

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that the undersigned, appearing for NBT Bank, N.A. (the "Creditor"), pursuant to Federal Rules 2002, 9007 and 9010 of Bankruptcy Procedure hereby requests that all notice given to or required to be served in this case be given and served upon the undersigned at the office, address and telephone number set forth below:

Kevin M. Newman, Esq.
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, New York 13204
Telephone: (315) 474-7541
Facsimile: (315) 474-4040
Email: knewman@menterlaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail delivery, telephone, telex or otherwise, which affect the Debtor or property of the Debtor.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby demands that the name and address set forth herein be added to the mailing matrix in this case.

**PLEASE TAKE FURTHER NOTICE**, that the Creditor intends that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) Creditor's right to have final orders in non core matters entered only after de novo review by a District Court Judge, (2) Creditor's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case, (3) Creditor's right to have the District Court

{F:\WPMain\24432\22679\DL9516.DOC}

withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly reserves.

Dated: December 2, 2008

**MENTER, RUDIN & TRIVELPIECE, P.C.**
Attorneys for NBT Bank, N.A.

By: /s/Kevin M. Newman
Kevin M. Newman, Esq.
Office and Post Office Address
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone:    (315) 474-7541
Facsimile:     (315) 474-4040

{F:\WPMain\24432\22679\DL9516.DOC}