William L. Wallander (TX 20780750)
Angela B. Degeyter, (TX 24059669)
**VINSON & ELKINS L.L.P.**
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201-2975
Tel: (214) 220-7700
Fax: (214) 999-7716

David E. Hawkins (VA 48367)
**VINSON & ELKINS L.L.P.**
The Willard Office Building
1455 Pennsylvania Ave., N.W.
Washington, D.C. 20004-1008
Tel: (202) 639-6500
Fax: (202) 639-6604

**ATTORNEYS FOR ARCHON GROUP, L.P.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CIRCUIT CITY STORES, INC.,** *et al.* | § | **Case No. 08-35653-KRH** |
| | § | |
| **Debtor.** | § | **Jointly Administered** |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorneys appear on behalf of Archon Group, L.P. ("Archon"), party-in-interest in this case, and submit this Notice of Appearance, and request notice of all hearings and conferences and service of all papers herein including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007, and 9010, and Bankruptcy Code §§ 342 and 1109(b) (if applicable).  All notices and papers in this case shall be served upon the following:

William L. Wallander
Angela B. Degeyter
**VINSON & ELKINS L.L.P.**
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201-2975
Tel: (214) 220-7763 / Fax: (214) 999-7763
Email: bwallander@velaw.com
            adegeyter@velaw.com

And

David E. Hawkins (VA 48367)
**VINSON & ELKINS L.L.P.**
The Willard Office Building
1455 Pennsylvania Ave., N.W.
Washington, D.C. 20004-1008
Tel: (202) 639-6605/Fax: (202) 879-8806
Email: dhawkins@velaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, reports, letters, applications, motions, complaints, objections, claims, demands, hearings, petitions, pleadings, or requests, whether formal or informal, whether written or oral, and howsoever transmitted or filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with this case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Archon (i) to have final orders in any non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii)

to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed to waive any rights, claims, actions, defenses, setoffs or recoupments to which Archon is or may be entitled at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of Archon.

DATED:  December 2, 2008.

        Respectfully submitted,

        **VINSON & ELKINS L.L.P.**
        The Willard Office Building
        1455 Pennsylvania Ave., N.W.
        Washington, D.C. 20004-1008
        Tel: (202) 639-6605
        Fax: (202) 879-8806

        By: */s/ David E. Hawkins*
            David E. Hawkins (VA 48367)

        And

        **VINSON & ELKINS L.L.P.**
        William L. Wallander
        Angela B. Degeyter
        2001 Ross Avenue, Suite 3700
        Dallas, Texas  75201-2975
        Tel: (214) 220-7763
        Fax: (214) 999-7763

        **ATTORNEYS FOR ARCHON GROUP, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on December 2, 2008, (a) by the Electronic Case Filing system to the parties on the clerk's list who receive electronic notification of filings and (b) via first class mail, postage prepaid, to the parties on the attached service list.

                                                */s/ David E. Hawkins*
                                                One of Counsel