# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC.., *et al.* | § | CASE NO. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly administered |
| | § | Judge Kevin R. Huennekens |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Hunton & Williams LLP as counsel for Galleria Plaza, Ltd. hereby enters its appearance pursuant to section 1109(b) of the United States Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, that all notices given or required to be given in this case and all paper served or required to be served in this case, be given to and served upon the following:

> Robert S. Westermann, Esq.
> Hunton & Williams LLP
> Riverfront Plaza, East Tower
> 951 East Byrd Street
> Richmond, Virginia 23219-4074
> Telephone: (804) 788-8200
> Telecopy: (804) 788-8218
> e-mail: rwestermann@hunton.com

Robert S. Westermann, VSB No. 43294
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8200
Counsel for Galleria Plaza, Ltd.

*and*

Lynnette Warman, Esq.
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas  75202-2799
Telephone: (214) 468-3334
Telecopy: (214) 468-3599
e-mail: lwarman@hunton.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, disclosure statement, plan of reorganization and answering or reply briefs, whether transmitted or conveyed by mail., delivery, telephone, telegraph, telex, telecopier or otherwise.

Respectfully submitted,

HUNTON & WILLIAMS LLP

By:    /s/ ***Robert S. Westermann***
          Robert S. Westermann
          VSB No. 43294
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Telecopy: (804) 788-8218
e-mail: rwestermann@hunton.com

ATTORNEYS FOR GALLERIA PLAZA, LTD.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served on the parties receiving electronic notice via the Court's CM/ECF system and the following parties via US regular mail, on this the 2nd day of December, 2008.

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
Counsel for the Debtors

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

/s/ *Robert S. Westermann*