**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **CIRCUIT CITY STORES, INC., et al.,** ) | **Case No.:**   **08-35653-KRH** |
|              Debtors. ) | (Chapter 11) |
| ) | |
| **CYNTHIA OLLOWAY, INDIVIDUALLY** ) | |
| **AND AS SPECIAL ADMINISTRATOR OF** ) | |
| **THE ESTATE OF CEDRIC COY LANGSTON,** ) | |
| **JR., A DECEASED MINOR,** ) | |
|              Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| **CIRCUIT CITY STORES, INC., et al.,** ) | |
|              Respondent. ) | |

## MOTION FOR JOINDER

COMES NOW Movant, Cynthia Olloway, Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor (the "Movant"), by counsel, to respectively request permission from this Court to join in and/or move for joinder in the previously-filed *Motion for Relief from Automatic Stay of 11 U.S.C. § 362(a) With Supporting Memorandum of Law and Request for Shortened Notice and Expedited Hearing* with its accompanying Notice of Motion and Hearing and proposed orders granting the expedited hearing and underlying relief, filed on November 27, 2008, and the subsequently-filed *Amended Motion for Expedited Hearing*, filed on December 2, 2008, in the above-styled matter on behalf of the Funches family.  Movant, Ms. Olloway is the parent of the fourth child, Cedric Coy Langston,

---
C. Thomas Ebel, Esquire - VSB # 18637
William A. Gray, Esquire - VSB #46911
Lisa Taylor Hudson, Esquire - VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 783-7234 Telephone
(804) 783-7291 Facsimile
*Local Counsel for Cynthia Olloway, Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor*

Jr., who died in the same house fire that is the subject of the state court lawsuit brought by the Funches family in Cook County Circuit Court in Chicago, Illinois, and for which family, the aforementioned pleadings were filed in this matter.  The Cook County Circuit Court has consolidated the Funches and Olloway underlying suits, they are styled separately but share the exact same defendants, and are assigned case number "04 CH16059 Consolidated with 05 L 3088 and 05 L 9762".  Movant, Ms. Olloway seeks identical relief to the Funches family and respectfully requests that undersigned counsel be permitted (in light of their retention today) to present the same arguments at expedited hearing tomorrow, on December 3, 2008, on her behalf.  The Funches and their counsel consent to this *Motion for Joinder.*

### PRAYER FOR RELIEF:

WHEREFORE, the Movant, by counsel, respectfully requests that this Honorable Court (a) grant this *Motion for Joinder*; and (b) award Movant such other and further relief as this Court deems just and proper.

**Dated:  December 2, 2008**              **Respectfully Submitted,**

**CYNTHIA OLLOWAY, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF CEDRIC COY LANGSTON, JR., A DECEASED MINOR,**

**By Counsel**

   /s/ Lisa Taylor Hudson
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 783-7234 (Telephone)
(804) 783-7291 (Facsimile)
*Local Counsel for Cynthia Olloway, Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor*

and

Lorna Propes, Esquire
Brian T. Monico, Esquire
PROPES & KAVENY LLC
833 W. Jackson, Suite 200
Chicago, Illinois 60607
(312) 334-3115 (Telephone)
(312) 829-3367 (Facsimile)
*Counsel for Cynthia Olloway, Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of December, 2008, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid to all persons on the Service List below:

## SERVICE LIST

| | |
|---|---|
| Daniel F. Blanks, Esquire<br>Douglas M. Foley, Esquire<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510 | ATTORNEYS FOR DEBTORS |
| Dion W. Hayes, Esquire<br>James S. Sheerin, Esquire<br>Sarah Beckett Boehm, Esquire<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | ATTORNEYS FOR DEBTORS |
| Gregg M. Galardi, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636 | ATTORNEYS FOR DEBTORS |
| Chris L. Dickerson, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>333 West Wacker Drive<br>Chicago, IL 60606 | ATTORNEYS FOR DEBTORS |
| Robert Van Arsdale, Esquire<br>Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 | OFFICE OF U.S. TRUSTEE |
| Linda K. Myers, Esquire<br>Kirkland & Ellis, LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601 | SPECIAL COUNSEL FOR DEBTORS |

5

| | |
|---|---|
| David S. Berman, Esquire<br>Riemer & Braunstein, LLP<br>Three Center Plaza, 6th Floor<br>Boston, Massachusetts 02108 | COUNSEL FOR BANK OF AMERICA, N.A. |
| Bruce Matson, Esquire<br>LeClair Ryan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, 8th Floor<br>Richmond, Virginia 23219 | COUNSEL FOR BANK OF AMERICA, N.A. |
| Lynn L. Tavenner, Esquire<br><br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia 23219 | COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

   /s/ Lisa Taylor Hudson