# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, ) | Case No.:    08-35653-KRH |
| Debtors. ) | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that William A. Gray, Esquire; C. Thomas Ebel, Esquire; Peter M. Pearl, Esquire; and Lisa Taylor Hudson, Esquire, attorneys at Sands Anderson Marks & Miller, P.C., pursuant to Bankruptcy Code § 1109 and Federal Rules of Bankruptcy Procedure 2002 and 9010, hereby appear in this case on behalf of landlord creditors and parties of interest, as set forth on the attached Schedule A, and request that copies of all notices, pleadings, and other papers given or filed in this case be served at the following address:

>C. Thomas Ebel, Esquire
>William A. Gray, Esquire
>Lisa Taylor Hudson, Esquire
>Sands Anderson Marks & Miller, P.C.
>801 East Main Street, Suite 1800
>(Post Office Box 1998)
>Richmond, Virginia 23219 (23218-1998)
>(804) 648-1636 (Telephone)
>(804) 783-7291 (Facsimile)

_____
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 648-1636 (Telephone)
(804) 783-7291 (Facsimile)
*Local Counsel for Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually; Monument Consulting, LLC; McAlister Square Partners, Ltd., Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; and Cynthia Olloway, Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, notices, pleadings, and any other papers relating to any application, complaint, demand, hearing, motion, order, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, or otherwise filed with regard to the above-mentioned case or proceedings therein.

| | |
|---|---|
| **Dated**: December 3, 2008 | **Respectfully Submitted,** |
| | **SANDS, ANDERSON, MARKS & MILLER, P.C.,** |
| | **By Counsel** |

  /s/  Lisa Taylor Hudson
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 648-1636 (Telephone)
(804) 783-7291 (Facsimile)
*Local Counsel for Reverend Dwayne Funches, Individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, Individually; Monument Consulting, LLC; McAlister Square Partners, Ltd.; Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; and Cynthia Olloway, Individually and as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December, 2008, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

                                                          /s/ Lisa Taylor Hudson

**SERVICE LIST**

| | |
|---|---|
| Daniel F. Blanks, Esquire<br>Douglas M. Foley, Esquire<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510 | ATTORNEYS FOR DEBTORS |
| Dion W. Hayes, Esquire<br>James S. Sheerin, Esquire<br>Sarah Beckett Boehm, Esquire<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | ATTORNEYS FOR DEBTORS |
| Gregg M. Galardi, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636 | ATTORNEY FOR DEBTORS |
| Chris L. Dickerson, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>333 West Wacker Drive<br>Chicago, IL 60606 | ATTORNEY FOR DEBTORS |
| Robert Van Arsdale, Esquire<br>Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>700 E. Broad Street, Suite 4304<br>Richmond, VA 23219 | OFFICE OF U.S. TRUSTEE |

    /s/ Lisa Taylor Hudson