## EXHIBIT A TO *RULE* 2019 STATEMENT

| Creditor | Address | Nature of Claim | Claim Amount |
|---|---|---|---|
| Reverend Dwayne Funches, Individually | | | |
| Reverend Dwayne Funches as Independent Executor of the Estate of Travis Funches | | | |
| Reverend Dwayne Funches as Independent Executor of the Estate of Dione Funches | | | |
| Reverend Dwayne Funches as Independent Executor of the Estate of Dwayne Funches, Jr. | | | |
| Emily Funches, Individually | | | |
| Lovera S. Funches, Individually | | | |
| Shatira Funches, Individually | | | |
| Monument Consulting, LLC | | | |
| McAlister Square Partners, Ltd. | | | |
| Mansfield SEQ 287 and Debbie, Ltd. | | | |
| UTC I, LLC | | | |
| PrattCenter, LLC | | | |
| Valley Corners Shopping Center, LLC | | | |
| Cynthia Olloway, Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor | | | |

**EXHIBIT A**

1