UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

In re:

CIRCUIT CITY STORES, INC., *et al.*

Debtors.

Case No. 08-35653-KRH
Jointly Administered
Chapter 11 Proceedings

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Amended Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 was mailed on the 3rd day of December 2008 by depositing same in the U.S. Mail, postage prepaid to the following:

W. Clarkson McDow, Jr.
United States Trustee
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
One James Center
901 East Cary Street
McGuire Woods, LLP
Richmond, Virginia 23219

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Tom Valenti
Cameron Group, LLC
6707 Fair Lakes Road
East Syracuse, NY 13057

William F. Baker, Esq.
Pyramid Management Group, Inc.
The Clinton Exchange
4 Clinton Square
Syracuse, New York 13202

{F:\WPMain\24432\22679\DL9532.DOC}

Christina Chianelli, Esq.
Rivercrest Realty Associates, LLC
8816 Six Forks Road, Suite 201
Raleigh, North Carolina 27615

Dana C. Lewellen, Esq.
Prime Retail, L.P.
Corporate Counsel
217 East Redwood Street, Twentieth Floor
Baltimore, MD 21202

By: /s/ Sarah Punzo
Sarah Punzo

{F:\WPMain\24432\22679\DL9532.DOC}