UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. 08-35653-KRH |
| | ) Chapter 11 |
| Debtors. | ) (Jointly Administered) |

### MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090-1 (E)(2), Michael P. Falzone and Sheila deLa Cruz (the "Movants"), members in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, file this motion with the Court for an Order permitting admission of Steven H. Newman of the law firm of Katsky Korins LLP, 605 Third Avenue, 16th Floor, New York, New York 10158, to appear and practice *pro hac vice* on behalf of 502-12 86th Street LLC ("502-12 LLC") in the above-captioned matter. In support there of, the Movants state the following:

1.  Steven H. Newman (NY Bar No. 2405389) has been admitted to practice law in the State of New York since 1991. He is a member in good standing of the State Bar of New York and is qualified and licensed to practice before the highest court in New York.

2.  Mr. Newman has also been admitted to practice in the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States District Court for the District of New Jersey.

---

| | |
|---|---|
| Michael P. Falzone (VSB No. 22324) | Steven H. Newman |
| Sheila deLa Cruz (VSB No. 65395) | Katsky Korins LLP |
| Hirschler Fleischer, PC | 605 Third Avenue, 16th Floor |
| Post Office Box 500 | New York, NY 10158 |
| Richmond, VA 23218-0500 | (212) 953-6000 |
| (804) 771-9560 | (212) 953-6899 (fax) |
| (804) 644-0957 (fax) | |
| | |
| *Co-counsel for 502-12 86th Street LLC* | *Co-counsel for 502-12 86th Street LLC* |
| 327750-1-W | |

3. There are no disciplinary proceedings pending against Mr. Newman.

4. 502-12 LLC wishes that the Mr. Newman be admitted as its counsel in this matter, together with the Movants.

WHEREFORE, the Movants request that this Court enter an order admitting Steven H. Newman *pro hac vice* to the bar of this Court in connection with the instant action and for such other and further relief as the Court deems just and appropriate.

Dated: December 3, 2008                                          Respectfully submitted,

                                                                 By:    /s/ Michael P. Falzone
                                                                                Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

Steven H. Newman
Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158
(212) 953-6000
(212) 953-6899 (fax)

*Counsel for 502-12 86th Street LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2008, a true and correct copy of the foregoing was served on all persons receiving electronic notice in these cases and to the following parties:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
gregg.galardi@skadden.com

and

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com
*Counsel for the Debtors*

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdog.gov
*Assistant United States Trustee*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

and

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
*Counsel for the Creditors Committee*

/s/ Michael P. Falzone
Michael P. Falzone

327750-1-W                                    3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                              )
                                                    )
CIRCUIT CITY STORES, INC., et al.,                  )    Case No. 08-35653-KRH
                                                    )    Chapter 11
                Debtors.                            )    (Jointly Administered)

### ORDER GRANTING ADMISSION PRO HAC VICE

The matter came before the Court upon the Motion to Admit Counsel *Pro Hac Vice* (the "Motion") filed by Michael P. Falzone and Sheila deLa Cruz, seeking admission *pro hac vice* for Steven H. Newman, of the law firm of Katsky Korins LLP, in the above-styled bankruptcy proceeding pursuant to Local Bankruptcy Rule 2090-1 (E)(2). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is required, and it is appropriate that Steven H. Newman be authorized to practice *pro hac vice* before the Court in the aforementioned bankruptcy proceeding, it is hereby

**ORDERED** that the Motion is hereby **GRANTED**, and it is further

**ORDERED** that Steven H. Newman may appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on behalf of 502-12 86th Street LLC.

DATE: _____    _____
                                 UNITED STATES BANKRUPTCY JUDGE

---

| | |
|---|---|
| Michael P. Falzone (VSB No. 22324) | Steven H. Newman |
| Sheila deLa Cruz (VSB No. 65395) | Katsky Korins LLP |
| Hirschler Fleischer, PC | 605 Third Avenue, 16th Floor |
| Post Office Box 500 | New York, NY 10158 |
| Richmond, VA 23218-0500 | (212) 953-6000 |
| (804) 771-9560 | (212) 953-6899 (fax) |
| (804) 644-0957 (fax) | |

*Co-counsel for 502-12 86th Street LLC*              *Co-counsel for 502-12 86th Street LLC*

327751-1-W

I ASK FOR THIS:

/s/ Michael P. Falzone
Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB #65395)
Hirschler Fleischer, P.C.
P.O. Box 500
Richmond, Virginia 23218-0500
Tel: (804) 771-9500
Fax: (804) 644-0957

*Co-counsel for 502-12 86th Street LLC*

## LOCAL RULE 9022-1 CERTIFICATION

I HEREBY CERTIFY that the foregoing has been either endorsed by or served upon all necessary parties.

/s/ Michael P. Falzone
Michael P. Falzone

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2008, a true and correct copy of the foregoing was served on all persons receiving electronic notice in these cases and to the following parties:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
gregg.galardi@skadden.com

and

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com
*Counsel for the Debtors*

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdog.gov
*Assistant United States Trustee*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

and

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
*Counsel for the Creditors Committee*

                                                            /s/ Michael P. Falzone
                                                              Michael P. Falzone