# EXHIBIT A

Manufacturers and Traders Trust Co., as Trustee
Securitized Leases Rejected by First Day Order

| Loc. # | Name | Address | Prime/ Sublease | Shopping Center Name | Landlord/Subtenant Address | Addr 1 | Addr 2 | Addr 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6028 | Chelalis Sublease (Former 367 Dist.) (S/L) | 208 Maurin Road | Prime Lease | | Chehalis Hawaii Partners, LLC | C/O Kurisu & Fergus | 1000 Bishop Street, Suite 310 | | Honolulu | HI | 96813 |
| 6232 | Matteson Surplus (Former Store #03132) (S/L) | 4818 Southwick Drive | Prime Lease | Southwick Corporate Park | Circuit II Corporation | C/O Sigmund Sommer Properties | 280 Park Avenue | | New York | NY | 10017 |
| 6261 | Louisville Surplus (Former 361/80 Dist/Supply/Serv) (S/L) | 7300-A & B Intermodal Drive | Prime Lease | | Hollingsworth Capital Partners- Intermodal, Llc | Two Centre Plaza | | | Clinton | TN | 37716 |
| 6289 | Southpark Ss Relo (Former Store #03106) (S/L) | 1823 Southpark Boulevard | Prime Lease | Southpark Mall | Cc Colonial Trust | C/O Paragon Affiliates, Inc. | One Paragon Dr., Suite 145 | | Montvale | NJ | 07645 |
| 6324 | Salem Surplus (Former Store #03314) (S/L) | 435 Lancaster Drive | Prime Lease | | Cci Trust 1994-I; Lloyd Draper - Trustee | C/O Wilmington Trust Company | 1100 North Market Street | Rodney Square North | Wilmington | DE | 19890-0001 |
| 6366 | Lewisville Surplus (Former Store #04502) (S/L) | 2325 S. Stemmons Pkwy., Suite 104 | Prime Lease | Vista Ridge Village Sc | Cci Trust 1994-I; Lloyd Draper - Trustee | C/O Wilmington Trust Company | 1100 North Market Street | Rodney Square North | Wilmington | DE | 19890-0001 |
| 6373 | Winchester Surplus (Former Store #01609) (S/L) | 2173 South Pleasant Valley Road | Prime Lease | Southland Investors, L.P. | 2 North Riverside Plaza | Suite 600 | | | Chicago | IL | 60606 |
| 6377 | N. Richland Hills Surplus (Former Store #03505) (S/L) | 8701 Airport Freeway | Prime Lease | | Circuit Tex Property Investors L.P. | C/O Immobilien Verwaltung Gmbh | Augustenstr. 14A - 5th Floor | | D-80333 Munchen | | |
| 6502 | Midwest City | 6830 East Reno Avenue | Prime Lease | Heritage Park Mall | Circuit Okla Property | C/O Immobilien | Augustenstr. 14A | | D-80333 | | |

| Loc. # | Name | Address | Prime/ Sublease | Shopping Center Name | Landlord/Subtenant Address | Addr 1 | Addr 2 | Addr 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | (Heritage) Main Lease (S/L) |  |  |  | Investor | Verwaltung Gmbh | - 5th Floor |  | Munchen |  |  |
| 6502 | Oklahoma Goodwill Industries, Inc. | 6830 East Reno Avenue | Sublease |  | Oklahoma Goodwill Industries, Inc. | 410 Sw 3Rd |  |  | Oklahoma City | OK | 73109 |
| 6507 | Se Truong & Ly Truong | 6830 East Reno Avenue | Sublease |  | Se Truong & Ly Truong | 5640 Greenview Drive |  |  | Oklahoma City | OK | 73135 |
| 6509 | Eyecare Discount Opitcal, Inc. (Eyemart Express) | 6824 East Reno Avenue | Sublease | Heritage Park Mall | Eyecare Discount Optical, Inc. | Attn: Bette Madore | 400 S. Vermont #125 |  | Oklahoma City | OK | 73108 |
| 6619 | Humble Surplus (Former Store #03519) (S/L) | 20465 Highway 59 | Prime Lease |  | Cci Trust 1994-I; Lloyd Draper - Trustee | C/O Wilmington Trust Company | 1100 North Market Street | Rodney Square North | Wilmington | DE | 19890-0001 |
| 6624 | College Station Surplus (Former Store #01624) (S/L) | 1003 Harvey Road | Prime Lease |  | Cc Investors 1995-3 | P.O. Box 6370 |  |  | Malibu | CA | 90264 |
| 6625 | Lufkin Surplus (Former Store #01625) (S/L) | 4600 S. Medford Dr., Suite 5000 | Prime Lease |  | Cc - Investors 1996-1 | 8411 Preston Road, 8th Floor |  |  | Dallas | TX | 75225-5520 |
| 6719 | Elmwood Park Surplus (Former Store #03119) (S/L) | 7200 West Grand | Prime Lease |  | Daniel G. Kamin Elmwood Park LLC | C/O Kamin Realty Co. | P.O. Box 10234 |  | Pittsburgh | PA | 15232 |

000160/00135 Litigation 6436993v1