**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DISTRICT**

IN RE:

| | | |
|---|---|---|
| CIRCUIT CITY STORES, INC., et. al. | ) ) ) ) ) ) ) | CASE NO. 08-35653-KRH  CHAPTER 11  JOINTLY ADMINISTERED |
| Debtors. | ) | |

**LIMITED OBJECTION OF THE UNITED STATES OF AMERICA TO MOTION OF DEBTORS FOR ORDER PURSUANT TO BANKRUPTCY CODE
SECTIONS 105 AND 502, AND BANKRUPTCY RULE 2002, 3003(c)(3), AND 9007 (I) SETTING GENERAL BAR DATE AND PROCEDURES FOR FILING PROOFS OF CLAIM, AND
(II) APPROVING FORM AND MANNER OF NOTICE THEREOF**

COMES NOW the United States of America, by its attorney, Dana J. Boente, acting on behalf of the Internal Revenue Service, and objects to the Motion of the Debtors for Order Pursuant to Bankruptcy Code Sections 105 and 502, and Bankruptcy Rules 2002, 2003(c)(3), and 9007(I) Setting General Bar Date and Procedures for Filing Proofs of Claim, and (II) Approving Form and Manner of Notice Thereof on the following grounds:

1. On December 1, 2008, Gregg M. Galardi, counsel for the debtors, advised the Office of the United States Attorney for

Richard F. Stein
Special Assistant United States Attorney
D.C. Bar No. 931105
Counsel for the Internal Revenue Service
Eastern District of Virginia
600 East Main Street, Suite 1601
Richmond, VA  23219-2430
Tel. No. (804) 916-3945

the Eastern District of Virginia that the debtors would not seek to shorten the governmental bar date.

2. Notwithstanding, the United States of America, in order to preserve its rights, files its objection to the granting of debtors' motion insofar as it relates to the governmental bar date.

3. The United States of America notes that the 180 day governmental bar date is specifically established by 11 U.S.C. § 502(b)(9) and the Federal Rules of Bankruptcy Procedure do not, nor can it, shorten that period of time.

WHEREFORE, the United States objects to the granting of the debtors' motion

                              Respectfully submitted,

                              DANA J. BOENTE
                              Acting United States Attorney

            By:  /s/ Richard F. Stein
                 Special Assistant United States Attorney
                 Eastern District of Virginia
                 600 East Main Street, Suite 1601
                 Richmond, VA  23219-2430
                 Tel. No. (804) 916-3945

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2008, a true and accurate copy of the foregoing LIMITED OBJECTION OF THE UNITED STATES OF AMERICA TO MOTION OF DEBTORS FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 502, AND BANKRUPTCY RULE 2002, 3003(c)(3), AND 9007 (I) SETTING GENERAL BAR DATE AND PROCEDURES FOR FILING PROOFS OF CLAIM, AND (II) APPROVING FORM AND MANNER OF NOTICE THEREOF was electronically filed with the Clerk of the Court using the CM/ECF system, which will thereby cause the above to be electronically served on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

>    Daniel F. Blanks, Esq.
>    Douglas M. Foley, Esq.
>    McGuire Woods LLP
>    9000 World Trade Center
>    101 W. Main Street
>    Norfolk, Virginia 23510
>
>    Dion W. Hayes, Esq.
>    Joseph S. Sheerin, Esq.
>    Sarah Becket Boehm, Esq.
>    McGuire Woods LLP
>    One James Center
>    901 East Cary Street
>    Richmond, Virginia  23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636 Wilmington, Delaware  19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive Chicago, Illinois  60606

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067-4100

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York  10017-2024

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, Virginia  23219


                    /s/ Richard F. Stein
                    Richard F. Stein
                    Special Assistant United States Attorney