UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | § |
| | § CASE NO. 08-35653-KRH-11 |
| CIRCUIT CITY STORES, INC. | § |
| | § Chapter 11 |
| Debtor | § |

**NOTICE OF WITHDRAWAL OF OBJECTION OF THE TEXAS COMPTROLLER AND TEXAS WORKFORCE COMMISSION TO DEBTORS' MOTION TO SHORTEN GOVERNMENTAL BAR DATE**

The undersigned, as counsel for the Texas Comptroller of Public Accounts and Texas Workforce Commission, hereby withdraws the Objection to Debtor's Motion to Shorten Governmental Bar Date (docket no. 429). This withdrawal is based on representations from Debtors' counsel that the statutory bar date under 11 U.S.C. § 502(b)(9) will remain for claims of governmental units and that the Debtors will not seek to shorten such bar date.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ Mark Browning*
MARK BROWNING
Assistant Attorney General
Texas State Bar No. 03223600

Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4883
Facsimile: (512) 482-8341

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS and
TEXAS WORKFORCE COMMISSION

## CERTIFICATE OF SERVICE

I certify that on December 3, 2008, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

Circuit City Stores, Inc.
9930 Mayland Drive
Richmond, VA 23233

IRS
PO Box 21126
Philadelphia, PA 19114

By Electronic Means as listed on the Court's ECF Noticing System:

Angela Sheffler Abreu aabreu@mccarter.com, rowan20@excite.com
Christopher M. Alston alstc@foster.com, muelk@foster.com
Mark K. Ames mark@taxva.com
Heather Lynn Anderson Heather.Anderson@dol.lps.state.nj.us
Peter Barrett peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;elenora.allen@kutakrock.com
Raymond William Battaglia rbattaglia@obht.com
Christopher R. Belmonte cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
Paula S. Beran pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com
Daniel F. Blanks dblanks@mcguirewoods.com
Paul S. Bliley pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Sarah Beckett Boehm sboehm@mcguirewoods.com, kcain@mcguirewoods.com
Wanda Borges borgeslawfirm@aol.com
Timothy Francis Brown brownt@arentfox.com, giaimo.christopher@arentfox.com

2

Mark E. Browning bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
Paul K. Campsen pkcampsen@kaufcan.com
William H. Casterline wcasterlinejr@blankeith.com, bford@bklawva.com
Charles W. Chotvacs chotvacsc@ballardspahr.com, aconway@taubman.com;Pollack@ballardspahr.com
Anthony J. Cichello acichello@kb-law.com
Michael A. Condyles michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com
Andrew S. Conway aconway@taubman.com
Robert K. Coulter robert.coulter@usdoj.gov, sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov
John M. Craig johncraigg@aol.com, russj4478@aol.com
Paul McCourt Curley pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
Heather D. Dawson hdawson@kkgpc.com, scarlberg@kkgpc.com
Gilbert D. Dean ddean@coleschotz.com
Deborah H. Devan dhd@nqgrg.com
Jaime Sue Dibble jdibble@stinson.com, lbigus@stinson.com
Jennifer V. Doran jdoran@haslaw.com
Seth A. Drucker sdrucker@honigman.com
Sara B. Eagle eagle.sara@pbgc.gov, efile@pbgc.gov
Bradford F. Englander benglander@linowes-law.com, klevie@linowes-law.com;jkneeland@linowes-law.com;gduvall@linowes-law.com;nconstantino@linowes-law.com;bnestor@linowes-law.com;aevert@linowes-law.com
Augustus C. Epps aepps@cblaw.com, lthompson@cblaw.com
David J. Ervin dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Michael P. Falzone mfalzone@hf-law.com, stoboz@hf-law.com
Robert J. Feinstein rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
John D. Fiero jfiero@pszjlaw.com
Douglas M. Foley dfoley@mcguirewoods.com
Jeremy S. Friedberg jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com
Jeremy S. Friedberg jsf@llff.com, ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com
Ellen A. Friedman efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
Brad R. Godshall bgodshall@pszjlaw.com
Jeffrey J. Graham jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com
William A. Gray bgray@sandsanderson.com, lhudson@sandsanderson.com
Steven H. Greenfeld steveng@cohenbaldinger.com
David A. Greer dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
Elizabeth L. Gunn egunn@durrettebradshaw.com, sryan@durrettebradshaw.com
Eric A. Handler ehandler@donahue.com, jane@donahue.com
Dion W. Hayes dhayes@mcguirewoods.com
Matthew E. Hoffman mehoffman@duanemorris.com, Dimassa@duanemorris.com;lstopol@levystopol.com

