UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br>CIRCUIT CITY STORES, INC.<br>Debtor. | Chapter: 11<br>Case No: 08-35653 krh |

LIMITED NOTICE OF APPEARANCE
Bankruptcy Rules 2002(g) and 9010(b)

TO:  Daniel F. Blanks
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

PLEASE TAKE NOTICE that Attorney General J.B. Van Hollen and Assistant Attorney General William H. Ramsey, enter this limited appearance on behalf of the State of Wisconsin, specifically for its Office of the State Treasurer, a party in interest in the above-entitled case, and request that copies of all future pleadings and notices be served upon the State at the address noted below.

**THIS LIMITED APPEARANCE IS FILED ONLY AS A REQUEST FOR INFORMATION AND SHALL NOT BE CONSTRUED AS A WAIVER OF THE STATE'S IMMUNITY OR ITS CONSENT TO JURISDICTION HEREIN.**

Dated this 3rd day of December, 2008.

J.B. VAN HOLLEN
Attorney General

/s/ William H. Ramsey
WILLIAM H. RAMSEY
Assistant Attorney General
State Bar #1031922
Attorneys for State of Wisconsin

William H. Ramsey, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin  53707-7857
Telephone:  (608) 266-7477
Facsimile:  (608) 267-2223
ramseywh@doj.state.wi.us