# EXHIBIT 2

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

**This page is part of your document - DO NOT DISCARD**



**20081985515** Pages: 002



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

11/10/08 AT 10:26AM

Fee: 19.00
Tax: 0.00
Other: 0.00
Total: 19.00

2437063    200811100030020    Counter

# TITLE(S):



LEAD SHEET

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.    Number of AIN's Shown

**THIS FORM IS NOT TO BE DUPLICATED**

RECORDER MEMO: This COPY has not been QUALITY ASSURED
Case 08-35653-KRH Doc 611-2 Filed 12/03/08 Entered 12/03/08 15:21:51 Desc
Exhibit(s) 2 Page 3 of 15

Recording requested by
and when recorded mail to:

Ferguson Enterprises, Inc.
3280 Market Street
San Diego, CA 92102


11/10/08
20081985515

_____SPACE ABOVE THIS LINE FOR RECORDER'S USE_____

## MECHANIC'S LIEN

FERGUSON ENTERPRISES, INC., (referred to in this Claim of Lien as the 'Claimant'), claims a mechanic's lien for pipe, plumbing materials, appliances and/or related plumbing, heating, air conditioning and building materials furnished for a work of improvement upon that certain real property located in the County of **Los Angeles**, and described as follows:

**CIRCUIT CITY #3745, 19037 GOLDEN VALLEY ROAD, SANTA CLARITA, CA**

After deducting all just credits and offsets, the principal sum of $2,540.17 and 1.5% service charges in the amount of $149.80 which accrued on the account plus interest (service charges) at the rate of 1.5% per month from 11/07/08 is due Claimant for the materials furnished by Claimant.

The name of the person or company to whom Claimant furnished the material is:

**GOLIGHTLY PLUMBING, 19149 PENN VALLEY DRIVE, PENN VALLEY, CA 95946-9442**

The name (s) and address (es) of the owner (s) or reputed owner (s) of the real property is/are:
**GMS GOLDEN VALLEY RANCH LLC, 5973 AVENIDA ENCINAS, STE 300, CARLSBAD, CA 92008**

FERGUSON ENTERPRISES, INC.

By: Tim Patterson, Branch Manager

---

**VERIFICATION**

I, the undersigned, declare: I am the Branch Manager of Ferguson Enterprises, Inc., the Claimant named in the foregoing claim of lien: I am authorized to make this verification for the Claimant; I have read the foregoing claim of Mechanic's Lien and know the contents thereof, and the same is true on my own knowledge.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

Date: 11/07/2008
Location: Garden Grove, CA                Tim Patterson

---

Our File: Golightly Plbg 646892

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

**This page is part of your document - DO NOT DISCARD**



**20081987736**  Pages: 002



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County, California

11/12/08 AT 08:01AM

Fee: 19.00
Tax: 0.00
Other: 0.00
Total: 19.00

2435723    200811100270057    Mail

**TITLE(S):**



LEAD SHEET

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.    Number of AIN's Shown

 **THIS FORM IS NOT TO BE DUPLICATED** 

2

| RECORDING REQUESTED BY | |
|---|---|
| AND WHEN RECORDED MAIL TO:<br><br>**EQUITY WINDOWS & SIDING**<br>5258 E. PINE AVE.<br>FRESNO, CA 93727 | 11/12/08<br><br>20081987736 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANIC'S LIEN
## (Claim of Lien)

The undersigned, **EQUITY WINDOWS & SIDING, INC.**, referred to in this Claim of Lien as the Claimant,
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN)

claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of **LOS ANGELES**, State of California, and described as follows: **19037 GOLDEN VALLEY RD. SANTA CLARITA, CA 91321**

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.)
ALTHOUGH THE STREET ADDRESS IS SUFFICIENT, IT IS ADVISABLE TO GIVE BOTH THE STREET ADDRESS AND THE LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ **26,906.96** (AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of **0** per cent per annum from
(SEE NOTE ON REVERSE SIDE)

**10/31, 2008**, is due Claimant for the following labor, services, equipment and/or materials furnished by
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant: **GLASS & GLAZING, ALUMINUM / VISTAWALL & VITRO AMERICA**
(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is **ENGINEERED STRUCTURES, INC.**

(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM, OR CONTRACTED WITH CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **GMS GOLDEN VALLEY RANCH, LLC, 5973 AVENIDA ENCINAS STE 300, CARLSBAD, CA 92008**

(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED.)

