| Database: | MMRS2A | | | Aged Delinquencies | | | Page: | 1 |
| | | | | Madison Marquette | | | Date: | 12/3/2008 |
| BLDG: | WAL003 | | | The Shops at Waldorf | | | Time: | 10:44 AM |
| | | | | Period: 12/08 | | | | |

| Invoice Date | Category | | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|
| WAL003-000505 | Circuit City | | | Master Occupant Id: 00000318-1 | | Day Due: 1 | Delq Day: | | |
| | Rick Nesterak | | | 327    Current | | Last Payment: | 9/29/2008 | 34,422.06 | |
| | (301) 932-9100 | | | | | | | | |
| 4/15/2008 | CAY | Prior Yr CAM Reimburse | NC | -118.63 | 0.00 | 0.00 | 0.00 | 0.00 | -118.63 |
| 11/1/2008 | BMR | Base/Minimum Rent | CH | 29,768.75 | 0.00 | 29,768.75 | 0.00 | 0.00 | 0.00 |
| 11/1/2008 | CAM | Common Area Maintenance | CH | 4,653.31 | 0.00 | 4,653.31 | 0.00 | 0.00 | 0.00 |
| 12/1/2008 | BMR | Base/Minimum Rent | CH | 29,768.75 | 29,768.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/1/2008 | CAM | Common Area Maintenance | CH | 4,653.31 | 4,653.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BMR | Base/Minimum Rent | | 59,537.50 | 29,768.75 | 29,768.75 | 0.00 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 9,306.62 | 4,653.31 | 4,653.31 | 0.00 | 0.00 | 0.00 |
| | CAY | Prior Yr CAM Reimburse | | -118.63 | 0.00 | 0.00 | 0.00 | 0.00 | -118.63 |
| Circuit City Total: | | | | 68,725.49 | 34,422.06 | 34,422.06 | 0.00 | 0.00 | -118.63 |
| | BMR | Base/Minimum Rent | | 59,537.50 | 29,768.75 | 29,768.75 | 0.00 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 9,306.62 | 4,653.31 | 4,653.31 | 0.00 | 0.00 | 0.00 |
| | CAY | Prior Yr CAM Reimburse | | -118.63 | 0.00 | 0.00 | 0.00 | 0.00 | -118.63 |
| BLDG WAL003 Total: | | | | 68,725.49 | 34,422.06 | 34,422.06 | 0.00 | 0.00 | -118.63 |
| | BMR | Base/Minimum Rent | | 59,537.50 | 29,768.75 | 29,768.75 | 0.00 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 9,306.62 | 4,653.31 | 4,653.31 | 0.00 | 0.00 | 0.00 |
| | CAY | Prior Yr CAM Reimburse | | -118.63 | 0.00 | 0.00 | 0.00 | 0.00 | -118.63 |
| | | Grand Total: | | 68,725.49 | 34,422.06 | 34,422.06 | 0.00 | 0.00 | -118.63 |

**EXHIBIT 2**