UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED LIMITED OBJECTION OF MALLVIEW PLAZA COMPANY LTD.
TO THE MOTION OF THE DEBTORS FOR ENTRY OF ORDER
PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363 AND 365 (I) ASSUMING
THE AGENCY AGREEMENT AMONG THE DEBTORS, HILCO MERCHANT
RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC, AND (II)
AUTHORIZING THE DEBTORS TO CONTINUE AGENCY AGREEMENT SALES
PURSUANT TO STORE CLOSING AGREEMENT**

Mallview Plaza Company Ltd. (the "Landlord") hereby files this amended limited objection to the "*Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365(I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC And Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement*" (the "Agency and GOB Motion"). This Amendment relates to Docket Entry **310** filed by Carnegie Management and Development Corporation. Carnegie Managment and Development Corporation, the management company for the leased premises which are the subject of this objection, was incorrectly listed as owner of the real property. As such, Mallview Plaza Copmany Ltd. (the real party in interest) respectfully represent as follows:

John D. McIntyre (VSB No. 35925)
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
(757) 628-5500 (T)
(757)628-5566 (F)
*Local Counsel for M*allview Plaza Company Ltd.

Christopher J. Freeman (Ohio Bar No. 0055983)
46 Public Square, Suite 200
Medina, OH 44256
(330) 722-7278 (T)
(330) 722-7249 (F)
*Lead Counsel for r Mallview Plaza Company Ltd.*

## I. BACKGROUND FACTS

1.      Circuit City Stores, Inc. and its affiliated Debtor entities (the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code on November 10, 2008. The Debtors have continued to operate their businesses and manage their properties as debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

2.      Landlord is the owner or managing agent of various shopping centers (the "Centers") throughout the United States wherein Debtors continue operates their retail stores pursuant to nonresidential real property leases (the "Leases"). The specific location for the Lease in issue in this particular pleading is 2190 W. 4th Street, Mansfield, OH 44906, Debtor's Store No. 3712 (the "Premises").

3.      This particular Lease is a lease "of real property in a shopping center" as that term is used in Section 365(b)(3).

4.      On or about November 10, 2008, the Debtors filed the Agency and GOB Motion, seeking to approve Hilco Merchant Resources, LL and Gordon Brothers Retail Partners, LLC (collectively, the "Agent") as the liquidator to continue to conduct store closing sales that began November 5, 2008, as well as certain store closing guidelines (the "Sales Guidelines").

## II.    ARGUMENT

5.      The proposed store closing sale does not adequately protect Landlords' rights under the Leases.  Due to the substantially similar factual circumstances at issue in this as case as compared with other "landlords," the Debtor incorporates the arguments that were asserted and set forth by The Limited Objection of The Macerich Company, Rreef Management Company, Cousins Properties Incorporated, and Watt Management Company filed on November 20, 2008 (Doc. No. 249), as if fully re-written herein.

2

6. Namely, the Debtors seek authority to conduct store closing sales at the lease Premises. As an initial matter, the Debtors have not paid the post-petition portion of the rent and related charges due under the Leases for November 2008 (the "Stub Rent"). These charges are post-petition charges that are immediately due and payable by the Debtors under Section 365(d)(3). To the extent that the Court is inclined to permit any store closing sales to continue, the Court should require the Debtors to pay the outstanding Stub Rent as a condition of continuing such store closing sale. In addition, the Debtors must be required to comply with their obligations under Section 365(d)(3) of the Bankruptcy Code on a going forward basis.

7. There is no legitimate dispute as to the fact that the Landlord has a valid post-petition claim for the continued use and occupancy of the Premises after the bankruptcy filing, either under Section 365(d)(3) or Section 503(b)(1). To do other than require the payment of the Stub Rent deprives the Landlord of adequate protection for the use of the Premises.

8. To the extent consistent with the objections expressed herein, Landlord also joins in the objections of other shopping center lessors to the Debtors' proposed relief.

### III.   CONCLUSION

In order to protect the interests of the Landlord, Landlord requests that the Court incorporate the modifications and protections requested herein by the Landlord, and grant such other and further relief as may be just and proper.

Respectfully submitted,

MALLVIEW PLAZA COMPANY LTD.

By: */s/ John D. McIntyre*
     Of Counsel

John D. McIntyre (VSB No. 35925)
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
(757) 628-5500 (T)
(757)628-5566 (F)
*Local Counsel for Mallview Plaza Company Ltd.*

Christopher J. Freeman (Ohio Bar No. 0055983)
46 Public Square, Suite 200
Medina, OH 44256
(330) 722-7278 (T)
(330) 722-7249 (F)
*Lead Counsel for Mallview Plaza Company Ltd.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of November, 2008, the foregoing Limited Objection was filed and served electronically using the Court's CM/ECF system, and that, in addition, true and correct copies of the foregoing were sent via facsimile to the following parties:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Fax: (804) 771-2330
Assistant United States Trustee

Dion W. Hayes
Douglas M. Foley
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Fax: (804) 775-1061
Counsel for Debtors

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Fax: (302) 651-3001
Counsel for Debtors

Timothy G. Pohl
Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL 60606
Fax: (312) 407-0411
Counsel for Debtors

                                            */s/ John D. McIntyre*
                                              John D. McIntyre