Neil D. Goldman, Esq. (VSB No. 18352)
John P. Van Beek, Esq. (VSB No. 30897)
Libeau J. Berthelot, III, Esq. (VSB 72730)
Young, Goldman & Van Beek, P.C.
510 King St., Suite 416
Alexandria, Virginia 22313
(703) 684-3260
(703) 548-4742 (facsimile)
ngoldman@ygvb.com
jvanbeek@ygvb.com
bberthelot@ygvb.com

Counsel for Sacco of Maine, LLC

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653 |
| ) | Jointly Administered |
| Circuit City Stores Inc., et al.,[1] ) | Chapter 11 |
| ) | Hon. Kevin R. Huennekens |
| Debtors. ) | |
| ) | |

**ORDER DENYING DEBTORS' MOTION FOR AN EXTENSION
OF TIME UNDER BANKRUPTCY CODE SECTION 365 (d) WITHIN
WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY**

Upon the objection of Sacco of Maine, LLC ("Sacco") (the "Objection") to the Motion of Debtors for an Order Under Bankruptcy Code Section 365(d) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Non-Residential Real Property,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

(the "Motion") (Docket No. 290); and the Court having reviewed the Motion and Objection; and the Court having determined that the relief requested in the Motion is not in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and upon the record herein; and after due deliberation thereon, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that**:**

1. The Motion is DENIED.

2. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: Richmond, Virginia
December     , 2008

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

_____/s/ John P. Van Beek_____

Neil D. Goldman, Esq. (VSB No. 18352)
John P. Van Beek, Esq. (VSB No. 30897)
Libeau J. Berthelot, III, Esq. (VSB 72730)
Young, Goldman & Van Beek, P.C.
510 King St., Suite 416
Alexandria, Virginia 22313
(703) 684-3260
ngoldman@ygvb.com

Counsel for Sacco of Maine, LLC