IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CIRCUIT CITY STORES, INC., et al | § | CASE NO. 08-35653-KRH |
| | § | Jointly Administered |
| | § | |
| DEBTORS. | § | CHAPTER 11 |

**PANATTONI DENTON'S (I) OBJECTIONS TO MOTION
OF THE DEBTORS FOR ORDER UNDER SECTION 365(d)(4)
EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR
REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL
PROPERTY AND (II) REQUEST TO COMPEL COMPLIANCE WITH
OBLIGATIONS UNDER SECTION 365(d)(3)**

Panattoni Development Company, Inc., as Agent for VVI Texas Holdings, LLC, T1 P1 Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX, LLC, and PINTAR Investment Properties, TX, LLC ("Panattoni Denton"), by and through its undersigned counsel, hereby (i) objects to the *Motion of the Debtors for Order Under Section 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property* (the "Extension Motion") and (ii) requests that the Court compel the Debtors to timely comply with their obligations under section 365(d)(3) of the Bankruptcy Code, and in support thereof, respectfully states as follows:

### BACKGROUND

1.  On November 10, 2008 ("Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code"), thereby commencing these cases.

2. On or about November 20, 2008, the Debtors filed the Extension Motion, in which they seek to extend the time within which they must assume or reject unexpired nonresidential real property leases under which the Debtors are lessee.

3. Panattoni Denton, as landlord, and Circuit City Stores, Inc. ("Circuit City") (one of the Debtors herein), as tenant, are parties to a lease agreement (the "Denton Lease") under which Panattoni Denton leases certain property (the "Leased Premises") located at the Shops at Colorado in Denton, Texas to Circuit City.

4. In the Extension Motion, the Debtors seek to extend the time within which they must assume or reject the Denton Lease from March 10, 2009 to June 8, 2009.

5. In the interim, the Debtors continue to enjoy the benefits of the Denton Lease but have failed to timely perform their post-petition obligations under the lease in violation of section 365(d)(3) of the Bankruptcy Code.

6. As of the filing of this objection and request, the Debtors owe Panattoni Denton the following post-petition amounts (plus attorneys' fees and expenses):

| | |
|---|---|
| Rent for November[1] and December | $ 70,655.80 |
| CAM for November and December | $ 8,411.43 |
| Insurance for November and December | $ 2,052.91 |
| Taxes for November and December | $ 7,022.74 |
| Total due | $ 88,142.88 |

## OBJECTIONS AND REQUEST TO COMPEL COMPLIANCE WITH SECTION 365(d)(3)

7. Panattoni Denton objects to the relief requested in the Extension Motion because there is no cause to extend the time within which the Debtors must assume or reject the Denton Lease.

---

[1] November numbers were calculated to include the post-petition stub period only. Panattoni Denton reserves its rights to collect the full amount due for November 2008.

8. Under section 365(d)(4)(B), the time for assuming or rejecting the Denton Lease may be extended only for cause. *See* 11 U.S.C. § 365(d)(4)(B).

9. The current deadline is not set to expire until March 10, 2009. Accordingly, there is no cause for extending the time period at this time and the Extension Motion is premature at best.

10. More importantly, however, the Debtors continue to enjoy the benefits of the Denton Lease without timely complying with their post-petition obligations under the Denton Lease in violation of section 365(d)(3) of the Bankruptcy Code.

11. Under Section 365(d)(3), the Debtors must timely perform all of their post-petition obligations under the Denton Lease pending assumption or rejection of the lease. *See* 11 U.S.C. § 365(d)(3). As noted, however, as of the filing of this objection and request, the Debtors owe Panattoni Denton post-petition obligations under the Denton Lease in the approximate amount of $88,142.88 (plus attorneys' fees and expenses).

12. Therefore, Panattoni Denton requests that the Court compel the Debtors to comply with their obligations under section 365(d)(3) of the Bankruptcy Code pending assumption or rejection the Denton Lease.

## JOINDER IN OTHER LANDLORD OBJECTIONS

13. To the extent not inconsistent with this objection and request, Panattoni Denton joins in the objections of the other landlords to the Extension Motion.

## PRAYER

WHEREFORE, PREMISES CONSIDER, Panattoni Denton moves the Court to deny the relief requested in the Extension Motion and to compel the Debtors to timely comply with their

obligations under section 365(d)(3), and for such other and further relief as the Court deems just and proper both in equity and at law.

        Respectfully submitted,

        **CANTOR ARKEMA, P.C.**

        By: /s/ David K. Spiro
            David K. Spiro
            Virginia Bar No. _____
            dspiro@cantorarkema.com
            1111 East Main Street, 16th Floor
            Richmond, Virginia 23219
            Telephone:   (804) 644-1400
            Facsimile:    (804) 225-8706

        And

        **BRACEWELL & GIULIANI LLP**

        By: /s/ William A. (Trey) Wood, III
            William A. (Trey) Wood, III
            Texas Bar No. 21916050
            Trey.Wood@bgllp.com
            711 Louisiana, Suite 2300
            Houston, Texas 77002
            Telephone:   (713) 223-2300
            Facsimile:    (713) 221-1212

        **ATTORNEYS FOR PANATTONI DEVELOPMENT COMPANY, INC., AS AGENT FOR EPC DENTON GATEWAY, LLC, VV1 TEXAS HOLDINGS, LLC, T1 P1 TEXAS, LLC, DUDLEY MITCHELL PROPERTIES TX, LLC, SHELBY PROPERTIES TX, LLC, AND PINTAR INVESTMENT PROPERTIES TX, LLC**

-5-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on the parties on the attached Service List via electronic means as listed on the court's ECF noticing system or by regular U. S. First Class Mail on this 3rd day of December, 2008.

    /s/ *William A. (Trey) Wood, III*
    William A. (Trey) Wood, III

## CIRCUIT CITY STORES, INC.
## PRIMARY SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Email: Robert.B.Van.Arsdale@usdoj.gov

Reginald D. Hedgebeth
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233

Daniel W. Ramsey
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233

Dion Hayes
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Email: dhayes@mcguirewoods.com

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100
Email: bgodshall@pszjlaw.com

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Email: jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
Email: jfiero@pszjlaw.com

Lynn L. Tavenner
Email: ltavenner@tb-lawfirm.com
Paula S. Beran
Email: pberan@tb-lawfirm.com
Tavenner & Beran PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219