**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.* ) | Case Nos. 08-35653 |
| ) | Jointly Administered |
| Debtors. ) | |
| _____) | |

**JOINDER OF F.R.O., L.L.C. IX TO CENTRO'S LIMITED OBJECTION
TO DEBTORS' MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE
SECTIONS 105 AND 502, AND BANKRUPTCY RULE 2002, 3003(C)(3), AND 9007 (I)
SETTING GENERAL BAR DATE AND PROCEDURES FOR FILING PROOFS OF
CLAIM, AND (II) APPROVING FORM AND MANNER OF NOTICE THEREOF**

F.R.O., L.L.C. IX ("F.R.O."), by counsel, hereby joins in the Centro Objection (defined below) to the *Motion of Debtors for Order Pursuant to Bankruptcy Code Sections 105 and 502, and Bankruptcy Rule 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim, and (II) Approving Form and Manner of Notice Thereof* (the "Motion"), and in support state as follows:

1. Prior to the Petition Date, F.R.O. leased to the Debtors certain nonresidential real property located in Douglasville, Georgia (the "Lease"). The Debtors operate Store #3406 (the "Store") at this location.

Timothy F. Brown (Va. Bar No. 030907)
Mary Joanne Dowd
Christopher J. Giaimo
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

Attorneys for F.R.O., L.L.C. IX

2. On November 25, 2008, the Debtors filed the Motion, which seeks entry of the related proposed order (the "Proposed Order") setting procedures for filing proofs of claim and a general bar date in the above-captioned case.

3. On December 2, 2008, Centro Properties Group, Federal Realty Investment Trust, Cencor Realty, The Hutensky Group, UBS Realty Investors, LLC, the Morris Companies Affiliates, and Uniwest Commercial Realty filed a limited objection to the Motion (the "Centro Objection," Docket No. 579) requesting *inter alia*, that paragraph 4 of the related Proposed Order be amended to include the following exclusion:

> "(viii) Claims of landlords of unexpired leases of non-residential real property which have not been rejected prior to the General Bar Date. Claims for such leases which have been or are hereinafter rejected shall be filed by the later of (a) the General Bar Date, (b) thirty (30) days after the effective date of such rejection or (c) as otherwise provided by Order of this Court."

4. F.R.O. hereby joins Centro's Objections to Debtor's Motion and requests that approval of the Debtor's proposed procedures and bar date should be denied unless the Proposed Order is amended to include the exclusion above.

Dated: December 3, 2008
Washington, DC

                                                                    */s/ Timothy F. Brown*
Timothy F. Brown (Va. Bar No. 030907)
Mary Joanne Dowd
Christopher J. Giaimo
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

Attorneys for F.R.O., L.L.C. IX

## CERTIFICATE OF SERVICE

I, Andrea Campbell, hereby certify that on the 3rd day of December, 2008, I caused a true and correct copy of the foregoing Joinder of F.R.O., L.L.C. IX to Centro's Limited Objection to Debtor's Motion for Order Pursuant to Bankruptcy Code Sections 105 and 502, and Bankruptcy Rule 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim and (II) Approving Form and Manner of Notice Thereof to be served via the Court's CM/ECF system upon all subscribed parties and via First Class Mail upon the following:

| | |
|---|---|
| W Clarkson McDow, Jr.<br>Office of the U.S. Trustee<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219 -1888<br>Attn: Robert B. Van Arsdale | Circuit City Stores, Inc.<br>9950 Mayland Dr.<br>Richmond, VA 23233<br>Attn: Reginald D. Hedgebeth |
| Circuit City Stores, Inc.<br>9950 Mayland Dr.<br>Richmond, VA 23233<br>Attn: Daniel W. Ramsey | McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>Attn: Dion W. Hayes |
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>Attn: Gregg M. Galardi | Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Attn: Chris L. Dickerson |

             /s/ *Andrea Campbell*
             Andrea Campbell