# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CIRCUIT CITY STORES, INC.** *et al.*, | : | **Case No. 08-35653-KRH** |
| | : | |
| | : | **Jointly Administered** |
| **Debtors.** | : | |
| | : | Objection Deadline: December 3, 2008 at 4:00 p.m. |
| | : | Hearing Date: December 5, 2008 at 10:00 a.m. |

### SIMON PROPERTY GROUP, INC.'S LIMITED OBJECTION TO MOTION OF DEBTOR FOR ORDER UNDER BANKRUPTCY CODE SECTION 365(d)(4) EXTENDING THE TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

SIMON PROPERTY GROUP, INC. and its related entities, as Landlord (collectively herein, "Simon"), by its undersigned counsel, (i) files this Limited Objection to Motion Of Debtor For Order Under Bankruptcy Code Section 365(D)(4) Extending The Time Within Which Debtors May Assume Or Reject Unexpired Leases Of Nonresidential Real Property (the "Extension Motion") filed by the above captioned debtor (the "Debtor"); In support, Simon respectfully states:

1. On November 10, 2008, (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On November 20, 2008, the Debtors filed a Motion with this Court requesting an extension of time through June 8, 2009 in which to assume or reject their unexpired leases of non-residential real property.

3. Landlord is Lessor a under 22 of the leases of non-residential property with the Debtor at the locations listed in Exhibits "A" – "C" of the Extension Motion, under which the Debtor is obligated to pay basic rent plus, and in certain circumstances, additional rentals for common area maintenance, real estate taxes, and sundry other enumerated expenses with said payment being due on or before the first day of each month. Debtor is currently in default of the aforementioned obligations as detailed in Exhibit "1" attached hereto.

4. Paragraph 29 of the Extension Motion states, in part, that "Debtors intend to remain current on all of their postpetition rent obligations <u>arising from and after the Petition Date</u> for those Leases covered by the extension sought by this Motion." (*emphasis added*). As of the date of this Limited Objection, Debtor has not paid its postpetition obligations for the Simon leases, which includes the stub rent for November and December rental obligations.

5. Simon does not object to an extension beyond the 120 day period so long as Debtor is current with its payment of all postpetition rent including stub rent for November.

6. Except to the extent inconsistent with the positions taken in this Objection, Simon joins in any landlord objection not otherwise contained in the aforementioned.

WHEREFORE, Simon respectfully requests that the Court enter an Order denying Debtors extension of time to assume or reject it's lease beyond March 10, 2009 unless Debtor is current with all its postpetition rental obligations arising from the Petition Date, or has reached an agreement with Simon for payment of the same, and for all other relief the court deems just and proper.

Dated: <u>December 3, 2008</u>

                                                  Respectfully Submitted,

By: <u>/s/ Ronald M. Tucker</u>
Ronald M. Tucker, Esq.
Indiana Bar No. 11428-49
115 West Washington Street
Indianapolis, IN 46204
(317) 263-2346
(317) 263-7901 FAX
rtucker@simon.com

and

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By: <u>/s/ Charles W. Chotvacs</u>
Charles W. Chotvacs (VSB #70045)
601 13th Street, N.W.
Suite 1000 South
Washington, DC 20005-3807
Telephone: (202) 661-2221
Facsimile: (202) 661-2299
E-mail: chotvacsc@ballardspahr.com

Circuit City Stores
Chapter 11 Bankruptcy Filing 11/10/2008

# SIMON

| Project # | Property | Rentable SF | Pre-petition | Post-petition as of 12/3/08 |
|---|---|---|---|---|
| 5202 | Arundel Marketplace | 33,165 | $ 63,447.20 | $ 80,375.37 |
| 313 | Bloomingdale Court | 50,000 | $ 18,791.24 | $ 54,679.55 |
| 4698 | Clay Terrace | 34,548 | $ - | $ 87,762.09 |
| 5234 | Concord Mills Circuit City | 35,807 | $ 15,425.49 | $ 87,411.13 |
| 1101 | Fairfax Court | 30,185 | $ - | $ 99,027.75 |
| 1308 | Firewheel Town Center | 36,259 | $ 103,029.99 | $ 86,383.40 |
| 8678 | Great Lakes Plaza | 41,599 | $ (29,229.78) | $ 93,434.40 |
| 5216 | Gurnee Mills | 40,752 | $ 18,272.24 | $ 13,542.72 |
| 1704 | Independence Center | 134,714 | $ - | $ - |
| 8808 | Indian River Mall | 0 | $ - | $ - |
| 1731 | Irving Mall | 32,745 | $ 16,646.41 | $ 133,995.66 |
| 5217 | Katy Mills | 26,952 | $ (18,641.03) | $ 105,000.50 |
| 907 | Knoxville Commons | 34,080 | $ 7,668.00 | $ - |
| 7706 | Lincoln Plaza | 39,048 | $ 15,942.12 | $ 90,338.70 |
| 4852 | Mall of Georgia | 0 | $ 6,581.55 | $ 37,295.45 |
| 9133 | Melbourne Square | 35,538 | $ 16,791.75 | $ 95,153.23 |
| 4838 | South Shore Plaza | 44,795 | $ 20,273.08 | $ 173,347.83 |
| 5233 | St. Louis Mills | 35,183 | $ 15,252.44 | $ 86,430.53 |
| 3911 | Teal Plaza | 23,990 | $ 7,014.53 | $ 39,749.03 |
| 4747 | The Shops at Arbor Walk | 30,050 | $ 13,146.88 | $ 74,498.96 |
| 3635 | The Source | 45,608 | $ 37,005.94 | $ 209,700.30 |
| 1511 | Valle Vista Mall | 26,700 | $ 8,472.63 | $ 48,011.55 |
|  |  | 811,718 | $ 335,890.68 | $ 1,696,138.15 |

Exhibit "1"

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was sent on the 3rd day of December, 2008, via regular United States Mail, postage prepaid, facsimile, and/or ECF Noticing to the parties listed on the annexed Service List.

By:  /s/ Ronald M. Tucker
      Ronald M. Tucker, Esq.

Gregg M. Galardi
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Dion W. Hayes
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017