## EXHIBIT "A"

| | |
|---|---|
| Post-Petition Rent (Nov. 10 – Nov. 30, 2008): | $ 9,723.70 |
| Post-Petition Rent (December 2008): | $13,891.36 |
| Late Fees (November rent)($6.95/day): | $    208.50 |
| **Total Due:** | **$23,823.56** |