KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
David J. Ervin (VSB No. 34719)
Tel: (202) 342-8436
Fax: (202) 342-8451

Attorneys for Developers Diversified Realty Corporation,
General Growth Properties, Inc., Weingarten Realty Investors,
Basser-Kaufman, Inc., Regency Centers, L.P.,
The Woodmont Company, Jones Lang LaSalle Americas, Inc.,
Philips International Holding Corp., WEC 99A-2 LLC,
Ashkenazy Management Corp., and The MacNaughton Group

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc. et. al.,<br><br>          Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>Jointly Administered |

**LIMITED OBJECTION OF DEVELOPERS DIVERSIFIED REALTY CORPORATION, GENERAL GROWTH PROPERTIES, INC., WEINGARTEN REALTY INVESTORS, BASSER-KAUFMAN, INC., REGENCY CENTERS, L.P., THE WOODMONT COMPANY, JONES LANG LASALLE AMERICAS, INC., PHILIPS INTERNATIONAL HOLDING CORP., WEC 99A-2 LLC, ASHKENAZY MANAGEMENT CORP., AND THE MACNAUGHTON GROUP TO THE MOTION OF DEBTORS FOR ORDER UNDER BANKRUPTCY CODE SECTION 365(D)(4) EXTENDING TIME WITHIN WHICH DEBTORS MAY ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

Developers Diversified Realty Corporation, General Growth Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, Inc., Regency Centers, L.P., The Woodmont Company, Jones Lang LaSalle Americas, Inc., Philips International Holding Corp., WEC 99A-2 LLC, Ashkenazy Management Corp. and the MacNaughton Group (collectively, the "Landlords"), by and through their attorneys, Kelley Drye & Warren LLP, hereby submit this limited objection (the

"Objection") to the Debtors' motion (the "Motion"), dated November 20, 2008,[1] for an order pursuant to Bankruptcy Code section 365(d)(4) extending the time within which the Debtors may assume or reject unexpired leases of nonresidential real property. In support of this Objection, the Landlords respectfully state as follows:

## PRELIMINARY STATEMENT

1. The Debtors' Motion requests a 90-day extension "within which the Debtors must assume or reject the Leases."[2] The proposed order, however, improperly seeks to extend the deadline by which the Debtors "may move to assume or reject" the Leases.[3] The Landlords do not object to an extension of the Debtors' 365(d)(4) deadline by which the Debtors must actually assume or reject Leases, however, the Landlords do object to any attempt to characterize the 365(d)(4) deadline as only the deadline by which the Debtors must move to assume or reject their Leases. the statutory deadline. The plain language of section 365(d)(4) is clear that the Debtors' assumption or rejection of their Leases must be completed by the section 365(d)(4) deadline, rather than the Debtors merely having to file a motion to assume or reject their Leases by the 365(d)(4) deadline.

## BACKGROUND

2. On November 10, 2008 (the "Petition Date") the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with this Court.

3. The Debtors remain in possession of their properties and continue to manage their business as debtors and debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

---

[1] Docket No. 290.
[2] Motion ¶ 9, at p. 5.
[3] Proposed Order ¶ 2 at p. 2.

2

4.  The Landlords are the owners, or managing agents for the landlords, of numerous shopping centers located throughout the United States. The Debtors lease retail space from the Landlords pursuant to written leases (the "Leases") at locations subject to the Motion identified in the chart annexed hereto as Exhibit A (the "Leased Premises").

5.  The Leased Premises are located in "shopping centers" as that term is defined in section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081 (3d Cir. 1990).

6.  The Debtors' 365(d)(4) period is currently set to expire on March 10, 2009. By the Motion, the Debtors seek a 90 day extension of the 365(d)(4) period within which the Debtors must assume or reject the Leases.[4] The proposed order attached to the Motion seeks to extend the "period within which the Debtors *may move* to assume or reject any or all of the Leases . . . through and including the earlier of June 8, 2009 and the date of the entery of an order confirming a plan of reorganization; provided, however, that the assumption or rejection of Leases pursuant to a plan of reorganization confirmed prior to June 8, 2009 may become effective on the effective date of the plan of reorganization (which assumption or rejection of Leases shall not be later than June 8, 2009 or such later deadline as may be agreed to by each applicable landlord pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code)."[5] (emphasis added).

## ARGUMENT

**I.  The Debtors Must Actually Assume Or Reject The Leases By The Earlier Of June 8, 2009 Or Confirmation Of A Plan**

7.  The Landlords do not object to an extension of the Debtors deadline to assume or reject the Leases to the earlier of June 8, 2009 or confirmation of a plan. However, the proposed

---

[4] Motion ¶ 9, at p. 5.

