**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.,* ) | Case No. 08-35653 |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

    **PLEASE TAKE NOTICE** that Leach Travell Britt pc respectfully appears as counsel for Children's Discovery Centers of America, Inc., a party in interest and tenant of Circuit City Stores, Inc., and demands, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon counsel listed below at the following office address, telephone and facsimile numbers, and e-mail addresses:

        Stephen E. Leach, Esquire
        D. Marc Sarata, Esquire
        LEACH TRAVELL BRITT pc
        8270 Greensboro Drive, Suite 1050
        McLean, Virginia 22102
        Telephone:   (703) 584-8902
        Telecopier:   (703) 584-8901
        sleach@ltblaw.com
        msarata@ltblaw.com

    **PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes both the notices and papers referred to in the Rules specified above, and also, without limitation, all orders, and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed, by mail, overnight delivery, e-mail, messenger, facsimile, telephone, telegraph or otherwise, which may affect or seek to affect in any way the rights or interests of the debtors, creditors, any official or unofficial committee, or any other party in interest in this case.

Stephen E. Leach (Va. Bar No. 20601)
LEACH TRAVELL BRITT pc
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
(703) 584-8902
Counsel for Children's Discovery Centers
 of America, Inc.

      The undersigned additionally request that the debtors and the Clerk of the Court place the foregoing names and addresses on the Service List, any mailing matrix, abbreviated service list, or list of creditors to be prepared or existing in the above-referenced case.

Date: December 3, 2008        Respectfully submitted,

                                        LEACH TRAVELL BRITT pc

                                        /s/Stephen E. Leach
                                        Stephen E. Leach (VA Bar No. 20601)
                                        /s/D. Marc Sarata
                                        D. Marc Sarata (VA Bar No. 68621)
                                        8270 Greensboro Drive, Suite 1050
                                        McLean, Virginia  22102
                                        Telephone:    (703) 584-8902
                                        Telecopier:    (703) 584-8901
                                        E-mail:        sleach@ltblaw.com

                                        Counsel for Children's Discovery Centers of America, Inc.