UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

LIMITED OBJECTION TO DEBTORS' MOTION FOR ORDERS UNDER 11 U.S.C. SECTIONS 105, 363, AND 365 (I) APPROVING BIDDING AND AUCTION PROCEDURES FOR SALE OF UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES FOR CLOSING STORES, (II) SETTING SALE HEARING DATE, AND (III) AUTHORIZING AND APPROVING (A) SALE OF CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED NONRESIDENTIAL PROPERTY LEASES, AND (C) <u>LEASE REJECTION PROCEDURES</u>

The Marketplace of Rochester Hills Parcel B LLC ("Marketplace"), by files this Limited Objection to Debtors' Motion for Orders Under 11 U.S.C. Sections 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases for Closing Stores, (II) Setting Sale Hearing Date, and (III) Authorizing and Approving (A) Sale of Certain Nonresidential Real Property Leases Free

---

John D. McIntyre (VSB No. 35925)
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
*Local Counsel for The Marketplace of Rochester Hills Parcel B, LLC*

E. Todd Sable
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
*Lead Counsel for The Marketplace of Rochester Hills Parcel B, LLC*

and Clear of Liens, Claims, and Encumbrances, (B) Assumption and Assignment of Certain Unexpired Nonresidential Property Leases, and (C) Lease Rejection Procedures (the "Motion"), in support of which Marketplace respectfully states as follows:

1. Marketplace is the owner of the Adams Marketplace Shopping Center, a shopping center in Rochester Hills, Michigan, at which Debtors operate a retail store (the "Marketplace Location") under a Lease Agreement entered into by Marketplace and Circuit City Stores, Inc. on June 27, 2007 (the "Lease").

2. Debtors' Motion seeks to establish certain procedures for the potential sale of unexpired leases for locations at which Debtors' commenced store closing sales before the petition date, including the Marketplace Location.

3. In the Motion, Debtors seek entry of an order which provides at Paragraph 9 as follows:

> Any Lease for which no Potential Purchaser Notice has been provided, shall be deemed rejected as of December 31, 2008. Any Lease that is initially subject to a Potential Purchaser Notice but which the Debtors ultimately elect not to sell shall be deemed rejected as of the date of the Sale Hearing.

4. Marketplace objects to Paragraph 9 of the proposed order to the extent it may authorize rejection of the Lease before the Debtors relinquish possession of the Marketplace Location.

5. Section 365(d)(3) of the Bankruptcy Code (11 U.S.C. §§ 101 *et seq.*) provides that lessee-debtor is required to honor its obligations to a lessor until such lease has been assumed or rejected. The effective date of any lease rejection should not occur until the debtors have relinquished possession of the applicable premises to the lessor. *See In re Thinking Machines Corp.*, 67 F.3d 1021, 1025-1028 (1st Cir. 1995) (reversing

judgment of District Court setting rejection date as of the motion filing date); *In re Federated Department Stores, Inc.*, 131 B.R. 808, 815 (S.D. Ohio 1991) (reversing bankruptcy court's approval of retroactive rejection as requested by debtor); *In re Arizona Appetito's Stores, Inc.*, 893 F.2d 216 (9th Cir. 1990); *In re Worth's Stores, Corp.*, 130 B.R. 531 (Bankr. E.D. Mo. 1991); *In re Paul Harris Stores, Inc., et al.*, 148 B.R. 307 (S.D. Ind. 1992); *Towers v. Chickering & Gregory (In re Pacific-Atlantic Trading Co.)*, 27 F.3d 401 (9th Cir. 1994).

6. To the extent Debtors remain in possession of the Premises beyond the date set forth in Paragraph 9, the Debtors should be required to continue performing their obligations under the Lease. Allowing rejection of the Lease before Debtors relinquish possession of the Marketplace Location is inconsistent with § 365(d)(3).

7. Marketplace reserves all of its rights and remedies with respect to the Lease and pursuant to applicable law, including without limitation its right to enforce the Lease terms pending assumption or rejection of the Lease by the Debtors.

8. Marketplace joins in the objections raised by other landlords to the Motion to the extent such objections are not inconsistent with Marketplace's objection.

ACCORDINGLY, Marketplace requests that any order entered by the Court with respect to the Motion expressly provide that the effective date of any rejection of a lease thereunder occur only after the Debtors have relinquished possession to the applicable landlord.

Respectfully submitted

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: */s/ John D. McIntyre*
      Of Counsel

John D. McIntyre (VSB No. 35925)
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
*Local Counsel for The Marketplace of Rochester Hills Parcel B, LLC*

E. Todd Sable (P54956)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
*Lead Counsel for The Marketplace of Rochester Hills Parcel B, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December, 2008, the foregoing Limited Objection was filed and served electronically using the Court's CM/ECF system, and that, in addition, true and correct copies of the foregoing were sent via facsimile to the following parties:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
Fax:  (804) 771-2330
Assistant United States Trustee

Dion W. Hayes
Douglas M. Foley
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
Fax:  (804) 775-1061
Counsel for Debtors

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
Fax: (302) 651-3001
Counsel for Debtors

Timothy G. Pohl
Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL  60606
Fax: (312) 407-0411
Counsel for Debtors

                                         */s/ John D. McIntyre*
                                         John D. McIntyre