IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------- x
:
In re:                                        :     Chapter 11
                                              :
CIRCUIT CITY STORES, INC., et al.             :     Case No. 08-35653-KRH
                                              :
             Debtors.                         :     Jointly Administered
                                              :     Judge Kevin R. Huennekens
------------------------------------------------------- x:

## MOTION FOR ADMISSION OF DAVID M. HILLMAN *PRO HAC VICE*

J.R. Smith (the "Movant"), a member in good standing of the Bar of the State of Virginia, an attorney admitted to practice before the United States Bankruptcy Court of the Eastern District of Virginia, and an attorney with the Richmond, Virginia office of the law firm of Hunton & Williams LLP, hereby moves (the "Motion") the Court to enter an Order permitting David M. Hillman, an attorney with the New York, New York office of the law firm of Schulte Roth & Zabel LLP (the "Admittee"), to practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, to represent Panasonic Corporation of North America, pursuant to Rule 2090-1(E)(2) of the Local Rules of

J.R. Smith [VSB # 41913]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

and

David M. Hillman [NY Bar No. DMH 8666]
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY  10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

Counsel for Panasonic Corporation of North America

the Bankruptcy Court of the Eastern District of Virginia (the "Local Rules") in the above-captioned proceeding.  In support of the Motion, the Movant states as follows:

1. The Admittee is a member in good standing of the Bar of the State of New York. The Admittee is admitted to practice before the United States Courts of Appeals for the Second and Sixth Circuits and United States District and Bankruptcy Courts for the Southern and Eastern Districts of New York.  There are no disciplinary proceedings pending against the Admittee. The Admittee understands that if he is admitted *pro hac vice*, he will be subject to the disciplinary jurisdiction of this Court.

2. Movant requests that the Court allow the Motion so that the Admittee may file pleadings and appear and be heard at hearings in this chapter 11 case in accordance with the requirements of Local Rule 2090-1(E)(2).

3. The Movant respectfully requests that this Court treat this Motion as a written memorandum of points and authorities or waive any requirement that this Motion be accompanied by a written memorandum of points and authorities as described in Local Rule 9013-1(G).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

4.     Notice of this Motion has been provided to the Office of the United States Trustee for the Eastern District of Virginia, Richmond Division, counsel to the above-captioned debtors, and counsel to the creditor's committee.  Due to the administrative nature of the relief requested herein, Movant submits that no other or further notice need be given.

Dated:  December 3, 2008
Richmond, Virginia

/s/ J.R. Smith
J.R. Smith [VSB # 41913]
**HUNTON & WILLIAMS LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218

- and -

David M. Hillman [NY Bar No. DMH 8666]
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York  10022
Telephone:  (212) 756-2000
Facsimile:  (212) 593-5955

COUNSEL FOR PANASONIC
CORPORATION OF NORTH AMERICA

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 3, 2008, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Attn: Douglas M. Foley, Esq.

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Attn: Dion W. Hayes, Esq.

Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899
Attn: Gregg Galardi, Esq.

Attorneys for Circuit City Stores, Inc.

Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale, Esq.

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Counsel to the Creditor's Committee

                /s/ J.R. Smith__