**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
CIRCUIT CITY STORES, INC., et al.                       :    Case No. 08-35653-KRH
                                                        :
           Debtors.                                     :    Jointly Administered
                                                        :    Judge Kevin R. Huennekens
------------------------------------------------------- x:

**ORDER GRANTING ADMISSION OF DAVID M. HILLMAN *PRO HAC VICE***

This matter comes before the Court on the Motion for Admission of David M. Hillman *Pro Hac Vice* (the "Motion"), filed by J.R. Smith of Hunton & Williams LLP.  The Court, having jurisdiction to consider the Motion, finding that due and sufficient notice having been given, and sufficient cause appearing, hereby ORDERS that:

1.    The Motion is **GRANTED**.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

J.R. Smith [VSB # 41913]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

and

David M. Hillman [NY Bar No. DMH 8666]
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY  10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

Counsel for Panasonic Corporation of North America

2

2. David M. Hillman is permitted to appear *pro hac vice* in the above-captioned proceeding, in accordance with Rule 2090-1(E)(2) of the Local Rules of the Bankruptcy Court of the Eastern District of Virginia.

ENTERED in Richmond, Virginia this _____ day of _____, 2008.

_____
United States Bankruptcy Judge

## LOCAL RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing has been either endorsed or served upon all necessary parties.

 /s/ J.R. Smith

2