# EXHIBIT B

Circuit City Center
c/o Grubb & Ellis|Adena Realty Advisors
8800 Lyra Drive, Suite 150
Columbus, OH 43240
(614) 436-9800

INVOICE 

| Circuit City Stores, Inc. Store #3572<br>Vice President of Real Estate<br>Deep Run I<br>9950 Maryland Drive<br>Richmond, VA 23233 | | | | DATE<br>11/1/2008<br>INVOICE #: 339873<br>Circuit City Stores, Inc. Store #3572 | ACCOUNT NUMBER<br>Circuit  1 | |
|---|---|---|---|---|---|---|
| MAKE CHECKS PAYABLE TO: | Circuit City Center<br>Grubb & Ellis/Adena Realty<br>Dept. 8502-06, PO Box 30516<br>Lansing    MI    48909-8016 | | | | | |

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 11/1/2008 | REC | AUTOCHRG<br>@T11/30/2008 | 2,905.00 | 0.00 | 2,905.00 | 11/1/2008 | REC | 2,905.00 |
| 11/1/2008 | RNT | AUTOCHRG<br>@T11/30/2008 | 52,611.00 | 0.00 | 52,611.00 | 11/1/2008 | RNT | 52,611.00 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE | | BALANCE DUE | |
|---|---|---|---|---|---|---|---|---|
| 55,516.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55,516.00 | | BALANCE DUE | 55,516.00 |

$55,516.00 ÷ 30 days = $1,850.5333

x21

November Administrative Rent: $ 38,861.20

Circuit City Center
c/o Grubb & Ellis|Adena Realty Advisors
8800 Lyra Drive, Suite 150
Columbus, OH 43240
(614) 436-9800

INVOICE  

| Circuit City Stores, Inc. Store #3572 | | | | | DATE | ACCOUNT NUMBER |
|---|---|---|---|---|---|---|
| Vice President of Real Estate | | | | | 12/1/2008 | Circuit 1 |
| Deep Run I | | | | | INVOICE #: 343062 | |
| 9950 Maryland Drive | | | | | Circuit City Stores, Inc. Store #3572 | |
| Richmond, VA 23233 | | | | | | |

MAKE CHECKS PAYABLE TO: **Circuit City Center**
**Grubb & Ellis/Adena Realty**
**Dept. 8502-06, PO Box 30516**
**Lansing    MI    48909-8016**

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 12/1/2008 | REC | AUTOCHRG @T12/31/2008 | 2,905.00 | 0.00 | 2,905.00 | 12/1/2008 | REC | 2,905.00 |
| 12/1/2008 | RNT | AUTOCHRG @T12/31/2008 | 52,611.00 | 0.00 | 52,611.00 | 12/1/2008 | RNT | 52,611.00 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 55,516.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55,516.00 |

BALANCE DUE    55,516.00