**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CIRCUIT CITY STORES, INC., et al.,** | * | **Case No: 08-35653-KRH** |
| | | **Chapter 11** |
| **Debtors,** | * | **(Jointly Administered)** |
| * * * * * * | * * * * * * * * * * * * |
| **In re:** | * | |
| **DANIEL E. WEIDLER, et al.** | * | |
| **Movant** | * | |
| **v.** | * | |
| **CIRCUIT CITY STORES, INC., et al.,** | * | |
| **Respondents,** | * | |
| * * * * * * | * * * * * | |

**STIPULATION AND ORDER GRANTING
MOTION FOR RELIEF FROM STAY**

Movants Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron ("Movants") have filed a Motion for Relief from Automatic Stay (the "Motion for Relief") [Docket No. 238]. It appears to the Court that proper notice was given, no objections have been filed, and that cause exists to lift the automatic stay under 11 U.S.C. §362(d)(1). Accordingly, it is hereby **ORDERED** that:

1. The Motion for Relief is granted;

---

Christopher A. Jones (VSB # 40064)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
703.280.9263
703.280.8942 (facsimile)

*Counsel for the Movants*

2. The automatic stay is lifted to permit the case styled *Daniel E. Weidler, Michael F. Yezback, and Eloise Garcia v. Circuit City Stores, Inc.,* Case No. BC369011 pending in the Los Angeles County Superior Court (the "California Litigation") to proceed with a hearing on the on the proposed settlement filed in the California Litigation and any other matters related to approval of the proposed settlement;

3. Except to the extent expressly set forth herein, the automatic stay is not lifted to permit any other action, including, without limitation, any collection action on any order arising out of the California Litigation; and

4. All issues regarding the priority status of the any claim arising from the California Litigation shall be preserved to be determined by this Court.

Entered: _____

_____
United States Bankruptcy Judge

I ASK FOR THIS:

/s/ Christopher A. Jones
Christopher A. Jones (VSB # 40064)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
703.280.9263
703.280.8942 (facsimile)

*Counsel for the Movants*


SEEN AND CONSENTED TO:

/s/ Douglas M. Foley
Douglas M. Foley, Esq.
MCGUIREWOODS LLP
One James Center
901 East Cary St.
Richmond, Virginia 23219
804.775.1000
804.775.1061 (facsimile)

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
302.651.3028
888.329.9475 (facsimile)

*Proposed Counsel for the Debtors*

SEEN AND NO OBJECTION:

/s/ Lynn L. Tavenner
Lynn L. Tavenner, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
804.783.8300
804.783.0178 (facsimile)

Jeffrey N. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd. 11th Floor
Los Angeles, California  90067-4100
310.277.6910
310.201.0760 (facsimile)

*Proposed Counsel for Official Committee of Unsecured Creditors*

## Rule 9022 Certification

     I hereby certify that all necessary parties have been mailed a copy of or have endorsed this order.

                    /s/ Christopher A. Jones
                    Counsel