UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:  Circuit City Stores, Inc.                    Case No.:  08-35653-KRH
       Debtor.                                    Chapter 11

**STATEMENT OF MULTIPLE REPRESENTATION**

NOW COMES Spotts Fain PC, a Virginia Professional Corporation, by Erin E. Corbett, who having first made oath, and pursuant to Bankruptcy Rule 2019, states as follows:

1. This firm represents the following creditors or parties in interest in this case (collectively, the "Creditors"):

    Entergy Mississippi, Inc.
    Entergy Louisiana, LLC
    Entergy Gulf States Louisiana, L.L.C.
    Entergy Arkansas, Inc.
    Entergy Texas, Inc.
    c/o Eric Lopez Schnabel
    Dorsey & Whitney LLP
    1105 North Market Street
    Suite 1600
    Wilmington, DE 19801

    Cleveland Construction, Inc.
    Daniel R. Wireman, Esq.
    5390 Courseview Drive
    Mason, OH 45040

    South Carolina Electric & Gas Co. and Public Service Company of NC
    c/o David B. Wheeler, Esq.
    Moore & Van Allen PLLC
    40 Calhoun Street, Suite 300
    P.O. Box 22828
    Charleston, SC 29413-2828

2. This firm has no claim or interest in this case.

Robert H. Chappell, III, Esq. (VSB# 31698)
Jennifer J. West, Esq. (VSB #47522)
Erin E. Corbett, Esq. (VSB #65360)
SPOTTS FAIN PC
411 E. Franklin Street, Suite 600
P.O. Box 1555
Richmond, Virginia 23218-1555
(804) 697-2000 – Telephone
(804) 697-2100 – Facsimile
Counsel for Multiple Creditors

3. The claims or interests of Entergy Mississippi, Inc., Entergy Louisiana, LLC, Entergy Gulf States Louisiana, L.L.C., Entergy Arkansas, Inc., and Entergy Texas, Inc. in this case arise from issues related to adequate assurance payments related to future utility services.

4. The claims or interests of South Carolina Electric & Gas Co. and Public Service Company of NC in this case arise from issues related to a construction contract for a Circuit City location in Merriam, Kansas.

5. The claims or interests of South Carolina Electric & Gas Co. and Public Service Company of NC in this case arise from issues related to adequate assurance payments related to future utility services.

6. This firm is employed pursuant to standard arrangements with the clients to render services at the firm's normal hourly rates.

7. The Creditors consent to the multiple representation.

SPOTTS FAIN PC


/s/ Erin E. Corbett


Robert H. Chappell, III, Esq. (VSB# 31698)
Jennifer J. West, Esq. (VSB #47522)
Erin E. Corbett, Esq. (VSB #65360)
SPOTTS FAIN PC
411 E. Franklin Street, Suite 600
P.O. Box 1555
Richmond, Virginia 23218-1555
(804) 697-2000 – Telephone
(804) 697-2100 – Facsimile
Counsel for Multiple Creditors

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of December 2008, a true copy of the foregoing Statement of Multiple Representation was served by electronic service upon all parties on the Court's electronic service list.

                                                                            /s/ Erin E. Corbett