**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| CIRCUIT CITY STORES, INC., et al | § § § | CASE NO. 08-35653-KRH<br>Jointly Administered |
| DEBTORS. | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the law firm of Bracewell & Giuliani LLP, attorneys for Panattoni Construction, Inc., Raymond & Main Retail, LLC, Chino South Retail PG, LLC, and Panattoni Development Company, Inc., as Agent for VVI Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX, LLC, and Pintar Investment Properties TX, LLC, Charles L. Kessigner, Jacque L. Kessinger and Northglenn Retail, LLC, requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the persons listed below at the following address, email address, telephone and facsimile numbers:

William A. (Trey) Wood, III
Trey.Wood@bgllp.com
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 223-2300 Telephone
(713) 221-1212 Facsimile

And

Fredric Albert
PANATTONI LAW FIRM
34 Tesla, Suite 100
Irvine, California 92618

PLEASE TAKE FURTHER NOTICE that the foregoing demand also includes, without limitation, notices and copies of any application, complaint, demand, hearing, motion, petition,

pleading, plan, disclosure statement or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, delivery, telephone, facsimile or otherwise filed with regard to the above-referenced case and all proceedings therein.

Dated:  December 3rd, 2008

    Respectfully submitted,

    **CANTOR ARKEMA, P.C.**

    By:  */s/ Neil E. McCullagh*
        Neil E. McCullagh
        Virginia Bar No. 39027
        NMcCullagh@cantorarkema.com
        Bank of America Center
        1111 East Main Street, 16th Floor
        Richmond, Virginia 23219
        Telephone:     (804) 644-1400
        Facsimile:       (804) 225-8706

    And

    **BRACEWELL & GIULIANI LLP**

    By:  */s/ William A. (Trey) Wood, III*
        William A. (Trey) Wood, III
        Texas Bar No. 21916050
        Trey.Wood@bgllp.com
        711 Louisiana, Suite 2300
        Houston, Texas 77002
        Telephone:     (713) 223-2300
        Facsimile:       (713) 221-1212

    **ATTORNEYS FOR PANATTONI CONSTRUCTION, INC., RAYMOND & MAIN RETAIL, LLC, CHINO SOUTH RETAIL PG, LLC, AND PANATTONI DEVELOPMENT COMPANY, INC., AS AGENT FOR VVI TEXAS HOLDINGS, LLC, TI PI TEXAS, LLC, DUDLEY MITCHELL PROPERTIES TX, LLC, SHELBY PROPERTIES TX, LLC, AND PINTAR INVESTMENT PROPERTIES TX, LLC, CHARLES L. KESSINGER, JACQUES L. KESSINGER AND FRE NORTHGLENN**

**RETAIL, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on the parties listed on the attached service list via electronic means as listed on the court's ECF noticing system or by regular U. S. First Class Mail on this 3rd day of December, 2008.

 /s/ *William A. (Trey) Wood, III*
William A. (Trey) Wood, III