**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CIRCUIT CITY STORES, INC., et al.** | § | **CASE NO. 08-35653-KRH** |
| | § | **Jointly Administered** |
| | § | |
| **DEBTORS.** | § | **CHAPTER 11** |

**VERIFIED STATEMENT OF REPRESENTATION BY**
**BRACEWELL & GIULIANI LLP PURSUANT TO BANKRUPTCY RULE 2019**

Bracewell & Giuliani LLP ("Bracewell") by and through the undersigned hereby files this Verified Statement of Representation by Bracewell & Giuliani LLP Pursuant to Bankruptcy Rule 2019, and would show unto the Court that it represents the following creditors as counsel as follows:

1.      Bracewell represents Panattoni Construction, Inc. ("PCI"), Chino South Retail PG, LLC ("Chino South"), Panattoni Development Company, Inc., as Agent for VVI Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX, LLC, and Pintar Investment Properties TX, LLC ("Panattoni Denton"), Panattoni Development Company, Inc., as Agent for Charles L. Kessinger, Jacque L. Kessinger and Northglenn Retail, LLC, ("Panattoni Northglenn"), and Raymond & Mail Retail, LLC ("Raymond & Main") all creditors one or more of the Debtors in these jointly administered cases.

2.      PCI is a general contractor retained by the Debtors to construct their store in Alhambra, California.  Chino South, Panattoni Denton, Panattoni Northglenn, and Raymond & Main (collectively with PCI, the "Panattoni Creditors") are non-residential landlords and intend to participate in the lease disposition and claims filing process.

3.      The Panattoni Creditors have retained Bracewell to represent them in these cases.

William A. Wood, III, is the primary contact.

4.      The Panattoni Creditors have not yet determined the nature and amount of any

claims to be asserted.

This statement is executed by William A. Wood, III on behalf of Bracewell on this 3rd,

day of December, 2008.

Respectfully submitted,

**CANTOR ARKEMA, P.C.**

By:  /s/  *Neil E. McCullagh*        _
        Neil E. McCullagh
        Virginia Bar No. 39027
        NMcCullagh@cantorarkema.com
        Bank of America Center
        1111 East Main Street, 16th Floor
        Richmond, Virginia 23219
        Telephone:    (804) 644-1400
        Facsimile:    (804) 225-8706

        And

-3-

**BRACEWELL & GIULIANI LLP**

By: /s/ *William A. (Trey) Wood, III*
      William A. (Trey) Wood, III
      Texas Bar No. 21916050
      Trey.Wood@bgllp.com
      711 Louisiana, Suite 2300
      Houston, Texas 77002
      Telephone:  (713) 223-2300
      Facsimile:  (713) 221-1212

**COUNSEL FOR PANATTONI CONSTRUCTION, INC., RAYMOND & MAIN RETAIL, LLC, CHINO SOUTH RETAIL PG, LLC, PANATTONI DEVELOPMENT COMPANY, INC., AS AGENT FOR VVI TEXAS HOLDINGS, LLC, TI PI TEXAS, LLC, DUDLEY MITCHELL PROPERTIES TX, LLC, SHELBY PROPERTIES TX, LLC, AND PINTAR INVESTMENT PROPERTIES TX, LLC, CHARLES L. KESSINGER, JACQUES L. KESSINGER AND FRE NORTHGLENN RETAIL, LLC**

-4-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing instrument has been

served on the parties listed on the attached service list via electronic means as listed on the court's

ECF noticing system or by regular U. S. First Class Mail on this 3rd day of December, 2008.


      /s/ *William A. (Trey) Wood, III*
      William A. (Trey) Wood, III

## CIRCUIT CITY STORES, INC.
## <u>PRIMARY SERVICE LIST</u>

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Email: Robert.B.Van.Arsdale@usdoj.gov

Reginald D. Hedgebeth
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233

Daniel W. Ramsey
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233

Dion Hayes
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Email: dhayes@mcguirewoods.com

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100
Email: bgodshall@pszjlaw.com

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Email: jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
Email: jfiero@pszjlaw.com

Lynn L. Tavenner
Email: ltavenner@tb-lawfirm.com
Paula S. Beran
Email: pberan@tb-lawfirm.com
Tavenner & Beran PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219