IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CIRCUIT CITY STORES, INC., et al. | § § | CASE NO. 08-35653-KRH Jointly Administered |
| | § § | |
| DEBTORS. | § | CHAPTER 11 |

## MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E) (2)

1.  Neil E. McCullagh (the "Movant"), a member in good standing of the bars of Virginia, Maryland, and admitted to practice before this Court, hereby moves this Court for entry of an Order permitting William A. Wood, III, an partner with the law firm of Bracewell & Giuliani LLP, to appear *pro hac vice*, before this Court on behalf of Panattoni Construction, Inc., Raymond & Main Retail, LLC, Chino South Retail PG, LLC, and Panattoni Development Company, Inc., as Agent for VVI Texas Holdings, LLC, T1 P1 Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX, LLC, and Pintar Investment Properties TX, LLC, Charles L. Kessinger, Jacque L. Kessinger and Northglenn Retail, LLC (the "Panattoni Creditors"), pursuant to Local Bankruptcy Rule 2090-1(E)(2).  In support thereof, Movant states as follows.

2.  William A. Wood, III is a non-resident of the Eastern District of Virginia, is a and a member in good standing of the bar of the State of Texas and the United States District Court for the Southern, Northern, Western and Eastern Districts of Texas.  There are no disciplinary proceedings pending against Mr. Wood.

3.  Movant shall serve as co-counsel with Mr. Wood in the bankruptcy case and related proceedings.

4. A copy of this motion has been served upon counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors and the Office of the United States Trustee for the Eastern District of Virginia.

5. Pursuant to Local Rule 9013-1 (L), and because this motion does not present contested issues, Movant requests that the Court rule upon the motion without an oral hearing.

Wherefore, Movant respectfully requests that this Court enter an Order substantially in the form attached hereto permitting William A. Wood, III to appear and be heard *pro hac vice* as counsel to the Panattoni Creditors, in the Debtors chapter 11 bankruptcy cases and grant such other relief as necessary and appropriate.

Dated: December 3rd, 2008.

**CANTOR ARKEMA, P.C.**

By: */s/ Neil E. McCullagh*
Neil E. McCullagh
Virginia Bar No. 39027
NMcCullagh@cantorarkema.com
Bank of America Center
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Telephone:    (804) 644-1400
Facsimile:    (804) 225-8706

And

**BRACEWELL & GIULIANI LLP**

By: */s/ William A. (Trey) Wood, III*
 William A. (Trey) Wood, III
 Texas Bar No. 21916050
 Trey.Wood@bgllp.com
 711 Louisiana, Suite 2300
 Houston, Texas 77002
 Telephone: (713) 223-2300
 Facsimile: (713) 221-1212

**COUNSEL FOR PANATTONI CONSTRUCTION, INC., RAYMOND & MAIN RETAIL, LLC, CHINA SOUTH RETAIL PG, LLC, AND PANATTONI DEVELOPMENT COMPANY, INC., AS AGENT FOR VVI TEXAS HOLDINGS, LLC, T1 P1 TEXAS, LLC, DUDLEY MITCHELL PROPERTIES TX, LLC, and PINTAR INVESTMENT PROPERTIES TX, LLC, CHARLES L. KESSINGER, JACQUES L. KESSINGER AND NORTHGLENN RETAIL, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served on the parties listed on the attached service list via electronic means as listed on the court's ECF noticing system or by regular U. S. First Class Mail on this 3rd day of December, 2008.

                                                       */s/ William A. Wood, III*
                                                      William A. (Trey) Wood, III

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CIRCUIT CITY STORES, INC., et al | § § § § | CASE NO. 08-35653-KRH<br>Jointly Administered |
| DEBTORS. | § | CHAPTER 11 |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

Upon the Motion to Appear *Pro Hac Vice* (the "Motion"), and the representations by counsel, David K. Spiro that William A. Wood, III is a practicing attorney in good standing in the State of Texas; it is hereby

ORDERED that William A. Wood, III may appear and practice *pro hac vice* in the above captioned bankruptcy cases and any related adversary litigation on behalf of Panattoni Construction, Inc., Raymond and Main Retail, LLC, Chino South Retail PG, LLC, and Panattoni Development Company, Inc., as Agent for VVI Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX, LLC, and Pintar Investment Properties TX, LLC, Charles L. Kessinger, Jacque L. Kessinger and Northglenn Retail, LLC; and it is further

ORDERED, that the Motion is hereby GRANTED.

DATE: _____    _____
UNITED STATES BANKRUPTCY JUDGE

HOUSTON\2243449.1

# CIRCUIT CITY STORES, INC.
## PRIMARY SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Email: Robert.B.Van.Arsdale@usdoj.gov

Reginald D. Hedgebeth
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233

Daniel W. Ramsey
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233

Dion Hayes
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Email: dhayes@mcguirewoods.com

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100
Email: bgodshall@pszjlaw.com

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Email: jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
Email: jfiero@pszjlaw.com

Lynn L. Tavenner
Email: ltavenner@tb-lawfirm.com
Paula S. Beran
Email: pberan@tb-lawfirm.com
Tavenner & Beran PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219