IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---

In re:  :  Chapter 11

CIRCUIT CITY STORES, INC., et al.,  :  Case No. 08-35653-KRH

Debtors.  :  (Jointly Administered)

---

**LIMITED OBJECTION BY CERTAIN LANDLORDS
TO THE MOTION OF DEBTORS FOR ORDER UNDER BANKRUPTCY CODE
SECTION 365(d)(4) EXTENDING TIME WITHIN WHICH DEBTORS
MAY ASSUME OR REJECT UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY**

Cardinal Capital Partners, Westfield, LLC, The Balogh Companies, Benenson Capital, The Daniel Group, Kingsport 98, LLC, and certain of their affiliates as set forth on Schedule A attached hereto (collectively, the "Landlords"), by counsel, hereby files this limited objection (the "Objection") to the relief requested in the Motion of Debtors for Order under Bankruptcy Code section 365(d)(4) Extending Time within which Debtors may Assume or Reject Unexpired Leases of Nonresidential Real Property (the "Extension Motion"), and in support thereof, represent as follows:

**Introduction**

1. On November 10, 2008 (the "Petition Date"), the above-captioned debtors (the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States

---

Christopher L. Perkins (VSB No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 783-7550

Niclas A. Ferland, Esq.
Ilan Markus, Esq.
LeClairRyan, A Professional Corporation
555 Long Wharf Drive, 8th Floor
New Haven, Connecticut 06509-0906
(202) 773-5026

Counsel for Cardinal Capital Partners and Affiliates

Code, as amended (the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court").

**Objection**

2. As of the Petition Date, the Landlords were landlords and certain of the Debtors were tenants pursuant to a total of 24 unexpired leases of nonresidential real property (the "Leases") for (i) retail store space at enclosed malls which constitute "shopping centers" as that term is used in 11 U.S.C. § 365(b); (ii) stand-alone retail stores; and (iii) distribution and/or warehouse facilities.

3. Pursuant to the Extension Motion, the Debtors are seeking an extension of time to assume or reject leases pursuant to 11 U.S.C. § 365(d)(4), with regard to those leases set forth on Schedule A to the Extension Motion including all of the Leases other than a handful that are subject to store closing sales or were rejected as of the Petition Date (the "Extension Leases").

4. The Landlords are principally concerned that the rents and charges will be paid by the Debtors on a timely basis. Although the Debtors recite that they "intend to remain current on all of their postpetition rent obligations arising from and after the Petition Date for those Leases covered by the extension sought by this Motion," see Extension Motion at pp. 13-14, as of the filing of this Limited Objection the December rents have not been received by the Landlords or their lenders, as applicable.

5. In light of the fact that the Debtors are seeking this relief so early in this case and that there is a question as to whether the December rents have been paid, the Landlords request that the Debtors be compelled to demonstrate that the December rents have been sent to the proper addresses as required by the respective Leases.

WHEREFORE: the Landlords request that the court enter an order:

a. sustaining this Limited Objection;

b. requiring the Debtors to demonstrate that the December rents have been paid as required under the Leases; and

c. granting the Landlords such other and further relief as the court deems appropriate.

Dated: December 3, 2008
Richmond, Virginia

LeClairRyan, A Professional Corporation

/s/ Christopher L. Perkins
Christopher L. Perkins (VSB No. 41783)
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
Tel: (804) 783-7550
Fax: (804) 783-7686
christopher.perkins@leclairryan.com

- and -

Niclas A. Ferland (NAF-5367)
Ilan Markus (IM-7174)
555 Long Wharf Drive, 8th Floor
New Haven, CT 06511
Tel: (203) 773-5026
Fax: (877) 783-2294
niclas.ferland@leclairryan.com
ilan.markus@leclairryan.com

*Counsel for the Landlords*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2008, a copy of the foregoing Limited Objection to Motion for Order Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Property Entry of Appearance and Request for Service of Papers was served by electronic means via the Court's ECF/CM system, and to the following:

>Daniel F. Blanks
>McGurire Woods LLP
>9000 World Trade Center
>101 West Main Street
>Norfolk, VA 23510
>
>Dion W. Hayes
>Douglas M. Foley
>McGuire Woods LLP
>One James Center
>901 East Cary Street
>Richmond, VA 23219
>
>Greg M. Galardi
>Ian S. Fredericks
>Skadden, Arps, Slate, Meagher & Flom, LLP
>One Rodney Square
>P.O. Box 363
>Wilmington, DE 19899-0636
>
>Chris L. Dickerson
>Skadden, Arps, Slate, Meagher & Flom, LLP
>333 West Wacker Drive
>Chicago, IL 60606

>/s/ Christopher L. Perkins
>Christopher L. Perkins

4

## SCHEDULE A

| Store Nos. | Entity | Property Address | Comments | | |
|---|---|---|---|---|---|
| | **THE BALOGH COMPANIES** | | | | |
| 3203 | Circuit Investors #2 Ltd., a Texas Partnership | 4708 South Tamiami Trail Sarasota, FL 34231 | | | |
| 3202 | Circuit Investors #2 Ltd., a Texas Partnership | 7001 NW 4th Blvd. Gainesville, FL 32607 | | | |
| 825 | Circuit Investors #2 Ltd., a Texas Partnership | 3551 32nd Avenue Marlow Heights, MD 20748 | Auction | | |
| 6057 | Circuit Investors #2 Ltd., a Texas Partnership | 3001 Airport Thruway Columbus, GA 31909 | | | |
| 6467 | Circuit Investors #2 Ltd., a Texas Partnership | 667 North Cockrell Hill Road Duncanville, TX 75116 | REJECTED | | |
| 3501 | Circuit Investors #2 Ltd., a Texas Partnership | 10400 N Cental Expressway Dallas, TX 75231 | REJECTED Auction | | |
| 3100 | Circuit Investors #3 Ltd., a Virginia Partnership | 9900 West Broad St. Glen Allen, VA 23060 | | | |
| | **Westfield** | | | | |
| Center | | Tenant Entity | | | |
| 420 | Eastland | Circuit City Stores, Inc. | | | |
| 3218 | Gateway | Circuit City Stores, Inc. | | | |
| 3123 | Louis Joliet | Circuit City Stores, Inc. | Auction | | |
| 3662 | Trumbull | Circuit City Stores, Inc. | | | |
| 764 | Wheaton | Circuit City Stores, Inc. | | | |
| | **CARDINAL CAPITAL PARTNERS** | | | | |
| 817 | 110 South Independence Blvd. | Virginia Beach | | | |
| 6565 | 680 S. Lemon Avenue (Walnut) | City of Industry | | | |
| 3303 | | 600 West Hillcrest Drive Thousand Oaks, CA | Auction | | |
| 4303 | | 1560 Gateway Boulevard Fairfield, CA | Auction | | |
| 6030 | 1010 S. 54th Street | Ankeny | Rejected | | |
| 6027 | 6300 Muirfield Drive | Chicago | Rejection Pending | | |
| 3124 | | 551 N. Milwaukee Ave. Vernon Hills, IL | Auction | | |
| 3112 | 2900 Highland Ave. | Downers Grove | | | |
| | **Benenson** | | | | |
| 3616 | 2885 Gender Road | Columbus | | | |
| 6565 | South Lemon Avenue | Walnut | | | |
| | **Kingsport 98, LLC** | | | | |
| 3252 | 1740 Idle Hour Road | Kingsport | | | |
| | **The Daniel Group/SEA I, LLC** | | | | |
| 805 | 1321 Huguenot Road | Molothian | | | |