William C. Crenshaw
VSB No. 16803
**POWELL GOLDSTEIN LLP**
901 New York Avenue, NW, Third Floor
Washington, D.C. 20001
(202) 624-7380
Email: wcrenshaw@pogolaw.com

**Counsel to Prince George's Station Retail, LLC, Gould Investors, L.P., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, and OLP CCSt.Louis, LLC**

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**JOINDER OF CERTAIN LANDLORDS TO THE LIMITED OBJECTION OF THE MACERICH COMPANY, RREEF MANAGEMENT COMPANY, COUSINS PROPERTIES INCORPORATED, WATT MANAGEMENT COMPANY, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, PORTLAND INVESTMENT COMPANY AND KNP TO THE DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS PURSUANT TO 11 U.S.C. § 105, 361, 362, 363 AND 364 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002 AND 4001 (I) AUTHORIZING DEBTORS (A) TO OBTAIN POSTPETITION FINANCING AND (B) TO UTILIZE CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION; AND (III) SCHEDULING INTERIM AND FINAL HEARINGS [Docket No. 489]**

Prince George's Station Retail, LLC, Gould Investors, L.P., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, and OLP CCSt.Louis, LLC (collectively, the "Landlords"), by counsel, hereby join in the Limited Objection of The Macerich Company, RREEF Management Company, Cousins Properties Incorporated, Watt Management Company, The Prudential Insurance Company of America, Portland Investment Company and KNP to the Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. § 105, 361, 362, 363 and 364 and Federal Rules of Bankruptcy Procedure

1512102.1

2002 and 4001 (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral; (II) Granting Adequate Protection; and (III) Scheduling Interim and Final Hearings [Docket No. 489] (the Objection).

The Landlords request that the Court condition final approval of the Financing Motion (as defined in the Objection) upon inclusion of the language incorporated in the Interim Order (as defined in the Objection) and discussed in the Objection.

In addition, to the extent not inconsistent with the relief requested herein, the Landlords incorporate by reference and join in the objections to the Financing Motion filed by other landlords.

Dated:  December 3, 2008      **POWELL GOLDSTEIN LLP**
        Washington, D.C.

/s/William C. Crenshaw
William C. Crenshaw
Va. Bar No. 16803
901 New York Avenue, NW, Third Floor
Washington, D.C. 20001
Telephone (202) 347-0066
Facsimile (202) 624-7222
Email: wcrenshaw@pogolaw.com

**OF COUNSEL:**
**BRYAN CAVE LLP**
Michelle McMahon, Esq.
1290 Avenue of the Americas
New York, New York 10104-3300
(212) 541-2000 (tel); (212) 541-4630 (fax)
Email:michelle.mcmahon@bryancave.com

Synde Keywell, Esq.
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
312-602-5000 (tel); 312-698-7477 (fax)
Email:synde.keywell@bryancave.com

Counsel to Prince George's Station Retail, LLC, Gould Investors, L.P., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, and OLP CCSt.Louis, LLC

1512102.1

## CERTIFICATE OF SERVICE

I, William Crenshaw, hereby certify that, on December 3, 2008, I caused a true and correct copy of the foregoing Joinder of Certain Landlords to Limited Objection of The Macerich Company, RREEF Management Company, Cousins Properties Incorporated, Watt Management Company, The Prudential Insurance Company of America, Portland Investment Company and KNP to the Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. § 105, 361, 362, 363 and 364 and Federal Rules of Bankruptcy Procedure 2002 and 4001 (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral; (II) Granting Adequate Protection; and (III) Scheduling Interim and Final Hearings (the "Objection") to be served via email pursuant to Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notices, Case Management, and Administrative Procedures by emailing the Objection to:

circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com.

/s/William C. Crenshaw
WILLIAM C. CRENSHAW

1512102.1