Jessica Hughes (VSB #658826)
Rhett Petcher (VSB #44523)
**SEYFARTH SHAW LLP**
975 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393

Robert W. Dremluk
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5000
Facsimile: (212) 218-5526

*Counsel for Eatontown Commons Shipping Center,
AmCap NorthPoint LLC and AmCap Arborland LLC*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

------------------------------------- x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| CIRCUIT CITY STORES, INC., et al., : | Case No. 08-35653 (KRH) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------- x

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned appears as counsel to Eatontown

Commons Shipping Center, AmCap NorthPoint LLC, and AmCap Arborland LLC (collectively

the "Landlords"), pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure

Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of

Title 11 of the United States Code (11 U.S.C., §§ 101 et seq. (the "Bankruptcy Code"), and

requests that all notices given or required to be given, and all papers served in these cases, be

delivered to and served upon the following at the office at the address set forth below, and that the following be added to the general matrix and all special or limited matrices in this matter.

All motions, pleadings, notices, applications and other papers should be served upon:

> SEYFARTH SHAW LLP
> Robert W. Dremluk, Esq.
> 620 Eighth Avenue
> New York, New York  10018
> Telephone: (212) 218-5000
> Facsimile:  (212) 218-5526
> rdremluk@seyfarth.com
>
> SEYFARTH SHAW LLP
> Jessica Hughes, Esq.
> 975 F Street, N.W.
> Washington, D.C.  20004
> Telephone: (202) 463-2400
> Facsimile:  (202) 828-5393
> jhughes@seyfarth.com
>
> SEYFARTH SHAW LLP
> Rhett Petcher, Esq.
> 975 F Street, N.W.
> Washington, D.C.  20004
> Telephone: (202) 463-2400
> Facsimile:  (202) 828-5393
> rpetcher@seyfarth.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, formal or informal, and whether transmitted or conveyed by mail, hand delivery, facsimile transmission, e-mail, telephone, telegraph, telex or otherwise, which affects the above-captioned debtors (the "Debtors") or the property of or in the possession, custody or control of the Debtors or which is otherwise filed or given with regard to the above-referenced cases.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to the Landlords' rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtors and any other entities either in these cases or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: December 3, 2008

**SEYFARTH SHAW LLP**

By: /s/ Jessica Hughes
Jessica Hughes (VSB #658826)
Rhett Petcher (VSB #44523)
Counsel for Eatontown Commons Shipping Center,
AmCap NorthPoint LLC
and AmCap Arborland LLC
Washington, D.C.  20004
Telephone: (202) 463-2400
Facsimile:  (202) 828-5393
jhughes@seyfarth.com
rpetcher@seyfarth.com

Of Counsel
Robert W. Dremluk
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Telephone:  (212) 218-5000
Facsimile:   (212) 218-5526
rdremluk@seyfarth.com

### **CERTIFICATE OF SERVICE**

That on the 3rd day of December, 2008 I caused the foregoing Notice of Appearance and Demand of Notice and Papers on behalf of Eatontown Commons Shopping Center, AmCap NorthPoint LLC, and AmCap Arborland LLC to be served upon the following:

| | |
|---|---|
| Linda K. Myers, Esq.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois  60601 | Bruce Matson, Esq.<br>LeClair Ryan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, Eighth Floor<br>Richmond, Virginia  23219 |
| Gregg Galardi, Esq.<br>Chris L. Dickerson, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>One Rodney Square<br>Wilmington, Delaware  19889 | Lynn L. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia  23219 |
| Dion W. Hayes, Esq.<br>Douglas M. Foley, Esq.<br>McGuire Woods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia  23219 | Robert B. Van Arsdale, Esq.<br>Office of the US Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, Virginia  23219 |
| David S. Berman, Esq.<br>Riemer &Y Braunstein LLP<br>Three Center Plaza<br>Boston, Massachusetts  02108 | |

Via priority overnight mail by depositing copies of same in properly addressed priority overnight envelopes which were picked up by a representative of Federal Express at 975 F. Street, N.W, Washington, D.C. 20004 and via the electronic case filing system.

By:  /s/ Jessica Hughes
Jessica Hughes (VSB #44523)
Counsel for Eatontown Commons Shipping Center,
AmCap NorthPoint LLC
and AmCap Arborland LLC
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C.  20004
Telephone: (202) 463-2400
Facsimile:  (202) 828-5393
jhughes@seyfarth.com