Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com

*Attorneys for Bear Valley Road Partners LLC,*
*GMS Golden Valley Ranch LLC,*
*Laguna Gateway Phase 2, LP,*
*Manteca Stadium Park, L.P., and OTR-Clairemont Square*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

---------------------------------------------------------x
**In re:**                                    :    **Chapter 11**
                                              :
**CIRCUIT CITY STORES, INC.** *et al.*.       :    **Case No. 08-35653-KRH**
                                              :
         **Debtors.**                         :    **Jointly Administered**
---------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This matter came before the Court on the motion of movants Constantinos G. Panagopoulos and Charles W. Chotvacs for the admission *pro hac vice* of Ivan M. Gold in the above-captioned bankruptcy cases on behalf of Bear Valley Road Partners LLC, GMS Golden Valley Ranch, LLC, Laguna Gateway Phase 2, LP, Manteca Stadium Park, L.P., and OTR-Clairemont Square. Upon consideration of the motion, and the record in this case, and finding that cause exists for the relief requested in the motion, it is hereby ORDERED that movants' motion is GRANTED. Ivan M. Gold may appear *pro hac vice* as counsel for Bear Valley Road Partners LLC, GMS Golden Valley Ranch, LLC, Laguna Gateway Phase 2, LP, Manteca

Stadium Park, L.P., and OTR-Clairemont Square in the above-captioned bankruptcy cases filed by Debtors.

Dated: _____

Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: _____

We ask for this:

/s/ Charles W. Chotvacs
Constantinos G. Panagopoulos (VSB #33356)
Charles W. Chotvacs (VSB #70045)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
chotvacsc@ballardspahr.com
*Attorneys for Bear Valley Road Partners LLC,*
*GMS Golden Valley Ranch LLC,*
*Laguna Gateway Phase 2, LP,*
*Manteca Stadium Park, L.P., and OTR-Clairemont Square*

### Local Rule 9022-1(C) Certification

The foregoing Order was served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Charles W. Chotvacs
Charles W. Chotvacs

2

<u>Copies of the Order shall go to:</u>

Constantinos G. Panagopoulos
Charles W. Chotvacs
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807

Ivan M. Gold
ALLEN MATKINS LECK GAMBLE MALLORY
  & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
*Assistant United States Trustee*

Dion W. Hayes
Douglas M. Foley
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
*Counsel for Debtors*

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
*Counsel for Debtors*

Timothy G. Pohl
Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL  60606
*Counsel for Debtors*

3