# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** | ) | **Case No. 08-35653-KRH** |
| *et al.*, | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PLEADINGS

PLEASE TAKE NOTICE that the law firm of Jones Day hereby enters its appearance as counsel for Ventura In Manhattan Inc., as a creditor and party in interest in the above-captioned bankruptcy cases, and requests service of all papers in the above-captioned proceedings pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); the Local Bankruptcy Rules; and the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (the "Case Management Order" and the "Case Management Procedures") [Docket No. 130], which was entered by the Court on November 13, 2008. The service information is as follows:

>Sheila L. Shadmand, Esq.
>JONES DAY
>51 Louisiana Avenue, N.W.
>Washington, D.C. 20001-2113
>Telephone: (202) 879-3939
>Facsimile: (202) 626-1700
>Email: slshadmand@jonesday.com

       -and-

    Jeffrey B. Ellman (GA 141828)
Brett J. Berlin (GA 006764)
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
jbellman@jonesday.com
bjberlin@jonesday.com

PLEASE TAKE FURTHER NOTICE that the request for service includes, without limitation, all notices, motions, applications, complaints, petitions, orders, pleadings and other documents in this case, whether given pursuant to Bankruptcy Rules 2002, 4001, 9007, 1109, the Local Bankruptcy Rules, the Case Management Order and accompanying Case Management Procedures or otherwise.

Dated:  December 3, 2008                      Respectfully submitted,

                                              __/s/  Shelia L. Shadmand_____
Sheila L. Shadmand (VA Bar No. 43639)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

       -and-

Jeffrey B. Ellman (GA 141828)
Brett J. Berlin (GA 006764)
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
jbellman@jonesday.com
bjberlin@jonesday.com