IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

CIRCUIT CITY STORES, INC.,
et al.,

Jointly Administered  ,

Debtors.

_____/

Chapter 11 Proceedings

Case No. 08-35653

Hon. Kevin Huennekens

**ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY
RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE***

Upon consideration of the motion (the "Motion") of Paul McCourt Curley, Esq. of the law firm Canfield | Baer LLP for the admission *pro hac vice* of Gary H. Cunningham; and it appearing that notice of the Motion having been given to the Office of the United States Trustee for the Eastern District of Virginia; counsel for the Debtors and all other parties in interest; and it appearing that no other or further notice need be given; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is

ORDERED that Gary H. Cunningham is permitted to appear *pro hac vice* as counsel for Carrollton Arms, LLC, in the above-captioned chapter 11 cases.

Date: Nov 28 2008
Entered: December 1 2008

/s/ Kevin R. Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

---

CANFIELD | BAER LLP
Paul McCourt Curley, Esq. VSB No. 43974
2201 Libbie Avenue, Suite 200
Richmond, Virginia 23230
Telephone: 804-673-6600
Telecopier: 804-673-6604
E-Mail: pcurley@canfieldbaer.com
*Local Counsel for Carrollton Arms, LLC*

I ASK FOR THIS:

  /s/ Paul McCourt Curley
CANFIELD | BAER LLP
Paul McCourt Curley, Esquire VSB No. 43974
2201 Libbie Avenue, Suite 200
Richmond, Virginia 23230
Telephone: 804-673-6600
Telecopier: 804-673-6604

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing Order Granting Motion for Admission Pro Hac Vice of Gary H. Cunningham was served by first class mail and/or electronic means on this 26th day of November 2008 upon the following constituting all necessary parties:

| | |
|---|---|
| Daniel F. Blanks, Esq. | Dion W. Hayes, Esq. |
| Douglas M. Foley, Esq. | Joseph S. Sheerin, Esq. |
| McGuire Woods LLP | Sarah Beckett Boehm, Esq. |
| 9000 World Trade Center | McGuire Woods LLP |
| 101 W. Main Street | 901 East Cary Street |
| Norfolk, VA 23510 | Richmond, VA 23219 |

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

          /s/ Paul McCourt Curley

## LIST OF PARTIES TO RECEIVE COPY OF ENTERED ORDER

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510 Richmond, VA 23219

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
901 East Cary Street

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Paul McCourt Curley, Esq.
CANFIELD | BAER LLP
2201 Libbie Avenue, Suite 200
Richmond, Virginia 23230

Gary H. Cunningham, Esq.
Giarmarco Mullins & Horton PC
101 W. Big Beaver Road, Floor 10
Troy, Michigan 48084

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Dec 01, 2008
Case: 08-35653                Form ID: pdforder          Total Served: 2

The following entities were served by first class mail on Dec 03, 2008.
          +Gary H. Cunningham,   101 W. Big Beaver Road,   Floor 10,   Troy, MI 48084-5253
          +Paul McCourt Curley,   2201 Libbie Ave. # 200,   Richmond, VA 23230-2364
The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 03, 2008**                    **Signature:**   *Joseph Speetjens*