**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.:  08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, | * | (CHAPTER 11) |
| DEBTORS. | * | (JOINTLY ADMINISTERED) |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF STEVEN N. LEITESS

Upon consideration of the *Motion for Admission Pro Hac Vice of Steven N. Leitess* (the "Motion") filed by movant Jeremy S. Friedberg, Esquire, an attorney at law duly admitted and in good standing to practice law in the State of Virginia, for the admission *pro hac vice* of Steven N. Leitess, an attorney duly admitted and in good standing to practice law in the State of Maryland and the District of Columbia, and any response thereto, for good cause shown it is hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that Steven N. Leitess be and is hereby admitted to appear in the above captioned bankruptcy case and any related proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc.

**Date:** _____    **By:** _____
                                             KEVIN R. HUENNEKENS,
                                             UNITED STATES BANKRUPTCY JUDGE

**Entered on Docket:** _____

I ASK FOR THIS:


    /s/ Jeremy S. Friedberg
Jeremy S. Friedberg, VSB No. 40228
Gordon S. Young, VSB No. 68822
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117
(410) 581-7400
(410) 581-7410 (facsimile)

*Attorneys for Toshiba America Consumer
  Products, L.L.C. and Toshiba America
  Information Systems, Inc.*


### LOCAL RULE 9022-1(C) CERTIFICATION

    The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

    /s/ Jeremy S. Friedberg
Jeremy S. Friedberg


**END OF ORDER**