## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 08-35653-KRH |
| ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., et al. ) | |
| ) | Chapter 11 |
| ) | |
| DEBTOR. ) | Judge Kevin R. Huennekens |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

The law firm of Wyatt, Tarrant & Combs, LLP, pursuant to Federal Rule of Bankruptcy Procedure 9010, hereby enters its appearance as attorneys for Sir Barton Place, LLC with regard to all matters and proceedings in the above-captioned case, showing counsel's name, office mail address, electronic mail address and telephone number as follows:

> John P. Brice
> Wyatt, Tarrant & Combs, LLP
> 250 West Main Street, Suite 1600
> Lexington, Kentucky 40507-1746
> Telephone: (859) 233-2012
> Facsimile: (859) 259-0649
> Email: lexbankruptcy@wyattfirm.com

Sir Barton Place, LLC, pursuant to Federal Rule of Bankruptcy Procedure 2002, hereby requests that all notices required to be given under Rules 2002, 4001, 6004, 6006, 6007 and 9019 be given to Sir Barton Place, LLC by due service upon its undersigned attorneys, Wyatt, Tarrant & Combs, LLP, at the address stated above.

PLEASE TAKE FURTHER NOTICE that Creditor intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive Creditor's right to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge; (2) Creditor's right to trial by jury in any proceeding so triable in this case or any case,

controversy or proceeding related to this case; (3) Creditor's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Creditor is or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

                Respectfully submitted,

                WYATT, TARRANT & COMBS, LLP

                /s/ John P. Brice
                John P. Brice
                250 West Main Street, Suite 1600
                Lexington, Kentucky 40507-1746
                Telephone: (859) 233-2012
                Facsimile: (859) 259-0649
                E-mail: Lexbankruptcy@wyattfirm.com

                COUNSEL FOR SIR BARTON PLACE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served electronically in the method established under CM/ECF Administrative Procedures and by facsimile, electronic and/or first class mail, postage prepaid on this 4th day of December, 2008 to the parties listed below.

Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA 23510
*Counsel for Debtor*

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
*Counsel for Debtor*

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
PO Box 636
Wilmington, DE 19899
*Counsel for Debtor*

Jeffrey N. Pomerantz
Brad R. Godshall
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
*Counsel for Debtor*

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
*Counsel for Unsecured Creditors Committee*

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017
*Counsel for Unsecured Creditors Committee*

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Counsel for Unsecured Creditors Committee*

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108
*Counsel for Unsecured Creditors Committee*

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Counsel for U.S. Trustee*

/s/ John P. Brice
John P. Brice

30506484.1