IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------- x
:
In re:                                                  :   Chapter 11
                                                        :
CIRCUIT CITY STORES, INC., et al.                       :   Case No. 08-35653-KRH
                                                        :
           Debtors.                                     :   Jointly Administered
                                                        :   Judge Kevin R. Huennekens
------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Allen & Overy LLP and Hunton & Williams LLP, as counsel for Alvarez & Marsal Canada ULC ("Alvarez"), hereby enters its appearance pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Benjamin C. Ackerly [VSB # 09120]
J.R. Smith [VSB # 41913]
Henry (Toby) P. Long III [VSB # 75134]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

and

Ken Coleman [NY Bar # 1775139]
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

Counsel for Alvarez & Marsal Canada ULC

| | |
|---|---|
| Ken Coleman | Benjamin C. Ackerly |
| **ALLEN & OVERY LLP** | J.R. Smith |
| 1221 Avenue of the Americas | Henry (Toby) P. Long III |
| New York, New York  10020 | **HUNTON & WILLIAMS LLP** |
| Telephone: (212) 610-6300 | Riverfront Plaza, East Tower |
| Facsimile: (212) 610-6399 | 951 E. Byrd Street |
| ken.coleman@allenovery.com | Richmond, VA 23219 |
| | Telephone: (804) 788-8479 |
| | Facsimile: (804) 788-8218 |
| | backerly@hunton.com |
| | jrsmith@hunton.com |
| | hlong@hunton.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization and answering or reply briefs whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which Alvarez is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  December 4, 2008　　　　　　　　　　  /s/ J.R. Smith
　　　　　　Richmond, Virginia　　　　　　　　Benjamin C. Ackerly [VSB # 09120]
　　　　　　　　　　　　　　　　　　　　　　　J.R. Smith [VSB # 41913]
　　　　　　　　　　　　　　　　　　　　　　　Henry (Toby) P. Long III [VSB # 75134]
　　　　　　　　　　　　　　　　　　　　　　　**HUNTON & WILLIAMS LLP**
　　　　　　　　　　　　　　　　　　　　　　　Riverfront Plaza, East Tower
　　　　　　　　　　　　　　　　　　　　　　　951 E. Byrd Street
　　　　　　　　　　　　　　　　　　　　　　　Richmond, VA 23219
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (804) 788-8479
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (804) 788-8218

　　　　　　　　　　　　　　　　　　　　　　　 - and -

　　　　　　　　　　　　　　　　　　　　　　　Ken Coleman [NY Bar # 1775139]
　　　　　　　　　　　　　　　　　　　　　　　**ALLEN & OVERY LLP**
　　　　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　　New York, New York  10020
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 610-6300
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 610-6399

　　　　　　　　　　　　　　　　　　　　　　　COUNSEL FOR ALVAREZ & MARSAL
　　　　　　　　　　　　　　　　　　　　　　　CANADA ULC

## CERTIFICATE OF SERVICE

       I hereby certify that on December 4, 2008, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

Counsel for the Debtors

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

U.S. Trustee for the Eastern District of Virginia

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Counsel for the Creditor's Committee

                                                /s/ J.R Smith