**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---

```
------------------------------------------------------ x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
CIRCUIT CITY STORES, INC., et al.                       :    Case No. 08-35653-KRH
                                                        :
             Debtors.                                   :    Jointly Administered
                                                        :    Judge Kevin R. Huennekens
------------------------------------------------------ x:
```

### MOTION FOR ADMISSION OF KEN COLEMAN *PRO HAC VICE*

J.R. Smith (the "Movant"), a member in good standing of the Bar of the State of Virginia,

an attorney admitted to practice before the United States Bankruptcy Court of the Eastern

District of Virginia, and an attorney with the Richmond, Virginia office of the law firm of

Hunton & Williams LLP, hereby moves (the "Motion") the Court to enter an Order permitting

Ken Coleman, an attorney with the New York, New York office of the law firm of Allen &

Overy LLP (the "Admittee"), to practice *pro hac vice* before the United States Bankruptcy Court

for the Eastern District of Virginia, Richmond Division, to represent Alvarez & Marsal Canada

ULC, pursuant to Rule 2090-1(E)(2) of the Local Rules of the Bankruptcy Court of the Eastern

J.R. Smith [VSB # 41913]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

and

Ken Coleman [NY Bar # 1775139]
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

Counsel for Alvarez & Marsal Canada ULC

District of Virginia (the "<u>Local Rules</u>") in the above-captioned proceeding.  In support of the

Motion, the Movant states as follows:

1.      The Admittee is a member in good standing of the Bar of the State of New York.

The Admittee is admitted to practice before the United States District and Bankruptcy Courts for

the Southern, Eastern and Northern Districts of New York.  There are no disciplinary

proceedings pending against the Admittee.  The Admittee understands that if he is admitted *pro*

*hac vice*, he will be subject to the disciplinary jurisdiction of this Court.

2.      Movant requests that the Court allow the Motion so that the Admittee may file

pleadings and appear and be heard at hearings in this chapter 11 case in accordance with the

requirements of Local Rule 2090-1(E)(2).

3.      The Movant respectfully requests that this Court treat this Motion as a written

memorandum of points and authorities or waive any requirement that this Motion be

accompanied by a written memorandum of points and authorities as described in Local Rule

9013-1(G).

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

4.      Notice of this Motion has been provided to the Office of the United States Trustee for the Eastern District of Virginia, Richmond Division, counsel to the above-captioned debtors, and counsel to the creditor's committee.  Due to the administrative nature of the relief requested herein, Movant submits that no other or further notice need be given.

Dated:  December 4, 2008
        Richmond, Virginia

                                          /s/ J.R. Smith
                                          J.R. Smith [VSB # 41913]
                                          **HUNTON & WILLIAMS LLP**
                                          Riverfront Plaza, East Tower
                                          951 East Byrd Street
                                          Richmond, Virginia
                                          Telephone:  (804) 788-8200
                                          Facsimile:  (804) 788-8218

                                           - and -

                                          Ken Coleman [NY Bar # 1775139]
                                          **ALLEN & OVERY LLP**
                                          1221 Avenue of the Americas
                                          New York, New York  10020
                                          Telephone: (212) 610-6300
                                          Facsimile: (212) 610-6399

                                          COUNSEL FOR ALVAREZ & MARSAL
                                          CANADA ULC

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2008, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

Counsel for the Debtors

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

U.S. Trustee for the Eastern District of Virginia

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Counsel for the Creditor's Committee

/s/ J.R Smith__