**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

------------------------------------------------------ x
                                                                                                         :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al. | : | Case No. 08-35653-KRH |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | Judge Kevin R. Huennekens |

------------------------------------------------------ x:

**ORDER GRANTING ADMISSION OF KEN COLEMAN *PRO HAC VICE***

This matter comes before the Court on the Motion for Admission of David M. Hillman *Pro Hac Vice* (the "Motion"), filed by J.R. Smith of Hunton & Williams LLP.  The Court, having jurisdiction to consider the Motion, finding that due and sufficient notice having been given, and sufficient cause appearing, hereby ORDERS that:

1.     The Motion is **GRANTED**.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

J.R. Smith [VSB # 41913]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

and

Ken Coleman [NY Bar # 1775139]
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

Counsel for Alvarez & Marsal Canada ULC

2

      2.      Ken Coleman is permitted to appear *pro hac vice* in the above-captioned proceeding, in accordance with Rule 2090-1(E)(2) of the Local Rules of the Bankruptcy Court of the Eastern District of Virginia.

      ENTERED in Richmond, Virginia this _____ day of _____, 2008.

                                           _____
                                           United States Bankruptcy Judge

## **LOCAL RULE 9022-1 CERTIFICATION**

I hereby certify that the foregoing has been either endorsed or served upon all necessary parties.

                                           _/s/ J.R. Smith_____

2