Thomas G. Yoxall
  Texas Bar No.  00785304
Thomas A. Connop
  Texas Bar No. 04702500
Melissa S. Hayward
  Texas Bar No. 24044908
LOCKE LORD BISSELL & LIDDELL LLP
  2200 Ross Avenue, Suite 2200
  Dallas, Texas 75201-6776
  Telephone: 214-740-8000
  Fax: 214-740-8800

COUNSEL FOR PARAGO, INC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11 Case** |
| | § | |
| **CIRCUIT CITY STORES, INC.,** | § | **Case No. 08-35653-KRH** |
| **et al.,** | § | |
| | § | |
| Debtors. | § | **Jointly Administered** |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND OTHER PAPERS**

Parago, Inc. ("Parago"), by and through its attorneys, Thomas G. Yoxall, Thomas A. Connop, Melissa S. Hayward and the law firm of Locke Lord Bissell & Liddell LLP, in accordance with Rule 9010 of the Federal Rules of Bankruptcy Procedure, appear in this bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, Parago requests that all notices, motions, pleadings, orders, plans, and disclosure statements filed, served, or entered in this case be served upon the undersigned at the following address:

    Thomas G. Yoxall
    Thomas A. Connop
    Melissa S. Hayward
    LOCKE LORD BISSELL & LIDDELL LLP
    2200 Ross Avenue, Suite 2200
    Dallas, Texas 75201
    214/740-8000 (telephone)
    214/740-8800 (telecopier)

 This Notice of Appearance and Request for Service of Notices and Other Papers is not a waiver of any of Parago's rights, including, without limitation, the right: (i) to have final orders in non-core matters entered only after *de novo* review by a judge of the appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdraw.

 DATED: December 4, 2008

        Respectfully Submitted,

        /s/ Melissa S. Hayward  12/04/08
        Thomas G. Yoxall
         Texas Bar No. 00785304
        Thomas A. Connop
         Texas Bar No. 04702500
        Melissa S. Hayward
         Texas Bar No. 24044908
        LOCKE LORD BISSELL & LIDDELL LLP
         2200 Ross Avenue, Suite 2200
         Dallas, Texas 75201-6776
         Telephone: 214-740-8000
         Fax: 214-740-8800

        **COUNSEL FOR PARAGO, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served on the parties receiving electronic notice via the Court's CM/ECF system and the following parties via US regular mail, on December 4, 2008.

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*US Trustee*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Counsel for the Official Committee of Unsecured Creditors*

                                                  /s/ Melissa S. Hayward    12/04/08
                                                  Melissa S. Hayward