Elizabeth C. Freeman
  Texas Bar No. 24009222
LOCKE LORD BISSELL & LIDDELL LLP
  600 Travis Street, Suite 3400
  Houston, Texas 77002
  Telephone: 713-226-1200
  Facsimile: 713-223-3717

-and-

Melissa S. Hayward
  Texas Bar No. 24044908
LOCKE LORD BISSELL & LIDDELL LLP
  2200 Ross Avenue, Suite 2200
  Dallas, Texas 75201-6776
  Telephone: 214-740-8000
  Fax: 214-740-8800

COUNSEL FOR HOME DEPOT USA, INC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11 Case** |
| § | | |
| **CIRCUIT CITY STORES, INC.,** § | | **Case No. 08-35653-KRH** |
| **et al.,** § | | |
| § | | |
| Debtors. § | | **Jointly Administered** |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND OTHER PAPERS**

Home Depot USA, Inc. ("Home Depot"), by and through its attorneys, Elizabeth C. Freeman, Melissa S. Hayward and the law firm of Locke Lord Bissell & Liddell LLP, in accordance with Rule 9010 of the Federal Rules of Bankruptcy Procedure, appear in this bankruptcy case. Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, Home Depot requests that all notices, motions, pleadings, orders, plans, and disclosure statements filed, served, or entered in this case be served upon the undersigned at the following address:

        Elizabeth C. Freeman
        LOCKE LORD BISSELL & LIDDELL LLP
        600 Travis Street, Suite 3400
        Houston, Texas  77002
        713-226-1200 (telephone)
        713-223-3717 (telecopier)

        -and-

        Melissa S. Hayward
        LOCKE LORD BISSELL & LIDDELL LLP
        2200 Ross Avenue, Suite 2200
        Dallas, Texas 75201
        214-740-8000 (telephone)
        214-740-8800 (telecopier)

This Notice of Appearance and Request for Service of Notices and Other Papers is not a waiver of any of Home Depot's rights, including, without limitation, the right: (i) to have final orders in non-core matters entered only after *de novo* review by a judge of the appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdraw.

DATED: December 4, 2008

Respectfully Submitted,

/s/ Melissa S. Hayward     12/04/08
Elizabeth C. Freeman
  Texas Bar No. 24009222
LOCKE LORD BISSELL & LIDDELL LLP
  600 Travis Street, Suite 3400
  Houston, Texas 77002
  Telephone: 713-226-1200
  Facsimile: 713-223-3717

-and-

Melissa S. Hayward
  Texas Bar No. 24044908
LOCKE LORD BISSELL & LIDDELL LLP
  2200 Ross Avenue, Suite 2200
  Dallas, Texas 75201-6776
  Telephone: 214-740-8000
  Fax: 214-740-8800

**COUNSEL FOR HOME DEPOT USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served on the parties receiving electronic notice via the Court's CM/ECF system and the following parties via US regular mail on December 4, 2008.

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*US Trustee*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Counsel for the Official Committee of Unsecured Creditors*

/s/ Melissa S. Hayward     12/04/08
Melissa S. Hayward