IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------ x
                                                :

In re:                                           :           Chapter 11
                                                :

CIRCUIT CITY STORES, INC., et al.   :           Case No. 08-35653-KRH
                                                :

              Debtors.              :           Jointly Administered
                                                :           Judge Kevin R. Huennekens
------------------------------------------------------ x

**VERIFIED DISCLOSURE OF HUNTON & WILLIAMS LLP**
**PURSUANT TO BANKRUPTCY RULE 2019**

Hunton & Williams LLP, pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, makes the following disclosure as counsel for multiple parties in the above referenced Chapter 11 bankruptcy cases:

1.  Hunton & Williams LLP has been retained by several landlords and other interested parties to represent their interests in these cases.

2.  Hunton & Williams LLP is serving as counsel for the below listed parties whose names, addresses, and interests are as follows:

| Name | Address | Interest |
|---|---|---|
| Panasonic Corporation of North America | Secaucus, New Jersey | Creditor |
| COMSYS Services, LLC | Houston, Texas | Creditor |
| COMSYS Information Technology Services, Inc. | Houston, Texas | Creditor |

Robert S. Westermann (VSB # 43294)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
Richmond, VA 23219-4074
Telephone: (804) 788-8327
Facsimile: (804) 788-8218

| | | |
|---|---|---|
| Interactive Communications International, Inc. | Atlanta, Georgia | Creditor |
| Galleria Plaza, Ltd. | Dallas, Texas | Creditor |
| CCDC Marion Portfolio L.P. | Marion, Illinois | Landlord |
| Cypress/CC Marion I, L.P. | Marion, Illinois | Landlord |
| Harvest/NPE LP | Dallas, Texas | Landlord |
| Barbara L. Goldsmith | New York, New York | Landlord |
| Taubman Auburn Hills Associates Limited Partnership | Bloomfield Hills, MI | Landlord |
| Alvarez & Marsal Canada ULC | Toronto, Ontario; Canada | Landlord |

3.  As for the pertinent facts and circumstances in connection with the employment of Hunton & Williams LLP, with each of the above referenced parties, Hunton & Williams LLP was retained either directly by the party, the party's general counsel, or other counsel for the party.

4.  At the time of the employment of Hunton & Williams LLP, no amount of the claim or interest was owed by Hunton & Williams LLP.

5.  As for a copy of the instrument, if any, whereby Hunton & Williams LLP is empowered to act on behalf of creditors, Hunton & Williams LLP is employed only as counsel and is not authorized by instrument or otherwise to act for any client except in that capacity.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

6. This statement is made by Robert S. Westermann, an attorney at law duly admitted to the bar of the Commonwealth of Virginia and an attorney in the law firm of Hunton & Williams LLP, under penalty of perjury, and is verified to be true and correct as of the date hereof to the best of his knowledge and belief.

Dated: December 4, 2008
      Richmond, Virginia

    /s/ Robert S. Westermann
Robert S. Westermann (VSB # 43294)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8327
Facsimile: (804) 788-8218

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on the parties receiving electronic notice via the Court's CM/ECF system and the following parties via US regular mail, on this the 4th day of December, 2008.

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

Counsel for the Debtors

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

U.S. Trustee for the Eastern District of Virginia

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Counsel for the Creditor's Committee

                /s/ Robert S. Westermann