Annemarie G. McGavin (VSB No 39984)
Buchanan Ingersoll & Rooney PC
1700 K Street, N.W., Suite 300
Washington, DC 20006
(202) 452-7900

-and-

James D. Newell (PA ID# 51337)
Zakarij O. Thomas (PA ID# 87385)
Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219
(412) 562-8800

Counsel to Dick's Sporting Goods, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br>et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* FOR ZAKARIJ O. THOMAS**

Upon consideration of the Motion for Admission P*ro Hac Vice* pursuant to Local Bankruptcy Rule 2091-1(E) (the "Motion"), and due cause appearing to me therefor, it is hereby ORDERED, ADJUDGED and DECREED that

    1.    The Motion is hereby allowed;

    2.    Zakarij O. Thomas of Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th Floor, Pittsburgh, PA 15219 is authorized to appear *pro hac vice* as counsel to Dick's Sporting Goods, Inc. in this case (and related proceedings) commenced in this case;

3. Zakarij O. Thomas, Esquire may sign all pleadings, motions, complaints, applications, and other documents filed with this Court in this cases and related proceedings and may attend all hearings as counsel to Dick's Sporting Goods, Inc. in this case.

ENTERED in this _____ day of _____, 2008.

_____
United States Bankruptcy Judge

I ASK FOR THIS:

*/s/ Annemarie G. McGavin*
Annemarie G. McGavin (VSB No 39984)
Buchanan Ingersoll & Rooney PC
1700 K Street, N.W., Suite 300
Washington, DC  20006
(202) 452-7900

Counsel to Dick's Sporting Goods, Inc.

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

      I hereby certify that notice of the Motion for Admission *Pro Hac Vice* was provided to the parties identified on the attached Service List and a copy of this proposed order was provided to the Office of the United States Trustee for the Eastern District of Virginia prior to submission to the Court.

                                            */s/ Annemarie G. McGavin*
                                            Annemarie G. McGavin

## SERVICE LIST

Robert B. Van Arsdale
Office of United States Trustee
701 East Broad Street, Ste. 4304
Richmond, VA  23219
    *United States Trustee*

Dion W. Hayes
McGuire Woods
One James Center
901 East Cary Street
Richmond, VA  23219
    *Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
PO Box 636
Wilmington, DE  19899
    *Counsel for the Debtors*