UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | Chapter 11 |
| Debtors. | ) | (Jointly Administered) |

## ORDER GRANTING ADMISSION PRO HAC VICE

The matter came before the Court upon the Motion to Admit Counsel *Pro Hac Vice* (the "Motion") filed by Michael P. Falzone and Sheila deLa Cruz, seeking admission *pro hac vice* for Steven H. Newman, of the law firm of Katsky Korins LLP, in the above-styled bankruptcy proceeding pursuant to Local Bankruptcy Rule 2090-1 (E)(2). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is required, and it is appropriate that Steven H. Newman be authorized to practice *pro hac vice* before the Court in the aforementioned bankruptcy proceeding, it is hereby

**ORDERED** that the Motion is hereby **GRANTED**, and it is further

**ORDERED** that Steven H. Newman may appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on behalf of 502-12 86th Street LLC.

DATE: _____
UNITED STATES BANKRUPTCY JUDGE

---

| | |
|---|---|
| Michael P. Falzone (VSB No. 22324) | Steven H. Newman |
| Sheila deLa Cruz (VSB No. 65395) | Katsky Korins LLP |
| Hirschler Fleischer, PC | 605 Third Avenue, 16th Floor |
| Post Office Box 500 | New York, NY 10158 |
| Richmond, VA 23218-0500 | (212) 953-6000 |
| (804) 771-9560 | (212) 953-6899 (fax) |
| (804) 644-0957 (fax) | |
| | |
| *Counsel for 502-12 86th Street LLC* | *Co-counsel for 502-12 86th Street LLC* |

I ASK FOR THIS:

*/s/* Michael P. Falzone
Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB #65395)
Hirschler Fleischer, P.C.
P.O. Box 500
Richmond, Virginia 23218-0500
Tel: (804) 771-9500
Fax: (804) 644-0957

*Co-counsel for 502-12 86th Street LLC*

## LOCAL RULE 9022-1 CERTIFICATION

I HEREBY CERTIFY that the foregoing has been either endorsed by or served upon all necessary parties.

/s/ Michael P. Falzone
Michael P. Falzone

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of December, 2008, a true and correct copy of the foregoing was served on all persons receiving electronic notice in these cases and to the following parties:

| | |
|---|---|
| Greg M. Galardi<br>Skadden, Arps, Slate, Meagher & Flom<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>gregg.galardi@skadden.com | Robert B. Van Arsdale<br>Office of the United States Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219<br>Robert.B.Van.Arsdale@usdog.gov<br>*Assistant United States Trustee* |

and

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com
*Counsel for the Debtors*

                                                  /s/ Michael P. Falzone
                                                    Michael P. Falzone

#2296823v1