IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
In re: : Chapter 11
:
CIRCUIT CITY STORES, INC., <u>et al</u>., : Case No. 08-35653-KRH
: Jointly Administered
Debtors. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

# ORDER GRANTING MOTION OF AUGUSTUS C. EPPS, JR. FOR AN ORDER AUTHORIZING GARRY M. GRABER TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULES 2090-1(E)(2)

The matter before the Court is the Motion of Augustus C. Epps, Jr. For an Order Authorizing Garry M. Graber to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the "Motion"). Having reviewed the Motion and the Court's dockets, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) no party in interest filed an objection to the relief requested in the Motion; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion. Accordingly,

**IT IS HEREBY ORDERED** that the Motion is GRANTED in its entirety;

**IT IS FURTHER ORDERED** that Garry M. Graber shall be and hereby is admitted to appear *pro hac vice* as counsel for Manufacturers and Traders Trust Company, as Trustee, in connection with the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(E)(2).

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4106
Facsimile: (804) 697-6104

Dated: _____

                                        UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr. (VSB No. 13254)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia  23219
Telephone:  (804) 697-4104
Facsimile:  (804) 697-6104
Email:  aepps@cblaw.com

## Rule 9022-1 Certification

I hereby certify that the foregoing has been endorsed by all necessary parties.

                                      /s/ Augustus C. Epps, Jr.
                                      Augustus C. Epps, Jr.

## Service List

Robert B. Van Arsdale, Esquire
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Dion W. Hayes, Esquire
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
*Counsel for Debtors*

Greg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P. O. Box 636
Wilmington, DE  19899-0636
*Counsel for Debtors*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Counsel for the Committee*

Brad R. Godshall, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Bvd, 11th Floor
Los Angeles, CA 90067-4100
*Counsel for the Committee*

912298.1