# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>**CIRCUIT CITY STORES, INC., et al.,**<br><br>Debtors. | Case No.: 08-35653-KRH<br>Chapter 11 |

## ORDER APPROVING ADMISSION PRO HAC VICE OF GERALD P. KENNEDY

This matter comes before the Court upon the Motion of Ann E. Schmitt, requesting entry of an order approving the admission *pro hac vice* of Gerald P. Kennedy of the firm of Procopio, Cory, Hargreaves & Savitch LLP, San Diego, California, to represent the interests of Plaza Las Palmas, LLC in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper, the Court

ORDERS that Gerald P. Kennedy be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

Entered: _____

                                                KEVIN R. HUENNEKENS
                                                UNITED STATES BANKRUPTCY JUDGE

Entered on docket: _____

Ann E. Schmitt, VSB No. 22030
Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, Virginia 20175
Telephone: 703-737-7797
Facsimile:   703-737-6470
Local Counsel for Plaza Las Palmas, LLC

102197/000056/990126.01

I ASK FOR THIS:

*/s/ Ann E. Schmitt*
Ann E. Schmitt, VSB No. 22030
Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, Virginia 20175
Telephone: 703-737-7797
Facsimile:  703-737-6470
Local Counsel for Plaza Las Palmas, LLC

## LOCAL RULE CERTIFICATION

I hereby certify that the foregoing has been endorsed by all necessary parties.

*/s/ Ann E. Schmitt*

2

**Parties to Receive Copies**

Ann E. Schmitt, VSB No. 22030
Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, Virginia 20175

Ellen A. Friedman, Esq.
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

102197/000056/990126.01