UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re | ) Case No. 08-35653-KRH |
| | ) |
| Circuit City Stores, Inc., | ) Chapter 11 |
| | ) |
| Debtor-in-Possession. | ) |
| | ) |

RICHMOND DIVISION
FILED
DEC 0 4 2008

**REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(B) and Bankruptcy Rules 2002(g) and (i), 3017(a), and 9010(b), Shopping.com, Inc. ("Shopping.com"), hereby appears as a creditor, and hereby requests the Clerk of the above Court, the Debtor, Debtor's Counsel, and all other interested parties, to give notice to Shopping.com regarding all matters within the scope of Bankruptcy Rules 2002(a), (b), (e), (f), (i), and to provide copies of all documents, including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents brought before the Court in this case or required to be sent under the Bankruptcy Rules, the Local Rules or the practices of this Court, by sending such notices and documents to Shopping.com at the following address:

Shopping.com, Inc.
c/o Gregg S. Kleiner
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Email: kleinergs@cooley.com

Dated: December 2, 2008

COOLEY GODWARD KRONISH LLP

Gregg S. Kleiner (CA State Bar #141311)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: kleinergs@cooley.com

Attorneys for Creditor
Shopping.com, Inc.

1113226 v1/SF

1.

**PROOF OF SERVICE**

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800.

On December 3, 2008, I served the foregoing document(s) described as:

**Request for Notice**

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list.

__XX__ (BY FIRST CLASS MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

* * * * * * *

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 3, 2008 at San Francisco, California.

_____
Kris Tsao Cachia

1113226 v1/SF

2.

## SERVICE LIST

*Debtor*
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

*Debtor's Counsel*
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

*U.S. Trustee*
Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*Creditors Committee's Counsel*
Lynn L. Tavenner
Paula S. Beran
Taveenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monical Blvd., 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024