Kimbell D. Gourley/ISB No. 3578
TROUT ♦ JONES ♦GLEDHILL ♦FUHRMAN, P.A.
The 9th & Idaho Center
225 N. 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email: kgourley@idalaw.com



RICHMOND DIVISION
FILED
DEC 0 2 2008
CLERK
U.S. BANKRUPTCY COURT

Attorneys for Engineered Structures, Inc. ("ESI")

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF VIRGINIA

| | |
|---|---|
| In the matter of:<br><br>CIRCUIT CITY STORES, INC.<br><br>Debtor. | Case No.: 08-35653-KRH<br><br>**REQUEST FOR SPECIAL NOTICE AND REQUEST FOR INCLUSION ON MAILING LIST** |

**NOTICE IS HEREBY GIVEN** that Kimbell D. Gourley, Trout ♦ Jones ♦Gledhill ♦Fuhrman, P.A., hereby requests the court for special notice of all hearings, pleadings and other papers in this matter be given to the undersigned counsel by mailing such to: (i) Kimbell D. Gourley at Trout ♦ Jones ♦Gledhill ♦Fuhrman, P.A., 225 N. 9th Street, Suite 820, Post Office Box 1097, Boise, Idaho 83701, (208) 331-1170, (208) 331-1529 (facsimile), or kgourley@idalaw.com, representing the creditor, Engineered Structures, Inc.

REQUEST FOR SPECIAL NOTICE AND REQUEST FOR INCLUSION ON MAILING LIST  -  1

DATED this 26th day of November, 2008.

                          TROUT ♦ JONES ♦ GLEDHILL ♦ FUHRMAN, P.A.

                          By _____
                          Kimbell D. Gourley
                          Attorneys for Engineered Structures, Inc.


## CERTIFICATE OF SERVICE

I certify that on the _1st_ day of ~~November~~ _Dec._, 2008, the following listed parties were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

| |
|---|
| Daniel F. Blanks<br>McGuire Woods, LLP<br>9000 World Trace Center, 101 W. Main St.<br>Norfolk, VA 23510<br>Daniel F. Blanks - dblanks@mcguirewoods.com |
| Dion W. Hayes<br>McGuire Woods, LLP<br>One James Center, 9012 E. Cary St.<br>Richmond, VA 23219<br>Dion W. Hayes-dhayes@mcguirewoods.com |
| Douglas M. Foley<br>McGuire Woods, LLP<br>9000 World Trace Center, 101 W. Main St.<br>Norfolk, VA 23510<br>Douglas M. Foley - dfoley@mcguirewoods.com |
| Joseph s. Sheein<br>McGuire Woods, LLP<br>901 E. Cary Street<br>Richmond, VA 23219<br>Joseph S. Sheein - jsheerin@mcguirewoods.com |
| Sarah Beckett Boehm<br>McGuire Woods LLP<br>One James Center, 9012 E. Cary St.<br>Richmond, VA 23219<br>Sarah Beckett Boehm - sboehm@mcguirewoods.com |
| W. Clarkson McDow, Jr. -<br>U.S. Trustee<br>701 E. Broad St., Suite 4304<br>Richmond, Va 23219<br><br>Robert B. VanArsdale<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219<br>Robert B. VanArsdale - Robert.B.Van.Arsdale@usdoj.gov |

REQUEST FOR SPECIAL NOTICE AND REQUEST FOR INCLUSION ON MAILING LIST  -  3

| *Creditor Committee* |
|---|
| Lynn L. Tavenner |
| Paula S. Beran |
| TAVENER & BERAN, PLC |
| 20 N. Eighth Street, 2nd Floor |
| Richmond, VA 23219 |
| Lynn L. Tavenner - ltavenner@tb-lawform.com |
| Paula S. Beran - pberan@tb-lawfirmcom |

| *Debtor Designee* |
|---|
| Bruce H. Besanko |
| 9950 Mayland Drive |
| Richmond, VA 23233 |
| Circuit City Store #3878 |
| 835 East Birch St. |
| Brea, CA 92821-5735 |
| Circuit City Store #3745 |
| 19037 Golden Valley Rd. |
| Santa Clarita, CA 91387-1471 |
| Circuit City Store #4313 |
| 1020 W. Imperial Highway |
| La Habra, CA 90631-6901 |
| Circuit City Store #3396 |
| 34660 Monterey Avenue |
| Palm Desert, CA 92211-6010 |

_____
Kimbell D. Gourley