UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

F I L E D
DEC 0 2 2008
CLERK
U.S. BANKRUPTCY COURT

In re:                                              Chapter 11

CIRCUIT CITY STORES, INC., et al.,                  Case No. 08-35653 (KRH)

                                Debtors.            (Jointly Administered)

NOTICE OF APPEARANCE; DEMAND FOR SERVICE OF PAPERS; AND DEMAND
FOR PAYMENT OF ALL POST-PETITION RENT AND PERFORMANCE BY DEBTOR
OF ALL OF ITS OBLIGATIONS UNDER ITS COMMERCIAL LEASE IN ACCORDANCE
WITH BANKRUPTCY CODE §365 (d)(3)

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, GREEN 521 5TH AVENUE LLC hereby appears in the above-captioned case by its counsel, STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2001 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, disclosure statements, plans and answering and reply papers, filed in the above-captioned case by mailing one (1) copy of any such paper to:

STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
675 Third Avenue, 31st Floor
New York, New York 10017
Attn: Edmond P. O'Brien, Esq.

Demand is hereby made pursuant to Bankruptcy Code §365 (d)(3) for payment of all post-petition rent and additional rent due (payments to be made promptly upon the

due dates specified in the Lease, as defined herein); and for the performance by debtor of all of the obligations of the tenant pursuant to the non-residential lease dated May 3, 2007 between debtor as tenant and GREEN 521 5TH AVENUE LLC ("Landlord") as landlord (the "Lease"), for the premises known as portion of the first floor and a portion of the second floor in the building known as 521 Fifth Avenue, New York, New York 10175.

Specifically, pursuant to Bankruptcy Code § 365(d)(3), all post-petition rent and additional rent now due and owing to Landlord, including rent for the "stub period" between the November 10, 2008 filing date and November 30, 2008 must be paid immediately, and in any event within sixty (60) days of the date that this proceeding was filed, and debtor must remain current on all post-petition rent and additional rent charges going forward, as and when billed.

Dated:    New York, New York
          December 1, 2008

STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
Attorneys for GREEN 521 5TH AVENUE LLC

By: _____
        Edmond P. O'Brien (EO-5583)
675 Third Avenue, 31st Floor
New York, New York 10017
(212)681-6500
(212)681-4041 - fax

TO:   All parties having appeared

G:\WPFILES\OBrien\WP\Circuit City BR Notice Appearance Dec 2008.doc

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:                                                    Chapter 11

CIRCUIT CITY STORES, INC., et al.,                        Case No. 08-35653 (KRH)

                  Debtors.                 (Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK,
COUNTY OF NEW YORK    ss:

      Edmond O'Brien being duly sworn says: I am not a party to the action, am over 18 years
of age and am employed at Stempel Bennett Claman & Hochberg, P.C., 675 Third Avenue, NY,
NY 10017.

      On December 1, 2008, I served a true copy of the annexed NOTICE OF APPEARANCE;
DEMAND FOR SERVICE OF PAPERS; AND DEMAND FOR PAYMENT OF ALL POST-
PETITION RENT AND PERFORMANCE BY DEBTOR OF ALL OF ITS OBLIGATIONS
UNDER ITS COMMERCIAL LEASE IN ACCORDANCE WITH BANKRUPTCY CODE §365
(d)(3) in the following manner:

    ⊠  by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office
        or official depository of the U.S. Postal Service within the State of New York, addressed
        to the last known address of the addressee(s) as indicated below:

**Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

**Sarah Beckett Boehm**
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

**Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

**Brad R. Godshall**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100

**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

**John D. Fiero**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017


**Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center, 101 W.
Main St.
Norfolk, VA 23510

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center, 101 W.
Main St.
Norfolk, VA 23510
**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

**Sarah Beckett Boehm**
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

**Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

**Brad R. Godshall**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100

**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite
1100
Los Angeles, CA 90067

**John D. Fiero**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017

Scott L. Adkins
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Kyra E. Andrassy
Weiland, Golden. Smiley et al
Suite 950
650 Town Center Drive
Costa Mesa, CA 92626

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd Suite 300
Arlington, TX 76013

Andria M. Beckham
Bricker & Eckler, LLP
100 South Third Street
Columbus, OH 43215

David S. Berman
Riemer & Braunstein
Three Center Plaza, 6th Floor
Boston, MA 02108

David S. Berman
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

Thomas D. Bielli
Ciardi Ciardi & Astin, PC
One Commerce Sq.
Suite 1930
2005 Market Square
Philadelphia, PA 19103

Jess R. Bressi
Cox, Castle & Nicholson LLP

19800 MacArthur Blvd. Suite 500
Irvine, CA 92612-2435

Ronald K. Brown
Law Offices of Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA

Lawrence S. Burnat
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309

Christopher A. Camardello
Winthrop & Weinstine, PA
225 South Sixth Street
Suite 3500
Mimmeapolis, MN 55402

Scott P. Carroll
Carroll & Carroll, P.L.L.C.
Suite 440
831 East Morehead Street
Charlotte, NC 28202

Meegan B. Casey
Riemer & Branustein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Jeffrey Chang
Wildman,Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Chatham County Tax Commissioner
c/o Daniel T. Powers
P.O. Box 8321
Savannah, GA 31412

