Suzanne Jett Trowbridge
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV  25301
Telephone:  304-346-7000
Telefax:  (304) 344-0602
Email:  sjt@goodwingoodwin.com


Counsel for Manufacturers & Traders Trust Company, as Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------x
|  | : | Chapter 11 |
|---|---|---|
| In re: | : |  |
|  | : | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., | : |  |
|  | : | Jointly Administered |
| Debtors. | : |  |

------------------------------------------------------------x


## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL NOTICES, PAPERS AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that Suzanne Jett Trowbridge, Esq. and the law firm of Goodwin & Goodwin, LLP hereby appear in the above-captioned Chapter 11 cases on behalf of 601 Plaza LLC, Pat Minnite, Jr., Judith Rae Minnite, PM Construction Inc. and The PM Company, parties in interest to these bankruptcy proceedings.  Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), request is hereby made for copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed only to whom filed with the

court a request that all notices be mailed to them) be given to and served upon its

attorneys identified as follows:

Suzanne Jett Trowbridge
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV  25301
Telephone:  304-346-7000
Telefax:  (304) 344-0602
Email:  sjt@goodwingoodwin.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing request includes not only notices and papers referred to

in the rules specified above, but also, without limitation, all orders and notices of any

kind, including any application, motion, order, petition, pleading, request, complaint, or

demand, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the

debtors or the property of the debtors.

**PLEASE TAKE FURTHER NOTICE** that Suzanne Jett Trowbridge hereby

consents to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the

attorneys and the address identified herein be added to all Service Lists maintained by the

Debtors or otherwise for notice of all contested matters, adversary proceedings, and any

other related or ancillary proceedings.

Dated:  December 4, 2008
      Charleston, West Virginia

**Suzanne Jett Trowbridge, Esq.**
*Counsel for*
*601 Plaza, LLC*
*Pat Minnite, Jr.*
*Judith Rae Minnite*
*PM Construction , Inc.*
*The PM Company*

By:  /s/ Suzanne Jett Trowbridge
    Suzanne Jett Trowbridge, Esq. (WV Bar #4261)
    Goodwin & Goodwin, LLP
    300 Summers Street, Suite 1500
    Charleston, WV  25301
    Telephone:  304-346-7000
    Telefax:  (304) 344-0602
    Email:  sjt@goodwingoodwin.com

<u>CERTIFICATE OF SERVICE</u>

Suzanne Jett Trowbridge, by her signature below, certifies that on December 4, 2008, the foregoing **Notice of Appearance and Request for Service of All Notices, Papers and Other Documents** was served via electronic transmission using the Court's CM/ECF system upon counsel for the Debtors, the Office of the United States Trustee, counsel for the Official Committee of Unsecured Creditors and all parties requesting notice.

       /s/ Suzanne Jett Trowbridge
      Suzanne Jett Trowbridge