UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED
DEC 0 2 2008
CLERK
U.S. BANKRUPTCY COURT

In re:

CIRCUIT CITY STORES, INC.

Debtor.

Case No. 08-35653-KRH
*Chapter 11*

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel for GREATER ORLANDO AVIATION AUTHORITY, (the "Creditor"), a party-in-interest, and pursuant to, *inter alia*, F.R.B.P., Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including the Creditor with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) require or seeks to require any act, delivery of any property, payment, or other conduct by the *Creditor.*

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive any (1) right to have final orders in noncore matters entered only after de novo review by a District Judge, (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

ORL1\BANKRUPT\1223028.1
27064/0029

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing, has been furnished via CM/ECF or U.S. mail to the Debtor: **Circuit City Stores, Inc.**, 9950 Mayland Drive, Richmond, VA 23233; Debtors' Counsels: **Joseph S. Sheerin, Esq., Sarah Beckett Boehm, Esq., Douglas M. Foley, Esq.**, McGuire Woods, LLP, One James Center, 901 East Cary Street, Richmond, VA 23219; Debtors' Counsels: **Gregg M. Galardi, Esq., Ian S. Frederick, Esq., Chris L. Dickerson, Esq.**, Skadden, Arps, Slate, Meagher & Flom, LLP, One Rodney Square, P.O. Box 636, Wilmington, DE 19899-0636; **W. Clarkson McDow, Jr. Esq.**, Office of the U.S. Trustee, 115 South Union Street, Suite 210, Alexandria, VA 22314; and the Office of the U.S. Trustee, 600 East Main Street, Suite 301, Richmond, VA 23219, this 26th day of November, 2008.

BROAD AND CASSEL
Attorneys for Greater Orlando
Aviation Authority
390 N. Orange Avenue,
Suite 1400
Orlando, FL 32801
Post Office Box 4961
Orlando, FL 32802-4961
Phone: (407) 839-4200
Fax: (407) 650-0927

*/s/ Roy S. Kobert*
By:_____
Roy S. Kobert, P.A.
Florida Bar No. 777153
rkobert@broadandcassel.com

ORL1\BANKRUPT\1223028.1
27064/0029