WAYNE R. TERRY - STATE BAR NO. 134685
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436-2829
(818) 501-3800 telephone
(818) 501-2985 facsimile

Attorneys for
M and M Berman Enterprises



RICHMOND DIVISION
FILED DEC 0 2 2008 FILED
CLERK
U.S. BANKRUPTCY COURT

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

| | |
|---|---|
| In Re: ) | Case No. 08-35653-KRH |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Chapter 11 |
| ) | |
| ) | **REQUEST FOR SPECIAL NOTICE** |
| Debtor. ) | |
| ) | |
| ) | |
| _____ ) | |

**TO CLERK OF THIS COURT, DEBTOR, DEBTOR'S ATTORNEY, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), Hemar, Rousso & Heald, LLP hereby requests notice of all matters in the above-captioned case which require notice to creditors, or to other parties in interest, including without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise), any other documents brought before the Court in this case, whether formal or informal, whether written or

ORIGINAL

oral, or whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Said notices shall be sent as follows:

>   Wayne R. Terry, Esq. - File No:
>   HEMAR, ROUSSO & HEALD, LLP
>   15910 Ventura Boulevard, 12th Floor
>   Encino, California 91436-2829
>   Tel. No. (818) 501-3800
>   Fax No. (818) 501-2985
>   email: wterry@hemar-rousso.com

The undersigned represents M and M Berman Enterprises, a real property lessor, creditor and party in interest as to the above estate.

Dated: November 25, 2008

HEMAR, ROUSSO & HEALD, LLP

By: _____
WAYNE R. TERRY
Attorneys for Creditor,
M and M BERMAN ENTERPRISES

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Hemar, Rousso & Heald, , LLP ("the business") 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On November 26, 2008, I served the following document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

XX    **(By First Class Mail)** At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

___    **(Via Hand Delivery)** I delivered such envelope(s) by hand to the offices of the addressees.

___    **(Via E-Mail)** I caused such copies to be emailed to the person(s) set forth.

___    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XX    (Federal) I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 26, 2008, at Encino, California.

_____
MARY ANN GRANZOW

## SERVICE LIST
*In re Circuit City Stores, Inc., Case No. 08-35653-KRH*

**Office of the United States Trustee**
W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

**Debtor's Counsel**
Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

**Debtor**
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233