**ORIGINAL**

1  **WEILAND, GOLDEN,**
   **SMILEY, WANG EKVALL & STROK, LLP**
2  Lei Lei Wang Ekvall (CA 163047)
   Kyra E. Andrassy (CA 207959)
3  650 Town Center Drive, Suite 950
   Costa Mesa, California 92626
4  Telephone:  (714) 966-1000
   Facsimile:   (714) 966-1002
5
   Attorneys for Western Digital Technologies, Inc.

[FILED DEC 02 2008 U.S. BANKRUPTCY COURT RICHMOND DIVISION stamp]

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| In re | |
|---|---|
| CIRCUIT CITY STORES, INC., et al, | Case No. 08-35653-KRH |
| | Chapter 11 Case |
| | Jointly Administered (Pending) |
| Debtor. | |

## AMENDED
## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that WESTERN DIGITAL TECHNOLOGIES, INC., by its attorneys, WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

Lei Lei Wang Ekvall, Esq.
Kyra E. Andrassy, Esq.
WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:  (714) 966-1000    Facsimile:  (714) 966-1002
lekvall@wgllp.com
kandrassy@wgllp.com

275555.1

Michael Cobb, Associate General Counsel
**WESTERN DIGITAL**
20511 Lake Forest Drive
Lake Forest, California 92630
Telephone: (949) 672 7832
michael.cobb@wdc.com

**PLEASE TAKE FURTHER NOTICE** that all notices given or required to be given to Western Digital in this case and all papers served or required to be served on Western Digital be given or served at **20511 Lake Forest Drive, Lake Forest, California 92630,** and **NOT** 3576 Collections Center Drive, Chicago, Illinois 60693.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleadings, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which a party is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: November 26, 2008

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: _____
LEI LEI WANG EKVALL
Attorneys for Western Digital
Technologies, Inc.

2

275555.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via first-class mail, postage prepaid, to the following entities this 26th day of November, 2008:

TERRI JONES

W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233

Daniel F. Blanks
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Bruce H. Besanko
9950 Maryland Drive
Richmond, VA 23233

Brad R. Godshall
Pachulski Stang Ziehl & Assoc.
10100 Santa Monica Boulevard
Eleventh Floor
Los Angeles, CA 90067-4100

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219