# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |  |  |
|---|---|---|---|
| **In re:** | ) | | |
| | ) | | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | **Case No.:** | **08-35653-KRH** |
| Debtors. | ) | **Chapter 11** | |

## STATEMENT OF ATTORNEYS FOR CREDITORS PURSUANT
## TO *FEDERAL RULE OF BANKRUPTCY PROCEDURE* 2019

COME NOW William A. Gray, Esquire; C. Thomas Ebel, Esquire; Peter M. Pearl, Esquire; and Lisa Taylor Hudson, Esquire and the law firm of Sands, Anderson, Marks & Miller, P.C. ("Sands, Anderson"), as counsel for the creditors listed on **EXHIBIT A** attached hereto and incorporated herein by reference (collectively, the "Creditors"), asserting claims against Circuit City Stores., *et al.*, and certain of its affiliated Debtors (collectively, the "Debtors"), and make the following statements pursuant to *Federal Rule of Bankruptcy Procedure* 2019.

1.      The Creditors addresses, and the general nature and approximate amount of their claims and dates of acquisition therefore, are set forth on **EXHIBIT A** attached hereto and incorporated herein by reference.

2.      The facts and circumstances relating to the employment of Sands, Anderson by the Creditors are that Sands, Anderson serves as bankruptcy counsel to the Creditors to represent their interests in the Debtors' jointly-administered bankruptcy cases.

C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 648-1636 (Telephone)
(804) 783-7291 (Facsimile)
*Local Counsel for Reverend Dwayne Funches, Individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, Individually; Monument Consulting, LLC; McAlister Square Partners, Ltd., Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; Cynthia Olloway, Individually and as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor; Vornado Gun Hill Road, LLC; and CSI Construction Company*

3.    The Creditors are billed monthly at the Sands, Anderson's normal hourly rates for its shareholders, counsel, associates, and legal assistants for time spent and for costs incurred in providing legal services, pursuant to Sands, Anderson's standard terms and engagement.

4.    Each Creditor has been advised of and has consented to Sands, Anderson's representation of the others.

**Dated**:  **December 4, 2008**                              **Respectfully Submitted,**

                                       **SANDS, ANDERSON, MARKS & MILLER, P.C.**

                                       /s/  Lisa Taylor Hudson
                                       C. Thomas Ebel, Esquire – VSB #18637
                                       William A. Gray, Esquire – VSB #46911
                                       Peter M. Pearl, Esquire – VSB #22344
                                       Lisa Taylor Hudson, Esquire – VSB #45484
                                       Sands, Anderson, Marks & Miller, P.C.
                                       801 East Main Street, Suite 1800
                                       (Post Office Box 1998)
                                       Richmond, Virginia 23219 (23218-1998)
                                       (804) 648-1636 (Telephone)
                                       (804) 783-7291 (Facsimile)
                                       *Local Counsel for Reverend Dwayne Funches,
                                       Individually, and as Independent Executor of the
                                       Estates of Travis Funches, Dione Funches, and
                                       Dwayne Funches, Jr., Emily Funches, Lovera S.
                                       Funches, and Shatira Funches, Individually;
                                       Monument Consulting, LLC; McAlister Square
                                       Partners, Ltd.; Mansfield SEQ 287 and
                                       Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC;
                                       Valley Corners Shopping Center, LLC; Cynthia
                                       Olloway, Individually and as a Special
                                       Administrator of the Estate of Cedric Coy Langston,
                                       Jr., a Deceased Minor; Vornado Gun Hill Road, LLC; and
                                       CSI Construction Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2008, a true and accurate copy of the

foregoing was electronically filed with the Clerk of the Court for the Eastern District of Virginia,

Richmond Division, using the CM/ECF system, which thereby caused the above to be served

electronically on all registered users of the ECF system that have filed notices of appearance in this

matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached

Service List.


_____/s/ Lisa Taylor Hudson_____

3

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

ATTORNEYS FOR DEBTORS

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

ATTORNEYS FOR DEBTORS

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

ATTORNEYS FOR DEBTORS

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606

ATTORNEYS FOR DEBTORS

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

OFFICE OF U.S. TRUSTEE

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601

SPECIAL COUNSEL FOR DEBTORS

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108

COUNSEL FOR BANK OF AMERICA, N.A.

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219

COUNSEL FOR BANK OF AMERICA, N.A.

Lynn L. Tavenner, Esquire

COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS

Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219

/s/ Lisa Taylor Hudson

## EXHIBIT A TO *RULE* 2019 STATEMENT

| Creditor | Address | Nature of Claim | Claim Amount |
|---|---|---|---|
| Reverend Dwayne Funches | | | |
| Reverend Dwayne Funches as independent executor of the Estate of Travis Funches | | | |
| Reverend Dwayne Funches as independent executor of the Estate of Dione Funches | | | |
| Reverend Dwayne Funches as independent executor of the Estate of Dwayne Funches, Jr. | | | |
| Emily Funches | | | |
| Lovera S. Funches | | | |
| Shatira Funches | | | |
| Monument Consulting, LLC | | | |
| McAlister Square Partners, Ltd. | | | |
| Mansfield SEQ 287 and Debbie, Ltd. | | | |
| UTC I, LLC | | | |
| PrattCenter, LLC | | | |
| Valley Corners Shopping Center, LLC | | | |
| Cynthia Olloway, Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor | | | |

| Creditor | Address | Nature of Claim | Claim Amount |
|---|---|---|---|
| Vornado Gunn Hill Road, LLC | | | |
| CSI Construction Company | | | |

**EXHIBIT A**