UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et. al. | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

### STATEMENT OF MULTIPLE REPRESENTATION PURSUANT TO RULE 2019

Christian & Barton, L.L.P. hereby notes its representation of more than one party in the above-styled Chapter 11 case and makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Christian & Barton, L.L.P. is a firm engaged in the practice of law with its offices at 909 East Main Street, Suite 1200, Richmond, Virginia 23219.

2. Christian & Barton, L.L.P. has been retained to represent the parties shown on the attached Schedule A.

3. Christian & Barton, L.L.P. will be compensated by the clients listed on Schedule A.

4. I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief. Executed on December 4, 2008.

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB No. 76011)
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4129
(804) 697-6129 (facsimile)

Counsel to Clients Listed on Schedule A

**CHRISTIAN & BARTON, L.L.P.**
**Counsel for Clients Listed on Schedule A**

**By:** /s/ Jennifer M. McLemore
Jennifer M. McLemore

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB No. 76011)
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4129
(804) 697-6129 (facsimile)
jmclemore@cblaw.com

Counsel to Clients listed on Schedule A

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2008, I forwarded a copy of the foregoing by electronic means or by first class mail, postage prepaid, to the persons required to be served on the "Core" and "2002" lists established by the Debtors.

/s/ Jennifer M. McLemore.
Jennifer M. McLemore

912208