# EXHIBIT A

| CHRISTIAN & BARTON, LLP CLIENTS IN RE CIRCUIT CITY |
|---|
| **1030 W. North Ave. Bldg. LLC** |
| **Amargosa Palmdale Investments, LLC** |
| **Bella Terra Associates, LLC** |
| **Bizport, Ltd.** |
| **Cameron Bayonne,** |
| **Carousel Center Company, L.P.** |
| **CC-Investors 1995-6, a Delaware Trust** |
| **Charlotte (Archdale) UY, LLC** |
| **Cohab Realty, LLC** |
| **Computer Resource Team, Inc.** |
| **Crossroads Shopping Center** |
| **Digital Innovations, LLC** |
| **Drexel Delaware Limited Partnership** |
| **EklecCo Newco, LLC** |
| **Fingerlakes Crossing, LLC** |
| **Fishers Station Development Co.** |
| **Gateway Center Properties III, LLC and SMR Gateway III, LLC as tenants in common** |
| **Generation One and Two, LP** |
| **Hamilton Crossing** |
| **Inland American Retail Management LLC** |
| **Inland Commercial Property Management, Inc.** |
| **Inland Continental Property Management Corp.** |

# EXHIBIT A

| CHRISTIAN & BARTON, LLP CLIENTS IN RE CIRCUIT CITY |
|---|
| Inland Pacific Property Services LLC |
| Inland Southwest Management LLC |
| Inland US Management LLC |
| International Speedway Square, Ltd. |
| James H. Wimmer, Jr., personally |
| Jeff Leopold, personally |
| Kimco Realty Corporation |
| Kite Coral Springs, LLC |
| KRG Market Street Village, LP |
| Landover (Landover Crossing) |
| Lexmark International, Inc. |
| M.I.A. Brookhaven, LLC |
| Manufacturers & Traders Trust Company, as Trustee |
| Media General, Inc. |
| Merge Computer Group, Inc. |
| Myrtle Beach Farms Co., Inc. |
| N.P. Huntsville Limited Liability Company |
| Premier Retail Interiors, Inc. |
| Ridgehaven Plaza Shopping Center |
| Rolling Acres Plaza Shopping Center |
| Sangertown Square |
| Starpoint Property Management, LLC |
| Swanblossom Investments, LP |

2

# EXHIBIT A

| CHRISTIAN & BARTON, LLP CLIENTS IN RE CIRCUIT CITY |
| --- |
| **Tanglewood Park, LLC, Roth Tanglewood, LLC, and Luckoff Land Company, LLC** |
| **The Leben Family Limited Partnership** |
| **The West Campus Square Company, LLC** |
| **Thoroughbred Village** |
| **Union Square Retail Trust** |
| **Warner Home Video, a division of Warner Bros. Home Entertainment Inc.** |
| **Watercress Associates, LP** |
| **Whitestone Development Partners, L.P.** |