# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Case No. 08-35653 |
| et al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

COME NOW Mary A. House, Jonathan L. Gold, Charles R. Gibbs and Sarah Link Schultz of Akin Gump Strauss Hauer & Feld LLP and file this Notice of Appearance and Demand for Service of Papers on behalf of Golfsmith International, L.P., a Delaware limited partnership ("Golfsmith"), and, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 2002 (the "Bankruptcy Rules"), respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone and facsimile numbers listed as follows:

Jonathan L. Gold
Mary A. House
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: jgold@akingump.com
mhouse@akingump.com

NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS – Page 1
490005.0006 WEST 6311493 v1

Charles R. Gibbs  
Sarah Link Schultz  
AKIN GUMP STRAUSS HAUER & FELD LLP  
1700 Pacific Avenue, Suite 4100  
Dallas, Texas 75201-4675  
Telephone: (214) 969-2800  
Facsimile: (214) 969-4343  
Email: cgibbs@akingump.com  
sschultz@akingump.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers to which the Bankruptcy Rules refer and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, Golfsmith requests that it be provided with a copy of any disclosure statement to be submitted prior to its approval and any and all plans of reorganization.

Dated this 4th day of December, 2008.

                                                  */s/ Mary A. House*  
                                      Jonathan L. Gold (D.C. Bar Number: 452025)  
                                      Mary A. House (Virginia Bar Number: 66613)  
                                      AKIN GUMP STRAUSS HAUER & FELD LLP  
                                      1333 New Hampshire Avenue, N.W.  
                                      Washington, D.C. 20036  
                                      Telephone: (202) 887-4000  
                                      Facsimile: (202) 887-4288

                                                    -- and --

                                      Charles R. Gibbs (Texas Bar Number: 07846300)  
                                      Sarah Link Schultz (Texas Bar Number: 24033047)  
                                      AKIN GUMP STRAUSS HAUER & FELD LLP  
                                      1700 Pacific Avenue, Suite 4100  
                                      Dallas, Texas 75201-4675  
                                      Telephone:   (214) 969-2800  
                                        Facsimile:   (214) 969-4343

                                      ATTORNEYS FOR GOLFSMITH INTERNATIONAL, L.P., A DELAWARE LIMITED PARTNERSHIP

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th Day of December, 2008, a true and accurate copy of the foregoing *Notice of Appearance* was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons listed below.

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA  23233

Dion W. Hayes
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA  23233

W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA  23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067-4100

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219

*Sarah Link Schultz*
Sarah Link Schultz