Sheila L. Shadmand (VA Bar No. 43639)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.*, | ) Case No. 08-35653-KRH |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |
| | ) |

## MOTION FOR ADMISSION OF BRETT J. BERLIN
## AS A FOREIGN ATTORNEY

Pursuant to Local Rule 2090-1(E)(2) of the United States Bankruptcy Court for the Eastern District of Virginia, Sheila L. Shadmand, Esquire, a member in good standing of the bar of this Court, hereby moves for the admission of Brett J. Berlin, Esquire, to appear as a foreign attorney in the above-captioned proceedings as counsel for Ventura In Manhattan, Inc.

In support of this motion, the movant respectfully certifies as follows:

1. The undersigned is a member in good standing of the Bar of the Bankruptcy Court for the Eastern District of Virginia, and an attorney with the Washington, D.C. office of the law firm Jones Day.

2. The proposed admittee, Mr. Berlin, is an attorney with the Atlanta, Georgia office of the law firm Jones Day. Mr. Berlin's address is 1420 Peachtree Street, N.E., Suite 800 Atlanta, Georgia 30309-3053. His telephone number is (404) 521-3939.

Mr. Berlin is a member in good standing, admitted in 1997, to the Bar of the State of Georgia.  He is also a member in good standing of the Bar of the State of Florida, admitted in 1996.  He is admitted to practice in the United States Court of Appeals for the Eleventh Circuit, the United States District Courts for the Northern and Middle Districts of Georgia, and the United States Bankruptcy Court for the Northern District of Georgia.

3. Mr. Berlin has never been disbarred, suspended or denied admission to practice.

4. Mr. Berlin is familiar with the Federal Bankruptcy Rules, the Local Bankruptcy Rules, the Federal Rules of Evidence and understands that he shall be subject to the disciplinary jurisdiction of this Court.

5. It is understood that admission as a foreign attorney does not constitute formal admission to the bar of the United States Bankruptcy Court for the Eastern District of Virginia.

WHEREFORE, the undersigned requests the entry of an order granting Brett J. Berlin permission to appear as a foreign attorney in the above-captioned proceedings as counsel for Ventura In Manhattan, Inc., and grant such other relief as may be necessary and appropriate.

Dated: December 4, 2008

Respectfully Submitted,

/s/ Sheila L. Shadmand
Sheila L. Shadmand (VA Bar No. 43639)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone: (202) 879-3939
Facsimile:  (202) 626-1700
slshadmand@jonesday.com

***COUNSEL FOR VENTURA IN MANHATTAN, INC.***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 4, 2008, I caused a true and correct copy of the above Motion for Admission of Brett J. Berlin as a Foreign Attorney was electronically filed with the Clerk of the Court using the CM/ECF system, which shall cause notice of electronic filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

    /s/  Sheila L. Shadmand_____
Sheila L. Shadmand