**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al*., | ) | Case No.  08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |

**ORDER GRANTING ADMISSION OF BRETT J. BERLIN**
**AS A FOREIGN ATTORNEY**

Upon the Motion for Admission of Brett J. Berlin as a Foreign Attorney and the representations by counsel Sheila L. Shadmand that Brett J. Berlin is a practicing attorney in good standing in the State of Georgia and the State of Florida; it is hereby

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that Brett J. Berlin may appear and practice as a Foreign Attorney in the above-referenced proceedings and any related adversary litigation on behalf of Ventura In Manhattan, Inc., pursuant to Local Bankruptcy Rule 2090-1(E)(2).


DATE: _____   _____

                                                       UNITED STATES BANKRUPTCY JUDGE

- 2 -

I ASK FOR THIS:

  /s/ Sheila L. Shadmand
Sheila L. Shadmand (VA Bar No. 43639)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
slshadmand@jonesday.com

*COUNSEL FOR VENTURA IN MANHATTAN, INC.*

## LOCAL RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing Proposed Order Granting Admission of Brett J. Berlin as a Foreign Attorney has been either endorsed or served upon all necessary parties.

_____
Sheila L. Shadmand