| LOCATION | CITY, STATE | LANDLORD |
|---|---|---|
|  | San Antonio, TX | Cencor |
| Bakesfield Commons | Bakersfield, CA | Centro |
| Baybrook Gateway | Webster, TX | Centro |
| Chamberlain Plaza | Meriden, CT | Centro |
| Coastal Way | Brooksville, FL | Centro |
| The Commons @ Chancellor | Charlotte, NC | Centro * |
| Conyers Crossroads | Conyers, GA | Centro * |
| Dickson City Crossings | Dickson City, PA | Centro |
| Shops at East Chase | Montgomery, AL | Centro |
| Esplanade Shopping Center | Oxnard, CA | Centro |
| Freshwater-Stateline Plaza | Enfield, CT | Centro |
| Heritage Square | Naperville, IL | Centro |
| Innes Street Market | Salisbury, NC | Centro |
| Lakes Crossing | Norton Shores, MI | Centro |
| Memphis Commons | Memphis, TN | Centro |
| Midway Market Square | Elyria, OH | Centro * |
| Montebello Plaza | Montebello, CA | Centro |
| Northridge Plaza | Milwaukee, WI | Centro * |
| Pensacola Square | Pensacola, FL | Centro |
| Sharpstown Plaza | Houston, TX | Centro * |
| Springbrook Plaza | Canton, OH | Centro |
| Sun Plaza | Walton Beach, FL | Centro |
| University Commons-Greenville | Greenville, NC | Centro |
| Venture Pointe | Duluth, GA | Centro * |
| Westminster City Center | Westminster, CO | Centro |
| Quince Orchard S. Ctr. | Gaithersburg, MD | Federal |
| Troy Hills Shopping Center | Parsippany, NJ | Federal |
| Southmont Shopping Center | Bethlehem, PA | Morris |
|  | Leesburg, VA | Uniwest |
| * = GOB Location | | |

December 4, 2008 (5:53PM)

# SCHEDULE 1

DMEAST #10166119 v1