LATHAM & WATKINS LLP
J. Christian Word (VSB No. 46008)
11955 Freedom Drive
Reston, VA  20190-5651
Tel:  (703) 456-1000
Facsimile: (703) 456-1001
Email: christian.word@lw.com

and

Caroline A. Reckler
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
Tel: (312) 876-7700
Facsimile: (312) 993-9767
Email: caroline.reckler@lw.com

COUNSEL TO A JOINT VENTURE COMPOSED OF
HILCO MERCHANT SERVICES, LLC AND
GORDON BROTHERS RETAIL PARTNERS, LLC

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

-----------------------------------------------------------------x
                                                                        :
In re:                                                               :    Chapter 11
                                                                        :
Circuit City Stores, Inc., et al.,                           :
                                                                        :    Case No. 08-35653 (KRH)
                                    Debtors.             :
                                                                        :    [Joint Administration pending]
                                                                        :
                                                                        :
-----------------------------------------------------------------

**MOTION FOR ADMISSION *PRO HAC VICE***

**TO THE UNITED STATES BANKRUPTCY JUDGE:**

Pursuant to Local Rule 2090- (E) (2), J. Christian Word, a member in good standing of the bar of this Court, hereby moves this Court for the admission *pro hac vice* of Caroline A. Reckler in the above-captioned jointly administered cases, and in support thereof respectfully states as follows:

CH\1069820.1

1. Caroline A. Reckler is an associate with the law firm of Latham & Watkins LLP, located at 233 South Wacker Dr., Ste 5800, Chicago, IL 60606, and is licensed to practice law in the State of Illinois.

2. Ms. Reckler has never been convicted of any crime nor publicly reprimanded, censured, suspended, disciplined or disbarred by any court. In addition, no disciplinary action, contempt or other proceeding involving Ms. Reckler is pending before any court.

3. Ms. Reckler is familiar with (a) the Bankruptcy Code, (b) the Federal Rules of Bankruptcy Procedure, (c) the Federal Rules of Civil Procedure and (d) the Local Rules of this Court and the United States District Court for the Eastern District of Virginia and is willing to submit to the jurisdiction of this Court and comply with all rules and procedures established by this Court.

WHEREFORE, J. Christian Word respectfully moves this Court for the admission, *pro hac vice*, of Caroline A. Reckler in the above-captioned jointly administered cases.

Dated: December 4, 2008
Reston, VA

Respectfully submitted,

**LATHAM & WATKINS LLP**
By: /s/ Christian Word
J. Christian Word (VSB No. 46008)
11955 Freedom Drive
Reston, VA  20190-5651
Tel:  (703) 456-1000
Facsimile: (703) 456-1001
Email: christian.word@lw.com

Counsel for a Joint Venture composed of Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC

CH\1069820.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2008, I electronically filed the foregoing Motion for Admission Pro Hac Vice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those attorneys registered to receive notices. Additionally, I served a copy of the document on the following parties in the manner indicated.

**FIRST CLASS U.S. MAIL**

Office of the United States Trustee
600 East Main Street, Suite 301
Richmond, VA  23219

Dion W. Hayes
Douglas M. Foley
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA  23219

/s/ Christian Word
J. Christian Word

CH\1069820.1