| | |
|---|---|
| William H. Schwarzschild, III - VSB No. 15274 | Jay T. Blount |
| W. Alexander Burnett – VSB No. 68000 | Senior Corporate Counsel |
| WILLIAMS, MULLEN | Dick's Sporting Goods, Inc. |
| Two James Center, 16th Floor | 300 Industry Drive |
| 1021 East Cary Street | RIDC Park West |
| Post Office Box 1320 | Pittsburgh, PA 15275 |
| Richmond, Virginia 23218-1320 | Phone: 724.273.3675 |
| Phone: 804.783.6489 | Fax: 724.227.1928 |
| FAX: 804.783.6507 | Email: jay.blount@dcsg.com |
| tschwarz@williamsmullen.com | |
| aburnett@williamsmullen.com | |

*Counsel for Dick's Sporting Goods, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

---------------------------------------------------------x
                                                         :
In re:                                                   :  Chapter 11
                                                         :
CIRCUIT CITY STORES, INC., *et al.*,                     :  Case No. 08-35653 (KRH)
                                                         :
          Debtors.                                       :  (Jointly Administered)
                                                         :
---------------------------------------------------------x

### NOTICE OF APPEARANCE OF DICK'S SPORTING GOODS, INC. PURSUANT TO BANKRUPTCY RULE 9010 AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned appears as counsel for Dick's Sporting Goods, Inc. ("Dick's Sporting Goods") a creditor and party in interest herein, and pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, requests that all notice given or required to be given in this case and all papers served in this case be given to and served upon:

> William H. Schwarzschild, III - VSB No. 15274
> W. Alexander Burnett – VSB No. 68000
> WILLIAMS, MULLEN
> Two James Center, 16th Floor
> 1021 East Cary Street
> Post Office Box 1320
> Richmond, Virginia 23218-1320
> Phone: (804) 783-6489
> FAX: (804) 783-6507
> Email: tschwarz@williamsmullen.com
> Email: aburnett@williamsmullen.com

and to

Jay T. Blount
Senior Corporate Counsel
Dick's Sporting Goods, Inc.
300 Industry Drive
RIDC Park West
Pittsburgh, PA  15275
Phone: 724.273.3675
Fax:    724.227.1928
Email: jay.blount@dcsg.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Dick's Sporting Goods' right to have final orders in noncore matters entered only after de novo review by a district court judge (ii) the right to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) the right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which Dick's Sporting Goods is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  Richmond, Virginia
        December 4, 2008

**WILLIAMS MULLEN**

By: ___/s/ W. Alexander Burnett_____

William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
FAX:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

Jay T. Blount
Senior Corporate Counsel
Dick's Sporting Goods, Inc.
300 Industry Drive
RIDC Park West
Pittsburgh, PA  15275
Phone: 724.273.3675
Fax:    724.227.1928
Email: jay.blount@dcsg.com
  *Counsel for Dick's Sporting Goods, Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 4th day of December, 2008, a true and accurate copy of the foregoing Notice of Appearance of Dick's Sporting Goods, Inc. was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

           /s/ *W. Alexander Burnett*

1688882v1

## SERVICE LIST

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
*Proposed Counsel for the Debtors*
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia  23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
*Proposed Counsel for the Debtors*
One James Center
901 East Cary Street
Richmond, Virginia  23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Proposed Counsel for the Debtors*
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Proposed Counsel for the Debtors*
333 West Wacker Drive
Chicago, Illinois  60606

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
*Proposed Counsel for the Official Committee of Unsecured Creditors*
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067-4100

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*
780 Third Avenue, 36th Floor
New York, New York  10017-2024

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, Virginia  23219