IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------- x
                                                                                     :

In re:                                                      :        Chapter 11

CIRCUIT CITY STORES, INC., et al.   :        Case No. 08-35653-KRH

Debtors.     :        Jointly Administered
                                                                  :        Judge Kevin R. Huennekens
------------------------------------------------------- x

**JOINDER OF GALLERIA PLAZA, LTD. TO LIMITED OBJECTION
OF DICK'S SPORTING GOODS, INC. TO ORDER PURSUANT TO
11 U.S.C. SECTIONS l05(a), 365(a) AND 554 AND FED. R. BANKR. P. 6006
AUTHORIZING REJECTION OF UNEXPIRED LEASES AND SUBLEASES
OF NONRESIDENTIAL REAL PROPERTY AND  ABANDONMENT
OF PERSONAL PROPERTY EFFECTIVE AS OF THE PETITION DATE**

      Galleria Plaza, Ltd. ("**Galleria**") by and through its undersigned counsel, hereby submits this joinder (the "**Joinder**") to the Limited Objection to the Debtors' Motion for Order Pursuant to 11 U.S.C. sections 105(a), 365(a), and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (the "**Dick's Limited Objection**").

Robert S. Westermann [VSB # 43294]
Henry (Toby) P. Long  III [VSB # 75134]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

and

Lynnette R. Warman [Texas Bar No. 20867940]
HUNTON & WILLIAMS LLP
1445 Ross Avenue, Suite 3700
Dallas, TX  75202
Telephone:  (214) 979-3000
Facsimile:  (214) 880-0011

Counsel for Galleria Plaza, Ltd.

1. Dick's Limited Objection is Docket #275. Galleria shares the concerns raised in Dick's Limited Objection regarding the Debtors' request to reject the Galleria Lease as of the November 10, 2008 (the "**Petition Date**") and the refusal to pay November rent.

2. The space is not vacant - it is occupied by Dick's, which paid its November rent to the Debtors before the Petition Date. If the Debtors are attempting to reject the lease as of the Petition Date, and keep the November rent, the Debtors will receive a windfall at the expense of both the landlord and the subtenant. Section 365 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (as amended, the "**Bankruptcy Code**") was not designed to permit such a result, and the Court should not allow it.

3. The Petition Date was not November, 1, 2008, yet Debtors seem to be treating that date as the petition/rejection date. Instead, the obligations under the lease accrued on November 1, 2008, and the Petition Date did not occur until November 10, 2008, at which time the motion to reject ("**Rejection Motion**") was filed. As the November rent was due and payable on November 1, 2008, Dick's paid the same, along with pro-rata taxes, to Debtor's care on or before that date, and Debtors did not file their Rejection Motion until much later, Debtors are not entitled to a ten (10) day free ride, and must turn over the full amount of the November payment to Galleria Plaza, Ltd.—over $87,000.00 that does not rightfully belong to them. *See In re Geonex Corp.*, 258 B.R. 336, 339 (Bankr. D. Md. 2001) (payments in a lease rejection situation are not based upon a benefit received by the estate, but rather the protection of the landlord). Anything else would be inequitable.

4. Galleria respectfully requests that this Court treat this Joinder as a written memorandum of points and authorities or waive any requirement that this Joinder be accompanied by a written memorandum of points and authorities as described in Rule 9013-

1(H)(2) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Eastern District of Virginia.

WHEREFORE, Galleria Plaza, Ltd. respectfully requests that the Rejection Motion be denied to the extent that it seeks to reject the Prime Lease and Sublease as of the Petition Date without requiring the Debtors to pay over the November Payments and Tax Payments to the Prime Landlord.

Dated:  December 4, 2008                          /s/ Henry (Toby) P. Long, III           
       Richmond, Virginia                          Robert S. Westermann [VSB # 43294]
                                                                 Henry (Toby) P. Long III [VSB # 75134]
                                                                 **HUNTON & WILLIAMS LLP**
                                                                 Riverfront Plaza, East Tower
                                                                 951 East Byrd Street
                                                                 Richmond, Virginia 23219-4074
                                                                 Telephone: (804) 788-8200
                                                                 Facsimile: (804) 788-8218

                                                                and

                                                                Lynnette R. Warman [Texas Bar No. 20867940]
                                                                **HUNTON & WILLIAMS LLP**
                                                                1445 Ross Avenue, Suite 3700
                                                                Dallas, TX  75202
                                                                Telephone:  (214) 979-3000
                                                                Facsimile:  (214) 880-0011

                                                                Counsel for Galleria Plaza, Ltd.

## CERTIFICATE OF SERVICE

       I hereby certify that on December 4, 2008, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

Counsel for the Debtors

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

U.S. Trustee for the Eastern District of Virginia

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Counsel for the Creditor's Committee

                                                                _/s/ Henry (Toby) P. Long, III_____