Paul S. Bliley, Jr. – VSB No. 13973
William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS MULLEN
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.643.1991
FAX:  804.783.6507
pbliley@williamsmullen.com
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

---------------------------------------------------------x
                                                         :
In re:                                                   : Chapter 11
                                                         :
CIRCUIT CITY STORES, INC., *et al*.,                     : Case No. 08-35653 (KRH)
                                                         :
                Debtors.                                 : (Jointly Administered)
                                                         :
---------------------------------------------------------x


## STATEMENT OF MULTIPLE REPRESENTATION PURSUANT TO RULE 2019

Williams Mullen Clark & Dobbins, P.C. ("Williams Mullen"), hereby notes its representation of more than one creditor in the above-styled Chapter 11 cases and makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Williams Mullen has been retained by multiple creditors or interested parties to serve as counsel to represent their respective interests in the above-styled Chapter 11 cases of Circuit City Stores, Inc., *et al.* ("Circuit City").

2. Williams Mullen is counsel for the creditors whose names, addresses, the nature of whose claims or interests and the times of the acquisition thereof, except as to claims alleged to have been acquired more than one year prior to the filing of said petition, are as follows:

| Client | Address | Nature of Claim or Interest |
|---|---|---|
| CarMax, Inc. | 12800 Tuckahoe Creek Pkwy, Richmond, VA 23238-1115 | Assignment of Lease and Sub-Tenant |
| Crown CCI and Burbank Mall Associates, LLC | Wendy W. Huang, Esq. Crown Realty & Development 18201 von Karman Avenue, Suite 950, Irvine, CA 92612 | Landlord |
| Dick's Sporting Goods, Inc. | Jay T. Blount, Senior Corporate Counsel 300 Industry Drive, RIDC Park West, Pittsburgh, PA 15275 | Sub-Tenant |
| DIRECTV, Inc. | Joseph R. Sgroi, Esq. 2230 E. Imperial Hwy, El Segundo, CA 90245 | Creditor |
| Dollar Tree | 500 Volvo Parkway, Chesapeake, VA 23320 | Sub-Tenant |
| Golf Galaxy, Inc. | Jay T. Blount, Senior Corporate Counsel 300 Industry Drive, RIDC Park West, Pittsburgh, PA 15275 | Sub-Tenant |
| LumiSource, Inc. | John M. Brom, Esq. 2950 Old Higgins Road, Elk Grove Village, IL 60007 | Creditor |
| Phillips Sales, Inc. | Terry Phillips 2700 Polo Parkway, Ste 200, Midlothian, VA 23113 | Creditor |
| Stillwater Designs and Audio, Inc. | Kim Wright 3100 North Husband, Stillwater, OK 74075 | Vendor Creditor |
| Vonage Holdings, Inc. | Angelique Electra 23 Main Street, D2-180, Holmdel, NJ 07733-2136 | Creditor |

3. As for the pertinent facts and circumstances in connection with the employment

of Williams Mullen, with each of the above referenced parties, Williams Mullen was engaged either directly by the party, the party's general counsel, or other counsel for the party to render advice and counsel in connection with the above-styled Chapter 11 cases.

4. Williams Mullen has disclosed this multiple representation to each of its above-referenced clients and has determined that its representation of such clients will not present a conflict.

5. In addition, Williams Mullen represented Circuit City in certain specific pre-petition matters unrelated to the above-styled Chapter 11 cases. Williams Mullen has received consent from Circuit City and all of the above-referenced clients to render services in these cases, and the clients have been apprised of our prior engagement by Circuit City. Each of the clients has consented to the multiple representations of the nature described herein.

6. As for a copy of the instrument, if any, whereby Williams Mullen is empowered to act on behalf of creditors, Williams Mullen is employed only as counsel and is not authorized by instrument or otherwise to act for any client except in that capacity.

7. This statement is made by W. Alexander Burnett, an attorney at law duly admitted to the bar of the Commonwealth of Virginia and an attorney in the law firm of Williams Mullen, under penalty of perjury, and is verified to be true and correct as of the date hereof to the best of his knowledge and belief.

WILLIAMS MULLEN CLARK & DOBBINS, P.C.

By */s/ W. Alexander Burnett*_____
Of Counsel

Paul S. Bliley, Jr. – VSB No. 13973
William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS MULLEN
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.643.1991
FAX:  804.783.6507
pbliley@williamsmullen.com
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

1688874v1

4

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of December, 2008, a true and accurate copy of the foregoing Statement of Multiple Representation Pursuant to Rule 2019 was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

      */s/ W. Alexander Burnett*
      _____

## SERVICE LIST

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
*Counsel for the Debtors*
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia  23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
*Counsel for the Debtors*
One James Center
901 East Cary Street
Richmond, Virginia  23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Counsel for the Debtors*
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Counsel for the Debtors*
333 West Wacker Drive
Chicago, Illinois  60606

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
*Counsel for the Official Committee of Unsecured Creditors*
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
*Counsel for the Official Committee of Unsecured Creditors*
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067-4100

6

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
*Counsel for the Official Committee of Unsecured Creditors*
780 Third Avenue, 36th Floor
New York, New York  10017-2024

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, Virginia  23219

1688874v1