IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| In re: | : | Chapter 11 |
|---|---|---|
| Circuit City Stores, Inc., et al. | : | Case No. 08-35653 (KRH) |
| Debtors. | : | |

MOTION TO APPEAR *PRO HAC VICE* PURSUANT
TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)

William A. Gray, Esquire (the "**Movant**"), a member in good standing of the bar of, and admitted to practice in, the Commonwealth of Virginia, and admitted to practice before, among other courts, the United States Bankruptcy Court for the Eastern District of Virginia (the "**Court**"), and a counsel with Sands Anderson Marks & Miller, P.C. hereby moves (the "**Motion**") this Court to enter an order, the proposed form of which is attached hereto as Exhibit A, authorizing Christine D. Lynch (the "**Admittee**") to appear *pro hac vice* before this Court to represent Ray Mucci's, Inc., Route 146 Millbury, LLC, Interstate Augusta Properties, LLC, E&A Northeast Limited Partnership, and NPP Development (together, the "Clients") in the above-captioned chapter 11 bankruptcy cases pursuant to Rule 2090-1(E)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "**Local Bankruptcy Rules**"). In support of the Motion, the Movant states as follows:

---

C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 783-7237
Fax:    (804) 783-7291
  *Attorney for Ray Mucci's, Inc., Route 146 Millbury, LLC,*
  *Interstate Augusta Properties, LLC, E&A Northeast Limited Partnership,*
  *and NPP Development*

1. Ms. Lynch is an associate of Goulston & Storrs, P.C., 400 Atlantic Ave., Boston, Massachusetts 02110-3333. She is a member in good standing of the bar of the Commonwealth of Massachusetts and the bar of the State of New York, and the bars of the U.S. District Courts for the Southern, Northern and Eastern Districts of New York and the District of Massachusetts. There are no disciplinary proceedings pending in any court against her.

2. The Movant requests that this Court grant this Motion so that the Admittee may appear and be heard at hearings in these chapter 11 cases, and related Adversary Proceedings involving Clients, Ray Mucci's, Inc., Route 146 Millbury, LLC, Interstate Properties, LLC, E&A Northeast Limited Partnership, and NPP Development.

## WAIVER OF MEMORANDUM OF LAW

3. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

## NO PRIOR REQUEST

4. No prior request for the relief sought herein has been made to this Court in these bankruptcy cases or to any other court.

**WHEREFORE,** the Movant respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit A: (i) authorizing the Admittee to appear *pro hac vice* in association with the Movant as attorneys for Clients, and (ii)

granting such other and further relief as is just and proper.

Dated: Richmond, Virginia
December 4, 2008

/s/ William A. Gray_____
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 783-7237
Fax: (804) 783-7291
*Attorneys for Attorney for Ray Mucci's, Inc., Route 146 Millbury, LLC, Interstate Augusta Properties, LLC, E&A Northeast Limited Partnership, and NPP Development*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2008, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

3

## SERVICE LIST

| | |
|---|---|
| Daniel F. Blanks, Esquire<br>Douglas M. Foley, Esquire<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510 | ATTORNEYS FOR DEBTORS |
| Dion W. Hayes, Esquire<br>James S. Sheerin, Esquire<br>Sarah Beckett Boehm, Esquire<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | ATTORNEYS FOR DEBTORS |
| Gregg M. Galardi, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>   One Rodney Square<br>Post Office Box 636<br>Wilmington, Delaware 19899-0636 | ATTORNEYS FOR DEBTORS |
| Chris L. Dickerson, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>333 West Wacker Drive<br>Chicago, IL 60606 | ATTORNEYS FOR DEBTORS |
| Robert Van Arsdale, Esquire<br>Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 | OFFICE OF U.S. TRUSTEE |
| Linda K. Myers, Esquire<br>Kirkland & Ellis, LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601 | SPECIAL COUNSEL FOR DEBTORS |
| David S. Berman, Esquire<br>AMERICA, N.A.<br>Riemer & Braunstein, LLP<br>Three Center Plaza, 6th Floor<br>Boston, Massachusetts 02108 | COUNSEL FOR BANK OF |

4

| | |
|---|---|
| Bruce Matson, Esquire<br>LeClair Ryan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, 8th Floor<br>Richmond, Virginia 23219 | COUNSEL FOR BANK OF<br>BANK OF AMERICA, N.A. |
| Lynn L. Tavenner, Esquire<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia 23219 | COUNSEL FOR THE OFFICIAL<br>COMMITTEE OF<br>UNSECURED CREDITORS |

                                                    _/s/ William A. Gray_____

Exhibit "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| In re: | : | Chapter 11 |
| --- | --- | --- |
|  | : |  |
| Circuit City Stores, Inc., et al., | : | Case No. 08-35653 (KRH) |
|  | : |  |
| Debtors. | : |  |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

THIS MATTER having come before the Court upon the Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the **"Motion"** )[1] of William A. Gray, counsel with the law firm of Sands Anderson Marks & Miller, P.C. for the admission *pro hac vice* of Christine D. Lynch, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

---

C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 783-7237
Fax: (804) 783-7291
*Attorney for Ray Mucci's, Inc., Route 146 Millbury, LLC,
Interstate Augusta Properties, LLC, E&A Northeast Limited Partnership,
and NPP Development*

creditors, (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary, and (v) good and

sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED**;

2. Christine D. Lynch is permitted to appear *pro hac vice* as counsel to Ray Mucci's, Inc., Route 146 Millbury, LLC, Interstate Augusta Properties, LLC, E&A Northeast Limited Partnership, and NPP Development in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(E)(2); and

3. The Clerk is requested to send attested copies of this Order, after entry, to all counsel and parties.


WE ASK FOR THIS:


/s/ William A. Gray
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands Anderson Marks & Miller
801 E. Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 783-7237
Fax:     (803) 783-7291
*Attorney for Ray Mucci's, Inc., Route 146 Millbury, LLC,*
*Interstate Augusta Properties, LLC, E&A Northeast Limited Partnership,*
*and NPP Development*

7

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

  Pursuant to Local Rule 9022-1 (C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                  /s/ William A. Gray