# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| **CIRCUIT CITY STORES, INC.**, *et al*., | ) | Case No.: | 08-35653-KRH |
| | ) | | |
| Debtors. | ) | Chapter 11 | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that William A. Gray, Esquire; C. Thomas Ebel, Esquire; Peter M. Pearl, Esquire; Lisa Taylor Hudson, Esquire; and the law firm of Sands, Anderson, Marks, & Miller, P.C. ("Sands, Anderson") enter their appearance on behalf of landlords, Vornado Gun Hill Road, LLC, Amherst VF LLC, East Brunswick VF LLC, North Plainfield VF LLC, Alexander's Rego Park Center, Inc., Towson VF LLC, Green Acres Mall LLC, Wayne VF LLC, VNO Mundy Street LLC, and VNO TRU Dale Mabry, LLC (the "Landlords") pursuant to *Bankruptcy Code* § 1109 and *Federal Rules of Bankruptcy Procedure* 2002 and 9010, and requests that copies of all notices, pleadings, and other papers given or filed in this case be served at the following addresses:

---

C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 648-1636 (Telephone)
(804) 783-7291 (Facsimile)
*Local Counsel for Reverend Dwayne Funches, Individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, Individually; Monument Consulting, LLC; McAlister Square Partners, Ltd., Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; Cynthia Olloway, Individually and as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor; Vornado Gun Hill Road, LLC; Amherst VF LLC; East Brunswick VF LLC; North Plainfield VF LLC; Alexander's Rego Park Center, Inc.; Towson VF LLC; Green Acres Mall LLC; Wayne VF LLC; VNO Mundy Street LLC; VNO TRU Dale Mabry, LLC; and CSI Construction Company*

        C. Thomas Ebel, Esquire (VSB # 18637)
        William A. Gray, Esquire (VSB #46911)
        Peter M. Pearl, Esquire (VSB #22344)
        Lisa Taylor Hudson, Esquire (VSB #45484)
        Sands Anderson Marks & Miller, P.C.
        801 E. Main Street, Suite 1800
        (P.O. Box 1998)
        Richmond, VA 23219 (23218-1998)
        (804) 648-1636 Telephone
        (804) 783-7291 Facsimile

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, notices, pleadings, and any other papers relating to any application, complaint, demand, hearing, motion, order, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, or otherwise filed with regard to the above-mentioned case or proceedings therein.

**Dated**: **December 4, 2008**    **Respectfully Submitted,**

        **SANDS, ANDERSON, MARKS & MILLER, P.C.,**

        **By Counsel**

        /s/ Lisa Taylor Hudson
        C. Thomas Ebel, Esquire – VSB #18637
        William A. Gray, Esquire – VSB #46911
        Peter M. Pearl, Esquire – VSB #22344
        Lisa Taylor Hudson, Esquire – VSB #45484
        Sands, Anderson, Marks & Miller, P.C.
        801 East Main Street, Suite 1800
        (Post Office Box 1998)
        Richmond, Virginia 23219 (23218-1998)
        (804) 648-1636 (Telephone)
        (804) 783-7291 (Facsimile)
        *Local Counsel for Reverend Dwayne Funches,*
        *Individually, and as Independent Executor of the*
        *Estates of Travis Funches, Dione Funches, and*
        *Dwayne Funches, Jr., Emily Funches, Lovera S.*
        *Funches, and Shatira Funches, Individually;*
        *Monument Consulting, LLC; McAlister Square*
        *Partners, Ltd.; Mansfield SEQ 287 and*
        *Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC;*
        *Valley Corners Shopping Center, LLC; Cynthia*
        *Olloway, Individually and as a Special*

>*Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor; Vornado Gun Hill Road, LLC; Amherst VF LLC; East Brunswick VF LLC; North Plainfield VF LLC; Alexander's Rego Park Center, Inc.; Towson VF LLC; Green Acres Mall LLC; Wayne VF LLC; VNO Mundy Street LLC; VNO TRU Dale Mabry, LLC; and CSI Construction Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of December, 2008, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the Service List below.

## **SERVICE LIST**

| | |
|---|---|
| Daniel F. Blanks, Esquire<br>Douglas M. Foley, Esquire<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510 | ATTORNEYS FOR DEBTORS |
| Dion W. Hayes, Esquire<br>James S. Sheerin, Esquire<br>Sarah Beckett Boehm, Esquire<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | ATTORNEYS FOR DEBTORS |
| Gregg M. Galardi, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>   One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636 | ATTORNEYS FOR DEBTORS |

| | |
|---|---|
| Chris L. Dickerson, Esquire<br>Skadden Arps Slate Meagher & Flom, LLC<br>333 West Wacker Drive<br>Chicago, IL 60606 | ATTORNEYS FOR DEBTORS |
| Robert Van Arsdale, Esquire<br>Assistant U.S. Trustee<br>Office of the U.S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 | OFFICE OF U.S. TRUSTEE |
| Linda K. Myers, Esquire<br>Kirkland & Ellis, LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601 | SPECIAL COUNSEL FOR DEBTORS |
| David S. Berman, Esquire<br>Riemer & Braunstein, LLP<br>Three Center Plaza, 6th Floor<br>Boston, Massachusetts 02108 | COUNSEL FOR BANK OF AMERICA, N.A. |
| Bruce Matson, Esquire<br>LeClair Ryan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, 8th Floor<br>Richmond, Virginia 23219 | COUNSEL FOR BANK OF AMERICA, N.A. |
| Lynn L. Tavenner, Esquire<br><br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia 23219 | COUNSEL FOR THE OFFICIAL<br>COMMITTEE OF UNSECURED CREDITORS |

      /s/ Lisa Taylor Hudson