## EXHIBIT A TO NOTICE OF APPEARANCE

| Creditor | Address | Nature of Claim | Claim Amount |
|---|---|---|---|
| Reverend Dwayne Funches | | | |
| Reverend Dwayne Funches as independent executor of the Estate of Travis Funches | | | |
| Reverend Dwayne Funches as independent executor of the Estate of Dione Funches | | | |
| Reverend Dwayne Funches as independent executor of the Estate of Dwayne Funches, Jr. | | | |
| Emily Funches | | | |
| Lovera S. Funches | | | |
| Shatira Funches | | | |
| Monument Consulting, LLC | | | |
| McAlister Square Partners, Ltd. | | | |
| Mansfield SEQ 287 and Debbie, Ltd. | | | |
| UTC I, LLC | | | |
| PrattCenter, LLC | | | |
| Valley Corners Shopping Center, LLC | | | |
| Cynthia Olloway, Individually and as Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor | | | |

| **Creditor** | **Address** | **Nature of Claim** | **Claim Amount** |
|---|---|---|---|
| Vornado Gunn Hill Road, LLC | | | |
| Amherst VF LLC | | | |
| East Brunswick VF LLC | | | |
| North Plainfield VF LLC | | | |
| Alexander's Rego Park Center, Inc. | | | |
| Towson VF LLC | | | |
| Green Acres Mall LLC | | | |
| Wayne VF LLC | | | |
| VNO Mundy Street LLC | | | |
| VNO TRU Dale Mabry, LLC | | | |
| CSI Construction Company | | | |

**EXHIBIT A**