# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | **Case No.:**    **08-35653-KRH** |
| **Debtors.** | ) | **Chapter 11** |

### STATEMENT OF ATTORNEYS FOR CREDITORS PURSUANT TO *FEDERAL RULE OF BANKRUPTCY PROCEDURE* 2019

COME NOW William A. Gray, Esquire; C. Thomas Ebel, Esquire; Peter M. Pearl, Esquire; and Lisa Taylor Hudson, Esquire and the law firm of Sands, Anderson, Marks & Miller, P.C. ("Sands, Anderson"), as counsel for the creditors listed on **EXHIBIT A** attached hereto and incorporated herein by reference (collectively, the "Creditors"), asserting claims against Circuit City Stores., *et al.*, and certain of its affiliated Debtors (collectively, the "Debtors"), and make the following statements pursuant to *Federal Rule of Bankruptcy Procedure* 2019.

1.      The Creditors addresses, and the general nature and approximate amount of their claims and dates of acquisition therefore, are set forth on **EXHIBIT A** attached hereto and incorporated herein by reference.

_____
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Local Counsel for Reverend Dwayne Funches, Individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, Individually; Monument Consulting, LLC; McAlister Square Partners, Ltd., Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; Cynthia Olloway, Individually and as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor; Vornado Gun Hill Road, LLC; Amherst VF LLC; East Brunswick VF LLC; North Plainfield VF LLC; Alexander's Rego Park Center, Inc.; Towson VF LLC; Green Acres Mall LLC; Wayne VF LLC; VNO Mundy Street LLC; VNO TRU Dale Mabry, LLC; CSI Construction Company*

2.      The facts and circumstances relating to the employment of Sands, Anderson by the

Creditors are that Sands, Anderson serves as bankruptcy counsel to the Creditors to represent their

interests in the Debtors' jointly-administered bankruptcy cases.

3.      The Creditors are billed monthly at the Sands, Anderson's normal hourly rates for its

shareholders, counsel, associates, and legal assistants for time spent and for costs incurred in

providing legal services, pursuant to Sands, Anderson's standard terms and engagement.

4.      Each Creditor has been advised of and has consented to Sands, Anderson's

representation of the others.

**Dated**:  **December 4, 2008**                **Respectfully Submitted,**

                                                **SANDS, ANDERSON, MARKS & MILLER,
                                                P.C.,**

                                                  /s/  Lisa Taylor Hudson
                                                C. Thomas Ebel, Esquire – VSB #18637
                                                William A. Gray, Esquire – VSB #46911
                                                Peter M. Pearl, Esquire – VSB #22344
                                                Lisa Taylor Hudson, Esquire – VSB #45484
                                                Sands, Anderson, Marks & Miller, P.C.
                                                801 East Main Street, Suite 1800
                                                (Post Office Box 1998)
                                                Richmond, Virginia 23219 (23218-1998)
                                                (804) 648-1636 (Telephone)
                                                (804) 783-7291 (Facsimile)
                                                *Local Counsel for Reverend Dwayne Funches,
                                                Individually, and as Independent Executor of the
                                                Estates of Travis Funches, Dione Funches, and
                                                Dwayne Funches, Jr., Emily Funches, Lovera S.
                                                Funches, and Shatira Funches, Individually;
                                                Monument Consulting, LLC; McAlister Square
                                                Partners, Ltd.; Mansfield SEQ 287 and
                                                Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC;
                                                Valley Corners Shopping Center, LLC; Cynthia
                                                Olloway, Individually and as a Special
                                                Administrator of the Estate of Cedric Coy Langston,
                                                Jr., a Deceased Minor; Vornado Gun Hill Road, LLC;
                                                Amherst VF LLC; East Brunswick VF LLC; North
                                                Plainfield VF LLC; Alexander's Rego Park Center,
                                                Inc.; Towson VF LLC; Green Acres Malls LLC; Wayne
                                                VF LLC; VNO Mundy Street LLC; VNO TRU Dale
                                                Mabry, LLC;  and CSI Construction Company*

                                                2

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2008, a true and accurate copy of the

foregoing was electronically filed with the Clerk of the Court for the Eastern District of Virginia,

Richmond Division, using the CM/ECF system, which thereby caused the above to be served

electronically on all registered users of the ECF system that have filed notices of appearance in this

matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached

Service List.


                                                    _____/s/ Lisa Taylor Hudson_____

## SERVICE LIST

Daniel F. Blanks, Esquire                      ATTORNEYS FOR DEBTORS
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510


Dion W. Hayes, Esquire                         ATTORNEYS FOR DEBTORS
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219


Gregg M. Galardi, Esquire                      ATTORNEYS FOR DEBTORS
Skadden Arps Slate Meagher & Flom, LLC
     One Rodney Square
P.O.  Box 636
Wilmington, Delaware 19899-0636


Chris L. Dickerson, Esquire                    ATTORNEYS FOR DEBTORS
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606


Robert Van Arsdale, Esquire                    OFFICE OF U.S. TRUSTEE
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219


Linda K. Myers, Esquire                        SPECIAL COUNSEL FOR DEBTORS
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601


David S. Berman, Esquire                       COUNSEL FOR BANK OF AMERICA, N.A.
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108


Bruce Matson, Esquire                          COUNSEL FOR BANK OF AMERICA, N.A.
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219

Lynn L. Tavenner, Esquire

COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219


/s/ Lisa Taylor Hudson