**Circuit City Stores, Inc.**

| Account Number | Account Name | Address | New Deposit |
|---|---|---|---|
| 15238-91037 | Circuit City Stores Inc | 1800 McFarland Blvd E *Unit 520 Tuscaloosa, AL 35405 | $13,731.00 |
| 38462-74023 | Circuit City Stores Inc | 2600 McFarland Blvd E *Unit J Tuscaloosa, AL 35405 | $4,366.22 |
| 03226-49016 | Circuit City Stores Inc | 2730 Legends Pkwy Prattville, AL 36066 | $11,974.68 |
| 12783-16029 | Circuit City Stores Inc | 3555 Roosevelt Blvd Trussville, AL 35173 | $14,823.56 |
| 55964-81001 | Circuit City Stores Inc | 3725 Airport Blvd *Ste 208 Mobile, AL 36608 | $13,846.38 |
| 06961-07016 | Circuit City Stores Inc | 3987 Eastern Blvd Montgomery, AL 36116 | $7,136.64 |
| 27693-54012 | Circuit City Stores Inc | 3989 Eastern Blvd, Parking Lot Lites Montgomery, AL 36116 | $1,779.74 |
| 09731-17010 | Circuit City Stores Inc | 4351 Creekside Ave Birmingham, AL 35244 | $14,770.46 |
| 14255-62037 | Circuit City Stores Inc | 5265 Highway 280 S Birmingham, AL 35242 | $2,898.90 |
| 26730-47000 | Circuit City Stores Inc | 704 S Quintard Ave Annistion, AL 36201 | $9,862.32 |
| **Totals** | | | **$95,189.90** |