**Circuit City Inc.**
**Filed Chapter 11, 11/10/08 Eastern District of Virginia, 08-35653**

| Pre Petition Acct Number | Post Petition Acct Number | Address | Annual Base | Pre-Petition Debt Estimation | Pre-Petition Deposit | Post Petition Two Month Dep.** |
|---|---|---|---|---|---|---|
| 17038-40010 | 06893-21435 | 68 MOUNTAIN RD | $ 27,910.00 | $ - | $ 8,624.00 | $ 4,652.00 |
| 96249-14511 | 31577-84429 | 134 W RIDGELY RD | $ 23,176.00 | $ - | $ 6,069.00 | $ 3,862.00 |
| 37771-88998 | 00170-56361 | 8823 PULASKI HWY | $ 46,836.00 | $ - | $ 11,775.00 | $ 7,806.00 |
| 92292-93733 | 87259-05302 | F 8823 PULASKI HWY | $ 406.00 | $ - | $ 68.00 | $ 80.00 |
| 27715-23554 | 92497-07390 | 6026 BALTO-NATL PIKE | $ 34,108.00 | $ - | $ 6,788.00 | $ 5,686.00 |
| 14029-43472 | 80154-55337 | 680 MARKET-PLACE DR | $ 24,718.00 | $ - | $ 6,456.00 | $ 4,120.00 |
| 61552-29277 | 41422-02582 | 7667 ARUNDEL-MILLS BLVD | $ 24,384.00 | $ - | $ 4,738.00 | $ 4,064.00 |
| 69956-41379 | 00507-75114 | 150 JENNIFER RD *STORE A | $ 25,860.00 | $ - | $ 5,460.00 | $ 4,310.00 |
| 94813-37490 | 26335-08051 | 803 GOUCHER BLVD *SUITE 102 | $ 52,422.00 | $ - | $ 313.00 | $ 12,926.00 |
| Total | | | $259,820.00 | $ - | $ 50,291.00 | $ 47,506.00 |

** Post Petition Deposit Estimated Due to Supplier Relationship

Supplier
Y/N

Y
Y
Y
Y
Y
Y
Y
Y
N