**IN RE CIRCUIT CITY STORES, INC., et. al    Chapter 11    Case No. 08-35653-KRH**

CENTRAL MAINE POWER COMPANY

Adequate Assurance of Payment Service and Deposit Schedule as of 11/10/2008

| Service Location | Account Number | Prepetition Debt* | Deposit Demand |
|---|---|---|---|
| Market Place Drive Augusta, Maine | 211-0577574-001 | $8,072.00 | $22,000.00 |
| 555 Payne Road Scarborough, Maine | 441-1582515-001 | $7,815.00 | $19,900.00 |
| TOTALS | | $15,887.00 | $41,900.00 |

* Pre-Petition Claim Amount is an estimate and is subject to adjustment