## CIRCUIT CITY STORES INC

| Old Acct No | Service Address | Dep On Hand | Dep Requirement | Dep Type | New Acct No | Name on Acct |
|---|---|---|---|---|---|---|
| 03184-28182 | 3401 N MIAMI AVE # 117 | BL | 18,450 | | 00109-37555 | CIRCUIT CITY STORES INC |
| 14119-54488 | 2550 NW FEDERAL HWY # CITY | BL | 17,380 | | 45328-67555 | CIRCUIT CITY STORES INC |
| 24119-80424 | 20669 BISCAYNE BLVD | BL | 19,530 | | 62909-97557 | CIRCUIT CITY STORES INC |
| 25128-88138 | 10570 W FOREST HILL BLVD # CIRCUIT CITY | BL | 20,100 | | 16546-38558 | CIRCUIT CITY STORES INC |
| 39393-37477 | 5052 AIRPORT PULLING RD N # SVC MDSE | BL | 17,200 | | 76767-78553 | CIRCUIT CITY STORES INC |
| 41485-12462 | 1901 OKEECHOBEE BLVD # CIRCUIT CITY | 385,590 4,500 | 28,410 | LOC Cash | 37285-00129 | CIRCUIT CITY STORES INC |
| 44770-79620 | 400 W 49TH ST | BL | 17,620 | | 66272-60430 | CIRCUIT CITY STORES INC |
| 56250-77309 | 6001 W SAMPLE RD | BL | 18,680 | | 73250-90434 | CIRCUIT CITY STORES INC |
| 59358-62572 | 18700 VETERANS BLVD # CIRCUIT | BL | 17,450 | | 50910-21435 | CIRCUIT CITY STORES INC |
| 60155-90208 | 1101 WP BALL BLVD | BL | 5,750 | | 65692-51439 | CIRCUIT CITY STORES INC |
| 64654-47453 | 8575 NW 13TH TER | BL | 23,920 | | 94311-70456 | CIRCUIT CITY STORES INC |
| 67618-07533 | 12300 W SUNRISE BLVD | BL | 27,070 | | 84364-01452 | CIRCUIT CITY STORES INC |
| 72932-87418 | 1763 NW SAINT LUCIE WEST BLVD | BL | 11,450 | | 14315-31456 | CIRCUIT CITY STORES INC |
| 77267-05473 | 11810 PINES BLVD | BL | 24,610 | | 78908-61458 | CIRCUIT CITY STORES INC |
| 79528-24253 | 444 E MERRITT ISLAND CSWY | BL | 17,450 | | 24709-91452 | CIRCUIT CITY STORES INC |
| 83061-48134 | 12396 W SUNRISE BLVD # PMP | BL | 60 | | 57274-17478 | CIRCUIT CITY STORES INC |
| 85464-17141 | 13585 TAMIAMI TRL N # UNIT 4 | BL | 10,630 | | 24676-57470 | CIRCUIT CITY STORES INC |
| 87215-56200 | 1400 GLADES RD # E | BL | 21,290 | | 92774-97476 | CIRCUIT CITY STORES INC |
| 88603-98059 | 515 N CONGRESS AVE | BL | 20,760 | | 71405-38476 | CIRCUIT CITY STORES INC |
| 89192-92097 | 1700 W NEW HAVEN AVE #BB02 C CTY | BL | 17,300 | | 66731-88477 | CIRCUIT CITY STORES INC |
| 94111-33326 | 1700 N FEDERAL HWY | BL | 22,220 | | 61217-98398 | CIRCUIT CITY STORES INC |
| 95825-33130 | 2500 W INTL SPWY BLVD # 100 | BL | 19,500 | | 99935-39395 | CIRCUIT CITY STORES INC |
| 36771-16158 | 7736 SW 88TH ST # B | CR | 27,650 | | 62178-99399 | CIRCUIT CITY STORES INC |
| 81082-35592 | 4380 CLEVELAND AVE # UNIT A | CR | 18,920 | | 19031-60495 | CIRCUIT CITY STORES INC |
| 23794-33671 | 4495 14TH ST W | CR | 15,180 | | 02634-11498 | CIRCUIT CITY STORES INC |
| 44708-46686 | 4708 S TAMIAMI TRL | CR | 18,720 | | 08118-48225 | CIRCUIT CITY STORES INC |
| 76374-33074 | 4708 S TAMIAMI TRL # SIGN | CR | 70 | | 84888-98225 | CIRCUIT CITY STORES INC |
| 83853-78008 | 8551 COOPER CREEK BLVD | CR | 9,690 | | 39162-99229 | CIRCUIT CITY STORES INC |

12/4/2008

| | | | | | |
|---|---|---|---|---|---|
| 79378-73573 | 9375 SIX MILE CYPRESS PKWY #210 | CR | 10,640 | **95612-93243** | CIRCUIT CITY STORES INC |
| | | $ 390,090 | $ 497,700 | | Total Outstanding Balance: |

C/O ADVANTAGE IQ - MS#1378
PO BOX 2440
SPOKANE, WA 99210

12/4/2008

| Actuall Final Bill Figures | Estimated Final Bill Figures |
|---:|---:|
| 10,778.19 | $9,500 |
| 5,187.52 | $8,500 |
| 14,818.48 | $19,500 |
| 9,718.24 | $10,500 |
| 10,067.23 | $9,000 |
| 8,231.64 | $15,000 |
| | |
| 7,956.30 | $9,000 |
| 5,784.64 | $9,500 |
| 5,571.83 | $8,500 |
| 4,311.84 | $2,500 |
| 12,596.82 | $11,000 |
| 17,966.47 | $14,000 |
| 8,292.52 | $5,500 |
| 6,649.65 | $12,000 |
| 8,566.98 | $8,500 |
| 38.55 | $50 |
| 6,765.00 | $5,500 |
| 14,438.66 | $10,500 |
| 8,841.47 | $10,500 |
| 6,030.67 | $8,500 |
| 13,158.48 | $11,500 |
| 12,069.24 | $9,800 |
| 16,139.64 | $14,500 |
| 9,577.86 | $9,500 |
| 10,725.21 | $8,000 |
| 6,079.45 | $9,500 |
| 6.32 | $30 |
| 7,879.65 | $8,000 |

12/4/2008

| | | | |
|---|---:|---|---:|
| | **5,574.13** | | $5,500 |
| **$** | **253,822.68** | *$* | *263,880.00* |

12/4/2008