| Account Name | Pre-Petition Account Number | Post-Petition Account Number | Service Address | Post-Petition Deposit |
|---|---|---|---|---|
| CIRCUIT CITY STORE | 3011-1026-17-01 | 3011-1026-25-01 | 2900 BELCREST CENTER DR, HYATTSVILLE, MD 20782 | $3,940.00 |
| CIRCUIT CITY STORE #00846 | 2011-2694-26-01 | 2011-2694-34-01 | 602-A QUINCE ORCHARD RD, GAITHERSBURG, MD 20878 | $7,630.00 |
| CIRCUIT CITY STORE #00784 | 2013-4803-02-01 | 2013-4803-10-01 | 11160 VIERS MILL RD #L-1, SILVER SPRING, MD 20902 | $8,250.00 |
| CIRCUIT CITY STORE #00866 | 2026-4626-02-01 | 2026-4626-10-01 | 1501 ROCKVILLE PIKE, ROCKVILLE, MD 20852 | $9,780.00 |
| CIRCUIT CITY STORE #06361 | 3034-2512-27-01 | 3034-2512-35-01 | 1020 SHOPPERS WAY, LANDOVER, MD 20785 | $5,880.00 |
| CIRCUIT CITY STORE #00821 | 3088-4314-02-01 | 3088-4314-10-01 | 11001 BALTIMORE AVE, BELTSVILLE, MD 20705 | $5,630.00 |
| CIRCUIT CITY STORE #00825 | 3089-6028-03-01 | 3089-6028-11-01 | 3551 32ND AVE. TEMPLE HILLS, MD 20748 | $8,190.00 |
| | | | **Totals:** | **$49,300.00** |

Ch: 11
Filed: 11/10/08, Richmond (VAE)
Case # : 08-35653