Kevin R. McCarthy, VSB 14273
William Douglas White
MCCARTHY & WHITE PLLC
8180 Greensboro Drive, Suite 875
McLean, Virginia  22102
Tel:  (703) 770-9261
Fax: (703) 770-9266
krm@mccarthywhite.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEAL

Baltimore Gas and Electric Company ("BGE") appeals under 28 U.S.C. §158(a) from the Order Under Bankruptcy Code Sections 105(a), 363, and 366, and Bankruptcy Rule 6003 (I) Approving Debtors' Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Requests By Utility Companies For Additional Assurance of Payment, (III) Scheduling a Hearing With Respect to Contested Adequate Assurance of Payment Requests, and (IV) Authorizing Debtors to Pay Claims of a Third Party Vendor entered by the Honorable Kevin R. Huennekens, United States Bankruptcy Court Judge, in the above captioned bankruptcy cases on the 12th day of November, 2008 [Docket No. 64] (the "Utility Order").

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1005343.1

<u>Circuit City Stores, Inc., et al., Debtors-in-possession</u>
c/o Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19899
Telephone: (302) 651-3000

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700

     and

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000


<u>Florida Power & Light Company</u>
c/o Kevin R. McCarthy, VSB 14273
William Douglas White
MCCARTHY & WHITE PLLC
8180 Greensboro Drive, Suite 875
McLean, Virginia 22102
Tel: (703) 770-9261

<u>Potomac Electric Power Company, Delmarva Power & Light Company and
Atlantic City Electric Company</u>
c/o Kevin R. McCarthy, VSB 14273
William Douglas White
MCCARTHY & WHITE PLLC
8180 Greensboro Drive, Suite 875
McLean, Virginia 22102
Tel: (703) 770-9261

Central Maine Power Company
    c/o Kevin R. McCarthy, VSB 14273
    William Douglas White
    MCCARTHY & WHITE PLLC
    8180 Greensboro Drive, Suite 875
    McLean, Virginia  22102
    Tel:  (703) 770-9261

Alabama Power Company
    c/o Kevin R. McCarthy, VSB 14273
    William Douglas White
    MCCARTHY & WHITE PLLC
    8180 Greensboro Drive, Suite 875
    McLean, Virginia  22102
    Tel:  (703) 770-9261

    and

Eric T. Ray
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama  35203
Telephone: (205) 251-8100

Dated: December 4, 2008

                                          /s/Kevin R. McCarthy
                                          Kevin R. McCarthy, VSB 14273
                                          William Douglas White
                                          MCCARTHY & WHITE, PLLC
                                          8180 Greensboro Drive, Suite 875
                                          McLean, Virginia  22102
                                          Tel:  (703) 770-9261

                                          Counsel for Appellant

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of December, 2008 a copy of the foregoing was sent to all persons on the Court's electronic filing distribution.

/s/ Kevin R. McCarthy
Kevin R. McCarthy
