**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

```
-----------------------------------------------------------------X
In re:                                          :      CHAPTER 11
                                                :
CIRCUIT CITY STORES, INC., et al.,              :      CASE NO. 08-35653-KRH
                                                :
                 Debtors                        :
                                                :      Jointly Administered
-----------------------------------------------------------------X
```

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney appears on behalf of Bell'O International Corp. ("Bell'O"), creditor in this case, and submits this Notice of Appearance, and requests notice of all hearings and conferences and service of all papers herein including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007, and 9010, and Bankruptcy Code §§ 342 and 1109(b) (if applicable).  All notices and papers in this case shall be served upon the following:

> Henry P. Baer, Jr., Esq.
> Finn Dixon & Herling LLP
> 177 Broad Street
> Stamford, CT 06901-2048
> Telephone:  (203) 325-5000
> Fax:  (203) 325-5001
> Email:  hbaer@fdh.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, reports, letters, applications, motions, complaints, objections, claims, demands, hearings, petitions, pleadings, or requests, whether formal or informal, whether written or oral, and

{00656677; 1; 2343-23}

howsoever transmitted or filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with this case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed a consent to the jurisdiction of this Court or to be a waiver of the rights of Bell'O (i) to have final orders in any non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed to waive any rights, claims, actions, defenses, setoffs or recoupments to which Bell'O is or may be entitled at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of Bell'O.

DATED:  December 5, 2008

                Respectfully submitted,

                BELL'O INTERNATIONAL CORP.

                By: /s/ Henry P. Baer
                    Henry P. Baer, Jr
                    FINN DIXON & HERLING LLP
                    177 Broad Street
                    Stamford, CT  06901-2689
                    Tel.:  (203) 325-5000
                    Fax:  (203) 325-5001
                    Email:  hbaer@fdh.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2008, a true and accurate copy of the foregoing Notice of Appearance was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

/s/ Henry P. Baer

{00656677; 1; 2343-23}

SERVICE LIST

Douglas F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
Proposed Counsel for the Debtors
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
Proposed Counsel for the Debtors
One James Street
901 East Cary Street
Richmond, VA 23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Proposed Counsel for the Debtors
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Proposed Counsel for the Debtors
333 West Wacker Drive
Chicago, Illinois 60606

Lynn L Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, Esq.
Proposed Counsel for the Official Committee of Unsecured Creditors
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
Proposed Counsel for the Official Committee of Unsecured Creditors
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

{00656677; 1; 2343-23}

Page 5 of 5

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
Proposed Counsel for the Official Committee of Unsecured Creditors
780 Third Avenue, 36th Floor
New York, NY 10017-2024

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

{00656677; 1; 2343-23}