## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al*., | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### ORDER ADMITTING REGINA STANGO KELBON *PRO HAC VICE*

This Court has considered the Motion for Admission Pro Hac Vice of Regina Stango Kelbon (the "Motion"). Adequate notice having been given and good cause appearing, it is this ___ day of December, 2008, hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that Regina Stango Kelbon is admitted *pro hac vice* in this bankruptcy case and any related adversary proceedings.

_____
United States Bankruptcy Judge

I ASK FOR THIS:

*/s/ John Lucian*
John Lucian
VA Bar No. 43558
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103

Counsel for Cellco Partnership d/b/a Verizon Wireless

017286.01678/21742164v.1

## CERTIFICATE OF SERVICE

      Pursuant to LBR 9022-1(C)(2), I hereby certify that on this ____ day of December 2008, a copy of the foregoing proposed Order Admitting Regina Stango Kelbon *Pro Hac Vice* was served electronically via the Court's CM/ECF system to all parties so subscribed.

*/s/ John Lucian*