IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                              Case No. 08-35653-KRH

CIRCUIT CITY STORES, INC., et al.                                   Chapter 11 (Jointly administered)

       Debtors,

## VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION PURSUANT TO BANKRUPTCY RULE 2019

I, Paul K. Campsen, Esq., on behalf of Kaufman & Canoles, a professional corporation ("K&C"), files this verified statement, in accordance with Bankruptcy Rule 2019, with respect to its legal representation of: (i) Lea Company, a Virginia general partnership, the assignee from Newport News Shopping Center, LLC; (ii) Crossways Financial Associates, LLC; (iii) Vance Baldwin, Inc.; (iv) Tritronics, Inc.; (v) Ramco West Oaks I, LLC, Ramco JW, LLC; (vi) RLV Village Plaza, LP; (vii) RLV Vista Plaza, LP; (viii) Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and Faram Muskegon, LLC, as tenants in common, (collectively, the "Landlords") and state as follows:

1.     The names and addresses of the creditors co-represented by K&C in this matter are as follows:

| | |
|---|---|
| Lea Company, a Virginia general partnership, the assignee from Newport News Shopping Center, LLC<br>P. O. Box 2008<br>Virginia Beach, VA 23450 | Crossways Financial Associates, LLC<br>c/o Harbor Group International, LLC<br>999 Waterside Drive, Suite 2300<br>Norfolk, VA 23510 |

Paul K. Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele: (757) 624-3000
Fax: (757) 624-3169
*Counsel for Lea Company, a Virginia general partnership,*
*the Assignee from Newport News Shopping Center, LLC, et al.*

| | |
|---|---|
| Ramco West Oaks I, LLC<br>c/o Ramco – Gershenson<br>31500 Northwestern Hwy., Suite 300<br>Farmington Hills, MI 48334 | Ramco JW, LLC<br>c/o Ramco – Gershenson<br>31500 Northwestern Hwy., Suite 300<br>Farmington Hills, MI 48334 |
| RLV Village Plaza, LP<br>c/o Ramco - Gershenson<br>31500 Northwestern Hwy., Suite 300<br>Farmington Hills, MI 48334 | RLV Vista Plaza, LP<br>c/o Ramco - Gershenson<br>31500 Northwestern Hwy., Suite 300<br>Farmington Hills, MI 48334 |
| Rebs Muskegon, LLC, Pelkar Muskegon, LLC,<br>& Faram Muskegon, LLC, as Tenants in Common<br>c/o Broder & Sachse Real Estate Services, Inc.<br>260 E. Brown St., Suite 200<br>Birmingham, MI 48009 | Vance Baldwin, Inc.<br>c/o Ronald Gellert, Esq.<br>Ecert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801 |
| Tritronics, Inc.<br>c/o Ronald Gellert, Esq.<br>Ecert Seamans Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801 | |

2. The Landlords currently hold or will hold unsecured pre-petition claims, unsecured lease rejection damage claims and/or administrative priority claims for unpaid post-petition rent and other charges under their respective leases with the Debtors. The full amount of each of the Landlords' claims is undetermined at this time.

3. The Landlords are billed monthly at K&C's normal hourly rates for its partners, of counsel, associates, and legal assistants for time spent and costs incurred in providing legal services.

4. The Landlords have all retained K&C to represent them with respect to their interests in connection with the above captioned case. All parties are aware of, and have consented to, K&C's joint representation of other clients in this case.

5.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**Kaufman & Canoles, a professional corporation**

By: /s/ Paul K. Campsen
Of Counsel

Paul K. Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
150 West Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3000
*Counsel for Lea Company, a Virginia general partnership,
the Assignee from Newport News Shopping Center, LLC, et al.*

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Verified Statement of Multiple Representation Pursuant to Bankruptcy Rule 2019 was sent first-class, postage prepaid U.S. Mail, on this 5th day of December, 2008, to those parties listed on **Schedule 1** and to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

/s/ Paul K. Campsen

::ODMA\PCDOCS\DOCSNFK\1428582\2

## SCHEDULE 1

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
*Proposed Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Proposed Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P. O. Box 636
Wilmington, Delaware 19899-0636
*Proposed Counsel for the Debtors*

Chris Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606
*Proposed Counsel for the Debtors*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, Esq.
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Proposed Counsel for the Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
*Proposed Counsel for the Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024
*Proposed Counsel for the Official Committee of Unsecured Creditors*

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad Street., Suite 4304
Richmond, Virginia 23219

:1426831\1