Annemarie G. McGavin (VSB No 39984)
Buchanan Ingersoll & Rooney PC
1700 K Street, N.W., Suite 300
Washington, DC  20006
(202) 452-7900

-and-

James D. Newell (PA ID# 51337)
Zakarij O. Thomas (PA ID# 87385)
Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219
(412) 562-8800

Counsel to Dick's Sporting Goods, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br>et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No.  08-35653<br><br>Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION
_PRO HAC VICE_ FOR JAMES D. NEWELL**

Upon consideration of the Motion for Admission P*ro Hac Vice* pursuant to Local Bankruptcy Rule 2090-1(E)  (the "Motion"), and due cause appearing to me therefor, it is hereby ORDERED, ADJUDGED and DECREED that

　　　　1.　　The Motion is hereby allowed;

　　　　2.　　James D. Newell of Buchanan Ingersoll & Rooney PC, One Oxford Centre, 20th Floor, Pittsburgh, PA  15219 is authorized to appear *pro hac vice* as counsel to Dick's Sporting Goods, Inc. in this case (and related proceedings) commenced in this case;

      3.     James D. Newell, Esquire may sign all pleadings, motions, complaints, applications, and other documents filed with this Court in this cases and related proceedings and may attend all hearings as counsel to Dick's Sporting Goods, Inc. in this case.

      ENTERED in this _____ day of Dec 4 2008 _____, 2008.

Entered on docket: Dec 4 2008

      /s/ Kevin Huennekens
      United States Bankruptcy Judge

WE ASK FOR THIS:


*/s/ Annemarie G. McGavin*
Annemarie G. McGavin (VSB No 39984)
Buchanan Ingersoll & Rooney PC
1700 K Street, N.W., Suite 300
Washington, DC  20006
(202) 452-7900

Counsel to Dick's Sporting Goods, Inc.


## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION


      I hereby certify that notice of the Motion for Admission *Pro Hac Vice* was provided to the parties identified on the attached Service List and a copy of this proposed order was provided to the Office of the United States Trustee for the Eastern District of Virginia prior to submission to the Court.


                                          */s/ Annemarie G. McGavin*
                                          Annemarie G. McGavin

**SERVICE LIST**

Robert B. Van Arsdale
Office of United States Trustee
701 East Broad Street, Ste. 4304
Richmond, VA  23219
    *United States Trustee*

Dion W. Hayes
McGuire Woods
One James Center
901 East Cary Street
Richmond, VA  23219
    *Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
PO Box 636
Wilmington, DE  19899
    *Counsel for the Debtors*

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs           Page 1 of 1            Date Rcvd: Dec 04, 2008
Case: 08-35653                Form ID: pdforder       Total Served: 1

The following entities were served by first class mail on Dec 06, 2008.
          +James D. Newell,    One Oxford Centre, 20th Floor,    Pittsburgh, PA 15219-1400

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2008**                    **Signature:** _Joseph Speetjens_