UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FILED
RICHMOND DIVISION
DEC 5 2008
U.S. BANKR... RT

In re:

CIRCUIT CITY STORES, INC., et al.,

Debtors.

Chapter 11

Case No. 08-35653-KRH

Jointly Administered

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Anthony J. Cichello, Krokidas & Bluestein LLP, 600 Atlantic Avenue, Boston, MA 02210 represents Loop West, LLC, by its Managing Agent The Wilder Companies, Ltd., a Landlord and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

> Loop West, LLC, by its
>    Managing Agent The Wilder Companies, Ltd.
> Attn:   Anthony J. Cichello, Esq.
> KROKIDAS & BLUESTEIN LLP
> 600 Atlantic Avenue
> Boston, MA  02210

PLEASE TAKE FURTHER NOTICE that, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted,

_____
Anthony J. Cichello
Attorney for Loop West, LLC, by its
Managing Agent, The Wilder Companies, Ltd.
KROKIDAS & BLUESTEIN LLP
600 Atlantic Avenue
Boston, MA 02210
(617) 482-7211 telephone
(617) 482-7212 facsimile
E-mail:     acichello@kb-law.com

November 25, 2008

1597\0000\240995.1

2

**CERTIFICATE OF SERVICE**

I, hereby certify that a true copy of the foregoing was sent on November 25, 2008 via regular United States mail, postage prepaid to the parties listed below.

By: _____
Anthony J. Cichello

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center, 101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center, 901 E. Cary Street
Richmond, VA 23219

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Case 08-35653-KRH    Doc 782    Filed 12/05/08 Entered 12/08/08 08:18:00    Desc Main
Document    Page 4 of 4

**KROKIDAS & BLUESTEIN**
ATTORNEYS

Anthony J. Cichello
ajc@kb-law.com

November 25, 2008

U.S. Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219

    Re:   **In Re: Circuit City Stores, Inc., et al.**
           **Chapter 11, Case No. 08-35653-KRH**

Dear Sir/Madam:

Enclosed please find for filing a Notice of Appearance and Request For Notices and Service of Papers.

Thank you.

Sincerely,

Anthony J. Cichello

AJC/rh
Enclosure

1597\0000\241016.1

Krokidas & Bluestein LLP · 600 Atlantic Avenue Boston MA 02210 · 617 482 7211 · www.kb-law.com