| | |
|---|---|
| 1 | Gail B. Price, Esq., SBN 185968 |
|   | BRONWEN PRICE, Attorneys At Law |
| 2 | 2600 Mission Street, Suite 206 |
|   | San Marino, California 91108 |
| 3 | Telephone: (626) 799-7800 |
|   | Facsimile:  (626) 799-7990 |
| 4 | |
| 5 | Attorneys for Creditor, |
|   | 13630 Victory Boulevard, LLC |
| 6 | |

RICHMOND DIVISION
FILED DEC 5 2008
CLERK
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-- -- -- -- -- -- -- -- -- -- -- -- x

**In re**                                             :   CHAPTER 11

**CIRCUIT CITY STORES, INC.,**        :   CASE NO: 08-35661-KRH
**et al,**
                                                           :   Jointly Administered
            Debtors.
                                                           :
                                                           :   **REQUEST FOR SPECIAL NOTICE**
_____  :

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR AND ITS ATTORNEY OF RECORD HEREIN, AND TO ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002 and 9007, and Bankruptcy Code Sections 102(1), 342, and 1109(b), Party In Interest, **13630 VICTORY BOULEVARD, LLC** requests that all notices given or required to be served in this served in this case be given to the undersigned at the address and telephone number below and that the undersigned be included on the Master Mailing List:

BRONWEN PRICE Attorneys At Law
Attn: Gail B. Price, Esq.
2600 Mission Street, Suite 206
San Marino, CA 91108
Telephone: (626) 799-7800
Facsimile:  (626) 799-7990

REQUEST FOR SPECIAL NOTICE

1         PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the
2 Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the
3 Rules specified above, but also includes, without limitation, orders and notices of application,
4 motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether
5 written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, fax, telegraph,
6 telex or otherwise, which affect or seek to affect in any way any rights or interest of the Debtor or
7 of Party In Interest herein with respect to the Debtor.

9 Dated: December 1, 2008       _____
                                                  GAIL B. PRICE, ESQ.

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2600 Mission St.., Ste. 206, San Marino, California 91108.

  On December 1, 2008, I served the foregoing documents described as **REQUEST FOR SPECIAL NOTICE** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Attorneys for Debtor
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Circuit City Claims Processing
℅ KURTZMAN CARSON CONSULTANTS, LLC
2335 Alaska Avenue
El Segundo, CA 90245

United States Trustee
Robert B. Van Arsdale, Esq.
Office of the United States Trustee
Richmond, Virginia Office
701 E. Broad St., Ste. 4304
Richmond, Virginia 23219-1888

BY MAIL

  I caused such envelope to be deposited in the mail at San Marino, California. The envelope was mailed with postage thereon fully prepaid.

  I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  Executed on November 28, 2008 at San Marino, California.

_____
GAIL B. PRICE

**BRONWEN PRICE**
ATTORNEYS AT LAW

GAIL B. PRICE
gail@bronwenprice.com

2600 MISSION STREET, SUITE 206
SAN MARINO, CALIFORNIA 91108

TELEPHONE 626.799.7800
FACSIMILE 626.799.7990

December 1, 2008

Clerk of the Court
U.S. Bankruptcy Court
Eastern District of Virginia, Richmond Division
1100 East Main Street
Richmond, VA 23219

RE:   **In re Circuit City Stores, Inc.**
      **Ch. 11 Bankruptcy Petition**
      **Case No. 08-35661-KRH, As Jointly Administered**
      **Our Client: 13630 Victory Boulevard, LLC**

Gentlepeople:

Please find enclosed for filing the original and one copy of our client's Request For Special Notice.

Kindly file said document and return a conformed copy in the enclosed self-addressed stamped envelope. Thank you for your attention.

Very truly yours,

BRONWEN PRICE
ATTORNEYS AT LAW

GAIL B. PRICE, ESQ.

Encls.