# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | Case No. 08-35653 (Jointly Administered) |
| Debtors. | Hon. Kevin R. Huennekens |
| _____/ | |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF
## PAPERS AND REQUEST TO BE ADDED TO DEBTORS' MATRIX

Please take notice that Honigman Miller Schwartz and Cohn LLP ("Honigman") hereby appears in the above-captioned case as counsel for The Marketplace of Rochester Hills Parcel B, LLC and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the undersigned at the following address and that Honigman be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> Adam K. Keith, Esq.
> Honigman Miller Schwartz and Cohn LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI  48226
> Telephone:  (313) 465-7460
> Facsimile:  (313) 465-7461
> Email: akeith@honigman.com

Please take notice that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

Please take notice that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for The Marketplace of Rochester Hills Parcel B, LLC

Dated:  December 8, 2008           By:     /s/ Adam K. Keith
                                           Adam K. Keith (MI Bar #P71167)
                                           2290 First National Building
                                           660 Woodward Avenue
                                           Detroit, MI  48226
                                           Telephone:  (313) 465-7460
                                           Facsimile:  (313) 465-7461
                                           Email:  akeith@honigman.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appearance, Request for Service of Papers and Request to be Added to Debtors' Matrix was mailed by U.S. first class mail, postage prepaid, on December 8, 2008 to the following:

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
*Assistant U.S. Trustee*

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899
*Counsel for Debtors*

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
*Counsel for Debtors*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL  60606
*Counsel for Debtors*

Daniel F. Blanks, Esq.
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510
*Counsel for Debtors*

Brad R. Godshall, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067
*Counsel for Official Committee of Unsecured Creditors*

John D. Fiero, Esq.
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
*Counsel for Official Committee of Unsecured Creditors*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Counsel for Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017
*Counsel for Official Committee of Unsecured Creditors*

and that the foregoing Notice was also filed electronically via the Court's CM/ECF system on this date such that it would be served electronically on those parties entitled to receive such notice.

                        HONIGMAN MILLER SCHWARTZ AND COHN LLP
                        Attorneys for The Marketplace of Rochester Hills Parcel B, LLC

Dated: December 8, 2008      By:    /s/ Adam K. Keith
                        Adam K. Keith (MI Bar #P71167)
                        2290 First National Building
                        660 Woodward Avenue
                        Detroit, MI 48226
                        Telephone: (313) 465-7460
                        Facsimile: (313) 465-7461
                        Email: akeith@honigman.com

DETROIT.3432499.1