**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

  **COMES NOW** Anne Braucher, counsel to InnerWorkings, Inc. in this case and a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of Timothy W. Brink of the firm DLA Piper LLP (US), Chicago, Illinois. In support thereof, Movant states as follows:

  1. Mr. Brink graduated from the University of Michigan Law School in 1991. Mr. Brink is a member in good standing of the State Bar of Illinois. Mr. Brink is admitted to practice in the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Ninth Circuit, the Bankruptcy Appellate Panel for the Ninth Circuit, the United States District Court for the Central District of California, the United States District Court for the District of Colorado, the United States District Court for the Eastern District of Michigan, the United States District Court for the Eastern District of Wisconsin, and the United States District Court for the Northern District of Illinois.

  2. Mr. Brink's admittance to practice law has never been revoked and he is not the subject of any disciplinary proceedings.

3. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

4. No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Movant requests this Court enter an order admitting Timothy W. Brink of the firm DLA Piper LLP (US) *pro hac vice* to the bar of this Court for the conduct of this case.

Respectfully submitted this 8th day of December, 2008.

/s/ Anne Braucher
Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000
Counsel for InnerWorkings, Inc.

## CERTIFICATE OF SERVICE

   I hereby certify on this 8th day of December, 2008, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

      circuitcityservice@mcquirewoods.com
      project.circuitcity@skadden.com


            /s/ Anne Braucher

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

### ORDER APPROVING ADMISSION PRO HAC VICE OF TIMOTHY W. BRINK

This matter comes before the Court upon the Motion of Anne Braucher requesting entry of an order approving the admission *pro hac vice* of Timothy W. Brink of the firm of DLA Piper LLP (US), Chicago, Illinois, to represent the interests of InnerWorkings, Inc. in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT Timothy W. Brink be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

ENTERED:

---

HON. KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Anne Braucher
Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000
Counsel for InnerWorkings, Inc.

## LOCAL RULE CERTIFICATION

    I hereby certify that the foregoing has been endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Anne Braucher

**PARTIES TO RECEIVE COPIES**

Anne Braucher
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004

Timothy W. Brink
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636