**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | No. 08-35653-KRH |
| | ) | |
| **Debtors.** | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

Please take notice that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), WAGNER CHOI & VERBRUGGE and WILEY REIN LLP, by their undersigned counsel, hereby enter their appearance as counsel for BOND C.C. I DELAWARE BUSINESS TRUST in the above-referenced case. Pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and 11 U.S.C. §§ 342 and 1109(b), counsel requests copies of all notices, pleadings and papers given or filed in this case and in any contested matter or adversary proceeding be given and served upon the parties listed below at the following address, telephone and facsimile numbers and email addresses:

| | |
|---|---|
| H. Jason Gold, Esquire | jgold@wileyrein.com |
| Rebecca L. Saitta, Esquire | rsaitta@wileyrein.com |
| Wiley Rein LLP | |
| 7925 Jones Branch Drive, Suite 6200 | |
| McLean, Virginia 22102 | |
| Telephone No.:  703.905.2800 | |
| Telecopier No.:  703.905.2820 | |
| | |
| James A. Wagner, Esquire | jwagner@wcelaw.com |
| Wagner Choi & Verbrugge | |
| 745 Fort Street, Suite 1900 | |
| Honolulu, Hawaii 96813 | |
| Telephone No.:  808.533.1877 | |
| Telecopier No.:  808.566.6900 | |

-2-

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, request, plan of reorganization or disclosure statement, answer or response, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex or fax or otherwise filed with regard to the above cases and adversary proceedings therein.

> Respectfully submitted,
>
> BOND C.C. I DELAWARE BUSINESS TRUST
>
> By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800 (Telephone)
703.905.2820 (Facsimile)


By:    /s/ Rebecca L. Saitta
       H. Jason Gold, Va. Bar No. 19117
       Rebecca L. Saitta, Va. Bar No. 65408

and

James A. Wagner
Wagner Choi & Verbrugge
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813
808.533.1877 (Telephone)
808.566.6900 (Facsimile)

*Counsel to Bond C.C. I Delaware Business Trust*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2008, a copy of the foregoing Notice of Appearance was sent by electronic mail or by first class mail, postage prepaid, to the Core Group service list and the 2002 List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.

  /s/ Rebecca L. Saitta
Rebecca L. Saitta

12931642.2