**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **Circuit City Stores, Inc., <u>et al.</u>,** | : | Case No. 08-35653 (KRH) |
| | : | |
| **Debtors.** | : | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO
<u>LOCAL BANKRUPTCY RULE</u> 2090-1(E)(2)**

THIS MATTER having come before the Court upon the Motion to Appear *Pro Hac Vice* Pursuant to <u>Local Bankruptcy Rule</u> 2090-1(E)(2) (the **"Motion"** )[1] of William A. Gray, counsel with the law firm of Sands Anderson Marks & Miller, P.C. for the admission *pro hac vice* of Christine D. Lynch, the Court finds that (i) it has

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

_____
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 783-7237
Fax:   (804) 783-7291
*Attorney for Ray Mucci's, Inc., Route 146 Millbury, LLC,
Interstate Augusta Properties, LLC, E&A Northeast Limited Partnership,
and NPP Development*

_____
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 783-7237
Fax:     (804) 783-7291
   *Attorney for Ray Mucci's, Inc., Route 146 Millbury, LLC,
   Interstate Augusta Properties, LLC, E&A Northeast Limited Partnership,
   and NPP Development*

jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors, (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary, and (v) good and

sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is **GRANTED**;

2. Christine D. Lynch is permitted to appear *pro hac vice* as counsel to Ray Mucci's, Inc., Route 146 Millbury, LLC, Interstate Augusta Properties, LLC, E&A Northeast Limited Partnership, and NPP Development in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(E)(2); and

3. The Clerk is requested to send attested copies of this Order, after entry, to all counsel and parties.

ENTERED ON DOCKET:___/_____/_____

Kevin R. Huennekens, Judge
United States District Court
Eastern District of Virginia
Richmond Division

WE ASK FOR THIS:


/s/ William A. Gray
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands Anderson Marks & Miller
801 E. Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 783-7237
Fax:     (803) 783-7291
*Attorney for Ray Mucci's, Inc., Route 146 Millbury, LLC,*
*Interstate Augusta Properties, LLC, E&A Northeast Limited Partnership,*
*and NPP Development*


## **LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION**

Pursuant to Local Rule 9022-1 (C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.


/s/ William A. Gray

3