**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **Circuit City Stores, Inc., <u>et al</u>.,** : | **Case No. 08-35653 (KRH)** |
| : | |
| **Debtors.** : | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO
<u>LOCAL BANKRUPTCY RULE 2090-1(E)(2)</u>**

THIS MATTER having come before the Court upon the Motion to Appear *Pro Hac Vice* Pursuant to <u>Local Bankruptcy Rule</u> 2090-1(E)(2) (the **"Motion"** )[1] of William A. Gray, counsel with the law firm of Sands Anderson Marks & Miller, P.C. for the admission *pro hac vice* of Peter D. Bilowz, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors, (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

---

William A. Gray, Esquire (VSB No. 46911)
C. Thomas Ebel, Esquire (VSB No. 18637)
Peter M. Pearl, Esquire (VSB No. 22344 )
Lisa Taylor Hudson, Esquire (VSB No. 45484)
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 783-7237
Fax:    (804) 783-7291
 *Attorney for Ray Mucci's, Inc., Route 146 Millbury, LLC,
Interstate Augusta Properties, LLC, E&A Northeast Limited Partnership,
and NPP Development*

Document      Page 2 of 3

deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion.

Therefore, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED;**

2. Peter D. Bilowz is permitted to appear *pro hac vice* as counsel to Ray Mucci's, Inc., Route 146 Millbury, LLC, Interstate Augusta Properties, LLC, E&A Northeast Limited Partnership, and NPP Development in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(E)(2);

3. The Clerk is requested to send attested copies of this Order after entry, to all counsel and parties of records.

ENTERED ON DOCKET:    /        /

Kevin R. Huennekens, Judge
United States District Court
Eastern District of Virginia
Richmond Division

WE ASK FOR THIS:

/s/ William A. Gray
William A. Gray, Esquire (VSB No. 46911)
C. Thomas Ebel, Esquire (VSB No. 18637)
Peter M. Pearl, Esquire (VSB #22344)
Lisa Taylor Hudson, Esquire (VSB #45484)
Sands Anderson Marks & Miller
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23218-1998
Phone:  (804) 783-7237
Fax:     (803) 783-7291
*Attorney for Ray Mucci's, Inc., Route 146 Millbury, LLC,*
*Interstate Augusta Properties, LLC, E&A Northeast Limited Partnership,*
*and NPP Development*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to Local Bankruptcy Rule 9022-1 (C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ William A. Gray