UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653 |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION PRO HAC VICE

Louis E. Dolan, Jr., an attorney and a member in good standing of the bars of the State of Virginia, the United States District Court for the Eastern District of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia hereby moves the Court to enter an order permitting Christopher M. Desiderio to practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Virginia for the purpose of representing Greystone Data Systems, Inc. in the above-captioned Chapter 11 case and any related adversary proceedings.  In support of this motion, the movant respectfully represents as follows:

1.    Christopher M. Desiderio is an associate at the law firm of Nixon Peabody LLP ("Nixon Peabody").  Nixon Peabody maintains an office at 437 Madison Avenue, New York, New York 10022, and its telephone number is (212) 940-3000.

2.    Mr. Desiderio is admitted to practice before the United States District Court for the Southern and Eastern Districts of New York and the Supreme Court of the State of New York.  Mr. Desiderio is a member in good standing and eligible to practice in every jurisdiction in which he has been admitted to practice.  There are no disciplinary proceedings pending against Mr. Desiderio in any jurisdiction and he has never been suspended or disbarred in any jurisdiction.

3.     An affidavit in support of this motion to admit Mr. Desiderio *pro hac vice* is

attached herewith and incorporated herein by reference as Exhibit "A."

WHEREFORE, Louis E. Dolan, Jr. respectfully requests that the Court (i) enter an order

permitting Christopher M. Desiderio to appear *pro hac vice* in and in connection with this

Chapter 11 case, and (ii) grant such other relief as is deemed appropriate and just.

Dated: December 3, 2008                          Respectfully Submitted,

                                                 NIXON PEABODY LLP

                                                 By:

                                                 Louis E. Dolan, Jr. (Bar # 34437)
                                                 401 9th Street NW, Suite 900
                                                 Washington, DC 20004-2128
                                                 Tel.: (202) 585-8818
                                                 Fax: (202) 585-8080
                                                 Email: ldolan@nixonpeabody.com

                                                 *Counsel for Greystone Data Systems, Inc.*

- 2 -

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653 |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF CHRISTOPHER M. DESIDERIO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

CHRISTOPHER M. DESIDERIO, being duly sworn, deposes and says:

1.      I am an associate at the law firm of Nixon Peabody LLP ("Nixon Peabody"), which maintains its offices at 437 Madison Avenue, New York, New York 10022.  Nixon Peabody's telephone number is (212) 940 - 3077.

2.      I was admitted to practice before the United States District Court for the Southern and Eastern Districts of New York and the Supreme Court for the State of New York in 2005.

3.      I am a member in good standing and eligible to practice in every jurisdiction to which I have been admitted.  There are no disciplinary proceedings pending against me and I have never been suspended or disbarred in any jurisdiction.

4.      Within the last ninety days, I have read the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and reread the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Federal Rules of Bankruptcy Procedure.

Signed under the pains and penalties of perjury this 3rd day of December 2008.

By:_____
Christopher M. Desiderio
437 Madison Avenue
New York, New York  10022
Tel.:  (212) 940-3000
Email: cdesiderio@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2008, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served via first class mail on:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
 *Assistant United States Trustee*

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
 *Counsel for Bank of America, NA., as Agent*

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
 *Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
 *Counsel for the Debtors*

I also hereby certify that I caused a copy of the foregoing document to be delivered in PDF format, by e-mail, to:

circuitcityservice@mcguirewoods.com

project.circuitcity@skadden.com

Louis E. Dolan, Jr.