UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653 |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE
9010(b) COMBINED WITH REQUEST FOR ALL COPIES
PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND
PLEADINGS PURSUANT TO BANKRUPTCY RULE 3018(a)**

NOW COMES NIXON PEABODY LLP, located at 437 Madison Avenue, New York, New York, 10022, who respectfully requests that this Honorable Court take notice that they act as counsel for Greystone Data Systems, Inc.

Nixon Peabody LLP hereby requests pursuant to Bankruptcy Rule 9010, all papers served or required to be served in this case and in any cases consolidated herewith, be given and served upon:

Christopher M. Desiderio
NIXON PEABODY, LLP
437 Madison Avenue
New York, New York 10022
Tel.: (212) 940-3077
Fax: (212) 940-3111
Email: cdesiderio@nixonpeabody.com

This request encompasses all notices, copies, and pleadings referred to in Section 1109(b) of title 11, United States Code, or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court or in this case, whether formal or informal, written or oral, or transmitted or

conveyed by mail, delivery, telephone, telegraph, telecopy, telex, or otherwise which effect or seek to effect the above case.

Neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated: December 4, 2008

Respectfully Submitted,

NIXON PEABODY LLP

By: _____
Louis E. Dolan, Jr. (Bar # 34437)
401 9th Street NW, Suite 900
Washington, DC 20004-2128
Tel.: (202) 585-8818
Fax: (202) 585-8080
Email: ldolan@nixonpeabody.com
*Counsel for Greystone Data Systems, Inc.*

and

Christopher M. Desiderio  (*pro hac vice* pending)
437 Madison Avenue
New York, New York  10022
Tel.:  (212) 940-3000
Fax:  (212) 940-3111
Email: cdesiderio@nixonpeabody.com
*Counsel for Greystone Data Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2008, a true and correct copy of the foregoing Notice of Appearance Pursuant to Bankruptcy Rule 9010(b) Combined with Request for All Copies Pursuant to Bankruptcy Rule 2002(a), (b) and Pleadings Pursuant to Bankruptcy Rule 3018(a) was served via first class mail on:

> Robert B. Van Arsdale
> Office of the United States Trustee
> 701 East Broad St. Suite 4304
> Richmond, Virginia 23219
> *Assistant United States Trustee*
>
> David S. Berman
> Riemer & Braunstein LLP
> Three Center Plaza, 6th Floor
> Boston, Massachusetts 02108
> *Counsel for Bank of America, NA., as Agent*
>
> Dion W. Hayes
> McGuireWoods LLP
> One James Center
> 901 East Cary Street
> Richmond, Virginia 23219
> *Counsel for the Debtors*
>
> Greg M. Galardi
> Ian S. Fredericks
> Skadden, Arps, Slate, Meagher & Flom
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899-0636
> *Counsel for the Debtors*

I also hereby certify that I caused a copy of the foregoing document to be delivered in PDF format, by e-mail, to:

circuitcityservice@mcguirewoods.com

project.circuitcity@skadden.com

_____
Louis E. Dolan, Jr.