Kevin R. McCarthy, VSB 14273
William Douglas White
McCarthy & White, PLLC
8180 Greensboro Dr. – Suite 875
McLean, VA 22102
(703) 770-9261

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Circuit City Stores, Inc., et al., | ) ) ) | Case No. 08-35653 (KRH) Jointly Administered |
| Debtors. | ) ) | |

**VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P 2019**

The law firm of McCarthy & White, PLLC, pursuant to the provisions of Rule 2019(a) of the Bankruptcy Rules files this Verified Statement of its multiple representations in this case:

(1)    The name and address of the creditors represented by McCarthy & White, PLLC are:

    (A)    Potomac Electric Power Company
           Jack Strausman, Esq.
           701 Ninth Street NW
           Tenth Floor
           Washington, DC  20068

    (B)    Delmarva Power & Light Company
           Atlantic City Electric Company
           Jack Strausman, Esq.
           701 Ninth Street NW
           Tenth Floor
           Washington, DC  20068

    (C)    Central Main Power Company
           Steven E. Cope, Esq.
           COPE AND COPE
           One Union Street
           Portland, Maine 04101

 (D)  Florida Power & Light Company
    Rachel Budke, Esq.
    700 Universe Boulevard
    Juno Beach, Florida 33408

 (E)  Baltimore Gas and Electric Company
    Kim Curry, Esq.
    39 W. Lexington Street
    Room 1421
    Baltimore, MD 21201

 (F)  Alabama Power Company
    Eric T. Ray
    Balch & Bingham LLP
    1901 Sixth Avenue North, Suite 2600
    Birmingham, Alabama 35203-4644

(2) On information and belief, each of the above parties are creditors of the Debtor and have claims arising from the provision of utility services in the period immediately prior to and after the petition as set forth on spreadsheets provided by those parties and that are attached as Exhibits A-G.

(3) McCarthy & White, PLLC was retained to represent each of the above parties pursuant to prior representation in other bankruptcy matters or pursuant to referral from other utilities.

        Respectfully submitted,

        McCarthy & White, PLLC


        /s/Kevin R. McCarthy
        Kevin R. McCarthy, VSB 14273
        McCarthy & White, PLLC
        8180 Greensboro Drive, Suite 875
        McLean VA  22102

I, Kevin R. McCarthy, declare under penalty of perjury that the representations in the foregoing statement are true and correct to the best of my knowledge, information and belief.

/s/Kevin R. McCarthy
Kevin R. McCarthy

**CERTIFICATE OF SERVICE**

I, Kevin R. McCarthy, hereby certify that on this 4th day of December 2008, I caused a true and correct copy of the Verified Statement Pursuant to Fed. R. Bankr. P 2019 to be sent through the Court's electronic case filing system.

/s/ Kevin R. McCarthy
Kevin R. McCarthy