## Circuit City Deposit Analysis

| Account Name | Pre-Petition Account Number | Post-Petition Account Number | Service Address | Post-Petition Deposit |
|---|---|---|---|---|
| CIRCUIT CITY STORE #3738 | 0934640-9996-4 | 3719648-9999-6 | 465 BERLIN CROSSKEYS RD, SICKLERVILLE,NJ | $16,000.00 |
| CIRCUIT CITY STORE #3738 | 0934640-9997-2 | 3719654-9999-4 | 2148 N SECOND ST, MILLVILLE, NJ | $15,000.00 |
| CIRCUIT CITY STORE #3738 | 0934640-9998-0 | 3719655-9999-1 | 4215 BLACK HORSE PIKE, MAYS LANDING, NJ | $18,000.00 |
| CIRCUIT CITY STORES INC | 2255871-9999-6 | 3719660-9999-1 | 2640 N SALISBURY BLVD, SALISBURY, MD | $20,000.00 |
| CIRCUIT CITY STORES INC | 2557273-9998-2 (G) | 3719662-9998-9 | 4130 CONCORD PIKE, WILMINGTON, DE | Included Below |
| CIRCUIT CITY STORES INC | 2557273-9999-0 (E) | 3719662-9999-7 | 4130 CONCORD PIKE, WILMINGTON, DE | $22,300.00 |
| CIRCUIT CITY STORES INC | 2663311-9999-9 | 3719643-9999-7 | 700 CENTER BLVD, NEWARK, DE | $21,000.00 |
| | | | Totals: | **$112,300.00** |

Ch: 11
Filed: 11/10/08, Richmond (VAE)
Case # : 08-35653

C. Mayer