MICHAEL A. CARDOZO
CORPORATION COUNSEL OF THE
CITY OF NEW YORK
100 Church Street, Room 5-223
New York, New York 10007
By:     Gabriela P. Cacuci
        Assistant Corporation Counsel
        212-788-0688
Attorneys for the City of New York

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------x
In re:

CIRCUIT CITY STORES, INC., et al.,

                        Debtors.
------------------------------------------------------------x

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE
OF PAPERS OF THE CITY OF NEW YORK**

**PLEASE TAKE NOTICE,** that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the City of New York and its agencies hereby appear in the above-captioned case by their counsel, MICHAEL A. CARDOZO, Corporation Counsel for the City of New York.

Request is hereby made pursuant to Bankruptcy Rule 2002 for service of all papers, including but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by mailing one copy of any such paper to:

> MICHAEL A. CARDOZO
> Corporation Counsel of the City of New York
> 100 Church Street, Room 5-223
> New York, New York 10007
> Attn: Gabriela P. Cacuci, Esq.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, pursuant to Rule 3017 of the Federal Rules of Bankruptcy Procedure, copies of each disclosure statement and plan of reorganization filed or to be filed in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE**, that any notice, motion, application or proposed order attempting to affect the rights of the City of New York and its agencies in this matter which is not served on this Office in accordance with Fed. R. Bankr. P. 9014(b) and 7004, shall be ineffective to provide notice to the City of New York or any of its agencies in this matter and the City of New York and its agencies hereby reserve their rights to contest the validity of any such notice, motion, application or proposed order not served in accordance with this Notice.

Dated: New York, New York
December 2, 2008

    MICHAEL A. CARDOZO
    Corporation Counsel of the
    City of New York

    By:    /s/ Gabriela P. Cacuci
            Gabriela P. Cacuci
            Assistant Corporation Counsel
            100 Church Street
            New York, New York 10007
            Tel.  (212) 788-0688
            Fax   (212) 788-0937 or 0450
            gcacuci@law.nyc.gov

**CERTIFICATE OF SERVICE**

I, Gabriela P. Cacuci, an attorney admitted to practice before the courts of the State of New York, do hereby certify that on December 2, 2008, I served true copies of the foregoing Notice of Appearance and Demand for Service of Papers of the City of New York and its agencies dated December 2, 2008 as indicated below:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM, LLP
One Rodney Square, PO Box 636
Wilmington, Delaware 19899-0636
Attorneys for the Debtors
(regular mail)

Dion W. Hayes, Esq.
Douglas M. Foley
McGUIRREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Attorneys for the Debtors
Fax: (757) 640-3957

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE
 MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attorneys for the Debtors
(regular mail)

Office of the U.S. Trustee
Robert B. Van Arsdale
701 E. Broad St., Suite 4304
Richmond, VA 23219
Fax: (804) 771-2330

Brad R. Godshall, Esq.
PACHULSKI STANG ZIEHL & JONES, LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
bgodshall@pszjlaw.com
Attorneys for the Committee of
 Unsecured Creditors

Dated: New York, New York
       December 2, 2008

/s/ Gabriela P. Cacuci
GABRIELA P. CACUCI