**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:                                                                  Chapter 11

**CIRCUIT CITY STORES, INC., et. al.**,           Case No: 08-35653-KRH
                                                                          Jointly Administered

    Debtors.

_____/

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO DEBTORS' MATRIX**

Please take notice that Honigman Miller Schwartz and Cohn LLP ("Honigman") hereby appears in the above-captioned case as counsel to DIRECTV, Inc., and requests that any and all notices given or required to be given in this case and any and all papers served in this case be given to and served upon the undersigned at the office and address set forth below and that Honigman be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> Joseph R. Sgroi, Esq.
> Honigman Miller Schwartz and Cohn LLP
> 2290 First National Building
> 660 Woodward Avenue, Suite 2290
> Detroit, MI  48226
> Telephone:  (313) 465-7570
> Facsimile:  (313) 465-7571
> Email: jsgroi@honigman.com

Please take notice that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by ECF filing, mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

2

    The foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

                                        HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                        Counsel to DIRECTV, Inc.

Dated: December 9, 2008        By:    /s/ Joseph R. Sgroi
                                        Joseph R. Sgroi (MI Bar #P68666)
                                      2290 First National Building
                                      660 Woodward Avenue
                                      Detroit, MI 48226
                                      Telephone: (313) 465-7570
                                      Facsimile: (313) 465-7571
                                      Email: jsgroi@honigman.com

DETROIT.3434124.1