## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.**, *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF RECLAMATION DEMAND OF AUDIOVOX CORPORATION

**PLEASE TAKE NOTICE** that Audiovox Corporation ("Audiovox"), by its attorneys, hereby files this Notice that, by demand letter (the "Demand Letter") dated November 17, 2008, served on Circuit City Stores, Inc., *et al.* ("Circuit City"), Audiovox asserted its demand for reclamation of goods pursuant to (a) UCC § 2-702, 11 U.S.C. § 546(c), and (b) the *Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations From Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands* [Docket No. 133] entered by this Court on November 13, 2008. Attached hereto as Exhibit "A" is a copy of the Demand Letter as well as copies of certain schedules reflecting the unpaid invoices for goods delivered to Circuit City by Audiovox within the 45-day period prior to November 10, 2008, Circuit City's Petition Date. As set forth more fully on Exhibit "A," the invoiced amounts total no less than $1,686,139.12. Audiovox demands that the Debtors immediately segregate, identify, account for, and turn over the goods to Audiovox.

### [REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.]

DM3\866751.1

Respectfully submitted,

Dated: December 9, 2008

 */s/ Denyse Sabagh*
Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile: (202) 379-9867
E-mail: DSabagh@duanemorris.com

and

Rudolph J. Di Massa, Jr., Esquire
Matthew E. Hoffman, Esquire
**Duane Morris LLP**
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1506/1524
Facsimile:  (215) 689-2138/4922
E-mail: DiMassa@duanemorris.com
E-mail: MEHoffman@duanemorris.com

*Counsel for Audiovox Corporation*

2

DM3\866751.1