# EXHIBIT "A"



November 17, 2008

Circuit City Stores, Inc. et al.
Claims Processing
c/o Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA  90245

Re: **Reclamation Demand Letter and Request
for Payment by Circuit City Stores, Inc.**

Dear Sir or Madam :

Audiovox Corporation ("Audiovox") is aware that Circuit City Stores, Inc. et al. (collectively, the "Debtors") filed a voluntary petition for relief under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") on November 10, 2008 under case number 08-35653-KRH. Audiovox Corporation has shipped certain Goods, as defined below, to the Debtors, and the Debtors took possession of such Goods prior to the commencement of the Debtors' bankruptcy cases.

Pursuant to §546 of the Bankruptcy Code, Audiovox demands reclamation of any and all goods received by any and all of the Debtors within 45 days preceding the initiation of the Debtors' bankruptcy cases, including, without limitation all such goods listed on the attached schedules (collectively, the "Goods"). Audiovox reserves the right to amend the attached schedules as more information becomes available.

The total amount of Audiovox's reclamation demand is not less then the total aggregate amount of $1,686,139.12. Audiovox reserves the right to amend the dollar value of its reclamation claim against the Debtors as more information becomes available. A spreadsheet containing invoice numbers, amounts and other relevant information relating to the Goods is attached.

Based upon information currently available to us, we believe that the Debtors received the Goods while insolvent and within 45 days preceding the commencement of the Debtors' bankruptcy cases. As of the date of this letter, no part of the purchase price has been paid for such Goods.

Moreover pursuant to Sections 105(a), 363(b), 364(b) and 503(b)(9) of the Bankruptcy Code, Audiovox hereby requests payment of the value of any Goods received

by any of the Debtors during the 20 days preceding the commencement of the Debtors' bankruptcy cases. Section 503(b)(9) of the Bankruptcy Code grants an administrative expense claim to sellers of goods received by a debtor in the ordinary course of business within 20 days prior to the filing of the debtor's bankruptcy petition. Accordingly, a review of Audiovox's books and records regarding the Goods shipped during the 20 days prior to filing the Debtors' bankruptcy cases shows that $999,445.65 is owed to Audiovox as an administrative expense claim. Audiovox reserves the right to amend the amount of the administrative expense claim as more information becomes available.

Please promptly confirm that the Debtors will honor Audiovox's reclamation demand for the Goods and payment request for administrative expense.

Very truly yours,

AUDIOVOX CORPORATION

By *[signature]*
Loriann Shelton
Sr. Vice President

cc:  Circuit City Stores, Inc.
9950 Maryland Drive, Richmond, VA 23233
Attn: Reginald D. Hedgebeth

Circuit City Stores, Inc.
9950 Maryland Drive, Richmond, VA 23233
Attn: Daniel W. Ramsey

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606
Attn: Sarah Baker, Esq.

McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Sarah B. Boehm, Esq.

