## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

### CERTIFICATE OF SERVICE

I, Denyse Sabagh, hereby certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing Notice of Reclamation Demand, with attached exhibit, to be served via Federal Express and, if the recipients are properly registered, via the Court's CM/ECF system, upon the following interested parties:

Circuit City Stores, Inc., et al.
Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Acenue
El Segundo, CA 90245

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
Attn:  Reginald D. Hedgebeth

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
Attn:  Daniel W. Ramsey

Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606
Attn:  Sarah Baker, Esq.

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn:  Sarah B. Boehm, Esq.

W. Clarkson McDow, Jr., Esq.
Office of the United States Trustee
115 South Union Street
Suite 210
Alexandria, VA 22314

Dated: December 9, 2008

 */s/ Denyse Sabagh*
Denyse Sabagh, Esquire
**Duane Morris LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867
E-mail: DSabagh@duanemorris.com