# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

| | |
|---|---|
| **In re:**<br>Circuit City Stores, Inc.<br><br>Debtor(s) | **Case Number** 08−35653−KRH<br>**Chapter** 11<br>**Judge** Kevin R. Huennekens |

**To:** Kevin McCarthy, Esq.

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

*728* – Statement of Issues (Re: related document(s)[355] Notice of Appeal,, filed by Florida Power & Light Company) filed by Kevin R. McCarthy of McCarthy & White, PLLC on behalf of Florida Power & Light Company. (McCarthy, Kevin)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **ten (10) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
- _ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- _ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]
- _ **Identification of Attorney:** State Bar number omitted from document/proposed order. {See LBR 5005−1(C)(5) and 9022−1(A)]

### REQUIREMENT OF FORM:
- _ **Legibility:** not in compliance with LBR 5005−1(C)(1)
- _ **Caption, Official Forms:** [See LBR 5005−1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,* _ Case name and number do not match on paper submitted.
- _ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - _ *if corporation,* not signed by counsel. [See LBR 5005−1(C)(4)]
  - _ *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - _ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe, or a handwritten, scanned signature. [See II.C.1. Administrative Procedures for Filing, Signing, Maintaining and Verifying Pleadings and paper in the CM/ECF System]
- _ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- **XX** Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry <u>Appellant Designation</u> <u>or</u> redocket to attach the correct document.
- _ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

### VOLUNTARY PETITIONS:
- _ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2−pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms effective January 1, 2008. A form may be obtained from the court's web site at www.vaeb.uscourts.gov.
- _ Not accompanied by payment in full of past due amount, if debtor still owes filing fee or portion thereof for a previously filed petition. Amount due: $_ .
- _ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition)*.
- _ Not accompanied by a properly completed and signed Declaration of Divisional Venue. A form may be obtained from the court's web site at www.vaeb.uscourts.gov . [See LBR 1014−2]
- _ Not verified by signature of attorney for debtor(s).
- _ Not verified by unsworn declaration with signature of all debtors.
- _ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074−1]
- _ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007−1(H)]
- _ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- _ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005−1(C) and (D)]

Date: December 9, 2008    Clerk, United States Bankruptcy Court

[ntcdef_filing.jsp 9/2008]

By <u>/s/ Jenni Jafarbay</u> , Deputy Clerk
Direct Dial Telephone No. <u>804−916−2411</u>