**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**



| | |
|---|---|
| **Circuit City Stores, Inc.** | : |
| | : **Chapter 11** |
| Debtors. | : |
| | : **Case No. 08-35653 (KRH)** |
| | : |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE**, that the City of Philadelphia hereby appears in the above-captioned case by its counsel, Hangley Aronchick Segal & Pudlin, and such counsel hereby requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following person at the address, telephone, facsimile number, and e-mail address indicated:

> Ashely M. Chan, Esquire
> Hangley Aronchick Segal & Pudlin
> One Logan Square, 27th Floor
> Philadelphia, PA 19103
> Telephone:  (215) 496-7050
> Facsimile:  (215) 568-0300
> E-mail:  achan@hangley.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This appearance and request for notice is without prejudice to the Creditor's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit the Creditor to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a Motion seeking abstention or withdrawal of the case or a proceeding therein.

HANGLEY ARONCHICK SEGAL & PUDLIN

By: _____
Ashely M. Chan, Esquire
One Logan Square, 27th Floor
Philadelphia, PA 19103

Attorney for City of Philadelphia

Dated: December 5, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Circuit City Stores, Inc.** | : | |
| | : | **Chapter 11** |
| Debtors. | : | |
| | : | **Case No. 08-35653 (KRH)** |
| | : | |

## CERTIFICATE OF SERVICE

I, Ashely M. Chan, Esquire, hereby certify that on December 5, 2008, I caused to be served true and correct copies of the foregoing Notice of Appearance and Demand for Notices and Papers on behalf of City of Philadelphia upon any party who has previously filed a Notice of Appearance pursuant to FRBP 2002.

By: _____
Ashely M. Chan

# HANGLEY ARONCHICK SEGAL & PUDLIN

*Attorneys at Law | A Professional Corporation*

One Logan Square
27th Floor
Philadelphia, PA 19103-6933
215.568.0300 / facsimile

www.hangley.com

Gisela Miller
Direct Dial: 215-496-7057
E-mail: gmiller@hangley.com

PHILADELPHIA, PA
CHERRY HILL, NJ
HARRISBURG, PA
NORRISTOWN, PA

December 5, 2008

**Via Federal Express**

Clerk of Court
United States Bankruptcy Court
Eastern District of Virginia
701 E. Broad Street, Suite 4000
Richmond, VA 23219

  Re: Circuit City Stores, In.c
    Case no. 08-35653

Dear Sir/Madam:

  Enclosed please find originals and a copies of our Notice of Appearance and Demand for Notices and Papers and Proof of Claim. Please file the originals and return the time-stamped copies to us in the enclosed self-addressed envelope.

  Thank you for your assistance in this matter.

Sincerely,

Gisela Miller
Paralegal

gjm
Enclosures

cc: Ashely M. Chan, Esq.