UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

　　　　　Debtor.

Case No. 08-35653-KRH

Chapter 11



RICHMOND DIVISION
FILED
DEC 0 8 2008
CLERK
U.S. BANKRUPTCY COURT

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for the following party (ies) in interest

### GREECE RIDGE, LLC

(hereinafter "Landlord(s)") and, pursuant 11 U.S.C. §1109 (b), demands that all notices given or required to be given in this case and all papers served in this case be given to and served upon: Thomas W. Daniels, Esq., 1265 Scottsville Road, Rochester, New York 14624 (phone: 585-464-9400; fax: 585-464-0706).

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. §1109 (b), the foregoing demand includes not only notices and papers referred to in Rule 2002, but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects any of the debtors or the property of any of the debtors.

Dated: 12/2, 2008

by: /s/ Thomas W. Daniels
Thomas W. Daniels, Esq.
Attorney for Landlord(s)
1265 Scottsville Road
Rochester, New York 14624
(585) 464-9400

TO:　SEE ATTACHED LIST

## CERTIFICATE OF SERVICE

I, Teresa Rubert, do hereby certify that I have served the foregoing Notice of Appearance by causing a copy to be mailed, first class, postage prepaid to the persons shown on the attached Service List on this 4th day of December, 2008.

Teresa Rubert

## SERVICE LIST

Douglas M. Foley, Esq.
Attorney for Debtor
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510


Circuit City Stores, Inc.
Debtor
9950 Mayland Drive
Richmond, VA 23233



**WILMORITE**

Commercial Real Estate
Development & Management

Wilmorite Management Group, LLC
1265 Scottsville Road
Rochester, New York 14624

Telephone (585) 464-9400
www.wilmorite.com

December 4, 2008

Clerk of the United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219

    Re:    Circuit City Stores, Inc.
            Case No. 08-35653-KRH
            Chapter 11

Dear Sir or Madam:

    Enclosed please find an original and one copy of a Notice of Appearance. Please file the original in your office and return a time-stamped copy to me in the enclosed self addressed stamped envelope.

    Thank you for your attention to this matter.

                              Very truly yours,

                              Teresa M. Rubert
                              Director of Lease Administration

tmr
Enclosures

    xc:    Thomas W. Daniels, Esq.
            Douglas M. Foley, Esq.
            Circuit City Stores, Inc.