IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



RICHMOND DIVISION
FILED DEC 0 8 2008 FILED
CLERK
U.S. BANKRUPTCY COURT

| In re: | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653 |
| | Jointly Administered |
| Debtors. | |

### SUPPLEMENTAL REQUEST FOR ADEQUATE ASSURANCE IN ADDITION TO THE RIGHTS PREVIOUSLY REQUESTED ON BEHALF OF KNOXVILLE UTILITIES BOARD

In support of the supplemental request of Knoxville Utilities Board ("KUB") says as follows:

1. KUB previously submitted a Request for Adequate Assurance, Request for Additional Assurance and Objection to Debtor's Proposed Adequate Assurance on November 25, 2008. KUB incorporates the previous request as submitted.

2. Circuit City Stores are located at the following addresses: 151 North Peters Road, Knoxville, TN 37923; 4627 Greenway Drive, Knoxville, TN 37918; and, 2936 Knoxville Center Drive, Knoxville, TN 37924.

3. KUB seeks two times the highest average monthly bill as an appropriate adequate assurance deposit, which may be done by bond or by cash payment. The necessity for this deposit is that utility services will be provided and used prior to notice of a failure to pay for the utilities or prior to termination of the utility service. Thus, the cycle would continue to allow the debtor to use at least, if not more, than sixty (60) day's worth of utilities.

4. There are five utility accounts for Circuit City and they are as follows:

1

| Account No. | Highest Mo. Amt. | 2x High |
|---|---|---|
| 1723300000 | $ 122.36 | $ 244.00 |
| 3297451701 | $ 7,581.55 | $ 15,200.00 |
| 3723300000 | $ 4,600.00 | $ 9,200.00 |
| 2723300000 | $ 21.68 | $ 44.00 |
| 4723300000 | $ 6,158.23 | $ 12,400.00 |
| | | $ 37,088.00 |

The total deposit requested is $37,088.00. Copies of the payment screens and account history are attached as **Exhibit A**. Notice to the undersigned can be given at the following address and e-mail concerning receipt of adequate assurance:

Dean B. Farmer, Esq.
Hodges, Doughty & Carson, PLLC
617 Main Street
Knoxville, Tennessee 37901
dfarmer@hdclaw.com

Respectfully submitted this ____2nd____ day of December, 2008.

_Dean B Farmer_    By _Kandi K Jag_
                    w/ permission

Dean B. Farmer, Esq. (BPR # 006851)
Hodges, Doughty & Carson
617 Main Street
Knoxville, Tennessee 37901
*Attorney for Knoxville Utilities Board*

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading has been forwarded to the following persons, by placing same in the U.S. Mail, postage prepaid, on this the _2nd_ day of December, 2008:

Sarah B. Boehm, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher
 & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Sara K. Baker, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

Circuit City Stores, Inc.
Reggie Hedgebeth
Daniel Ramsey
9960 Mayland Drive
Richmond, VA 23233

David S. Berman, Esq.
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

_Dean B. Farmer_ by _Kandi Rypac w/ permission_
Dean B. Farmer

3





EXHIBIT A







PeopleSoft.

Pay 03/14/08, Frozen, $3,280.33
Bill 02/29/08, Complete, Due 03/18/08, $3,280.33
2 of 2 12/03/07 - 02/19/08
Pay 02/19/08, Frozen, $3,624.80
Bill 01/31/08, Complete, Due 02/18/08, $3,624.80
Pay 01/18/08, Frozen, $3,499.73
Bill 01/03/08, Complete, Due 01/22/08, $3,499.73
Pay 12/18/07, Frozen, $4,600.66
Bill 12/03/07, Complete, Due 12/21/07, $4,600.66
Past 12 - 24 months
1 of 2 03/01/07 - 11/16/07
Pay 11/16/07, Frozen, $5,168.76
Bill 10/31/07, Complete, Due 11/19/07, $5,168.76
Pay 10/16/07, Frozen, $6,273.77
Bill 10/01/07, Complete, Due 10/19/07, $6,273.77
Pay 09/14/07, Frozen, $5,897.61
Bill 08/29/07, Complete, Due 09/17/07, $5,897.61
Pay 08/17/07, Frozen, $5,966.54
Bill 08/01/07, Complete, Due 08/20/07, $5,966.54
Pay 07/13/07, Frozen, $5,481.98
Bill 06/29/07, Complete, Due 07/17/07, $5,481.98
Pay 06/11/07, Frozen, $5,730.10
Bill 05/31/07, Complete, Due 06/18/07, $5,730.10

PeopleSoft.

