IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                            :
In re:                      :    Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :    Case No. 08-35653-KRH
et al.,                     :
                            :    Jointly Administered
              Debtors.      :
                            :
- - - - - - - - - - - - - - x

**NOTICE OF STATUS AS A SUBSTANTIAL SHAREHOLDER[1]**

PLEASE TAKE NOTICE that Mr. Ricardo Benjamín Salinas Pliego is/has become a Substantial Shareholder with respect to Circuit City Stock (as defined herein and in the Order) of Circuit City Stores, Inc., a debtor and debtor-in-possession in Case No. 08-35653 pending in the United States Bankruptcy Court for the Eastern District of Virginia.

---

[1]   For purposes hereof, (A) a "Substantial Shareholder" is any person or entity which beneficially owns at least 7,848,226 shares (representing approximately 4.75% of all issued and outstanding shares) of the common stock of ("Circuit City Stock"), and (B) "beneficial ownership" (or any variation thereof of Circuit City Stock and Options to acquire Circuit City Stock) shall be determined in accordance with applicable rules under Section 382 of the I.R.C., Treasury Regulations promulgated thereunder and rulings issued by the Internal Revenue Service, and thus, to the extent provided therein, from time to time shall include, without limitation, (i) direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), (ii) ownership by such holder's family members and *persons acting in concert with such holder to make a coordinated acquisition of stock*, and (iii) an Option to acquire Circuit City Stock.  An "Option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture; contract to acquire stock, or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.  For the avoidance of doubt, by operation of the definition of beneficial ownership in clause (B) of this Paragraph, an owner of an Option to acquire Circuit City Stock may be treated as the owner of such Circuit City Stock.

PLEASE TAKE FURTHER NOTICE that, as of December 8, 2008, Mr. Salinas beneficially owns 47,182,688 shares of the Circuit City Stock.  The table attached hereto as Schedule A sets forth the date(s) on which Mr. Salinas acquired or otherwise became the beneficial owner of such Circuit City Stock.

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, Mr. Salinas hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362 And 541 And Fed. R. Bankr. P. 3001 And 3002 Establishing Notice, Hearing, And Sell-Down Procedures For Trading In Equity Securities And Claims Against The Debtors' Estates (Docket No. 135), this Notice is being (a) filed with the Office of the United States Trustee for the Eastern District of Virginia, 701 East Broad Street, Suite 4304, Richmond, Virginia, (Attn: Robert B. Van Arsdale) and (b) served upon counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, PO Box 636, Wilmington, DE 19899 (Attn: Gregg Galardi).

Respectfully Submitted,


Date:                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
December 8, 2008


By:   /s/ Jeffrey D. Saferstein

Jeffrey D. Saferstein (*jsaferstein@paulweiss.com*)
      (A Member of the Firm)

1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:   (212) 373-3000
Facsimile:   (212) 757-3990

Attorneys for Ricardo Benjamín Salinas Pliego

Schedule A

| Number Of Shares | Date Acquired |
|---|---|
| 2,000 | 12/26/2007 |
| 10,000 | 03/01/2008 |
| 100,000 | 04/01/2008 |
| 2,109,693 | 08/01/2008 |
| 5,158,000 | 08/01/2008 |
| 516,700 | 09/01/2008 |
| 100,445 | 11/11/2008 |
| 5,000 | 11/11/2008 |
| 7,100 | 11/11/2008 |
| 127,455 | 11/11/2008 |
| 450,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 20,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 500,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 200,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 600,000 | 11/11/2008 |
| 300,000 | 11/11/2008 |
| 30,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 200,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 200,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 10,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 75,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |

| | |
|---|---|
| 150,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 25,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 80,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 60,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 150,000 | 11/11/2008 |
| 10,000 | 11/11/2008 |
| 90,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 125,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 225,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 200,000 | 11/11/2008 |
| 50,000 | 11/11/2008 |
| 100,000 | 11/11/2008 |
| 10,000 | 11/11/2008 |
| 90,000 | 11/11/2008 |
| 100,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 5000 | 11/12/2008 |

| | |
|---|---|
| 5000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 3207 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 4900 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 600 | 11/12/2008 |
| 200 | 11/12/2008 |
| 200 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 1290 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 7000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 2500 | 11/12/2008 |
| 100,000 | 11/12/2008 |

