IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| IN RE<br><br>CIRCUIT CITY STORES, INC. et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that The City Portfolio TIC, LLC, KJF/Faris TIC, LLC, Descanso TIC, LLC, Centre at 38th Street TIC, LLC and RMRG Portfolio TIC, LLC (collectively "RMRG"), by and through its counsel, Moldo Davidson Fraioli Seror & Sestanovich LLP hereby requests pursuant to Bankruptcy Code § 1009(b) and Bankruptcy Rules 2002, 3017, 4001, and 9007 that notice of all matters which may come before the Court be given as follows:

> The City Portfolio TIC, LLC, et al.
> c/o Byron Z. Moldo
> Moldo Davidson Fraioli Seror & Sestanovich LLP
> 2029 Century Park East, 21st Floor
> Los Angeles, CA 90067

PLEASE TAKE FURTHER NOTICE that RMRG hereby requests that it be included on the official mailing matrix and all limited notice or service lists authorized by the Court in this Case.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, complaints, demands, replies, answers, hearings, motions, petitions, requests, operating reports, plans of reorganization, disclosure statements, including all amendments of any of the foregoing and any other documents brought before the Court in this case, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, email, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim or suit is intended or shall be

1

deemed to waive RMRG's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which RMRG is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: 12/5/08

MOLDO DAVIDSON FRAIOLI
SEROR & SESTANOVICH LLP

By: _____
BYRON Z. MOLDO (CA SBN 109652)
MOLDO DAVIDSON FRAIOLI
SEROR & SESTANOVICH LLP
2029 Century Park East, 21st Floor
Los Angeles, CA 90067
Tel: (310) 551-3100
Fax: (310) 551-0238
Email: bmoldo@mdfslaw.com
Attorneys for The City Portfolio TIC, LLC, KJF/Faris TIC, LLC, Descanso TIC, LLC, Centre at 38th Street TIC, LLC and RMRG Portfolio TIC, LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. I am employed by the law firm of Moldo Davidson Fraioli Seror & Sestanovich LLP, located at 2029 Century Park East, 21st Floor, Los Angeles, California 90067, Telephone: (310) 551-3100, Facsimile: (310) 551-0238.

On **December 5, 2008**, I served the document(s) described as: **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐ **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐ **BY EMAIL:** I caused said document(s) to be sent via email.

☐ **ELECTRONICALLY MAILED:** Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

☐ **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

☐ **[State]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **[Federal]** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **December 5, 2008**, at Los Angeles, California.

TRISH MELENDEZ

106494.1  14510.00014

## SERVICE LIST

*Debtor*
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA  23233
Attn:  Bruce H. Besanko,
       Debtor Designee

*United States Trustee*
W. Clarkson McDow, Jr.
c/o Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA  23219
T:  804/771-2310
F:  804/771-2330
E:  robert.b.van.arsdale@usdoj.gov

*Counsel for Creditors, The City Portfolio TIC, LLC, KJF/Faris TIC, LLC, Descanso TIC, LLC, Centre at 38th Street TIC, LLC and RMRG Portfolio TIC, LLC*
Byron Z. Moldo, Esq.
Moldo Davidson Fraioli
Seror & Sestanovich LLP
2029 Century Park East, 21st Floor
Los Angeles, CA  90067
T:  310/551-3100
F:  310/551-0238
E:  bmoldo@mdfslaw.com

*Counsel for Official Committee of Unsecured Creditors*
Brad R. Godshall, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067-4100
T:  310/277-6910
F:  310/201-0760
E:  bgodshall@pszjlaw.com;
    jpomerantz@pszjlaw.com

John D. Fiero, Esq.
Pachulski Stang Ziehl & Jones LLC
150 California Street, 15th Floor
San Francisco, CA  9411-4500
T:  415/263-7000
E:  jfiero@pszjlaw.com

*Counsel for Debtor*
Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
World Trade Center
101 W. Main Street, Suite 9000
Norfolk, VA  23510
T:  757/640-3700
F:  757/640-3701
E:  dblanks@mcguirewoods.com;
    dfoley@mcguirewoods.com

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
T:  804/775-1000
F:  804/775-1061
E:  dhayes@mcguirewoods.com;
    jsheerin@mcguirewoods.com;
    sboehm@mcguirewoods.com

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P. O. Box 636
Wilmington, DE  19899
T:  302/651-3000

*Counsel for Official Committee of Unsecured Creditors*
Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017
T:  212/561-7710
E:  rfeinstein@pszjlaw.com

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 N. Eighth Street, 2nd Floor
Richmond, VA  23219
T:  804/783-8300
F:  804/783-0178
E:  ltavenner@tb-lawfirm.com;
    pberan@tb-lawfirm.com

106494.1  14510.00014