# UNITED STATES BAKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# (RICHMOND)

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) |
| CIRCUIT CITY STORES, INC. | ) |
| | ) CASE NO. 08-35653-KRH |
| | ) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned attorneys, hereby enter their appearance as attorneys of record for the Treasurer of Arapahoe County ("Arapahoe County Treasurer").

The Arapahoe County Treasurer requests that all notices, pleadings and other documents filed in this proceeding be mailed to:

George Rosenberg, Esq.
5334 S. Prince Street
Littleton, CO 80166

and via email to: grosenberg@co.arapahoe.co.us and jholmgren@co.arapahoe.co.us

Respectfully submitted this 8th day of December, 2008.

KATHRYN L. SCHROEDER
ARAPAHOE COUNTY ATTORNEY

By: /s/ George Rosenberg
Assistant Arapahoe County Attorney
5334 S. Prince Street
Littleton, CO 80166
303.795.4639

CERTIFICATE OF SERVICE

This is to certify that on this 9 day of Dec, 2008 a true and correct copy of Notice of Appearance was served via ECF Electronic filing service to the following persons:

**Dion W. Hayes**
**Sarah Beckett Boehm**
**Joseph S. Sheerin**
**McGuire Woods, LLP**
**One James Center**
**901 E. Cary St.**
**Richmond, VA 23219**

**Douglas M. Foley**
**Daniel F. Blanks**
**McGuire Woods LLP**
**9000 World Trade Center**
**101 W. Main St.**
**Norfolk, VA 23510**

**Gregg M. Galardi**
**Ian S. Fredericks**
**Skadden Arps Slate**
**Meagher & Flom LLP**
**One Rodney Sq.**
**P.O. Box 636**
**Wilmington, DE 19899**

**United States Trustee**
W Clarkson McDow, Jr.
Office of the US Trustee
701 E. Broad St. Suite 4304
Richmond, VA 23219

/s/ K Helner