**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-035653-KRH** |
| | ) | **Jointly Administered** |
| **Debtors,** | ) | |
| _____ | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Bankruptcy Rule 9010(b), notice is hereby given of the appearance of the undersigned as counsel of record in this case for DIM Vastgoed, N.A., a Netherlands entity authorized to do business in the state of North Carolina, Cobb Corners II, Limited Partnership, PrattCenter, LLC, UTC I, LLC, Valley Corners Shopping Center, LLC and Encinitas PFA, LLC (collectively, "Landlords"), parties in interest in this case.

In accordance with Bankruptcy Rule 2002(i) and other applicable provisions of the Bankruptcy Code and Rules, request is hereby made that copies of all notices, pleadings and other papers required to be served in this case be sent to the undersigned, as counsel of record for Landlords.

Please take notice that Landlords intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of Landlords to have final orders in non-core matters entered only after de novo review by a District Judge; (2) the right of Landlords to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of Landlords to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Landlords are or may be entitled to under agreements, in law, in

equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Landlords expressly reserve.

This 9th day of December, 2008.

/s/ Amy Pritchard Williams
North Carolina State Bar No. 19233
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina 28202
Telephone: (704) 331-7400
Facsimile: (704) 353-3129
E-mail: amy.williams@klgates.com

Attorney for DIM Vastgoed, N.V., Cobb Corners II, Limited Partnership, PrattCenter, LLC, UTC I, LLC, Valley Corners Shopping Center, LLC and Encinitas PFA, LLC

OF COUNSEL:

K&L GATES LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina 28202
Telephone: (704) 331-7400
Facsimile:  (704) 353-3129

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-035653-KRH** |
| | ) | **Jointly Administered** |
| **Debtors,** | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2008, I served a copy of the foregoing

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** by mailing copies via First

Class United States mail in envelopes with sufficient postage attached and addressed to each

such party in interest or their counsel as follows:

Daniel F. Blanks                                ATTORNEY FOR DEBTOR
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes                                   ATTORNEY FOR DEBTOR
James S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi                              ATTORNEY FOR DEBTOR
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Post Office Box 636
Wilmington, DE 19899

Bruce H. Besanko                              DEBTOR DESIGNEE
9950 Mayland Drive
Richmond, VA 23233

Robert B. Van Arsdale                       ATTORNEY FOR U.S. TRUSTEE

Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219

Brad R. Godshall                                    OFFICIAL COMMITTEE OF UNSECURED
Jeffrey N. Pomerantz                                CREDITORS
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.
Suite 1100
Los Angeles, CA 90067

John M. Brom                                        OFFICIAL COMMITTEE OF UNSECURED
Querrey & Harrow, Ltd.                              CREDITORS
175 W. Jackson Blvd.
Suite 1600
Chicago, IL 60604-2827

John D. Fiero                                       OFFICIAL COMMITTEE OF UNSECURED
Pachulski Stang Ziehl & Jones, LLP                  CREDITORS
150 California Street
15th Street
San Francisco, CA 94111-4500

Lynn Tavenner                                       OFFICIAL COMMITTEE OF UNSECURED
Paula S. Beran                                      CREDITORS
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219

Robert J. Feinstein                                 OFFICIAL COMMITTEE OF UNSECURED
Pachulski Stang Ziehl & Jones, LLP                  CREDITORS
780 Third Avenue
36th Floor
New York, NY 10017

/s/ Amy Pritchard Williams