UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC. | ) | Case No. 08-35653-KRH |
| Debtor. | ) | |
| | ) | |
| US SIGNS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE BY COUNSEL
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of Fullerton & Knowles, P.C., by undersigned counsel, hereby enters a Notice of Appearance as counsel for US Signs, Inc., creditor and party in interest, pursuant to Bankruptcy Rules 2002 and 9010, and hereby requests that all notices, given or required to be given, including all papers, pleadings, and correspondence served or required to be served in this case, or any related proceeding, also be served upon the following:

Richard I. Hutson, Esq.
Fullerton & Knowles, P.C.
12644 Chapel Road Suite 206
Clifton, Virginia 20124
(703) 818-2600,
FAX: (703) 818-2602
rhutson@fullertonlaw.com

In addition, the Clerk is requested to place the foregoing names and address on any mailing matrix and or list of creditors to be prepared or existing in this case.

US SIGNS, INC.
By Counsel

/S/ Richard I. Hutson
Richard I. Hutson, Esq.
VSB# 71097
Fullerton & Knowles, P.C.
12644 Chapel Road, Suite 206
Clifton, VA 20124
(703) 818-2600
FAX: (703) 818-2602
rhutson@fullertonlaw.com
Counsel for US Signs, Inc.