**JS SIGNS, INC.**
COUNT ON US

| Regional Office | Corporate Office | Invoice Date | Client ID | Invoice ID |
|---|---|---|---|---|
| 2220 San Jacnt Blv. | 1800 Bering Dr. | 09/30/2008 | CIRCCITY | 56870 |
| Suite 365 | Suite 700 | | | |
| Denton, TX 76205 | Houston, TX 77057 | Customer PO | Job # | Proj # |
| 940/380-9153 | (713)977-7900 | 473221 | 11-12-06664 | 100 |

To:
Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:
Circuit City #4133-NPlainfield
1200 US Route 22
N. Plainfield, NJ 07060


EXHIBIT B

| | Description | Units | Unit Price | Amount |
|---|---|---|---|---|
| 1 | Manufacture and install (1) 16' single face, flex face cabinet sign, (1) set of 2' 2" non illuminated channel letters, (2) 12' single face, flex face cabinet sgins, (2) sets of 1' 7" x 9' non illuminated channel letters, (1) set of 2' 3" x 12' LED illuminated, individual "Firedog" channel letters and (1) 2' x 8' non illuminated "car installation" panel. | 1.00 | 58,411.00 | 58,411.00 |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| | |
|---|---|
| Amount Billed | $58,411.00 |
| Total Tax | 4,088.77 |
| Total Due | $62,499.77 |

**JS SIGNS, INC.**
COUNT ON US

| Regional Office | Corporate Office | Invoice Date | Client ID | Invoice ID |
|---|---|---|---|---|
| 2220 San Jacnt Blv. | 1800 Bering Dr. | 11/04/2008 | CIRCCITY | 57889 |
| Suite 365 | Suite 700 | | | |
| Denton, TX 76205 | Houston, TX 77057 | Customer PO | Job # | Proj # |
| 940/380-9153 | (713)977-7900 | 501366 | 11-12-06664 | 100 |

To:
Circuit City Stores, Inc.
9954 Mayland Dr.
Attn. Expense Payables
DR3, 6th floor
Richmond, VA 23233

Job Location:
Circuit City #4133-NPlainfield
1200 US Route 22
N. Plainfield, NJ 07060

| # | Description | Units | Unit Price | Amount |
|---|---|---|---|---|
| 1 | Permits, engineering and acquisition fees. | 1.00 | 3,124.00 | 3,124.00 |
| 2 | Freight. | 1.00 | 2,435.00 | 2,435.00 |

**REMIT TO:**
P.O. Box 840323
Dallas, TX 75284-0323
**Due Upon Receipt**

| | |
|---|---|
| Amount Billed | $5,559.00 |
| Total Tax | |
| Total Due | $5,559.00 |