UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF ROBERT L. LEHANE**

Upon consideration of the Motion for Admission *pro hac vice* pursuant to Local Bankruptcy Rule 2091-1(E) (the "Motion"), and due cause appearing to me therefor, it is hereby

ORDERED, ADJUDGED and DECREED that

1. The Motion is hereby allowed;

2. Robert L. LeHane, Esq. of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178 is authorized to appear *pro hac vice* as counsel General Growth Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, FW CA-Brea Marketplace, LLC, Regency Centers, L.P., RC CA Santa Barbara, LLC, Jones Lang LaSalle Americas, Inc., Philips International, S.J. Collins Enterprises, Goodman Enterprises, DeHart Holdings and Weeks Properties CG Holdings in this case (and related proceedings) commenced in this case;

3. Robert L. LeHane, Esq. may sign all pleadings, motions, complaints, applications, and other documents filed with this Court in this case and related proceedings and may attend all hearings as counsel to General Growth Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, FW CA-Brea Marketplace, LLC, Regency Centers, L.P., RC CA

Santa Barbara, LLC, Jones Lang LaSalle Americas, Inc., Philips International, S.J. Collins

Enterprises, Goodman Enterprises, DeHart Holdings and Weeks Properties CG Holdings in this

case.

ENTERED in this _____ day of _____, 2008.

_____
United States Bankruptcy Judge

We ask for this:

*/s/ David J. Ervin*
David J. Ervin (VSB No. 34719)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Tel: (202) 342-8436
Fax: (202) 342-8451

Counsel to General Growth Properties, Inc.,
Weingarten Realty Investors, Basser-Kaufman,
FW CA-Brea Marketplace, LLC, Regency Centers, L.P.,
RC CA Santa Barbara, LLC, Jones Lang LaSalle Americas, Inc.,
Philips International, S.J. Collins Enterprises, Goodman Enterprises,
DeHart Holdings and Weeks Properties CG Holdings

**LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION**

I hereby certify that notice of the Motion for Admission *Pro Hac Vice* of Robert L. LeHane was provided to the parties identified on the attached Service List and a copy of this proposed order was provided to the Office of the United States Trustee for the Eastern District of Virginia prior to submission to the Court.

*/s/ David J. Ervin*
David J. Ervin

## SERVICE LIST

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel to the Debtors*

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois 60606
*Counsel to the Debtors*

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
*Counsel to the Debtors*

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1888
*Assistant United States Trustee*