UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC., et al.    )
                                                                                ) Case No. 08-35653-KRH
              Debtors.                  ) Jointly Administered
                                                                                ) Chapter 11 Proceedings

**HAYWARD 880, LLC**
**NOTICE OF MOTION AND HEARING**

       Hayward 880, LLC ("Hayward"), by its counsel, has filed papers with the Court requesting the Court to enter an Order Compelling Payment of Post-Petition Rent, CAM and Taxes Pursuant to 11 U.S.C. § 365(d)(3).

       **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem opposition waived, treat the Motion as conceded, and issue an Order granting the requested relief without further notice or hearing unless you take the following steps:**

               File with the Court, at the address shown below, a written objection.
               If you mail your response to the Court for filing, you must mail it early
               Enough so the Court will **receive** it on or before December 20, 2008 at 4:00 p.m.

               William C. Redden, Clerk
               United States Bankruptcy Court
               701 E. Broad Street
               Room 4000
               Richmond, Virginia 23219

    ☒    Mail a copy of your response and supporting memorandum to:

               Paul S. Bliley, Jr., Esquire
               Williams Mullen
               P.O. Box 1320
               Richmond, VA  23218-1320

Paul S. Bliley, Jr., VSB # 13973
WILLIAMS MULLEN
P.O. Box 1320
Richmond, VA  23218-1320
Phone:  (804) 783-6448
Fax:    (804) 783-6507
pbliley@williamsmullen.com

Your or your attorney also must:

☒     Attend a hearing on the Motion scheduled to be held on December 22, 2008 at 1:00 p.m. at the United States Bankruptcy Court, United States Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219

If you or your attorney do not take these steps, including the filing and serving of a written response and supporting memorandum within the time period and in the manner set forth above pursuant to Local Bankruptcy Rule 9013-1, the court may deem any opposition waived, treat the Motion as conceded, decide that you do not oppose the Motion and issue an order granting the relief requested without further notice or hearing.

Dated: December 9, 2008            HAYWARD 880, LLC, a Washington limited liability company

By   /s/ Paul S. Bliley, Jr. 
               Of Counsel

Paul S. Bliley, Jr., VSB # 13973
WILLIAMS MULLEN
P.O. Box 1320
Richmond, VA 23218-1320
Phone: (804) 783-6448
Fax:     (804) 783-6507
pbliley@williamsmullen.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 9th day of December, 2008, a copy of the **Notice of Motion and Hearing** and the **Motion of Hayward 880, LLC, a Washington limited liability company, for entry of an Order Compelling Payment of Post-Petition Rent Pursuant to 11 U.S.C. § 365(d)(3)** were via the Electronic Case Filing (ECF) system, as appropriate, and by First Class Mail (postage prepaid) on the following attached Service List:

         /s/ Paul S. Bliley, Jr.
         Paul S. Bliley, Jr.

