Patrick Potter (VSB No. 39766)
Jerry Hall (VSB No. 41511)
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C.  20037
Telephone:  (202) 663-8000
Facsimile:  (202) 663-8007
National Retail Properties, Inc.

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |
|---|---|
| In re: | ) Case No. 08-35653 (KRH) |
|  | ) Jointly Administered |
| CIRCUIT CITY STORES, INC., | ) Chapter 11 |
| et al., | ) |
|     Debtors. | ) |
|  | ) |

**NATIONAL RETAIL PROPERTIES, INC.'S OBJECTION TO CURE AMOUNTS PROPOSED IN DEBTORS' MOTION FOR ORDERS UNDER 11 U.S.C. §§ 105, 363, AND 365 (I) APPROVING BIDDING AND AUCTION PROCEDURES FOR SALE OF UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES FOR CLOSING STORES, (II) SETTING SALE HEARING DATE, AND (III) AUTHORIZING AND APPROVING (A) SALE OF CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED NONRESIDENTIAL <u>REAL PROPERTY LEASES, AND (C) LEASE REJECTION PROCEDURES</u>**

National Retail Properties, Inc. ("NNN"), by and through its undersigned counsel, hereby objects to the cure amounts proposed in Debtors' Motion for Orders under 11 U.S.C. §§ 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases for Closing Stores, (II) Setting Sale Hearing Date, and (III) Authorizing and Approving (A) Sale of Certain Nonresidential Real Property Leases Free and Clear Of Liens, Claims, and Encumbrances, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases, and (C) Lease Rejection Procedures ("Motion," Docket # 413) and says:

1. NNN is a landlord that leases real property to the debtor pursuant to written lease agreements including (1) the property located in E. Palo Alto, CA known as store # 3766 ("Store 3766") and (2) the property in Foothill Ranch, CA known as store # 4243 ("Store 4243").[1]

2. In the Motion, the debtor proposes cure amounts to be paid by the debtor in connection with the potential assumption and assignment of these leases. The cure amounts proposed in the Motion are incorrect. The true cure amounts are as follows:

Store 3766

    Cure Amount: $124,074

| | |
|---|---|
| November 2008 rent: | $54,683 |
| 2008 real property taxes: | $66,922 |
| CAM | $2,469 |

Store 4243

    Cure Amount: $94,986

| | |
|---|---|
| November 2008 rent: | $35,700 |
| 2008 real property taxes: | $56,773 |
| CAM | $2,513 |

3. Accordingly, NNN objects to the Motion and requests that the debtor be required to pay the correct cure amounts as set forth in paragraph 2 above as a condition to any assumption of the leases.

4. In addition, NNN is incurring attorney's fees in connection with the Motion and this objection. These attorney's fees, which currently exceed $2,000 and which continue to accrue, are recoverable from the debtor pursuant to the terms of the leases and pursuant to Bankruptcy Code §365(d)(3). The debtor should be ordered to pay NNN's attorney's fees as a condition to any assumption of the leases.

---

[1] The debtor possesses copies of the subject lease agreements. Upon request, NNN will provide copies of such leases and any other relevant documentation to the debtor and other parties.

WHEREFORE National Retail Properties, Inc. requests that the court enter and order sustaining this objection and granting such further relief as the court deems just and proper.

Respectfully submitted,

 /s/ Patrick Potter
Patrick Potter
Virginia Bar No. 39766
Jerry Hall
Virginia Bar No. 41511
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037
Tel: (202) 663-8000
Fax: (202) 663-8007
patrick.potter@pillsburylaw.com
jerry.hall@pillsburylaw.com
Counsel for National Retail Properties, Inc.

**CERTIFICATE OF SERVICE**

       I hereby certify that on December 9, 2008, a true and complete copy of the foregoing was filed and served using the Court's ECF System and was sent by Federal Express or first class mail, postage prepaid to the parties set forth below:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
gregg.galardi@skadden.com

*Counsel for the Debtors*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA  23219
ltavenner@tb-lawfirm.com

*Counsel for the Creditors Committee*

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
Robert.b.van.arsdale@usdog.gov

*Assistant United States Trustee*

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA  23219
dhayes@mcguirewoods.com

*Counsel for the Debtors*

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY  10017
rfeinstein@pszjlaw.com

*Counsel for the Creditors Committee*

        /s/ Jerry L. Hall
        Jerry L. Hall
        Virginia Bar No. 41511
        Pillsbury Winthrop Shaw Pittman LLP
        2300 N Street, N.W.
        Washington, D.C. 20037
        Tel: (202) 663-8000
        Fax: (202) 663-8007
        patrick.potter@pillsburylaw.com
        jerry.hall@pillsburylaw.com
        Counsel for National Retail Properties, Inc.