**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.<br><br>Debtors. | : : : : : : : : : : | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>Jointly Administered<br>Judge Kevin R. Huennekens |

**ORDER GRANTING ADMISSION OF ANDREW S. CONWAY *PRO HAC VICE***

This matter comes before the Court on the Motion for Admission of Andrew S. Conway *Pro Hac Vice* (the "Motion"), filed by Henry (Toby) P. Long, III of Hunton & Williams LLP. The Court, having jurisdiction to consider the Motion, finding that due and sufficient notice has been given, and sufficient cause appearing, hereby ORDERS that:

1. The Motion is **GRANTED**.

Benjamin C. Ackerly [VSB # 09120]
J.R. Smith [VSB # 41913]
Henry (Toby) P. Long, III [VSB # 75134]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

and

J. Eric Crupi [VSB # 46782]
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC  20006
Telephone: (202) 419-2143
Facsimile: (202) 778-7445

and

Andrew S. Conway
THE TAUBMAN COMPANY
200 E. Long Lake Road, Suite 300
Bloomfield Hills, MI  48304
Telephone: (248) 258-7427

Counsel for Taubman Auburn Hills Associates Limited Partnership

- 2 -

2.       Andrew S. Conway is permitted to appear *pro hac vice* in the above-captioned proceedings, in accordance with Rule 2090-1(E)(2) of the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Virginia.

ENTERED in Richmond, Virginia this _____ day of _____, 2008.

                                               United States Bankruptcy Judge

## LOCAL RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing has been either endorsed or served upon all necessary parties.

                                               /s/ Henry (Toby) P. Long, III