# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

------------------------------------------------------- x
:
In re:                                              :    Chapter 11
:
CIRCUIT CITY STORES, INC., et al.                   :    Case No. 08-35653-KRH
:
Debtors.                              :    Jointly Administered
:    Judge Kevin R. Huennekens
------------------------------------------------------- x:

## ORDER GRANTING ADMISSION OF KEN COLEMAN *PRO HAC VICE*

This matter comes before the Court on the Motion for Admission of David M. Hillman *Pro Hac Vice* (the "Motion"), filed by J.R. Smith of Hunton & Williams LLP.  The Court, having jurisdiction to consider the Motion, finding that due and sufficient notice having been given, and sufficient cause appearing, hereby ORDERS that:

1. The Motion is **GRANTED**.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2

      2.      Ken Coleman is permitted to appear *pro hac vice* in the above-captioned proceeding, in accordance with Rule 2090-1(E)(2) of the Local Rules of the Bankruptcy Court of the Eastern District of Virginia.

      ENTERED in Richmond, Virginia this _____ day of _____, 2008.

_____
United States Bankruptcy Judge

## **LOCAL RULE 9022-1 CERTIFICATION**

      I hereby certify that the foregoing has been either endorsed or served upon all necessary parties.

      /s/ J.R. Smith

2