Jason Binford
Texas State Bar No. 24045499
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219

**ATTORNEYS FOR PHOENIX PROPERTY COMPANY
and BB FONDS INTERNATIONAL 1 USA, L.P.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., *et al.*, | § | Case No. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly Administered |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that Phoenix Property Company ("Phoenix Property") and BB Fonds International 1 USA, L.P. ("BB Fonds") file this Notice of Appearance and Request for Notices and Papers pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this bankruptcy case be given and served on Phoenix Property and BB Fonds by serving:

Jason Binford
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Telecopy: (214) 651-5940
E-Mail: jason.binford@haynesboone.com

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application,

complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights of Phoenix Property and/or BB Fonds (i) to have final orders in noncore matters entered only after de novo review by a district judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert or exercise any other rights, claims, actions, setoffs, or recoupments to which Phoenix Property and/or BB Fonds are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 9, 2008.

**HAYNES AND BOONE, LLP**

By: */s/ Jason Binford*
Jason Binford
State Bar No. 24045499
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

ATTORNEYS FOR PHOENIX PROPERTY COMPANY and BB FONDS INTERNATIONAL 1 USA, L.P.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 9, 2008, a true and correct copy of the foregoing document was served (i) by United States first class mail, postage prepaid, on the parties listed below; and (ii) by e-mail on the parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

                                                                           */s/ Jason Binford*
                                                                           Jason Binford

| | |
|---|---|
| Debtors: | Chris L. Dickerson |
| | Skadden Arps Slater Meagher |
| Bruce H. Besanko |   & Flom LLP |
| Circuit City Stores, Inc. | 333 West Wacker Drive |
| 9950 Maryland Drive | Chicago, IL 60606 |
| Richmond, VA 23233 | |
| | United States Trustee: |
| Counsel for Debtors: | |
| | Robert B. Van Arsdale |
| Daniel F. Blanks | Office of the United States Trustee |
| Douglas M. Foley | 701 E. Broad Street, Suite 4304 |
| McGuireWoods LLP | Richmond, VA 23219 |
| 9000 World Trade Center | |
| 101 W. Main Street | Counsel for Official Committee |
| Norfolk, VA 23510 | of Unsecured Creditors: |
| | |
| Dion W. Hayes | Brad R. Godshall |
| Joseph S. Sheerin | Jeffrey N. Pomerantz |
| Sarah Beckett Boehm | Pachulski Stang Ziehl & Jones, LLP |
| McGuireWoods LLP | 10100 Santa Monica Blvd., 11th Floor |
| One James Center | Los Angeles, CA 90067 |
| 901 E. Cary Street | |
| Richmond, VA 23219 | John D. Fiero |
| | Pachulski Stang Ziehl & Jones LLP |
| Gregg M. Galardi | 150 California Street, 15th Floor |
| Ian S. Fredericks | San Francisco, CA 94111 |
| Skadden Arps Slater Meagher | |
|   & Flom LLP | Robert J. Feinstein |
| One Rodney Square | Pachulski Stang Ziehl & Jones LLP |
| P.O. Box 636 | 780 Third Avenue, 36th Floor |
| Wilmington, DE 19899 | New York, NY 10017 |
| | |
| | Lynn L. Tavenner |
| | Paula S. Beran |
| | Tavenner & Beran, PLC |
| | 20 North Eighth Street, 2nd Floor |
| | Richmond, VA 23219 |