IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
CIRCUIT CITY STORES, INC.,                          :    Case No. 08-35653-KRH
et al.,                                             :
                                                    :    Jointly Administered
                    Debtors.                        :
------------------------------------------------------------x

**OBJECTION OF THE KIMCO LANDLORDS TO THE DEBTORS' PROPOSED
CURE AMOUNTS RELATING TO THE ASSUMPTION OF CERTAIN
<u>UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES</u>**

This Objection to the Debtors' Proposed Cure Amounts Relating to the Assumption of Certain Unexpired Non-Residential Real Property Leases (the "Cure Objection") is submitted on behalf of the Kimco Landlords (the "Kimco Landlords") identified on <u>Exhibit 1</u> attached hereto. In support of the Cure Objection, the Kimco Landlords respectfully state as follows:

1. On or about November 25, 2008, the Debtors filed the *Debtors' Motion for Orders Under 11 U.S.C. §§ 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases for Closing Stores, (II) Setting Sale Hearing Date, and (III) Authorizing and Approving (A) Sale of Certain Nonresidential Real Property Leases Free and Clear of Liens, Claims, and Encumbrances, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases, and (C)*

---

Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Counsel for Kimco Landlords

*Lease Rejection Procedures* (the "Sale Motion"), which listed on Exhibit B thereto the Debtors' proposed cure amounts for, among others, each of the unexpired residential leases identified on Exhibit 1 hereto (the "Kimco Leases").

2. The Kimco Landlords hereby object to the Debtors' proposed cure amounts for the Kimco Leases. According to the books and records of the Kimco Landlords, the amounts outstanding under the Kimco Leases are set forth in the corresponding column titled "Landlord's Cure Amount" on Exhibit 1. Details of the Landlord's Cure Amount for each of the Kimco Leases are provided in the Lease Summary Reports, attached hereto as Exhibit 2.

3. In addition, to the extent that rent, attorneys' fees,[1] or other charges continue to accrue, and/or the Kimco Landlords suffer other pecuniary losses with respect to the Kimco Leases, the Kimco Landlords hereby reserve their right to amend the Landlord's Cure Amounts to reflect such additional amounts or to account for reconciliations and adjustments which may not have yet been billed or have not yet become due under the terms of the Kimco Leases.

**WHEREFORE**, the Kimco Landlords respectfully request that the Court enter an order (i) requiring the Debtors to pay the cure amounts set forth in the column titled "Landlord's Cure Amounts" on Exhibit 1, plus any additional amounts or pecuniary losses that hereafter accrue (including reasonable attorneys' fees), in connection with the assumption by the Debtors

---

[1] The Debtors are required, pursuant to Section 365(b)(1) of the Bankruptcy Code, to cure all outstanding defaults under the Kimco Leases prior to assumption thereof. In conjunction with this duty, the Debtors must compensate the Kimco Landlords for any actual pecuniary loss, including the payment of attorneys' fees. See 11 U.S.C. §365(b)(1)(B). Attorneys' fees due under the Kimco Leases are compensable. See, e.g., LJC Corp. v. Boyle, 768 F.2d 1489, 1494-6 (D.C. Cir. 1985); Andrew v. KMR Corp., 17 B.R. 438, 439 (Bankr. 9th Cir. 1982); In re BAB Enterprises, Inc., 100 B.R. 982 (Bankr. W.D. Tenn. 1989); In re Westview 74th St. Drug Corp., 59 B.R. 747, 752-4 (Bankr. S.D.N.Y. 1986); In re Ribs of Greenwich Vill., Inc., 57 B.R. 319, 321 (Bankr. S.D.N.Y. 1986).

of the Kimco Leases; and (ii) granting such other and further relief as the Court deems just and proper.

Dated: December 9, 2008                    CHRISTIAN & BARTON, LLP

                                                      By:   /s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

-and-

Morgan, Lewis & Bockius LLP
Neil E. Herman, Esquire
Annie C. Wells, Esquire
101 Park Avenue
New York, New York 10178
Tel: 212-309-6000
Fax: 212-808-6001

*Attorneys for the Kimco Landlords*

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December, 2008, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Jennifer M. McLemore
Jennifer M. McLemore

