IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| In Re   Circuit City Stores, Inc.,<br>         Debtor, | )<br>) Case No. 08-35653-KRH<br>)<br>) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Creditor Columbia Plaza Joint Venture, by Jordan M. Humphreys, Attorney at Law, who enters his appearance on behalf of Creditor and pursuant to Bankruptcy Rule 2002(g) that all notices to which Creditor is entitled be sent to him on behalf of Creditor.

         /S/Jordan M. Humphreys
         JORDAN M. HUMPHREYS, #43706
         FORD, PARSHALL & BAKER
         3210 Bluff Creek
         Columbia, MO  65201
         ATTORNEYS FOR PLAINTIFF
         (573) 875-1901
         jhumphreys@fpb-law.com