Ronald G. Dunn, Esq. (N.Y. Bar Roll No. 101553)
Gleason, Dunn, Walsh & O'Shea
40 Beaver Street
Albany, New York  12207
Tel: (518) 432-7511
Fax: (518) 432-5221

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### (Richmond District)

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No: 08-35653-KRH** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Gleason, Dunn, Walsh & O'Shea (Ronald G. Dunn, Esq.) hereby enters its appearance on behalf of judgment creditor **Savitri Cohen** in the above-captioned Chapter 11 Bankruptcy case, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and requests that all pleadings, notices and other documents in the Debtors' cases be served on the persons at the address set forth below:

Ronald G. Dunn, Esq.
Gleason, Dunn, Walsh & O'Shea
40 Beaver Street
Albany, New York  12207
Tel: (518) 432-7511
Fax: (518) 432-5221
E-Mail: rdunn@gdwo.net

Ms. Cohen also requests service to her attorneys of record of all papers referred to in Federal Rules of Bankruptcy Procedure 2002, 4004, 4007 and 9007. Ms. Cohen also requests that she be added to the matrix of creditors in the above-captioned case.

        Respectfully submitted,

        **GLEASON, DUNN, WALSH & O'SHEA**

        By:_____/s/ Ronald G. Dunn_____
          Ronald G. Dunn
          40 Beaver Street
          Albany, New York  12207
          Tel: (518) 432-7511
          Fax: (518) 432-5221

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of December, 2008, a true and accurate copy of the foregoing Notice of Appearance and Request for Service was served via First Class U.S. Mail (postage prepaid), via e-mail or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties:

Robert B. Van Arsdale, Esq.*
Office of the United States Trustee
600 East Main Street, Suite 301
Richmond, Virginia 23219
[USTPRegion04.NO.ECF@usdoj.gov.]

Daniel F. Blanks, Esq.
McGuire Woods, LLP
World Trade Center
101 W. Main St., Suite 9000
Norfolk, Virginia 23510
(757) 640-3774


Ronald G. Dunn

[*Indicates service by ECF or e-mail.  All others served by First Class U.S. Mail, postage prepaid]