William A. Broscious, Esquire (VSB#27436)
Kepley Broscious & Biggs, PLC
7201 Glen Forest Drive, Suite 102
Richmond, Virginia 23226
(804) 288-3446

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.**, *et al.* | ) | Case No. 08-35653 (KRH) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |

### VERIFIED STATEMENT PURSUANT TO RULE 2019
### OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

William A. Broscious, hereby makes this Statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Attached hereto as <u>Exhibit A</u> is a list of the creditors (the "Represented Creditors") represented by my law firm, Kepley Broscious & Biggs, PLC (the "Firm"), in the Chapter 11 bankruptcy proceedings commenced by Circuit City Stores, Inc., *et al.* (collectively, the "Debtors").

2. The claims or interests of the Represented Creditors are based on various lease agreements executed more than one year prior to the commencement of Debtors' bankruptcy proceedings.

3. The Firm serves as legal counsel to the Represented Creditors in the Debtors' bankruptcy proceedings.

4. The Firm has no claims against or interests in the Debtors or their bankruptcy estates.

5. Each of the Represented Creditors has been advised of and consents to the Firm's representation of the other Represented Creditors in the Debtors' bankruptcy proceedings.

I, William A. Broscious, certify under penalty of perjury that the foregoing Statement is true and correct to the best of my knowledge.

Date: December 10, 2008                          By:  */s/ William A. Broscious*
                                                      Counsel

William A. Broscious, Esquire (VSB #27436)
KEPLEY BROSCIOUS & BIGGS, PLC
7201 Glen Forest Drive, Suite 102
Richmond, VA 23226
804-288-0200

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2008, an electronic copy of the foregoing Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure was filed using the Court's ECF System which caused electronic notification of filing to be served on all registered users of the ECF System that have requested such notification in the Circuit City Stores, Inc., *et al*. bankruptcy proceeding.

                                                 */s/ William A. Broscious*
                                                 William A. Broscious, Esq. (VSB #27436)

**EXHIBIT A TO VERIFIED STATEMENT
PURSUANT TO RULE 2019 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE**

| **Creditor:** | **Address:** |
|---|---|
| Daniel G. Kamin Baton Rouge LLC | c/oDaniel G. Kamin, President
Kamin Realty Company
490 South Highland Avenue
Pittsburgh, Pennsylvania  15206 |
| Daniel G. Kamin Burlington LLC | c/oDaniel G. Kamin, President
Kamin Realty Company
490 South Highland Avenue
Pittsburgh, Pennsylvania  15206 |
| Daniel G. Kamin Elmwood Park LLC | c/oDaniel G. Kamin, President
Kamin Realty Company
490 South Highland Avenue
Pittsburgh, Pennsylvania  15206 |
| Daniel G. Kamin Flint LLC | c/oDaniel G. Kamin, President
Kamin Realty Company
490 South Highland Avenue
Pittsburgh, Pennsylvania  15206 |
| Circuit Realty NJ LLC | c/oDaniel G. Kamin, President
Kamin Realty Company
490 South Highland Avenue
Pittsburgh, Pennsylvania  15206 |
| CC-Investors 1996-1 | c/oDaniel G. Kamin, President
Kamin Realty Company
490 South Highland Avenue
Pittsburgh, Pennsylvania  15206 |
| Daniel G. Kamin McAllen LLC | c/oDaniel G. Kamin, President
Kamin Realty Company
490 South Highland Avenue
Pittsburgh, Pennsylvania  15206 |

| | |
|---|---|
| CC-Investors 1996-9 | c/oDaniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| CC-Investors 1996-14 | c/oDaniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| CC-Investors 1996-6 | c/oDaniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| CC-Investors 1996-3 | c/oDaniel G. Kamin, President<br>Kamin Realty Company<br>490 South Highland Avenue<br>Pittsburgh, Pennsylvania  15206 |
| Jurupa Bolingbrook, LLC | Ted Dale, Managing Member<br>122 Aspen Lakes Drive<br>Hailey, Idaho  83333 |