Michael F. Ruggio
Polsinelli Shalton Flanigan Suelthaus PC
1152 15th Street, NW, Suite 800
Washington, D.C. 20005
(202) 783-3300
Fax: (202) 783-3535
mruggio@polsinelli.com

James E. Bird
Amy E. Hatch
Polsinelli Shalton Flanigan Suelthaus PC
700 West 47th Street, Suite 1000
Kansas City, Missouri 64112
(816) 753-1000
Fax: (816) 753-1536
jbird@polsinelli.com
ahatch@polsinelli.com

Counsel to MD-GSI Associates

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | Case No.: 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enter their appearance on behalf of MD-GSI Associates and request that all notices given and all papers served in the above-captioned case be given and served upon:

Michael F. Ruggio
Polsinelli Shalton Flanigan Suelthaus PC
1152 15th Street, NW, Suite 800
Washington, D.C. 20005
(202) 783-3300
Fax: (202) 783-3535
mruggio@polsinelli.com

1720348.1

and

James E. Bird
Amy E. Hatch
Polsinelli Shalton Flanigan Suelthaus PC
700 West 47th Street, Suite 1000
Kansas City, Missouri 64112
(816) 753-1000
Fax: (816) 753-1536
jbird@polsinelli.com
ahatch@polsinelli.com

The foregoing request includes, without limitation, the notices and papers referred to in Bankruptcy Rules 2002 and 9007, the disclosure statement referred to in Bankruptcy Rule 3017, and also includes, without limitation, notice of any orders, applications, demands, complaints, hearings, motions, objections, petitions, pleadings, requests, plans and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, e-mail, or otherwise.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of any right to: (i) have final orders in non-core matters entered only after *de novo* review; (ii) trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) assert any other rights, claims, actions, setoffs, or recoupments to which such party is or may be entitled, all of which are expressly reserved.

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC


By: /s/ Michael F. Ruggio
    MICHAEL F. RUGGIO (VA # 22953)
    1152 15th Street, NW, Suite 800
    Washington, D.C. 20005
    (202) 783-3000
    Fax: (202) 783-3535

    JAMES E. BIRD (MO #28833)
    AMY E. HATCH (MO #53116)
    700 West 47th Street, Suite 1000
    Kansas City, Missouri 64112
    (816) 753-1000
    Fax: (816) 753-1536

ATTORNEYS FOR MD-GSI ASSOCIATES