# Exhibit A

**Resident Ledger**

Circuit City
8440 N Madison
Kansas City, MO, 64155

| | |
|---|---|
| Date: | 12/3/2008 |
| Resident Code: | 07650 |
| Property: | 0765 |
| Unit: | 8440 |
| Status: | Current |
| Rent: | $27,669.27 |
| Deposit: | $0.00 |
| Move In Date: | 04/23/99 |
| Move Out Date: | |
| Due Day: | 1 |
| Tel# (O): | |
| Tel# (H): | |

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| 11/01/08 | Minimum Rent | 27,669.27 | | 29,436.27 |
| 11/03/08 | Write off Per Kim | (130.00) | | 29,306.27 |
| 12/01/08 | Common Area Reimbursement | 1,767.00 | | 31,073.27 |
| 12/01/08 | Minimum Rent | 27,669.27 | | 58,742.54 |

| Current | 30 Days | 60 Days | 90 Days | Amount Due |
|---|---|---|---|---|
| 29,436.27 | 29,306.27 | 0.00 | 0.00 | 58,742.54 |

# Circuit City
## Bankruptcy Claim Calculation
## File Date: November 10, 2008

**BARRY TOWNE**

|  | Amount | Pre-Petition | Post-Petition |
|---|---|---|---|
| Real Estate Taxes | 35,120.58 | 30,213.32 | 4,907.26 |
| November Rent | 27,669.27 | 9,223.09 | 18,446.18 |
| December Rent | 27,669.27 | - | 27,669.27 |
| November CAM Estimate | 1,767.00 | 589.00 | 1,178.00 |
| December CAM Estimate | 1,767.00 | - | 1,767.00 |
| Estimated CAM Reconciliation | 8,276.14 | 7,119.75 | 1,156.39 |
|  |  | **47,145.16** | **55,124.10** |