UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |

### OBJECTION BY THE MARKETPLACE OF ROCHESTER HILLS PARCEL B, LLC TO PROPOSED CURE AMOUNT

The Marketplace at Rochester Hills Parcel B, LLC (the "Lessor") objects to the "cure amount" for the Lease (defined below) listed on <u>Exhibit B</u> to the Debtors' Motion for Orders under 11 U.S.C. §§ 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases for Closing Stores, (II) Setting Sale Hearing Date, and (III) Authorizing and Approving (A) Sale of Certain Nonresidential Real Property Leases Free and Clear of Liens, Claims, and Encumbrances, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real property Leases, and (C) Lease Rejection Procedures (the "Motion").

John D. McIntyre (VSB No. 35925)
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
*Local Counsel for The Marketplace of Rochester Hills Parcel B, LLC*

E. Todd Sable (Mich. Bar #P54956)
Adam K. Keith (Mich. Bar #P71167)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
*Lead Counsel for The Marketplace of Rochester Hills Parcel B, LLC*

1. The Lessor is the owner of the Adams Marketplace Shopping Center, a shopping center located at 2636 South Adams Road, Rochester Hills, Michigan 48307-5509 (the "Premises"), at which Debtors operate a retail store, Store No. 3860, under a Lease Agreement entered into by Lessor and Circuit City Stores, Inc. (the "Lessee") on June 27, 2007 (the "Lease"). The Lessee is currently in possession of the Premises.

2. Exhibit B to the Motion provides that the "cure amount" for the Lease is $12,261.00. This amount is incorrect. As of December 10, 2008, and subject to the reservation set forth in paragraph 4 below, the correct "cure amount" for the Lease is $ 55,803.55, calculated as follows:

>   Prepetition (11/1/08 – 11/9/08):
>       Rent:  $ 8,858.50
>       CAM:  $ 1,028.70
>
>   Postpetition (11/10/08 – 12/3/08):
>       Rent:  $ 20,669.83
>       CAM:  $ 2,397.30
>       Taxes: $ 22,848.72

This calculation of the correct "cure amount" does not include rent, charges and taxes relating to the period after December 10, 2008.

3. The correct "cure amount" is based on the best information now available to the Lessor and its advisors and is set forth with the Lessor's full reservation of right to modify such "cure amount" as any additional information becomes available to the Lessor. The "cure amount" does not include such additional items as attorneys' fees, interest, repair and maintenance costs, indemnification obligations, other claims against the Lessee under the Lease, and actual pecuniary losses suffered by the Lessor that result from the Lessee's defaults under the Lease.

4. The Lessor reserves the right to increase the cure amount to include those and other items at such time as they may be computed.

5. The Lessor reserves all of its rights and remedies including, without limitation, the right to object to any proposed assumption and assignment of the Lease.

ACCORDINGLY, the Lessor objects to the cure amount stated in the Motion and respectfully requests that the Court correct the amount (subject to the reservations above) for the Lease as set forth above, and grant such other relief as is appropriate.

Respectfully submitted,

By: */s/ John D. McIntyre*

Dated: 12/10/08

John D. McIntyre (VSB No. 35925)
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
*Local Counsel for The Marketplace of Rochester Hills Parcel B, LLC*

E. Todd Sable (Mich. Bar #P54956)
Adam K. Keith (Mich. Bar #P71167)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
*Lead Counsel for The Marketplace of Rochester Hills Parcel B, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2008, a true and complete copy of the foregoing was served using the Court's ECF System to all registered users of the ECF system that have filed notices of appearance in this case and sent by first class mail, postage prepaid to the parties set forth below:

Greg M. Galardi, Esquire  
Skadden, Arps, Slate, Meagher & Flom  
One Rodney Square  
P.O. Box 636  
Wilmington, DE 19899-0636  
*Counsel for the Debtors*

Dion W. Hayes, Esquire  
McGuire Woods, LLP  
One James Center  
901 East Cary Street  
Richmond, VA 23219  
*Counsel for the Debtors*

Lynn L. Tavenner, Esquire  
Tavenner & Beran, PLC  
20 North Eighth Street  
Second Floor  
Richmond, VA 23219  
*Counsel for the Creditors Committee*

Robert J. Feinstein, Esquire  
Pachulski Stang Ziehl & Jones LLP  
780 Third Avenue  
36th Floor  
New York, NY 10017  
*Counsel for the Creditors Committee*

Robert B. Van Arsdale, Esquire  
Office of the United States Trustee  
701 East Broad Street, Suite 4304  
Richmond, VA 23219  
*Assistant United States Trustee*

          */s/ John D. McIntyre*  
          John D. McIntyre