IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| CIRCUIT CITY STORES, INC., | Case No. 08-35653-KRH |
| *et al*., | Jointly Administered |
| Debtors. | |

## NOTICE OF APPEARANCE

Paul A. Driscoll and Pender & Coward, P.C., give notice of their appearance on behalf of Landmark Communications, Inc. d/b/a The Virginian-Pilot and request that copies of all motions, notices, and petitions and other matters affecting this creditor be directed to the undersigned.

Date: December 10, 2008

LANDMARK COMMUNICATIONS, INC.
d/b/a THE VIRGINIAN-PILOT

/s/ *Paul A. Driscoll*
By:_____
Of Counsel

Paul A. Driscoll
Virginia State Bar No. 33476
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462
(757) 490-6261
Facsimile: (757) 497-1914
pdriscol@pendercoward.com
*Counsel for Landmark Communications, Inc.*
*d/b/a The Virginian-Pilot*

## CERTIFICATE OF SERVICE

    I certify a digital version of this document was filed electronically with the court on December 19, 2008, and copies thereof will be transmitted via ECF to counsel for the debtor and all parties noting an appearance.

                                        */s/ Paul A. Driscoll*