Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
  Pordy & Ecker, P.A.
11921 Rockville Pike, #300
Rockville, MD 20852
Telephone: (301) 230-5200 or
            (703) 684-5200
Facsimile: (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com

*Counsel for Hamilton Chase – Santa Maria LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, et al. | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtor | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES

The law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., and Gregory D. Grant and Courtney R. Sydnor, pursuant to Federal Rule of Bankruptcy Procedure 9010, hereby enter their appearance as counsel for Hamilton Chase – Santa Maria LLC, a party in interest in the above-captioned proceeding.

This appearance is intended solely for the purpose of receiving notices; it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002(g), that all notices required to be mailed to creditors under Bankruptcy Rule 2002 (and in particular Bankruptcy Rule 2002[i]) be served by electronic means or by first class mail to the following address:

Gregory D. Grant, Esquire
Courtney R. Sydnor, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852
ggrant@srgpe.com
csydnor@srgpe.com

        Respectfully submitted:

        Hamilton Chase – Santa Maria LLC
        By Counsel

/s/  Gregory D. Grant
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852-2743
Telephone:  (301) 230-5200 or
        (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com

*Counsel for Hamilton Chase – Santa Maria LLC*

## Certificate of Service

I certify that, on December 10, 2008, the foregoing was filed and served using the Court's ECF system, and was sent by U.S. mail to the persons listed on the attached service list.

        /s/  Gregory D. Grant
        Gregory D. Grant (VSB No. 31784)
        Courtney R. Sydnor (VSB No. 45911)
        Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
        11921 Rockville Pike, Third Floor
        Rockville, Maryland 20852-2743
        Telephone:  (301) 230-5200 or
                      (703) 684-5200
        Facsimile:  (301) 230-2891
        ggrant@srgpe.com
        csydnor@srgpe.com

        *Counsel for Hamilton Chase – Santa Maria LLC*

**Service List**

Circuit City Stores, LLC
Attn: Reginald D. Hedgebeth
9950 Maryland Dr.
Richmond, VA 23233

Commonwealth of VA
State Corporation Commission
Tyler Bldg. – 1300 E. Main St.
Richmond, VA 23219

Corporate Sales & Use
VA Dept. of Taxation
3600 West Broad St.
Richmond, VA 23230-4915

Dept. of Justice – Civil Div.
Attn: Dir., Civil Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044

Environmental Protection
 Agency
1650 Arch Dt.
Philadelphia, PA 19103-2029

Environmental Protection
 Agency
1200 Pennsylvania Ave., NW, #4209
Washington, DC 20004

Environmental Pro. Agency
Office of General Counsel
US EPSA Mail Code 2377R
1300 Pennsylvania Ave., NW
Washington, DC 20004

Internal Revenue Service
Attn: L. Lorello
400 N 8th St., Box 76
Richmond, VA 23219

Secretary of Commonwealth
1111 E. Broad St.
4th Floor
Richmond, VA 23219

Office of the U.S. Trustee
Attn: Robert B. VanArsdale
701 E. Broad St., #4304
Richmond, VA 23219

Office of the U.S. Trustee
600 E. Main St., #301
Richmond, VA 23219

Secretary of Treasury
15th & Pa. Avenue, NW
Washington, DC 20020

Securities & Exchange Com.
Attn: Bankruptcy Unit
15th & Pa. Ave., NW
Washington, DC 20020

Securities & Exchange Com.
Nathan Fuchs, Esq.
Patricia Schrage, Esq.
233 Broadway
New York, NY 10279

Attorney General of the US
Attn: Robert P. McIntosh
Main Justice Bldg., Rm. 5111
10th St. & Constitution Ave., NW
Washington, DC 20530

Attorney General of the US
Attn: Richard F. Stein
Main Justice Bldg., Rm. 5111
10th St. & Constitution Ave., NW
Washington, DC 20530

Kurtzman Carson Consultants
Attn: Evan Gershbein
2335 Alaska Avenue
El Segundo, CA 90245

Office of the Atty General
Attn: Bob McDonnell
900 E. Main St.
Richmond, VA 23219

Envision Peripherals, Inc.
Attn: Gay Richey, Sr. Credit Manager
47490 Seabridge Drive
Fremont, CA 94538

Oklahoma County Treasurer
Attn: Tammy Jones Pro Se
320 Robert S. Kerr Rm, #307
Oklahoma City, OK 73102

Attorney General of the US
Attn: Robert Coulter
Main Justice Bldg., Rm. 5111
10th St. & Constitution Ave., NW
Washington, DC 20530

Chatham County Tax Com.
Attn Daniel T. Powers
P.O. Box 8321
Savannah, GA 31412

Locke Lord Bissell & Liddell, LLP
Attn: Thomas A. Connop
Attn: Melissa S. Hayward
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

Pasadena Independent School District
Attn: Dexter D. Joyner
4701 Preston Avenue
Pasadena, TX 77505