Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
  Pordy & Ecker, P.A.
11921 Rockville Pike, #300
Rockville, MD 20852
Telephone: (301) 230-5200 or
           (703) 684-5200
Facsimile: (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com

*Counsel for Hamilton Chase – Santa Maria LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, et al. | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtor | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SETH GOLDMAN**

Gregory D. Grant (the "Movant"), a member in good standing with the bar of this Court, and a principal with the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., hereby moves this Court to enter the proposed Order attached hereto permitting Seth Goldman, an attorney with the law firm of Munger, Tolles & Olson, LLP, to appear *pro hac vice* before this Court in this Chapter 11 proceeding on behalf of Hamilton Chase – Santa Maria LLC. In support of this Motion, the Movant respectfully states as follows:

1.     Mr. Goldman is admitted to practice law in the State of California, and is a member in good standing of the bars of the United States Court of Appeals for the Second Circuit and the United States District and Bankruptcy Courts for the Northern, Central, Eastern

1

and Southern Districts of California. Mr. Goldman has been practicing law since 2002. There are no disciplinary proceedings currently pending against Mr. Goldman.

2. Movant requests that this Court admit Mr. Goldman to the bar of this Court, *pro hac vice*, for the purpose of appearing as counsel for Hamilton Chase – Santa Maria LLC in these jointly administered Chapter 11 proceedings.

3. Movant and his law firm will serve as co-counsel with Mr. Goldman in these proceedings.

4. A copy of this Motion will be served upon all parties that are required to receive notice under the Order establishing Certain Notice, Case Management, and Administrative Procedures.

5. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, Movant requests waiver of the requirement that all motions be accompanied by written memoranda of law.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order, substantially in the form attached hereto: (i) permitting Seth Goldman to appear *pro hac vice* in this Chapter 11 case, and (ii) granting such other and further relief as may be appropriate and just.

Respectfully submitted,

/s/  Gregory D. Grant
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852-2743
Telephone:  (301) 230-5200 or
                      (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com

*Counsel for Hamilton Chase – Santa Maria LLC*

Dated:  December 10, 2008

## Certificate of Service

I certify that, on December 10, 2008, the foregoing was filed and served using the Court's ECF system, and was sent by U.S. mail to the persons listed on the attached service list.

/s/  Gregory D. Grant
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852-2743
Telephone:  (301) 230-5200 or
                      (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com
*Attorneys for Hamilton Chase – Santa Maria LLC*

## Service List

Circuit City Stores, LLC
Attn: Reginald D. Hedgebeth
9950 Maryland Dr.
Richmond,VA 23233

Commonwealth of VA
State Corporation Commission
Tyler Bldg. – 1300 E. Main St.
Richmond, VA 23219

Corporate Sales & Use
VA Dept. of Taxation
3600 West Broad St.
Richmond, VA 23230-4915

Dept. of Justice – Civil Div.
Attn: Dir., Civil Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044

Environmental Protection
  Agency
1650 Arch Dt.
Philadelphia, PA 19103-2029

Environmental Protection
  Agency
1200 Pennsylvania Ave., NW, #4209
Washington, DC 20004

Environmental Pro. Agency
Office of General Counsel
US EPSA Mail Code 2377R
1300 Pennsylvania Ave., NW
Washington, DC 20004

Internal Revenue Service
Attn: L. Lorello
400 N 8th St., Box 76
Richmond, VA 23219

Secretary of Commonwealth
1111 E. Broad St.
4th Floor
Richmond, VA 23219

Office of the U.S. Trustee
Attn: Robert B. VanArsdale
701 E. Broad St., #4304
Richmond, VA 23219

Office of the U.S. Trustee
600 E. Main St., #301
Richmond, VA 23219

Secretary of Treasury
15th & Pa. Avenue, NW
Washington, DC 20020

Securities & Exchange Com.
Attn: Bankruptcy Unit
15th & Pa. Ave., NW
Washington, DC 20020

Securities & Exchange Com.
Nathan Fuchs, Esq.
Patricia Schrage, Esq.
233 Broadway
New York, NY 10279

Attorney General of the US
Attn: Robert P. McIntosh
Main Justice Bldg., Rm. 5111
10th St. & Constitution Ave., NW
Washington, DC 20530

Attorney General of the US
Attn: Richard F. Stein
Main Justice Bldg., Rm. 5111
10th St. & Constitution Ave., NW
Washington, DC 20530

Kurtzman Carson Consultants
Attn: Evan Gershbein
2335 Alaska Avenue
El Segundo, CA 90245

Office of the Atty General
Attn: Bob McDonnell
900 E. Main St.
Richmond, VA 23219

Envision Peripherals, Inc.
Attn: Gay Richey, Sr. Credit Manager
47490 Seabridge Drive
Fremont, CA 94538

Oklahoma County Treasurer
Attn: Tammy Jones Pro Se
320 Robert S. Kerr Rm, #307
Oklahoma City, OK 73102

Attorney General of the US
Attn: Robert Coulter
Main Justice Bldg., Rm. 5111
10th St. & Constitution Ave., NW
Washington, DC 20530

Chatham County Tax Com.
Attn Daniel T. Powers
P.O. Box 8321
Savannah, GA 31412

Locke Lord Bissell & Liddell, LLP
Attn: Thomas A. Connop
Attn: Melissa S. Hayward
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

Pasadena Independent School District
Attn: Dexter D. Joyner
4701 Preston Avenue
Pasadena, TX 77505