Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
  Pordy & Ecker, P.A.
11921 Rockville Pike, #300
Rockville, MD 20852
Telephone:  (301) 230-5200 or
                      (703) 684-5200
Fascimile:   (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com

*Counsel for Hamilton Chase – Santa Maria LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, et al. | ) Case No. 08-35653-KRH |
| | ) Jointly Administered |
| Debtor | ) |

### MOTION FOR ADMISSION *PRO HAC VICE* OF MARK SHINDERMAN

Gregory D. Grant (the "Movant"), a member in good standing with the bar of this Court, and a principal with the law firm of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., hereby moves this Court to enter the proposed Order attached hereto permitting Mark Shinderman, an attorney with the law firm of Munger, Tolles & Olson, LLP., to appear *pro hac vice* before this Court in this Chapter 11 proceeding on behalf of Hamilton Chase – Santa Maria LLC.  In support of this Motion, the Movant respectfully states as follows:

1. Mr. Shinderman is admitted to practice law in the State of California, and is a member in good standing of the bar of the United States Court of Appeals for the Ninth Circuit and the United States District and Bankruptcy Courts for the Northern, Central and Southern Districts of California.  Mr. Shinderman has been practicing law since 1988.  There are no disciplinary proceedings currently pending against Mr. Shinderman.

2. Movant requests that this Court admit Mr. Shinderman to the bar of this Court, *pro hac vice*, for the purpose of appearing as counsel for Hamilton Chase – Santa Maria LLC in these jointly administered Chapter 11 proceedings.

3. Movant and his law firm will serve as co-counsel with Mr. Shinderman in these proceedings.

4. A copy of this Motion will be served upon all parties that are required to receive notice under the Order establishing Certain Notice, Case Management, and Administrative Procedures.

5. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, Movant requests waiver of the requirements that all motions be accompanied by written memoranda of law.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order, substantially in the form attached hereto, (i) permitting Mark Shinderman to appear *pro hac vice* in this Chapter 11 case, and (ii) granting such other and further relief as may be appropriate and just.

Respectfully submitted,

/s/  Gregory D. Grant
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852-2743
Telephone:  (301) 230-5200 or
            (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com

*Counsel for Hamilton Chase – Santa Maria LLC*

Dated:  December 10, 2008

## Certificate of Service

I certify that on this 10th day of December 2008, the foregoing was filed and served using the Court's ECF system, and was sent by U.S. mail to the persons listed on the attached service list.

/s/  Gregory D. Grant
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852-2743
Telephone:  (301) 230-5200 or
            (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com

*Counsel for Hamilton Chase – Santa Maria LLC*

## Service List

| | |
|---|---|
| Circuit City Stores, LLC<br>Attn: Reginald D. Hedgebeth<br>9950 Maryland Dr.<br>Richmond, VA 23233 | Secretary of Commonwealth<br>1111 E. Broad St.<br>4th Floor<br>Richmond, VA 23219 |
| Commonwealth of VA<br>State Corporation Commission<br>Tyler Bldg. – 1300 E. Main St.<br>Richmond, VA 23219 | Office of the U.S. Trustee<br>Attn: Robert B. VanArsdale<br>701 E. Broad St., #4304<br>Richmond, VA 23219 |
| Corporate Sales & Use<br>VA Dept. of Taxation<br>3600 West Broad St.<br>Richmond, VA 23230-4915 | Office of the U.S. Trustee<br>600 E. Main St., #301<br>Richmond, VA 23219 |
| Dept. of Justice – Civil Div.<br>Attn: Dir., Civil Litigation Branch<br>P.O. Box 875, Ben Franklin Station<br>Washington, DC 20044 | Secretary of Treasury<br>15th & Pa. Avenue, NW<br>Washington, DC 20020 |
| Environmental Protection<br>  Agency<br>1650 Arch Dt.<br>Philadelphia, PA 19103-2029 | Securities & Exchange Com.<br>Attn: Bankruptcy Unit<br>15th & Pa. Ave., NW<br>Washington, DC 20020 |
| Environmental Protection<br>  Agency<br>1200 Pennsylvania Ave., NW, #4209<br>Washington, DC 20004 | Securities & Exchange Com.<br>Nathan Fuchs, Esq.<br>Patricia Schrage, Esq.<br>233 Broadway<br>New York, NY 10279 |
| Environmental Pro. Agency<br>Office of General Counsel<br>US EPSA Mail Code 2377R<br>1300 Pennsylvania Ave., NW<br>Washington, DC 20004 | Attorney General of the US<br>Attn: Robert P. McIntosh<br>Main Justice Bldg., Rm. 5111<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530 |
| Internal Revenue Service<br>Attn: L. Lorello<br>400 N 8th St., Box 76<br>Richmond, VA 23219 | Attorney General of the US<br>Attn: Richard F. Stein<br>Main Justice Bldg., Rm. 5111<br>10th St. & Constitution Ave., NW<br>Washington, DC 20530 |

Kurtzman Carson Consultants
Attn: Evan Gershbein
2335 Alaska Avenue
El Segundo, CA 90245

Office of the Atty General
Attn: Bob McDonnell
900 E. Main St.
Richmond, VA 23219

Envision Peripherals, Inc.
Attn: Gay Richey, Sr. Credit Manager
47490 Seabridge Drive
Fremont, CA 94538

Oklahoma County Treasurer
Attn: Tammy Jones Pro Se
320 Robert S. Kerr Rm, #307
Oklahoma City, OK 73102

Attorney General of the US
Attn: Robert Coulter
Main Justice Bldg., Rm. 5111
10th St. & Constitution Ave., NW
Washington, DC 20530

Chatham County Tax Com.
Attn Daniel T. Powers
P.O. Box 8321
Savannah, GA 31412

Locke Lord Bissell & Liddell, LLP
Attn: Thomas A. Connop
Attn: Melissa S. Hayward
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

Pasadena Independent School District
Attn: Dexter D. Joyner
4701 Preston Avenue
Pasadena, TX 77505