Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal,
 Pordy & Ecker, P.A.
11921 Rockville Pike, #300
Rockville, MD 20852
Telephone:  (301) 230-5200 or
                     (703) 684-5200
Fascimile:   (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com

*Counsel for Hamilton Chase – Santa Maria LLC*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, et al. ) | Case No. 08-35653-KRH |
| ) | Jointly Administered |
| Debtor ) | |

## ORDER GRANTING MOTION FOR ADMISSION
### *PRO HAC VICE OF MARK SHINDERMAN*

This matter came before the Court on the Motion of Gregory D. Grant for the admission *pro hac vice* of Mark Shinderman in the above-captioned matter on behalf of Hamilton Chase – Santa Maria LLC.  Upon consideration of the motion, and the record in this case, and finding that cause exists for the relief requested in the motion, it is hereby ORDERED that the Motion is GRANTED.  Mark Shinderman may appear *pro hac vice* as counsel for Hamilton Chase – Santa Maria LLC in the above-captioned bankruptcy case.

Dated: December ___, 2008

_____
Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

  /s/  Gregory D. Grant
Gregory D. Grant, (VA Bar No. 31784)
Courtney R. Sydnor, (VA Bar No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852-2743
Telephone: (301) 230-5200 or
              (703) 684-5200
Fascimile:  (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com

*Counsel for Hamilton Chase – Santa Maria LLC*

### Local Rule 9022-1(C) Certification

I certify that, on December 10, 2008, the foregoing Order was served upon all parties required under the Order establishing Certain Notice, Case Management, and Administrative Procedures.

/s/  Gregory D. Grant
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852-2743
Telephone:  (301) 230-5200 or
              (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com

*Counsel for Hamilton Chase – Santa Maria LLC*