Exhibit(s) Exhibit A    Page 1 of 4

# EXHIBIT A

## OBJECTING LANDLORD'S CURE AMOUNT

| DESCRIPTION OF AMOUNTS TO BE CURED | AMOUNTS DUE |
|---|---|
| Rent for November 2008 | $29,082.11 |
| CAM for November 2008 | $1,950.11 |
| CAM Insurance for November 2008 | $1,068.32 |
| Pre-Petition CAM | $2,441.00 |
| City and County Real Property Taxes for 2008 per Invoice and Tax Bills attached hereto as Exhibit A-1 | $17,335.72 |
| **TOTAL CURE AMOUNTS DUE:** | **$51,877.26** |

# EXHIBIT A-1

# TAX INVOICE AND BILLS

**MHW Warner Robins, LLC**
c/o Corporate Property Group, Inc.     Circuit City-RE Taxes
7332 Office Park Place, #101            **INVOICE #**   WR-43
Melbourne, FL 32940                     DATE:          11/19/2008

PO #INV-8193

Circuit City
9950 Mayland Drive
Richmond, VA 23233-1464

Willow Lakes Crossing - Store #04319
RE: 2008 Pro-Rata Share Real Estate Taxes      DUE: Due upon receipt of Invoice

| | | | |
|---|---|---|---|
| Tenant S.F.: | 20349 | tenant % | |
| Total S.F.: | 23831 | 85.39% | |

2008 Real Estate Taxes:                                                 Sq. Foot Cost

| | | | |
|---|---|---|---|
| 2008 Real Estate Taxes - City | $ | 5,979.10 | $ 0.25 |
| 2008 Real Estate Taxes - County | | 14,322.71 | $ 0.60 |
| TOTAL BILLABLE AMOUNT | | 20,301.81 | $ 0.85 |
| Tenants Percentage Share | | 85.39% | |
| Tenants Pro-Rata Share | $ | 17,335.72 | |
| Amount Applied Toward 2008 RE Taxes | - | 0.00 | |
| Billable Amount | | 17,335.72 | |
| Sales Tax (not applicable) | | 0.00 | |
| **TOTAL AMOUNT DUE** | **$** | **17,335.72** | |

Mark Kushinka
Houston County Tax Commissioner
200 Carl Vinson Pkwy
PO Box 7799
Warner Robins, GA 31095

*Return Service Requested*

## 2008 Property Tax Notice

046062    1 MB 0.369    1 2    146 222
MHW WARNER ROBINS LLC
7332 OFFICE PARK PL STE 101
MELBOURNE FL 32940-8241

### IMPORTANT NOTICES

Certain persons are eligible for certain homestead exemptions from ad valorem taxation. In addition to the regular homestead exemption authorized for all homeowners, certain elderly persons are entitled to additional exemptions. The full law relating to each exemption must be referred to in order to determine eligibility for the exemption. If you are eligible for one of these exemptions and are not now receiving the benefit of the exemption, you must apply for the exemption not later than April 1, 2009 in order to receive the exemption in future years. For more information on eligibility for exemptions or on the proper method of applying for an exemption, you may contact the Houston County Tax Commissioner's Office in either:

Perry
PO Box 69
201 Perry Parkway
Perry, GA 31069
478-218-4940

Warner Robins
PO Box 7799
200 Carl Vinson Parkway
Warner Robins, GA 31095
478-542-2110

If you feel that your property has been assigned too high a value for tax purposes by the Board of Tax Assessors, you should file a tax return reducing the value not later than April 1, 2009 in order to have an opportunity to have this value lowered for next years' taxes. Information on filing a return can be obtained from the County Tax Commissioner at the above address and phone number.

### 2008 State, County & School Ad Valorem Tax Notice

| Bill Number | Account Number | Fair Market Value | Assessed Value | Tax District | Acreage | Homestead Code |
|---|---|---|---|---|---|---|
| 2008 036623 | 56522R | 1,615,100 | 646,040 | 04 | 2.93 | |

| Map Number / Property Description / Street Address | Tax Entity | Exemptions | Net Taxable | Tax Rate | Tax Amount |
|---|---|---|---|---|---|
| 0W780 0    270  000 | STATE | | 646,040 | .250 | 161.51 |
| | COUNTY M&O | | 646,040 | 8.480 | 5,478.42 |
| TRACT B-2 2.929 AC WILLOW LAKE | SCHOOL M&O | | 646,040 | 7.650 | 4,942.21 |
| | COUNTY HDT | | 646,040 | .970 | 626.66 |
| 2951 WATSON BLVD | SCHOOL HDT | | 646,040 | 4.820 | 3,113.91 |

| Local Option Sales Tax Credit Information | |
|---|---|
| Mills required to produce school budget | 18,500 |
| Mill reduction due to sales tax roll back | 6.030 |
| Actual mill rate set by school | 12.470 |
| Tax savings due to sales tax rollback | 3895.62 |



Pay taxes online @ http://www.houstoncountyga.org/tax
Property/Account # _____ / _____
Pay Date 12/1/08

| | |
|---|---|
| Total Taxes | 14,322.71 |
| Interest 1% | |
| Late Filing Fee | |
| 10% Penalty | |
| Back Taxes | |
| Payments Rcvd | |
| **TOTAL DUE** | **14,322.71** |
| DATE DUE | 12/20/2008 |

**Important Messages - Please Read**

Office Hours - 8:00 am to 4:30 pm Monday thru Friday
Closed Saturday and Sunday

We supply billing amounts to mortgage companies for payment through escrow accounts. If your taxes are to be paid through escrow, please send the bottom portion of this bill, or a copy, to your mortgage company with your next payment to ensure accurate processing.

|| PLEASE DETACH HERE AND RETURN THIS PORTION, MAKING SURE THAT OUR RETURN ADDRESS APPEARS THROUGH THE WINDOW IN THE ENVELOPE PRIOR TO SEALING ||

MHW WARNER ROBINS LLC
7332 OFFICE PARK PL STE 101
MELBOURNE FL 32940-8241

2008046862

2008 036623    56522R

Mark Kushinka
Houston County Tax Commissioner
PO Box 7799
Warner Robins, GA 31095-7799

### PAYMENT INSTRUCTIONS

Please Make Check or Money Order Payable to:
**Houston County Tax Commissioner**
Please write the bill number(s) on your check.
If a receipt is desired, please include a stamped, self-addressed envelope.
If you are paying after the due date, please call our office for the full amount due. Interest at a rate of 1% per month begins the day after the due date.
A 10% penalty is imposed on all property other than homesteaded property with a bill under $500.00 90 days after the due date.

| Account Number | Bill Number |
|---|---|
| 56522R | 2008 036623 |

| Map Number/Property Description/Street Address |
|---|
| 0W780 0    270 000 |
| TRACT B-2 2.929 AC WILLOW LAKE |
| 2951 WATSON BLVD |

| DATE DUE | TOTAL DUE |
|---|---|
| 12/20/2008 | 14,322.71 |

Pay your taxes online @
http://www.houstoncountyga.org/tax

C-1112233v2A 17165.00015

