**BERNICE JAMES**
TREASURER-TAX COLLECTOR
COUNTY OF SANTA BARBARA
FEDERAL TAX ID# 95-6002833

SANTA BARBARA, CA 93102-0579
(805) 568-2920 SANTA BARBARA
(805) 346-8330 SANTA MARIA

**2008-2009
SECURED TAX STATEMENT**
FOR FISCAL YEAR JULY 1, 2008 TO JUNE 30, 2009

| PARCEL NUMBER | ASSESSEE ON JANUARY 1, 2008 | CORTAC-SUBSCRIBER | LOAN NUMBER |
|---|---|---|---|
| 128-174-11-00   7 | HAMILTON CHASE-SANTA MARIA, LLC | | |

**ADDRESS OF PROPERTY**
1535 S BRADLEY RD
SANTA MARIA CA 93454

128-174-11-00                SEC
**AUTO**5-DIGIT 93463 239 PS5 48038RD26-A-16
63168 1 AV 0.324

63168

HAMILTON CHASE-SANTA MARIA, LLC
828 BALLARD CANYON RD
SOLVANG CA 93463

**ASSESSED VALUE**

| | |
|---|---:|
| LAND/MINERAL RIGHTS | 2,300,000 |
| IMPROVEMENTS | 2,200,000 |
| PERSONAL PROPERTY | |
| GROSS TOTAL | 4,500,000 |
| HOMEOWNER'S EXEMPTION | |
| OTHER EXEMPTIONS | |
| NET TOTAL | 4,500,000 |

**TAX AMOUNTS**

| | |
|---|---:|
| BASIC PROPERTY TAX | 47,983.05 |
| SPECIAL DISTRICTS | |
| FIXED CHARGES | 441.99 |
| TOTAL TAX | 48,425.04 |

| TAX RATE AREA NUMBER | TAX RATE PERCENT | PRIOR YEAR TAXES | FIRST INSTALLMENT | SECOND INSTALLMENT | TOTAL |
|---|---|---|---|---|---|
| 03-000 | 1.06629 | NONE | 24,212.52 | 24,212.52 | 48,425.04 |
| | | DELINQUENT | DUE NOVEMBER 1, 2008 DELINQUENT DECEMBER 10, 2008 | DUE FEBRUARY 1, 2009 DELINQUENT APRIL 10, 2009 | TAXES DUE |

| TAX DISTRIBUTION BY AGENCY | | AMOUNT | TAX DISTRIBUTION BY AGENCY | AMOUNT |
|---|---|---:|---|---|
| **BASIC PROPERTY TAXES:** | | | | |
| 0001 PROPOSITION 13: 1% TAX | 568-2124 | 45,000.00 | | |
| 8351 SANTA MARIA JT HIGH BOND 2000 | 922-4573 | 974.70 | | |
| 8355 SANTA MARIA JT HIGH BOND 2004 | 922-4573 | 883.35 | | |
| 9451 ALLAN HANCOCK CC BOND 2006 | 922-6966 | 1,125.00 | | |
| TOTAL BASIC PROP. TAXES | | 47,983.05 | | |
| **FIXED CHARGES:** | | | | |
| 2561 STA MARIA FLD ZN BENEFIT ASSMT | 568-3449 | 12.98 | | |
| 2571 STA MAR RVR LVEE BENEFIT ASSMT | 568-3449 | 4.24 | | |
| 3933 STA MARIA CITY IMPT MILLER ST | 925-0951 | 375.61 | | |
| 5709 SMVWCD TWITCHELL DAM | 925-5212 | 49.16 | | |
| TOTAL FIXED CHARGES AMOUNT | | 441.99 | | |
| TOTAL TAXES | | 48,425.04 | | |

---

**2   2008-2009**
WHEN PAYING 2ND INSTALLMENT,
RETURN THIS STUB WITH YOUR REMITTANCE.

HAMILTON CHASE-SANTA MARIA, LLC
1535 S BRADLEY RD
SANTA MARIA CA 93454

10% PENALTY PLUS $30.00 CHARGE MUST BE INCLUDED IF NOT PAID
BY 5:00 PM OR U.S. POSTMARKED BY APRIL 10, 2009

26,663.77

Check this box for address change on reverse.

