**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Bankruptcy Case No. 08-35653-KRH** |
| | ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |

_____

**TUTWILER PROPERTIES, LTD.'S STATEMENT OF CURE AMOUNT AND LIMITED OBJECTION TO DEBTORS' MOTION FOR ORDERS UNDER 11 U.S.C. § § 105, 363, AND 365 (I) APPROVING BIDDING AND AUCTION PROCEDURES FOR SALE OF UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES FOR CLOSING STORES, (II) SETTING SALE HEARING DATE, AND (III) AUTHORIZING AND APPROVING (A) SALE OF CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES, AND (C) LEASE REJECTION PROCEDURES**
_____

**COMES NOW,** Tutwiler Properties, Ltd. (the "Landlord") and submits this its statement of cure amount and limited objection (this "Objection") in response to the *Debtors' Motion for Orders Under 11 U.S.C. § § 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases for Closing Stores, (II) Setting Sale Hearing Date, and (III) Authorizing and Approving (A) Sale of Certain Nonresidential Real Property Leases Free and Clear of Liens, Claims, and Encumbrances, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases, and (C) Lease Rejection Procedures* (the "Sale Motion") filed by Circuit City Stores, Inc., et. al. (the "Debtors"). In support of this Objection, Landlord states as follows:

1.   On or about November 21, 2008, Debtors filed the Sale Motion, which included proposed cure amounts for the Debtors' leases and executory contracts, including the Debtors' lease with Landlord (the "Lease") for "Store #829."

2. In the Sale Motion, Debtors incorrectly state that the cure amount for the Lease is $6,164.00.

3. In accordance with 11 U.S.C. § 365(b)(1), to assume the Lease, Debtors must pay $67,936.66 (the "Cure Amount") to Landlord. The Cure Amount consists of the following charges:

| | |
|---|---|
| Prepetition Rent and Lease Charges | $20,833.33 |
| Prepetition Real Property Taxes | $45,103.33 |
| Attorney's Fees | $2,000.00 |
| TOTAL | $ 67,936.66 |

4. Landlord reserves all of its rights and remedies with respect to the Lease including, but not limited to, its right to object to the proposed assumption and assignment of the Lease and its right to amend the Cure Amount to adjust for additional attorney's fees and expenses and if adjustments or reconciliations are made which are not yet billed or due pursuant to the terms of the Lease.

WHEREFORE, for all of the foregoing reasons, Landlord requests this Court enter an order sustaining this Objection and granting such other and further relief as this Court deems just and appropriate.

DATED this the 10th day of December, 2008.

/s/ Thomas W. Repczynski
Thomas W. Repczynski, VSB #39967
Bean, Kinney & Korman, P.C.
2300 Wilson Blvd, Seventh Floor
Arlington, Virginia  22201
Telephone:  (703) 525-4000
Facsimile:  (703) 525-2207
trepczynski@beankinney.com

and

        W. Benjamin Johnson
        Heather A. Lee
        Burr & Forman LLP
        Suite 3100 Wachovia Tower
        420 North 20th Street
        Birmingham, Alabama 35203
        Telephone:  (205) 251-3000
        Facsimile:  (205) 458-5100
        bjohnson@burr.com
        hlee@burr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, with the filing of the foregoing pleading, an electronic copy is to be served via this Court's ECF System on all parties requesting notice through the ECF System in the above-styled jointly administered bankruptcy cases, on this the 10th day of December, 2008.

        /s/ Thomas W. Repczynski
        Thomas W. Repczynski