IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| IN RE:<br><br>CIRCUIT CITY STORES, INC.,<br><br><br>        Debtor | Bankruptcy No. : 08-35653-KRH<br><br>Chapter 11 |

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
DUQUESNE LIGHT COMPANY

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Duquesne Light Company, in the above-captioned matter.  We request copies of further Notices and Orders in accordance with the attached declaration.

Please enter the address below as the mailing address for this creditor.  All notices should be mailed to the following address:

**Bernstein Law Firm, P.C.**
**Attn: Stacey Suncine**
**Suite 2200 Gulf Tower**
**Pittsburgh, PA  15219**

Respectfully submitted,

BERNSTEIN LAW FIRM, P.C.

By: /s/ Kirk B. Burkley
Kirk B. Burkley, Esq.
PA I.D. # 89511
kburkley@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8108


Attorney for Creditor,
Duquesne Light Company

## DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request to be Added to the Mailing Matrix

I am the attorney for Duquesne Light Company, a creditor in the above captioned bankruptcy and I am authorized by this creditor to make the accompanying request for notices. The new address shown on the preceding page should be used instead of the existing address and added to the matrix.  I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and that there are no other requests to receive notices on behalf of this creditor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 10, 2008.

Respectfully submitted,

BERNSTEIN LAW FIRM, P.C.

By: /s/ Kirk B. Burkley
Kirk B. Burkley, Esq.
PA I.D. # 89511
kburkley@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
(412) 456-8108


Attorney for Creditor,
Duquesne Light Company