IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                                    Case No. 08-35653-KRH

CIRCUIT CITY STORES, INC., et al.                                         Chapter 11 (Jointly administered)

Debtors,

ENTRY OF APPEARANCE, REQUEST FOR NOTICES
AND REQUEST FOR COPIES OF DISCLOSURE
STATEMENT AND PLANS OF REORGANIZATION

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Kaufman & Canoles, a professional corporation, enters its appearance on behalf of Crossways Financial Associates, LLC, a Virginia limited liability company, formerly known as Cannon Ridge Gardens Associates, L.P., a Virginia limited partnership, the assignee from Tidevest Limited Partnership Associates, a Georgia limited partnership (the "Landlord").

Pursuant to Section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 2002(g), the Landlord requests that notice of all matters specified in Rules 2002(a), 2002(b), 2002(c) and 2002(1) of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties, including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following address:

Paul K. Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele: (757) 624-3000
Fax: (757) 624-3169
*Counsel for Crossways Financial Associates, LLC,*
*a Virginia limited liability company, formerly known as*
*Cannon Ridge Gardens Associates, L.P.,*
*a Virginia limited partnership, the assignee from*
*Tidevest Limited Partnership Associates, a Georgia limited partnership*

Paul K. Campsen, Esq.
Kaufman & Canoles
150 West Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3000
Fax: (757) 624-3169
E-mail: pkcampsen@kaufcan.com

Pursuant to Rule 3017 of Federal Rules of Bankruptcy Procedure, the Landlord further requests that copies of all disclosure statements and plans of reorganization, together with any accompanying notices, be mailed to them as, set forth above.

**Kaufman & Canoles, a professional corporation**

By: /s/ Paul K. Campsen
Of Counsel

Paul K Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
150 West Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3000
*Counsel for Crossways Financial Associates, LLC,*
*a Virginia limited liability company, formerly known as*
*Cannon Ridge Gardens Associates, L.P.,*
*a Virginia limited partnership, the assignee from*
*Tidevest Limited Partnership Associates, a Georgia limited partnership*

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Entry of Appearance, Request for Notices and Request for Copies of Disclosure Statement and Plans of Reorganiztion was sent first-class, postage prepaid U.S. Mail, on this 10th day of December, 2008, to those parties listed on **Schedule 1** and to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

/s/ Paul K. Campsen

::ODMA\PCDOCS\DOCSNFK\1431006\1

## SCHEDULE 1

Douglas M. Foley, Esq.
Daniel F. Blanks, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
*Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P. O. Box 636
Wilmington, Delaware 19899-0636
*Counsel for the Debtors*

Chris Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606
*Counsel for the Debtors*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, Esq.
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Counsel for the Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
*Counsel for the Official Committee of Unsecured Creditors*

Document    Page 4 of 4

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024
*Counsel for the Official Committee of Unsecured Creditors*

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219

::ODMA\PCDOCS\DOCSNFK\1426831\2;
12/10/08

2