IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Richmond Division*

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES INC., et al.** | ) | CHAPTER 11 |
| | ) | |
| | ) | Case No. 08-35653-KRH |
| **Debtor.** | ) | (Joint Administration Pending) |
| | ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of the County of Henrico, Virginia (the "County"), a creditor and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the County of Henrico, Virginia through counsel at the following address and further requests to be added to the Master Service List:

> Rhysa Griffith South, Esquire
> Office of the County Attorney
> County of Henrico
> P.O. Box 90775
> Henrico, Virginia  23273-0775
> Tel:  (804) 501-5091
> Fax:  (804) 501-4140
> Email: Sou06@co.henrico.va.us

---

Rhysa Griffith South, VSB 25944
Office of the County Attorney
P. O. Box 90775
Henrico, Virginia  23273-0775
Phone:  (804) 501-5091
*Counsel for Henrico County, Virginia*

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the County's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceedings related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the County is or may be entitled under agreements, at law, or in equity, all of which rights claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Respectfully Submitted,

**County of Henrico, Virginia**
By: /s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)
Assistant Henrico County Attorney
Office of County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775
Telephone: (804) 501-5091
Facsimile:  (804) 501-4140

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December, 2008, a true copy of the foregoing Notice of Appearance, Demand for Service of Papers and Request to be added to Master Service List was electronically filed with the Clerk of the Court via the CM/ECF system and mailed first class to the following:

**United States Bankruptcy Court**
**701 East Broad Street, Suite 4000**
**Richmond, Virginia  23219**

**Gregg M. Galardi, Esquire**
**Ian S. Fredericks, Esquire**
**Skadden, Arps, Slate, Meagher & Flom, LLP**
**One Rodney Square**
**P.O. Box 636**
**Wilmington, Delaware 19899-0636**

**Chris L. Dickerson, Esquire**
**Skadden, Arps, Slate, Meagher & Flom, LLP**
**333 West Wacker Drive**
**Chicago, Illinois  60606**

**Dion W. Hayes, Esquire**
**Douglas M. Foley, Esquire**
**McGuireWoods, LLP**
**One James Center**
**901 East Cary Street**
**Richmond, Virginia 23219**

/s/ Rhysa Griffith South
Rhysa Griffith South (VSB #25944)