# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered<br>Judge Kevin R. Huennekens |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**COME NOW** Bradfute W. Davenport Jr., Vivieon E. Kelley and the law firm of Troutman Sanders LLP and, pursuant to Rules 9010(b) and 2002(g) of the *Federal Rules of Bankruptcy Procedure*, hereby enter an appearance as counsel for Northcliff Residual Parcel 4 LLC, a landlord and party-in-interest, in the above-styled bankruptcy case. Mr. Davenport and Ms. Kelley request that they be served with copies of all notices and pleadings given or required to be given pursuant to the Bankruptcy Code or Rules which are issued by the Clerk of the Court, as well as all other pleadings and/or notices served or required to be served by the Debtors or any other interested party in these proceedings.

Respectfully submitted this 10th day of December 2008.

TROUTMAN SANDERS LLP

/s/ Vivieon E. Kelley
Bradfute W. Davenport Jr.
Bradfute.davenport@troutmansanders.com
Vivieon E. Kelley (VA Bar No. 44230)
Vivieon.kelley@troutmansanders.com
Bank of America Plaza, Suite 5200
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216
Telephone No.: (404) 885-3000

2014681_1.DOC

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2008, a true and complete copy of the foregoing was filed and served (i) electronically on the "2002" and "Core" lists; and (ii) through the Court's ECF System.

>TROUTMAN SANDERS LLP
>
>/s/ Vivieon E. Kelley
>Vivieon E. Kelley
>VA Bar No. 44230
>Bank of America Plaza, Suite 5200
>600 Peachtree Street N.E.
>Atlanta, Georgia 30308-2216
>Telephone No.: (404) 885-3000

2014681v1