C. Thomas Ebel, Esq. – VSB#18637
William A. Gray, Esq. – VSB#46911
Lisa Taylor Hudson, Esq. – VSB#45484
**SANDS ANDERSON MARKS & MILLER**
801 E. Main Street, Suite 1800
Richmond, VA 23219-2906
(804)648-1636

– and –

Joseph A. Friedman, Esq.
**KANE RUSSELL COLEMAN & LOGAN PC**
3700 Thanksgiving Square
1601 Elm St.
Dallas, Texas 76201-4299
(214) 777-4200

**COUNSEL TO MCALISTER SQUARE PARTNERS, LTD. AND MANSFIELD SEQ 287 & DEBBIE, LTD.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653-KRH |
| | : | (Jointly Administered) |
| Debtors. | : | |

## OBJECTION TO PROPOSED CURE AMOUNTS BY MCALISTER SQUARE PARTNERS, LTD. AND MANSFIELD SEQ 287 & DEBBIE, LTD.

McAlister Square Partners, Ltd. ("McAlister"), and Mansfield SEQ 287 & Debbie, Ltd. ("Mansfield") (together with McAlister, the "Landlords"), by their undersigned attorneys, file this Objection to Proposed Cure Amounts with respect to unexpired leases of nonresidential real property that maybe assumed and assigned by the Debtors. In support of this Objection to Proposed Cure Amounts, the Landlords respectfully state:

{W0861600.1 013806-073827 }

## BACKGROUND

1. On November 10, 2008 (the "Petition Date"), each of the Debtors[1] filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. Each of the Landlords is the owner of a location in which the Debtors have non-residential real property leases (each a "Lease" and collectively, the "Leases")[2]. Each Lease is a "lease of real property in a shopping center" as that term is used in section 365(b)(3) of the Bankruptcy Code. *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086-87 (3rd Cir. 1990).

3. On or about November 25, 2008, the Debtors filed the *Debtor's Motion For Order Under 11 U.S.C. §§ 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases for Closing Stores, (II) Setting Sale Hearing Date, and (III) Authorizing and Approving (A) Sale of Certain Nonresidential Real Property Leases Free and Clear of Liens, Claims, and Encumbrances, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases, and (C) Lease Rejection Procedures* (the "Motion"). The Motion attached an Exhibit B, in which the Debtors asserted proposed cure amounts for the Landlords. The Motion was approved on December 5, 2008.

## CURE AMOUNTS

4. Each Landlord objects to the cure amounts as proposed by the Debtors.

5. The cure amounts due and owing to McAlister Square Partners, Ltd. Are set forth on **Exhibit A** attached hereto and incorporated herein.

6. The cure amounts due and owing to Mansfield SEQ 287 & Debbie, Ltd. are set forth on **Exhibit B** attached hereto and incorporated herein.

---

[1] The Debtors jointly administered in the above styled and numbered case are Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Patapsco Designs, Inc., Sky Venture Corp., XSStuff, LLC, Courchevel, LLC, Circuit City Stores PR, LLC, Abbott Advertising Agency, Inc., Mayland MN, LLC, Orbyx Electronics, LLC, and Prahs, Inc.

[2] McAlister's lease with the Debtor is identified by the Debtor as Store No. 4338 in Burleson, Texas. Mansfield's lease with the Debtor is identified by the Debtor as Store No. 3809 in Mansfield, Texas.

7. Each Landlord expressly reserves the right to amend the cure amounts for their respective Leases from time to time and at any time, and requests that the Debtors and any approved assignee remain liable for: (a) certain amounts due and owing under the Leases, but which may be unbilled as of the date of the proposed assumption and assignment of the Leases, including but not limited to, year end adjustments for common area maintenance, taxes and similar charges, and/or (b) any non-monetary defaults.

8. Each Landlord is also entitled to its reasonable attorneys' fees as part of the cure payment. *In re Westview 74th Street Drug Corp.*, 59 B.R. 747, 757 (Bankr. S.D.N.Y. 1986)(payment of attorney's fees required as condition to lease assumption).

Dated: December 10, 2008

Respectfully submitted,

BY: */s/    William A. Gray*

C. Thomas Ebel, Esq. – VSB#18637
William A. Gray, Esq. – VSB#46911
Lisa Taylor Hudson, Esq. – VSB#45484
**SANDS ANDERSON MARKS & MILLER**
801 E. Main Street, Suite 1800
Richmond, VA 23219-2906

– AND –

**KANE RUSSELL COLEMAN & LOGAN PC**

Joseph A. Friedman (Texas SBN 07468280)
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Ph: (214) 777-4200

ATTORNEYS FOR MCALISTER SQUARE PARTNERS, LTD, MANSFIELD SEQ 287 & DEBBIE, LTD

**Certificate of Service**

      I hereby certify that on December 10, 2008, a true and complete copy of the foregoing was filed and served using the Court's ECF System, and was sent by first class mail, postage prepaid to the parties set forth below:

Dion W. Hayes, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
    *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
    *Office of the United States Trustee*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
    *Counsel for the Creditors Committee*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
    *Counsel for the Debtors*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
    *Counsel for the Creditors Committee*

        /s/ William A. Gray

# EXHIBIT A

Cure Amounts for Store No. 4338
McAlister Square Partners, Ltd.

| CURE AMOUNTS | RENT | CAM & INS | INS. | TOTAL |
|---|---|---|---|---|
| a. Unpaid rent at filing | $6,334.83 | $709.50 | $177.37 | $7,221.70 |
| b. Unpaid Post-Petition November Rent | $15,074.55 | $1,688.35 | $422.09 | $17,184.99 |
| c. 2008 Real Estate Taxes | | | | $53,111.53 |
| **Total Estimated Cure Amount** | | | | **$77,518.22**[3] |

---

[3] Estimated as if December 9, 2008, not including legal fees.

**EXHIBIT B**

Cure Amounts for Store No. 3809
Mansfield SEQ 287 & Debbie, Ltd.

| CURE AMOUNTS | RENT | CAM & INS | TAX | TOTAL |
|---|---|---|---|---|
| a. Unpaid rent at filing | $25,273.39 | $5,621.69 | $12,396.54 | $43,291.62 |
| b. Unpaid Post-Petition November Rent | $14,245.00 | $2,314.81 | $5,104.46 | $21,664.27 |
| c. December Rent | $20,350.00 | $3,306.88 | $7,292.08 | $30,948.96 |
| d. Estimated Unpaid Contractor Claims | | | | $226,395.00 |
| **Total Estimated Cure Amount** | | | | **$322,299.85**[4] |

---

[4] Estimated as of December 9, 2008, not including legal fees.