Lisa Hill Fenning - *Pro Hac Vice Pending*
DEWEY & LEBOEUF LLP
333 South Grand Avenue, 26th Floor
Los Angeles, California 90071-1530
Tel: (213) 621-6000
Facsimile: (213) 621-6100
Email: lfenning@dl.com

C. Gideon Korrell (VSB #75,090)
DEWEY & LEBOEUF LLP
1101 New York Avenue NW
Washington, DC 20005-4213
Tel: (202) 346-7939
Facsimile: (202) 299-1349
Email: gkorrell@dl.com

*Attorneys for Hoprock Limonite, LLC*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653-KRH** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |

**OBJECTION OF LANDLORD HOPROCK LIMONITE, LLC TO
THE DEBTORS' PROPOSED CURE AMOUNTS RELATING TO THE ASSUMPTION
OF CERTAIN UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES
(EASTVALE STORE #3749)**

Hoprock Limonite, LLC ("Hoprock") hereby objects to the Debtors' Proposed Cure Amounts Relating to the Assumption of Certain Unexpired Non-Residential Real Property Leases (the "Cure Objection"), and respectfully represents as follows:

1. On November 25, 2008, Circuit City Stores, Inc. and its affiliated debtor entities ("Debtors") filed the Debtors' Motion for Orders Under 11 U.S.C. §§ 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real

Property Leases for Closing Stores, (II) Setting Sale Hearing Date, and (III) Authorizing and Approving (A) Sale of Certain Nonresidential Real Property Leases Free and Clear of Liens, Claims, and Encumbrances, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases, and (C) Lease Rejection Procedures (the "Sale Motion").

2. Hoprock is the landlord for the Circuit City store located in Hoprock's shopping center known as the Vernola Marketplace Shopping Center, located in Eastvale California. (Store 3749) (the "Eastvale Store"), pursuant to a Lease Agreement between Hoprock and Circuit City Stores West Coast, LLC, dated as of June 27, 2007 (the "Eastvale Lease"). The Eastvale Store is included among the stores included on Exhibit B to the Sale Motion.

3. Hoprock objects to Debtors' proposed cure amounts set forth on Exhibit B. According to Hoprock's books and records, the correct cure amounts for the period prior to the November 10, 2008 petition date are as follows (the "Cure Statement"):

| Rent | Nov. CAM | Insurance | Pre-Nov. CAM | Est. Attorneys' Fees | TOTAL |
|---|---|---|---|---|---|
| $11,058.53 | $1,891.59 | $291.01 | $4,869.00 | $5,000.00 | $23,110.13 |

4. Hoprock hereby reserves its right to amend its Cure Statement to include such rent, attorneys' fees, taxes, and other charges that continue to accrue or that have not yet been billed or come due ("Additional Cure Amounts").

WHEREFORE Hoprock respectfully requests that the Court enter an order requiring Debtors to pay the cure amounts set forth herein, plus any Additional Cure Amounts, in

253161                                          2

connection with any assumption or assignment of the Eastvale lease, and grant such other relief as may be appropriate.

Dated:  December 10, 2008

                      DEWEY & LEBOEUF LLP

                      By:     /s/ C. Gideon Korrell
                            C. Gideon Korrell

                      Attorneys for Hoprock Limonite, LLC

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December, 2008, the foregoing Objection was filed and served electronically using the Court's CM/ECF system, and that, in addition, true and correct copies of the foregoing were served via facsimile on the following parties:

*Assistant United States Trustee*
Robert B. Van Arsdale
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA  23219
Fax:  (804) 771-2330

*Counsel for Debtors*
Dion W. Hayes
Douglas M. Foley
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
Fax:  (804) 775-1061

*Counsel for Debtors*
Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
Fax:  (302) 651-3001

*Counsel for Debtors*
Timothy G. Pohl
Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Chicago, IL  60606
Fax:  (312) 407-0411

*Counsel for Creditor Committee*
Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Fax:  804-783-0178

Dated:  December 10, 2008

By:    /s/  Gideon Korrell

253161                                          1