# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December, 2008, the foregoing Objection was filed and served electronically using the Court's CM/ECF system, and that, in addition, true and correct copies of the foregoing were served via facsimile on the following parties:

*Assistant United States Trustee*
Robert B. Van Arsdale
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA  23219
Fax:  (804) 771-2330

*Counsel for Debtors*
Dion W. Hayes
Douglas M. Foley
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
Fax:  (804) 775-1061

*Counsel for Debtors*
Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
Fax:  (302) 651-3001

*Counsel for Debtors*
Timothy G. Pohl
Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Chicago, IL  60606
Fax:  (312) 407-0411

*Counsel for Creditor Committee*
Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Fax:  804-783-0178

Dated:  December 10, 2008

By:    /s/  Gideon Korrell

253161                                                         1