UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------------- x
In re:                                                                 :
                                                                       : Chapter 11
CIRCUIT CITY STORES, INC., et al.                                      :
                                                                       : **Case No. 08-35653-KRH**
                Debtors.                                               :
                                                                       : **Jointly Administered**
                                                                       : **Judge Kevin R. Huennekens**
                                                                       :
                                                                       :
                                                                       :
---------------------------------------------------------------------- x

## NOTICE OF CROSS-MOTION AND HEARING

PLEASE TAKE NOTICE THAT Triangle Equities Junction LLC ("Triangle") filed the *Objection to Debtor's Motion Setting Procedures for Sale or Rejection of Non-Residential Leases and Cross Motion for an Order (A) Compelling Debtors to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. §§ 365(D)(3) and 503(B), and (B) Granting Related Relief* (the "Motion"). A true and complete copy of the Motion has been filed with the Court and forwarded to you.

**PLEASE TAKE FURTHER NOTICE THAT your rights may be affected. You should read the Motion carefully and then discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

PLEASE TAKE FURTHER NOTICE THAT Triangle has requested that the Court conduct a hearing on the Motion on December 22, 2008 at 10:00 a.m. in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

9122103.1
33139-2003

Any objection to the Motion shall be filed with the Clerk of the United States Bankruptcy Court, 701 East Broad Street, Richmond, Suite 4000, Virginia 23219, two business days prior to the above scheduled hearing on the Motion, and shall be served on counsel for Triangle and the U.S. Trustee so that it is actually received two business days prior to the above scheduled hearing. Unless a written response is filed and served before the objection deadline, the Court may deem the opposition waived, treat the Motion as conceded, and issue an order granting the requested relief. If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the expiration of the objection deadline.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

9122103.1
33139-2003

- 3 -

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

Dated:  December 10, 2008
        Richmond, Virginia

Respectfully Submitted,

   /s/  Vivieon E. Kelley
Vivieon E. Kelley, (VA Bar No. 44230)
TROUTMAN SANDERS LLP
600 Peachtree Street, NE, Ste 5200
Atlanta, Georgia 30308
Tel: (404) 885-3838
Fax: (404) 962-6792

-and -

William F. Gray Jr.
TORYS LLP
237 Park Avenue
New York, New York 10017
Tel: (212) 880-6000
Fax: (212) 682-0200

COUNSEL FOR TRIANGLE EQUITIES JUNCTION LLC

# CERTIFICATE OF SERVICE

   I hereby certify that on December 10, 2008, a true and complete copy of the foregoing was filed and served (i) electronically on the "2002" and "Core" lists; (ii) through the Court's ECF System; and (iii) by first class mail, postage prepaid, to the entities at the addresses indicated below.

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233
Attn: Reginald D. Hedgbeth

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233
Attn: Daniel W. Ramsey

Debtor

McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Attn: Douglas M. Foley, Esq.

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Attn: Dion W. Hayes, Esq.

Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899
Attn: Gregg Galardi, Esq.

Attorneys for Circuit City Stores, Inc.

Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale, Esq.

9122103.1
33139-2003

- 5 -

Tavenner & Beran, PLC
*Counsel for the Official Committee of Unsecured Creditors*
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Attn: Lynn L. Tavenner, Esq.
Attn: Paula S. Beran, Esq.

Pachulski Stang Ziehl & Jones LLP
*Counsel for the Official Committee of Unsecured Creditors*
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100
Attn: Jeffrey N. Pomerantz, Esq.

Pachulski Stang Ziehl & Jones LLP
*Counsel for the Official Committee of Unsecured Creditors*
780 Third Avenue, 36th Floor
New York, New York 10017-2024
Attn: Robert J. Feinstein, Esq.

LeClair Ryan
*Counsel for DIP Agents*
Riverfront Plaza E Tower
951 E. Byrd St 8th Fl
Richmond, Virginia 23219
Attn: Bruce Matson Esq.

Riemer & Braunstein LLP
*Counsel To Pre-petition Lenders and Counsel To Post-petition Lenders*
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
Attn: David S. Berman

                                                    /s/ Vivieon E. Kelley

9122103.1
33139-2003