**EXHIBIT C**

**List of Rejected Leases**

| LOC.# | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6001 | Syracuse Sublease (Former 1115 Service) (S/L) | 7351 Round Pond Road | Prime Lease | North Syracuse | Wec 97G-Syracuse Investment Trust | C/O David M. Van Driel | 6032 Dudley Court | | Arvada | CO | 80004 |
| 6022 | Miami Sublease (Former Dist./Hd 00208/00043) (S/L) | 3245-B Meridian Parkway | Prime Lease | | Lexington Lion Weston I Lp | C/O Md Hodges, And Ing Clarion Company | 3350 Riverwood Parkway, Suite 850 | | Atlanta | GA | 30339 |
| 6022 | Quantum Fine Casework, Inc. | 3245-B Meridian Parkway | Sublease | | Quantum Fine Casework, Inc. | 3245 Meridian Parkway | Attn: Jeff Mcgovern | | Weston | FL | 33331 |
| 6027 | Chicago Sublease (Former 226 Dist./59 Serv.) (S/L) | 6300-B Muirfield Drive | Prime Lease | Turnberry Lakes Business Ctr. | Circuit Distribution - Illinois | C/O Cardinal Capital Partners, Inc. | 8214 Westchester Drive | 9Th Floor | Dallas | TX | 75225-5520 |
| 6027 | Ge Transportation Systems | 6300-B Muirfield Drive | Sublease | | Ge Transportation Systems | 2901 Eastlake Road | Chief Financial Officer, Bldg 14-5 | | Erie | PA | 16531 |
| 6028 | Chehalis Sublease (Former 367 Dist.) (S/L) | 208 Maurin Road | Prime Lease | | Chehalis Hawaii Partners, Llc | C/O Kurisu & Fergus | 1000 Bishop Street, Suite 310 | | Honolulu | HI | 96813 |
| 6028 | Dhl Express, Inc. | 208 Maurin Road | Sublease | | Dhl Global Business Services | 1200 S. Pine Island Road | Suite 500 | | Plantation | FL | 33324 |
| 6030 | Des Moines Sublease (Former 885 Dist.) (S/L) | 1010 S.E. 54Th Street | Prime Lease | | Cc - Investors 1996-17 Inc. | C/O Cardinal Capital Partners, Inc. | 8214 Westchester Drive, 9Th Floor | | Dallas | TX | 75225 |
| 6030 | Remington Seeds | 1010 S.E. 54Th Street | Sublease | | Remington Seeds, Llc | Attn: Steve Hageman | 4746 West Us Highway 24 | Po Box 9 | Remington | IN | 47977 |
| 6044 | Fredericksburg Ss Relo (Former Store #01601) (S/L) | 3061 Plank Road | Prime Lease | | Tam Stockton, Llc | C/O Sansome Pacific Properties | 500 Washington Street Sunite 475 | | San Francisco | CA | 94111 |
| 6044 | Dollar Tree Stores, Inc. (Store #630) | 3061 Plank Road | Sublease | | Dollar Tree Stores, Inc. | 500 Volvo Parkway | Attn: Real Estate | | Chesapeake | VA | 23320 |
| 6049 | Detroit Sublease (Former #1117 Service/Hd) | 7171 Haggerty Road | Prime Lease | | Carrollton Arms | C/O Bob Paciocco | 1330 Goldsmith | | Plymouth | MI | 48170 |
| 6051 | Gurnee Mills Ss Relo (S/L) (Former Store #03127) | 6609 Grand Avenue | Prime Lease | Grand Hunt Shopping Center | Olp 6609 Grand Llc | C/O One Liberty Properties, Inc. | 60 Cutter Mill Road Suite 303 | | Great Neck | NY | 11021 |
| 6051 | La-Z-Boy Showcase Shoppes, Inc. | 6609 Grand Avenue | Sublease | | La-Z-Boy Showcase Shoppes | 724 Hoffman Street | | | Hammond | IN | 46327 |

