**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                             :
In re:                                                       :   Chapter 11
                                                             :   Case No.  08-35653
CIRCUIT CITY STORES, INC., et al.,                           :   Jointly Administered
                                                             :
                                                             :
                                                             :
            Debtors.                                         :
                                                             :
                                                             :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**OBJECTION BY VORNADO GUN HILL ROAD, L.L.C.**
**TO THE PROPOSED CURE AMOUNT**
**[DKT. NO. 413]**

Vornado Gun Hill Road, L.L.C. (the "Landlord") hereby submits this objection (the

"Objection") to the Motion (the "Motion") for Orders Approving (i) Bidding and Auction

Procedures for the Sale of Unexpired Nonresidential Real Property Leases for Closing Stores, (ii)

Setting a Sale Hearing Date, and (iii) Authorizing and Approving (a) Sale of Certain

Nonresidential Real Property Leases Free and Clear of Liens, Claims, and Encumbrances,

(b) Assumption and Assignment of Certain Unexpired Nonresidential Property Leases, and

---

William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
and –
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Gary L. Kaplan
Kalman Ochs
One New York Plaza
New York, NY 10004
Telephone:  (212) 859-8000
Facsimile:   (212) 859-4000
*Counsel for Vornado Gun Hill Road, L.L.C.*

(c) Lease Rejection Procedures [Docket # 413] of the above captioned debtors (collectively, the

"Debtors"), and respectfully states as follows:

## Background

1.      On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions

for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the Debtors continue to operate

their businesses and manage their property as debtors in possession.

2.      Pursuant to a lease agreement, dated August 23, 2006, as amended (the "Lease"),

Circuit City Stores, Inc. (the "Tenant"), one of the Debtors, leased from the Landlord certain

commercial retail space located at 1770-1778 Gun Hill Road, Bronx, New York (the

"Premises").

3.      On November 25, 2008, the Debtors filed with the Court the Motion, whereby the

Debtors are seeking, among other things, to sell certain of their assets and assume and/or assign

certain unexpired leases and executory contracts.

4.      In connection with the Motion, the Debtors filed an Exhibit B to the proposed

order, which includes a list of the amounts necessary to cure any and all defaults under certain of

the Debtors' non-residential real property leases, including the Lease.  The Premises are

identified as Location # 3778 on Exhibit B.  Exhibit B states the proposed cure amount for the

Lease is $94,330.00 (the "Proposed Cure Amount").

## Objection

5.      Prior to the assumption of the Lease, the Debtors are required, pursuant to section

365(b)(1) of the Bankruptcy Code, to cure, or provide adequate assurance that the Debtors will

promptly cure, all outstanding defaults under the Lease.

6.       A review of the books and records of the Landlord with respect to the Lease reveals that, as of December 1, 2008, an aggregate amount of no less than $191,088.16 (the "Actual Cure Amount") remains outstanding as the cure amount due under the Lease.[1]  A detailed schedule, attached hereto as Exhibit A, sets forth the amounts currently owed to the Landlord.  The Actual Cure Amount represents a difference of $96,758.16 from the Proposed Cure Amount of $94,330.00 that is listed on Exhibit B of the Debtors' proposed order with respect to the Lease.

7.       By submitting this objection to the Debtors' Proposed Cure Amount, the Landlord does not waive and hereby reserves any and all objections to any proposed assumption and assignment of leases by the Debtors including, without limitation, objection to the proposed use of the property, the Debtors' failure to provide adequate assurance of future performance pursuant to section 365(b)(3) of the Bankruptcy Code and/or the form of any proposed order. The Landlord also expressly reserves the right to amend, supplement and/or modify the Actual Cure Amount represented herein for any reason.

8.       For the foregoing reasons, Landlord respectfully submits this Objection to the Motion and requests that the Debtors modify the Proposed Cure Amount due in respect of the Lease to reflect the Actual Cure Amount due and owing under the Lease, including any and all additional amounts due under the Lease on account of any mechanics' liens or other costs, expenses or fees.

---

[1]       Landlord reserves the right to amend this Objection in order to reflect any additional amounts that are outstanding, or that become outstanding, under the Lease on account of attorneys' fees, interest, repair and maintenance costs, indemnification obligations or any other costs, expenses or fees as well as any and all additional amounts that are due or become due under the Lease on account of any mechanics' liens that may have been, or may be, filed.

Dated: New York, New York                      /s/ William A. Gray
       December 10, 2008                  SANDS ANDERSON MARKS & MILLER, P.C.
                                            William A. Gray, Esquire (VSB#46911)
                                            Lisa Taylor Hudson, Esquire (VSB #45484)
                                            801 E. Main Street, Suite 1800
                                            Richmond, VA 23219
                                            Telephone:  (804) 648-1636
                                            Facsimile:  (804) 783-7291
                                                    -and –
                                            FRIED, FRANK, HARRIS, SHRIVER &
                                          JACOBSON LLP
                                          Gary L. Kaplan
                                          Kalman Ochs
                                          One New York Plaza
                                          New York, NY 10004
                                          Telephone:  (212) 859-8000
                                          Facsimile:   (212) 859-4000
                                      *Counsel for Vornado Gun Hill Road, L.L.C.*

### Certificate of Service

      I hereby certify that on December 10, 2008, a true and complete copy of the foregoing was filed and served using the Court's ECF System, and was sent by first class mail, postage prepaid to the parties set forth below:

                          Dion W. Hayes, Esquire
                          McGuire Woods LLP
                          One James Center
                          901 E. Cary Street
                          Richmond, VA 23219
                                  *Counsel for Debtors*

                          Robert Van Arsdale, Esquire
                          Assistant U.S. Trustee
                          Office of the U.S. Trustee
                          701 East Broad Street, Suite 4304
                          Richmond, VA 23219
                                  *Office of the United States Trustee*

                          Lynn L. Tavenner, Esquire
                          Tavenner & Beran, PLC
                          20 North Eighth Street, Second Floor
                          Richmond, Virginia 23219
                                *Counsel for the Creditors Committee*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
*Counsel for the Debtors*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
*Counsel for the Creditors Committee*

/s/ William A. Gray