# NOTICE UNDER MECHANIC'S LIEN LAW

To the Clerk of the County of Kings and all others whom it may concern:

**Please Take Notice,** that  B & G Electrical Contractors of NY Inc.

as lienor(s) have and claim a lien on the real property hereinafter described as follows:

(1) The names and residences of the lienor(s) are B & G Electrical Contractors of NY Inc.
7100 New Horizons Boulevard
North Amityville, NY 11701

being a Corporation Duly organized and existing under and by virtue of the laws of the State of New York whose business address is at 7100 New Horizons Boulevard North Amityville, NY 11701

(2) The owner of the real property is Triangle Equities Junction LLC
and the interest of the owner as far as known to the lienor(s) is Fee Simple

(3) The name of the party by whom the lienor(s) was (were) employed is:
B.R. Fries & Associates LLC

The name of the party to whom the lienor(s) furnished or is (are) to furnish materials or for whom the lienor(s) performed or is (are) to perform professional services is:
B.R. Fries & Associates LLC

(4) The labor performed and material furnished were  Supplied and Installed Switch Gear Panels, Cable, Wire. Ceiling Fans, Etc.

**Block:** 7576

**Lot:** 37

**DOCKETED**
**NOV 21 2008**
**KINGS COUNTY CLERK**

**RECEIVED NOV 24 2008 TRIANGLE EQUITIES**

The materials actually manufactured for but not delivered to the real property are N/A

The agreed price and value of the labor performed and value of the material furnished is   $526,568.61
The agreed price and value of the material actually mfd. for but not delivered to the real prop. is
The agreed fee for professional services is

Total agreed price and value $526,568.61

(5) The amount unpaid to the lienor(s) for said labor performed and said material furnished is   $73,071.98
The amount unpaid to lienor(s) for material actually mfd. for but not delivered to the real prop. is

Total amount unpaid $73,071.98

The total amount claimed for which this lien is filed is   $73,071.98
(6) The time when the first item of work was performed was   5/12/2008
The time when the first item of material was furnished was   5/12/2008
The time when the last item of work was performed was   8/27/2008
The time when the last item of material was furnished was   8/27/2008

(7) The property subject to the lien is situated in   Brooklyn, County of Kings, State of New York
Known as:   1610 Flatbush Avenue, Circuit City # 4323
Brooklyn, NY

That said labor and materials were performed and furnished for and used, and that the professional services rendered were used, in the improvement of the real property hereinbefore described.

Dated November 21, 2008

*Mark Nash, Agent*

Mark Nash, Agent

STATE OF NEW YORK, COUNTY OF　　　　　　　　　　SS.:　　　　　　　　INDIVIDUAL OR PARTNER

being duly sworn, says that deponent is  of the co-partnership named in the within notice of lien and the lienor(s) mentioned in the foregoing notice of lien; that deponent has read the said notice and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

_____
,

STATE OF NEW YORK, COUNTY OF  Kings　　　　　　SS.:　　　　　　　　CORPORATION

Mark Nash  being duly sworn, says that deponent is the  Agent  of  B & G Electrical Contractors of NY Inc. herein, that deponent has read the foregoing notice of lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is an officer, to wit, the  Agent of B & G Electrical Contractors of NY Inc. which is a  Domestic  corporation, and deponent is familiar with the facts and circumstances herein.

*[signed] Mark Nash, Agent*

Mark Nash, Agent

State of New York　　　　ss:

County of  Nassau

On the  21  day of  November  in the year  2008 , before me, the undersigned, a Notary Public in and for said State, personally appeared  Mark Nash, Agent   personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which individual acted, executed the instrument.

*[signed] Marie Ruiz*

Signature of Notary Public

MARIE RUIZ
Notary Public, State of New York
NO. 01RU6164740
Qualified in Nassau County
Commission Expires April 30, 2011