T 365—Notice of Mechanic's Lien on Real Prop.—Doc 885-4 Filed 12/10/08 Entered 12/10/08 18:24:17 Desc
Individual, Partnership or Corp. 9-82         Exhibit(s) Exhibit C    Page 1 of 1                JULIUS BLUMBERG, INC.,
                                                                                                  PUBLISHER, NYC 10013

## NOTICE UNDER MECHANIC'S LIEN LAW

To the Clerk of the County of....KINGS........................................................and all others whom it may concern

**Please Take Notice,** that ..Trane US Inc.................................................................................

.........................................as lienor(s) have and claim a lien on the real property hereinafter described as follows:

(1.) The names and residences of the lienors are...Trane US Inc., 3600 Pammel Creek Road, LaCrosse, Wisconsin 54601

being (a partnership) (a corporation) composed of...Shareholders

whose business address is at..45-18 Court Square, Long Island City, NY 11101
and whose principal place of business is at..3600 Pammel Creek Road, LaCrosse, WI 54601

(1a.) The name and address of lienor's attorney, if any..Carsey & Hibner, P.C. c/o John Hibner, Esq., The Garden City Law Center, 230 Hilton Avenue, Suite 201, Hempstead, NY 11550-8116

(2.) The owner of the real property is..Triangle Equities Junction LLC
and the interest of the owner as far as known to the lienor(s) is..Fee Simple Absolute

(3.) The name of the person by whom the lienor(s) was (were) employed is..Skyscraper Mechanical Services, One University Plaza, Suite 412, Hackensack, NJ 07601
The name of the person to whom the lienor(s) furnished or is (are) to furnish materials or for whom the lienor(s) performed or is (are) to perform professional services is..same as above
The name of the person with whom the contract was made is..same as above
The name of the person for whom professional services were rendered is..n/a

(4.) The labor performed was....n/a

The material furnished was..heating, ventilating and air conditioning equipment

The materials actually manufactured for but not delivered to the real property are...n/a

The agreed price and value of the labor performed is $..n/a
The agreed price and value of the material furnished is $..108,196.21
The agreed price and value of the material actually manufact'd for but not delivered to the real prop. is $..n/a
The agreed fee for professional services is $..n/a
                                                                Total agreed price and value  $108,196.21

(5.) The amount unpaid to the lienor(s) for said labor performed is $..n/a
The amount unpaid to the lienor(s) for said material furnished is $..105,247.60
The amount unpaid to lienor(s) for material actually mfd. for but not delivered to the real prop. is $..n/a
                                                                Total amount unpaid  $105,247.60
The total amount claimed for which this lien is filed is $..105,247.60

(6.) The time when the first item of work was performed was..n/a
The time when the first item of material was furnished was..July 2, 2008
The time when the last item of work was performed was..n/a
The time when the last item of material was furnished was..July 7, 2008

(7.) The property subject to the lien is situated in the County of Kings, Block: 7576, Lot: 33 also known as 2201-2209 Nostrand Avenue, Brooklyn, New York

| TRIANGLE EQUITIES | | | |
|---|---|---|---|
| FILE | ✓ | JS | ✓ |
| CHRONO | | MDK | |
| LP | ✓ | HB | ✓ |
| BG | | GA | ✓ |
| EG | ✓ | ACCTG | |
| | ✓ | A/P | |
| | | ADMIN | |

That said labor and materials were performed and furnished for and used, and that the professional services were rendered in the improvement of the real property hereinbefore described. That 8 months (4 months if a single family dwelling) have not elapsed dating from the last item of work performed, or from the last items of materials furnished, or since the completion of the contract, or since the final performance of the work, or since the final furnishing of the materials for which this lien is claimed.

Dated October 28, 2008

                                                                /s/ Robert Roers
                                                                Robert Roers, Legal Case Manager