# NOTICE UNDER MECHANICS LIEN LAW

To the Clerk of the County of __Kings__ and all others whom it may concern:

RECEIVED via certified  NOV 12 2008  TRIANGLE EQUITIES JUNCTION

**PLEASE TAKE NOTICE,** that B. R. Fries & Associates, LLC. as lienor(s) have and claim a lien on the real property hereinafter described as follows:

(1) The names and residences of the lienor(s) are B. R. Fries & Associates, LLC.
being a Limited Liability Company
whose business address is at 34 West 32 Street, New York, N.Y. 10001
and whose principal place of business is at 34 West 32 Street, New York, N.Y. 10001

(1a) The name and address of lienor's attorney, if any Lewis W. Siegel, 355 Lexington Avenue - Suite 1400, New York, NY 10017.

(2) The owner of the real property is Triangle Equities Junction LLC and/or Target Corporation and the interest of the owner as far as known to the lienor(s) is fee simple.

(3) The name of the person by whom the lienor(s) was (were) employed is Circuit City Stores, Inc.
The name of the person to whom the lienor(s) furnished or is (are) to furnish materials or for whom the lienor(s) performed or is (are) to perform professional services is Circuit City Stores, Inc.
The name of the person with whom the contract was made is Circuit City Stores, Inc.
The name of the person for whom professional services were rendered is Circuit City Stores, Inc.

(4) The labor performed was construction of store
The material furnished was fixtures and materials for construction of store
The materials actually manufactured for but not delivered to the real property are N/A
The agreed price and reasonable value of the labor performed and materials furnished is $1,772,570.89
The agreed price and value of the material actually manufactured for but not delivered to the real property is $ N/A
The agreed fee for professional services is $ N/A
                    Total agreed price and value $ 1,772,570.89

(5) The amount unpaid to the lienor(s) for said labor performed and materials furnished is $199,393.04
The amount unpaid to lienor(s) for material actually manufactured for but not delivered to the real property is $ N/A
                    Total amount unpaid       $ 199,393.04
The total amount claimed for which this lien is filed is $ 199,393.04

(6) The time when the first item of work was performed was May 5, 2008
The time when the first item of material was furnished was May 5, 2008
The time when the last item of work was performed was August 5, 2008
The time when the last item of material was furnished was August 5, 2008

(7) The property subject to the lien is situated in the City of New York, County of Kings, State of New York, and is located at Section   , Block 7576, Lot 33

The work was performed on 2201-2209 Nostrand Avenue, Brooklyn, NY

That said labor and materials were performed and furnished for and used, and that the professional services rendered were used, in the improvement of the real property hereinbefore described. That 8 months (4 months if a single family dwelling) have not elapsed dating from the last item of work performed, or from the last items of materials furnished, or since the completion of the contract, or since the final performance of the work, or since the final furnishing of the materials for which this lien is claimed.

Dated: November 6, 2008

B. R. Fries & Associates, LLC.

By: _____
Barry R. Fries, President

| TRIANGLE EQUITIES | | | |
|---|---|---|---|
| FILE | ✓ | GA | ✓ |
| CHRONO |   | HB | ✓ |
| LP | ✓ | MC |   |
| BG |   | ACCTG. |   |
| EC | ✓ | ADMIN |   |
| KKK RS | ✓ | A/P |   |
| TS | ✓ | CONTROLLER |   |
| JW | ✓ | (KP) | ✓ |

State of New York, County of New York         ss.:

  Barry R. Fries, being duly sworn, says that deponent is the CEO of B. R. Fries & Associates LLC the lienor mentioned herein, that deponent has read the foregoing notice of lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is an officer, to wit, the President of B. R. Fries & Associates LLC. which is a New York Limited Liability Company, and deponent is familiar with the facts and circumstances herein.

  The sources of deponent's information and the grounds of deponent's belief as to all matters not therein stated upon deponent's knowledge are as follows: the books and records of the corporation.

_____
Barry R. Fries

Sworn to before me
on November 6, 2008

_____
Notary Public

Lewis W. Siegel
Notary Public, State of New York
No. 31-02SI4703521
Qualified in New York County
Commission Expires Feb. 28, 2010