# EXHIBIT 1

| Database: | TENANTMASTER | | Aged Delinquencies | | | Page: | 1 |
|---|---|---|---|---|---|---|---|
| Report Id: | LAD_CMAGEDEL | | | | | Date: | 12/10/2008 |
| | | | Date: 12/10/2008 | | | Time: | 12:00 PM |

| Invoice Date | Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|

250-008843    Space 933    **Circuit City**                    Leasing Group: Leasing        Geography Code: National
**Great Lakes Crossing**                Store # 3037        Security Deposit: 0.00            Day Due: 1    Delq Day:
Annette Vinniane        (804) 527-4000 ext. 6673    Fax: (804) 418-8162    STANDARD Current        Last Payment: 10/9/2008    7,480.26

| Invoice Date | Category | Description | Source | Amount | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|---|---|---|
| 11/1/2008 | CAM | AUTOCHRG @T11/30/2008 | CH | 6,101.92 | 0.00 | 6,101.92 | 0.00 | 0.00 | 0.00 |
| 11/1/2008 | MAJ | AUTOCHRG @T11/30/2008 | CH | 60,672.22 | 0.00 | 60,672.22 | 0.00 | 0.00 | 0.00 |
| 11/1/2008 | TAX | AUTOCHRG @T11/30/2008 | CH | 6,952.34 | 0.00 | 6,952.34 | 0.00 | 0.00 | 0.00 |
| 11/27/2008 | ELC | Electric 9/16-10/16/08 | CH | 10,998.69 | 10,998.69 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/1/2008 | CAM | AUTOCHRG @T12/31/2008 | CH | 6,101.92 | 6,101.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/1/2008 | MAJ | AUTOCHRG @T12/31/2008 | CH | 60,672.22 | 60,672.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/1/2008 | TAX | AUTOCHRG @T12/31/2008 | CH | 6,952.34 | 6,952.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | **Circuit City Total:** | | 158,451.65 | 84,725.17 | 73,726.48 | 0.00 | 0.00 | 0.00 |
| | | **Grand Total:** | | 158,451.65 | 84,725.17 | 73,726.48 | 0.00 | 0.00 | 0.00 |