| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

```
         IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION
- - - - - - - - - - - - - - - - x
                                 :
In re:                           :   Chapter 11
                                 :
CIRCUIT CITY STORES, INC.,       :   Case No. 08-35653(KRH)
et al.,                          :
                                 :
               Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - - x
```

**ORDER PURSUANT TO 11 U.S.C. §§ 327(a) AND 329
AUTHORIZING THE EMPLOYMENT AND RETENTION OF
<u>MCGUIREWOODS LLP AS ATTORNEYS FOR THE DEBTORS</u>**

Upon the application (the "Application")[1] of the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"),[2] for the entry of an order,

---

[1]  Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

[2]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875),

pursuant to 11 U.S.C. §§ 327(a) and 329, authorizing each of the Debtors to employ and retain the law firm of McGuireWoods LLP ("McGuireWoods") under a general retainer as their attorneys; and upon the Declaration of Dion W. Hayes (the "Hayes Declaration"), a partner of the firm of McGuireWoods LLP and the Declaration of Bruce H. Besanko in Support of Chapter 11 Petitions and First Day Orders; and the Court being satisfied with the representations made in the Application and the Hayes Declaration that said attorneys represent no interest adverse to any of the Debtors' estates, that they are disinterested persons as that term is defined under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and that their employment is necessary and would be in the best interests of each of the Debtors' estates; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and upon the

---

Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore,

       **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

       1.    The Application is GRANTED.

       2.    Pursuant to sections 327(a) and 329 of the Bankruptcy Code, each of the Debtors, as a debtor-in-possession, is authorized to employ and retain McGuireWoods as its attorneys effective as of the Petition Date to perform the services as set forth in the Application.

       3.    McGuireWoods shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court.

       4.    McGuireWoods is authorized, but not directed, to apply the Retainer to pay any fees, costs and expenses relating to services rendered to the Debtors prior to the Petition Date that remain unpaid as of such date and shall hold the remaining portion of the Retainer for application to fees, costs and expenses relating to services rendered subsequent to the Petition Date as may be further ordered by the Court, in accordance with the Application.

```
Dated:    Richmond, Virginia
          December ___, 2008
            Dec 8 2008
                              /s/ Kevin Huennekens
                              HONORABLE KEVIN R. HUENNEKENS
                              UNITED STATES BANKRUPTCY JUDGE
```

Entered on Docket:  12/8/08

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

_/s/ Dion W. Hayes_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel to the Debtors
and Debtors in Possession


## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      _/s/ Dion W. Hayes_____
                                      Dion W. Hayes

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj           Page 1 of 1              Date Rcvd: Dec 08, 2008
Case: 08-35653                Form ID: pdforder         Total Served: 1

The following entities were served by first class mail on Dec 10, 2008.
8589789       +Accent Energy California LLC,   6065 Memorial Drive,   Dublin, Ohio 43017-8218

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 10, 2008**                            **Signature:** _Joseph Speetjens_