## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

------------------------------------------------------ x

|  | : | Chapter 11 |
|---|---|---|
| In re: | : | |
|  | : | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., | : | |
| et al., | : | |
|  | : | Jointly Administered |
| Debtors.[1] | : | |
|  | : | |

------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

I, Timothy T.K. Wu, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 4, 2008, copies of the following documents were served via 1) electronic mail upon the parties set forth on the service lists attached hereto as **Exhibit A**; and 2) facsimile upon the parties set forth on the service list attached hereto as **Exhibit B**:

1. Debtors' Omnibus Reply to Objections and In Support of Motion of Debtors for Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands (Docket No. 656)

2. Notice of Filing Revised Proposed Order re: Motion of Debtors for Order Pursuant to Bankruptcy Code Sections 105 and 502, and Bankruptcy Rule 2002, 3003(c)(3), and 9007; (I) Setting General Bar Date and Procedures for Filing Proofs of Claim, and (II) Approving Form and Manner of Notice Thereof [Docket No. 411] (Docket No. 710)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

3. Notice of Filing Revised Proposed Order re: 1) Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors , Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement; and 2) Corrected Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement (Docket No. 714)

4. Debtors' Objection to Shopping.com's Motion for (I) Adequate Assurance of Payment, (2) Confirmation That all Postpetition Service Provided to the Debtors by Shopping.com Shall be Treated as Allowed Administrative Claims or, Alternatively (3) in Failing to Provide Such Relief, Granting Shopping.com Immediate Relief From Stay to Cease Providing any Services to Debtors (Docket No. 715)

5. Amended Proposed Agenda for the Omnibus Hearing Scheduled for December 5, 2008 at 10:00 a.m. (Docket No. 718)

On December 4, 2008, copies of the following document were served via overnight

mail upon the parties set forth on the service lists attached hereto as **Exhibit C**:

1. Debtors' Omnibus Reply to Objections and In Support of Motion of Debtors for Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands (Docket No. 656)

Dated: December 8, 2008

Timothy T.K. Wu

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 8th day of December, 2008, by Timothy T.K. Wu, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature:

