# EXHIBIT B

12/10/2008  1:56 PM

| **Annapolis Plaza** | | | | | |
| --- | --- | --- | --- | --- | --- |
| **Circuit City Rent Review** | | | | | |
| **3-Dec-08** | | | | | |
| Date | Rent | CAM | Taxes | Total Due | Total Paid |
| November 10-30, 2008 | $28,875.00 | $3,968.30 | $0.00 | $32,843.30 | $0.00 |