## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| In re: | * | |
| **CIRCUIT CITY STORES, INC., <u>et al.</u>,** | * | **Case No:  08-35653-KRH** |
| | | **Chapter 11** |
| | | **(Jointly Administered)** |
| Debtors. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### ORDER GRANTING MOTION AND SUPPORTING MEMORANDUM OF ANNAPOLIS PLAZA LLC FOR AN ORDER (A) COMPELLING DEBTORS TO IMMEDIATELY PAY ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b), AND (B) GRANTING RELATED RELIEF

This matter having come before the Court upon the Motion and Supporting Memorandum of Annapolis Plaza LLC ("Annapolis Plaza") for an Order (A) Compelling Debtors to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b), and (B) Granting Related Relief (the "Motion") filed in the bankruptcy cases of the above-captioned debtors and debtors in possession (collectively, the "Debtor"), the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given and no other or further notice is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and the arguments presented at any hearing had thereupon.  Therefore,

WHITEFORD, TAYLOR & PRESTON L.L.P.
Aryeh E. Stein (VSB # 45895)
Kevin G. Hroblak (MD # 26180)
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700
(410) 223-4302 (facsimile)

*Counsel for Annapolis Plaza LLC*

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is **GRANTED**.

2.      Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Motion.

3.      The Debtor is authorized and directed to pay Annapolis Plaza, within two (2) business days of the entry of this Order, the November Administrative Rent in the total aggregate amount of $32,843.30.

4.      The Debtor shall, within two (2) business days of its receipt of a written request from Annapolis Plaza therefore, reimburse Annapolis Plaza for all of its reasonable and actual attorneys' fees and costs incurred in preparing and prosecuting the Motion.

5.      The Debtor shall make all future monthly payments of administrative rent and related charges to Annapolis Plaza in full on or before the first day of the month for which such administrative rent and related charges accrue, as required by the Lease.

6.      This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and to resolve any and all disputes related thereto.

ENTERED in Richmond, Virginia this _____ day of _____, 2008.


_____
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

*1829006*