**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>.,** | * | **Case No:  08-35653-KRH** |
| | | **Chapter 11** |
| | | **(Jointly Administered)** |
| **Debtors.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE THAT Annapolis Plaza LLC ("Annapolis Plaza") has filed with the Court a *Motion and Supporting Memorandum for an Order (A) Compelling Debtors to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b), and (B) Granting Related Relief* (the "Motion").  A true and complete copy of the Motion has been filed with the Court and forwarded to you.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  **Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the followings steps:**

1.    File with the Court, at the address shown below, a written objection.  If you mail your written objection to the court for filing, you must mail it early enough so the court will **receive** it on or before **December 18, 2008 at 4:00 p .m.**

> William C. Redden, Clerk
> United States Bankruptcy Court
> 701 E. Broad Street
> Suite 4000
> Richmond, VA 23219

WHITEFORD, TAYLOR & PRESTON L.L.P.
Aryeh E. Stein (VSB # 45895)
Kevin G. Hroblak (MD # 26180)
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700
(410) 223-4302 (facsimile)

*Counsel for Annapolis Plaza LLC*

You must also deliver a copy to all parties on the Certificate of Service below and to:

> Kevin G. Hroblak
> Whiteford, Taylor & Preston L.L.P.
> Seven Saint Paul Street
> Baltimore, Maryland 21202

2.    Attend the hearing scheduled for **December 22, 2008 at 1:00 p.m.** before the Honorable Kevin R. Huennekens, U.S. Bankruptcy Court, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated:  December 11, 2008               Respectfully submitted,

> /s/ Aryeh E. Stein
> WHITEFORD, TAYLOR & PRESTON L.L.P.
> Aryeh E. Stein, Esq. (VSB # 45895)
> Kevin G. Hroblak, Esq. (MD # 26180)
> Seven Saint Paul Street
> Baltimore, Maryland 21202
> 410.347.8700
> 410.223.4302 (facsimile)
>
> *Counsel for Annapolis Plaza LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 11th day of December, 2008, a copy of the foregoing Notice

was filed and served as required by the *Order Pursuant to Bankruptcy Code Sections 102 and*

*105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1*

*Establishing Certain Notice, Case Management, and Administrative Procedures* to all parties on

the attached Service List.


<u>/s/ Aryeh E. Stein</u>
Counsel


*1828997*