| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | | RICHMOND | VA | 23233 | | 804-486-4000 | 804-527-4164 | | Debtor |
| COMMONWEALTH OF VIRGINIA | STATE CORPORATION COMMISSION | TYLER BUILDING | 1300 E. MAIN STREET | | RICHMOND | VA | 23219 | | 804-371-9967 | 804-371-9734 | | Government Agency |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 3600 WEST BROAD STREET | | | RICHMOND | VA | 23230-4915 | | 804-367-8037 | 804-254-6111 | | Government Agency |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | | 202-514-7164 | 202-307-0494 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | | 1650 ARCH STREET | | | PHILADELPHIA | PA | 19103-2029 | | 215-814-2625 | 215-814-3005 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | DIANA SAENZ | 1200 PENNSYLVANIA AVENUE NW | SUITE 4209 | | WASHINGTON | DC | 20004 | | 202-272-0167 | 202-501-0461 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL | U.S. EPA MAILCODE 2377R | 1300 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20004 | | 202-564-4707 | 202-565-2478 | | Government Agency |
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | MR. STEPHEN COULOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 | | 617-897-1500 | 617-897-1510 | bob.duffy@fticonsulting.com | Financial Advisors |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 400 N 8TH STREET BOX 76 | | | RICHMOND | VA | 23219 | | 804-916-8064 | 804-916-8198 | | Government Agency |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | 200 E RANDOLPH DR | | | CHICAGO | IL | 60601 | | | 312-861-2200 | lmyers@kirkland.com | Counsel to Debtors |
| KURTZMAN CARSON CONSULTANTS LLC | EVAN GERSHBEIN | 2335 ALASKA AVENUE | | | EL SEGUNDO | CA | 90245 | | 310-823-9000 | 310-823-9133 | | Claims Agent |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 | | 804-343-5237 | 804-783-6192 | peter.barrett@kutakrock.com | |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 | | | 804-783-7269 | bruce.matson@leclairryan.com | Counsel for DIP Agents |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219 | | 804-775-1000 | 804-775-1061 | dhayes@mcguirewoods.com | Debtor's Local Counsel |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W., 8TH FLOOR | | WASHINGTON | DC | 20036 | | 202-326-6025 | 202-331-1427 | kcordry@naag.org | Government Agency |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 | | 804-786-2071 | 804-786-1991 | | Government Agency |
| OFFICE OF THE SECRETARY OF THE COMMONWEALTH | | 1111 EAST BROAD STREET, 4TH FLOOR | | | RICHMOND | VA | 23219 | | 804-786-2441 | 804-371-0017 | | Government Agency |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219-1888 | | 804-771-2310 | 804-771-2330 | | US Trustee |
| OFFICE OF THE UNITED STATES TRUSTEE | RICHMOND, VIRGINIA OFFICE | 600 EAST MAIN STREET, SUITE 301 | | | RICHMOND | VA | 23219 | | 804-771-2310 | 804-771-2330 | | United States Trustee |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | 10100 SANTA MONICA BLVD 11TH FL | | | LOS ANGELES | CA | 90067-4100 | | 310-277-6910 | 310-201-0760 | jpomerantz@pszjlaw.com | Counsel for The Official Committee of Unsecured Creditors |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | 780 THIRD AVE 36TH FL | | | NEW YORK | NY | 10017 | | 212-561-7700 | 212-561-7777 | rfeinstein@pszjlaw.com | Counsel for The Official Committee of Unsecured Creditors |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 | | 617-523-9000 | 617-880-3456 | dberman@riemerlaw.com | Counsel to Prepetition Lenders/Counsel to Postpetition Lenders |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | | 202-622-2000 | 202-622-6415 | | Government Agency |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | | 202-942-0900 | 202-942-9625 | | Government Agency |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 233 BROADWAY | NEW YORK | NY | 10279 | | 646-428-1883 | 646-428-1979 | | Government Agency |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 | | 302-651-3000 | 302-651-3001 | gregg.galardi@skadden.com | Debtor's Counsel |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 | | 302-651-3000 | 302-651-3001 | Ian.Fredericks@skadden.com | Counsel to Debtors |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | CHRIS L. DICKERSON, ESQ. | 333 WEST WACKER DRIVE | SUITE 2000 | CHICAGO | IL | 60606 | | 312-407-0700 | 312-407-0411 | tim.pohl@skadden.com | Counsel to Debtors |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ PAULA S BERAN ESQ | 20 N EIGHTH ST 2ND FL | | | RICHMOND | VA | 23219 | | 804-783-8300 | 804-783-0178 | ltavenner@tb-lawfirm.com | Counsel for The Official Committee of Unsecured Creditors |

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Jonathan L Gold Mary A House | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | 202-887-4288 | jgold@akingump.com mhouse@akingump.com | Counsel for Golfsmith International, L.P. |
| Allen & Overy LLP | Ken Coleman | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-610-6300 | 212-610-6399 | ken.coleman@allenovery.com | Counsel for Alvarez & Marsal Canada ULC |
| Allen & Overy LLP | Ken Coleman | | | | | | | | | | |
| Andrew S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | | 248-258-7427 | | Aconway@taubman.com | Counsel for the Taubman Landlords |
| Arent Fox LLP | Timothy F Brown Esq Mary Joanne Dowd Esq Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 | | 202-857-6000 | 202-857-6395 | brown.timothy@arentfox.com dowd.mary@arentfox.com giaimo.christopher@arentfox.com | Counsel for F.R.O., L.L.C. IX |
| Arnall Golden Gregory LLP | Darryl S Laddin Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com frank.white@agg.com | Counsel for Verizon Communications Inc. |
| Attorney General of New Jersey | Anne Milgram | Richard J Hughes Justice Complex | PO Box 106 25 Market St | Trenton | NJ | 08625-0119 | | 609-777-3432 | | citizens.services@lps.state.nj.us | Counsel for the State of New Jersey, Division of Taxation and Department of Labor |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | 804-819-5400 | 804-819-7417 | | Counsel for the United States of America |
