William H. Schwarzschild, III, VSB No. 15274
Paul S. Bliley, Jr. – VSB No. 13973
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone:  804.783.6489
        804.783.6448
Fax:    804.783.6507
tschwarz@williamsmullen.com
pbliley@williamsmullen.com
Counsel for 1890 Ranch, Ltd.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT COURT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et. al. | § | Case No. 08-35653-KRH |
| | § | (Jointly Administered) |
| Debtors | § | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

COMES NOW Paul S. Bliley, Jr., local counsel for 1890 Ranch, Ltd. in this case and a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of Michael Eric Deitch of the Law Offices of Michael Deitch, P.C., Austin, Texas. In support, Movant states the following:

1.    Michael Eric Deitch, Texas State Bar Number 05644550, is an attorney and member of the Law Offices of Michael Deitch, P.C. with offices at: 800 Rio Grande, Austin, Texas 78701, 512/ 474-1554 (telephone), 512/ 474-1579 (fax), mike.d@dhpc-law.com.

2.   Mr. Deitch graduated from the University Of Texas School Of Law in 1979 and was admitted to practice in the State of Texas in 1979. Mr. Deitch is a member in good standing of the State Bar of Texas. Mr. Deitch is admitted to practice in the U.S. District Court, Western District of Texas and Northern District of Texas and the U.S. Court of Appeals, Fifth Circuit.

3.   Mr. Deitch's admittance to practice law has never been revoked and he is not the subject of any disciplinary proceedings.

4.   Pursuant to Local Bankruptcy Rule 9013-1(g), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

5.   No previous request for the relief sought herein has been made to this Court or any other Court.

WHEREFORE, the Movant requests this Court enter an order admitting Michael Eric Deitch of the Law Offices of Michael Deitch, P.C. *pro hac vice* to the bar of this Court for the conduct of this case.

Respectfully submitted this 11th day of December, 2008.

/s/ Paul S. Bliley, Jr.

William H. Schwarzschild, III, VSB No. 15274
Paul S. Bliley, Jr. – VSB No. 13973
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.783.6448
Fax:    804.783.6507
tschwarz@williamsmullen.com
pbliley@williamsmullen.com
Counsel for 1890 Ranch, Ltd.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 11th day of December, 2008, a copy of the Motion to Admit Counsel Pro Hac Vic were sent via the Electronic Case Filing (ECF) system, as appropriate, and by First Class Mail (postage prepaid) on the following attached Service List:

/s/ *Paul S. Bliley, Jr.*
Paul S. Bliley, Jr.

1693443v1

William H. Schwarzschild, III, VSB No. 15274
Paul S. Bliley, Jr. – VSB No. 13973
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.783.6489
       804.783.6448
Fax:   804.783.6507
tschwarz@williamsmullen.com
pbliley@williamsmullen.com
Counsel for 1890 Ranch, Ltd.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT COURT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et. al. | § | Case No. 08-35653-KRH |
| | § | (Jointly Administered) |
| Debtors | § | |

**ORDER APPROVING ADMISSION
PRO HAC VICE OF MICHAEL ERIC DEITCH**

This matter comes before the Court upon the Motion of Paul S. Bliley, Jr. requesting entry of an order approving the admission of *pro hac vice* of Michael Eric Deitch of the Law Offices of Michael Deitch, Austin, Texas, to represent the interests of 1890 Ranch, Ltd. in these proceedings. Based upon the representations set forth in the Motion, and finding it other proper, the Court

ORDERS that Michael Eric Deitch be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

Entered: December ___, 2008

_____
KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

  /s/ Paul S. Bliley, Jr.
William H. Schwarzschild, III, VSB No. 15274
Paul S. Bliley, Jr. – VSB No. 13973
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone:  804.783.6489
        804.783.6448
Fax:    804.783.6507
tschwarz@williamsmullen.com
pbliley@williamsmullen.com
Counsel for 1890 Ranch, Ltd.

## LOCAL RULE CERTIFICATION

I hereby certify that the foregoing has been endorsed by all necessary parties.

_____

2

## CERTIFICATE

I hereby certify that a copy of foregoing Order was sent by first class mail, postage prepaid or by electronic communication this ___ day of December, 2008 to:

Michael Deitch
Law Offices of Michael Deitch, P.C.
800 Rio Grande
Austin, Texas  78701

Dion W. Hayes, Esq.
McGuireWoods, LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

/s/ Paul S. Bliley, Jr.

