William C. Crenshaw
VSB No. 16803
**POWELL GOLDSTEIN LLP**
901 New York Avenue, NW, Third Floor
Washington, D.C. 20001
(202) 624-7380
Email: wcrenshaw@pogolaw.com

**Counsel to Prince George's Station Retail, LLC, Gould Investors, L.P., Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC, OLP 6609 Grand, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
**In re:**              : **Chapter 11**
:
**CIRCUIT CITY STORES, INC., et al.,** : **Case No. 08-35653 (KRH)**
:
**Debtors.**            : **Jointly Administered**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### MOTION TO ADMIT COUNSEL PRO HAC VICE

**COMES NOW** William C. Crenshaw, counsel to Prince George's Station Retail, LLC, Gould Investors, L.P., Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC, OLP 6609 Grand, LLC in this case and a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of Synde Keywell of the firm Bryan Cave LLP. In support thereof, Movant states as follows:

1. Ms. Keywell graduated from the University of Michigan School of Law in 1978. Ms. Keywell is a member in good standing of the State Bars of Illinois. Ms. Keywell is admitted

to practice in the United States Courts of Appeals for the Sixth and Seventh Circuits and the United States District Courts for the Northern District of Illinois, the Eastern District of Michigan, and the Eastern District of Wisconsin.

    2.    Ms. Keywell's admittance to practice law has never been revoked and she is not the subject of any disciplinary proceedings.

    3.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

    4.    No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Movant requests this Court enter an order admitting Synde Keywell of the firm Bryan Cave LLP *pro hac vice* to the bar of this Court for the conduct of this case.

Respectfully submitted this 11th day of December, 2008.

/s/William C. Crenshaw
William C. Crenshaw
Va. Bar No. 16803
901 New York Avenue, NW, Third Floor
Washington, D.C. 20001
Telephone (202) 347-0066
Facsimile (202) 624-7222
Email: wcrenshaw@pogolaw.com

C053999/0228578/1512983.4

## CERTIFICATE OF SERVICE

I hereby certify on this 11th day of December, 2008, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

circuitcityservice@mcquirewoods.com
project.circuitcity@skadden.com

/s/William C. Crenshaw
William C. Crenshaw

C053999/0228578/1512983.4

William C. Crenshaw
VSB No. 16803
**POWELL GOLDSTEIN LLP**
901 New York Avenue, NW, Third Floor
Washington, D.C. 20001
(202) 624-7380
Email: wcrenshaw@pogolaw.com

**Counsel to Prince George's Station Retail, LLC, Gould Investors, L.P., Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC, OLP 6609 Grand, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
**In re:**                         :  **Chapter 11**
:
**CIRCUIT CITY STORES, INC., et al.,** :  **Case No. 08-35653 (KRH)**
:
**Debtors.**                  :  **Jointly Administered**
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER APPROVING ADMISSION PRO HAC VICE OF SYNDE KEYWELL**

This matter comes before the Court upon the Motion of William C. Crenshaw requesting entry of an order approving the admission *pro hac vice* of Synde Keywell of the firm of Bryan Cave LLP, to represent the interests of OLP CCAntioch, LLC and OLP Ferguson in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT Synde Keywell be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

ENTERED: _____  _____
HON. KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

C053999/0228578/1512983.4

I ASK FOR THIS:

/s/ William C. Crenshaw
William C. Crenshaw
Va. Bar No. 16803
901 New York Avenue, NW, Third Floor
Washington, DC  20001
Phone (202)-347-0066
Fax (202)-624-7222
Email: wcrenshaw@pogolaw.com

## LOCAL RULE CERTIFICATION

    I hereby certify that the foregoing has been endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

/s/ William C. Crenshaw
William C. Crenshaw

2

C053999/0228578/1512983.4

**PARTIES TO RECEIVE COPIES**

William C. Crenshaw
Powell Goldstein LLP
901 New York Avenue, NW, Third Floor
Washington, DC  20001

Synde Keywell
161 North Clark Street, Suite 4300
Chicago, IL 60601

Anne Braucher
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004

Timothy W. Brink
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

3