William C. Crenshaw
VSB No. 16803
**POWELL GOLDSTEIN LLP**
901 New York Avenue, NW, Third Floor
Washington, D.C. 20001
(202) 624-7380
Email: wcrenshaw@pogolaw.com

**Counsel to Prince George's Station Retail, LLC, Gould Investors, L.P., Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC, OLP 6609 Grand, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                       :

| | |
|---|---|
| **In re:** | : **Chapter 11** |
| | : |
| **CIRCUIT CITY STORES, INC., <u>et al.</u>,** | : **Case No. 08-35653 (KRH)** |
| | : |
| **Debtors.** | : **Jointly Administered** |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### <u>MOTION TO ADMIT COUNSEL PRO HAC VICE</u>

**COMES NOW** William C. Crenshaw, counsel to Prince George's Station Retail, LLC, Gould Investors, L.P., Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC, OLP 6609 Grand, LLC in this case and a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of Michelle McMahon of the firm Bryan Cave LLP.  In support thereof, Movant states as follows:

1.      Ms. McMahon graduated from the Georgetown University School of Law in 1999. Ms. McMahon is a member in good standing of the State Bars of New York, Delaware

C053999/0228578/1513343.1

and California. Ms. McMahon is admitted to practice in the United States Court of Appeals for

the Third Circuit and the United States District Courts for the District of Delaware, the Eastern,

Northern and Southern Districts of New York, and the Northern District of California.

2.    Ms. McMahon's admittance to practice law has never been revoked and she is not

the subject of any disciplinary proceedings.

3.    Movant also requests limited relief from the requirements of Local Bankruptcy

Rule 2090-1(E)(2) so that Ms. McMahon may appear at the hearing scheduled for December 22,

2008 without accompaniment by a member of the bar of this Court.  Due to a previously

scheduled family vacation, I am unable to attend the December 22, 2008 hearing.

4.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel

issues of law presented in this motion, Movant requests that the requirement that all motions be

accompanied by a written memorandum of law be waived.

5.    No previous request for the relief sought herein has been made to this Court or

any other court.

WHEREFORE, the Movant requests this Court enter an order admitting Michelle

McMahon of the firm Bryan Cave LLP *pro hac vice* to the bar of this Court for the conduct of

this case.

Respectfully submitted this 11th day of December, 2008.

/s/William C. Crenshaw
William C. Crenshaw
Va. Bar No. 16803
901 New York Avenue, NW, Third Floor
Washington, D.C. 20001
Telephone (202) 347-0066
Facsimile (202) 624-7222
Email: wcrenshaw@pogolaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify on this 11th day of December, 2008, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

circuitcityservice@mcquirewoods.com
project.circuitcity@skadden.com

/s/William C. Crenshaw
William C. Crenshaw

C053999/0228578/1513343.1

William C. Crenshaw
VSB No. 16803
**POWELL GOLDSTEIN LLP**
901 New York Avenue, NW, Third Floor
Washington, D.C. 20001
(202) 624-7380
Email: wcrenshaw@pogolaw.com

**Counsel to Prince OLP CCAntioch, LLC and OLP CCFerguson**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                    :
**In re:**                                                          : **Chapter 11**
                                                                    :
    **CIRCUIT CITY STORES, INC., <u>et al</u>.,**   : **Case No. 08-35653 (KRH)**
                                                                    :
            **Debtors.**     : **Jointly Administered**
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### <u>ORDER APPROVING ADMISSION PRO HAC VICE OF MICHELLE MCMAHON</u>

This matter comes before the Court upon the Motion of William C. Crenshaw requesting entry of an order approving the admission *pro hac vice* of Michelle McMahon of the firm of Bryan Cave LLP, to represent the interests of OLP CCAntioch, LLC and OLP Ferguson in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT Ms. McMahon be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings and is hereby granted leave to appear before the Court without the presence of local counsel on December 22, 2008.

ENTERED:

_____
HON. KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

C053999/0228578/1513343.1

I ASK FOR THIS:


/s/ William C. Crenshaw
William C. Crenshaw
Va. Bar No. 16803
901 New York Avenue, NW, Third Floor
Washington, DC  20001
Phone (202)-347-0066
Fax (202)-624-7222
Email: wcrenshaw@pogolaw.com


## LOCAL RULE CERTIFICATION

I hereby certify that the foregoing has been endorsed by all necessary parties pursuant to Local Rule 9022-1(C).


/s/ William C. Crenshaw
William C. Crenshaw

2

**PARTIES TO RECEIVE COPIES**

William C. Crenshaw
Powell Goldstein LLP
901 New York Avenue, NW, Third Floor
Washington, DC  20001

Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York 10104

Anne Braucher
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004

Timothy W. Brink
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

3