Louis E. Dolan, Jr. (VSB No. 34437)
Nixon Peabody LLP
401 9th Street, N.W., Suite 900
Washington, DC 20004-2128
(202) 585-8000
(202) 585-8080 (facsimile)
ldolan@nixonpeabody.com
*Attorneys for Greystone Data Systems, Inc*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653 |
| Debtors. | Jointly Administered |

**ORDER AUTHORIZING ADMISSION PRO HAC VICE**

This matter came before the Court on the Motion for Admission Pro Hac Vice (the "Motion") filed by Louis E. Dolan, Jr., a member in good standing of the bars of the State of Virginia, the United States District Court for the Eastern District of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, and finding (i) that proper notice of the Motion was given; and (ii) that Christopher M. Desiderio is a member in good standing and eligible to practice before the United States District Court for the Southern and Eastern Districts of New York, and the Supreme Court of the State of New York,

IT IS HEREBY ORDERED that:

1. The Motion is allowed; and

2. Christopher M. Desiderio is hereby authorized to appear *pro hac vice* in and in connection with this Chapter 11 case and any related adversary proceedings.

Dated: December ____, 2008

_____
Kevin R. Huennekens
United States Bankruptcy Judge

Entered on the docket _____

WE ASK FOR THIS:

      /s/ Louis E. Dolan, Jr.
Louis E. Dolan, Jr. (VSB No. 34437)
Nixon Peabody LLP
401 9th Street, N.W., Suite 900
Washington, DC 20004-2128
(202) 585-8000
(202) 585-8080 (facsimile)
ldolan@nixonpeabody.com
*Attorneys for Greystone Data Systems, Inc*

## Local Rule 9022-1(C) Certification

      I hereby certify that a true and correct copy of the foregoing Order Granting Motion for Admission Pro Hac Vice of Christopher M. Desiderio on this 9th day of December, 2008 was served upon all necessary parties.

      /s/ Louis E. Dolan, Jr.
Louis E. Dolan, Jr. (VSB No. 34437)

## **LIST OF PARTIES TO RECEIVE COPY OF ENTERED ORDER**

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
*Counsel for Bank of America, NA., as Agent*

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for the Debtors*

circuitcityservice@mcguirewoods.com

project.circuitcity@skadden.com