# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CIRCUIT CITY STORES, INC., et al | § | CASE NO. 08-35653-KRH |
| | § | Jointly Administered |
| | § | |
| DEBTORS. | § | CHAPTER 11 |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

Upon the Motion to Appear *Pro Hac Vice* (the "Motion"), and the representations by counsel, Neil E. McCullagh that William A. Wood, III is a practicing attorney in good standing in the State of Texas; it is hereby

ORDERED that William A. Wood, III may appear and practice *pro hac vice* in the above captioned bankruptcy cases and any related adversary litigation on behalf of Panattoni Construction, Inc., Raymond and Main Retail, LLC, Chino South Retail PG, LLC, and Panattoni Development Company, Inc., as Agent for VVI Texas Holdings, LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties TX, LLC, and Pintar Investment Properties TX, LLC, Charles L. Kessinger, Jacque L. Kessinger and Northglenn Retail, LLC; and it is further

ORDERED, that the Motion is hereby GRANTED.

DATE:
Entered on Docket:                                UNITED STATES BANKRUPTCY JUDGE

HOUSTON\2243449.1

I ASK FOR THIS:

/s/ Neil E. McCullagh
Neil E. McCullagh (VSB # 39027)
Cantor Arkema, P.C.
1111 E. Main Street, 16th Floor
P.O. Box 561
Richmond, Virginia 23218-0561
Tel:  (804) 644-1400
Fax:  (804) 225-8706
Fax:  (804644-9205)

## **LOCAL RULE 9022-1 CERTIFICATION**

  I HEREBY CERTIFY that the foregoing has been endorsed by and served upon all necessary parties.

          /s/ Neil E. McCullagh


  Upon entry of this Order, the clerk is hereby directed to send copies to:

    Neil E. McCullagh, Esquire
    Cantor Arkema, P.C.
    P.O. Box 561
    Richmond, Virginia 23218
    nmccullagh@cantorarkema.com