IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | |
|    CIRCUIT CITY STORES, et al | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | |
|    Debtor | ) | Case No. 08-35653 |
| | ) | |
| | ) | |

**REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002(i)**

Pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, Developers Diversified Realty Corp., requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

>Eric C. Cotton, Esquire
>Developers Diversified Realty Corporation
>3300 Enterprise Parkway
>P.O. Box 228042
>Beachwood, Ohio 44122
>Telephone: (216) 755-5500

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to this case and any proceedings therein.

This 11th day of December, 2008.

    Respectfully submitted.

By: /s/ Eric C. Cotton
    Eric C. Cotton, Esq.
    c/o Developers Diversified
    Realty Corporation
    3300 Enterprise Parkway
    Beachwood, Ohio 44122
    (216) 755-5500 telephone
    (216) 755-1678 facsimile
    E-mail: ecotton@ddrc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2008, a copy of the foregoing Request for Notices Pursuant to Bankruptcy Rule 2002(i) to be sent by electronic mail to the Debtors attorney, the United States Trustee and all other necessary parties.

/s/ Eric C. Cotton
Eric C. Cotton