**The City of Overland Park**
**KANSAS**

Law Department

Robert J. Watson, City Attorney

City Hall•8500 Santa Fe Drive
Overland Park, Kansas 66212-2899
TEL 913.895.6080/6081•FAX 913.895.5095
E-MAIL sally.wachtel@opkansas.org


RICHMOND DIVISION
FILED DEC 0 9 2008 FILED
CLERK
U.S. BANKRUPTCY COURT

December 3, 2008

U.S. Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 E. Broad St.
Suite 4000
Richmond, VA 23219

Re:    Circuit City Stores, Inc., et al.
       Case No. 08-35653

To whom it may concern:

For future mailings regarding this case, please change the mailing address for the City of Overland Park.

Your records show our address as listed below, but this is a lock box for alarm payments.
    Overland Park, City of
    PO Box 25707 Dept 142
    Overland, KS 66225-5707

Our correct mailing address is:
    City of Overland Park, Kansas
    Attn: Law Department
    8500 Santa Fe Drive
    Overland Park, KS 66212

Sincerely,

Sally H. Wachtel

Sally H. Wachtel
Executive Legal Assistant

cc:    Circuit City Claims Processing, Kurtzman Carson Consultants LLC
       Greg Galardi, Ian Fredericks, Timothy Pohl and Chris Dickerson of
           Skadden, Arps, Slate, Meagher & Flom, LLP
       Dion Hayes and Douglas Foley of McGuireWoods LLP
       Robert B. Van Arsdale, Esq., Office of the United States Trustee