William F. Gray Jr.
Torys LLP
237 Park Avenue
New York, New York 10017
Tel: (212) 880-6000
Fax: (212) 682-0200

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------------- x
In re:                                                              :   Chapter 11
                                                                    :
CIRCUIT CITY STORES, INC., *et al.*,                                :   Case No. 08-35653 (KRH)
                                                                    :
                    Debtors.                                        :   Jointly Administered
                                                                    :
                                                                    :
------------------------------------------------------------------- x

REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS

      PLEASE TAKE NOTICE that Triangle Equities Junction LLC, a creditor and party in interest in the above captioned bankruptcy case, pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Local Rule 2090-1(F), and of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby appears though its undersigned counsel and requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

                William F. Gray Jr., Esq.
                Timothy B. Martin, Esq.
                Torys LLP
                237 Park Avenue
                New York, New York  10017
                Telephone:  (212) 880-6336
                Fax:  (212) 682-0200
                E-mail: wgray@torys.com
                E-mail: tmartin@torys.com

9112448.1
33139-2003

  PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

  PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Request for Service of Notices and Other Documents nor any later appearance, pleading, claim or suit shall waive (1) its right to trail by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
    December 11, 2008

                TORYS LLP

                By: /s/ William F. Gray Jr.
                  William F. Gray Jr. (WG 2472)
                  237 Park Avenue
                  New York, New York 10017
                  Tel: (212) 880-6000
                  Fax: (212) 682-0200

                Counsel for Triangle Equities Junction LLC

9112448.1
33139-2003

TORYS LLP
237 Park Avenue
New York, NY  10017
212-880-6000

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------------- x
In re:                                                              :    Chapter 11
                                                                    :
CIRCUIT CITY STORES, INC., *et al.*,                                :    Case No. 08-35653 (KRH)
                                                                    :
                                    Debtors.                        :    Jointly Administered
                                                                    :
                                                                    :
                                                                    :
------------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      I, William F. Gray, a member of the firm of Torys, hereby certify that a copy of the foregoing Request for Service of Notices and Other Documents was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons listed on the attached Service List.

Dated: New York, New York
       December 11, 2008

                                                /s/ William F. Gray Jr.

                                                William F. Gray (WG-2472)

9112448.1
33139-2003

## Service List

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
*Proposed Counsel for the Debtors*
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
*Proposed Counsel for the Debtors*
One James Center
901 East Cary Street
Richmond, Virginia 23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Proposed Counsel for the Debtors*
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Proposed Counsel for the Debtors*
333 West Wacker Drive
Chicago, Illinois 60606

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
*Proposed Counsel for the Official Committee of Unsecured Creditors*
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*

10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*
780 Third Avenue, 36th Floor
New York, New York 10017-2024

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, Virginia 23219