IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In Re: <br><br> CIRCUIT CITY STORES, INC., *et al.* <br><br> Debtors | <br><br><br><br> Case No. 08-35653-KRH <br><br> (Chapter 11) |

**ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel hereby enter his appearance on behalf of the Simon Property Group, Inc. affiliated landlords pursuant to Bankruptcy Code §§ 342(a) and 1109(b), as well as Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), and the Local Rules of this Court. The undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be served upon:

> Mitchell B. Weitzman, Esquire
> Mweitzman@beankinney.com
> BEAN, KINNEY & KORMAN, P.C.
> 2300 Wilson Boulevard, 7th Floor
> Arlington, Virginia 22201
> (703) 525-4000; (703) 525-2207 Facsimile

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code § 1109(b) and Federal Rule of Bankruptcy Procedure 9010(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone,

Mitchell B. Weitzman, VSB 28434
Counsel for Simon Property Group, Inc.
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
(703) 525-4000; (703) 525-2207 (Fax)

telegraph, telecopy or otherwise, which may in any way affect or seek to affect any right or interest of the Simon Property Group, Inc. affiliated landlords.

Respectfully submitted,

By: /s/ Mitchell B. Weitzman
Mitchell B. Weitzman, VSB 28434
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
(703) 525-4000; (703) 525-2207 fax
Counsel for Simon Property Group, Inc.

Ronald M. Tucker, Esq., Attorney for
Simon Property Group, Inc.
and its related entities
Indiana Bar #11428-49
(317) 263-2346
(317) 263-7901 Facsimile
Email: rtucker@simon.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2008, a copy of the foregoing Entry of Appearance and Request for Service of Papers is to be served by electronic means via the Court's ECF/CM system.

Daniel F. Blanks
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Gregg M. Galardi
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Dion W. Hayes
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

                     /s/ Mitchell B. Weitzman
                     Mitchell B. Weitzman