**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| In re: CIRCUIT CITY STORES, INC., *et al.*,<br>　　　　　　　　Debtors. | ) Case No. 08-35653-DOT<br>) **(Chapter 11)**<br>) **(Jointly Administered)**<br>) |

**ORDER GRANTING ADMISSION
*PRO HAC VICE* OF MARY E. OLDEN**

Upon consideration of the *Motion for Admission Pro Hac Vice of Mary E. Olden* (the "*Motion*"), filed in the above-styled matter by Lisa Taylor Hudson, a member of the Bar in this Court and its appearing that the *Motion* having been served upon counsel for Circuit City Stores, Inc., *et al*. (collectively, the "Debtors") and the Office of the Trustee for the Eastern District of Virginia; and after due deliberation and sufficient cause appearing therefore, it is hereby accordingly,

**ORDERED, ADJUDGED, & DECREED** that, pursuant to the requirements of *Local Bankruptcy Rule* 2090-1(E)(2), Mary E. Olden, Esquire be and is hereby permitted to appear and be heard *pro hac vice* as counsel for CSI Construction Company, as creditor and claimant that is represented locally by Sands Anderson Marks & Miller, P.C. in this matter (collectively, the "CSI") in these jointly-administered Chapter 11 bankruptcy cases.

_____
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Local Counsel for Reverend Dwayne Funches, Individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, Individually; Monument Consulting, LLC; McAlister Square Partners, Ltd., Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; Cynthia Olloway, Individually and as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor; Vornado Gun Hill Road, LLC; CSI Construction Company; 1890 Ranch, Ltd; Amherst Industries, Inc.; Vornado Finance, LLC; New Vornado/Saddle Brook, LLC; Marlton, VF, LLC; North Plainfield VF LLC (North Plainfield, Store. No. 4133); Star Universal, L.L.C.; Alexander's of Rego Park Center, Inc.; Towson VF LLC; Green Acres Mall, LLC; VNO Mundy Street LLC; VNO Tru Dale Mabry, LLC; Vornado Caguas PR; BevCon I, LLC; North Plainfield VF LLC (North Bergen, NJ)*

ENTERED ON
DOCKET: ___/_____/_____

                    The Honorable Kevin R. Huennekens
                    United States Bankruptcy Court for Eastern District
                    of Virginia, Richmond Division

I ask for this:

  /s/  Lisa Taylor Hudson
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Local Counsel for Reverend Dwayne Funches, Individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, Individually; Monument Consulting, LLC; McAlister Square Partners, Ltd., Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; Cynthia Olloway, Individually and as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor; Vornado Gun Hill Road, LLC; CSI Construction Company; 1890 Ranch, Ltd; Amherst Industries, Inc.; Vornado Finance, LLC; New Vornado/Saddle Brook, LLC; Marlton, VF, LLC; North Plainfield VF LLC (North Plainfield, Store. No. 4133); Star Universal, L.L.C.; Alexander's of Rego Park Center, Inc.; Towson VF LLC; Green Acres Mall, LLC; VNO Mundy Street LLC; VNO Tru Dale Mabry, LLC; Vornado Caguas PR; BevCon I, LLC; North Plainfield VF LLC (North Bergen, NJ)*

### ***LOCAL BANKRUPTCY RULE* 9022-1  CERTIFICATION**

     Pursuant to Local Bankruptcy Rule 9022-1 (C), I hereby certify that the foregoing proposed Order has been endorsed by or served upon all necessary parties.

                                      /s/ Lisa Taylor Hudson