UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | Chapter 11 |
| Debtors. | ) | (Jointly Administered) |

**VERIFIED STATEMENT OF REPRESENTATION BY HIRSCHLER FLEISCHER, P.C.**

Hirschler Fleischer, P.C., pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, hereby submits the following disclosure as counsel for multiple parties in the above-styled bankruptcy proceedings:

1. Hirschler Fleischer, P.C. has been retained by several landlords to represent their interests in this bankruptcy proceeding, which interests include, but not limited to, resolving issues relating to the landlords' respective nonresidential leases and filing appropriate claims for such landlords.

2. Hirschler Fleischer, P.C. serves as counsel for the following parties:

| **Name** | **Address** | **Interest** |
|---|---|---|
| Altamonte Springs Real Estates Associates, LLC | 501 Washington Ave. Pleasantville, NY 10570 | Landlord |
| Basile Limited Liability Company | c/o Victor J. Basile 43 Ridgecrest Lane Bristol, CT 06010-2910 | Landlord |
| 502-12 86th Street LLC | c/o Century 21 22 Cortlandt St. New York, NY 10007 | Landlord |

---

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

| | | |
|---|---|---|
| Woodlawn Trustees, Incorporated | 1020 N. Bancroft Parkway 2nd Floor Wilmington, DE 19805 | Landlord |

3. Hirschler Fleischer, P.C. was retained by either general counsel or other counsel for each of the aforementioned landlords.

4. At the time of Hirschler Fleischer, P.C.'s employment, it did not own claims or interests against the debtors in the instant bankruptcy proceedings.

5. Hirschler Fleischer, P.C. is employed only as counsel and is not authorized to otherwise act on behalf the aforementioned clients pursuant to any instruments.

6. Under the penalty of perjury, this statement is made by Sheila deLa Cruz, an attorney of the law firm of Hirschler Fleischer, P.C. and who is duly admitted to the bar of the Commonwealth of Virginia. This statement is made to the best of her knowledge and belief and is verified to be true and correct as of the date hereof

Dated: December 11, 2008                HIRSCHLER FLEISCHER, P.C.

By: ___/s/ Sheila deLa Cruz___
Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

*Counsel for Altamonte Springs Real Estate Asssociates, LLC, Basile Limited Liability Company, 502-12 86th Street, LLC and Woodlawn Trustees, Incorporated*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2008, a true and correct copy of the foregoing was served on all persons receiving electronic notice in these cases and to the following parties:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
gregg.galardi@skadden.com

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com
*Counsel for the Debtors*

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdog.gov
*Assistant United States Trustee*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
*Counsel for the Creditors Committee*

                                                                          /s/ Sheila deLa Cruz
                                                                          Sheila deLa Cruz

#2301049v1