IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------x
In re                                          : Chapter 11
                                               :
CIRCUIT CITY STORES, INC., et al.,             : Case No. 08-35653
                                               :
            Debtors.                           : Jointly Administered
---------------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that (i) RD Bloomfield Associates Limited Partnership, (ii) P/A Acadia Pelham Manor, LLC and (iii) Acadia Realty Limited Partnership ("collectively, the "Related Landlords") by their attorneys, Greenberg Traurig, LLP and Christian & Barton, LLP, appear in this matter, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and Section 1109(b) of the Bankruptcy Code, and request that all notices given or required to be given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to, and served upon:

| | |
|---|---|
| Michael D. Mueller (VSB 38216)<br>Augustus C. Epps, Jr. (VSB 13254)<br>Jennifer M. McLemore (VSB 47164)<br>CHRISTIAN & BARTON, LLP<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219<br>Telephone: (804) 697-4100 | Daniel J. Ansell<br>Howard J. Berman<br>Heath B. Kushnick<br>GREENBERG TRAURIG, LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 801-9200 |
| Counsel for (i) RD Bloomfield Associates Limited Partnership, (ii) P/A Acadia Pelham Manor, LLC and (iii) Acadia Realty Limited Partnership | Counsel for (i) RD Bloomfield Associates Limited Partnership, (ii) P/A Acadia Pelham Manor, LLC and (iii) Acadia Realty Limited Partnership |

NY 239,237,875

         Greenberg Traurig, LLP
         200 Park Avenue
         New York, New York 10166
         (212) 801-9200
         (212) 801-6400 (fax)
         Attn: Daniel J Ansell, Esq.
            Heath B. Kushnick, Esq.
            anselld@gtlaw.com
            kushnickh@gtlaw.com

With a copy to:    Christian & Barton, LLP
         909 East Main Street, Suite 1200
         Richmond, Virginia 23219
         (804) 697-4100
         (804) 697-4112 (fax)
         Attn: Michael D. Mueller, Esq.
            Augustus C. Epps, Jr., Esq.
            Jennifer M. McLemore, Esq.
            mmueller@cblaw.com
            aepps@cblaw.com
            jmclemore@cblaw.com

  PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, copies of all papers, reports, pleadings, monthly operating statements, financial statements, motions, complaints, demands and applications (including notices thereof), petitions, answering papers, reply papers, memoranda or briefs in support of any of the foregoing and any other document brought before this Court with respect to this case, whether formal or informal, whether written or oral, or whether transmitted by mail, hand delivery, telephone, facsimile, or otherwise.

  PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a (i) consent to the jurisdiction of the Bankruptcy Court, or (ii) a waiver of Related Landlords' rights (a) to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge, (b) to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case,

*NY 239,237,875*

(c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to any other rights, claims, actions, setoffs or recoupments to which the Related Landlords are or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Related Landlords expressly reserve.

Dated: December 11, 2008

CHRISTIAN & BARTON, LLP

By: /s/ Michael D. Mueller
Michael D. Mueller (VSB 38216)
Augustus C. Epps, Jr. (VSB 13254)
Jennifer M. McLemore (VSB 47164)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel: (804) 697-4100
Fax: (804) 697-6396

GREENBERG TRAURIG, LLP
Daniel J Ansell, Howard J. Berman
 and Heath B. Kushnick
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

Counsel for (i) RD Bloomfield Associates Limited Partnership, (ii) P/A Acadia Pelham Manor, LLC and (iii) Acadia Realty Limited Partnership

3

NY 239,237,875

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2008, I caused a copy of the foregoing to be served by electronic means or by first class mail, postage prepaid, to the persons required to be served pursuant to the Procedures Order entered in this case.

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
*Counsel to the Debtors*

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, IL 60606
*Counsel to the Debtors*

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
*Counsel to the Debtors*

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888
*Assistant United States Trustee*

/s/ Michael D. Mueller
Michael D. Mueller

4

NY 239,237,875