IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. ) | |
| . ) | Case No. 08-35653 (KRH) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Sony Pictures Entertainment Inc. ("Sony Pictures") hereby appears by its counsel, Sonnenschein Nath & Rosenthal LLP, and such counsel hereby enters its appearance pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following person at the following address, telephone and telecopy number and electronic mail addresse:

Sara L. Chenetz, Esq.
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street
Suite 2500
Los Angeles, CA  90017-5704
Telephone: (213) 892-5024
Telecopy: (213) 623-9924
Email address: schenetz@sonnenschein.com.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition,

30331260

pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Sony Pictures' rights to (i) have final orders in non-core matters entered only after de novo review by a District Judge, (ii) trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Sony Pictures is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment rights Sony Pictures expressly reserves.

Dated: December 11, 2008      /s/    *Sara L. Chenetz*
                              Sara L. Chenetz, Esq.
                              SONNENSCHEIN NATH & ROSENTHAL LLP
                              601 South Figueroa Street, Suite 2500
                              Los Angeles, CA  90017-5704

                              *Counsel to Sony Pictures Entertainment Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2008, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

/s/ JoAn Mack
JoAn Mack

30331260

## SERVICE LIST

**Attorneys for Debtors**
Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes, Esq.
James S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi, Esq.
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
P. O. Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esq.
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606

**Debtor Designee**
Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

**Special Counsel for Debtors**
Linda K. Myers, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

**Office of the U. S. Trustee**
Robert Van Arsdale, Esq.
Assistant U. S. Trustee
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

30331260

**Official Committee
of Unsecured Creditors**
*Creditor Committee*
Brad R. Godshall, Esq.
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

John D. Fiero
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Ave., 36th Floor
New York, NY 10017

Lynn L. Tavenner, Esq.
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219