Mary A. House (Virginia Bar No. 66613)
Catherine E. Creely (Virginia Bar No. 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:  202.887.4000
Facsimile:  202.887.4288

ATTORNEYS FOR CIM/BIRCH ST., INC.

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC. *et al.*, | § | CASE NO. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly Administered |

### MOTION FOR ADMISSION OF PETER J. GURFEIN *PRO HAC VICE*

Mary A. House (the "Movant"), a member in good standing of the Bar of the State of Virginia, an attorney admitted to practice before the United States District Court of the Eastern District of Virginia and the United States Bankruptcy Court of the Eastern District of Virginia, and an attorney with the Washington, D.C. office of the law firm of Akin Gump Strauss Hauer & Feld LLP, hereby moves (the "Motion") the Court to enter an Order permitting Peter J. Gurfein, an attorney in the Los Angeles office of the law firm of Akin Gump Strauss Hauer & Feld LLP (the "Admittee"), to practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, to represent CIM/Birch St., Inc., pursuant to Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2) in the above-captioned proceeding.  In support of the Motion, the Movant states as follows:

1. The Admittee is a member in good standing of the Bars of the District of Columbia, the State of California and the State of New York. The Admittee is admitted to practice before the United States District Courts for the Northern, Southern, Central and Eastern Districts of California, the Southern and Eastern Districts of New York and the District of Arizona, and is admitted to practice before the United States Court of Appeals for the Second and Ninth Circuits, as well as the United States Court of International Trade and the United States Supreme Court.

2. There are no disciplinary proceedings pending against the Admittee.

3. The Admittee understands that if he is admitted *pro hac vice*, he will be subject to the disciplinary jurisdiction of this Court.

4. Movant requests that the Court allow the Motion so that the Admittee may file pleadings and appear and be heard at hearings in this chapter 11 case in accordance with the requirements of Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2).

5. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, Movant requests that the requirements that all motions be accompanied by written memorandums of law be waived.

6. Notice of this Motion has been given to the Office of the United States Trustee for the Eastern District of Virginia, Richmond Division, to counsel for the above-captioned debtor and to all persons receiving electronic notice via the Court's CM/ECF system. Due to the administrative nature of the relief requested herein, Movant submits that no other or further notice need be given.

WHEREFORE, the Movant respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit A, permitting Mr. Gurfein to appear *pro hac vice*, in association with the Movant, as counsel for CIM/Birch St., Inc.

Dated: December 11, 2008

                    Respectfully submitted by:

                    AKIN GUMP STRAUSS HAUER & FELD LLP

                    By:  /s/ *Mary A. House*
                          Mary A. House (Virginia Bar No. 66613)
                          Catherine E. Creely (Virginia Bar No. 74796)
                          Jonathan L. Gold (D.C. Bar No. 452025)
                          1333 New Hampshire Avenue, N.W.
                          Washington, D.C. 20036
                          Telephone:  (202) 887-4000
                          Facsimile:  (202) 887-4288

                    ATTORNEYS FOR CIM/BIRCH ST., INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused to be served a true and correct copy of the above and foregoing *Motion for Admission of Peter J. Gurfein Pro Hac Vice* via United States mail, first class, postage prepaid on the following on this the 11th day of December, 2008.

Richard B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Assistant United States Trustee

Dion W. Hayes
Douglas F. Foley
MCGUIRE WOODS LLP
One James Center
901 East Clay Street
Richmond, VA 23219
Counsel for Debtors

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Counsel for Debtors

Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL 60606
Counsel for Debtors

                              /s/ *Mary A. House*
                                  Mary A. House

1

# EXHIBIT A

# PROPOSED ORDER

Mary A. House (Virginia Bar No. 66613)
Catherine E. Creely (Virginia Bar No. 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:  202.887.4000
Facsimile:  202.887.4288

ATTORNEYS FOR CIM/BIRCH ST., INC.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC. *et al.*, | § | CASE NO. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly Administered |

## ORDER GRANTING ADMISSION OF PETER J. GURFEIN *PRO HAC VICE*

Upon the Motion for Admission of Peter J. Gurfein *Pro Hac Vice* (the "Motion"), filed by Mary A. House of Akin Gump Strauss Hauer & Feld LLP, and the Court, having jurisdiction to consider the Motion, finding that due and sufficient notice having been given, and sufficient cause appearing, it is hereby

**ORDERED**, that, the Motion is granted; and it is further

**ORDERED**, that Peter J. Gurfein is permitted to appear *pro hac vice* in the above-captioned proceeding, in accordance with Local Bankruptcy Rule 2090-1(E)(2).

_____
UNITED STATES BANKRUPTCY JUDGE
FOR THE EASTERN DISTRICT OF VIRGINIA

WE ASKED FOR THIS:

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ *Mary A. House*
Mary A. House (Virginia Bar No. 66613)
Catherine E. Creely (Virginia Bar No. 74796)
Jonathan L. Gold (D.C. Bar No. 452025)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

ATTORNEYS FOR CIM/BIRCH ST., INC.