Mary A. House (Virginia Bar No. 66613)
Catherine E. Creely (Virginia Bar No. 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:  202.887.4000
Facsimile:  202.887.4288

Peter J. Gurfein (*pro hac vice motion pending*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: 310.229.1000
Facsimile: 310.229.1001

ATTORNEYS FOR CIM/BIRCH ST., INC.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

# RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC. *et al.*, | § | CASE NO. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR COPIES PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b)

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

**COMES NOW** Peter J. Gurfein, Mary A. House and Catherine E. Creely of Akin Gump Strauss Hauer & Feld LLP, file this Notice of Appearance Under Bankruptcy Rule 9010(b) Combined With Request for Copies Pursuant to Bankruptcy Rules 2002(a) and (b) on behalf of CIM/Birch St., Inc., a creditor and party-in-interest in the above captioned case, and, pursuant to 11 U.S.C. § 1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), respectfully request that all notices given or required to be given in these

6315487 v1

proceedings (and in any other cases hereafter jointly administered or consolidated herewith) and all papers served or required to be served in these proceedings, be served also upon the undersigned at the office address, facsimile number, and email addresses listed as follows:

> Peter J. Gurfein
> AKIN GUMP STRAUSS HAUER & FELD LLP
> 2029 Century Park East
> Suite 2400
> Los Angeles, CA 90067
> Telephone: 310.229.1000
> Facsimile: 310.229.1001
> Email: pgurfein@akingump.com

> Mary A. House
> Catherine E. Creely
> AKIN GUMP STRAUSS HAUER & FELD LLP
> 1333 New Hampshire Avenue, N.W.
> Washington, D.C. 20036
> Telephone:  (202) 887-4000
> Facsimile:  (202) 887-4288
> Email: mhouse@akingump.com
> Email: ccreely@akingump.com

Pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers to which the Bankruptcy Rules refer and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Dated this 11th day of December, 2008.

> Respectfully submitted,
>
> AKIN GUMP STRAUSS HAUER & FELD LLP
>
>
> By:    /s/ *Mary A. House*
>     Mary A. House (Virginia Bar No. 66613)
>     Catherine E. Creely (Virginia Bar No. 74796)
>     1333 New Hampshire Avenue, N.W.
>     Washington, D.C. 20036
>     Telephone:  (202) 887-4000

6315487 v1

>Facsimile:  (202) 887-4288
>
>--and--
>
>Peter J. Gurfein (*pro hac vice motion pending*)
>2029 Century Park East
>Suite 2400
>Los Angeles, CA 90067
>Telephone: 310.229.1000
>Facsimile: 310.229.1001
>
>ATTORNEYS FOR CIM/BIRCH ST., INC.

6315487 v1

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that she caused to be served a true and correct copy of the above and foregoing *Notice of Appearance Under Bankruptcy Rule 9010(b) Combined with Request for Copies Pursuant to Bankruptcy Rules 2002(a) and (b)* via United States mail, first class, postage prepaid on the following on this the 11th day of December, 2008.

Richard B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Assistant United States Trustee

Dion W. Hayes
Douglas F. Foley
MCGUIRE WOODS LLP
One James Center
901 East Clay Street
Richmond, VA 23219
Counsel for Debtors

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Counsel for Debtors

Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL 60606
Counsel for Debtors

                                        /s/ *Mary A. House*
                                           Mary A. House