## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF ILLINOIS
## RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

### MOTION TO ADMIT COUNSEL PRO HAC VICE

**COMES NOW** Anne Braucher, (a) counsel in this case to Manufacturers and Traders Trust Company, as Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February 1, 1993 and (II) the Collateral Trust Indenture from Secured Lease Finance Corporation II, dated February 24, 1994, and (b) a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of Nicholas M. Miller of the firm DLA Piper LLP (US), Chicago, Illinois.  In support thereof, Movant states as follows:

1. Nicholas M. Miller graduated from Cleveland-Marshall College of Law in 1998, was admitted to practice in the State of Ohio in 1998 and was admitted to practice in the State of Illinois in 2008.  Mr. Miller is a member in good standing of the State Bar of Ohio and the State Bar of Illinois.  Mr. Miller is admitted to practice in the Northern District of Ohio, the Court of Appeals for the Sixth Circuit, the Northern District of Illinois, and the Central District of Illinois.

2. Mr. Miller's admittance to practice law has never been revoked and he is not the subject of any disciplinary proceedings.

3. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

4.      No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Movant requests this Court enter an order admitting Nicholas M. Miller of the firm DLA Piper LLP (US) *pro hac vice* to the bar of this Court for the conduct of this case.

Respectfully submitted, this 11th day of December, 2008.

/s/ Anne Braucher
Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000

*Counsel for Manufacturers and Traders Trust Company,*
*as Trustee under (I) the Collateral Trust Indenture from*
*Bond Lease Corporation VI, dated February 1, 1993 and*
*(II) the Collateral Trust Indenture from Secured Lease Finance*
*Corporation II, dated February 24, 1994.*

## CERTIFICATE OF SERVICE

I hereby certify on this 11th day of December, 2008, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

circuitcityservice@mcquirewoods.com
project.circuitcity@skadden.com

/s/ Anne Braucher

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

### ORDER APPROVING ADMISSION PRO HAC VICE OF NICHOLAS M. MILLER

This matter comes before the Court upon the Motion of Anne Braucher, requesting entry of an order approving the admission *pro hac vice* of Nicholas M. Miller of the firm of DLA Piper LLP (US), Chicago, Illinois, to represent the interests of *Manufacturers and Traders Trust Company, as Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February 1, 1993 and (II) the Collateral Trust Indenture from Secured Lease Finance Corporation II, dated February 24, 1994*, in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper, the Court

ORDERS that Nicholas M. Miller be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

DATE:

---
HON. KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

ENTERED ON DOCKET:

I ASK FOR THIS:

/s/ Anne Braucher
Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000

*Counsel for Manufacturers and Traders Trust Company,*
*as Trustee under (I) the Collateral Trust Indenture from*
*Bond Lease Corporation VI, dated February 1, 1993 and*
*(II) the Collateral Trust Indenture from Secured Lease Finance*
*Corporation II, dated February 24, 1994.*

## LOCAL RULE CERTIFICATION

I hereby certify that the foregoing has been endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Anne Braucher

**Parties to Receive Copies**

Anne Braucher
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004

Nicholas M. Miller
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636