## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF ILLINOIS
## RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

Pursuant to Fed. R. Bankr. Proc. 2002(g) and 9010(b), the undersigned enter their appearance for Counsel for Manufacturers and Traders Trust Company, as Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February 1, 1993 and (II) the Collateral Trust Indenture from Secured Lease Finance Corporation II, dated February 24, 1994, a creditor in the above-captioned case.

The undersigned hereby request that all notices given or required to be given in these proceedings, and all papers served or required to be served in these proceedings, be served at the following addresses:

>Nicholas M. Miller, Esq.
>Illinois Bar No. 6295723
>DLA Piper LLP (US)
>203 North LaSalle Street, Suite 1900
>Chicago, IL  60601
>Phone:  (312) 368-7927
>Fax:  (312) 251-2884
>Email:  nicholas.miller@dlapiper.com

>Anne Braucher, Esq.
>VSB No. 65294
>DLA Piper LLP (US)
>500 Eighth Street, NW
>Washington, DC  20004
>Phone:  (202) 799-4000
>Fax: (202) 799-5000

Email: anne.braucher@dlapiper.com

This request includes not only the notices and papers required to be served pursuant to Federal Rule of Bankruptcy Procedure 2002, but additionally includes, without limitation, notices of any application, disclosure statement, plan of reorganization, complaint, demand, notice of hearing, motion, petitions, pleading or request, whether formal or informal, whether transmitted or conveyed electronically, by mail, delivery, telephone or otherwise.

The foregoing request simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

**Counsel also requests inclusion on any limited notice list as ordered by this Court.**

Respectfully submitted, this 11th day of December, 2008.

/s/ Anne Braucher
Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000

*Counsel for Manufacturers and Traders Trust Company,
as Trustee under (I) the Collateral Trust Indenture from
Bond Lease Corporation VI, dated February 1, 1993 and
(II) the Collateral Trust Indenture from Secured Lease Finance
Corporation II, dated February 24, 1994.*

## CERTIFICATE OF SERVICE

I hereby certify on this 11th day of December, 2008, a copy of the foregoing Notice of Appearance and Request for Service was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

circuitcityservice@mcquirewoods.com
project.circuitcity@skadden.com

/s/ Anne Braucher