Michael F. Ruggio
Polsinelli Shalton Flanigan Suelthaus PC
1152 15th Street, NW, Suite 800
Washington, D.C. 20005
(202) 783-3300
Fax: (202) 783-3535
mruggio@polsinelli.com

James E. Bird
Amy E. Hatch
Polsinelli Shalton Flanigan Suelthaus PC
700 West 47th Street, Suite 1000
Kansas City, Missouri 64112
(816) 753-1000
Fax: (816) 753-1536
jbird@polsinelli.com
ahatch@polsinelli.com

Counsel to MD-GSI Associates

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | Case No.: 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Michael F. Ruggio, hereby certify that true and correct copies of the *Notice of Appearance and Request for Notices* and the *Objection by MD-GSI Associates to Debtors' Proposed Cure Amount* was served electronically to Debtors' Counsel, the U.S. Trustee, and all parties who have registered to receive ECF notification from the Court, on the 10th day of December, 2008, and on the 9th day of December, 2008, served by First Class United States Mail, postage prepaid, to the parties who have requested notice but are not receiving ECF notification from the Court, addressed as they appear on the attached Service List.

1720956.1

Respectfully Submitted,

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC

By: /s/ Michael F. Ruggio
    MICHAEL F. RUGGIO (VA # 22953)
    1152 15th Street, NW, Suite 800
    Washington, D.C. 20005
    (202) 783-3000
    Fax: (202) 783-3535

    JAMES E. BIRD (MO #28833)
    AMY E. HATCH (MO #53116)
    700 West 47th Street, Suite 1000
    Kansas City, Missouri 64112
    (816) 753-1000
    Fax: (816) 753-1536

ATTORNEYS FOR MD-GSI ASSOCIATES

## SERVICE LIST

| | | |
|---|---|---|
| Scott L. Adkins<br>Phillips, Goldman & Spence<br>1200 North Broom Street<br>Wilmington, DE 19806 | Garbiela P. Cacuci<br>Corp. Counsel of the City of NY<br>100 Church Street, Room 5-223<br>New York, NY 10007 | Gary H. Cunningham<br>Giarmarco Mullins & Horton<br>101 W. Big Beaver Road, Floor 10<br>Troy, MI 48084 |
| Kyra E. Andrassy<br>Weiland, Golden, Smiley, et al.<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626 | Christopher A. Camardello<br>Winthrop & Weinstine, PA<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402 | Thomas W. Daniels<br>1265 Scottsville Road<br>Rochester, NY 14624 |
| Elizabeth Banda<br>Perdue, Brandon, Fielder, Collins & Mott<br>4025 Woodland Park Blvd, Suite 300<br>Arlington, TX 76013 | Scott P. Carroll<br>Carroll & Carroll, P.L.L.C.<br>831 East Morehead Street, Suite 440<br>Charlotte, NC 28202 | John P. Dillman<br>Linebarge Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253 |
| Andria M. Beckham<br>Bricker & Eckler, LLP<br>100 South Third Street<br>Columbus, OH 43215 | Meegan B. Casey<br>Riemer & Branustein, LLP<br>Three Center Plaza, 6th Floor<br>Boston, MA 02108 | William J. Factor<br>Seyfarth Shaw LLP<br>131 S. Dearborn St., Suite 2400<br>Chicago, IL 60603 |
| David S. Berman<br>Riemer & Braunstein<br>Three Center Plaza, 6th Floor<br>Boston, MA 02108 | Ashley M. Chan<br>Hangley Aronchick Segal & Pudlin<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103 | Dean Farmer<br>Hodges, Doughty & Carson<br>617 Main St.<br>Knoxville, TN 37901 |
| Bruce H. Besanko<br>9950 Mayland Drive<br>Richmond, VA 23233 | Jeffrey Chang<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive<br>Chicago, IL 60606-1229 | Ian S. Fredericks<br>Skadden Arps Slate Meagher<br>& Flom LLP<br>One Rodney Square, PO Box 636<br>Wilmington, DE 19899 |
| Thomas D. Bielli<br>Ciardi Ciardi & Astin, PC<br>One Commerce Square<br>2005 Market Square, Suite 1930<br>Philadelphia, PA 19103 | Chatham County Tax Commissioner<br>c/o Daniel T. Powers<br>P.O. Box 8321<br>Savannah, GA 31412 | J. Bennett Friedman<br>Hamburg, Karic, Edwards & Martin, LLP<br>1900 Ave. of the Stars, Suite 1800<br>Los Angeles, CA 90067 |
| Jess R. Bressi<br>Cox, Castle & Nicholson LLP<br>19800 MacArthur Blvd., Suite 500<br>Irvine, CA 92612-2435 | Craig C. Chiang<br>Buchalter, Nemer, Fields & Younger<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2130 | Gregg M. Galardi<br>Skadden Arps Slate Meagher<br>& Flom LLP<br>One Rodney Square, PO Box 636<br>Wilmington, DE 19899 |
| Ronald K. Brown<br>Law Offices of Ronald K. Brown, Jr.<br>901 Dove Street, Suite 120<br>Newport Beach, CA | Christopher Combest<br>500 West Madison St., Suite 3700<br>Chicago, IL 60661 | Eric D. Goldberg<br>Stutman, Treister & Glatt, P.C.<br>1901 Ave of the Stars, 12th Floor<br>Los Angeles, CA 90067 |

