UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF JAMES S. CARR

Upon consideration of the Motion for Admission Pro Hac Vice pursuant to Local

Bankruptcy Rule 2091-1(E) (the "Motion"), and due cause appearing to me therefor, it is hereby

ORDERED, ADJUDGED and DECREED that

1.    The Motion is hereby allowed;

2.    James S. Carr, Esq. of Kelley Drye & Warren LLP, 101 Park Avenue,

New York, New York 10178 is authorized to appear *pro hac vice* as counsel General Growth

Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, FW CA-Brea Marketplace, LLC,

Regency Centers, L.P., RC CA Santa Barbara, LLC, Jones Lang LaSalle Americas, Inc., Philips

International, S.J. Collins Enterprises, Goodman Enterprises, DeHart Holdings and Weeks

Properties CG Holdings in this case (and related proceedings) commenced in this case;

3.    James S. Carr, Esq. may sign all pleadings, motions, complaints,

applications, and other documents filed with this Court in this case and related proceedings and

may attend all hearings as counsel to General Growth Properties, Inc., Weingarten Realty

Investors, Basser-Kaufman, FW CA-Brea Marketplace, LLC, Regency Centers, L.P., RC CA

Santa Barbara, LLC, Jones Lang LaSalle Americas, Inc., Philips International, S.J. Collins

Enterprises, Goodman Enterprises, DeHart Holdings and Weeks Properties CG Holdings in this

case.

Dec 9 2008

ENTERED in this _____ day of _____, 2008.

/s/ Kevin Huennekens

United States Bankruptcy Judge

We ask for this:

*/s/ David J. Ervin*
David J. Ervin (VSB No. 34719)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Tel: (202) 342-8436
Fax: (202) 342-8451

Entered on Docket:  12/9/08

Counsel to General Growth Properties, Inc.,
Weingarten Realty Investors, Basser-Kaufman,
FW CA-Brea Marketplace, LLC, Regency Centers, L.P.,
RC CA Santa Barbara, LLC, Jones Lang LaSalle Americas, Inc.,
Philips International, S.J. Collins Enterprises, Goodman Enterprises,
DeHart Holdings and Weeks Properties CG Holdings

**LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION**

I hereby certify that notice of the Motion for Admission *Pro Hac Vice* of James S. Carr  was provided to the parties identified on the attached Service List and a copy of this proposed order was provided to the Office of the United States Trustee for the Eastern District of Virginia prior to submission to the Court.

*/s/ David J. Ervin*
David J. Ervin

**SERVICE LIST**

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel to the Debtors*

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois 60606
*Counsel to the Debtors*

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
*Counsel to the Debtors*

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1888
*Assistant United States Trustee*

# CERTIFICATE OF NOTICE

```
District/off: 0422-7         User: frenchs          Page 1 of 1          Date Rcvd: Dec 09, 2008
Case: 08-35653               Form ID: pdforder      Total Served: 2


The following entities were served by first class mail on Dec 11, 2008.
smg           +UST smg Richmond,    Office of the U. S. Trustee,    701 East Broad St., Suite 4304,
               Richmond, VA 23219-1849
              +James S. Carr,    Kelley Drye & Warren, LLP,    101 Park Ave.,    New York, NY 10178-0062

The following entities were served by electronic transmission.
NONE.                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2008**                    **Signature:** _Joseph Speetjens_