IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------- x
                                                  :
In re:                                            :    Chapter 11
                                                  :
CIRCUIT CITY STORES, INC., et al.                 :    Case No. 08-35653-KRH
                                                  :
           Debtors.                               :    Jointly Administered
                                                  :    Judge Kevin R. Huennekens
                                                  :
------------------------------------------------- x:

## ORDER GRANTING ADMISSION OF ANDREW S. CONWAY *PRO HAC VICE*

This matter comes before the Court on the Motion for Admission of Andrew S. Conway *Pro Hac Vice* (the "Motion"), filed by Henry (Toby) P. Long, III of Hunton & Williams LLP. The Court, having jurisdiction to consider the Motion, finding that due and sufficient notice has been given, and sufficient cause appearing, hereby ORDERS that:

1. The Motion is **GRANTED**.

Benjamin C. Ackerly [VSB # 09120]
J.R. Smith [VSB # 41913]
Henry (Toby) P. Long, III [VSB # 75134]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8479
Facsimile: (804) 788-8218

and

J. Eric Crupi [VSB # 46782]
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC  20006
Telephone: (202) 419-2143
Facsimile: (202) 778-7445

and

Andrew S. Conway
THE TAUBMAN COMPANY
200 E. Long Lake Road, Suite 300
Bloomfield Hills, MI  48304
Telephone: (248) 258-7427

Counsel for Taubman Auburn Hills Associates Limited Partnership

- 2 -

2.    Andrew S. Conway is permitted to appear *pro hac vice* in the above-captioned proceedings, in accordance with Rule 2090-1(E)(2) of the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Virginia.

Dec 9 2008

ENTERED in Richmond, Virginia this _____ day of _____, 2008.

Entered on docket: 12/9/08

/s/ Kevin Huennekens
United States Bankruptcy Judge

## LOCAL RULE 9022-1 CERTIFICATION

I hereby certify that the foregoing has been either endorsed or served upon all necessary parties.

/s/ Henry (Toby) P. Long, III

- 2 -

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs           Page 1 of 1           Date Rcvd: Dec 09, 2008
Case: 08-35653                Form ID: pdforder       Total Served: 2

The following entities were served by first class mail on Dec 11, 2008.
smg          +UST smg Richmond,   Office of the U. S. Trustee,   701 East Broad St., Suite 4304,
               Richmond, VA 23219-1849
             +Andrew S. Conway,   200 E. Long Lake Road,   Suite 300,   Bloomfield Hills, MI 48304-2324
The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 11, 2008**               **Signature:** _Joseph Speetjens_