**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

---------------------------------------------------------------------- x
In re:                                                                 :
                                                                       : Chapter 11
CIRCUIT CITY STORES, INC., et al.                                      :
                                                                       : **Case No. 08-35653-KRH**
               Debtors.                                                :
                                                                       : **Jointly Administered**
                                                                       : **Judge Kevin R. Huennekens**
                                                                       :
                                                                       :
                                                                       :
---------------------------------------------------------------------- x


## AMENDED NOTICE OF MOTION AND NOTICE OF HEARING

PLEASE TAKE NOTICE THAT Triangle Equities Junction LLC ("Triangle"), by and through its counsel, Torys LLP and Troutman Sanders LLP, has filed with the Court a *Motion Memorandum for an Order (A) Compelling Debtors to Immediately Pay Administrative Rent and Granting Related Relief* (the "Motion"). A true and complete copy of the Motion has been filed with the Court and forwarded to you.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) **Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the followings steps:**

1. File with the Court, at the address shown below, a written objection. If you mail your written objection to the court for filing, you must mail it early enough so the court will **receive** it on or before **December 18, 2008 at 4:00 p .m.**

_____
Vivieon E. Kelley (VA Bar No. 44230)
TROUTMAN SANDERS LLP
600 Peachtree Street, NE, Ste 5200
Atlanta, Georgia 30308
Tel: (404) 885-3838
Fax: (404) 962-6792
-and -

William F. Gray Jr.
TORYS LLP
237 Park Avenue
New York, New York 10017
Tel: (212) 880-6000
Fax: (212) 682-0200

Counsel for Triangle Equities Junction LLC

William C. Redden, Clerk
United States Bankruptcy Court
701 E. Broad Street
Suite 4000
Richmond, VA 23219

You must also deliver a copy to all parties on the Certificate of Service below and to:

William F. Gray Jr.
TORYS LLP
237 Park Avenue
New York, New York 10017

2. Attend the hearing scheduled for **December 22, 2008 at 1:00 p.m.** before the Honorable Kevin R. Huennekens, U.S. Bankruptcy Court, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated:  December 12, 2008            Respectfully Submitted,
        Richmond, Virginia

                                     /s/ Vivieon E. Kelley
                                     Vivieon E. Kelley, (VA Bar No. 44230)
                                     TROUTMAN SANDERS LLP
                                     600 Peachtree Street, NE, Ste 5200
                                     Atlanta, Georgia 30308
                                     Tel: (404) 885-3838
                                     Fax: (404) 962-6792

                                     -and -

                                     William F. Gray Jr.
                                     TORYS LLP
                                     237 Park Avenue
                                     New York, New York 10017
                                     Tel: (212) 880-6000
                                     Fax: (212) 682-0200

                                     COUNSEL FOR TRIANGLE EQUITIES
                                     JUNCTION LLC

- 2 -

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2008, a true and complete copy of the foregoing was filed and served (i) electronically on the "2002" and "Core" lists; and (ii) through the Court's ECF System.

                                                  /s/ Vivieon E. Kelley

Atlanta01 2014395v3