**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **CIRCUIT CITY STORES, INC., et al.,** | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered<br>Judge Kevin R. Huennekens |

## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appear for Triangle Equities Junction LLC (hereinafter "Triangle") and pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, and Section 1109(b) of the United States Bankruptcy Code, request that all notices given or required to be given in this case and all documents served or required to be served in this case be given and served upon:

Hollace Topol Cohen
Vivieon E. Kelley
Troutman Sanders LLP
405 Lexington Avenue
New York, New York 10174
Telephone: 212-704-6067
Facsimile:  212-704-5980
hollace.cohen@troutmansanders.com
vivieon.kelley@troutmansanders.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Request for Service of Notices and Other Documents nor any later appearance, pleading, claim or suit shall waive (1) its right to trail by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

**TRIANGLE EQUITIES JUNCTION LLC**

By Counsel

   /s/ Vivieon E. Kelley
Vivieon E. Kelley (VA Bar No. 44230)
Hollace Topol Cohen
Troutman Sanders LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
(404) 885-3000 (Telephone No.)
(404) 885-3900 (Facsimile No.)

*Counsel for Triangle Equities Junction LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December 2008 a true copy of the foregoing Notice of Appearance and Request for Service of Notices and Other Documents was served (i) electronically on the "2002" and "Core" lists; (ii) through the Court's ECF System; and (iii) via first-class mail, postage prepaid upon the following:

Daniel F. Blanks, Esq.
McGuire Woods LLP
9000 World Trade Center, Suite 101
W. Main Street
Norfolk, Virginia 23510
*Counsel for the Debtor*

Dion W. Hayes, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 2319
*Counsel for the Debtor*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
*Counsel for the Debtor*

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

/s/ Vivieon E. Kelley
Vivieon E. Kelley
VA Bar No. 44230