**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

---------------------------------------------------------------------- x
In re:                                                                 :
                                                                       : Chapter 11
CIRCUIT CITY STORES, INC., et al.                                      : **Case No. 08-35653-KRH**
                                                                       :
                    Debtors.                                           : **Jointly Administered**
                                                                       : **Judge Kevin R. Huennekens**
---------------------------------------------------------------------- x

**VERIFIED STATEMENT OF TROUTMAN SANDERS LLP**
**PURSUANT TO BANKRUPTCY RULE 2019**

TROUTMAN SANDERS LLP ("Troutman") makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Names and Addresses of Parties in Interest Represented by Troutman Sanders LLP.

    Troutman represents the following creditors and parties-in-interest in the above-captioned bankruptcy proceedings (collectively, the "Creditors"):

    A.  TRIANGLE EQUITIES JUNCTION, LLC
        C/O WILLIAM F. GRAY JR.
        TORYS LLP
        237 PARK AVENUE
        NEW YORK, NEW YORK 10017

    B.  COSTMO-EASTGATE, LTD.
        C/O DAVID M. NEUMANN
        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
        200 PUBLIC SQUARE
        CLEVELAND, OHIO 44114

    C.  NORTHCLIFF RESIDUAL PARCEL 4 LLC
        C/O DAVID M. NEUMANN
        BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
        200 PUBLIC SQUARE
        CLEVELAND, OHIO 44114

2. <u>The Nature of the Claims or Rights of the Parties in Interest</u>.  Each of the Creditors' claims or rights arose by virtue of its contractual, statutory, and/or common law rights with or against one or more of the Debtors, and/or by operation of law.   Troutman reserves the right to supplement this statement as and when it is able to specify the amount and type of claims held by the Creditors.

    A.    Triangle Equities Junction LLC is a landlord of certain nonresidential real property located in Brooklyn, New York and is the holder of pre- and post-petition claims for rent and other obligations amounting to at least $663,361.04 as of December 10, 2008.

    B.    Costmo-Eastgate, Ltd. is a landlord of certain nonresidential real property located in Mayfield Heights, Ohio and is the holder of pre- and post-petition claims for rent that are presently undetermined but exceed $21,632.00.

    C.    Northcliff Residual Parcel 4 LLC is a landlord of certain nonresidential real property located in Brooklyn, Ohio and is the holder of pre- and post-petition claims for rent that are presently undetermined but exceed $19,677.00.

3. <u>Claims or Interests Owned by Troutman Sanders LLP</u>.  Upon information and belief formed after due inquiry, Troutman does not own any claim whatsoever against the above Debtors, nor does it hold any equity security interest in the above-captioned Debtors.

Respectfully submitted this 12th day of December, 2008.

                              TROUTMAN SANDERS LLP

                              /s/ Vivieon E. Kelley
                              Vivieon E. Kelley, Virginia Bar No. 44230
                              600 Peachtree Street N.E. , Suite 5200
                              Atlanta, Georgia 30308-2216
                              Telephone No.:(404) 885-3000
                              Facsimile No.: (404) 885-3900

ATTORNEYS FOR
TRIANGLE EQUITIES JUNCTION, LLC,
COSTMO-EASTGATE, LTD.
and
NORTHCLIFF RESIDUAL PARCEL 4 LLC

## VERIFICATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury that the facts set forth in the annexed Bankruptcy Rule 2019 Statement regarding Troutman Sanders LLP are true and correct.

Executed on: December 12, 2008.

          /S/  VIVIEON E. KELLEY

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of December, 2008, the foregoing *Verified Statement of Troutman Sanders LLP Pursuant to Bankruptcy Rule 2019* was served (i) electronically on the "2002" and "Core" lists and (ii) through the Court's ECF System.

          /S/  VIVIEON E. KELLEY

Atlanta01 2014548v1 TBA.TBA