Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867
E-mail: DSabagh@duanemorris.com

**Counsel to Principal Life Insurance Company**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.**, *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### MOTION TO ADMIT COUNSEL PRO HAC VICE

**COMES NOW** Denyse Sabagh, counsel to Principal Life Insurance Company in this case and a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of Lauren Lonergan Taylor of the firm Duane Morris LLP. In support thereof, Movant states as follows:

1. Lauren Lonergan Taylor, Pennsylvania Bar Number 76798, is an attorney and member of the law firm Duane Morris LLP, with offices at: 30 South 17th Street, Philadelphia, Pennsylvania 19103-4196, (215) 979-1503 (telephone), (215) 689-4434 (fax), lltaylor@duanemorris.com.

2. Ms. Taylor graduated from the Villanova University School of Law in 1995. Ms. Taylor is a member in good standing of the State Bars of the Commonwealth of Pennsylvania and the State of New Jersey. Ms. Taylor is admitted to practice in the United States Court of Appeals for the Third Circuit and the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey.

3. Ms. Taylor's admittance to practice law has never been revoked, and she is not the subject of any disciplinary proceedings.

DM3\874543.1

4. Pursuant to Local Bankruptcy Rule 9013-1(g), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

5. No previous request for the relief sought herein has been made to this court.

WHEREFORE, the Movant requests this Court enter an order admitting Lauren Lonergan Taylor of the firm Duane Morris LLP *pro hac vice* to the bar of this Court for the conduct of this case.

Respectfully submitted this 12th day of December, 2008.

 /s/ Denyse Sabagh
Denyse Sabagh, Esquire (Va. I.D. No. 17003)
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867
E-mail: DSabagh@duanemorris.com
Counsel to Principal Life Insurance Company

## CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of December, 2008, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

    circuitcityservice@mcguirewoods.com
    project.circuitcity@skadden.com

    /s/ Denyse Sabagh
    Denyse Sabagh

3

DM3\874543.1

Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867
E-mail: DSabagh@duanemorris.com

**Counsel to Principal Life Insurance Company**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **In re:** ) | | **Chapter 11** |
| ) | | |
| **CIRCUIT CITY STORES, INC.**, *et al.*, ) | | **Case No. 08-35653 (KRH)** |
| ) | | |
| **Debtors.** ) | | **(Jointly Administered)** |
| ) | | |

**ORDER APPROVING ADMISSION
PRO HAC VICE OF LAUREN LONERGAN TAYLOR**

This matter comes before the Court upon the Motion of Denyse Sabagh requesting entry of an order approving the admission *pro hac vice* of Lauren Lonergan Taylor of the firm of Duane Morris LLP, to represent the interests of Principal Life Insurance Company in these proceedings.  Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT Ms. Taylor be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

Entered:  December __, 2008

_____
KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

DM3\874543.1