IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In Re: <br><br> CIRCUIT CITY STORES, INC., *et al.* <br><br> Debtors | Case No. 08-35653-KRH <br><br> Chapter 11 |

**VERIFIED STATEMENT OF MULTIPLE CREDITOR
REPRESENTATION BY BEAN, KINNEY & KORMAN, P.C. UNDER RULE 2019**

Mitchell B. Weitzman and Bean, Kinney & Korman, P.C. hereby file this verified statement, in accordance with Bankruptcy Rule 2019, with respect to their legal representation of Tysons 3, LLC, Madison Waldorf, LLC, and the Simon Property Group, Inc. affiliated landlords, state as follows:

1. The names and addresses of the creditors represented by Bean Kinney & Korman, P.C. in this matter are as follows:

| | |
|---|---|
| Tysons 3, LLC <br> c/o The Ziegler Companies, LLC <br> P.O. Box 1393 <br> Great Falls, VA 22055 | Madison Waldorf, LLC <br> c/o Madison Marquette Realty Service <br> 2001 Pennsylvania Ave., N.W. 10th Floor <br> Washington, DC 20002 |
| Simon Property Group, Inc. <br> 225 W. Washington Street <br> Indianapolis, IN 46204 | |

Mitchell B. Weitzman
Bean Kinney & Korman, P.C.
2300 Wilson Boulevard, Seventh Floor
Arlington, Virginia 22201
Tel: (703) 525-4000; Fax: (703) 525-2207

| | |
|---|---|
| In re:  Circuit City Stores, Inc. | Case No. 08-35653-KRH |

2. Tysons 3, LLC, Madison Waldorf, LLC, and the Simon Property Group, Inc. affiliated landlords are lessors under non-residential leases with Debtors and intend to participate in the lease disposition and claims filing processes.

3. Tysons 3, LLC retained Bean Kinney & Korman, P.C. on November 10, 2008, Madison Waldorf, LLC retained Bean Kinney & Korman, P.C. on November 10, 2008, and Simon Property Group, Inc. retained Bean, Kinney & Korman, P.C. on December 11, 2008. . Mitchell B. Weitzman is the primary contact at Bean Kinney & Korman, P.C. for these parties.

4. These creditors have not yet determined the nature and amount of any claims to be asserted. This statement is hereby executed by Mitchell B. Weitzman on behalf of Bean Kinney & Korman, P.C. effective as of December 12, 2008.

Date:  December 12, 2008

By:  /s/ Mitchell B. Weitzman
Mitchell B. Weitzman
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia  22201
Counsel for Tysons 3, LLC, Madison Waldorf, LLC, and the Simon Property Group, Inc. affiliated landlords

In re:  Circuit City Stores, Inc.                                                                                                  Case No. 08-35653-KRH

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2008, the foregoing Verified Statement of Multiple Creditor Representation was filed with the Clerk of the Court using the Court's CM/ECF system and served electronically or via First-Class mail, postage prepaid, upon the persons required to be served pursuant to the Case Management Order entered in this case and/or including the following:

>Daniel F. Blanks
>McGuire Woods LLP
>9000 World Trade Center
>101 W. Main Street
>Norfolk, VA 23510
>
>Dion W. Hayes
>Douglas M. Foley
>McGuire Woods LLP
>One James Center
>901 East Cary Street
>Richmond, VA 23219
>
>Greg M. Galardi
>Ian S. Fredericks
>Skadden, Arps, Slate, Meagher & Flom, LLP
>One Rodney Square
>PO Box 636
>Wilmington, DE 19899-0636

In re:  Circuit City Stores, Inc.     Case No. 08-35653-KRH

      Chris L. Dickerson
      Skadden, Arps, Slate, Meagher & Flom, LLP
      333 West Wacker Drive
      Chicago, IL 60606


      /s/ Mitchell B. Weitzman
      Mitchell B. Weitzman