## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-035653-KRH** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

### NOTICE OF MOTION AND NOTICE OF HEARING

PLEASE TAKE NOTICE that Baker Natick Promenade LLC ("Baker Natick"), BPP

Conn LLC, f/k/a WEC 95 Manchester Limited Partnership ("BPP-Conn"), BPP-Redding LLC

("BPP-Redding"), BPP-VA LLC ("BPP-VA"), BPP-NY LLC ("BPP-NY"), BPP-OH LLC

("BPP-OH"), and BPP-SC LLC ("BPP-SC" and collectively, the "Landlords"), by and through

counsel, have filed with the Court in the above-styled bankruptcy, a *Motion and Supporting*

*Memorandum of Law of Baker Natick Promenade LLC, BPP-Conn LLC, BPP-Redding LLC,*

*BPP-VA LLC, BPP-NY LLC, BPP-OH LLC, and BPP-SC LLC for an Order Compelling*

*Debtors to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. §§ 365(D)(3) and 503(B)*

*and Granting Related Relief* (the "*Motion*").

**Your rights may be affected. You should read these papers carefully and discuss**

**them with your attorney, if you have one in this bankruptcy case. (If you do not have an**

**attorney, you may wish to consult one.)** If you do not want the Court to grant the relief sought

C. Thomas Ebel, Esquire – VSB #18637
Peter M. Pearl, Esquire – VSB #22344
William A. Gray, Esquire – VSB #46911
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 648-1636 (Telephone)
(804) 783-7291 (Facsimile)
*Counsel for Baker Natick Promenade LLC; BPP Conn LLC, f/k/a WEC 95 Manchester Limited Partnership; BPP-Redding
LLC; BPP-VA LLC; BPP-NY LLC; BPP-OH LLC; and BPP-SC LLC*

in the *Motion*, or if you want the Court to consider your views on the *Motion*, then or before

**December 18, 2008**, you or your attorney must:

1.     File with the Court, at the address shown below, a written response pursuant to

*Local Bankruptcy Rule* 9013-1(H).  If you mail your response to the Court for filing, you must

mail it early enough so the Court will receive it on or before the date stated above.

>  William C. Redden, Clerk of Court
>  United States Bankruptcy Court
>  Eastern District of Virginia, Richmond Division
>  701 E. Broad Street, Suite 4000
>  Richmond, VA 23219

You must also mail a copy to:

>  Peter M. Pearl, Esquire (VSB #22344)
>  William A. Gray, Esquire (VSB #46911)
>  C. Thomas Ebel, Esquire (VSB # 18637)
>  Lisa Taylor Hudson, Esquire (VSB #45484)
>  Sands Anderson Marks & Miller, P.C.
>  801 E. Main Street, Suite 1800
>  (P.O. Box 1998)
>  Richmond, VA 23219 (23218-1998)
>  (804) 648-1636 (Telephone)
>  (804) 783-7291 (Facsimile)

2.  If you object to or oppose the *Motion*, you must file your objection or response timely

with the Court and attend a hearing scheduled for **December 22, 2008, at 1:00 p.m.** at the

United States Bankruptcy Court located at 701 East Broad Street, Suite 4000, Richmond,

Virginia, in Judge Huennekens' Courtroom, in addition to filing a written objection or response

to the *Motion*.  If you fail to timely file a written response and to attend the hearing, the Court

may consider any objection you have waived, and enter an order granting the relief requested in

the *Motion* without holding a hearing.

If you or your attorney do not take these steps, the Court may decide that you do not

oppose the relief sought in the *Motion* and may enter an Order granting that relief.

2

## NOTICE

Under *Local Bankruptcy Rule* 9013-1, unless a written response to the *Motion* is filed

with the Clerk of Court and served on the moving party within two (2) business days prior to the

December 22, 2008, hearing date, or on or before **December 18, 2008**, objecting to the relief

requested, the Court may deem any opposition waived, treat the *Motion* as conceded, and issue

an Order granting the requested relief without further notice or hearing.


Dated:  December 12, 2008        **Respectfully Submitted,**

**BAKER NATICK PROMENADE LLC;
BPP CONN LLC, F/K/A WEC 95 MANCHESTER
LIMITED PARTNERSHIP; BPP-REDDING LLC;
BPP-VA LLC; BPP-NY LLC; BPP-OH LLC; AND
BPP-SC LLC,**

  /s/ Lisa Taylor Hudson
C. Thomas Ebel, Esquire – VSB #18637
Peter M. Pearl, Esquire – VSB #22344
William A. Gray, Esquire – VSB #46911
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 648-1636 (Telephone)
(804) 783-7291 (Facsimile)
> *Counsel for Baker Natick Promenade LLC;BPP
> Conn LLC, f/k/a WEC 95 Manchester Limited
> Partnership; BPP-Redding LLC; BPP-VA LLC;
> BPP-NY LLC; BPP-OH LLC; and BPP-SC LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2008, a true and accurate copy of the

foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District

of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to

be served electronically on all registered users of the ECF system that have filed notices of

appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all

persons on the attached Service List.

_____/s/ Lisa Taylor Hudson_____

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
    *Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
    *Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
    *Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
    *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
    *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
    *Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
    *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
    *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
    *Counsel for the Official Committee of
    Unsecured Creditors*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
    *Counsel for the Creditors Committee*