# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION PURSUANT TO BANKRUPTCY RULE 2019

  I, John Lucian, file this verified statement, in accordance with Bankruptcy Rule 2019, with respect to Blank Rome's LLP representation of certain creditors or parties in interests in this case and state as follows:

  1. Blank Rome represents Cellco Partnership d/b/a Verizon Wireless, whose address is 1 Verizon Way, Basking Ridge NJ 07920. Verizon Wireless is a counterparty to certain contracts with the Debtor and reserves all of its rights and remedies.

  2. Blank Rome represents VIWY, L.P., a Pennsylvania limited partnership, which is a landlord for certain retail space located in the shopping center known as Lycoming Crossing, located at the northwest corner of Lycoming Mall Drive and Lycoming Mall Road in Williamsport, Pennsylvania. The landlord holds claims, pre and post petition, under its lease with the Debtor. The full amount of such claims is undetermined at this time and all rights and remedies are reserved.

017286.01678/21742164v.2

3. Blank Rome's representation is not a joint representation in this case. While Blank Rome does not believe that Bankruptcy Rule 2019 is applicable to its representation. However, out of an abundance of caution, Blank Rome submits this statement.

BLANK ROME LLP

*/s/ John Lucian*
John Lucian
Virginia Bar No. 43558
One Logan Square
Philadelphia, PA  19103
(215) 569-5442

Dated:  December 12, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2008, a copy of the foregoing Verified Statement of Multiple Party Representation Pursuant to Bankruptcy Rule 2019 was served by electronic means on the "2002" and "Core" lists and through the CM/ECF system.

*/s/ John Lucian*

017286.01678/21742164v.2