Exhibit(s) B    Page 1 of 4

# EXHIBIT B

John G. McJunkin, (VSB No. 31011)
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006-1108
Phone: (202) 496-7312
Facsimile: (202) 496-7094

Colleen E. McManus (Pro Hac Vice Motion
To Be Filed)
Much Shelist Denenberg Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000

Counsel for 120 Orchard LLC, 427 Orchard LLC,
FT Orchard LLC and Marc Realty

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| | * | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | * | **Case No. 08-35653 (KRH)** |
| | * | |
| **Debtors.** | * | **(Jointly Administered)** |

**ORDER GRANTING LANDLORDS' MOTION AND SUPPORTING MEMORANDUM
FOR AN ORDER COMPELLING PAYMENT OF POST-PETITION RENT
AND GRANTING RELATED RELIEF**

This matter having come before the Court upon the Motion and Supporting Memorandum of 120 Orchard LLC, 427 Orchard LLC and FT Orchard LLC (collectively, "Landlord") for an Order Compelling Payment of Post-Petition Rent and Granting Related Relief and Supplement to Joinder in Limited Objection (Dkt. Nos. 277 and 354) (the "Motion") filed in the bankruptcy case of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii)

proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given and no other or further notice is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and the arguments presented at any hearing had thereupon. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED**.

2. Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Motion.

3. The Debtor is authorized and directed to pay to Landlord, within ten (10) business days of the entry of this Order, the November Administrative Rent in the total aggregate amount of $55,626.72.

4. The Debtor shall, within ten (10) business days of its receipt of a written request from Landlord therefor, reimburse Landlord for all of its reasonable and actual attorneys' fees and costs incurred in seeking allowance and payment of the November Administrative Rent.

5. This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and to resolve any and all disputes related thereto.

ENTERED in Richmond, Virginia this ____ day of _____, 2008.

_____
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/ John G. McJunkin
John G. McJunkin, Esquire (Va. Bar No. 31011)
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006
Phone: 202-496-7312
Facsimile: 202-496-7094

DC:50588739.1

- and -

Colleen E. McManus (Pro Hac Vice Motion
To Be Filed)
Much Shelist Denenberg Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000

Counsel for 120 Orchard LLC, 427 Orchard LLC,
FT Orchard LLC and Marc Realty

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

I hereby certify that notice of the Movant's intent to seek entry of the foregoing proposed order was provided to the parties identified in the Motion and copy of this proposed order was provided to the Office of the United States Trustee for the Eastern District of Virginia concurrently with submission to this Court.

/s/ John G. McJunkin
Movant

DC:50588739.1