UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al ) | Case No.: 08-35653 (KRH) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**OBJECTIONS BY CC JOLIET TRUST TO PROPOSED
CURE AMOUNT (STORE NO.:3123)**

CC Joliet Trust, by its counsel, Silver & Brown, object to the proposed cure amounts set forth on "Exhibit B: Cure Amounts By Store" (the "Cure Exhibit") to the debtors' motion for orders under 11 U.S.C. § 105, 363 and 365 filed by the debtors and debtors in possession in the above captioned jointly administered case and states as follows:

1. CC Joliet Trust is the landlord of "Store No.: 3123" with an address of 3150 Toni Lane, Joliet, Illinois.

2. In the Cure Exhibit the debtors' state that the "cure amount" for store 3123 is $7,338.

3. The debtors' statement of the "cure amount" is not correct. Based upon information presently available to CC Joliet Trust, the cure amount with respect to Store No.: 3123 is <u>not less</u> than $32,240 based on the following computation:

    a. Pre-petition rent for October 2008- $24,800.

    b. Pre-petition rent from November 1 through November 9, 2008- $7,440.

    Total Cure Amount $32,240 for pre-petition rent.

4. The correct "cure amount" does not include taxes for 2007, which have not yet been billed by the tax authority, as well as rent, charges and taxes relating to the post-petition period beginning on November 10, 2008. Further if the entire rent for

November is deemed to be pre-petition the amount of the November rent through November 30, 2008 is $24,800.

    5.    The correct "cure amount" is based on the best information now available to CC Joliet Trust and this objection is filed with full reservation of rights to modify such "cure amount" as such additional information becomes available to CC Joliet Trust.

                                    CC JOLIET TRUST
                                    By Counsel

_/s/ Glenn H. Silver_

Glenn H. Silver, Esquire
Va. State Bar No.: 15722
**SILVER & BROWN**
Red Maple Court
10621 Jones Street
Suite 101
Fairfax, VA 22030
*Counsel for CC Joliet Trust*


### CERTIFICATE OF SERVICE

    I hereby certify that on December 9, 2008 the forgoing *Objection by CC Joliet Trust to proposed Cure Amount* was sent via First Class Mail to the following:

**Robert B. Van Arsdale, Esquire**
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
804-771-2310
804-771-2330 (fax)
Robert.B.Van.Arsdale@usdoj.gov

**AND TO:**

**Counsels for Debtor:**

**Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

2

757-640-3774
Fax : 757-640-3963
Email: dblanks@mcguirewoods.com

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
804-775-1144
Email: dhayes@mcguirewoods.com

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
(757) 640-3715
Fax : (757) 640-3957
Email: dfoley@mcguirewoods.com

**Gregg M. Galardi**
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899
(302) 651-3000

**Ian S. Fredericks**
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899
(302)651-3000

**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
(804) 775-1135
Email: jsheerin@mcguirewoods.com

**Sarah Beckett Boehm**
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219
(804) 775-1000

3

Email: sboehm@mcguirewoods.com

**AND TO THE Official Committee of Unsecured Creditors,** *Official Committee of Unsecured Creditors:*

**Brad R. Godshall**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100
310-277-6910
Email: bgodshall@pszjlaw.com

**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
(310) 277-6910
Email: jpomerantz@pszjlaw.com

**John D. Fiero**
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
(415) 263-7000
Email: jfiero@pszjlaw.com

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
(804) 783-8300
Fax : 804-783-0178
Email: ltavenner@tb-lawfirm.com

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
804-783-8300
Fax : 804-783-0178
Email: pberan@tb-lawfirm.com

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017
(212) 561-7710
Email: rfeinstein@pszjlaw.com

_/s/ Glenn H. Silver_
Glenn H. Silver

LAW OFFICES
OF
# SILVER & BROWN
A PROFESSIONAL CORPORATION
RED MAPLE COURT
10621 JONES ST., SUITE 101
FAIRFAX, VIRGINIA 22030

Telephone (703) 591-6666
Facsimile (703) 591-5618

C. THOMAS BROWN†
GLENN H. SILVER*
†(VA, MD)
*(VA,DC,NY)

December 9, 2009

**VIA FEDERAL EXPRESS**

U.S. Bankruptcy Court
701 E. Broad Street
Suite 4000
Richmond, Virginia 23219-1888

    Re:    Circuit City Stores, Inc., et al.
            Case No.: 08-35653

Dear Clerk:

    Enclosed please find the original and one (1) copy of the *Objection by CC Joliet Trust to Proposed Cure Amount (Store No.: 3123)* with regard to the above-referenced matter. Accordingly, I would appreciate your returning the enclosed copy of the Objection as file stamped in the preaddressed, postage prepaid envelope. I have also enclosed the Registration Form in order to use the CM/ECF System.

    Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me.

                              Very truly yours,

                              Glenn H. Silver

GHS:jcl
Enclosure