John G. McJunkin,  (VSB No. 31011)
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006-1108
Phone:  (202) 496-7312
Facsimile:  (202) 496-7094

Colleen E. McManus (Pro Hac Vice Motion
To Be Filed)
Much Shelist Denenberg Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone:  312-521-2000

Counsel for 120 Orchard LLC, 427 Orchard LLC,
FT Orchard LLC and Marc Realty

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | * | **Chapter 11** |
| | * | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | * | **Case No. 08-35653 (KRH)** |
| | * | |
| Debtors. | * | **(Jointly Administered)** |
| | * | |
| | * | **HEARING DATE:** |
| | * | **December 22, 2008; 1:00 P.M., EST.** |
| | * | |
| | * | **OBJECTION DATE:** |
| | * | **December 18, 2008** |
| * * * * * * * | * | * * * * |

**NOTICE OF MOTION AND HEARING ON LANDLORD'S MOTION AND
SUPPORTING MEMORANDUM FOR AN ORDER COMPELLING PAYMENT
OF POST-PETITION RENT AND GRANTING RELATED RELIEF AND
<u>SUPPLEMENT TO JOINDER IN LIMITED OBJECTION (DKT. NOS. 277 AND 354)</u>**

  **PLEASE TAKE NOTICE** that Landlord, 120 Orchard LLC, 427 Orchard LLC and FT Orchard LLC (collectively, "Movant") by and through its undersigned attorneys, has filed a motion for an order compelling payment of post-petition rent and granting related relief and Supplement to Joinder in Limited Objection (Dkt. Nos. 277 and 354) (the "Motion").  A copy of the Motion has been sent to you separately.

DC:50588758.1

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then by December 18, 2008, you or your attorney must:

1. File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before **December 18, 2008.**  The Debtors have already filed and served Omnibus Objections to the relief requested, which Omnibus Objections appear at Docket Nos. 641 and 664.

   William C. Redden, Clerk
   United States Bankruptcy Court
   701 East Broad Street, Suite 4000
   Richmond, VA 23219-1888

   You must also deliver a copy to all parties on the Certificate of Service below and to:

   John G. McJunkin, (VSB No. 31011)
   Daniel J. Carrigan (Pro Hac Vice)
   McKenna Long & Aldridge LLP
   1900 K Street, NW
   Washington, DC 20006-1108

2. Attend the hearing scheduled for **December 22, 2008 at 1:00 p.m.** before The Honorable Kevin R. Huennekens, in Courtroom 5000, United States Bankruptcy Court, 701 E. Broad Street, Richmond, Virginia 23219.

   If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated: December 12, 2008           /s/ John G. McJunkin
                                   John G. McJunkin, (VSB No. 31011)
                                   Daniel J. Carrigan (Pro Hac Vice)
                                   McKenna Long & Aldridge LLP
                                   1900 K Street, NW
                                   Washington, DC 20006-1108
                                   Telephone:  (202) 496-7312
                                   Facsimile:  (202) 496-7094
                                   Email: jmcjunkin@mckennalong.com

and

/s/ Colleen E. McManus
Colleen E. McManus
Much Shelist Denenberg Ament & Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone:  312-521-2000
Email: cmcmanus@muchshelist.com

Counsel for 120 Orchard LLC, 427 Orchard LLC,
FT Orchard LLC and Marc Realty

## **CERTIFICATE OF SERVICE**

   I hereby certify that on December 12, 2008, a true and complete copy of the foregoing was filed and served on all persons receiving electronic notice in this case and to the following parties:

McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
Attn: Daniel F. Blanks

McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Attn: Douglas M. Foley, Esq.

McGuireWoods LLP
One James Center
901 East Cary Street 40
Richmond, VA 23219
Attn: Dion W. Hayes, Esq.

Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Box 636
Wilmington, DE 19889
Attn: Gregg Galardi, Esq.

Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899
Attn: Ian S. Fredericks

McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Attn: Joseph S. Sheerin

McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219
Attn: Sarah Beckett Boehm

*Attorneys for Circuit City Stores, Inc.*


Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale, Esq.

*Assistant United States Trustee*


Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100
Attn: Brad R. Godshall

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Attn: Jeffrey N. Pomerantz

Querrey & Harrow, Ltd.
175 West Jackson Boulevard
Suite 1600
Chicago, IL 60604-2827
Attn: John M. Brom

Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
Attn: John D. Fiero

Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Attn: Lynn L. Tavenner


DC:50588758.1

Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Attn:  Paula S. Beran

Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017
Attn:  Robert J. Feinstein

*Creditor Committee*
*Official Committee of Unsecured Creditors*


Buchanan Ingersoll & Rooney PC
1700 K Street, NW, Suite 300
Washington, DC 20006
Attn:  Annemarie G. McGavin

Buchanan Ingersoll & Rooney PC
One Oxford Centre, 20th Floor
Pittsburgh, PA 15219
Attn:  James D. Newell
Attn:  Zakarij O. Thomas

*Counsel for Golf Galaxy, Inc.*

Staples
500 Staples Drive
P.O. Box 9271
Framingham, MA 01701-9271
Attn:  Edward Wynne

*Counsel for Staples*


        /s/John G. McJunkin