**Hearing Date: December 22, 2008 at 10:00 a.m.**
**Objection Deadline: December 18, 2008 at 4:00 p.m.**

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPLICATION AND NOTICE OF HEARING ON
APPLICATION TO EXPAND THE SCOPE OF EMPLOYMENT AND
RETENTION OF ERNST & YOUNG LLP TO INCLUDE ADDITIONAL TAX
ADVISORY SERVICES, EFFECTIVE AS OF NOVEMBER 10, 2008**

**PLEASE TAKE NOTICE** that on December 12, 2008, the above-captioned debtors and debtors-in-possession (the "Debtors") filed an Application to Expand the Scope of Employment and Retention of Ernst & Young LLP to Include Additional Tax Advisory Services, Effective as of November 10, 2008 (the "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney,**

**you may wish to consult one.)**  Under Local Bankruptcy Rule
9013-1, unless a written response to the Application is filed
with the Clerk of the Court and served on the moving party,
the trustee and those parties as required by the Order
Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy
Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and
9013-1 Establishing Certain Notice, Case Management and
Administrative Procedures (entered on November 13, 2008 at
Docket No. 130) (the "Case Management Order") no later than
two (2) business days before the scheduled hearing date, the
Court may deem any opposition waived, treat the Application as
conceded, and issue an order granting the requested relief
without further notice or hearing.  If you do not want the
Court to approve the Application, or if you want the Court to
consider your views on the Application, then you or you
attorney must:

> [X]   File with the Court, either electronically or at the
>       address shown below, a written response pursuant to
>       Local Bankruptcy Rule 9013-1(H).  If you mail your
>       response to the Court for filing, you must mail it
>       early enough so the Court will **receive it on or
>       before December 18, 2008 at 4:00 p.m.**
>
>                      Clerk of Court
>                      United States Bankruptcy Court
>                      701 East Broad Street, Suite 4000
>                      Richmond, Virginia 23219
>
> [X]   Pursuant to the Case Management Order, you must also
>       serve a copy of any written response and request for
>       hearing by the foregoing date via electronic mail on
>       the following:(i) the Core Group, which includes the
>       Debtors, co-counsel to the Debtors, the Office of
>       the United States Trustee, co-counsel for any
>       committee, counsel to the agents for the Debtors'
>       prepetition lenders, and counsel to the agents for
>       the Debtors' postpetition lenders; (ii) the 2002
>       List; and (iii) those additional parties as required
>       by the Case Management Order (all of which are
>       defined in the Case Management Order), which can be
>       found at www.kccllc.net/circuitcity.
>
> [X]   Attend a hearing before the Honorable Kevin
>       Huennekens, United States Bankruptcy Judge, **at 10:00
>       a.m. (Eastern Standard Time) on December 22, 2008** at

the United States Bankruptcy Court, Room 5000, 701
East Broad Street, Richmond, Virginia 23219. **If you
or your attorney do not attend the hearing, the
Court may grant the relief requested in the
Application**.

   If you or your attorney do not take these steps, the
Court may decide that you do not oppose the relief sought in
the Application and may enter an order granting the relief
requested.

Dated: December 12, 2008       SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia       FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                       - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Chris L. Dickerson, Esq.
                               333 West Wacker Drive
                               Chicago, Illinois 60606
                               (312) 407-0700

                                       - and -

                               MCGUIREWOODS LLP

                               /s/ Douglas M. Foley         .
                               Dion W. Hayes (VSB No. 34304)
                               Douglas M. Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors in
                               Possession

\6842477.1