**Schedule 1**
**Interested Parties**

# SCHEDULE 1
## INTERESTED PARTIES

**The Debtors**
Abbott Advertising Agency, Inc.
CC Aviation, LLC
CC Distribution Company of Virginia, Inc.
Circuit City Properties, LLC
Circuit City Purchasing Company, LLC
Circuit City Stores, Inc.
Circuit City Stores PR, LLC
Circuit City Stores West Coast, Inc.
Courcheval, LLC
InterTAN, Inc.
Kinzer Technology, LLC
Mayland MN, LLC
Orbyx Electronics, LLC
Patapsco Designs, Inc.
Prahs, Inc.
Sky Venture Corporation
Ventoux International, Inc.
XS Stuff, LLC

**Non-Debtor Affiliates**
Asian Sourcing & Procurement Services Co. Ltd.
Cicuit City Global Sourcing Ltd
Early Adopter Fund, LLC
InterTAN Canada, Ltd
InterTAN France SNC
InterTAN Ontario Ltd.
PlumChoice, Inc.
Sixth Street Marketplace, LP
St. Tammany Oaks Subdivision Association LLC
Theater Xtreme Entertainment Group, Inc.

**Directors and Officers**
Baldyga, Lisa
Barretta, Henry P.
Besanko, Brue H.
Bossin, Alan
Bradley, Brian S.
Breitenbecher, Kelly E.
Brill, Ronald M.
Byrd, Carolyn H.
Cuthbertson, Ron
Daoust, Ean
Dunn, Philip J.
Fairbairn, Ursula O.
Feigin, Barbara S.
Foss, Michael E.
Grove, Jacqueline
Hardymon, James F.
Harlow, John T.
Hedgebeth, Reginald D.
Heidemann, Lyle G.
Jonas, Eric A., Jr.
Kane, Alan
Kelly, John J.
King, Alan B.
Kornstein, Don R.
Ma, Jeric
Marcum, James A.
McDonald, Jeffrey A.
Mosier, Michelle
Mulleady, John
Oakey, John A., III
Owen, Linda M.
Pappas, Steven P.
Ramsey, Daniel W.
Mith, Marlies A.
Salovaara, Mikael
Schoonover, Philip J.
Spainhour, J. Patrick
Spurling, Richard D.
Stone, Jeffrey S.
Swidler, Gerald L.
Turner, Ronald L.

Wahle, Elliot
Wong, Mark J.
Woo, Carolyn Y.

**Significant Shareholders**
J. Richard Atwood
Classic Fund Management Aktiengesellschaft
First Pacific Advisors LLC
HBK Investments LP
HBK Management LLC
HBK Master Fund
HBK Master Fund LP
HBK Partners II LP
HBK Services LLC
Robert L Rodriguez
Mark J Wattles

**Prepetition and Postpetition Secured Lenders**
Ableco Finance LLC
Bank of America, N.A.
Burdale Finance Ltd.
Capital One Leverage Finance Corporation
Crystal Capital
Fifth Third Bank
General Electric Capital Corporation
GMAC Commercial Finance LLC
JPMorgan Chase Bank, N.A.
National City Business Credit, Inc.
PNC Bank, N.A.
SunTrust Bank
Textron Financial Corporation
UBS Loan Finance LLC
UPS Capital Corporation
Wachovia Capital Finance Corporation
Webster Financial Corporation
Wells Fargo Retail Finance, LLC

**Merchandise Creditors**
Alliance Entertainment
Apple
Audiovox
Belkin Logistics Inc.
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Company
Electronic Arts
Epson America Inc.
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Hewlett-Packard
Hisense USA Corporation
Kingston Technologies
Klipsch Audio Technologies, LLC
Lenovo, Inc.
Lexmark International Inc.
Linksys
Logitech Inc.
Microsoft Corporation
Microsoft Xbox
Mitsubishi Digital Electronics
Monster Cable Products
Nikon Inc.
Olympus Corporation
Omnimount Systems Inc.
Oncorp US, Inc.
Onkyo USA Corporation
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc
Samsung Electronics America Inc.
Samsung Opto Electronics Inc.

