**<u>Schedule 2</u>**
**KPMG Relationships**

# SCHEDULE 2
## KPMG - Relationships

**The Debtors**
Abbott Advertising Agency, Inc.
CC Aviation, LLC
CC Distribution Company of Virginia, Inc.
Circuit City Properties, LLC
Circuit City Purchasing Company, LLC
Circuit City Stores, Inc.
Circuit City Stores, Inc.
Circuit City Stores, Inc.
Courcheval, LLC
InterTAN, Inc.
Kinzer Technology, LLC
Mayland MN, LLC
Orbyx Electronics, LLC
Patapsco Designs, Inc.
Prahs, Inc.
Sky Venture Corporation
Ventoux International, Inc.
XS Stuff, LLC

**Non-Debtor Affiliates**
Asian Sourcing & Procurement Services Co. Ltd.
Cicuit City Global Sourcing Ltd
Early Adopter Fund, LLC
InterTAN Canada, Ltd
InterTAN France SNC
InterTAN Ontario Ltd.
Sixth Street Marketplace, LP
St. Tammany Oaks Subdivision Association LLC
Theater Xtreme Entertainment Group, Inc.

**Directors and Officers**
Besanko, Brue H.
Bradley, Brian S.
Breitenbecher, Kelly E.
Brill, Ronald M.
Byrd, Carolyn H.
Dunn, Philip J.
Fairbairn, Ursula O.
Feigin, Barbara S.
Foss, Michael E.
Hardymon, James F.
Harlow, John T.
Hedgebeth, Reginald D.
Heidemann, Lyle G.

Jonas, Eric A., Jr.
Kane, Alan
Kelly, John J.
King, Alan B.
Kornstein, Don R.
Marcum, James A.
McDonald, Jeffrey A.
Mosier, Michelle
Mulleady, John
Mith, Marlies A.
Salovaara, Mikael
Spainhour, J. Patrick
Stone, Jeffrey S.
Turner, Ronald L.
Wahle, Elliot
Woo, Carolyn Y

**Significant Shareholders**
First Pacific Advisors LLC
HBK Investments LP
HBK Management LLC
HBK Master Fund
HBK Master Fund LP
HBK Partners II LP
HBK Services LLC
Mark J Wattles

**Prepetition and Postpetition Secured Lenders**
Ableco Finance LLC
Bank of America, N.A.
Burdale Finance Ltd.
Capital One Leverage Finance Corporation
Crystal Capital
Fifth Third Bank
General Electric Capital Corporation
GMAC Commercial Finance LLC
JPMorgan Chase Bank, N.A.
National City Business Credit, Inc.
PNC Bank, N.A.
SunTrust Bank
Textron Financial Corporation
UBS Loan Finance LLC
UPS Capital Corporation
Wachovia Capital Finance Corporation
Webster Financial Corporation

1

## SCHEDULE 2
## KPMG - Relationships

Wells Fargo Retail Finance, LLC

Zenith Electronics Corporation

**Merchandise Creditors**
Alliance Entertainment
Apple
Audiovox
Belkin Logistics Inc.
Buena Vista Home Video
Columbia Tristar Home Video
Eastman Kodak Company
Electronic Arts
Epson America Inc.
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Hewlett-Packard
Hisense USA Corporation
Kingston Technologies
Lenovo, Inc.
Lexmark International Inc.
Linksys
Logitech Inc.
Microsoft Corporation
Microsoft Xbox
Mitsubishi Digital Electronics
Monster Cable Products
Nikon Inc.
Olympus Corporation
Onkyo USA Corporation
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc
Samsung Electronics America Inc.
Samsung Opto Electronics Inc.
Sandisk Corporation
Sharp Electronics Corporation
Sony Computer Entertainment
Sony Electronics Inc.
THQ Inc.
Tomtom Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Universal Distribution Records
Warner Home Video
Western Digital Technologies

