## **EXHIBIT A**



THEODORE V. MORRISON, JR.
CHAIRMAN

MARK C. CHRISTIE
COMMISSIONER

JUDITH WILLIAMS JAGDMANN
COMMISSIONER

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

STATE CORPORATION COMMISSION
Office of the Clerk

March 25, 2008

NAVARRE DISTRIBUTION SERVICES INC
RYAN F. URNESS
7400 49TH AVE N
NEW HOPE, MN 55428

RE: CIRCUIT CITY STORES, INC. ("CONSIGNEE")
DCN/FILE NO: 08-03-21-7293-2

Dear Customer:

This is your receipt for $20.00 covering the fees for filing an original financing statement with this office.

The effective date of the filing is March 21, 2008 at 12:42 PM.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

FSACCEPT
FSO
CISEMS

Tyler Building, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/division/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Linda Ruehle 763-450-2315

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Ryan F. Urness, General Counsel
Navarre Distribution Services, Inc.
7400 49th Ave. N.
New Hope, MN 55428

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Circuit City Stores, Inc. ("Consignee") | | | | | |
| **1b. INDIVIDUAL'S LAST NAME** | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| **1c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | | COUNTRY |
| 9950 Mayland Drive | Richmond | VA | 23233-1464 | | USA |
| **1d. SEE INSTRUCTIONS** / ADD'L INFO RE ORGANIZATION DEBTOR / **1e. TYPE OF ORGANIZATION**: Corporation | **1f. JURISDICTION OF ORGANIZATION**: Virginia | | **1g. ORGANIZATIONAL ID #, if any**: VA0059931-6 | | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Navarre Distribution Services, Inc. | | | | |
| **3c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| 7400 49th Avenue North | New Hope | MN | 55428 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All computer software products delivered to and consigned by Consignor and its suppliers to Consignee from time to time pursuant to a Consignment Agreement between Consignee and Consignor dated June 23, 2006, including, but not necessarily limited to, various computer software products from the following suppliers: Acronis, Auvi Electronics, Avanquest, Bamboo, Carbonite, Channel Access, Chief Architect, Corel, Channel Sources, Delorme, Encore Software, Fogware, Freeverse Software, GIT Corp, Grisoft, IMSI, Individual Software, Intervideo, Iolo, IRIS, Knowledge Adventure, Leveractive, LifeLock, Lighthouse Interactive, MAGIX, onOne Software, Pinnacle Systems, Punch, Red Frog Group, ReLaunch, Roxio, Sage, Stompsoft, Summitsoft, Susteen, Trend Micro, Tri Synergy, Webroot, and Zone Labs.

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR  ☑ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]  **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)