## **EXHIBIT B**



VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED

March 11, 2008

Fleet Retail Group, LLC, as Agent
40 Broad Street
Boston, MA 02109

RE:   Circuit City Stores, Inc.

### Notice of Purchase-Money Security Interest in Consigned Inventory

Please be advised that pursuant to Article 9 of the Uniform Commercial Code that Navarre Distribution Services, Inc., as Consignor, will acquire, on or about March 12, 2008, a perfected purchase-money security interest in and to the following described collateral, which is or will be inventory of the Consignee (identified below):

> All computer software products delivered to and consigned by Consignor and its suppliers to Consignee form time to time pursuant to a Consignment Agreement between Consignee and Consignor dated June 23, 2006, including, but not necessarily limited to, various computer software products from the following suppliers: Acronis, Auvi Electronics, Avanquest, Bamboo, Carbonite, Channel Access, Chief Architect, Corel, Channel Sources, Delorme, Encore Software, Fogware, Freeverse Software, GIT Corp, Grisoft, IMSI, Individual Software, Intervideo, Iolo, IRIS, Knowledge Adventure, Leveractive, LifeLock, Lighthouse Interactive, MAGIX, onOne Software, Pinnacle Systems, Punch, Red Frog Group, ReLaunch, Roxio, Sage, Stompsoft, Summitsoft, Susteen, Trend Micro, Tri Synergy, Webroot, Zone Labs.

Consignee:

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233-1464 USA

Sincerely,

Navarre Distribution Services, Inc.

*Linda Alsid Ruehle*
Linda Alsid Ruehle, Assistant General Counsel

