Frank T. Pepler, Esq.
PEPLER MASTROMONACO LLP
100 First Street, 25th Floor
San Francisco, California 94105
(415) 978-9860

Attorneys for Creditor
Morgan Hill Retail Venture, LP

FILED
RICHMOND DIVISION
DEC 12 2008
CLERK
U.S. BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - x
                                  :
In re:                            : Chapter 11
                                  :
CIRCUIT CITY STORES, INC., et     : Case No.  08-35653
al.,                              :
                                  :
        Debtors,                  : Jointly Administered
                                  :
                                  :
                                  :
- - - - - - - - - - - - - - - - - x

**CREDITOR MORGAN HILL RETAIL VENTURE, LP'S OBJECTION TO
CURE AMOUNTS
AS SET FORTH IN DEBTOR'S MOTION FOR ORDERS UNDER 11
U.S.C. §§ 105, 363, AND 365 (I) APPROVING BIDDING AND
AUCTION PROCEDURES FOR SALE OF UNEXPIRED NONRESIDENTIAL
REAL PROPERTY LEASES FOR CLOSING STORES, (II) SETTING
SALE HEARING DATE, AND (III) AUTHORIZING AND APPROVING
(A) SALE OF CERTAIN NON RESIDENTIAL REAL PROPERTY LEASES
FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES, (B)
ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASES,
AND (C) LEASE REJECTION PROCEDURES**

1

{1556 | 0010 | 00464435.DOC; V1}

1. Pursuant to Paragraph 13 of the Debtor's above referenced Motion and lease sale procedure order, Morgan Hill Retail Venture, LP, the landlord of Debtor's store 4229 located at 1007 Cochran Road, Morgan Hill, CA, pursuant to Lease Agreement dated September 6, 2007 objects to the Debtor's assertion of cure amount set forth in Exhibit B to its Motion as $15,436, in the aggregate.

2. The true and correct cure amount as calculated by Morgan Hill Retail Venture, L.P. is $137,638.65. A copy of the cure amounts, and the breakdown thereof, is attached hereto as Exhibit A.

Dated:   December 10, 2008
         San Francisco, California

                                PEPLER MASTROMONACO LLP

                                _____
                                Frank T. Pepler, Esq.
                                (CASB No. 10070)
                                100 First Street, 25th Floor
                                San Francisco, CA 94109
                                (415) 978-9860

                                Attorney for Creditor
                                Morgan Hill Retail Venture,
                                LP

{1556 | 0010 | 00464435.DOC; V1}

**CIRCUIT CITY**
Morgan Hill, CA

1) *Amounts Due through 12/10/08*

| Description | % | Days | Amount |
|---|---|---|---|
| Rent From 11/1/08 through 11/30/08 | | 30 | 34,820.55 |
| CAM From 11/1/08 through 11/30/08 | | 30 | 5,133.25 |
| Property Taxes 4/4/08 - 06/30/09 | | | 36,684.86 |
| Estimated Supplemental Taxes 7/1/08-6/30/09 | | | 47,670.01 |
| Late Charge Penalty (10%) | 10% | | 12,430.87 |
| Interest From 11/1/08 through 12/10/08 | 6% | 40 | 899.11 |
| **Total Amount Due** | | | **$137,638.65** |

**Note:**
**** *Interest Per Diem is $22.48*

**EXHIBIT A**

November 30, 2008
*Morgan Hill Retail Venture LP*
Circuit City - Morgan Hill, CA

| | | | CAM Commence | Pro Rata Share of Total Bill | Total Due |
|---|---|---|---|---|---|
| 728-37-063 07-08 Property Tax | Circuit City | 07/01/07-06/30/08 29,076.38 | 4/4/2008 88 | 88/365=24.11% | $ 7,010.32 |
| | | 4/4/08-6/30/08  Total Property Tax Due : | | | $ 7,010.32  <1> |

| | | | CAM Commence | Pro Rata Share of Total Bill | Total Due |
|---|---|---|---|---|---|
| 728-37-063 08-09 Property Tax | Circuit City | 07/01/08-06/30/09 29,674.54 | 4/4/2008 365 | 100% | $ 29,674.54 |
| | | Total Property Tax Due : | | | $ 29,674.54  <2> |

4/4/08 - 6/30/09 *Property Taxes Total Amount Due :*   $ 36,684.86  <1>+<2>





**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2008, a true and complete copy of the foregoing was filed by Federal Express and served by email and by facsimile to the parties set forth below:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
gregg.galardi@skadden.com
Fax: (888) 329-3792

