**ALBERT D. PHELPS, INC.**

401 Merritt 7, P.O. Box 5101
Norwalk, CT 06856
Tel (203) 847-8087 • Fax (203) 846-3468
Web: www.adphelps.com

December 9, 2008



U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

Re:  Circuit City Stores, Inc.
     Case Nos. 08-35653 through 08-35670

Dear Sirs:

Enclosed please find a copy of Notice of Default dated December 8, 2008. Circuit City Stores, Inc. is a subtenant of our tenant, Cortlandt B. L.L.C.

Thank you.

Very truly yours,

ALBERT D. PHELPS, INC.
As Managing Agent For:
YORKCON PROPERTIES, INC.

By: _____
John P. Crosby
President

JPC:rap
Enclosure

**ALBERT D. PHELPS, INC.**

401 Merritt 7, P.O. Box 5101
Norwalk, CT 06856
Tel (203) 847-8087 • Fax (203) 846-3468
Web: www.adphelps.com

December 8, 2008

**CERTIFIED RETURN RECEIPT**

Cortlandt B. L.L.C.
c/o Goddard Development
P.O. Box 55, 145 Otterkill Road
Mountainville, NY 10953

*Attention: Mr. Adrian Goddard*

Re:   Lease dated July 9, 1997
      Yorkcon Properties, Inc., Landlord, with Cortlandt B. L.L.C., Tenant
      **NOTICE OF DEFAULT**

Dear Mr. Goddard:

   Pursuant to the provisions of Article 22 of the above-referenced Lease, notice is hereby give to you that Basic Rent in the amount of $33,515.48 is unpaid and in arrears. You have ten (10) days from the date of receipt of this notice to cure the default by paying Landlord the full amount of Basic Rent in arrears.

   Enclosed is an updated invoice dated December 1, 2008 evidencing the amounts payable. Thank you for your anticipated cooperation in curing the default.

                         Very truly yours,

                         ALBERT D. PHELPS, INC.
                         As Managing Agent For:
                         YORKCON PROPERTIES, INC.

                         By:_____
                         John P. Crosby
JPC:rap                  President
Enclosure

Cc:   Steven M. Warren, Esq.
      Mr. Daniel P. Parente
      Circuit City Stores, Inc., via certified mail, 9950 Mayland Drive,
         Richmond, VA 23233
      Capmark Finance Inc.

YORKCON PROPERTIES, INC.
C/O ALBERT D. PHELPS, INC.
POB 5101, 401 MERRITT 7
NORWALK, CT 06856-5101

(203) 847-8087

FAX - 845-534-0101

12/1/2008                              ACCOUNT NUMBER

CORTLANDT B. LLC                       D0000270    1
C/O GODDARD DEVELOPMENT
P.O. BOX 55, 145 OTTERKILL RD
MOUNTAINVILLE, NY 10953
ATTN: MR. ADRIAN GODDARD

MAKE CHECKS PAYABLE TO:    YORKCON PROPERTIES, INC.        BALANCE DUE        33,515.48

| Date | Code | Description | Charges | Payments | Amount Due |
|---|---|---|---|---|---|
| 10/1/2008 | BR | BASE RENT | 12,913.13 | 5,223.91 | 7,689.22 |
| 11/1/2008 | BR | BASE RENT | 12,913.13 | 0.00 | 12,913.13 |
| 12/1/2008 | BR | BASE RENT | 12,913.13 | 0.00 | 12,913.13 |

12/1/2008                              ACCOUNT NUMBER

Please send this portion of the statement with your remittance.    INVOICE #:        D0000270    1
                                                                    CORTLANDT B. LLC

YORKCON PROPERTIES, INC.
C/O ALBERT D. PHELPS, INC.
POB 5101, 401 MERRITT 7
NORWALK, CT 06856-5101

(203) 847-8087

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 25,826.26 | 0.00 | 7,689.22 | 0.00 | 0.00 | 33,515.48 |