Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

- - - - - - - - - - - - - - - X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : | |
| | : | |
| Debtors. | : | Jointly Administered |

- - - - - - - - - - - - - - - x

**ORDER UNDER BANKRUPTCY CODE SECTIONS 105(a),**  
**327(a), 328 AND 1107 AND BANKRUPTCY RULE 2014(a)**  
**AUTHORIZING THE EMPLOYMENT AND RETENTION OF**  
**DJM REALTY SERVICES, LLC AS REAL ESTATE CONSULTANT AND**  
**ADVISOR TO DEBTORS EFFECTIVE AS OF NOVEMBER 19, 2008**

Upon the application (the "Application")[1] of

the Debtors for an order, pursuant to Bankruptcy Code

sections 105(a), 327(a), 328 and 1107, authorizing them

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

to retain DJM Realty Services, LLC ("DJM") as real

estate consultant and advisor, effective as of November

19, 2008; and the Court having reviewed the Application

and the Graiser Affidavit; and due and adequate notice

of the Application having been given; and it appearing

that no other notice need be given; and it appearing

that DJM neither holds nor represents any interest

adverse to the Debtors' estates; and it appearing that

DJM is "disinterested," as that term is defined in

Bankruptcy Code section 101(14); and it appearing that

the relief requested in the Application is in the best

interests of the Debtors, their estates and their

creditors; after due deliberation thereon and sufficient

cause appearing therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1.    The Application is GRANTED.

2.    In accordance with Bankruptcy Code

sections 327(a) and 328, the Debtors are authorized to

employ and retain DJM effective as of November 19, 2008

as real estate consultant and advisor on the terms set

forth in the Application and the Retention Agreement.

3.    DJM shall be compensated in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331 and such Bankruptcy and Local Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court; provided, however, that any and all fees that may earned by and become due or payable to DJM under sections 3(a0, (b), (c), and (e) of the Retention Agreement during these chapter 11 cases are hereby approved under Bankruptcy Code section 328(a) and shall only be subject to review thereunder; provided, further, that the fees under sections 3(a), (b), (c), and (e) of the Retention Agreement shall be paid at the times set forth in the Retention Agreement and shall be included in applicable quarterly and any final fee applications.

4.    The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

3

5.    This Court shall retain jurisdiction with

respect to all matters arising or related to the

implementation of this Order.

Dated:  Richmond, Virginia
        December ___, 2008


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -


__/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     I hereby certify that proposed order has been
endorsed by all necessary parties.

                          _/s/ Douglas M. Foley__
                          Douglas M. Foley


5