**PANATTONI**

2121 Main Street
Alhambra, California

## GENERAL PROVISIONS

1. All sign types will require written approval of the Owner/Developer and the City of Alhambra. Sign permits from the City are required prior to installation. Prior to manufacture of any sign in the center, the Tenant shall submit to Owner/Developer for approval, two (2) copies of detailed shop drawings. These drawings shall include the building elevations to which the signs are to be attached, sign materials, dimensions, graphics, location, colors, and method of attachment. Drawings are to be submitted via e-mail in PDF format.

2. All signs shall be reviewed for conformance with this criteria and overall design quality. Approval or disapproval of sign submittals based on aesthetics of design shall remain the right of the Owner/Developer.

3. Each Tenant shall pay all costs for its' signs including design, manufacture, installation, maintenance, and County permits.

4. Each Tenant shall be fully responsible for and repair of any damage to any surface caused by the signage or its installation.

5. Owner/Developer reserves the right to periodically hire an independent electrical engineer, at Tenant's sole expense, to inspect the installation of all Tenant's signs. Tenants will be required to have any discrepancies and/or code violations corrected at Tenant's expense. Any code violations, requests for sign removals, or discrepancies not corrected within fifteen (15) days of notice, may be corrected by the Owner/Developer at Tenant's expense.

6. Tenant's sign contractor shall carry workman's compensation and public liability insurance against all damage suffered or done by any and all persons and/or property while engaged in the construction or erection of signs in the amount of $1,000,000 per occurrence. Evidence of this insurance must be provided to Owner/Developer prior to installation naming PANATTONI DEVELOPMENT COMPANY or other party as may be required, as additionally insured.

7. Upon vacancy, Tenant shall remove sign and restore fascia to original condition at Tenant's sole cost and expense within fifteen (15) days of expiration of term or earlier termination of Tenant's lease.

Master Sign Program    3

**PANATTONI**

2121 Main Street
Alhambra, California

## SIGN DESIGN CRITERIA

*The following are general guidelines to be used in the development of all signage and graphic elements.*

- Signs shall be designed in a manner that is not only imaginative but also of high graphic quality. In addition, signs should be compatible with and complementary to adjacent facades.

- Notwithstanding the maximum square footages specified for copy area allowances, signs and typography in all cases shall appear balanced and in scale within the context of the sign space and the building as a whole. Signs shall be centered horizontally and vertically over each Tenant space unless otherwise directed by Owner/Developer and approved by the City of Alhambra.

- Signage and environmental graphics should be conceived as an integral part of the design, and not applied as an afterthought.

- Primary storefront identification shall be limited to Tenant's trade name, as approved in the lease, or as otherwise approved in writing.

- All signs should fit comfortably into their storefront architecture, leaving sufficient margins and negative space on all sides. Thickness, height, and colors of sign lettering and graphics should be visually balanced and in proportion to other signs on the building. Signs shall be centered over tenant's entry whenever possible.

- Location of sign placement shall be designated by Owner/Developer.

- All illuminated signs must be controlled by Owner/Developer house panel and time clock, illuminated during general operating hours as defined by the Owner/Developer unless otherwise agreed.

- All signs shall be presented to the Owner/Developer for approval prior to commencement of fabrication.

- All signage should be placed out of reach.

- All signage lighting should be baffled or concealed. Light leaks will not be permitted.

- Exposed signage lamps and fixtures are subject to approval by the owner/Developer and their architect.

- Tenant signs that incorporate logos, business identities and /or images denoting the type of business, shall be encouraged. Logo design and color to be approved by Owner/Developer.

- Wall signs shall be pegged from wall 1/2" minimum to allow for drainage.

- Signs shall be mounted without visible means of attachment, unless attachments make intentional statement.

- All logo images and type-styles shall be accurately reproduced. Lettering that approximates type-styles will not be accepted. The Owner/Developer reserves the right to reject any fabrication work deemed to be below standard.

🏛 PANATTONI

**2121 Main Street**
**Alhambra, California**

*Sign Design Criteria (Cont.)*

## Sign Construction and Maintenance

- All signs and their installation shall comply with all applicable City building and electrical codes, and bear the UL label.

- Tenant's sign contractor shall completely install and connect sign display and primary wiring at sign location per Landlord's approval, unless otherwise directed. Signs are to be connected to the J-box provided by the Landlord.

- All penetrations of exterior fascia are to be sealed watertight, and finished to match adjacent material.

- All signs shall be kept in good condition, free of corrosion, be legible, adequately repaired, maintained, and painted by the Tenant thereof at all times. All repairs shall be equal in quality and design to the original signs. The standards for maintenance and repair of signs shall be that which will assure the highest visual quality.

