

# CHAPTER 11 BANKRUPTCY SALE

## NEW RETAIL STORE CLOSINGS NATIONWIDE
## 163 LEASED 3 OWNED
(Subject to Bankruptcy Court Approval)

### OFFERS DUE NO LATER THAN DECEMBER 12TH
(Subject to Change)

15,280 to 67,680 sf

James Avallone
631.927.0024
javallone@djmrealty.com
**DJM NEW YORK**
445 Broadhollow Rd., Suite 225
New York, NY 11747

**DJM Realty**
—A GORDON BROTHERS GROUP COMPANY—
631.752.1100 • djmrealty.com

Emilio Amendola
631.927.0023
eamendola@djmrealty.com
**DJM NEW YORK**
445 Broadhollow Rd., Suite 225
Melville, NY 11747

# CHAPTER 11 BANKRUPTCY SALE

| Store # | Location | | | Property Type | Gross SF |
|---|---|---|---|---|---|
| **Alabama** | | | | | |
| 3280 | Anniston | 704 South Quintard Avenue | Anniston, AL 36201 | Stand Alone | 15,280 |
| 3806 | Birmingham | Tbd | Birmingham, AL 35244 | | 21,118 |
| 4227 | Spanish Fort | Unknown At Data Entry | Mobile, AL 36577 | | 20,331 |
| 829 | Trussville | 3555 Roosevelt Boulevard | Trussville, AL 35173 | Stand Alone | 33,862 |
| **Arkansas** | | | | | |
| 3240 | Fayetteville '99 | 744 East Joyce Blvd | Fayetteville, AR 72701 | Stand Alone | 20,827 |
| **Arizona** | | | | | |
| 441 | Avondale | 10140 West Mcdowell Road | Avondale, AZ 85323 | In-Line | 32,371 |
| 3330 | Tempe Ss | 3456 West Chandler Boulevard | Chandler, AZ 85226 | In-Line | 32,929 |
| 3580 | Gilbert | 2817 South Market Street | Gilbert, AZ 85296 | Endcap | 34,182 |
| 3760 | Goodyear | 15433 West Mcdowell Road | Goodyear, AZ 85338 | Endcap | 30,238 |
| 436 | Mesa | 1530 W Southern Ave. #210 | Mesa, AZ 85202 | In-Line | 58,000 |
| 3337 | Superstition Springs | 1515 South Power Road | Mesa, AZ 85206 | In-Line | 33,234 |
| 3362 | Arrowhead | 7645 West Bell Road | Peoria, AZ 85382 | In-Line | 42,567 |
| 435 | Phoenix Metro | 9801 N. Metro Parkway East | Phoenix, AZ 85021 | Stand Alone | 34,481 |
| 3341 | N Scottsdale | 7000 East Mayo Boulevard | Phoenix, AZ 85054 | In-Line | 34,613 |
| 3426 | Camelback | 1670 East Camelback Road | Phoenix, AZ 85016 OWNED | Endcap | 33,348 |
| 3558 | Happy Valley | 2501 West Happy Valley Road | Phoenix, AZ 85027 | Endcap | 33,443 |
| 4314 | Queen Creek | 21002 South Ellsworth Loop | Queen Creek, AZ 85242 | In-Line | 30,363 |
| 437 | Scottsdale | 8929 East Indian Bend Road | Scottsdale, AZ 85256 | In-Line | 33,695 |
| **California** | | | | | |
| 3826 | Alhambra | 2121 West Main Street | Alhambra, CA 91801 | | 20,152 |
| 3301 | Industry Ss | 1600 S. Azusa Avenue | City Of Industry, CA 91748 | Mall | 44,707 |

©2008, DJM REALTY. ALL INFORMATION CONTAINED HEREIN WAS OBTAINED FROM SOURCES DEEMED RELIABLE, NO WARRANTIES OR REPRESENTATIONS,
EXPRESSED OR IMPLIED, ARE MADE REGARDING THE ACCURACY OF THE INFORMATION CONTAINED HEREIN AND SUCH INFORMATION IS SUBMITTED
SUBJECT TO ERRORS, OMISSIONS, PRIOR LEASE ASSIGNMENT, SUBLEASE AND/OR WITHDRAWAL WITHOUT NOTICE.

