RECORDER MEMO: This COPY has not been QUALITY ASSURED.

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

NAME: NKC Group, Inc.
STREET ADDRESS: 1901 E. Miraloma Ave., Suite D
CITY STATE: Placentia
ZIP: CA 92870

RECEIVED 11/19/08
DEC 01 2008
PCI - IRVINE
20082045681

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANIC'S LIEN
### (Claim of Lien)

The undersigned, **NKC Group Inc**, referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the City of **Alhambra**, County of **Los Angeles**, State of California, and described as follows: **Circuit City Store #3826, 2121 Main St., Alhambra CA 91801**

After deducting all just credits and offsets, the sum of $ **83,225.00**, together with interest thereon at the rate of **18%** per cent per annum from **10-1-08**, is due Claimant for the following labor, services, equipment and/or materials furnished by Claimant: **Scaffold, Lath, Plaster & Foam Detail Installation for Construction of A New Building**

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment and/or materials is **Panattoni Construction, Inc.**

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **Panattoni Constr, Inc 2131 So. Grove Ave, Suite N, Ontario CA 91761 & Circuit City Stores 9950 Mayland Dr., Richmond, VA 23233**

SEE REVERSE SIDE FOR ADDITIONAL INSTRUCTIONS

Name of Claimant: **NKC Group, Inc.**

By: _June Kim, Accounting Mgr._

## VERIFICATION

I, the undersigned, declare: I am the **Controller** of **NKC Group, Inc** the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this Verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true to my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**11-19-08**

WOLCOTTS FORM 1024 - (price class 3B)
MECHANIC'S LIEN (Claim of Lien)

