# STOP NOTICE
## LEGAL NOTICE TO WITHHOLD CONSTRUCTION FUNDS
(Public or Private Work)
(Per California Civil Code Section 3103)

**RECEIVED**
DEC 04 2008
**PCI - IRVINE**

To: La Salle Bank, N.A.
(NAME OF OWNER, PUBLIC BODY OR CONSTRUCTION FUND HOLDER)
135 S. LaSalle St., Suite # 1260
(ADDRESS IF TO A BANK OR SAV/LOAN, USE ADDRESS OF BRANCH HOLDING FUNDS)
Chicago, IL 60603 - Attn: Michelle Herrick
(CITY, STATE AND ZIP)

Project: Circuit City # 3826
(NAME)
2121 Main Street
(ADDRESS)
Alhambra, CA 91801
(CITY, STATE AND ZIP)

TAKE NOTICE THAT Courtney Waterproofing, Inc.
(NAME OF THE PERSON OR FIRM CLAIMING THE STOP NOTICE. LICENSED CONTRACTORS MUST USE THE NAME UNDER WHICH CONTRACTOR'S LICENSE IS ISSUED)

whose address is 16781 Millikan Ave., Irvine, CA 92606
(ADDRESS OF PERSON OR FIRM CLAIMING STOP NOTICE)

has performed labor and furnished materials for a work of improvement described as follows:
Circuit City # 3826 - 2121 Main Street, Alhambra, CA 91801
(NAME AND LOCATION OF PROJECT WHERE WORK OR MATERIALS WERE FURNISHED)

The labor and materials furnished by claimant are of the following general kind:
Sacking, Patching and Caulking
(KIND OF LABOR, SERVICES, EQUIPMENT, OR MATERIALS FURNISHED OR AGREED TO BE FURNISHED BY CLAIMANT)

The labor and materials were furnished to or for the following party:
Hallin and Herrera, Inc. - 502 Chaney St., Suite # L, Lake Elsinore, CA 92530-2768
(NAME OF THE PARTY WHO ORDERED THE WORK OR MATERIALS)

Total value of the whole amount of labor and materials agreed to be furnished is: $13,272.00
The value of the labor and materials furnished to date is: $13,272.00
Claimant has been paid the sum of: $6,538.00
And there is due, owing and unpaid the sum of: $6,734.00

You are required to set aside sufficient funds to satisfy this claim with interest, court costs and reasonable costs of litigation, as provided by law. You are also notified that claimant claims an equitable lien against any construction funds for this project which are in your hands.

FIRM NAME: Courtney Waterproofing, Inc.        BY: Frank Monteleone, Jr.

## VERIFICATION

I, the undersigned, say: I am the Chief Financial Officer the claimant
("PRESIDENT OF," "MANAGER OF," "A PARTNER OF," "OWNER OF," "AGENT OF," ETC.)
named in the foregoing Stop Notice; I have read said Stop Notice and know the contents thereof; the same is true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 3, 2008, at Irvine, California
(DATE THIS DOCUMENT WAS SIGNED)                (NAME OF CITY AND STATE WHERE THIS DOCUMENT WAS SIGNED)

(PERSONAL SIGNATURE OF THE INDIVIDUAL WHO IS SWEARING THAT THE CONTENTS OF STOP NOTICE ARE TRUE)

## REQUEST FOR NOTICE OF ELECTION
(Private Works Only)
(Per California Civil Code Section 3159, 3161, or 3162)

If an election is made not to withhold funds pursuant to this stop notice by reason of a payment bond having been recorded in accordance with Sections 3256 or 3162, **please send notice** of such election and a copy of the bond within 30 days of such election in the enclosed preaddressed stamped envelope. This information must be provided by you under Civil Code Sections 3159, 3161, or 3162.

Signed: _____
(Claimant must Enclose Self-Addressed Stamped Envelope)

BEFORE YOU USE THIS FORM, FILL IN ALL BLANKS, AND MAKE WHATEVER CHANGES ARE APPROPRIATE AND NECESSARY TO YOUR PARTICULAR TRANSACTION. CONSULT A LAWYER IF YOU DOUBT THE FORM'S FITNESS FOR YOUR PURPOSE AND USE. WWW.THECONTRACTORSGROUP.COM MAKES NO REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, WITH RESPECT TO THE MERCHANTABILITY OR FITNESS OF THIS FORM FOR AN INTENDED USE OR PURPOSE.        REV. 04-01