```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION
- - - - - - - - - - - - - - -  x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC., et  : Case No. 08-35653
al.,                           :
                               : Jointly Administered
              Debtors.         :
- - - - - - - - - - - - - - -  x
```

**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES,
MEETING OF CREDITORS AND FIXING OF CERTAIN DATES**

On November 10, 2008, the above-captioned debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532 (the "Bankruptcy Code"). The Debtors, and their respective addresses, case numbers, and federal tax identification numbers are as follows:

| **DEBTOR** (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | **ADDRESS** | **CASE NO.** | **EID #** |
|---|---|---|---|
| Circuit City Stores, Inc. [Circuit City$^{SM}$] [firedog$^{SM}$] | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35653 | 54-0493875 |
| Abbott Advertising Agency, Inc. | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35665 | 54-1624659 |
| Circuit City Stores West Coast, Inc. | 9250 Sheridan Boulevard, Westminster, Colorado 80031 | 08-35654 | 95-4460785 |
| CC Distribution Company of Virginia, Inc. | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35659 | 54-1712821 |
| Circuit City Properties, LLC | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35661 | 54-0793353 |
| Patapsco Designs, Inc. | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35667 | 52-1086796 |
| Ventoux International, Inc. | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35656 | 20-1071838 |
| Sky Venture Corp. | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35668 | 54-1760311 |
| PRAHS, INC. | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35670 | N/A |

| | | | |
|---|---|---|---|
| XSStuff, LLC | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35669 | 54-2029263 |
| Kinzer Technology, LLC | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35663 | 54-2022157 |
| Circuit City Purchasing Company, LLC | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35657 | 20-0995170 |
| Orbyx Electronics, LLC | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35662 | 20-1203360 |
| InterTAN, Inc. | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35655 | 75-2130875 |
| CC Aviation, LLC | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35658 | 20-5290841 |
| Courchevel, LLC | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35664 | N/A |
| Circuit City Stores PR, LLC | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35660 | 66-0695512 |
| Mayland MN, LLC | 9950 Mayland Drive, Richmond, Virginia 23233 | 08-35666 | 20-0896116 |

JOINT ADMINISTRATION OF CASES. Upon a motion by the Debtors, the Bankruptcy Court entered an order on November 10, 2008 (Docket No. 77) authorizing the joint administration of the above-cases pursuant to Federal Rule of Bankruptcy Procedure 1015 and consolidating the cases for procedural purposes only under Case No. 08-35653 and directing that the joint caption of the cases read In re: Circuit City Stores, Inc., et al.

DATE, TIME AND LOCATION OF MEETING OF CREDITORS. January 9, 2009 at 10:00 a.m. Eastern Time, Office of the United States Trustee, 701 E. Broad Street, Suite 4300, Richmond, Virginia 23219

DEADLINE TO FILE A PROOF OF CLAIM. On December 11, 2008, the Bankruptcy Court entered an Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Bar Date Order"). The Bar Date Order establishes **January 30, 2009 at 5:00 p.m. (Pacific Time)** as the last date for non-governmental creditors to file proofs of claim in these bankruptcy cases, and **May 11, 2009 at 5:00 p.m. (Pacific Time)** as the last date for governmental units to file proofs of claim in these cases. **In accordance with the Bar Date Order, the notice of bar dates (the "Bar Date Notice") will be mailed separately.** The Bar Date Notice will contain information regarding the bar dates, a proof of claim form and instructions for

completing and filing a proof of claim form with the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC. **Do not file proofs of claim with the Bankruptcy Court.**

COUNSEL FOR THE DEBTORS. Gregg M. Galardi, Esq., Ian S. Fredericks, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899, and Dion W. Hayes, Esq., Douglas M. Foley, Esq., McGuireWoods LLP, One James Center, 901 E. Cary Street, Richmond, Virginia 23219.

COMMENCEMENT OF CASES. Petitions for reorganization under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in these cases. Paper copies of all pleadings or other documents filed in these cases may be obtained by sending a written request to the Bankruptcy Court's copy service, Creative Assistant, 600 Granby Street, Suite 400, Norfolk, VA 23510, or by calling (757) 624-9990. Also, documents may be viewed electronically at www.vaeb.uscourts.gov or www.kccllc.net/circuitcity. Additionally, these cases have been designated as cases assigned to the electronic case filing system. For details, see the enclosed Notice of Electronic Filing Procedure.

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the Bankruptcy Court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event any of these cases is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review section 362 of the Bankruptcy Code and may wish to seek legal advice. **The staff of the Clerk of the Bankruptcy Court is not permitted to give legal advice**.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. **ATTENDANCE BY CREDITORS AT THE MEETING IS WELCOMED, BUT NOT REQUIRED.** At the meeting, creditors may examine the Debtors and transact such other business as may properly come before

the meeting.  The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS.  Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007.  Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases.  Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim.  A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately.  **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors.**  Proof of claim forms also are available in the clerk's office of any bankruptcy court.  Proof of claim forms also are available from the Court's web site at www.vaeb.uscourts.gov.  Kurtzman Carson Consultants LLC ("KCC") is the claims agent in these cases and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court.  KCC can be reached as follows:

> Kurtzman Carson Consultants LLC
> 2335 Alaska Avenue
> El Segundo, CA 90245
> Telephone: (888) 830-4650
> www.kccllc.net/circuitcity

DISCHARGE OF DEBTS AND DEADLINE TO FILE A COMPLAINT TO DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS.  Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d).  A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.  If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the Bankruptcy Court by **March 9, 2009.**  The bankruptcy clerk's office must receive the complaint and any required filing fee by such deadline.

CREDITOR WITH A FOREIGN ADDRESS.  Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights.

LOCAL RULE DISMISSAL WARNING. Cases may be dismissed for failure to timely file lists, schedules and statements or attend the meeting of creditors (Local Bankruptcy Rules 1007-1 and 2003-1).

Dated:  December 12, 2008         WILLIAM C. REDDEN, CLERK OF COURT
                                  United States Bankruptcy Court
                                  701 E. Broad Street, Suite 4000
                                  Richmond, Virginia 23219