UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

## NOTICE OF ELECTRONIC FILING PROCEDURE

Case Name: Circuit City Stores, Inc.

Case Number: 08-35653-KRH                    Date Filed: November 10, 2008

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov or http://www.vaeb.uscourts.gov/ecfnew/ecf.htm. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005-2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures.**

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point-to-Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single-sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated: December 11, 2008                    William C. Redden
VAN-062 [ver. 3/2008]                    Clerk of the Bankruptcy Court