# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CIRCUIT CITY STORES, INC., et al | § | CASE NO. 08-35653-KRH |
| | § | Jointly Administered |
| | § | |
| DEBTORS. | § | CHAPTER 11 |

## RAYMOND & MAIN RETAIL, LLC
## NOTICE OF MOTION AND HEARING

Raymond & Main Retail, LLC ("Raymond & Main"), by its counsel, has filed papers with the Court requesting the Court to enter an order compelling rejection or, in the alternative, assumption of a lease pursuant to 11 U.S.C. § 365 (the "Motion").

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem opposition waived, treat the Motion as conceded, and issue an Order granting the requested relief without further notice or hearing unless you take the following steps:

> File with the Court, at the address shown below, a written objection. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before December 18, 2008, at 4:00 p.m.

> William C. Redden, Clerk
> United State Bankruptcy Court
> 701 E. Broad Street, Room 4000
> Richmond, Virginia 23219

Mail a copy of your response and supporting memorandum to:

> William A. (Trey) Wood, III
> Texas Bar No. 21916050
> Trey.Wood@bgllp.com
> 711 Louisiana, Suite 2300

HOUSTON\2246961.1

        Houston, Texas 77002
        Telephone:    (713) 223-2300
        Facsimile:    (713) 221-1212

And

        Neil E. McCullagh
        Virginia Bar No. 39027
        Bank of America Center
        1111 East Main Street, 16th Floor
        Richmond, Virginia 23219
        Telephone:    (804) 644-1400
        Facsimile:    (804) 225-8706

You or your attorney also must:

    Attend a hearing on the Motion scheduled to be held on December 22, 2008 at 1:00 p.m. at the United States Bankruptcy Court, United States Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

If you or your attorney do not take these steps, including the filing and serving of a written response and supporting memorandum within the time period and in the manner set forth above pursuant to Local Bankruptcy Rule 9013-I, the court may deem any opposition waived, treat the Motion as conceded, decide that you do not oppose the Motion and issue an order granting the relief requested without further notice or hearing.

Dated:  December 12th, 2008        Respectfully submitted,

        **CANTOR ARKEMA, P.C.**

        By:  */s/ Neil E. McCullagh*
            Neil E. McCullagh
            Virginia Bar No. 39027
            NMcCullagh@cantorarkema.com
            Bank of America Center
            1111 East Main Street, 16th Floor
            Richmond, Virginia 23219
            Telephone:    (804) 644-1400
            Facsimile:    (804) 225-8706

        And

-3-

**BRACEWELL & GIULIANI LLP**

By:  /s/   William A. (Trey) Wood, III
        William A. (Trey) Wood, III
        Texas Bar No. 21916050
        Trey.Wood@bgllp.com
        711 Louisiana, Suite 2300
        Houston, Texas 77002
        Telephone:    (713) 223-2300
        Facsimile:    (713) 221-1212

**ATTORNEYS FOR RAYMOND & MAIN RETAIL, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December, 2008, a true and correct copy of the above and foregoing instrument was served (i) via electronic means as listed on the "2002" and "Core" lists through the Court's ECF system; and (ii) by regular U. S. First Class Mail on the parties on the attached Service List.

                                                /s/ *William A. (Trey) Wood, III*
                                                William A. (Trey) Wood, III