Peter J. Barrett (VA 46179)
Kimberly A. Pierro (VA 71362)
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
-and-
Jeffrey T. Wegner (NE 18265)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

*Attorneys for Cole CC Groveland FL, LLC
and Cole CC Aurora CO, LLC*

Hearing:  December 22, 2008 10:00 a.m.
Objections Due:  December 18, 2008

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO.  08-35653-KRH |
| | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

**NOTICE OF MOTION
AND NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Cole CC Groveland FL, LLC, as successor to CC1FORT1, LLC, and Cole CC Aurora CO, LLC, as successor to CC-INVESTORS 1996-4, have filed their *Motion of Cole CC Groveland FL, LLC and Cole CC Aurora CO, LLC for an Order Compelling the Debtor to Perform Timely all Lease Obligations Including the Payment of Post-Petition Rent Pursuant to 11 U.S.C. § 365(d)(3)* (the "Motion").

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).   If you do not want the Court to grant the relief sought, you must do the following:

1. You must file with the Court a written response to the Motion pursuant to Local Bankruptcy Rule 9013-1 no later than **December 18, 2008**. The Court is located at:

> Clerk of the Court
> United States Bankruptcy Court
> 701 East Broad Street
> 4th Floor
> Richmond, Virginia 23219

2. You must also mail a copy to the following persons:

> Peter J. Barrett, Esquire
> KUTAK ROCK LLP
> 1111 East Main Street, Suite 800
> Richmond, Virginia 23219-3500
>
> Robert B. Van Arsdale, Esquire
> Office of the U.S. Trustee
> 701 East Broad Street, 4th Floor
> Richmond, Virginia 23219

3. You must also attend the hearing to consider the relief sought in the Motion in addition to filing a written response. If you fail to file timely a written response and to attend the hearing, the Court may consider any objection you may have waived and enter an Order granting the relief requested. The hearing is scheduled for **December 22, 2008 at 10:00 a.m.**, at the United States Bankruptcy Court, 701 East Broad Street, Court Room 5000, Richmond, Virginia 23219.

| | |
|---|---|
| December 12, 2008<br>Richmond, Virginia | **COLE CC GROVELAND FL, LLC and**<br>**COLE CC AURORA CO, LLC**<br><br>By  /s/ Peter J. Barrett<br>          Counsel |

---

Peter J. Barrett (VA 46179)
Kimberly A. Pierro (VA 71362)
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
-and-
Jeffrey T. Wegner (NE 18265)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68132
Telephone: (402) 346-6000
Facsimile: (402) 346-1148

*Attorneys for* COLE CC GROVELAND FL,
LLC and COLE CC AURORA CO, LLC

## CERTIFICATE OF SERVICE

      I hereby certify under penalty of perjury that on December 12, 2008, a true and exact copy of the foregoing objection was forwarded via ECF notification to the following necessary parties or their counsel as set forth in the Order Establishing Certain Notice, Case Management, and Administrative Procedures entered November 13, 2008: (i) the Office of the United States Trustee for the Eastern District of Virginia, (ii) the Debtors and bankruptcy co-counsel, (iii) counsel to the Official Committee of Unsecured Creditors, (iv) counsel to the agents for the Debtors' pre-petition lenders, (v) counsel to the agents for the Debtors' post-petition lenders, and (vi) all parties that have requested notice pursuant to Bankruptcy Rule 2002.

                                                                           /s/ Peter J. Barrett
                                                                                 Counsel