**EXHIBIT A**

6316063                                 8

Mary A. House (Virginia Bar No. 66613)
Catherine E. Creely (Virginia Bar No. 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:  202.887.4000
Facsimile:  202.887.4288

Peter J. Gurfein (*pro hac vice motion pending*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: 310.229.1000
Facsimile: 310.229.1001

ATTORNEYS FOR CIM/BIRCH ST., INC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC. *et al.*, | § | CASE NO. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly Administered |

**ORDER GRANTING MOTION OF CIM/BIRCH ST., INC.
FOR AN ORDER (A) COMPELLING DEBTOR TO IMMEDIATELY PAY
ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b),
AND (B) GRANTING RELATED RELIEF**

This matter having come before the Court upon the Motion and Supporting Memorandum of CIM/BIRCH ST., Inc. ("CIM") for an Order (A) Compelling Debtor to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b) and (B) Granting Related Relief (the "Motion") filed in the bankruptcy case of the above-captioned debtors and debtors in possession, including specifically Circuit City Stores, Inc. (the "Debtor"), the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 AND 1334, (II) THIS MATTER IS A CORE PROCEEDING PURSUANT TO 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the motion and the opportunity for a hearing thereon has been given and no other or further notice is necessary, and (iv) good and sufficient cause exists for the

6316121                                            1

granting of the relief requested in the Motion after having given due deliberation upon the Motion and the arguments presented at any hearing had thereupon. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED**.

2. Unless otherwise defined herein each capitalized term shall have the meaning ascribed to it in the Motion.

3. The Debtor is authorized and directed to pay to CIM within two (2) business days of the entry of this Order, the post-petition period commencing upon November 10, 2008 and ending upon November 30, 2008, Administrative Rent in the total aggregate amount of $42,291.90.

4. The Debtor shall, within two (2) business days of its receipt of a written request from CIM therefor, reimburse CIM for all of its reasonable attorneys' fees and costs incurred in preparing and prosecuting the Motion.

5. The Debtor shall make all future monthly payments of administrative rent and related charges to CIM in full on or before the first day of the month for which such administrative rent and related charges become due under the Lease.

6. This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and to resolve any and all disputes related thereto.

**ENTERED** in Richmond, Virginia, this _____ day of _____, 2008.

UNITED STATES BANKRUPTCY JUDGE
FOR THE EASTERN DISTRICT OF VIRGINIA

WE ASKED FOR THIS:

AKIN GUMP STRAUSS HAUER & FELD LLP

By:  /s/ *Mary A. House*
Mary A. House (Virginia Bar No. 66613)
Catherine E. Creely (Virginia Bar No. 74796)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

--and--

Peter J. Gurfein (*pro hac vice motion pending*)
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
Telephone: 310.229.1000
Facsimile: 310.229.1001

ATTORNEYS FOR CIM/BIRCH ST., INC.

## *LOCAL BANKRUPTCY RULE* **9022-1 CERTIFICATION**

Pursuant to Local Bankruptcy Rule 9022-1 (C), I hereby certify that the forgoing proposed Order has been endorsed by or served upon all necessary parties.

/s/ *Mary A. House*