Lauren Lonergan Taylor, Esquire
Matthew E. Hoffman, Esquire
**Duane Morris LLP**
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1503/1524
Facsimile:  (215) 689-4434/4922
E-mail: LLTaylor@duanemorris.com
E-mail: MEHoffman@duanemorris.com

and

Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867
E-mail: DSabagh@duanemorris.com

*Counsel for Principal Life Insurance Company*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE THAT Principal Life Insurance Company ("Principal") has filed with the Court a *Motion and Supporting Memorandum for an Order (A) Compelling Debtor to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b), and (B) Granting Related Relief* (the "Motion").  A true and complete copy of the Motion has been filed with the Court and forwarded to you.

     <u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).  Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps:

1. File with the Court, at the address shown below, a written objection. If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before **December 18, 2008 at 4:00 p.m.**

> William C. Redden, Clerk
> United States Bankruptcy Court
> 701 E. Broad Street
> Suite 4000
> Richmond, VA  23219

You must also deliver a copy to all parties on the Certificate of Service below and to:

> Lauren Lonergan Taylor, Esquire
> Matthew E. Hoffman, Esquire
> Duane Morris LLP
> 30 South 17th Street
> Philadelphia, PA  19103-4196

2. Attend the hearing scheduled for **December 22, 2008 at 1:00 p.m.** before the Honorable Kevin R. Huennekens, U.S. Bankruptcy Court, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia  23219.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated:  December 12, 2008                Respectfully submitted,

                                                            */s/ Denyse Sabagh*
Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867
E-mail: DSabagh@duanemorris.com

and

Lauren Lonergan Taylor, Esquire
Matthew E. Hoffman, Esquire
**Duane Morris LLP**
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1503/1524
Facsimile:  (215) 689-4434/4922
E-mail: LLTaylor@duanemorris.com
E-mail: MEHoffman@duanemorris.com

*Counsel for Principal Life Insurance Company*

# CERTIFICATE OF SERVICE

I, Matthew E. Hoffman, certify that I am not less than 18 years of age, and that on the date set forth below, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

Dated: December 12, 2008

/s/ *Matthew E. Hoffman*
Matthew E. Hoffman, Esquire
**Duane Morris LLP**
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1524
Facsimile:  (215) 689-4922
E-mail: mehoffman@duanemorris.com

*Counsel for Principal Life Insurance Company*

DM3\875573.1

**SERVICE LIST**

Daniel F. Blanks, Esq.
Douglas M. Foely, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtors*

Dion W. Hayes, Esq.
James S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

Gregg M. Galardi, Esq.
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtors*

Robert Van Arsdale, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4303
Richmond, VA 23219
*Office of the U.S. Trustee*

Linda K. Myers, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
*Special Counsel for Debtors*

David S. Berman, Esq.
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, MA 02108
*Counsel for Bank of America, N.A.*

DM3\875573.1

Bruce Matson, Esq.
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, VA 23219
*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Counsel for the Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, NY 10017
*Counsel for the Official Committee of Unsecured Creditors*

DM3\875573.1