**Hudson, Lisa Taylor**

| | |
|---|---|
| **From:** | Dosunmu, Folarin S [Folarin.Dosunmu@skadden.com] |
| **Sent:** | Thursday, December 04, 2008 5:07 PM |
| **To:** | Pearl, Peter M. |
| **Cc:** | Williams, Amy; Gray, William A.; Hudson, Lisa Taylor |
| **Subject:** | RE: Objection of UTC I, LLC, PrattCenter, LLC and Valley Corners Shopping Center, LLC |

Confirmed. We will try to have November Stub Rent paid by next Friday, December 12, 2008.

**Folarin S. Dosunmu**
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive | Chicago | Illinois | 60606-1285
T: 312.407.0672 | F: 312.407.0411
folarin.dosunmu@skadden.com

---

**From:** Pearl, Peter M. [mailto:ppearl@sandsanderson.com]
**Sent:** Thursday, December 04, 2008 4:02 PM
**To:** Dosunmu, Folarin S (CHI)
**Cc:** Williams, Amy; Gray, William A.; Hudson, Lisa Taylor
**Subject:** Objection of UTC I, LLC, PrattCenter, LLC and Valley Corners Shopping Center, LLC

Folarin,
This shall confirm that the above-referenced landlords agree to withdraw their pending objection in exchange for payment of the "stub rent" for November and the modifications of the GOB procedures as agreed to by Stephen Tetro, counsel for Gordon Brothers. All other rights of the parties pursuant to the provisions of the Bankruptcy Code, state law and the applicable leases are preserved. Do you know when the payment for November rent will be made? Thank you for your assistance in this matter. Please let me know if you have any questions.
Pete

Peter M. Pearl
Sands Anderson Marks & Miller, P.C.
250 South Main Street, Suite 226
Blacksburg, Virginia 24060
Main: (540) 443-9800
Direct Dial: (540) 777-1997
Fax: (540) 777-1893

Roanoke Office Address:
30 Franklin Road, SW
Suite 502
Roanoke, Virginia 24011

---
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

**EXHIBIT D**

12/12/2008

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*******************************************************

===========================================================================================