**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** ) | **Case No. 08-035653-KRH** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |

## NOTICE OF MOTION AND NOTICE OF HEARING

PLEASE TAKE NOTICE that PrattCenter, LLC and Valley Corners Shopping Center, LLC (collectively the "Landlords"), by and through counsel, have filed with the Court in the above-styled bankruptcy, a *Motion and Supporting Memorandum of Law of PrattCenter, LLC and Valley Corners Shopping Center, LLC for an Order Compelling Debtors to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. §§ 365(D)(3) and 503(B) and Granting Related Relief* (the "*Motion*").

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not want the Court to grant the relief sought in the *Motion*, or if you want the Court to consider your views on the *Motion*, then or before **December 18, 2008**, you or your attorney must:

1. File with the Court, at the address shown below, a written response pursuant to *Local Bankruptcy Rule* 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

---

Peter M. Pearl, Esquire – VSB #22344
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 648-1636 (Telephone)
(804) 783-7291 (Facsimile)
*Counsel for PrattCenter, LLC and Valley Corners Shopping Center, LLC*

    William C. Redden, Clerk of Court
    United States Bankruptcy Court
    Eastern District of Virginia, Richmond Division
    701 E. Broad Street, Suite 4000
    Richmond, VA 23219

You must also mail a copy to:

    Peter M. Pearl, Esquire (VSB #22344)
    William A. Gray, Esquire (VSB #46911)
    C. Thomas Ebel, Esquire (VSB # 18637)
    Lisa Taylor Hudson, Esquire (VSB #45484)
    Sands Anderson Marks & Miller, P.C.
    801 E. Main Street, Suite 1800
    (P.O. Box 1998)
    Richmond, VA 23219 (23218-1998)
    (804) 648-1636 (Telephone)
    (804) 783-7291 (Facsimile)

    2. If you object to or oppose the *Motion*, you must file your objection or response timely with the Court and attend a hearing scheduled for **December 22, 2008, at 1:00 p.m.** at the United States Bankruptcy Court located at 701 East Broad Street, Suite 4000, Richmond, Virginia, in Judge Huennekens' Courtroom, in addition to filing a written objection or response to the *Motion*. If you fail to timely file a written response and to attend the hearing, the Court may consider any objection you have waived, and enter an order granting the relief requested in the *Motion* without holding a hearing.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the *Motion* and may enter an Order granting that relief.

## **NOTICE**

    Under *Local Bankruptcy Rule* 9013-1, unless a written response to the *Motion* is filed with the Clerk of Court and served on the moving party within two (2) business days prior to the December 22, 2008, hearing date, or on or before **December 18, 2008**, objecting to the relief

2

requested, the Court may deem any opposition waived, treat the *Motion* as conceded, and issue an Order granting the requested relief without further notice or hearing.

| | |
|---|---|
| **Dated:  December 12, 2008** | **Respectfully Submitted,** |
| | **PRATTCENTER, LLC** |
| | **AND** |
| | **VALLEY CORNERS SHOPPING CENTER, LLC,** |

 /s/ Peter M. Pearl
Peter M. Pearl, Esquire – VSB #22344
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Lisa Taylor Hudson, Esquire – VSB #45484
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 648-1636 (Telephone)
(804) 783-7291 (Facsimile)
*Counsel for PrattCenter, LLC and Valley Corners Shopping Center, LLC*

and

Amy Pritchard Williams, Esquire

North Carolina State Bar No. 19233
K&L GATES LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, North Carolina 28202
Telephone: (704) 331-7400
Facsimile: (704) 353-3129

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2008, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

/s/ Peter M. Pearl

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
    *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
    *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
    *Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
    *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
    *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
    *Counsel for the Official Committee of*
    *Unsecured Creditors*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
    *Counsel for the Creditors Committee*