## EXHIBIT B

## MACHINERY AND EQUIPMENT

All machinery, apparatus, equipment fittings, appliances and fixtures of every kind and nature whatsoever including all electrical, anti-pollution, heating lighting, laundry, incinerating, power, air conditioning, plumbing, cleaning, fire prevention, fire extinguishing, refrigerating, ventilating, communication, garage and cooking systems, devices, machinery, apparatus, equipment fittings, appliances, engines, pipes, pumps, tanks, motors, conduits, ducts, compressors and switchboards, and all storm doors and windows, dishwashers, attached cabinets and partitions and all articles of personal property of every kind and nature whatsoever to the extent that the foregoing items are now or hereafter affixed to, attached to, placed upon, used or usable in any way in connection with the use, enjoyment, occupancy or operation of the Leased Premises and Improvements but excluding Trade Fixtures, inventory, furniture, vehicles and other personalty belonging to Tenant not shown on the plans and specifications for the Improvements.

## EXHIBIT C

(Chicago, Illinois)

| Lease year | Basic Annual Rent |
|---|---|
| 1 - 5 | $ 859,658.99 |
| 6 - 10 | 962,818.07 |
| 11 - 15 | 1,078,356.24 |
| 16 - Expiration Date | 1,207,758.99 |

Basic Rent for each renewal term shall be at the annual rate of One Million Two Hundred Seven Thousand Seven Hundred Fifty-Eight dollars and ninety-nine cents ($1,207,758.99).

1097\circuit\exhibitc

**CIRCUIT CITY - CHICAGO, IL**
**REJECTABLE OFFER SCHEDULE**
**EXHIBIT: D**

Column 1: Number of full monthly lease payments
Column 2: Repurchase Price

| Column 1 | Column 2 | Column 1 | Column 2 |
|---|---|---|---|
| 0 | 9,335,000 | 40 | 9,259,490 |
| 1 | 9,333,374 | 41 | 9,257,298 |
| 2 | 9,331,736 | 42 | 9,255,089 |
| 3 | 9,330,086 | 43 | 9,252,864 |
| 4 | 9,328,423 | 44 | 9,250,622 |
| 5 | 9,326,748 | 45 | 9,248,364 |
| 6 | 9,325,061 | 46 | 9,246,088 |
| 7 | 9,323,360 | 47 | 9,243,795 |
| 8 | 9,321,647 | 48 | 9,241,486 |
| 9 | 9,319,922 | 49 | 9,239,159 |
| 10 | 9,318,183 | 50 | 9,236,814 |
| 11 | 9,316,431 | 51 | 9,234,452 |
| 12 | 9,314,666 | 52 | 9,232,072 |
| 13 | 9,312,888 | 53 | 9,229,674 |
| 14 | 9,311,096 | 54 | 9,227,259 |
| 15 | 9,309,291 | 55 | 9,224,825 |
| 16 | 9,307,472 | 56 | 9,222,373 |
| 17 | 9,305,640 | 57 | 9,219,902 |
| 18 | 9,303,794 | 58 | 9,217,413 |
| 19 | 9,301,934 | 59 | 9,214,906 |
| 20 | 9,300,061 | 60 | 9,212,379 |
| 21 | 9,298,173 | 61 | 9,201,237 |
| 22 | 9,296,271 | 62 | 9,190,012 |
| 23 | 9,294,355 | 63 | 9,178,702 |
| 24 | 9,292,424 | 64 | 9,167,307 |
| 25 | 9,290,479 | 65 | 9,155,827 |
| 26 | 9,288,519 | 66 | 9,144,261 |
| 27 | 9,286,545 | 67 | 9,132,608 |
| 28 | 9,284,556 | 68 | 9,120,868 |
| 29 | 9,282,552 | 69 | 9,109,040 |
| 30 | 9,280,533 | 70 | 9,097,123 |
| 31 | 9,278,498 | 71 | 9,085,116 |
| 32 | 9,276,449 | 72 | 9,073,020 |
| 33 | 9,274,384 | 73 | 9,060,833 |
| 34 | 9,272,304 | 74 | 9,048,554 |
| 35 | 9,270,208 | 75 | 9,036,183 |
| 36 | 9,268,096 | 76 | 9,023,720 |
| 37 | 9,265,968 | 77 | 9,011,163 |
| 38 | 9,263,825 | 78 | 8,998,512 |
| 39 | 9,261,665 | 79 | 8,985,766 |

```
CIRCUIT CITY - CHICAGO, IL
REJECTABLE OFFER SCHEDULE
EXHIBIT: D

Column 1: Number of full monthly lease payments
Column 2: Repurchase Price
```

