**Hearing Date: December 22, 2008 at 10:00 a.m.**
**Objection Deadline: December 18, 2008 at 4:00 p.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

             - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTIONS AND NOTICE OF HEARING ON MOTIONS FOR ORDER UNDER 11 U.S.C. §§ 105, 363 AND 365 AND FED. R. BANKR. P. 6004 AND 6006 AUTHORIZING AND APPROVING (A) ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES AND (B) SALE OF CERTAIN NONRESIDENTIAL REAL PROPERTY LEASES FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

**PLEASE TAKE NOTICE** that on December 12, 2008, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the following:

Debtors' Motion for Order Under 11 U.S.C. sections 105, 363 and 365 and Fed. R. Bankr. P. 6004 and 6006 Authorizing and Approving (a) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases

and (b) Sale of Certain Nonresidential Real Property
Leases Free and Clear of Liens, Claims and Encumbrances
to Gurnee Real Estate Owners LLC (Docket No. 979);

Debtors' Motion for Order under 11 U.S.C. sections 105,
363 and 365 and Fed. R. Bankr. P. 6004 and 6006
Authorizing and Approving (A) Assumption and Assignment
of Certain Unexpired Nonresidential Real Property Leases
and (B) Sale of Certain Nonresidential Real Property
Leases Free and Clear of Liens, Claims and Encumbrances
to the Designee of Circuit Distribution – Illinois
Partnership (Docket No. 987); and

Debtors' Motion for Order under 11 U.S.C. sections 105,
363 and 365 and Fed. R. Bankr. P. 6004 and 6006
Authorizing and Approving (A) Assumption and Assignment
of Certain Unexpired Nonresidential Real Property Leases
and (B) Sale of Certain Nonresidential Real Property
Leases Free and Clear of Liens, Claims and Encumbrances
to Bond C.C.I. Delaware Business Trust or Its Nominee
(Docket No. 988).

(collectively, the "Motions").

**Your rights may be affected. You should read these papers
carefully and discuss them with your attorney, if you have one
in these bankruptcy cases. (If you do not have an attorney,
you may wish to consult one.)** Under Local Bankruptcy Rule
9013-1, unless a written response to the Motions is filed with
the Clerk of the Court and served on the moving party, the
trustee and those parties as required by the Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002
and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management and
Administrative Procedures (entered on November 13, 2008 at
Docket No. 130) (the "Case Management Order") no later than
two (2) business days before the scheduled hearing date, the
Court may deem any opposition waived, treat the Motions as
conceded, and issue an order granting the requested relief
without further notice or hearing.  If you do not want the
Court to approve the Motions, or if you want the Court to
consider your views on the Motions, then you or you attorney
must:

[X]  File with the Court, either electronically or at the
     address shown below, a written response pursuant to

Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before December 18, 2008 at 4:00 p.m.**

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

[X]   Pursuant to the Case Management Order, you must also serve a copy of any written response and request for hearing by the foregoing date via electronic mail on the following:(i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

[X]   Attend a hearing before the Honorable Kevin Huennekens, United States Bankruptcy Judge, **at 10:00 a.m. (Eastern Standard Time) on December 22, 2008** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motions**.

        If you or your attorney do not take these steps, the
Court may decide that you do not oppose the relief sought in
the Motions and may enter an order granting the relief
requested.

Dated: December 12, 2008    SKADDEN, ARPS, SLATE, MEAGHER &
        Richmond, Virginia  FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                    - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            333 West Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                    - and -

                            MCGUIREWOODS LLP


                            /s/ Douglas M. Foley          .
                            Dion W. Hayes (VSB No. 34304)
                            Douglas M. Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession