| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
         Debtors.             :   Jointly Administered
- - - - - - - - - - - - - - - x

**DEBTORS' FIRST OMNIBUS MOTION FOR ORDER PURSUANT TO
BANKRUPTCY CODE SECTIONS 105(a) AND 365(a) AND
BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF CERTAIN
UNEXPIRED LEASES OF PERSONAL PROPERTY**

The debtors and debtors in possession in the

above-captioned jointly administered cases (collectively,

the "Debtors")[1] hereby move (the "Motion") for entry of an order, pursuant to sections 105(a) and 365(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Debtors to reject certain unexpired leases of personal property, including any amendments, modifications or subleases thereto, as set forth on the attached <u>Exhibit A</u> and <u>Exhibit B</u> (collectively, the "Leases"), and any guaranties thereof.  In support of the Motion, the Debtors respectfully represent:

**JURISDICTION AND VENUE**

1.   This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334.  This is a

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

core proceeding under 28 U.S.C. § 157(b). Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested herein are Bankruptcy Code sections 105(a), 363 and 365(a) and Bankruptcy Rule 6006.

**BACKGROUND**

3. On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

4. The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

5. On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee"). To date, no trustee or examiner has been appointed in these chapter 11 cases.

6. Based in Richmond, Virginia, Debtors are a leading specialty retailer of consumer electronics and operate large nationwide electronics stores throughout

the United States and Puerto Rico that sell, among other things, televisions, home theatre systems, computers, camcorders, furniture, software, imaging and telecommunications products, and other audio and video electronics.

7. Despite significant revenues, the Debtors have suffered two consecutive years of losses. While the Debtors made every effort to improve their financial performance and implement a global turnaround strategy, they were ultimately unable to consummate a successful restructuring outside of bankruptcy. In large part, the Debtors' chapter 11 filings were due to an erosion of vendor confidence, decreased liquidity and the global economic crisis.

8. Thus, the Debtors commenced these cases with the immediate goals of obtaining adequate postpetition financing and continuing their restructuring initiatives commenced prior to the Petition Date, including closing certain stores. In addition, the Debtors will continue to evaluate their business, work closely with their vendors, and enhance

customer relations with a goal of emerging from chapter 11 as a financially stable going concern.

## RELIEF REQUESTED

9. By this Motion, the Debtors request the entry of an order under Bankruptcy Code sections 105(a) and 365(a) and Bankruptcy Rule 6006 authorizing the Debtors to reject the Leases.

10. The Debtors are currently performing their review and evaluation of other unexpired leases that are not the subject of this Motion. As this process continues, the Debtors may identify additional leases to be assumed or rejected. Accordingly, the Debtors reserve the right to seek to assume or reject additional leases in the future. This Motion should not be construed as a determination that any e leases not listed herein are to be assumed or rejected.

## BASIS FOR RELIEF

11. In an effort to avoid any potential postpetition administrative costs and in the exercise of the Debtors' sound business judgment, the Debtors hereby move to reject the Leases.

5

12. The Leases are comprised of vehicle and equipment leases for vehicles and equipment used in or associated with closing stores or otherwise no longer needed. Certain of the Leases are with Gelco Corporation, dba GE Fleet Services ("GEFS"). The GEFS leases are listed on Exhibit A hereto. The remainder of the Leases are with PHH Arval, f/k/a PHH Vehicle Management Services Corporation ("PHH"). The PHH leases are listed on Exhibit B hereto.

13. Through the rejection of the Leases, the Debtors will be relieved from paying amounts that may be due or come due thereunder, as well as other costs, including taxes, insurance, maintenance and other related charges associated with the Leases. Currently, the Debtors have no productive use for the equipment and vehicles covered by the Leases. However, the Debtors may be obligated to pay amounts under the Leases. By rejecting the Leases at this time, the Debtors will avoid incurring unnecessary administrative charges for equipment that provides no tangible benefit to the Debtors' estates. The resulting savings from the rejection of the Leases will increase the Debtors'

future cash flow and assist the Debtors in managing their estates.

