Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
          Debtors.            :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER SHORTENING NOTICE PERIOD OF MOTIONS TO ASSUME, ASSIGN AND SELL CERTAIN LEASES AND MOTION TO APPROVE STIPULATION WITH CHASE BANK USA, N.A.**

Upon consideration of the Debtors' Motion for Order Shortening Notice Period Regarding Debtors' (i) Motion for Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 6004 and 6006 Authorizing and Approving (A) Assumption and Assignment of Certain

Unexpired Nonresidential Real Property Leases and (B) Sale of Certain Nonresidential Real Property Leases Free and Clear Of Liens, Claims and Encumbrances to Gurnee Real Estate Owners LLC; (ii) Motion for Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 6004 and 6006 Authorizing and Approving (A) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (B) Sale of Certain Nonresidential Real Property Leases Free and Clear Of Liens, Claims and Encumbrances to Bond C.C.I. Delaware Business Trust or its Nominee; (iii) Motion for Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 6004 and 6006 Authorizing and Approving (A) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (B) Sale of Certain Nonresidential Real Property Leases Free and Clear Of Liens, Claims and Encumbrances to the Designee of Circuit Distribution – Illinois Partnership; and (iv) Motion for Order Approving Stipulation by and among the Debtors and Chase Bank USA, National Association Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9019 (the "Motion")[1]; and the

---

[1] Each capitalized term not otherwise defined herein shall have the
*(cont'd)*

2

Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

    **ORDERED, ADJUDGED, AND DECREED that:**

  1. The Motion is GRANTED.

  2. Notice of the Motion for Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 6004 and 6006 Authorizing and Approving (A) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (B) Sale of Certain Nonresidential Real Property Leases Free and Clear Of Liens, Claims and Encumbrances to Gurnee Real Estate Owners LLC is shortened so that it may be heard, considered and ruled upon by the Court at the hearing currently scheduled for

_____
*(cont'd from previous page)*
 meaning ascribed to it in the Motion.

3

December 22, 2008 at 10:00 a.m. (Eastern Time). Objections, if any, to this Motion shall be filed with the Court and served so as to be received no later than 4:00 p.m. on December 19, 2008.

3. Notice of the Motion for Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 6004 and 6006 Authorizing and Approving (A) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (B) Sale of Certain Nonresidential Real Property Leases Free and Clear Of Liens, Claims and Encumbrances to Bond C.C.I. Delaware Business Trust or its Nominee is shortened so that it may be heard, considered and ruled upon by the Court at the hearing currently scheduled for December 22, 2008 at 10:00 a.m. (Eastern Time). Objections, if any, to this Motion shall be filed with the Court and served so as to be received no later than 4:00 p.m. on December 19, 2008.

4. Notice of the Motion for Order Under 11 U.S.C. §§ 105, 363 and 365 and Fed. R. Bankr. P. 6004 and 6006 Authorizing and Approving (A) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (B) Sale of Certain Nonresidential

4

Real Property Leases Free and Clear Of Liens, Claims and Encumbrances to the Designee of Circuit Distribution – Illinois Partnership is shortened so that it may be heard, considered and ruled upon by the Court at the hearing currently scheduled for December 22, 2008 at 10:00 a.m. (Eastern Time). Objections, if any, to this Motion shall be filed with the Court and served so as to be received no later than 4:00 p.m. on December 19, 2008.

     5.   Notice of the Motion for Order Approving Stipulation by and among the Debtors and Chase Bank USA, National Association Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9019 is shortened so that it may be heard, considered and ruled upon by the Court at the hearing currently scheduled for December 22, 2008 at 10:00 a.m. (Eastern Time).  Objections, if any, to this Motion shall be filed with the Court and served so as to be received no later than 4:00 p.m. on December 19, 2008.

6.  This Court will retain jurisdiction with respect to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia
        December ___, 2008


        _____
        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

  /s/ Douglas M. Foley___
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                          _/s/ Douglas M. Foley__
                            Douglas M. Foley