| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                              :
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
         Debtors.             :    Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a),
365(a) AND 554 AND BANKRUPTCY RULE 6006 AUTHORIZING
REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND ABANDONMENT OF PERSONAL PROPERTY
EFFECTIVE AS OF DECEMBER 12, 2008**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order, under Bankruptcy Code sections

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

105(a) 365(a) and 554 and Bankruptcy Rule 6006, authorizing the Debtors to (i) reject certain unexpired leases of real property, including any amendments, modifications or subleases thereto, as set forth on the attached <u>Exhibit A</u> (collectively, the "Leases"), and any guaranties thereof, effective as of December 12, 2008 (the "Rejection Date") and (ii) abandon any equipment, furniture or fixtures located at the premises covered by the Leases (the "Premises"); and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED.

2. The Leases and any guaranties thereof are hereby rejected effective as of the Rejection Date. Any

subleases associated with the Leases or the Premises are hereby rejected effective as of the Rejection Date. The landlords for the Leases (the "Landlords") are entitled to immediate possession of the Premises as of the Rejection Date. Nothing in this paragraph 2 shall preclude a lessor from seeking rejection damages against a guarantor of a rejected guaranty, in addition to such lessor's right to seek rejection damages under the Bankruptcy Code.

       3.    Pursuant to Bankruptcy Code section 554, the Debtors are authorized to abandon any and all furniture, fixtures, equipment, inventory and/or any other personal property ("Abandoned Property") located at the Premises, and such Abandoned Property is deemed abandoned, on the Rejection Date to the Landlords free and clear of all liens, claims and other interests, and the Landlords may, in their sole discretion and without further notice, dispose of such Abandoned Property without liability to the Debtors or any third parties claiming an interest in such Abandoned Property.

       4.    Each counterparty to a Lease or any guaranty thereof shall have until the later of (i)

thirty (30) days of date this Order is entered on the docket and (ii) January 30, 2008, to file a proof of claim on account any and all claims (as defined in the Bankruptcy Code), including (without limitation) claims arising from or related to rejection of its Lease or guaranty.

     5.   The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

     6.   The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:  Richmond, Virginia
       December __, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                              /s/ Douglas M. Foley

**EXHIBIT A**

**(List of Unexpired Leases of Real Property)**

**EXHIBIT A**
**Unexpired Leases of Real Property**

| Store Number | Lease Location | Prime Lease/ Sublease | Landlord/ Subtenant |
|---|---|---|---|
| #3355 | Mantua Commons Shopping Center<br>Glassboro Rd.<br>Sewell, NJ 08080 | Prime | Route 553 Retail, LLC |
| #3657 | East Washington Place Shopping Center<br>Hwy 101 and E. Washington Ave.<br>Petaluma, CA 94594 | Prime | Regency Petaluma, LLC |
| #3755 | Waterford Shopping Center<br>Hartford Turnpike<br>Waterford, CT 06385 | Prime | BFLO-Waterford Associates, LLC |
| #3773 | Northgate Way Shopping Center<br>NE Northgate Way and 5th Ave. NE<br>Seattle, WA 98125 | Prime | Wallace Northgate Development, LLC |
| #3800 | Tonnelle Avenue and 91st Street<br>North Bergen Tonnelle Plaza<br>New Bergen, NJ 07047 | Prime | Vornado North Vergan Tonnelle Plaza, LLC |
| #3875 | The Summit at Calabasas<br>NE corner of Lost Hills Rd. and Agoura Rd.<br>Calabasas, CA 91302 | Prime | Dollinger Lost Hills Associates |
| #3886 | Colonial Pinnacle Nord du Lac Shopping Center<br>Covington, LA | Prime | CP Nord Du Lac JV, LLC |

