UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 08-35653-KRH |
| | ) | |
| Circuit City Stores, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO
LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

THIS MATTER having come before the Court upon the Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(e)(2) (the "Motion")[1] of Kimberly A. Pierro, an associate with the law firm of Kutak Rock LLP, for the admission *pro hac vice* of Jeffrey Cohen, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.  The Motion is GRANTED.

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

4835-8819-3283.1

2.    Jeffrey Cohen is permitted to appear *pro hac vice* as counsel for Shopping.com, Inc., a creditor in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(e)(2).

Dated:    Richmond, Virginia
         December ___, 2008
         Dec 10 2008

/s/ Kevin Huennekens
United States Bankruptcy Judge

Entered on docket: Dec 11 2008

I ask for this:

/s/ Michael A. Condyles
Michael A. Condyles (VSB # 67807)
Kimberly A. Pierro (VSB # 71362)
Kutak Rock LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
Phone: (804) 644-1700
Fax: (804) 783-6192
    Co-counsel for Shopping.com, Inc.

**CERTIFICATION OF ENDORSEMENT**

Pursuant to the Local Rules of this Court, I hereby certify that all necessary parties have endorsed this Order.

/s/ Michael A. Condyles

## SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

Jeffrey Cohen, Esq.
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798
  *Counsel to Shopping.com, Inc.*

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for the Debtors*

# CERTIFICATE OF NOTICE

```
District/off: 0422-7            User: frenchs            Page 1 of 1              Date Rcvd: Dec 11, 2008
Case: 08-35653                  Form ID: pdforder        Total Served: 1
```

The following entities were served by first class mail on Dec 13, 2008.
       +Jeffrey Cohen,   1114 Avenue of the Americas,   New York, NY 10036-7703

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2008**                    **Signature:**    _Joseph Speetjens_