**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC., et. al.** | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**ORDER GRANTING MOTION FOR**
**ADMISSION PRO HAC VICE OF J. BENNETT FRIEDMAN**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of J. Bennett Friedman (the "Motion") filed by Jennifer M. McLemore, seeking admission pro hac vice for J. Bennett Friedman, of the law firm of Hamburg, Karic, Edwards & Martin LLP., in the above-captioned bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and that it is appropriate that J. Bennett Friedman be authorized to practice pro hac vice before the Court in this Bankruptcy Case. Accordingly, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB No. 76011)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel:  804-697-4129
Fax: 804-697-6129

Local Counsel to The West Campus Square
Company, LLC, Amargosa Palmdale Investments,
LLC and Bella Terra Associates, LLC

  2.  J. Bennett Friedman, of the law firm of Hamburg, Karic, Edwards & Martin LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of The West Campus Square Company, LLC, Amargosa Palmdale Investments, LLC and Bella Terra Associates, LLC.

ENTERED: Dec 10 2008

/s/ Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

Entered on Docket: Dec 11 2008

/s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB No. 76011)
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4129
(804) 697-6129 (facsimile)

**Rule 9022-1 Certification**

  I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

            /s/ Jennifer M. McLemore
            Jennifer M. McLemore

## SERVICE LIST

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel to the Debtors*

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois 60606
*Counsel to the Debtors*

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
*Counsel to the Debtors*

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1888
*Assistant United States Trustee*

Jennifer M. McLemore, Esquire
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia  23219

J. Bennett Friedman, Esquire
Hamburg, Karic, Edwards & Martin LLP
1900 Avenue of the Stars, Suite 1800
Los Angeles, California 90067

912222

3

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Dec 11, 2008
Case: 08-35653                Form ID: pdforder          Total Served: 1

The following entities were served by first class mail on Dec 13, 2008.
            +J. Bennett Friedman,   1900 Avenue of the Stars,   Suite 1800,   Los Angeles, CA 90067-4409
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2008**                    **Signature:** _Joseph Speetjens_