ROBINSON & COLE LLP
Attorneys for Shimenti Construction Company LLC
280 Trumbull Street
Hartford, Connecticut 06103
(860) 275-8339
Peter E. Strniste

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| IN RE: | CHAPTER 11 |
|---|---|
| CIRCUIT CITY STORES, INC.<br>DEBTOR. | CASE NO. 08-35653 (KRH)<br><br>DECEMBER 12, 2008 |

## APPEARANCE AND REQUEST FOR NOTICE IN CHAPTER 11 CASE

TO:   Clerk

Please enter the appearance of the undersigned on behalf of Shimenti Construction Company, LLC.  The undersigned further requests that all notices given or required to be given with regard to this case and all papers served with regard to all matters pending before this Court relative to the Debtor, be given to and served upon the undersigned at the address set forth below.

Dated at Hartford, Connecticut this 12th day of December 2008.

          RESPECTFULLY SUBMITTED,
          SHIMENTI CONSTRUCTION COMPANY, LLC

    By: /s/ Peter E. Strniste
       Peter E. Strniste
       Robinson & Cole
       280 Trumbull Street
       Hartford, CT 06103
       pstrniste@rc.com
       Tel.: (860) 275-8339
       Fax: (860) 275-8299

1

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 12, 2008 the attached appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

McGuire Woods LLP
9000 World Trade Center, 101
W. Main Street
Norfolk, VA 23510

U. S. Trustee
W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad Street
Suite 4304
Richmond, VA 23219

               /s/ Peter E. Strniste
               Peter E. Strniste