Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
A Delaware Limited Liability Partnership
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867
E-mail: DSabagh@duanemorris.com

and

Lauren Lonergan Taylor, Esquire
Matthew E. Hoffman, Esquire
**Duane Morris LLP**
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1503/1524
Facsimile:  (215) 689-4434/4922
E-mail: LLTaylor@duanemorris.com
E-mail: MEHoffman@duanemorris.com

*Counsel for Principal Life Insurance Company*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.***,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that **Duane Morris LLP** hereby appears in the above-referenced Chapter 11 cases as attorneys for **Principal Life Insurance Company** and, pursuant to Bankruptcy Rules 2002 and 9010(b) and § 1109(b) of the Bankruptcy Code, request that copies of all notices and pleadings given or filed in these cases be given and served upon **Principal Life Insurance Company** by serving:

DM3\876098.1

| | |
|---|---|
| Denyse Sabagh, Esquire<br>**Duane Morris LLP**<br>505 9th Street, N.W., Suite 1000<br>Washington, DC 20004-2166<br>Telephone: (202) 776-7817<br>Facsimile: (202) 379-9867<br>E-mail: DSabagh@duanemorris.com | Lauren Lonergan Taylor, Esquire<br>Matthew E. Hoffman, Esquire<br>**Duane Morris LLP**<br>30 South 17th Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 979-1000<br>Facsimile: (215) 979-1020<br>Email: LLTaylor@duanemorris.com<br>Email: MEHoffman@duanemorris.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive **Principal Life Insurance Company's** (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which **Principal Life Insurance Company** is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DM3\876098.1

| | |
|---|---|
| Dated: December 15, 2008 |   /s/ Denyse Sabagh  <br>Denyse Sabagh, Esquire (Va. I.D. No. 17003)<br>**Duane Morris LLP**<br>A Delaware Limited Liability Partnership<br>505 9th Street, N.W., Suite 1000<br>Washington, DC 20004-2166<br>Telephone: (202) 776-7817<br>Facsimile: (202) 379-9867<br>E-mail: DSabagh@duanemorris.com<br><br>and<br><br>Lauren Lonergan Taylor, Esquire<br>Matthew E. Hoffman, Esquire<br>**Duane Morris LLP**<br>A Delaware Limited Liability Partnership<br>30 South 17th Street<br>Philadelphia, PA  19103-4196<br>Telephone: (215) 979-1503/1524<br>Facsimile:  (215) 689-4434/4922<br>E-mail: LLTaylor@duanemorris.com<br>E-mail: MEHoffman@duanemorris.com<br><br>***Counsel for Principal Life Insurance Company*** |

3

Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
A Delaware Limited Liability Partnership
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867
E-mail: DSabagh@duanemorris.com

and

Lauren Lonergan Taylor, Esquire
Matthew E. Hoffman, Esquire
**Duane Morris LLP**
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1503/1524
Facsimile:  (215) 689-4434/4922
E-mail: LLTaylor@duanemorris.com
E-mail: MEHoffman@duanemorris.com

*Counsel for Principal Life Insurance Company*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.**, *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### CERTIFICATE OF SERVICE

I, Denyse Sabagh, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing Amended Notice of Appearance and Request For Service of Notices And Papers to be made upon the parties set forth on the attached service list by first class mail, postage prepaid, and electronically through the court's CM/ECF system.

Under penalty of perjury, I declare that the foregoing is true and correct.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DM3\876098.1

Dated: December 15, 2008           /s/ Denyse Sabagh
Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
A Delaware Limited Liability Partnership
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867
E-mail: DSabagh@duanemorris.com

2

DM3\876098.1

# SERVICE LIST

**Counsel for Debtors:**
Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

Dion W. Hayes, Esquire
Joseph S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuireWoods LLP
901 East Cary Street
Richmond, VA  23219

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636

Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 W. Wacker Drive
Chicago, IL  60606

**Debtor Designee:**
Bruce H. Besanko
9950 Mayland Drive
Richmond, VA  23233

**United States Trustee**
W. Clarkson McDow, Jr., Esquire
701 East Broad Street, Suite 4304
Richmond, VA  23219

**Counsel for United States Trustee:**
Robert B. Van Arsdale, Esquire
701 East Broad Street, Suite 4304
Richmond, VA  23219

**Counsel for Official Committee of Unsecured Creditors:**
Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219

3

DM3\876098.1

Brad R. Godshall, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100

John M. Brom, Esquire
Querrey & Harrow, Ltd.
175 West Jackson Blvd., Ste. 1600
Chicago, IL 60604-2827

John D. Fiero, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017

4

DM3\876098.1