William C. Crenshaw
VSB No. 16803
**POWELL GOLDSTEIN LLP**
901 New York Avenue, NW, Third Floor
Washington, D.C. 20001
(202) 624-7380
Email: wcrenshaw@pogolaw.com

**Counsel to Prince George's Station Retail, LLC, Gould Investors, L.P., Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC, OLP 6609 Grand, LLC**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
In re:                                    :  Chapter 11
                                          :
    CIRCUIT CITY STORES, INC., et al.,    :  Case No. 08-35653 (KRH)
                                          :
            Debtors.                      :  Jointly Administered
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

### NOTICE OF FILING THE ATTACHED CORRECTED PROPOSED ORDER TO ADMIT COUNSEL PRO HAC VICE

**COMES NOW** William C. Crenshaw, counsel to Prince George's Station Retail, LLC, Gould Investors, L.P., Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC, OLP 6609 Grand, LLC in this case and a member of the bar of this Court, to give notice of filing the attached corrected proposed order to admit Synde Keywell of the firm Bryan Cave LLP to appear before the Court *pro hac vice*.

C053999/0228578/1513827.1

Respectfully submitted this 15th day of December, 2008.

/s/William C. Crenshaw
William C. Crenshaw
Va. Bar No. 16803
901 New York Avenue, NW, Third Floor
Washington, D.C. 20001
Telephone (202) 347-0066
Facsimile (202) 624-7222
Email: wcrenshaw@pogolaw.com

2

C053999/0228578/1513827.1

**CERTIFICATE OF SERVICE**

I hereby certify on this 15th day of December, 2008, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

        circuitcityservice@mcquirewoods.com
        project.circuitcity@skadden.com

        /s/William C. Crenshaw
        William C. Crenshaw

C053999/0228578/1513827.1