IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 08-35653 |
| CIRCUIT CITY STORES, INC., et al., | CHAPTER 11 |
| Debtors. | JOINTLY ADMINISTERED |
| | JUDGE KEVIN R. HUENNEKENS |

### ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO:    ALL PARTIES, PLEASE TAKE NOTICE THAT:

COMES NOW, Ron C. Bingham, II of the Firm of Stites & Harbison, PLLC, and files this Entry of Appearance and Demand for Service of Papers, as Counsel for and on behalf of T. D. FARRELL CONSTRUCTION, INC., a creditor and party in interest in the above-styled case, and pursuant to Bankruptcy Rules 2002 and 11 U.S.C. § 1109(b), respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone number listed as follows:

> **Ron C. Bingham, II, Esq.**
> **STITES & HARBISON, PLLC**
> **303 Peachtree Street, NE**
> **2800 SunTrust Plaza**
> **Atlanta, Georgia 30308**
> **Telephone:**    404/739-8800
> **Facsimile:**    404/739-8870
> **Email: rbingham@stites.com**

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail,

telephone or otherwise.  Further, Counsel requests that he be provided with a copy of any Disclosure Statement to be submitted prior to its approval and any and all Plans of Reorganization..

Counsel additionally requests that the Clerk of the Court place the foregoing names and address on any mailing matrix to be prepared or existing in the above-numbered case.

This 15th day of December, 2008.

                                            Respectfully submitted,

                                            /S/ Ron C. Bingham, II
                                            Ron C. Bingham, II
                                            Georgia State Bar No. 057240

For the firm of:
**STITES & HARBISON, PLLC**
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, Georgia 30308
(404) 739-8800 – Telephone
(404) 739-8870 – Facsimile
Email: rbingham@stites.com
Attorney for T. D. Farrell Construction, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 08-35653 |
| CIRCUIT CITY STORES, INC., et al., | CHAPTER 11 |
| Debtors. | JUDGE KEVIN R. HUENNEKENS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing **Entry of Appearance and Demand for Service of Papers** was sent via first-class mail, postage prepaid, to those parties listed blow on this the **15th** day of **December, 2008.**

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA  23233

McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA  23233

Skadden Arps Slate Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

U.S. Trustee
W. Clarkston McDow, Jr.
Office of the U.S. Trustee
701 E. Broad Street
Suite 4304
Richmond, VA  23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street
Suite 4304
Richmond, VA  23219

Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA  90067-4100

Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA  23219

Crane-Snead & Associates, Inc.
4914 Fitzhugh Avenue
Suite 203
Richmond, VA  23230-3435

3885A:04400:180110:1:ATLANTA

/S/ Ron C. Bingham, II
Ron C. Bingham, II
Georgia State Bar No. 057240

For the Firm of:
**STITES & HARBISON, PLLC**
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, Georgia 30308
(404) 739-8800 - Telephone
(404) 739-8870 – Facsimile
Attorney for T. D. Farrell Construction, Inc.