SILLER WILK LLP
675 Third Avenue
New York, New York 10017
(212) 421-2233 (telephone)
(212) 752-6380 (facsimile)
Eric J. Snyder (ES 8032)

Counsel for Condan Enterprises LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT COURT OF VIRGINIA
RICHMOND DIVISION

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| CIRCUIT CITY STORES, INC., et al. | : | Case No. 08-35653-KRH |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Condan Enterprises LLC, pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and rules 2002, 3017, 9007, and 9010 of the Federal Rule of Bankruptcy Procedure, hereby appears through SILLER WILK LLP, their undersigned attorneys, and demands service of all notices and papers herein upon:

SILLER WILK LLP
675 Third Avenue
New York, New York 10017-5704
(212) 421-2233 (telephone)
(212) 752-6380 (facsimile)
Attn: Eric J. Snyder
email: esnyder@sillerwilk.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the

276247v1

debtors, their property, or their estates. The undersigned requests that its name be added to the mailing list in each of the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Demand for Service of Papers* (the "**Notice**") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de* novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
December 15, 2008

                                                   SILLER WILK LLP
                                                 Counsel for Condan Enterprises LLC

                                                 By: /s/ Eric J. Snyder
                                                      Eric J. Snyder (ES-8032)
                                                      A Member of the Firm
                                                      675 Third Avenue
                                                      New York, New York 10017
                                                      (212) 421-2233

276247v1