IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                             Case No. 08-35653-KRH

CIRCUIT CITY STORES, INC., et al.                  Chapter 11 (Jointly administered)

Debtors,

**AMENDED VERIFIED STATEMENT OF MULTIPLE CREDITOR
REPRESENTATION PURSUANT TO BANKRUPTCY RULE 2019**

I, Paul K. Campsen, Esq., on behalf of Kaufman & Canoles, a professional corporation ("K&C"), file this verified statement, in accordance with Bankruptcy Rule 2019, with respect to its legal representation of: (i) Lea Company, a Virginia general partnership, the assignee from Newport News Shopping Center, LLC; (ii) Crossways Financial Associates, LLC; (iii) Vance Baldwin, Inc.; (iv) Tritronics, Inc.; (v) Ramco West Oaks I, LLC, Ramco JW, LLC; (vi) RLV Village Plaza, LP; (vii) RLV Vista Plaza, LP; (viii) Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and Faram Muskegon, LLC, as tenants in common; and (ix) MHW Warner Robins, LLC (collectively, the "Landlords") and state as follows:

1. The names and addresses of the creditors co-represented by K&C in this matter are as follows:

Lea Company, a Virginia general partnership,        Crossways Financial Associates, LLC
the assignee from Newport News                      c/o Harbor Group International, LLC
  Shopping Center, LLC                              999 Waterside Drive, Suite 2300
P. O. Box 2008                                      Norfolk, VA 23510
Virginia Beach, VA 23450

Paul K. Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele: (757) 624-3000
Fax: (757) 624-3169

*Counsel for Lea Company, et als.*

Ramco West Oaks I, LLC  
c/o Ramco – Gershenson  
31500 Northwestern Hwy., Suite 300  
Farmington Hills, MI 48334  

Ramco JW, LLC  
c/o Ramco – Gershenson  
31500 Northwestern Hwy., Suite 300  
Farmington Hills, MI 48334  

RLV Village Plaza, LP  
c/o Ramco - Gershenson  
31500 Northwestern Hwy., Suite 300  
Farmington Hills, MI 48334  

RLV Vista Plaza, LP  
c/o Ramco - Gershenson  
31500 Northwestern Hwy., Suite 300  
Farmington Hills, MI 48334  

Rebs Muskegon, LLC, Pelkar Muskegon, LLC,  
& Faram Muskegon, LLC, as Tenants in Common  
c/o Broder & Sachse Real Estate Services, Inc.  
260 E. Brown St., Suite 200  
Birmingham, MI 48009  

Vance Baldwin, Inc.  
c/o Ronald Gellert, Esq.  
Ecert Seamans Cherin & Mellott, LLC  
300 Delaware Avenue, Suite 1210  
Wilmington, DE 19801  

Tritronics, Inc.  
c/o Ronald Gellert, Esq.  
Ecert Seamans Cherin & Mellott, LLC  
300 Delaware Avenue, Suite 1210  
Wilmington, DE 19801  

MHW Warner Robins, LLC  
c/o Corporate Property Group, Inc.  
7332 Office Park Place, Suite 101  
Melbourne, FL  32940  

2. The Landlords currently hold or will hold unsecured pre-petition claims, unsecured lease rejection damage claims and/or administrative priority claims for unpaid post-petition rent and other charges under their respective leases with the Debtors. The full amount of each of the Landlords' claims is undetermined at this time.

3. The Landlords are billed monthly at K&C's normal hourly rates for its partners, of counsel, associates, and legal assistants for time spent and costs incurred in providing legal services.

4. The Landlords have all retained K&C to represent them with respect to their interests in connection with the above captioned case. All parties are aware of, and have consented to, K&C's joint representation of other clients in this case.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Kaufman & Canoles, a
professional corporation

By: /s/ Paul K. Campsen
    Of Counsel

Paul K Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
150 West Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3000
Fax: (757) 624-3169

*Counsel for Lea Company, et als.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Amended Verified Statement of Multiple Representation Pursuant to Bankruptcy Rule 2019 was sent first-class, postage prepaid U.S. Mail, on this 15th day of December, 2008, to those parties listed on **Schedule 1** and to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

/s/ Paul K. Campsen

::ODMA\PCDOCS\DOCSNFK\1431079\2

## SCHEDULE 1

Douglas M. Foley, Esq.
Daniel F. Blanks, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
*Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P. O. Box 636
Wilmington, Delaware 19899-0636
*Counsel for the Debtors*

Chris Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606
*Counsel for the Debtors*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, Esq.
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
*Counsel for the Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
*Counsel for the Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017-2024
*Counsel for the Official Committee of Unsecured Creditors*

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219

::ODMA\PCDOCS\DOCSNFK\1426831\2;
12/10/08