**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No.: 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE**
**OF PLEADINGS AND OTHER PAPERS**

**TO: ALL PARTIES. PLEASE TAKE NOTICE THAT:**

**ERICA S. ZARON**, Assistant County Attorney, representing the Miami-Dade County Tax Collector, files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C., Section 1109(b), and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the clerk place counsel listed below on the matrix and list of creditors so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case be served upon the undersigned attorney at the following address:

>Erica S. Zaron
>Assistant County Attorney
>County Attorney's Office
>2810 Stephen P. Clark Center
>111 N. W. First Street
>Miami, FL  33128-1993
>Telephone:   (305) 375-5151
>Telefax:        (305) 375-5611
>E-Mail:          cao.bkc@miamidade.gov

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C., Section 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of

Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by mail upon: **DANIEL F. BLANKS, ESQ.,** McGuire Woods LLP, 9000 World Trade Center, 101 W. Main St., Norfolk, VA  23510; and **W. CLARKSON MCDOW, JR., OFFICE OF THE U.S. TRUSTEE,** 701 E. Broad St., Suite 4304, Richmond, VA  23219, this  15th  day of  December , 2008.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(B)(3).*

        Respectfully submitted,

        R. A. CUEVAS, JR.
        Miami-Dade County Attorney
        Stephen P. Clark Center
        111 N.W. 1st Street, Suite 2810
        Miami, FL  33128

By:  /s/   Erica S. Zaron
        Erica S. Zaron
        Assistant County Attorney
        Florida Bar No. 0514489
        Telephone:   (305) 375-5151
        Facsimile:    (305) 375-5611
        E-Mail:        cao.bkc@miamidade.gov