| | |
|---|---|
| William H. Schwarzschild, III - VSB No. 15274 | Rafael X. Zahralddin-Aravena (DE Bar No. 4166) |
| W. Alexander Burnett – VSB No. 68000 | Neil R. Lapinski (DE Bar No. 3645) |
| WILLIAMS, MULLEN | Elliott Greenleaf |
| Two James Center, 16th Floor | 1000 West Street, Suite 1440 |
| 1021 East Cary Street | Wilmington, Delaware 19899 |
| Post Office Box 1320 | Telephone: (302) 384-9400 |
| Richmond, Virginia 23218-1320 | Facsimile: (302) 656-3714 |
| Phone: 804.783.6489 | Email: rxza@elliottgreenleaf.com |
| FAX: 804.783.6507 | Email: nrl@elliottgreenleaf.com |
| tschwarz@williamsmullen.com | |
| aburnett@williamsmullen.com | |

*Counsel for Symantec Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

---------------------------------------------------------x
:
In re:                                      :   Chapter 11
:
CIRCUIT CITY STORES, INC., *et al.*,        :   Case No. 08-35653 (KRH)
:
Debtors.                        :   (Jointly Administered)
:
---------------------------------------------------------x

**NOTICE OF APPEARANCE OF SYMANTEC CORPORATION**
**PURSUANT TO BANKRUPTCY RULE 9010 AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE THAT** Symantec Corporation ("Symantec") hereby appears in the above-captioned case by its lead counsel, Elliott Greenleaf, and Virginia Counsel, Williams Mullen, and such counsel hereby enters their appearance pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

>Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
>Neil R. Lapinski (DE Bar No. 3645)
>Elliott Greenleaf
>1000 West Street, Suite 1440
>Wilmington, Delaware  19899
>Telephone:  (302) 384-9400
>Facsimile:  (302) 656-3714
>Email:  rxza@elliottgreenleaf.com
>Email:  nrl@elliottgreenleaf.com
>
>and to
>
>William H. Schwarzschild, III (VSB No. 15274)
>W. Alexander Burnett (VSB No. 68000)
>WILLIAMS, MULLEN
>Two James Center, 16th Floor
>1021 East Cary Street
>Post Office Box 1320
>Richmond, Virginia  23218-1320
>Telephone:  (804) 783-6489
>Facsimile:  (804) 783-6507
>Email:  tschwarz@williamsmullen.com
>Email:  aburnett@williamsmullen.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Symantec's right to have final orders in noncore matters entered only after *de novo* review by a district court judge (ii) the right to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) the right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which Symantec

is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Richmond, Virginia
December 15, 2008

**WILLIAMS MULLEN**

By: ___/s/ W. Alexander Burnett___

William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
FAX:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, Delaware  19899
Telephone:  (302) 384-9400
Facsimile:  (302) 656-3714
Email:  rxza@elliottgreenleaf.com
Email:  nrl@elliottgreenleaf.com
*Counsel for Symantec Corporation*

1694907v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2008, a true and accurate copy of the foregoing Notice of Appearance of Symantec Corporation was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

/s/ W. Alexander Burnett
_____

1694907v1

# SERVICE LIST

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
*Counsel for the Debtors*
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia  23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
*Counsel for the Debtors*
One James Center
901 East Cary Street
Richmond, Virginia  23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Counsel for the Debtors*
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Counsel for the Debtors*
333 West Wacker Drive
Chicago, Illinois  60606

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
*Counsel for the Official Committee of Unsecured Creditors*
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
*Counsel for the Official Committee of Unsecured Creditors*
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067-4100

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
*Counsel for the Official Committee of Unsecured Creditors*
780 Third Avenue, 36th Floor
New York, New York  10017-2024

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, Virginia  23219