# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**
William Crenshaw, Esq.

**In re:** Circuit City Stores, Inc.

**Case Number** 08–35653–KRH
**Chapter** 11

**IN RE:**

*1006* – Corrected Motion to Amend Notice of Filing the Attached Corrected Proposed Order to Admit Counsel Pro Hac Vice (Related Document(s)[904] Motion to Appear Pro Hac Vice filed by Prince George's Station Retail, LLC) filed by William C. Crenshaw of Powell Goldstein LLP on behalf of Georgia Pension Associates Realty Corp, Gould Investors, L.P., OLP 6609 Grand, LLC, OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC, Prince George's Station Retail, LLC. (Crenshaw, William)

*1008* – Corrected Motion to Amend Notice of Filing The Attached Corrected Proposed Order to Admit Counsel Pro Hac Vice (Related Document(s)[905] Motion to Appear Pro Hac Vice filed by Prince George's Station Retail, LLC) filed by William C. Crenshaw of Powell Goldstein LLP on behalf of Georgia Pension Associates Realty Corp, Gould Investors, L.P., OLP 6609 Grand, LLC, OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC, Prince George's Station Retail, LLC. (Crenshaw, William)

**INQUIRY:**

\_    Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $ 9, plus 50 ¢ per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

\_    The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

\_    Your inquiry has been received. Please submit a search fee in the amount of $26, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched** .

\_    Your request for photocopies has been received. Photocopies are provided by an on–site or an off–site copy service. Your check payable to the Clerk is returned. Please contact the appropriate vendor directly: **Richmond:** Contact the Clerk´s Office directly at 701 East Broad St., Suite 4000, Richmond, VA 23219 or (804) 916–2400

\_    Your inquiry as to the status of a case has been received. A copy of your inquiry has been forwarded to the Trustee (or Attorney for the Debtor) with a request that he respond and forward a copy thereof to the Court.

\_    The name and address of the Trustee or (Attorney for Debtor) in this case is:
[Name and Address of Trustee or Attorney for Debtor]

\_    This case was closed on _____ . [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $45, payable to "Clerk, U. S. Bankruptcy Court", or you may contact the Clerk's Office for additional options.]

\_    The following papers are returned to you:

**X**    Propsed Orders are to be submitted through BOPS.

Date:    December 16, 2008

CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Jenni Jafarbay , Deputy Clerk
Direct Dial Telephone No. 804–916–2411

[genchksht_Inquiry.jsp ver. 10/2008]