UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,
et al.,

    Debtors.
_____/

CASE NO.:   08-35653 (KRH)

Chapter 11

Jointly Administered

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L., files this Notice of Appearance as counsel for the secured creditor, City of Miramar, Florida. Pursuant to Bankruptcy Rule 2002 and § 1109(b) of the Bankruptcy Code, please provide the undersigned with copies of any and all pleadings, notices, motions, orders and other documents filed in these proceedings. All parties are requested to take notice of this appearance and to serve copies of all documents of any kind or nature in this proceeding, whether entered by the Court, the Office of the Clerk, the Trustee, or any other party in interest, upon undersigned counsel.

In addition, it is respectfully requested, pursuant to Rule 2001(g) of the Federal Rules of Bankruptcy Procedure, that the following be added to the Court's Mailing Matrix for matters of record: **Douglas R. Gonzales, Esq.**, Weiss Serota Helfman, et al., 200 East Broward Boulevard, St. 1900, Fort Lauderdale, Florida 33301.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing notice has been furnished by mail this 15th day of December, 2008 to: Gregg M. Galardi, Esq. and Ian S. Fredericks, Esq., Skadden, Arps, P.O. Box 636, Wilmington, DE 19899-0636; Chris L.

CASE NO.: 08-35653 (KRH)
Notice of Appearance

Dickerson, Esq., Skadden, Arps, et al., 333 West Wacker Drive, Chicago, IL 60606; Dion W. Hayes, Esq. and Douglas M. Foley, Esq., McGuireWoods LLP, One James Center, 901 E. Cary Street, Richmond, VA 23219; and to Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245.

Respectfully submitted,

WEISS SEROTA HELFMAN PASTORIZA
COLE & BONISKE, P.L.
Counsel for City of Homestead
200 East Broward Boulevard, St. 1900
Fort Lauderdale, FL 33301
Telephone: (954) 763-4242
Telecopier: (954) 764-7770
Email address: dgonzales@wsh-law.com


By: /s/ **Douglas R. Gonzales**
Florida Bar No.: 849030

2

WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L.
200 EAST BROWARD BOULEVARD, SUITE 1900, FORT LAUDERDALE, FLORIDA 33301 • TEL. 954-763-4242 • FAX 954-764-7770