# EXHIBIT A

EXHIBIT A

DMEAST #10172416 v1

| # | Building | Tenant Number | Lease Number | Lease Status | BU Alternate | Bill Code | Combined Amount On As Of Date | Payment Rec'd 12/15 Not Yet Cleared |
|---|---|---|---|---|---|---|---|---|
| 1 | Building | Tenant Number | Lease Number | Lease Status | BU Alternate | Bill Code | Combined Amount On As Of Date | Payment Rec'd 12/15 Not Yet Cleared |
| 2 | 60201 | 156051 - Circuit City Stores West Coast, Inc. | 00602002 | Bankrupt - Billing | 60201 - Conyers Crossroads | AMR | 37,079.83 | |
| 3 | 60201 | 156051 - Circuit City Stores West Coast, Inc. | 00602002 | Bankrupt - Billing | 60201 - Conyers Crossroads | CAM | 2,215.82 | |
| 4 | 60201 | 156051 - Circuit City Stores West Coast, Inc. | 00602002 | Bankrupt - Billing | 60201 - Conyers Crossroads | RCAM | 65.78 | |
| 5 | 60201 | 156051 - Circuit City Stores West Coast, Inc. | 00602002 | Bankrupt - Billing | 60201 - Conyers Crossroads | RRET | -4,958.06 | |
| 6 | 60201 | 156051 - Circuit City Stores West Coast, Inc. | 00602002 | Bankrupt - Billing | 60201 - Conyers Crossroads | UW | 155.00 | |
| 7 | | | | | Total | | 34,558.37 | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | Total after stub payment | | 27,615.45 | 6,942.92 |
| 11 | 133301 | 156051 - Circuit City Stores West Coast, Inc. | 01333002 | Bankrupt - Billing | 133301 - Midway Market Square | AMR | 38,080.00 | |
| 12 | 133301 | 156051 - Circuit City Stores West Coast, Inc. | 01333002 | Bankrupt - Billing | 133301 - Midway Market Square | CAM | 2,720.00 | |
| 13 | 133301 | 156051 - Circuit City Stores West Coast, Inc. | 01333002 | Bankrupt - Billing | 133301 - Midway Market Square | RCAM | -3,717.33 | |
| 14 | 133301 | 156051 - Circuit City Stores West Coast, Inc. | 01333002 | Bankrupt - Billing | 133301 - Midway Market Square | RRET | 29,460.84 | |
| 15 | | | | | Total | | 66,543.51 | |
| 16 | | | | | | | | |
| 17 | | | | | Total after stub payment | | 28,560.00 | 37,983.51 |
| 18 | | | | | | | | |
| 19 | 147501 | 156051 - Circuit City Stores West Coast, Inc. | 01475009 | Bankrupt - Billing | 147501 - Sharpstown Plaza | AMR | 39,505.66 | |
| 20 | 147501 | 156051 - Circuit City Stores West Coast, Inc. | 01475009 | Bankrupt - Billing | 147501 - Sharpstown Plaza | CAM | 1,600.36 | |
| 21 | | | | | Total | | 41,106.02 | |
| 22 | | | | | | | | |
| 23 | | | | | Total after stub payment | | 28,774.21 | 12,331.81 |
| 24 | | | | | | | | |
| 25 | 408701 | 156051 - Circuit City Stores West Coast, Inc. | 04087004 | Bankrupt - Billing | 408701 - Venture Pointe | AMR | 48,823.99 | |
| 26 | 408701 | 156051 - Circuit City Stores West Coast, Inc. | 04087004 | Bankrupt - Billing | 408701 - Venture Pointe | CAM | 3,305.93 | |
| 27 | 408701 | 156051 - Circuit City Stores West Coast, Inc. | 04087004 | Bankrupt - Billing | 408701 - Venture Pointe | INS | 194.09 | |
| 28 | 408701 | 156051 - Circuit City Stores West Coast, Inc. | 04087004 | Bankrupt - Billing | 408701 - Venture Pointe | RETX | 62,614.32 | |
| 29 | | | | | Total | | 114,938.33 | |
| 30 | | | | | | | | |
| 31 | | | | | Total after stub payment | | 36,626.61 | 78,311.72 |

