# EXHIBIT B

3053 Port Arthur Holdings III, Ltd.                    A/R PAID AND OPEN                         PAGE     1
SDPRT37                                    01/01/2008 TO 12/31/2008                        PROCESSED:11/26/2008

| CUSTOMER | INVOICE | INV DATE | INV AMT | AMT PAID | DISCOUNT | ADJUST | BALANCE | CK DATE | CK NUM | DAYS |
|----------|---------|----------|---------|----------|----------|--------|---------|---------|--------|------|
| CIR053 | 200801102 | 01/01/2008 | 11844.00 | 15357.75 | 0.00 | 0.00 | -3513.75 | 01/02/2008 | 4459800 | 1 |
| CIR053 | 200801102 | 01/01/2008 | 0.00 | 0.00 | 0.00 | 3513.75 | 3513.75 | 03/12/2008 | 0 | 71 |
| CIR053 | 200802095 | 02/01/2008 | 11844.00 | 15357.75 | 0.00 | 0.00 | -3513.75 | 01/29/2008 | 4475331 | -2 |
| CIR053 | 200802095 | 02/01/2008 | 0.00 | 0.00 | 0.00 | 3513.75 | 3513.75 | 03/12/2008 | 0 | 41 |
| CIR053 | 200803097 | 03/01/2008 | 11844.00 | 15357.75 | 0.00 | 0.00 | -3513.75 | 03/06/2008 | 4489702 | 5 |
| CIR053 | 200803097 | 03/01/2008 | 0.00 | 0.00 | 0.00 | 3513.75 | 3513.75 | 03/12/2008 | 0 | 11 |
| CIR053 | 200803108 | 02/26/2008 | 443.83 | 0.00 | 0.00 | -443.83 | 0.00 | 08/31/2008 | 0 | 185 |
| CIR053 | 200804098 | 04/01/2008 | 15357.76 | 15357.75 | 0.00 | 0.00 | 0.01 | 03/28/2008 | 4497710 | -3 |
| CIR053 | 200804098 | 04/01/2008 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 | 08/06/2008 | 0 | 125 |
| CIR053 | 200804135 | 04/01/2008 | 11944.91 | 11944.92 | 0.00 | 0.00 | -0.01 | 04/28/2008 | 4505795 | 17 |
| CIR053 | 200804135 | 04/01/2008 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 | 08/06/2008 | 0 | 125 |
| CIR053 | 200805091 | 05/01/2008 | 27302.67 | 27302.66 | 0.00 | 0.00 | 0.01 | 05/01/2008 | 4510395 | -3 |
| CIR053 | 200805091 | 05/01/2008 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 | 08/06/2008 | 0 | 95 |
| CIR053 | 200806093 | 06/01/2008 | 27302.67 | 27302.66 | 0.00 | 0.00 | 0.01 | 05/27/2008 | 2731623 | -4 |
| CIR053 | 200806093 | 06/01/2008 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 | 08/06/2008 | 0 | 65 |
| CIR053 | 200807095 | 07/01/2008 | 27302.67 | 27302.66 | 0.00 | 0.00 | 0.01 | 06/27/2008 | 4530662 | -4 |
| CIR053 | 200807095 | 07/01/2008 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 | 08/06/2008 | 0 | 35 |
| CIR053 | 200808094 | 08/01/2008 | 27302.67 | 27302.66 | 0.00 | 0.00 | 0.01 | 07/28/2008 | 4541729 | -3 |
| CIR053 | 200808094 | 08/01/2008 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 | 08/06/2008 | 0 | 5 |
| CIR053 | 200809089 | 09/01/2008 | 27302.67 | 27302.66 | 0.00 | 0.00 | 0.01 | 09/05/2008 | 4554974 | 4 |
| CIR053 | 200809089 | 09/01/2008 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 | 10/01/2008 | 0 | 30 |
| CIR053 | 200810088 | 10/01/2008 | 27302.67 | 27302.66 | 0.00 | 0.00 | 0.01 | 09/29/2008 | 4562764 | -2 |
| CIR053 | 200810088 | 10/01/2008 | 0.00 | 0.00 | 0.00 | -0.01 | -0.01 | 10/01/2008 | 0 | 0 |
| CIR053 | 200811087 | 11/01/2008 | 27302.66 | 0.00 | 0.00 | -27302.66 | 0.00 | 11/18/2008 | 0 | 17 |
| CIR053 | 200812091 | 12/01/2008 | 27302.66 | 0.00 | 0.00 | 0.00 | 27302.66 | /  / | | -5 |
| CUSTOMER TOTAL | | | 281699.84 | 237191.88 | 0.00 | -17205.30 | 27302.66 | CIRCUIT CITY #4249 | | |
| GRAND TOTAL | | | 281699.84 | 237191.88 | 0.00 | -17205.30 | 27302.66 | | | |

3053 Port Arthur Holdings III, Ltd.                    A/R PAID AND OPEN
SDPRT37                          01/01/2007 TO 12/31/2007                                      PAGE    1
                                                                                              PROCESSED:11/26/2008

| CUSTOMER | INVOICE | INV DATE | INV AMT | AMT PAID | DISCOUNT | ADJUST | BALANCE | CK DATE | CK NUM | DAYS |
|----------|---------|----------|---------|----------|----------|--------|---------|---------|--------|------|
| CIR053 | 200711117 | 09/01/2007 | 9345.41 | 0.00 | 0.00 | -9345.41 | 0.00 | 09/30/2007 | 0 | 29 |
| CIR053 | 200711118 | 10/01/2007 | 17766.00 | 0.00 | 0.00 | -17766.00 | 0.00 | 09/30/2007 | 0 | -1 |
| CIR053 | 200711119 | 11/01/2007 | 17766.00 | 0.00 | 0.00 | -17766.00 | 0.00 | 12/31/2007 | 0 | 60 |
| CIR053 | 200712098 | 12/01/2007 | 17766.00 | 0.00 | 0.00 | -17766.00 | 0.00 | 12/31/2007 | 0 | 30 |
| CIR053 | 200712133 | 10/09/2007 | 11394.46 | 11394.46 | 0.00 | 0.00 | 0.00 | 12/14/2007 | 4453984 | 65 |
| CIR053 | 200712134 | 11/01/2007 | 15357.75 | 15357.75 | 0.00 | 0.00 | 0.00 | 12/14/2007 | 4453984 | 43 |
| CIR053 | 200712135 | 12/05/2007 | 15357.75 | 15357.75 | 0.00 | 0.00 | 0.00 | 12/14/2007 | 4453984 | 9 |
| CUSTOMER TOTAL | | | 104753.37 | 42109.96 | 0.00 | -62643.41 | 0.00 | CIRCUIT CITY #4249 | | |
| | | | | | | | | | | |
| GRAND TOTAL | | | 104753.37 | 42109.96 | 0.00 | -62643.41 | 0.00 | | | |