UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: CIRCUIT CITY STORES, INC., et al.,   )
                                                              ) Case No. 08-35653-KRH
                     Debtors.      ) Jointly Administered
                                                              ) Chapter 11 Proceedings

### ORDER GRANTING MOTION OF PORT ARTHUR HOLDINGS, III, LTD FOR AN ORDER COMPELLING DEBTOR TO IMMEDIATELY PAY POST-PETITION RENT AND OTHER RELATED CHARGES PURSUANT TO 11 U.S.C. § 365(d)(3) AND GRANTING RELATED RELIEF

This matter having come before the Court upon the Motion of Port Arthur Holdings, III, LTD ("Port Arthur") for an Order Compelling Debtor to Immediately Pay Post-Petition Rent and Other Related Charges Pursuant to 11 U.S.C. § 365(d)(3) and Granting Related Relief (the "Motion") filed in the bankruptcy case of the above-captioned debtors and debtors in possession, including specifically Circuit City Stores, Inc. (the "Debtor"), the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 AND 1334, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the motion and the opportunity for a hearing thereon has been given and no other or further notice is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and the arguments presented at any hearing had thereupon. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

    1.    The Motion is **GRANTED**.

    2.    Unless otherwise defined herein each capitalized term shall have the meaning ascribed to it in the Motion.

    3.    The Debtor is authorized and directed to pay to Port Arthur within two (2) business days of the entry of this Order, the Post-Petition Rent and other related charges for the Post-Petition Period in the total aggregate amount of $27,302.76.

    4.    The Debtor shall, within two (2) business days of its receipt of a written request

896060v.1

Proposed Order    Page 2 of 5

from Port Arthur therefor, reimburse Port Arthur for all of its reasonable attorneys' fees and costs incurred in preparing and prosecuting the Motion.

5.   The Debtor shall make all future monthly payments of Post-Petition Rent and other related charges to Port Arthur in full on or before the first day of the month for which such rent and related charges become due under the Lease.

6.   This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and to resolve any and all disputes related thereto.

**ENTERED** in Richmond, Virginia this ____ day of _____ 2008.

_____
UNITED STATES BANKRUPTCY JUDGE
FOR THE EASTERN DISTRICT OF VIRGINIA

WE ASKED FOR THIS:

JACKSON & CAMPBELL, P.C.

By: /s/ David H. Cox
David H. Cox, Esquire (VSB # 19613)
dcox@jackscamp.com
John Matteo, Esquire (VSB # 35054)
jmatteo@jackscamp.com
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437
(202) 457-1600 – telephone
(202) 457-1678 – facsimile
*Counsel for Port Arthur Holdings, III, LTD*

896060v.1

## LOCAL BANKRUPTCY RULE 9022-1 CERTIFICATION

Pursuant to Local Bankruptcy Rule 9022-1 (C), I hereby certify that a true and correct copy of the forgoing proposed Order has been endorsed by or served upon all necessary parties receiving electronic notice via the Court's CM/ECF system, as appropriate, by electronic means and by First Class Mail (postage prepaid) on the following attached Service List and on the following parties via US regular mail, on this the 16th day of December, 2008.

Circuit City Stores, Inc.
Attn: Reginald D. Hedgebeth
Attn: Daniel W. Ramsey
9950 Maryland Drive
Richmond, Virginia 23233

*Debtors*

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510

*Counsel for the Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

*Counsel for the Debtors*

Gregg Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

*Counsel for the Debtors*

3

896060v.1

Chris L. Dickerson, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esquire
Office of the U. S. Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

*Office of the United States Trustee for
the Eastern District of Virginia, Richmond Division*

Linda K. Myers, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein LLP
Three Center Plaza
Sixth Floor
Boston, Massachusetts 02108

*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street
Eighth Floor
Richmond, Virginia 23219

*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, Virginia 23219

*Counsel for the Official Committee of
Unsecured Creditors*

4

896060v.1

Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
Twenty-Sixth Floor
New York, New York 10017

*Counsel for the Creditors Committee*

By: /s/ David H. Cox

5

896060v.1