

**R·M·S**

RECEIVABLE MANAGEMENT SERVICES

307 International Circle, Suite 270
Hunt Valley, MD 21030
Tel: 410-773-4089
Fax: 410-773-4057
Email: Phyllis.Hayes@rmsna.com
www.rmsna.com

Phyllis A. Hayes
Paralegal – Bankruptcy Services

December 12, 2008

Clerk
U.S. Bankruptcy Court
Eastern District of Virginia
701 East Broad St., Ste. 4000
Richmond, VA 23219

RICHMOND DIVISION
FILED DEC 1 6 2008
CLERK
U.S. BANKRUPTCY COURT

In re: Circuit City Stores, Inc. ("Debtor")
Case No. 08-35653, Chapter 11
Creditor: Cohesion Products, Inc. @ $464,250.00

Dear Clerk:

We are acting as the agent for the creditor Cohesion Products, Inc. ("Cohesion") as it relates to the above referenced case. Cohesion has not transferred or assigned its proof of claim to Receivable Management Services.

We would like to be added to the mailing list to receive all documents, etc. relating to the creditor Cohesion. Our mailing address is shown below. A copy of the General Power of Attorney is attached.

Cohesion Products, Inc.
c/o Receivable Management Services
P.O. Box 5126
Timonium, MD 21094

If any additional information is needed, please do not hesitate to contact me.

Sincerely,

Phyllis A. Hayes
Receivable Management Services
Agent for Creditor, Cohesion Products, Inc.

PAH/tbm
Enclosure

cc:
Ian S. Fredericks, Esq.
Skadden Arps Slate Meagher & Flom LLP
POB 636
Wilmington, DE 19899

*Co-Counsel for the Debtor*

Daniel F. Banks, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

*Co-Counsel for the Debtor*

Kurtzman Carson Consultants, LLC
2335 Alaska Avenue
El Segundo, CA 90245

*Claims Agent*

Form 11-A
General Power of Attorney

# UNITED STATES BANKRUPTCY COURT
EASTERN  DISTRICT OF VIRGINIA

In re: CIRCUIT CITY
Debtor

Case # 08-35653

Chapter 11

## General Power of Attorney

The undersigned claimant hereby authorizes *The Receivable Management Services Corporation ("RMS")*, or any one of you, as attorney in fact for the undersigned and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in the above-entitled case; to vote for a trustee of the estate of the debtor and for a committee of creditors; to receive dividends and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in this case.

Signed: x Cohesion Products, Inc.
*Your company Name*

by: x CRG-1
*Official Signature*

as: x SVP, Business Development
*Title*

Address: x 895 Dove Street, Ste 310
x Newport Beach, CA 92660