ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RICHMOND DIVISION
FILED
DEC 1 6 2008
CLERK
U.S. BANKRUPTCY COURT

------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
CIRCUIT CITY STORES, INC., *et al.*,            :    Case No. 08-35653-KRH
                                                :
                Debtors.                        :    Jointly Administered
------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned appears for Anna Schwartz, Zoltan Schwartz, Deborah Landman and Eli Landman, landlord of the premises located at the Fort Steuben Mall, Steubenville, Ohio and referred to as Store #3733 (the "Landlord") and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

> Menachem O. Zelmanovitz, Esq.
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, New York 10178-0600
> Direct Phone: (212) 309-6162
> E-Mail:      mzelmanovitz@morganlewis.com
> Telecopy:    (212) 309-6001

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and

DB1/62362619.1

whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
       December 8, 2008

                            **MORGAN, LEWIS & BOCKIUS LLP**
Attorneys for Anna Schwartz, Zoltan Schwartz,
Deborah Landman and Eli Landman, as
Landlord of Store #3733

By: _____
      Menachem O. Zelmanovitz (MZ-0706)
      A Member of the Firm

101 Park Avenue
New York, NY 10178
(212) 309-6669

DB1/62362619.1                            2

TO:

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

DB1/62362619.1

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

December 15, 2008

VIA OVERNIGHT MAIL

Clerk of the Court
U.S. Bankruptcy Court
1100 E. Main Street - Room 301
Richmond, VA 23219

    Re:    Circuit City Stores, Inc., et al., Debtors
            Case No. 08-35653-KRH

Dear Sir/Madam:

    Enclosed for filing is an original and two copies of a Notice of Appearance being filed on behalf of Anna Schwartz, Zoltan Schwartz, Deborah Landman and Eli Landman. If you would be so kind, please arrange for this to be filed electronically as well as my name being placed on the e-filing notice list.

    Please file stamp one of the copies and return same in the prepaid federal express envelope provided.

    If you have any questions, please do not hesitate to contact me.

    Thank you.

                                                                 Sincerely,

                                                                Menachem O. Zelmanovitz

MOZ/le
Enc.

1-NY/2240883.1