UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653 |
| Debtors. | Jointly Administered |

**VERIFIED STATEMENT OF NIXON PEABODY LLP
PURSUANT TO RULE 2019 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Nixon Peabody LLP ("Nixon Peabody") hereby makes the following disclosures:

1. <u>Name and Address of the Creditors Represented by Nixon Peabody; Nature and Amount of Claims thereof</u>.

Nixon Peabody has been retained to represent the following creditors in this case and has filed Notice of Appearance on their behalf:

    (a)    TomTom, Inc.
             Attn: Quentin Fendelet
             150 Baker Avenue Ext
             Concord, MA 01742

    (b)    Greystone Data Systems, Inc.
             40800 Encyclopedia Circle
             Fremont, California 94538

2. The Debtors were, at the time of the filing of their petition initiating these cases, and continue to be indebted to the creditors identified above.

3. Nixon Peabody is representing the creditors identified above in these bankruptcy proceedings.

4. Nixon Peabody does not hold any claims against, or hold any interest in, any of the Debtors.

11195687.1

5. Nixon Peabody hereby reserves the right to supplement or amend this statement at any time in the future. By making this statement, Nixon Peabody does not submit itself to the jurisdiction of this Court for any purpose other than with respect to this statement.

I, Christopher M. Desiderio, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
December 17, 2008

Respectfully Submitted,

NIXON PEABODY LLP

By:/c/ Christopher M. Desiderio
Louis E. Dolan, Jr. (Bar # 34437)
401 9th Street NW, Suite 900
Washington, DC 20004-2128
Tel.: (202) 585-8818
Email: ldolan@nixonpeabody.com

and

Dennis J. Drebsky
Christopher M. Desiderio  (admitted *pro hac vice*)
437 Madison Avenue
New York, New York  10022
Tel.:  (212) 940-3000
Email: cdesiderio@nixonpeabody.com

-2-

11195687.1