# Exhibit A. Cure Amounts for Circuit City Stores, Inc. Lease for Space in Chandler Gateway Held by The Macerich Company

**Location**    Chandler Gateway            **Attorney Fees**[3] $459.66

| Date | Landlord's Cure Calculation[1] | Description | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | | |
| 11/1/2008 | $660.96 | Pro-rated CAM | $1.63 | $662.59 |
| 11/1/2008 | $12,805.29 | Pro-rated Fixed Rent | $31.57 | $12,836.86 |
| 10/4/2008 | $33,953.57 | 2008 1st Installment Tax | $0.00 | $33,953.57 |
| | $47,419.82 | | $33.20 | $47,453.02 |
| **Post-Petition Rent and Charges:** | | | | |
| 11/10/2008 | $1,542.24 | Pro-rated CAM | $18.17 | $1,560.41 |
| 11/10/2008 | $29,878.93 | Pro-rated Fixed Rent | $352.00 | $30,230.93 |
| 12/1/2008 | $42,684.22 | Fixed Rent | $257.27 | $42,941.49 |
| 12/1/2008 | $2,203.20 | CAM | $13.28 | $2,216.48 |
| | $76,308.59 | | $640.72 | $76,949.31 |

**Total Due:**        **$124,861.99**

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Pre-Petition interest calculated at 10% from the due date through the petition date 11-10-08. Post-Petition interest calculated at 10% from the due date through 12-22-08 (Hearing).

3  Includes attorneys fees and costs accrued through 12-05-08. Landlord will supplement with final attorneys fee and cost amounts when available.

# Exhibit B. Cure Amounts for Circuit City Stores, Inc. Lease for Space in Green Tree Mall Held by The Macerich Company

**Location**  Green Tree Mall

**Attorney Fees**[3] $459.66

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | | |
| 11/1/2008 | $97.83 | Pro-rated CAM | $0.24 | $98.07 |
| 11/1/2008 | $8,170.56 | Pro-rated Fixed Minimum Rent | $20.15 | $8,190.71 |
| | $8,268.39 | | $20.39 | $8,288.78 |
| **Post-Petition Rent and Charges:** | | | | |
| 11/10/2008 | $228.17 | Pro-rated CAM | $2.69 | $230.86 |
| 11/10/2008 | $19,064.61 | Pro-rated Fixed Minimum Rent | $224.60 | $19,289.21 |
| 12/1/2008 | $326.00 | CAM | $1.96 | $327.96 |
| 12/1/2008 | $27,235.17 | Fixed Minimum Rent | $164.16 | $27,399.33 |
| | $46,853.95 | | $393.41 | $47,247.36 |

**Total Due:**  $55,995.80

---

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Pre-Petition interest calculated at 10% from the due date through the petition date 11-10-08. Post-Petition interest calculated at 10% from the due date through 12-22-08 (Hearing).

3  Includes attorneys fees and costs accrued through 12-05-08. Landlord will supplement with final attorneys fee and cost amounts when available.

## Exhibit C. Cure Amounts for Circuit City Stores, Inc. Lease for Space in San Tan Village Held by The Macerich Company

**Location** San Tan Village  **Attorney Fees**[3] $459.66

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | | |
| 11/1/2008 | $116.28 | Pro-rated Insurance | $0.29 | $116.57 |
| 11/1/2008 | $12,638.79 | Pro-rated Fixed Minimum Rent | $31.16 | $12,669.95 |
| 11/1/2008 | $887.40 | Pro-rated CAM | $0.00 | $887.40 |
| | $27,212.43 | 2008 1st Installment Tax | $0.00 | $27,212.43 |
| | $40,854.90 | | $31.45 | $40,886.35 |
| **Post-Petition Rent and Charges:** | | | | |
| 11/10/2008 | $271.32 | Pro-rated Insurance | $3.20 | $274.52 |
| 11/10/2008 | $29,490.53 | Pro-rated Fixed Minimum Rent | $347.42 | $29,837.95 |
| 11/10/2008 | $2,070.60 | Pro-rated CAM | $24.39 | $2,094.99 |
| 12/1/2008 | $387.60 | Insurance | $2.34 | $389.94 |
| 12/1/2008 | $42,129.32 | Fixed Minimum Rent | $253.93 | $42,383.25 |
| 12/1/2008 | $2,958.00 | CAM | $17.83 | $2,975.83 |
| | $77,307.37 | | $649.11 | $77,956.48 |

