UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | |
| | ) | Case No.:   08-35653 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**OBJECTION BY RIO ASSOCIATES LIMITED PARTNERSHIP
TO PROPOSED CURE AMOUNT**
(Store #1604 Charlottesville, VA)

Rio Associates Limited Partnership ("Rio"), by counsel, hereby objects to the proposed cure amount set forth in "Exhibit B – Cure Amounts by Store" (the "Cure Exhibit") to the Debtor's Motion for Orders under 11 U.S.C. §§ 105 (363 and 365) (I) approving bidding and auction procedures for sale of unexpired non-residential real property leases for closing stores, (II) setting sale hearing date, and (III) authorizing and approving (A) sale of certain non-residential real property leases free and clear of liens, claims, and encumbrances, (B) assumption and assignment of certain unexpired non-residential real property leases, and (C) lease rejection procedures (the "Motion") filed by the Debtors in the above captioned jointly administered cases and state as follows:

1.   Rio leases "Store #1604" with an address of 100 Albemarle Square, Charlottesville, Virginia 22901 to Circuit City Stores, Inc. ("Debtor").

David D. Hopper (VSB # 30038)
Cook, Heyward, Lee, Hopper & Feehan, P.C.
4551 Cox Road, Suite 210
P. O. Box 3059
Glen Allen, VA 23058-3059
Telephone:     (804) 747-4500
Facsimile:      (804) 762-9608
E-mail:           ddhopper@chlhf.com

*Counsel for Rio Associates Limited Partnership*

2. In the Cure Exhibit the Debtors state that the total cure amount for Store #1604 is $2,714.00. The Debtor's statement of the pre-petition "Cure Amount" is incorrect.

3. Subject to reservations set forth below, the correct pre-petition "Cure Amount" as defined by the Debtor with respect to Store #1604 is not less than $20,555.00, based on the following computation:

November base rent pro-rated through 11-09-08: $2,232.00

Accrued, unpaid CAM through 11-09-08: $7,283.00

Accrued, unpaid real estate taxes through 11-09-08: $11,040.00

This amount is based on the pre-petition portion of November base rent and additional charges accrued but unpaid through November 09, 2008. This amount only relates to pre-petition amounts due under the lease for Store #1604 and does not reflect what may be a true Cure Amount at the time that the lease may be assumed by the Debtor. Attached as Exhibits A and B, respectively, are documentation of the CAM charges and taxes.

4. The "Cure Amount" set forth above does not include rent, charges, and taxes relating to the post-petition period beginning on and after November 10, 2008 to the extent that they are not paid by the Debtor prior to the date that the Debtor may attempt to assume the lease.

5. The correct "Cure Amount" is based on the best information now available to Rio and is set forth with full reservation of rights to modify such "Cure Amount" as such additional information becomes available to Rio. The "Cure Amount" does not include such additional items as attorneys' fees, interest, and other claims

2

against the Debtor under the lease and the actual pecuniary losses suffered by Rio that result from the Debtor's defaults under the lease. Rio expressly reserves the right to increase the "Cure Amount" to include those and other items at such time as they materialize and/or may be computed.

6. Rio hereby reserves all of its rights and remedies, including but not limited to the right to object to any proposed assumption and assignment of its lease.

WHEREFORE, Rio objects to the Debtor's statement of the "Cure Amount" attached to the Debtor's Exhibit B of its motion and requests that, in the event the Debtor attempts to assume and assign the Lease, the Court fix the "Cure Amount" for the lease as set forth above and grant such other relief as appropriate.

