| | |
|---|---|
| Elizabeth Banda | A. Carter Magee, Jr., Esq. (VSB #20284) |
| Yolanda Humphrey | W. Joel Charboneau, Esq. (VSB #68025) |
| Post Office Box 13430 | Magee, Foster, Goldstein & Sayers, P.C. |
| Arlington, Texas 76094-0430 | Post Office Box 404 |
| (817) 461-3344 | Roanoke, Virginia 24003-0404 |
| (817) 860-6509 FAX | (540) 343-9800 |
| ebanda@pbfcm.com | (540) 343-9898 FAX |
| yhumphrey@pbfcm.com | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.*, | ) Case No. 08-35653-KRH |
| | ) |
| Debtors. | ) |
| | ) |

### VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION PURSUANT TO BANKRUPTCY RULE 2019

COMES NOW the law firm Perdue, Brandon, Fielder, Collins & Mott, L.L.P. ("Perdue") as counsel for the creditors listed on Exhibit A, attached hereto and incorporated herein by reference (collectively, the "Creditors"), asserting claims against Circuit City Stores, Inc. and certain of its affiliated debtors (collectively, the "Debtors"), and make the following statements pursuant to Federal Rule of Bankruptcy Procedure 2019(a):

1. The creditors' names and addresses are attached as Exhibit A.

2. The creditors are all governmental divisions located in the state of Texas, and are taxing authorities with outstanding *ad valorem* real and/or business personal property taxes secured by the Debtors' real and/or business personal property. The approximate amount of each creditor's claim is listed on Exhibit A.

3. The facts and circumstances relating to the employment of Perdue are that Perdue



MAGEE, FOSTER,
GOLDSTEIN & SAYERS
P.O. Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
ATTORNEYS AND COUNSELORS AT LAW

serves as lead counsel to the Creditors in the Debtors' jointly administered bankruptcy cases.

4.  Perdue does not hold a claim against the Debtors.

Dated: December 17, 2008                    Respectfully submitted.

                                            Respectfully submitted,


                                            /s/ A. Carter Magee, Jr.
                                            A. Carter Magee, Jr., Esq. (VSB #20284)
                                            W. Joel Charboneau, Esq. (VSB#68025)
                                            Magee, Foster, Goldstein & Sayers, P.C.
                                            Post Office Box 404
                                            Roanoke, Virginia 24003
                                            Phone: 540-343-9800
                                            Fax: 540-343-9898
                                            Local Counsel for Perdue

                                            PERDUE,    BRANDON,    FIELDER,
                                            COLLINS & MOTT, L.L.P.
                                            Attorneys for Claimants
                                            /s/ Elizabeth Banda
                                            ELIZABETH BANDA
                                            SBN: 24012238
                                            YOLANDA HUMPHREY
                                            SBN: 24009764
                                            P.O. Box 13430
                                            Arlington, Texas 76094-0430
                                            Phone: 817-461-3344
                                            Fax: 817-860-6509

MAGEE, FOSTER,
GOLDSTEIN & SAYERS

P.O. Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800

ATTORNEYS AND COUNSELLORS AT LAW

2

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>17th</u> day of December, 2008, the foregoing document was served by first class mail, postage pre-paid, upon the following persons:

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510
*Counsel for Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219
*Counsel for Debtors*

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps Slate Meagher
& Flom, LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899
*Counsel for Debtors*

Chris Dickerson, Esq.
Skadden Arps Slate Meagher
& Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtors*

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street,
Second Floor
Richmond, VA 23219
*Counsel for the Official
Committee of Unsecured
Creditors*

Robert J. Feinstein
Pachulski Stang Ziehl &
Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017
*Counsel for the Official
Committee of Unsecured
Creditors*

John D. Fiero
Pachulski Stang Ziehl &
Jones LLP
150 California Street, 15th
Floor
San Francisco, CA 94111-4500
*Counsel for the Official
Committee of Unsecured
Creditors*

Jeffrey N. Pomerantz
Brad R. Godshall
Pachulski Stang Ziehl &
Jones, LLP
10100 Santa Monica blvd,
11th Floor
Los Angeles, CA 90067-4100
*Counsel for the Official
Committee of Unsecured
Creditors*

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite
4304
Richmond, VA 23219

On this same date, I electronically filed the original with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic copies to be served on the United States Trustee, the Debtor's counsel, and all other registered users of the ECF system that have filed notices of appearance in this case.

