Thomas J. Leanse (Cal Bar No. 084638)
Brian D. Huben (Cal Bar No. 134354)
Dustin P. Branch (Cal Bar No. 174909)
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Landlord Creditors
The Macerich Company, RREEF, Cousins Properties, Watt Companies,
The Prudential Insurance Company of America, KNP Investments,
Foursquare Properties, Inc. and Portland Investment Company of America

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA

In re:                                                          )   Chapter 11
                                                                )
CIRCUIT CITY STORES, INC.,                  )   Case No. 08-35653
                                                                )
                            Debtor.                       )   **VERIFIED STATEMENT PURSUANT TO**
                                                                )   **FEDERAL RULE OF BANKRUPTCY**
                                                                )   **PROCEDURE 2019**
                                                                )

I, Brian D. Huben, declare and state as follows:

1.   I am an attorney licensed to practice law in the State of California and a partner with the law firm of Katten Muchin Rosenman LLP ("Katten"). I have personal knowledge of the facts set forth herein and if called as a witness could and would competently testify thereto.

2.   I, along with Thomas J. Leanse, a partner with Katten, are the attorneys primarily responsible for representing the following creditors (the "Landlords") in connection with the above entitled case:

(1)   The Macerich Company, c/o Steve Spector, Esq., 401 Wilshire Blvd., Suite 700, Santa Monica, California 90401, Landlord and/or managing agent for the following shopping center locations:

| | |
|---|---|
| Chandler Festival Mall | Chandler, AZ |
| Greentree Mall | Clarksville, IN |
| Lakewood Center | Lakewood, CA |

---

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

31465665_1

|   |   |   |
|---|---|---|
| 1 | San Tan Village | Gilbert, AZ |
| 2 | Scottsdale 101 | Scottsdale, AZ |
| 3 | Tysons Corner Center | McLean, VA |
| 4 | Village Square I | Phoenix, AZ |
| 5 | Vintage Faire | Modesto, CA |

(2) RREEF Management Company, c/o Charlotte Sweetland, 3340 Peachtree Road NE, Suite 250, Atlanta, GA 30326, Landlord and/or managing agent for the following shopping center locations:

|   |   |
|---|---|
| Crossroads Center | Falls Church, VA |
| Firecreek Crossing | Reno, NV |

(3) Cousins Properties, Incorporated, c/o Pamela F. Roper, 191 Peachtree Street NE, Suite 3600, Atlanta, GA 30303, Landlord and/or managing agent for the following shopping center locations:

|   |   |
|---|---|
| Avenue at Forsyth | Cumming, GA |
| Los Altos Market Center | Long Beach, CA |

(4) Watt Companies, c/o Wendy Campbell, 2716 Ocean Park Blvd., Suite 3040, Santa Monica, CA 90405, Landlord and/or managing agent for the following shopping center locations:

|   |   |
|---|---|
| Compton Town Center | Compton, CA |
| Norwalk Plaza | Norwalk, CA |
| Riverside Town Center | Riverside, CA |

(5) The Prudential Insurance Company of America, c/o J. Scott Weaver, Esq., 15660 N. Dallas Parkway, Suite 1100, Dallas, TX 75248, Landlord and/or managing agent for the following shopping center locations:

|   |   |
|---|---|
| Desert Crossing | Desert Springs, CA |
| Pembrooke Crossing | Pembrooke Pines, FL |

///

///

**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

(6) Portland Investment Company of America, c/o Bruce Goren, 10866 Wilshire Blvd., 11th Floor, Los Angeles, CA 90024, Landlord and/or managing agent for the following shopping center location:

|  |  |
|---|---|
| Sawmill Plaza | Columbus, OH |

(7) KNP Investments, c/o Robert Spies, 12400 Wilshire Blvd., Suite 400, Los Angeles, CA 90025, Landlord and/or managing agent for the following shopping center location:

|  |  |
|---|---|
| Pasadena | Pasadena, CA |

(8) Foursquare Properties, Inc., c/o Edward Krasnove, 5850 Avenida Encinas, Suite A, Carlsbad, CA 92008, Landlord and/or managing agent for the following shopping center location:

|  |  |
|---|---|
| Jordan Landing Plaza | West Jordan, UT |

3. The Landlords currently hold unsecured pre-petition claims, unsecured rejection claims and/or post-petition administrative claims for unpaid rent and other charges. The full amount of each of the Landlords' claims is undetermined at this time.

4. The Landlords have all retained Katten to represent them with respect to their interests in connection with the above captioned case. All parties are being billed on a monthly basis. All parties are aware of Katten's representation of other clients in this matter.

5. All of the Landlords have waived the conflict of interests that might exist between them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of December, 2008 at Los Angeles, California.

/s/ Brian D. Huben
Brian D. Huben

**Katten**
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel  310.788.4471 fax

3
**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**
31465665_1

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                      ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012.

On December 17, 2008, I served the foregoing document described as **VERIFIED STATEMENT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019** on the interested parties in this action by placing a true and correct copy of this document thereof, enclosed in a sealed envelope, addressed as follows:

| Debtor's Counsel | Debtor |
|---|---|
| Daniel F. Blanks<br>McGuire Woods LLP<br>9000 World Trade Center, #101<br>W. Main Street<br>Norfolk, VA 23510<br>E-mail: dblanks@mcquirewoods.com | Circuit City Stores, Inc.<br>9950 Mayland Drive<br>Richmond, VA 23233<br><br>*Via U.S. Mail Only*<br><br>Trustee<br><br>**United States Trustee**<br>W. Clarkson McDow, Jr.<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219<br><br>*Via U.S. Mail Only* |

(**X**)    **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with US. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(**X**)    **(BY ELECTRONIC MAIL)** By transmitting electronically to the parties at the email address indicated below. To the best of my knowledge the transmission was reported as complete and I did not receive a notice of failure of receipt of each such document

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 17, 2008, at Los Angeles, California.

/s/ Donna Carolo
Donna Carolo