November 4, 2008

Vice President of Real Estate
**Circuit City Stores, Inc.**                    **Via Federal Express**
9950 Mayland Drive
Richmond, VA 23233

General Counsel
**Circuit City Stores, Inc.**                    **Via Federal Express**
9950 Mayland Drive
Richmond, VA 23233

David J. Rabinowitz, Esq.
**Sutherland Asbill & Brennan LLP**              **Via U.S. Mail**
1114 Avenue of the Americas
40th Floor
New York, NW 10036

> **RE:    On-going Co-Tenancy Requirement**
> **Circuit City – Crossings of Spring Hill**
> **Spring Hill, Tennessee**

Dear Sirs:

Please be advised that as of September 1, 2008, Ongoing Co-Tenancy had been met for the above referenced Circuit City location.  I have enclosed a worksheet which reflects the same.

Since co-tenancy was met on September 1, 2008 and only half rent has been paid since that date, please find below a breakdown of the additional amounts due:

| | |
|---|---|
| **Amount due for September, 2008:** | **$11,732.86** |
| **Amount due for October, 2008:** | **$11,732.86** |
| **Amount due for November, 2008:** | **$11,732.86** |
| **Total Amount Due:** | **$35,198.58** |

### Monthly Payments After Co-tenancy beginning December 1, 2008

| | |
|---|---|
| Rent | $23,465.36 |
| CAM** | $ 2,880.23 |
| Taxes | $Annual Invoice |
| Property Insurance | $Annual Invoice |
| **Total** | **$26,345.59** |



Page Two
**Circuit City**
November 4, 2008

Should you have questions regarding this or any other matter, please feel free to contact me at any time.

Sincerely,

Mary Ann Howell
Property Manager

Cc:    Anita Wade
       Geren Moor

## Cotenancy- Circuit City

9/1/2008                    **Ongoing Co-Ten.

| Tenants | S.F. | Opened | | **Ongoing Co-Ten. |
|---|---|---|---|---|
| Target (Key) | 178,598 | March '08 | Y | N/A |
| Kohls (Key +) | 98,165 | March '08 | Y | 98,165 |
| Circuit City | 20,331 | 7/25/2008 | Y | N/A |
| BAM (key +) | 15,500 | 8/7/2008 | Y | N/A |
| Petsmart | 18,471 | 7/28/2008 | Y | 18,471 |
| Bed Bath (Key) | 23,400 | 7/22/2008 | Y | N/A |
| Ross (key +) | 25,000 | 10/24/2008 | N | |
| Dress Barn | 8,000 | 8/15/2008 | Y | 8,000 |
| Rack Room | 6,500 | 8/7/2008 | Y | 6,500 |
| Marble Slab | 1,600 | 6/30/2008 | Y | 1,600 |
| Smoothie King | 1,200 | July '08 | Y | 1,200 |
| Nails So Happy | 1,200 | Oct '08 | N | |
| Moe's | 2,400 | 8/14/2008 | Y | 2,400 |
| Sport Clips | 1,200 | July '08 | Y | 1,200 |
| Fulins | 4,800 | 2009 | N | |
| Game/Movie Stop | 1,600 | July '08 | Y | 1,600 |
| Maurice | 5,000 | 10/23/2008 | N | |
| Rue21 | 4,500 | 8/14/2008 | Y | 4,500 |
| Merle Norman | 1,600 | 11/1/2008 | N | |
| Mattress Inn | 3,600 | 10/1/2008 | N | |
| Family Eye | 2,000 | 11/1/2008 | N | |
| Sprint | 1,200 | Nov '08 | N | |
| Suntan City | 2,400 | July '08 | Y | 2,400 |
| Available Shops | 36,700 | | N | |
| Gigis Cup Cakes | 1,600 | Nov '08 | N | |
| Shopping Center | 466,565 | | | 146,036 |

**Ongoing Co-tenancy**

| | | | | |
|---|---|---|---|---|
| Ongoing SF Denomin. | 203,736 | | Requirement 70% | 142,615    72% |

**Circuit City and Key Tenants - Target, Bed Bath,
  Ross, BAM are excluded from denominator