*PICKUP: ALEX FRIERSON*

THIS INSTRUMENT PREPARED BY:
Richard M. Smith
SMITH CASHION & ORR, PLC
231 Third Avenue North
Nashville, Tennessee 37201

RECEIVED
NOV 1 2 2008
THE PARKES COMPANIES, INC

# MECHANIC'S AND MATERIALMEN'S LIEN

| | | |
|---|---|---|
| TO OWNER: | Spring Hill Development Partners<br>c/o GBT Realty Corp.<br>201 Summit View Drive, Suite 110<br>Brentwood, TN 37027 | **CERTIFIED MAIL**<br>**RETURN RECEIPT** |
| | Dickson Management Associates, LLC<br>c/o GBT Realty Corp.<br>201 Summit View Drive, Suite 110<br>Brentwood, TN 37027 | **CERTIFIED MAIL**<br>**RETURN RECEIPT** |
| | Gallatin Management Associates, LLC<br>c/o GBT Realty Corp.<br>201 Summit View Drive, Suite 110<br>Brentwood, TN 37027 | **CERTIFIED MAIL**<br>**RETURN RECEIPT** |
| TO LESSEE: | Circuit City Stores<br>9950 Mayland Drive<br>Richmond, VA 23233 | **CERTIFIED MAIL**<br>**RETURN RECEIPT** |
| LIEN CLAIM BY: | The Parkes Companies, Inc.<br>105 Reynolds Drive<br>Franklin, Tennessee 37064-2926 | |
| PROPERTY: | 1037 Crossings Boulevard<br>Spring Hill, Tennessee 37174<br>Map 28 Parcel 16.13 | |
| AMOUNT: | $35,107.00 | |

WHEREAS, The Parkes Companies, Inc. contracted with the above referenced Owner and/or Lessee to construct and install certain improvements on real estate located in Maury County, Tennessee, more particularly described in *Exhibit A* attached hereto and incorporated herein by reference.

WHEREAS, The Parkes Companies, Inc. furnished certain materials and labor which were used and incorporated into the improvements on the land described above.

WHEREAS, the Owner and/or Lessee has failed to pay The Parkes Companies, Inc. for the furnishing and providing of said materials and labor and accordingly there

256999.1


EXHIBIT 3

remains an outstanding balance due and owing, in the amount of Thirty-Five Thousand One Hundred Seven and 00/100 ($35,107.00) DOLLARS, after allowing all proper credits.

WHEREAS, a copy of this Notice is this day being sent by certified mail to the Owner: Spring Hill Development Partners c/o GBT Realty Corp. 201 Summit View Drive, Suite 110 Brentwood, Tennessee 37027, Gallatin Management Associates, LLC c/o GBT Realty Corp. 201 Summit View Drive, Suite 110 Brentwood, Tennessee 37027, Dickson Management Associates, LLC c/o GBT Realty Corporation 201 Summit View Drive, Suite 110 Brentwood, Tennessee 37027 and Lessee, Circuit City Stores 9950 Mayland Drive Richmond, Virginia 23233 within the time prescribed by the laws of the State of Tennessee, as codified in Tenn. Code Ann. §66-11-101 et seq.

NOW, THEREFORE, The Parkes Companies, Inc. does hereby claim and give notice of a Mechanic's and Materialmens Lien upon the real estate described in *Exhibit A* under the Mechanics and Lien Laws of the State of Tennessee, in the sum of Thirty-Five Thousand One Hundred Seven and 00/100 ($35,107.00) Dollars.

IN WITNESS WHEREOF, David M. Parkes, as sworn to, executed and acknowledged this lien notice and this claim on the 11TH day of November, 2008 at Franklin, Tennessee.

THE PARKES COMPANIES, INC.

By: _____

Its: VICE PRESIDENT

STATE OF TENNESSEE    )

COUNTY OF WILLIAMSON    )

Personally appeared before me, the undersigned, a Notary Public in and for said County and State, David M. Parkes, the Affiant, with whom I am personally acquainted, and who, upon oath, swears to be the Vice-President of The Parkes Companies, Inc. and that the contents of this instrument and upon his oath acknowledges that he executed and swears to the foregoing instrument for the purposes therein contained by signing the name of said The Parkes Companies, Inc.

WITNESS, my hand and official seal at office at Franklin, Williamson County, Tennessee on this the 11th day of November 2008.

_____
Notary Public

My Commission Expires: 7/22/09

*[Notary Seal: PATSY S. PARKES — STATE OF TENNESSEE NOTARY PUBLIC — WILLIAMSON COUNTY]*

My Commission Expires JULY 22 2009

256999.1

## EXHIBIT A

Lots 1, 2, 3, 11, 12, 13, 15 and 16 of The Crossings of Spring Hill, as shown on subdivision plat of record in Plat Book P17, Page 113, in the Register's office of Maury County, Tennessee.

Being the same property conveyed to Spring Hill Development Partners, GP, Dickson Management Associates, LLC and Gallatin Management Associates, LLC by deed from Spring Hill Development Partners, GP, a Georgia general partnership as recorded in Book 2017 Page 1320 Register's Office for Maury County, Tennessee.

This property is known as Circuit City Store, 1037 Crossings Boulevard, Spring Hill, Tennessee 37174.

BK/PG:L26/333-335

**08014584**

| | |
|---|---|
| 3 PGS : AL - LIEN | |
| NANCY BATCH: 87080 | |
| 11/12/2008 - 09:06 AM | |
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 15.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 17.00 |

STATE of TENNESSEE, MAURY COUNTY

**JOHN FLEMING**
REGISTER OF DEEDS

256999.1