## NOTICE OF MECHANIC'S LIEN CLAIM

TO: OLP CCFerguson LLC

SERVE: United Corporate Services, Registered Agent
Elm Court Plaza
1739 East Elm St., Suite 101
Jefferson City, MO 65101

Pursuant to 429.100 RSMo., you are hereby notified that Trane U.S. Inc. holds a claim against the building, appurtenances, and improvements and the land upon which the same are situated, owned by you, in St. Louis County, State of Missouri, described as follows, to wit:

3344 Pershall Road, St. Louis County, Missouri 63135

And situated on the following-described premises:

Lot 1 of North County Festival, a resubdivision of YMCA Boundary Adjustment Survey and of Woodsmill Development Boundary Adjustment Survey, according to the plat thereof recorded in Plat Book 287 pages 1-5 of the St. Louis County Records.

Said claim is in the amount of $46,451.97 and due from Circuit City Stores, Inc. for materials furnished on and to the aforedescribed real estate and improvements by Trane U.S. Inc. at the request of and/or under contract with said Circuit City Stores, Inc., the contractor for making improvements for you and accrued within six months prior to the giving of this notice. Please take further notice that unless you pay the aforesaid amount within ten days of the date of service hereof, Trane U.S. Inc. will file its Mechanic's Lien against said building, appurtenances and improvements and the land upon which same are situated, and will proceed thereon to enforce its Mechanic's Lien pursuant to Chapter 429 RSMo., and enforce such other rights and remedies available to it under law.

TRANE U.S. INC.

*/s/ David L. Smith*

DAVID L. SMITH, MBE #25752
Kramer & Frank, P.C.
Its Agent and Attorneys
9300 Dielman Ind. Dr., Ste. 100
St. Louis, Missouri 63132
(314) 754-6110
(314) 442-2110 – Fax
email: dlsmith@lawusa.com
(CIRCUTRA)

**Alma Ali**

From: Alma Ali
Sent: Thursday, November 20, 2008 11:15 AM
To: 'markl@gouldlp.com'
Subject: OLP CCFERGUSON LLC - Notice of Mechanic's Lien Claim

Enclosed is a Notice of Mechanic's Lien Claim addressed to: **OLP CCFERGUSON LLC**

The notice was received in our Missouri office on November 18, 2008 via process server.

**The original will follow by regular mail, unless otherwise advised by you.**

Alma Ali

United Corporate Services, Inc.

Ten Bank Street, Suite 560

White Plains, NY 10606

Phone: (914) 949-9188 x 127

Fax: (914) 949-9618

11/20/2008