**CIRCUIT CITY STORES, INC.**
**PRIMARY SERVICE LIST**

**United States Trustee**
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Email: Robert.B.Van.Arsdale@usdoj.gov

Office of the United States Trustee
600 East Main Street, Suite 301
Richmond, VA 23219

**Debtors**
Reginald D. Hedgebeth
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233

Daniel W. Ramsey
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233

**Debtor's Counsel**
Dion Hayes
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Email: dhayes@mcguirewoods.com

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. 636
Wilmington, DE 19899-0636

Chris L. Dickerson
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

**Counsel to the Official Committee Unsecured Creditors Committee**
Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100
Email: bgodshall@pszjlaw.com

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Email: jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
Email: jfiero@pszjlaw.com

Lynn L. Tavenner
Email: ltavenner@tb-lawfirm.com
Paula S. Beran
Email: pberan@tb-lawfirm.com
Tavenner & Beran PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

**Governmental Entities**

Commonwealth Of Virginia
State Corporation Commission
Tyler Building
1300 E. Main Street
Richmond, VA 23219

Corporate Sales and Use, Employer Withholding, and Litter Tax
Virginia Department of Taxation
3600 West Broad Street
Richmond, VA 23230-491519

Attorney General of the United States
Robert P. McIntosh
Richard F. Stein
Robert K. Coulter
Main Justice Building, Room 5111
10th Street and Constitution Ave. NW
Washington, DC 20530

Department of Justice Civil Division
Attn: Director
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, Dc 20044

Environmental Protection Agency
1650 Arch Street
Philadelphia, Pa 19103-2029

Environmental Protection Agency
Diana Saenz
1200 Pennsylvania Avenue NW
Suite 4209
Washington, Dc 20004

Office of General Counsel
U.S. EPA Mailcode 2377r
1300 Pennsylvania Avenue, NW
Washington, DC 20004

Internal Revenue Service
Attn: L. Lorello
400 N. 8th Street
Box 76
Richmond, VA 23219

Office of the Attorney General
Bob McDonnell
State of Virginia
900 E. Main Street
Richmond, VA 23219

Office of the Secretary of the Commonwealth
1111 East Broad Street, 4th Floor
Richmond, VA 23219

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20020

Securities and Exchange Commission
Attn: Bankruptcy Unit
15th & Pennsylvania Avenue, NW
Washington, DC 20020

Securities and Exchange Commission
Nathan Fuchs
Patricia Schrage
New York Office
Branch/Reorganization
233 Broadway
New York, NY

**Parties Requesting Notice**

Stacey Suncine
Bernstein Law Firm PC
Gulf Tower, Suite 2200
Pittsburgh, PA 15219

Gail B. Price Esq
Bronwen Price
2600 Mission Street, Ste 206
San Marino, CA 91108
**Counsel for 13630 Victory Boulevard LLC**

Chatham County Tax Commissioner
Daniel T. Powers
PO Box 8321
Savannah, GA 31412

Eaton Corporation
David J. Persichetti
Eaton Center
1111 Superior Ave.
Cleveland, OH 44114-2584

IBM Corporation
Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234

Elizabeth C. Freeman
Locke Lord Bissell & Liddell LLP
600 Travis Street, Ste 3400
Houston, TX 77002
**Counsel for Home Depot USA, Inc.**

Thomas G. Yoxall
Thomas A. Connop
Melissa S. Hayward
Locke Lord Bissell & Liddell LLP
2200 Ross Ave, Ste 2200
Dallas, TX 75201
**Counsel for Parago, Inc.;**
**Home Depot USA, Inc.**

Oklahoma County Treasurer
Tammy Jones
320 Robert S. Kerr, Rm 307
Oklahoma City, OK 73102

-3-

Pasadena Independent School District
Dexter D. Joyner
4701 Preston Ave.
Pasadena, TX 77505

UrbanCal Oakland II LLC
C/o Urban Retail Properties LLC
900 N. Michigan Ave, Ste 900
Chicago, IL 60611

Kurtzman Carson Consultants LLC
Evan Gershbein
2335 Alaska Avenue
El Segundo, CA 90245