vn vunan or
CCTSI

Civic Center Title Services, Inc.

**RECORDING REQUESTED BY:**
Engineered Structures, Inc.

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

**6.00**
**2008000526752 01:22pm 11/10/08**
119 28 M09 1
0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

**AND WHEN RECORDED MAIL TO:**
Engineered Structures, Inc.

12400 W. Overland Road
Boise, ID 83709

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANICS' LIEN

The undersigned, Engineered Structures, Inc. claimant, claims a mechanic's lien upon the following described real property: City of Brea, County of Orange, California, Circuit City, 835 E. Birch Street, APN: 319-011-67, Brea, CA.

The sum of $119,583.78 together with interest thereon at the rate of 10.00 percent per annum from October 23, 2008, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: General contractor services.

Claimant furnished the work and/or materials at the request of, or under contract with: Circuit City, 9950 Mayland Drive, Richmond, CA 23233.

The owners and reputed owners of the property are: FW CA-Brea Marketplace, LLC/Regency Centers, LP, One Independent Drive, #114, Jacksonville, FL 32202 (owner), Circuit City Stores West Coast, Inc., 9950 Mayland Drive, Richmond, VA 23233 (lessee).

Firm Name: Engineered Structures, Inc.

By: _____
Angela Darling / Authorized Agent

**VERIFICATION**

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanic's lien: I have read said claim of mechanic's lien and know the contents thereof: the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 7, 2008, at San Diego, California.

_____
Angela Darling / Authorized Agent

COPYRIGHT 1994, CONSTRUCTION NOTICE SERVICES, INC. (800)366-5860

**EXHIBIT "A"**
**MOTION TO TERMINATE STAY**

Civic Center Title Services
on behalf of
CCTSI

This Document was electronically recorded by
Civic Center Title Services, Inc.

**RECORDING REQUESTED BY:**
Engineered Structures, Inc.

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

9.00
2008000528972 12:29pm 11/12/08
117 91 M09 2
0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.00

**AND WHEN RECORDED MAIL TO:**
Engineered Structures, Inc.

12400 W. Overland Road
Boise, ID 83709

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANICS' LIEN

The undersigned, Engineered Structures, Inc. claimant; claims a mechanic's lien upon the following described real property: City of La Habra, County of Orange, California, Circuit City, 1020 W. Imperial Highway, APN: 019-171-19, La Habra, CA.

The sum of $252,038.98 together with interest thereon at the rate of 10.00 percent per annum from October 23, 2008, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: General contractor services.

Claimant furnished the work and/or materials at the request of, or under contract with: Circuit City, 9950 Mayland Drive, Richmond, CA 23233.

The owners and reputed owners of the property are: Please see Exhibit 'A'

Firm Name: Engineered Structures, Inc.

By: _____
Angela Darling / Authorized Agent

**VERIFICATION**

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanic's lien: I have read said claim of mechanic's lien and know the contents thereof: the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 11, 2008, at San Diego, California.

_____
Angela Darling / Authorized Agent

COPYRIGHT 1994, CONSTRUCTION NOTICE SERVICES, INC. (800)366-5660

EXHIBIT "B"
MOTION TO TERMINATE STAY

Exhibit 'A'

Owner: Wells Fargo Bank Northwest, N.A., formerly known as First Security Bank of Utah, N.A., not individually but solely as Remainderman Trustee under Remainder Trust Agreement (1995-1), 201 3rd Street, 8th Floor, San Francisco, CA 94103.

Lessee #1: La Habra-Imperial, LLC, 17461 Derian Avenue, #106, Irvine, CA 92614.

Lessee#2: Circuit City Stores West Coast, Inc., 9950 Mayland Drive, Richmond, VA 23233.

RECORDING REQUESTED BY:
Engineered Structures, Inc.

WHEN RECORDED MAIL TO:
Engineered Structures, Inc.
12400 West Overland Road
Boise, ID 83709

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

12.00
2008000567991 11:41am 12/10/08
113 46 R36 3
0.00 0.00 9.00 0.00 6.00 0.00 0.00 0.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## PARTIAL RELEASE OF MECHANICS' LIEN

Know All Men By These Presents:
THAT certain Mechanics' Lien and claim of lien, Engineered Structures, Inc., 12400 West Overland Road, Boise, ID 83709, claimant, recorded on 11/12/08, as Instrument No. 2008000528972, of the official records of the City of La Habra, County of Orange, State of California, against Please see Exhibit 'A' (owner), is hereby **partially** released in the amount of $ 4,291.00. The balance due and remaining is $ 247,747.98. The property affected by this release is 1020 W. Imperial Highway, APN: 019-171-19, La Habra, CA.

