**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.* ) | Case Nos. 08-35653-KRH |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**NOTICE OF HEARING AND NOTICE OF
<u>MOTION FOR FILING EXHIBITS UNDER SEAL</u>**

NOTICE IS HEREBY GIVEN that Alliance Entertainment, LLC ("Alliance") and Source Interlink Media, LLC ("SIM") (together, Alliance and SMC are the "Movants") have filed in this case a Motion for Filing Exhibits Under Seal (the "Motion"). Pursuant to the Motion, the Movants seek entry of an order prohibiting the disclosure of their confidential business and pricing terms to any person or entity and authorizing that the Exhibits filed by Alliance and SIM with their 503(b)(9) Claims be deemed "filed under seal".

**Your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

The Motion may be inspected by any interested party at the office of the Clerk, United States Bankruptcy Court for the Eastern District of Virginia – Richmond Division, 701 East Broad Street, Richmond, VA 23219, during normal business hours, or obtained by requesting a copy thereof from the Movants.

If you do not wish the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

1. File a written response explaining your position with the Clerk of the United States Bankruptcy Court, 701 East Broad Street, Richmond, VA 23219 by **, January 9, 2009**, and shall serve a copy consistent with the Order Establishing Certain Notice, Case Management, and Administrative Procedures, and on the following:

Bradford F. Englander
Virginia Bar No. 36221
Brian M. Nestor
Virginia Bar No. 77133
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814
Telephone: (301) 961-5125
Telecopier: (301) 654-2801
e-mail:benglander@linowes-law.com

Counsel for Alliance Entertainment, LLC
and Source Interlink Media, LLC

| | |
|---|---|
| Bradford F. Englander | W. Clarkson McDow, Jr. |
| Brian M. Nestor | Office of the U. S. Trustee |
| LINOWES AND BLOCHER LLP | 701 E. Broad St., Suite 4304 |
| 7200 Wisconsin Avenue, Suite 800 | Richmond, VA 23219 |
| Bethesda, MD 20814 | |

2. Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed and served by **January 9, 2009,** the Court may deem opposition waived, treat the agreement as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response to the Court for filing, you must mail it early enough so the court will receive it on or before **January 9, 2009**.

3. Attend a hearing on the Motion scheduled for **January 16, 2009 at 10:00 a.m.** at the United States Bankruptcy Court, Room 500, 701 East Broad Street, Richmond, VA 23219**.**

If you have any questions concerning this Notice or desire additional information with respect to the matter referred to herein, please contact the undersigned attorney.

Dated:  December 17, 2008                        Respectfully submitted,

                                LINOWES AND BLOCHER LLP

                                /s/ Bradford F. Englander
                                Bradford F. Englander
                                Virginia Bar No. 36221
                                Brian M. Nestor
                                Virginia Bar No. 77133
                                7200 Wisconsin Avenue, Suite 800
                                Bethesda, Maryland  20814
                                Telephone: (301) 961-5125
                                Telecopier: (301) 654-2801
                                e-mail:benglander@linowes-law.com

                                Counsel for Alliance Entertainment, LLC and
                                Source Interlink Media, LLC

L&B 1101487v1/11526.0001

2