# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.* ) | Case Nos. 08-35653-KRH |
| ) | Jointly Administered |
| Debtors. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2008, I caused copies of the Notice of Hearing and Notice of Motion for Filing Exhibits Under Seal to be served via electronic mail to the parties on the service list attached hereto as Exhibit "A" and via first class United States mail, postage prepaid, to the parties on the service list attached hereto as Exhibit "B."

Dated: December 17, 2008              Respectfully submitted,

LINOWES AND BLOCHER LLP

/s/ Bradford F. Englander
Bradford F. Englander
Virginia Bar No. 36221
Brian M. Nestor
Virginia Bar No. 77133
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814
Telephone: (301) 961-5125
Telecopier: (301) 654-2801
e-mail:benglander@linowes-law.com

Counsel for Alliance Entertainment, LLC and
Source Interlink Media, LLC

**EXHIBIT A**

jgold@akingump.com; mhouse@akingump.com; ken.coleman@allenovery.com; Aconway@taubman.com; brown.timothy@arentfox.com; dowd.mary@arentfox.com; giaimo.christopher@arentfox.com; dladdin@agg.com; frank.white@agg.com; citizens.services@lps.state.nj.us; jleonard@balljanik.com; cgp@ballardspahr.com; chotvacsc@ballardspahr.com; pollack@ballardspahr.com; meyers@ballardspahr.com; silvermanj@ballardspahr.com; Mweitzman@beankinney.com; ernie.park@bewleylaw.com; michael@bindermalter.com; julie@bindermalter.com; Kelbon, Regina; Lucian, John; wcasterlinejr@bklawva.com; jroot@bklawva.com; borgeslawfirm@aol.com; Trey.Wood@bgllp.com; kjohnson@bricker.com; abeckham@bricker.com; dludman@brownconnery.com; cchiang@buchalter.com; rweinstein@cusa.canon.com; dspiro@cantorarkema.com; nmccullagh@cantorarkema.com; jlamoureux@carltonfields.com; lawcarroll@aol.com; aepps@cblaw.com; mmueller@cblaw.com; jmclemore@cblaw.com; njames@cblaw.com; aciardi@ciardilaw.com; tbielli@ciardilaw.com; ddean@coleschotz.com; kbifferato@cblh.com; cthompson@cblh.com; mpark@cblh.com; ddhopper@chlhf.com; kleinergs@cooley.com; jim@coreproperties.com; jbressi@coxcastle.com; aschmitt@culbert-schmitt.com; ecotton@ddrc.com; anne.braucher@dlapiper.com; timothy.brink@dlapiper.com; rock@donahue.com; ehandler@donahue.com; Peter@dntpc.com; nontrustee@dntpc.com; DiMassa@duanemorris.com; MEHoffman@duanemorris.com; rterry@durrettebradshaw.com; jsmith@durrettebradshaw.com; egunn@durrettebradshaw.com; louis.benza@empireblue.com; Lee.Sudakoff@eassets.com; gay@epius.com; mkogan@ecjlaw.com; ppascuzzi@ffwplaw.com; hbaer@fdh.com; alstc@foster.com; acole@fandpnet.com; efriedman@friedumspring.com; dave@glassandreynolds.com; sjt@goodwingoodwin.com; clynch@goulstonstorrs.com; pbilowz@goulstonstorrs.com; jkrieger@ggfirm.com; AnsellD@GTLaw.com; bermanH@gtlaw.com; jfriedman@hkemlaw.com; bill.ray@hamiltonbeach.com; prubin@herrick.com; lhilton@hewittoneil.com; jdoran@haslaw.com; mfalzone@hf-law.com; sdelacruz@hf-law.com; Ggraber@HodgsonRuss.com; skipnis@hgg.com; rgreenberger@hgg.com; nmalito@hgg.com; richard.lear@hklaw.com; sdrucker@honigman.com; akeith@honigman.com; backerly@hunton.com; jrsmith@hunton.com; hlong@hunton.com; ecrupi@hunton.com; mheld@hunton.com; rwestermann@hunton.com; dcox@jackscamp.com; jmatteo@jackscamp.com; hyazicioglu@jaspanllp.com; dpoitras@jmbm.com; johnolaw@gmail.com; jbellman@jonesday.com; bjberlin@jonesday.com; slshadmand@jonesday.com; eric.rusnak@klgates.com; marc.barreca@klgates.com; bankruptcyecf@klgates.com; snewman@katskykorins.com; brian.huben@kattenlaw.com; dustin.branch@kattenlaw.com; thomas.leanse@kattenlaw.com; pkcampsen@kaufcan.com; KDWBankruptcyDepartment@kelleydrye.com; wbroscious@kbbplc.com; jpardo@kslaw.com; thadwilson@kslaw.com; hdawson@kkgpc.com; mtuchin@ktbslaw.com; jkurtzma@klehr.com; acichello@kb-law.com; tah@kompc.com; dmb@kompc.com; michael.condyles@kutakrock.com; loc.pfeiffer@kutakrock.com; peter.barrett@kutakrock.com; ilandsberg@lm-lawyers.com; josef.athanas@lw.com; sheehan@txschoollaw.com; rkbgwhw@aol.com; abramowitz@larypc.com; sleach@ltblaw.com; msarata@ltblaw.com; Bruce.Matson@leclairryan.com; skleh@lehnardt-law.com; jeremy.friedberg@llff.com; gordon.young@llff.com; lstopol@levystopol.com; sam.oh@limruger.com; sanantonio.bankruptcy@publicans.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; Englander, Bradford F. - BFE; Nestor, Brian M. - BMN; lpostic@mindspring.com; aarusso@mindspring.com; Belkys.Escobar@loudoun.gov; vdagostino@lowenstein.com; mstiebel@mrglaw.com; taxcol@co.madison.al.us; swells@co.madison.al.us; cmagee@mfgs.com; jcharboneau@mfgs.com; lkouts@magruderpc.com; cfarley@mccarter.com; aabreu@mccarter.com; mreed@mvbalaw.com; graicht@mwe.com; kpalmer@mwe.com; molden@mhalaw.com; acampbell@mhalaw.com; sthompson@mhalaw.com; jmcjunkin@mckennalong.com; jmcjunkin@mckennalong.com; dfolds@mckennalong.com; knewman@menterlaw.com; phil.baxa@mercertrigiani.com; msawyer@stopandshop.com; michellel@taxcollector.com; michellel@taxcollector.com; senica@millercanfield.com; edvaecf@dor.mo.gov; batteberry@mdea.com; Andrew.Herenstein@monarchlp.com; davidwheeler@mvalaw.com; nherman@morganlewis.com; dhd@nqgrg.com; msage@omm.com; kzeldman@omm.com; bonnieholly@polktaxes.com;

