| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in Possession

```
          IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653-KRH
et al.,                        :
                               :
             Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF AUCTION CANCELLATION**

PLEASE TAKE NOTICE that on December 11, 2008, the United States Bankruptcy Court for the Eastern District of Virginia entered the *Order Under 11 U.S.C. §§ 105, 363, And 365 (I) Approving Bidding And Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases For Closing Stores, (II) Setting Sale Hearing Date, And (III) Authorizing And Approving (A) Sale Of Certain Nonresidential Real Property Leases Free And Clear Of Liens, Claims, And Encumbrances, (B) Assumption And Assignment Of Certain Unexpired Nonresidential Real Property Leases, And (C) Lease Rejection Procedures* (the "Sale And Rejection Procedures Order "),

which tentatively scheduled an Auction for the assumption, assignment and sale of certain unexpired leases of non-residential real property for December 18, 2008.

    PLEASE TAKE FURTHER NOTICE that the Auction (as defined in the Sale And Rejection Procedures Order) has been CANCELLED.

Dated: December 17, 2008
      Richmond, Virginia

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
                Gregg M. Galardi, Esq.
                Ian S. Fredericks, Esq.
                P.O. Box 636
                Wilmington, Delaware 19899-0636
                (302) 651-3000

                - and -

                SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
                Chris L. Dickerson, Esq.
                333 West Wacker Drive
                Chicago, Illinois 60606
                (312) 407-0700

                - and -

                MCGUIREWOODS LLP

                /s/ Douglas M. Foley_____
                Dion W. Hayes (VSB No. 34304)
                Douglas Foley (VSB No. 34364)
                One James Center
                901 E. Cary Street
                Richmond, Virginia 23219
                (804) 775-1000

                Counsel for Debtors and Debtors in Possession