**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

**ORDER APPROVING ADMISSION PRO HAC VICE OF NICHOLAS M. MILLER**

This matter comes before the Court upon the Motion of Anne Braucher, requesting entry of an order approving the admission *pro hac vice* of Nicholas M. Miller of the firm of DLA Piper LLP (US), Chicago, Illinois, to represent the interests of *Manufacturers and Traders Trust Company, as Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February 1, 1993 and (II) the Collateral Trust Indenture from Secured Lease Finance Corporation II, dated February 24, 1994*, in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper, the Court

ORDERS that Nicholas M. Miller be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

DATE:

_____
HON. KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

ENTERED ON DOCKET:

I ASK FOR THIS:

/s/ Anne Braucher
Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000

*Counsel for Manufacturers and Traders Trust Company,
as Trustee under (I) the Collateral Trust Indenture from
Bond Lease Corporation VI, dated February 1, 1993 and
(II) the Collateral Trust Indenture from Secured Lease Finance
Corporation II, dated February 24, 1994.*

## LOCAL RULE CERTIFICATION

I hereby certify that the foregoing has been endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Anne Braucher

**PARTIES TO RECEIVE COPIES**

Anne Braucher, Esq.
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004

Nicholas M. Miller, Esq.
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636