Mary A. House (Virginia Bar No. 66613)
Catherine E. Creely (Virginia Bar No. 74796)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:  202.887.4000
Facsimile:  202.887.4288

ATTORNEYS FOR CIM/BIRCH ST., INC.

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF VIRGINIA

# RICMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC. *et al.*, | § | CASE NO. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly Administered |

## ORDER GRANTING ADMISSION OF PATRICK J. IVIE *PRO HAC VICE*

Upon the Motion for Admission of Patrick J. Ivie *Pro Hac Vice* (the "Motion"), filed by Mary A. House of Akin Gump Strauss Hauer & Feld LLP, and the Court, having jurisdiction to consider the Motion, finding that due and sufficient notice having been given, and sufficient cause appearing, it is hereby

**ORDERED**, that, the Motion is granted; and it is further

**ORDERED**, that Patrick J. Ivie is permitted to appear *pro hac vice* in the above-captioned proceeding, in accordance with Local Bankruptcy Rule 2090-1(E)(2).

_____
UNITED STATES BANKRUPTCY JUDGE
FOR THE EASTERN DISTRICT OF VIRGINIA

WE ASKED FOR THIS:

AKIN GUMP STRAUSS HAUER & FELD LLP

By: ___/s/ *Mary A. House*_____
Mary A. House (Virginia Bar No. 66613)
Catherine E. Creely (Virginia Bar No. 74796)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

ATTORNEYS FOR CIM/BIRCH ST., INC.

## *LOCAL BANKRUPTCY RULE* 9022-1 CERTIFICATION

Pursuant to Local Bankruptcy Rule 9022-1 (C), I hereby certify that the forgoing proposed Order has been endorsed by or served upon all necessary parties.

_____/s/ *Mary A. House*_____