**EXHIBIT A**

| | |
|---|---|
| Philip C. Baxa, Esquire - VSB No. 22977 | Stephen W. Spence, Esquire P.A. |
| Mercer Trigiani, LLP | Phillips, Goldman & Spence, P.A. |
| 16 South Second Street | 1200 North Broom Street |
| Richmond, VA 23219 | Wilmington, DE 19806 |
| Phone: 804.782.8691 | Phone: 302.655.4200 |
| Fax:   804.644.0209 | Fax:   302.655.4210 |
| phil.baxa@mercertrigiani.com | sws@pgslaw.com |
| | Attorneys for Dicker-Warmington Properties, LP |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | ) | Case No. 08-35653 |
| | ) | Jointly Administered |
| Debtors. | ) | Reference Docket No. 431 |
| | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 (E) (2)**

THIS MATTER having come before the court upon the Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1 (E) (2) ("the Motion") of Philip C. Baxa, partner with the law firm of MercerTrigiani, LLP, for the admission *pro hac vice* of Stephen W. Spence, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2), (iii) the relief

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

requested in the Motion is in the best interests of the Debtors, their estates, and their creditors, (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the grafting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion.  Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. Stephen W. Spence is permitted to appear *pro hac vice* as counsel to Dicker-Warmington, a California Limited Partnership in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1 (E)(2).

Dated: Richmond, Virginia
December 18, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Philip C. Baxa
PHILIP C. BAXA, ESQUIRE - VSB No. 22977
MERCER TRIGIANI, LLP
16 South Second Street
Richmond, VA 23219
Phone: 804.344.1504
Fax:    804.783-6507
phil.baxa@mercertrigiani.com
Local Counsel for Dicker-Warmington Properties, LP

### LOCAL BANKRUPTCY RULE 9022-1 (C) CERTIFICATION

I hereby certify that notice of Dicker-Warmington Properties, LP's intent to seek entry of the foregoing proposed order was provided to the parties identified in the Motion and a copy of this proposed Order was provided to the Office of the United States Trustee for the Eastern District of Virginia prior to submission to this Court.

/s/ Philip C. Baxa
PHILIP C. BAXA, ESQUIRE

R0007671