IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CIRCUIT CITY STORES, INC., et al. | § § § | CASE NO. 08-35653-KRH<br>Jointly Administered |
| DEBTORS. | § | CHAPTER 11 |

**MOTION TO APPEAR *PRO HAC VICE* PURSUANT
TO LOCAL BANKRUPTCY RULE 2090-1(E) (2)**

1. Alexander Jackins, a member in good standing of the bars of Virginia, and Washington DC, and admitted to practice before this Court, hereby moves this Court for entry of an Order permitting David C. Christian II, a partner with the law firm of Seyfarth Shaw LLP, to appear *pro hac vice*, before this Court on behalf of The Arboretum of South Barrington, Illinois ("The Arboretum"), pursuant to Local Bankruptcy Rule 2090-1(E)(2). In support thereof, Movant states as follows.

2. David C. Christian II is a non-resident of the Eastern District of Virginia, and is a member in good standing of the bars of the States of Illinois, Missouri and Kansas, the United States District Court for the Northern District of Illinois, and numerous other federal bankruptcy, district, and circuit courts. There are no disciplinary proceedings pending against Mr. Christian.

3. Movant shall serve as co-counsel with Mr. Christian in the bankruptcy case and related proceedings.

4. A copy of this motion has been served upon counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors and the Office of the United States Trustee for the Eastern District of Virginia.

DC1 30244458.1

5.	Pursuant to Local Rule 9013-1 (L), and because this motion does not present contested issues, Movant requests that the Court rule upon the motion without an oral hearing.

WHEREFORE, Movant respectfully requests that this Court enter an Order substantially in the form attached hereto permitting David C. Christian II to appear and be heard *pro hac vice* as counsel to The Arboretum, in the Debtors' chapter 11 bankruptcy cases and grant such other relief as necessary and appropriate.

Dated: December 18, 2008

SEYFARTH SHAW LLP

*By: /s/ Alexander Jackins*
Alexander Jackins (VSB #45501)
Counsel for The Arboretum of
South Barrington, LLC
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C.  20004
Telephone: (202) 463-2400
Facsimile:  (202) 828-5393
ajackins@seyfarth.com


and

*By: /s/ David C. Christian II*
David C. Christian II
Counsel for The Arboretum of
South Barrington, LLC
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone:  312-460-5000
Facsimile:  312-460-7000
dchristian@seyfarth.com

2

## CERTIFICATE OF SERVICE

I, Alexander Jackins, an attorney, hereby certify that on this 18th day of December, 2008, a copy of the foregoing, along with the attached Order was mailed, first-class, postage prepaid to:

Linda K. Myers, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601

Bruce Matson, Esq.
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia  23219

Gregg Galardi, Esq.
Chris L. Dickerson, Esq.
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware  19889

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219

Robert B. Van Arsdale, Esq.
Office of the US Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

David S. Berman, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts  02108

A copy was also served on all parties via the electronic case filing system.

*By: /s/ Alexander Jackins*
Alexander Jackins (VSB #45501)
Counsel for The Arboretum of
South Barrington, LLC
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C.  20004
Telephone: (202) 463-2400
Facsimile:  (202) 828-5393
ajackins@seyfarth.com

DC1 30244458.1

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CIRCUIT CITY STORES, INC., et al. | § § § | CASE NO. 08-35653-KRH
Jointly Administered |
| DEBTORS. | § | CHAPTER 11 |

**ORDER GRANTING ADMISSION *PRO HAC VICE***

Upon the Motion to Appear *Pro Hac Vice* (the "Motion"), and the representations by counsel Alexander Jackins that David C. Christian II is a practicing attorney in good standing in the State of Illinois; it is hereby

ORDERED that David C. Christian II may appear and practice *pro hac vice* in the above captioned bankruptcy cases and any related adversary litigation on behalf of The Arboretum of South Barrington, Illinois; and it is further

ORDERED, that the Motion is hereby GRANTED.

DATE:_____     _____
                                 UNITED STATES BANKRUPTCY JUDGE

DC1 30244458.1