Alexander Jackins (VSB #45501)
Rhett Petcher (VSB #65826)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 463-2400
ajackins@seyfarth.com
rpetcher@seyfarth.com

David C. Christian II (*Pro Hac Vice pending*)
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone: 312-460-5000
Facsimile: 312-460-7000
dchristian@seyfarth.com

Of Counsel
Robert W. Dremluk (RD 3109)
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5269
Facsimile: (212) 218-5526

*Counsel for Eatontown Commons Shipping Center;
Arboretum of South Barrington Shopping Center;
AmCap NorthPoint LLC; AmCap Arborland LLC; and
Engineered Structures, Inc.*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**AMENDED VERIFIED STATEMENT OF SEYFARTH SHAW LLP PURSUANT TO**

**RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Seyfarth Shaw LLP ("Seyfarth Shaw") hereby submits this verified statement (the "Verified Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019(a), and states as follows:

1. Seyfarth Shaw represents Eatontown Commons Shipping Center ("Eatontown"), Arboretum of South Barrington Shopping Center ("Arboretum"), AmCap NorthPoint LLC ("NorthPoint") and AmCap Arborland LLC ("Arborland"), contract parties and creditors (collectively, the "Landlords"), in the Chapter 11 cases of Circuit City Stores, Inc. and its subsidiaries (collectively, the "Debtors"), with respect to, among other things and without limitation, lease agreements entered into by and between the Landlords and the Debtors. The Landlords are in the process of ascertaining amounts owed to them by the Debtors, which may include, among other things and without limitation, claims for rent and other items related to the pre-petition period, rejection damages (to the extent there is a lease that is rejected) and administrative expenses.

2. Seyfarth Shaw also represents Engineered Structures, Inc. ("ESI") with respect to construction contracts between ESI and the Debtors as well as mechanic's liens resulting from those contracts. ESI is in the process of ascertaining amounts owed to them by the Debtors, which may include amounts owed under the construction contracts, plus interest and other amounts relating to the pre-petition period.

3. Eatontown has an address at One Step Up Ltd., 1412 Broadway, 3rd Floor, New York, New York 10018; Arboretum has an address at The Jaffee Companies, 400 Skokie Boulevard, Suite 405, Northbrook, Illinois 60062; NorthPoint has an address at AmCap Incorporated, 1281 East Main Street, Stamford, Connecticut 06902; and Arborland has an

address at AmCap Incorporated, 1281 East Main Street, Stamford, Connecticut 06902. ESI has an address at Engineered Structures, Inc., 12400 West Overland Road, Boise, Idaho 83709

4. Seyfarth Shaw has fully advised the clients with respect to this concurrent representation. Each of the clients has agreed to such representation and has requested that Seyfarth Shaw represent them in these cases.

5. These are separate representations. They are not under, or in connection with the firm's clients acting together pursuant to, a deposit agreement, proxy, or committee agreement. Seyfarth Shaw in the future may undertake other engagements.

6. As of the date hereof, Seyfarth Shaw does not hold any claims against, or hold any interest in, the Debtors.

7. Seyfarth Shaw expressly reserves the right to supplement or amend this statement. The addresses provided above or solely for informational purposes only and for purposes of this Rule 2019 statement and as a result of being included herein should not be considered addresses for purposes of serving any documents related to the Debtors.

8. By filing this statement, none of the above Creditors or Seyfarth Shaw submits to the jurisdiction of the Court for any purpose, other than for the purpose of making the representations set forth in this statement.

9. Any claims referenced in this statement are approximations only. Each of the Creditors expressly reserve all of their rights notwithstanding anything herein, including, without limitation, their right to file proofs of claim in these cases, to seek allowance and payment of administrative expenses, and to seek any other relief to which they are entitled, even if such relief is not referenced herein

10. The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief.

3

Dated: December 18, 2008

                                          SEYFARTH SHAW LLP

*By: /s/ Alexander Jackins*
Alexander Jackins (VSB #45501)
Rhett Petcher (VSB #65826)
David C. Christian II (*Pro Hac Vice Pending*)
Counsel for Eatontown Commons Shipping Center;
Arboretum of South Barrington Shopping Center;
AmCap NorthPoint LLC; AmCap Arborland LLC;
and Engineered Structures, Inc.
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C.  20004
Telephone: (202) 463-2400
Facsimile:  (202) 828-5393
ajackins@seyfarth.com
rpetcher@seyfarth.com
dchristian@seyfarth.com

Of Counsel
Robert W. Dremluk
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Tel: (212) 218-5500
Fax: (212) 218-5526
Email: rdremluk@seyfarth.com

## CERTIFICATE OF SERVICE

I, Alexander Jackins, an attorney, hereby certify that on this 18th day of December, 2008, a copy of the foregoing, along with the attached Order was mailed, first-class, postage prepaid to:

Linda K. Myers, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601

Bruce Matson, Esq.
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia  23219

Gregg Galardi, Esq.
Chris L. Dickerson, Esq.
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware  19889

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219

Robert B. Van Arsdale, Esq.
Office of the US Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

David S. Berman, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts  02108

A copy was also served on all parties via the electronic case filing system.

*By: /s/ Alexander Jackins*
Alexander Jackins (VSB #45501)
Counsel for The Arboretum of
South Barrington, LLC
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C.  20004
Telephone: (202) 463-2400
Facsimile:  (202) 828-5393
ajackins@seyfarth.com

5