Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1089

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - -x
In re:                         :   Chapter 11
                               :
Circuit City Stores, Inc.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
           Debtors.            :   Jointly Administered
- - - - - - - - - - - - - - - -x

**AMENDED ORDER GRANTING IN PART AND DENYING IN PART MOTION OF SHOPPING.COM FOR (1) ADEQUATE ASSURANCE OF PAYMENT, (2) CONFIRMATION THAT ALL POST-PETITION SERVICES PROVIDED TO THE DEBTORS BY SHOPPING.COM SHALL BE TREATED AS ALLOWED ADMINISTRATIVE CLAIMS OR, ALTERNATIVELY (3) IN FAILING TO PROVIDE SUCH RELIEF, GRANTING SHOPPING.COM IMMEDIATE RELIEF FROM STAY TO CEASE PROVIDING ANY SERVICES TO DEBTORS.**

Upon the motion (the "Motion")[1] of Shopping.com for an order seeking (1) adequate assurance of payment, (2) confirmation that all post-petition services provided to the Debtors by Shopping.com would be treated as administrative claims or, alternatively (3) granting Shopping.com immediate relief from stay; and the Court having reviewed the Motion and the Debtors' objection thereto; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1.  The Motion is granted in part and denied in part as provided herein.

2.  Shopping.com's request for an adequate assurance of payment is denied.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

3. Shopping.com's request for immediate relief from the automatic stay is denied.

4. All Services (as that term is defined in the Motion) provided by Shopping.com after the Petition Date shall be entitled to and treated as allowed administrative priority expense claims pursuant to 11 U.S.C. §§ 503(b) and 507(a)(2) without the necessity of a further order from this Court.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:     Richmond, Virginia
           December __, 2008

_____
HONORABLE KEVIN R. HUENNEKENS

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

```
        - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1089
```

*Counsel to the Debtors and Debtors in Possession*

```
SEEN AND AGREED:


/s/ Jeffrey L. Cohen
Jeffrey L. Cohen, Esq.
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6218

        - and -

/s/ Michael A. Condyles
Michael A. Condyles (VSB No. 27807)
KUTAK ROCK LLP
1111 East Main Street, Suite 800
Richmond, Virginia 23219
(804) 644-1700
```

*Counsel to Shopping.com*

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

```
                                /s/ Douglas M. Foley
                                Douglas M. Foley
```

4