IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No.:    08-35653 |
| | ) | Jointly Administered |
| Debtors. | ) | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned, pursuant to Bankruptcy Code section 1109 and Federal Rules of Bankruptcy Procedure 2002 and 9010, hereby appears on behalf of Thirty & 141, L.P. ("Thirty & 141"), and requests that copies of all notices, pleadings and other papers filed and/or served in the above-referenced cases and any proceeding in such cases be served on Thirty & 141, address as follows:

> John E. Hilton (MO Bar No. 24790)
> Carmody MacDonald PC
> 120 S. Central, Suite 1800
> Clayton, Missouri 63105
> Telephone: 314-854-8600
> Facsimile: 314-854-8660
> Email: jeh@carmodymacdonald.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, notices, pleadings and any other papers relating to any application, complaint, demand, hearing, motion, order, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopy, or otherwise filed with regard to the above cases or proceedings therein.

{9033\00282\434178.DOC.}

CARMODY MACDONALD PC

/s/ John E. Hilton
John E. Hilton, (MO Bar No. 24790)
120 S. Central, Suite 1800
Clayton, Missouri 63105
Telephone: 314-854-8600
Facsimile: 314-854-8660
Email: jeh@carmodymacdonald.com

*Counsel for Thirty & 141, L.P.*

{9033\00282\434178.DOC.}

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2008, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served electronically or by First-Class Mail, postage prepaid, upon the persons listed below as well as upon the parties receiving notice via the Court's ECF system:

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
(302) 651-3000

Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Dr.
Chicago, IL 60606
(312) 407-0700

Dion W. Hayes
Douglas M. Foley
MCGUIREWOODS LLP
One James Center
901 E. Cary St.
Richmond, VA 23219
(804) 775-1000

/s/ John E. Hilton

{9033\00282\434178.DOC.}