## Exhibit A

**Motions Pursuant to 11 U.S.C. §§ 365(a) And 503(b) To Compel Allowance And Payment Of Post-Petition Rental Obligations As Administrative Expenses[1]**

**Organized By Movant[2]**

| | DOCKET NO. | MOVANT | STORE NO. | SUMMARY OF OBJECTION | RESOLUTION/RESPONSE |
|---|---|---|---|---|---|
| 1. | 565 | CCDC Marion Portfolio, LP ("CCDC") | Store 755 | • Demands rent for the entire month of November because the Debtors pay rent in arrears. | • The Debtors are working with CCDC to resolve this issue. To the extent it is not resolved, the Debtors will address the matter at the hearing. |
| | | | | • Demands payment of attorneys' fees. | • CCDC's request for attorneys' fees should be denied because CCDC has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments with respect to allowance and payment of CCDC's attorneys' fees. |
| 2. | 623 | Panattoni Development Company, Inc. ("Panattoni Denton") | Store 4247 | • Demands Stub Rent. | • This matter is going forward solely with respect to the timing of payment of Stub Rent. |
| | | | | • Demands December Rent. | • Resolved - The Debtors have paid Panattoni Denton December Rent. |

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.
[2] This chart reflects all motions entered on the docket and all resolutions as of December 17, 2008.

M

| | DOCKET NO. | MOVANT | STORE NO. | SUMMARY OF OBJECTION | RESOLUTION/RESPONSE |
|---|---|---|---|---|---|
| | | | | • Demands payment of attorneys' fees. | • Panattoni Denton's request for attorneys' fees should be denied because Panattoni Denton has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments with respect to allowance and payment of Panattoni Denton's attorneys' fees. |
| 3. | 627 | Ray Mucci's, Inc.<br>Route 146 Millbury LLC<br>Interstate Augusta Properties LLC<br>E&A Northeast LP<br>NPP Development LLC ("Ray") | Store 3862<br>Store 3602<br>Store 3648<br>Store 3599<br>Store 4271 | • Demands Stub Rent. | • This matter is going forward solely with respect to the timing of payment of Stub Rent. |
| | | | | • Demands payment of attorneys' fees. | • Ray's request for attorneys' fees should be denied because Ray has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments with respect to allowance and payment of Ray's attorneys' fees. |
| 4. | 630 | Panattoni Development Company, Inc. ("Panattoni Northglenn") | Store 4240 | • Demands Stub Rent. | • Resolved - The Debtors have paid Panattoni Northglenn Stub Rent. |
| | | | | • Demands December Rent. | • Resolved - The Debtors have paid Panattoni Northglenn December Rent. |

| | DOCKET NO. | MOVANT | STORE NO. | SUMMARY OF OBJECTION | RESOLUTION/RESPONSE |
|---|---|---|---|---|---|
| | | | | • Demands payment of attorneys' fees. | • Panattoni Northglenn's request for attorneys' fees should be denied because Panattoni Northglenn has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments with respect to allowance and payment of Panattoni Northglenn 's attorneys' fees. |
| 5. | 647 | Polaris Circuit City LLC ("Polaris") | Store 3572 | • Demands Stub Rent. | • This matter is going forward solely with respect to the timing of payment of Stub Rent. |
| | | | | • Demands December Rent. | • Resolved - The Debtors have paid Polaris December Rent. |
| | | | | • Demands payment of attorneys' fees. | • Polaris's request for attorneys' fees should be denied because Polaris has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments with respect to allowance and payment of Polaris's attorneys' fees. |
| 6. | 816 | Hayward 880 LLC ("Hayward") | Store 244 | • Demands Stub Rent. | • This matter will go forward at the hearing. |
| | | | | • Demands December Rent. | • Resolved - The Debtors have paid Hayward December Rent. |

