IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
In re:                                      :        Chapter 11
                                            :
CIRCUIT CITY STORES, INC., et al.,          :        Case No. 08-35653-KRH
                                            :        Jointly Administered
            Debtors.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MOTION OF AUGUSTUS C. EPPS, JR. FOR AN ORDER
AUTHORIZING JENNIFER L. RANDO TO APPEAR *PRO HAC VICE*
PURSUANT TO LOCAL BANKRUPTCY RULES 2090-1(E)(2)**

Augustus C. Epps, Jr., (the "Movant"), a member in good standing of the Bar of

the Commonwealth of Virginia, an attorney duly admitted to practice before the United States

Bankruptcy Court for the Eastern District of Virginia (the "Court"), and a partner with Christian

& Barton, LLP, hereby moves this Court to enter an order authorizing Jennifer L. Rando, an

associate of the law firm of Hodgson Russ LLP, to appear *pro hac vice* before this Court to

represent Manufacturers and Traders Trust Company, as Trustee ("M&T") in the above-

captioned chapter 11 bankruptcy cases pursuant to Rule 2090-1(E)(2) of the Local Bankruptcy

Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local

Bankruptcy Rules").  In support of the Motion, the Movant states as follows:

_____

Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112

Local Counsel to Manufacturers & Traders
Trust Company, as Trustee

1.    Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2.    Jennifer L. Rando is an associate in the Bankruptcy, Restructuring and Commercial Litigation Group of the law firm, Hodgson Russ, LLP, resident in its New York, New York office and has practiced regularly before the United States Bankruptcy Courts for the Eastern and Southern districts of New York.

3.    Ms. Rando is admitted, practicing, and in good standing as a member of the bars of the states of New York and Connecticut and the United States District Court and the United States Bankruptcy Court for the Eastern and Southern Districts of New York.  Ms. Rando has been practicing law since 2003.  There are no disciplinary proceedings pending against her.

4.    Movant requests that this Court authorize Ms. Rando to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in these chapter 11 cases and any related proceedings on behalf of M&T.  Movant and Christian & Barton, LLP will serve as local counsel with Ms. Rando in these proceedings.

### Waiver of Memorandum of Law

5.    There are no novel issues of law presented in this Motion, and the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law pursuant to Local Bankruptcy Rule 9013-1(G).

2

**No Prior Request**

6.      No prior request for the relief sought herein has been made to this Court in these bankruptcy cases or to any other court.

**Notice**

7.      Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) counsel for the Debtors, (c) counsel for the Official Committee of Unsecured Creditors, and (d) all persons receiving electronic notice in these chapter 11 cases.

**WHEREFORE**, Movant respectfully requests that this Court enter an order, (a) authorizing Jennifer L. Rando to appear *pro hac vice* in association with the Movant on behalf of M&T in connection with the above-captioned chapter 11 cases and (b) granting such other and further relief as is just and proper.

Dated:  December 18, 2008
          Richmond, Virginia

Respectfully submitted

  /s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr. (VSB No. 13254)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia  23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112
Email:  aepps@cblaw.com

*Local Counsel for Manufacturers & Traders*
*Trust Company, as Trustee*

3

<u>**Certificate of Service**</u>

I certify that on December 18, 2008, a true and correct copy of the foregoing

**Motion of Augustus C. Epps, Jr. for an Order Authorizing Jennifer L. Rando to Appear**

***Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(e)(2)** was served on all persons

receiving electronic notice in these cases and by first-class, U. S. mail to the following:

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
*Counsel for Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P. O. Box 636
Wilmington, DE  19899-0636
*Counsel for Debtors*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Counsel for the Committee*

Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Bvd, 11th Floor
Los Angeles, CA 90067-4100
*Counsel for the Committee*

   /s/ Augustus C. Epps, Jr.    
Augustus C. Epps, Jr.

915932.1

4