UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |

**ORDER GRANTING RITZ MOTEL COMPANY'S VERIFIED
MOTION FOR AN ORDER COMPELLING DEBTORS TO
IMMEDIATELY PAY POSTPETITION RENT**

This matter having come before the Court upon the Ritz Motel Company's Verified Motion for an Order Compelling Debtors to Immediately Pay Postpetition Rent and Other Postpetition Obligations (the "Motion") filed in the bankruptcy cases of the above-captioned debtors in possession (collectively, the "Debtors"), the Court finds that (i) it has jurisdiction over the matters raised in the Motion under 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding under 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the opportunity for a hearing has been given and no other or further notice is necessary, and (iv) good and sufficient cause exists for granting

*John D. McIntyre (VSB No. 35925)*
*Willcox & Savage, P.C.*
*One Commercial Place, Suite 1800*
*Norfolk, Virginia 23510*
*Telephone: (757) 628-5500*
*Facsimile: (757) 628-5566*
*Local Counsel for Ritz Motel Company*

*Seth A. Drucker (Mich. Bar #P65641)*
*Adam K. Keith (Mich. Bar #P71167)*
*HONIGMAN MILLER SCHWARTZ AND COHN LLP*
*2290 First National Building*
*660 Woodward Avenue*
*Detroit, MI 48226-3506*
*Telephone: (313) 465-7548*
*Facsimile: (313) 465-7549*
*Lead Counsel for Ritz Motel Company*

of the relief requested in the Motion after having given due deliberation upon the Motion and the arguments presented at any hearing.  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. Unless otherwise defined, each capitalized term shall have the meaning given it in the Motion.

3. The Lessee shall immediately pay to Lessor $23,629.17 as rent for the month of November, which amount became due under the Lease on November 30, 2008.

4. The Lessee shall, within two business days of its receipt of a written request from Lessor, reimburse Lessor for all of its reasonable and actual attorneys' fees and costs incurred in preparing and prosecuting the Motion.

5. The Lessee shall pay to Lessor all amounts due under the Lease as such obligations become due under the Lease, including any tax obligations.

6. This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and to resolve any related disputes.

ENTERED in Richmond, Virginia this _____ day of _____, 2008.

_____
United States Bankruptcy Judge

I ASK FOR THIS:

_____
John D. McIntyre (VSB No. 35925)
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
*Local Counsel for Ritz Motel Company*

Seth A. Drucker (Mich. Bar #P65641)
Adam K. Keith (Mich. Bar #P71167)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
*Lead Counsel for Ritz Motel Company*