UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**RITZ MOTEL COMPANY'S LIMITED JOINDER AND CONCURRENCE IN DEBTORS' OMNIBUS OBJECTION TO THE MOTIONS PURSUANT TO 11 U.S.C. § 365(a) AND 503(b) TO COMPEL ALLOWANCE AND PAYMENT OF POST-PETITION RENTAL OBLIGATIONS AS ADMINISTRATIVE EXPENSES**

Ritz Motel Company ("Ritz") joins and concurs in Debtors' Omnibus Objection to the Motions Pursuant to 11 U.S.C. § 365(a) and 503(b) to Compel Allowance and Payment of Post-Petition Rental Obligations as Administrative Expenses [Docket No. 641] (the "Objection"), only to the extent the Objection advocates for application of the "billing-date rule" and does not conflict with Ritz Motel Company's Verified Motion for an Order Compelling Debtors to Immediately Pay Postpetition Rent and Other Postpetition Obligations, filed concurrently with this joinder and concurrence.

John D. McIntyre (VSB No. 35925)
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
*Local Counsel for Ritz Motel Company*

Seth A. Drucker (Mich. Bar #P65641)
Adam K. Keith (Mich. Bar #P71167)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
*Lead Counsel for Ritz Motel Company*

                Respectfully submitted,

                By:   */s/ John D. McIntyre*
                     Of Counsel

John D. McIntyre (VSB No. 35925)
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
*Local Counsel for Ritz Motel Company*

Seth A. Drucker (Mich. Bar #P65641)
Adam K. Keith (Mich. Bar #P71167)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
*Lead Counsel for Ritz Motel Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of December, 2008, a true and complete copy of the foregoing was served using the Court's ECF System to all registered users of the ECF system that have filed notices of appearance in this case and sent by first class mail, postage prepaid to the parties set forth below:

| | |
|---|---|
| Greg M. Galardi, Esquire | Dion W. Hayes, Esquire |
| Skadden, Arps, Slate, Meagher & Flom | McGuire Woods, LLP |
| One Rodney Square | One James Center |
| P.O. Box 636 | 901 East Cary Street |
| Wilmington, DE 19899-0636 | Richmond, VA 23219 |
| *Counsel for the Debtors* | *Counsel for the Debtors* |
| | |
| Lynn L. Tavenner, Esquire | Robert J. Feinstein, Esquire |
| Tavenner & Beran, PLC | Pachulski Stang Ziehl & Jones LLP |
| 20 North Eighth Street | 780 Third Avenue |
| Second Floor | 36th Floor |
| Richmond, VA 23219 | New York, NY 10017 |
| *Counsel for the Creditors Committee* | *Counsel for the Creditors Committee* |

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Assistant United States Trustee*

                                                                     */s/ John D. McIntyre*