UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | No. 08-35653-KRH |
| | ) | |
| **Debtors.** | ) | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PAPERS

Please take notice that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), WILEY REIN LLP, by their undersigned counsel, hereby enter their appearance as counsel for First Industrial Realty Trust, Inc. in the above-referenced case. Pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and 11 U.S.C. §§ 342 and 1109(b), counsel requests copies of all notices, pleadings and papers given or filed in this case and in any contested matter or adversary proceeding be given and served upon the parties listed below at the following address, telephone and facsimile numbers and email addresses:

> H. Jason Gold, Esquire              jgold@wileyrein.com
> Kalina B. Miller, Esquire           kmiller@wileyrein.com
> Rebecca L. Saitta, Esquire          rsaitta@wileyrein.com
> Wiley Rein LLP
> 7925 Jones Branch Drive, Suite 6200
> McLean, Virginia 22102
> Telephone No.:  703.905.2800
> Telecopier No.:  703.905.2820

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, request, plan of

---

H. Jason Gold, Va. Bar No. 19117
Kalina B. Miller, Va. Bar No. 70691
Rebecca L. Saitta, Va. Bar No. 65408
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800

Local counsel to First Industrial Realty Trust, Inc.

-2-

reorganization or disclosure statement, answer or response, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex or fax or otherwise filed with regard to the above cases and adversary proceedings therein.

        Respectfully submitted,

        FIRST INDUSTRIAL REALTY TRUST, INC.

        By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800 (Telephone)
703.905.2820 (Facsimile)

By:   /s/ Kalina B. Miller
     H. Jason Gold, Va. Bar No. 19117
     Kalina B. Miller, Va. Bar No. 70691
     Rebecca L. Saitta, Va. Bar No. 65408

Local counsel to First Industrial Realty Trust, Inc.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December 2008, a copy of the foregoing Notice of Appearance was sent by electronic mail or by first class mail, postage prepaid, to the Core Group service list and the 2002 List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.

  /s/ Kalina B. Miller
Kalina B. Miller

12933018.1