**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Pursuant to Local Bankruptcy Rule 2090-1(E)(2), Kalina B. Miller, a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, files this application with the Court for an Order permitting Jeremy W. Ryan of the law firm Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, Wilmington, DE 19899, to appear and practice *pro hac vice* on behalf of First Industrial Realty Trust, Inc. in the above-captioned case now pending in the United States Bankruptcy Court for the Eastern District of Virginia and any related adversary litigation.  Mr. Ryan is a member in good standing of the Bars of the State of Delaware and the Commonwealth of Pennsylvania and is admitted to practice before the Bars of the Courts for the Eastern District of Pennsylvania, the Western District of Pennsylvania, and the District of Delaware.  There are no disciplinary proceedings against Mr. Ryan.

**WHEREFORE**, Kalina B. Miller respectfully moves this Court for an Order granting Jeremy W. Ryan permission to appear and practice *pro hac vice* on behalf of First Industrial Realty Trust, Inc. and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

 /s/ Kalina B. Miller
Kalina B. Miller, Va. Bar No. 70691
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
Telephone: (703) 905-2800

Local Counsel to First Industrial Realty Trust, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December 2008, a copy of the foregoing Motion for Admission to Practice *Pro Hac Vice* was sent by electronic mail or by first class mail, postage prepaid, to the Core Group service list and the 2002 List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.


　/s/ Kalina B. Miller
Kalina B. Miller


12933071.1

2