UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 2090-1(E)(2), the undersigned, Kalina B. Miller, of Wiley Rein LLP, a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, files this motion with the Court for an Order permitting admission of Roy S. Kobert of the law firm of Broad and Cassel, 390 N. Orange Avenue, Suite 1400, Orlando, Florida 32801 to appear and practice *pro hac vice* on behalf of the Greater Orlando Aviation Authority ("GOAA") in the above-captioned matter. In support thereof, the Movants state the following:

1. Mr. Kobert graduated from the University of Miami School of Law in 1988. Thereafter, Mr. Kobert was admitted to the Florida Bar in 1988 and is a member in good standing of that Bar.

2. Mr. Kobert is admitted to practice before the United States District Court for the Southern, Middle and Northern Districts of Florida as well as the United States Bankruptcy Court for the Southern, Middle and Northern Districts of Florida. Mr. Kobert is board certified in business bankruptcy by the American Bankruptcy Institute.

H. Jason Gold, Va. Bar No. 19117
Kalina B. Miller, Va. Bar No. 70691
Rebecca L. Saitta, Va. Bar No. 65408
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800 (Telephone)
703.905.2820 (Facsimile)

Attorneys for the Greater Orlando Aviation Authority

3. Mr. Kobert is a partner with the law firm of Broad and Cassel located in Orlando, Florida. His practice areas include bankruptcy law, creditors' rights matters, and special assets.

4. Mr. Kobert is well qualified to appear in this Court for the purposes stated herein, and he is familiar with and will comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules of this Court.

5. Mr. Kobert has never been disbarred, suspended, or denied admission to practice law. Mr. Kobert understands that he shall be subject to the disciplinary jurisdiction of this Court.

6. GOAA wished that Mr. Kobert be admitted as its counsel in this matter, together with the Movants.

WHEREFORE, Kalina B. Miller respectfully requests that this Court enter an order admitting Roy S. Kobert *pro hac vice* to the bar of this Court in connection with the instant action and for such other and further relief as the Court deems just and appropriate.

Dated: December 18, 2008                Respectfully submitted,

                                        GREATER ORLAND AVIATION AUTHORITY

                                         /s/ Kalina B. Miller
                                        H. Jason Gold, Va. Bar No. 19117
                                        Kalina B. Miller, Va. Bar No. 70691
                                        Rebecca L. Saitta, Va. Bar No. 65408
                                        WILEY REIN LLP
                                        7925 Jones Branch Drive, Suite 6200
                                        McLean, Virginia 22102
                                        Telephone: (703) 905-2800

                                        Local Counsel to Greater Orlando Aviation
                                        Authority

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of December 2008, a copy of the foregoing Motion To Admit Counsel *Pro Hac Vice* was sent by electronic mail or by first class mail, postage prepaid, to the Core Group service list and the 2002 List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.

      /s/ Kalina B. Miller
Kalina B. Miller

12935138.1

3