**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

This matter came before the Court upon the Motion to Admit Counsel *Pro Hac Vice* (the "Motion") filed by Kalina B. Miller, seeking admission *pro hac vice* for Roy S. Kobert, of the law firm of Broad and Cassel, in the above-styled bankruptcy proceeding on behalf of the Greater Orlando Aviation Authority pursuant to Local Bankruptcy Rule 2090-1(E)(2). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is required, and it is appropriate that Roy S. Kobert be authorized to practice *pro hac vice* before the Court in the aforementioned bankruptcy proceeding, it is hereby

ORDERED that the Motion is hereby GRANTED, and it is further

ORDERED that Roy S. Kobert may appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on behalf of the Greater Orlando Aviation Authority.

DATE: _____, 2008         _____
                                                                United States Bankruptcy Judge

PREPARED BY:

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800 (Telephone)
703.905.2820 (Facsimile)

By:    /s/ Kalina B. Miller
      H. Jason Gold, Va. Bar No. 19117
      Kalina B. Miller, Va. Bar No. 70691
      Rebecca L. Saitta, Va. Bar No. 65408

Counsel to Greater Orlando Aviation Authority

### CERTIFICATION UNDER LOCAL RULE 9022-1(c)

I HEREBY CERTIFY that the foregoing proposed order has been endorsed by all necessary parties.

                                                /s/ Kalina B. Miller
                                                Kalina B. Miller

LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
PURSUANT TO LOCAL RULE 9022-1

H. Jason Gold, Esquire
Kalina B. Miller, Esquire
Rebecca L. Saitta, Esquire
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102

BROAD AND CASSEL
Roy S. Kobert, P.A.
390 North Orange Ave., Suite 1100
Orlando, Florida 32801
Post Office Box 4961
Orlando, Florida 32802

Office of the United States Trustee
Attn: Robert B. Van Arsdale
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219-1888

Circuit City Stores, Inc.
Attn: Reginald D. Hedgebeth
9950 Mayland Dr.
Richmond, Virginia 23233

Circuit City Stores, Inc.
Attn: Daniel W. Ramsey
9950 Mayland Dr.
Richmond, Virginia 23233

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esquire
Kellan Grant, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Bruce H. Matson, Esquire
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23218-2499

David S. Berman, Esquire
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10110 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

12935150.1

3