**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.
Michael R. Dal Lago, Esq.

*Attorneys for Empire HealthChoice Assurance, Inc.,*
*d/b/a Empire Blue Cross Blue Shield*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

------------------------------------------------------x
In re: :
  : Chapter 11
CIRCUIT CITY STORES, INC., *et al.,* : Case No. 08-35653-KRH
  :
  Debtors. : (Jointly Administered)
------------------------------------------------------x

**AMENDED NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE**, that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), Morrison Cohen LLP, as counsel for Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield ("Empire"), demands that all notices, papers, and pleadings including, without limitation, orders, applications, petitions, demands, motions, or documents of any kind, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex, computer data medium or any electronic means, filed or served in this case, or any adversary proceeding herein, be served upon:

| | |
|---|---|
| Michael R. Dal Lago, Esq. | Louis Benza, Esq. |
| Morrison Cohen LLP | Senior Executive Counsel |
| 909 Third Avenue | Empire Blue Cross Blue Shield |
| New York, New York 10022 | 15 Metro Tech Center |
| Phone (212) 735-8600 | 6th Floor |
| Fax: (212) 735-8708 | Brooklyn, New York 11201 |
| Email: bankruptcy@morrisoncohen.com | Email: louis.benza@empireblue.com |

#1497845 v1 \015243 \0064

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Empire's: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Empire is or may be entitled under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
       December 18, 2008

                                        **MORRISON COHEN LLP**
                                        *Attorneys for Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield*

                                        */s/ Joseph T. Moldovan*
                                          Joseph T. Moldovan
                                          Michael R. Dal Lago
                                          909 Third Avenue
                                          New York, New York 10022
                                          212) 735-8600

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK  )

      **MARIOLA WIATRAK,** being duly sworn, deposes and says:

      I am employed by the firm of Morrison Cohen LLP, attorneys for Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield. I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

      On December 18, 2008, I served copies of the Notice of Appearance and Demand for Service of Papers, upon the parties on the annexed service list by enclosing same in wrappers respectively addressed to the addresses designated for that purpose and causing same to be deposited first class and post-paid in an official depository under the care and custody of the United States Postal Service within the State of New York.

                                                          */s/ Mariola Wiatrak*
                                                          MARIOLA WIATRAK

Sworn to before me this
18th day of December 2008

    */s/*
  NOTARY PUBLIC

#1497845 v1 \015243 \0064

## SERVICE LIST

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center,
101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Ian S. Fredericks, Esq.
Gregg M. Galardi, Esq.
 Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

#1497845 v1 \015243 \0064