Gregg M. Galardi, Esq.               Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.              Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &      MCGUIREWOODS LLP
FLOM, LLP                            One James Center
One Rodney Square                    901 E. Cary Street
PO Box 636                           Richmond, Virginia 23219
Wilmington, Delaware 19899-0636      (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
            Debtors.          :
                              : Jointly Administered
- - - - - - - - - - - - - - x


        **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
         DECEMBER 22, 2008 AT 1:00 P.M. (EASTERN)**[1]

---

[1]    At the hearing held on December 5, 2008, Judge Huennekens directed
       that all lease related matters would be heard on December 22, 2008
       at 1:00 p.m. (Eastern).  Thus, all lease related matters are listed
       on this agenda, regardless of the time listed in the notice filed
       for the matter.

Set forth below are the matters previously scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on December 22, 2008 beginning at 1:00 p.m. Eastern.

**I.   RESOLVED MATTERS**

1.   Demand by Green 521 5th Avenue LLC for Payment of all Post-Petition Rent and Performance by Debtor of all of Its Obligations Under Its Commercial Lease in Accordance with Bankruptcy Code § 365(d)(3) (Docket No. 538)

Objection
Deadline:         December 5, 2008 at 10:00 a.m.

Objections/
Responses
Filed:            None.

Status:           This matter is not going forward. Counsel for Green 521 5th Avenue LLC acknowledged that the manner in which the relief was requested was procedurally improper.

2.   Motion of Raymond & Main Retail, LLC for Order Compelling Debtors to Reject or, in the Alternative, Assume the Alhambra Lease under 11 U.S.C. § 365 (Docket No. 965)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 968)

Objection
Deadline:         December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:            None.

Status:          The parties have settled this matter and
                 intend to submit a consensual order at
                 the hearing for the Court's
                 consideration.

3.   Objection of Triangle Equities Junction LLC to Debtor's
     Motion Setting Procedures for Sale or Rejection of Non-
     Residential Leases and Cross Motion for an Order (A)
     Compelling Debtors to Immediately Pay Administrative
     Rent Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b), and
     (B) Granting Related Relief (Docket No. 877)

     Related
     Documents:

     a.   Notice of Cross-Motion and Hearing (Docket No. 879)

     b.   Exhibits to Objection and Cross Motion of Triangle
          Equities Junction LLC (Docket No. 885)

     c.   Amended Notice of Motion and Notice of Hearing
          (Docket No. 936)

     Objection
     Deadline:        December 18, 2008 at 4:00 p.m.

     Objections/
     Responses
     Filed:           None.

     Status:          The parties have resolved this matter.
                      No hearing is necessary.


**II.   UNCONTESTED MATTERS GOING FORWARD**

4.   Debtors' Motion for Order Under 11 U.S.C. sections 105,
     363 and 365 and Fed. R. Bankr. P. 6004 and 6006
     Authorizing and Approving (a) Assumption and Assignment
     of Certain Unexpired Nonresidential Real Property Leases
     and (b) Sale of Certain Nonresidential Real Property
     Leases Free and Clear of Liens, Claims and Encumbrances
     to Gurnee Real Estate Owners (Docket No. 979)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 989)

Objection
Deadline:        December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda.

Status:          If the Court grants the Motion to Shorten
                 (Matter No. 3 on the 10:00 a.m. agenda),
                 this matter is going forward.

5.    Debtors' Motion for Order under 11 U.S.C. sections 105,
      363 and 365 and Fed. R. Bankr. P. 6004 and 6006
      Authorizing and Approving (A) Assumption and Assignment
      of Certain Unexpired Nonresidential Real Property Leases
      and (B) Sale of Certain Nonresidential Real Property
      Leases Free and Clear of Liens, Claims and Encumbrances
      to the Designee of Circuit Distribution - Illinois
      Partnership (Docket No. 987)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 990)

      Objection
      Deadline:        December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda.

      Status:          If the Court grants the Motion to Shorten
                       (Matter No. 3 on the 10:00 a.m. agenda),
                       this matter is going forward.

6.    Debtors' Motion for Order under 11 U.S.C. sections 105,
      363 and 365 and Fed. R. Bankr. P. 6004 and 6006
      Authorizing and Approving (A) Assumption and Assignment
      of Certain Unexpired Nonresidential Real Property Leases
      and (B) Sale of Certain Nonresidential Real Property
      Leases Free and Clear of Liens, Claims and Encumbrances
      to Bond C.C.I. Delaware Business Trust or its Nominee
      (Docket No. 988)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 991)

      Objection
      Deadline:        December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda.

      Status:          If the Court grants the Motion to Shorten
                       (Matter No. 3 on the 10:00 a.m. agenda),
                       this matter is going forward.

