William H. Schwarzschild, III, VSB No. 15274
Paul S. Bliley, Jr. – VSB No. 13973
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone:  804.783.6489
            804.783.6448
Fax:     804.783.6507
tschwarz@williamsmullen.com
pbliley@williamsmullen.com
Counsel for 1890 Ranch, Ltd.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT COURT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et. al. | § | Case No. 08-35653-KRH |
| | § | (Jointly Administered) |
| Debtors | § | |

**ORDER APPROVING ADMISSION**
**PRO HAC VICE OF MICHAEL ERIC DEITCH**

This matter comes before the Court upon the Motion of Paul S. Bliley, Jr. requesting entry of an order approving the admission of *pro hac vice* of Michael Eric Deitch of the Law Offices of Michael Deitch, Austin, Texas, to represent the interests of 1890 Ranch, Ltd. in these proceedings.  Based upon the representations set forth in the Motion, and finding it other proper, the Court

ORDERS that Michael Eric Deitch be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

Entered:  December ___, 2008

                                                         _____
                                                         KEVIN R. HUENNEKENS
                                                         UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

  /s/ Paul S. Bliley, Jr.
William H. Schwarzschild, III, VSB No. 15274
Paul S. Bliley, Jr. – VSB No. 13973
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone:  804.783.6489
          804.783.6448
Fax:     804.783.6507
tschwarz@williamsmullen.com
pbliley@williamsmullen.com
Counsel for 1890 Ranch, Ltd.

## LOCAL RULE CERTIFICATION

I hereby certify that the foregoing has been endorsed by all necessary parties.

                                               \s\ Paul S. Bliley, Jr.             

## **CERTIFICATE**

I hereby certify that a copy of foregoing Order was sent by first class mail, postage prepaid or by electronic communication this 11th day of December, 2008 to:

Michael Deitch
Law Offices of Michael Deitch, P.C.
800 Rio Grande
Austin, Texas  78701

Dion W. Hayes, Esq.
McGuireWoods, LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

　　　　　　　　　　　　　　　　　　/s/ Paul S. Bliley, Jr.

1693484v1