Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867
E-mail: DSabagh@duanemorris.com

**Counsel to Principal Life Insurance Company**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.,* | ) | **Case No. 08-35653-KRH** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |

## ORDER APPROVING ADMISSION
## PRO HAC VICE OF MATTHEW E. HOFFMAN

This matter comes before the Court upon the Motion of Denyse Sabagh requesting entry of an order approving the admission *pro hac vice* of Matthew E. Hoffman of the firm of Duane Morris LLP, to represent the interests of Principal Life Insurance Company in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT Mr. Hoffman be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

Entered: _____, 2008

_____
KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: _____

I ASKED FOR THIS:

DUANE MORRIS LLP

By: /s/ *Denyse Sabagh*
Denyse Sabagh (Va. I.D. No. 17003)
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867

ATTORNEYS FOR PRINCIPAL LIFE
INSURANCE COMPANY

## LOCAL BANKRUPTCY RULE 9022-1 CERTIFICATION

Pursuant to Local Bankruptcy Rule 9022-1 (C), I hereby certify that the forgoing proposed Order has been endorsed by or served upon all necessary parties.

                                          /s/ *Denyse Sabagh*
                                          Denyse Sabagh