Alexander Jackins (VSB #45501)
Rhett Petcher (VSB #65826)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 463-2400
ajackins@seyfarth.com
rpetcher@seyfarth.com

David C. Christian II (*Pro Hac Vice pending*)
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone:  312-460-5000
Facsimile:  312-460-7000
dchristian@seyfarth.com

Of Counsel
Robert W. Dremluk (RD 3109)
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, NY  10018
Telephone: (212) 218-5269
Facsimile:  (212) 218-5526

*Counsel for Eatontown Commons Shopping Center;
Arboretum of South Barrington Shopping Center;
AmCap NorthPoint LLC; AmCap Arborland LLC; and
Engineered Structures, Inc.*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| In re | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Daniel P. Wierzba appears as counsel to Eatontown

Commons Shopping Center, Arboretum of South Barrington Shopping Center, AmCap

NorthPoint LLC, and AmCap Arborland LLC (collectively the "Landlords"), and Engineered Structures, Inc. ("ESI"), pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of Title 11 of the United States Code (11 U.S.C., §§ 101 et seq. (the "Bankruptcy Code")), and requests that all notices given or required to be given, and all papers served in these cases, be delivered to and served upon the following at the office at the address set forth below, and that the following be added to the general matrix and all special or limited matrices in this matter.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, formal or informal, and whether transmitted or conveyed by mail, hand delivery, facsimile transmission, e-mail, telephone, telegraph, telex or otherwise, which affects the above-captioned debtors (the "Debtors") or the property of or in the possession, custody or control of the Debtors or which is otherwise filed or given with regard to the above-referenced cases.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to the Landlords' rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtors and

2

any other entities either in these cases or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: December 19, 2008

                SEYFARTH SHAW LLP

                *By: /s/ Alexander Jackins*
                Alexander Jackins (VSB #45501)
                Rhett Petcher (VSB #65826)
                David C. Christian II (*Pro Hac Vice Pending*)
                Counsel for Eatontown Commons Shopping Center;
                Arboretum of South Barrington Shopping Center;
                AmCap NorthPoint LLC; AmCap Arborland LLC;
                and Engineered Structures, Inc.
                SEYFARTH SHAW LLP
                975 F Street, N.W.
                Washington, D.C.  20004
                Telephone: (202) 463-2400
                Facsimile:  (202) 828-5393
                ajackins@seyfarth.com
                rpetcher@seyfarth.com
                dchristian@seyfarth.com

Of Counsel
Robert W. Dremluk
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
Tel: (212) 218-5500
Fax: (212) 218-5526
Email: rdremluk@seyfarth.com

**CERTIFICATE OF SERVICE**

I, Alexander Jackins, an attorney, hereby certify that on this 19th day of December, 2008, a copy of the foregoing was mailed, first-class, postage prepaid to:

Linda K. Myers, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601

Bruce Matson, Esq.
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia  23219

Gregg Galardi, Esq.
Chris L. Dickerson, Esq.
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware  19889

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219

Robert B. Van Arsdale, Esq.
Office of the US Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

David S. Berman, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts  02108

A copy was also served on all parties via the electronic case filing system.

*By: /s/ Alexander Jackins*
Alexander Jackins (VSB #45501)
Counsel for Eatontown Commons Shopping Center;
Arboretum of South Barrington Shopping Center;
AmCap NorthPoint LLC; AmCap Arborland LLC;
and Engineered Structures, Inc.
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C.  20004
Telephone: (202) 463-2400
Facsimile:  (202) 828-5393
ajackins@seyfarth.com