IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| CIRCUIT CITY STORES, INC., et al. | : CASE NO. 08-35653 |
| | : |
| Debtors | : |
| | : (Jointly Administered) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

To the Clerk of the Bankruptcy Court, the Debtor, and all other Parties-in-Interest:

PLEASE TAKE NOTICE that the undersigned law firm is counsel for 553 Retail, LLC, a party-in-interest in the above Chapter 11 case. Pursuant to Rules 2002 and 9007 of the Rules of Bankruptcy Procedure, we respectfully request that all notices given or required to be given in this case by the Court, the debtor, and/or any other party to this case, be given to the undersigned at the address and telephone number set forth below. This request includes all orders, notices, copies of motions, applications, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise:

> Peter C. Hughes, Esquire
> DILWORTH PAXSON LLP
> 1500 Market Street, Suite 3500E
> Philadelphia, PA 19102
> (215) 575-7000
> (215) 575-7200 [fax]
> phughes@dilworthlaw.com

BY: /s/ Peter C. Hughes
Peter C. Hughes (#4180)
Dilworth Paxson LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19103
Tel: (215) 575-7000
Fax: (215) 575-7200

Counsel for 553 Retail, LLC

784194_1