Annemarie G. McGavin (VSB No. 39984)
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W., Suite 300
Washington, DC 20006-3807
Tel: (703) 452-7900
Fax: (703) 452-7989

-and-

Peter J. Duhig (DE Bar No. 4024)
BUCHANAN INGERSOLL & ROONEY PC
1000 West Street, Suite 1410
Wilmington, DE 19801
Tel: (302) 552-4249

Counsel for Motorola, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et al</u>. | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered<br>Judge Kevin R. Huennekens |

## <u>NOTICE OF MOTION AND HEARING</u>

PLEASE TAKE NOTICE THAT MOTOROLA, INC. ("Motorola") has filed the *Motion*

*of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11*

*U.S.C. § 503(b)(9)* (the "Motion").  A true and complete copy of the Motion has been filed with

the Court and forwarded to you.

**PLEASE TAKE FURTHER NOTICE THAT <u>your rights may be affected</u>.  You**

**should read the Motion carefully and then discuss it with your attorney, if you have one in**

**this bankruptcy case.  (If you do not have an attorney, you may wish to consult with one.)**

**Under Local Bankruptcy Rule 9013-1 and Case Management and Procedures Order entered by this Court on November 13, 2008 [Docket No. 130] (the "Case Management Order"), unless a written response to the Motion is filed with the Clerk of Court and served on the moving party within five (5) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the relief requested.**

PLEASE TAKE FURTHER NOTICE THAT if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, you should attend omnibus hearing scheduled for January 16, 2009 at 10:00 a.m. in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Case Management Order, any objection to the Motion shall be filed with the Clerk of the United States Bankruptcy Court, 701 East Broad Street, Richmond, Suite 4000, Virginia 23219 and shall be served upon the undersigned as well as on the Core Group and the 2002 List, as such terms are defined in the Case Management Order by January 9, 2009.  Unless a written response is filed and served before the objection deadline, the Court may deem the opposition waived, treat the Motion as conceded, and issue an order granting the requested relief.  If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the expiration of the objection deadline.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

2

Dated:  December 19, 2008

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ Annemarie G. McGavin

Annemarie G. McGavin (VSB No. 39984)
1700 K Street, N.W., Ste. 300
Washington, DC  20006-3807
Tel: 202-452-7900
Fax: 202-452-7989

and

Peter J. Duhig (DE Bar No. 4024)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 552-4200
Facsimile: (302) 552-4295
E-mail: peter.duhig@bipc.com

Counsel to Motorola Inc.