Alexander Jackins (VSB #45501)
Rhett Petcher (VSB #65826)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C.  20004
Telephone:  (202) 463-2400
ajackins@seyfarth.com
rpetcher@seyfarth.com

David C. Christian II (*Pro Hac Vice pending*)
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone:  312-460-5000
Facsimile:  312-460-7000
dchristian@seyfarth.com

Of Counsel
Robert W. Dremluk (RD 3109)
SEYFARTH SHAW LLP
620 Eighth Avenue, 32nd Floor
New York, NY  10018
Telephone: (212) 218-5269
Facsimile:  (212) 218-5526

*Counsel for Eatontown Commons Shopping Center;*
*Arboretum of South Barrington Shopping Center;*
*AmCap NorthPoint LLC; AmCap Arborland LLC; and*
*Engineered Structures, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**ORDER GRANTING MOTION FOR LEAVE**
**OF COURT TO ATTEND HEARING BY TELEPHONE**

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone

filed by Alexander Jackins, and it appearing that the motion having been served upon counsel for

Circuit City Stores, Inc. *et al.* (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby,

**ORDERED**, that the Motion for Leave of Court to Attend Hearing by Telephone filed by Eatontown Commons Shopping Center, Arboretum of South Barrington Shopping Center, AmCap NorthPoint LLC, and AmCap Arborland LLC is GRANTED and David C. Christian II and Robert W. Dremluk are permitted to appear and be heard by telephone on December 22, 2008 on behalf of Eatontown Commons Shopping Center, Arboretum of South Barrington Shopping Center, AmCap NorthPoint LLC, and AmCap Arborland LLC.

Enter:        /  /

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE
SEYFARTH SHAW LLP

WE ASK FOR THIS:

*By: /s/ Alexander Jackins*
Alexander Jackins (VSB #45501)
Rhett Petcher (VSB #65826)
David C. Christian II (*Pro Hac Vice Pending*)
Counsel for Eatontown Commons Shopping Center; Arboretum of South Barrington Shopping Center; AmCap NorthPoint LLC; AmCap Arborland LLC; and Engineered Structures, Inc.
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C.  20004
Telephone: (202) 463-2400
Facsimile:  (202) 828-5393
ajackins@seyfarth.com
rpetcher@seyfarth.com
dchristian@seyfarth.com

**Certification Pursuant to Local Bankruptcy Rule 9022-1**

The undersigned hereby certifies that the foregoing proposed order was served upon all necessary parties wither electronically via the Court's ECF system or by first class mail, postage prepaid.

                                                  */s/ Alexander Jackins*
                                              Alexander Jackins (VSB #45501)