## **EXHIBIT B**

| **Developers Diversified Realty Corporation** | | | |
|---|---|---|---|
| | | | |
| **Store #** | **Mall Name** | **City** | **State** |
| | Brook Highland | Birmingham | Alabama |
| | Circuit City – Dothan | Dothan | Alabama |
| | Buena Park Place (Power Center) | Buena Park | California |
| | Circuit City – Culver City | Culver City | California |
| | Circuit City – Highland Ranch | Highland Ranch | California |
| | Carillon Place | Naples | Florida |
| | Cortez Plaza | Bradenton | Florida |
| | Homestead Pavilion | Homestead | Florida |
| | The Shops at Midtown Miami | Miami | Florida |
| | Walks at Highwood Preserve I | Tampa | Florida |
| | Skyview Plaza | Orlando | Florida |
| | Circuit City – Rome | Rome | Georgia |
| | Woodfield Village Green | Schaumburg | Illinois |
| | Merriam Village | Merriam Village | Kansas |
| | Grandville Marketplace | Grandville | Michigan |
| | Green Ridge Square II | Grand Rapids | Michigan |
| | 1000 Turtle Creek Drive | Hattiesburg | Mississippi |
| | Crossroads Center | Gulfport | Mississippi |
| | Hamilton Commons | Mays Landing | New Jersey |
| | Route 22 Retail Shopping Center | Union | New Jersey |
| | Southern Tier | Horseheads | New York |
| | Union Consumer Square II | Cheetowaga | New York |
| | Beaver Creek Crossings South | Apex | North Carolina |

|  | Circuit City – Cary | Cary | North Carolina |
|---|---|---|---|
|  | River Hills | Asheville | North Carolina |
|  | Sycamore Commons | Matthews | North Carolina |
|  | Wendover II | Greensboro | North Carolina |
|  | Peach Street Square II | Erie | Pennsylvania |
|  | Township Marketplace | Monaca | Pennsylvania |
|  | Plaza del Norte | Hatillo | Puerto Rico |
|  | Columbiana Station | Columbia | South Carolina |
|  | The Point | Greenville | South Carolina |
|  | Wando Crossing | Mt. Pleasant | South Carolina |
|  | Town & Country I | Knoxville | Tennessee |
|  | Family Center at Riverdale | Riverdale | Utah |
|  | Creeks at Virginia Center | Glen Allen | Virginia |
|  | Fairfax Town Center | Fairfax | Virginia |
|  | Loisdale Center | Springfield | Virginia |
|  | Circuit City – Olympia | Olympia | Washington |
|  |  |  |  |
| **General Growth Properties Inc.** |  |  |  |
|  |  |  |  |
| **Store #** | **Mall Name** | **City** | **State** |
|  | Alexandria Mall | Alexandria | Louisiana |
|  | Boise Town Plaza | Boise | Idaho |
|  | Boulevard Mall | Las Vegas | Nevada |
|  | Burbank Town Center | Burbank | California |
|  | Deerbrook Mall | Humble | Texas |
|  | Eastridge Mall | San Jose | California |
|  | Mall of Louisiana | Baton Rouge | Louisiana |
|  | Montclair Plaza North | Montclair | California |
|  | Northridge Fashion Center | Northridge | California |
|  | The Shoppes at River Crossing | Macon | Georgia |
|  | Steeplegate Mall | Concord | New Hampshire |

|  | Parks at Arlington | Arlington | Texas |
|---|---|---|---|
|  | Willowbrook | Houston | Texas |
|  | Woodlands | The Woodlands | Texas |
|  |  |  |  |

**Weingarten Realty Investors**

| Store # | Mall Name | City | State |
|---|---|---|---|
| 545 | Overton Park Plaza | Fort Worth | Texas |
| 838 | Colonial Plaza | Orlando | Florida |
| 3304 | Oracle Wetmore | Tucson | Arizona |
| 3307 | Pavilion at San Mateo | Albuquerque | New Mexico |
| 3418 | Marketplace at Seminole Towne Center | Sanford | Florida |
| 3504 | Moore Plaza | Corpus Christi | Texas |
|  | River Point at Sheridan | Sheridan | Colorado |
|  |  |  |  |

**Basser-Kaufman**

| Store # | Mall Name | City | State |
|---|---|---|---|
| 3724 | Fellsway Plaza | Saugus | Massachusetts |
| 3146 |  | Springfield | Massachusetts |
|  |  |  |  |

**Philips International Holding Corp.**

| Store # | Mall Name | City | State |
|---|---|---|---|
|  | Palm Springs Mile | Hialeah | Florida |
|  |  |  |  |

**Regency Centers**

| Store # | Mall Name | City | State |
|---|---|---|---|
|  | Powell Street Plaza | Emeryville | California |
|  | Brea Marketplace | Brea | California |
|  |  |  |  |

**AAC Management Corp.**

| Store # | Mall Name | City | State |
|---|---|---|---|
|  | AAC Cross County Mall | Yonkers | New York |
|  |  |  |  |

**Jones Lang LaSalle Americas**

| Store # | Mall Name | City | State |
|---|---|---|---|
|  | Mall at Whitney Field | Leominster | Massachusetts |
|  | Hanover Mall | Hanover | Massachusetts |

| | | | |
|---|---|---|---|
| **Continental Properties** | | | |
| **Store #** | **Mall Name** | **City** | **State** |
| 3175 | Fountain Square Shopping Center | Brookfield | Wisconsin |
| | | | |
| **Benderson** | | | |
| **Store #** | **Mall Name** | **City** | **State** |
| | Monroeville | Pittsburgh | Pennsylvania |
| | Westland | Westland | Michigan |
| | | South Naples | Florida |
| | Waterford Station | Waterford | Connecticutt |
| | Colonial Square Town Center | Fort Myers | Florida |
| | Gateway Shops | Naples | Florida |
| | St. Lucie West Town Center | Port St. Lucie | Florida |
| | University Center | University Park | Florida |
| 3831 | Market Square | Henrietta | New York |
| | Eastview Mall | Victor | New York |