Gregg M. Galardi, Esq.               Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.              Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &      MCGUIREWOODS LLP
FLOM, LLP                            One James Center
One Rodney Square                    901 E. Cary Street
PO Box 636                           Richmond, Virginia 23219
Wilmington, Delaware 19899-0636      (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       : Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   : Case No. 08-35653
et al.,                      :
                             :
            Debtors.         :
                             : Jointly Administered
- - - - - - - - - - - - - - x


**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
DECEMBER 22, 2008 AT 1:00 P.M. (EASTERN)[1]**

---

[1]     At the hearing held on December 5, 2008, Judge Huennekens directed
that all lease related matters would be heard on December 22, 2008
at 1:00 p.m. (Eastern).  Thus, all lease related matters are listed
on this agenda, regardless of the time listed in the notice filed
for the matter.

Set forth below are the matters previously
scheduled to be heard before the Honorable Kevin Huennekens,
United States Bankruptcy Judge, in the United States
Bankruptcy Court for the Eastern District of Virginia, U.S.
Courthouse, 701 East Broad Street, Room 5000, Richmond, VA
23219-1888, on December 22, 2008 beginning at 1:00 p.m.
Eastern.

**I.    RESOLVED MATTERS**

1.    Demand by Green 521 5th Avenue LLC for Payment of all
      Post-Petition Rent and Performance by Debtor of all of
      Its Obligations Under Its Commercial Lease in Accordance
      with Bankruptcy Code § 365(d)(3) (Docket No. 538)

      Objection
      Deadline:         December 5, 2008 at 10:00 a.m.

      Objections/
      Responses
      Filed:            None.

      Status:           This matter is not going forward.
                        Counsel for Green 521 5th Avenue LLC
                        acknowledged that the manner in which the
                        relief was requested was procedurally
                        improper.

2.    Motion of Raymond & Main Retail, LLC for Order
      Compelling Debtors to Reject or, in the Alternative,
      Assume the Alhambra Lease under 11 U.S.C. § 365 (Docket
      No. 965)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 968)

      Objection
      Deadline:         December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:            None.

Status:          The parties have settled this matter and
                 intend to submit a consensual order at
                 the hearing for the Court's
                 consideration.

3.   Objection of Triangle Equities Junction LLC to Debtor's
     Motion Setting Procedures for Sale or Rejection of Non-
     Residential Leases and Cross Motion for an Order (A)
     Compelling Debtors to Immediately Pay Administrative
     Rent Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b), and
     (B) Granting Related Relief (Docket No. 877)

     Related
     Documents:

     a.   Notice of Cross-Motion and Hearing (Docket No. 879)

     b.   Exhibits to Objection and Cross Motion of Triangle
          Equities Junction LLC (Docket No. 885)

     c.   Amended Notice of Motion and Notice of Hearing
          (Docket No. 936)

     Objection
     Deadline:        December 18, 2008 at 4:00 p.m.

     Objections/
     Responses
     Filed:           None.

     Status:          The parties have resolved this matter.
                      No hearing is necessary.


II.  **UNCONTESTED MATTERS GOING FORWARD**

4.   Debtors' Motion for Order Under 11 U.S.C. sections 105,
     363 and 365 and Fed. R. Bankr. P. 6004 and 6006
     Authorizing and Approving (a) Assumption and Assignment
     of Certain Unexpired Nonresidential Real Property Leases
     and (b) Sale of Certain Nonresidential Real Property
     Leases Free and Clear of Liens, Claims and Encumbrances
     to Gurnee Real Estate Owners (Docket No. 979)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 989)

Objection
Deadline:          December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:             None.

Status:            If the Court grants the Motion to Shorten
                   (Matter No. 3 on the 10:00 a.m. agenda),
                   this matter is going forward.

5.   Debtors' Motion for Order under 11 U.S.C. sections 105,
     363 and 365 and Fed. R. Bankr. P. 6004 and 6006
     Authorizing and Approving (A) Assumption and Assignment
     of Certain Unexpired Nonresidential Real Property Leases
     and (B) Sale of Certain Nonresidential Real Property
     Leases Free and Clear of Liens, Claims and Encumbrances
     to the Designee of Circuit Distribution - Illinois
     Partnership (Docket No. 987)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 990)

     Objection
     Deadline:          December 18, 2008 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     Status:            If the Court grants the Motion to Shorten
                        (Matter No. 3 on the 10:00 a.m. agenda),
                        this matter is going forward.

6.      Debtors' Motion for Order under 11 U.S.C. sections 105,
        363 and 365 and Fed. R. Bankr. P. 6004 and 6006
        Authorizing and Approving (A) Assumption and Assignment
        of Certain Unexpired Nonresidential Real Property Leases
        and (B) Sale of Certain Nonresidential Real Property
        Leases Free and Clear of Liens, Claims and Encumbrances
        to Bond C.C.I. Delaware Business Trust or its Nominee
        (Docket No. 988)

        Related
        Documents:

        a.   Notice of Motion and Hearing (Docket No. 991)

        Objection
        Deadline:      December 18, 2008 at 4:00 p.m.

