IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

------------------------------------x
                                    :
In re:                              :  Chapter 11
                                    :  Case No. 08-35653
CIRCUIT CITY STORES, INC., et al.,  :  Jointly Administered
                                    :
                                    :
              Debtors.              :
                                    :
                                    :
------------------------------------x

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that North Plainfield VF LLC and Marlton VF LLC (together, the "Landlords"), by and through counsel, have filed with the Court in the above-styled bankruptcy, a *Motion of North Plainfield VF LLC and Marlton VF LLC to Compel the Debtors to Perform Postpetition Obligations Pursuant to 11 U.S.C. §365(d)(3)* (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not want the Court to grant the relief sought

William A. Gray, Esquire (VSB# 46911)
Lisa Taylor Hudson, Esquire (VSB# 45484)
SANDS ANDERSON MARKS & MILLER
801 E. Main Street, Suite 1800
(P.O. Box 1998)
Richmond, VA 23219 (23219-1998)
Phone: (804) 648-1636
Fax: (804) 783-7291
-AND-
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Stephanie Goldstein, Esquire
Kalman Ochs, Esquire
One New York Plaza
New York, NY 10004
Phone: (212) 859-8000
Fax: (212) 859-4000
*Counsel for North Plainfield VF LLC and Marlton VF LLC*

in the *Motion*, or if you want the Court to consider your views on the *Motion*, then or before **January 9, 2009** you or your attorney must:

 1. File with the Court, at the address shown below, a written response pursuant to *Local Bankruptcy Rule* 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

> William C. Redden, Clerk of Court
> United States Bankruptcy Court
> Eastern District of Virginia, Richmond Division
> 701 E. Broad Street, Suite 4000
> Richmond, VA 23219

You must also mail a copy to:

> William A. Gray, Esquire (VSB #46911)
> Peter M. Pearl, Esquire (VSB #22344)
> C. Thomas Ebel, Esquire (VSB # 18637)
> Lisa Taylor Hudson, Esquire (VSB #45484)
> Sands Anderson Marks & Miller, P.C.
> 801 E. Main Street, Suite 1800
> (P.O. Box 1998)
> Richmond, VA 23219 (23218-1998)
> (804) 648-1636 (Telephone)
> (804) 783-7291 (Facsimile)

 2. Attend a hearing scheduled for **January 16, 2009, at 10:00 a.m.** at the United States Bankruptcy Court located at 701 East Broad Street, Suite 4000, Richmond, Virginia, in Judge Huennekens' Courtroom, in addition to filing a written objection or response to the *Motion*. If you fail to timely file a written response and to attend the hearing, the Court may consider any objection you have waived, and enter an order granting the relief requested in the *Motion* without holding a hearing.

 If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the *Motion* and may enter an Order granting that relief.

## NOTICE

Under *Local Bankruptcy Rule* 9013-1, unless a written response to the *Motion* is filed with the Clerk of Court and served on the moving party within five (5) business days prior to the **January 16, 2009**, hearing date, or on or before **January 9, 2009**, objecting to the relief requested, the Court may deem any opposition waived, treat the *Motion* as conceded, and issue an Order granting the requested relief without further notice or hearing.

**Dated: December 19, 2008**

**Respectfully Submitted,**
NORTH PLAINFIELD VF LLC and
MARLTON VF LLC

By Counsel:

By:   /s/ William A. Gray
William A. Gray, Esquire (VSB# 46911)
Lisa Taylor Hudson, Esquire (VSB# 45484)
SANDS ANDERSON MARKS & MILLER
801 E. Main Street, Suite 1800
(P.O. Box 1998)
Richmond, VA 23219 (23219-1998)
Phone: (804) 648-1636
Fax: (804) 783-7291

-and-

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Stephanie Goldstein, Esquire
Kalman Ochs, Esquire
One New York Plaza
New York, NY 10004
Phone: (212) 859-8000
Fax: (212) 859-4000

## Certificate of Service

I hereby certify that on this 19th day of December, 2008, a true and accurate copy of the foregoing was electronically filed with Clerk of the Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached service list.

    /s/ William A. Gray

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
    *Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
    *Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
    *Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
    *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
    *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
    *Special Counsel for Debtors*

5

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
    *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
    *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
    *Counsel for the Official Committee of*
    *Unsecured Creditors*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
    *Counsel for the Creditors Committee*