# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**
John S. Mairo, Esq.

**In re:**  Circuit City Stores, Inc.

**Case Number**  08−35653−KRH
**Chapter**  11
.

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

**CLAIMS/TRANSFER OF CLAIM:**

__    Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

__    Document does not appear to be filed in the correct case. Please review this filing for possible error, and file it in the correct case, as appropriate.

__    Form B210A – Transfer of Claim Other Than For Security.* The transfer is NOT in substantial compliance with the Procedural Form B210A.

__X__    Official Form 10 – Proof of Claim* – not attached to entry or attached form not in substantial compliance with Official Form.

__X__    The document attached to the proof of claim entry should be filed in the main case of 08−35653.

*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  December 17, 2008

CLERK, UNITED STATES BANKRUPTCY COURT

[general_checksheet_claims.jsp ver.5/2007]

By /s/ Jenni Jafarbay , Deputy Clerk
Direct Dial Telephone No. 804−916−2411

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1                    Date Rcvd: Dec 17, 2008
Case: 08-35653                Form ID: igclaims        Total Served: 1

The following entities were served by first class mail on Dec 19, 2008.
              +John S. Mairo, Esq.,    Porzio, Bromberg & Newman, P.C.,   PO Box 1997,
               Morristown, NJ 07962-1997

The following entities were served by electronic transmission.
NONE.                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8598861       Majesco Entertainment Company
                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2008**                          **Signature:**    *Joseph Speetjens*