## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF ILLINOIS
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ORDER APPROVING ADMISSION PRO HAC VICE OF NICHOLAS M. MILLER

This matter comes before the Court upon the Motion of Anne Braucher, requesting entry of an order approving the admission *pro hac vice* of Nicholas M. Miller of the firm of DLA Piper LLP (US), Chicago, Illinois, to represent the interests of *Manufacturers and Traders Trust Company, as Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February 1, 1993 and (II) the Collateral Trust Indenture from Secured Lease Finance Corporation II, dated February 24, 1994*, in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper, the Court

ORDERS that Nicholas M. Miller be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

DATE:  Dec 17 2008

/s/ Kevin Huennekens
HON. KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

ENTERED ON DOCKET:  Dec 18 2008

I ASK FOR THIS:

/s/ Anne Braucher
Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000

*Counsel for Manufacturers and Traders Trust Company,*
*as Trustee under (I) the Collateral Trust Indenture from*
*Bond Lease Corporation VI, dated February 1, 1993 and*
*(II) the Collateral Trust Indenture from Secured Lease Finance*
*Corporation II, dated February 24, 1994.*

## LOCAL RULE CERTIFICATION

    I hereby certify that the foregoing has been endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

                                                     /s/ Anne Braucher

**PARTIES TO RECEIVE COPIES**

Anne Braucher, Esq.
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004

Nicholas M. Miller, Esq.
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1            Date Rcvd: Dec 18, 2008
Case: 08-35653                Form ID: pdforder          Total Served: 1
```

The following entities were served by first class mail on Dec 20, 2008.
        +Nicholas M. Miller,   203 North LaSalle St. #1900,   Chicago, IL 60601-1263

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2008**                    **Signature:** _Joseph Speetjens_