William C. Crenshaw
VSB No. 16803
**POWELL GOLDSTEIN LLP**
901 New York Avenue, NW, Third Floor
Washington, D.C. 20001
(202) 624-7380
Email: wcrenshaw@pogolaw.com

**Counsel to Prince George's Station Retail, LLC, Gould Investors, L.P.,**
**Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC,**
**OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC,**
**OLP CCSt.Louis, LLC and OLP 6609 Grand, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

------------------------------------x
                                    :
**In re:**                          : **Chapter 11**
                                    :
   **CIRCUIT CITY STORES, INC., et al.,**  : **Case No. 08-35653 (KRH)**
                                    :
   **Debtors.**                     : **Jointly Administered**
                                    :
------------------------------------x

**ORDER APPROVING ADMISSION PRO HAC VICE OF MICHELLE MCMAHON**

This matter comes before the Court upon the Motion of William C. Crenshaw requesting entry of an order approving the admission *pro hac vice* of Michelle McMahon of the firm of Bryan Cave LLP, to represent the interests of Prince George's Station Retail, LLC, Gould Investors, L.P., Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC and OLP 6609 Grand, LLC in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT Ms. McMahon be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings and is hereby granted leave to appear before the Court without the presence of local counsel on December 22, 2008.

Imaged Certificate of Service    Page 2 of 4

ENTERED:

    Dec 17 2008                          /s/ Kevin Huennekens

                                                           HON. KEVIN R. HUENNEKENS
 Entered on docket: Dec 18 2008            UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ William C. Crenshaw
William C. Crenshaw
Va. Bar No. 16803
901 New York Avenue, NW, Third Floor
Washington, DC  20001
Phone (202)-347-0066
Fax (202)-624-7222
Email: wcrenshaw@pogolaw.com

## LOCAL RULE CERTIFICATION

      I hereby certify that the foregoing has been endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

                                              /s/ William C. Crenshaw
                                              William C. Crenshaw

08-35653~12162008102120711.doc

**PARTIES TO RECEIVE COPIES**

William C. Crenshaw
Powell Goldstein LLP
901 New York Avenue, NW, Third Floor
Washington, DC  20001

Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York 10104

Anne Braucher
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004

Timothy W. Brink
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

# CERTIFICATE OF NOTICE

```
District/off: 0422-7            User: frenchs              Page 1 of 1              Date Rcvd: Dec 18, 2008
Case: 08-35653                  Form ID: pdforder          Total Served: 1
```

The following entities were served by first class mail on Dec 20, 2008.
        +Michelle McMahon,   1290 Avenue of the Americas,   New York, NY 10104-0101

The following entities were served by electronic transmission.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2008**                         **Signature:** _/s/ Joseph Speetjens_