William C. Crenshaw
VSB No. 16803
**POWELL GOLDSTEIN LLP**
901 New York Avenue, NW, Third Floor
Washington, D.C. 20001
(202) 624-7380
Email: wcrenshaw@pogolaw.com

**Counsel to Prince George's Station Retail, LLC, Gould Investors,
L.P., Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC,
OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC,
OLP CCSt.Louis, LLC, and OLP 6609 Grand, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

------------------------------------x
:
**In re:**                                        :  **Chapter 11**
:
**CIRCUIT CITY STORES, INC., et al.,**   :  **Case No. 08-35653 (KRH)**
:
**Debtors.**                                :  **Jointly Administered**
:
------------------------------------x

**ORDER APPROVING ADMISSION PRO HAC VICE OF SYNDE KEYWELL**

This matter comes before the Court upon the Motion of William C. Crenshaw requesting entry of an order approving the admission *pro hac vice* of Synde Keywell of the firm of Bryan Cave LLP, to represent the interests of Prince George's Station Retail, LLC, Gould Investors, L.P., Georgia Pension Associates Realty Corp., OLP CCAntioch, LLC, OLP CCFairview Heights, LLC, OLP CCFerguson, LLC, OLP CCFlorence, LLC, OLP CCSt.Louis, LLC and OLP 6609 Grand, LLC in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT Synde Keywell be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

08-35653~12162008102121492.doc

    ENTERED:   Dec 17 2008                          /s/ Kevin Huennekens

   Entered on docket: Dec 18 2008            HON. KEVIN R.HUENNEKENS
                                                                                UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ William C. Crenshaw
William C. Crenshaw
Va. Bar No. 16803
901 New York Avenue, NW, Third Floor
Washington, DC  20001
Phone (202)-347-0066
Fax (202)-624-7222
Email: wcrenshaw@pogolaw.com

## LOCAL RULE CERTIFICATION

       I hereby certify that the foregoing has been endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

                                         /s/ William C. Crenshaw
                                         William C. Crenshaw

**PARTIES TO RECEIVE COPIES**

William C. Crenshaw
Powell Goldstein LLP
901 New York Avenue, NW, Third Floor
Washington, DC  20001

Synde Keywell
161 North Clark Street, Suite 4300
Chicago, IL 60601

Anne Braucher
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004

Timothy W. Brink
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

3

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs           Page 1 of 1           Date Rcvd: Dec 18, 2008
Case: 08-35653              Form ID: pdforder       Total Served: 1
```

The following entities were served by first class mail on Dec 20, 2008.
     +Synde Keywell,   161 North Clark St. # 4300,   Chicago, IL 60601-3315

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 20, 2008**                    **Signature:**    _Joseph Speetjens_