Brian D. Huben brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.com
Lisa Taylor Hudson lhudson@sandsanderson.com, kbice@sandsanderson.com;rarrington@sandsanderson.com
Christopher A. Jones cajones@wtplaw.com, wbatres@wtplaw.com
Douglas D. Kappler dkappler@rdwlawcorp.com
Thomas G. King tking@kech.com, dholmgren@kech.com
Michael S. Kogan mkogan@ecjlaw.com, rfraire@ecjlaw.com
Charles Gideon Korrell gkorrell@dl.com
Leonidas Koutsouftikis lkouts@magruderpc.com, mcook@magruderpc.com
Darryl S. Laddin bkrfilings@agg.com
Kevin A. Lake klake@vanblk.com, lseaborne@vanblk.com,dszabo@vanblk.com,dalessi@vanblk.com
John J. Lamoureux jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
Ian S. Landsberg ilandsberg@lm-lawyers.com
Richard E. Lear rlear@hklaw.com
Justin D. Leonard jleonard@balljanik.com
Fredrick J. Levy fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
James V. Lombardi jvlombardi@rossbanks.com
Henry Pollard Long hlong@hunton.com
John E. Lucian lucian@blankrome.com
Donald K. Ludman dludman@brownconnery.com
Christine D. Lynch clynch@goulstonstorrs.com
A. Carter Magee cmagee@mfgs.com, lcopenhaver@mfgs.com
Richard M. Maseles edvaecf@dor.mo.gov
Bruce H. Matson bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
Kevin R. McCarthy krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com
Neil E. McCullagh nmccullagh@cantorarkema.com
W. Clarkson McDow, Jr. USTPRegion04.RH.ECF@usdoj.gov
Annemarie G. McGavin annemarie.mcgavin@bipc.com, angela.brandt@bipc.com
Robert P. McIntosh Robert.McIntosh@usdoj.gov
John D. McIntyre jmcintyre@wilsav.com, wedwards@wilsav.com
John G. McJunkin jmcjunkin@mckennalong.com, sparson@mckennalong.com
Jennifer McLain McLemore jmclemore@cblaw.com, avaughn@cblaw.com
Malcolm M. Mitchell mmmitchell@vorys.com, sbanerjee@vorys.com;jbmullaney@vorys.com;cmbrosius@vorys.com
Michael D. Mueller mmueller@cblaw.com, avaughn@cblaw.com
Kevin M. Newman knewman@menterlaw.com
Alan Michael Noskow anoskow@pattonboggs.com, tbryan@pattonboggs.com
Samuel S. Oh sam.oh@limruger.com
Mary E. Olden molden@mhalaw.com, akauba@mhalaw.com
Laura Otenti lotenti@pbl.com

James A. Pardo jpardo@kslaw.com, thadwilson@kslaw.com
Min Park mpark@cblh.com
Christopher L. Perkins christopher.perkins@leclairryan.com, stacie.wetzler@leclairryan.com;stacy.beaulieu@leclairryan.com
David M. Poitras dmp@jmbm.com
Jeffrey N. Pomerantz jpomerantz@pszjlaw.com
Courtney E. Pozmantier cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
Michael Reed danielle.goff@mvbalaw.com
Fred B. Ringel fbr@robinsonbrog.com
Philip M. Roberts mroberts@bdlaw.org
Jeremy Brian Root jroot@bklawva.com, tmartin@bklawva.com
Eric Christopher Rusnak eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
Jeremy W. Ryan jryan@saul.com
Michael J. Sage msage@omm.com, kzeldman@omm.com;bwajda@omm.com
Rebecca L. Saitta rsaitta@wileyrein.com, rours@wileyrein.com
Jeffrey Scharf jeff@taxva.com, tacspc@gmail.com
Ann E. Schmitt aschmitt@culbert-schmitt.com
William H. Schwarzschild tschwarz@williamsmullen.com
Joseph S. Sheerin jsheerin@mcguirewoods.com
Jesse Silverman silvermanj@ballardspahr.com, pollack@ballardspahr.com
Richard F. Stein richard.f.stein@irscounsel.treas.gov
Jeffrey L. Tarkenton jtarkenton@wcsr.com, toross@wcsr.com
Lynn L. Tavenner ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com
Roy M. Terry rterry@durrettebradshaw.com, sryan@durrettebradshaw.com
Dylan G. Trache dtrache@wileyrein.com, rours@wileyrein.com
Ronald M. Tucker rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,shclark@simon.com
Robert B. Van Arsdale Robert.B.Van.Arsdale@usdoj.gov, USTPRegion04.RH.ECF@usdoj.gov
John P. Van Beek jvanbeek@ygvb.com, ldossett@ygvb.com;ematthews@ygvb.com;hcurrier@ygvb.com
Mitchell B. Weitzman mweitzman@beankinney.com, npeele@beankinney.com
Jennifer J. West jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;skelly@spottsfain.com;tmoore@spottsfain.com;ecorbett@spottsfain.com;eanderson@spottsfain.com
Robert S. Westermann rwestermann@hunton.com
J. Christian Word chefiling@lw.com
Sheila G. deLa Cruz sdelacruz@hf-law.com, jbsmith@hf-law.com


                                                    */s/ Mark Browning*
                                                    MARK BROWNING