SEE REVERSE SIDE FOR ADDITIONAL INSTRUCTIONS

Name of Claimant **EQUITY WINDOWS & SIDING, INC.**

By **RAYMOND A. KANTH**  **PRESIDENT**
(SIGNATURE OF CLAIMANT OR AUTHORIZED AGENT AND TITLE)

## VERIFICATION

I, the undersigned, declare: I am the **PRESIDENT** (TITLE) of **EQUITY WINDOWS & SIDING, INC.** (NAME OF CLAIMANT) the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**11/4/08**
(DATE OF SIGNATURE)

**RAYMOND A. KANTH**
(SIGNATURE OF THE INDIVIDUAL WHO VERIFIES THAT THE CONTENTS OF THE CLAIM OF MECHANIC'S LIEN ARE TRUE)

WOLCOTTS FORM 1024 - Rev. 3-94 (price class 3A)   © 1994 WOLCOTTS FORMS, INC.
MECHANIC'S LIEN (Claim of Lien)

7 67775 33024 3

RECORDER MEMO: THIS COPY has not been QUALITY ASSURED
Case 8:08-bk-17206-ES    Doc 61    Filed 12/03/08    Entered 12/03/08 15:21:51    Desc
Exhibit(s) 2    Page 6 of 15

**This page is part of your document - DO NOT DISCARD**



**20082013192** Pages: 002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County, California

Fee: 19.00
Tax: 0.00
Other: 6.00
Total: 25.00

11/14/08 AT 01:33PM

2450419    200811140040050    Counter

**TITLE(S):**



L E A D    S H E E T

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.    **Number of AIN's Shown**

E190007    **THIS FORM IS NOT TO BE DUPLICATED**

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

RECORDER MEMO: THIS COPY has not been QUALITY ASSURED
Case 6:08-bk-04327-KSJ Doc 61 Filed 12/03/08 Entered 12/03/08 15:21:51 Desc
Exhibit(s) 2 Page 7 of 15

2

11/14/08

20082013192

**RECORDING REQUESTED BY & MAIL TO:**
NAME _Lombard Enterprises_
_08-038_
STREET ADDRESS _5181 Edison Ave_
CITY, STATE & ZIP CODE _Chino CA 91710_

Space above this line for Recorder's use

## STATE OF CALIFORNIA MECHANIC'S LIEN
(Claim of Lien – Civil Code Section 3084)

The undersigned, _Lombard Enterprises Inc._
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN – CONTRACTORS USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)
referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the City of _Santa Clarita_, County of _Los Angeles_, State of California and described as follows: _Circuit City #3745 19037 Golden Valley Rd Santa Clarita CA 91321_
(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED
ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION)

After deducting all just credits and offsets, the sum of $ _23,387.09_
(AMOUNT OF CLAIM DUE AND UNPAID)
together with interest thereon at the rate of _10_% percent per annum from _11/21/08_ is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment and/or materials furnished by Claimant:
_Resilient flooring, carpet, ceramic tile_
GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is _Engineered Structures Inc 12400 West Overland Rd Boise, ID 83709_
(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM, OR CONTRACTED WITH, CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
_HMS Golden Valley Ranch LLC  5973 Avenida Encinas #300 Carlsbad CA 92008_
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)
Name of Claimant _Beth Byrne_
Executed on _11/14/08_ at _Chino, California_
by _Beth Byrne_                    _Beth Byrne_
(PRINT NAME)                        (SIGNATURE)