[5] Proposed Order ¶ 2 at pp. 2-3.

3

order improperly seeks to extend the Debtors' time to "move" to assume or reject the Leases to the earlier of June 8, 2009, or confirmation of a plan. Such an extension is contrary to the clear language of section 365(d)(4) of the Bankruptcy Code and should be denied.

8.  Section 365(d)(4) of the Bankruptcy Code states:

> (4)(A) Subject to subparagraph (B), an unexpired lease of nonresidential real property under which the debtor is the lessee shall be deemed rejected, and the trustee shall immediately surrender that nonresidential real property to the lessor, if the trustee does not assume or reject the unexpired lease by the earlier of –
> (i) the date that is 120 days after the date of the order for relief; or
> (ii) the date of the entry of an order confirming a plan.
> (B)(i) The court may extend the period determined under subparagraph (A), prior to the expiration of the 120-day period, for 90 days on the motion of the trustee or lessor for cause.
> (ii) If the court grants an extension under clause (i), the court may grant a subsequent extension only upon prior written consent of the lessor in each instance.

11 U.S.C. § 365(d)(4).

9.  The plain language of section 365(d)(4) is clear that the Debtors' assumption or rejection of their Leases must be completed by the section 365(d)(4) deadline, rather than the Debtors merely having to file a motion to assume or reject their Leases by the 365(d)(4) deadline.

WHEREFORE, the Landlords respectfully request that the Court enter an Order (i) compelling the Debtors to assume or reject the Leases by the earlier of June 8, 2009 and confirmation of a plan; and (ii) granting for such other relief as the Court deems just, proper and equitable.

Dated: New York, New York
December 3, 2008

KELLEY DRYE & WARREN LLP

By: /s/ *David J. Ervin*
David J. Ervin (VSB No. 34719)
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Tel: (202) 342-8436
Fax: (202) 342-8451

-and-

KELLEY DRYE & WARREN LLP
James S. Carr
Robert L. LeHane
101 Park Avenue
New York, NY 10178-0002
Tel: (212) 808-7800
Fax: (212) 808-7897

Attorneys for Developers Diversified Realty Corporation, General Growth Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, Inc., Regency Centers, L.P., The Woodmont Company, Jones Lang LaSalle Americas, Inc., Philips International Holding Corp., WEC 99A-2 LLC, Ashkenazy Management Corp., and The MacNaughton Group

## EXHIBIT A

| **Developers Diversified Realty** | | | |
|---|---|---|---|
| **Store#** | **Mall Name** | **City** | **State** |
| | Brook Highland | Birmingham | Alabama |
| | Circuit City - Dothan | Dothan | Alabama |
| | Buena Park Place (Power Center) | Buena Park | California |
| | Circuit City - Culver City | Culver City | California |
| | Circuit City - Highland Ranch | Highland Ranch | Colorado |
| | Carillon Place | Naples | Florida |
| | Cortez Plaza | Bradenton | Florida |
| | Homestead Pavilion | Homestead | Florida |
| | The Shops at Midtown Miami | Miami | Florida |
| | Walks at Highwood Preserve I | Tampa | Florida |
| | Skyview Plaza | Orlando | Florida |
| | Circuit City - Rome | Rome | Georgia |
| | Woodfield Village Green | Schaumburg | Illinois |
| | Merriam Village | Merriam Village | Kansas |
| | Grandville Marketplace | Grandville | Michigan |
| | Green Ridge Square II | Grand Rapids | Michigan |
| | 1000 Turtle Creek Drive | Hattiesburg | Mississippi |
| | Crossroads Center | Gulfport | Mississippi |
| | Hamilton Commons | Mays Landing | New Jersey |
| | Route 22 Retail Shopping Center | Union | New Jersey |
| | Southern Tier | Horseheads | New York |
| | Union Consumer Square II | Cheetowaga | New York |
| | Beaver Creek Crossings South | Apex | North Carolina |
| | Circuit City - Cary | Cary | North Carolina |
| | River Hills | Asheville | North Carolina |
| | Sycamore Commons | Matthews | North Carolina |
| | Wendover II | Greensboro | North Carolina |
| | Peach Street Square II | Erie | Pennsylvania |
| | Township Marketplace | Monaca | Pennsylvania |
| | Plaza del Norte | Hatillo | Puerto Rico |
| | Columbiana Station | Columbia | South Carolina |
| | The Point | Greenville | South Carolina |
| | Wando Crossing | Mt. Pleasant | South Carolina |
| | Town & Country I | Knoxville | Tennessee |
| | Family Center at Riverdale | Riverdale | Utah |
| | Creeks at Virginia Center | Glen Allen | Virginia |
| | Fairfax Town Center | Fairfax | Virginia |
| | Loisdale Center | Springfield | Virginia |
| | Circuit City - Olympia | Olympia | Washington |
| | | | |
| **Jones Lang LaSalle Americas** | | | |
| **Store #** | **Mall Name** | **City** | **State** |
| | Mall at Whitney Field | Leominister | Massachusetts |