Craig C. Chiang
Buchalter, Nemer, Fields & Younger
333 Market Street 25th Floor

San Francisco, CA 94105-2130

Christopher Combest
Suite 3700
500 West Madison St.
Chicago, IL 60661

Crane-Snead & Associates, Inc.
4914 Fitzhugh Ave, Ste 203
Richmond, VA 23230-3435

William C. Crenshaw
Powell Goldstein LLP
901 New York Avenue N.W. Third Floor
Washington, DC 20001

Gary H. Cunningham
Giarmarco Mullins & Horton
101 W. Big Beaver Rd
Floor 10
Troy, MI 48084

John P. Dillman
Linebarge Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253

William J. Factor
Seyfarth Shaw LLP
131 S. Dearborn St. Suite 2400
Chicago, IL 60603

Dean Farmer
Hodges, Doughty & Carson
617 Main St.
Knoxville, TN 37901

Eric D. Goldberg
Stutman, Treister & Glatt, P.C.
1901 Ave of the Stars-12th Floor
Los Angeles, CA 90067

Brian P. Hall
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II

1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

Hamilton Beach Brands, Inc.
Bill Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178-0600

Lawrence J. Hilton
Hewitt & O'Neil LLP
19900 MacArthur Blvd. Suite 1050
Irvine, CA 92612

James B. Holden
Assistant Atty. General
1525 Sherman St. 7th Floor
Denver, CO 80203

Howland Commons Partnership, an Ohio gen partnership dba Howland Commons
Richard T. Davis, Esq.
2445 Belmont Avenue
P.O. Box 2186
Youngstown, OH 44504-0186

F. Marion Hughes
Smith Moore Leatherwood, LLP
300 East McBee Ave.
Suite 500
PO Box 87
Greenville, SC 29602-0087

IBM Corporation
c/o Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234

InfoPrint Solutions Company
c/o Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234

Kenneth C. Johnson
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

Regina Stango Kelbon
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Ken Burton, Jr., Manatee County Tax Collector
PO Box 25300
Bradenton, FL 34206-5300

Gerald P. Kennedy
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street, Suite 2100
San Diego, CA 92101-4469

Scott R. Kipnis
Hofheimer Gartlir & Gross LLP
530 Fifth Ave.
New York, NY 10036

Jeffrey A. Krieger
Greenberg Glusker Fields, et al
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590

Jeffrey Kurtzman
Klehr, Harrison, Harvey, Branzburg & Ell
260 South Broad Street
Philadelphia, PA 19102-5003

Robert W. Mallard
Dorsey & Whitney
1105 N. Market St.
Suite 1600
Wilmington, DE 19801

Michael W. Malter
Binder & Malter
2775 Park Ave.
Santa Clara, CA 95050

Michael F. McGrath
Ravich Meyer Kirkman McGrath
4545 IDS Center
80 South Eighth St.
Minneapolis, MN 55402

Jeffrey Meyers
Ballard Spahr Andrews & Ingersoll
51st Fl- Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Monarch Alternative Capital, LP
c/o Andrew Herenstein
535 Madison Ave.
New York, NY 10022

Office of Unemployment Compensation Tax Svcs.
Dept. of Labor & Industry, Commonwealth
of PA, Reading Bankruptcy & Compl. Unit
Attn: Timothy Bortz, UC Tax Agent
625 Cherry St. - Room 203
Reading, PA 19602-1184

Oklahoma County Treasurer
c/o Tammy Jones
320 Robert S. Kerr
Room 307
Oklahoma City, OK 73102

Constantinos G. Panagopoulos
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005-3807

Constantinos G. Panagopoulos
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005-3807

Ernie Zachary Park
Bewley,Lassleben & Miller, LLP

13215 E. Penn Street
Suite 510
Whittier, CA 90602-1797

David L. Pollack
Ballard Spahr Andrews & Ingersoll LLP
51st Fl-Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Lionel J. Postic
Law Firm Of Lionel J. Postic, PC
125 Townpark Drive
Suite 300
Kennesaw, GA 30144

David G. Reynolds
Glass & Reynolds
P.O. Box 1700
Corrales, NM 87048

Julie H. Rome-Banks
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Julie H. Rome-Banks
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Paul S. Samson
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Diane W. Sanders
1949 South I.H. 35 (787841)
P.O. Box 17428

Austin, TX 78760

Eric Lopez Schnabel
Dorsey & Whitney
1105 North Market St.
Suite 1600
Wilmington, DE 19801

Scott A. Semenek
Wildman, Harrold, Allen & Dixion
225 West Wacker Drive
Chicago, IL 60606-1229

John L. Senica
Miller,Canfield,Paddock and Stone, PLC
225 W. Washington, Suite 2600
Chicago, IL 60606

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
jsheerin@mcguirewoods.com

Stephen W. Spence
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Scott A. Stengel
Orrick, Herrington & Sutliffe, LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706

Mark Stromberg
Stromberg & Associates
5420 LBJ Frwy, Ste 300
Dallas, TX 75258

Mark Stromberg
Stromberg & Associates, PC
Two Lincoln Centre
5420 LBJ Freeway
Suite 300
Dallas, TX 75240