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Shipment Date check for Reclamation as requested by Larry Stopol | | | | | | | | | | | | |
| 2 | Reclamation-INVOICES FOR CIRCUIT CITY 1011122 & 1452164 | | | | | | | | | | | | |
| 3 | SORTED BY DUE DATE | | | | | | | | | | | | |
| 4 | Report Date: 11/10/08 | | | | | | | | | | | | |
| 5 | CUST# | CUSTOMER | TYPE | DOC | INV DATE | DUE DATE | REFERENCE | ORIGINAL | OPEN | CURRENT | Date Shipped | Carrier | Ship Terms |
| 6 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3836990 | 09/26/08 | 11/10/08 | 2156498 | 540.00 | 540.00 | 540.00 | 9/25/2008 | ROADWAY | PRE PAID |
| 7 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3836991 | 09/26/08 | 11/10/08 | 2156500 | 864.00 | 864.00 | 864.00 | 9/25/2008 | ROADWAY | PRE PAID |
| 8 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3836989 | 09/26/08 | 11/10/08 | 2156497 | 1,620.00 | 1,620.00 | 1,620.00 | 9/25/2008 | ROADWAY | PRE PAID |
| 9 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3836988 | 09/26/08 | 11/10/08 | 2150998 | 23,752.05 | 23,752.05 | 23,752.05 | 9/25/2008 | RETRANS | COLLECT |
| 10 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3836987 | 09/26/08 | 11/10/08 | 2150997 | 26,936.69 | 26,936.69 | 26,936.69 | 9/25/2008 | RETRANS | COLLECT |
| 11 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3836986 | 09/26/08 | 11/10/08 | 2150995 | 37,021.86 | 37,021.86 | 37,021.86 | 9/26/2008 | UPS | PRE PAID |
| 12 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3839314 | 09/27/08 | 11/11/08 | 2156499 | 216.00 | 216.00 | 216.00 | 9/26/2008 | UPS | PRE PAID |
| 13 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3839308 | 09/27/08 | 11/11/08 | 2148159 | 453.48 | 453.48 | 453.48 | 9/26/2008 | RETRANS | COLLECT |
| 14 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3839309 | 09/27/08 | 11/11/08 | 2148174 | 816.36 | 816.36 | 816.36 | 9/26/2008 | RETRANS | COLLECT |
| 15 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3839310 | 09/27/08 | 11/11/08 | 2150536 | 6,335.68 | 6,335.68 | 6,335.68 | 9/26/2008 | RETRANS | COLLECT |
| 16 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3839313 | 09/27/08 | 11/11/08 | 2150999 | 29,947.59 | 29,947.59 | 29,947.59 | 9/26/2008 | RETRANS | COLLECT |
| 17 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3839311 | 09/27/08 | 11/11/08 | 2150992 | 36,592.70 | 36,592.70 | 36,592.70 | 9/26/2008 | RETRANS | COLLECT |
| 18 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3839312 | 09/27/08 | 11/11/08 | 2150996 | 39,219.52 | 39,219.52 | 39,219.52 | 9/26/2008 | RETRANS | COLLECT |
| 19 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840979 | 09/30/08 | 11/14/08 | 2152810 | 45.00 | 45.00 | 45.00 | 9/25/2008 | CUSTOMER PICK-UP | COLLECT |
| 20 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840980 | 09/30/08 | 11/14/08 | 2159341 | 79.50 | 79.50 | 79.50 | 9/29/2008 | UPS | PRE PAID |
| 21 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843514 | 09/30/08 | 11/14/08 | 2159395 | 97.70 | 97.70 | 97.70 | 9/30/2008 | UPS | PRE PAID |
| 22 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840978 | 09/30/08 | 11/14/08 | 2152762 | 135.00 | 135.00 | 135.00 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 23 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843490 | 09/30/08 | 11/14/08 | 2152800 | 181.32 | 181.32 | 181.32 | 9/30/2008 | UPS | PRE PAID |
| 24 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3841000 | 09/30/08 | 11/14/08 | 2159388 | 192.90 | 192.90 | 192.90 | 9/29/2008 | UPS | PRE PAID |
| 25 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840980 | 09/30/08 | 11/14/08 | 2152811 | 270.00 | 270.00 | 270.00 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 26 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840968 | 09/30/08 | 11/14/08 | 2152762 | 278.40 | 278.40 | 278.40 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 27 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840969 | 09/30/08 | 11/14/08 | 2152763 | 278.40 | 278.40 | 278.40 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 28 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840970 | 09/30/08 | 11/14/08 | 2152764 | 278.40 | 278.40 | 278.40 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 29 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843515 | 09/30/08 | 11/14/08 | 2159396 | 369.45 | 369.45 | 369.45 | 9/30/2008 | UPS | PRE PAID |
| 30 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3841001 | 09/30/08 | 11/14/08 | 2159389 | 385.80 | 385.80 | 385.80 | 9/29/2008 | UPS | PRE PAID |
| 31 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3841002 | 09/30/08 | 11/14/08 | 2159390 | 385.80 | 385.80 | 385.80 | 9/29/2008 | UPS | PRE PAID |
| 32 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3841003 | 09/30/08 | 11/14/08 | 2159391 | 385.80 | 385.80 | 385.80 | 9/29/2008 | UPS | PRE PAID |
| 33 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3841004 | 09/30/08 | 11/14/08 | 2159392 | 385.80 | 385.80 | 385.80 | 9/29/2008 | UPS | PRE PAID |
| 34 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840962 | 09/30/08 | 11/14/08 | 2152755 | 408.24 | 408.24 | 408.24 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 35 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840963 | 09/30/08 | 11/14/08 | 2152756 | 408.24 | 408.24 | 408.24 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 36 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840987 | 09/30/08 | 11/14/08 | 2159322 | 441.60 | 441.60 | 441.60 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 37 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840988 | 09/30/08 | 11/14/08 | 2159339 | 477.00 | 477.00 | 477.00 | 9/29/2008 | UPS | PRE PAID |
| 38 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840984 | 09/30/08 | 11/14/08 | 2159326 | 480.00 | 480.00 | 480.00 | 9/30/2008 | UPS | PRE PAID |