Account: 9297451701    Cur Bal $8,363.45    Customer: Circuit City Inc
Premise: No Premise in context

Search | Account Information | Bills/Payments | Person Tree | Account Tree | Premise Tree

Account Circuit City Inc - MAIN - Bill Cycle ManualBill
Next Bill: New Transactions will appear on the next Bill
Total Adj. Amt. $0.00
Completed Bills & Payments
  Past 12 months
    1 of 2 03/21/08 - 11/13/08
      Bill 11/13/08, Complete, Due 12/01/08, $8,363.45
      Bill 11/05/08, Complete, Due 11/24/08, $6,820.10
      Pay 10/22/08, Frozen, $5,875.26
      Bill 10/06/08, Complete, Due 10/24/08, $5,875.26
      Pay 09/24/08, Frozen, $24.60
      Pay 09/24/08, Frozen, $7,581.55
      Bill 09/08/08, Complete, Due 09/26/08, $7,606.15
      Pay 08/22/08, Frozen, $6,836.45
      Bill 08/05/08, Complete, Due 08/25/08, $6,836.45
      Pay 07/18/08, Frozen, $5,821.15
      Bill 07/02/08, Complete, Due 07/21/08, $5,821.15
      Pay 06/25/08, Frozen, $6,483.67
      Bill 06/09/08, Complete, Due 06/27/08, $6,483.67
      Pay 05/16/08, Frozen, $5,189.76
      Bill 05/02/08, Complete, Due 05/20/08, $5,189.76
      Pay 04/18/08, Frozen, $4,902.37
      Bill 04/02/08, Complete, Due 04/21/08, $4,902.37
      Pay 03/21/08, Frozen, $5,294.18
    2 of 2 12/11/07 - 03/05/08
      Bill 03/05/08, Complete, Due 03/24/08, $5,294.18
      Pay 02/19/08, Frozen, $5,479.28
      Bill 02/04/08, Complete, Due 02/22/08, $5,479.28
      Pay 01/25/08, Frozen, $6,887.09
      Bill 01/09/08, Complete, Due 01/28/08, $6,887.09
      Pay 12/28/07, Frozen, $2,064.39
      Bill 12/11/07, Complete, Due 12/31/07, $2,064.39
  Past 12 - 24 months

4627 GREENWAY DR.
E, G, W & WW



2936 Knoxville Center Dr
(W) Fire Protection



| | | | |
|---|---|---|---|
| | DALTON L. TOWNSEND<br>ROY L. AARON<br>DEAN B. FARMER<br>DAVID N. WEDEKIND<br>ALBERT J. HARB<br>EDWARD G. WHITE II<br>THOMAS H. DICKENSON<br>J. WILLIAM COLEY<br>J. MICHAEL HAYNES<br>T. KENAN SMITH<br>WAYNE A. KLINE<br>HIRAM G. TIPTON<br>B. CHASE KIBLER<br>CHRISTOPHER D. HEAGERTY<br>KRISTI M. DAVIS<br>JOSHUA M. BALL<br>JOSHUA J. BOND | ASSOCIATES<br>LISA J. HALL<br>KANDI R. YEAGER<br>E. MICHAEL BREZINA III<br>MATTHEW A. BIRDWELL<br>OLIVER D. ADAMS<br>WESLEY D. STONE<br><br>OF COUNSEL<br>ROBERT R. CAMPBELL<br>JOHN W. WHEELER<br>JULIA S. HOWARD | RETIRED<br>JONATHAN H. BURNETT<br>DAVID E. SMITH<br>DOUGLAS L. DUTTON<br>WILLIAM F. ALLEY, JR.<br><br>J.H. HODGES (1896-1983)<br>J.H. DOUGHTY (1903-1987)<br>RICHARD L. CARSON (1912-1980)<br>JOHN P. DAVIS, JR. (1923-1977) |

**HODGES DOUGHTY & CARSON**
ATTORNEYS

December 2, 2008

Clerk of the Court
United States Bankruptcy Court
Eastern District of Virginia
1100 East Main Street, Room 310
Richmond, VA  23219-3515

Re:    Circuit City Stores, Inc., et al.
       USBC No. 08-35653

To Whom It May Concern:

Please find enclosed Knoxville Utility Board's Supplemental Request for Adequate Assurance, Request for Additional Adequate Assurance and Objection to Debtor's Proposed Adequate Assurance for filing. I have enclosed a self-addressed, stamped envelope to return a file-stamped copy of this pleading.

Very truly yours,

HODGES, DOUGHTY & CARSON, PLLC

Dean Farmer

Dean B. Farmer

DBF/sb
cc:    Certificate of Service List