| | |
|---|---|
| 3300 | 11/12/2008 |
| 2500 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 8000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 1200 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 1650 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 7000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 150,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 150,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 300,000 | 11/12/2008 |
| 2300 | 11/12/2008 |
| 2300 | 11/12/2008 |
| 1550 | 11/12/2008 |
| 4600 | 11/12/2008 |
| 3500 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 700 | 11/12/2008 |
| 700 | 11/12/2008 |
| 500 | 11/12/2008 |
| 4950 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 9967 | 11/12/2008 |
| 3033 | 11/12/2008 |
| 400 | 11/12/2008 |
| 9600 | 11/12/2008 |
| 11600 | 11/12/2008 |
| 200 | 11/12/2008 |
| 4400 | 11/12/2008 |

| | |
|---|---|
| 100,000 | 11/12/2008 |
| 4600 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 100 | 11/12/2008 |
| *400* | *11/12/2008* |
| 100,000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 200 | 11/12/2008 |
| 500 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 9000 | 11/12/2008 |
| 490 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 375 | 11/12/2008 |
| 100 | 11/12/2008 |
| 3000 | 11/12/2008 |
| 6630 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 550,000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 650 | 11/12/2008 |
| 500 | 11/12/2008 |
| 38000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 200 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 200 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 6000 | 11/12/2008 |

| | |
|---|---|
| 6000 | 11/12/2008 |
| 9800 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 2500 | 11/12/2008 |
| 400 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 170 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 1100 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 2500 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 8000 | 11/12/2008 |
| 2000 | 11/12/2008 |
| 8000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 20000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 24486 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 175 | 11/12/2008 |
| 1150 | 11/12/2008 |
| 500 | 11/12/2008 |
| 500 | 11/12/2008 |

| | |
|---|---|
| 500 | 11/12/2008 |
| 300 | 11/12/2008 |
| 8500 | 11/12/2008 |
| 150 | 11/12/2008 |
| 500 | 11/12/2008 |
| 1000 | 11/12/2008 |
| 628 | 11/12/2008 |
| 7700 | 11/12/2008 |
| 7900 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 150,000 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 30200 | 11/12/2008 |
| 30000 | 11/12/2008 |
| 2500 | 11/12/2008 |
| 20000 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 1660 | 11/12/2008 |
| 1600 | 11/12/2008 |
| 1627 | 11/12/2008 |
| 6500 | 11/12/2008 |
| 8500 | 11/12/2008 |
| 25000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 8450 | 11/12/2008 |
| 7395 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 7000 | 11/12/2008 |
| 10000 | 11/12/2008 |
| 400 | 11/12/2008 |
| 9600 | 11/12/2008 |
| 1240 | 11/12/2008 |
| 5000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 8500 | 11/12/2008 |
| 745 | 11/12/2008 |
| 550 | 11/12/2008 |
| 500 | 11/12/2008 |
| 462 | 11/12/2008 |
| 400 | 11/12/2008 |
| 300 | 11/12/2008 |
| 3000 | 11/12/2008 |

| | |
|---|---|
| 800 | 11/12/2008 |
| 500 | 11/12/2008 |
| 500 | 11/12/2008 |
| 435 | 11/12/2008 |
| 415 | 11/12/2008 |
| 410 | 11/12/2008 |
| 400 | 11/12/2008 |
| 3000 | 11/12/2008 |
| 500 | 11/12/2008 |
| 700 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 1600 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 1655 | 11/12/2008 |
| 70,000 | 11/12/2008 |
| 30,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 40,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 10,000 | 11/12/2008 |
| 15,000 | 11/12/2008 |
| 58,500 | 11/12/2008 |
| 51,500 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 100,000 | 11/12/2008 |
| 250,000 | 11/12/2008 |
| 200,000 | 11/12/2008 |
| 300,000 | 11/12/2008 |
| 50,000 | 11/12/2008 |
| 200,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 25,000 | 11/12/2008 |
| 25,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |

| | |
|---|---|
| 45,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 150,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 255,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 75,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 55,000 | 11/13/2008 |
| 10,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 79,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 30,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 251,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 125,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 225,000 | 11/13/2008 |
| 250,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 10,000 | 11/13/2008 |
| 10,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 55,000 | 11/13/2008 |
| 200,000 | 11/13/2008 |

| | |
|---|---|
| 12,000 | 11/13/2008 |
| 13,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 25,000 | 11/13/2008 |
| 150,000 | 11/13/2008 |
| 500,000 | 11/13/2008 |
| 300,000 | 11/13/2008 |
| 750,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 250,000 | 11/13/2008 |
| 250,000 | 11/13/2008 |
| 200,000 | 11/13/2008 |
| 200,000 | 11/13/2008 |
| 500,000 | 11/13/2008 |
| 1,000,000 | 11/13/2008 |
| 180,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 800,000 | 11/13/2008 |
| 300,000 | 11/13/2008 |
| 800,000 | 11/13/2008 |
| 20,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 700,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 100,000 | 11/13/2008 |
| 500,000 | 11/13/2008 |
| 1,500,000 | 11/13/2008 |
| 1,100,000 | 11/13/2008 |
| 1,000,000 | 11/13/2008 |
| 1,300,000 | 11/13/2008 |
| 567,300 | 11/13/2008 |
| 132,700 | 11/13/2008 |
| 4,000 | 11/13/2008 |
| 41,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |

| | |
|---|---|
| 50,000 | 11/13/2008 |
| 5,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 50,000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 250 | 11/13/2008 |
| 160 | 11/13/2008 |
| 200 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 300 | 11/13/2008 |
| 300 | 11/13/2008 |
| 236 | 11/13/2008 |
| 215 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 280 | 11/13/2008 |
| 400 | 11/13/2008 |
| 600 | 11/13/2008 |
| 400 | 11/13/2008 |
| 100 | 11/13/2008 |
| 500 | 11/13/2008 |
| 200 | 11/13/2008 |
| 500 | 11/13/2008 |
| 160 | 11/13/2008 |
| 400 | 11/13/2008 |
| 300 | 11/13/2008 |
| 200 | 11/13/2008 |
| 200 | 11/13/2008 |
| 500 | 11/13/2008 |
| 250 | 11/13/2008 |
| 270 | 11/13/2008 |
| 270 | 11/13/2008 |
| 1500 | 11/13/2008 |

| | |
|---|---|
| 1138 | 11/13/2008 |
| 748 | 11/13/2008 |
| 670 | 11/13/2008 |
| 560 | 11/13/2008 |
| 550 | 11/13/2008 |
| 548 | 11/13/2008 |
| 500 | 11/13/2008 |
| 500 | 11/13/2008 |
| 350 | 11/13/2008 |
| 320 | 11/13/2008 |
| 20000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1333 | 11/13/2008 |
| 2300 | 11/13/2008 |
| 500 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 160 | 11/13/2008 |
| 325 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1948 | 11/13/2008 |
| 500 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 800 | 11/13/2008 |
| 800 | 11/13/2008 |
| 570 | 11/13/2008 |
| 730 | 11/13/2008 |
| 500 | 11/13/2008 |
| 151 | 11/13/2008 |
| 775 | 11/13/2008 |
| 400 | 11/13/2008 |
| 500 | 11/13/2008 |
| 300 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 4000 | 11/13/2008 |

| | |
|---|---|
| 350 | 11/13/2008 |
| 3200 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 3500 | 11/13/2008 |
| 3420 | 11/13/2008 |
| 3450 | 11/13/2008 |
| 3700 | 11/13/2008 |
| *4000* | *11/13/2008* |
| 4000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 400 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 300 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 235 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 3789 | 11/13/2008 |
| 225 | 11/13/2008 |
| 250 | 11/13/2008 |
| 443 | 11/13/2008 |
| 250 | 11/13/2008 |
| 4100 | 11/13/2008 |
| 150 | 11/13/2008 |
| 150 | 11/13/2008 |
| 4810 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 2960 | 11/13/2008 |
| 3800 | 11/13/2008 |
| 200 | 11/13/2008 |
| 550 | 11/13/2008 |
| 100 | 11/13/2008 |
| 338 | 11/13/2008 |
| 500 | 11/13/2008 |
| 4886 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 3300 | 11/13/2008 |
| 1600 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 2500 | 11/13/2008 |

| | |
|---|---|
| 500 | 11/13/2008 |
| 500 | 11/13/2008 |
| 2375 | 11/13/2008 |
| 4500 | 11/13/2008 |
| 6300 | 11/13/2008 |
| 500 | 11/13/2008 |
| 310 | 11/13/2008 |
| 255 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 2500 | 11/13/2008 |
| 2500 | 11/13/2008 |
| 1900 | 11/13/2008 |
| 450 | 11/13/2008 |
| 500 | 11/13/2008 |
| 409 | 11/13/2008 |
| 2500 | 11/13/2008 |
| 4500 | 11/13/2008 |
| 487 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 500 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 500 | 11/13/2008 |
| 500 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 160 | 11/13/2008 |
| 4961 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 490 | 11/13/2008 |
| 300 | 11/13/2008 |
| 513 | 11/13/2008 |
| 917 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 500 | 11/13/2008 |
| 450 | 11/13/2008 |
| 500 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 320 | 11/13/2008 |
| 1900 | 11/13/2008 |
| 2600 | 11/13/2008 |
| 2500 | 11/13/2008 |
| 3900 | 11/13/2008 |