1691612v1

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Jonathan L Gold | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | 202-887-4288 | jgold@akingump.com | Counsel for Golfsmith International, L.P. |
| Allen & Overy LLP | Mary A House | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-610-6300 | 212-610-6399 | mhouse@akingump.com ken.coleman@allenovery.com | Counsel for Alvarez & Marsal Canada ULC |
| Allen & Overy LLP | Ken Coleman | | | | | | | | | | |
| Andrew S Conway Esq | Ken Coleman | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | | 248-258-7427 | | Aconway@taubman.com | Counsel for the Taubman Landlords |
| Arent Fox LLP | Timothy F Brown Esq Mary Joanne Dowd Esq Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 | | 202-857-6000 | 202-857-6395 | brown.timothy@arentfox.com dowd.mary@arentfox.com giaimo.christopher@arentfox.com | Counsel for F.R.O., LLC, IX |
| Arnall Golden Gregory LLP | Darryl S Laddin Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com frank.white@agg.com | Counsel for Verizon Communications Inc. |
| Attorney General of New Jersey | Anne Milgram | Richard J Hughes Justice Complex | PO Box 106 25 Market St | Trenton | NJ | 08625-0119 | | 609-777-3432 | | citizens.services@lps.state.nj.us | Counsel for the State of New Jersey, Division of Taxation and Department of Labor |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | 804-819-5400 | 804-819-7417 | | Counsel for the United States of America |
| Attorney General of the US | Richard F Stein | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | | | Counsel for the United States of America |
| Attorney General of the US | Robert K Coulter Justin D Leonard | Main Justice Building Rm 5111 101 SW Main St Ste 1100 | 10th St and Constitution Ave NW | Washington Portland | DC OR | 20530 97204 | | 503-228-2525 | 503-295-1058 | jleonard@balljanik.com | Counsel for the United States of America Counsel for Andrews Electronics |
| Ball Janik LLP | Constantinos G Panagopoulos Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | | 202-661-2200 | 202-661-2299 | ccp@ballardspahr.com chotvacs@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Ballard Spahr Andrews & Ingersoll LLP | Charles W Chotvacs Esq | | | | | | | | | | |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq Jeffrey Meyers Esq Jesse N Silverman Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 | | 215-864-8325 | 215-864-9473 | pollack@ballardspahr.com meyers@ballardspahr.com silverman@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust Counsel for Tysons 3 LLC; The Ziegler Companies L...; Madison Waldorf LLC |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | | 703-525-4000 | 703-525-2207 | Mweitzman@beankinney.com | Counsel for The Irvine Company LLC |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | | 562-698-9771 | 562-696-6357 | ernie.park@bewleylaw.com | Counsel for Sharp Electronics Corporation |
| Binder & Malter LLP | Michael W Malter Esq Julie H Rome Banks Esq | 2775 Park Ave | | Santa Clara | CA | 95050 | | 714-994-5131 | | michael@bindermalter.com julie@bindermalter.com | Counsel for Envision Peripherals, Inc.; Daly City Partners L.P. |
| Blank Rome LLP | Regina Stango Kelbon Esq John Lucian Esq | One Logan Sq | | Philadelphia | PA | 19103 | | 215-569-5507 | 215-832-5507 | Kelbon@blankrome.com Lucian@blankrome.com | Counsel for Calico Partnership, Affiliated license holders dba Verizon Wireless |
| Blankingship & Keith PC | William H Casterline Jr Esq Jeremy B Root Esq | 4020 University Dr Ste 300 | | Fairfax | VA | 22030 | | 703-691-1235 | 703-691-3913 | wcasterline@bkklawva.com jroot@bkklawva.com | Counsel for ACCO Brands Corporation |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 | | 516-677-8200x225 | | borgeslawfirm@aol.com | Counsel for Panatoni Construction, Inc.; Raymond Realty Retail, LLC; Chino South Retail PG, LLC; and Panatoni Development Company, Inc.; as Agent for VVI Texas Holdings LLC; TI PI Texas, LLC; Dudley Mitchell Properties TX, LLC; Shelby Properties TX, LLC; Pinstar Investment Properties TX, LLC; Charles L Kessinger; Jacque L Kessinger; Northglenn Retail, LLC |
| Bracewell & Giuliani LLP | William A Trey Wood III | 711 Louisiana St Ste 2300 | | Houston | TX | 77002 | | 713-223-2300 | 713-221-1212 | Trey.Wood@bqllp.com | Counsel for Expesite LLC |
| Bricker & Eckler LLP | Kenneth C Johnson Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 | | 614-227-2300 | 614-227-2390 | kjohnson@bricker.com abeckham@bricker.com | Counsel for 13530 Victory Boulevard LLC |
| Bronwen Price | Gail B Price Esq | 2600 Mission St Ste 206 | | San Marino | CA | 91108 | | 626-799-7800 | 626-799-7990 | | Counsel for SAP Retail, Inc. and Business Objects |
| Brown Connery LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq Ruth Weinstein | 333 Market St 25th Fl 1 Canon Plz | | San Francisco Lake Success | CA NY | 94105-2126 11042 | | 415-227-0900 516-328-5121 | 415-227-0770 516-328-5129 | cchiang@buchalter.com rweinstein@cusa.canon.com | Counsel for Premier Retail Networks, Inc. |
| Canon USA, Inc | | | | | | | | | | dspiro@cantorarkema.com | Canon U.S.A., Inc. |
| Cantor Arkema PC | David K Spiro Esq Neil E McCullagh Esq | PO Box 561 | 1111 E Main St 16th Fl | Richmond | VA | 23218-0561 | | 804-644-1400 | 804-225-8706 | nmccullagh@cantorarkema.com | Counsel for Dentcl Family Limited Partnership |
| Carlton Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | | 813-223-7000 | 813-229-4133 | jlamoureux@carltonfields.com | Counsel for Amore Construction Company |
| Carroll & Carroll PLLC | Scott P Carroll Esq | 831 E Morehead St Ste 440 | | Charlotte | NC | 28202 | | 704-332-6654 | 704-332-6238 | lawcarroll@aol.com | Counsel for Alliance-Rocky Mount, LLC |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 | | 912-652-7110 | 912-652-7101 | | Chatham County Tax Commissioner |