## EXHIBIT 1

### Kimco Landlord's Cure Amounts

| Kimco Landlord | Store No. | Location | Debtors' Proposed Cure Amount | Landlord's Cure Amount |
|---|---|---|---|---|
| PL Mesa Pavilions LLC | 3337 | Mesa, CA | $10,768.00 | $86,254.23 |
| Shops at Kildeer, LLC | 3795 | Kildeer, IL | $20,839.00 | $100,545.78 |
| GC Acquisition Corp. | 1813 | Columbus, OH | $12,124.00 | $69,437.44 |

# EXHIBIT 2

**Lease Summaries**

```
12/03/08  KIM2                          Kimco 8.1 Production Database                    ARLAD04I   AR4151-A  Page    1
13:58:50  QPADEV002V                          Lease Summary                              KIM2       V980924   SUSANCTI

                                                                                Scan
Tenant   TCIRCCI00 Circuit City Stores, Inc.              From 1/01/87 To 12/03/08     Deposits All Zero
Project  SA2M1143A MESA PAVILIONS-NORTH
Lease    lCIRCCI00 Circuit City

Date       Document              Description                         Amount       Outstanding

 7/28/08  C 0863004 001  4541529 OP Cam                            29596.46-         72.36-
 9/05/08  C 0886331 001  4554784 OP Cam                            29596.46-         72.36-
 9/30/08  C 0893821 001  4562555 OP                                29596.46-         72.36-
11/01/08  R 1214445 001  Common Area Maintenance                    1250.19        1250.19
11/01/08  R 1214445 002  Sales Tax                                     28.13          28.13
11/01/08  R 1214445 003  Base Rent                                 27624.23       27624.23
11/01/08  R 1214445 004  Sales Tax                                   621.55         621.55
11/05/08  R 1231747 002  Real Estate Tax Reconciliation            25468.85       25468.85
11/05/08  R 1231747 003  Sales Tax                                   573.05         573.05
11/15/08  R 1232188 001  Late Fee                                   1381.21        1381.21
12/01/08  R 1237245 001  Common Area Maintenance                    1250.19        1250.19
12/01/08  R 1237245 002  Sales Tax                                     28.13          28.13
12/01/08  R 1237245 003  Base Rent                                 27624.23       27624.23
12/01/08  R 1237245 004  Sales Tax                                   621.55         621.55

                Prior           .00       Net    86254.23   End    86254.23

                                                                    End of report
```

```
12/03/08  KIM2                          Kimco 8.1 Production Database                         ARIAD04I    AR4151-A  Page    1
13:57:52  QPADEV002V                           Lease Summary                                   KIM2        V980924   SUSANCTI
```

```
Tenant    TCIRCCI00 Circuit City Stores, Inc.                    Scan
Project   SILK1397/ SHOPS AT KILDEER                  From  1/01/87 To 12/03/08       Deposits All Zero
Lease     LCIRCCI00 Circuit City
```

| Date     | Document         | Description             | Amount    | Outstanding |
|----------|------------------|-------------------------|-----------|-------------|
| 11/01/08 | R 1210278 001    | Base Rent               | 44735.50  | 44735.50    |
| 11/01/08 | R 1210278 003    | Common Area Maintenance | 5537.39   | 5537.39     |
| 12/01/08 | R 1242554 001    | Base Rent               | 44735.50  | 44735.50    |
| 12/01/08 | R 1242554 003    | Common Area Maintenance | 5537.39   | 5537.39     |

```
Prior           .00        Net      100545.78     End     100545.78
```

End of report

```
12/03/08  KIM2                        Kimco 8.1 Production Database                      ARLAD04I   AR4151-A  Page    1
14:00:08  QPADEV002V                          Lease Summary                              KIM2       V980924   SUSANCTI
```

```
                                                                                              Scan
     Tenant    TCIRCCI00 Circuit City Stores, Inc.                                    From 1/01/87 To 12/03/08        Deposits All Zero
     Project   SOHC0407/ WEST BROAD PLAZA
     Lease     LCIRCCI00 Circuit City
```

| Date | Document | Description | Amount | Outstanding |
|---|---|---|---|---|
| 11/01/08 | R 1210949 001 | Base Rent | 33372.72 | 33372.72 |
| 11/01/08 | R 1210949 002 | Common Area Maintenance | 1346.00 | 1346.00 |
| 12/01/08 | R 1243240 001 | Base Rent | 33372.72 | 33372.72 |
| 12/01/08 | R 1243240 002 | Common Area Maintenance | 1346.00 | 1346.00 |

```
        Prior            .00              Net              69437.44      End              69437.44
```

End of report