**BILL NUMBER**
128  174  11  00  7  2

DELINQUENT
**NONE**
PRIOR YEAR TAXES
CONTACT OUR OFFICE FOR
CURRENT AMOUNT

1ST INSTALLMENT MUST BE PAID BEFORE 2ND INSTALLMENT.
TO PAY TOTAL AMOUNTS OF 1ST & 2ND INSTALLMENTS, SEND
BOTH STUBS.

THIS AMOUNT DUE
FEB. 1, 2009
DELINQUENT AFTER
APRIL 10, 2009         **24,212.52**

PAY ONLINE: WWW.SBTAXES.ORG

MAKE PAYMENT TO:
**BERNICE JAMES
TREASURER-TAX COLLECTOR**
COUNTY OF SANTA BARBARA
P.O. BOX 579
SANTA BARBARA, CA 93102-0579



0000820012817411007090410000002421252000000026663770

---

**1   2008-2009**
WHEN PAYING 1ST INSTALLMENT,
RETURN THIS STUB WITH YOUR REMITTANCE.

HAMILTON CHASE-SANTA MARIA, LLC
1535 S BRADLEY RD
SANTA MARIA CA 93454

10% PENALTY MUST BE INCLUDED IF NOT PAID
BY 5:00 PM OR U.S. POSTMARKED BY DECEMBER 10, 2008

26,633.77

Check this box for address change on reverse.

**BILL NUMBER**
128  174  11  00  7  1

DELINQUENT
**NONE**
PRIOR YEAR TAXES
CONTACT OUR OFFICE FOR
CURRENT AMOUNT

THIS AMOUNT DUE
NOV. 1, 2008
DELINQUENT AFTER
DEC 10, 2008          **24,212.52**

TOTAL AMOUNT
OF 1ST & 2ND
INSTALLMENTS*         **48,425.04**

*MAIL BOTH STUBS WHEN PAYING TOTAL AMOUNT

PAY ONLINE: WWW.SBTAXES.ORG

MAKE PAYMENT TO:
**BERNICE JAMES
TREASURER-TAX COLLECTOR**
COUNTY OF SANTA BARBARA
P.O. BOX 579
SANTA BARBARA, CA 93102-0579

0000810012817411007081210000002421252000000026633779

| TREASURER-TAX COLLECTOR | SANTA BARBARA ADMINISTRATION BLDG., 105 E. ANAPAMU ST., RM. 109, SANTA BARBARA, CA 93101-2062 | (805) 568-2920 |
|---|---|---|
| | SANTA MARIA BETTERAVIA GOVERNMENT CENTER, 511 E. LAKESIDE PKWY, SANTA MARIA, CA 93455-1341 | (805) 346-8330 |

**TAX PAYMENT INFORMATION:** Payments may be made by check, credit card, or Electronic Check payment (ACH).

Taxpayers have the option of paying both installments when the first installment is due. Each installment must be paid by 5:00 p.m. or U.S. postmarked by December 10 or April 10 to avoid penalties. If such dates fall on a Saturday, Sunday, or legal holiday, the time of delinquency is 5:00 p.m. on the next business day.

**Payment by Check:** Taxes are payable at the County Treasurer-Tax Collector's Office between the hours of 8:00 a.m. and 5:00 p.m., Saturdays, Sundays and holidays excepted or by mail. Two party checks, partial payments, or payments for more than taxes indicated on the tax bill will not be accepted; submit only the exact amount due. **All checks must be drawn on a US Bank in US dollars and made payable to Bernice James, Treasurer-Tax Collector.**

**Payment by Credit Card:** Payments by credit card can be made by telephone **1-866-308-8872** or on-line at **www.sbtaxes.org**. All major credit cards are accepted including VISA, MasterCard, Discover, and American Express. A convenience fee will be charged for processing the transaction. The fee is charged by the service provider for providing this service and not retained by the County.