1

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6053 | El Paso East Ss Relo (Former Store #04508) | 1145 Westmoreland Drive | Prime Lease | | Sullivan Crosby Trust | 2851 Jacks Valley Road | Caa Bella, 500 Zaragosa, Suite K | Sullivan, M. W. & Kathryn Crosby | Genoa | NV | 89411 |
| 6053 | Salom Sons Inc. | 1145 Westmoreland Drive | Sublease | | Salom Sons, Inc. | Attn: Martha Salom | | | El Paso | TX | 79907 |
| 6054 | Cherry Hill Ss Relo (Former Store #00734) | 2128 Route 38 | Prime Lease | | Silverstein - Trustee, Raymond | The Goodman Group | 131A Gaither Drive | | Mt. Laurel | NJ | 08054 |
| 6057 | Restoration Ministries | 3001 Airport Throughway | Sublease | | Restoration Ministries | | | | Columbus | GA | 31904 |
| 6057 (S/L) | Columbus Ss Relo (Former Store #03200) | 3001 Airport Throughway | Prime Lease | | Circuit Investors #2 Ltd. | C/O Robert Balogh | 4105 Beallwood Avenue | | Miami Beach | FL | 33140 |
| 6102 | Fairfax Surplus (Former Store #03102) | 11220 James Swart Circle | Prime Lease | Fairfax Court | Fairfax Court Lp | C/O Simon Property Group | 225 W. Washington Street | | Indianapolis | IN | 46204-3438 |
| 6112 #1612 | Kileen Mini-Ss (S/L) Surplus (Former Store C | 2500 E. Central Texas Expwy., Suite | Prime Lease | Cielo Vista S.C. | Bc Portland Partners, Inc. | 675 Third Ave. | Attn: Arthur Walker | | New York | NY | 10017 |
| 6112 Llc | Wired Management, C | 2500 E. Central Texas Expwy., Suite | Sublease | | Wired Management, Llc | Attn: Real Estate | 1033 South Fort Hood Street | | Killeen | TX | 76541 |
| 6133 | Darien Surplus (Former Store #03116) | 2157 75Th Street | Prime Lease | Darien Towne Center | Inland Us Management, Llc | 13068 Collections Center Drive | Darien Town Center | | Chicago | IL | 60693-0130 |
| 6157 | Henrietta Ss Surplus (Former Store # 3155) | 1575 Marketplace Drive | Prime Lease | Marketplace Center | Southwind Ltd. | 5900 Wilshire Blvd Suite 1425 | | | Los Angeles | CA | 90036 |
| 6178 | North Randall Surplus (Former Store #03178) | 21639 Miles Road | Prime Lease | Village Of North Randall | Sonnet Investments, Llc | C/O Terra Enterprises, Inc. | 11812 San Vicente Blvd, Ste 510 | | Los Angeles | CA | 90049 |
| 6191 (S/L) | Indianapolis Surplus (Former Store #03190) | 3670 Moller Road | Prime Lease | | Cc Indianapolis 98, L.L.C. | C/O Lucknow Associates | 4025 Crooked Hill Road | | Harrisburg | PA | 17110 |

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6201 | Melbourne Surplus (Former Store #04201) | 2730 W. New Haven Avenue | Prime Lease | | Leben, Robert L. & Mary C. | 1700 West Pioneer Road | | | Cedarburg | WI | 53012 |
| 6201 | Topline Appliance Depot, Inc. | 2730 W. New Haven Avenue | Sublease | | Topline Appliance Depot, Inc. | Mr. Chris Barnas, General Manager | 965 N Cocoa Boulevard | | Cocoa | FL | 32922 |
| 6214 | Evergreen Park Surplus (Former Store #03114) | 9600 South Western Avenue | Prime Lease | Evergreen Plaza Shopping Center | Provo Group, The, As Agent For | Evergreen Plaza Associates Lp | 9730 S. Western Ave., Ste. 418 | | Evergreen Park | IL | 60642 |
| 6232 (S/L) | Matteson Surplus (Former Store #03132) | 4818 Southwick Drive | Prime Lease | Southwick Corporate Park | Cc-Investors 1997-2 | C/O Sigmund Sommer Properties | 280 Park Avenue | | New York | NY | 10017 |
| 6242 (S/L) | Wichita Surplus (Former Store #03239) | 8401 East Kellogg Street | Prime Lease | | Cc-Investors 1997-2 | C/O Bill Anest | 31366 North Highway 45 | | Libertyville | IL | 60048 |
| 6253 | Sacramento Surplus (Former Store #00252) | 1874 Arden Way | Prime Lease | Point West Plaza | Point West Investors Ii | C/O Buckeye Pacific Investors | 201 Hoffman Avenue | | Monterey | CA | 93940 |
| 6257 | Brunswick Surplus (Former Store #03256) | 114 Golden Isles Plaza, Suite 137 | Prime Lease | Golden Isles Plaza S. C. | Kolo Enterprises | C/O The Shopping Center Group, Llc | 3101 Towecreek Pkwy., Suite 200 | | Atlanta | GA | 30339 |
| 6261 (S/L) | Louisville Surplus (Former 361/80 Dist/Supply/Serv) | 7300-A & B Intermodal Drive | Prime Lease | | Hollingsworth Capital Partners - Intermodal, Llc | Two Centre Plaza | | | Clinton | TN | 37716 |
| 6274 (S/L) | Jackson Surplus (Former Store #03275) | 1938 Emporium Drive | Prime Lease | Jackson Towne Center | Cc Jackson 98 Llc | C/O Lucknow Associates | 4025 Crooked Hill Road | | Harrisburg | PA | 17110 |
| 6275 #03209) | Bannister Ss Main Lease (Former Store | 9251 Hillcrest Road | Prime Lease | Benjamin Plaza Shopping Center | Kc Benjamin Realty Llc | C/O Sandor Development Company | 2220 North Meridian Street | | Indianapolis | IN | 46208 |
| 6282 | Tempe Ss Relo (Former Store #03330) | 1270 West Elliott Road | Prime Lease | Groves Power Center | Pacific Castle Groves Llc | 2601 Main Street | Suite 900 | C/O Pacific Castle Management | Irvine | CA | 92614 |