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

# EXHIBIT A

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | Email |
|------|-----------|----------|----------|----------|------|-------|-----|-------|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | MR. STEPHEN COULOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 | bob.duffy@fticonsulting.com steve.coulombe@fticonsulting.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 | bruce.matson@leclairryan.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 | dberman@riemerlaw.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219 | dhayes@mcguirewoods.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 | Ian.Fredericks@skadden.com |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | 10100 SANTA MONICA BLVD 11TH FL | | | LOS ANGELES | CA | 90067-4100 | jpomerantz@pszjlaw.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W., 8TH FLOOR | | WASHINGTON | DC | 20036 | kcordry@naag.org |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | 200 E RANDOLPH DR | | | CHICAGO | IL | 60601 | lmyers@kirkland.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ PAULA S BERAN ESQ | 20 N EIGHTH ST 2ND FL | | | RICHMOND | VA | 23219 | ltavenner@tb-lawfirm.com pberan@tb-lawfirm.com |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 | peter.barrett@kutakrock.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | 780 THIRD AVE 36TH FL | | | NEW YORK | NY | 10017 | rfeinstein@pszjlaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | CHRIS L. DICKERSON, ESQ. | 333 WEST WACKER DRIVE | SUITE 2000 | CHICAGO | IL | 60606 | tim.pohl@skadden.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 | | abramowitz@larypc.com |
| Shutts & Bowen LLP | Andrew M Brumby | 300 S Orange Ave Ste 1000 | | Orlando | FL | 32801 | | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | PO Box 4956 | | Orlando | FL | 32802-4956 | | abrumby@shutts.com<br>rhicks@shutts.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq<br>Thomas D Bielli Esq | One Commerce Sq Ste 1930 | 2005 Market St | Philadelphia | PA | 19103 | | aciardi@ciardilaw.com<br>tbielli@ciardilaw.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 | | acichello@kb-law.com |
| Andrew S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | | Aconway@taubman.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | 1493 Chain Bridge Rd Ste 201 | | McLean | VA | 22101 | | admin@meiburgerlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq<br>Michael D Mueller Esq<br>Jennifer M McLemore Esq<br>Noelle M James Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com<br>njames@cblaw.com |
| Foster Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 | | alstc@foster.com |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 | | Andrew.Herenstein@monarchlp.com |
| Vonage Holdings Inc | Angelique Electra | 23 Main St | | Holmdel | NJ | 07733 | | angelique.electra@vonage.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq | 200 Park Ave | | New York | NY | 10166 | | AnsellD@GTLaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda<br>Yolanda Humphrey | PO Box 13430 | | Arlington | TX | 76094-0430 | | arlbank@pbfcm.com<br>ebanda@pbfcm.com<br>yhumphrey@pbfcm.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 | | aschmitt@culbert-schmitt.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 | | austin.bankruptcy@publicans.com |
| Hunton & Williams LLP | Benjamin C Ackerly<br>JR Smith<br>Henry Toby P Long III | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | backerly@hunton.com<br>jrsmith@hunton.com<br>hlong@hunton.com |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | AV Division | 9351 Jeronimo Rd | Irvine | CA | 92656 | | batteberry@mdea.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| Loudoun County Attorney | John R Roberts Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 | | Belkys.Escobar@loudoun.gov |
| Linowes and Blocher LLP | Bradford F Englander Esq Brian M Nestor Esq | 7200 Wisconsin Ave Ste 800 | | Bethesda | MD | 20814 | | benglander@linowes-law.com bnestor@linowes-law.com |
| Greenberg Traurig LLP | Howard J Berman Esq | 200 Park Ave | | New York | NY | 10166 | | bermanH@gtlaw.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | Ste 3100 Promenade II | 1230 Peachtree St | Atlanta | GA | 30309 | | bhall@sgrlaw.com |
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | | bill.ray@hamiltonbeach.com |
| Texas Attorney Generals Office | Mark Browning | Bankruptcy & Collections Division | PO Box 12548 | Austin | TX | 78711-2548 | | bk-mbrowning@oag.state.tx.us |
| Office of Joe G Tedder CFC | Bonnie Holly | Deliquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 | | bonnieholly@polktaxes.com |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 | | borgeslawfirm@aol.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben c o Thomas J Leanse c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | | brian.huben@kattenlaw.com dustin.branch@kattenlaw.com thomas.leanse@kattenlaw.com |
| Arent Fox LLP | Timothy F Brown Esq Mary Joanne Dowd Esq Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 | | brown.timothy@arentfox.com dowd.mary@arentfox.com giaimo.christopher@arentfox.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | | Bruce.Matson@leclairryan.com |
| Quarles & Brady LLP | Brian Sirower Esq Lori L Winkelman Esq Catherine M Guastello Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 | | bsirower@quarles.com lwinkelm@quarles.com cguastel@quarles.com |
| Vinson & Elkins LLP | William L Wallander Angela B Degeyter | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201-2975 | | bwallander@velaw.com adegeyter@velaw.com |
| Regency Centers | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd Ste 520 | Cincinnati | OH | 45236 | | catherinestrauss@regencycenters.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq Pamela A Bosswick Esq Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 | | cbelmonte@ssbb.com pbosswick@ssbb.com asnow@ssbb.com |
| Winthrop & Weinstine PA | Christopher A Camardello | 225 S Sixth St Ste 3500 | | Minneapolis | MN | 55402 | | ccamardello@winthrop.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 | | cchiang@buchalter.com |
| McCarter & English LLP | Clement J Farley Angela Sheffler Abreu | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 | | cfarley@mccarter.com aabreu@mccarter.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq Charles W Chotvacs Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | | cgp@ballardspahr.com chotvacsc@ballardspahr.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | Two N Central Ave | | Phoenix | AZ | 85004 | | cguastel@quarles.com |