| Attorney General of the US | Richard F Stein | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | | | Counsel for the United States of America |
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | | | Counsel for the United States of America |
| Ball Janik LLP | Justin D Leonard | 101 SW Main St Ste 1100 | | Portland | OR | 97204 | | 503-228-2525 | 503-295-1058 | jleonard@balljanik.com | Counsel for Andrews Electronics |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq Charles W Chotvacs Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | | 202-661-2200 | 202-661-2299 | cgp@ballardspahr.com chotvacsc@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq Jeffrey Meyers Esq Jesse N Silverman Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 | | 215-864-8325 | 215-864-9473 | pollack@ballardspahr.com meyers@ballardspahr.com silvermanj@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | | 703-525-4000 | 703-525-2207 | Mweitzman@beankinney.com | Counsel for Tysons 3 LLC; The Ziegler Companies LLC; Madison Waldorf LLC |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | | 562-698-9771 714-994-5131 | 562-696-6357 | ernie.park@bewleylaw.com | Counsel for The Irvine Company LLC |
| Binder & Malter LLP | Michael W Malter Esq Julie H Rome Banks Esq | 2775 Park Ave | | Santa Clara | CA | 95050 | | | | michael@bindermalter.com julie@bindermalter.com | Counsel for Envision Peripherals, Inc.; Daly City Partners I, L.P. |
| Blank Rome LLP | Regina Stango Kelbon Esq John Lucian Esq | One Logan Sq | | Philadelphia | PA | 19103 | | 215-569-5507 | 215-832-5507 | Kelbon@blankrome.com Lucian@blankrome.com | Counsel for Cellco Partnership, Affiliated license holders dba Verizon Wireless |
| Blankingship & Keith PC | William H Casterline Jr Esq Jeremy B Root Esq | 4020 University Dr Ste 300 | | Fairfax | VA | 22030 | | 703-691-1235 | 703-691-3913 | wcasterlinejr@bklawva.com jroot@bklawva.com | Counsel for ACCO Brands Corporation |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 | | 516-677-8200x225 | | borgeslawfirm@aol.com | Counsel for Sharp Electronics Corporation |
| Bracewell & Giuliani LLP | William A Trey Wood III | 711 Louisiana St Ste 2300 | | Houston | TX | 77002 | | 713-223-2300 | 713-221-1212 | Trey.Wood@bgllp.com | Counsel for Panattoni Construction, Inc.; Raymond & Main Retail, LLC; Chino South Retail PG, LLC; and Panattoni Development Company, Inc.; as Agent for VVI Texas Holdings, LLC; TI PI Texas, LLC; Dudley Mitchell Properties TX, LLC; Shelby Properties TX, LLC; Pinstar Investment Properties TX, LLC; Charles L. Kessigner; Jacque L. Kessinger; Northglenn Retail, LLC |
| Bricker & Eckler LLP | Kenneth C Johnson Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 | | 614-227-2300 | 614-227-2390 | kjohnson@bricker.com abeckham@bricker.com | Counsel for Expesite LLC |
| Bronwen Price | Gail B Price Esq | 2600 Mission St Ste 206 | | San Marino | CA | 91108 | | 626-799-7800 | 626-799-7990 | | Counsel for 13630 Victory Boulevard LLC |
| Brown Connery LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel for SAP Retail, Inc. and Business Objects |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | cchiang@buchalter.com | Counsel for Premier Retail Networks, Inc. |
| Canon USA Inc | Ruth Weinstein | 1 Canon Plz | | Lake Success | NY | 11042 | | 516-328-5121 | 516-328-5129 | rweinstein@cusa.canon.com | Canon U.S.A., Inc. |
| Cantor Arkema PC | David K Spiro Esq Neil E McCullagh Esq | PO Box 561 | 1111 E Main St 16th Fl | Richmond | VA | 23218-0561 | | 804-644-1400 | 804-225-8706 | dspiro@cantorarkema.com nmccullagh@cantorarkema.com | Counsel for Dentici Family Limited Partnership |
| Carlton Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | | 813-223-7000 | 813-229-4133 | jlamoureux@carltonfields.com | Counsel for Amore Construction Company |
| Carroll & Carroll PLLC | Scott P Carroll Esq | 831 E Morehead St Ste 440 | | Charlotte | NC | 28202 | | 704-332-5654 | 704-332-6238 | lawcarroll@aol.com | Counsel for Alliance-Rocky Mount, LLC |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 | | 912-652-7110 | 912-652-7101 | | Chatham County Tax Commissioner |
| Christian & Barton LLP | Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq Noelle M James Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | | 804-697-4104 804-697-4100 804-697-4129 | 804-697-6104 804-697-4112 804-697-6129 | aepps@cblaw.com mmueller@cblaw.com jmclemore@cblaw.com njames@cblaw.com | Counsel for Lexmark International, Inc.; Gateway Center Properties III, LLC; SMR Gateway III, LLC; Union Square Retail Trust; Whitestone Development Partners, L.P.; CC-Investors 1995-6; M.I.A Brookhaven, LLC; The West Campus Square Company, LLC; Amargosa Palmdale Investments, LLC; Bella Terra Associates, LLC |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq Thomas D Bielli Esq | One Commerce Sq Ste 1930 | 2005 Market St | Philadelphia | PA | 19103 | | 215-557-3550 | 215-557-3551 | aciardi@ciardilaw.com tbielli@ciardilaw.com | Counsel for Little Britain Holding, LLC |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | 300 E Lombard St Ste 2000 | | Baltimore | MD | 21202 | | 410-528-2972 | 410-230-0667 | ddean@coleschotz.com | Counsel for Faber Bros, Inc. |

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | kbifferato@cblh.com<br>cthompson@cblh.com | Counsel for Inland Southwest Management LLC; Inland American Retail Management LLC; Inland US Management LLC; Inland Pacfic Property Services LLC; Inland Commercial Property Management, Inc.; and Inland Continental Property Management Corp. |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | 1875 Eye St NW 11th Fl | | Washington | DC | 20006 | | 202-331-7111 | 202-293-6229 | mpark@cblh.com | Counsel for Inland Southwest Management LLC; Inland American Retail Management LLC; Inland US Management LLC; Inland Pacfic Property Services LLC; Inland Commercial Property Management, Inc.; and Inland Continental Property Management Corp. |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | 4551 Cox Rd Ste 210 | PO Box 3059 | Glen Allen | VA | 23058-3059 | | 804-747-4500 | 804-762-9608 | ddhopper@chlhf.com | Counsel for Rio Associates Limited Partnership |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | San Francisco | CA | 94111-5800 | | | | kleinergs@cooley.com | Counsel for Shopping.com, Inc. |