1693484v1

3

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Jonathan L Gold | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | 202-887-4288 | jgold@akingump.com | Counsel for Goldsmith International, L.P. |
| Allen & Overy LLP | Mary A House | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-610-6300 | 212-610-6399 | mhouse@akingump.com | Counsel for Alvarez & Marsal Canada ULC |
| Allen & Overy LLP | Ken Coleman | | | | | | | | | ken.coleman@allenovery.com | |
| Andrew S Conway Esq | Ken Coleman | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | | 248-258-7427 | | Aconway@taubman.com | Counsel for the Taubman Landlords |
| Arent Fox LLP | Timothy F Brown Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 | | 202-857-6000 | 202-857-6395 | brown.timothy@arentfox.com | Counsel for F.R.O., L.L.C. IX |
| Arent Fox LLP | Mary Joanne Dowd Esq | | | | | | | | | dowd.mary@arentfox.com | |
| Arent Fox LLP | Christopher J Giaimo Esq | | | | | | | | | giaimo.christopher@arentfox.com | |
| Arnall Golden Gregory LLP | Darryl S Laddin | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel for Verizon Communications Inc. |
| Arnall Golden Gregory LLP | Frank N White | | | | | | | | | frank.white@agg.com | |
| Attorney General of New Jersey | Anne Milgram | Richard J Hughes Justice Complex | PO Box 106 25 Market St | Trenton | NJ | 08625-0119 | | 609-777-3432 | | citizens.services@lps.state.nj.us | Counsel for the State of New Jersey, Division of Taxation and Department of Labor |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | 804-819-5400 | 804-819-7417 | | Counsel for the United States of America |
| Attorney General of the US | Richard F Stein | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | | | Counsel for the United States of America |
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | | | Counsel for the United States of America |
| Ballard Spahr Andrews & Ingersoll LLP | Justin D Leonard | 101 SW Main St Ste 1100 | | Portland | OR | 97204 | | 503-228-2525 | 503-295-1058 | jleonard@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | | 202-661-2200 | 202-661-2299 | cgp@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Ballard Spahr Andrews & Ingersoll LLP | Charles W Chotvacs Esq | | | | | | | | | chotvacsc@ballardspahr.com | |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq | | | | | | | | | pollack@ballardspahr.com | Counsel for the United States of America |
| Ballard Spahr Andrews & Ingersoll LLP | Jeffrey Meyers Esq | | | | | | | | | meyers@ballardspahr.com | |
| Ballard Spahr Andrews & Ingersoll LLP | Jesse N Silverman Esq | 1735 Market St | | Philadelphia | PA | 19103 | | 215-864-8325 | 215-864-9473 | silverman@ballardspahr.com | Counsel for Tysons 3 LLC; The Ziegler Companies LLC; Madison Waldorf LLC |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | | 703-525-4000 | 703-525-2207 | Mweitzman@beankinney.com | Counsel for The Irvine Company LLC |
| Bey Lassiben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | | 562-698-9771 714-994-5131 | 562-696-6357 | ernie_park@bewleylaw.com | Counsel for The Irvine Company LLC; Daly City Partners I, L.P. |
| Bingham McCutchen LLP | Michael W Maller Esq | 2775 Park Ave | | Santa Clara | CA | 95050 | | | | michael@bindermalter.com | Counsel for Envision Peripherals, Inc. |
| Bingham McCutchen LLP | Julie H Rome Banks Esq | | | | | | | | | julie@bindermalter.com | |
| Blank Rome LLP | Regina Stango Kelbon Esq | One Logan Sq | | Philadelphia | PA | 19103 | | 215-569-5507 | 215-832-5507 | Kelbon@blankrome.com | Counsel for Cellco Partnership, Affiliated license holders dba Verizon Wireless |
| Blank Rome LLP | John Lucian Esq | | | | | | | | | Lucian@blankrome.com | |
| Blankingship & Keith PC | William H Casterline Jr Esq | 4020 University Dr Ste 300 | | Fairfax | VA | 22030 | | 703-691-1235 | 703-691-3913 | wcasterline@bk-lawva.com | Counsel for ACCO Brands Corporation |
| Borges & Associates LLC | Jeremy B Root Esq | | | | | | | | | jroot@bk-lawva.com | |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 | | 516-677-8200x225 | | borges@lawfirm@aol.com | Counsel for Sharp Electronics Corporation |
| Bracewell & Giuliani LLP | William A Trey Wood III | 711 Louisiana St Ste 2300 | | Houston | TX | 77002 | | 713-223-2300 | 713-221-1212 | Trey.Wood@bgllp.com | Counsel for Panattoni Construction, Inc.; Raymond & Main Retail, LLC; Chino South Retail PG, LLC; and Panattoni Development Company, Inc.; as Agent for WI Texas Holdings, LLC; TI PI Texas, LLC; Dudley Mitchell Properties TX, LLC; Shelby Properties TX, LLC; Pinstar Investment Properties TX, LLC; Charles L Kessinger, Jacque L Kessinger, Northglenn Retail, LLC |
| Bricker & Eckler LLP | Kenneth C Johnson | 100 S Third St | | Columbus | OH | 43215 | | 614-227-2300 | 614-227-2390 | kjohnson@bricker.com | Counsel for Exceste LLC |
| Brown Connery LLP | Andria M Beckham | 2600 Mission St Ste 206 | | San Marino | CA | 91108 | | 626-799-7800 | 626-799-7990 | abeckham@bricker.com | Counsel for 13630 Victory Boulevard LLC |
| Brown Connery LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel for SAP Retail, Inc. and Business Objects |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | cchiang@buchalter.com | Counsel for Premier Retail Networks, Inc. |
| Canon USA Inc | Ruth Weinstein | 1 Canon Plz | | Lake Success | NY | 11042 | | 516-328-5121 | 516-328-5129 | rweinstein@cusa.canon.com | Canon U.S.A., Inc. |
| Cantor Arkema PC | David K Spiro Esq | | | | | | | | | dspiro@cantorarkema.com | Counsel for Dentici Family Limited Partnership |
| Cantor Arkema PC | Neil E McCullagh Esq | PO Box 561 | | Richmond | VA | 23218-0561 | | 804-644-1400 | 804-225-8706 | nmccullagh@cantorarkema.com | Counsel for Dentici Family Limited Partnership |
| Carlton Fields PA | John J Lamoureux Esq | 4221 W Bay Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | | 813-223-7000 | 813-229-4133 | jlamoureux@carltonfields.com | Counsel for Amore Construction Company |
| Carroll & Carroll PLLC | Scott P Carroll Esq | 831 E Morehead St Ste 440 | | Charlotte | NC | 28202 | | 704-332-5654 | 704-332-6238 | lawcarroll@aol.com | Counsel for Alliance-Rocky Mount, LLC |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 | | 912-652-7110 | 912-652-7101 | | Chatham County Tax Commissioner |
| Christian & Barton LLP | Augustus C Epps Jr Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | | 804-697-4104 | 804-697-6104 | aepps@cblaw.com | Counsel for Lexmark International, Inc.; Gateway Center Properties III, LLC; SMR Gateway III, LLC; Union Square Retail Trust; Whitestone Development Partners, L.P.; CC-Investors 1995-6; MLA Brookhaven, LLC; The West Campus Square Company, LLC; Annagosa Palmdale Investments, LLC; Bella Terra Associates, LLC |
| Christian & Barton LLP | Michael D Mueller Esq | | | | | | | | 804-697-4112 | mmueller@cblaw.com | |
| Christian & Barton LLP | Jennifer M McLemore Esq | | | | | | | | | jmclemore@cblaw.com | |
| Christian & Barton LLP | Noelle M James Esq | | | | | | | | | njames@cblaw.com | |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq | One Commerce Sq Ste 1930 | 2005 Market St | Philadelphia | PA | 19103 | | 215-557-3550 | 215-557-3551 | aciardi@ciardilaw.com | Counsel for Little Britain Holding, LLC |