| | | |
|---|---|---|
| Lawrence S. Burnat<br>Schreeder, Wheeler & Flint, LLP<br>1100 Peachtree Street, N.E.<br>Suite 800<br>Atlanta, GA 30309 | Crane-Snead & Associates, Inc.<br>4914 Fitzhugh Ave, Suite 203<br>Richmond, VA 23230-3435 | Golfsmith International, L.P.<br>c/o Sarah Link Schultz<br>Akin Gump Strauss Hauer & Feld LLP<br>1700 Pacific Avenue, Suite 4100<br>Dallas, TX 75201 |
| Kimbell D. Gourley<br>Trout, Jones, Gledhill, Fuhrman, PA<br>225 N. 9th Street, Suite 820<br>PO Box 1097<br>Boise, ID 83701 | Kenneth C. Johnson<br>Bricker & Eckler LLP<br>100 South Third Street<br>Columbus, OH 43215 | Michael W. Malter<br>Binder & Malter<br>2775 Park Ave.<br>Santa Clara, CA 95050 |
| Brian P. Hall<br>Smith, Gambrell & Russell, LLP<br>Suite 3100, Promenade II<br>1230 Peachtree Street, N.E.<br>Atlanta, GA 30309-3592 | Adam K. Keith<br>Honigman Miller Schwartz and Cohn LLP<br>660 Woodward Ave., Suite 2290<br>Detroit, MI 48226 | Michael F. McGrath<br>Ravich Meyer Kirkman McGrath<br>4545 IDS Center<br>80 South Eighth St.<br>Minneapolis, MN 55402 |
| Hamilton Beach Brands, Inc.<br>Attn: Bill Ray<br>4421 Waterfront Drive<br>Glen Allen, VA 23060 | Regina Stango Kelbon<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA 19103 | Jeffrey Meyers<br>Ballard Spahr Andrews & Ingersoll<br>51st Floor, Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103 |
| Neil E. Herman<br>Morgan, Lewis & Bockius, LLP<br>101 Park Ave.<br>New York, NY 10178-0600 | Ken Burton, Jr., Manatee County<br>Tax Collector<br>PO Box 25300<br>Bradenton, FL 34206-5300 | Monarch Alternative Capital, LP<br>c/o Andrew Herenstein<br>535 Madison Ave.<br>New York, NY 10022 |
| Lawrence J. Hilton<br>Hewitt & O'Neil LLP<br>19900 MacArthur Blvd, Suite 1050<br>Irvine, CA 92612 | Scott R. Kipnis<br>Hofheimer Gartlir & Gross LLP<br>530 Fifth Ave<br>New York, NY 10036 | James D. Newell<br>Buchanan Ingersoll & Rooney<br>One Oxford Centre, 20th Floor<br>Pittsburgh, PA 15219 |
| James B. Holden<br>Assistant Atty. General<br>1525 Sherman St., 7th Floor<br>Denver, CO 80203 | Gregg S. Kleiner<br>Cooley Godward LLP<br>One Maritime Plaza, 20th Floor<br>San Francisco, CA 94111-3580 | Edmond Patrick O'Brien<br>Stempel Bennett Claman & Hochberg, P.C.<br>675 Third Ave, 31st Floor<br>New York, NY 10017 |
| Howland Commons Partnership d/b/a<br>Howland Commons<br>Richard T. Davis, Esq.<br>2445 Belmont Avenue, P.O. Box 2186<br>Youngstown, OH 44504-0186 | Roy S. Kobert<br>Broad and Cassell<br>390 N. Orange Ave, Suite 1100<br>P.O. Box 4961<br>Orlando, FL 32802-4961 | Office of Unemployment Compensation<br>Tax Svcs., Dept. of Labor & Industry,<br>Reading Bankruptcy & Compl. Unit<br>Attn: Timothy Bortz, UC Tax Agent<br>625 Cherry St., Room 203<br>Reading, PA 19602-1184 |
| F. Marion Hughes<br>Smith Moore Leatherwood, LLP<br>300 East McBee Ave., PO Box 87<br>Greenville, SC 29602-0087 | Jeffrey A. Krieger<br>Greenberg Glusker Fields, et al<br>1900 Avenue of the Stars<br>Suite 2100<br>Los Angeles, CA 90067-4590 | Oklahoma County Treasurer<br>Attn: Tammy Jones<br>320 Robert S. Kerr, Room 307<br>Oklahoma City, OK 73102 |