**SCHEDULE 1**
**INTERESTED PARTIES**

Sandisk Corporation
Sharp Electronics Corporation
Sony Computer Entertainment
Sony Electronics Inc.
Stillwater Designs Inc.
THQ Inc.
Tomtom Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Universal Distribution Records
Vizio
Warner Home Video
Western Digital Technologies
Zenith Electronics Corporation

**Vendors and Major Contract Parties**
Alpha Security Products
American Systems Corporation
Andrews Electronics Inc.
Bailiwick Data Systems Inc.
CDW Direct LLC
Clay Inc, Bruce
Clickit Inc.
Cormark Inc.
Corporate Express
Corporate Facilities Group
Cosco
DC Power Solutions
Eastern Security Corporation
Eleets Logistics
Ereplacements LLC
Fire Materials Group LLC
Gorilla Nation Media
Graphic Communications
Illinois Wholesale Cash Register
Innerworkings LLC
J&F Mfg Inc
JLG Industries Inc.
Nextag
NFL Enterprises LLC
North American Roofing Systems Inc.
Northern Wire Productions
Orbis Corporation
Pricegrabber.Com LLC
PTR Compactor & Baler Company
Quebecor World KRI
Retail Maintenance Services LLC
Samsung Electronics America Inc.
Shopping.Com Inc.
Shopzilla Inc.
Sony
Specificmedia Inc.
Standard Electric
Streater Inc.
Swiff Train Company
Trane
Tremor Media
Universal Fixtures & Display
US Signs
USIS Commercial Services Inc.
Vance Baldwin
Vanguard Products Group Inc.
Vector Security
Virginia Electronic Components
Wayne Dalton Corporation
Weather Channel Interactive, The

**Fifty Largest Unsecured Creditors**
Advertising.com
Alliance Entertainment
Apex Digital Inc
Audiovox
Belkin Logistics Inc.
Bethesda Softworks

Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Company
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Graphic Communications
Hewlett-Packard
Hisense USA Corporation
IBM
IBM Strategic Outsourcing Wire
Incomm
Kensington Computer Products Group
Kingston Technologies
Klipsch Audio Technologies LLC
Lenovo, Inc.
Lexar Media Inc.
Lexmark International Inc.
Linksys
Microsoft Corp Consignment
Microsoft Xbox Consignment
Mitac USA Inc.
Mitsubishi Digital Electronics
Monster Cable Products
Navarre Consignment
Navarre Corporation
Nikon Inc.
Olympus Corporation
Omnimount Systems Inc.
Oncorp US, Inc.
Onkyo USA Corporation
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc.
Samsung Electronics America
Sandisk Corporation
Sharp Electronics Corporation
Simpletech
Sony Computer Entertainment
Sony Electronics Inc.
Stillwater Designs Inc.
THQ Inc. (ValuSoft)
Toshiba America Business Solutions Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Vizio
Vtech Communications Inc.
Vtech Electronics
Warner Home Video
Zenith Electronics Corporation

**Consignors**
foneGear
Intuit Inc.
Memorex Products, Inc.
Navarre Corporation
Panasonic Consumer Electronics Company
Pinnacle Systems, Inc. (Avid Tech Inc.)
THQ Inc. (ValuSoft)

**Credit Card Companies and/or Processors**
American Express
Chase Bank, USA
Discover Card
IPS Card Solutions, Inc.
MasterCard
ValueLink
Visa Inc.

**Insurers**
American Empire Excess & Surplus Lines
American Home Assurance Company
Arch Insurance Group

# SCHEDULE 1
# INTERESTED PARTIES

| | |
|---|---|
| Axis Reinsurance Company | Altoona City Authority |
| Axis Surplus Insurance Company | Ameren CIPS |
| Chubb | Ameren UE |
| CNA Global Specialty Lines | Ameren CILCO |
| Continental Casualty Company | Ameren IP |
| Essex Insurance Company | American Water & Energy Savers |
| Executive Risk Indemnity Inc. | American Water Service, Inc. |
| Federal Insurance Company | Anne Arundel County Water and Wastewater |
| Fireman's Fund Insurance Company | Anniston Water Works, AL |
| Glacier Re | Arizona Public Service |
| Global Aerospace, Inc. | Aqua New Jersey |
| Global Excess Partners | Aquarion Water Company of CT |
| Great American Assurance Company | Aquila, Inc. |
| Great American Insurance Company | Arch Wireless |
| Industrial Risk Insurers | Arkansas Oklahoma Gas Corporation |
| Integon Specialty Insurance Company | Arkansas Western Gas Company |
| Lancashire Insurance Company (UK) Ltd | Artesian Water Company, Inc. |
| Landmark American Insurance Company | Ashwaubenon Water & Sewer Utility |
| Lexington Insurance Company | AT&T |
| Liberty Mutual Fire Insurance Company | AT&T (Ameritech) |
| Lloyds of London | AT&T (Bellsouth) |
| National Liability & Fire Insurance Company | AT&T (Pacific Bell) |
| National Union Fire Insurance Company | AT&T (SNET) |
| Ohio Casualty Insurance Company | AT&T (Southwestern Bell) |
| Old Republic Risk Management Inc. | AT&T Mobility |
| Princeton Excess & Surplus Lines Insurance Co. | Athens Clarke County, GA |
| RSUI Indemnity Company | Athens-Clarke County Stormwater Utility |
| St. Paul Mercury Insurance Company | Atlantic City Electric |
| State National Insurance Company | Atmos Energy |
| Westchester Surplus Lines Insurance Company | Augusta Utilities Department |
| XL Specialty Insurance Company | Aurora Water |
| Zurich American Insurance Company | Austell Natural Gas System |
| | Autoridad de Acueductos y Alcantarillado |