**Vendors and Major Contract Parties**
Alpha Security Products
American Systems Corporation
Andrews Electronics Inc.
CDW Direct LLC
Cormark Inc.
Corporate Express
Corporate Facilities Group
Cosco
Fire Materials Group LLC
Graphic Communications
JLG Industries Inc.
Nextag
NFL Enterprises LLC
Pricegrabber.Com LLC
Quebecor World KRI
Retail Maintenance Services LLC
Samsung Electronics America Inc.
Shopping.Com Inc.
Shopzilla Inc.
Sony
Standard Electric
Streater Inc.
Trane
USIS Commercial Services Inc.
Vanguard Products Group Inc.
Vector Security
Wayne Dalton Corporation
Weather Channel Interactive, The

**Fifty Largest Unsecured Creditors**
Advertising.com
Alliance Entertainment
Audiovox
Belkin Logistics Inc.
Bethesda Softworks
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Company
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.

2

## SCHEDULE 2
## KPMG - Relationships

| | |
|---|---|
| Graphic Communications | Memorex Products, Inc |
| Hewlett-Packard | Navarre Corporation |
| Hisense USA Corporation | Panasonic Consumer Electronics Company |
| IBM | Pinnacle Systems, Inc. (Avid Tech Inc.) |
| IBM Strategic Outsourcing Wire | THQ Inc. (ValuSoft) |
| Incomm | |
| Kingston Technologies | **Credit Card Companies and/or Processors** |
| Klipsch Audio Technologies LLC | Chase Bank, USA |
| Lenovo, Inc. | MasterCard |
| Lexar Media Inc. | Discover Card |
| Lexmark International Inc. | American Express |
| Linksys | IPS Card Solutions, Inc. |
| Microsoft Corp Consignment | ValueLink |
| Microsoft Xbox Consignment | Visa Inc. |
| Mitac USA Inc. | |
| Mitsubishi Digital Electronics | **Insurers** |
| Monster Cable Products | American Empire Excess & Surplus Lines |
| Navarre Corporation | American Home Assurance Company |
| Nikon Inc. | Arch Insurance Group |
| Olympus Corporation | Axis Reinsurance Company |
| Omnimount Systems Inc. | Axis Surplus Insurance Company |
| Oncorp US, Inc. | Chubb |
| Onkyo USA Corporation | CNA Global Specialty Lines |
| Panasonic North America | Continental Casualty Company |
| Paramount Home Video | Essex Insurance Company |
| Pioneer Electronics (USA) Inc. | Executive Risk Indemnity Inc. |
| Samsung Electronics America | Federal Insurance Company |
| Sandisk Corporation | Fireman's Fund Insurance Company |
| Sharp Electronics Corporation | Glacier Re |
| Simpletech | Global Aerospace, Inc. |
| Sony Computer Entertainment | Great American Assurance Company |
| Sony Electronics Inc. | Great American Insurance Company |
| Stillwater Designs Inc. | Industrial Risk Insurers |
| THQ Inc. (ValuSoft) | Integon Specialty Insurance Company |
| Toshiba America Business Solutions Inc. | Lancashire Insurance Company (UK) Ltd |
| Toshiba America Consumer Products | Landmark American Insurance Company |
| Toshiba Computer Systems Division | Lexington Insurance Company |
| Vizio | Liberty Mutual Fire Insurance Company |
| Vtech Communications Inc. | Lloyds of London |
| Vtech Electronics | National Liability & Fire Insurance Company |
| Warner Home Video | National Union Fire Insurance Company |
| Zenith Electronics Corporation | Ohio Casualty Insurance Company |
| | Old Republic Risk Management Inc. |
| **Consignors** | Princeton Excess & Surplus Lines Insurance Co. |
| Intuit Inc. | RSUI Indemnity Company |

3

**SCHEDULE 2**
**KPMG - Relationships**

St. Paul Mercury Insurance Company
Westchester Surplus Lines Insurance Company
XL Specialty Insurance Company
Zurich American Insurance Company