*Counsel for Debtors*

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com
Fax: (804) 698-2078

*Counsel for the Debtors*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com
Fax: (804) 783-0178

*Counsel for the Creditors Committee*

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10071
rfeinstein@pszjlaw.com
Fax: (212) 561-7777

*Counsel for the Creditors Committee*

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219
Robert.b.van.arsdale@usdoj.gov
Fax: (804) 771-2330

*Assistant United States Trustee*

Frank T. Pepler
California SB No. 100070
PEPLER MASTROMONACO LLP
100 First Street, 25th Floor
San Francisco, CA 94105
Tel: (415) 978-9860
Attorneys for Creditor
Morgan Hill Retail Venture, LP

{1556 | 0010 | 00464435.DOC; V1}

**Elizabeth Paul**

| | |
|---|---|
| From: | Elizabeth Paul |
| Sent: | Wednesday, December 10, 2008 1:00 PM |
| To: | 'gregg.galardi@skadden.com'; 'dhayes@mcguirewoods.com'; 'ltavenner@tb-lawfirm.com'; 'rfeinstein@pszjlaw.com'; 'robert.b.van.arsdale@usdog.gov' |
| Cc: | Frank Pepler |
| Subject: | Circuit City |
| Attachments: | Obj re cure amount (00464439).PDF |

Frank Pepler asked me to send you the attached pleading. If you have any questions, please contact him directly at (415) 738-3336 or fpepler@peplermastromonaco.com. Thank you.

Elizabeth Paul


PeplerMastromonaco LLP
100 FIRST STREET    25th FLOOR
SAN FRANCISCO, CALIFORNIA 94105
415.738.3353 Direct Dial
415.978.9860 Main
415.978.9862 Fax
epaul@peplermastromonaco.com
www.peplermastromonaco.com

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any further disclosure or use, dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at the above address, and delete the e-mail. Thank you very much.

12/10/2008

```
12/10/2008 WED 14:03   FAX                                          ☐001
                         *** FAX MULTI TX REPORT ***
                         ****************************

JOB NO.            3445
DEPT. ID           1556010
PGS.               8
TX/RX INCOMPLETE   -----
TRANSACTION OK     918883293792pp15560010
                   918046982078pp15560010
                   918047830178pp15560010
                   912125617777pp15560010
                   918047712330pp15560010
ERROR              912125617777
                   918047712330
```

## PeplerMastromonaco LLP

### FACSIMILE TRANSMISSION SHEET

| TO: | COMPANY: | FAX NUMBER: | PHONE NUMBER: |
|---|---|---|---|
| Greg M. Galardi | Skadden, Arps, Slate, Meagher & Flom | (888) 329-3792 | |
| Dion W. Hayes | McGuire Woods, LLP | (804) 698-2078 | |
| Lynn L. Tavenner | Tavenner & Beran, PLC | (804) 783-0178 | |
| Robert J. Feinstein | Pachulski Stang Ziehl & Jones LLP | (212) 561-7777 | |
| Robert B. Van Arsdale | Office of the United States Trustee | (804) 771-2330 | |
| **FROM:** Frank T. Pepler | | SENDER'S PHONE: (415) 978-9860 | |
| | | SENDER'S FAX: (415) 978-9862 | |
| **DATE:** December 10, 2008 | | **RE:** Circuit City Stores, Inc. | |
| **TOTAL PAGES INCLUDING COVER:** 8 | | | |

Message/Comments:

# Pepler Mastromonaco LLP

FRANK T. PEPLER
DIRECT DIAL: 415.738.3336
fpepler@peplermastromonaco.com

December 10, 2008



**VIA FEDERAL EXPRESS**
Airbill No.: 7961 7646 4336

Clerk of the Court
United States Bankruptcy Court
Eastern District - Virginia
701 E Broad St Ste 4000
Richmond VA 232191849

Re:  In re Circuit City Stores, Inc.
     Case No. 08-35653

Dear Clerk:

Enclosed please find the original and two copies of Creditor Morgan Hill Retail Venture, LP's Objection to Cure Amounts, etc. for filing. Please return a conformed copy to us in the enclosed self-addressed, stamped envelope. Thank you.

Very truly yours,

Elizabeth Paul
Assistant to Frank T. Pepler

FTP:ecp
Enclosures

100 FIRST STREET   25th FLOOR   SAN FRANCISCO, CALIFORNIA 94105   T: 415.978.9860   F: 415.978.9862   www.peplermastromonaco.com
{1556|0010|00464449.DOC; V1}