## Prohibited Sign Approaches & Types

In addition to as indicated in the City of Alhambra Sign Ordinance, the following types of signs are prohibited:

- Internally illuminated boxed or cabinet type signs. Cabinet signs will not be considered unless they are less than 10% of the total sign area, and one part of tenant's logo only.

- Animated signs: signs consisting of anything swinging, rotating, flashing, blinking, strobing, including any moving electronic message boards or centers, or temporary lighting, such as but not limited to search, flood, or fluorescent gel lights.

- Signs mounted directly to a raceway.

- Cloth, paper, cardboard, foamcore, gatorboard, stickers, or decals.

- Temporary signs such as but not limited to banners, streamers and inflatable advertising devices or balloons (except for special sale events and grand opening signs as permitted by the City of Alhambra and the Owner/Developer).

- Permanent advertising devices such as attraction boards, banners and flags, except where specifically approved by the Owner/Developer and the City.

- Window signs except where specifically approved by the Owner/Developer and the County.

- Exposed junction boxes, transformers, lamps, tubing, conduit, raceways or neon crossovers of any type.

- Permanent advertising devices such as attraction boards, banners and flags, except where specifically approved by the Owner/Developer and the City.

- Window signs except where specifically approved by the Owner/Developer and the City.

- Exposed junction boxes, transformers, lamps, tubing, conduit, raceways or neon crossovers of any type.

- Sign manufacturer's names, stamps, or decals visible from the street or normal viewing angles.

- Exposed fastening devices, unless integral to the sign's design intent.
- Simulated materials (i.e. wood grained plastic laminates) or wall covering.

- Any type of banner with a tenant listing or advertisement.

- Any sign that is not in conformance with this Program

🏛 PANATTONI®

*Sign Design Criteria (Cont.)*

**Acceptable Sign Approaches and Types**

The following list is a broad suggestion of sign design solutions. All signs designs are subject to the approval of Owner/Developer.

- Individual channel letters with light transmitting acrylic faces.
- Mixed media signs incorporating multi-dimensional forms and combinations of colors, shapes, materials, and lighting.
- Application of materials, finishes and colors as culled from the immediately adjacent architecture.
- Application of innovative technologies.
- Dimensional letter forms with seamless edge treatments.
- Reverse channel lettering.
- Cut or fabricated steel, painted or unfinished.
- Etched metal or glass, sandblasted glass.
- Dimensional shapes and forms of metal, hardwood, glass, or other material with a permanent appearance.
- Glazed ceramic tile work forming patterns and/or fields, subject to height and area restrictions.
- Silhouette or halo illumination
- Front lighting, i.e. billboard or gooseneck lighting.
- Open face channel letters or logo with exposed neon.

2121 Main Street
Alhambra, California

## 血 P A N A T T O N I ™

## SIGN AREA MEASUREMENT

The following exhibits illustrate the methods of determining maximum square footages for the allowable sign area categories that follow in this document. Sign area shall be formulated by calculating the area contained within not more than (8) eight straight lines surrounding the outermost extents of the finished sign. Details and exceptions are illustrated in the exhibits below. The letter "h" represents the overall height of the sign, often expressed as a "not to exceed" number as described in each category on the following pages.

**EXHIBIT F**



Area of signs with curving text and varied shapes shall be measured by outlining all of sign with eight straight lines and calculating area contained within.

**EXHIBIT G**



Area of round signs shall be measured by outlining all of sign with eight straight lines and calculating area contained within.

**EXHIBIT H**



Areas of odd shaped logos are to be measured by their outlining geometry.

**EXHIBIT B**



Area of signs with two lines of text shall be measured by outlining all of sign with eight straight lines and calculating area contained within.

**EXHIBIT C**



Letterform ascenders and descenders will not be considered in overall height and area limitations only if they are less than 50% of the letterform's x-height.

**EXHIBIT D**



This exhibit illustrates the example where ascenders and descenders exceed 50% of the letterform's x-height, and are therefore included in the overall sign area's calculation.

**EXHIBIT E**



Signs with backgrounds images with their identity shall be included in total sign area.

**EXHIBIT A**



Area of signs with straight text and varied shape shall be measured by outlining all of sign with eight straight lines and calculating area contained within.

**Master Sign Program**    7

**2121 Main Street** — Alhambra, California

**VICINITY MAP**




Refer to Thomas Guide
Los Angeles and Orange Counties 2007
Page 595

PANATTONI

Master Sign Program



⚜ PANATTONI®

## SIGN TYPES (SITE)

### A. MULTI TENANT MONUMENT SIGN

- A total of two (2) 5-foot 10-inch high freestanding street signs will be allowed, one on the corner of Main Street and Raymond Street, and the other on the corner of Main Street and Palm Ave. Each street sign will accommodate up to four (4) tenants per sign, per face. The two (2) multi-tenant signs will allow for up to eight unique tenant names total.