## CHAPTER 11 BANKRUPTCY SALE

| Store # | Location | | | Property Type | Gross SF |
|---|---|---|---|---|---|
| 422 | Compton | 120 East Compton Boulevard | Compton, CA 90220 | Endcap | 32,320 |
| 235 | Concord | 2030 Diamond Boulevard | Concord, CA 94520 | In-Line | 63,190 |
| 236 | Dublin | 7153 Amador Plaza Road | Dublin, CA 94568 | Endcap | 67,680 |
| 449 | Escondido | 1138 West Valley Parkway | Escondido, CA 92025 | Endcap | 27,500 |
| 4303 | Fairfield | 1560 Gateway Boulevard | Fairfield, CA 94533 | Stand Alone | 33,268 |
| 4230 | North Fontana | 16685 Sierra Lakes Parkway | Fontana, CA 92336 | Endcap | 30,224 |
| 4243 | Foothill Ranch | 26542 Towne Centre Drive | Foothill Ranch, CA 92610 | Stand Alone | 20,400 |
| 4300 | Fremont | 43706 Christy Street | Fremont, CA 94538 | Endcap | 33,869 |
| 1628 | Merced | 3275 R Street | Merced, CA 95340 | Stand Alone | 18,716 |
| 3749 | Eastvale | 6397 Pats Ranch Road | Mira Loma, CA 91752 | In-Line | 20,953 |
| 4228 | Moreno Valley | 27610 Eucalyptus Avenue | Moreno Valley, CA 92555 | Endcap | 20,803 |
| 4229 | Morgan Hill | 1007 Cochran Road | Morgan Hill, CA 95037 | Endcap | 20,607 |
| 3394 | Murrieta | 24390 Village Walk Place | Murrieta, CA 92562 | In-Line | 20,909 |
| 3396 | Palm Desert | 34660 Monterey Avenue | Palm Desert, CA 92211 | | 21,102 |
| 3766 | East Palo Alto | 1731 East Bayshore Road | Palo Alto, CA 94303 | Endcap | 28,235 |
| 3402 | Pittsburg | 4300 Delta Gateway Boulevard | Pittsburg, CA 94565 | Stand Alone | 32,879 |
| 3312 | Pomona Ss Newr3888 | 2735 South Towne Avenue | Pomona, CA 91766 | | 39,576 |
| 3374 | Hilltop Ss | 4100 Klose Drive | Richmond, CA 94806 | In-Line | 38,983 |
| 426 | Riverside | 10255 Magnolia Avenue | Riverside, CA 92503 | In-Line | 30,312 |
| 231 | Steven Creek | 4080 Steven Creek **OWNED** | San Jose, CA 95129 | Stand Alone | 69,780 |
| | Tenant - Golfsmith operates in 23,559 SF | | | | (Operating in 46,221 SF) |
| 238 | San Rafael | 330 Bellam Boulevard | San Rafael, CA 94901 | Stand Alone | 36,009 |
| 3745 | Santa Clarita | 19037 Golden Valley Road | Santa Clarita, CA 91321 | | 30,330 |
| 1629 | Santa Maria | 1535 South Bradley Road | Santa Maria, CA 93454 | Stand Alone | 19,000 |
| 3303 | Thousand Oaks | 600 West Hillcrest Drive | Thousand Oaks, CA 91360 | Stand Alone | 23,710 |

©2008, DJM REALTY. ALL INFORMATION CONTAINED HEREIN WAS OBTAINED FROM SOURCES DEEMED RELIABLE. NO WARRANTIES OR REPRESENTATIONS, EXPRESSED OR IMPLIED, ARE MADE REGARDING THE ACCURACY OF THE INFORMATION CONTAINED HEREIN AND SUCH INFORMATION IS SUBMITTED SUBJECT TO ERRORS, OMISSIONS, PRIOR LEASE ASSIGNMENT, SUBLEASE AND/OR WITHDRAWAL WITHOUT NOTICE.