| Column 1 | Column 2 | Column 1 | Column 2 |
|---|---|---|---|
| 80 | 8,972,924 | 120 | 8,372,004 |
| 81 | 8,959,986 | 121 | 8,344,931 |
| 82 | 8,946,951 | 122 | 8,317,655 |
| 83 | 8,933,819 | 123 | 8,290,174 |
| 84 | 8,920,587 | 124 | 8,262,487 |
| 85 | 8,907,257 | 125 | 8,234,593 |
| 86 | 8,893,827 | 126 | 8,206,489 |
| 87 | 8,880,295 | 127 | 8,178,175 |
| 88 | 8,866,663 | 128 | 8,149,648 |
| 89 | 8,852,928 | 129 | 8,120,908 |
| 90 | 8,839,090 | 130 | 8,091,952 |
| 91 | 8,825,148 | 131 | 8,062,778 |
| 92 | 8,811,102 | 132 | 8,033,386 |
| 93 | 8,796,951 | 133 | 8,003,773 |
| 94 | 8,782,693 | 134 | 7,973,939 |
| 95 | 8,768,328 | 135 | 7,943,880 |
| 96 | 8,753,856 | 136 | 7,913,596 |
| 97 | 8,739,275 | 137 | 7,883,085 |
| 98 | 8,724,585 | 138 | 7,852,345 |
| 99 | 8,709,784 | 139 | 7,821,375 |
| 100 | 8,694,873 | 140 | 7,790,172 |
| 101 | 8,679,849 | 141 | 7,758,735 |
| 102 | 8,664,713 | 142 | 7,727,063 |
| 103 | 8,649,464 | 143 | 7,695,153 |
| 104 | 8,634,100 | 144 | 7,663,004 |
| 105 | 8,618,621 | 145 | 7,630,613 |
| 106 | 8,603,026 | 146 | 7,597,980 |
| 107 | 8,587,314 | 147 | 7,565,101 |
| 108 | 8,571,484 | 148 | 7,531,977 |
| 109 | 8,555,535 | 149 | 7,498,603 |
| 110 | 8,539,467 | 150 | 7,464,980 |
| 111 | 8,523,278 | 151 | 7,431,104 |
| 112 | 8,506,968 | 152 | 7,396,975 |
| 113 | 8,490,535 | 153 | 7,362,589 |
| 114 | 8,473,979 | 154 | 7,327,945 |
| 115 | 8,457,299 | 155 | 7,293,042 |
| 116 | 8,440,494 | 156 | 7,257,877 |
| 117 | 8,423,563 | 157 | 7,222,448 |
| 118 | 8,406,505 | 158 | 7,186,753 |
| 119 | 8,389,319 | 159 | 7,150,791 |