14. The Debtors have analyzed each of the Leases to determine the appropriate date of rejection. The Debtors have concluded that, to minimize unnecessary costs to the estate, the Leases should be rejected as soon as possible. The Debtors in each case are prepared to make the equipment and vehicles available for pickup by the lessors and to turn over to the lessors the keys to the equipment and vehicles that are covered by the Leases.

15. In considering their options with respect to the Leases, the Debtors have determined in their business judgment that the costs associated with assuming the Leases would be substantial and would constitute an unnecessary drain on the Debtors' cash resources. Based on this analysis, the Debtors have determined that the Leases provide no value to the Debtors' estates.

16. Accordingly, the Debtors believe that rejection of the Leases is in the best interests of

their estates, their creditors, and other parties in interest.

**APPLICABLE AUTHORITY**

17.  Bankruptcy Code section 365(a) provides that a debtor, "subject to the court's approval, may assume or reject any executory contract or unexpired lease."  11 U.S.C. § 365(a).  A debtor's determination to reject an executory contract is governed by the "business judgment" standard.  See Lubrizol Enterprises, Inc. v. Richmond Metal Finishers, Inc., 756 F.2d 1043, 1046-47 (4th Cir. 1985), cert. denied sub nom., Lubrizol Enters., Inc. v. Canfield, 475 U.S. 1057 (1986); In re Extraction Technologies of VA, L.L.C., 296 B.R. 393, 399 (Bankr. E.D. Va. 2001); see also In re HQ Global Holdings, Inc., 290 B.R. 507, 511 (Bankr. D. Del. 2003) (stating that a debtor's decision to reject an executory contract is governed by the business judgment standard and can only be overturned if the decision was the product of bad faith, whim, or caprice).

18.  Once the Debtors articulate a valid business justification, "[t]he business judgment rule 'is a presumption that in making a business decision the

directors of a corporation acted on an informed basis, in good faith and in the honest belief that the action taken was in the best interests of the company.'" Official Comm. Of Subordinated Bondholders v. Integrated Res., Inc., 147 B.R. 650, 656 (S.D.N.Y. 1992) (quoting Smith v. Van Gorkom, 488 A.2d 858, 872 (Del. 1985)).

19. The business judgment rule has vitality in chapter 11 cases and shields a debtor's management from judicial second-guessing. See Comm. Of Asbestos-Related Litigants and/or Creditors v. Johns-Manville Corp., 60 B.R. 612, 615 16 (Bankr. S.D.N.Y. 1986) ("[T]he Code favors the continued operation of a business by a debtor and a presumption of reasonableness attaches to a debtor's management decisions.").

20. As set forth above, the Debtors have satisfied the "business judgment" standard for rejecting the Leases. The Leases are financially burdensome and unnecessary to the Debtors' estates. Rejection of the Leases is in the Debtors' best interests because the Debtors no longer have any use for the equipment and vehicles covered by the Leases. As such, the Leases provide no economic benefit to the Debtors, nor are such

9

Leases a source of potential value for the Debtors' estates and creditors. Accordingly, rejection of the Leases reflects the exercise of the Debtors' sound business judgment.

21. In summary, the Debtors believe that the proposed rejection of the Leases is tailored to minimize administrative expense, maximize distributions to creditors in these chapter 11 cases, and return control of personal property to the lessors quickly. In the exercise of their sound business judgment, the Debtors thus seek authority to reject the Leases.