| Store Number | Lease Location | Prime Lease/ Sublease | Landlord/ Subtenant |
|---|---|---|---|
| #3888 | Rancho del Chino South Shopping Center<br>Ramona Ave. and Chino Hills Pkwy.<br>Chino, CA | Prime | Chino South Retail PG, LLC |
| #3890 | North Central 'The City'<br>Central Expressway<br>Park Lane Place Shopping Center<br>Dallas, TX 75231 | Prime | Harvest/NPE LP |
| #3895 | Hwy. 395 and Topsey Ln.<br>Riverwood Phase 1B<br>Douglas County, NV 89705 | Prime | Riverwood Partners, LLC |
| #4241 | Beverly Connection Shopping Center<br>SE corner of La Cienega Blvd. and Beverly Blvd.<br>Los Angeles, CA 90212 | Prime | Bevcon I, LLC |
| #4250 | The Pavilion at Port Orange<br>Williamson Blvd.<br>Port Orange, FL 32128 | Prime | The Pavilion Port Orange, LLC |
| #4274 | Abercia South Shopping Center<br>Collier Blvd.<br>Naples, FL | Prime | Victoria Estates, Ltd.; Magpond, LLC; Magpond-A, LLC; and Magpond-B, LLC |
| #4333 | Bayonne Crossing Shopping Center<br>Route 440 and East 22 St.<br>Bayonne, NJ 07002 | Prime | Cameron Bayonne, LLC |

| Store Number | Lease Location | Prime Lease/ Sublease | Landlord/ Subtenant |
|---|---|---|---|
| #6040 | Westview Corporate Campus 5350 Partners Ct. Frederick, MD 21701 | Prime | 44 North Properties, LLC |
| #6040 | Westview Corporate Campus 5350 Partners Ct. Frederick, MD 21701 | Sublease | American Computer Development, Inc. |
| #6064 | Chastain Meadows Office Complex 225 Chastain Meadows Ct. Kennesaw, GA 30144 | Prime | Cole CC Kennesaw GA, LLC |
| #6145 | Chastain Meadows Office Complex 225 Chastain Meadows Ct. Kennesaw, GA 30144 | Sublease | Carmax Business Services, LLC |
| #6286 | Village Square I 4555 East Cactus Rd. Phoenix, AZ 85032 | Prime | Montevideo Investments, LLC |
| #6343 | 1920 Skibo Rd. Fayetteville, NC 28304 | Prime | F&M Properties |
| #6343 | 1920 Skibo Rd. Fayetteville, NC 28304 | Sublease | Books-A-Million |
| #6348 | 5166 E. Colonial Dr. Orlando, FL 32803 | Prime | Greater Orlando Aviation Authority |
| #6348 | 5166 E. Colonial Dr. Orlando, FL 32803 | Sublease | Workforce Central Florida |
| #6352 | 1107 Hayden Meadows Dr. Portland, OR 97217 | Prime | Hayden Meadows, JV |
| #6352 | 1107 Hayden Meadows Dr. Portland, OR 97217 | Sublease | J.R. Furniture USA, Inc. |

3

| Store Number | Lease Location | Prime Lease/ Sublease | Landlord/ Subtenant |
|---|---|---|---|
| #6355 | Archdale Marketplace<br>5831 South Blvd.<br>Charlotte, NC 28217 | Prime | Charlotte (Archdale) UY, LLC |
| #6355 | Archdale Marketplace<br>5831 South Blvd.<br>Charlotte, NC 28217 | Sublease | Food Lion, LLC |
| #6374 | 18550 W. Bluemound Rd.<br>Brookfield, WI 53045 | Prime | Barbara L. Goldsmith |
| #6374 | 18550 W. Bluemound Rd.<br>Brookfield, WI 53045 | Sublease | Toys R Us, Inc. |
| #6544 | Chastain Meadows Office Complex<br>225 Chastain Meadows Ct.<br>Kennesaw, GA 30144 | Sublease | J.P. Morgan Chase Bank |
| #6616 | 1107 Hayden Meadows Dr.<br>Portland, OR 97217 | Sublease | Hayden Meadows, JV |
| Covington Distribution Center | 600 First Ave.<br>Covington Industrial Park<br>Gouldsboro, PA 18424 | Prime | First Industrial Realty Trust and FR/CAL Gouldsboro Property Holding L.P. |

4

723811-Chicago Server 2A - MSW