DMEAST #10172416 v1

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 32 | | | | | | | | |
| 33 | 1 | 156051 - Circuit City Stores West Coast, Inc. | 04127006 | Bankrupt - Billing | 412701 - The Commons At Chancellor | UC | -18,312.60 | |
| 34 | 412701 | 156051 - Circuit City Stores West Coast, Inc. | 04127006 | Bankrupt - Billing | 412701 - The Commons At Chancellor | AMR | 41,845.38 | |
| 35 | 412701 | 156051 - Circuit City Stores West Coast, Inc. | 04127006 | Bankrupt - Billing | 412701 - The Commons At Chancellor | CAM | 2,068.71 | |
| 36 | 412701 | 156051 - Circuit City Stores West Coast, Inc. | 04127006 | Bankrupt - Billing | 412701 - The Commons At Chancellor CAM | Total | 25,601.49 | |
| 37 | | | | | | | | |
| 38 | | | | | Total after stub payment | | | 30,684.87 |
| 39 | | | | | | | | -5,083.38 |
| 40 | 521801 | 156051 - Circuit City Stores West Coast, Inc. | 05218003 | Bankrupt - Billing | 521801 - Northridge Plaza | AMR | 47,952.60 | |
| 41 | 521801 | 156051 - Circuit City Stores West Coast, Inc. | 05218003 | Bankrupt - Billing | 521801 - Northridge Plaza | BACK | 147.84 | |
| 42 | 521801 | 156051 - Circuit City Stores West Coast, Inc. | 05218003 | Bankrupt - Billing | 521801 - Northridge Plaza | CAM | 8,332.60 | |
| 43 | 521801 | 156051 - Circuit City Stores West Coast, Inc. | 05218003 | Bankrupt - Billing | 521801 - Northridge Plaza | INS | 201.22 | |
| 44 | 521801 | 156051 - Circuit City Stores West Coast, Inc. | 05218003 | Bankrupt - Billing | 521801 - Northridge Plaza | RCAM | -19,977.40 | |
| 45 | 521801 | 156051 - Circuit City Stores West Coast, Inc. | 05218003 | Bankrupt - Billing | 521801 - Northridge Plaza | RETX | 6,390.44 | |
| 46 | 521801 | 156051 - Circuit City Stores West Coast, Inc. | 05218003 | Bankrupt - Billing | 521801 - Northridge Plaza | RINS | 3,147.21 | |
| 47 | | | | | | Total | 46,194.51 | |
| 48 | | | | | | | | |
| 49 | | | | | Total after stub payment | | | 30,109.51 |
| | | | | | | | | 16,085.00 |

# EXHIBIT   B

EXHIBIT  B

**MORENO VALLEY - STORE #4228**

| | |
|---|---:|
| Sept. RE Taxes (9/26-30) | 722.00 |
| October RE Taxes | 4,334.00 |
| November Alt. Min. Rent | 23,403.38 |
| November CAM | 3,467.17 |
| November Liability Ins. | 866.79 |
| Novemver RE Taxes | 4,334.00 |
| Total Due | **$37,127.34** |

# EXHIBIT   C

## EXHIBIT C

| Date | Src | Description | Charges (Debit) |
|---|---|---|---|
| 9/29/2006 | CH | Ck 4195487 = RREEFs 2005 | 90.12 |
| 9/29/2006 | CH | Remove ck 4195487 = RREE | 14,307.08 |
| 12/26/2006 | CH | Thomas Alarm Sys. inv#0929 | 280.00 |
| 12/26/2006 | CH | Amer Backflow inv#121879/2 | 630.00 |
| 1/30/2007 | CH | Amer Backflow Prev #11887 | 685.00 |
| 11/1/2007 | CH | Estimated Common Mainten | 0.03 |
| 12/1/2007 | CH | Estimated Common Mainten | 0.03 |
| 1/1/2008 | CH | Estimated Common Mainten | 0.03 |
| 2/1/2008 | CH | Estimated Common Mainten | 0.03 |
| 3/1/2008 | CH | Estimated Common Mainten | 0.03 |
| 6/1/2008 | CR | Prepaids | - |
| 7/1/2008 | CH | Administration Fee (07/2008) | 267.84 |
| 7/1/2008 | CH | Estimated Property Insurance | 790.55 |
| 7/1/2008 | CH | Estimated Common Mainten | 6,116.24 |
| 7/1/2008 | CH | Estimated Property Tax Parc | 7,901.90 |
| 7/1/2008 | CH | Rent (07/2008) | 31,632.66 |
| 7/3/2008 | CR | Check # 4530519 | (46,709.19) |
| 7/28/2008 | CR | Check # 4541604 | (46,709.19) |
| 8/1/2008 | CH | AUTOCHRG @T8/31/2008 | 267.84 |
| 8/1/2008 | CH | AUTOCHRG @T8/31/2008 | 6,116.24 |
| 8/1/2008 | CH | AUTOCHRG @T8/31/2008 | 790.55 |
| 8/1/2008 | CH | AUTOCHRG @T8/31/2008 | 31,632.66 |
| 8/1/2008 | CH | AUTOCHRG @T8/31/2008 | 7,901.90 |
| 9/1/2008 | CH | AUTOCHRG @T9/30/2008 | 267.84 |
| 9/1/2008 | CH | AUTOCHRG @T9/30/2008 | 6,116.24 |
| 9/1/2008 | CH | AUTOCHRG @T9/30/2008 | 790.55 |
| 9/1/2008 | CH | AUTOCHRG @T9/30/2008 | 31,632.66 |
| 9/1/2008 | CH | AUTOCHRG @T9/30/2008 | 7,901.90 |
| 9/6/2008 | CR | Receipt | (46,709.19) |
| 9/29/2008 | CR | Receipt | (46,709.19) |
| 10/1/2008 | CH | Admin10/31/2008 | 267.84 |
| 10/1/2008 | CH | CAM 10/31/2008 | 6,116.24 |
| 10/1/2008 | CH | Ins 10/31/2008 | 790.55 |
| 10/1/2008 | CH | Rent10/31/2008 | 31,632.66 |
| 10/1/2008 | CH | Tax 10/31/2008 | 7,901.90 |
| 11/1/2008 | CH | Adm11/30/2008 | 267.84 |
| 11/1/2008 | CH | CAM 11/30/2008 | 6,116.24 |
| 11/1/2008 | CH | Ins 11/30/2008 | 790.55 |
| 11/1/2008 | CH | Rent 11/30/2008 | 31,632.66 |
| 11/1/2008 | CH | Tax 11/30/2008 | 7,901.90 |
| | | | 62,701.54  Through 12/31/08 |