**Total Due:**  **$119,302.49**

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Pre-Petition interest calculated at 10% from the due date through the petition date 11-10-08. Post-Petition interest calculated at 10% from the due date through 12-22-08 (Hearing).

3  Includes attorneys fees and costs accrued through 12-05-08. Landlord will supplement with final attorneys fee and cost amounts when available.

31464572_1.XLS

**Exhibit D. Cure Amounts for Circuit City Stores, Inc. Lease for Space in Scottsdale 101 Held by The Macerich Company**

**Location** Scottsdale 101  **Attorney Fees**[3] $459.66

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | | |
| 11/1/2008 | $1,137.33 | Pro-rated CAM | $2.80 | $1,140.13 |
| 11/1/2008 | $12,429.54 | Pro-rated Fixed Minimum Rent | $30.65 | $12,460.19 |
| 11/1/2008 | $9,374.85 | Pro-rated Tax | $23.12 | $9,397.97 |
| | $22,941.72 | | $56.57 | $22,998.29 |
| **Post-Petition Rent and Charges:** | | | | |
| 11/10/2008 | $2,653.74 | Pro-rated CAM | $31.26 | $2,685.00 |
| 11/10/2008 | $29,002.22 | Pro-rated Fixed Minimum Rent | $341.67 | $29,343.89 |
| 11/10/2008 | $21,874.55 | Pro-rated Tax | $257.70 | $22,132.25 |
| 12/1/2008 | $3,791.07 | CAM | $22.85 | $3,813.92 |
| 12/1/2008 | $41,431.76 | Fixed Minimum Rent | $249.73 | $41,681.49 |
| | $98,753.34 | | $903.21 | $99,656.55 |

**Total Due:** $123,114.50

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Pre-Petition interest calculated at 10% from the due date through the petition date 11-10-08. Post-Petition interest calculated at 10% from the due date through 12-22-08 (Hearing).

3  Includes attorneys fees and costs accrued through 12-05-08. Landlord will supplement with final attorneys fee and cost amounts when available.

**Exhibit E. Cure Amounts for Circuit City Stores, Inc. Lease for Space in Tysons Corner Center (small space) Held by The Macerich Company**

**Location**  Tysons Corner Center (small space)    **Attorney Fees[3]** $459.66

| | **Landlord's Cure Calculation[1]** | | **Interest[2]** | **Landlord's Total Cure Amount** |
|---|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | | |
| 11/1/2008 | $107.37 | Pro-rated Electric | $0.26 | $107.63 |
| 11/1/2008 | $111.51 | Pro-rated CAM | $0.27 | $111.78 |
| 11/1/2008 | $165.15 | Pro-rated Tax | $0.41 | $165.56 |
| 11/1/2008 | $61.92 | Pro-rated Promo Fund | $0.15 | $62.07 |
| 11/1/2008 | $16.56 | Pro-rated Insurance | $0.04 | $16.60 |
| 11/1/2008 | $416.25 | Pro-rated Base Rent | $1.03 | $417.28 |
| | $878.76 | | $2.16 | $880.92 |
| **Post-Petition Rent and Charges:** | | | | |
| 11/10/2008 | $250.41 | Pro-rated Electric | $2.95 | $253.36 |
| 11/10/2008 | $260.04 | Pro-rated CAM | $3.06 | $263.10 |
| 11/10/2008 | $385.30 | Pro-rated Tax | $4.54 | $389.84 |
| 11/10/2008 | $144.50 | Pro-rated Promo Fund | $1.70 | $146.20 |
| 11/10/2008 | $38.49 | Pro-rated Insurance | $0.45 | $38.94 |
| 11/10/2008 | $971.25 | Pro-rated Base Rent | $11.44 | $982.69 |
| 12/1/2008 | $357.58 | Electric | $2.16 | $359.74 |
| 12/1/2008 | $371.55 | CAM | $2.24 | $373.79 |
| 12/1/2008 | $550.45 | Tax | $3.32 | $553.77 |
| 12/1/2008 | $206.42 | Promo Fund | $1.24 | $207.66 |
| 12/1/2008 | $55.05 | Insurance | $0.33 | $55.38 |
| 12/1/2008 | $1,387.50 | Base Rent | $8.36 | $1,395.86 |
| | $4,978.54 | | $41.79 | $5,020.33 |