Dated: December 17, 2008            Cook, Heyward, Lee, Hopper & Feehan, PC

By:    /s/ David D. Hopper
       David D. Hopper, Esquire (VSB #30038)
       Cook, Heyward, Lee, Hopper & Feehan, PC
       4551 Cox Road, Suite 210
       P.O. Box 3059
       Glen Allen, Virginia 23058
       Telephone: (804) 747-4500
       Facsimile: (804) 762-9608
       *Counsel for Rio Associates
           Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2008, a true and correct copy of the foregoing was served on all persons receiving electronic notice in these cases and that a true and correct copy of same was served via first class U.S. Mail, postage prepaid, on:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Assistant United States Trustee*


Dion W. Hayes
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
*Counsel for the Debtors*


Greg M. Galardi
Ian S. Frederick
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P. O. Box 636
Wilmington, DE 19899-0636
*Counsel for the Debtors*


/s/ David D. Hopper

4



# Dumbarton Properties
Incorporated

7113 Staples Mill Road • P.O. Box 9462 • Richmond, Virginia 23228 • (804) 266-4969

Telecopier: (804) 266-4977

December 11, 2008

Circuit City Stores, Inc.
Attn: Corporate Secretary
9950 Mayland Drive
Richmond, VA 23233-1464

**RE: CAM BILLING – CIRCUIT CITY LOCATION #1604**
     **ALBEMARLE SQUARE SHOPPING CENTER**
     **CHARLOTTESVILLE, VIRGINIA**

The 2008 charges for Common Area Maintenance through November 2008 have been computed as follows:

| | |
|---|---:|
| Circuit City Sq.Ft. | 28,296 |
| Total of Center | 179,207 |
| Pro Rata Share | .1578 |

| | |
|---|---:|
| TOTAL CAM CHARGES (through November 2008) | $ 66,110.49 |
| PRO RATA SHARE (CIRCUIT CITY) | 10,432.24 |
| CIRCUIT CITY CEILING ($0.30 Sq.Ft.) | 8,488.90 |

A listing of the 2008 Common Area Maintenance charges is attached.

Please send your check, in the amount of $8,488.90, payable to Dumbarton Properties, Inc. Thank you.

Sincerely,

*Jeane M. Vesely*
Jeane M. Vesely
Accounting/Lease Administration

Enclosure



EXHIBIT
A

*SHOPPING CENTERS / COMMERCIAL & INDUSTRIAL PROPERTY*
*Leasing • Management • Marketing • Consulting • Sales*
REAL ESTATE BROKERS



Member of
International Council
of Shopping Centers

12/11/2008

ALBEMARLE SQUARE 2008
COMMON AREA MAINTENANCE
-------------------------

|  | 2008 YR-TO-DATE |
|---|---:|
| Sweeping | 13,970.00 |
| Landscape-Contract | 4,620.00 |
| Landscape - Plants/Mulc | 696.00 |
| Landscape-Other | 5,940.35 |
| Muzak | 0.00 |
| Pkg Lot Lights | 22,090.22 |
| Pkg & Canopy Lt Repair | 3,881.47 |
| Sign expense | 967.85 |
| Snow removal | 435.00 |
| Blacktop/Striping | 490.00 |
| Miscellaneous | 1,890.00 |
| Dumpster | 4,229.60 |
| Sidewalk Repair | 6,900.00 |
| Column Repair | 0.00 |
| **TOTAL** | **66,110.49** |

# Dumbarton Properties
Incorporated

7113 Staples Mill Road • P.O. Box 9462 • Richmond, Virginia 23228 • (804) 266-4969

Telecopier: (804) 266-4977

December 5, 2008

Circuit City Stores, Inc.
Attn: Corporate Secretary
9950 Mayland Drive
Richmond VA 23233-1464
Attn: Real Estate

*Certified #7006 0100 0003 8698 7652*
*Return Receipt Requested*

RE: *REAL ESTATE TAXES 2008*
  *ALBEMARLE SQURAE SHOPPING CENTER-STORE #03164*
  *CHARLOTTESVILLE, VA*

The Real Estate Taxes on the above referenced store are now due. Computations have been done as follows:

| | |
|---|---|
| Assessment of your building, as well as land Under you building, (as per letter enclosed) | $1,469,300 |
| Land 24.303 AC x 43,560 sq. ft./AC = | 1,058,639 sq.ft. |
| Value of Land = $9.00 sq.ft. | |
| Billed to Out Parcels | 155,946 sq.ft. |
| Billed to In-Line Stores Including Circuit City (land under bldgs) | <u>186,263 sq.ft.</u> |
| Total sq.ft. billed to others (land only) | 342,209 sq.ft. |
| Remaining land (Common Area) | 716,430 sq.ft. x $9.00 sq.ft. |
| Value of Common Area Land | $6,447,870 @ $9.00 per sq.ft. |
| Circuit City's Share | <u>.1510</u> |
|   of Common Area Land | $ 973,628 |
| Assessment of Building & Land Under Building | $1,469,300 |
| TOTAL (Circuit City's share of Land, Building & And Common Area | $2,442,928 |
| 2008 TAX RATE | <u>.0071/$100</u> |
| TOTAL 2008 TAXES | 17,344.79 |
| LESS: BASE YEAR TAXES | 4,482.00 |
| TAXES DUE | $12,862.79 |


EXHIBIT
B

Your check, within 30 days, will be appreciated. A copy of the 2008 tax bill is enclosed.

Sincerely,
DUMBARTON PROPERTIES, INC.

*SHOPPING CENTERS / COMMERCIAL & INDUSTRIAL PROPERTY*
*Leasing • Management • Marketing • Consulting • Sales*
REAL ESTATE BROKERS


Member of
International Council
of Shopping Centers



COUNTY OF ALBEMARLE
Department of Finance
Real Estate Division
401 McIntire Road
Charlottesville, Virginia 22902-4596
(434) 296-5856

December 1, 2008

Ms. Jeane M. Vesely
Dumbarton Properties, Inc.
P O Box 9462
Richmond, Va. 23228.

RE: Albemarle Square Shopping Center

Dear Ms. Vesely:

I'm writing in response to your request for the total amount of annual taxes due on certain tenants located in the shopping center referenced above. The tax rate for this year is .0071 per one hundred dollars of assessed value. The assessed values for those tenants are as follows:

| Tenant | Assessment | Taxes |
| --- | --- | --- |
| Circuit City | $1,469,300 | $10,432.03 |

If you need anything further, please don't hesitate to contact me.

Sincerely,

Robert H. Willingham
County Assessor

| COUNTY OF ALBEMARLE<br>DEPARTMENT OF FINANCE<br>401 MCINTIRE ROAD, CHARLOTTESVILLE, VA 22902-4596 | 2008 REAL ESTATE TAX RATE  $0.71 PER $100 | (434) 296-585<br>TDD 71<br>www.albemarle.org |

| | | | |
|---|---|---|---|
| PARCEL | 06100-00-00-12300 | FILE NAME 1/1/2008 | RIO ASSOCI |
| ACREAGE | 24.303 | LAND VALUE | 9,527,800 |
| LEGAL 1 | | BUILDING VALUE | 11,211,500 |
| LEGAL 2 | ACREAGE | LAND USE DEFERRAL | 0.00 |
| DISTRICT | RIO | EXEMPTION | 0.00 |
| MORTGAGE | | | |



| BILL NUMBER | BILL DESCRIPTION | MONTHS | ASSESSMENT | TAX | PENALTY/INTEREST | TOTAL |
|---|---|---|---|---|---|---|
| 2008130536 | 1ST HALF 2008 | 6 | 20,739,300 | 73,624.52 | | 73,624.52 |
| | TOTAL DUE IF PAID BY JUNE 05, 2008 | | | | | 73,624.52 |
| 2008230536 | 2ND HALF 2008 | 6 | 20,739,300 | 73,624.52 | | 73,624.52 |
| | TOTAL DUE INCLUDING 2ND HALF | | | | | 147,249.04 |

SPECIAL INSTRUCTIONS

IF TAXES ARE ESCROWED IT IS THE RESPONSIBILITY OF THE TAXPAYER TO CONTACT
THEIR MORTGAGE COMPANY TO ASSURE ALL TAXES INCLUDING SUPPLEMENTAL BILLS
ARE PAID BY THE DUE DATE.

Please see reverse side of this form for additional information.