By: <u>/s/ A. Carter Magee, Jr.</u>



MAGEE, FOSTER,
GOLDSTEIN & SAYERS

P.O. Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800

ATTORNEYS AND COUNSELLORS AT LAW

U:\A CLIENTS\Arlington ISD et al\Statement regarding representation of multiple creditors Perdue.doc

# EXHIBIT A

| Entity | Location | Year | Pre-Petition Due |
|---|---|---|---|
| City of Lake Worth | 6592 Lake Worth Blvd | 2008 | $ 6,476.96 |
| Carroll ISD | 250 N. Kimball Ave. | 2008 | $ 32,857.80 |
| City of Hurst | 1451 W. Pipeline Rd | 2008 | $ 12,445.88 |
| Burleson ISD | 12640 South Frwy | 2008 | $ 33,953.06 |
| City of Cedar Hill | 731 N. US Hsy 67 | 2008 | $ 11,934.85 |
| Arlington ISD | 3865 S. Cooper Street | 2008 | $ 31,007.93 |
| Fort Worth ISD | 4820 SW Loop 820 | 2008 | $ 21,476.21 |
| MIDLAND COUNTY TAX OFFICE | MIDLAND | 2008 | $ 3,695.85 |
| Brazoria County | 3137 Silverlake Village | 2008 | $ 42,485.79 |
| Brazoria County MUD #6 | 3137 Silverlake Village | 2008 | $ 12,981.40 |
| Fort Bend ISD | 16742 Southwest Frwy | 2008 | $ 25,140.79 |
| Fort Bend LID 2 | 16742 Southwest Frwy | 2008 | $ 2,870.41 |
| Woodlands Metro MUD (Real) | 1455 Lake Woodlands | 2008 | $ 2,333.14 |
| Woodlands Metro MUD (BPP) | 1455 Lake Woodlands | 2008 | $ 3,528.42 |
| Woodlands RUD #1 (Real) | 1455 Lake Woodlands | 2008 | $ 5,818.12 |
| Woodlands RUD #1 (BPP) | 1455 Lake Woodlands | 2008 | $ 8,798.77 |
| Clear Creek ISD | 1001 W Bay Area Blvd | 2008 | $ 34,150.77 |
| Clear Creek ISD (Real) | 18800 Gulf Frwy | 2008 | $ 27,093.63 |
| Baybrook MUD 1 (Real) | 18800 Gulf Frwy | 2008 | $ 16,937.71 |
| Galena Park ISD | 13350 East Fwy | 2008 | $ 27,742.03 |
| Humble ISD | 20465 Highway 59 | 2008 | $ 16,483.79 |
| Alief ISD | 2680 Highway 6 | 2008 | $ 16,729.00 |
| Tyler Independent School District | 4910 S. Broadway | 2008 Real | $ 19,817.38 |
| Tyler Independent School District | 4910 S. Broadway | 2008 Personal | $ 17,033.18 |
| CITY OF WICHITA FALLS | 3121 LAWRENCE | 2008 | $ 9,742.68 |
| WICHITA FALLS ISD | 3121 LAWRENCE | 2008 | $ 19,624.15 |
| WICHITA COUNTY | 3121 LAWRENCE | 2008 | $ 7,055.12 |
| Hidalgo County & H.C. Drainage D | 507 West Expressway 8: | 2008 | $ 17,427.73 |
| Circuit City #4510 | Lubbock, TX | 2008 | $40,408.33 |
| Potter County Tax Office | 2510 S Soncy Rd, Store | 2008 | $43,343.60 |
| | | Total | $ 571,394.48 |