DATED: 12/09/08

Engineered Structures, Inc.

D. Robinson/ Authorized Agent

State of California
County of San Diego

On December 9, 2008 before me, ___Nancie Raddatz/ Notary Public___
NAME, TITLE OR OFFICER – E.G. "JANE DOE, NOTARY"

Personally appeared D. Robinson, Authorized Agent, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is / are subscribed to the within instrument and acknowledged to me that he / she / they executed the same in his / her / their authorized capacity(ies), and that by his / her / their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SIGNATURE Nancie Raddatz

NANCIE RADDATZ
Commission # 1663683
Notary Public - California
San Diego County
My Comm. Expires May 29, 2010

EXHIBIT "C"
MOTION TO TERMINATE STAY

Exhibit 'A'

Owner: Wells Fargo Bank Northwest, N.A., formerly known as First Security Bank of Utah, N.A., not individually but solely as Remainderman Trustee under Remainder Trust Agreement (1995-1), 201 3rd Street, 8th Floor, San Francisco, CA 94103.

Lessee #1: La Habra-Imperial, LLC, 17461 Derian Avenue, #106, Irvine, CA 92614.

Lessee #2: Circuit City Stores West Coast, Inc., 9950 Mayland Drive, Richmond, VA 23233.

RECORDING REQUESTED BY:
Engineered Structures, Inc.

AND WHEN RECORDED MAIL TO:
Engineered Structures, Inc.

12400 W. Overland Road
Boise, ID 83709

DOC # 2008-0618424
11/21/2008

Customer Copy Label
The paper to which this label is affixed has not been compared with the recorded document
Larry W Ward
County of Riverside
Assessor, County Clerk & Recorder

USE

## MECHANICS' LIEN

The undersigned, Engineered Structures, Inc. claimant, claims a mechanic's lien upon the following described real property: City of Palm Desert, County of Riverside, California, Circuit City, 34660 Monterey Avenue, Palm Desert, CA.

The sum of $828,383.12 together with interest thereon at the rate of 10.00 percent per annum from November 20, 2008, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: General contractor services-plumbing, electrical, sitework, interior & exterior. *labor and materials, etc.

Claimant furnished the work and/or materials at the request of, or under contract with: Circuit City, 9950 Mayland Drive, Richmond, VA 23233.

The owners and reputed owners of the property are: RJ Ventures, LLC, 1801 Avenue of the Stars, #920, Los Angeles, CA 90067 (owner), Circuit City Stores, Inc., 9950 Mayland Drive, Richmond, VA 23233 (lessee).

COPY

Firm Name: Engineered Structures, Inc.

By: _____
Angela Darling / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanic's lien; I have read said claim of mechanic's lien and know the contents thereof: the same is true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 20, 2008, at San Diego, California.

_____
Angela Darling / Authorized Agent

COPYRIGHT 1994, CONSTRUCTION NOTICE SERVICES, INC. (800)XXX-XXXX

**EXHIBIT "D"**
MOTION TO TERMINATE STAY

RECORDING REQUESTED BY:
Engineered Structures, Inc.

AND WHEN RECORDED MAIL TO:
Engineered Structures, Inc.

12400 W. Overland Road
Boise, ID 83709



11/24/08
Has n(
Origin    20082074055
processing has been completed
LOS ANGELES COUNTY REGISTRAR - RECORDER

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANICS' LIEN

The undersigned, Engineered Structures, Inc. claimant, claims a mechanic's lien upon the following described real property: City of Santa Clarita, County of Los Angeles, California, "Circuit City" at The Plaza at Golden Valley, 19037 Golden Valley Road, Santa Clarita, CA.

The sum of $753,620.93 together with interest thereon at the rate of 10.00 percent per annum from November 21, 2008, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: General contractor services/plumbing, electrical, site work, interior & ***.
***exterior, labor and materials
Claimant furnished the work and/or materials at the request of, or under contract with: Circuit City, 9950 Mayland Drive, Richmond, VA 23233.

The owners and reputed owners of the property are: GMS Golden Valley Ranch, LLC, 5973 Avenida Encinas, #300, Carlsbad, CA 92008 (owner), Circuit City, 9950 Mayland Drive, Richmond, VA 23233 (lessee).

COPY

Firm Name: Engineered Structures, Inc.

By: _____
Danielle Olivas / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanic's lien: I have read said claim of mechanic's lien and know the contents thereof; the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 21, 2008, at San Diego, California.

_____
Danielle Olivas / Authorized Agent

COPYRIGHT 1994, CONSTRUCTION NOTICE SERVICES, INC. (800)369-5890

EXHIBIT "E"
MOTION TO TERMINATE STAY