tbortz@state.pa.us; mfox@olshanlaw.com; flevy@olshanlaw.com; Rbattaglia@obht.com; sstengel@orrick.com; jguy@orrick.com; jdacks@osler.com; mwasserman@osler.com; tbryan@pattonboggs.com; anoskow@pattonboggs.com; eagle.sara@pbgc.gov; efile@pbgc.gov; arlbank@pbfcm.com; ebanda@pbfcm.com; yhumphrey@pbfcm.com; sws@pgslaw.com; sla@pgslaw.com; terri.roberts@pcao.pima.gov; german.yusufov@pcao.pima.gov; rsomma@pbl.com; lotenti@pbl.com; wcrenshaw@pogolaw.com; gpk@procopio.com; bsirower@quarles.com; lwinkelm@quarles.com; cguastel@quarles.com; cguastel@quarles.com; fbf@quarles.com; ccombest@quarles.com; jbrom@querrey.com; mfmcgrath@ravichmeyer.com; claims@recoverycorp.com; catherinestrauss@regencycenters.com; Dberman@riemerlaw.com; fbr@robinsonbrog.com; dkappler@rdwlawcorp.com; romero@mromerolawfirm.com; rtucker@simon.com; jvlombardi@rossbanks.com; naw@saiber.com; ppearl@sandsanderson.com; lhudson@sandsanderson.com; bgray@sandsanderson.com; tebel@sandsanderson.com; cbelmonte@ssbb.com; pbosswick@ssbb.com; asnow@ssbb.com; ealtice@saul.com; jryan@saul.com; lburnat@swfllp.com; chord@swfllp.com; michael.cook@srz.com; david.hillman@srz.com; meghan.breen@srz.com; jhughes@seyfarth.com; rpetcher@seyfarth.com; rdremluk@seyfarth.com; wfactor@seyfarth.com; smetz@srgpe.com; abrumby@shutts.com; abrumby@shutts.com; rhicks@shutts.com; bhall@sgrlaw.com; marion.hughes@smithmoorelaw.com; lloyd.sarakin@am.sony.com; pr@southwindsltd.com; eobrien@sbchlaw.com; sja@stevenslee.com; jdibble@stinson.com; mark@stromberglawfirm.com; egoldberg@stutman.com; jgraham@taftlaw.com; mark@taxva.com; bk-mbrowning@oag.state.tx.us; rdavis@cafarocompany.com; dgreer@davidgreerlaw.com; admin@meiburgerlaw.com; tking@kech.com; mlynch2@travelers.com; sherrill-beards@sec.gov; dhawkins@velaw.com; bwallander@velaw.com; adegeyter@velaw.com; angelique.electra@vonage.com