| | **DOCKET NO.** | **MOVANT** | **STORE NO.** | **SUMMARY OF OBJECTION** | **RESOLUTION/RESPONSE** |
|---|---|---|---|---|---|
| | | | | • Demands payment of attorneys' fees. | • Hayward's request for attorneys' fees should be denied because Hayward has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments with respect to allowance and payment of Hayward's attorneys' fees. |
| 7. | 838 | Save Mart Supermarkets ("Save Mart") | Store 3306 | • Demands Stub Rent. | • This matter will go forward at the hearing. |
| | | | | • Demands payment of Stub Rent late charges. | • Save Mart's request for late charges should be denied because Save Mart has not established that it can recover late charges under the Bankruptcy Code and has otherwise not met its burden. The Debtors reserve any and all rights and arguments with respect to allowance and payment of late charges allegedly due to Save Mart. |
| | | | | • Demands payment of attorneys' fees. | • Save Mart's request for attorneys' fees should be denied because Save Mart has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments with Save Mart's attorneys' fees. |
| 8. | 875 | CC Investors 1997-4 LLC ("CC 1997") | Store 3343 | • Demands Stub Rent. | • This matter will go forward at the hearing. |

4

M

| | DOCKET NO. | MOVANT | STORE NO. | SUMMARY OF OBJECTION | RESOLUTION/RESPONSE |
|---|---|---|---|---|---|
| | | | | • Demands payment of attorneys' fees. | • CC 1997's request for attorneys' fees should be denied because CC 1997 has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments with respect to allowance and payment of CC 1997's attorneys' fees. |
| 9. | 879 | Triangle Equities Junction LLC ("Triangle") | Store 4323. | • Demands Stub Rent. | • Resolved. |
| | | | | • Demands December Rent. | • Resolved. |
| | | | | • Demands satisfaction of unpaid mechanics' liens. | • Resolved. |
| | | | | • Objects to Debtors' proposed cure amount. | • Resolved. |
| | | | | • Demands payment of attorneys' fees. | • Resolved. |
| 10. | 898 | CC Wichita Falls 98 Trust<br>CC Ridgeland 98 LLC<br>CC Philadelphia 98 LLC<br>CC Frederick 98 LLC<br>CC Countryside 98 LLC ("Lucknow") | Store 3262<br>Store 3521<br>Store 700<br>Store 3628<br>Store 4126 | • Demands Stub Rent. | • The Debtors are working with Lucknow to resolve this issue. To the extent it is not resolved, the Debtors will address the matter at the hearing. |
| | | | | • Demands payment of Stub Rent late charges. | • The Debtors are working with Lucknow to resolve this issue. To the extent it is not resolved, the Debtors will address the matter at the hearing. |
| | | | | • Demands postpetition rent, payable in arrears. | • Payment of postpetition is not yet due because the Debtors pay Lucknow in arrears. |

| | DOCKET NO. | MOVANT | STORE NO. | SUMMARY OF OBJECTION | RESOLUTION/RESPONSE |
|---|---|---|---|---|---|
| | | | | • Demands payment of attorneys' fees. | • Lucknow's request for attorneys' fees should be denied because Lucknow has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments Lucknow's attorneys' fees. |
| 11. | 901 | Annapolis Plaza LLC ("Annapolis") | Store 785 | • Demands Stub Rent. | • This matter will go forward at the hearing. |
| | | | | • Demands postpetition rent. | • The Debtors have paid Annapolis December Rent. |
| | | | | • Demands payment of attorneys' fees. | • Annapolis's request for attorneys' fees should be denied because Annapolis has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments Annapolis's attorneys' fees. |
| 12. | 945 | Baker Natick Promenade LLC<br>BPP Conn LLC<br>BPP Redding LLC<br>BPP VA LLC<br>BPP NY LLC<br>BPP OH LLC<br>BPP SC LLC<br>("BPP") | Store 4121<br>Store 3142<br>Store 3172<br>Store 1614<br>Store 3197<br>Store 3165<br>Store 1627 | • Demands Stub Rent. | • With respect to Stores 3172 and 3165, this matter is resolved because the Debtors have paid BPP Stub Rent.<br>• With respect to Stores 3142, 1614, 3197 and 1627, the Debtors are working with BPP to resolve this issue. To the extent it is not resolved, the Debtors will address the matter at the hearing.<br>• With respect to Store 4121, this matter will go forward at the hearing. |