**III. CONTESTED MATTERS**

7.    Debtors' Motion for Order Pursuant to 11 U.S.C. §§
      105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006
      Authorizing Rejection of Unexpired Leases of
      Nonresidential Real Property and Abandonment of Personal
      Property Effective as of the Petition Date (Docket No.
      21)

      Related
      Documents:

      a.    Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and
            554 and Fed. R. Bankr. P. 6006 Authorizing
            Rejection of Unexpired Leases of Nonresidential
            Real Property and Abandonment of Personal Property
            Effective as of the Petition Date (Docket No. 81)

      Objection
      Deadline:        December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Objection by Landover Crossing, LLC to Order
      Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
      Fed. R. Bankr. P. 6006 Authorizing Rejection of
      Unexpired Leases of Nonresidential Real Property
      and Abandonment of Personal Property Effective as
      of the Petition Date (Docket No. 229)

      Status:   This objection is going forward.

b.    Objection by Cardinal Capital Partners, Inc. and
      Affiliate to Debtors' Motion to Reject Certain
      Unexpired Leases of Nonresidential Real Property
      and the Order Granting that Motion (Docket No. 246)

      Status:   If the Court grants the relief sought in
                Matter 5 of the agenda, this objection
                will be resolved.

c.    Objection by the Balogh Companies and Certain
      Affiliates to Debtors' Motion to Reject Certain
      Unexpired Leases of Nonresidential Real Property
      and the Order Granting that Motion (Docket No. 247)

      Status:   This objection is going forward.

d.    Objection by The Leben Family Limited Partnership
      to the Order Pursuant to 11 U.S.C. §§ 105(a),
      365(a) and 554 and Fed. R. Bankr. P. 6006
      Authorizing Rejection of Unexpired Leases of
      Nonresidential Real Property and Abandonment of
      Personal Property Effective as of the Petition Date
      (Docket No. 255)

      Status:   This objection is going forward.

e.    Objection of Inland US Management LLC to Order
      Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
      Fed. R. Bankr. P. 6006 Authorizing Rejection of
      Unexpired Leases of Nonresidential Real Property
      and Abandonment of Personal Property Effective as
      of the Petition Date (Docket No. 256)

      Status:   This objection is going forward.

f.      Limited Objection of CK Richmond Business Services
        #2 Limited Liability Company to the Debtors' Motion
        to Reject Certain Unexpired Leases of
        Nonresidential Real Property and the Order Granting
        that Motion (Docket No. 257)

        Status:   This objection is going forward.

g.      Objection of Inland Commercial Property Management,
        Inc. to Order Pursuant to 11 U.S.C. §§ 105(a),
        365(a) and 554 and Fed. R. Bankr. P. 6006
        Authorizing Rejection of Unexpired Leases of
        Nonresidential Real Property and Abandonment of
        Personal Property Effective as of the Petition Date
        (Docket No. 259)

        Status:   This objection is going forward.

h.      Objection of Carrollton Arms, LLC to the Debtors'
        Motion to Reject Leases and Abandon Personal
        Property (Docket No. 260)

        Related
        Documents:

        (i)     Amended Objection to Motion and Order
                Pursuant to 11 U.S.C. Sections 105(a),
                365(a) and 554 and Fed. R. Bankr. P. 6006
                (Docket No. 437)

        Status:   This objection is going forward.

i.      Objection of Premier Retail Interiors, Inc., as
        Successor in Interest to Quantum Fine Casework,
        Inc. to Order Pursuant to 11 U.S.C. §§ 105(a),
        365(a) and 554 and Fed. R. Bankr. P. 6006
        Authorizing Rejection of Unexpired Leases of
        Nonresidential Real Property and Abandonment of
        Personal Property Effective as of the Petition Date
        (Docket No. 271)

        Status:   This objection is going forward.

j.     Objection To Debtors' Motion For Entry Of Order
       Pursuant To Bankruptcy Code Sections 105, 363 And
       365 (I) Assuming The Agency Agreement Among The
       Debtors, Hilco Merchant Resources, LLC And Gordon
       Brothers Retail Partners, LLC, And (II) Authorizing
       The Debtors To Continue Agency Agreement Sales
       Pursuant To Store Closing Agreement (Docket No.
       276)

       Related
       Documents:

       (i)      Amended Objection to Debtors' Motion for
                Order Pursuant to Bankruptcy Code Sections
                105, 365(a) and 554 and Fed. R. Bankr. P.
                6006 Authorizing Rejection of Unexpired
                Leases and of Nonresidential Real Property
                and Abandonment of Personal Property
                Effective as of the Petition Date (Docket
                No. 530)

       Status:   This objection is going forward.

k.     Limited Objection by Dick's Sporting Goods, Inc. to
       Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and
       554 and Fed. R. Bankr. P. 6006 Authorizing
       Rejection of Unexpired Leases of Nonresidential
       Real Property and Abandonment of Personal Property
       Effective as of the Petition Date (Docket No. 275)