        Objections/
        Responses
        Filed:         None at the time of filing this agenda.

        Status:        If the Court grants the Motion to Shorten
                       (Matter No. 3 on the 10:00 a.m. agenda),
                       this matter is going forward.

## III. CONTESTED MATTERS

7.      Debtors' Motion for Order Pursuant to 11 U.S.C. §§
        105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006
        Authorizing Rejection of Unexpired Leases of
        Nonresidential Real Property and Abandonment of Personal
        Property Effective as of the Petition Date (Docket No.
        21)

        Related
        Documents:

        a.   Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and
             554 and Fed. R. Bankr. P. 6006 Authorizing
             Rejection of Unexpired Leases of Nonresidential
             Real Property and Abandonment of Personal Property
             Effective as of the Petition Date (Docket No. 81)

        Objection
        Deadline:      December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Objection by Landover Crossing, LLC to Order
      Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
      Fed. R. Bankr. P. 6006 Authorizing Rejection of
      Unexpired Leases of Nonresidential Real Property
      and Abandonment of Personal Property Effective as
      of the Petition Date (Docket No. 229)

      Status:   This objection is going forward.

b.    Objection by Cardinal Capital Partners, Inc. and
      Affiliate to Debtors' Motion to Reject Certain
      Unexpired Leases of Nonresidential Real Property
      and the Order Granting that Motion (Docket No. 246)

      Status:   If the Court grants the relief sought in
                Matter 5 of the agenda, this objection
                will be resolved.

c.    Objection by the Balogh Companies and Certain
      Affiliates to Debtors' Motion to Reject Certain
      Unexpired Leases of Nonresidential Real Property
      and the Order Granting that Motion (Docket No. 247)

      Status:   This objection is going forward.

d.    Objection by The Leben Family Limited Partnership
      to the Order Pursuant to 11 U.S.C. §§ 105(a),
      365(a) and 554 and Fed. R. Bankr. P. 6006
      Authorizing Rejection of Unexpired Leases of
      Nonresidential Real Property and Abandonment of
      Personal Property Effective as of the Petition Date
      (Docket No. 255)

      Status:   This objection is going forward.

e.    Objection of Inland US Management LLC to Order
      Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
      Fed. R. Bankr. P. 6006 Authorizing Rejection of
      Unexpired Leases of Nonresidential Real Property
      and Abandonment of Personal Property Effective as
      of the Petition Date (Docket No. 256)

      Status:   This objection is going forward.

f.    Limited Objection of CK Richmond Business Services
      #2 Limited Liability Company to the Debtors' Motion
      to Reject Certain Unexpired Leases of
      Nonresidential Real Property and the Order Granting
      that Motion (Docket No. 257)

      Status:   This objection is going forward.

g.    Objection of Inland Commercial Property Management,
      Inc. to Order Pursuant to 11 U.S.C. §§ 105(a),
      365(a) and 554 and Fed. R. Bankr. P. 6006
      Authorizing Rejection of Unexpired Leases of
      Nonresidential Real Property and Abandonment of
      Personal Property Effective as of the Petition Date
      (Docket No. 259)

      Status:   This objection is going forward.

h.    Objection of Carrollton Arms, LLC to the Debtors'
      Motion to Reject Leases and Abandon Personal
      Property (Docket No. 260)

      Related
      Documents:

        (i)      Amended Objection to Motion and Order
                 Pursuant to 11 U.S.C. Sections 105(a),
                 365(a) and 554 and Fed. R. Bankr. P. 6006
                 (Docket No. 437)

      Status:   This objection is going forward.

i.    Objection of Premier Retail Interiors, Inc., as
      Successor in Interest to Quantum Fine Casework,
      Inc. to Order Pursuant to 11 U.S.C. §§ 105(a),
      365(a) and 554 and Fed. R. Bankr. P. 6006
      Authorizing Rejection of Unexpired Leases of
      Nonresidential Real Property and Abandonment of
      Personal Property Effective as of the Petition Date
      (Docket No. 271)

      Status:   This objection is going forward.

j.      Objection To Debtors' Motion For Entry Of Order
        Pursuant To Bankruptcy Code Sections 105, 363 And
        365 (I) Assuming The Agency Agreement Among The
        Debtors, Hilco Merchant Resources, LLC And Gordon
        Brothers Retail Partners, LLC, And (II) Authorizing
        The Debtors To Continue Agency Agreement Sales
        Pursuant To Store Closing Agreement (Docket No.
        276)

        Related
        Documents:

        (i)      Amended Objection to Debtors' Motion for
                 Order Pursuant to Bankruptcy Code Sections
                 105, 365(a) and 554 and Fed. R. Bankr. P.
                 6006 Authorizing Rejection of Unexpired
                 Leases and of Nonresidential Real Property
                 and Abandonment of Personal Property
                 Effective as of the Petition Date (Docket
                 No. 530)