### VERIFICATION
I, the undersigned, declare: I am the _Controller_ of _Lombard Enterprises_
(TITLE)                                    (NAME OF CLAIMANT)
the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this Verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on _11/14/08_ at _Chino, California_
(DATE)                (CITY AND STATE WHERE SIGNED AND VERIFIED)
By _Beth Byrne_                     _Beth Byrne_
(PRINT NAME)                        (SIGNATURE)

RECORDER MEMO: This COPY has not been QUALITY ASSURED
Case 08-35653-KRM Doc 611-2 Filed 12/03/08 Entered 12/03/08 15:21:51 Desc
Exhibit(s) 2 Page 8 of 15

 

**This page is part of your document - DO NOT DISCARD**



**20082074055** Pages: 002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

11/24/08 AT 12:03PM

Fee: 21.00
Tax: 0.00
Other: 0.00
Total: 21.00

2471107    200811240060047    Counter

**TITLE(S):**





L E A D   S H E E T

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.    **Number of AIN's Shown**

 E534541    **THIS FORM IS NOT TO BE DUPLICATED**    

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

**RECORDING REQUESTED BY:**
Engineered Structures, Inc.

**AND WHEN RECORDED MAIL TO:**
Engineered Structures, Inc.

12400 W. Overland Road
Boise, ID 83709



11/24/08

20082074055

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANICS' LIEN

The undersigned, Engineered Structures, Inc. claimant, claims a mechanic's lien upon the following described real property: City of Santa Clarita, County of Los Angeles, California, "Circuit City" at The Plaza at Golden Valley, 19037 Golden Valley Road, Santa Clarita, CA.

The sum of $753,620.93 together with interest thereon at the rate of 10.00 percent per annum from November 21, 2008, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: General contractor services/plumbing, electrical, site work, interior & ***.
***exterior, labor and materials

Claimant furnished the work and/or materials at the request of, or under contract with: Circuit City, 9950 Mayland Drive, Richmond, VA 23233.

The owners and reputed owners of the property are: GMS Golden Valley Ranch, LLC, 5973 Avenida Encinas, #300, Carlsbad, CA 92008 (owner), Circuit City, 9950 Mayland Drive, Richmond, VA 23233 (lessee).

Firm Name: Engineered Structures, Inc.

By: _____
Danielle Olivas / Authorized Agent

**VERIFICATION**

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanic's lien: I have read said claim of mechanic's lien and know the contents thereof: the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 21, 2008, at San Diego, California.

_____
Danielle Olivas / Authorized Agent

COPYRIGHT 1994, CONSTRUCTION NOTICE SERVICES, INC. (800)366-5660

RECORDER MEMO: This COPY has not been QUALITY ASSURED
Case 08-35653-KRH  Doc 311-2  Filed 12/03/08  Entered 12/03/08 15:21:51  Desc
Exhibit(s) 2  Page 10 of 15

▲ **This page is part of your document - DO NOT DISCARD** ▲



**20082074237**  Pages: 002

Recorded/Filed in Official Records  Fee: 19.00
Recorder's Office, Los Angeles County, California  Tax: 0.00
Other: 0.00
**11/24/08 AT 12:31PM**  Total: 19.00

2471169    200811240060051   Counter

**TITLE(S) :**
_____

▲  ▲

L E A D    S H E E T

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.        **Number of AIN's Shown**

▲  ESXS41   **THIS FORM IS NOT TO BE DUPLICATED**  ▲

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

RECORDER MEMO: This COPY has not been QUALITY ASSURED
Case 08-35653-KRH    Doc 611-2    Filed 12/03/08 Entered 12/03/08 15:21:51    Desc
Exhibit(s) 2    Page 11 of 15

RECORDING REQUESTED BY –
· California Commercial
Wiring Systems, Inc.
AND WHEN RECORDED MAIL TO:
NAME · California Commercial
Wiring Systems, Inc.
STREET ADDRESS 1543 N. Placentia Ave.
CITY, STATE & ZIP CODE Anaheim, Ca 92806

11/24/08

20082074237

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANIC'S LIEN
## (Claim of Lien)