6

|  | Hanover Mall | Hanover | Massachusetts |
|---|---|---|---|
|  |  |  |  |
| **General Growth Properties** |  |  |  |
| **Store #** | **Mall Name** | **City** | **State** |
|  | Alexandria Mall | Alexandria | Louisiana |
|  | Boise Town Plaza | Boise | Idaho |
|  | Boulevard Mall | Las Vegas | Nevada |
|  | Burbank Town Center | Burbank | California |
|  | Deerbrook Mall | Humble | Texas |
|  | Eastridge Mall | San Jose | California |
|  | Mall of Louisiana | Baton Rouge | Louisiana |
|  | Montclair Plaza North | Montclair | California |
|  | Northridge Fashion Center | Northridge | California |
|  | The Shoppes at River Crossing | Macon | Georgia |
|  | Steeplegate Mall | Concord | New Hampshire |
|  | Parks at Arlington | Arlington | Texas |
|  | Willowbrook | Houston | Texas |
|  | Woodlands | The Woodlands | Texas |
|  |  |  |  |
| **Philips International** |  |  |  |
| **Store #** | **Mall Name** | **City** | **State** |
|  | Palm Springs Mile | Hialeah | Florida |
|  |  |  |  |
| **Basser Kaufman** |  |  |  |
| **Store #** | **Mall Name** | **City** | **State** |
| 3724 | Fellsway Plaza | Saugus | Massachusetts |
| 3146 |  | Springfield | Massachusetts |
|  |  |  |  |
| **Regency Centers** |  |  |  |
| **Store #** | **Mall Name** | **City** | **State** |
|  | Brea Marketplace | Brea | California |
|  | Powell Street Plaza | Emeryville | California |
|  |  |  |  |
| **Weingarten Realty Investors** |  |  |  |
| **Store #** | **Mall Name** | **City** | **State** |
| 545 | Overton Park Plaza | Ft. Worth | Texas |
| 838 | Colonial Plaza | Orlando | Florida |
| 3304 | Oracle Wetmore | Tucson | Arizona |
| 3307 | Pavilion at San Mateo | Albquerque | New Mexico |
| 3418 | Marketplace at Seminole Towne Center | Sanford | Florida |
| 3504 | Moore Plaza | Corpus Christi | Texas |
| 6357 | Pembroke Commons | Pembroke Pines | Florida |
|  | River Point at Sheridan | Sheridan | Colorado |
|  |  |  |  |
| **WEC 99A-2 LLC** |  |  |  |
| **Store #** | **Mall Name** | **City** | **State** |
|  |  | Fayetteville | Arkansas |
|  |  |  |  |

| Ashkenazy Management Corp. | | | |
|---|---|---|---|
| **Store #** | **Mall Name** | **City** | **State** |
| | AAC Cross County Mall | Yonkers | New York |
| | | | |
| **The MacNaughton Group** | | | |
| **Store #** | **Mall Name** | **City** | **State** |
| | Kona Commons | Kailua-Kona | Hawaii |

## **CERTIFICATE OF SERVICE**

       I, hereby certify that on the 3rd day of December, 2008, a true and accurate copy of the foregoing *Limited Objection of Developers Diversified Realty Corporation, General Growth Properties, Inc. Weingarten Realty Investors, Basser-Kaufman, Inc., Regency Centers, L.P., The Woodmont Company, Jones Lang LaSalle Americas, Inc., Philips International Holding Corp., WEC 99A-2 LLC, Ashkenazy Management Corp., And The MacNaughton Group To The Motion Of Debtors For Order Under Bankruptcy Code Section 365(d)(4) Extending Time Within Which Debtors May Assume Or Reject Unexpired Leases Of Nonresidential Real Property* was electronically filed with the Clerk of the Court using the CM/ECF system, which shall cause notice of electronic filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

                                                                              */s/ Howard S. Steel*
                                                                              Howard S. Steel