Peter N. Tamposi
Donchess Notinger & Tamposi, P.C.
547 Amherst St. Suite 204
Nashua, NH 03063

Tax Collector For Polk County, FL
Of Joe G. Tedder
PO Box 2016
Bartow, FL 33831-2016

Travelers
One Tower Square, 5MN
Hartford, CT 06183

UrbanCal Oakland, II LLC
c/o Baker & Hostetler, LLP
ATTN: Laura Lawton Gee
1000 Louisiana Street
Suite 2000
Houston, TX 77002

Nancy A. Washington
Saiber LLC
One Gateway Center 13th Floor
Newark, NJ 07102

Elizabeth Weller
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Lori L. Winkelman
Quarles & Brady LLP
2 North Central Avenue
Phoenix, AZ 85004-2391

Jonathan W. Young

Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

In addition, on December 1, 2008, the following persons/entities were served electronically through the Court's electronic filing system:

Robin S. Abramowitz    abramowitz@larypc.com

Angela Sheffler Abreu    aabreu@mccarter.com, rowan20@excite.com

Christopher M. Alston    alstc@foster.com, muelk@foster.com

Mark K. Ames    mark@taxva.com

Heather Lynn Anderson    Heather.Anderson@dol.lps.state.nj.us

Peter Barrett    peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;elenora.allen@kutakrock.com

Raymond William Battaglia    rbattaglia@obht.com

Philip C. Baxa    phil.baxa@mercertrigiani.com, liz.camp@mercertrigiani.com

Christopher R. Belmonte    cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com

Paula S. Beran    pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com

Daniel F. Blanks    dblanks@mcguirewoods.com

Paul S. Bliley    pbliley@williamsmullen.com,
rcohen@williamsmullen.com;hpollard@williamsmullen.com

Sarah Beckett Boehm    sboehm@mcguirewoods.com, kcain@mcguirewoods.com

Wanda Borges    borgeslawfirm@aol.com

William A. Broscious    wbroscious@kbbplc.com

Timothy Francis Brown    brownt@arentfox.com, giaimo.christopher@arentfox.com

Mark E. Browning    bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Andrew M. Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com

Paul K. Campsen    pkcampsen@kaufcan.com

William H. Casterline    wcasterlinejr@blankeith.com, bford@bklawva.com

Charles W. Chotvacs    chotvacsc@ballardspahr.com,
aconway@taubman.com;Pollack@ballardspahr.com

Anthony J. Cichello    acichello@kb-law.com

Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com

Ken Coleman    Ken.Coleman@allenovery.com

Michael A. Condyles    michael.condyles@kutakrock.com,
lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com

Andrew S. Conway    aconway@taubman.com

Robert K. Coulter    robert.coulter@usdoj.gov,
sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov

David H. Cox    dcox@jackscamp.com, phaynes@jackscamp.com;dstewart@jackscamp.com

John M. Craig    johncraigg@aol.com, russj4478@aol.com

Paul McCourt Curley    pcurley@canfieldbaer.com, tchilders@canfieldbaer.com

Heather D. Dawson    hdawson@kkgpc.com, scarlberg@kkgpc.com

Gilbert D. Dean    ddean@coleschotz.com

Deborah H. Devan    dhd@nqgrg.com

Jaime Sue Dibble    jdibble@stinson.com, lbigus@stinson.com

Jennifer V. Doran    jdoran@haslaw.com

Seth A. Drucker    sdrucker@honigman.com

Sara B. Eagle    eagle.sara@pbgc.gov, efile@pbgc.gov

Bradford F. Englander    benglander@linowes-law.com, klevie@linowes-
law.com;jkneeland@linowes-law.com;gduvall@linowes-law.com;nconstantino@linowes-
law.com;bnestor@linowes-law.com;aevert@linowes-law.com

Augustus C. Epps    aepps@cblaw.com, lthompson@cblaw.com

David J. Ervin    dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Belkys Escobar    Belkys.Escobar@loudoun.gov,
Karen.Stapleton@loudoun.gov;bankrupt@loudoun.gov

Michael P. Falzone    mfalzone@hf-law.com, stoboz@hf-law.com

Robert J. Feinstein    rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com

John D. Fiero    jfiero@pszjlaw.com

Douglas M. Foley    dfoley@mcguirewoods.com

Jeremy S. Friedberg    jeremy.friedberg@llff.com,
ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com

Jeremy S. Friedberg    jsf@llff.com,
ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com

Ellen A. Friedman    efriedman@friedumspring.com,
ramona.neal@hp.com;ken.higman@hp.com

Brad R. Godshall    bgodshall@pszjlaw.com

Garry Michael Graber    GGraber@HodgsonRuss.com,
jkreher@hodgsonruss.com;dpiazza@hodgsonruss.com

Jeffrey J. Graham    jgraham@taftlaw.com,
dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

William A. Gray    bgray@sandsanderson.com, lhudson@sandsanderson.com

Steven H. Greenfeld    steveng@cohenbaldinger.com

David A. Greer    dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com

Elizabeth L. Gunn    egunn@durrettebradshaw.com, sryan@durrettebradshaw.com

Eric A. Handler    ehandler@donahue.com, jane@donahue.com

Dion W. Hayes    dhayes@mcguirewoods.com

Matthew E. Hoffman    mehoffman@duanemorris.com,
Dimassa@duanemorris.com;lstopol@levystopol.com