| 39 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843493 | 09/30/08 | 11/14/08 | 2152803 | 498.66 | 498.66 | 498.66 | 9/29/2008 | UPS | PRE PAID |
| 40 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840977 | 09/30/08 | 11/14/08 | 2152808 | 540.00 | 540.00 | 540.00 | 9/30/2008 | CUSTOMER PICK-UP | COLLECT |
| 41 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840999 | 09/30/08 | 11/14/08 | 2159387 | 578.70 | 578.70 | 578.70 | 9/29/2008 | UPS | PRE PAID |
| 42 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840959 | 09/30/08 | 11/14/08 | 2148136 | 612.36 | 612.36 | 612.36 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840991 | 09/30/08 | 11/14/08 | 2159342 | 715.50 | 715.50 | 715.50 | 9/29/2008 | UPS | PRE PAID |
| 44 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843495 | 09/30/08 | 11/14/08 | 2152805 | 748.02 | 748.02 | 748.02 | 9/30/2008 | ROADWAY | PRE PAID |
| 45 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840987 | 09/30/08 | 11/14/08 | 2159338 | 795.00 | 795.00 | 795.00 | 9/29/2008 | UPS | PRE PAID |
| 46 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840989 | 09/30/08 | 11/14/08 | 2159340 | 795.00 | 795.00 | 795.00 | 9/29/2008 | UPS | PRE PAID |
| 47 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840992 | 09/30/08 | 11/14/08 | 2159343 | 795.00 | 795.00 | 795.00 | 9/29/2008 | UPS | PRE PAID |
| 48 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840995 | 09/30/08 | 11/14/08 | 2159346 | 795.33 | 795.33 | 795.33 | 9/29/2008 | UPS | PRE PAID |
| 49 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3841005 | 09/30/08 | 11/14/08 | 2159393 | 840.00 | 840.00 | 840.00 | 9/29/2008 | UPS | PRE PAID |
| 50 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843485 | 09/30/08 | 11/14/08 | 2152797 | 905.76 | 905.76 | 905.76 | 9/30/2008 | CUSTOMER PICK-UP | COLLECT |
| 51 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840985 | 09/30/08 | 11/14/08 | 2153328 | 960.00 | 960.00 | 960.00 | 9/29/2008 | UPS | PRE PAID |
| 52 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840998 | 09/30/08 | 11/14/08 | 2159349 | 973.68 | 973.68 | 973.68 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 53 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840972 | 09/30/08 | 11/14/08 | 2152768 | 994.18 | 994.18 | 994.18 | 9/29/2008 | UPS | PRE PAID |
| 54 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840994 | 09/30/08 | 11/14/08 | 2159345 | 1,042.21 | 1,042.21 | 1,042.21 | 9/29/2008 | UPS | PRE PAID |
| 55 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843513 | 09/30/08 | 11/14/08 | 2159394 | 1,114.46 | 1,114.46 | 1,114.46 | 9/30/2008 | UPS | PRE PAID |
| 56 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840964 | 09/30/08 | 11/14/08 | 2152757 | 1,224.72 | 1,224.72 | 1,224.72 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 57 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840981 | 09/30/08 | 11/14/08 | 2159320 | 1,363.20 | 1,363.20 | 1,363.20 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 58 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840965 | 09/30/08 | 11/14/08 | 2152758 | 1,428.84 | 1,428.84 | 1,428.84 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 59 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840966 | 09/30/08 | 11/14/08 | 2152759 | 1,428.84 | 1,428.84 | 1,428.84 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 60 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840996 | 09/30/08 | 11/14/08 | 2159347 | 1,545.90 | 1,545.90 | 1,545.90 | 9/29/2008 | UPS | PRE PAID |
| 61 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840993 | 09/30/08 | 11/14/08 | 2159344 | 1,548.03 | 1,548.03 | 1,548.03 | 9/29/2008 | UPS | PRE PAID |
| 62 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840973 | 09/30/08 | 11/14/08 | 2152770 | 1,556.35 | 1,556.35 | 1,556.35 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 63 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843486 | 09/30/08 | 11/14/08 | 2152797 | 1,612.80 | 1,612.80 | 1,612.80 | 9/30/2008 | SE FRTWAY | PRE PAID |
| 64 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840986 | 09/30/08 | 11/14/08 | 2159330 | 1,660.80 | 1,660.80 | 1,660.80 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 65 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840974 | 09/30/08 | 11/14/08 | 2152772 | 1,839.74 | 1,839.74 | 1,839.74 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 66 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840983 | 09/30/08 | 11/14/08 | 2159324 | 1,843.20 | 1,843.20 | 1,843.20 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 67 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840976 | 09/30/08 | 11/14/08 | 2152776 | 1,862.35 | 1,862.35 | 1,862.35 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 68 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843502 | 09/30/08 | 11/14/08 | 2152814 | 1,907.64 | 1,907.64 | 1,907.64 | 9/30/2008 | ROADWAY | PRE PAID |
| 69 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840961 | 09/30/08 | 11/14/08 | 2152754 | 2,041.20 | 2,041.20 | 2,041.20 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 70 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840967 | 09/30/08 | 11/14/08 | 2152760 | 2,087.90 | 2,087.90 | 2,087.90 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 71 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840975 | 09/30/08 | 11/14/08 | 2152774 | 2,401.92 | 2,401.92 | 2,401.92 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 72 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843496 | 09/30/08 | 11/14/08 | 2152805 | 2,493.48 | 2,493.48 | 2,493.48 | 9/30/2008 | AVERITT | PRE PAID |
| 73 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840971 | 09/30/08 | 11/14/08 | 2152766 | 2,604.53 | 2,604.53 | 2,604.53 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |
| 74 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843516 | 09/30/08 | 11/14/08 | 2159397 | 2,621.06 | 2,621.06 | 2,621.06 | 9/30/2008 | UPS | PRE PAID |
| 75 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843501 | 09/30/08 | 11/14/08 | 2152813 | 2,702.49 | 2,702.49 | 2,702.49 | 9/30/2008 | ROADWAY | PRE PAID |
| 76 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840987 | 09/30/08 | 11/14/08 | 2159348 | 2,716.20 | 2,716.20 | 2,716.20 | 9/29/2008 | UPS | PRE PAID |
| 77 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843487 | 09/30/08 | 11/14/08 | 2152798 | 2,720.88 | 2,720.88 | 2,720.88 | 9/30/2008 | ROADWAY | PRE PAID |
| 78 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843508 | 09/30/08 | 11/14/08 | 2152815 | 2,861.46 | 2,861.46 | 2,861.46 | 9/30/2008 | ROADWAY | PRE PAID |
| 79 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843482 | 09/30/08 | 11/14/08 | 2152761 | 3,383.83 | 3,383.83 | 3,383.83 | 9/30/2008 | UPS | PRE PAID |
| 80 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843504 | 09/30/08 | 11/14/08 | 2152816 | 3,497.34 | 3,497.34 | 3,497.34 | 9/30/2008 | ROADWAY | PRE PAID |
| 81 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843511 | 09/30/08 | 11/14/08 | 2152825 | 3,636.00 | 3,636.00 | 3,636.00 | 9/30/2008 | SE FRTWAY | PRE PAID |
| 82 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843488 | 09/30/08 | 11/14/08 | 2152798 | 4,964.28 | 4,964.28 | 4,964.28 | 9/30/2008 | PITT OHIO | PRE PAID |
| 83 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843509 | 09/30/08 | 11/14/08 | 2152822 | 7,075.44 | 7,075.44 | 7,075.44 | 9/30/2008 | ROADWAY | PRE PAID |
| 84 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3840960 | 09/30/08 | 11/14/08 | 2150533 | 7,127.64 | 7,127.64 | 7,127.64 | 9/29/2008 | CUSTOMER PICK-UP | COLLECT |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843498 | 09/30/08 | 11/14/08 | 2152807 | 7,276.74 | 7,276.74 | 7,276.74 | 9/30/2008 | SE FRTWAY | PRE PAID |
| 86 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843507 | 09/30/08 | 11/14/08 | 2152819 | 8,073.00 | 8,073.00 | 8,073.00 | 9/30/2008 | ROADWAY | PRE PAID |
| 87 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843510 | 09/30/08 | 11/14/08 | 2152824 | 8,345.04 | 8,345.04 | 8,345.04 | 9/30/2008 | AVERITT | PRE PAID |
| 88 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843505 | 09/30/08 | 11/14/08 | 2152817 | 8,584.38 | 8,584.38 | 8,584.38 | 9/30/2008 | SE FRTWAY | PRE PAID |
| 89 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843508 | 09/30/08 | 11/14/08 | 2152821 | 11,247.84 | 11,247.84 | 11,247.84 | 9/30/2008 | ROADWAY | PRE PAID |
| 90 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843484 | 09/30/08 | 11/14/08 | 2152796 | 12,902.40 | 12,902.40 | 12,902.40 | 9/30/2008 | ROADWAY | PRE PAID |
| 91 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843512 | 09/30/08 | 11/14/08 | 2152827 | 13,334.28 | 13,334.28 | 13,334.28 | 9/30/2008 | SE FRTWAY | PRE PAID |
| 92 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843500 | 09/30/08 | 11/14/08 | 2152812 | 14,466.27 | 14,466.27 | 14,466.27 | 9/30/2008 | PITT OHIO | PRE PAID |
| 93 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843483 | 09/30/08 | 11/14/08 | 2152795 | 14,515.20 | 14,515.20 | 14,515.20 | 9/30/2008 | PITT OHIO | PRE PAID |
| 94 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843491 | 09/30/08 | 11/14/08 | 2152800 | 21,162.72 | 21,162.72 | 21,162.72 | 9/30/2008 | ROADWAY | PRE PAID |
| 95 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843492 | 09/30/08 | 11/14/08 | 2152802 | 25,811.84 | 25,811.84 | 25,811.84 | 9/30/2008 | PITT OHIO | PRE PAID |
| 96 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843494 | 09/30/08 | 11/14/08 | 2152803 | 30,161.58 | 30,161.58 | 30,161.58 | 9/30/2008 | ROADWAY | PRE PAID |
| 97 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843499 | 09/30/08 | 11/14/08 | 2152810 | 32,162.40 | 32,162.40 | 32,162.40 | 9/30/2008 | PITT OHIO | PRE PAID |
| 98 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843497 | 09/30/08 | 11/14/08 | 2152805 | 36,464.88 | 36,464.88 | 36,464.88 | 9/30/2008 | ROADWAY | PRE PAID |
| 99 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843489 | 09/30/08 | 11/14/08 | 2152798 | 46,902.30 | 46,902.30 | 46,902.30 | 9/30/2008 | ROADWAY | PRE PAID |
| 100 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3843489 | 09/30/08 | 11/14/08 | 2152798 | 95,540.40 | 95,540.40 | 95,540.40 | 9/30/2008 | ROADWAY | PRE PAID |
| 101 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896216 | 11/05/08 | 12/21/08 | 2180040 | 181.32 | 181.32 | 181.32 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 102 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896200 | 11/05/08 | 12/21/08 | 2179989 | 204.12 | 204.12 | 204.12 | 11/5/2008 | CUSTOMER PICK-UP | COLLECT |
| 103 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896201 | 11/05/08 | 12/21/08 | 2179990 | 204.12 | 204.12 | 204.12 | 11/5/2008 | CUSTOMER PICK-UP | COLLECT |
| 104 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896204 | 11/06/08 | 12/21/08 | 2179993 | 204.12 | 204.12 | 204.12 | 11/5/2008 | CUSTOMER PICK-UP | COLLECT |
| 105 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896218 | 11/06/08 | 12/21/08 | 2180041 | 317.40 | 317.40 | 317.40 | 11/5/2008 | SUMMIT | COLLECT |
| 106 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896242 | 11/06/08 | 12/21/08 | 2180071 | 374.22 | 374.22 | 374.22 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 107 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896205 | 11/06/08 | 12/21/08 | 2180012 | 441.00 | 441.00 | 441.00 | 11/5/2008 | SUMMIT | COLLECT |