| | |
|---|---|
| 850 | 11/13/2008 |
| 4500 | 11/13/2008 |
| 518 | 11/13/2008 |
| 388 | 11/13/2008 |
| 383 | 11/13/2008 |
| 363 | 11/13/2008 |
| 450 | 11/13/2008 |
| 210 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 207 | 11/13/2008 |
| 330 | 11/13/2008 |
| 16700 | 11/13/2008 |
| 16700 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 312 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 500 | 11/13/2008 |
| 500 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 3379 | 11/13/2008 |
| 3700 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 800 | 11/13/2008 |
| 400 | 11/13/2008 |
| 350 | 11/13/2008 |
| 263 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 50000 | 11/13/2008 |
| 900 | 11/13/2008 |
| 50000 | 11/13/2008 |
| 25000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 300 | 11/13/2008 |
| 1400 | 11/13/2008 |

| | |
|---|---|
| 7500 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 999 | 11/13/2008 |
| 200 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 25000 | 11/13/2008 |
| 6000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 350 | 11/13/2008 |
| 300 | 11/13/2008 |
| 3500 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 436 | 11/13/2008 |
| 1100 | 11/13/2008 |
| 975 | 11/13/2008 |
| 3500 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 750 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 750 | 11/13/2008 |
| 750 | 11/13/2008 |
| 6000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 40000 | 11/13/2008 |
| 25000 | 11/13/2008 |
| 5900 | 11/13/2008 |
| 1240 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 900 | 11/13/2008 |
| 35455 | 11/13/2008 |
| 750 | 11/13/2008 |

| | |
|---|---|
| 950 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 375 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 1240 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 750 | 11/13/2008 |
| 1240 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 40000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 300 | 11/13/2008 |
| 190 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 400 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 3129 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 345 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 9800 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 4800 | 11/13/2008 |
| 200 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 2800 | 11/13/2008 |
| 1095 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 7650 | 11/13/2008 |
| 1540 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 190 | 11/13/2008 |
| 20000 | 11/13/2008 |

| | |
|---|---|
| 10000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 100 | 11/13/2008 |
| 150 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 20000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1500 | 11/13/2008 |
| 40000 | 11/13/2008 |
| 40000 | 11/13/2008 |
| 350 | 11/13/2008 |
| 20000 | 11/13/2008 |
| 314 | 11/13/2008 |
| 20000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 250 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 140 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 400 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1800 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 5957 | 11/13/2008 |
| 100 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 4886 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 400 | 11/13/2008 |

| 100 | 11/13/2008 |
|---|---|
| 1000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 3846 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 20000 | 11/13/2008 |
| 13000 | 11/13/2008 |
| 2155 | 11/13/2008 |
| 300 | 11/13/2008 |
| 10000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1650 | 11/13/2008 |
| 4550 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 500 | 11/13/2008 |
| 150 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 1250 | 11/13/2008 |
| 110 | 11/13/2008 |
| 3145 | 11/13/2008 |
| 500 | 11/13/2008 |
| 200 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 200 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 20000 | 11/13/2008 |
| 750 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 990 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 2500 | 11/13/2008 |
| 3200 | 11/13/2008 |

| | |
|---|---|
| 2500 | 11/13/2008 |
| 1950 | 11/13/2008 |
| 3200 | 11/13/2008 |
| 3000 | 11/13/2008 |
| 1900 | 11/13/2008 |
| 2400 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 2890 | 11/13/2008 |
| 4000 | 11/13/2008 |
| 2110 | 11/13/2008 |
| 5000 | 11/13/2008 |
| 1000 | 11/13/2008 |
| 6135 | 11/13/2008 |
| 5200 | 11/13/2008 |
| 4900 | 11/13/2008 |
| 4800 | 11/13/2008 |
| 4800 | 11/13/2008 |
| 4800 | 11/13/2008 |
| 4800 | 11/13/2008 |
| 2000 | 11/13/2008 |
| 1,601 | 11/14/2008 |
| 2,000 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 3,399 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 60,000 | 11/14/2008 |
| 40,000 | 11/14/2008 |
| 100,000 | 11/14/2008 |
| 100,000 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 100,000 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 650,000 | 11/14/2008 |
| 110,000 | 11/14/2008 |
| 500,000 | 11/14/2008 |
| 40,000 | 11/14/2008 |
| 150,000 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 150,000 | 11/14/2008 |
| 700,000 | 11/14/2008 |
| 700,000 | 11/14/2008 |
| 100,000 | 11/14/2008 |
| 200,000 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 50,000 | 11/14/2008 |