| Christian & Barton LLP | Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq Noelle M James Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | | 804-697-4104 804-697-4100 804-697-4129 | 804-697-6104 804-697-4112 804-697-6129 | aepps@cblaw.com mmueller@cblaw.com jmclemore@cblaw.com njames@cblaw.com | Counsel for Lexmark International, Inc.; Gateway Center Properties III, LLC; SMR Gateway III, LLC; Union Square Retail Trust; Whitestone Development Partners, L.P.; CC Investors 1995-6; M.I.A Brookhaven, LLC; The West Campus Square Company, LLC; Amargosa Palmdale Investments, LLC; Bella Terra Associates, LLC |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq Thomas D Bielli Esq | One Commerce Sq Ste 1930 | 2005 Market St | Philadelphia | PA | 19103 | | 215-557-3550 | 215-557-3551 | aciardi@ciardilaw.com tbielli@ciardilaw.com | Counsel for Little Britain Holding, LLC |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | 300 E Lombard St Ste 2000 | | Baltimore | MD | 21202 | | 410-528-2972 | 410-230-0667 | ddean@coleschotz.com | Counsel for Faber Bros, Inc. |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Counsel for Inland Southwest Management LLC; Inland American Retail Management LLC; Inland US Management LLC; Inland Pacific Property Services LLC; Inland Commercial Property Management, Inc.; and Inland Continental Property Management Corp. |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | kbifferato@cblh.com cthompson@cblh.com | Counsel for Inland Southwest Management LLC; Inland American Retail Management LLC; Inland US Management LLC; Inland Pacific Property Services LLC; Inland Commercial Property Management, Inc.; and Inland Continental Property Management Corp. |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | 1875 Eye St NW 11th Fl | | Washington | DC | 20006 | | 202-331-7111 | 202-293-6229 | mpark@cblh.com | |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | 4551 Cox Rd Ste 210 | PO Box 3059 | Glen Allen | VA | 23058-3059 | | 804-747-4500 | 804-762-9608 | ddhopper@chlhf.com | Counsel for Rio Associates Limited Partnership |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | San Francisco | CA | 94111-5800 | | | | kleiners@cooley.com | Counsel for Shopping.com, Inc. |
| Core Properties Inc | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 | | 704-342-0410 | 704-342-0704 | jim@coreproperties.com | Counsel for Alliance-Rocky Mount, LLC |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | 19800 MacArthur Blvd Ste 500 | | Irvine | CA | 92612 | | 949-476-2111 | 949-476-0256 | jbressi@coxcastle.com | Counsel for RJ Ventures, LLC and K&G Dearborn LLC |
| Culbert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 | | 703-737-7797 | 703-737-6470 | aschmitt@culbert-schmitt.com | Counsel for Plaza Las Palmas LLC |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | | 212-755-5500 | | ecotton@ddrc.com | Corporate Counsel |
| DLA Piper LLP | Anne Braucher Esq | 500 Eighth St NW | | Washington | DC | 20004 | | 202-799-4000 | 202-799-5000 | anne.braucher@dlapiper.com | Counsel for InnerWorkings, Inc. |
| DLA Piper LLP | Timothy W Brink Esq | 203 N LaSalle St Ste 1900 | | Chicago | IL | 60601 | | 312-368-5802 | 312-251-2170 | timothy.brink@dlapiper.com | Counsel for InnerWorkings, Inc. |
| Donahue Gallagher Woods LLP | William R Hill Eric A Handler | 300 Lakeside Dr Ste 1900 | | Oakland | CA | 94612 | | 510-451-0544 | 510-832-1486 | rock@donahue.com ehandler@donahue.com | Counsel for Monte Vista Crossings, LLC |
| Donchess Notinger & Tamposi | Peter N Tamposi | 547 Amherst St Ste 204 | | Nashua | NH | 03063 | | 603-886-7285 | | Peter@dntpc.com nontrustee@dntpc.com | Counsel for Eastman Kodak Company |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq Matthew E Hoffman Esq | 30 S 17th St | | Philadelphia | PA | 19103 | | 215-979-1506 215-979-1524 | 215-689-2138 215-689-4922 | DiMassa@duanemorris.com MEHoffman@duanemorris.com | Counsel for Audiovox Corporation |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq John C Smith Esq Elizabeth L Gunn Esq | 600 E Main St 20th Fl | | Richmond | VA | 23219 | | 804-775-6900 | 804-775-6911 | rterry@durrettebradshaw.com jsmith@durrettebradshaw.com egunn@durrettebradshaw.com | Counsel for Hewlett Packard Company |
| Eaton Corporation | David J Persichetti | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 | | 216-523-4539 | | | Counsel for Eaton Corporation |
| Empire Blue Cross Blue Shield | Louis Benza Esq | 15 Metro Tech Ctr 6th Fl | | Brooklyn | NY | 11201 | | | | louis.benza@empireblue.com | Empire HealthChoice Assurance, Inc, d/b/a Empire Cross Blue Shield |
| Enterprise Asset Management Inc | Lee Sudakoff | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 | | 212-824-1151 | 212-824-1102 | Lee.Sudakoff@eassets.com | Counsel for South Shields #1, Ltd. |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 | | | | gay@epius.com | Envision Peripherals, Inc. |
| Ervin Cohen & Jessup LLP | Michael S Kogan | 9401 Wilshire Blvd 9th Fl | | Beverly Hills | CA | 90212 | | 310-273-6333 | 310-859-2325 | mkogan@ecjlaw.com | Counsel for Ditan Distribution LLC |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall Ste 1450 | | Sacramento | CA | 95814 | | 916-329-7400x222 | 916-329-7435 | ppascuzzi@ffwplaw.com | Counsel for McClatchy Company; Biloxi Sun Herald; Columbus Ledger-Enquirer; Charlotte Observer; Fort Worth Star-Telegram; Island Packet; Macon Telegraph; Macon News & Observer; Myrtle Beach Sun News; Columbia State; Belleville News-Democrat; Bellingham Herald; Charlotte Statesman; Kansas City Star; Tri-City Herald; Tacoma News Inc; Olympian; Centre Daily Times (State College); Wichita Eagle; Fresno Bee; Lexington Herald-Leader; Modesto Bee; Miami Herald; Merced Sun Star; Sacramento Bee; Bradenton Herald; San Luis Obispo Tribune |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | 177 Broad St | | Stamford | CT | 06901-2048 | | 203-325-5000 | 203-325-5001 | hbaer@fdh.com | Counsel for Bell'O International Corp. |
| Foster Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 | | 206-447-4400 | | alstc@foster.com | Counsel for 507 Northgate, LLC |
| Franklin & Prokopik PC | Andrew L Cole | The B&O Bldg | Two N Charles St Ste 600 | Baltimore | MD | 21201 | | 410-752-8700 | 410-752-6868 | acole@tandgnet.com | Counsel for Faber Bros, Inc. |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | | 415-834-3800 | 415-834-1044 | efriedman@friedumspring.com | Counsel for Hewlett-Packard Company |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 | | 505-899-5019 | 505-792-9095 | dave@glassandreynolds.com | Counsel for Homero Mata |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | 300 Summers St Ste 1500 | | Charleston | WV | 25301 | | 304-346-7000 | 304-344-0602 | sjt@goodwingoodwin.com | Counsel for 601 Plaza, LLC; Pat Minitie, Jr; Judith Rae Minnite; PM Construction, Inc.; The PM Company |