**Payment by Electronic Check:** ACH transactions consist of electronic transfers directly from your bank account to the Tax Collector. Payments can be made by telephone **1-866-765-0488** or on-line at **www.sbtaxes.org**. A convenience fee will be charged for processing the transaction. The fee is charged by the service provider for providing this service and not retained by the County.

**NON-NEGOTIABLE INSTRUMENTS:** Payment for taxes shall be void and of no effect if payment instrument is not paid on presentation. In accepting payment, the Treasurer-Tax Collector acts only as a taxpayer's collecting agent, and assumes no responsibility for the loss of any such items or the proceeds thereof in transit, or for losses resulting from the failure of any bank used as a collection agency. A special handling fee of $40 will be added for all non-negotiable payments, including checks, electronic checks and/or credit card payments, along with the appropriate penalties.

**WEBSITE:** **www.sbtaxes.org** Access your property tax information and find answers to commonly asked questions about property taxes.

**SUPPLEMENTAL TAXES:** Any supplemental property tax statements are separate billings, and are in addition to the amount of this tax bill.

**DELINQUENT PRIOR YEAR TAXES:** If a date appears under the heading titled "DELINQUENT PRIOR YEAR TAXES" on your tax bill, it is an indication of delinquent taxes for a previous year. If taxes are unpaid, it will be necessary, as provided by law, to pay: (a) delinquency penalties, (b) costs, (c) redemption penalties, and (d) redemption fee. To determine the amount necessary to redeem, contact the office of the Treasurer-Tax Collector, or visit our website at www.sbtaxes.org

**LIEN DATE:** Taxes are levied and become a lien on real property, as it exists at 12:01 a.m. on January first. Subsequent removal or change of ownership does not relieve the real estate tax lien.

**INFORMATION COPY OF TAX BILL:** If "Information Copy" appears on the payment stubs, the tax statement for this property was requested by a mortgage company, bank, or other lending agency at their request. An information copy provides you with a duplicate of your current secured property tax statement for your records. If you believe that the bill was incorrectly requested, and you wish to pay the taxes, please include the attached payment stub(s) with your remittance.

**TAX BILLS ARE MAILED TO THE LATEST ADDRESS ON THE COUNTY CLERK-RECORDER-ASSESSOR'S ROLL.** Failure to receive a tax bill does not relieve the taxpayer of the liability.

**ASSESSED VALUE:** Examine the property description carefully to be sure that all of your property is noted and correctly described. All matters pertaining to assessments must be directed to the County Clerk-Recorder-Assessor's Office. Santa Barbara - (805) 568-2550    Santa Maria - (805) 346-8310    Lompoc - (805) 737-7899

**ASSESSMENT REVIEW PROCEDURE:** If you disagree with the assessed value as shown on the tax bill, you have the right to an informal assessment review for the following year by contacting the County Clerk-Recorder-Assessor's Office by January 1. If the taxpayer and the assessor are unable to reach an agreement through the informal review, the taxpayer has the right to file an application for reduction in assessment with the County Assessment Appeals Board or the Board of Equalization, as applicable. The filing period is July 2 through November 30. Forms are available from the Clerk of the Assessment Appeals Board, 105 E. Anapamu Street, Room 407, Santa Barbara, CA 93101, or by phoning (805) 568-2240.

**HOMEOWNER'S, WELFARE, PUBLIC AGENCY, AND VETERAN'S EXEMPTIONS:** Contact the County Clerk-Recorder-Assessor's office for information. Santa Barbara - (805) 568-2550    Santa Maria - (805) 346-8310    Lompoc - (805) 737-7899

**HOMEOWNER'S EXEMPTION REQUIREMENTS:** If you filed a claim for the Homeowner's Property Tax Exemption, you declared under penalty of perjury that you are the owner of this property and that it is your principal place of residence. You are required by law to terminate this claim if either or both of the following events occur prior to 12:01 a.m. January 1, 2008: (1) ownership of the property transfers to another party, (2) your principal place of residence changes to another location. If you are not eligible for the exemption as of 12:01 a.m. January 1, 2008, you must notify the County Clerk-Recorder-Assessor's Office, in writing, on or before December 10, 2008, or you will be subject to payment of the amount of taxes the exemption represents plus applicable penalties and interest. If you have questions regarding the Homeowner's Exemption, please contact the County Clerk-Recorder-Assessor's Office. Santa Barbara - (805) 568-2550    Santa Maria - (805) 346-8310    Lompoc - (805) 737-7899