3

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6282 | Mor Furniture For Less (Az) | 1270 West Elliott Road | Sublease | | Mor Furniture For Less | 1270 West Elliott Road | | | Tempe | AZ | 85284-1100 |
| 6289 | Southpark Ss Relo (Former Store #03106) (S/L) | 1823 Southpark Boulevard | Prime Lease | Southpark Mall | Cc Colonial Trust | C/O Paragon Affiliates, Inc. | One Paragon Dr., Ste 145 | | Montvale | NJ | 07645 |
| 6292 | Meriden Sublease (Former 1119 Service/Hd) (S/L) | 1020 Research Parkway | Prime Lease | | Paige Exchange Corp. | 3205 Underhill Place | | | Bend | OR | 97701 |
| 6292 | Homans Associates, Inc. | 1020 Research Parkway | Sublease | | Homans Associates, Inc. | 250 Ballardvale Street | | | Wilmington | MA | 01887 |
| 6294 | Tuscaloosa Surplus (Former Store #03291) | 2600 Mcfarland Blvd East, Suite J | Prime Lease | Mcfarland Plaza Shopping Center | Ddrtc Mcfarland Plaza, Llc | C/O Developers Diversified Realty Corporation | 3300 Enterprise Parkway | | Beachwood | OH | 44122 |
| 6301 | Bakersfield, Ca Main Lease | 2204 Wible Road | Prime Lease | | Oates, Marvin L. | 960 Fulton Avenue, Suite 100 | C/O Oates Investments, Inc. | | Sacramento | CA | 95828 |
| 6301 | Mor Furniture For Less, Inc. | 2204 Wible Road | Sublease | | Waterbed Emporium Of Ca | 8996 Miramar Road, #360 | | | San Diego | CA | 92126 |
| 6324 | Salem Surplus (Former Store #03314) (S/L) | 435 Lancaster Drive | Prime Lease | | Cci Trust 1994-I; Lloyd Draper – Trustee | C/O Wilmington Trust Company | 1100 North Market Street | Rodney Square North | Wilmington | DE | 19890-0001 |
| 6336 | Winston-Salem Billboard | 1612 South Stratford Road | Prime Lease | | Kroustalis Investments | Attn: Jimmy Kroustalis | 131 Milnor Place | | Winston-Salem | NC | 27104 |
| 6336 | ** 2 Landlords | | | | | | | | | | |
| 6336 | Fabri Centers Of America, Inc. (Billboard) | 1612 South Stratford Road | Sublease | | Fabri-Centers Of America, Inc. | 5555 Darrow Road | Attn: Vice President, Corp. Finance | | Hudson | OH | 44236 |
| 6345 | Dallas Surplus (Former Store 509 & Ofc. 9240/0067) (S/L) | 5955 Alpha Road | Prime Lease | | Ar Investments, L.P. | C/O Terra Enterprises, Inc. | 11812 San Vicente Blvd., Suite 510 | | Los Angeles | CA | 90049 |
| 6345 | Entertainmart | 5955 Alpha Road | Sublease | | Entertainmart-Preston Rd, Llc | Attn: Mark Kane | 6515 Pemberton Drive | | Dallas | TX | 75230 |
| 6510 | Edwin Watts Golf | 5955 Alpha Road | Sublease | | Edwin Watts Golf Shop | Attn: Ronnie Watts | 20 Hill Avenue | | Fort Walton Beach | FL | 32549 |
| 6511 | Shops, Inc. Dan'S Big & Tall Shop, Inc. | 5957 Alpha Road | Sublease | | Dan'S Big & Tall Shop, Inc. | 7275 Envoy Ct | | | Dallas | TX | 75247 |
| 6512 | Great Golf, Inc. | 5955 Alpha Road, Suite 100 | Sublease | | Great Golf, Inc. | 3110 Thomas Avenue, Suite 333 | Attn: Marc Fagan | | Dallas | TX | 75204 |