| Attorney General of New Jersey | Anne Milgram | Richard J Hughes Justice Complex | PO Box 106 25 Market St | Trenton | NJ | 08625-0119 | | citizens.services@lps.state.nj.us |
| Goulston & Storrs PC | Christine D Lynch Esq Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | | clynch@goulstonstorrs.com pbilowz@goulstonstorrs.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr W Joel Charboneau | PO Box 404 | | Roanoke | VA | 24003 | | cmagee@mfgs.com jcharboneau@mfgs.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | dallas.bankruptcy@publicans.com |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 | | dave@glassandreynolds.com |
| Moore & Van Allen PLLC | David B Wheeler Esq | 40 Calhoun St Ste 300 | PO Box 22828 | Charleston | SC | 29413-2828 | | davidwheeler@mvalaw.com |
| Riemer & Braunstein LLP | David S Berman | Three Ctr Plz 6th Fl | | Boston | MA | 02108 | | Dberman@riemerlaw.com |
| Jackson & Campbell PC | David H Cox Esq John J Matteo Esq | 1120 20th St NW | S Tower | Washington | DC | 20036 | | dcox@jackscamp.com jmatteo@jackscamp.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | 300 E Lombard St Ste 2000 | | Baltimore | MD | 21202 | | ddean@coleschotz.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | 4551 Cox Rd Ste 210 | PO Box 3059 | Glen Allen | VA | 23058-3059 | | ddhopper@chlhf.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | 500 E Main St Ste 1225 | | Norfolk | VA | 23510 | | dgreer@davidgreerlaw.com |
| Vinson & Elkins LLP | David E Hawkins | The Willard Office Bldg | 1455 Pennsylvania Ave NW | Washington | DC | 20004-1008 | | dhawkins@velaw.com |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | One South St 27th Fl | | Baltimore | MD | 21202-3282 | | dhd@nqgrg.com |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq Matthew E Hoffman Esq | 30 S 17th St | | Philadelphia | PA | 19103 | | DiMassa@duanemorris.com MEHoffman@duanemorris.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | 1888 Century Park E Ste 1500 | | Los Angeles | CA | 90067 | | dkappler@rdwlawcorp.com |
| Arnall Golden Gregory LLP | Darryl S Laddin Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | | dladdin@agg.com frank.white@agg.com |
| Brown Connery LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 | | dludman@brownconnery.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | 1851 W Colonial Dr | | Orlando | FL | 32804 | | dmcfarlin@whmh.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 | | dpoitras@jmbm.com |
| Cantor Arkema PC | David K Spiro Esq Neil E McCullagh Esq | PO Box 561 | 1111 E Main St 16th Fl | Richmond | VA | 23218-0561 | | dspiro@cantorarkema.com nmccullagh@cantorarkema.com |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 | | eagle.sara@pbgc.gov efile@pbgc.gov |
| Saul Ewing LLP | Edith K Altice Esq | Lockwood Pl | 500 E Pratt St Ste 900 | Baltimore | MD | 21202-3171 | | ealtice@saul.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | | ecotton@ddrc.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Hunton & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 | | ecrupi@hunton.com |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | edvaecf@dor.mo.gov |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | | efriedman@friedumspring.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | 1901 Avenue of the Stars 12th Fl | | Los Angeles | CA | 90067 | | egoldberg@stutman.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | 675 Third Ave 31st Fl | | New York | NY | 10017 | | eobrien@sbclaw.com |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | | eric.rusnak@klgates.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | | ernie.park@bewleylaw.com |
| Quarles & Brady LLP | Faye B Feinstein Esq Christopher Combest Esq | 500 W Madison St Ste 3700 | | Chicago | IL | 60661 | | fbf@quarles.com ccombest@quarles.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 | | fbr@robinsonbrog.com |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 | | gay@epius.com |
| Hodgson Russ LLP | Garry M Graber Esq | The Guaranty Bldg | 140 Pearl St Ste | Buffalo | NY | 14202 | | Ggraber@HodgsonRuss.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | 530 B St Ste 2100 | | San Diego | CA | 92101 | | gpk@procopio.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 | | graicht@mwe.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd | Atlanta | GA | 30305 | | hdawson@kkgpc.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | houston_bankruptcy@publicans.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | 300 Garden City Plz | | Garden City | NY | 11530 | | hyazicioglu@jaspanllp.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | | ilandsberg@lm-lawyers.com |
| Jones Day | Jeffrey B Ellman Brett J Berlin | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-3053 | | jbellman@jonesday.com bjberlin@jonesday.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | 19800 MacArthur Blvd Ste 500 | | Irvine | CA | 92612 | | jbressi@coxcastle.com |
| Querrey & Harrow Ltd | John M Brom | 175 W Jackson Blvd | Ste 1600 | Chicago | IL | 60604-2827 | | jbrom@querrey.com |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks Marc S Wasserman | 100 King St W 1 First Canadian Pl | Ste 6100 PO Box 50 | Toronto | ON | M5X 1B8 | Canada | jdacks@osler.com mwasserman@osler.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble | 1150 18th St NW Ste 800 | | Washington | DC | 20036-3816 | | jdibble@stinson.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | | jdoran@haslaw.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq Gordon S Young Esq | One Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 | | jeremy.friedberg@llff.com gordon.young@llff.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | 1900 Avenue of the Stars Ste 1800 | | Los Angeles | CA | 90067 | | jfriedman@hkemlaw.com |
| Wiley Rein LLP | H Jason Gold Esq Dylan G Trache Esq | 7925 Jones Branch Dr Ste 6200 | | McLean | VA | 22102 | | jgold@wileyrein.com dtrache@wileyrein.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | One Indiana Sq Ste 3500 | | Indianapolis | IN | 46204 | | jgraham@taftlaw.com |
| Seyfarth Shaw LLP | Jessica Hughes Esq Rhett Petcher Esq | 975 F St NW | | Washington | DC | 20004 | | jhughes@seyfarth.com rpetcher@seyfarth.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | 2600 Citadel Plz Dr | | Houston | TX | 77008 | | jhyun@weingarten.com |
| Core Properties Inc | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 | | jim@coreproperties.com |