| Core Properties Inc | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 | | 704-342-0410 | 704-342-0704 | jim@coreproperties.com | Counsel for Alliance-Rocky Mount, LLC |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | 19800 MacArthur Blvd Ste 500 | | Irvine | CA | 92612 | | 949-476-2111 | 949-476-0256 | jbressi@coxcastle.com | Counsel for RJ Ventures, LLC and K&G Dearborn LLC |
| Culbert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 | | 703-737-7797 | 703-737-6470 | aschmitt@culbert-schmitt.com | Counsel for Plaza Las Palmas LLC |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | | 212-755-5500 | | ecotton@ddrc.com | Corporate Counsel |
| DLA Piper LLP | Anne Braucher Esq | 500 Eighth St NW | | Washington | DC | 20004 | | 202-799-4000 | 202-799-5000 | anne.braucher@dlapiper.com | Counsel for InnerWorkings, Inc. |
| DLA Piper LLP | Timothy W Brink Esq | 203 N LaSalle St Ste 1900 | | Chicago | IL | 60601 | | 312-368-6802 | 312-251-2170 | timothy.brink@dlapiper.com | Counsel for InnerWorkings, Inc. |
| Donahue Gallagher Woods LLP | William R Hill<br>Eric A Handler | 300 Lakeside Dr Ste 1900 | | Oakland | CA | 94612 | | 510-451-0544 | 510-832-1486 | rock@donahue.com<br>ehandler@donahue.com | Counsel for Monte Vista Crossings, LLC |
| Donchess Notinger & Tamposi | Peter N Tamposi | 547 Amherst St Ste 204 | | Nashua | NH | 03063 | | 603-886-7266 | | Peter@dntpc.com<br>nontrustee@dntpc.com | Counsel for Eastman Kodak Company |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq<br>Matthew E Hoffman Esq | 30 S 17th St | | Philadelphia | PA | 19103 | | 215-979-1506<br>215-979-1524 | 215-689-2138<br>215-689-4922 | DiMassa@duanemorris.com<br>MEHoffman@duanemorris.com | Counsel for Audiovox Corporation |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq<br>John C Smith Esq<br>Elizabeth L Gunn Esq | 600 E Main St 20th Fl | | Richmond | VA | 23219 | | 804-775-6900 | 804-775-6911 | rterry@durrettebradshaw.com<br>jsmith@durrettebradshaw.com<br>egunn@durrettebradshaw.com | Counsel for Hewlett Packard Company |
| Eaton Corporation | David J Persichetti | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 | | 216-523-4539 | | | Counsel for Eaton Corporation |
| Empire Blue Cross Blue Shield | Louis Benza Esq | 15 Metro Tech Ctr 6th Fl | | Brooklyn | NY | 11201 | | | | louis.benza@empireblue.com | Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield |
| Enterprise Asset Management Inc | Lee Sudakoff | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 | | 212-824-1151 | 212-824-1102 | Lee.Sudakoff@eassets.com | Counsel for South Shields #1, Ltd. |
| Envision Peripherals Inc | Gay Richey<br>Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 | | | | gay@epius.com | Envision Peripherals, Inc. |
| Ervin Cohen & Jessup LLP | Michael S Kogan | 9401 Wilshire Blvd 9th Fl | | Bevery Hills | CA | 90212 | | 310-273-6333 | 310-859-2325 | mkogan@ecjlaw.com | Counsel for Ditan Distribution LLC |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall Ste 1450 | | Sacramento | CA | 95814 | | 916-329-7400x222 | 916-329-7435 | ppascuzzi@ffwplaw.com | Counsel for McClatchy Company; Biloxi Sun Heald; Columbus Ledger-Enquirer; Charlotte Observer; Fort Worth Star-Telegram; Island Packet; Macon Telegraph; Raleigh News & Observer; Myrtle Beach Sun News; Columbia State; Belleville News-Democrat; Bellingham Herald; Idaho Statesman; Kansas City Star; Tri-City Herald; Tacoma News Inc; Olympian; Centre Daily Times (State College); Wichita Eagle; Fresno Bee; Lexington Herald-Leader; Modesto Bee; Miami Herald; Merced Sun Star; Sacramento Bee; Bradenton Herald; San Luis Obispo Tribune |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | 177 Broad St | | Stamford | CT | 06901-2048 | | 203-325-5000 | 203-325-5001 | hbaer@fdh.com | Counsel for Bell'O International Corp. |
| Ford Parshall & Baker | Jordan M Humphreys | 3210 Bluff Creek | | Columbia | MO | 65201 | | 573-875-1901 | | jhumphreys@fpb-law.com | Counsel for Columbia Plaza Joint Venture |
| Foster Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 | | 206-447-4400 | | alstc@foster.com | Counsel for 507 Northgate, LLC |
| Franklin & Prokopik PC | Andrew L Cole | The B&O Bldg | Two N Charles St Ste 600 | Baltimore | MD | 21201 | | 410-752-8700 | 410-752-6868 | acole@fandpnet.com | Counsel for Faber Bros., Inc. |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | | 415-834-3800 | 415-834-1044 | efriedman@friedumspring.com | Counsel for Hewlett-Packard Company |
| Fullerton & Knowles PC | Richard J Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 | | 703-818-2600 | 703-818-2602 | rhutson@fullertonlaw.com | Counsel for US Signs, Inc. |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 | | 505-899-5019 | 505-792-9095 | dave@glassandreynolds.com | Counsel for Homero Mata |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | 300 Summers St Ste 1500 | | Charleston | WV | 25301 | | 304-346-7000 | 304-344-0602 | sjt@goodwingoodwin.com | Counsel for 601 Plaza, LLC; Pat Minnite, Jr.; Judith Rae Minnite; PM Construction, Inc.; The PM Company |
| Goulston & Storrs PC | Christine D Lynch Esq<br>Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | | 617-482-1776 | 617-574-4112 | clynch@goulstonstorrs.com<br>pbilowz@goulstonstorrs.com | Counsel for E&A Northeast Limited Partnership; Route 146 Millbury LLC; Interstate Augusta Properties LLC; SR Weiner & Associates Inc; Ray Mucci's Inc.; NPP Development LLC |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | 1900 Avenue of the Stars Ste 2100 | | Los Angeles | CA | 90067-4590 | | 310-553-3610 | 310-553-0687 | jkrieger@ggfirm.com | Counsel for Southwinds Ltd |