| Ciardi Ciardi & Astin PC | Thomas D Bielli Esq | | | | | | | | | tbielli@ciardilaw.com | |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | 300 E Lombard St Ste 2000 | | Baltimore | MD | 21202 | | 410-528-2972 | 410-230-0667 | ddean@coleschotz.com | Counsel for Faber Bros, Inc. |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq Christina M Thompson Esq | PO Box 2207 | | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | kbifferato@cblh.com cthompson@cblh.com | Counsel for Inland Southwest Management LLC; Inland American Retail Management LLC; Inland US Management LLC; Inland Pacific Property Services LLC; Inland Commercial Property Management Corp. |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | 1875 Eye St NW 11th Fl | | Washington | DC | 20006 | | 202-331-7111 | 202-293-6229 | mpark@cblh.com | Counsel for Inland Southwest Management LLC; Inland American Retail Management LLC; Inland US Management LLC; Inland Pacific Property Services LLC; Inland Commercial Property Management Corp. |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | 4551 Cox Rd Ste 210 | PO Box 3059 | Glen Allen | VA | 23058-3059 | | 804-747-4500 | 804-762-9608 | ddhopper@chlhf.com | Continental Property Management Corp. |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | San Francisco | CA | 94111-5800 | | | | kleinergs@cooley.com | Counsel for Shopping.com, Inc. |
| Core Properties Inc | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 | | 704-342-0410 | 704-342-0704 | jim@coreproperties.com | Counsel for Alliance-Rocky Mount, LLC |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | 19800 MacArthur Blvd Ste 500 | | Irvine | CA | 92612 | | 949-476-2111 | 949-476-0256 | jbressi@coxcastle.com | Counsel for RJ Ventures, LLC and K&G Dearborn LLC |
| Culbert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 | | 703-737-7797 | 703-737-6470 | aschmitt@culbert-schmitt.com | Counsel for Plaza Las Palmas LLC |
| Corporate Counsel | | | | | | | | | | | Corporate Counsel |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | | 212-755-5500 | | ecotton@ddrc.com | Counsel for Eastman Kodak Company |
| DLA Piper LLP | Anne Braucher Esq | 500 Eighth St NW | | Washington | DC | 20004 | | 202-799-4000 | 202-799-5000 | anne.braucher@dlapiper.com | Counsel for InnerWorkings, Inc. |
| DLA Piper LLP | Timothy W Brink Esq | 203 N LaSalle St Ste 1900 | | Chicago | IL | 60601 | | 312-368-6802 | 312-251-2170 | timothy.brink@dlapiper.com | Counsel for Audiovox Corporation |
| Dogleaf Gallagher Woods LLP | William R Hill | 300 Lakeside Dr Ste 1900 | | Oakland | CA | 94612 | | 510-451-0544 | 510-832-1486 | rock@donahue.com | Counsel for Monte Vista Crossings, LLC |
| Eric A Handler | | | | | | | | | | rchandler@donahue.com | |
| Peter N Tamposi | | 547 Amherst St Ste 204 | | Nashua | NH | 03063 | | 603-886-7266 | 603-886-2138 | Peter@dnlpc.com nontrustee@gmail.com | |
| Donchess Notinger & Tamposi | | | | | | | | | | | |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq Matthew E Hoffman Esq | 30 S 17th St | | Philadelphia | PA | 19103 | | 215-979-1506 215-979-1524 | 215-689-4922 | DiMassa@duanemorris.com MEHoffman@duanemorris.com | Counsel for Hewlett Packard Company |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq John C Smith Esq Elizabeth L Gunn Esq | 600 E Main St 20th Fl | | Richmond | VA | 23219 | | 804-775-6900 | 804-775-6911 | rterry@durrettebradshaw.com jsmith@durrettebradshaw.com egunn@durrettebradshaw.com | Counsel for Eaton Corporation |
| David J Persichetti | | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 | | 216-523-4539 | | | |
| Eaton Corporation | | | | | | | | | | | Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield |
| Empire Blue Cross Blue Shield | Louis Benza Esq | 15 Metro Tech Ctr 6th Fl | | Brooklyn | NY | 11201 | | | | louis.benza@empireblue.com | |
| Enterprise Asset Management Inc | Lee Sudakoff | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 | | 212-824-1151 | 212-824-1102 | Lee_Sudakoff@eassets.com | Counsel for South Shields #1, Ltd |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 | | | | gay@epius.com | Envision Peripherals, Inc. |
| Ett Cohen & Jessup LLP | Michael S Kogan | 9401 Wilshire Blvd 9th Fl | | Beverly Hills | CA | 90212 | | 310-273-6333 | 310-859-2325 | mkogan@ecjlaw.com | Counsel for Dilan Distribution LLC |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall Ste 1450 | | Sacramento | CA | 95814 | | 916-329-7400 x222 | 916-329-7435 | ppascuzzi@ffwplaw.com | Counsel for McClatchy Company; Biloxi Sun Heald; Columbus Ledger-Enquirer; Charlotte Observer; Fort Worth Star-Telegram; Island Packet; Macon Telegraph; Raleigh News & Observer; Myrtle Beach Sun News; Columbia State; Belleville News-Democrat; Bellingham Herald; Idaho Statesman; Kansas City Star; Tri-City Herald; Tacoma News Inc; Olympian; Centre Daily Times (State College); Wichita Eagle; Fresno Bee; Lexington Herald-Leader; Modesto Bee; Miami Herald; Merced Sun Star; Sacramento Bee; Bradenton Herald; San Luis Obispo Tribune |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | 177 Broad St | | Stamford | CT | 06901-2048 | | 203-325-5000 | 203-325-5001 | hbaer@fdh.com | Counsel for Bell'O International Corp. |
| Ford Parshall & Baker | Jordan M Humphreys | 3210 Bluff Creek | | Columbia | MO | 65201 | | 573-875-1901 | | humphreys@fpb-law.com | Counsel for Columbia Plaza Joint Venture |
| Foster Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 | | 206-447-4400 | | alstc@foster.com | Counsel for 507 Northgate, LLC |
| Franklin & Prokopik PC | Andrew L Cole | The B&O Bldg | Two N Charles St Ste 600 | Baltimore | MD | 21201 | | 410-752-8700 | 410-752-6868 | acole@fandpnet.com | Counsel for Faber Bros., Inc. |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | | 415-834-3800 | 415-834-1044 | efriedman@friedumspring.com | Counsel for Hewlett-Packard Company |
| Fullerton & Knowles PC | Richard J Hulson Esq | 12644 Chapel Rd Ste 205 | | Clifton | VA | 20124 | | 703-818-2600 | 703-818-2602 | rhulson@fullertonlaw.com | Counsel for US Signs, Inc. |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 | | 505-899-5019 | 505-792-9095 | dave@glassandreynolds.com | Counsel for Homero Mata |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | 300 Summers St Ste 1500 | | Charleston | WV | 25301 | | 304-346-7000 | 304-344-0602 | sjt@goodwingoodwin.com | Counsel for 601 Plaza, LLC; Pat Minnie, Jr; Judith Rae Minnie; PM Construction, Inc.; The PM Company |
| Goulston & Storrs PC | Christine D Lynch Esq Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | | 617-482-1776 | 617-574-4112 | clynch@goulstonstorrs.com pbilowz@goulstonstorrs.com | Counsel for E&A Northeast Limited Partnership; Route 146 Millbury LLC; Interstate Augusta Properties LLC; SR Weiner & Associates Inc; Ray Mucci's Inc; NPP Development LLC |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | 1900 Avenue of the Stars Ste 2100 | | Los Angeles | CA | 90067-4590 | | 310-553-3610 | 310-553-0687 | jkrieger@ggfirm.com | Counsel for Southwinds Ltd |
| Greenberg Traurig LLP | Daniel J Ansell Esq | 200 Park Ave | | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | AnsellD@GTLaw.com | Counsel for Gateway Center Properties III, LLC; SMR Gateway III, LLC; Union Square Retail Trust; Whitestone Development Partners, L.P. |