| | | |
|---|---|---|
| IBM Corporation<br>Attn: Vicky Namken<br>13800 Diplomat Dr.<br>Dallas, TX 75234 | Jeffrey Kurtzman<br>Klehr, Harrison, Harvey, Branzburg & Ell<br>260 South Broad Street<br>Philadelphia, PA 19102-5003 | Constantinos G. Panagopoulos<br>Ballard Spahr Andrews & Ingersoll, LLP<br>601 13th Street, NW<br>Suite 1000 South<br>Washington, DC 20005-3807 |
| InfoPrint Solutions Company<br>Attn: Vicky Namken<br>13800 Diplomat Dr.<br>Dallas, TX 75234 | Robert W. Mallard<br>Dorsey & Whitney<br>1105 N. Market St., Suite 1600<br>Wilmington, DE 19801 | Ernie Zachary Park<br>Bewley, Lassleben & Miller, LLP<br>13215 E. Penn Street, Suite 510<br>Whittier, CA 90602-1797 |
| David L. Pollack<br>Ballard Spahr Andrews & Ingersoll LLP<br>51st Fl, Mellon Bank Center<br>1735 Market Street<br>Philadelphia, PA 19103 | Diane W. Sanders<br>1949 South I.H. 35 (787841)<br>P.O. Box 17428<br>Austin, TX 78760 | Peter N. Tamposi<br>Donchess Notinger & Tamposi, P.C<br>547 Amherst St., Suite 204<br>Nashua, NH 03063 |
| Lionel J. Postic<br>Law Firm Of Lionel J. Postic, PC<br>125 Townpark Drive, Suite 300<br>Kennesaw, GA 30144 | Eric Lopez Schnabel<br>Dorsey & Whitney<br>1105 North Market St., Suite 1600<br>Wilmington, DE 19801 | Tax Collector For Polk County, FL<br>Attn: Joe G. Tedder<br>PO Box 2016<br>Bartow, FL 33831-2016 |
| Gail B. Price<br>Bronwen Price Attorneys at Law<br>2600 Mission St., Suite 206<br>San Marino, CA 91108 | Scott A. Semenek<br>Wildman, Harrold, Allen & Dixion<br>225 West Wacker Drive<br>Chicago, IL 60606-1229 | Wayne R. Terry<br>Hemar, Rosusso & Heald, LLP<br>15910 Venturea Boulevard<br>12th Floor<br>Encino, CA 91436-2829 |
| Recovery Management Systems<br>Corporation<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131 | John L. Senica<br>Miller, Canfield, Paddock and Stone, PLC<br>225 W. Washington, Suite 2600<br>Chicago, IL 60606 | Zakarij O. Thomas<br>Buchanan Ingersoll & Rooney<br>One Oxford Centre, 20th Floor<br>Pittsubrgh, PA 15219 |
| David G. Reynolds<br>Glass & Reynolds<br>P.O. Box 1700<br>Corrales, NM 87048 | Joseph R. Sgroi<br>Honigman Miller Schwartz & Cohn LLP<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI | Travelers<br>One Tower Square, 5MN<br>Hartford, CT 06183 |
| Julie H. Rome-Banks<br>Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 | Andrea Sheehan<br>Law Offices of Robert E. Luna, P.C.<br>4411 North Central Expressway<br>Dallas, TX 75205 | UrbanCal Oakland, II LLC<br>c/o Baker & Hostetler, LLP<br>Attn: Laura Lawton Gee<br>1000 Louisiana Street, Suite 2000<br>Houston, TX 77002 |
| George Rosenberg<br>Arapahoe County Attorney<br>5334 S. Prince Street<br>Littleton, CO 80166 | Joseph S. Sheerin<br>McGuire Woods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219 | Nancy A. Washington<br>Saiber LLC<br>One Gateway Center, 13th Floor<br>Newark, NJ 07102 |

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Jeffrey D. Saferstein
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Ave. of the Americas
New York, NY 10019-6064

Paul S. Samson
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

Stephen W. Spence
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Scott A. Stengel
Orrick, Herrington & Sutliffe, LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706

Mark Stromberg
Stromberg & Associates
5420 LBJ Freeway, Suite 300
Dallas, TX 75258

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Lori L. Winkelman
Quarles & Brady LLP
2 North Central Avenue
Phoenix, AZ 85004-2391

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229