**Third Party Administrators** | Autoridad de Energia Electrica

| | |
|---|---|
| Aetna Life Insurance Company | Avaya |
| Alliance Entertainment Corporation | Avista Utilities |
| American Express Travel Related Services Company | Bangor Gas, ME |
| American Express Trust Company | Bangor Hydro Electric Company |
| Aon Inc. | Bangor Water District |
| Assurant Inc. | Bay State Gas |
| Avista Advantage, Inc. | Bell South |
| Beecher Carlson Insurance Services | Bellevue City Treasurer, WA |
| Computerized Waste Systems | Belmont County Sanitary Sewer District, OH |
| CTSI | Bexar County WCID |
| E-Count | Baltimore Gas & Electric |
| Empire Blue Cross Blue Shield | Board of Public Utilities-Cheyenne, WY |
| Hewitt Associates LLC | Board of Water Supply/HI |
| IBM | Board of Water Works of Pueblo, CO |
| Jardine Lloyd Thompson Canada | Borough of Chambersburg, PA |
| Kaiser Permanente | Braintree Electric Light Department |
| Marsh USA, Inc. | Braintree Water & Sewer Dept |
| Medco Health Solutions | Brazoria County MUD #6 |
| Mercer Insurance Group | Brick Township Municipal Utilities |
| Mid-Atlantic Vision Service Plan, Inc. | Brighthouse Networks |
| Navigant Consulting, Inc | Brownsville Public Utilities Board |
| Specialty Risk Services | Brunswick-Glynn County, GA |
| Tangoe, Inc. | Bucks County Water & Sewer Authority |
| Triple-S Management Corporation | California Water Service-Bakersfield |
| Vision Service Plan | Canton Township Water Dept, MI |
| Wachovia Bank, N.A. | Cape Fear Public Utility Authority |
| | Cascade Natural Gas |

**Utility Providers** | Center Township Water & Sewer Authority

| | |
|---|---|
| Accent Energy | CenterPoint Energy Services Inc. |
| American Electric Power Company | Central Georgia EMC |
| American Water Company | Central Hudson Gas & Electric Company |
| Alabama Gas Corporation | Central Maine Power |
| Alabama Power | CenturyTel |
| Alameda County Water District | Charleston Water System |
| Albemarle County Service Authority | Charlotte County Utilities |
| Albuquerque Bernalillo County Water | Charter Communications |
| Alderwood Water District | Charter Township of Bloomfield, MI |
| Allegheny Power | Charter Township of Meridian, MI |
| Alliant Energy/WP&L | Chattanooga Gas Company |
| Alltel | Chesapeake Utilities |