**Third Party Administrators**
Aetna Life Insurance Company
Alliance Entertainment Corporation
American Express Travel Related Services Company
American Express Trust Company
Aon Inc.
Assurant Inc.
Avista Advantage, Inc.
Beecher Carlson Insurance Services
CTSI
E-Count
Empire Blue Cross Blue Shield
Hewitt Associates LLC
IBM
Jardine Lloyd Thompson Canada
Kaiser Permanente
Marsh USA, Inc.
Medco Health Solutions
Mercer Insurance Group
Navigant Consulting, Inc
Specialty Risk Services
Tangoe, Inc.
Triple-S Management Corporation
Wachovia Bank, N.A.

**Utility Providers**
Accent Energy
American Electric Power Company
American Water Company
Alabama Gas Corporation
Alabama Power
Alderwood Water District
Allegheny Power
Alliant Energy/WP&L
Alltel
Ameren CIPS
Ameren UE
Ameren CILCO
Ameren IP
American Water Service, Inc.

Arizona Public Service
Aqua New Jersey
Aquarion Water Company of CT
Aquila, Inc.
Arkansas Western Gas Company
Artesian Water Company, Inc.
AT&T
AT&T (Ameritech)
AT&T (Bellsouth)
AT&T (Pacific Bell)
AT&T (SNET)
AT&T (Southwestern Bell)
AT&T Mobility
Athens Clarke County, GA
Atlantic City Electric
Atmos Energy
Austell Natural Gas System
Avaya
Avista Utilities
Bangor Gas, ME
Bangor Hydro Electric Company
Bay State Gas
Bell South
Bexar County WCID
Baltimore Gas & Electric
Board of Water Supply/HI
Brighthouse Networks
California Water Service-Bakersfield
Cascade Natural Gas
CenterPoint Energy Services Inc.
Central Georgia EMC
Central Maine Power
CenturyTel
Charter Communications
Chattanooga Gas Company
Chesapeake Utilities
Cheyenne Light, Fuel & Power
Cincinnati Bell
Citizens Gas & Coke Utility
City and County of Denver, CO
City of Alexandria, LA
City of Altamonte Springs, FL
City of Arlington, TX
City of Atlanta, GA-Dept of Watershed Mg
City of Austin, TX

4

## SCHEDULE 2
## KPMG - Relationships

| | |
|---|---|
| City of Baltimore, MD | City of Shreveport, LA-D O W A S |
| City of Boca Raton, FL | City of Tallahassee, FL - Util Dept |
| City of Brockton, MA | City of Taunton, MA |
| City of Burbank, CA | City of Torrance, CA |
| City of Calumet City, IL | City of Virginia Beach, VA |
| City of Cape Coral, FL | City of West Palm Beach/Utilities |
| City of Chandler, AZ | City of Wichita Water Department, KS |
| City of Charlottesville, VA | City Utilities (Fort Wayne, IN) |
| City of Chicago, IL Dept. of Water | City Utilities of Springfield, MO |
| City of Columbia, MO | Cleco Power LLC |
| City of Columbus, OH | Cobb County Water System |
| City of Coon Rapids, MN | College Station Utilities - TX |
| City of Coral Springs, FL | Colorado Springs Utilities |
| City of Corpus Christi, TX-Utility Busing | Columbia Gas of Kentucky |
| City of Covina, CA | Columbia Gas of Maryland |
| City of Crystal Lake, IL | Columbus City Utilities |
| City of Dallas, TX | Com Ed |
| City of Denton, TX | Comcast |
| City of Falls Church, VA | Con Edison |
| City of Fort Lauderdale, FL | Con Edison Solutions |
| City of Fort Myers, FL/340 | Connecticut Light & Power |
| City of Fort Smith, AR | Connecticut Natural Gas Corporation |
| City of Garland Utility Services | Consolidated Communications |
| City of Hialeah, FL-Dept of Water & Sewer | Consumers Energy |
| City of Houston, TX - Water/Wastewater | County of Henrico, VA |
| City of Huntington Beach, CA | Cox Communications |
| City of Independence, MO | CPS Energy |
| City of Joliet, IL | Dayton Power & Light |
| City of Long Beach, CA | Delmarva Power DE/MD/VA |
| City of Madison Heights, MI | Deptford Township MUA, NJ |
| City of Mansfield, TX | Direct Energy |
| City of Meriden Tax Collector, CT | Division of Water, City of Cleveland OH |
| City of Midland, TX | Dominion East Ohio |
| City of Myrtle Beach, SC | Dothan Utilities |
| City of Naperville, IL | Douglasville-Douglas County GA |
| City of Pasadena, CA | DTE Energy |
| City of Pensacola, FL | Duke Energy |
| City of Phoenix, AZ | Duquesne Light Company |
| City of Portland, OR | East Bay Municipal Utility District |
| City of Raleigh, NC | Easylink Services Corporation |
| City of Richmond, VA | El Paso Electric Company |
| City of San Diego, CA | Elizabethtown Gas |
| City of San Luis Obispo, CA | Embarq Communications |
| City of Santa Monica, CA | Entergy Arkansas, Inc. |
| City of Savannah, GA | Entergy Gulf States LA, LLC |