Freestanding signs. Such signs shall be subject to the following standards:

A. Maximum combined sign area of freestanding sign(s), one square foot per linear foot of the longest street frontage.

B. Maximum combined height of freestanding sign(s), 15 feet, where the longest street frontage is at least 100 feet but less than 150 feet.

C. Maximum combined height of freestanding sign(s), 20 feet, where the longest street frontage is 150 feet or greater.

D. Permanently affixed to the ground.

E. One freestanding sign per street frontage of at least 100 linear feet per development.

F. No projection over public property.

G. Minimum distance of 50 feet from any other freestanding sign whether located on the same property or not.

H. No freestanding signs permitted for developments with less than a minimum street frontage of 100 feet, and

I. Except where permitted under division (D)(3) above, the portion of any freestanding sign designed to be used with removable graphics to allow the changing of copy must be less than 50% of the total sign area;



**2121 Main Street**
Alhambra, California

PANATTONI

## SIGN TYPES (TENANT)

CITY OF ALHAMBRA SIGN STANDARD

20.50.050 PERMITTED SIGNS; CBD AND CPD ZONES (EXCEPT DOWNTOWN REVITALIZATION DISTRICT).

MAXIMUM SIGNS AREA AFFIXED TO BUILDING

1. For first 50 linear feet of primary building frontage, the total allowable sign area for signs on the primary building frontage shall not exceed 2 1/2 square feet per linear foot of primary building frontage area. For every linear foot of primary building frontage in excess of 50 linear feet, the total allowable sign area for signs on the primary building frontage shall not exceed two square feet per linear foot of primary building frontage area.

2. The total allowable sign area for signs on a parking lot, rear, or secondary building frontage shall not exceed one square foot per linear foot of parking lot, rear, or secondary building frontage area.

Master Sign Program    12

**PANATTONI**

2121 Main Street
Alhambra, California

## TENANT SIGNAGE CRITERIA

**OBJECTIVE**

The purpose of this sign criteria is to establish standards that assure tenant signage is harmonious, integrates with shopping center architecture, and provides coordinated proportional exposure for all tenants. This sign criteria also describes the responsibilities of the tenants with respect to sign review, approval, and installation. All work shall meet or exceed the minimum design intent and fabrication requirements shown in this document. Conformance will be enforced. A diversity of sign types is encouraged to allow for creative tenant signage. However, any non-conforming or disapproved signs will be brought into conformance at the expense of the tenant.

name, logo image and colors, intended sign materials, colors, and finishes.

Only those sign types provided for and specifically approved in writing by the Landlord will be allowed. The Tenant will be required, at his expense, to correct, replace or remove any sign that is installed without Land Lord's approval and/or that is deemed not to be in conformance with the plans as submitted and with requirements and documents referenced herein.

## REQUIREMENTS FOR SIGNAGE IMPLEMENTATION:

Each Tenant shall provide a minimum of one primary identification wall sign in accordance with the approved Master Sign Plan herein provided.

Tenant shall be responsible for the following expenses relating to signage for tenant's store:
- Plan check, permit processing and application fees,
- Fabrication and installation of signage,
- Maintenance and repair, to include; all costs relating to signage removal, including repair of any damage to the building.

There is a formal process for the creation, review and approval of Tenant signs (see "Submittals and Approvals" section of this document). The tenant shall provide the following information: store

Master Sign Program    13

**2121 Main Street**
Alhambra, California

**PANATTONI**

## TENANTS GREATER THAN 14,000 SF

**Purpose:**
To clearly identify to prospective guests of the center.

**Configuration:**
Wall signs only.

### ALLOWABLE SIGN AREA:

Tenants shall follow the given sign area below.

| Primary bldg. frontage: | Secondary bldg. Rear: | Secondary bldg. Side: |
|---|---|---|
| Bldg. A = 113 S.F. | Bldg. A = 70 S.F. | Bldg. A = 70 S.F. |
| Bldg. C = 59 S.F. | Bldg. C = 42 S.F. | Bldg. C = 42 S.F. |

No part of a wall sign shall be higher than the roof or parapet line that the sign is placed on.