## CHAPTER 11 BANKRUPTCY SALE

| Store # | Location | | | Property Type | Gross SF |
|---------|----------|---|---|---------------|----------|
| 4301 | Vista | 1715 Hacienda Drive | Vista, CA 92083 | Stand Alone | 32,045 |
| **Colorado** | | | | | |
| 3380 | N Colorado | 7670 North Academy Boulevard | Colorado Springs, CO 80920 | In-Line | 32,945 |
| 4240 | Northglenn | 10602 Melody Drive East | Northglenn, CO 80234 | In-Line | 32,134 |
| 4245 | Parker | 9851 S. Parker Road | Parker, CO 80134 | In-Line | 33,164 |
| 4140 | Sheridan | Sheridan | Sheridan, CO 80110 | | 20,000 |
| **Connecticut** | | | | | |
| 1816 | Connecticut Outlet | 130 Boston Post Road | Orange, CT 16477 | | 31,554 |
| **Florida** | | | | | |
| 893 | Orange Park | 6155 Youngerman Circle | Jacksonville, FL 32244 | Stand Alone | 38,384 |
| 4278 | Oakleaf | 9625 Crosshill Boulevard | Jacksonville, FL 32222 | In-Line | 20,344 |
| 4273 | Naples | 13585 Tamiami Trail North | Naples, FL 34110 | Endcap | 20,563 |
| 3268 | West Orlando | 751 Good Homes Road | Orlando, FL 32818 | In-Line | 28,469 |
| 3298 | Panama City | 427 East 23Rd Street | Panama City, FL 32405 | Endcap | 17,096 |
| 4200 | Tallahassee | 2425 Apalachee Parkway | Tallahassee, FL 32301 | Stand Alone | 25,102 |
| 3423 | Vero Beach | 6560 20Th Street | Vero Beach, FL 32966 | Stand Alone | 33,225 |
| **Georgia** | | | | | |
| 3598 | Acworth | 3384 Cobb Parkway, N.W., Suite 100 | Acworth, GA 30101 | Endcap | 33,850 |
| 3107 | North Point | 6290 North Point Parkway | Alpharetta, GA 30022 | In-Line | 33,420 |
| 834 | Greenbriar Ss | 3755 Carmia Drive Sw, Suite 1100 | Atlanta, GA 30331 | Endcap | 33,968 |
| 880 | Cumberland/Akers Mill | 2971 Akers Mill Road Se | Atlanta, GA 30339 | Stand Alone | 34,131 |
| 886 | Buckhead | 3637 Peachtree Road | Atlanta, GA 30326 | Endcap | 28,620 |
| 3222 | Perimeter | 1165 Perimeter Center West | Atlanta, GA 30338 | In-Line | 41,536 |
| 1615 | Athens | 4110 Atlanta Highway | Bogart, GA 30606 | Stand Alone | 28,532 |
| 3411 | Mall Of Georgia | 3295 Buford Drive, Suite 100 | Buford, GA 30519 | Stand Alone | 33,236 |

©2008, DJM REALTY. ALL INFORMATION CONTAINED HEREIN WAS OBTAINED FROM SOURCES DEEMED RELIABLE, NO WARRANTIES OR REPRESENTATIONS, EXPRESSED OR IMPLIED, ARE MADE REGARDING THE ACCURACY OF THE INFORMATION CONTAINED HEREIN AND SUCH INFORMATION IS SUBMITTED SUBJECT TO ERRORS, OMISSIONS, PRIOR LEASE ASSIGNMENT, SUBLEASE AND/OR WITHDRAWAL WITHOUT NOTICE.