**CIRCUIT CITY - CHICAGO, IL**
**REJECTABLE OFFER SCHEDULE**
**EXHIBIT: D**

Column 1: Number of full monthly lease payments
Column 2: Repurchase Price

| Column 1 | Column 2 | Column 1 | Column 2 |
|---|---|---|---|
| 160 | 7,114,559 | 200 | 5,187,332 |
| 161 | 7,078,055 | 201 | 5,125,591 |
| 162 | 7,041,277 | 202 | 5,063,386 |
| 163 | 7,004,224 | 203 | 5,000,715 |
| 164 | 6,966,892 | 204 | 4,937,574 |
| 165 | 6,929,281 | 205 | 4,873,959 |
| 166 | 6,891,388 | 206 | 4,809,867 |
| 167 | 6,853,210 | 207 | 4,745,294 |
| 168 | 6,814,746 | 208 | 4,680,237 |
| 169 | 6,775,994 | 209 | 4,614,693 |
| 170 | 6,736,951 | 210 | 4,548,656 |
| 171 | 6,697,615 | 211 | 4,482,125 |
| 172 | 6,657,984 | 212 | 4,415,094 |
| 173 | 6,618,056 | 213 | 4,347,561 |
| 174 | 6,577,828 | 214 | 4,279,521 |
| 175 | 6,537,299 | 215 | 4,210,971 |
| 176 | 6,496,465 | 216 | 4,141,906 |
| 177 | 6,455,326 | 217 | 4,072,324 |
| 178 | 6,413,878 | 218 | 4,002,220 |
| 179 | 6,372,119 | 219 | 3,931,590 |
| 180 | 6,330,047 | 220 | 3,860,430 |
| 181 | 6,276,876 | 221 | 3,788,737 |
| 182 | 6,223,306 | 222 | 3,716,506 |
| 183 | 6,169,334 | 223 | 3,643,733 |
| 184 | 6,114,957 | 224 | 3,570,414 |
| 185 | 6,060,173 | 225 | 3,496,546 |
| 186 | 6,004,977 | 226 | 3,422,123 |
| 187 | 5,949,368 | 227 | 3,347,143 |
| 188 | 5,893,342 | 228 | 3,271,600 |
| 189 | 5,836,895 | 229 | 3,195,490 |
| 190 | 5,780,026 | 230 | 3,118,810 |
| 191 | 5,722,729 | 231 | 3,041,554 |
| 192 | 5,665,003 | 232 | 2,963,719 |
| 193 | 5,606,844 | 233 | 2,885,301 |
| 194 | 5,548,249 | 234 | 2,806,294 |
| 195 | 5,489,214 | 235 | 2,726,695 |
| 196 | 5,429,737 | 236 | 2,646,498 |
| 197 | 5,369,813 | 237 | 2,565,700 |
| 198 | 5,309,440 | 238 | 2,484,296 |
| 199 | 5,248,614 | 239 | 2,402,282 |

```
CIRCUIT CITY - CHICAGO, IL
REJECTABLE OFFER SCHEDULE
EXHIBIT: D

Column 1: Number of full monthly lease payments
Column 2: Repurchase Price
```

| Column 1 | Column 2 |
|---|---|
| 240 | 2,319,653 |
| 241 | 2,236,403 |
| 242 | 2,152,530 |
| 243 | 2,068,027 |
| 244 | 1,982,891 |
| 245 | 1,897,116 |
| 246 | 1,810,698 |
| 247 | 1,723,632 |
| 248 | 1,635,912 |
| 249 | 1,547,535 |
| 250 | 1,458,495 |
| 251 | 1,368,787 |
| 252 | 1,278,406 |
| 253 | 1,187,348 |
| 254 | 1,095,606 |
| 255 | 1,003,177 |
| 256 | 910,054 |
| 257 | 816,233 |
| 258 | 721,708 |
| 259 | 626,474 |
| 260 | 530,526 |
| 261 | 433,859 |
| 262 | 336,466 |
| 263 | 238,343 |
| 264 | 139,484 |
| 265 | 39,883 |

EXHIBIT E

LEGAL DESCRIPTION OF EXPANSION PROPERTY

Parcel 3

Parcel 3:  Lot 3 in Turnberry Lakes Hanover Park No. 2, Phase 3, being a subdivision in the Northwest 1/4 of Section 5, Township 40 North, Range 10, East of the third principal meridian, according the plat of subdivision recorded October 6, 1993 as document R93-227780, in DuPage County, Illinois.

EXHIBIT F

(DuPage County)

(i) If the closing of the sale and acquisition of the Phase I Option Property is consummated within the 1st Option Year (as defined in Section C.2 hereof), and provided that Purchaser is acquiring such property for lease to Circuit City as expansion space in connection with Circuit City's use of the Phase I Property, the Phase I Option Purchase Price shall be Three and 00/xx Dollars ($3.00) per square foot multiplied by the actual gross area of the Phase I Option Property as determined by the Phase I Option Survey, net of wetlands, right of way for public roads, flood plains and storm water retention easement areas (the "Net Phase I Option Area"). Notwithstanding the aforesaid, in the event that construction of the Circuit City Building shall not have commenced as of the closing of the purchase of the Phase I Option Property, the Phase I Option Purchase Price shall be increased by thirty cents ($.30) per square foot to Three and 30/xx Dollars ($3.30) per square foot.

(ii) If the closing of the sale and acquisition of the Phase I Option Property is consummated within the 2nd Option Year (as defined in Section C.2 hereof) and provided that Purchaser is acquiring such property for lease to Circuit City as expansion space in connection with Circuit City's use of the Phase I Property, the Phase I Option Purchase Price shall be Three and 30/xx Dollars ($3.30) per square foot multiplied by the Net Phase I Option Property Area.

(iii) If the closing of the sale and acquisition of the Phase I Option Property is consummated within the 2nd Option Year and Purchaser is acquiring such property for its own use and not for lease to Circuit City, the Phase I Option Purchase Price shall be Three and 50/xx Dollars ($3.50) per square foot multiplied by the Net Phase I Option Property Area.