22. Numerous courts, including those in this district, have authorized similar relief. See, e.g., In re Circuit City Stores, Inc., Case No. 08-35653 (Bankr. E.D. Va. Nov. 10, 2008); In re Movie Gallery, Inc., et al., Case No. 07-33849 (Bankr. E.D. Va. Oct. 17, 2007); In re Storehouse, Inc., Case No. 06-11144 (Bankr. E.D. Va. Nov. 21, 2006); In re Rowe Furniture, Inc., Case No. 06-11143 (Bankr. E.D. Va. Nov. 21, 2006); In re The Rowe Cos., Case No. 06-11142 (Bankr. E.D. Va. Nov. 21, 2006); In re US Airways Group, Inc., Case No. 02-83984 (Bankr. E.D. Va. Aug. 12, 2002).

**NOTICE**

23. Notice of this Motion has been provided to those parties entitled to notice under this Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (Docket No. 130) and to all lessors under the Leases. The Debtors submit that, under the circumstances, no other or further notice need be given.

**WAIVER OF MEMORANDUM OF LAW**

24. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion and all applicable authority is set forth in the Motion, the Debtors request that the requirement that all motions be accompanied by a separate memorandum of law be waived.

**NO PRIOR REQUEST**

25. No previous request for the relief sought herein has been made to this Court or any other court.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court enter an Order, substantially in the form of the Proposed Order annexed hereto, granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated: December 12, 2008　　SKADDEN, ARPS, SLATE, MEAGHER &
　　　　Richmond, Virginia　　FLOM, LLP
　　　　　　　　　　　　　　　　Gregg M. Galardi, Esq.
　　　　　　　　　　　　　　　　Ian S. Fredericks, Esq.
　　　　　　　　　　　　　　　　P.O. Box 636
　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-0636
　　　　　　　　　　　　　　　　(302) 651-3000

　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE, MEAGHER &
　　　　　　　　　　　　　　　　FLOM, LLP
　　　　　　　　　　　　　　　　Chris L. Dickerson, Esq.
　　　　　　　　　　　　　　　　333 West Wacker Drive
　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　(312) 407-0700

　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　MCGUIREWOODS LLP


　　　　　　　　　　　　　　　　_/s/ Douglas M. Foley_____
　　　　　　　　　　　　　　　　Dion W. Hayes (VSB No. 34304)
　　　　　　　　　　　　　　　　Douglas Foley (VSB No. 34364)
　　　　　　　　　　　　　　　　One James Center
　　　　　　　　　　　　　　　　901 E. Cary Street
　　　　　　　　　　　　　　　　Richmond, Virginia 23219
　　　　　　　　　　　　　　　　(804) 775-1000

　　　　　　　　　　　　　　　　Counsel for Debtors and
　　　　　　　　　　　　　　　　Debtors in Possession

Case 08-35653-KRH    Doc 992    Filed 12/12/08    Entered 12/12/08 21:48:51    Desc Main
Document      Page 13 of 18

**EXHIBIT A**

**(GE Fleet Services Leases)**

Case 08-35653-KRH    Doc 992    Filed 12/12/08    Entered 12/12/08 21:48:51    Desc Main
Document      Page 13 of 18