**Total Due:**    **$6,360.91**

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Pre-Petition interest calculated at 10% from the due date through the petition date 11-10-08. Post-Petition interest calculated at 10% from the due date through 12-22-08 (Hearing).

3  Includes attorneys fees and costs accrued through 12-05-08. Landlord will supplement with final attorneys fee and cost amounts when available.

31464572_1.XLS

## Exhibit E. Cure Amounts for Circuit City Stores, Inc. Lease for Space in Tysons Corner Center (large space) Held by The Macerich Company

**Location**  Tysons Corner Center (large space)         **Attorney Fees**[3] $459.66

| Date | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | | |
| 11/1/2008 | $1,816.11 | Pro-rated Electric | $4.48 | $1,820.59 |
| 11/1/2008 | $1,642.59 | Pro-rated CAM | $4.05 | $1,646.64 |
| 11/1/2008 | $2,433.51 | Pro-rated Tax | $6.00 | $2,439.51 |
| 11/1/2008 | $641.34 | Pro-rated Promo Fund | $1.58 | $642.92 |
| 11/1/2008 | $243.36 | Pro-rated Insurance | $0.60 | $243.96 |
| 11/1/2008 | $912.60 | Pro-rated HVA | $2.25 | $914.85 |
| 11/1/2008 | $19,424.97 | Pro-rated Base Rent | $47.90 | $19,472.87 |
| 11/1/2008 | $64.17 | Pro-rated Media | $0.16 | $64.33 |
| | **$27,178.65** | | **$67.02** | **$27,245.67** |
| **Post-Petition Rent and Charges:** | | | | |
| 11/10/2008 | $4,237.58 | Pro-rated Electric | $49.92 | $4,287.50 |
| 11/10/2008 | $3,832.85 | Pro-rated CAM | $45.15 | $3,878.00 |
| 11/10/2008 | $5,678.27 | Pro-rated Tax | $66.89 | $5,745.16 |
| 11/10/2008 | $1,496.37 | Pro-rated Promo Fund | $17.63 | $1,514.00 |
| 11/10/2008 | $567.82 | Pro-rated Insurance | $6.69 | $574.51 |
| 11/10/2008 | $2,129.31 | Pro-rated HVA | $25.09 | $2,154.40 |
| 11/10/2008 | $45,325.03 | Pro-rated Base Rent | $533.97 | $45,859.00 |
| 11/10/2008 | $149.58 | Pro-rated Media | $1.76 | $151.34 |
| 12/1/2008 | $6,053.69 | Electric | $36.49 | $6,090.18 |
| 12/1/2008 | $5,475.44 | CAM | $33.00 | $5,508.44 |
| 12/1/2008 | $8,111.78 | Tax | $48.89 | $8,160.67 |
| 12/1/2008 | $2,137.71 | Promo Fund | $12.88 | $2,150.59 |
| 12/1/2008 | $811.18 | Insurance | $4.89 | $816.07 |
| 12/1/2008 | $3,041.91 | HVA | $18.33 | $3,060.24 |
| 12/1/2008 | $64,750.00 | Base Rent | $390.27 | $65,140.27 |
| 12/1/2008 | $213.75 | Media | $1.29 | $215.04 |
| | **$154,012.27** | | **$1,293.14** | **$155,305.41** |

**Total Due:**         **$183,010.74**

31464572_1.XLS

1   Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2   Pre-Petition interest calculated at 10% from the due date through the petition date 11-10-08. Post-Petition interest calculated at 10% from the due date through 12-22-08 (Hearing).