## **EXHIBIT B**

|  | 12/17/08 Circuit City Mailing |
|---|---|
| 1. | Attorney General of the U.S.<br>c/o Richard F. Stein<br>Counsel for the United States<br>Main Justice Building, Room 5111<br>10th St. and Constitution Ave., NW<br>Washington, DC  20530 |
| 2. | Attorney General of the U.S.<br>c/o Robert P. McIntosh<br>Counsel for the United States<br>Main Justice Building, Room 5111<br>10th St. and Constitution Ave., NW<br>Washington, DC  20530 |
| 3. | Attorney General of the U.S.<br>c/o Robert Coulter<br>Counsel for the United States<br>Main Justice Building, Room 5111<br>10th St. and Constitution Ave., NW<br>Washington, DC  20530 |
| 4. | Baker & Hostetler, LLP<br>Counsel for UrbanCal Oakland II, LLC<br>c/o P. Johnson and L. Gee<br>1000 Louisiana, Suite 2000<br>Houston, TX  77002 |
| 5. | Bernstein Law Firm, PC<br>Counsel for Duquesne Light Co.<br>Stacey Suncine, Esq.<br>Ste 2200 Gulf Tower<br>Pittsburgh, PA  15219 |
| 6. | Browen Price<br>Counsel for 13630 Victory Boulevard LLC<br>Gail B. Price, Esq.<br>2600 Mission St., Suite 206<br>San Marino, CA  91108 |
| 7. | Chatham County Tax Commissioner<br>Daniel t. Powers<br>PO BOX 8321<br>Savannah, GA  31412 |
| 8. | Eaton Corporation<br>David J. Persichetti<br>Eaton Center<br>1111 Superior Ave.<br>Cleveland, OH  44114-2584 |

|     | 12/17/08 Circuit City Mailing |
| --- | --- |
| 9.  | IBM Corpration<br>Counsel for IBM Corpration; InfoPrint Solutions Co.<br>Vicky Namken<br>13800 Diplomat Drive<br>Dallas, TX  75234 |
| 10. | Locke Lord Bissell & Liddell LLP<br>Counsel for Home Depot USA, Inc.<br>Elizabeth C. Freement<br>600 Travis St., Suite 3400<br>Houston, TX  77002 |
| 11. | Locke Lord Bissell & Liddel LLP<br>Counsel for Parago, Inc.; Home Depot USA, Inc.<br>Thomas Yoxall; Thomas Connop; Melissa Hayward<br>2200 Ross Ave., Suite 2200<br>Dallas, TX  75201 |
| 12. | Oklahoma County Treasurer<br>Tammy Jones Pro Se<br>320 Robert S. Kerr, Rm. 307<br>Oklahoma City, OK  73102 |
| 13. | Panattoni Law Firm<br>Frederick Albert<br>34 Tesla, Suite 100<br>Irvine, CA  92618 |
| 14. | Pasadena Independent School District<br>Dexter D. Joyner<br>4701 Preston Ave.<br>Pasadena, TX  77505 |
| 15. | Sands Anderson Marks & Miller<br>Counsel for Monument Consulting, LLC<br>Wm. Gray, Esq. and C. Thos. Ebel, Esq.<br>801 E. Main St., Suite 1800<br>PO BOX 1998<br>Richmond, VA  23218-1998 |
| 16. | Travelers<br>c/o Michael Lynch<br>Account Resolution<br>One Tower Square – 5MN<br>Hartford, CT  06183 |

L&B 1101852v1/11526.0001