6

M

| | DOCKET NO. | MOVANT | STORE NO. | SUMMARY OF OBJECTION | RESOLUTION/RESPONSE |
|---|---|---|---|---|---|
| | | | | • Demands December Rent. | • With respect to Stores 3142, 1614, 3197 and 1627, payment of December Rent is not yet due because the Debtors pay BPP in arrears.<br>• With respect to Stores 3172, 3165 and 4121, the Debtors have paid BPP December Rent. |
| | | | | • Demands payment of attorneys' fees. | • BPP's request for attorneys' fees should be denied because BPP has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments BPP's attorneys' fees. |
| 13. | 949 | 120 Orchard LLC<br>427 Orchard LLC<br>FT Orchard LLC<br>("Orchard") | Store 6791 | • Demands Stub Rent. | • This matter will go forward at the hearing. |
| | | | | • Demands payment of attorneys' fees. | • Orchard's request for attorneys' fees should be denied because Orchard has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments Orchard's attorneys' fees. |
| 14. | 960 | Burbank Mall Associates LLC ("Burbank") | Store 4305 | • Demands Stub Rent. | • This matter is going forward solely with respect to the timing of payment of Stub Rent. |
| | | | | • Demands December taxes. | • December taxes are not obligations the Debtors are required to pay under Bankruptcy Code section 365 at this time. |

7

M

| | DOCKET NO. | MOVANT | STORE NO. | SUMMARY OF OBJECTION | RESOLUTION/RESPONSE |
|---|---|---|---|---|---|
| | | | | • Demands payment of attorneys' fees. | • Burbank's request for attorneys' fees should be denied because Burbank has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments Burbank's attorneys' fees. |
| 15. | 969 | McAlister Square Partners Ltd. ("McAlister") | Store 4338 | • Demands Stub Rent. | • The Debtors are working with McAlister to resolve this issue. To the extent it is not resolved, the Debtors will address the matter at the hearing. |
| | | | | • Demands December Rent, which is payable in arrears. | • Payment of December Rent is not yet due because the Debtors pay McAlister in arrears. |
| | | | | • Demands payment of attorneys' fees. | • McAlister's request for attorneys' fees should be denied because McAlister has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments McAlister's attorneys' fees. |
| 16. | 971 | Amherst VF LLC<br>East Brunswick VF LLC<br>Vornado Gun Hill Road LLC<br>North Plainfield VF LLC<br>Alexander's Rego Park Center Inc.<br>Towson VF LLC<br>Green Acres Mall LLC<br>Wayne VF LLC<br>VNO Mundy Street LLC<br>VNO Tru Dale Mabry LLC ("VF") | Store 3152<br>Store 3669<br>Store 3778<br>Store 4133<br>Store 3686<br>Store 4134<br>Store 3694<br>Store 3695<br>Store 4106<br>Store 857 | • Demands Stub Rent. | • With respect to Store 3778, this matter has been resolved because the Debtors have paid VF Stub Rent.<br>• With respect to Stores 3152, 3669, 3686, 4133, 4134, 3694, 3695, 4106 and 857, this matter will go forward at the hearing. |