       Status:   The parties have agreed to continue this
                 matter until hearing scheduled for
                 January 29, 2009 at 10:00 a.m.

l.     Limited Objection by Golf Galaxy, Inc. to Order
       Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
       Fed. R. Bankr. P. 6006 Authorizing Rejection of
       Unexpired Leases of Nonresidential Real Property
       and Abandonment of Personal Property Effective as
       of the Petition Date (Docket No. 277)

       Status:   The parties have agreed to continue this
                 matter until the hearing scheduled for
                 January 29, 2009 at 10:00 a.m.

m.   Objection By OLP 6609 Grand, LLC to the Debtors
     Motion To Reject Certain Unexpired Leases Of
     Nonresidential Real Property (Docket No. 342)

     Status:   If the Court grants the relief sought in
               Matter 4 of the agenda, this objection
               will be resolved.

n.   Objection of Dollar Tree Stores, Inc. to the Order
     Pursuant to 11 U.S.C. Sections 105(A), and 554 and
     Fed. R. Bankr. P. 6006 Authorizing Rejection of
     Unexpired Leases of Nonresidential Real Property
     and Abandonment of Personal Property Effective as
     of the Petition Date (Docket No. 351)

     Status:   The parties have agreed to continue this
               matter until the hearing scheduled for
               January 29, 2009 at 10:00 a.m.

o.   Joinder of Landlord, 120 Orchard, 427 Orchard LLC
     and FT Orchard LLC in Limited Objection to Order
     Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
     Fed. R. Bankr. P. 6006 Authorizing Rejection of
     Unexpired Leases of Nonresidential Real Property
     and Abandonment of Personal Property Effective as
     of the Petition Date (Docket No. 354)

     Status:   The parties have agreed to continue this
               matter until the hearing scheduled for
               January 29, 2009 at 10:00 a.m.

p.   Limited Objection by Melvin Walton Hone, as Trustee
     of the Hone Family Trust to Order Pursuant to 11
     U.S.C. Sections 105(a), 365(a) and 554 of Fed. R.
     Bankr. P. 6006 Authorizing Rejection of Unexpired
     Leases and Subleases of Non-Residential Real
     Property and Abandonment of Personal Property
     Effective as of the Petition Date (Docket No. 368)

     Status:   This objection is going forward.

q.    Objection Bond C.C. I Delaware Business Trust's
      Objection to Debtors' Motion for Order Pursuant to
      11 U.S.C. Sections 105(a), 365(a) and 554 and Fed.
      R. Bankr. P. 6006 Authorizing Rejection of
      Unexpired Leases of Nonresidential Real Property
      and Abandonment of Personal Property Effective as
      of the Petition Date and Order Granting Requested
      Relief (Docket No. 378)

      Status:   If the Court grants the relief sought in
                Matter 6 of the agenda, this objection
                will be resolved.

r.    Joinder in Objections of Manufacturers and Traders
      Trust Company to the Debtors' Motion to Reject
      Certain Unexpired Leases of Nonresidential Real
      Property as of the Petition Date and the Order
      Granting That Motion Pursuant to 11 U.S.C. Sections
      105(a), 365 (a) and 554 and Fed. R. Bankr. P. 6006
      (Docket No. 574)

      Status:   This objection is going forward.

s.    Objection and Joinder In Objections Of
      Manufacturers And Traders Trust Company To The
      Debtors' Motion to Reject Certain Unexpired Leases
      Of Nonresidential Real Property As Of The Petition
      Date And The Order Granting That Motion Pursuant To
      11 U.S.C. Sections 105(A), 365(A) And 554 And Fed.
      R. Bankr. P. 6006 (Docket No. 576)

      Status:   This objection is going forward.

t.    Joinder Of Galleria Plaza, Ltd. To Limited
      Objection Of Dick's Sporting Goods, Inc. To Order
      Pursuant To 11 U.S.C. Sections L05(a), 365(a) And
      554 And Fed. R. Bankr. P. 6006 Authorizing
      Rejection Of Unexpired Leases And Subleases Of
      Nonresidential Real Property And Abandonment Of
      Personal Property Effective As Of The Petition Date
      (Docket No. 719)

Related
Documents:

  (i)      Amended Joinder Of Galleria Plaza, Ltd. To
           Limited Objection Of Dick's Sporting Goods,
           Inc. To Order Pursuant To 11 U.S.C.
           Sections L05(a), 365(a) And 554 And Fed. R.
           Bankr. P. 6006 Authorizing Rejection Of
           Unexpired Leases And Subleases Of
           Nonresidential Real Property And
           Abandonment Of Personal Property Effective
           As Of The Petition Date (Docket No. 927)

  Status:   The parties have agreed to continue this
            matter until the hearing scheduled for
            January 29, 2009 at 10:00 a.m.

u.   Debtors' Omnibus Reply To Objections And In Support
    Of Motion Of The Debtors For Entry Of An Order
    Pursuant To 11 U.S.C. §§ 105(a), 365(a), And 554
    And Fed. R. Bankr. P. 6006 Authorizing Rejection Of
    Unexpired Leases Of Nonresidential Real Property
    And Abandonment Of Personal Property Effective As
    Of Petition Date (Docket No. 664)

General
Status:       This matter is going forward as described
            above.