        Status:   This objection is going forward.

k.      Limited Objection by Dick's Sporting Goods, Inc. to
        Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and
        554 and Fed. R. Bankr. P. 6006 Authorizing
        Rejection of Unexpired Leases of Nonresidential
        Real Property and Abandonment of Personal Property
        Effective as of the Petition Date (Docket No. 275)

        Status:   The parties have agreed to continue this
                  matter until hearing scheduled for
                  January 29, 2009 at 10:00 a.m.

l.      Limited Objection by Golf Galaxy, Inc. to Order
        Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
        Fed. R. Bankr. P. 6006 Authorizing Rejection of
        Unexpired Leases of Nonresidential Real Property
        and Abandonment of Personal Property Effective as
        of the Petition Date (Docket No. 277)

        Status:   The parties have agreed to continue this
                  matter until the hearing scheduled for
                  January 29, 2009 at 10:00 a.m.

m.    Objection By OLP 6609 Grand, LLC to the Debtors
      Motion To Reject Certain Unexpired Leases Of
      Nonresidential Real Property (Docket No. 342)

      Status:   If the Court grants the relief sought in
                Matter 4 of the agenda, this objection
                will be resolved.

n.    Objection of Dollar Tree Stores, Inc. to the Order
      Pursuant to 11 U.S.C. Sections 105(A), and 554 and
      Fed. R. Bankr. P. 6006 Authorizing Rejection of
      Unexpired Leases of Nonresidential Real Property
      and Abandonment of Personal Property Effective as
      of the Petition Date (Docket No. 351)

      Status:   The parties have agreed to continue this
                matter until the hearing scheduled for
                January 29, 2009 at 10:00 a.m.

o.    Joinder of Landlord, 120 Orchard, 427 Orchard LLC
      and FT Orchard LLC in Limited Objection to Order
      Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and
      Fed. R. Bankr. P. 6006 Authorizing Rejection of
      Unexpired Leases of Nonresidential Real Property
      and Abandonment of Personal Property Effective as
      of the Petition Date (Docket No. 354)

      Status:   The parties have agreed to continue this
                matter until the hearing scheduled for
                January 29, 2009 at 10:00 a.m.

p.    Limited Objection by Melvin Walton Hone, as Trustee
      of the Hone Family Trust to Order Pursuant to 11
      U.S.C. Sections 105(a), 365(a) and 554 of Fed. R.
      Bankr. P. 6006 Authorizing Rejection of Unexpired
      Leases and Subleases of Non-Residential Real
      Property and Abandonment of Personal Property
      Effective as of the Petition Date (Docket No. 368)

      Status:   This objection is going forward.

q.    Objection Bond C.C. I Delaware Business Trust's
      Objection to Debtors' Motion for Order Pursuant to
      11 U.S.C. Sections 105(a), 365(a) and 554 and Fed.
      R. Bankr. P. 6006 Authorizing Rejection of
      Unexpired Leases of Nonresidential Real Property
      and Abandonment of Personal Property Effective as
      of the Petition Date and Order Granting Requested
      Relief (Docket No. 378)

      Status:   If the Court grants the relief sought in
                Matter 6 of the agenda, this objection
                will be resolved.

r.    Joinder in Objections of Manufacturers and Traders
      Trust Company to the Debtors' Motion to Reject
      Certain Unexpired Leases of Nonresidential Real
      Property as of the Petition Date and the Order
      Granting That Motion Pursuant to 11 U.S.C. Sections
      105(a), 365 (a) and 554 and Fed. R. Bankr. P. 6006
      (Docket No. 574)

      Status:   This objection is going forward.

s.    Objection and Joinder In Objections Of
      Manufacturers And Traders Trust Company To The
      Debtors' Motion to Reject Certain Unexpired Leases
      Of Nonresidential Real Property As Of The Petition
      Date And The Order Granting That Motion Pursuant To
      11 U.S.C. Sections 105(A), 365(A) And 554 And Fed.
      R. Bankr. P. 6006 (Docket No. 576)

      Status:   This objection is going forward.

t.    Joinder Of Galleria Plaza, Ltd. To Limited
      Objection Of Dick's Sporting Goods, Inc. To Order
      Pursuant To 11 U.S.C. Sections 105(a), 365(a) And
      554 And Fed. R. Bankr. P. 6006 Authorizing
      Rejection Of Unexpired Leases And Subleases Of
      Nonresidential Real Property And Abandonment Of
      Personal Property Effective As Of The Petition Date
      (Docket No. 719)

Related
Documents:

(i)        Amended Joinder Of Galleria Plaza, Ltd. To
           Limited Objection Of Dick's Sporting Goods,
           Inc. To Order Pursuant To 11 U.S.C.
           Sections 105(a), 365(a) And 554 And Fed. R.
           Bankr. P. 6006 Authorizing Rejection Of
           Unexpired Leases And Subleases Of
           Nonresidential Real Property And
           Abandonment Of Personal Property Effective
           As Of The Petition Date (Docket No. 927)

Status:    The parties have agreed to continue this
           matter until the hearing scheduled for
           January 29, 2009 at 10:00 a.m.

u.     Debtors' Omnibus Reply To Objections And In Support
       Of Motion Of The Debtors For Entry Of An Order
       Pursuant To 11 U.S.C. §§ 105(a), 365(a), And 554
       And Fed. R. Bankr. P. 6006 Authorizing Rejection Of
       Unexpired Leases Of Nonresidential Real Property
       And Abandonment Of Personal Property Effective As
       Of Petition Date (Docket No. 664)

General
Status:        This matter is going forward as described
               above.

8.   Motion of Burbank Mall Associates, LLC for an Order
     Compelling Payment of Post-Petition Rent Pursuant to 11
     U.S.C. § 365(d)(3)(Docket No. 296).

     Related
     Documents:

     a.    Notice of Hearing on Motion to Compel the Payment
           of Post-Petition Rent Pursuant to 11 U.S.C.
           365(d)(3)(Docket No. 297)

     b.    Amended Motion of Burbank Mall Associates, LLC for
           an Order Compelling Payment of Post-Petition Rent
           and Post-Petition Taxes Pursuant to 11 U.S.C. §
           365(d)(3) (Docket No. 960)

     c.    Joinder of Centro Properties, Group, Federal Realty
           Investment Trust, Cencor Realty, the Hutensky

Group, the Morris Companies Affiliates, and Uniwest
Commercial Realty in Motions of Various Landlords
for Allowance of Administrative Claims and Payment
of Stub Rent for November 2008 (Docket No. 712)

Objection
Deadline:          December 3, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Omnibus Objection To The Motions Pursuant
     To 11 U.S.C. §§ 365(A) And 503(B) To Compel
     Allowance And Payment Of Post-Petition Rental
     Obligations As Administrative Expenses (Docket No.
     641)

Status:          This matter is going forward solely with
                 respect to the timing of the payment of
                 stub rent.  All other aspects of the
                 motion were resolved on the record at the
                 December 5, 2008 hearing.

9.   Motion of Crown CCI, LLC for an Order Compelling Payment
     of Post-Petition Rent and Post-Petition Taxes Pursuant
     to 11 U.S.C. § 365(d)(3)(Docket No. 298).

     Related
     Documents:

     a.   Notice of Motion and Notice of Hearing (Docket No.
          299)

     b.   Amended Motion of Crown CCI, LLC for an Order
          Compelling Payment of Post-Petition Rent and Post-
          Petition Taxes Pursuant to 11 U.S.C. §
          365(d)(3)(Docket No. 333)

     Objection
     Deadline:          December 3, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Omnibus Objection To The Motions Pursuant
      To 11 U.S.C. §§ 365(A) And 503(B) To Compel
      Allowance And Payment Of Post-Petition Rental
      Obligations As Administrative Expenses (Docket No.
      641)

Status:          This matter is going forward solely with
                 respect to the timing of the payment of
                 stub rent.  All other aspects of the
                 motion were resolved on the record at the
                 December 5, 2008 hearing.

10.   Motion by Woodlawn Trustees, Incorporated for an Order
      (A) Compelling Debtor to Immediately Pay Administrative
      Rent Pursuant to 11 U.S.C. § 365(d)(3) and 503(b); and
      (B) Granting Related Relief and Supporting Memorandum
      (Docket No. 390)

      Related
      Documents:

      a.    Notice of Hearing and Notice of Motion (Docket No.
            391)

      b.    Joinder of Centro Properties, Group, Federal Realty
            Investment Trust, Cencor Realty, the Hutensky
            Group, the Morris Companies Affiliates, and Uniwest
            Commercial Realty in Motions of Various Landlords
            for Allowance of Administrative Claims and Payment
            of Stub Rent for November 2008 (Docket No. 712)

      Objection
      Deadline:        December 3, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Omnibus Objection To The Motions Pursuant
            To 11 U.S.C. §§ 365(A) And 503(B) To Compel
            Allowance And Payment Of Post-Petition Rental
            Obligations As Administrative Expenses (Docket No.
            641)

Status:            This matter is going forward solely with
                   respect to the timing of the payment of
                   stub rent.  All other aspects of the
                   motion were resolved on the record at the
                   December 5, 2008 hearing.

11.   Motion by 502-12 86th Street LLC for an Order (A)
      Compelling Debtor to Immediately Pay Administrative Rent
      Pursuant to 11 U.S.C. § 365(d(3) and 503(b); and (B)
      Granting Related Relief and Supporting Memorandum
      (Docket No. 396).