The undersigned, __California Commercial Wiring Systems, Inc.__, referred to in this Claim of Lien as the Claimant,
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN)

claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of __Los Angeles__, State of California, and described as follows: __Circuit City #3745__

__19037 Golden Valley Rd., Santa Clarita, CA 91321__
(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.
ALTHOUGH THE STREET ADDRESS IS SUFFICIENT, IT IS ADVISABLE TO GIVE BOTH THE STREET ADDRESS AND THE LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ __70,235.00***__,
(AMOUNT OF CLAIM DUE AND UNPAID)
together with interest thereon at the rate of __10__ per cent per annum from
(SEE NOTE ON REVERSE SIDE)

__November 1__, __2008__, is due Claimant for the following labor, services, equipment and/or materials furnished by
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant: __Electrical material, supplies and expendables and labor to supply same.__
(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is __Engineered Structures, Inc.__

(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM, OR CONTRACTED WITH CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
__GMS Golden Valley Ranch, LLC., 5973 Avenida Encinas, # 300, Carlbad, Ca., 92008__
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED.)

SEE REVERSE SIDE FOR    Name of Claimant __California Commercial Wiring Systems, Inc.__
ADDITIONAL INSTRUCTIONS    (SEE INSTRUCTIONS ON REVERSE SIDE FOR PROPER SIGNING)
By _____ C.E.O.
(SIGNATURE OF CLAIMANT OR AUTHORIZED AGENT AND TITLE)

## VERIFICATION

I, the undersigned, declare: I am the __C.E.O.__ of __California Commercial Wiring Systems, Inc.__
(TITLE)    (NAME OF CLAIMANT)
the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__11-24-08__    _____
(DATE OF SIGNATURE)    (SIGNATURE OF THE INDIVIDUAL WHO VERIFIES THAT THE CONTENTS OF THE CLAIM OF MECHANIC'S LIEN ARE TRUE)

WOLCOTTS FORM 1024 · Rev. 3-94 (price class 3A)    © 1994 WOLCOTTS FORMS, INC.
MECHANIC'S LIEN (Claim of Lien)




**This page is part of your document - DO NOT DISCARD**



**20081995856** Pages: 002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

11/12/08 AT 01:48PM

Fee: 19.00
Tax: 0.00
Other: 0.00
Total: 19.00

2441968    200811120050096   Counter

**TITLE(S):**



LEAD SHEET

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.    Number of AIN's Shown

E197S3    **THIS FORM IS NOT TO BE DUPLICATED**


RECORDER MEMO: This COPY has not been QUALITY ASSURED.

11/12/08

**20081995856**

RECORDING REQUESTED BY
California Commercial
Wiring Systems, Inc.
AND WHEN RECORDED MAIL TO:
NAME: California Commercial Wiring Systems, Inc.
STREET ADDRESS: 1543 N. Placentia Ave.
CITY, STATE & ZIP CODE: Anaheim, Ca  92806

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANIC'S LIEN
## (Claim of Lien)

The undersigned, **California Commercial Wiring Systems, Inc.**, referred to in this Claim of Lien as the Claimant,
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN)

claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of **Los Angeles**, State of California, and described as follows: **Circuit City #3745**

**19037 Golden Valley Rd., Santa Clarita, CA  91321**
(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED.
ALTHOUGH THE STREET ADDRESS IS SUFFICIENT, IT IS ADVISABLE TO GIVE BOTH THE STREET ADDRESS AND THE LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ **70,235.00***
(AMOUNT OF CLAIM DUE AND UNPAID)
together with interest thereon at the rate of **10** per cent per annum from
(SEE NOTE ON REVERSE SIDE)

**November 1, 2008**, is due Claimant for the following labor, services, equipment and/or materials furnished by
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant: **Electrical material, supplies and expendables and labor to supply same.**
(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is **Engineered Structures, Inc.**
(USUALLY NAME OF PERSON OR FIRM WHO ORDERED FROM, OR CONTRACTED WITH CLAIMANT FOR THE WORK AND/OR MATERIALS)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **Circuit City Stores, Inc., 9950 Mayland Dr., Richmond, VA 23233**
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED.)