David D. Hopper    ddhopper@chlhf.com, scilino@chlhf.com

Brian D. Huben    brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.com

Lisa Taylor Hudson    lhudson@sandsanderson.com,
kbice@sandsanderson.com;cjackson@sandsanderson.com

Christopher A. Jones    cajones@wtplaw.com, wbatres@wtplaw.com

Douglas D. Kappler    dkappler@rdwlawcorp.com

Thomas G. King    tking@kech.com, dholmgren@kech.com

Michael S. Kogan    mkogan@ecjlaw.com, rfraire@ecjlaw.com

Charles Gideon Korrell    gkorrell@dl.com

Leonidas Koutsouftikis    lkouts@magruderpc.com, mcook@magruderpc.com

Darryl S. Laddin    bkrfilings@agg.com

Kevin A. Lake    klake@vanblk.com,
lseaborne@vanblk.com,dszabo@vanblk.com,dalessi@vanblk.com

John J. Lamoureux    jlamoureux@carltonfields.com,
lmccullough@carltonfields.com;tpaecf@cfdom.net

Ian S. Landsberg    ilandsberg@lm-lawyers.com

Richard E. Lear    rlear@hklaw.com

Stephen K. Lehnardt    skleh@lehnardt-law.com

Justin D. Leonard    jleonard@balljanik.com

Fredrick J. Levy    fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com

Dennis T. Lewandowski    dtlewand@kaufcan.com

James V. Lombardi    jvlombardi@rossbanks.com

Henry Pollard Long    hlong@hunton.com

John E. Lucian    lucian@blankrome.com

Donald K. Ludman    dludman@brownconnery.com

Christine D. Lynch    clynch@goulstonstorrs.com

A. Carter Magee    cmagee@mfgs.com, lcopenhaver@mfgs.com

Richard M. Maseles    edvaecf@dor.mo.gov

Bruce H. Matson    bruce.matson@leclairryan.com,
kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

Kevin R. McCarthy    krm@mccarthywhite.com,
wdw@mccarthywhite.com;clm@mccarthywhite.com

Neil E. McCullagh    nmccullagh@cantorarkema.com

W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov

Annemarie G. McGavin    annemarie.mcgavin@bipc.com, angela.brandt@bipc.com

Robert P. McIntosh    Robert.McIntosh@usdoj.gov

John D. McIntyre    jmcintyre@wilsav.com, wedwards@wilsav.com

John G. McJunkin    jmcjunkin@mckennalong.com, sparson@mckennalong.com

Jennifer McLain McLemore    jmclemore@cblaw.com, avaughn@cblaw.com

Janet M. Meiburger    admin@meiburgerlaw.com

Malcolm M. Mitchell    mmmitchell@vorys.com,
sbanerjee@vorys.com;jbmullaney@vorys.com;cmbrosius@vorys.com

Michael D. Mueller    mmueller@cblaw.com, avaughn@cblaw.com

Kevin M. Newman    knewman@menterlaw.com

Steven H. Newman    snewman@katskykorins.com

Alan Michael Noskow    anoskow@pattonboggs.com, tbryan@pattonboggs.com

Samuel S. Oh    sam.oh@limruger.com

Mary E. Olden    molden@mhalaw.com, akauba@mhalaw.com

Laura Otenti    lotenti@pbl.com

James A. Pardo    jpardo@kslaw.com, thadwilson@kslaw.com

Min Park    mpark@cblh.com

Christopher L. Perkins    christopher.perkins@leclairryan.com,
stacie.wetzler@leclairryan.com;stacy.beaulieu@leclairryan.com

David M. Poitras    dmp@jmbm.com

Jeffrey N. Pomerantz    jpomerantz@pszjlaw.com

Courtney E. Pozmantier    cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com

Michael Reed    danielle.goff@mvbalaw.com

Fred B. Ringel    fbr@robinsonbrog.com

Philip M. Roberts    mroberts@bdlaw.org

Terri A. Roberts    pcaocvbk@pcao.pima.gov

Martha E. Romero    romero@mromerolawfirm.com

Jeremy Brian Root    jroot@bklawva.com, tmartin@bklawva.com

Eric Christopher Rusnak    eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com

Jeremy W. Ryan    jryan@saul.com

Michael J. Sage    msage@omm.com, kzeldman@omm.com;bwajda@omm.com

Rebecca L. Saitta    rsaitta@wileyrein.com, rours@wileyrein.com

Jeffrey Scharf    jeff@taxva.com, tacspc@gmail.com

Ann E. Schmitt    aschmitt@culbert-schmitt.com

William H. Schwarzschild    tschwarz@williamsmullen.com

Jesse Silverman    silvermanj@ballardspahr.com, pollack@ballardspahr.com

Richard F. Stein    richard.f.stein@irscounsel.treas.gov

Jeffrey L. Tarkenton    jtarkenton@wcsr.com, toross@wcsr.com

Lynn L. Tavenner    ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com

Roy M. Terry    rterry@durrettebradshaw.com, sryan@durrettebradshaw.com

Dylan G. Trache    dtrache@wileyrein.com, rours@wileyrein.com

Ronald M. Tucker    rtucker@simon.com,
cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,shclark@simon.com