| 108 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896213 | 11/06/08 | 12/21/08 | 2180038 | 453.36 | 453.36 | 453.36 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 109 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896251 | 11/06/08 | 12/21/08 | 2180095 | 472.60 | 472.60 | 472.60 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 110 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896252 | 11/06/08 | 12/21/08 | 2180096 | 472.60 | 472.60 | 472.60 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 111 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896186 | 11/06/08 | 12/21/08 | 2171539 | 486.00 | 486.00 | 486.00 | 11/5/2008 | CUSTOMER PICK-UP | COLLECT |
| 112 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896197 | 11/06/08 | 12/21/08 | 2171540 | 594.00 | 594.00 | 594.00 | 11/5/2008 | CUSTOMER PICK-UP | COLLECT |
| 113 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896202 | 11/06/08 | 12/21/08 | 2179991 | 612.36 | 612.36 | 612.36 | 11/5/2008 | CUSTOMER PICK-UP | COLLECT |
| 114 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896203 | 11/06/08 | 12/21/08 | 2179992 | 612.36 | 612.36 | 612.36 | 11/5/2008 | CUSTOMER PICK-UP | COLLECT |
| 115 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896245 | 11/06/08 | 12/21/08 | 2180039 | 634.80 | 634.80 | 634.80 | 11/5/2008 | SUMMIT | COLLECT |
| 116 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896195 | 11/06/08 | 12/21/08 | 2173379 | 724.68 | 724.68 | 724.68 | 11/5/2008 | SUMMIT | COLLECT |
| 117 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896219 | 11/06/08 | 12/21/08 | 2180042 | 815.94 | 815.94 | 815.94 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 118 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896241 | 11/06/08 | 12/21/08 | 2180070 | 873.18 | 873.18 | 873.18 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 119 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896254 | 11/06/08 | 12/21/08 | 2180099 | 945.20 | 945.20 | 945.20 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 120 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896221 | 11/06/08 | 12/21/08 | 2180043 | 952.20 | 952.20 | 952.20 | 11/5/2008 | SUMMIT | COLLECT |
| 121 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896243 | 11/06/08 | 12/21/08 | 2180073 | 1,185.03 | 1,185.03 | 1,185.03 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 122 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896199 | 11/06/08 | 12/21/08 | 2179988 | 1,224.72 | 1,224.72 | 1,224.72 | 11/5/2008 | CUSTOMER PICK-UP | COLLECT |
| 123 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896212 | 11/06/08 | 12/21/08 | 2180037 | 1,269.60 | 1,269.60 | 1,269.60 | 11/5/2008 | SUMMIT | COLLECT |
| 124 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896210 | 11/06/08 | 12/21/08 | 2180036 | 1,314.72 | 1,314.72 | 1,314.72 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 125 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896214 | 11/06/08 | 12/21/08 | 2180038 | 1,360.08 | 1,360.08 | 1,360.08 | 11/5/2008 | SUMMIT | COLLECT |
| 126 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896226 | 11/06/08 | 12/21/08 | 2180049 | 1,589.70 | 1,589.70 | 1,589.70 | 11/5/2008 | CIR CITY FLEET | COLLECT |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896236 | 11/06/08 | 12/21/08 | 2180063 | 1,632.84 | 1,632.84 | 1,632.84 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 128 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896253 | 11/06/08 | 12/21/08 | 2180097 | 1,654.10 | 1,654.10 | 1,654.10 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 129 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896224 | 11/06/08 | 12/21/08 | 2180047 | 1,904.40 | 1,904.40 | 1,904.40 | 11/5/2008 | SUMMIT | COLLECT |
| 130 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896222 | 11/06/08 | 12/21/08 | 2180046 | 1,972.08 | 1,972.08 | 1,972.08 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 131 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896227 | 11/06/08 | 12/21/08 | 2180050 | 2,225.58 | 2,225.58 | 2,225.58 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 132 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896191 | 11/06/08 | 12/21/08 | 2173356 | 2,334.72 | 2,334.72 | 2,334.72 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 133 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896217 | 11/06/08 | 12/21/08 | 2180040 | 2,380.14 | 2,380.14 | 2,380.14 | 11/5/2008 | SUMMIT | COLLECT |
| 134 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896232 | 11/06/08 | 12/21/08 | 2180058 | 3,265.68 | 3,265.68 | 3,265.68 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 135 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896220 | 11/06/08 | 12/21/08 | 2180042 | 3,400.20 | 3,400.20 | 3,400.20 | 11/5/2008 | SUMMIT | COLLECT |
| 136 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896208 | 11/06/08 | 12/21/08 | 2180015 | 3,969.00 | 3,969.00 | 3,969.00 | 11/5/2008 | SUMMIT | COLLECT |
| 137 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896229 | 11/06/08 | 12/21/08 | 2180053 | 3,974.25 | 3,974.25 | 3,974.25 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 138 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896228 | 11/06/08 | 12/21/08 | 2180051 | 4,769.10 | 4,769.10 | 4,769.10 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 139 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896245 | 11/06/08 | 12/21/08 | 2180081 | 5,632.00 | 5,632.00 | 5,632.00 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 140 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896194 | 11/06/08 | 12/21/08 | 2173379 | 6,049.89 | 6,049.89 | 6,049.89 | 11/5/2008 | SUMMIT | COLLECT |
| 141 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896235 | 11/06/08 | 12/21/08 | 2180061 | 6,060.00 | 6,060.00 | 6,060.00 | 11/5/2008 | SUMMIT | COLLECT |