| | |
|---|---|
| 100,000 | 11/14/2008 |
| 80,000 | 11/14/2008 |
| 10,000 | 11/14/2008 |
| 10,000 | 11/14/2008 |
| 1,850 | 11/14/2008 |
| 8,150 | 11/14/2008 |
| 100,000 | 11/14/2008 |
| 2,574 | 11/14/2008 |
| 40,000 | 11/14/2008 |
| 32,426 | 11/14/2008 |
| 25,000 | 11/14/2008 |
| 25,000 | 11/14/2008 |
| 3,247 | 11/14/2008 |
| 1,741 | 11/14/2008 |
| 20,012 | 11/14/2008 |
| 17,000 | 11/14/2008 |
| 75,000 | 11/14/2008 |
| 2,000 | 11/14/2008 |
| 35,000 | 11/14/2008 |
| 71,000 | 11/14/2008 |
| 139,100 | 11/14/2008 |
| 82,467 | 11/14/2008 |
| 50,000 | 11/14/2008 |
| 18,333 | 11/14/2008 |
| 25,000 | 11/14/2008 |
| 25,000 | 11/14/2008 |
| 26,001 | 11/14/2008 |
| 6,300 | 11/14/2008 |
| 102,109 | 11/14/2008 |
| 15,590 | 11/14/2008 |
| 100 | 11/14/2008 |

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS   (1927-1950)
JOHN F. WHARTON   (1927-1977)

WRITER'S DIRECT DIAL NUMBER

212-373-3382

WRITER'S DIRECT FACSIMILE

212-492-0382

WRITER'S DIRECT E-MAIL ADDRESS

lcohen@paulweiss.com

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

UNIT 3601, FORTUNE PLAZA OFFICE TOWER A
NO. 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300
FACSIMILE (86-10) 6530-9070/9080

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

MATTHEW W. ABBOTT
MARK H. ALCOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
RICHARD S. BORISOFF
HENK BRANDS
JAMES L. BROCHIN
RICHARD J. BRONSTEIN
SUSANNA M. BUERGEL
PATRICK S. CAMPBELL*
JEANETTE K. CHAN
YVONNE Y. F. CHAN
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
CHARLES E. DAVIDOW
DOUGLAS R. DAVIS
THOMAS W. DE LA BASTIDE III
ARIEL J. DECKELBAUM
JAMES M. DUBIN
LESLIE GORDON FAGEN
MARC FALCONE
PETER L. FELCHER
ROBERTO FINZI
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
KENNETH A. GALLO
MICHAEL E. GERTZMAN
PAUL D. GINSBERG
ERIC S. GOLDSTEIN
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
MICHELE HIRSHMAN
JOYCE S. HUANG
JEH CHARLES JOHNSON
MEREDITH J. KANE
ROBERTA A. KAPLAN
BRAD S. KARP
JOHN C. KENNEDY
ALAN W. KORNBERG
DANIEL J. KRAMER

DAVID K. LAKHDHIR
JOHN E. LANGE
DANIEL J. LEFFELL
XIAOYU GREG LIU
JEFFREY D. MARELL
JULIA TARVER MASON
MARCO V. MASOTTI
EDWIN S. MAYNARD
DAVID W. MAYO
TOBY S. MYERSON
JOHN E. NATHAN
CATHERINE NYARADY
ALEX YOUNG K. OH
JOHN J. O'NEIL
KELLEY D. PARKER
ROBERT P. PARKER*
MARC E. PERLMUTTER
MARK F. POMERANTZ
VALERIE E. RADWANER
CAREY R. RAMOS
CARL L. REISNER
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
STEVEN B. ROSENFELD
PETER J. ROTHENBERG
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
JUDITH R. THOYER
DANIEL J. TOAL
MARK A. UNDERBERG
LIZA M. VELÁZQUEZ
MARIA T. VULLO
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
JORDAN E. YARETT
KAYE N. YOSHINO
ALFRED D. YOUNGWOOD
TONG YU
TRACEY A. ZACCONE
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

December 5, 2008

**VIA FEDERAL EXPRESS**
Clerk of the Court
U.S. Bankruptcy Court, Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219

*In re Circuit City Stores, Inc. et. al.*
(Case No. 08-35653-KRH)

To the Clerk of the Court:

      Please find enclosed the form Notice of Status As A Substantial Shareholder to be filed in the above-captioned case. Your assistance in this matter is greatly appreciated.

      Sincerely,

*Lindsay F. Cohen*

      Lindsay F. Cohen

Enclosure

*Doc#: US1:5430330v1*