| Goulston & Storrs PC | Christine D Lynch Esq Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | | 617-482-1776 | 617-574-4112 | clynch@goulstonstorrs.com pbilowz@goulstonstorrs.com | Counsel for E&A Northeast Limited Partnership; Route 146 Millbury LLC; Interstate Augusta Properties LLC; SR Weiskopf & Associates Inc; Ray Mucci's Inc.; NPP Development LLC |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | 1900 Avenue of the Stars Ste 2100 | | Los Angeles | CA | 90067-4590 | | 310-553-3610 | 310-553-0687 | jkrieger@ggfirm.com | Counsel for Southwinds Ltd |
| Greenberg Traurig LLP | Daniel J Ansell Esq | 200 Park Ave | | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | AnsellD@GTLaw.com | Counsel for Gateway Center Properties III, LLC; SMR Gateway III, LLC; Union Square Retail Trust; Whitestone Development Partners, L.P. |
| Greenberg Traurig LLP | Howard J Berman Esq | 200 Park Ave | | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | bermanH@gtlaw.com | Counsel for CC-Investors 1995-6 |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | 1900 Avenue of the Stars Ste 1800 | | Los Angeles | CA | 90067 | | 310-552-9292 | 310-552-9291 | jjfriedman@hkemlaw.com | Counsel for The West Campus Square Company, LLC; Amargosa Palmdale Investments, LLC; Bella Terra Associates, LLC |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | | | | bill.ray@hamiltonbeach.com | Credit Manager for Hamilton Beach Brands, Inc. |
| Herrick Feinstein LLP | Paul Rubin | Two Park Ave | | New York | NY | 10016 | | 212-592-1400 | 212-592-1500 | prubin@herrick.com | Counsel for Canon U.S.A., Inc. |
| Hewitt & O Neil LLP | Lawrence J Hilton | 19900 MacArthur Blvd Ste 1050 | | Irvine | CA | 92612 | | 949-798-0500 | 949-798-0511 | lhilton@hewittoneil.com | Counsel for Targus Inc |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@haslaw.com | Counsel for DeMatteo Management, Inc. |
| Hirschler Fleischer PC | Michael P Falzone Esq | PO Box 500 | | Richmond | VA | 23218-0500 | | 804-771-9500 | | mfalzone@hf-law.com | Counsel for Altamonte Springs Real Estate Associates, Incorporated; 12 86th Street LLC; Woodlawn Trustees, Incorporated; Basile Limited Liability Company |
| | Sheila deLa Cruz Esq | | | | | | | 804-771-9560 | 804-644-0957 | sdelacruz@hf-law.com | |
| Hodgson Russ LLP | Garry M Graber Esq | The Guaranty Bldg | 140 Pearl St Ste 100 | Buffalo | NY | 14202 | | 716-856-4000 | 716-849-0349 | Ggraber@HodgsonRuss.com | Counsel for Manufacturers & Traders Trust Company |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq | 530 Fifth Ave | | New York | NY | 10036 | | 212-818-9000 | 212-869-4830 | skipnis@hgg.com rgreenberger@hgg.com nmallo@hgg.com | Counsel for Dollar Tree Stores, Inc. |
| | Rachel N Greenberger Esq | | | | | | | | | | |
| | Nicholas B Malito Esq | | | | | | | | | | |
| Holland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 | | 202-457-7049 | 202-955-5564 | richard.lear@hklaw.com | CapTech Ventures, Inc. |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq | 2290 First National Bldg | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for McKinley, Inc.; Ritz Motel Company, The Marketplace of Rochester Hills Parcel B, LLC |
| | Adam K Keith Esq | | | | | | | 313-465-7460 | 313-465-7461 | akeith@honigman.com | |
| Hunton & Williams LLP | Benjamin C Ackerly JR Smith | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | 804-788-8479 | 804-788-8218 | backerly@hunton.com jrsmith@hunton.com hlong@hunton.com | Counsel for Panasonic Corporation of North America; Taubman Auburn Hills Associates Limited Partnership; Alvarez & Marsal Canada ULC |
| | Henry Toby P Long III | | | | | | | | | | |
| Hunton & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 | | 202-419-2143 | 202-778-7445 | ecrupi@hunton.com | Counsel for Taubman Auburn Hills Associates Limited Partnership |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 | | 214-468-3334 | 214-468-3599 | mheld@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP; Cypress CC Marion I LP; COMSYS Information Technology Services, Inc. and COMSYS Services, LLC; Galleria Plaza, Ltd. |
| Hunton & Williams LLP | Robert S Westermann Esq | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | 804-788-8200 | 804-788-8218 | rwestermann@hunton.com | Counsel for IBM Corporation; InfoPrint Solutions Company |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 | | | | | Counsel for IBM Corporation; InfoPrint Solutions Company |
| Jackson & Campbell PC | David H Cox Esq | 1120 20th St NW | S Tower | Washington | DC | 20036 | | 202-457-1600 | 202-457-1678 | dcox@jackscamp.com jmatteo@jackscamp.com | Counsel for Port Arthur Holdings, III, Ltd. |
| | John J Matteo Esq | | | | | | | | | | |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | 300 Garden City Plz | | Garden City | NY | 11530 | | 516-746-8000 | 516-393-8282 | hyazicioglu@jaspanllp.com | Counsel for AVR CPC Associates LLC |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 | | 310-203-8080 | 310-712-8571 | dpoitras@jmbm.com | Counsel for THQ, Inc. |
| John Marshall Collins PC | John Marshall Collins Esq | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 | | | | johnclaw@gmail.com | Counsel for Daly City Partners I, L.P. |
| Jones Day | Jeffrey B Ellman | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-3053 | | 404-521-3939 | 404-581-8330 | jbellman@jonesday.com bjberlin@jonesday.com | Counsel for Ventura In Manhattan Inc. |
| | Brett J Berlin | | | | | | | | | | |
| Jones Day | Sheila L Shadmand Esq | 51 Louisiana Ave NW | | Washington | DC | 20001-2113 | | 202-879-3939 | 202-626-1700 | slshadmand@jonesday.com | Counsel for Ventura In Manhattan Inc. |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | | 202-778-9000 | 202-778-9100 | eric.rusnak@klgates.com marc.barreca@klgates.com | Counsel for Microsoft Corporation |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 | | 206-623-7580 | 206-623-7022 | bankruptcyef@klgates.com | Counsel for Microsoft Corporation |