**TAX RATES:** If the Distribution portion of your tax statement shows a "#," this indicates a tax reduction by the agency shown. For information concerning tax rates, please contact the AUDITOR-CONTROLLER'S OFFICE: (805) 568-2120.

**LANDLORD/TENANTS RIGHTS:** See County Code Chapter 44-2 at www.countyofsb.org, or contact Santa Barbara County Counsel (805) 568-2950.

### STATE-SPONSORED PROGRAMS - ATTENTION HOMEOWNERS
### AGE 62 OR OLDER ON JANUARY 1 - IMPORTANT REMINDERS:

**Property Tax Assistance for Senior Citizens or Blind or Disabled Persons** - The Gonsalves-Deukmejian-Petris Senior Citizens Property Tax Assistance Law provides direct cash assistance based on part of the property taxes paid on the homes of qualified individuals with limited household incomes who are either: (1) 62 or older, (2) blind, or (3) disabled; and a U.S. citizen or eligible alien. Claims for assistance are based on the 2008/2009 property taxes. The filing period runs from July 1, 2009 through October 15, 2009. Qualified individuals must file a claim form each year in order to receive assistance. Filing for property tax assistance will not reduce the amount of property taxes owed to the county tax collector. **Forms and Information:** Between 7/1/2008 and 10/15/2008, you can have a volunteer help fill out your claim for free. For information about this service, to get claim forms or information regarding the Homeowner and Renter Assistance Program go to the Franchise Tax Board Website: **www.ftb.ca.gov** or contact the Franchise Tax Board at **(800) 868-4171**.

**Property Tax Postponement for Senior Citizens or Blind or Disabled Persons** - The Property Tax Postponement Law allows eligible homeowners to postpone paying all or part of their property taxes. To be eligible for postponement, the homeowner must meet all the following requirements: (1) be either 62 years of age or older, blind, or disabled; (2) own and occupy the home continuously since December 31, 2007; (3) have a 2007 household income of $35,500 or less; and (4) have at least 20% equity interest in the home. The homeowner must complete an application each year they want to participate in the program. To secure repayment of the postponed taxes, the State records a lien against the home. The lien remains on the home until the account is paid in full. The postponed taxes plus accrued interest becomes due and payable when the homeowner either: 1) dies and does not have a spouse, registered domestic partner, or other qualified individual who continues to reside in the home, 2) sells the home; 3) moves from the property; or 4) allows senior liens to become delinquent. The filing period for the current year taxes starts May 15 and ends December 10, 2008. **Forms and Information:** You can get claim forms or information regarding the Property Tax Postponement Program by contacting the State Controller's Office Website: **www.sco.ca.gov** or by contacting the State Controller's Office at **(800) 952-5661**. If you are calling from a local 916 area, please call 327-5587.

---

**2ND**

**TO PAY BOTH INSTALLMENTS SEND BOTH STUBS**

SEND THIS STUB WITH YOUR SECOND INSTALLMENT PAYMENT

PRINT ADDRESS CHANGE AND CHECK BOX ON REVERSE

Owner's Name

Permanent Mailing Address

City / State / Zip

Owner's Signature (required for address change)

PLEASE LIST ALL ADDITIONAL PARCELS:

---

**1ST**

SEND THIS STUB WITH YOUR FIRST INSTALLMENT PAYMENT

PRINT ADDRESS CHANGE AND CHECK BOX ON REVERSE

Owner's Name

Permanent Mailing Address

City / State / Zip

Owner's Signature (required for address change)

PLEASE LIST ALL ADDITIONAL PARCELS:

TTC FORM NO. 7021 (REV. 08/08)