4

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6359 | Deptford Surplus (Former Store #00537) | 1500 Almonesson Road | Prime Lease | The Court At Deptford | Almonesson Associates, L.P. | C/O The Goldenberg Group | 350 Sentry Pkwy., Bldg. 630, Ste. 300 | | Blue Bell | PA | 19422-2316 |
| 6360 | Greensboro Surplus (Former Store #00820) | 1314 Bridford Parkway | Prime Lease | Landmark Crossing S. C. | Dmc Properties, Inc. | 415 Minuet Lane | Suite F | | Charlotte | NC | 28217 |
| 6360 (S/L) | Peak Pl Holdings, Llc | 1314 Bridford Parkway | Sublease | Landmark Crossing S. C. | Peak Pl Holdings, Llc | 15806 Brookway Drive | Suite 400 | | Huntersville | NC | 28078 |
| 6361 | Landover Surplus (Former Store #00824) | 8503 Landover Road | Prime Lease | Landover Crossing S.C. | 5035 Associates, L.P. | C/O Rivercrest Realty Investors | 8816 Six Forks Rd - Ste 201 | | Raleigh | NC | 27615 |
| 6361 (S/L) | Mall Of Decoration, Inc. | 8503 Landover Road | Sublease | | Mall Of Decoration, Inc. | 8503 Landover Road | | | Landover | MD | 20785 |
| 6364 | Rocky Mount Surplus (Former Store #03244) | 750 Sutters Creek Boulevard | Prime Lease | Rocky Mount Towne Center | Alliance - Rocky Mount, L.L.C. | Attn: Connie Cluderay | 6100 Fairview Road, Suite 350 | | Charlotte | NC | 28210 |
| 6365 | Wilkes-Barre Surplus (Former Store #04106) | 540 Kidder Street | Prime Lease | | Bpp-Wb, L.L.C. | C/O Saunders Hotel Group | 240 Newbury Street Third Floor | | Boston | MA | 02116 |
| 6365 (S/L) | Eynon Furniture Outlet, Inc. | 540 Kidder Street | Sublease | | Eynon Furniture Outlet, Inc. | Attn: Real Estate Depart | 101 Monahan Avenue | | Dunmore | PA | 18512 |
| 6366 | Lewisville Surplus (Former Store #04502) | 2325 S. Stemmons Pkwy.Suite 104 | Prime Lease | Vista Ridge Village Sc | Cci Trust 1994-I; Lloyd Draper - Trustee | C/O Wilmington Trust Company | 1100 North Market Street | Rodney Square North | Wilmington | DE | 19890-0001 |
| 6372 | Gastonia Surplus (Former Store #00831) | 1875 Remount Road | Prime Lease | Northridge Shopping Center | Remount Road Associates, L.P. | Attn: President | | 5815 Westpark Drive | Charlotte | NC | 28217 |
| 6373 | Winchester Surplus (Former Store #01609) | 2173 South Pleasant Valley Road | Prime Lease | | Southland Investors, L.P. | 2 North Riverside Plaza | Suite 600 | | Chicago | IL | 60606 |
| 6373 (S/L) | Winchester Fun Expedition Corp. | 2173 South Pleasant Valley Road | Sublease | | Winchester Fun Expedition Corp. | Attn: Eric Burstock, Pres. | 2173 South Pleasant Valley Road | | Winchester | VA | 22601 |

5

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6377 | N. Richland Hills Surplus (Former Store #03505) (S/L) | 8701 Airport Freeway | Prime Lease | | Circuit Tex Property Investors L.P. | C/O Immobilien Verwaltung Gmbh | Augustenstr. 14A - 5Th Floor | | D-80333 Munchen | | |
| 6377 | Golfsmith International, L.P. #71 | 8701 Airport Freeway | Sublease | | Golfsmith International, L.P. | 11000 North IH 35 | Attn: Real Estate | | Austin | TX | 78753 |
| 6379 | Highland Surplus (Former Store #03625) | 10323 Indianapolis Blvd. | Prime Lease | Highland Grove Shopping Center | Ddr Highland Grove Corporation | C/O Developers Diversified Realty | 3300 Enterprise Parkway | P.O. Box 228042 | Beachwood | OH | 44122-7249 |
| 6381 | Johnstown Surplus (Former Store #03746) (S/L) | 626 Galaria Drive | Prime Lease | Johnstown Galleria | Millstein Industries, L.L.C. | 322 Armbrust Road | 2Nd Floor | | Youngwood | PA | 15697 |
| 6384 | Shreveport Surplus (Former Store #03238) (S/L) | 8100 Jump Run Road | Prime Lease | Walmart Center | Harold And Lucille Chaffee Trust | 8816 Natalie Ave. N.E. | Haraold D. Chaffee Trustee | | Albuquerque | NM | 87111 |
| 6385 | Niles Surplus (Former Store #03626) (S/L) | 5100 Youngstown Warren Road | Prime Lease | | Wec 96D Niles Investment Trust | 6750 Lbj Freeway | Suite 1100 | | Dallas | TX | 75240 |
| 6111 | Dollar General Corporation | 5130 Youngstown Warren Road | Sublease | | Dollar General Corporation | 100 Mission Ridge | Store #4768 | | Goodlettsville | TN | 37072-2170 |
| 6522 | Schiavone, Daniel P. & Deborah A. (Cam Only) | 5150 Youngstown Warren Road | Sublease | | Daniel And Deborah Schiavone | 1309 Valley View Lane | | | Youngstown | OH | 44512-3750 |
| 6390 | Rancho Cucamonga Surplus (Former Store #03311) | 12489 Foothill Boulevard | Prime Lease | Foothill Marketplace | Kimco Pk Llc | 3333 New Hyde Park Road | Suite 100 | | New Hyde Park | NY | 00142 |
| 6399 | Lynchburg Surplus (Former Store #00399) | 3700 Candlers Mountain Rd | Prime Lease | Candler'S Station S.C. | Developers Deiversified Realty Corporation | 3300 Enterprise Parkway | | | Beachwood | OH | 44122 |
| 6417 | Beaumont Surplus (Former Store #03517) (Hwy. 69) | 6490 Eastex Freeway | Prime Lease | Parkdale Village Sc | Parkdale Village Lp | C/O Cb Richard Ellis, Inc. | 1880 S. Dairy Ashford | Suite 106 | Houston | TX | 77077 |
| 6438 | Houston/Almeda Surplus (Former Store #00538) (S/L) | 9950 Kleckley Road | Prime Lease | | Watkins Houston Investments, L.P. | 751 Champagne Road | | | Incline Village | NV | 89451 |