12/7/2008 9:31 PM
Exhibit A - 2002 Email Service List 081204 (199) - Email

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | 1900 Avenue of the Stars Ste 2100 | | Los Angeles | CA | 90067-4590 | | jkrieger@ggfirm.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 | | jkurtzma@klehr.com |
| Carlton Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | | jlamoureux@carltonfields.com |
| Ball Janik LLP | Justin D Leonard | 101 SW Main St Ste 1100 | | Portland | OR | 97204 | | jleonard@balljanik.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 | | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | John G McJunkin Esq J David Folds | 1900 K St NW | | Washington | DC | 20006 | | jmcjunkin@mckennalong.com dfolds@mckennalong.com |
| John Marshall Collins PC | John Marshall Collins Esq | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 | | johnolaw@gmail.com |
| Latham & Watkins LLP | Josef S Athanas | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 | | josef.athanas@lw.com |
| King & Spalding LLP | James A Pardo Jr Thaddeus D Wilson | 1180 Peachtree St | | Atlanta | GA | 30309 | | jpardo@kslaw.com thadwilson@kslaw.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | PO Box 1266 | 222 Delaware Ave | Wilmington | DE | 19801 | | jryan@saul.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton Todd D Ross | 1401 Eye St NW 7th Fl | Ste 700 | Washington | DC | 20005 | | jtarkenton@wcsr.com toross@wcsr.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 | | jvlombardi@rossbanks.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 | | kbifferato@cblh.com cthompson@cblh.com |
| Kelley Drye & Warren LLP | James S Carr Esq Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | | KDWBankruptcyDepartment@kelleydrye.com |
| Blank Rome LLP | Regina Stango Kelbon Esq John Lucian Esq | One Logan Sq | | Philadelphia | PA | 19103 | | Kelbon@blankrome.com Lucian@blankrome.com |
| Allen & Overy LLP | Ken Coleman | 1221 Avenue of the Americas | | New York | NY | 10020 | | ken.coleman@allenovery.com |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | 7 Saint Paul St | | Baltimore | MD | 21202 | | khroblak@wtplaw.com |
| Bricker & Eckler LLP | Kenneth C Johnson Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 | | kjohnson@bricker.com abeckham@bricker.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | San Francisco | CA | 94111-5800 | | kleinergs@cooley.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | | knewman@menterlaw.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 | | kpalmer@mwe.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | 831 E Morehead St Ste 440 | | Charlotte | NC | 28202 | | lawcarroll@aol.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq J Carole Thompson Hord Esq | 1100 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 | | lburnat@swfllp.com chord@swfllp.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq Allison Fridy Arbuckle Esq | 200 N Upper St | | Lexington | KY | 40507 | | ldelcotto@wisedel.com aarbuckle@wisedel.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| Enterprise Asset Management Inc | Lee Sudakoff | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 | | Lee.Sudakoff@eassets.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | 650 Town Ctr Dr Ste 950 | | Costa Mesa | CA | 92626 | | lekvall@wgllp.com |
| Wyatt Tarrant & Combs LLP | John P Brice | 250 W Main St Ste 1600 | | Lexington | KY | 40507-1746 | | lexbankruptcy@wyattfirm.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | 19900 MacArthur Blvd Ste 1050 | | Irvine | CA | 92612 | | lhilton@hewittoneil.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq Leon Koutsouftikis Esq | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 | | lkouts@magruderpc.com |
| Sony Electronics Inc | Lloyd B Sarakin | 1 Sony Dr MD No 1E 4 | | Park Ridge | NJ | 07656 | | lloyd.sarakin@am.sony.com |
| Lionel J Postic PC | Lionel J Postic Esq | 125 Townpark Dr Ste 300 | | Kennesaw | GA | 30144 | | lpostic@mindspring.com aarusso@mindspring.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | 1425 RexCorp Plz | | Uniondale | NY | 11556-1425 | | lstopol@levystopol.com |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 | | marc.barreca@klgates.com bankruptcyecf@klgates.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | 300 E McBee Ave Ste 500 | PO Box 87 | Greenville | SC | 29602-0087 | | marion.hughes@smithmoorelaw.com |
| Stromberg & Associates PC | Mark Stromberg | Two Lincoln Ctr | 5420 LBJ Fwy Ste | Dallas | TX | 75240 | | mark@stromberglawfirm.com |
| Taxing Authority Consulting Services PC | Mark K Ames Jeffrey Scharf | PO Box 771476 | | Richmond | VA | 23255 | | mark@taxva.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | 222 Delaware Ave Ste 1501 | | Wilmington | DE | 19801 | | mbusenkell@wcsr.com |
| Hirschler Fleischer PC | Michael P Falzone Esq Sheila deLa Cruz Esq | PO Box 500 | | Richmond | VA | 23218-0500 | | mfalzone@hf-law.com sdelacruz@hf-law.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | 4545 IDS Ctr | 80 S Eighth St | Minneapolis | MN | 55402 | | mfmcgrath@ravichmeyer.com |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq Frederick J Levy Esq | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 | | mfox@olshanlaw.com flevy@olshanlaw.com |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 | | mheld@hunton.com |
| Kutak Rock LLP | Michael A Condyles Esq Loc Pfeiffer Esq Peter J Barrett Esq | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 | | michael.condyles@kutakrock.com loc.pfeiffer@kutakrock.com peter.barrett@kutakrock.com |
| Schulte Roth & Zabel LLP | Michael L Cook David M Hillman Meghan M Breen | 919 Third Ave | | New York | NY | 10022 | | michael.cook@srz.com david.hillman@srz.com meghan.breen@srz.com |
| Binder & Malter LLP | Michael W Malter Esq Julie H Rome Banks Esq | 2775 Park Ave | | Santa Clara | CA | 95050 | | michael@bindermalter.com julie@bindermalter.com |
| Michelle Leeson CFCA | | PO Box 25300 | | Bradenton | FL | 34206-5300 | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | 819 US 301 Blvd W | | Bradenton | FL | 34205 | | michellel@taxcollector.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan | 9401 Wilshire Blvd 9th Fl | | Bevery Hills | CA | 90212 | | mkogan@ecjlaw.com |
| Travelers | Mike Lynch | Account Resolution | One Tower Sq 5MN | Hartford | CT | 06183 | | mlynch2@travelers.com |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr Suparna Banerjee Kara D Lehman | 277 S Washington St Ste 310 | | Alexandria | VA | 22314 | | mmmitchell@vorys.com sbanerjee@vorys.com kdlehman@vorys.com |
| McDonough Holland & Allen PC | Mary E Olden Esq Andre K Campbell Esq Sean Thomas Thompson Esq | 555 Capitol Mall Ste 950 | | Sacramento | CA | 95814 | | molden@mhalaw.com acampbell@mhalaw.com sthompson@mhalaw.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | 1875 Eye St NW 11th Fl | | Washington | DC | 20006 | | mpark@cblh.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 | | mreed@mvbalaw.com |
| O Melveny & Myers LLP | Michael J Sage Esq<br>Karyn B Zeldman Esq | Times Square Tower | 7 Times Square | New York | NY | 10036 | | msage@omm.com<br>kzeldman@omm.com |
| Michael J Sawyer | Quincy Ctr Plaza | PO Box 55888 | 1385 Hancock St | Quincy | MA | 02169 | | msawyer@stopandshop.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | 86 Farmington Ave | | Hartford | CT | 06105 | | mstiebel@mrglaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | 1999 Avenue of the Stars 39th Fl | | Los Angeles | CA | 90067-6049 | | mtuchin@ktbslaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | | Mweitzman@beankinney.com |
| Saiber LLC | Nancy A Washington Esq | One Gateway Ctr 13th Fl | | Newark | NJ | 07102 | | naw@saiber.com |
| Young Goldman & Van Beek PC | Neil P Goldman Esq<br>John P Van Beek Esq | 510 King St Ste 416 | | Alexandria | VA | 22313 | | ngoldman@ygvb.com |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq | 101 Park Ave | | New York | NY | 10178-0600 | | nherman@morganlewis.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | 547 Amherst St Ste 204 | | Nashua | NH | 03063 | | Peter@dntpc.com<br>nontrustee@dntpc.com |
| MercerTrigiani LLP | Philip C Baxa Esq | 16 S Second St | | Richmond | VA | 23219 | | phil.baxa@mercertrigiani.com |
| Kaufman & Canoles | Paul K Campsen Esq | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 | | pkcampsen@kaufcan.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq<br>Jeffrey Meyers Esq<br>Jesse N Silverman Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 | | pollack@ballardspahr.com<br>meyers@ballardspahr.com<br>silvermanj@ballardspahr.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall Ste 1450 | | Sacramento | CA | 95814 | | ppascuzzi@ffwplaw.com |
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq<br>William A Gray Esq<br>Peter M Pearl Esq<br>Lisa Taylor Hudson Esq | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218-1998 | | ppearl@sandsanderson.com<br>lhudson@sandsanderson.com<br>bgray@sandsanderson.com<br>tebel@sandsanderson.com |
| Southwinds Ltd | Paul Resnick | 5900 Wilshire Blvd Ste 2600 | | Los Angeles | CA | 90036 | | pr@southwindsltd.com |
| Herrick Feinstein LLP | Paul Rubin | Two Park Ave | | New York | NY | 10016 | | prubin@herrick.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 | | Rbattaglia@obht.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| The Cafaro Company | Richard T Davis | PO Box 2186 | 2445 Belmont Ave | Youngstown | OH | 44504-0186 | | rdavis@cafarocompany.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | 620 Eighth Ave | | New York | NY | 10018 | | rdremluk@seyfarth.com |
| Holland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 | | richard.lear@hklaw.com |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 | | rkbgwhw@aol.com |
| Donahue Gallagher Woods LLP | William R Hill Eric A Handler | 300 Lakeside Dr Ste 1900 | | Oakland | CA | 94612 | | rock@donahue.com ehandler@donahue.com |