| Greenberg Traurig LLP | Daniel J Ansell Esq | 200 Park Ave | | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | AnsellD@GTLaw.com | Counsel for Gateway Center Properties III, LLC; SMR Gateway III, LLC; Union Square Retail Trust; Whitestone Development Partners, L.P. |
| Greenberg Traurig LLP | Howard J Berman Esq | 200 Park Ave | | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | bermanH@gtlaw.com | Counsel for CC-Investors 1995-6 |

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | 1900 Avenue of the Stars Ste 1800 | | Los Angeles | CA | 90067 | | 310-552-9292 | 310-552-9291 | jfriedman@hkemlaw.com | Counsel for The West Campus Square Company, LLC; Amargosa Palmdale Investments, LLC; Bella Terra Associates, LLC |
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | | | | bill.ray@hamiltonbeach.com | Credit Manager for Hamilton Beach Brands, Inc. |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | One Logan Sq 27th Fl | | Philadelphia | PA | 19103 | | 215-496-7050 | 215-568-0300 | achan@hangley.com | Counsel for The City of Philadelphia |
| Haynes and Boone LLP | Jason Binford | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 | | 214-651-5000 | 214-651-5940 | jason.binford@haynesboone.com | Counsel for Phoenix Property Company; BB Fonds International 1 USA, L.P. |
| Herrick Feinstein LLP | Paul Rubin | Two Park Ave | | New York | NY | 10016 | | 212-592-1400 | 212-592-1500 | prubin@herrick.com | Counsel for Canon U.S.A., Inc. |
| Hewitt & O Neil LLP | Lawrence J Hilton | 19900 MacArthur Blvd Ste 1050 | | Irvine | CA | 92612 | | 949-798-0500 | 949-798-0511 | lhilton@hewittoneil.com | Counsel for Targus Inc |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@haslaw.com | Counsel for DeMatteo Management, Inc. |
| Hirschler Fleischer PC | Michael P Falzone Esq Sheila deLa Cruz Esq | PO Box 500 | | Richmond | VA | 23218-0500 | | 804-771-9530 804-771-9560 | 804-644-0957 | mfalzone@hf-law.com sdelacruz@hf-law.com | Counsel for Altamonte Springs Real Estate Associates; 502-12 86th Street LLC; Woodlawn Trustees, Incorporated; Basile Limited Liability Company |
| Hodgson Russ LLP | Garry M Graber Esq | The Guaranty Bldg | 140 Pearl St Ste 100 | Buffalo | NY | 14202 | | 716-856-4000 | 716-849-0349 | Ggraber@HodgsonRuss.com | Counsel for Manufacturers & Traders Trust Company |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq Rachel N Greenberger Esq Nicholas B Malito Esq | 530 Fifth Ave | | New York | NY | 10036 | | 212-818-9000 | 212-869-4830 | skipnis@hgg.com rgreenberger@hgg.com nmalito@hgg.com | Counsel for Dollar Tree Stores, Inc. |
| Holland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 | | 202-457-7049 | 202-955-5564 | richard.lear@hklaw.com | CapTech Ventures, Inc. |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq Adam K Keith Esq Joseph R Sgroi Esq | 2290 First National Bldg | 660 Woodward Ave Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 313-465-7460 313-465-7570 | 313-465-7627 313-465-7461 313-465-7571 | sdrucker@honigman.com akeith@honigman.com jsgroi@honigman.com | Counsel for McKinley, Inc.; Ritz Motel Company; The Marketplace of Rochester Hills Parcel B, LLC; DIRECTV, Inc. |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | Three Embarcadero Ctr 7th Fl | | San Francisco | CA | 94111-4065 | | 415-434-1600 | 415-217-5910 | gmkaplan@howardrice.com | Counsel for Eel McKee LLC |
| Hunton & Williams LLP | Benjamin C Ackerly JR Smith Henry Toby P Long III | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | 804-788-8479 | 804-788-8218 | backerly@hunton.com jrsmith@hunton.com hlong@hunton.com | Counsel for Panasonic Corporation of North America; Taubman Auburn Hills Associates Limited Partnership; Alvarez & Marsal Canada ULC |
| Hunton & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 | | 202-419-2143 | 202-778-7445 | ecrupi@hunton.com | Counsel for Taubman Auburn Hills Associates Limited Partnership |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 | | 214-468-3334 | 214-468-3599 | mheld@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP |
| Hunton & Williams LLP | Robert S Westermann Esq | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | 804-788-8200 | 804-788-8218 | rwestermann@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP; COMSYS Information Technology Services, Inc. and COMSYS Services, LLC; Galleria Plaza, Ltd. |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 | | | | | Counsel for IBM Corporation; InfoPrint Solutions Company |
| Jackson & Campbell PC | David H Cox Esq John J Matteo Esq | 1120 20th St NW | S Tower | Washington | DC | 20036 | | 202-457-1600 | 202-457-1678 | dcox@jackscamp.com jmatteo@jackscamp.com | Counsel for Port Arthur Holdings, III, Ltd. |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | 300 Garden City Plz | | Garden City | NY | 11530 | | 516-746-8000 | 516-393-8282 | hyazicioglu@jaspanllp.com | Counsel for AVR CPC Associates LLC |
| Jay T Blount | | 300 Industry Dr | RIDC Park W | Pittsburgh | PA | 15275 | | 724-273-3675 | 724-227-1928 | jay.blount@dcsg.com | Counsel for Dick's Sporting Goods, Inc.; Golf Galaxy, Inc. |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 | | 310-203-8080 | 310-712-8571 | dpoitras@jmbm.com | Counsel for THQ, Inc. |
| John Marshall Collins PC | John Marshall Collins Esq | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 | | | | johnolaw@gmail.com | Counsel for Daly City Partners I, L.P. |
| Jones Day | Jeffrey B Ellman Brett J Berlin | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-3053 | | 404-521-3939 | 404-581-8330 | jbellman@jonesday.com bjberlin@jonesday.com | Counsel for Ventura In Manhattan Inc. |
| Jones Day | Sheila L Shadmand Esq | 51 Louisiana Ave NW | | Washington | DC | 20001-2113 | | 202-879-3939 | 202-626-1700 | slshadmand@jonesday.com | Counsel for Ventura In Manhattan Inc. |