| Greenberg Traurig LLP | Howard M Berman Esq | 200 Park Ave | | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | bermanh@gtlaw.com | Counsel for CC-Investors 1995-6 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | 1900 Avenue of the Stars Ste 1800 | | Los Angeles | CA | 90067 | | 310-552-9292 | 310-552-9291 | jfriedman@hkemlaw.com | Counsel for The West Campus Square Company, LLC; Amargosa Palmdale Investments, LLC; Bella Terra Associates, LLC |
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | | | | bill.ray@hamiltonbeach.com | Credit Manager for Hamilton Beach Brands, Inc. |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | One Logan Sq 27th Fl | | Philadelphia | PA | 19103 | | 215-496-7050 | 215-568-0300 | achan@hangley.com | Counsel for The City of Philadelphia |
| Haynes and Boone LLP | Jason Binford | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 | | 214-651-5000 | 214-651-5940 | jason.binford@haynesboone.com | Counsel for Phoenix Property Company; BB Fonds International 1 USA, L.P. |
| Herrick Feinstein LLP | Paul Rubin | Two Park Ave | | New York | NY | 10016 | | 212-592-1400 | 212-592-1500 | prubin@herrick.com | Counsel for Canon U.S.A., Inc. |
| Hewitt & O Neil LLP | Lawrence J Hilton | 19900 MacArthur Blvd Ste 1050 | | Irvine | CA | 92612 | | 949-798-0500 | 949-798-0511 | lhilton@hewittoneil.com | Counsel for Targus Inc |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@haslaw.com | Counsel for DeMattei Management, Inc. |
| Hirschler Fleischer PC | Michael P Falzone Esq | PO Box 500 | | Richmond | VA | 23218-0500 | | 804-771-9630 | 804-644-0957 | mfalzone@hf-law.com | Counsel for Altamonte Springs Real Estate Associates; 5022 12 86th Street LLC; Woodlawn Trustees, Incorporated |
| Hodgson Russ LLP | Sheila deLa Cruz Esq | The Guaranty Bldg | 140 Pearl St Ste 100 | Buffalo | NY | 14202 | | 313-465-7626 / 313-465-7480 | 313-465-7461 | sdelacruz@hf-law.com / akeith@honigman.com | Basile Limited Liability Company |
| Hodgson Russ LLP | Garry M Graber Esq | The Guaranty Bldg | 140 Pearl St Ste 100 | Buffalo | NY | 14202 | | 716-856-4000 | 716-849-0349 | ggraber@HodgsonRuss.com | Counsel for Manufacturers & Traders Trust Company |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq | 530 Fifth Ave | | New York | NY | 10036 | | 212-818-9000 | 212-868-4830 | skipnis@hgg.com / rgreenberger@hgg.com | Counsel for Dollar Tree Stores, Inc. |
| Hofheimer Gartlir & Gross LLP | Rachel N Greenberger Esq | 530 Fifth Ave | | New York | NY | 10036 | | 212-818-9000 | 212-868-4830 | rmalli@hgg.com | |
| Holland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 | | 202-457-7049 | 202-955-5564 | richard.lear@hklaw.com | CapTech Ventures, Inc. |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq | 2290 First National Bldg | 660 Woodward Ave Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 / 313-465-7480 | 313-465-7627 / 313-465-7461 | sdrucker@honigman.com / akeith@honigman.com / lgarno@honigman.com | Counsel for Panasonic Corporation of North America; Taubman Auburn Hills Associates Limited Partnership; Alvarez & Marsal Canada ULC; Counsel for Taubman Auburn Hills Associates Limited Partnership; Counsel for Harvest HPE LP; Cypress CC Marion I LP; Marketplace of Rochester Hills Parcel B, LLC; DIRECTV, Inc. |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | Three Embarcadero Ctr 7th Fl | | San Francisco | CA | 94111-4065 | | 415-434-1600 | 415-217-5910 | gmkaplan@howardrice.com | Counsel for Eel McKee LLC |
| Hunton & Williams LLP | Benjamin C Ackerly | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | 804-788-8479 | 804-788-8218 | jrsmith@hunton.com / jlong@hunton.com | Counsel for McKinley, Inc.; Ritz Motel Company; The Marketplace of Rochester Hills Parcel B, LLC; DIRECTV, Inc. |
| Hunton & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 | | 202-778-7445 | 202-419-2143 | ecrupi@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 | | 214-468-3334 | 214-468-3599 | mheld@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP |
| Hunton & Williams LLP | Robert S Westermann Esq | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | 804-788-8200 | 804-788-8218 | rwestermann@hunton.com | COMSYS Information Technology Services, Inc. and COMSYS Services, LLC; Galleria Plaza, Ltd. |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 | | | | | Counsel for IBM Corporation; InfoPrint Solutions Company |
| Jackson & Campbell PC | David H Cox Esq | 1120 20th St NW | S Tower | Washington | DC | 20036 | | 202-457-1600 | 202-457-1678 | dcox@jackscamp.com / jmatteo@jackscamp.com | Counsel for Daly City Partners I, L.P. |
| Jackson & Campbell PC | John J Matteo Esq | 1120 20th St NW | S Tower | Washington | DC | 20036 | | 202-457-1600 | 202-457-1678 | | |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | 300 Garden City Plz | | Garden City | NY | 11530 | | 516-746-8000 | 516-393-8282 | hyazicioglu@jaspanllp.com | Counsel for AVR CPC Associates LLC |
| Jones Day | Brett J Berlin | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-3053 | | 404-521-3939 | 404-681-8330 | bjberlin@jonesday.com / marc.barreca@klgates.com | Counsel for Ventura In Manhattan Inc |
| Jones Day | Sheila L Shadmand Esq | 51 Louisiana Ave NW | | Washington | DC | 20001-2113 | | 202-879-3939 | 202-626-1700 | slshadmand@jonesday.com | Counsel for Ventura In Manhattan Inc |
| Jay Blount | | 300 Industry Dr | RIDC Park W | Pittsburgh | PA | 15275 | | 724-273-3675 | 724-227-1928 | jay.blount@ccsa.com | Counsel for Dick's Sporting Goods, Inc.; Golf Galaxy, Inc. |
| Jule Mangels Butler & Marmaro LLP | David M Poitras PC | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 | | 310-203-8080 | 310-712-8571 | dpoitras@jmbm.com | Counsel for THQ, Inc. |
| John Marshall Collins PC | John Marshall Collins Esq | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 | | | | johncjaw@gmail.com | Counsel for Eel McKee LLC |
| K&L Gates LLP | Amy Pritchard Williams | Hearst Tower 47th Fl | 214 N Tryon St | Charlotte | NC | 28202 | | 704-331-7400 | 704-353-3129 | amy.williams@klgates.com | Counsel for OIM Vastgoed, N.V.; Cobb Corners II, Limited Partnership; Pratt Center, LLC; UTC I, LLC; Valley Corners Shopping Center, LLC and Encinitas PFA, LLC |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | | 202-778-9000 | 202-778-9100 | eric.rusnak@klgates.com | Counsel for Microsoft Corporation |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave 2900 | | Seattle | WA | 98104-1158 | | 206-623-7580 | 206-623-7022 | marc.barreca@klgates.com | Counsel for Microsoft Corporation |
| Katsky Korins LLP | Steven H Newman Esq | 605 Third Ave 16th Fl | | New York | NY | 10158 | | 212-953-6000 | 212-953-6899 | snewman@katskykorins.com | Counsel for The Macerich Company; PREEF Property Management; Watt Companies, Cousins Properties; Portland Investment Company of America; and Prudential Insurance Company of America |
| Katten Muchin Rosenman LLP | c o Brian D Huben | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | | 310-788-4400 | | brian.huben@kattenlaw.com / thomas.leanse@kattenlaw.com / dustin.branch@kattenlaw.com | Counsel for Ramco West Oaks I, LLC; Ramco JW, LLC; RLV Village Plaza, LP; RLV Vista Plaza, LP; Rebs Muskegon LLC; Pelkan Muskegon, LLC; Faran Muskegon, LLC; Lea Company, the assignee from Newport News Shopping Center, LLC |