**SCHEDULE 1**
**INTERESTED PARTIES**

| | |
|---|---|
| Chesterfield County Utilities Department | City of Florence, SC |
| Cheyenne Light, Fuel & Power | City of Folsom,CA |
| Cincinnati Bell | City of Fort Lauderdale, FL |
| Citizens Gas & Coke Utility | City of Fort Myers, FL/340 |
| Citrus Heights Water District | City of Fort Smith, AR |
| City and County of Denver, CO | City of Fredericksburg, VA |
| City of Abilene, TX | City of Fresno, CA |
| City of Alcoa Utilities, TN | City of Frisco, TX |
| City of Alexandria, LA | City of Fullerton, CA |
| City of Altamonte Springs, FL | City of Garland Utility Services |
| City of Amarillo, TX | City of Gastonia, NC |
| City of Ammon, ID | City of Glendale, CA - Water & Power |
| City of Ann Arbor Treasurer, MI | City of Goodyear, AZ |
| City of Ardmore, OK | City of Grand Rapids, MI |
| City of Arlington, TX | City of Grandville, MI |
| City of Asheville, NC | City of Groveland, FL |
| City of Atlanta, GA-Dept of Watershed Mg | City of Groveland, FL |
| City of Austin, TX | City of Gulfport, MS |
| City of Avondale, AZ | City of Harrisonburg, VA |
| City of Baltimore, MD | City of Hattiesburg, MS |
| City of Batavia, IL | City of Hialeah, FL-Dept of Water & Sewer |
| City of Beaumont, TX | City of Hickory, NC |
| City of Berwyn, IL | City of High Point, NC |
| City of Bethlehem, PA | City of Houston, TX - Water/Wastewater |
| City of Bloomington, IL | City of Humble, TX |
| City of Bloomington, MN | City of Huntington Beach, CA |
| City of Boca Raton, FL | City of Hurst, TX |
| City of Boulder, CO | City of Independence, MO |
| City of Boynton Beach, FL/Utilities Dept | City of Jacksonville, NC |
| City of Brea, CA | City of Joliet, IL |
| City of Bridgeport, WV | City of Keene, NH |
| City of Brighton, MI | City of Keizer, OR |
| City of Brockton, MA | City of Killeen, TX |
| City of Brookfield, WI | City of Kingsport, TN |
| City of Buford, GA | City of La Habra, CA |
| City of Burbank, CA | City of Lafayette, IN |
| City of Burnsville, MN | City of Lake Charles, LA |
| City of Calumet City, IL | City of Lake Worth, TX |
| City of Cape Coral, FL | City of Lakewood, CA |
| City of Carmel, IN | City of Lakewood, CO |
| City of Cedar Hill, TX | City of Laredo, TX |
| City of Cedar Park, TX | City of League City, TX |
| City of Chandler, AZ | City of Leominster, MA |
| City of Charlottesville, VA | City of Lewisville, TX |
| City of Chicago, IL Dept. of Water | City of Livermore, CA |
| City of Clearwater, FL | City of Long Beach, CA |
| City of Cocoa, FL | City of Longview, TX |
| City of Colonial Heights, VA | City of Lufkin, TX |
| City of Columbia, MO | City of Lynnwood, WA |
| City of Columbia, SC | City of Madison Heights, MI |
| City of Columbus, OH | City of Mansfield, TX |
| City of Concord, NC | City of Manteca, CA |
| City of Concord, NH | City of Maple Grove, MN |
| City of Coon Rapids, MN | City of Marion, IL |
| City of Coral Springs, FL | City of Martinsville, VA |
| City of Corpus Christi, TX-Utility Busing | City of McHenry, IL |
| City of Countryside, IL | City of McKinney, TX |
| City of Covina, CA | City of Melbourne, FL |
| City of Crystal Lake, IL | City of Merced |
| City of Cuyahoga Falls, OH | City of Meriden Tax Collector, CT |
| City of Dallas, TX | City of Mesa, AZ |
| City of Daly City, CA | City of Mesquite, TX |
| City of Danbury, CT | City of Midland, TX |
| City of Daphne, AL | City of Midwest City, OK |
| City of Daytona Beach, FL | City of Millville, NJ |
| City of Dearborn, MI | City of Minnetonka, MN |
| City of Decatur, IL | City of Modesto, CA |
| City of Denton, TX | City of Monrovia, CA |
| City of Dover, DE | City of Montebello, CA |
| City of Durham, NC | City of Morgan Hill, CA |
| City of East Point, GA | City of Muskegon, MI |
| City of Escondido, CA | City of Myrtle Beach, SC |
| City of Falls Church, VA | City of Naperville, IL |
| City of Fayetteville, AR | City of Niles, OH |