**SCHEDULE 2**
**KPMG - Relationships**

| | |
|---|---|
| Equitable Gas Company | Milwaukee Water Works |
| Fairfax Water - VA | Mississippi Power |
| Fairpoint Communications | Missouri Gas Energy |
| Flint EMC, GA | Monroe County Water Authority |
| Florida City Gas | Monte Vista Water District |
| Florida Power & Light Company | Mountaineer Gas |
| Frontier | Nashville Electric Service |
| Gas South | National Fuel |
| Georgia Power | National Grid |
| Green Mountain Power | Nevada Power Company |
| Gulf Power | New England Gas Company |
| Hawaiian Electric Company, Inc. | New Hampshire Gas Corporation |
| Hawaiian Telecom | New Jersey Natural Gas Company |
| Hampton Roads Utility Billing Services | New Mexico Utilities, Inc. |
| Idaho Power | Newport News Waterworks |
| Imperial Irrigation District, CA | Nextel Communications |
| Indianapolis Power & Light | Nicor Gas Transportation |
| Insight | Nicor Gas |
| Intercall | Northern Indiana Public Service Company |
| Intermountain Gas Company | North Shore Gas |
| Intermountain Rural Electric Association | Northampton Borough Municipal Authority |
| Jacksonville Electric Authority | Northern Utilities Natural Gas |
| Jefferson Parish, LA | Northern Virginia Electric Cooperative |
| Jersey Central Power & Light | NSTAR/ |
| Kansas City Power & Light Company | NW Natural |
| Kansas Gas Service | NYC Water Board |
| Keynote Red Alert | New York State Electric & Gas |
| Knoxville Utilities Board | O.C.W.S. Okaloosa County |
| Kentucky Utilities Company | Oceanic Time Warner Cable |
| Laclede Gas Company | Onondaga County Water Authority |
| Lake County Dept of Public Works, IL | Oklahoma Gas & Electric Service |
| Lakeland Electric/City of Lakeland,FL | Ohio Edison |
| Lee County Electric Cooperative | Oklahoma Natural Gas Company |
| Lincoln Electric System | Ontario Water Works |
| Long Island American Water, NY | Orange and Rockland Utilities |
| Long Island Power Authority | Orange County Utilities |
| Los Angeles Dept of Water & Power | Orlando Utilities Commission |
| Martin County Utilities | Pacific Gas & Electric |
| MCI | Pacific Power-Rocky Mountain Power |
| Manatee County Utilities Cust Serv | Paducah Power System |
| Met-Ed | Pearl River Valley EPA |
| Metro | Peco Energy Company |
| Metropolitan St. Louis Sewer District | Pedernales Electric Cooperative, Inc. |
| Miami-Dade Water and Sewer Dept. | Pennichuck Water Works, Inc. |
| MidAmerican Energy Company | Peoples Gas |