Building A - South Elevation (Front)


Building A - East Elevation (Side)


Building A - North Elevation (Rear)


Building C - South Elevation (Front)
Building C - West Elevation (Side)
Building C - North Elevation (Rear)

*Master Sign Program*

**2121 Main Street**
*Alhambra, California*

**PANATTONI**

## MULTI - TENANT - BUILDING B

**Purpose:**
To clearly identify Tenant to prospective guests of the center.

**Configuration:**
Wall signs only.

**Lighting:**
Preferably internally illuminated translucent face letter forms/logo, or dimensional letter forms/logo with goose-neck lamps maybe considered pending Landlord's approval.

**Location:**
Each sign must be placed in a location free from obstruction clearly visible to the guests.

**ALLOWABLE SIGN AREA:**
Tenants shall follow the given sign area below.

Primary bldg. frontage:              Secondary bldg. Rear:
Bldg. B (each tenant) = 50 S.F.      Bldg. B (each tenant) = 25 S.F.

- Tenant is allowed two signs total.
- Letterform/logo or overall sign height shall not exceed than 2'-0".
- Sign length shall not exceed 60% length of the tenant's primary storefront lease space or 60% of the length of the architectural feature facade where the sign is determined to be laced by the Owner/Developer, whichever is less.



Building B - South Elevation (Front)

Building B - North Elevation (Rear)

*Master Sign Program*    15

## PANATTONI

### MULTI - TENANT PAD BUILDING D

**Purpose:**
To clearly identify Tenant to prospective guests of the center.

**Configuration:**
Wall signs only.

**Lighting:**
Preferably internally illuminated translucent face letter forms/logo, or dimensional letter forms/logo with goose-neck lamps maybe considered pending Landlord's approval.

**Location:**
Each sign must be placed in a location free from obstruction clearly visible to the guests.

### ALLOWABLE SIGN AREA:
Tenants shall follow the given sign area below.

Primary bldg. frontage:                Secondary bldg. Rear:
Bldg. D (each tenant) = 30 S.F.        Bldg. D (each tenant) = 25 S.F.

Secondary bldg. Side:
Bldg. D (each tenant) = 25 S.F.

- Tenant is allowed two signs total.
- End cap tenants are allowed three signs total.
- Letterform/logo or overall sign height shall not exceed than 2'-0".
- Sign length shall not exceed 60% length of the tenant's primary storefront lease space or 60% of the length of the architectural feature facade where the sign is determined to be laced by the Owner/Developer, whichever is less.



Building D - South Elevation (Front)



Building D - North Elevation



Building D - West Elevation



Building D - East Elevation

2121 Main Street
Alhambra, California

Master Sign Program

# PANATTONI®

## SUBMITTALS AND APPROVALS:

Prior to sign fabrication, Tenant or his sign contractor shall submit for Landlord approval three (3) sets of complete and fully dimensioned and detailed sign drawings. These drawings shall include:

- Elevation of storefront showing design, location, size and layout of sign, drawn to scale, indicating dimensions, attachment devices and construction detail.

- Section through letter and/or sign panel showing the dimensioned projection of the face of the letter and/or sign panel and the illumination.

Materials should be mailed to:

PANATTONI DEVELOPMENT COMPANY
1640 S. Sepulveda Blvd., Suite 530
Los Angeles, California 90025
Phone: (310) 268-7871
Fax: (310) 477-7564

All Tenant sign submittals shall be reviewed by Landlord and/or its agent for conformance with the provisions of the city approved Master Sign Plan. Within ten (10) business days after receipt of Tenant's drawings Landlord shall either approve the submittal, contingent upon any required modifications, or disapprove Tenant's sign submittal to which approval or disapproval shall remain the sole right and discretion of Landlord. A full set of final plans must be approved in writing by Landlord prior to permit application to the City or sign fabrication.

Following Landlord's approval of proposed signage, Tenant or his agent shall submit to the City sign plans signed by Landlord and applications for all permits for fabrication and installation by sign contractor. Tenant shall furnish Landlord with a copy of said permits prior to installation of tenant's sign(s).

Fabrication and installation of all signs shall be performed in accordance with standards and specifications outlined in these criteria and in the final approval plans and shop drawings. Any work deemed unacceptable shall be rejected and shall be corrected or modified at tenant's expense as required by the Landlord or its agent.

## APPROVED SIGN SECTION DETAILS





**2121 Main Street**
**Alhambra, California**

## SIGN CONTRACTOR RESPONSIBILITIES:

The Tenant sign contractor is responsible to do the following:
- Provide to the Landlord, prior to commencing fabrication, an original certificate of insurance naming the Landlord as 'Additional Insured'.
- Obtain approved sign permits from the City prior to sign fabrication and deliver copies of same to Landlord.
- Submit for approval prior to fabrication complete and fully-dimensioned shop drawings.

**PANATTONI**

**Master Sign Program**