| | CHAPTER 11 BANKRUPTCY SALE | | | |
|---|---|---|---|---|
| Store # | Location | | Property Type | Gross SF |
| 3416 | Conyers | 1540 Dogwood Drive Se | Conyers, GA 30013 | In-Line | 33,021 |
| 4252 | Cumming | 320 Peachtree Parkway | Cumming, GA 30041 | Endcap | 20,468 |
| 3406 | Douglasville | 9365 A The Landing Drive | Douglasville, GA 30135 | Endcap | 28,423 |
| 3220 | Gwinnett Mall | 3850 Venture Drive | Duluth, GA 30316 | In-Line | 42,000 |
| 4279 | Hiram | 4749 Jimmy Lee Smith Parkway | Hiram, GA 30141 | Stand Alone | 20,410 |
| 712 | Town Center Ss | 1185 Ernest West Barrett Parkway | Kennesaw, GA 30144 | Stand Alone | 39,343 |
| 3201 | Macon | 3670 Eisenhower Parkway | Macon, GA 31206 | Endcap | 21,075 |
| 3885 | Macon | 5080 Riverside Drive | Macon, GA 31206 | Endcap | 20,331 |
| 884 | Southlake Ss | 1906 Mt. Zion Road | Morrow, GA 30260 | In-Line | 44,517 |
| 3421 | Newnan | 1098 Bullsboro Drive (Hwy. 34) | Newnan, GA 30264 | Endcap | 32,906 |
| 3297 | Snellville Ss | 1670 Scenic Hwy 124 North -Suite H | Snellville, GA 30178 | In-Line | 28,860 |
| 4319 | Macon | 2951 Watson Boulevard | Warner Robins, GA 31093 | In-Line | 20,349 |
| **Hawaii** | | | | | |
| 3383 | Kona | 74-5454 Makala Boulevard | Kona, HI 96740 | | 27,519 |
| **Illinois** | | | | | |
| 4234 | Arlington Heights | 370 East Rand Road | Arlington Heights, IL 60004 | In-Line | 30,901 |
| 3758 | Batavia | 1980 West Fabyan Parkway | Batavia, IL 60510 | In-Line | 32,924 |
| 1818 | Bloomingdale Outlet | 152 South Gary Avenue, Suite 101 | Bloomingdale, IL 60108 | | 31,660 |
| 3790 | Bolingbrook | 111 South Weber Road | Bolingbrook, IL 60490 | In-Line | 33,111 |
| 3122 | Calumet City | 1747 East-West Road | Calumet City, IL 60409 | In-Line | 32,864 |
| 3794 | North Avenue | 1030 W. North Avenue | Chicago, IL 60622 | Stand Alone | 55,205 |
| 4126 | Countryside | 9950 Joliet Road | Countryside, IL 60525 | Endcap | 33,379 |
| 3171 | Crystal Lake Ss | 4483 Us Route 14 | Crystal Lake, IL 60014 | Endcap | 32,446 |
| 3123 | Joliet | 3150 Tonti Drive | Joliet, IL 60435 | Stand Alone | 23,083 |
| 3795 | Kildeer | 20505 North Rand Road, Bldg. E | Kildeer, IL 60047 | In-Line | 31,578 |

©2008, DJM REALTY. ALL INFORMATION CONTAINED HEREIN WAS OBTAINED FROM SOURCES DEEMED RELIABLE, NO WARRANTIES OR REPRESENTATIONS, EXPRESSED OR IMPLIED, ARE MADE REGARDING THE ACCURACY OF THE INFORMATION CONTAINED HEREIN AND SUCH INFORMATION IS SUBMITTED SUBJECT TO ERRORS, OMISSIONS, PRIOR LEASE ASSIGNMENT, SUBLEASE AND/OR WITHDRAWAL WITHOUT NOTICE.