**EXHIBIT A**

**GE Fleet Services Leases**

| Unit # | Lease Schedule # | Delivery Date | VIN | Year | Make | Model |
|---|---|---|---|---|---|---|
| 25080 | . | 11/3/2005 | 1G1ZT51F76F150670 | 2006 | CHEVROLET | MALIBU |
| 25081 | . | 11/29/2005 | 2CNDL23F066074437 | 2006 | CHEVROLET | EQUINOX AWD |
| 25086 | . | 12/9/2005 | 1G1ZT51856F165346 | 2006 | CHEVROLET | MALIBU |
| 25292 | . | 4/13/2006 | 2CNDL23F866154441 | 2006 | CHEVROLET | EQUINOX AWD |
| 25366 | . | 5/10/2006 | 2CNDL23F066170990 | 2006 | CHEVROLET | EQUINOX AWD |
| 25443 | . | 6/8/2006 | 2CNDL23F866185169 | 2006 | CHEVROLET | EQUINOX AWD |
| 26068 | . | 4/20/2006 | 1G1ZT51896F258080 | 2006 | CHEVROLET | MALIBU |
| 25028 | 0436 | 10/27/2005 | 1GCDM19XX5B133601 | 2005 | CHEVROLET | ASTRO RWD PA |
| 25029 | 0436 | 9/14/2005 | 1GCDM19XX5B133503 | 2005 | CHEVROLET | ASTRO RWD PA |
| 27308 | 0436 | 6/13/2007 | 3GCDA15D67S625795 | 2007 | CHEVROLET | HHR PANEL FW |
| 27253 | 0441 | 6/21/2007 | 3GCDA15D17S625140 | 2007 | CHEVROLET | HHR PANEL FW |
| 25111 | 0834 | 1/19/2006 | JTLKT324264048932 | 2006 | SCION | XB |
| 27262 | 0884 | 6/15/2007 | 3GCDA15D27S625759 | 2007 | CHEVROLET | HHR PANEL FW |
| 27172 | 0891 | 7/6/2007 | 3GCDA15D17S625333 | 2007 | CHEVROLET | HHR PANEL FW |
| 25110 | 3222 | 1/19/2006 | JTLKT324064038903 | 2006 | SCION | XB |
| 25113 | 3222 | 2/1/2006 | JTLKT324264050311 | 2006 | SCION | XB |
| 25241 | 3222 | 2/21/2006 | JTLKT324564059178 | 2006 | SCION | XB |
| 27323 | 3222 | 6/29/2007 | 3GCDA15D77S625479 | 2007 | CHEVROLET | HHR PANEL FW |
| 25118 | 3330 | 1/23/2006 | JTLKT324064045320 | 2006 | SCION | XB |
| 27183 | 3337 | 7/4/2007 | 3GCDA15D87S624762 | 2007 | CHEVROLET | HHR PANEL FW |
| 27278 | 3341 | 6/27/2007 | 3GCDA15D77S624848 | 2007 | CHEVROLET | HHR PANEL FW |
| 25120 | 3362 | 1/23/2006 | JTLKT324064049738 | 2006 | SCION | XB |
| 25015 | 3411 | 9/21/2005 | 1GCDM19X85B116568 | 2005 | CHEVROLET | ASTRO RWD PA |
| 27156 | 3411 | 6/15/2007 | 3GCDA15DX7S625136 | 2007 | CHEVROLET | HHR PANEL FW |
| 25112 | 3416 | 1/19/2006 | JTLKT324264052107 | 2006 | SCION | XB |
| 25117 | 3558 | 1/23/2006 | JTLKT324564043515 | 2006 | SCION | XB |
| 25116 | 3580 | 1/20/2006 | JTLKT324164054866 | 2006 | SCION | XB |
| 25107 | 0834 | 3/14/2006 | JTLKT324364043285 | 2006 | SCION | XB |