3   Includes attorneys fees and costs accrued through 12-05-08. Landlord will supplement with final attorneys fee and cost amounts when available.

31464572_1.XLS

# Exhibit F. Cure Amounts for Circuit City Stores, Inc. Lease for Space in Avenue Forsyth Held by Cousins Properties

**Location**  Avenue Forsyth

**Attorney Fees**[3] $459.66

| | **Landlord's Cure Calculation**[1] | | **Interest**[2] | **Landlord's Total Cure Amount** |
|---|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | | |
| 11/1/2008 | $1,279.26 | Pro-rated CAM | $3.15 | $1,282.41 |
| 11/1/2008 | $179.10 | Pro-rated Insurance | $0.44 | $179.54 |
| 11/1/2008 | $5,078.70 | Pro-rated Minimum Rent | $12.52 | $5,091.22 |
| | $6,537.06 | | $16.11 | $6,553.17 |
| **Post-Petition Rent and Charges:** | | | | |
| 11/10/2008 | $2,984.91 | Pro-rated CAM | $35.16 | $3,020.07 |
| 11/10/2008 | $417.88 | Pro-rated Insurance | $4.92 | $422.80 |
| 11/10/2008 | $11,850.04 | Pro-rated Minimum Rent | $139.60 | $11,989.64 |
| 11/24/2008 | $2,013.28 | 2008 Tax Reconciliation | $16.00 | $2,029.28 |
| 12/1/2008 | $4,264.17 | CAM | $25.70 | $4,289.87 |
| 12/1/2008 | $596.98 | Insurance | $3.60 | $600.58 |
| 12/1/2008 | $16,928.74 | Minimum Rent | $102.04 | $17,030.78 |
| | $39,056.00 | | $327.02 | $39,383.02 |

**Total Due:**     **$46,395.85**

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Pre-Petition interest calculated at 10% from the due date through the petition date 11-10-08. Post-Petition interest calculated at 10% from the due date through 12-22-08 (Hearing).

3  Includes attorneys fees and costs accrued through 12-05-08. Landlord will supplement with final attorneys fee and cost amounts when available.

31464572_1.XLS

# Exhibit G. Cure Amounts for Circuit City Stores, Inc. Lease for Space in North Point MarketCenter Held by Cousins Properties

**Location**    North Point MarketCenter                                    **Attorney Fees**[3] $459.66

| Date | Landlord's Cure Calculation[1] | Description | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | | |
| 10/14/2008 | $49,096.76 | 2008 City of Alpharetta Tax | $363.18 | $49,459.94 |
| 10/15/2008 | $400.00 | Atlas Roofing | $2.85 | $402.85 |
| 11/1/2008 | $21.63 | Pro-rated Water/Sewer Oct. | $0.05 | $21.68 |
| 11/1/2008 | $99.63 | Pro-rated Parkway | $0.25 | $99.88 |
| 11/1/2008 | $795.24 | Pro-rated CAM | $1.96 | $797.20 |
| 11/1/2008 | $10,119.87 | Pro-rated Minimum Rent | $24.95 | $10,144.82 |
| 11/1/2008 | $6.66 | Pro-rated Water/Sewer Nov. | $0.02 | $6.68 |
| | $60,539.79 | | $393.26 | $60,933.05 |
| **Post-Petition Rent and Charges:** | | | | |
| 11/10/2008 | $232.38 | Pro-rated Parkway | $2.74 | $235.12 |
| 11/10/2008 | $1,855.52 | Pro-rated CAM | $21.86 | $1,877.38 |
| 11/10/2008 | $23,612.90 | Pro-rated Minimum Rent | $278.18 | $23,891.08 |
| 11/10/2008 | $15.48 | Pro-rated Water/Sewer Nov. | $0.18 | $15.66 |
| 12/1/2008 | $332.01 | Parkway | $2.00 | $334.01 |
| 12/1/2008 | $2,650.76 | CAM | $15.98 | $2,666.74 |
| 12/1/2008 | $33,732.77 | Minimum Rent | $203.32 | $33,936.09 |
| | $62,431.82 | | $524.26 | $62,956.08 |