8

M

|  | DOCKET NO. | MOVANT | STORE NO. | SUMMARY OF OBJECTION | RESOLUTION/RESPONSE |
|---|---|---|---|---|---|
|  |  |  |  | • Demands December Rent. | • Resolved - The Debtors have paid VF December Rent. |
|  |  |  |  | • Demands payment of attorneys' fees. | • VF's request for attorneys' fees should be denied because VF has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments VF's attorneys' fees. |
| 17. | 975 | Cole CC Groveland FL LLC Cole CC Aurora CO LLC ("Cole") | Store 775 Store 3344 | • Demands Stub Rent. | • The Debtors are working with Cole to resolve this issue. To the extent it is not resolved, the Debtors will address the matter at the hearing. |
|  |  |  |  | • Demands interest accrued on Stub Rent | • Cole's request for interest on Stub Rent should be denied because Cole has not established that it can recover interest under the Bankruptcy Code and has otherwise not met its burden. The Debtors reserve any and all rights and arguments with respect to allowance and payment of interest to Cole. |
|  |  |  |  | • Request an administrative claim equal to unpaid postpetition rental obligations. | • The Debtors will address this request at the hearing. |
|  |  |  |  | • Request immediate surrender of the Premises and vacating of stay if Debtors fail to make monthly rental payments. | • Cole's sole remedy is to compel assumption or rejection under Bankruptcy Code section 365. Such relief is not warranted at this stage of the case. |
| 18. | 977 | Colonial Heights Holding LLC ("Colonial") | Store 3196 | • Demands Stub Rent. | • The Debtors are working with Colonial to resolve this issue. To the extent it is not resolved, the Debtors will address the matter at the hearing. |
|  |  |  |  | • Demands postpetition rent, which is payable in arrears. | • Payment of postpetition rent is not yet due because the Debtors pay Colonial in arrears. |

|     | **DOCKET NO.** | **MOVANT** | **STORE NO.** | **SUMMARY OF OBJECTION** | **RESOLUTION/RESPONSE** |
| --- | --- | --- | --- | --- | --- |
|     |     |     |     | • Demands payment of attorneys' fees. | • Colonial's request for attorneys' fees should be denied because Colonial has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments Colonial's attorneys' fees. |
| 19. | 980 | CIM/Birch St. Inc. ("CIM") | Store 401 | • Demands Stub Rent. | • This matter will go forward at the hearing. |
|     |     |     |     | • Demands postpetition rent. | • Resolved - The Debtors have paid CIM December Rent. |
|     |     |     |     | • Demands payment of attorneys' fees. | • CIM's request for attorneys' fees should be denied because CIM has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments CIM's attorneys' fees. |
| 20. | 983 | Principal Life Insurance Co. ("Principal") | Store 4120 Store 4101 Store 3347 | • Demands rent for the entire month of November because the Debtors pay rent in arrears. | • The Debtors are working with Principal to resolve this issue. To the extent it is not resolved, the Debtors will address the matter at the hearing. |
|     |     |     |     | • Demands late charges and interest on November rent. | • Principal's request for late charges and interest should be denied because Principal has not established that it can recover late charges under the Bankruptcy Code and has otherwise not met its burden. The Debtors reserve any and all rights and arguments with respect to allowance and payment of late charges and interest allegedly due to Principal. |
|     |     |     |     | • Demands postpetition rent, which is payable in arrears. | • Payment of postpetition rent is not yet due because the Debtors pay Principal in arrears. |

10

M

| | DOCKET NO. | MOVANT | STORE NO. | SUMMARY OF OBJECTION | RESOLUTION/RESPONSE |
|---|---|---|---|---|---|
| | | | | • Demands payment of attorneys' fees. | • Principal's request for attorneys' fees should be denied because Principal has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments Principal's attorneys' fees. |
| 21. | 984 | Pratt Center LLC Valley Corners Shopping Center LLC ("Pratt") | Store 4307 Store 589 | • Demands Stub Rent. | • This matter will go forward at the hearing. |
| | | | | • Demands postpetition rent. | • Resolved - The Debtors have paid Pratt December Rent. |
| | | | | • Demands payment of attorneys' fees. | • Pratt's request for attorneys' fees should be denied because Pratt has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments Pratt's attorneys' fees. |
| 22. | 1025 | Port Arthur Holdings III Ltd. ("Port") | Store 3854 | • Demands Stub Rent. | • This matter will go forward at the hearing. |
| | | | | • Demands payment of attorneys' fees. | • Port's request for attorneys' fees should be denied because Port has not established that it can recover attorneys' fees under the lease or the Bankruptcy Code and has not met its burden as to amount or reasonableness of such fees. The Debtors reserve any and all rights and arguments Port's attorneys' fees. |