8.  Motion of Burbank Mall Associates, LLC for an Order
   Compelling Payment of Post-Petition Rent Pursuant to 11
   U.S.C. § 365(d)(3)(Docket No. 296).

   Related
   Documents:

   a.   Notice of Hearing on Motion to Compel the Payment
      of Post-Petition Rent Pursuant to 11 U.S.C.
      365(d)(3)(Docket No. 297)

   b.   Amended Motion of Burbank Mall Associates, LLC for
      an Order Compelling Payment of Post-Petition Rent
      and Post-Petition Taxes Pursuant to 11 U.S.C. §
      365(d)(3) (Docket No. 960)

   c.   Joinder of Centro Properties, Group, Federal Realty
      Investment Trust, Cencor Realty, the Hutensky

Group, the Morris Companies Affiliates, and Uniwest
Commercial Realty in Motions of Various Landlords
for Allowance of Administrative Claims and Payment
of Stub Rent for November 2008 (Docket No. 712)

Objection
Deadline:        December 3, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Omnibus Objection To The Motions Pursuant
      To 11 U.S.C. §§ 365(A) And 503(B) To Compel
      Allowance And Payment Of Post-Petition Rental
      Obligations As Administrative Expenses (Docket No.
      641)

Status:          This matter is going forward solely with
                 respect to the timing of the payment of
                 stub rent.  All other aspects of the
                 motion were resolved on the record at the
                 December 5, 2008 hearing.

9.   Motion of Crown CCI, LLC for an Order Compelling Payment
     of Post-Petition Rent and Post-Petition Taxes Pursuant
     to 11 U.S.C. § 365(d)(3)(Docket No. 298).

     Related
     Documents:

     a.    Notice of Motion and Notice of Hearing (Docket No.
           299)

     b.    Amended Motion of Crown CCI, LLC for an Order
           Compelling Payment of Post-Petition Rent and Post-
           Petition Taxes Pursuant to 11 U.S.C. §
           365(d)(3)(Docket No. 333)

     Objection
     Deadline:        December 3, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

    a.    Debtors' Omnibus Objection To The Motions Pursuant
To 11 U.S.C. §§ 365(A) And 503(B) To Compel
Allowance And Payment Of Post-Petition Rental
Obligations As Administrative Expenses (Docket No.
641)

    Status:        This matter is going forward solely with
respect to the timing of the payment of
stub rent.  All other aspects of the
motion were resolved on the record at the
December 5, 2008 hearing.

10.    Motion by Woodlawn Trustees, Incorporated for an Order
(A) Compelling Debtor to Immediately Pay Administrative
Rent Pursuant to 11 U.S.C. § 365(d)(3) and 503(b); and
(B) Granting Related Relief and Supporting Memorandum
(Docket No. 390)

    Related
Documents:

    a.    Notice of Hearing and Notice of Motion (Docket No.
391)

    b.    Joinder of Centro Properties, Group, Federal Realty
Investment Trust, Cencor Realty, the Hutensky
Group, the Morris Companies Affiliates, and Uniwest
Commercial Realty in Motions of Various Landlords
for Allowance of Administrative Claims and Payment
of Stub Rent for November 2008 (Docket No. 712)

    Objection
Deadline:        December 3, 2008 at 4:00 p.m.

    Objections/
Responses
Filed:

    a.    Debtors' Omnibus Objection To The Motions Pursuant
To 11 U.S.C. §§ 365(A) And 503(B) To Compel
Allowance And Payment Of Post-Petition Rental
Obligations As Administrative Expenses (Docket No.
641)

Status:         This matter is going forward solely with
                respect to the timing of the payment of
                stub rent.  All other aspects of the
                motion were resolved on the record at the
                December 5, 2008 hearing.

11.   Motion by 502-12 86th Street LLC for an Order (A)
      Compelling Debtor to Immediately Pay Administrative Rent
      Pursuant to 11 U.S.C. § 365(d(3) and 503(b); and (B)
      Granting Related Relief and Supporting Memorandum
      (Docket No. 396).