      Related
      Documents:

      a.    Notice of Motion and Notice of Hearing (Docket No.
            397)

      Objection
      Deadline:          December 3, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Omnibus Objection To The Motions Pursuant
            To 11 U.S.C. §§ 365(A) And 503(B) To Compel
            Allowance And Payment Of Post-Petition Rental
            Obligations As Administrative Expenses (Docket No.
            641)

      Status:            This matter is going forward solely with
                         respect to the timing of the payment of
                         stub rent.  All of the other aspects of
                         the motion were resolved on the record at
                         the December 5, 2008 hearing.

12.   Motion by Basile Limited Liability Company for an Order
      (A) Compelling Debtor to Immediately Pay Administrative
      Rent Pursuant to 11 U.S.C. § 365(d)(3) and 503(b); and
      (B) Granting Related Relief and Supporting Memorandum
      (Docket No. 403).

      Related
      Documents:

      a.    Notice of Motion and Notice of Hearing (Docket No.
            404)

Objection
Deadline:        December 3, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.      Debtors' Omnibus Objection To The Motions Pursuant
        To 11 U.S.C. §§ 365(A) And 503(B) To Compel
        Allowance And Payment Of Post-Petition Rental
        Obligations As Administrative Expenses (Docket No.
        641)

Status:          This matter is going forward solely with
                 respect to the timing of the payment of
                 stub rent.  All other aspects of the
                 motion were resolved on the record at the
                 December 5, 2008 hearing.

13.   Debtors' Motion for Orders Under 11 U.S.C. §§ 105, 363,
      and 365 (I) Approving Bidding and Auction Procedures for
      Sale of Unexpired Nonresidential Real Property Leases
      for Closing Stores, (II) Setting Sale Hearing Date, and
      (III) Authorizing and Approving (A) Sale of Certain
      Nonresidential Real Property Leases Free and Clear of
      Liens, Claims, and Encumbrances, (B) Assumption and
      Assignment of Certain Unexpired Nonresidential Real
      Property Leases, and (C) Lease Rejection Procedures
      (Docket No. 413)

      Related
      Documents:

      a.      Order Under 11 U.S.C. §§ 105, 363, and 365 (I)
              Approving Bidding and Auction Procedures for Sale
              of Unexpired Nonresidential Real Property Leases
              for Closing Stores, (II) Setting Sale Hearing Date,
              and (III) Authorizing and Approving (A) Sale of
              Certain Nonresidential Real Property Leases Free
              and Clear of Liens, Claims, and Encumbrances, (B)
              Assumption and Assignment of Certain Unexpired
              Nonresidential Real Property Leases, and (C) Lease
              Rejection Procedures (Docket No. 896)

      b.      Notice of Auction Cancellation (Docket No. 1076)

Objection
Deadline/
Bidding
Procedures:            December 3, 2008 at 4:00 p.m.

Responses to:

a.   Objections to Bidding Procedures  (Docket Nos. 599,
     604, 610, 613, 616, 617, 626, 628, 629, 642, 645,
     652, 653, 658, 663, 665, 666)

     Status:   These objections were resolved with
               changes to and entry of the bidding
               procedures order (Docket No. 896).

Objection
Deadline/
Cure Amounts:  December 17, 2008 at 4:00 p.m.

Objections/
Responses
Cure Amount:

a.   Objections to Debtors' Proposed Cure Amounts
     (Docket Nos. 729, 796, 863, 797, 864, 819, 833,
     834, 837, 841, 845, 847, 851, 852, 853, 858, 860,
     861, 866, 867, 870, 871, 873, 874, 877, 881, 883,
     886, 887, 900, 918, 943, 950, 961, 1014, 1023,
     1024, 1034, 1035, 1036, 1043, 1045, 1048, 1049,
     1050, 1051, 1054, 1055, 1057, 1058, 1059, 1060,
     1061, 1063, 1064, 1065, 1066, 1067, 1068, 1069,
     1074, 1075, 1077)

     Status:   These objections are not going forward.
               The Debtors are not proceeding with the
               assumption, assignment or sale of the
               relevant leases.

b.   Objection by Rio Associates Limited Partnership to
     Proposed Cure Amount (Docket No. 1038)

     Status:   This objection is going forward.  The
               Debtors and Rio Associates Limited
               Partnership are currently negotiating a
               lease termination agreement and proposed
               form of order, which will be presented to
               the Court at the hearing.

Objection
Deadline/
Assumption
And Assignment:        December 22, 2008 at 1:00 p.m.

General
Status:            This matter is going forward solely with
                   respect to objection b.  The Debtors will
                   present a proposed form of order at the
                   hearing.