SEE REVERSE SIDE FOR ADDITIONAL INSTRUCTIONS

Name of Claimant **California Commercial Wiring Systems, Inc.**
(SEE INSTRUCTIONS ON REVERSE SIDE FOR PROPER SIGNING)
By _____ **C.E.O.**
(SIGNATURE OF CLAIMANT OR AUTHORIZED AGENT AND TITLE)

### VERIFICATION

I, the undersigned, declare: I am the **C.E.O.** of **California Commercial Wiring Systems, Inc.**,
(TITLE)                                                                              (NAME OF CLAIMANT)
the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**11-12, 2008**                 _____
(DATE OF SIGNATURE)                (SIGNATURE OF THE INDIVIDUAL WHO VERIFIES THAT THE CONTENTS OF THE CLAIM OF MECHANIC'S LIEN ARE TRUE)

WOLCOTTS FORM 1024 - Rev. 3-94 (price class 3A)  ©1994 WOLCOTTS FORMS, INC.
MECHANIC'S LIEN (Claim of Lien)

7  67775 33024  3

RECORDER MEMO: This COPY has not been QUALITY ASSURED.



**This page is part of your document - DO NOT DISCARD**

 **20082064593** Pages: 002



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

Fee: 19.00
Tax: 0.00
Other: 0.00
Total: 19.00

11/21/08 AT 12:58PM

2466541   200811210100123   Mail

**TITLE(S):** _____


LEAD SHEET

**Assessor's Identification Number (AIN)**
To be completed by Examiner OR Title Company in black ink.    **Number of AIN's Shown**

- -

 E346641    **THIS FORM IS NOT TO BE DUPLICATED**    

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

:ECORDER MEMO: This COPY has not been QUALITY ASSURED
Case 09-35653-KBH Doc 611-2 Filed 12/03/08 Entered 12/03/08 15:21:51   Desc
Exhibit(s) 2    Page 15 of 15

2

PREPARED BY, RECORDING
REQUESTED BY AND RETURN TO:

GOLIGHTLY PLUMBING
19149 PENN VALLEY DR
PENN VALLEY, CA  95946 9343

11/21/08



20082064593

## MECHANIC'S LIEN
### (California Civil Code § 3084)

The undersigned, GOLIGHTLY PLUMBING referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of LOS ANGELES, State of California, and described as follows: CIRCUIT CITY #3745, 19037 GOLDEN VALLEY RD, SANTA CLARITA, CA 91321.

After deducting all just credits and offsets of $0.00, the sum of $24,595.63 together with interest thereon at the rate of 18.00% percent per annum from 10/30/2008, is due Claimant for the following labor, services, equipment and/or materials furnished by Claimant: PLUMBING MATERIAL & LABOR.

To the unpaid balance of $24,595.63, please add anticipated service charges, interest, court costs and attorney fees of $180.00.

The name of the person or company by whom the Claimant was employed, or to whom the Claimant furnished labor, services, equipment and/or materials is ENGINERED STRUCTURES, INC., 12400 WEST OVERLAND ROAD, BOISE, ID 83709.

The owner or reputed owner is GMS GOLDEN VALLEY RANCH LLC, 5973 AVENIDA ENCINAS, SUITE#300, CARLSBAD, CA 92008.

Dated November 13, 2008 for GOLIGHTLY PLUMBING, 19149 PENN VALLEY DR, PENN VALLEY, CA  95946 9343, Phone: (530) 432-2803, Fax: (530) 432-0576

By: _____
SAUNDRA J DIMICELI, Authorized Representative

### VERIFICATION

I, the undersigned, declare: I am the Authorized Representative for the claimant, GOLIGHTLY PLUMBING, in the foregoing claim of mechanic's lien; I am authorized to make this verification for the Claimant; I have read the forgoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

November 13, 2008

_____
SAUNDRA J DIMICELI, Authorized Representative