Robert B. Van Arsdale    Robert.B.Van.Arsdale@usdoj.gov,
USTPRegion04.RH.ECF@usdoj.gov

John P. Van Beek    jvanbeek@ygvb.com,
ldossett@ygvb.com;ematthews@ygvb.com;hcurrier@ygvb.com

Mitchell B. Weitzman    mweitzman@beankinney.com, npeele@beankinney.com

Jennifer J. West    jwest@spottsfain.com,
rchappell@spottsfain.com;kligon@spottsfain.com;skelly@spottsfain.com;tmoore@spottsfain.com;ecorbett@spottsfain.com;eanderson@spottsfain.com

Robert S. Westermann    rwestermann@hunton.com

J. Christian Word    chefiling@lw.com

Sheila G. deLa Cruz    sdelacruz@hf-law.com, jbsmith@hf-law.com

Sworn to before me this
1st day of December, 2008

_____    _____
Notary Public                                            Edmond O'Brien

JOELLE B. TAUB
Notary Public, State of New York
No. 02TA5026910
Qualified in New York County
Commission Expires September 9, 2008 2010

## Creditor Claimant Activity:

08-35653-KRH Circuit City Stores, Inc.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (Richmond) |
| Judge: KRH | Assets: y | Case Flag: JNTADMN, Appeal |

### U.S. Bankruptcy Court

### Eastern District of Virginia

Notice of Electronic Filing

The following transaction was received from O'Brien, Edmond Patrick entered on 12/1/2008 at 4:20 PM EST and filed on 12/1/2008

**Case Name:**      Circuit City Stores, Inc.
**Case Number:**     08-35653-KRH
**Document Number:** 538

**Docket Text:**
Notice of Appearance , *DEMAND FOR SERVICE OF PAPERS; AND DEMAND FOR PAYMENT OF ALL POST-PETITION RENT AND PERFORMANCE BY DEBTOR OF ALL OF ITS OBLIGATIONS UNDER ITS COMMERCIAL LEASE IN ACCORDANCE WITH BANKRUPTCY CODE 365 (d)(3)* filed by Edmond Patrick O'Brien of Stempel Bennett Claman & Hochberg, P.C. on behalf of Green 521 5th Avenue LLC.(O'Brien, Edmond)

The following document(s) are associated with this transaction:

**Document description:**
**Original filename:**G:\WPFILES\OBrien\Scanned Documents\20081201161458.pdf
**Electronic document Stamp:**
[STAMP VAEBStamp_ID=875559604 [Date=12/1/2008] [FileNumber=12087450-0] [4cb0901d04dc283da858c43a42cf96bdf5b2bd5559ddad485d2a2c43c6877e728ce7 13a9cd989462e2bff114cdbf74e3923f6b8c91f2b379ec1dcc31f01e1d38]]

## 08-35653-KRH Notice will be electronically mailed to:

Robin S. Abramowitz     abramowitz@larypc.com

Angela Sheffler Abreu     aabreu@mccarter.com, rowan20@excite.com

Christopher M. Alston     alstc@foster.com, muelk@foster.com

Mark K. Ames     mark@taxva.com

Heather Lynn Anderson     Heather.Anderson@dol.lps.state.nj.us

Peter Barrett     peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;elenora.allen@kutakrock.com

Raymond William Battaglia    rbattaglia@obht.com

Philip C. Baxa    phil.baxa@mercertrigiani.com, liz.camp@mercertrigiani.com

Christopher R. Belmonte    cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com

Paula S. Beran    pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com

Daniel F. Blanks    dblanks@mcguirewoods.com

Paul S. Bliley    pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com

Sarah Beckett Boehm    sboehm@mcguirewoods.com, kcain@mcguirewoods.com

Wanda Borges    borgeslawfirm@aol.com

William A. Broscious    wbroscious@kbbplc.com

Timothy Francis Brown    brownt@arentfox.com, giaimo.christopher@arentfox.com

Mark E. Browning    bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us

Andrew M. Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com

Paul K. Campsen    pkcampsen@kaufcan.com

William H. Casterline    wcasterlinejr@blankeith.com, bford@bklawva.com

Charles W. Chotvacs    chotvacsc@ballardspahr.com, aconway@taubman.com;Pollack@ballardspahr.com

Anthony J. Cichello    acichello@kb-law.com

Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com

Ken Coleman    Ken.Coleman@allenovery.com

Michael A. Condyles    michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com

Andrew S. Conway    aconway@taubman.com

Robert K. Coulter    robert.coulter@usdoj.gov, sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov

David H. Cox    dcox@jackscamp.com, phaynes@jackscamp.com;dstewart@jackscamp.com

John M. Craig    johncraigg@aol.com, russj4478@aol.com

Paul McCourt Curley    pcurley@canfieldbaer.com, tchilders@canfieldbaer.com

Heather D. Dawson    hdawson@kkgpc.com, scarlberg@kkgpc.com

Gilbert D. Dean    ddean@coleschotz.com

Deborah H. Devan    dhd@nqgrg.com

Jaime Sue Dibble    jdibble@stinson.com, lbigus@stinson.com

Jennifer V. Doran    jdoran@haslaw.com

Seth A. Drucker    sdrucker@honigman.com

Sara B. Eagle    eagle.sara@pbgc.gov, efile@pbgc.gov

Bradford F. Englander    benglander@linowes-law.com, klevie@linowes-law.com;jkneeland@linowes-law.com;gduvall@linowes-law.com;nconstantino@linowes-law.com;bnestor@linowes-law.com;aevert@linowes-law.com