| 142 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896192 | 11/06/08 | 12/21/08 | 2173372 | 6,531.36 | 6,531.36 | 6,531.36 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 143 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896209 | 11/06/08 | 12/21/08 | 2180017 | 6,615.00 | 6,615.00 | 6,615.00 | 11/5/2008 | SUMMIT | COLLECT |
| 144 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896225 | 11/06/08 | 12/21/08 | 2180048 | 6,676.74 | 6,676.74 | 6,676.74 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 145 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896196 | 11/06/08 | 12/21/08 | 2173396 | 7,137.36 | 7,137.36 | 7,137.36 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 146 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896211 | 11/06/08 | 12/21/08 | 2180036 | 7,140.42 | 7,140.42 | 7,140.42 | 11/5/2008 | SUMMIT | COLLECT |
| 147 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896190 | 11/06/08 | 12/21/08 | 2173350 | 8,079.90 | 8,079.90 | 8,079.90 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 148 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896259 | 11/06/08 | 12/21/08 | 2180069 | 8,164.20 | 8,164.20 | 8,164.20 | 11/5/2008 | SUMMIT | COLLECT |
| 149 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896233 | 11/06/08 | 12/21/08 | 2150058 | 8,254.44 | 8,254.44 | 8,254.44 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 150 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896197 | 11/06/08 | 12/21/08 | 2175760 | 8,254.68 | 8,254.68 | 8,254.68 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 151 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896247 | 11/06/08 | 12/21/08 | 2180089 | 8,326.92 | 8,326.92 | 8,326.92 | 11/5/2008 | SUMMIT | COLLECT |
| 152 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896223 | 11/06/08 | 12/21/08 | 2180046 | 9,293.88 | 9,293.88 | 9,293.88 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 153 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896234 | 11/06/08 | 12/21/08 | 2180060 | 9,433.68 | 9,433.68 | 9,433.68 | 11/5/2008 | SUMMIT | COLLECT |
| 154 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896244 | 11/06/08 | 12/21/08 | 2180076 | 10,560.00 | 10,560.00 | 10,560.00 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 155 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896240 | 11/06/08 | 12/21/08 | 2180069 | 10,703.52 | 10,703.52 | 10,703.52 | 11/5/2008 | SUMMIT | COLLECT |
| 156 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896249 | 11/06/08 | 12/21/08 | 2180091 | 11,300.82 | 11,300.82 | 11,300.82 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 157 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896238 | 11/06/08 | 12/21/08 | 2180067 | 11,514.00 | 11,514.00 | 11,514.00 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 158 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896248 | 11/06/08 | 12/21/08 | 2180090 | 11,598.21 | 11,598.21 | 11,598.21 | 11/5/2008 | SUMMIT | COLLECT |
| 159 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896193 | 11/06/08 | 12/21/08 | 2173372 | 11,927.04 | 11,927.04 | 11,927.04 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 160 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896198 | 11/06/08 | 12/21/08 | 2175866 | 15,840.00 | 15,840.00 | 15,840.00 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 161 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896230 | 11/06/08 | 12/21/08 | 2180054 | 16,362.00 | 16,362.00 | 16,362.00 | 11/5/2008 | SUMMIT | COLLECT |
| 162 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896250 | 11/06/08 | 12/21/08 | 2180093 | 16,653.84 | 16,653.84 | 16,653.84 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 163 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896207 | 11/06/08 | 12/21/08 | 2180014 | 18,522.00 | 18,522.00 | 18,522.00 | 11/5/2008 | SUMMIT | COLLECT |
| 164 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896231 | 11/06/08 | 12/21/08 | 2180056 | 18,867.12 | 18,867.12 | 18,867.12 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 165 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896189 | 11/06/08 | 12/21/08 | 2173350 | 26,358.30 | 26,358.30 | 26,358.30 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 166 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896237 | 11/06/08 | 12/21/08 | 2180063 | 27,031.68 | 27,031.68 | 27,031.68 | 11/5/2008 | SUMMIT | COLLECT |
| 167 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896206 | 11/06/08 | 12/21/08 | 2180013 | 27,342.00 | 27,342.00 | 27,342.00 | 11/5/2008 | SUMMIT | COLLECT |
| 168 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896246 | 11/06/08 | 12/21/08 | 2180088 | 36,876.36 | 36,876.36 | 36,876.36 | 11/5/2008 | CIR CITY FLEET | COLLECT |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 169 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896188 | 11/06/08 | 12/21/08 | 2173332 | 52,232.96 | 52,232.96 | 52,232.96 | 11/5/2008 | CIR CITY FLEET | COLLECT |
| 170 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3896185 | 11/06/08 | 12/21/08 | 2151474 | 105,836.79 | 105,836.79 | 105,836.79 | 11/5/2008 | SUMMIT | COLLECT |
| 171 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898424 | 11/07/08 | 12/22/08 | 2183582 | 397.50 | 397.50 | 397.50 | 11/6/2008 | UPS | PRE PAID |
| 172 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898437 | 11/07/08 | 12/22/08 | 2183651 | 490.00 | 490.00 | 490.00 | 11/6/2008 | UPS | PRE PAID |
| 173 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898439 | 11/07/08 | 12/22/08 | 2183653 | 630.00 | 630.00 | 630.00 | 11/6/2008 | UPS | PRE PAID |
| 174 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898423 | 11/07/08 | 12/22/08 | 2183581 | 715.50 | 715.50 | 715.50 | 11/6/2008 | UPS | PRE PAID |
| 175 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898427 | 11/07/08 | 12/22/08 | 2183585 | 795.00 | 795.00 | 795.00 | 11/6/2008 | UPS | PRE PAID |