| Katsky Korins LLP | Steven H Newman Esq | 605 Third Ave 16th Fl | | New York | NY | 10158 | | 212-953-6000 | 212-953-6899 | snewman@katskykorins.com | Counsel for 502-12 LLC; 502-12 86th St LLC |
| Katten Muchin Rosenman LLP | c o Brian D Huben | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | | 310-788-4400 | | brian.huben@kattenlaw.com dustin.branch@kattenlaw.com thomas.leanse@kattenlaw.com | Counsel for The Macerich Company; PREEF Property Management; Watt Companies; Cousins Properties; Portland Investment Company of America; and Prudential Insurance Company of America |
| | c o Thomas J Leanse | | | | | | | | | | |
| | c o Dustin P Branch | | | | | | | | | | |
| Kaufman & Canoles | Paul K Campsen Esq | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 | | 757-624-3000 | 757-624-3169 | pkcampsen@kaufcan.com | Counsel for Ramco West Oaks I, LLC; Ramco JW, LLC; RLV Village Plaza, LP; RLV Vista Plaza, LP; Rebs Muskegon LLC; Pelkar Musegon, LLC; Feram Musegon, LLC; Lea Company, the assignee from Newport News Shopping Center, LLC |
| Kelley Drye & Warren LLP | James S Carr Esq | 101 Park Ave | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com wbroscious@bbpplc.com | Counsel for Developers Diversified Realty Corporation; Weingarten Realty Investors; Basser-Kaufman; General Growth Properties, Inc.; Jones Lang LaSalle Americas, Inc; Phillips International; S.J. Collins Enterprises, Goodman Enterprises; DeHart Holdings; Weeks Properties CG Holdings; FW CA-BREA Marketplace LLC; Regency Centers, L.P.; RC CA Santa Barbara, LLC; |
| | Robert L LeHane Esq | | | | | | | | | | |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | 7201 Glen Forest Dr Ste 102 | | Richmond | VA | 23226 | | 804-288-3446 | 804-288-3661 | | Counsel for Kamin Realty Company |
| King & Spalding LLP | James A Pardo Jr | 1180 Peachtree St | | Atlanta | GA | 30309 | | 404-572-4600 | 404-572-5129 | jpardo@kslaw.com thadwilson@kslaw.com | Mitsubishi Digital Electronics America, Inc. |
| | Thaddeus D Wilson | | | | | | | | | | |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 | | 404-237-4100 | 404-364-0126 | hdawson@kkgpc.com | Counsel for Westgate Village LP |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | 1999 Avenue of the Stars 39th Fl | | Los Angeles | CA | 90067-6049 | | | | mtuchin@ktbslaw.com | Counsel for Paramount Home Entertainment |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 | | 215-569-4493 | 215-568-6603 | jkurtzman@klehr.com | Counsel for The Goldenberg Group |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 | | | | acichello@kb-law.com | Counsel for Loop West LLC, by its Managing Agent The Wilder Companies, Ltd. |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq David M Blau Esq | 25800 Northwestern Hwy Ste 950 | | Southfield | MI | 48075 | | 248-357-0000 | 248-357-7488 | tah@komcc.com dmb@kompc.com | Counsel for Ramco West Oaks I, LLC; Ramco JW, LLC; RLV Village Plaza, LP; RLV Vista Plaza, LP; Rebs Musegon, LLC; Pelkar Musegon, LLC; Faram Musegon, LLC |
| Kutak Rock LLP | Michael A Condyles Esq Loc Pfeiffer Esq Peter J Barrett Esq | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 | | 804-644-1700 | 804-783-6192 | michael.condyles@kutakrock.com loc.pfeiffer@kutakrock.com peter.barrett@kutakrock.com | Counsel for Sony Electronics Inc.; Schottenstein Property Group, Inc. |
| Landsberg Margulies LLP | Ian S Landsberg Esq | 15030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | | 818-705-2777 | 818-705-3777 | ilandsberg@lm-lawyers.com | Counsel for Eagleridge Associates, LLC; Torrance Towne Center Associates, LLC; NMC Stratford, LLC and FJL-MV LLC |
| Latham & Watkins LLP | Josef S Athanas | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 | | 312-876-7700 | 312-993-9767 | josef.athanas@lw.com | Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC |
| Law Office of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | | 214-521-8000 | 214-521-1738 | sheehan@txschoollaw.com | Counsel for Lewisville Independent School District |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 | | 949-250-3322 | 949-250-3387 | rkbowlw@aol.com | Counsel for Pacific Castle Groves, LLC |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 | | 631-761-0800 | | abramowitz@laypc.com sleach@ltblaw.com | Counsel for CC Colonial Trust; CC Joliet Trust; CC Merriville Trust; Bond Circuit VIII Delaware Trust |
| Leach Travell Britt PC | Stephen E Leach Esq D Marc Sarata Esq | 8270 Greensboro Dr Ste 1050 | | McLean | VA | 22102 | | 703-584-8902 | 703-584-8901 | msarata@ltblaw.com | Counsel for Children's Discovery Centers of America, Inc. |
| LeClairRyan A Professional Corporation | Bruce H Matson Detlef G Lehnnardt | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | | 804-783-2003 | 804-783-2294 | Bruce.Matson@leclairryan.com | Counsel for Bank of America, N.A., as Agent |
| Lehnhardt & Lehnhardt LLC | Stephen K Lehnhardt | 20 Westwoods Dr | | Liberty | MO | 64068-3519 | | 816-407-1400 | 816-407-9088 | skleh@lehnardt-law.com | Counsel for 3725 Airport Blvd LP |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq Gordon S Young Esq | One Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 | | 410-581-7400 | 410-581-7410 | jeremy.friedberg@llff.com gordon.young@llff.com | Counsel for Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc. |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | 1425 RexCorp Plz | | Uniondale | NY | 11556-1425 | | 516-802-7008 | 516-802-7008 | lstopol@levystopol.com | Counsel for Audiovox Corporation |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | 1055 W Seventh St Ste 2800 | | Los Angeles | CA | 90017 | | 213-955-9500 | 213-955-9511 | sam.oh@limruger.com | Counsel for Averatec/Trigem USA |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro Ste 300 | | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Counsel for the City of El Paso |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel for City of Round Rock; Mclennan County; South Texas ISD; South Texas College; City of McAllen; Mclennan ISD; Cameron County; Nueces County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel for Harris County, et al.; Fort Bend County; Cypress-Fairbanks Independent School District; Montgomery County |