6

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6464 | Lancaster Ss Relo (Former Store #00411) | 44600 Valley Central Way | Prime Lease | | Rvip Valley Central Lp | 3300 Enterprise Parkway | | | Beachwood | OH | 44122 |
| 6467 | Duncanville Ss Relo (Former Store #00569) (S/L) | 667 N. Cockrell Hill Road | Prime Lease | | Circuit Investors #2 Ltd. | C/O Robert Balogh | 777 Arthur Godfrey Road, #400 | | Miami Beach | FL | 33140 |
| 6467 | K&G Men'S Company, Inc. | 667 N. Cockrell Hill Road | Sublease | | K&G Men'S Company, Inc. | 1225 Chattahoochee Avenue, Nw | Attn: Executive Offices | | Atlanta | GA | 30318 |
| 6478 | Cleveland Sublease (Former Serv/Hd 0096 Attach 6280/6281) | 6400 West Snowville Road, #1 | Prime Lease | Snowville Business Centre I/Ii | Fogg-Snowville, L.L.C. | 981 Keynote Circle; Suite 15 | | | Brooklyn Heights | OH | 44131 |
| 6478 | Sky Bank | 6400 West Snowville Road, #1 | Sublease | Snowville Business Centre I/Ii | Sky Bank / The Huntington National Bank | Corporate Real Estate - Lease Admin. | 37 West Broad Street, Hp1097 | | Columbus | OH | 43215 |
| 6480 | Richmond Sublease (Former Service Center #0091) | 8080 Villa Park Drive | Prime Lease | Villa Park Ii | Ck Richmond Business Services #2, L.L.C. | C/O Brandywine Realty Trust | 300 Arboretum Place, Suite 260 | | Richmond | VA | 23236 |
| 6480 | North South Partners, Llc | 8080 Villa Park Drive | Sublease | Villa Park Ii | North South Partners, Llc | 2601 Floyd Avenue | Attn: Real Estate | | Richmond | VA | 23220 |
| 6492 | Tampa Sublease (Former 00058 Serv/Hd) | 3401 Queen Palm Drive | Prime Lease | Sabal Distribution Center | Rreef America Reit Ii Corp Vvv | Rreef Management Company | 601 South Lake Destiny Road | Suite 190 | Mailand | FL | 32751 |
| 6492 | Hughes Mro, Ltd. | 3401 Queen Palm Drive | Sublease | Sabal Distribution Center | Hughes Mro, Ltd. | C/O Hd Supply, Inc. | Attn: Real Estate/Property Management | 10641 Scripps Summit Court | San Diego | CA | 92131 |
| 6500 | Dallas Surplus (Former Store #00509) | 13838 Dallas Parkway | Prime Lease | Alpha Parkway Plaza S.C. | Galleria Plaza, Ltd. | 2001 Preston Road | | | Plano | TX | 75093 |
| 6500 | Dick'S Sporting Goods, Inc. A Delaware Corp. | 13838 Dallas Parkway | Sublease | Alpha Parkway Plaza S.C. | Dick'S Sporting Goods, Inc. | Attn: Senior Vice President, Real Estate & Development And Legal Department | | 300 Industry Drive | Pittsburgh | PA | 15275 |
| 6524 | Lakeshore Learning Materials | 13846 N. Dallas Parkway | Sublease | | Lakeshore Equipment Co. | 2695 E. Dominguez Street | P.O. Box 6261 | | Carson | CA | 90895 |