Circuit City Stores, Inc.
Objection Parties Service List

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Email |
|------|-----------|----------|----------|------|-------|-----|-------|
| Laura Day DelCotto, Allison Fridy Arbuckle | | 200 N Upper St | | Lexington | KY | 40507 | aarbuckle@wisedel.com |
| K&L Gates LLP | Amy Pritchard Williams | Hearst Tower, 47th Floor | 214 North Tryon Street | Charlotte | NC | 28202 | amy.williams@klgates.com |
| Linowes and Blocher LLP | Bradford F Englander Esq and Brian M Nestor Esq | 7200 Wisconsin Avenue Ste 800 | | Bethesda | MD | 20814 | benglander@linowes-law.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos, Charles W Chotvacs | 601 13th St NW | | Washington | DC | 20005-3807 | cgp@ballardspahr.com chotvacsc@ballardspahr.com |
| LeClairRyan A Professional Corp | Christopher L Perkins Stanley K Joynes III | Riverfront Plaza East Tower | 951 E Byrd St Eighteenth Fl | Richmond | VA | 23219 | christopher.perkins@leclairryan.com |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr, W Joel Charboneau | PO Box 404 | | Roanoke | VA | 24003 | cmagee@mfgs.com jcharboneau@mfgs.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda, Yolanda Humphrey | PO Box 13430 | | Arlington | TX | 76094-0430 | ebanda@pbfcm.com yhumphrey@pbfcm.com |
| Giarmarco Mullins & Horton PC | Gary H Cunningham | 101 W Big Beaver Rd 10th Fl | | Troy | MI | 48084-5280 | gcunningham@gmhlaw.com |
| Dewey & Leboeuf LLP | C Gideon Korrell | 1101 New York Ave NW | | Washington | DC | 20005-4213 | gkorrell@dl.com |
| Honigman Miller Schwartz and Cohn LLP | Judy B. Calton and Joseph R Sgroi | 2290 First National Building | | Detroit | MI | 48226 | jcalton@honigman.com Jsgroi@honigman.com |
| Dewey & Leboeuf LLP | Lisa Hill Fenning | 333 S Grand Ave 26th Fl | | Los Angeles | CA | 90071-1530 | lfenning@dl.com |
| Tavenner & Beren PLC | Lynn L Tavenner, Paula S Beran, | 20 N Eighth St 2nd Fl | | Richmond | VA | 23219 | ltavenner@tb-lawfirm.com pberan@tb-lawfirm.com |
| Bryan Cave LLP | Michelle McMahon | 1290 Ave of the Americas | | New York | NY | 10104-3300 | michelle.mcmahon@bryancave.com |
| LeClairRyan A Professional Corp | Niclas A Ferland Ilan Markus | 555 Long Wharf Dr 8th Fl | | New Haven | CT | 06509-0906 | niclas.ferland@leclairryan.com ilan.markus@leclairryan.com |
| Williams Mullen | William H Schwarzschild III, Paul S Biley Jr | 1021 East Office Box 1320 | | Richmond | VA | 23218-1320 | pbliley@williamsmullen.com |
| Canfield Baer LLP | Paul McCourt Curley | 2201 Libbie Ave Ste 200 | | Richmond | VA | 23230 | pcurley@canfieldbaer.com |
| Ballard Spahr Andrews & Ingersoll, LLP | David L. Pollack; Jeffrey Meyers; Jesse N. Silverman | 51st Fl- Mellon Bank Center | 1735 Market St | Philadelphia | PA | 19103 | pollack@ballardspahr.com meyers@ballardspahr.com silvermanj@ballardspahr.com |
| Pachulski Stang Ziehl & Jones LLP | Richard M Pachulski, Robert J Feinstein, Jeffrey N Pomerantz | 10100 Santa Monica Blvd 11th Fl | | Los Angeles | CA | 90067-4100 | rfeinstein@pszjlaw.com jpomerantz@pszjlaw.com |
| Law Offices of Robert E Luna PC | Andrea Sheehan | 4411 North Central Expressway | | Dallas | TX | 75205 | sheehan@txschoollaw.com |
| Bryan Cave LLP | Synde Keywell | 161 N Clark St, Ste 4300 | | Chicago | IL | 60601 | synde.keywell@bryancave.com |
| Patton Boggs LLP | R Timothy Bryan, Alan M Noskow | 8484 Westpark Dr 9th Fl | | McLean | VA | 22102 | tbryan@pattonboggs.com anoskow@pattonboggs.com |
| Katten Muchin Rosenman LLP | Thomas J Leanse, Brian D Huben and Dustin P Branch | 2029 Century Park East Ste 2600 | | Los Angeles | CA | 90067-3012 | thomas.leanse@kattenlaw.com brian.huben@kattenlaw.com dustin.branch@kattenlaw.com |
| Williams Mullen | William H Schwarzschild III, Paul S Biley Jr | Two James Center 16th Fl | | Richmond | VA | 23218-1320 | tschwarz@williamsmullen.com |
| Powell Goldstein LLP | William C Crenshaw | 901 New York Ave NW 3rd Fl | | Washington | DC | 20001 | wcrenshaw@pogolaw.com |