| K&L Gates LLP | Amy Pritchard Williams | Hearst Tower 47th Fl | 214 N Tryon St | Charlotte | NC | 28202 | | 704-331-7400 | 704-353-3129 | amy.williams@klgates.com | Counsel for DIM Vastgoed, N.V.; Cobb Corners II, Limited Partnership; PrattCenter, LLC; UTC I, LLC; Valley Corners Shopping Center, LLC and Encinitas PFA, LLC |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | | 202-778-9000 | 202-778-9100 | eric.rusnak@klgates.com | Counsel for Microsoft Corporation |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 | | 206-623-7580 | 206-623-7022 | marc.barreca@klgates.com bankruptcyecf@klgates.com | Counsel for Microsoft Corporation |
| Katsky Korins LLP | Steven H Newman Esq | 605 Third Ave 16th Fl | | New York | NY | 10158 | | 212-953-6000 | 212-953-6899 | snewman@katskykorins.com | Counsel for 502-12 LLC; 502-12 86th St LLC |
| Katten Muchin Rosenman LLP | c o Brian D Huben c o Thomas J Leanse c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | | 310-788-4400 | | brian.huben@kattenlaw.com dustin.branch@kattenlaw.com thomas.leanse@kattenlaw.com | Counsel for The Macerich Company; PREEF Property Management; Watt Companies, Cousins Properties; Portland Investment Company of America; and Prudential Insurance Company of America |
| Kaufman & Canoles | Paul K Campsen Esq | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 | | 757-624-3000 | 757-624-3169 | pkcampsen@kaufcan.com | Counsel for Ramco West Oaks I, LLC; Ramco JW, LLC; RLV Village Plaza, LP; RLV Vista Plaza, LP; Rebs Muskegon LLC; Pelkar Musegon, LLC; Faram Musegon, LLC; Lea Company, the assignee from Newport News Shopping Center, LLC |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com | Counsel for Developers Diversified Realty Corporation; Weingarten Realty Investors; Basser-Kaufman; General Growth Properties, Inc.; Jones Lang LaSalle Americas, Inc.; Phillips International; S.J. Collins Enterprises, Goodman Enterprises; DeHart Holdings; Weeks Properties CG Holdings; FW CA-BREA Marketplace LLC; Regency Centers, L.P.; RC CA Santa Barbara, LLC; |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | 7201 Glen Forest Dr Ste 102 | | Richmond | VA | 23226 | | 804-288-3446 | 804-288-3661 | wbroscious@kbbplc.com | Counsel for Kamin Realty Company |
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson | 1180 Peachtree St | | Atlanta | GA | 30309 | | 404-572-4600 | 404-572-5129 | jpardo@kslaw.com<br>thadwilson@kslaw.com | Counsel for Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics America, Inc. |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 | | 404-237-4100 | 404-364-0126 | hdawson@kkgpc.com | Counsel for Westgate Village LP |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | 1999 Avenue of the Stars 39th Fl | | Los Angeles | CA | 90067-6049 | | | | mtuchin@ktbslaw.com | Counsel for Paramount Home Entertainment |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 | | 215-569-4493 | 215-568-6603 | jkurtzma@klehr.com | Counsel for The Goldenberg Group |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 | | | | acichello@kb-law.com | Counsel for Loop West LLC, by its Managing Agent The Wilder Companies, Ltd. |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq<br>David M Blau Esq | 25800 Northwestern Hwy Ste 950 | | Southfield | MI | 48075 | | 248-357-0000 | 248-357-7488 | tah@kompc.com<br>dmb@kompc.com | Counsel for Ramco West Oaks I, LLC; Ramco JW, LLC; RLV Village Plaza, LP; RLV Vista Plaza, LP; Rebs Musegon, LLC; Pelkar Musegon, LLC; Faram Musegon, LLC |
| Kutak Rock LLP | Michael A Condyles Esq<br>Loc Pfeiffer Esq<br>Peter J Barrett Esq | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 | | 804-644-1700 | 804-783-6192 | michael.condyles@kutakrock.com<br>loc.pfeiffer@kutakrock.com<br>peter.barrett@kutakrock.com | Counsel for Sony Electronics Inc.; Schottenstein Property Group, Inc. |
| Landsberg Margulies LLP | Ian S Landsberg Esq | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | | 818-705-2777 | 808-705-3777 | ilandsberg@lm-lawyers.com | Counsel for Eagleridge Associates, LLC; Torrance Towne Center Associates, LLC; NMC Stratford, LLC and FJL-MVP, LLC |
| Latham & Watkins LLP | Josef S Athanas | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 | | 312-876-7700 | 312-993-9767 | josef.athanas@lw.com | Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC |
| Law Office of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | | 214-521-8000 | 214-521-1738 | sheehan@txschoollaw.com | Counsel for Lewisville Independent School District |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 | | 949-250-3322 | 949-250-3387 | rkbgwhw@aol.com | Counsel for Pacific Castle Groves, LLC |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 | | 631-761-0800 | | abramowitz@larypc.com | Counsel for CC Colonial Trust; CC Joliet Trust; CC Merrillville Trust; Bond Circuit VIII Delaware Trust |
| Leach Travell Britt PC | Stephen E Leach Esq<br>D Marc Sarata Esq | 8270 Greensboro Dr Ste 1050 | | McLean | VA | 22102 | | 703-584-8902 | 703-584-8901 | sleach@ltblaw.com<br>msarata@ltblaw.com | Counsel for Children's Discovery Centers of America, Inc. |
| LeClairRyan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | | 804-783-2003 | 804-783-2294 | Bruce.Matson@leclairryan.com | Counsel for Bank of America, N.A., as Agent |
| Lehnardt & Lehnhardt LLC | Detlef G Lehnardt<br>Stephen K Lehnardt | 20 Westwoods Dr | | Liberty | MO | 64068-3519 | | 816-407-1400 | 816-407-9088 | skleh@lehnardt-law.com | Counsel for 3725 Airport Blvd LP |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq<br>Gordon S Young Esq | One Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 | | 410-581-7400 | 410-581-7410 | jeremy.friedberg@llff.com<br>gordon.young@llff.com | Counsel for Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc. |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | 1425 RexCorp Plz | | Uniondale | NY | 11556-1425 | | 516-802-7008 | 516-802-7008 | lstopol@levystopol.com | Counsel for Audiovox Corporation |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | 1055 W Seventh St Ste 2800 | | Los Angeles | CA | 90017 | | 213-955-9500 | 213-955-9511 | sam.oh@limruger.com | Counsel for Averatec/Trigem USA |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro Ste 300 | | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Counsel for the City of El Paso |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel for City of Round Rock; Mclennan County; South Texas ISD; South Texas College; City of McAllen; McAllen ISD; Cameron County; Nueces County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel for Harris County, et al,; Fort Bend County; Cypress-Fairbanks Independent School District; Montgomery County |