| Katten Muchin Rosenman LLP | c o Thomas J Leanse | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | | 310-788-4400 | | | |
| Katten Muchin Rosenman LLP | c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | | 310-788-4400 | | | |
| Kaufman & Canoles | Paul K Campsen Esq | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 | | 757-624-3000 | 757-624-3169 | pkcampsen@kaufcan.com | |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kelley Drye & Warren LLP | James S Carr Esq Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com | Counsel for Developers Diversified Realty Corporation; Weingarten Realty Investors; Basser-Kaufman; General Growth Properties, Inc.; Jones Lang LaSalle Americas, Inc.; Phillips International; S.J. Collins Enterprises, Goodman Enterprises; DeHart Holdings; Weeks Properties CG Holdings; FW CA-BREA Marketplace LLC; Regency Centers, L.P.; RC CA Santa Barbara, LLC; |
| Kapley Broscious & Biggs PLC | William A Broscious Esq | 7201 Glen Forest Dr Ste 102 | | Richmond | VA | 23226 | | 804-288-3446 | 804-288-3661 | wbroscious@kbbplc.com | Counsel for Kamin Realty Company |
| King & Spalding LLP | James A Pardo Jr Thaddeus D Wilson | 1180 Peachtree St | | Atlanta | GA | 30309 | | 404-572-4600 | 404-572-5129 | jpardo@kslaw.com thadwilson@kslaw.com | Counsel for Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics America, Inc. |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 | | 404-237-4100 | 404-364-0126 | hdawson@kkgpc.com | Counsel for Westgate Village LP |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | 1999 Avenue of the Stars 39th Fl | | Los Angeles | CA | 90067-6049 | | | | mtuchin@ktbslaw.com | Counsel for Paramount Home Entertainment |
| Klehr Harrison Harvey Branzburg & Eilers LLP | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 | | 215-569-4493 | 215-568-6603 | jkurtzma@klehr.com | Counsel for The Goldenberg Group |
| Kroklodes & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 | | | | acichello@kb-law.com | Counsel for Loop West LLC, by its Managing Agent The Wilder Companies, Ltd. |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq David M Blau Esq | 25800 Northwestern Hwy Ste 950 | | Southfield | MI | 48075 | | 248-357-0000 | 248-357-7488 | tah@kompc.com dmb@kompc.com | Counsel for Ramco West Oaks I, LLC; Schottenstein Property Group, Inc. |
| Kutak Rock LLP | Michael A Condyles Esq Loc Pfeiffer Esq Peter J Barrett Esq | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 | | 804-644-1700 | 804-783-6192 | michael.condyles@kutakrock.com loc.pfeiffer@kutakrock.com peter.barrett@kutakrock.com | Counsel for Eagleridge Associates, LLC; Torrance Towne Center Associates, LLC; NMC Stratford, LLC and FJL-MVP-Musegon, LLC; Pelkar Musegon, LLC; Faram Musegon, LLC |
| Lazer Aptheker Rosella & Yedid PC | Ian S Landsberg Esq | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | | 818-705-2777 | 808-705-3777 | ilandsberg@lm-lawyers.com | Counsel for CC Colonial Trust; CC Merrillville Trust; Bond Circuit VIII Delaware Trust |
| Latter & Watkins LLP | Josef S Athanas | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 | | 312-876-7700 | 312-993-9767 | josef.athanas@lw.com | Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC |
| Law Office of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | | 214-521-8000 | 214-521-1738 | sheehan@txschoollaw.com | Counsel for Lewisville Independent School District |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 | | 949-260-3322 | 949-260-3387 | rkbrownjr@aol.com | Counsel for Pacific Castle Groves, LLC |
| Lazer Apikeker Rosella & Yedid PC | Robin S Abramowitz | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 | | 631-761-0800 | | abramowitz@larypc.com | Counsel for Sony Electronics Inc.; Schottenstein Property |
| Leach Travell Britt PC | Stephen E Leach Esq D Marc Sarata Esq | 8270 Greensboro Dr Ste 1050 | | McLean | VA | 22102 | | 703-584-8802 | 703-584-8901 | sleach@ltblaw.com msarata@ltblaw.com | Counsel for Children's Discovery Centers of America, Inc. |
| LeClairRyan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | | 804-783-2003 | 804-783-2294 | Bruce.Matson@leclairryan.com | Counsel for Bank of America, N.A., as Agent |
| Detlef G Lehnardt LLC | Detlef G Lehnardt Stephen K Lehnardt | 20 Westwoods Dr | | Liberty | MO | 64068-3519 | | 816-407-1400 | 816-407-9088 | sklehn@lehnardt-law.com | Counsel for 3725 Airport Blvd LP |
| Linebarger Goggan Blair & Sampson LLP | Jeremy S Friedberg Esq Gordon S Young Esq | One Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 | | 410-581-7400 | 410-581-7410 | jeremy.friedberg@llff.com gordon.young@llff.com | Counsel for Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc. |
| Lecouptepol & Fedder PC | Larry Stoppol Esq | 1425 RexCorp Plz | | Uniondale | NY | 11556-1425 | | 516-802-7008 | 516-802-7008 | lstoppol@levysstoppol.com | Counsel for Audiovox Corporation |
| Linlogger & Kim LLP | Samuel S Oh Esq | 1055 W Seventh St Ste 2800 | | Los Angeles | CA | 90017 | | 213-955-9500 | 213-955-9511 | sam.oh@limnuger.com | Counsel for Averatec/Trigem USA |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro Ste 300 | | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Counsel for the City of El Paso |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel for City of Round Rock; McLennan County, South Texas ISD; South Texas College; City of McAllen; McAllen ISD; Cameron County, Nueces County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman Bradford F Englander Esq Brian M Nestor Esq | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel for Harris County, et al; Fort Bend County; Cypress-Fairbanks Independent School District; Montgomery County |
| Lnowes and Blocher LLP | Lionel J Postic Esq | 7200 Wisconsin Ave Ste 800 | | Bethesda | MD | 20814 | | 301-961-5125 | 301-654-2801 | benglander@linowes-law.com lpostic@mindspring.com | Counsel for Alliance Entertainment Corporation and Source Interlink Media, LLC |
| Lionel J Postic PC | Lionel J Postic Esq | 125 Townpark Dr Ste 300 | | Kennesaw | GA | 30144 | | 770-977-6767 | | lpostic@mindspring.com aaruseo@mindspring.com | Counsel for Sun Belt General Contractors, Inc. |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman Thomas G Yoxall | 600 Travis St Ste 3400 | | Houston | TX | 77002 | | 713-226-1200 | 713-223-3717 | | Counsel for Home Depot USA, Inc. |
| Locke Lord Bissell & Liddell LLP | Melissa S Hayward John R Roberts | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 | | 214-740-8000 | 214-740-8800 | | Counsel for Parago, Inc.; Home Depot USA, Inc. |
| Loudoun County Attorney | Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 | | 703-777-0307 | 703-771-5025 | Belkys.Escobar@loudoun.gov | Counsel for Loudoun County |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel for AT&T |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | 86 Farmington Ave | | Hartford | CT | 06105 | | 860-278-1900 | 860-547-1191 | mstiebe@mrglaw.com | Counsel for Bastle Limited Liability Company |
| Madison County Alabama Tax Collector | Lynda Hall | Madison County Courthouse | 100 Northside Sq | Huntsville | AL | 35801 | | 256-532-3369 | 256-531-3366 | swells@co.madison.al.us taxcol@co.madison.al.us | Counsel for Tax Collector of Madison County, Alabama |