# SCHEDULE 1
## INTERESTED PARTIES

| | |
|---|---|
| City of Norman, OK | City of Turlock, CA |
| City of North Canton, OH | City of Tuscaloosa, AL |
| City of Norton Shores, MI | City of Tyler, TX |
| City of Norwalk, CA | City of Vero Beach, FL |
| City of Novi, MI | City of Victorville, CA |
| City of OFallon, IL | City of Vienna, WV |
| City of Oklahoma City, OK | City of Virginia Beach, VA |
| City of Olympia, WA | City of Waco, TX |
| City of Orange, CA | City of Warner Robins, GA |
| City of Orem, UT | City of Webster, TX |
| City of Oxnard, CA | City of West Jordan, UT |
| City of Pasadena, CA | City of West Palm Beach/Utilities |
| City of Pasadena, TX | City of Westland, MI - Dept. 180701 |
| City of Pembroke Pines, FL | City of Wichita Falls, TX |
| City of Pensacola, FL | City of Wichita Water Department, KS |
| City of Peoria, AZ | City of Wilmington, DE |
| City of Phoenix, AZ | City of Wilmington, NC |
| City of Pittsburg, CA | City of Winston-Salem, NC |
| City of Plano, TX | City of Woodbury, MN |
| City of Plantation, FL | City of Yuma, AZ |
| City of Pontiac, MI | City Utilities (Fort Wayne, IN) |
| City of Port Arthur, TX | City Utilities of Springfield, MO |
| City of Port Richey, FL | City Water & Light |
| City of Portage, MI | City Water Light & Power, Springfield IL |
| City of Portland, OR | Clackamas River Water |
| City of Portsmouth, NH | Clarksville Department of Electricity |
| City of Raleigh, NC | Clarksville Gas & Water Department |
| City of Rancho Cucamonga, CA | Clearwater Enterprises, L.L.C. |
| City of Redding, CA | Cleco Power LLC |
| City of Richland, WA | Cleveland Utilities |
| City of Richmond, VA | Coachella Valley Water District |
| City of Rochester Hills, MI | Cobb County Water System |
| City of Rockford, IL | College Station Utilities - TX |
| City of Rockwall, TX | Colorado Springs Utilities |
| City of Roseville, CA | Columbia Gas of Kentucky |
| City of Roseville, CA | Columbia Gas of Maryland |
| City of Roseville, MI | Columbia Power & Water Systems |
| City of Round Rock, TX | Columbus City Utilities |
| City of Salisbury, NC | Columbus Water Works |
| City of San Bernardino, CA - Water | Com Ed |
| City of San Diego, CA | Comcast |
| City of San Luis Obispo, CA | Compton Municipal Water Dept |
| City of Santa Barbara, CA | Con Edison |
| City of Santa Maria, CA | Con Edison Solutions |
| City of Santa Monica, CA | Connecticut Light & Power |
| City of Santa Rosa, CA-Water & Sewer | Connecticut Natural Gas Corporation |
| City of Savannah, GA | Connecticut Water Company |
| City of Sebring, FL | Connexus Energy |
| City of Selma, TX | Consolidated Communications |
| City of Sherman, TX | Consolidated Mutual Water |
| City of Shreveport, LA-D O W A S | Consolidated Waterworks District #1 |
| City of Signal Hill, CA | Consumers Energy |
| City of Slidell, LA | Contra Costa Water District |
| City of Somerville, MA | County of Henrico, VA |
| City of Southaven, MS | Cox Communications |
| City of Southlake, TX | CPS Energy |
| City of St. Cloud, MN | Cucamonga Valley Water District |
| City of St. Peters, MO | Dakota Electric Association |
| City of Steubenville, OH | Davidson Telecom LLC |
| City of Sugar Land, TX | Dayton Power & Light |
| City of Summerville, Armuchee | Delmarva Power DE/MD/VA |
| City of Sunnyvale, CA | Delta Charter Township, MI |
| City of Tallahassee, FL - Util Dept | Denver Water |
| City of Tampa, FL | Deptford Township MUA, NJ |
| City of Taunton, MA | Direct Energy |
| City of Taylor, MI | Division of Water, City of Cleveland OH |
| City of Temple, TX | Dixie Electric Cooperative |
| City of Thornton, CO | Dominion East Ohio |
| City of Toledo, OH | Dothan Utilities |
| City of Torrance, CA | Douglasville-Douglas County GA |
| City of Troy, MI | DTE Energy |
| City of Tucson, AZ | Dublin San Ramon Services District |
| City of Tukwila, WA | Duke Energy |
| City of Tulsa, OK | Dupage County Public Works |