6

# SCHEDULE 2
## KPMG - Relationships

PEPCO (Potomac Electric Power Company)
Philadelphia Gas Works
Piedmont Natural Gas-Nashville Gas
Pinellas County, FL-Utilities
Portland General Electric
PPL Utilities
Progress Energy Carolinas, Inc
Public Service Electric & Gas Company
PSNC Energy (Public Service Company of NC)
Public Service of New Hampshire
Puerto Rico Telephone
Puget Sound Energy
Qwest
Regional Water Authority, CT
Research In Motion
Rochester Gas & Electric
Ritter Communications
Roanoke Gas Company
Sacramento County Utilities
Sacramento Municipal Utility District
San Antonio Water System
San Diego Gas & Electric
San Jose Water Company
South Carolina Electric & Gas
Sempra Energy Solutions
Sierra Pacific Power Company-NV
Skytel
Southern Maryland Electric Cooperative
Snohomish County PUD
South Jersey Gas Company
Southern California Edison
Southern California Gas
Southwest Gas Corporation
Spokane County Utilities
Sprint
Salt River Project
Suddenlink
Suez Energy Resources NA
Suffolk County Water Authority - NY
Sumter Electric Cooperative, Inc., FL
Surewest
Sweetwater Authority
T Mobile
TDS Telecom
Tampa Electric Company

Texas Gas Service
The Illuminating Company
Toledo Edison
Township of Freehold, NJ
TPS
Tucows Com
TXU Energy
UGI Penn Natural Gas
United Illuminating Company
United Power
United Water Idaho
United Water New Jersey/Harrington Park
United Water Pennsylvania
Unitil Concord Electric Company
USA Mobility
Utilities Inc. of Louisiana
Valencia Water Company, CA
Vectren Energy Delivery
Verizon (BA)
Verizon (GTE)
Verizon Online
Verizon Wireless
Vermont Gas Systems, Inc.
Village of Schaumburg, IL
Village of Wellington, FL
Virginia Natural Gas
Washington Gas
Washington Suburban Sanitary Commission
Wisconsin Electric
West View Water Authority
Westar Energy/KPL
Western Massachusetts Electric
Willmut Gas Company
Windstream
Wisconsin Public Service Corporation
Withlacoochee River Electric Cooperative
Xcel Energy: Southwestern Public Service
Yankee Gas Services

**Banks Utilized in the Company's Cash Management System**
American Savings
AmSouth Bancorporation
Banco Popular
Bank of America

7

## SCHEDULE 2
## KPMG - Relationships

| | |
|---|---|
| CRP Securities, LLC | Ernst & Young |
| Chase Bank | FTI Consulting Inc. |
| CRP Securities | Goldman, Sachs and Company |
| Fifth Third Bank | Kirkland & Ellis LLP |
| Fifth Third Securities | Kurtzman Carson Consultants LLC |
| JP Morgan Securities Inc | LeClairRyan |
| Lehman Brothers | McGuireWoods, LLP |
| Merrill Lynch Global Institutional Advisory Division | Ogilvy Renault LLP |
| RBC Dain Rauscher | Osler, Hoskin & Hardcourt LLP |
| SunTrust | Rothschild, Inc. |
| UBS Financial Services, Inc. | Schulte Roth & Zabel LLP |
| Wachovia Bank & Securities | Skadden, Arps, Slate, Meagher & Flom, LLP |
| Wells Fargo | Wilmer, Cutler, Pickering Hale, & Dorr LLP |

**Liquidators**
Gordon Brothers Retail Partners LLC
Great American Group
Hilco Merchant Resources LLC
Hudson Capital Partners LLC
SB Capital Group LLC
Tiger Capital Group LLC

**Restructuring and Other Professionals**
Bingham McCutchen LLP

**U.S. Trustee's Office - Region 4**
None

**District Court Judges (Eastern District of Virginia)**
None

**Bankruptcy Court Judges (Eastern District of Virginia)**
None

8