## CHAPTER 11 BANKRUPTCY SALE

| Store # | Location | | | Property Type | Gross SF |
|---|---|---|---|---|---|
| 3118 | Skokie | 5701 Touhy Avenue | Niles, IL 60714 | Stand Alone | 33,342 |
| 4268 | Oswego | 1720 Douglas Road | Oswego, IL 60543 | In-Line | 20,236 |
| 4195 | Hoffman Estates | 100 West Higgings Road | South Barrington, IL 60010 | Endcap | 20,940 |
| 3124 | Vernon Hills | 551 North Milwaukee Avenue | Vernon Hills, IL 60061 | Stand Alone | 33,000 |
| **Indiana** | | | | | |
| 4109 | Clarksville | 1500 Greentree Boulevard | Clarksville, IN 47129 | Endcap | 26,089 |
| 1814 | Indianapolis Outlet | 10235 East Washington Street | Indianapolis, IN 46229 | | 47,488 |
| 3728 | Lafayette | 2121 Sagamore Parkway South | Lafayette, IN 47905 | Endcap | 23,990 |
| 3802 | South Bend | 1290 East Ireland Road | South Bend, IN 46614 | In-Line | 20,290 |
| **Kansas** | | | | | |
| 3829 | Ks:Lenexa-Relo 3211 | 12010 West 95Th Street | Lenexa, KS 66215 | Inline | 35,216 |
| 4220 | Merriam | 6030 Eby Street | Merriam, KS 66202 | Inline | 31,582 |
| 3299 | Overland Park | 12020 Metcalf Avenue | Overland Park, KS 66213 | In-Line | 28,163 |
| **Kentucky** | | | | | |
| 841 | Lexington | 2434 Nicholasville Road | Lexington, KY 40503 | In-Line | 54,357 |
| 520 | Outer Loop | 4805 Outer Loop | Louisville, KY 40219 | Stand Alone | 33,310 |
| 3704 | Paducah | 3430 James-Sanders Blvd. | Paducah, KY 42001 | Endcap | 19,957 |
| **Louisiana** | | | | | |
| 3511 | Baton Rouge | 8640 Airline Highway | Baton Rouge, LA 70815 | Stand Alone | 31,926 |
| 3507 | Veterans | 2421 Veterans Memorial Blvd. | Kenner, LA 70062 | Stand Alone | 33,892 |
| 3506 | West Bank | 4945 Lapalco Blvd. | Marrero, LA 70072 | Stand Alone | 32,520 |
| 3552 | Slidell | 61119 Airport Road | Slidell, LA 70460 | In-Line | 34,474 |
| **Maryland** | | | | | |
| 847 | Golden Ring<br>Tenants - West Main operates in 9,000 SF **OWNED**<br> - Tire Kingdom operates in 9,920 SF | 8823 Pulaski Highway | Baltimore, MD 21237 | Stand Alone | 63,694<br>(Operating in 44,774 SF) |

©2008, DJM REALTY. ALL INFORMATION CONTAINED HEREIN WAS OBTAINED FROM SOURCES DEEMED RELIABLE. NO WARRANTIES OR REPRESENTATIONS, EXPRESSED OR IMPLIED, ARE MADE REGARDING THE ACCURACY OF THE INFORMATION CONTAINED HEREIN AND SUCH INFORMATION IS SUBMITTED SUBJECT TO ERRORS, OMISSIONS, PRIOR LEASE ASSIGNMENT, SUBLEASE AND/OR WITHDRAWAL WITHOUT NOTICE.

## CHAPTER 11 BANKRUPTCY SALE

| Store # | Location | | | Property Type | Gross SF |
|---|---|---|---|---|---|
| 821 | Beltsville | 11011 Baltimore Avenue | Beltsville, MD 20705 | Stand Alone | 33,953 |
| 825 | Marlow Heights | 3551 32Nd Avenue | Marlow Heights, MD 20748 | Stand Alone | 32,065 |
| **Michigan** | | | | | |
| 3637 | Auburn Hills | 4612 Baldwin Road | Auburn Hills, MI 48326 | Mall | 43,005 |
| 4211 | Bloomfied Township | 2169 Telegraph Road | Bloomfield, MI 48302 | In-Line | 25,055 |
| 3604 | Dearborn Ss | 5600 Mercury Drive | Dearborn, MI 48126 | Stand Alone | 32,426 |
| 3722 | Jackson,Mi  Micro | 1511 Boardman Road | Jackson, MI 49202 | In-Line | 19,483 |
| 1809 | Muskegon Outlet | 1650 East Sherman Boulevard | Muskegon, MI 49444 | | 27,670 |
| 1880 | Pontiac Outlet | 550 North Telegraph Road | Pontiac, MI 48341 | | 45,174 |
| 3860 | Rochester Hills | 2636 South Adams Road | Rochester Hills, MI 48307 | In-Line | 20,248 |
| **Missouri** | | | | | |
| 534 | Ferguson | 3344 Pershall Road | Ferguson, MO 63135 | Stand Alone | 32,027 |
| 3210 | Independence Mall | 18701 East 39Th Street | Independence, MO 64057 | Stand Alone | 32,770 |
| 4224 | Shoal Creek | 8260 North Ditzler Avenue | Kansas City, MO 64158 | In-Line | 20,719 |
| 3208 | Kansas City North Ss | 8440 North Madison Avenue | Kansas City, MO 64155 | In-Line | 24,946 |
| **Mississippi** | | | | | |
| 3243 | Tupelo | 3834 Market Center Drive | Tupelo, MS 38804 | Endcap | 17,209 |
| **North Carolina** | | | | | |
| 3228 | Charlotte University | 8215 University City Blvd., Suite D | Charlotte, NC 28213 | In-Line | 35,115 |
| **New Jersey** | | | | | |
| 3671 | Freehold | 4345 Highway 9 | Freehold, NJ 07728 | Endcap | 28,361 |
| 3714 | Livingston Ss | 530 West Mount Pleasant Avenue | Livingston, NJ 07039 | Endcap | 32,426 |
| 4133 | North Plainfield | Us Hwy 22 & West End Avenue | North Plainfield, NJ 10803 | Stand Alone | 32,293 |
| **Nevada** | | | | | |
| 3763 | Sparks | 125 Disc Drive | Sparks, NV 89436 | Stand Alone | 20,304 |