**EXHIBIT B**

**(PHH Arval Leases)**

**EXHIBIT B**

**PHH Arval Leases**

| Unit Number | Lease Schedule Number | Delivery Date | VIN | Year | Make | Model |
|---|---|---|---|---|---|---|
| 06067 | 02-0000-0400 | 12/27/2005 | 2CNDL23F066092808 | 2006 | CHEVROLET | EQUINOX AWD |
| 06005 | 02-0000-8042 | 12/31/2005 | 2CNDL23F066075748 | 2006 | CHEVROLET | EQUINOX AWD |
| 05068 | 02-0000-8059 | 4/6/2005 | 2CNDL23F256168589 | 2005 | CHEVROLET | EQUINOX AWD |
| 05030 | 02-0000-8064 | 12/15/2004 | 2CNDL23F056113848 | 2005 | CHEVROLET | EQUINOX AWD |
| 05043 | 02-0000-8064 | 2/21/2005 | 2CNDL23F056149295 | 2005 | CHEVROLET | EQUINOX AWD |
| 06009 | 02-0000-8064 | 12/23/2005 | 1G1ZS51846F177569 | 2006 | CHEVROLET | MALIBU |
| 06018 | 02-0000-8064 | 1/8/2006 | 2CNDL23FX66098079 | 2006 | CHEVROLET | EQUINOX AWD |
| 06014 | 02-0000-8079 | 11/22/2005 | 1G1ZS51826F155571 | 2006 | CHEVROLET | MALIBU |
| 06070 | 02-0000-8079 | 1/21/2006 | 1G1ZS51836F196002 | 2006 | CHEVROLET | MALIBU |
| 05058 | 02-0000-8137 | 3/5/2005 | 1G1ZS52F75F249280 | 2005 | CHEVROLET | MALIBU |
| 05059 | 02-0000-8137 | 4/8/2005 | 2CNDL23F556164150 | 2005 | CHEVROLET | EQUINOX AWD |
| 05070 | 02-0000-8137 | 6/1/2005 | 2CNDL23F556171017 | 2005 | CHEVROLET | EQUINOX AWD |
| 05081 | 02-0000-8137 | 6/25/2005 | 2CNDL23F056196925 | 2005 | CHEVROLET | EQUINOX AWD |
| 06019 | 02-0000-8137 | 11/18/2005 | 1G1ZS51866F161065 | 2006 | CHEVROLET | MALIBU |
| 05018 | 02-0000-8141 | 11/24/2004 | 1G1ZS52F35F185139 | 2005 | CHEVROLET | MALIBU |
| 05041 | 02-0000-8141 | 3/1/2005 | 2CNDL23F756143784 | 2005 | CHEVROLET | EQUINOX AWD |
| 05089 | 02-0000-8141 | 6/28/2005 | 1G1ZS52885F222770 | 2005 | CHEVROLET | MALIBU |
| 06008 | 02-0000-8141 | 12/7/2005 | 2CNDL23F366075789 | 2006 | CHEVROLET | EQUINOX AWD |
| 06056 | 02-0000-8141 | 1/26/2006 | 1G1ZS51846F161050 | 2006 | CHEVROLET | MALIBU |
| 06066 | 02-0000-8141 | 12/7/2005 | 2CNDL23F966081547 | 2006 | CHEVROLET | EQUINOX AWD |
| 05014 | 02-0000-8510 | 11/23/2004 | 2CNDL23F956103254 | 2005 | CHEVROLET | EQUINOX AWD |
| 05038 | 02-0000-8510 | 1/14/2005 | 2CNDL23F056127538 | 2005 | CHEVROLET | EQUINOX AWD |
| 05078 | 02-0000-8510 | 4/26/2005 | 1G1ZS52F25F281151 | 2005 | CHEVROLET | MALIBU |
| 05083 | 02-0000-8510 | 5/25/2005 | 1G1ZS52F25F292148 | 2005 | CHEVROLET | MALIBU |
| 05010 | 02-0000-8538 | 11/1/2004 | 2CNDL23F256090069 | 2005 | CHEVROLET | EQUINOX AWD |
| 05022 | 02-0000-8585 | 11/15/2004 | 1G1ZS52F25F184869 | 2005 | CHEVROLET | MALIBU |
| 05046 | 02-0000-8585 | 4/5/2005 | 1G1ZS52FX5F251752 | 2005 | CHEVROLET | MALIBU |
| 05066 | 02-0000-8585 | 4/5/2005 | 1G1ZS52FX5F259284 | 2005 | CHEVROLET | MALIBU |