**Total Due:**                                   **$124,348.79**

1 Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2 Pre-Petition interest calculated at 10% from the due date through the petition date 11-10-08. Post-Petition interest calculated at 10% from the due date through 12-22-08 (Hearing).

3 Includes attorneys fees and costs accrued through 12-05-08. Landlord will supplement with final attorneys fee and cost amounts when available.

31464572_1.XLS

# Exhibit H. Cure Amounts for Circuit City Stores, Inc. Lease for Space in Compton Held by Watt Properties, Inc.

**Location** Compton

**Attorney Fees[3]** $1,958.91

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | | |
| 11/1/2008 | $7,019.19 | Pro-rated Base Rent | $17.31 | $7,036.50 |
| 11/1/2008 | $2,568.15 | Pro-rated CAM | $6.33 | $2,574.48 |
| | $9,587.34 | | $23.64 | $9,610.98 |
| **Post-Petition Rent and Charges:** | | | | |
| 11/10/2008 | $16,378.00 | Pro-rated Base Rent | $192.95 | $16,570.95 |
| 11/10/2008 | $5,992.37 | Pro-rated CAM | $70.60 | $6,062.97 |
| 11/20/2008 | $26,653.96 | Property Tax | $240.98 | $26,894.94 |
| 12/1/2008 | $23,397.19 | Base Rent | $141.02 | $23,538.21 |
| 12/1/2008 | $8,560.52 | CAM | $51.60 | $8,612.12 |
| | $80,982.04 | | $697.15 | $81,679.19 |

**Total Due:** <u>$93,249.08</u>

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Pre-Petition interest calculated at 10% from the due date through the petition date 11-10-08. Post-Petition interest calculated at 10% from the due date through 12-22-08 (Hearing).

3  Includes attorneys fees and costs accrued through 12-05-08. Landlord will supplement with final attorneys fee and cost amounts when available.

31464572_1.XLS

# Exhibit I. Cure Amounts for Circuit City Stores, Inc. Lease for Space in Riverside Held by Watt Properties, Inc.

**Location**  Riverside

**Attorney Fees**[3] $1,958.91

| | Landlord's Cure Calculation[1] | | Interest[2] | Landlord's Total Cure Amount |
|---|---|---|---|---|
| **Pre-Petition Rent and Charges:** | | | | |
| 11/1/2008 | $8,090.46 | Pro-rated Base Rent | $19.95 | $8,110.41 |
| 11/1/2008 | $2,309.31 | Pro-rated CAM | $5.69 | $2,315.00 |
| | $10,399.77 | | $25.64 | $10,425.41 |
| **Post-Petition Rent and Charges:** | | | | |
| 11/10/2008 | $18,877.54 | Pro-rated Base Rent | $222.39 | $19,099.93 |
| 11/10/2008 | $5,388.32 | Pro-rated CAM | $63.48 | $5,451.80 |
| 12/1/2008 | $26,968.00 | Base Rent | $162.55 | $27,130.55 |
| 12/1/2008 | $7,697.63 | CAM | $46.40 | $7,744.03 |
| | $58,931.49 | | $494.82 | $59,426.31 |

**Total Due:** $71,810.63

1  Does not include charges for unbilled reconciliations and adjustments accrued under the specified lease.

2  Pre-Petition interest calculated at 10% from the due date through the petition date 11-10-08. Post-Petition interest calculated at 10% from the due date through 12-22-08 (Hearing).

3  Includes attorneys fees and costs accrued through 12-05-08. Landlord will supplement with final attorneys fee and cost amounts when available.

31464572_1.XLS