      Related
      Documents:

      a.    Notice of Motion and Notice of Hearing (Docket No.
            397)

      Objection
      Deadline:       December 3, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Omnibus Objection To The Motions Pursuant
            To 11 U.S.C. §§ 365(A) And 503(B) To Compel
            Allowance And Payment Of Post-Petition Rental
            Obligations As Administrative Expenses (Docket No.
            641)

      Status:         This matter is going forward solely with
                      respect to the timing of the payment of
                      stub rent.  All of the other aspects of
                      the motion were resolved on the record at
                      the December 5, 2008 hearing.

12.   Motion by Basile Limited Liability Company for an Order
      (A) Compelling Debtor to Immediately Pay Administrative
      Rent Pursuant to 11 U.S.C. § 365(d)(3) and 503(b); and
      (B) Granting Related Relief and Supporting Memorandum
      (Docket No. 403).

      Related
      Documents:

      a.    Notice of Motion and Notice of Hearing (Docket No.
            404)

Objection
Deadline:        December 3, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Omnibus Objection To The Motions Pursuant
      To 11 U.S.C. §§ 365(A) And 503(B) To Compel
      Allowance And Payment Of Post-Petition Rental
      Obligations As Administrative Expenses (Docket No.
      641)

Status:          This matter is going forward solely with
                 respect to the timing of the payment of
                 stub rent.  All other aspects of the
                 motion were resolved on the record at the
                 December 5, 2008 hearing.

13.  Debtors' Motion for Orders Under 11 U.S.C. §§ 105, 363,
     and 365 (I) Approving Bidding and Auction Procedures for
     Sale of Unexpired Nonresidential Real Property Leases
     for Closing Stores, (II) Setting Sale Hearing Date, and
     (III) Authorizing and Approving (A) Sale of Certain
     Nonresidential Real Property Leases Free and Clear of
     Liens, Claims, and Encumbrances, (B) Assumption and
     Assignment of Certain Unexpired Nonresidential Real
     Property Leases, and (C) Lease Rejection Procedures
     (Docket No. 413)

     Related
     Documents:

     a.    Order Under 11 U.S.C. §§ 105, 363, and 365 (I)
           Approving Bidding and Auction Procedures for Sale
           of Unexpired Nonresidential Real Property Leases
           for Closing Stores, (II) Setting Sale Hearing Date,
           and (III) Authorizing and Approving (A) Sale of
           Certain Nonresidential Real Property Leases Free
           and Clear of Liens, Claims, and Encumbrances, (B)
           Assumption and Assignment of Certain Unexpired
           Nonresidential Real Property Leases, and (C) Lease
           Rejection Procedures (Docket No. 896)

     b.    Notice of Auction Cancellation (Docket No. 1076)

Objection
Deadline/
Bidding
Procedures:              December 3, 2008 at 4:00 p.m.

Responses to:

a.    Objections to Bidding Procedures  (Docket Nos. 599,
      604, 610, 613, 616, 617, 626, 628, 629, 642, 645,
      652, 653, 658, 663, 665, 666)

      Status:    These objections were resolved with
                 changes to and entry of the bidding
                 procedures order (Docket No. 896).

Objection
Deadline/
Cure Amounts:  December 17, 2008 at 4:00 p.m.

Objections/
Responses
Cure Amount:

a.    Objections to Debtors' Proposed Cure Amounts
      (Docket Nos. 729, 796, 863, 797, 864, 819, 833,
      834, 837, 841, 845, 847, 851, 852, 853, 858, 860,
      861, 866, 867, 870, 871, 873, 874, 877, 881, 883,
      886, 887, 900, 918, 943, 950, 961, 1014, 1023,
      1024, 1034, 1035, 1036, 1043, 1045, 1048, 1049,
      1050, 1051, 1054, 1055, 1057, 1058, 1059, 1060,
      1061, 1063, 1064, 1065, 1066, 1067, 1068, 1069,
      1074, 1075, 1077)

      Status:    These objections are not going forward.
                 The Debtors are not proceeding with the
                 assumption, assignment or sale of the
                 relevant leases.

b.    Objection by Rio Associates Limited Partnership to
      Proposed Cure Amount (Docket No. 1038)

      Status:    This objection is going forward.  The
                 Debtors and Rio Associates Limited
                 Partnership are currently negotiating a
                 lease termination agreement and proposed
                 form of order, which will be presented to
                 the Court at the hearing.

16

Objection
Deadline/
Assumption
And Assignment:      December 22, 2008 at 1:00 p.m.

General
Status:          This matter is going forward solely with
                 respect to objection b.  The Debtors will
                 present a proposed form of order at the
                 hearing.