14.    Motion and Supporting Memorandum of CCDC Marion
       Portfolio, L.P. for an Order Compelling Payment of Post-
       Petition Rent Pursuant to 11 U.S.C. § 365(d)(4) (Docket
       No. 565)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 567)

       Objection
       Deadline:        December 15, 2008 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Debtors' Omnibus Objection To The Motions Pursuant
             To 11 U.S.C. §§ 365(A) And 503(B) To Compel
             Allowance And Payment Of Post-Petition Rental
             Obligations As Administrative Expenses (Docket No.
             641)

       Status:            Counsel for CCDC Marion Portfolio, L.P.
                          has agreed that the Debtors Omnibus
                          Objection (Item a) is applicable.  This
                          matter is going forward.

15.    Panattoni Denton's (I) Objections To Motion Of The
       Debtors For Order Under Section 365(d)(4) Extending Time
       Within Which Debtors May Assume Or Reject Unexpired
       Leases Of Nonresidential Real Property And (II) Request
       To Compel Compliance With Obligations Under Section
       365(d)(3) (Docket No. 623)

       Objection
       Deadline:        N/A

Objections/
Responses
Filed:

a.    Debtors' Second Omnibus Objection To The Motions
      Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
      Compel Allowance And Payment Of Post-Petition
      Rental Obligations As Administrative Expenses
      (Docket No. 1100)

Status:        This matter is going forward solely with
               respect to the timing of payment of stub
               rent.

16.   Objection Of Landlords To Debtors' Motion For Order
      Under Bankruptcy Code Section 365(d)(4) Extending Time
      Within Which Debtors May Assume Or Reject Unexpired
      Leases Of Nonresidential Real Property And Cross-Motion
      To Compel Payment Of Rent (Docket No. 627)

      Objection
      Deadline:      N/A

      Objections/
      Responses
      Filed:

a.    Debtors' Second Omnibus Objection To The Motions
      Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
      Compel Allowance And Payment Of Post-Petition
      Rental Obligations As Administrative Expenses
      (Docket No. 1100)

Status:        This matter is going forward solely with
               respect to the timing of payment of stub
               rent.

17.   Panattoni Northglenn's (I) Objections To Motion Of The
      Debtors For Order Under Section 365(d)(4) Extending Time
      Within Which Debtors May Assume Or Reject Unexpired
      Leases Of Nonresidential Real Property And (II) Request
      To Compel Compliance With Obligations Under Section
      365(d)(3) (Docket No. 630)

      Objection
      Deadline:      N/A

Objections/
Responses
Filed:

a.   Debtors' Second Omnibus Objection To The Motions
     Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
     Compel Allowance And Payment Of Post-Petition
     Rental Obligations As Administrative Expenses
     (Docket No. 1100)

Status:        This matter is going forward solely with
               respect to the timing of payment of stub
               rent.

18.  Motion and Supporting Memorandum of Polaris Circuit
     City, LLC for an Order (A) Compelling Debtors to
     Immediately Pay Administrative Rent Pursuant to 11
     U.S.C. §§ 365(d)(3) and 503(b), and (B) Granting Related
     Relief (Docket No. 647)

     Objection
     Deadline:     N/A

     Objections/
     Responses
     Filed:

     a.   Debtors' Second Omnibus Objection To The Motions
          Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
          Compel Allowance And Payment Of Post-Petition
          Rental Obligations As Administrative Expenses
          (Docket No. 1100)

     Status:        This matter is going forward solely with
                    respect to the timing of payment of stub
                    rent.

19.  Motion of Hayward 880, LLC for an Order Compelling
     Payment of Post-Petition Rent, CAM and Taxes Pursuant to
     11 U.S.C. § 365(d)(3) (Docket No. 816)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 818)

     Objection
     Deadline:     December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Second Omnibus Objection To The Motions
Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
Compel Allowance And Payment Of Post-Petition
Rental Obligations As Administrative Expenses
(Docket No. 1100)

Status:        This matter is going forward.

20.   Motion of Save Mart Supermarkets for an Order Compelling
Payment of Post-Petition Rent, CAM and Related Charges
Pursuant to 11 U.S.C. § 365(d)(3) (Docket No. 838)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 839)

Objection
Deadline:        December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Second Omnibus Objection To The Motions
Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
Compel Allowance And Payment Of Post-Petition
Rental Obligations As Administrative Expenses
(Docket No. 1100)

Status:        This matter is going forward.

21.   Motion of CC-Investors 1997-4, LLC for an Order
Compelling Payment of Post-Petition Rent Pursuant to 11
U.S.C. § 365(d)(3) (Docket No. 875)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 876)

Objection
Deadline:        December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Second Omnibus Objection To The Motions
     Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
     Compel Allowance And Payment Of Post-Petition
     Rental Obligations As Administrative Expenses
     (Docket No. 1100)

Status:        This matter is going forward.

22.   Motion of the Lucknow Landlords for an Order Compelling
      Payment of Post-Petition Rent Pursuant to 11 U.S.C. §
      365(d)(3) (Docket No. 898)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 899)

      Objection
      Deadline:        December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Debtors' Second Omnibus Objection To The Motions
           Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
           Compel Allowance And Payment Of Post-Petition
           Rental Obligations As Administrative Expenses
           (Docket No. 1100)

      Status:        This matter is going forward.