Augustus C. Epps    aepps@cblaw.com, lthompson@cblaw.com

David J. Ervin    dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Belkys Escobar    Belkys.Escobar@loudoun.gov, Karen.Stapleton@loudoun.gov;bankrupt@loudoun.gov

Michael P. Falzone    mfalzone@hf-law.com, stoboz@hf-law.com

Robert J. Feinstein    rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com

John D. Fiero    jfiero@pszjlaw.com

Douglas M. Foley    dfoley@mcguirewoods.com

Jeremy S. Friedberg    jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com

Jeremy S. Friedberg    jsf@llff.com, ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com

Ellen A. Friedman    efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com

Brad R. Godshall    bgodshall@pszjlaw.com

Garry Michael Graber    GGraber@HodgsonRuss.com, jkreher@hodgsonruss.com;dpiazza@hodgsonruss.com

Jeffrey J. Graham    jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

William A. Gray    bgray@sandsanderson.com, lhudson@sandsanderson.com

Steven H. Greenfeld    steveng@cohenbaldinger.com

David A. Greer    dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com

Elizabeth L. Gunn    egunn@durretebradshaw.com, sryan@durretebradshaw.com

Eric A. Handler    ehandler@donahue.com, jane@donahue.com

Dion W. Hayes    dhayes@mcguirewoods.com

Matthew E. Hoffman    mehoffman@duanemorris.com,
Dimassa@duanemorris.com;lstopol@levystopol.com

David D. Hopper    ddhopper@chlhf.com, scilino@chlhf.com

Brian D. Huben    brian.huben@kattenlaw.com,
carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.com

Lisa Taylor Hudson    lhudson@sandsanderson.com,
kbice@sandsanderson.com;cjackson@sandsanderson.com

Christopher A. Jones    cajones@wtplaw.com, wbatres@wtplaw.com

Douglas D. Kappler    dkappler@rdwlawcorp.com

Thomas G. King    tking@kech.com, dholmgren@kech.com

Michael S. Kogan    mkogan@ecjlaw.com, rfraire@ecjlaw.com

Charles Gideon Korrell    gkorrell@dl.com

Leonidas Koutsouftikis    lkouts@magruderpc.com, mcook@magruderpc.com

Darryl S. Laddin    bkrfilings@agg.com

Kevin A. Lake    klake@vanblk.com,
lseaborne@vanblk.com,dszabo@vanblk.com,dalessi@vanblk.com

John J. Lamoureux    jlamoureux@carltonfields.com,
lmccullough@carltonfields.com;tpaecf@cfdom.net

Ian S. Landsberg    ilandsberg@lm-lawyers.com

Richard E. Lear    rlear@hklaw.com

Stephen K. Lehnardt    skleh@lehnardt-law.com

Justin D. Leonard    jleonard@balljanik.com

Fredrick J. Levy    fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com

Dennis T. Lewandowski    dtlewand@kaufcan.com

James V. Lombardi    jvlombardi@rossbanks.com

Henry Pollard Long    hlong@hunton.com

John E. Lucian    lucian@blankrome.com

Donald K. Ludman    dludman@brownconnery.com

Christine D. Lynch    clynch@goulstonstorrs.com

A. Carter Magee    cmagee@mfgs.com, lcopenhaver@mfgs.com

Richard M. Maseles    edvaecf@dor.mo.gov

Bruce H. Matson    bruce.matson@leclairryan.com,
kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com

Kevin R. McCarthy    krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com

Neil E. McCullagh    nmccullagh@cantorarkema.com

W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov

Annemarie G. McGavin    annemarie.mcgavin@bipc.com, angela.brandt@bipc.com

Robert P. McIntosh    Robert.McIntosh@usdoj.gov

John D. McIntyre    jmcintyre@wilsav.com, wedwards@wilsav.com

John G. McJunkin    jmcjunkin@mckennalong.com, sparson@mckennalong.com

Jennifer McLain McLemore    jmclemore@cblaw.com, avaughn@cblaw.com

Janet M. Meiburger    admin@meiburgerlaw.com

Malcolm M. Mitchell    mmmitchell@vorys.com,
sbanerjee@vorys.com;jbmullaney@vorys.com;cmbrosius@vorys.com

Michael D. Mueller    mmueller@cblaw.com, avaughn@cblaw.com

Kevin M. Newman    knewman@menterlaw.com

Steven H. Newman    snewman@katskykorins.com

Alan Michael Noskow    anoskow@pattonboggs.com, tbryan@pattonboggs.com

Samuel S. Oh    sam.oh@limruger.com

Mary E. Olden    molden@mhalaw.com, akauba@mhalaw.com

Laura Otenti    lotenti@pbl.com

James A. Pardo    jpardo@kslaw.com, thadwilson@kslaw.com

Min Park    mpark@cblh.com

Christopher L. Perkins    christopher.perkins@leclairryan.com,
stacie.wetzler@leclairryan.com;stacy.beaulieu@leclairryan.com