| 176 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898428 | 11/07/08 | 12/22/08 | 3183586 | 795.00 | 795.00 | 795.00 | 11/6/2008 | UPS | PRE PAID |
| 177 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898430 | 11/07/08 | 12/22/08 | 2183588 | 832.44 | 832.44 | 832.44 | 11/6/2008 | UPS | PRE PAID |
| 178 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898426 | 11/07/08 | 12/22/08 | 2183584 | 874.50 | 874.50 | 874.50 | 11/6/2008 | UPS | PRE PAID |
| 179 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898425 | 11/07/08 | 12/22/08 | 2183583 | 1,033.50 | 1,033.50 | 1,033.50 | 11/6/2008 | UPS | PRE PAID |
| 180 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898432 | 11/07/08 | 12/22/08 | 2183590 | 1,089.60 | 1,089.60 | 1,089.60 | 11/6/2008 | UPS | PRE PAID |
| 181 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898433 | 11/07/08 | 12/22/08 | 2183591 | 1,314.54 | 1,314.54 | 1,314.54 | 11/6/2008 | UPS | PRE PAID |
| 182 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898431 | 11/07/08 | 12/22/08 | 2183589 | 1,458.66 | 1,458.66 | 1,458.66 | 11/6/2008 | UPS | PRE PAID |
| 183 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898435 | 11/07/08 | 12/22/08 | 2183649 | 1,470.00 | 1,470.00 | 1,470.00 | 11/6/2008 | UPS | PRE PAID |
| 184 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898436 | 11/07/08 | 12/22/08 | 2183650 | 1,540.00 | 1,540.00 | 1,540.00 | 11/6/2008 | UPS | PRE PAID |
| 185 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898438 | 11/07/08 | 12/22/08 | 2183652 | 1,540.00 | 1,540.00 | 1,540.00 | 11/6/2008 | UPS | PRE PAID |
| 186 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898434 | 11/07/08 | 12/22/08 | 2183592 | 1,554.54 | 1,554.54 | 1,554.54 | 11/6/2008 | UPS | PRE PAID |
| 187 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898429 | 11/07/08 | 12/22/08 | 2183587 | 2,696.64 | 2,696.64 | 2,696.64 | 11/6/2008 | UPS | PRE PAID |
| 188 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3898440 | 11/07/08 | 12/22/08 | 2183654 | 2,800.00 | 2,800.00 | 2,800.00 | 11/6/2008 | UPS | PRE PAID |
| 189 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3900215 | 11/08/08 | 12/23/08 | 2180077 | 1,408.00 | 1,408.00 | 1,408.00 | 11/7/2008 | UPS | PRE PAID |
| 190 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3900208 | 11/08/08 | 12/23/08 | 2180031 | 2,518.56 | 2,518.56 | 2,518.56 | 11/7/2008 | UPS | PRE PAID |
| 191 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3900210 | 11/08/08 | 12/23/08 | 2180032 | 2,522.10 | 2,522.10 | 2,522.10 | 11/7/2008 | UPS | PRE PAID |
| 192 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3900212 | 11/08/08 | 12/23/08 | 2180034 | 5,292.00 | 5,292.00 | 5,292.00 | 11/7/2008 | UPS | PRE PAID |
| 193 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3900216 | 11/08/08 | 12/23/08 | 2180078 | 7,040.00 | 7,040.00 | 7,040.00 | 11/7/2008 | ROADWAY | PRE PAID |
| 194 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3900209 | 11/08/08 | 12/23/08 | 218032 | 7,541.24 | 7,541.24 | 7,541.24 | 11/7/2008 | UPS | PRE PAID |
| 195 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3900217 | 11/08/08 | 12/23/08 | 2180079 | 9,328.00 | 9,328.00 | 9,328.00 | 11/7/2008 | YELLOW FRT | PRE PAID |
| 196 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3900214 | 11/08/08 | 12/23/08 | 2180076 | 15,488.00 | 15,488.00 | 15,488.00 | 11/7/2008 | ROADWAY | PRE PAID |
| 197 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3900219 | 11/08/08 | 12/23/08 | 2180081 | 15,664.00 | 15,664.00 | 15,664.00 | 11/7/2008 | ROADWAY | PRE PAID |
| 198 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3900211 | 11/08/08 | 12/23/08 | 2180033 | 17,199.00 | 17,199.00 | 17,199.00 | 11/7/2008 | YELLOW FRT | PRE PAID |
| 199 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3900218 | 11/08/08 | 12/23/08 | 2180080 | 19,712.00 | 19,712.00 | 19,712.00 | 11/7/2008 | YELLOW FRT | PRE PAID |
| 200 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3900213 | 11/08/08 | 12/23/08 | 2180035 | 22,904.70 | 22,904.70 | 22,904.70 | 11/7/2008 | ROADWAY | PRE PAID |
| 201 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3900207 | 11/08/08 | 12/23/08 | 2180030 | 136,936.12 | 136,936.12 | 136,936.12 | 11/7/2008 | ROADWAY | PRE PAID |
| 202 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902081 | 11/11/08 | 12/26/08 | 2180062 | 1,360.20 | 1,360.20 | 1,360.20 | 11/7/2008 | UPS GROUND FRT | PRE PAID |
| 203 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902083 | 11/11/08 | 12/26/08 | 2180068 | 1,360.20 | 1,360.20 | 1,360.20 | 11/7/2008 | UPS GROUND FRT | PRE PAID |
| 204 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902084 | 11/11/08 | 12/26/08 | 2180094 | 1,436.64 | 1,436.64 | 1,436.64 | 11/7/2008 | UPS GROUND FRT | PRE PAID |
| 205 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902085 | 11/11/08 | 12/26/08 | 2180097 | 1,436.64 | 1,436.64 | 1,436.64 | 11/7/2008 | UPS GROUND FRT | PRE PAID |
| 206 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902082 | 11/11/08 | 12/26/08 | 2180065 | 1,632.24 | 1,632.24 | 1,632.24 | 11/7/2008 | UPS GROUND FRT | PRE PAID |
| 207 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902080 | 11/11/08 | 12/26/08 | 2180055 | 2,720.40 | 2,720.40 | 2,720.40 | 11/7/2008 | UPS GROUND FRT | PRE PAID |
| 208 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902086 | 11/11/08 | 12/26/08 | 2180098 | 2,873.28 | 2,873.28 | 2,873.28 | 11/7/2008 | UPS GROUND FRT | PRE PAID |
| 209 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902087 | 11/11/08 | 12/26/08 | 2180099 | 2,873.28 | 2,873.28 | 2,873.28 | 11/7/2008 | UPS GROUND FRT | PRE PAID |
| 210 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902076 | 11/11/08 | 12/26/08 | 2180036 | 6,681.96 | 6,681.96 | 6,681.96 | 11/7/2008 | UPS GROUND FRT | PRE PAID |