| Linowes and Blocher LLP | Bradford F Englander Esq Brian M Nestor Esq | 7200 Wisconsin Ave Ste 800 | | Bethesda | MD | 20814 | | 301-961-5125 | 301-654-2801 | benglander@linowes-law.com bnestor@linowes-law.com | Counsel for Alliance Entertainment Corporation and Source Interlink Media, LLC |
| Lionel J Postic PC | Lionel J Postic Esq | 125 Townpark Dr Ste 300 | | Kennesaw | GA | 30144 | | 770-977-6767 | | lpostic@mindspring.com | Counsel for Sun Belt General Contractors, Inc. |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 600 Travis St Ste 3400 | | Houston | TX | 77002 | | 713-226-1200 | 713-223-3717 | aarusso@mindspring.com | Counsel for Home Depot USA, Inc. |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall Thomas A Connop Melissa S Hayward | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 | | 214-740-8000 | 214-740-8800 | | Counsel for Parago, Inc.; Home Depot USA, Inc. |
| Loudoun County Attorney | John R Roberts Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 | | 703-777-0307 | 703-771-5025 | Belkys.Escobar@loudoun.gov | Counsel for Loudoun County |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel for AT&T |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | 86 Farmington Ave | | Hartford | CT | 06105 | | 860-278-1900 | 860-547-1191 | mstiebel@mrglaw.com | Counsel for Basile Limited Liability Company |
| Madison County Alabama Tax Collector | Lynda Hall | Madison County Courthouse | 100 Northside Sq | Huntsville | AL | 35801 | | 255-532-3369 | 256-531-3368 | taxcoll@co.madison.al.us swells@co.madison.al.us | Counsel for Tax Collector of Madison County, Alabama |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr W Joel Charboneau | PO Box 404 | | Roanoke | VA | 24003 | | 540-343-9800 | 540-343-9898 | cmagee@mfgs.com jcharboneau@mfgs.com | Counsel for Tax Collector of Lewisville Independent School District; Arlington ISD; Alief ISD; Baybrook MUD 1; Brazoria County; Brazoria County MUD #6; Burleson ISD; Carroll ISD; City of Cedar Hill; City of Hurst; City of Lake Worth; City of Wichita Falls; Clear Creek ISD; Fort Bend ISD; Fort Bend LID 2; Fort Worth ISD; Galena Park ISD; Hidalgo County & H.C. Drainage District #1; Humble ISD; Lubbock CAD; Midland County Tax Office; Potter County Tax Office; Tyler ISD; Wichita County; Wichita Falls ISD; Woodlands Metro MUD; Woodlands RUD #1 |
| Magruder Cook Carmody & Koutsouflikis | Anne M Magruder Esq Leon Koutsouflikis Esq | 1899 Preston White Dr Ste 200 | | Reston | VA | 20191 | | 703-766-4400 | 703-766-4408 | lkouts@magruderpc.com cfarley@mccarter.com | Counsel for Washington Real Estate Investment Trust |
| McCarter & English LLP | Clement J Farley Angela Sheffler Abreu | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 | | 973-622-4444 | 973-624-7070 | aabreu@mccarter.com | Counsel for PNY Technologies, Inc. |
| McCreary Veselka Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | | mreed@mvbalaw.com | Attorney for Williamson County, Texas, et al. |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 | | 212-547-5400 | 212-547-5444 | graicht@mwe.com | Counsel for Altamonte Springs Real Estate Associates |
| McDermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 | | 202-756-8000 | 202-756-8087 | kpalmer@mwe.com | Counsel for Altamonte Springs Real Estate Associates |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| McDonough Holland & Allen PC | Mary E Olden Esq Andre K Campbell Esq Sean Thomas Thompson Esq | 555 Capitol Mall Ste 950 | | Sacramento | CA | 95814 | | 916-444-3900 | 916-444-9334 | molden@mhalaw.com acampbell@mhalaw.com sthompson@mhalaw.com | Counsel for Colorado Structures, Inc., dba CSI Construction Company |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 | | 202-496-7312 | 202-496-7094 | jmcjunkin@mckennalong.com | Counsel for Bethesda Softwords, LLC |
| | John G McJunkin Esq | 1900 K St NW | | | | | | 202-496-7312 | 202-496-7094 | jmcjunkin@mckennalong.com | Counsel for 120 Orchard LLC; 427 Orchard LLC; FT Orchard LLC; Marc Realty |
| McKenna Long & Aldridge LLP | J David Folds | 1900 K St NW | | Washington | DC | 20006 | | 202-496-7521 | 202-496-7756 | dfolds@mckennalong.com | Counsel for Carousel Center Company, L.P.; Sangertown Square, L.L.C.; EckteeCo NewCo, LLC; Landover, LLC; Charlotte UY, LLC; Cameron Bayonne, LLC; and Fingerlakes Crossing, LLC; NBT Bank, N.A. |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | | 315-474-7541 | 315-474-4040 | knewman@menterlaw.com | Counsel for JWC/Loftus, LLC |
| MercerTrigiani LLP | Philip C Baxa Esq | 16 S Second St | | Richmond | VA | 23219 | | 804-782-8691 | 804-644-0209 | phil.baxa@mercertrigiani.com | Counsel for Giant of Maryland LLC and The Stop & Shop Supermarket Company LLC |
| Michael J Sawyer | Quincy Ctr Plaza | | 1385 Hancock St | Quincy | MA | 02169 | | 617-770-6003 | 617-770-6091 | msawyer@stopandshop.com | |
| Michelle Leeson CFCA | | PO Box 25300 | | Bradenton | FL | 34206-5300 | | 941-741-4835 | 941-741-4865 | michelle@taxcollector.com | Counsel for Ken Burton Jr., Manatee County Tax Collector |
| Michelle Leeson CFCA | | 819 US 301 Blvd W | | Bradenton | FL | 34205 | | 941-741-4835 | 941-741-4865 | michelle@taxcollector.com | Counsel for Ken Burton Jr., Manatee County Tax Collector |
| Miller Canfield Paddock and Stone PLC | John L Senica | 225 W Washington Ste 2600 | | Chicago | IL | 60606 | | 312-460-4215 | 312-460-4201 | senica@millercanfield.com | Counsel for Evergreen Plaza Associates Limited Partnership; Evergreen Plaza Associates I, LP; and TPG Management Inc. |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | edvaed@dor.mo.gov | Counsel for Missouri Department of Revenue |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | AV Division | 9351 Jeronimo Rd | Irvine | CA | 92656 | | 949-465-6079 | 949-609-4924 | batteberry@mdea.com | Counsel for Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics America, Inc. |
| Monarch Alternative Capital LLP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 | | 212-554-1742 | 866-741-2505 | Andrew.Herenstein@monarchlp.com | Monarch Alternative Capital LLP |
| Moore & Van Allen PLLC | David B Wheeler Esq | 40 Calhoun St Ste 300 | PO Box 22828 | Charleston | SC | 29413-2828 | | 843-579-7000 | 843-579-8727 | davidwheeler@mvalaw.com | Counsel for South Carolina Electric & Gas Co.; Public Service of North Carolina |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6669 | 212-309-6001 | nherman@morganlewis.com | Counsel for Kimco Realty Corporation; Mall Properties 98 41 & I-285 Company |