7

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6502 | Midwest City (Heritage) Main Lease | 6830 East Reno Avenue | Prime Lease | Heritage Park Mall | Circuit Okla Property Investor | C/O Immobilien Verwaltung Gmbh | Augustenstr. 14A - 5Th Floor | | D-80333 Munchen | | |
| 6502 (S/L) | Oklahoma Goodwill Industries, Inc. | 6830 East Reno Avenue | Sublease | | Oklahoma Goodwill Industries, Inc. | 410 Sw 3Rd | | | Oklahoma City | OK | 73109 |
| 6507 | Se Truong & Ly Truong | 6830 East Reno Avenue | Sublease | | Se Truong & Ly Truong | 5640 Greenview Drive | | | Oklahoma City | OK | 73135 |
| 6509 | Eyecare Discount Optical, Inc. (Eyemart Express) | 6824 East Reno Avenue | Sublease | Heritage Park Mall | Eyecare Discount Optical Inc. | Attn: Bette Madore | 400 S. Vermont #125 | | Oklahoma City | OK | 73108 |
| 6533 | Wincrest Surplus (Former Store #03503) | 8540 Four Winds Drive | Prime Lease | Windsor Park Centre | Whitestone Reit | 2600 S Gessner Road | Suite 500 | | Houston | TX | 77063 |
| 6548 | Decatur Sublease (Former Store #00818) | 4572 Memorial Drive | Prime Lease | Memorial Drive Shopping Center | Teplis, Nathan; Dr. Paul Teplis; Mrs. Belle Teplis; Frank & | C/O Hendee - Barnes Properties | 3280 Pointe Pkwy., Suite 2300 | | Norcross | GA | 30092 |
| 6548 | New Avenues Lease Ownership, Llc | 4572 Memorial Drive | Sublease | Memorial Drive Shopping Center | New Avenues Lease Ownership, Llc | Attn: Legal Department | 3440 Preston Ridge Road, Suite 500 | | Alpharetta | GA | 30005 |
| 6551 | Martinsville Sublease (Former Store #01617) | 233 Commonwealth Blvd. | Prime Lease | | Lester Development Corporation | Attn: George W. Lester, Ii | 14 E. Liberty Street | | Martinsville | VA | 24115 |
| 6552 (S/L) | Odessa Sublease (Former Store #01626) | 5171 East 42Nd Street | Prime Lease | | Chalek Company Llc | P. O. Box 11239 | | Attn: Vice President - Real Estate & Constructio n | Marina Del Rey | CA | 90295 |
| 6552 | Dollar Tree Stores, Inc. - #2935 | 5171 East 42Nd Street | Sublease | | Dollar Tree Stores, Inc. | 500 Volvo Parkway | Ref: Dollar Tree Store #2935 | | Chesapeake | VA | 23320 |
| 6553 | Kokomo Sublease (Former Store #01689) | 1012 S. Reed Road | Prime Lease | | By-Pass Development Company Llc | 2220 N. Meridan | | | Indianapolis | IN | 46208 |
| 6553 | Academy Alliance, Llc (T/A Salon Professionals/Spa Bldrs) | 1012 S. Reed Road | Sublease | | Academy Alliance, Llc | 406 West Superior | | | Kokomo | IN | 46901 |

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6554 | Northbrook Surplus (Former Store #03110) | 127 Skokie Boulevard | Prime Lease | Village Square Of Northbrook | Mid-America Asset Management | Village Square Of Northbrook | One Parkview Plaza | 9Th Floor | Oakbrook Terrace | IL | 60181 |
| 6554 | Trader Joe'S East, Inc. | 127 Skokie Boulevard | Sublease | Village Square Of Northbrook | Trader Joe'S Company | 800 South Shamrock Road | Attn: Mary Genest, Treasurer | | Monrovia | CA | 91016-6346 |
| 6558 | Fairlawn Sublease (Former Store #03188) | 2789 West Market Street | Prime Lease | Fairlawn Towne Center | E&A Northeast Limited Partnership | C/O Legal Department | Po Box 528 | | Columbia | SC | 29202 |
| 6561 | Mrv Wanamaker, L.C. | 2040 S. W. Wanamaker Road | Sublease | Wanamaker 21 Shops | Mrv Wanamaker, L.c. | 3501 Southwest Fairlawn Road | Suite 200 | | Topeka | KS | 66614 |
| 6561 | Topeka Sublease (Former Store #03225) | 2040 S. W. Wanamaker Road | Prime Lease | Wanamaker 21 Shops Llc | Gunning Investments, | D/B/A Wanamaker 21 Shopping Center C/O Nai Nvision | 534 S Kansas Ave, Ste 1008 | | Kansas City | MO | 64196 |
| 6562 (S/L) | Ft. Smith Sublease (Former Store #03271) | 7601 Rogers Road | Prime Lease | | Cc Ft. Smith Investors 1998, Llc | 8214 Westchester Dr., 9Th Fl | | | Dallas | TX | 75225 |
| 6564 Inc. (V#761) | Cape Girardeau Sublease (Former Store #03765) | 164 Siemers Drive | Sublease | Cape West Shopping Center | Dollar Tree Stores, Inc. | 500 Volvo Parkway | Attn: Real Estate Dept. | | Chesapeake | VA | 23320 |
| 6564 | Dollar Tree Stores, Store (Former Store #03765) | 164 Siemers Drive | Prime Lease | Cape West Shopping Development, Inc. | Drury Land Development, Inc. | 8315 Drury Industrial Parkway | | | St. Louis | MO | 63114 |
| 6566 (S/L) | Brentwood Surplus (Former Store #03226) | 8099 Moores Lane | Prime Lease | | Melville Walton Home Trustee Of Hone Family | 3243 Blackhawk Meadow Drive | | | Danville | CA | 93506 |
| 6566 | Ashley Furniture (Pot Luck Enterprises, Inc.) | 8099 Moores Lane | Sublease | | Pot Luck Enterprises, Inc. | 1400 North Illinoise Avenue, Suite 501 | Attn: Real Estate | | Carbondale | IL | 62901 |
| 6580 | N. Olmsted Surplus (Former Store #03180) | 27250 Lorain Road | Prime Lease | Water Tower Square | Water Tower Square, L.P. | C/O Carnegie Management And Development Corp. | 27500 Detroit Road | #300 | Westlake | OH | 44145 |
| 6589 | Hickory Surplus (Former Store #00589) | 2104 Highway #70, S.E. | Prime Lease | Valley Crossing Shopping Ctr. | Galileo Cmbs T2 Nc Lp | C/O Ert Australian Management, L.P. | 420 Lexington Avenue | 7Th Floor | New York | NY | 10170 |