12/7/2008 9:46 PM
Objection Parties Service List - Emails

Circuit City Stores, Inc.
Objection Parties Service List

| Name | NoticeName | Address1 | Address2 | City | State | Zip | Email |
|------|-----------|----------|----------|------|-------|-----|-------|
| LeClairRyan A Professional Corp | Christopher L Perkins | Riverfront Plaza East Tower | 951 E Byrd St Eighteenth Fl | Richmond | VA | 23219 | christopher.perkins@leclairryan.com |
| Hodgson Russ LLP | Garry M Graber Julia S Kreher | The Guaranty Building | 140 Pearl St Ste 100 | Buffalo | NY | 14202 | GGraber@HodgsonRuss.com |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr Suparna Banerjee Kara D Lehman | 277 S Washington St Ste 310 | | Alexandria | VA | 22314 | mmitchell@vorys.com |
| LeClairRyan A Professional Corp | Niclas A Ferland Ilan Markus | 555 Long Wharf Dr 8th Fl | | New Haven | CT | 06509-0906 | niclas.ferland@leclairryan.com ilan.markus@leclairryan.com |
| Broad and Cassel | Roy S Kobert | PO Box 4961 | | Orlando | FL | 32802 | rkobert@broadandcassel.com |
| Bracewell & Giuliani LLP | William A (Trey) Wood III | 711 Louisiana Ste 2300 | | Houston | TX | 77002 | Trey.Wood@bgllp.com |
| Seyfarth Shaw LLP | Jessica Hughes, Rhett Petcher | 975 F St NW | | Washington | DC | 20004 | jhughes@seyfarth.com rpetcher@seyfarth.com |
| Tavenner & Beran PLC | Lynn L Tavenner, Paula S Beran | 20 N 8th St 2nd Fl | | Richmond | VA | 23219 | ltavenner@tb-lawfirm.com pberan@tb-lawfirm.com |
| Young Goldman Van Beek PC | Neil D Goldman, John P Van Beek, Libeau J Berthelot III | 510 King St Ste 416 | | Alexandria | VA | 22313 | ngoldman@ygvb.com jvanbeek@ygvb.com bberthelot@ygvb.com |
| Seyfarth Shaw LLP | Robert W Dremluk | 620 8th Ave 32nd Fl | | New York | NY | 10018 | rdremluk@seyfarth.com |
| Ronald M Tucker | | 115 W Washington St | | Indianapolis | IN | 46204 | rtucker@simon.com |
| St. James Law PC | Michael St. James Esq | 155 Montgomery St Ste 1004 | | San Francisco | CA | 94104-4117 | ecf@stjames-law.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman | 2300 Wilson Blvd 7th Floor | | Arlington | VA | 22201 | Mweitzman@beankinney.com |
| Powell Goldstein LLP | William C Crenshaw | 901 New York Avenue NW Third Floor | | Washington | DC | 20001 | wcrenshaw@pogolaw.com |

# EXHIBIT B

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | PHONE | FAX |
|---|---|---|---|---|---|---|---|---|---|
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | 202-514-7164 | 202-307-0494 |
| ENVIRONMENTAL PROTECTION AGENCY | DIANA SAENZ | 1200 PENNSYLVANIA AVENUE NW | SUITE 4209 | | WASHINGTON | DC | 20004 | 202-272-0167 | 202-501-0461 |
| ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL | U.S. EPA MAILCODE 2377R | 1300 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20004 | 202-564-4707 | 202-565-2478 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | 202-622-2000 | 202-622-6415 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | 202-942-0900 | 202-942-9625 |
| ENVIRONMENTAL PROTECTION AGENCY | | 1650 ARCH STREET | | | PHILADELPHIA | PA | 19103-2029 | 215-814-2625 | 215-814-3005 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 233 BROADWAY | NEW YORK | NY | 10279 | 646-428-1883 | 646-428-1979 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 3600 WEST BROAD STREET | | | RICHMOND | VA | 23230-4915 | 804-367-8037 | 804-254-6111 |
| OFFICE OF THE SECRETARY OF THE COMMONWEALTH | | 1111 EAST BROAD STREET, 4TH FLOOR | | | RICHMOND | VA | 23219 | 804-786-2441 | 804-371-0017 |
| COMMONWEALTH OF VIRGINIA | STATE CORPORATION COMMISSION | TYLER BUILDING | 1300 E. MAIN STREET | | RICHMOND | VA | 23219 | 804-371-9967 | 804-371-9734 |
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | | RICHMOND | VA | 23233 | 804-486-4000 | 804-527-4164 |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219-1888 | 804-771-2310 | 804-771-2330 |
| OFFICE OF THE UNITED STATES TRUSTEE | RICHMOND, VIRGINIA OFFICE | 600 EAST MAIN STREET, SUITE 301 | | | RICHMOND | VA | 23219 | 804-771-2310 | 804-771-2330 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 | 804-786-2071 | 804-786-1991 |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 400 N 8TH STREET BOX 76 | | | RICHMOND | VA | 23219 | 804-916-8064 | 804-916-8198 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Phone | Fax |
|---|---|---|---|---|---|---|---|---|
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall Thomas A Connop Melissa S Hayward | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 | 214-740-8000 | 214-740-8800 |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 | 281-991-6095 | 281-991-6012 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 600 Travis St Ste 3400 | | Houston | TX | 77002 | 713-226-1200 | 713-223-3717 |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | 804-819-5400 | 804-819-7417 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 | 912-652-7110 | 912-652-7101 |