| Linowes and Blocher LLP | Bradford F Englander Esq<br>Brian M Nestor Esq | 7200 Wisconsin Ave Ste 800 | | Bethesda | MD | 20814 | | 301-961-5125 | 301-654-2801 | benglander@linowes-law.com<br>bnestor@linowes-law.com | Counsel for Alliance Entertainment Corporation and Source Interlink Media, LLC |
| Lionel J Postic PC | Lionel J Postic Esq | 125 Townpark Dr Ste 300 | | Kennesaw | GA | 30144 | | 770-977-6767 | | lpostic@mindspring.com<br>aarusso@mindspring.com | Counsel for Sun Belt General Contractors, Inc. |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 600 Travis St Ste 3400 | | Houston | TX | 77002 | | 713-226-1200 | 713-223-3717 | | Counsel for Home Depot USA, Inc. |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 | | 214-740-8000 | 214-740-8800 | | Counsel for Parago, Inc.; Home Depot USA, Inc. |
| Loudoun County Attorney | John R Roberts<br>Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 | | 703-777-0307 | 703-771-5025 | Belkys.Escobar@loudoun.gov | Counsel for Loudoun County |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel for AT&T |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | 86 Farmington Ave | | Hartford | CT | 06105 | | 860-278-1900 | 860-547-1191 | mstiebel@mrglaw.com | Counsel for Basile Limited Liability Company |
| Madison County Alabama Tax Collector | Lynda Hall | Madison County Courthouse | 100 Northside Sq | Huntsville | AL | 35801 | | 256-532-3369 | 256-531-3368 | taxcol@co.madison.al.us<br>swells@co.madison.al.us | Counsel for Tax Collector of Madison County, Alabama |

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr<br>W Joel Charboneau | PO Box 404 | | Roanoke | VA | 24003 | | 540-343-9800 | 540-343-9898 | cmagee@mfgs.com<br>jcharboneau@mfgs.com | Counsel for Lewisville Independent School District; Arlington ISD; Alief ISD; Baybrook MUD 1; Brazoria County, Brazoria County MUD #6; Burleson ISD; Carroll ISD; City of Cedar Hill; City of Hurst; City of Lake Worth; City of Wichita Falls; Clear Creek ISD; Fort Bend ISD; Fort Bend LID 2; Fort Worth ISD; Galena Park ISD; Hidalgo County & H.C. Drainage District #1; Humble ISD; Lubbock CAD; Midland County Tax Office; Potter County Tax Office; Tyler ISD; Wichita County; Wichita Falls ISD; Woodlands Metro MUD; Woodlands RUD #1 |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq<br>Leon Koutsouftikis Esq | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 | | 703-766-4400 | 703-766-4408 | lkouts@magruderpc.com | Counsel for Washington Real Estate Investment Trust |
| McCarter & English LLP | Clement J Farley<br>Angela Sheffler Abreu | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 | | 973-622-4444 | 973-624-7070 | cfarley@mccarter.com<br>aabreu@mccarter.com | Counsel for PNY Technologies, Inc. |
| McCreary Veselka Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | | mreed@mvbalaw.com | Attorney for Williamson County, Texas, et al. |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 | | 212-547-5400 | 212-547-5444 | graicht@mwe.com | Counsel for Altamonte Springs Real Estate Associates |
| McDermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 | | 202-756-8000 | 202-756-8087 | kpalmer@mwe.com | Counsel for Altamonte Springs Real Estate Associates |
| McDonough Holland & Allen PC | Mary E Olden Esq<br>Andre K Campbell Esq<br>Sean Thomas Thompson Esq | 555 Capitol Mall Ste 950 | | Sacramento | CA | 95814 | | 916-444-3900 | 916-444-9334 | molden@mhalaw.com<br>acampbell@mhalaw.com<br>sthompson@mhalaw.com | Counsel for Colorado Structures, Inc., dba CSI Construction Company |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 | | 202-496-7312 | 202-496-7094 | jmcjunkin@mckennalong.com | Counsel for Bethesda Softwords, LLC |
| McKenna Long & Alridge LLP | John G McJunkin Esq<br>J David Folds | 1900 K St NW | | Washington | DC | 20006 | | 202-496-7312<br>202-496-7521 | 202-496-7094<br>202-496-7756 | jmcjunkin@mckennalong.com<br>dfolds@mckennalong.com | Counsel for 120 Orchard LLC; 427 Orchard LLC; FT Orchard LLC; Marc Realty |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | | 315-474-7541 | 315-474-4040 | knewman@menterlaw.com | Counsel for Carousel Center Company, L.P.; Sangertown Square, L.L.C.; EcklecCo NewCo, LLC; Landover, LLC; Charlotte UY, LLC; Cameron Bayonne, LLC; and Fingerlakes Crossing, LLC; NBT Bank, N.A. |
| MercerTrigiani LLP | Philip C Baxa Esq | 16 S Second St | | Richmond | VA | 23219 | | 804-782-8691 | 804-644-0209 | phil.baxa@mercertrigiani.com | Counsel for JWC/Loftus, LLC |
| Michael A Cardozo | Gabriela P Cacuci Esq | 100 Church St Rm 5 223 | | New York | NY | 10007 | | 212-788-0688 | 212-788-0937<br>212-788-0450 | geacuci@law.nyc.gov | Counsel for The City of New York |
| Michael J Sawyer | Quincy Ctr Plaza | PO Box 55888 | 1385 Hancock St | Quincy | MA | 02169 | | 617-770-6003 | 617-770-6091 | msawyer@stopandshop.com | Counsel for Giant of Maryland LLC and The Stop & Shop Supermarket Company LLC |
| Michelle Leeson CFCA | | PO Box 25300 | | Bradenton | FL | 34206-5300 | | 941-741-4835 | 941-741-4865 | michellel@taxcollector.com | Counsel for Ken Burton Jr., Manatee County Tax Collector |
| Michelle Leeson CFCA | | 819 US 301 Blvd W | | Bradenton | FL | 34205 | | 941-741-4835 | 941-741-4865 | michellel@taxcollector.com | Counsel for Ken Burton Jr., Manatee County Tax Collector |