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr; W Joel Charbonneau | PO Box 404 | | Roanoke | VA | 24003 | | 540-343-9800 | 540-343-9898 | cmagee@mfgs.com; jcharboneau@mfgs.com | |
| Magruder Cook Carmody & Koutsouftikis | Anne C Magruder Esq; Leon Koutsouftikis Esq | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 | | 703-765-4400 | 703-765-4408 | lkouts@magruderpc.com; jcharboneau@mfgs.com | Counsel for Washington Real Estate Investment Trust |
| McCarter & English LLP | Clement J Farley | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 | | 973-622-4444 | 973-624-7070 | cfarley@mccarter.com | Counsel for PNY Technologies, Inc. |
| McCreary Veselka Bragg & Allen PC | Angela Sheffler Abreu | PO Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | | aabreu@mvbalaw.com | Attorney for Williamson County, Texas, et al; Arlington ISD; Allef ISD; Baybrook MUD 1; Brazonia County, Brazonia County MUD #6; Burleson ISD; Carroll ISD; City of Cedar Hill; City of Hurst; City of Lake Worth; City of Wichita Falls; Clear Creek ISD; Fort Bend ISD; Fort Bend LID 2; Fort Worth ISD; Galena Park ISD; Hidalgo County & H.C. Drainage District #1; Humble ISD; Lubbock CAD; Midland County Tax Office; Potter County Tax Office; Tyler ISD; Wichita County; Wichita Falls ISD; Woodlands Metro MUD; Woodlands RUD #1 |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 | | 212-547-5400 | 212-547-5444 | graicht@mwe.com | Counsel for Altamonte Springs Real Estate Associates |
| McDermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 | | 202-756-8000 | 202-756-8087 | kpalmer@mwe.com | |
| McDonough Holland & Allen PC | Mary E Olden Esq; Andre K Campbell Esq | 555 Capitol Mall Ste 950 | | Sacramento | CA | 95814 | | 916-444-3900 | 916-444-9334 | molden@mhalaw.com; acampbell@mhalaw.com | Counsel for Colorado Structures, Inc., dba CSI Construction Company |
| McKenna Long & Aldridge LLP | Sean Thomas Thompson Esq | 1900 K St NW | | Washington | DC | 20006 | | 202-496-7312 | 202-496-7094 | sthompson@mckennalong.com | Counsel for Bethesda Softwords, LLC |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 | | 202-496-7312 | 202-496-7094 | jmcjunkin@mckennalong.com | Counsel for 120 Orchard LLC; 427 Orchard LLC; FT Orchard LLC; Marc Realty |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 | | 202-496-7521 | 202-496-7756 | jfolds@mckennalong.com | Counsel for Carousel Center Company, L.P.; Sangertown Square, L.L.C.; EckIecCo NewCo, LLC; Landover, LLC; Charlotte UY, LLC; Cameron Bayonne, LLC; and Fingerlakes Crossing, LLC; NBT Bank, N.A. |
| Meckler Bulger & Tilson LLP | J David Folds | 1900 K St NW | | Washington | DC | 20006 | | 202-496-7521 | 202-496-7756 | | |
| Meister Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | | 315-474-7541 | 315-474-4040 | knewman@menterlaw.com | |
| Meyer Trigiani LLP | Philip C Baxa Esq | 16 S Second St | | Richmond | VA | 23219 | | 804-644-0209 | 804-644-0209 | phil.baxa@meyertrigiani.com | Counsel for JWC/Loftus, LLC |
| Michael A Cardozo | | 100 Church St Rm 5 223 | | New York | NY | 10007 | | 212-788-0688 | 212-788-0450 | gcacucci@law.nyc.gov | Counsel for The City of New York |
| Michael J Sawyer | Gabriela P Cacuci Esq | PO Box 55888 | 1385 Hancock St | Quincy | MA | 02169 | | 617-770-6003 | 617-770-6091 | msawyer@stopandshop.com | Counsel for Giant of Maryland LLC and The Stop & Shop Supermarket Company LLC |
| Michelle Leeson CFCA | Quincy Ctr Plaza | PO Box 25300 | | Bradenton | FL | 34206-5300 | | 941-741-4835 | 941-741-4865 | michelle@taxcollector.com | Counsel for Ken Burton Jr, Manatee County Tax Collector |
| Michelle Leeson CFCA | | 819 US 301 Blvd W | | Bradenton | FL | 34205 | | 941-741-4835 | 941-741-4865 | michelle@taxcollector.com | Counsel for Ken Burton Jr., Manatee County Tax Collector |
| Miller Canfield Paddock and Stone PLC | John J Senica | 225 W Washington Ste 2600 | | Chicago | IL | 60606 | | 312-460-4215 | 312-460-4201 | senica@millercanfield.com | Counsel for Evergreen Plaza Associates Limited Partnership; Evergreen Plaza Associates I, LP; and TPG Management Inc. |
| Missouri Department of Revenue | Altn Richard M Maseles | PO Box 475 | | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | edvaec@dor.mo.gov | Counsel for Missouri Department of Revenue |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | 9351 Jeronimo Rd | AV Division | Irvine | CA | 92656 | | 949-465-6079 | 949-609-4924 | batteberry@mdea.com | Mitsubishi Digital Electronics America, Inc. and Mitsubishi Electric & Gas Co. |
| M Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo | 2029 Century Park E 21st Fl | | Los Angeles | CA | 90067 | | 310-551-3100 | 310-551-0238 | bmoldo@mdfslaw.com | Counsel for The City Portfolio TIC, LLC; KJFFarris TIC, RMRG Portfolio TIC, LLC; Centre at 38th St TIC, LLC and LLC; Descanso TIC, LLC |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 | | 212-554-1742 | 866-741-2505 | Andrew.Herenstein@monarchlp.com | Monarch Alternative Capital LLP |
| Moore & Van Allen PLLC | David B Wheeler Esq | 40 Calhoun St Ste 300 | | Charleston | SC | 29413-2828 | | 843-579-7000 | 843-579-8727 | davidwheeler@mvalaw.com | Counsel for South Carolina Electric & Gas Co.; Public Service of North Carolina |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6669 | 212-309-6001 | nherman@morganlewis.com | Counsel for Kimco Realty Corporation; Mall Properties; U.S. 41 & I-285 Company |