# SCHEDULE 1
## INTERESTED PARTIES

| | |
|---|---|
| Duquesne Light Company | Holland Charter Township, MI |
| East Bay Municipal Utility District | Holyoke Gas & Electric Department |
| East Brunswick Water Utility | Holyoke Water Works, MA |
| Eastern Municipal Water District | Huntsville Utilities, AL |
| Easton Suburban Water Authority | Idaho Power |
| Easylink Services Corporation | Imperial Irrigation District, CA |
| El Paso Electric Company | Indian River County Utilities, FL |
| El Paso Water Utilities | Indianapolis Power & Light |
| El Toro Water District | Indianapolis Water Company |
| Electric City Utilities/City of Anderson | Insight |
| Electric Power Board-Chattanooga | Intercall |
| Elizabethtown Gas | Intermountain Gas Company |
| Elmira Water Board  NY | Intermountain Rural Electric Association |
| Elyria Public Utilities | Irvine Ranch Water District |
| Embarq Communications | Jackson Electric Membership Corp, GA |
| Emerald Coast Utilities Authority | Jackson Energy Authority |
| Entergy Arkansas, Inc. | Jackson Water Collection, MI |
| Entergy Gulf States LA, LLC | Jacksonville Electric Authority |
| Equitable Gas Company | Jefferson County AL, Sewer Service Fund |
| Erie County Water Authority | Jefferson Parish, LA |
| Evansville, IN Waterworks Dept | Jersey Central Power & Light |
| Everett Utilities | Johnson City Power Board |
| Fairfax Water - VA | Johnson City Utility System |
| Fairfield Municipal Utilities | Kansas City Power & Light Company |
| Fairpoint Communications | Kansas Gas Service |
| Fewtek Inc. | KCMO Water Services Department |
| First Utility District of Knox County | Keynote Red Alert |
| Flint EMC, GA | Kissimmee Utility Authority |
| Flint Township-Board of Public Works | Knoxville Utilities Board |
| Florence Water & Sewer Commission | Kentucky Utilities Company |
| Florida City Gas | Laclede Gas Company |
| Florida Power & Light Company | Lafayette Utilities Systems |
| Florida Public Utilities Co, DeBary | Lake Apopka Natural Gas District, FL |
| Floyd County Water Department | Lake County Dept of Public Works, IL |
| Fontana Water Company | Lakehaven Utility District |
| Fort Collins Utilities | Lakeland Electric/City of Lakeland,FL |
| Fort Worth Water Dept, TX | Lansing Board of Water & Light |
| Frederick County Division of Utilities | Lee County Electric Cooperative |
| Frontier | Lincoln Electric System |
| Fruitland Mutual Water Company | Long Island American Water, NY |
| Gainesville Regional Utilities | Long Island Power Authority |
| Gas South | Los Angeles County Dept. of Public Works |
| Geoff Patterson, Receiver of Taxes | Los Angeles Dept of Water & Power |
| Georgia Power | Loudoun Water |
| Golden State Water Company | Louisville Water Company |
| Grand Chute Utilities | Lubbock Power Light & Water |
| Grand Traverse County Dept of Pub Works | Lycoming County Water & Sewer Authority |
| Granite Telecommunications | Macon Water Authority |
| Greater Augusta Utility District, ME | Madison Gas and Electric - WI |
| Greater Cincinnati Water Works | Madison Suburban Utility District |
| Green Bay Water Utility | Madison Water/Sewer/Storm Utilities, WI |
| Green Mountain Power | Manchester Water Works |
| Greene County - Department of Public Wor | Marin Municipal Water District |
| Greenville Utilities Commission, NC | Martin County Utilities |
| Greenville Water System, SC | McAllen Public Utilities -TX |
| GreyStone Power Corporation | MCI |
| Gulf Power | Manatee County Utilities Cust Serv |
| Gwinnett Co. Water Resources | Medford Water Commission, OR |
| Hamilton Township | Memphis Light, Gas & Water Division |
| Hampton Roads Utility Billing Services | Merced Irrigation District |
| Harker Heights Water Department, TX | Merchantville - Pennsauken |
| Harpeth Valley Utilities District | Met-Ed |
| Harrisonburg Electric Commission | Metro |
| Hawaiian Electric Company, Inc. | Metro Technology, Inc. (AL) |
| Hawaiian Telecom | Metro Water Services TN |
| Hayward Water System | Metropolitan St. Louis Sewer District |
| Helix Water District | Miami-Dade Water and Sewer Dept. |
| Hernando County Utilities, FL | MidAmerican Energy Company |
| Hicksville Water District | Mid-Carolina Electric Cooperative |
| Highland Sewer & Water Authority | Middle Tennessee Electric Membership |
| Highland Utilities Dept, IN | Milwaukee Water Works |
| Highlands Ranch Metro Districts | Mishawaka Utilities |
| Hillsborough County Water Resource Ser. | Mississippi Power |
| Holland Board of Public Works | Missouri Gas Energy |