©2008, DJM REALTY. ALL INFORMATION CONTAINED HEREIN WAS OBTAINED FROM SOURCES DEEMED RELIABLE, NO WARRANTIES OR REPRESENTATIONS,
EXPRESSED OR IMPLIED, ARE MADE REGARDING THE ACCURACY OF THE INFORMATION CONTAINED HEREIN AND SUCH INFORMATION IS SUBMITTED
SUBJECT TO ERRORS, OMISSIONS, PRIOR LEASE ASSIGNMENT, SUBLEASE AND/OR WITHDRAWAL WITHOUT NOTICE.

## CHAPTER 11 BANKRUPTCY SALE

| Store # | Location | | | Property Type | Gross SF |
|---|---|---|---|---|---|
| **New York** | | | | | |
| 3661 | Bay Shore | 1675 B Sunrise Highway | Bay Shore, NY 11706 | Endcap | 35,680 |
| 3778 | Bronx Co-Op City | 1770-1778 Gun Hill Road | Bronx, NY 10469 | Endcap | 30,071 |
| 4323 | Triangle Junction | 1600 Flatbush Avenue | Brooklyn, NY 11210 | | 21,833 |
| 3685 | Patchogue | 7001 Sunrise Highway | Holbrook, NY 11741 | Stand Alone | 27,793 |
| 3678 | Smith Haven | 139 Alexander Avenue | Lake Grove, NY 11755 | In-Line | 44,355 |
| 3681 | Massapequa | 5500 Sunrise Highway | Massapequa, NY 11758 | In-Line | 45,068 |
| 1697 | East 86Th Street | 232-240 East 86Th Street | New York, NY 10028 | In-Line | 15,985 |
| 3155 | Henrietta Ss Nr3831 | 1575 Marketplace Drive | Rochester, NY 14623 | Inline | 41,703 |
| 3683 | West Nyack | 2731 Palisades Center Drive | West Nyack, NY 10994 | Mall | 33,096 |
| **Ohio** | | | | | |
| 3575 | Brooklyn | 7349 Northcliff Avenue | Brooklyn, OH 44144 | Endcap | 34,116 |
| 3165 | Western Hills | 5455 Glenway Avenue | Cincinnati, OH 45238 | Stand Alone | 33,343 |
| 1813 | Columbus Outlet | 4030 West Broad Street | Columbus, OH 43228 | | 32,304 |
| 3818 | Hilliard | 1881 Hilliard Rome Road | Columbus, OH 43226 | In-Line | 20,307 |
| 1806 | Akron Outlet | 1120 Main Street | Cuyahoga Falls, OH 44221 | | 41,940 |
| 3182 | Elyria Ss | 110 Market Drive | Elyria, OH 44035 | Endcap | 32,640 |
| 3551 | Garfield Heights | 5642 Transportation Boulevard | Garfield Heights, OH 44125 | Endcap | 33,876 |
| 4324 | Grove City | 4178 Buckeye Parkway | Grove City, OH 43123 | In-Line | 20,418 |
| 3712 | Mansfield | 2190 W. 4Th Street | Mansfield, OH 44906 | In-Line | 26,435 |
| 3784 | Mayfield Heights | 1405 Som Center Rd | Mayfield Heights, OH 44124 | In-Line | 33,874 |
| 3181 | Mentor Ss | 7900 Plaza Boulevard, #100 | Mentor, OH 44060 | Endcap | 41,599 |
| **Oklahoma** | | | | | |
| 3357 | Norman | 1620 24Th Avenue Nw | Norman, OK 73069 | In-Line | 20,748 |
| 4501 | Penn Square | 3625 North West Expressway | Oklahoma City, OK 73112 | Endcap | 49,339 |