| Unit Number | Lease Schedule Number | Delivery Date | VIN | Year | Make | Model |
|---|---|---|---|---|---|---|
| 06034 | 02-0000-8585 | 11/18/2005 | 1G1ZS51856F159291 | 2006 | CHEVROLET | MALIBU |
| 05031 | 02-0000-8587 | 12/6/2004 | 1G1ZS52F85F194418 | 2005 | CHEVROLET | MALIBU |
| 05072 | 02-0000-8587 | 5/2/2005 | 2CNDL23FX56180117 | 2005 | CHEVROLET | EQUINOX AWD |
| 05027 | 02-0000-8589 | 10/6/2004 | 1G1ZS52F55F195123 | 2005 | CHEVROLET | MALIBU |
| 05023 | 02-0000-8642 | 11/30/2004 | 1G1ZS52F35F184816 | 2005 | CHEVROLET | MALIBU |
| 05044 | 02-0000-8642 | 3/14/2005 | 2CNDL23F756157586 | 2005 | CHEVROLET | EQUINOX AWD |
| 05054 | 02-0000-8642 | 4/4/2005 | 1G1ZS52F45F249253 | 2005 | CHEVROLET | MALIBU |
| 05056 | 02-0000-8642 | 4/4/2005 | 1G1ZS52F65F254258 | 2005 | CHEVROLET | MALIBU |
| 05061 | 02-0000-8642 | 3/28/2005 | 1G1ZS52FX5F249595 | 2005 | CHEVROLET | MALIBU |
| 05063 | 02-0000-8642 | 4/4/2005 | 2CNDL23F756163551 | 2005 | CHEVROLET | EQUINOX AWD |
| 05064 | 02-0000-8642 | 3/14/2005 | 1G1ZS52F35F258848 | 2005 | CHEVROLET | MALIBU |
| 05069 | 02-0000-8642 | 5/9/2005 | 1G1ZS52F25F267525 | 2005 | CHEVROLET | MALIBU |
| 06016 | 02-0000-8642 | 11/22/2005 | 1G1ZS51876F163715 | 2006 | CHEVROLET | MALIBU |
| 06052 | 02-0000-8642 | 11/22/2005 | 2CNDL23F566074353 | 2006 | CHEVROLET | EQUINOX AWD |
| 06057 | 02-0000-8642 | 12/6/2005 | 2CNDL23F566077110 | 2006 | CHEVROLET | EQUINOX AWD |
| 06060 | 02-0000-8642 | 12/6/2005 | 2CNDL23F366078322 | 2006 | CHEVROLET | EQUINOX AWD |
| 06055 | 02-0000-8850 | 12/27/2005 | 2CNDL23F066081453 | 2006 | CHEVROLET | EQUINOX AWD |
| 05039 | 02-0000-8851 | 2/17/2005 | 2CNDL23F556143783 | 2005 | CHEVROLET | EQUINOX AWD |
| 05017 | 02-9000-1590 | 11/24/2004 | 1G1ZS52FX5F184697 | 2005 | CHEVROLET | MALIBU |
| 21872 | 05-0007-0540 | 12/20/2004 | 130006613 | 2004 | JLG | ORDER PICKER SCHEDULE 62 |
| 21659 | 05-0007-3549 | 6/18/2004 | 130007191 | 2004 | JLG | ORDER PICKER SCHEDULE 53A |
| 21641 | 05-0007-3552 | 3/30/2004 | 130005981 | 2004 | JLG | ORDER PICKER SCHEDULE 50A |
| 21776 | 05-0007-3575 | 10/15/2004 | 130005932 | 2004 | JLG | ORDER PICKER SCHEDULE 59 |
| 22084 | 05-0007-3598 | 1/30/2006 | 130007199 | 2006 | JLG | ORDER PICKER SCHEDULE 75 |
| 22200 | 05-0007-3748 | 10/5/2006 | 379234 | 2006 | BIG | ORDER PICKER SCHEDULE 85 |

2

| Unit Number | Lease Schedule Number | Delivery Date | VIN | Year | Make | Model |
|---|---|---|---|---|---|---|
| 22201 | 05-0007-3763 | 11/8/2006 | 379233 | 2006 | BIG | ORDER PICKER SCHEDULE 87 |
| 21805 | 05-0007-3784 | 10/12/2004 | 130005942 | 2004 | JLG | ORDER PICKER SCHEDULE 59 |