14.  Motion and Supporting Memorandum of CCDC Marion
     Portfolio, L.P. for an Order Compelling Payment of Post-
     Petition Rent Pursuant to 11 U.S.C. § 365(d)(4) (Docket
     No. 565)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 567)

     Objection
     Deadline:      December 15, 2008 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Omnibus Objection To The Motions Pursuant
          To 11 U.S.C. §§ 365(A) And 503(B) To Compel
          Allowance And Payment Of Post-Petition Rental
          Obligations As Administrative Expenses (Docket No.
          641)

     Status:        Counsel for CCDC Marion Portfolio, L.P.
                    has agreed that the Debtors Omnibus
                    Objection (Item a) is applicable.  This
                    matter is going forward.

15.  Panattoni Denton's (I) Objections To Motion Of The
     Debtors For Order Under Section 365(d)(4) Extending Time
     Within Which Debtors May Assume Or Reject Unexpired
     Leases Of Nonresidential Real Property And (II) Request
     To Compel Compliance With Obligations Under Section
     365(d)(3) (Docket No. 623)

     Objection
     Deadline:      N/A

Objections/
Responses
Filed:

a.    Debtors' Second Omnibus Objection To The Motions
      Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
      Compel Allowance And Payment Of Post-Petition
      Rental Obligations As Administrative Expenses
      (Docket No. 1100)

Status:       This matter is going forward solely with
              respect to the timing of payment of stub
              rent.

16.   Objection Of Landlords To Debtors' Motion For Order
      Under Bankruptcy Code Section 365(d)(4) Extending Time
      Within Which Debtors May Assume Or Reject Unexpired
      Leases Of Nonresidential Real Property And Cross-Motion
      To Compel Payment Of Rent (Docket No. 627)

      Objection
      Deadline:    N/A

      Objections/
      Responses
      Filed:

a.    Debtors' Second Omnibus Objection To The Motions
      Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
      Compel Allowance And Payment Of Post-Petition
      Rental Obligations As Administrative Expenses
      (Docket No. 1100)

Status:       This matter is going forward solely with
              respect to the timing of payment of stub
              rent.

17.   Panattoni Northglenn's (I) Objections To Motion Of The
      Debtors For Order Under Section 365(d)(4) Extending Time
      Within Which Debtors May Assume Or Reject Unexpired
      Leases Of Nonresidential Real Property And (II) Request
      To Compel Compliance With Obligations Under Section
      365(d)(3) (Docket No. 630)

      Objection
      Deadline:    N/A

Objections/
Responses
Filed:

a.   Debtors' Second Omnibus Objection To The Motions
     Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
     Compel Allowance And Payment Of Post-Petition
     Rental Obligations As Administrative Expenses
     (Docket No. 1100)

Status:          This matter is going forward solely with
                 respect to the timing of payment of stub
                 rent.

18.  Motion and Supporting Memorandum of Polaris Circuit
     City, LLC for an Order (A) Compelling Debtors to
     Immediately Pay Administrative Rent Pursuant to 11
     U.S.C. §§ 365(d)(3) and 503(b), and (B) Granting Related
     Relief (Docket No. 647)

     Objection
     Deadline:    N/A

     Objections/
     Responses
     Filed:

a.   Debtors' Second Omnibus Objection To The Motions
     Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
     Compel Allowance And Payment Of Post-Petition
     Rental Obligations As Administrative Expenses
     (Docket No. 1100)

Status:          This matter is going forward solely with
                 respect to the timing of payment of stub
                 rent.

19.  Motion of Hayward 880, LLC for an Order Compelling
     Payment of Post-Petition Rent, CAM and Taxes Pursuant to
     11 U.S.C. § 365(d)(3) (Docket No. 816)

     Related
     Documents:

a.   Notice of Motion and Hearing (Docket No. 818)

     Objection
     Deadline:    December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Second Omnibus Objection To The Motions
     Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
     Compel Allowance And Payment Of Post-Petition
     Rental Obligations As Administrative Expenses
     (Docket No. 1100)

Status:        This matter is going forward.

20.  Motion of Save Mart Supermarkets for an Order Compelling
     Payment of Post-Petition Rent, CAM and Related Charges
     Pursuant to 11 U.S.C. § 365(d)(3) (Docket No. 838)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 839)

     Objection
     Deadline:      December 18, 2008 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Second Omnibus Objection To The Motions
          Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
          Compel Allowance And Payment Of Post-Petition
          Rental Obligations As Administrative Expenses
          (Docket No. 1100)

     Status:        This matter is going forward.

21.  Motion of CC-Investors 1997-4, LLC for an Order
     Compelling Payment of Post-Petition Rent Pursuant to 11
     U.S.C. § 365(d)(3) (Docket No. 875)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 876)

     Objection
     Deadline:      December 18, 2008 at 4:00 p.m.

20

Objections/
Responses
Filed:

a.    Debtors' Second Omnibus Objection To The Motions
      Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
      Compel Allowance And Payment Of Post-Petition
      Rental Obligations As Administrative Expenses
      (Docket No. 1100)

Status:        This matter is going forward.