23.   Motion and Supporting Memorandum of Annapolis Plaza LLC
      for an Order (A) Compelling Debtors to Immediately Pay
      Administrative Rent Pursuant to 11 U.S.C. §§ 365(d)(3)
      and 503(b), and (B) Granting Related Relief (Docket No.
      901)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 902)

Objection
Deadline:       December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Second Omnibus Objection To The Motions
     Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
     Compel Allowance And Payment Of Post-Petition
     Rental Obligations As Administrative Expenses
     (Docket No. 1100)

Status:         This matter is going forward.

24.   Motion and Supporting Memorandum of Law of Baker Natick
      Promenade LLC, BPP-CONN LLC, BPP-Redding LLC, BPP-VA
      LLC, BPP-NY LLC, BPP-OH LLC, and BPP-SC LLC for an Order
      Compelling Debtors to Immediately Pay Administrative
      Rent Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b) and
      Granting Related Relief (Docket No. 945)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 946)

      Objection
      Deadline:       December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Debtors' Second Omnibus Objection To The Motions
           Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
           Compel Allowance And Payment Of Post-Petition
           Rental Obligations As Administrative Expenses
           (Docket No. 1100)

      Status:         This matter is going forward.

25.   Landlords' Motion and Supporting Memorandum for an Order
      Compelling Payment of Post-Petition Rent and Granting
      Related Relief and Supplement to Joinder in Limited
      Objection, by 120 Orchard LLC, et al. [Dkt. Nos. 277 and
      354](Docket No. 949)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 951)

Objection
Deadline:      December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Second Omnibus Objection To The Motions
      Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
      Compel Allowance And Payment Of Post-Petition
      Rental Obligations As Administrative Expenses
      (Docket No. 1100)

Status:        This matter is going forward.

26.   Motion and Supporting Memorandum of Law of McAlister
      Square Partners, Ltd. for an Order Compelling Debtors to
      Immediately Pay Administrative Rent Pursuant to 11
      U.S.C. Sections 365(d)(3) and 503(b) and Granting
      Related Relief (Docket No. 969)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 970)

      Objection
      Deadline:      December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Second Omnibus Objection To The Motions
            Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
            Compel Allowance And Payment Of Post-Petition
            Rental Obligations As Administrative Expenses
            (Docket No. 1100)

      Status:        This matter is going forward.

27.  Motion and Supporting Memorandum of Law of Amherst VF
     LLC (Amherst, NY); East Brunswick VF LLC (East
     Brunswick, NJ); Vornado Gun Hill Road LLC (Bronx, NY);
     North Plainsfield VF LLC (North Plainfield, NJ);
     Alexander's Rego Park Center, Inc. (Rego Park, NY);
     Towson VF LLC (Towson, MD); Green Acres Mall, LLC
     (Valley Stream, NY); Wayne VF LLC (Wayne, NJ); VNO Mundy
     Street LLC (Wilkes-Barre, PA); and VNO Tru Dale Mabry,
     LLC (Tampa, FL) for an Order Compelling Debtors to
     Immediately Pay Administrative Rent Pursuant to 11
     U.S.C. Sections 35(d)(3) and 503(b) and Granting Related
     Relief (Docket No. 971)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 973)

     Objection
     Deadline:       December 18, 2008 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Second Omnibus Objection To The Motions
          Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
          Compel Allowance And Payment Of Post-Petition
          Rental Obligations As Administrative Expenses
          (Docket No. 1100)

     Status:         This matter is going forward.

28.  Motion of Cole CC Groveland FL, LLC and Cole CC Aurora
     CO, LLC for an Order Compelling the Debtor to Perform
     Timely All Lease Obligations Including the Payment of
     Post-Petition Rent (Docket No. 975)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 976)

     Objection
     Deadline:       December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Second Omnibus Objection To The Motions
      Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
      Compel Allowance And Payment Of Post-Petition
      Rental Obligations As Administrative Expenses
      (Docket No. 1100)

Status:          This matter is going forward.

29.   Motion and Supporting Memorandum of Law of Colonial
      Heights Holdings, LLC for an Order Compelling Debtors to
      Immediately Pay Administrative Rent Pursuant to 11
      U.S.C. Sections 365(d)(3) and 503(b) and Granting
      Related Relief (Docket No. 977)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 978)

      Objection
      Deadline:        December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Second Omnibus Objection To The Motions
            Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
            Compel Allowance And Payment Of Post-Petition
            Rental Obligations As Administrative Expenses
            (Docket No. 1100)

      Status:          This matter is going forward.