David M. Poitras    dmp@jmbm.com

Jeffrey N. Pomerantz    jpomerantz@pszjlaw.com

Courtney E. Pozmantier    cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com

Michael Reed    danielle.goff@mvbalaw.com

Fred B. Ringel    fbr@robinsonbrog.com

Philip M. Roberts    mroberts@bdlaw.org

Terri A. Roberts    pcaocvbk@pcao.pima.gov

Martha E. Romero    romero@mromerolawfirm.com

Jeremy Brian Root    jroot@bklawva.com, tmartin@bklawva.com

Eric Christopher Rusnak    eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com

Jeremy W. Ryan    jryan@saul.com

Michael J. Sage    msage@omm.com, kzeldman@omm.com;bwajda@omm.com

Rebecca L. Saitta    rsaitta@wileyrein.com, rours@wileyrein.com

Jeffrey Scharf    jeff@taxva.com, tacspc@gmail.com

Ann E. Schmitt    aschmitt@culbert-schmitt.com

William H. Schwarzschild    tschwarz@williamsmullen.com

Jesse Silverman    silvermanj@ballardspahr.com, pollack@ballardspahr.com

Richard F. Stein    richard.f.stein@irscounsel.treas.gov

Jeffrey L. Tarkenton    jtarkenton@wcsr.com, toross@wcsr.com

Lynn L. Tavenner    ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-

lawfirm.com;stavenner@tb-lawfirm.com

Roy M. Terry    rterry@durrettebradshaw.com, sryan@durrettebradshaw.com

Dylan G. Trache    dtrache@wileyrein.com, rours@wileyrein.com

Ronald M. Tucker    rtucker@simon.com,
cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,shclark@simon.com

Robert B. Van Arsdale    Robert.B.Van.Arsdale@usdoj.gov, USTPRegion04.RH.ECF@usdoj.gov

John P. Van Beek    jvanbeek@ygvb.com,
ldossett@ygvb.com;ematthews@ygvb.com;hcurrier@ygvb.com

Mitchell B. Weitzman    mweitzman@beankinney.com, npeele@beankinney.com

Jennifer J. West    jwest@spottsfain.com,
rchappell@spottsfain.com;kligon@spottsfain.com;skelly@spottsfain.com;tmoore@spottsfain.com;ecorb

Robert S. Westermann    rwestermann@hunton.com

J. Christian Word    chefiling@lw.com

Sheila G. deLa Cruz    sdelacruz@hf-law.com, jbsmith@hf-law.com

## 08-35653-KRH Notice will not be electronically mailed to:

Scott L. Adkins
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Kyra E. Andrassy
Weiland, Golden. Smiley et al
Suite 950
650 Town Center Drive
Costa Mesa, CA 92626

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd Suite 300
Arlington, TX 76013

Andria M. Beckham
Bricker & Eckler, LLP
100 South Third Street
Columbus, OH 43215

David S. Berman
Riemer & Braunstein
Three Center Plaza, 6th Floor

Boston, MA 02108

David S. Berman
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

Thomas D. Bielli
Ciardi Ciardi & Astin, PC
One Commerce Sq.
Suite 1930
2005 Market Square
Philadelphia, PA 19103

Jess R. Bressi
Cox, Castle & Nicholson LLP
19800 MacArthur Blvd. Suite 500
Irvine, CA 92612-2435

Ronald K. Brown
Law Offices of Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA

Lawrence S. Burnat
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309

Christopher A. Camardello
Winthrop & Weinstine, PA
225 South Sixth Street
Suite 3500
Mimmeapolis, MN 55402

Scott P. Carroll
Carroll & Carroll, P.L.L.C.
Suite 440
831 East Morehead Street
Charlotte, NC 28202

Meegan B. Casey
Riemer & Branustein, LLP
Three Center Plaza
6th Floor

Boston, MA 02108

Jeffrey Chang
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Chatham County Tax Commissioner
c/o Daniel T. Powers
P.O. Box 8321
Savannah, GA 31412

Craig C. Chiang
Buchalter, Nemer, Fields & Younger
333 Market Street 25th Floor
San Francisco, CA 94105-2130

Christopher Combest
Suite 3700
500 West Madison St.
Chicago, IL 60661

Crane-Snead & Associates, Inc.
4914 Fitzhugh Ave, Ste 203
Richmond, VA 23230-3435

William C. Crenshaw
Powell Goldstein LLP
901 New York Avenue N.W. Third Floor
Washington, DC 20001

Gary H. Cunningham
Giarmarco Mullins & Horton
101 W. Big Beaver Rd
Floor 10
Troy, MI 48084

John P. Dillman
Linebarge Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253

William J. Factor
Seyfarth Shaw LLP
131 S. Dearborn St. Suite 2400
Chicago, IL 60603

Dean Farmer
Hodges, Doughty & Carson
617 Main St.
Knoxville, TN 37901

Garmin International, Inc.