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 211 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902073 | 11/11/08 | 12/26/08 | 2180031 | 8,618.56 | 8,618.56 | 8,618.56 | 11/7/2008 | YELLOW FRT | PRE PAID |
| 212 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902078 | 11/11/08 | 12/26/08 | 2180044 | 8,763.82 | 8,763.82 | 8,763.82 | 11/7/2008 | UPS GROUND FRT | PRE PAID |
| 213 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902077 | 11/11/08 | 12/26/08 | 2180042 | 10,204.02 | 10,204.02 | 10,204.02 | 11/7/2008 | UPS GROUND FRT | PRE PAID |
| 214 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902079 | 11/11/08 | 12/26/08 | 2180046 | 14,165.34 | 14,165.34 | 14,165.34 | 11/7/2008 | UPS GROUND FRT | PRE PAID |
| 215 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902075 | 11/11/08 | 12/26/08 | 2180034 | 25,317.02 | 25,317.02 | 25,317.02 | 11/7/2008 | ROADWAY | PRE PAID |
| 216 | 1011122 | CIRCUIT CITY STORES INC | R6 | 3902074 | 11/11/08 | 12/26/08 | 2180033 | 31,242.28 | 31,242.28 | 31,242.28 | 11/7/2008 | YELLOW FRT | PRE PAID |