| Morrison Cohen LLP | Michael R Dal Lago Esq | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com | Counsel for Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | One South St 27th Fl | | Baltimore | MD | 21202-3282 | | 410-332-8550 | 410-332-8505 | dhd@nqgrg.com | Counsel for Circuit City Indianapolis 98, LLC; Circuit City Jackson 98 LLC; Circuit City Harper Woods 98, LLC; Circuit City Green Bay 98, LLC; Circuit City East Lansing 98, LLC |
| O Melveny & Myers LLP | Michael J Sage Esq Karyn B Zeldman Esq | Times Square Tower | 7 Times Square | New York | NY | 10036 | | 212-326-2000 | 212-326-2061 | msage@omm.com kzeldman@omm.com | Counsel for Pan Am Equities, Inc. |
| Office of Joe G Tedder CFC | Bonnie Holly | Delinquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 | | 863-534-474Bx5718 | 863-534-4741 | bonnieholly@polktaxes.com | Counsel for the Tax Collector for Polk County, Florida |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | Dept of Labor and Industry Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1184 | | 610-378-4044 | 610-378-4459 | tbortz@state.pa.us | Office of Unemployment Compensation Tax Services |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahoma City | OK | 73102 | | 405-713-1323 | | | Counsel for the Oklahoma County Treasurer |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq Frederick J Levy Esq | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 | | 212-451-2300 | 202-339-8500 | mfox@olshanlaw.com flevy@olshanlaw.com | Counsel for Bush Industries, Inc.; ON Corp US Inc; ON Corp |
| Oppenheimer Blend Harrison & Tate LLC | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 | | 210-224-2000 | 210-224-7540 | Rbattaglia@obht.com | Counsel for The Miner Corporation |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq Jonathan P Guy Esq | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | sstengel@orrick.com jguy@orrick.com | Counsel for MiTAC USA Inc. |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks Marc S Wasserman | 100 King St W 1 First Canadian Pl | Ste 6100 PO Box 50 | Toronto | ON | M5X 1B8 | Canada | 416-862-4923 416-862-4908 | 416-862-6666 | jdacks@osler.com mwasserman@osler.com | |
| Panatoni Law Firm | Fredrick Albert | 34 Tesla Ste 100 | | Irvine | CA | 92618 | | | | | |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 | | 281-991-6095 | 281-991-6012 | | Counsel for the Pasadena Independent School District |
| Patton Boggs LLP | R Timothy Bryan Alan M Noskow | 8484 Westpark Dr 9th Fl | | McLean | VA | 22102 | | 703-744-8000 | 703-744-8001 | tbryan@pattonboggs.com anoskow@pattonboggs.com | Counsel for Navarre Distribution Services, Inc. |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 | | 202-326-4020x3881 800-400-7242x3881 | 202-326-4112 | eagle.sara@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Yolanda Humphrey | PO Box 13430 | | Arlington | TX | 76094-0430 | | 817-461-3344 | 817-860-8509 | ebanda@pbfcm.com ybanda@pbfcm.com yhumphrey@pbfcm.com | Counsel for the City of Cedar Hill; Burleson ISD; Arlington ISD; City of Hurts; Mansfield ISD; Carroll ISD; City of Lake Worth; Arlington ISD; Alief ISD; Baybrook MUD 1; Brazoria County, Brazoria County MUD #6; Burleson ISD; Carroll ISD; City of Cedar Hill; City of Hurst; City of Lake Worth; City of Wichita Falls; Clear Creek ISD; Fort Bend ISD; Fort Bend LID 2; Fort Worth ISD; Galena Park ISD; Hidalgo County & H.C. Drainage District #1; Humble ISD; Lubbock CAD; Midland County Tax Office; Potter County Tax Office; Tyler ISD; Wichita County; Wichita Falls ISD; Woodlands Metro MUD; Woodlands RUD #1 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Phillips Goldman & Spence PA | Stephen W Spence Esq; Scott L Adkins Esq | 1200 N Broom St | | Wilmington | DE | 19806 | | 302-655-4200 | 302-655-4210 | sws@pgslaw.com; sla@pgslaw.com | Counsel for Dicker-Warmington Properties |
| Pima County Attorney Civil Division | German Yusufov; Terri A Roberts | 32 N Stone Ste 2100 | | Tucson | AZ | 85701 | | 520-740-5750 | | terri.roberts@pcao.pima.gov; german.yusufov@pcao.pima.gov | Counsel for PIMA County |
| Posternak Blankstein & Lund LLP | Robert Somma Esq; Laura A Otenti Esq | Prudential Tower | 800 Boylston St | Boston | MA | 02199 | | 617-973-6100 | 617-367-2315 | rsomma@pbl.com; lotenti@pbl.com | Counsel for Salem Rockingham LLC |
| Powell Goldstein LLP | William C Crenshaw Esq | 901 New York Avenue NW Third Fl | | Washington | DC | 20001 | | 202-624-7380 | 202-624-7222 | wcrenshaw@pogolaw.com | Counsel for Prince George's Station Retail, LLC; Gould Investors, L.P.; Georgia Pension Associates Realty Corp.; OLD CCAntioch, LLC; OLP CCFairview Heights, LLC; OLP CCFerguson, LLC; OLP CCFlorence, LLC; OLP CCSt. Louis, LLC, and OLP 6609 Grand, LLC |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | 530 B St Ste 2100 | | San Diego | CA | 92101 | | 619-515-3239 | 619-235-0398 | gpk@procopio.com | Counsel for Plaza Las Palmas LLC |
| Quarles & Brady LLP | Brian Sirower Esq; Lori L Winkelman Esq; Catherine M Guastello Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | bsirower@quarles.com; winkelm@quarles.com; cguastel@quarles.com | Counsel for DFS Services LLC; Counsel for United Parcel Service, Inc.; UPS Ground Freight, Inc.; and Bedford Properties LLC |
| Quarles & Brady LLP | Catherine M Guastello Esq | Two N Central Ave | | Phoenix | AZ | 85004 | | 602-229-5200 | | cguastel@quarles.com | Counsel for United Parcel Service, Inc.; UPS Ground Freight, Inc.; and Bedford Properties LLC |
| Quarles & Brady LLP | Faye B Feinstein Esq; Christopher Combest Esq | 500 W Madison St Ste 3700 | | Chicago | IL | 60661 | | 312-715-5000 | 312-715-5155 | fbf@quarles.com; ccombest@quarles.com | Counsel for F&M Properties, Inc. |
| Querrey & Harrow Ltd | John M Brom | 175 W Jackson Blvd | Ste 1600 | Chicago | IL | 60604-2827 | | 312-540-7146 | 312-540-0578 | jbrom@querrey.com | Counsel for LumiSource, Inc. |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | 4545 IDS Ctr | 80 S Eighth St | Minneapolis | MN | 55402 | | 612-332-8511 | 612-332-8302 | mfmcgrath@ravichmeyer.com | Counsel for Tamarack Village Shopping Center LP |