9

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6597 | Austin Surplus (Former Store #00597) | 9333 Research Blvd., Suite A-4 | Prime Lease | Arboretum Crossing Sc | Kir Arboretum Crossing L.P. | C/O Kimco Realty Corporation | Po Box 5020, Code 4986Stxao564 | 3333 New Hyde Park Road | New Hyde Park | NY | 11042-0020 |
| 6605 | Harper Woods Surplus (Former Store #03605) | 20570 Kelly Road | Prime Lease | | Cc Harper Woods 98, Llc | C/O Lucknow Associates | 4025 Crooked Hill Road | | Harrisburg | PA | 17110 |
| 6608 | Oklahoma City Surplus (Former Store #03508) | 221 South East 74Th Street | Prime Lease | South Shields Plaza | South Shields #1 Ltd. Inc., Manager | C/O Enterprise Asset Management, | 521 Fifth Avenue | Suite 1804 | New York | NY | 10175 |
| 6609 | Troy Surplus (Former Store #03609) | 750 West 14 Mile Road | Prime Lease | Oakland Mall | Urbancal Oakland Ii Llc | C/O Urban Retail Properties Llc | 900 North Michigan Avenue, Suite 900 | | Chicago | IL | 60611 |
| 6619 | Humble Surplus (Former Store #03519) | 20465 Highway 59 | Prime Lease | | Cci Trust 1994-l; Lloyd Draper - Trustee | C/O Wilmington Trust Company | 1100 North Market Street | Rodney Square North | Wilmington | DE | 19890-0001 |
| 6620 | Beaver Micro Surplus (Former Store #03620) | Beaver Valley Mall, Unit 528 | Prime Lease | Beaver Valley Mall | Pr Beaver Valley L.P. | W510284 | P.O. Box 7777 | | Philadelphia | PA | 19175-0284 |
| 6624 | College Station Surplus (Former Store #01624) (S/L) | 1003 Harvey Road | Prime Lease | | Cc Investors 1995-3 | P. O. Box 6370 | | | Malibu | CA | 90264 |
| 6625 | Lufkin Surplus (Former Store #01625) (S/L) | 4600 S. Medford Dr., Suite 5000 | Prime Lease | | Cc - Investors 1996-1 | 8411 Preston Road, 8Th Floor | | | Dallas | TX | 75225-5520 |
| 6630 1630 | Williamsport Micro-Ss (S/L) (Former Store Circle | 495 Lycoming Mall | Prime Lease | Lycoming Mall | Bpp-Muncy L.L.C. | C/O Saunders Hotel Group | 240 Newbury Street | Third Floor | Boston | MA | 02116 |
| 6636 | Green Bay Surplus (Former Store #03636) (S/L) | 1940 West Mason Street | Prime Lease | | Cc Green Bay 98, Llc | C/O Lucknow Associates | 4025 Crooked Hill Road | | Harrisburg | PA | 17110 |
| 6655 | East Lansing Surplus (Former Store #03655) (S/L) | 2655 East Grand River Avenue | Prime Lease | Meridian Point Center L.L.C. | Cc East Lansing 98, L.L.C. | C/O Lucknow Associates | 4025 Crooked Hill Road | | Harrisburg | PA | 17110 |