Circuit City Stores, Inc.
Objection Parties Service List

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax |
|---|---|---|---|---|---|---|---|---|---|
| Buchanan Ingersoll & Rooney PC | Annemarie G McGavin | 1700 K Street NW Ste 300 | | | Washington | DC | 20006 | 202-452-7900 | 202-452-7989 |
| Hunton & Williams LLP | J Eric Crupi | 1900 K Street NW | | | Washington | DC | 20006 | 202-419-2143 | 202-778-7445 |
| Arent Fox LLP | Timothy F Brown Mary Joanne Dowd Christopher J Giaimo | 1050 Connecticut Ave NW | | | Washington | DC | 20036 | 202-857-6000 | 202-857-6395 |
| Stempel Bennett Claman & | Edmond P O Brien | 675 Third Avenue 31st Floor | | | New York | NY | 10017 | 212-681-6500 | 212-681-4041 |
| Greenberg Traurig LLP | Daniel J Ansel Howard J Berman | 200 Park Avenue | | | New York | NY | 10155 | 212-801-9200 | 212-801-6400 |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Rachel N Greenberger Nicholas B Malito | 530 Fifth Ave | | | New York | NY | 10036 | 212-818-9000 | 212-869-4930 |
| Katsky Korins LLP | Steven H Newman | 605 Third Avenue 16th Floor | | | New York | NY | 10158 | 212-953-6000 | 212-953-6899 |
| rews Kurth LLP | Jon LR Dalberg | 601 S Figueroa Ste 3700 | | | Los Angeles | CA | 90017 | 213-896-3100 | 213-896-3137 |
| Ballard Spahr rews & Ingersoll LLP | Jesse N Silverman David L Pollack Jeffrey Meyers | 51st Fl Mellon Bank Center | 1735 Market St | | Philadelphia | PA | 19103 | 215-864-8325 | 215-864-9473 |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Christina M Thompson | The Nemours Bldg | 1007 N Orange St | PO Box 2207 | Wilmington | DE | 19899 | 302-658-9141 | 302-658-5614 |
| Menter Rudin & Trivelpiece PC | Kevin M Newman James C Thompson Josephine Yang Patyi | 308 Maltbie St Ste 200 | | | Syracuse | NY | 13204-1498 | 315-474-7541 | 315-474-4040 |
| Christopher J Freeman | | 46 Public Sq Ste 200 | | | Medina | OH | 44256 | 330-722-7278 | 330-722-7249 |
| Buchanan Ingersoll & Rooney PC | James D Newell Zakarij O Thomas | One Oxford Centre 20th Fl | | | Pittsburgh | PA | 15219 | 412-562-8800 | 412-562-1041 |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California Street 5th Floor | | | San Francisco | CA | 94111 | 415-693-2000 | 415-693-2222 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP | Ivan M Gold | Three Embarcadero Ctr 12th Fl | | | San Francisco | CA | 94111 | 415-273-7431 | 415-837-1516 |
| Greg Abbott Kent C Sullivan David S Morales Ronald R Del Vento Mark Browning | Bankruptcy & Collections Division | PO Box 12548 | | | Austin | TX | 78711-2548 | 512-475-4883 | 512-482-8341 |
| Harris McClellan Binau & Cox PLL | Ralph E Dill | 37 W Broad St Ste 950 | | | Columbus | OH | 43215 | 614-464-2572 | 614-464-2245 |
| Vorys Sater Seymour Pease LLP | Malcolm M Mitchell Jr Suparna Banerjee Kara D Lehman | 277 South Washington Street Ste 310 | | | Alexandria | VA | 22314 | 703-837-6999 | 703-549-4492 |
| Wiley Rein LLP | H Jason Gold Rebecca L Saitta | 7925 Jones Branch Dr Ste | | | McLean | VA | 22102 | 703-905-2800 | 703-905-2820 |
| Hodgson Russ LLP | Garry M Graber Julia S Kreher | The Guaranty Building | 140 Pearl St Ste 100 | | Buffalo | NY | 14202 | 716-856-4000 | 716-849-0349 |
| The Law Offices of David A Greer | David A Greer | 500 E Main St Ste 1225 | | | Norfolk | VA | 23510 | 757-227-5155 | 757-227-5158 |
| Wilcox & Savage PC | John D McIntyre | One Commercial Pl Ste 1800 | | | Norfolk | VA | 23510 | 757-628-5500 | 757-628-5566 |
| Hirschler Fleischer PC | Michael P Falzone Sheila deLa | PO Box 500 | | | Richmond | VA | 23218-0500 | 804-771-9560 | 804-644-0957 |
| Christian & Barton LLP | Augustus C Epps Jr Michael D Mueller Jennifer M McLemore Noelle M James | 909 E Main St Ste 1200 | | | Richmond | VA | 23219 | 804-697-4100 | 804-697-4112 |
| Kuta Rock LLP | Michael A Condyles Peter J Barrett Jeremy S Williams | 1111 East Main Street Ste 800 | | | Richmond | VA | 23219 | 804-644-1700 | 804-783-6192 |
| S s erson Marks & Miller PC | C Thomas Ebel William A Gray Peter M Pearl Lisa Taylor Hudson | 801 E Main St, Ste 1800 | | | Richmond | VA | 23219 | 804-783-7234 | 804-783-7231 |
| Wagner Choi & Verbrugge | James A Wagner | 745 Fort St Ste 1900 | | | Honolulu | HI | 96813 | 808-533-1877 | 808-566-6900 |
| MacDermid Reynolds & Glissman | Michael S Steibel | 86 Farmington Ave | | | Hartford | CT | 6105 | 860-278-1900 | 860-547-1191 |
| Cantor Arkema PC | David K Spiro | Bank of America Center | 1111 E Main St 16th Fl | | Richmond | VA | 23219 | 804-644-1400 | 804-225-8706 |

12/7/2008 10:01 PM
Objection Parties Fax Service List (41)