| Miller Canfield Paddock and Stone PLC | John L Senica | 225 W Washington Ste 2600 | | Chicago | IL | 60606 | | 312-460-4215 | 312-460-4201 | senica@millercanfield.com | Counsel for Evergreen Plaza Associates Limited Partnership; Evergreen Plaza Associates I, LP; and TPG Management Inc. |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | edvaecf@dor.mo.gov | Counsel for Missouri Department of Revenue |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | AV Division | 9351 Jeronimo Rd | Irvine | CA | 92656 | | 949-465-6079 | 949-609-4924 | batteberry@mdea.com | Counsel for Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics America, Inc. |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo | 2029 Century Park E 21st Fl | | Los Angeles | CA | 90067 | | 310-551-3100 | 310-551-0238 | bmoldo@mdfslaw.com | Counsel for The City Portfolio TIC, LLC; KJF/Faris TIC, LLC; Descanso TIC, LLC; Centre at 38th St TIC, LLC and RMRG Portfolio TIC, LLC |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 | | 212-554-1742 | 866-741-2505 | Andrew.Herenstein@monarchlp.com | Monarch Alternative Capital LLP |
| Moore & Van Allen PLLC | David B Wheeler Esq | 40 Calhoun St Ste 300 | PO Box 22828 | Charleston | SC | 29413-2828 | | 843-579-7000 | 843-579-8727 | davidwheeler@mvalaw.com | Counsel for South Carolina Eletctric & Gas Co.; Public Service of North Carolina |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6669 | 212-309-6001 | nherman@morganlewis.com | Counsel for Kimco Realty Corporation; Mall Properties; U.S. 41 & I-285 Company |
| Morrison Cohen LLP | Michael R Dal Lago Esq | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com | Counsel for Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | One South St 27th Fl | | Baltimore | MD | 21202-3282 | | 410-332-8550 | 410-332-8505 | dhd@nqgrg.com | Counsel for Circuit City Indianapolis 98, LLC; Circuit City Jackson 98 LLC; Circuit City Harper Woods 98, LLC, Circuit City Green Bay 98, LLC; Circuit City East Lansing 98, LLC |
| O Melveny & Myers LLP | Michael J Sage Esq<br>Karyn B Zeldman Esq | Times Square Tower | 7 Times Square | New York | NY | 10036 | | 212-326-2000 | 212-326-2061 | msage@omm.com<br>kzeldman@omm.com | Counsel for Pan Am Equities, Inc. |
| Office of Joe G Tedder CFC | Bonnie Holly | Deliquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 | | 863-534-4746x5718 | 863-534-4741 | bonnieholly@polktaxes.com | Counsel for the Tax Collector for Polk County, Floridia |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | Dept of Labor and Industry Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1184 | | 610-378-4044 | 610-378-4459 | tbortz@state.pa.us | Office of Unemployment Compensation Tax Services |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahaoma City | OK | 73102 | | 405-713-1323 | | | Counsel for the Oklahoma County Treasurer |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq<br>Frederick J Levy Esq | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 | | 212-451-2300 | | mfox@olshanlaw.com<br>flevy@olshanlaw.com | Counsel for Bush Industries, Inc.; ON Corp US Inc.; ON Corp |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 | | 210-224-2000 | 210-224-7540 | Rbattaglia@obht.com | Counsel for The Miner Corporation |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq Jonathan P Guy Esq | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | sstengel@orrick.com jguy@orrick.com | Counsel for MiTAC USA Inc. |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks Marc S Wasserman | 100 King St W 1 First Canadian Pl | Ste 6100 PO Box 50 | Toronto | ON | M5X 1B8 | Canada | 416-862-4923 416-862-4908 | 416-862-6666 | jdacks@osler.com mwasserman@osler.com | |
| Panattoni Law Firm | Fredrick Albert | 34 Tesla Ste 100 | | Irvine | CA | 92618 | | | | | |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 | | 281-991-6095 | 281-991-6012 | | Counsel for the Pasadena Independent School District |
| Patton Boggs LLP | R Timothy Bryan Alan M Noskow | 8484 Westpark Dr 9th Fl | | McLean | VA | 22102 | | 703-744-8000 | 703-744-8001 | tbryan@pattonboggs.com anoskow@pattonboggs.com | Counsel for Navarre Distribution Services, Inc. |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 | | 202-326-4020x3881 800-400-7242x3881 | 202-326-4112 | eagle.sara@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Yolanda Humphrey | PO Box 13430 | | Arlington | TX | 76094-0430 | | 817-461-3344 | 817-860-6509 | arlbank@pbfcm.com ebanda@pbfcm.com yhumphrey@pbfcm.com | Counsel for the City of Cedar Hill; Burleson ISD; Arlington ISD; City of Hurts; Mansfield ISD; Carroll ISD; City of Lake Worth; Arlington ISD; Alief ISD; Baybrook MUD 1; Brazoria County, Brazoria County MUD #6; Burleson ISD; Carroll ISD; City of Cedar Hill; City of Hurst; City of Lake Worth; City of Wichita Falls; Clear Creek ISD; Fort Bend ISD; Fort Bend LID 2; Fort Worth ISD; Galena Park ISD; Hidalgo County & H.C. Drainage District #1; Humble ISD; Lubbock CAD; Midland County Tax Office; Potter County Tax Office; Tyler ISD; Wichita County; Wichita Falls ISD; Woodlands Metro MUD; Woodlands RUD #1 |
| Phillips Goldman & Spence PA | Stephen W Spence Esq Scott L Adkins Esq | 1200 N Broom St | | Wilmington | DE | 19806 | | 302-655-4200 | 302-655-4210 | sws@pgslaw.com sla@pgslaw.com | Counsel for Dicker-Warmington Properties |
| Pima County Attorney Civil Division | German Yusufov Terri A Roberts | 32 N Stone Ste 2100 | | Tucson | AZ | 85701 | | 520-740-5750 | | terri.roberts@pcao.pima.gov german.yusufov@pcao.pima.gov | Counsel for PIMA County |
| Posternak Blankstein & Lund LLP | Robert Somma Esq Laura A Otenti Esq | Prudential Tower | 800 Boylston St | Boston | MA | 02199 | | 617-973-6100 | 617-367-2315 | rsomma@pbl.com lotenti@pbl.com | Counsel for Salem Rockingham LLC |