| Morrison Cohen LLP | Michael R Dal Lago Esq | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com | Counsel for Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross Blue Shield |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | One South St 27th Fl | | Baltimore | MD | 21202-3282 | | 410-332-8550 | 410-332-8505 | dhd@nqgrg.com | Counsel for Circuit City Indianapolis 98, LLC; Circuit City Jackson 98 LLC; Circuit City Harper Woods 98, LLC; Circuit City Green Bay 98, LLC; Circuit City East Lansing 98, LLC |
| O Melveny & Myers LLP | Karyn B Zeldman Esq; Michael J Sage Esq | Times Square Tower | 7 Times Square | New York | NY | 10036 | | 212-326-2000 | 212-326-2061 | msage@omm.com; kzeldman@omm.com | Counsel for Pan Am Equities, Inc. |
| Office of Joe G Tedder, CFC | Bonnie Holly | Delinquency and Enforcement Dept of Labor and Industry Reading Bankruptcy & Compliance Unit | PO Box 2016 | Bartow | FL | 33831-2016 | | 863-534-4746x5718 | 863-534-4741 | bonnieholly@polktaxes.com | Counsel for the Tax Collector for Polk County, Florida |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | 625 Cherry St Rm 203 | | Reading | PA | 19602-1184 | | 610-378-4044 | 610-378-4459 | tbortz@state.pa.us | Office of Unemployment Compensation Tax Services |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Ker Rm 307 | | Oklahoma City | OK | 73102 | | 405-713-1323 | | | Counsel for the Oklahoma County Treasurer |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq; Frederick J Levy Esq | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 | | 212-451-2300 | | mfox@olshanlaw.com; flevy@olshanlaw.com | Counsel for Bush Industries, Inc.; ON Corp US Inc.; ON Corp |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 | | 210-224-2000 | 210-224-7540 | Rbattaglia@obht.com | Counsel for The Miner Corporation |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Scott A Stengel Esq | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | sstengel@orrick.com | |
| Orrick Herrington & Sutcliffe LLP | Jonathan P Guy Esq | | | | | | | | | jguy@orrick.com | Counsel for MiTAC USA Inc. |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks | 100 King St W 1 First Canadian Pl | Ste 6100 PO Box 50 | Toronto | ON | M5X 1B8 | Canada | 416-862-4923 | 416-862-6666 | jdacks@osler.com | |
| | Marc S Wasserman | | | | | | | 416-862-4908 | | mwasserman@osler.com | |
| Panattoni Law Firm | Fredrick Albert | 34 Tesla Ste 100 | | Irvine | CA | 92618 | | | | | |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 | | 281-991-6095 | 281-991-6012 | | Counsel for the Pasadena Independent School District |
| Patton Boggs LLP | R Timothy Bryan | 8484 Westpark Dr 9th Fl | | McLean | VA | 22102 | | 703-744-8000 | 703-744-8001 | tbryan@pattonboggs.com | Counsel for Navarre Distribution Services, Inc. |
| | Alan M Noskow | | | | | | | | | anoskow@pattonboggs.com | |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 | | 202-326-4020x3881 800-400-7242x3881 | 202-326-4112 | eagle.sara@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Perdue, Brandon Fielder Collins & Mott LLP | Elizabeth Banda Yolanda Humphrey | PO Box 13430 | | Arlington | TX | 76094-0430 | | 817-461-3344 | 817-860-6509 | arbanda@pbfcm.com ehumphrey@pbfcm.com | Counsel for the City of Cedar Hill; Burleson ISD; Arlington ISD; City of Hurts; Mansfield ISD; Carroll ISD; City of Lake Worth; Arlington ISD; Alief ISD; Baybrook MUD 1; Brazoria County; Brazoria County MUD #6; Burleson ISD; Carroll ISD; City of Cedar Hill; City of Hurst; City of Lake Worth; City of Wichita Falls; Clear Creek ISD; Fort Bend ISD; Fort Bend LID 2; Fort Worth ISD; Galena Park ISD; Hidalgo County & H.C. Drainage District #1; Humble ISD; Lubbock CAD; Midland County Tax Office; Potter County Tax Office; Tyler ISD; Wichita County, Wichita Falls ISD; Woodlands Metro MUD; Woodlands RUD #1 |
| Piper Goldstein & Spence PA | Stephen W Spence Esq | 1200 N Broom St | | Wilmington | DE | 19806 | | 302-655-4200 | 302-655-4210 | sws@pgslaw.com | Counsel for Dickerson-Warmington Properties |
| Pima County Attorney Civil Division | Terri A Roberts German Yusufov | 32 N Stone Ste 2100 | | Tucson | AZ | 85701 | | 520-740-5750 | | terri.roberts@pcao.pima.gov german.yusufov@pcao.pima.gov | Counsel for PIMA County |
| Posternak Blankstein & Lund LLP | Robert Somma Esq Laura A Otenti Esq | Prudential Tower | 800 Boylston St | Boston | MA | 02199 | | 617-973-6100 | 617-367-2315 | rsomma@pbl.com lotenti@pbl.com | Counsel for Salem Rockingham LLC |
| Powell Goldstein LLP | William C Crenshaw Esq | 901 New York Avenue NW Third Fl | | Washington | DC | 20001 | | 202-624-7380 | 202-624-7222 | wcrenshaw@pogolaw.com | Counsel for Prince George's Station Retail, LLC; Gould Investors, L.P.; Georgia Pension Associates Realty Corp.; OLD CCAntioch, LLC; OLP CCFairview Heights, LLC; OLP CCFerguson, LLC; OLP CCFlorence, LLC; OLP CCSt. Louis, LLC, and OLP 6609 Grand, LLC |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | 530 B St Ste 2100 | | San Diego | CA | 92101 | | 619-515-3239 | 619-235-0398 | gpk@procopio.com | Counsel for Plaza Las Palmas LLC |
| Quarles & Brady LLP | Brian Sirower Esq Lori L Winkelman Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | bsirower@quarles.com winkelman@quarles.com | Counsel for DFS Services LLC |