## SCHEDULE 1
## INTERESTED PARTIES

| | |
|---|---|
| Mobile Area Water & Sewer System | Public Service Electric & Gas Company |
| Modesto Irrigation District | PSNC Energy (Public Service Company of NC) |
| Monroe County Water Authority | Public Service of New Hampshire |
| Monte Vista Water District | Public Works Commission, City of Fayetteville |
| Montgomery Water Works | Puerto Rico Telephone |
| Mount Laurel Municipal Utilities | Puget Sound Energy |
| Mount Pleasant Waterworks, SC | Prince William County Services |
| Mountaineer Gas | Questar Gas |
| Nashville Electric Service | Qwest |
| National Fuel | Racine Water & Wastewater Utilities, WI |
| National Grid | Rancho California Water District |
| Nevada Power Company | Regional Water Authority, CT |
| New Braunfels Utilities, TX | Research In Motion |
| New England Gas Company | Rochester Gas & Electric |
| New England Water Utility Services, Inc. | Ritter Communications |
| New Hampshire Gas Corporation | Riverdale City Corporation |
| New Jersey Natural Gas Company | Riverside Public Utilities, CA |
| New Mexico Utilities, Inc. | Roanoke Gas Company |
| Newport News Waterworks | Rocky Mount Public Utilities |
| Nextel Communications | Sacramento County Utilities |
| Nicor Gas Transportation | Sacramento Municipal Utility District |
| Nicor Gas | Saddleback Communications |
| Northern Indiana Public Service Company | Saint Paul Regional Water Services |
| North Attleborough Electric | Salt Lake City Corporation |
| North Attleborough Public Works | San Angelo Water Utilities |
| North Little Rock Electric | San Antonio Water System |
| North Shore Gas | San Diego Gas & Electric |
| North State Communications | San Jose Water Company |
| North Wales Water Authority | Santa Buckley Energy |
| Northampton Borough Municipal Authority | Santa Cruz Municipal Utilities |
| Northern Utilities Natural Gas | Santa Margarita Water District-SMWD |
| Northern Virginia Electric Cooperative | Santee Cooper |
| NSTAR/ | Sarasota County Environmental Services |
| NW Natural | Sawnee EMC |
| NYC Water Board | South Carolina Electric & Gas |
| New York State Electric & Gas | Sebring Gas System Inc. |
| O.C.W.S. Okaloosa County | Second Taxing District Water Department |
| Ocala Electric Utility, FL | Semco Energy Gas Company |
| Oceanic Time Warner Cable | Sempra Energy Solutions |
| Onondaga County Water Authority | SFPUC-Water Department, CA |
| Oklahoma Gas & Electric Service | Shelby Township Dept of Public Works |
| Ohio Edison | Sierra Pacific Power Company-NV |
| Oklahoma Natural Gas Company | Silverdale Water District # 16 |
| Olivenhain Municipal Water District | Simplenet |
| Ontario Water Works | Skytel |
| Orange and Rockland Utilities | Southern Maryland Electric Cooperative |
| Orange County Utilities | Snapping Shoals EMC |
| Orlando Utilities Commission | Snohomish County PUD |
| Orwell Natural Gas Company | South Bend Water Works |
| Ozarks Electric Cooperative Corporation | South Central Power CO, OH |
| Pacific Gas & Electric | South Jersey Gas Company |
| Pacific Power-Rocky Mountain Power | South Louisiana Electric Cooperative |
| Paducah Power System | Southern California Edison |
| Panama City Utilities Department , FL | Southern California Gas |
| Parker Water & Sanitation District | Southwest Gas Corporation |
| Paulding County Water, GA | Southwestern VA Gas Company |
| Pearl River Valley EPA | Spartanburg Water System |
| Peco Energy Company | Spectrum Utilities Solutions |
| Pedernales Electric Cooperative, Inc. | Spokane County Utilities |
| Penelec | Spokane County Water Dist #3 |
| Pennichuck Water Works, Inc. | Spring Hill Water Works, TN |
| Peoples Gas | Springfield Utility Board |
| PEPCO (Potomac Electric Power Company) | Springfield Water & Sewer Commission |
| Philadelphia Gas Works | Sprint |
| Piedmont Natural Gas-Nashville Gas | Salt River Project |
| Pinellas County, FL-Utilities | St. Lucie West Services District |
| Plaza Mill Limited | Suburban East Salem Water District |
| PNM Electric & Gas Services | Suburban Natural Gas |
| Portland General Electric | Suddenlink |
| Portland Water District - ME | Suez Energy Resources NA |
| PPL Utilities | Suffolk County Water Authority - NY |
| Prattville Water Works Board | Summit Township Water Authority |
| Progress Energy Carolinas, Inc | Sumter Electric Cooperative, Inc., FL |
| Providence Water | Surewest |