©2008, DJM REALTY. ALL INFORMATION CONTAINED HEREIN WAS OBTAINED FROM SOURCES DEEMED RELIABLE, NO WARRANTIES OR REPRESENTATIONS,
EXPRESSED OR IMPLIED, ARE MADE REGARDING THE ACCURACY OF THE INFORMATION CONTAINED HEREIN AND SUCH INFORMATION IS SUBMITTED
SUBJECT TO ERRORS, OMISSIONS, PRIOR LEASE ASSIGNMENT, SUBLEASE AND/OR WITHDRAWAL WITHOUT NOTICE.

| CHAPTER 11 BANKRUPTCY SALE | | | | |
|---|---|---|---|---|
| Store # | Location | | Property Type | Gross SF |
| **Tennessee** | | | | |
| 920 | Hickory Hollow Mall | 5221 Hickory Hollow Pkwy. | Antioch, TN 37013 | Stand Alone | 33,904 |
| 4257 | Collierville | 10217 East Shelby Drive | Collierville, TN 38017 | Endcap | 30,480 |
| 853 | American Way Ss | 6491 Winchester Road | Memphis, TN 38115 | Endcap | 40,088 |
| 3823 | Spring Hill | 1037 Crossings Blvd | Spring Hill, TN 37174 | Endcap | 20,455 |
| **Texas** | | | | |
| 4338 | Burleson | 12640 South Freeway | Burleson, TX 76028 | Endcap | 20,553 |
| 4310 | Cedar Park | 1335 East Whitestone Boulevard, Su | Cedar Park, TX 78613 | Endcap | 21,027 |
| 3501 | Central North | 10400 N. Central Expressway | Dallas, TX 75231 | Endcap | 39,051 |
| 540 | Sharpstown Ss | 7553 Bellaire Boulevard | Houston, TX 77036 | Endcap | 33,862 |
| 4312 | League City | 3270 S. Gulf Freeway | League City, TX 77573 | Endcap | 20,293 |
| 3809 | Mansfield | Swc Hwy 287 & Home Depot Drive | Mansfield, TX 76063 | | 20,350 |
| 4248 | Mckinney | 2050 West University Drive | Mckinney, TX 75071 | In-Line | 20,304 |
| 3808 | Sherman | 4127 Highway 75 North | Sherman, TX 75090 | Endcap | 20,449 |
| 1611 | Temple | 3310 South 31St Street | Temple, TX 76502 | Stand Alone | 19,372 |
| **Virginia** | | | | |
| 1604 | Charlottesville | 100 Albemarle Square | Charlottesville, VA 22901 | In-Line | 28,296 |
| 3172 | Manassas | 10690 Davidson Place | Manassas, VA 20109 | Stand Alone | 33,000 |
| 803 | Tysons Corner | 1905 Chainbridge Road | Tyson'S Corner, VA 22180 | Endcap | 28,000 |
| **Washington** | | | | |
| 1882 | Seattle Outlet Store | 34920 Enchanted Parkway South | Federal Way, WA 98003 | | 37,273 |
| **Wisconsin** | | | | |
| 1811 | Milwaukee Outlet | 8173 West Brown Deer Road | Milwaukee, WI 53223 | | 33,258 |

©2008, DJM REALTY. ALL INFORMATION CONTAINED HEREIN WAS OBTAINED FROM SOURCES DEEMED RELIABLE, NO WARRANTIES OR REPRESENTATIONS,
EXPRESSED OR IMPLIED, ARE MADE REGARDING THE ACCURACY OF THE INFORMATION CONTAINED HEREIN AND SUCH INFORMATION IS SUBMITTED
SUBJECT TO ERRORS, OMISSIONS, PRIOR LEASE ASSIGNMENT, SUBLEASE AND/OR WITHDRAWAL WITHOUT NOTICE.