22.   Motion of the Lucknow Landlords for an Order Compelling
      Payment of Post-Petition Rent Pursuant to 11 U.S.C. §
      365(d)(3) (Docket No. 898)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 899)

      Objection
      Deadline:        December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Second Omnibus Objection To The Motions
            Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
            Compel Allowance And Payment Of Post-Petition
            Rental Obligations As Administrative Expenses
            (Docket No. 1100)

      Status:        This matter is going forward.

23.   Motion and Supporting Memorandum of Annapolis Plaza LLC
      for an Order (A) Compelling Debtors to Immediately Pay
      Administrative Rent Pursuant to 11 U.S.C. §§ 365(d)(3)
      and 503(b), and (B) Granting Related Relief (Docket No.
      901)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 902)

Objection
Deadline:        December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Second Omnibus Objection To The Motions
      Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
      Compel Allowance And Payment Of Post-Petition
      Rental Obligations As Administrative Expenses
      (Docket No. 1100)

Status:         This matter is going forward.

24.   Motion and Supporting Memorandum of Law of Baker Natick
      Promenade LLC, BPP-CONN LLC, BPP-Redding LLC, BPP-VA
      LLC, BPP-NY LLC, BPP-OH LLC, and BPP-SC LLC for an Order
      Compelling Debtors to Immediately Pay Administrative
      Rent Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b) and
      Granting Related Relief (Docket No. 945)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 946)

      Objection
      Deadline:        December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Second Omnibus Objection To The Motions
            Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
            Compel Allowance And Payment Of Post-Petition
            Rental Obligations As Administrative Expenses
            (Docket No. 1100)

      Status:         This matter is going forward.

25.   Landlords' Motion and Supporting Memorandum for an Order
      Compelling Payment of Post-Petition Rent and Granting
      Related Relief and Supplement to Joinder in Limited
      Objection, by 120 Orchard LLC, et al. [Dkt. Nos. 277 and
      354](Docket No. 949)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 951)

Objection
Deadline:        December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Second Omnibus Objection To The Motions
     Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
     Compel Allowance And Payment Of Post-Petition
     Rental Obligations As Administrative Expenses
     (Docket No. 1100)

Status:          This matter is going forward.

26.  Motion and Supporting Memorandum of Law of McAlister
     Square Partners, Ltd. for an Order Compelling Debtors to
     Immediately Pay Administrative Rent Pursuant to 11
     U.S.C. Sections 365(d)(3) and 503(b) and Granting
     Related Relief (Docket No. 969)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 970)

     Objection
     Deadline:        December 18, 2008 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Second Omnibus Objection To The Motions
          Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
          Compel Allowance And Payment Of Post-Petition
          Rental Obligations As Administrative Expenses
          (Docket No. 1100)

     Status:          This matter is going forward.

27.  Motion and Supporting Memorandum of Law of Amherst VF
     LLC (Amherst, NY); East Brunswick VF LLC (East
     Brunswick, NJ); Vornado Gun Hill Road LLC (Bronx, NY);
     North Plainsfield VF LLC (North Plainfield, NJ);
     Alexander's Rego Park Center, Inc. (Rego Park, NY);
     Towson VF LLC (Towson, MD); Green Acres Mall, LLC
     (Valley Stream, NY); Wayne VF LLC (Wayne, NJ); VNO Mundy
     Street LLC (Wilkes-Barre, PA); and VNO Tru Dale Mabry,
     LLC (Tampa, FL) for an Order Compelling Debtors to
     Immediately Pay Administrative Rent Pursuant to 11
     U.S.C. Sections 35(d)(3) and 503(b) and Granting Related
     Relief (Docket No. 971)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 973)

     Objection
     Deadline:     December 18, 2008 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Second Omnibus Objection To The Motions
          Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
          Compel Allowance And Payment Of Post-Petition
          Rental Obligations As Administrative Expenses
          (Docket No. 1100)

     Status:       This matter is going forward.

28.  Motion of Cole CC Groveland FL, LLC and Cole CC Aurora
     CO, LLC for an Order Compelling the Debtor to Perform
     Timely All Lease Obligations Including the Payment of
     Post-Petition Rent (Docket No. 975)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 976)

     Objection
     Deadline:     December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Second Omnibus Objection To The Motions
     Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
     Compel Allowance And Payment Of Post-Petition
     Rental Obligations As Administrative Expenses
     (Docket No. 1100)

Status:        This matter is going forward.

29.  Motion and Supporting Memorandum of Law of Colonial
     Heights Holdings, LLC for an Order Compelling Debtors to
     Immediately Pay Administrative Rent Pursuant to 11
     U.S.C. Sections 365(d)(3) and 503(b) and Granting
     Related Relief (Docket No. 977)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 978)

     Objection
     Deadline:      December 18, 2008 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Second Omnibus Objection To The Motions
          Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
          Compel Allowance And Payment Of Post-Petition
          Rental Obligations As Administrative Expenses
          (Docket No. 1100)

     Status:        This matter is going forward.