30.   Motion and Supporting Memorandum of CIM/Birch St., Inc.
      for an Order (A) Compelling Debtor to Immediately Pay
      Administrative Rent Pursuant to 11 U.S.C. Sections
      365(d)(3) and 503 (b), and (B) Granting Related Relief
      (Docket No. 980)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 981)

Objection
Deadline:         December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Second Omnibus Objection To The Motions
      Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
      Compel Allowance And Payment Of Post-Petition
      Rental Obligations As Administrative Expenses
      (Docket No. 1100)

Status:         This matter is going forward.

31.   Motion and Supporting Memorandum of Principal Life
      Insurance Company for an Order (A) Compelling Debtor to
      Immediately Pay Administrative Rent Pursuant to 11
      U.S.C. §§ 365(d)(3) and 503(b), and (B) Granting Related
      Relief (Docket No. 983)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 982)

      Objection
      Deadline:         December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Second Omnibus Objection To The Motions
            Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
            Compel Allowance And Payment Of Post-Petition
            Rental Obligations As Administrative Expenses
            (Docket No. 1100)

      Status:         This matter is going forward.

32.   Motion and Supporting Memorandum of Law of PrattCenter,
      LLC and Valley Corners Shopping Center, LLC for an Order
      Compelling Debtors to Immediately Pay Administrative
      Rent Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b)
      and Granting Related Relief (Docket No. 984)

Related
Documents:

a.     Exhibit D to Motion and Supporting Memorandum of
       Law of PrattCenter, LLC and Valley Corners Shopping
       Center, LLC (Docket No. 985)

b.     Notice of Motion and Hearing (Docket No. 986)

Objection
Deadline:          December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.     Debtors' Second Omnibus Objection To The Motions
       Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
       Compel Allowance And Payment Of Post-Petition
       Rental Obligations As Administrative Expenses
       (Docket No. 1100)

Status:            This matter is going forward.

33.  Debtors' First Omnibus Motion for Order Pursuant to
     Bankruptcy Code Sections 105(a), 365(a) and 554 and
     Bankruptcy Rule 6006 Authorizing Rejection of Certain
     Unexpired Leases of Nonresidential Real Property and
     Abandonment of Personal Property Effective as of
     December 12, 2008 (Docket No. 998)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 999)

     Objection
     Deadline:        December 18, 2008 at 4:00 p.m., extended
                      for Goldsmith until December 19, 2008 at
                      2:00 p.m.

Objections/
Responses
Filed:

a.    Objection of Carmax Business Services to Motion for
      Order Pursuant to Bankruptcy Code Sections 105(a),
      365(a) and 554 and Bankruptcy Rule 6006 Authorizing
      Rejection of Certain Unexpired Leases of
      Nonresidential Real Property and Abandonment of
      Personal Property Effective as of December 12, 2008
      (Docket No. 1087)

b.    Objection Of Food Lion, LLC, To Debtors' First
      Omnibus Motion For Order Pursuant To Bankruptcy
      Code Sections 105(a), 365(a) And 554 And Bankruptcy
      Rule 6006 Authorizing Rejection Of Certain
      Unexpired Leases Of Nonresidential Real Property
      And Abandonment Of Personal Property Effective As
      Of December 12, 2008 (Docket No. 1095)

c.    Objection Of Cole CC Kennesaw GA, LLC To Debtors'
      First Omnibus Motion For Order Pursuant To
      Bankruptcy Code Sections 105(a), 365(a) And 554 And
      Bankruptcy Rule 6006 Authorizing Rejection Of
      Certain Unexpired Leases Of Nonresidential Real
      Property And Abandonment Of Personal Property
      Effective As Of December 12, 2008 (Docket No. 1098)

Status:       This matter is going forward.

34.  Motion Of Port Arthur Holdings, III, Ltd For An Order
     Compelling Debtor To Immediately Pay Post-Petition Ant
     To 11 U.S.C. § 365(d)(3) and Granting Related Relief
     (Docket No. 1025)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 1026)

     b.    Amended Notice of Motion and Hearing (Docket No.
           1037)

     Objection
     Deadline:     December 18, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.      Debtors' Second Omnibus Objection To The Motions
        Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
        Compel Allowance And Payment Of Post-Petition
        Rental Obligations As Administrative Expenses
        (Docket No. 1100)

Status:         This matter is going forward.


Dated: December 18, 2008        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia       FLOM, LLP
                                Gregg M. Galardi, Esq.
                                Ian S. Fredericks, Esq.
                                P.O. Box 636
                                Wilmington, Delaware 19899-0636
                                (302) 651-3000

                                        - and -

                                SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM, LLP
                                Chris L. Dickerson, Esq.
                                333 West Wacker Drive
                                Chicago, Illinois 60606
                                (312) 407-0700

                                        - and -

                                MCGUIREWOODS LLP


                                /s/ Douglas M. Foley          .
                                Dion W. Hayes (VSB No. 34304)
                                Douglas M. Foley (VSB No. 34364)
                                One James Center
                                901 E. Cary Street
                                Richmond, Virginia 23219
                                (804) 775-1000

                                Counsel for Debtors and Debtors
                                in Possession

\6876758.1