,

Eric D. Goldberg
Stutman, Treister & Glatt, P.C.
1901 Ave of the Stars-12th Floor
Los Angeles, CA 90067

Brian P. Hall
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

Hamilton Beach Brands, Inc.
Bill Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178-0600

Lawrence J. Hilton
Hewitt & O'Neil LLP
19900 MacArthur Blvd. Suite 1050
Irvine, CA 92612

James B. Holden
Assistant Atty. General
1525 Sherman St. 7th Floor
Denver, CO 80203

Howland Commons Partnership, an Ohio gen partnership dba Howland Commons
Richard T. Davis, Esq.
2445 Belmont Avenue
P.O. Box 2186
Youngstown, OH 44504-0186

F. Marion Hughes
Smith Moore Leatherwood, LLP
300 East McBee Ave.
Suite 500
PO Box 87
Greenville, SC 29602-0087

IBM Corporation
c/o Vicky Namken
13800 Diplomat Dr.

Dallas, TX 75234

InfoPrint Solutions Company
c/o Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234

Kenneth C. Johnson
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

Regina Stango Kelbon
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Ken Burton, Jr., Manatee County Tax Collector
PO Box 25300
Bradenton, FL 34206-5300

Gerald P. Kennedy
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street, Suite 2100
San Diego, CA 92101-4469

Scott R. Kipnis
Hofheimer Gartlir & Gross LLP
530 Fifth Ave.
New York, NY 10036

Jeffrey A. Krieger
Greenberg Glusker Fields, et al
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590

Jeffrey Kurtzman
Klehr, Harrison, Harvey, Branzburg & Ell
260 South Broad Street
Philadelphia, PA 19102-5003

Robert W. Mallard
Dorsey & Whitney
1105 N. Market St.
Suite 1600
Wilmington, DE 19801

Michael W. Malter
Binder & Malter
2775 Park Ave.
Santa Clara, CA 95050

Michael F. McGrath
Ravich Meyer Kirkman McGrath
4545 IDS Center
80 South Eighth St.
Minneapolis, MN 55402

Jeffrey Meyers
Ballard Spahr Andrews & Ingersoll
51st Fl- Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Monarch Alternative Capital, LP
c/o Andrew Herenstein
535 Madison Ave.
New York, NY 10022

Edmond Patrick O'Brien
Stempel Bennett Claman & Hochberg, P.C.
675 Third Ave. 31st Floor
New York, NY 10017

Office of Unemployment Compensation Tax Svcs.
Dept. of Labor & Industry, Commonwealth
of PA, Reading Bankruptcy & Compl. Unit
Attn: Timothy Bortz, UC Tax Agent
625 Cherry St. - Room 203
Reading, PA 19602-1184

Oklahoma County Treasurer
c/o Tammy Jones
320 Robert S. Kerr
Room 307
Oklahoma City, OK 73102

Constantinos G. Panagopoulos
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005-3807

Constantinos G. Panagopoulos
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005-3807

Ernie Zachary Park
Bewley,Lassleben & Miller, LLP
13215 E. Penn Street

Suite 510
Whittier, CA 90602-1797

David L. Pollack
Ballard Spahr Andrews & Ingersoll LLP
51st Fl-Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Lionel J. Postic
Law Firm Of Lionel J. Postic, PC
125 Townpark Drive
Suite 300
Kennesaw, GA 30144

David G. Reynolds
Glass & Reynolds
P.O. Box 1700
Corrales, NM 87048

Julie H. Rome-Banks
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Julie H. Rome-Banks
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Paul S. Samson
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Diane W. Sanders
1949 South I.H. 35 (787841)
P.O. Box 17428
Austin, TX 78760

Eric Lopez Schnabel
Dorsey & Whitney
1105 North Market St.
Suite 1600
Wilmington, DE 19801

Scott A. Semenek
Wildman, Harrold, Allen & Dixion
225 West Wacker Drive
Chicago, IL 60606-1229

John L. Senica
Miller,Canfield,Paddock and Stone, PLC
225 W. Washington, Suite 2600
Chicago, IL 60606

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
jsheerin@mcguirewoods.com

Stephen W. Spence
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Scott A. Stengel
Orrick, Herrington & Sutliffe, LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706

Mark Stromberg
Stromberg & Associates
5420 LBJ Frwy, Ste 300
Dallas, TX 75258

Mark Stromberg
Stromberg & Associates, PC
Two Lincoln Centre
5420 LBJ Freeway
Suite 300
Dallas, TX 75240

Peter N. Tamposi
Donchess Notinger & Tamposi, P.C.
547 Amherst St. Suite 204
Nashua, NH 03063

Tax Collector For Polk County, FL
Of Joe G. Tedder
PO Box 2016
Bartow, FL 33831-2016

Tax Collector of Madison County, Alabama
c/o Lynda Hall, Tax Collector

,

Travelers
One Tower Square, 5MN
Hartford, CT 06183

UrbanCal Oakland, II LLC
c/o Baker & Hostetler, LLP
ATTN: Laura Lawton Gee
1000 Louisiana Street
Suite 2000
Houston, TX 77002

Nancy A. Washington
Saiber LLC
One Gateway Center 13th Floor
Newark, NJ 07102

Elizabeth Weller
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Lori L. Winkelman
Quarles & Brady LLP
2 North Central Avenue
Phoenix, AZ 85004-2391
lwinkelman@quarles.com

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229