| Recovery Management Systems Corp | Ramesh Singh | GE Money Bank | 25 SE 2nd Ave Ste 1120 | Miami | FL | 33131-1605 | | 305-379-7674 | 305-374-8113 | claims@recoverycorp.com | Counsel for GE Money Bank (Sam's Club BRC) |
| Regency Centers | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd Ste 520 | Cincinnati | OH | 45236 | | 513-686-1826 | | catherinestrauss@regencycenters.com | Associate Corporate Counsel for Regency Centers |
| Riemer & Braunstein LLP | David S Berman | Three Clr Plz 6th Fl | | Boston | MA | 02108 | | 617-880-3456 | 617-880-3456 | Dberman@riemerlaw.com | Counsel for Bank of America, N.A., as Agent |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 | | 212-603-6300 | 212-581-5981 | fbr@robinsonbrog.com | Counsel for Watercross Associates LP, LLP, dba Pelican Center |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | 1888 Century Park E Ste 1500 | | Los Angeles | CA | 90067 | | 310-277-7400 | 310-277-7584 | dkappler@rdwlawcorp.com | Counsel for County of Riverside, CA |
| Romero Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | | | | romero@mromerolawfirm.com | Counsel for Simon Property Group Inc |
| Ronald M Tucker Esq | Peter M Pearl Esq | 225 W Washington St | | Indianapolis | IN | 46204 | | 317-263-2346 | 317-263-7901 | rtucker@simon.com | Counsel for Simon Property Group Inc |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 | | 713-626-1200 | 713-623-6014 | jvlombardi@rossbanks.com | Counsel for AmREIT |
| Saiber LLC | Nancy A Washington Esq | One Gateway Ctr 13th Fl | | Newark | NJ | 07102 | | 973-622-3333 | 973-622-3349 | naw@saiber.com | Counsel for FM Facility Maintenance, f/k/a IPT, LLC |
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq; William A Gray Esq; Peter M Pearl Esq; Lisa Taylor Hudson Esq | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218-1998 | | 804-648-1636; 804-783-7237 | 804-783-7291 | ncard@sandsanderson.com; lhudson@sandsanderson.com; bgray@sandsanderson.com | Counsel for Counsel for Monument Consulting, LLC; Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Trafis Funches; Diane Funches, Dwayne Funches, Jr., Emily Funches, Lovera S Funches, Shatira Funches, individually; UTC, LLC; PratiCenter, LLC; Valley Corners Shopping Center, LLC; CSI Construction Company; Vornado Gun Hill Road, LLC; Amherst VF LLC; East Brunswick VF LLC; North Plainfield VF LLC; Alexander's Rego Park Center, Inc.; Towson VF LLC; Green Acres Mall LLC; Wayne VF LLC; VNO Mundy Street LLC; VNO TRU Dale Mabry LLC |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq; Pamela A Bosswick Esq; Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 | | 212-818-9200 | 212-808-9606 | cbelmonte@ssbb.com; pbosswick@ssbb.com; asnow@ssbb.com | Counsel for International Business Machines Corporation |
| Saul Ewing LLP | Edith K Altice Esq | Lockwood Pl | 500 E Pratt St Ste 900 | Baltimore | MD | 21202-3171 | | 410-332-8600 | 410-332-8862 | ealtice@saul.com | Counsel for FR E2 Property Holding, L.P. |
| Saul Ewing LLP | Jeremy W Ryan Esq | PO Box 1266 | 222 Delaware Ave | Wilmington | DE | 19801 | | 302-421-6805 | 302-421-5861 | jryan@saul.com | Counsel for FR E2 Property Holding, L.P. |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq; J Carole Thompson Hord Esq | 1100 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 | | 404-681-3450 | 404-681-1046 | lburnat@swfllp.com; ctord@swfllp.com | Counsel for Turner Broadcasting System, Inc. |
| Schulte Roth & Zabel LLP | Michael L Cook; David M Hillman; Meghan M Breen | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | michael.cook@srz.com; david.hillman@srz.com; meghan.breen@srz.com | Counsel for Panasonic Corporation of North America |
| Seyfarth Shaw LLP | Jessica Hughes Esq; Rhett Petcher Esq | 975 F St NW | | Washington | DC | 20004 | | 202-463-2400 | 202-828-5393 | jhughes@seyfarth.com; rpetcher@seyfarth.com | Counsel for Eatontown Commons Shipping Center, AmCap NorthPoint LLC; AmCap Arborland LLC |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | 620 Eighth Ave | | New York | NY | 10018 | | 212-218-5000 | 212-218-5526 | rdremluk@seyfarth.com | Counsel for Eatontown Commons Shipping Center, AmCap NorthPoint LLC; AmCap Arborland LLC |
| Seyfarth Shaw LLP | William J Factor Esq | 131 S Dearborn St Ste 2400 | | Chicago | IL | 60603 | | 312-460-5973 | 212-460-7973 | wfactor@sxpae.com | Counsel for Arboretum of South Barrington, LLC |
| Shulman Rogers Gandal Pordy & Ecker PA | Stephen A Metz Esq | 11921 Rockville Pike Ste 300 | | Rockville | MD | 20852-2743 | | 301-230-6564 | 301-230-2891 | smetz@srgpe.com | Counsel for Saul Holdings Limited Partnership |
| Shutts & Bowen LLP | Andrew M Brumby | 300 S Orange Ave Ste 1000 | | Orlando | FL | 32801 | | 407-835-6901 | 407-849-7201 | abrumby@shutts.com | Counsel for Cameron Group Associates LLP |
| Shutts & Bowen LLP | Andrew M Brumby | PO Box 4956 | | Orlando | FL | 32802-4956 | | 407-835-6901 | 407-849-7201 | ahricks@shutts.com | Counsel for Cameron Group Associates LLP |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | Ste 3100 Promenade II | 1230 Peachtree St NE | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bhall@sgrlaw.com | Counsel for Lexington Lion Weston LP |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith Moore Leatherwood LLP | F Marion Hughes | 300 E McBee Ave Ste 500 | PO Box 87 | Greenville | SC | 29602-0087 | | 864-242-6440 | 864-240-2474 | marion.hughes@smithmoorelaw.com | Counsel for CAP Brunswick LLC |
| Sony Electronics Inc | Lloyd B Sarakin | 1 Sony Dr MD No 1E 4 | | Park Ridge | NJ | 07656 | | 201-730-7483 | | lloyd.sarakin@am.sony.com | Counsel for Sony Electronics Inc. |
| Southwinds Ltd | Paul Resnick | 5900 Wilshire Blvd Ste 2600 | | Los Angeles | CA | 90036 | | 323-933-6400 | 323-933-6440 | pr@southwindsltd.com | Southwinds Ltd |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | 675 Third Ave 31st Fl | | New York | NY | 10017 | | 212-681-6500 | | eobrien@sbchlaw.com | Counsel for Green 521 5th Avenue LLC |
| Stevens & Lee PC | Steven J Adams Esq | 111 N 6th St | | Reading | PA | 19603 | | 610-478-2000 | 610-376-5610 | sja@stevenslee.com | Counsel for Lexmark International, Inc. |