10

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6703 (S/L) | Traverse City Surplus (Former Store #03703) | 3123 W. South Airport Road | Prime Lease | | Ddrtc Mcfarland Plaza Llc | C/O Developers Diversified Realty Corporation | Attn: Executive Vice President | 3300 Enterprise Parkway | Beachwood | OH | 44122 |
| 6719 (S/L) | Elmwood Park Surplus (Former Store #03119) | 7200 West Grand | Prime Lease | | Daniel G. Kamin Elmwood Park Llc | C/O Kamin Realty Co. | P. O. Box 10234 | | Pittsburgh | PA | 15232 |
| 6729 (S/L) | Muncie Surplus (Former Store #03729) | 3500 North Morrison Road | Prime Lease | | Bard, Ervin & Suzanne Bard | 1100 Alta Loma Road | Suite 16B | | Los Angeles | CA | 90069 |
| 6791 | Skokie Surplus (Former Store #03791) | 4831 Golf Road | Prime Lease | Orchard Place | 120 Orchard Llc | 427 Orchard Llc, Ft Llc As Managing Agent | | 55 East Jackson Blvd.,Suite 500 | Chicago | IL | 60604 |
| 6791 | Golf Galaxy, Inc. | 4831 Golf Road | Sublease | | Golf Galaxy | Accounts Payable | Po Box 7000 | | Coraopolis | PA | 15108 |
| 6792 | Staples, The Office Superstore East, Inc. | 4831 Golf Road | Sublease | | Staples, The Office Superstore, Inc. | P.O. Box 9271 | 500 Staples Drive | Attn: Lease Administrator | Framingham | MA | 01701-9271 |
| 6802 #802 | Springfield Ss Relo Lease (Former Store #802) | 7039 Old Keene Mill Road | Prime Lease | | Mr Keene Mill I Llc | C/O Monument Realty | 1700 K Street, Nw Suite 600 | | Washington | DC | 20006 |
| 6807 | Knoxville Surplus (Former Store #00807) | 2936 Knoxville Center Drive | Prime Lease | Knoxville Center Mall | Spg Tennessee, L.P. | C/O Simon Property Group | 225 W. Washington Street | | Indianapolis | IN | 46204-3438 |
| 6861 (S/L) | Montgomery Surplus (Former Store #00860) | 3987 Eastern Boulevard | Prime Lease | Montgomery Towne Center | Montgomery Towne Center Station, Inc | Attn: R. Mark Addy, Coo | 11501 Northlake Drive | | Cincinnati | OH | 45249 |
| 6899 #00899 (S/L) | Louisville Surplus (Former Music Dc | 7100 Global Drive | Prime Lease | | Bond C.C. Iv Delaware Business Trust | C/O Bond C.C., L.P. | 2901 Butterfield Road | | Oak Brook | IL | 60521 |
| 6954 | Nashville Ss Relo Lease | 1647 Gallatin Road, North | Prime Lease | Rivergate Shopping Center | Rivergate Station Shopping Center Lp | C/O Kimco Realty Corp | P. O. Box 5020 | | New Hyde Park | NY | 11042 |
| 6954 | Sam Ash Pennsylvania, Inc. | 1647 Gallatin Road, North | Sublease | | Sam Ash Megastores, Llc | Attn: David C. Ash | P.O. Box 9047 | | Hicksville | NY | 11802 |

11

| LOC. # | NAME | ADDRESS | PRIME/ SUBLEASE | SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6988 | Carmel Surplus (Former Store #03535) | 14455 Clay Terrace Boulevard | Prime Lease | Clay Terrace Shopping Center | Clay Terrace Partners, Llc | C/O Simon Property Group, Lp | 115 W. Washington Street | | Indianapolis | IN | 46204 |
| 6989 | San Angelo Surplus (Former Store #03573) | 4351 West Houston Harte Expressway | Prime Lease | San Angelo Town Center Sc | Scc San Angelo Partners, Ltd | 301 Congress Ave | Suite 1550 | | Austin | TX | 78746 |
| 6990 | East Northport Surplus (Former Store #03553) | 3083-87 Jericho Turnpike | Prime Lease | Stop N Shop East Northport | Stop & Shop Supermarket Company, Llc | 1385 Hancock Street | | | Quincy | MA | 02169 |
| 6992 | Timonium Surplus (Former Store #00826) | 130 West Ridgely Road | Prime Lease | Lutherville Station Shopping Center | Hri/Lutherville Station, Llc | C/O The Hutensky Group | 100 Constitution Plaza | Seventh Floor | Hartford | CT | 06103-1703 |
| 6993 | Burlington Surplus (Former #02002 Connect Store) | 6 Wayside Road; Space 6Q | Prime Lease | Wayside Commons | Wayside Commons Investors Llc | C/O Ubs Realty Investors Llc | Attn: Asset Manager | 242 Trumbull Street | Hartford | CT | 06103 |
| 6994 | Medford Surplus (Former #02001 Connect Store) | 65 Station Landing | Prime Lease | Station Landing | Station Landing, Llc | C/O National Development | 2310 Washington Street | Attn: John J. O'Neil, Iii | Newton Lower Falls | MA | 02462 |

12