Circuit City Stores, Inc.
Objection Parties Service List

| Name | NoticeName | Address1 | Address2 | Address3 | City | State | Zip | Phone | Fax |
|------|-----------|----------|----------|----------|------|-------|-----|-------|-----|
| Christian & Barton LLP | Augustus C Epps Jr Michael D Mueller Jennifer M McLemore Noelle M James | 900 E Main St Ste 1200 | | | Richmond | VA | 23219 | 804-697-4100 | 804-697-4112 |
| Honig Miller Schwartz Cohn LLP | E Todd Sable | 2290 First National Bldg | 660 Woodward Ave | | Detroit | MI | 48226-3506 | 313-465-7548 | 313-465-7549 |
| Kelley Drye & Warren LLP | David J Ervin | Washington Harbour Ste 400 | 3050 K St NW | | Washington | DC | 20007-5108 | 202-342-8436 | 202-342-8451 |
| Wiley Rein LLP | H Jason Gold Kalina B Miller | 7925 Jones Branch Dr Ste 6200 | | | McLean | VA | 22102 | 703-905-2800 | 703-905-2820 |
| Willcox & Savage PC | John D McIntyre | One Commercial Pl Ste 1800 | | | Norfolk | VA | 23510 | 757-628-5500 | 757-628-5566 |
| Jones Day | Sheila L Shadm | 51 Louisiana Ave NW | | | Washington | DC | 20001-2113 | 202-879-3939 | 202-626-1700 |
| Vinson & Elkins LLP | David E Hawkins | The Willard Office Building | 1455 Pennsylvania Ave NW | | Washington | DC | 20004-1008 | 202-639-6605 | 202-879-8806 |
| Vinson & Elkins LLP | William L Wall er Angela B | 2001 Ross Ave Ste 3700 | | | Dallas | TX | 75201-2975 | 214-220-7763 | 214-999-7763 |
| Jones Day | Jeffrey B Ellman Brett J Berlin | 1420 Peachtree St NE Ste | | | Atlanta | GA | 30309-3053 | 404-581-8330 | 404-581-8330 |
| Goulston & Storrs PC | Christine D Lynch Peter D Bilowz | 400 Atlantic Ave | | | Boston | MA | 02110 | 617-482-1776 | 617-574-4112 |
| McDermott Will & Emery LLP | Karla L Palmer | 600 13th Street NW | | | Washington | DC | 20005-3096 | 202-756-8000 | 202-756-8087 |
| McDermott Will & Emery LLP | Geoffrey T Raicht Karla L Palmer | 340 Madison Avenue | | | New York | NY | 10173-1922 | 212-547-5400 | 212-547-5444 |

# EXHIBIT C

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|------|-----------|----------|----------|----------|------|-------|-----|
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | 10100 SANTA MONICA BLVD 11TH FL | | | LOS ANGELES | CA | 90067-4100 |
| OFFICE OF THE SECRETARY OF THE COMMONWEALTH | | 1111 EAST BROAD STREET, 4TH FLOOR | | | RICHMOND | VA | 23219 |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 |
| ENVIRONMENTAL PROTECTION AGENCY | DIANA SAENZ | 1200 PENNSYLVANIA AVENUE NW | SUITE 4209 | | WASHINGTON | DC | 20004 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 |
| ENVIRONMENTAL PROTECTION AGENCY | | 1650 ARCH STREET | | | PHILADELPHIA | PA | 19103-2029 |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ PAULA S BERAN ESQ | 20 N EIGHTH ST 2ND FL | | | RICHMOND | VA | 23219 |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | 200 E RANDOLPH DR | | | CHICAGO | IL | 60601 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 3600 WEST BROAD STREET | | | RICHMOND | VA | 23230-4915 |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 400 N 8TH STREET BOX 76 | | | RICHMOND | VA | 23219 |
| OFFICE OF THE UNITED STATES TRUSTEE | RICHMOND, VIRGINIA OFFICE | 600 EAST MAIN STREET, SUITE 301 | | | RICHMOND | VA | 23219 |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219-1888 |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | 780 THIRD AVE 36TH FL | | | NEW YORK | NY | 10017 |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219 |
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | | RICHMOND | VA | 23233 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | CHRIS L. DICKERSON, ESQ. | 333 WEST WACKER DRIVE | SUITE 2000 | CHICAGO | IL | 60606 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | IAN S. FREDERICKS, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | WILMINGTON | DE | 19899-0636 |
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | MR. STEPHEN COULOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 |

12/5/2008 7:07 PM
Exhibit A - Core Overnight Service List 081120 (28)

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W., 8TH FLOOR | | WASHINGTON | DC | 20036 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 233 BROADWAY | NEW YORK | NY | 10279 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | ATTN: GREGG M. GALARDI | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 |
| COMMONWEALTH OF VIRGINIA | STATE CORPORATION COMMISSION | TYLER BUILDING | 1300 E. MAIN STREET | | RICHMOND | VA | 23219 |
| ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL | U.S. EPA MAILCODE 2377R | 1300 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20004 |

12/5/2008 7:07 PM
Exhibit A - Core Overnight Service List 081120 (28)

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|------|-------------|-----------|-----------|------|-------|-----|
| Attorney General of the United States | Richard F Stein | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Attorney General of the United States | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| Eaton Corporation | David J Persichetti | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahaoma City | OK | 73102 |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |

Circuit City Stores, Inc.
Objection Parties Service List

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Levenfield Pearlstein LLC | Thomas G Jaros Jonathan Friedland | 2 N LaSalle St Ste 1300 | | Chicago | IL | 60602 |
| The Taubman Company | Andrew S Conway | 200 E Long Lake Road Ste 300 | | Bloomfield Hills | MI | 48304 |
| Hunton & Williams LLP | Ben C Ackerly JR Smith Henry T Long | Riverfront Plaza East Tower | 951 East Byrd Street | Richmond | VA | 23219-4074 |
| Internal Revenue Services | Spc Asst US Att E District VA | Richard F Stein and Dana J Boente | 600 E Main St Ste 1601 | Richmond | VA | 23219-2430 |
| The Meiburger Law Firm PC | Janet M Meiburger | 1493 Chain Bridge Rd | Ste 201 | McLean | VA | 22101 |
| Law Offices of Russell R Johnson | Russell R Johnson III John M Craig | 2258 Wheatlands Dr | | Manakin Sabot | VA | 23103 |

12/5/2008 11:58 PM
Objection Parties Service List - FedEx

Circuit City Stores, Inc.
Objection Parties Service List

| CreditorName | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| McCreary Veselka Bragg & Allen PC | Michael Reed | | PO Box 1269 | Round Rock | TX | 18680 |
| Vandeventer Black LLP | Kevin A Lake | | PO Box 1558 | Richmond | VA | 23218-1558 |
| Saul Ewing LLP | J Ryan 222 Delaware Ave | Delaware Ave Ste 1200 | PO Box 1266 | Wilmington | DE | 19899 |
| Connolly Bove Lodge & Hutz LLP | K Biff C Thompson | 1007 N Orange St | PO Box 2207 | Wilmington | DE | 19899 |

12/6/2008 12:08 AM
Objection Parties Service List - Express Mail