| Powell Goldstein LLP | William C Crenshaw Esq | 901 New York Avenue NW Third Fl | | Washington | DC | 20001 | | 202-624-7380 | 202-624-7222 | wcrenshaw@pogolaw.com | Counsel for Prince George's Station Retail, LLC; Gould Investors, L.P.; Georgia Pension Associates Realty Corp.; OLD CCAntioch, LLC; OLP CCFairview Heights, LLC; OLP CCFerguson, LLC; OLP CCFlorence, LLC; OLP CCSt. Louis, LLC, and OLP 6609 Grand, LLC |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | 530 B St Ste 2100 | | San Diego | CA | 92101 | | 619-515-3239 | 619-235-0398 | gpk@procopio.com | Counsel for Plaza Las Palmas LLC |
| Quarles & Brady LLP | Brian Sirower Esq Lori L Winkelman Esq Catherine M Guastello Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | bsirower@quarles.com lwinkelm@quarles.com cguastel@quarles.com | Counsel for DFS Services LLC |
| Quarles & Brady LLP | Catherine M Guastello Esq | Two N Central Ave | | Phoenix | AZ | 85004 | | 602-229-5200 | | cguastel@quarles.com | Counsel for United Parcel Service, Inc.; UPS Ground Freight, Inc.; and Bedford Properties LLC |
| Quarles & Brady LLP | Faye B Feinstein Esq Christopher Combest Esq | 500 W Madison St Ste 3700 | | Chicago | IL | 60661 | | 312-715-5000 | 312-715-5155 | fbf@quarles.com ccombest@quarles.com | Counsel for United Parcel Service, Inc.; UPS Ground Freight, Inc.; and Bedford Properties LLC |
| Querrey & Harrow Ltd | John M Brom | 175 W Jackson Blvd | Ste 1600 | Chicago | IL | 60604-2827 | | 312-540-7146 | 312-540-0578 | jbrom@querrey.com | Counsel for LumiSource, Inc. |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | 4545 IDS Ctr | 80 S Eighth St | Minneapolis | MN | 55402 | | 612-332-8511 | 612-332-8302 | mfmcgrath@ravichmeyer.com | Counsel for Tamarack Village Shopping Center LP |
| Recovery Management Systems Corp | Ramesh Singh | GE Money Bank | 25 SE 2nd Ave Ste 1120 | Miami | FL | 33131-1605 | | 305-379-7674 | 305-374-8113 | claims@recoverycorp.com | Counsel for GE Money Bank (Sam's Club BRC) |
| Regency Centers | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd Ste 520 | Cincinnati | OH | 45236 | | 513-686-1626 | | catherinestrauss@regencycenters.com | Associate Corporate Counsel for Regency Centers |
| Riemer & Braunstein LLP | David S Berman | Three Ctr Plz 6th Fl | | Boston | MA | 02108 | | 617-880-3456 | 617-880-3456 | Dberman@riemerlaw.com | Counsel for Bank of America, N.A., as Agent |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 | | 212-603-6300 | 212-581-5981 | fbr@robinsonbrog.com | Counsel for F&M Properties, Inc. |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | 1888 Century Park E Ste 1500 | | Los Angeles | CA | 90067 | | 310-277-7400 | 310-277-7584 | dkappler@rdwlawcorp.com | Counsel for Watercress Associates LP, LLP, dba Pearlridge Center |
| Romero Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | | | | romero@mromerolawfirm.com | Counsel for County of Riverside, CA |
| Ronald M Tucker Esq | | 225 W Washington St | | Indianapolis | IN | 46204 | | 317-263-2346 | 317-263-7901 | rtucker@simon.com | Counsel for Simon Property Group Inc |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 | | 713-626-1200 | 713-623-6014 | jvlombardi@rossbanks.com | Counsel for AmREIT |
| Saiber LLC | Nancy A Washington Esq | One Gateway Ctr 13th Fl | | Newark | NJ | 07102 | | 973-622-3333 | 973-622-3349 | naw@saiber.com | Counsel for FM Facility Maintenance, f/k/a IPT, LLC |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq<br>William A Gray Esq<br>Peter M Pearl Esq<br>Lisa Taylor Hudson Esq | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218-1998 | | 804-648-1636<br>804-783-7237 | 804-783-7291 | ppearl@sandsanderson.com<br>lhudson@sandsanderson.com<br>bgray@sandsanderson.com<br>tebel@sandsanderson.com | Counsel for Counsel for Monument Consulting, LLC; Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Trafis Funches, Dione Funches, Dwayne Funches, Jr., Emily Funches, Lovera S Funches, Shatira Funches, individually; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; CSI Construction Company; Vornado Gun Hill Road, LLC; Amherst VF LLC; East Brunswick VF LLC; North Plainfield VF LLC; Alexander's Rego Park Center, Inc.; Towson VF LLC; Green Acres Mall LLC; Wayne VF LLC; VNO Mundy Street LLC; VNO TRU Dale Mabry LLC |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq<br>Pamela A Bosswick Esq<br>Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 | | 212-818-9200 | 212-808-9606 | cbelmonte@ssbb.com<br>pbosswick@ssbb.com<br>asnow@ssbb.com | Counsel for International Business Machines Corporation |
| Saul Ewing LLP | Edith K Altice Esq | Lockwood Pl | 500 E Pratt St Ste 900 | Baltimore | MD | 21202-3171 | | 410-332-8600 | 410-332-8862 | ealtice@saul.com | Counsel for FR E2 Property Holding, L.P. |
| Saul Ewing LLP | Jeremy W Ryan Esq | PO Box 1266 | 222 Delaware Ave | Wilmington | DE | 19801 | | 302-421-6805 | 302-421-5861 | jryan@saul.com | Counsel for FR E2 Property Holding, L.P. |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq<br>J Carole Thompson Hord Esq | 1100 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 | | 404-681-3450 | 404-681-1046 | lburnat@swfllp.com<br>chord@swfllp.com | Counsel for Turner Broadcasting System, Inc. |
| Schulte Roth & Zabel LLP | Michael L Cook<br>David M Hillman<br>Meghan M Breen | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | michael.cook@srz.com<br>david.hillman@srz.com<br>meghan.breen@srz.com | Counsel for Panasonic Corporation of North America |
| Seyfarth Shaw LLP | Jessica Hughes Esq<br>Rhett Petcher Esq | 975 F St NW | | Washington | DC | 20004 | | 202-463-2400 | 202-828-5393 | jhughes@seyfarth.com<br>rpetcher@seyfarth.com | Counsel for Eatontown Commons Shipping Center; AmCap NorthPoint LLC; AmCap Arborland LLC |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | 620 Eighth Ave | | New York | NY | 10018 | | 212-218-5000 | 212-218-5526 | rdremluk@seyfarth.com | Counsel for Eatontown Commons Shipping Center; AmCap NorthPoint LLC; AmCap Arborland LLC |
| Seyfarth Shaw LLP | William J Factor Esq | 131 S Dearborn St Ste 2400 | | Chicago | IL | 60603 | | 312-460-5973 | 212-460-7973 | wfactor@seyfarth.com | Counsel for Arboretum of South Barrington, LLC |