| Quarles & Brady LLP | Catherine M Guastello Esq | Two N Central Ave | | Phoenix | AZ | 85004 | | 602-229-5200 | 602-229-5690 | cguastello@quarles.com | Counsel for United Parcel Service, Inc.; UPS Ground Freight, Inc. and Bedford Properties LLC |
| Quarles & Brady LLP | Faye B Feinstein Esq | 500 W Madison St Ste 3700 | | Chicago | IL | 60661 | | 312-715-5000 | 312-715-5155 | ffn@quarles.com | Counsel for United Parcel Service, Inc.; UPS Ground Freight, Inc. and Bedford Properties LLC |
| | Christopher Combest Esq | | | | | | | | | ccombest@quarles.com | |
| Quarles & Brady Ltd | John M Brom | 175 W Jackson Blvd | Ste 1600 | Chicago | IL | 60604-2827 | | 312-540-7146 | 312-540-0578 | jbrom@quarles.com | Counsel for LumiSource, Inc. |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | 4545 IDS Ctr | 80 S Eighth St | Minneapolis | MN | 55402 | | 612-332-8511 | 612-332-8302 | mfmcgrath@ravichmeyer.com | Counsel for Tamarack Village Shopping Center LP |
| Recovery Management Systems Corp | Ramesh Singh | GE Money Bank | 25 SE 2nd Ave Ste 1120 Miami | | FL | 33131-1605 | | 305-379-7674 | 305-374-8113 | claims@recoverycorp.com | Counsel for GE Money Bank (Sam's Club BRC) |
| Regency Centers | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd Ste 520 | Cincinnati | OH | 45236 | | 513-686-1626 | | catherinestrauss@regencycenters.com | Associate Corporate Counsel for Regency Centers |
| Riemer & Braunstein LLP | David S Berman | Three Ctr Plz 6th Fl | | Boston | MA | 02108 | | 617-880-3456 | 617-880-3456 | Dberman@riemerlaw.com | Counsel for Bank of America, N.A., as Agent |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 | | 212-603-6300 | 212-581-5981 | fbr@robinsonbrog.com | Counsel for F&M Properties, Inc. Counsel for Watercress Associates LP, LLP, dba Pearlridge Center |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | 1888 Century Park E Ste 1500 | | Los Angeles | CA | 90067 | | 310-277-7400 | 310-277-7584 | dkappler@rdwlawcorp.com | |
| Romero Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | | | | romero@mromerolawfirm.com | Counsel for County of Riverside, CA |
| Ronald M Tucker Esq | | 225 W Washington St | | Indianapolis | IN | 46204 | | 317-263-2346 | 317-263-7901 | rtucker@simon.com | Counsel for Simon Property Group Inc |
| Ross Banks May Cron & Cavin PC | c/o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 | | 713-626-1200 | 713-623-6014 | jvlombardi@rossbanks.com | Counsel for AmREIT |
| Salber LLC | Nancy A Washington Esq | One Gateway Ctr 13th Fl | | Newark | NJ | 07102 | | 973-622-3333 | 973-622-3349 | naw@salber.com | Counsel for FM Facility Maintenance, f/k/a IPT, LLC |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | C Thomas Ebel Esq William A Gray Esq Peter M Pearl Esq | | | | | | | 804-648-1636 | 804-783-7291 | tebel@sandsanderson.com bgray@sandsanderson.com ppearl@sandsanderson.com | Counsel for Counsel for Monument Consulting, LLC; Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Trails Funches, Dionne Funches, Dwayne Funches, Jr., Emily Funches, Lovera S Funches, Shaiira Funches, individually; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; CSI Construction Company; Vernado Gun Hill Road, LLC; Amherst VF LLC; East Brunswick VF LLC; North Plainfield VF LLC; Alexander's Rego Park Center, Inc; Towson VF LLC; Green Acres Mall LLC; Wayne VF LLC; VNO Mundy Street LLC; VNO TRU Dale Mabry LLC |
| Sands Anderson Marks & Miller PC | Lisa Taylor Hudson Esq | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218-1998 | | 804-783-7237 | 804-783-7291 | lhudson@sandsanderson.com | |
| | Christopher R Belmonte Esq Pamela A Bosswick Esq | | | | | | | | | cbelmonte@ssbb.com pbosswick@ssbb.com | |
| Satterlee Stephens Burke & Burke LLP | Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 | | 212-818-9200 | 212-808-9606 | asnow@ssbb.com | Counsel for International Business Machines Corporation |
| Saul Ewing LLP | Edith K Altice Esq | Lockwood Pl | 500 E Pratt St Ste 900 | Baltimore | MD | 21202-3171 | | 410-332-8600 | 410-332-8862 | ealtice@saul.com | Counsel for FR EZ Property Holding, L.P. |
| Saul Ewing LLP | Jeremy W Ryan Esq | PO Box 1266 | 222 Delaware Ave | Wilmington | DE | 19801 | | 302-421-6805 | 302-421-5861 | jryan@saul.com | Counsel for FR EZ Property Holding, L.P. |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq J Carole Thompson Hord Esq | 1100 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 | | 404-681-3450 | 404-681-1046 | lburnat@swfllp.com chord@swfllp.com | Counsel for Turner Broadcasting System, Inc. |
| Squire Roth & Zabel LLP | Michael L Cook David M Hillman Meghan M Breen | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | michael.cook@srz.com david.hillman@srz.com meghan.breen@srz.com | Counsel for Panasonic Corporation of North America |
| Seyfarth Shaw LLP | Jessica Hughes Esq Rhett Petcher Esq | 975 F St NW | | Washington | DC | 20004 | | 202-463-2400 | 202-828-5393 | jhughes@seyfarth.com rpetcher@seyfarth.com | Counsel for Eatontown Commons Shipping Center; AmCap NorthPoint LLC; AmCap Arborland LLC |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | 620 Eighth Ave | | New York | NY | 10018 | | 212-218-5000 | 212-218-5526 | rdremluk@seyfarth.com | Counsel for Eatontown Commons Shipping Center; AmCap NorthPoint LLC; AmCap Arborland LLC |
| Seyfarth Shaw LLP | William J Factor Esq | 131 S Dearborn St Ste 2400 | | Chicago | IL | 60603 | | 312-460-5973 | 312-460-7973 | wfactor@seyfarth.com | Counsel for Arboretum of South Barrington, LLC |