**SCHEDULE 1**
**INTERESTED PARTIES**

| | |
|---|---|
| Sweetwater Authority | Village of Bloomingdale, IL |
| T Mobile | Village of Downers Grove, IL |
| Tacoma Public Utilities | Village of Elmwood Park, IL |
| Taunton Municipal Lighting Plant | Village of Gurnee, IL |
| TDS Telecom | Village of Matteson, IL |
| Tampa Electric Company | Village of Niles, IL |
| Terrebonne Parish Consolidated Govt. | Village of Norridge, IL |
| Texas Gas Service | Village of Nyack Water Dept., NY |
| The Illuminating Company | Village of Schaumburg, IL |
| The Metropolitan District CT | Village of Wellington, FL |
| The Torrington Water Company | Virginia Natural Gas |
| Thoroughbred Village | Vista Irrigation District |
| Toledo Edison | Walnut Valley Water District |
| Tombigbee Electric Power Assoc-Tupelo | Walton EMC PO Box 1347/260 |
| Town of Apex, NC | Warrington Township Water & Sewer Dept. |
| Town of Aurelius - Water & Sewer, NY | Washington Gas |
| Town of Burlington, MA | Washington Suburban Sanitary Commission |
| Town of Cary, NC | Water Gas & Light Commission |
| Town of Collierville, TN | Water Revenue Bureau, PA |
| Town of Cortlandt, NY | WaterOne |
| Town of Danvers, MA-Electric Division | Wisconsin Electric |
| Town of Dartmouth, MA | Wisconsin Gas |
| Town of Foxborough, MA | West View Water Authority |
| Town of Gilbert, AZ | Westar Energy/KPL |
| Town of Hanover, MA-Tax Collector | Western Allegheny County MUA |
| Town of Manchester, CT | Western Massachusetts Electric |
| Town of Natick, MA | Westminster Finance - CO |
| Town of Plymouth, MA | Wilkinsburg-Penn Joint Water Authority |
| Town of Queen Creek Water, AZ | Williston Water Department |
| Town of Salem, NH | Willmut Gas Company |
| Town of Schererville, IN | Windstream |
| Town of Vestal, NY - Utility Fund | Wisconsin Public Service Corporation |
| Town of Victor, NY | Withlacoochee River Electric Cooperative |
| Town of Wallkill, NY | Wright-Hennepin Coop Electric |
| Township of Freehold, NJ | Xcel Energy: Southwestern Public Service |
| Township of Livingston, NJ | Yankee Gas Services |
| Township of Roxbury, NJ | Youngstown Water Dept., OH |
| Township of Wayne, NJ | |
| TPS | **Banks Utilized in the Company's** |
| Tri-County Electric Cooperative/TX | **Cash Management System** |
| Trinsic Spectrum Business | American Savings |
| Truckee Meadows Water Authority, NV | AmSouth Bancorporation |
| Trumbull County Water & Sewer Dept. | Banco Popular |
| Trussville Utilities Board, AL | Bank of America |
| Tucows Com | CRP Securities, LLC |
| Tucson Electric Power Company | Chase Bank |
| Tupelo Water & Light Dept | CRP Securities |
| Turlock Irrigation District | Fifth Third Bank |
| TXU Energy | Fifth Third Securities |
| Tylex Inc./TX | JP Morgan Securities Inc |
| UGI Energy Services, Inc. | Lehman Brothers |
| UGI Penn Natural Gas | Merrill Lynch Global Institutional Advisory Division |
| United Illuminating Company | RBC Dain Rauscher |
| United Power | SunTrust |
| United Water Idaho | UBS Financial Services, Inc. |
| United Water New Jersey/Harrington Park | Wachovia Bank & Securities |
| United Water Pennsylvania | Wells Fargo |
| Unitil Concord Electric Company | |
| USA Mobility | **Liquidators** |
| UTE Water Conservancy District | Gordon Brothers Retail Partners LLC |
| Utilities Inc. of Louisiana | Great American Group |
| Utility Billing Services-AR | Hilco Merchant Resources LLC |
| Utility Payment Processing, Baton Rouge | Hudson Capital Partners LLC |
| Valencia Water Company, CA | SB Capital Group LLC |
| VCCDD Utility | Tiger Capital Group LLC |
| Vectren Energy Delivery | |
| Verizon (BA) | **Restructuring and Other Professionals** |
| Verizon (GTE) | Bingham McCutchen LLP |
| Verizon Online | Ernst & Young |
| Verizon Wireless | FTI Consulting Inc. |
| Vermont Gas Systems, Inc. | Goldman, Sachs and Company |
| Village of Algonquin, IL | Kirkland & Ellis LLP |
| Village of Arlington Heights, IL | Kurtzman Carson Consultants LLC |
| Village of Bedford Park, IL | LeClairRyan |

**SCHEDULE 1**
**INTERESTED PARTIES**

McGuireWoods, LLP
Ogilvy Renault LLP
Osler, Hoskin & Hardcourt LLP
Rothschild, Inc.
Schulte Roth & Zabel LLP
Skadden, Arps, Slate, Meagher & Flom, LLP
Wilmer, Cutler, Pickering Hale, & Dorr LLP

**U.S. Trustee's Office - Region 4**
Bove, Frank J.
Conlon, Debera F.
Davis, Martha
Early, Dennis J.
Frankel, Jack I.
Franklin, Shannon D.
McDow, W. Clarkson.
Van Arsdale, Robert
Weschler, Cecelia A.
Whitehurst, Kenneth N. III

**District Court Judges (Eastern District of Virginia)**
Anderson, John F.
Brinkeman, Leonie M.
Buchanan, Theresa C.
Cacheris, James C.
Davis, Ivan D.
Ellis, T.S. III
Hilton, Claude M.
Jones, T. Rawles Jr.
Lee, Gerald Bruce
O'Grady, Liam

**Bankruptcy Court Judges (Eastern District of Virginia)**
Adams, David H.
Huennekens, Kevin R.
Mayer, Robert
Mitchell, Stephen S.
St. John, Stephen C.
Shelley, Blackwell N.
Tice, Douglas O. Jr.