30.  Motion and Supporting Memorandum of CIM/Birch St., Inc.
     for an Order (A) Compelling Debtor to Immediately Pay
     Administrative Rent Pursuant to 11 U.S.C. Sections
     365(d)(3) and 503 (b), and (B) Granting Related Relief
     (Docket No. 980)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 981)

Objection
Deadline:         December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Second Omnibus Objection To The Motions
      Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
      Compel Allowance And Payment Of Post-Petition
      Rental Obligations As Administrative Expenses
      (Docket No. 1100)

Status:           This matter is going forward.

31.   Motion and Supporting Memorandum of Principal Life
      Insurance Company for an Order (A) Compelling Debtor to
      Immediately Pay Administrative Rent Pursuant to 11
      U.S.C. §§ 365(d)(3) and 503(b), and (B) Granting Related
      Relief (Docket No. 983)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 982)

      Objection
      Deadline:         December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Second Omnibus Objection To The Motions
            Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
            Compel Allowance And Payment Of Post-Petition
            Rental Obligations As Administrative Expenses
            (Docket No. 1100)

      Status:           This matter is going forward.

32.   Motion and Supporting Memorandum of Law of PrattCenter,
      LLC and Valley Corners Shopping Center, LLC for an Order
      Compelling Debtors to Immediately Pay Administrative
      Rent Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b)
      and Granting Related Relief (Docket No. 984)

Related
Documents:

a.     Exhibit D to Motion and Supporting Memorandum of
       Law of PrattCenter, LLC and Valley Corners Shopping
       Center, LLC (Docket No. 985)

b.     Notice of Motion and Hearing (Docket No. 986)

Objection
Deadline:          December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.     Debtors' Second Omnibus Objection To The Motions
       Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
       Compel Allowance And Payment Of Post-Petition
       Rental Obligations As Administrative Expenses
       (Docket No. 1100)

Status:            This matter is going forward.

33.  Debtors' First Omnibus Motion for Order Pursuant to
     Bankruptcy Code Sections 105(a), 365(a) and 554 and
     Bankruptcy Rule 6006 Authorizing Rejection of Certain
     Unexpired Leases of Nonresidential Real Property and
     Abandonment of Personal Property Effective as of
     December 12, 2008 (Docket No. 998)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 999)

Objection
Deadline:          December 18, 2008 at 4:00 p.m., extended
                   for Goldsmith until December 19, 2008 at
                   2:00 p.m.

27

Objections/
Responses
Filed:

a.   Objection of Carmax Business Services to Motion for
     Order Pursuant to Bankruptcy Code Sections 105(a),
     365(a) and 554 and Bankruptcy Rule 6006 Authorizing
     Rejection of Certain Unexpired Leases of
     Nonresidential Real Property and Abandonment of
     Personal Property Effective as of December 12, 2008
     (Docket No. 1087)

b.   Objection Of Food Lion, LLC, To Debtors' First
     Omnibus Motion For Order Pursuant To Bankruptcy
     Code Sections 105(a), 365(a) And 554 And Bankruptcy
     Rule 6006 Authorizing Rejection Of Certain
     Unexpired Leases Of Nonresidential Real Property
     And Abandonment Of Personal Property Effective As
     Of December 12, 2008 (Docket No. 1093)

c.   Objection Of Cole CC Kennesaw GA, LLC To Debtors'
     First Omnibus Motion For Order Pursuant To
     Bankruptcy Code Sections 105(a), 365(a) And 554 And
     Bankruptcy Rule 6006 Authorizing Rejection Of
     Certain Unexpired Leases Of Nonresidential Real
     Property And Abandonment Of Personal Property
     Effective As Of December 12, 2008 (Docket No. 1098)

Status:        This matter is going forward.

34. Motion Of Port Arthur Holdings, III, Ltd For An Order
    Compelling Debtor To Immediately Pay Post-Petition Ant
    To 11 U.S.C. § 365(d)(3) and Granting Related Relief
    (Docket No. 1025)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 1026)

    b.   Amended Notice of Motion and Hearing (Docket No.
         1037)

    Objection
    Deadline:      December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.      Debtors' Second Omnibus Objection To The Motions
        Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
        Compel Allowance And Payment Of Post-Petition
        Rental Obligations As Administrative Expenses
        (Docket No. 1100)

        Status:          This matter is going forward.


Dated: December 18, 2008     SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia    FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                     - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             333 West Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                     - and -

                             MCGUIREWOODS LLP


                             /s/ Douglas M. Foley        .
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

\6872893.1