## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

-------------------------------------------------- x

In re:

CIRCUIT CITY STORES, INC.,
et al.,

                        Debtors.[1]

-------------------------------------------------- x

:   Chapter 11

:   Case No. 08-35653 (KRH)

:   Jointly Administered

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Greg Barlage, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before December 12, 2008, copies of the following documents were served per postal forwarding address via First Class mail upon the parties set forth on the service list attached hereto as **Exhibit A**:

1. Notice of Bar Date for Filing a Request for Allowance of an Administrative Expense Claim Under 11 U.S.C. § 503(b)(9); and Section 503(b)(9) Claim Request Form (Docket No. 145)

*[Space Left Intentionally Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

2. Notice of Entry of Interim Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands (Docket No. 146)

Dated: December 12, 2008

Greg Barlage

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 12th day of December, 2008, by Greg Barlage, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature:

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

# EXHIBIT A

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 5Linx Enterprises Inc | | 275 Kenneth Dr | | Rochester | NY | 14623-4277 |
| A1 Locksmith | | 359 Beach Rd | | Burlingame | CA | 94010-2005 |
| AAA Locksmiths | | 6743 Dublin Blvd Ste 30 | | Dublin | CA | 94568-3029 |
| Abacus II | | 1900 Indian Wood Cir Ste 200 | | Maumee | OH | 43537-4039 |
| Absolute Services LLC | | 11620 Timberly Wave | | Richmond | VA | 23238-3485 |
| Accent Marketing Services LLC | | 400 Missouri Ave Ste 100 | | Jeffersonvle | IN | 47130-3086 |
| Acme Dock Specialists Inc | | PO Box 414230 | | Kansas City | MO | 64141-4230 |
| Acme Dock Specialists Inc | | PO Box 414230 | | Kansas City | MO | 64141-4230 |
| Acme Fire Fighting Devices | | 6698 Ponderosa St | | Central Point | OR | 97502-3442 |
| Acme Fire Fighting Devices | | 6698 Ponderosa St | | Central Point | OR | 97502-3442 |
| ACS Inc | Dept A W W | 14 S Main St | | Aberdeen | SD | 57401-4136 |
| ACS Inc | | 14 S Main St | | Aberdeen | SD | 57401-4136 |
| Action Computer Supply Inc | | 28248 N Tatum Blvd Ste B1 | | Cave Creek | AZ | 85331-6343 |
| Actisys Corp | | 921 Corporate Way | | Fremont | CA | 94539-6118 |
| Adams & Swatekm LLC | | 22 W State St Ste 1 | | Geneva | IK | 60134-2234 |
| Advance Ent Inc | | 29348 Roadside Dr Unit C | | Agoura Hills | CA | 91301-1501 |
| Advanced Engineered Systems | | 8621 E Dr Martin Luther Jr Blvd | | Tampa | FL | 33610-7305 |
| Advanced Home Entertainment | | 9020 Bellhurst Way Ste 114 | | West Palm Bch | FL | 33411-3617 |
| Advanced Home Entertainment | | 9020 Bellhurst Way Ste 114 | | West Palm Bch | FL | 33411-3617 |
| Advisory TV & Radio Labs LLC | | 4111 39th St | | Sunnyside | NY | 11104-4201 |
| Aegis Industrial Software Corp | | 5 Walnut Grove Dr Ste 320 | | Horsham | PA | 19044-4000 |
| Alans TV & Electronics | | 240 W Center St | | Richfield | UT | 84701-2547 |
| Alans TV & Electronics | | 240 W Center St | | Richfield | UT | 84701-2547 |
| Alcosta BP Auto Service | | 40930 Camero Pl | | Fremont | CA | 94539-3730 |
| All American | | 16115 NW 52nd Ave | | Hialeah | FL | 33014-6205 |

12/12/2008  4:53 PM

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| All Phase Electric Supply Co | | PO Box 450 | | Lima | OH | 45802-0450 |
| All Star Neon Inc | | 2406 Callaway Ct | | Wentzville | MO | 63385-3506 |
| Allamena, Jennie | | 160 Murphy Pl Apt 8 | | W Henrietta | NY | 14586-8817 |
| Alpha Electronics | | 10208 E Olla Ave | | Mesa | AZ | 85212-2379 |
| Alpha Electronics | | 10208 E Olla Ave | | Mesa | AZ | 85212-2379 |
| Alternative Communications | | 8 Filippone Way | | West Paterson | NJ | 07424-2614 |
| Alwin Electric Appliance | | 60918 County Rd 21 | | New Ulm | MN | 55073-4214 |
| American Cancer Society | | 4240 Park Place Ct | | Glen Allen | VA | 23060-3314 |
| American Covers Inc | | 675 W 14600 S | | Bluffdale | UT | 84065-4831 |
| American Covers Inc | | 675 W 14600 S | | Bluffdale | UT | 84065-4831 |
| American Fastener Supply Co | | PO Box 99517 | | Louisville | KY | 40269-0517 |
| American Fastener Supply Co | | PO Box 99517 | | Louisville | KY | 40269-0517 |
| American First Aid Inc | | PO Box 18209 | | Anaheim | CA | 92817-8209 |
| American Red Cross Natl Capital | | 2025 E St NW | | Washington | DC | 20006-5009 |
| American Security Services Inc | | 7101 Mercy Rd Ste 201 | | Omaha | NE | 68106-2616 |
| American Terminal Supply Coinc | | 24651 Crestview Ct | | Farmington | MI | 48335-1505 |
| American Water Advantage | | 3055 Springer Ave | | Cincinnati | OH | 45208-2425 |
| AMG The Medical Surgical Clini | | 3201 S 16th St Ste 2006 | | Milwaukee | WI | 53215-4532 |
| Anglers & Wranglers Barbecue Co | | 449 Bushkill Center Rd | | Nazareth | PA | 18064-9531 |
| Anglers & Wranglers Barbecue Co | | 449 Bushkill Center Rd | | Nazareth | PA | 18064-9531 |
| Antioch Unified Scholl Dist | | 510 G St | | Antioch | CA | 94509-1259 |
| Apple Bay East Inc | | 21001 San Ramon Valley Blvd Ste A4 | | San Ramon | CA | 94583-3454 |
| Appraisal One Inc | | 2075 Highway A1A Apt 2501 | | Indian Harbour Beach | FL | 32937-1806 |
| Arch City Door Inc | | 8801 Old Lemay Ferry Rd | | Hillsboro | MO | 63050-2636 |
| Armstead, Duke | | 2202 Chateau Dr Apt F | | Richmond | VA | 23224-2721 |

12/12/2008  4:53 PM

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| At Stake Inc | | 275 Grove St Ste 3 400 | | Auburndale | MA | 02466-2293 |
| AT&T | | PO Box 78522 | | Phoenix | AZ | 85062-8522 |
| AT&T | | PO Box 78225 | | Phoenix | AZ | 85062-8225 |
| AT&T | | PO Box 78522 | | Phoenix | AZ | 85062-8522 |
| Atlanta Family Support Registr | | PO Box 1800 | | Carrolton | GA | 30112-1800 |
| ATS | | 1841 S Thelma Ave | | Springfield | MO | 65807-2480 |
| Au Yeung, Alex | | 1706 Carriage Way | | Sugar Land | TX | 77478-4201 |
| Audio Buys | | PO Box 6134 | | Raleigh | NC | 27628-6134 |
| Audio Video Etc | | 1606 Cimarron Trail | | Wichita Falls | TX | 76306-4848 |
| Audio Video Repair Center | | 140 Furlong Industrial Dr | | Kernersville | NC | 27284-3241 |
| Audio Video Services Inc | | PO Box 146 | | Lecompton | KS | 66050-0146 |
| Audio Video Services Inc | | PO Box 146 | | Lecompton | KS | 66050-0146 |
| Avalon Security Corp | | PO Box 581848 | | Minneapolis | MN | 55458-1848 |
| B&D Electronics | | 51015 US Highway 93 2 | | Polson | MT | 59860-7194 |
| B&J Electric Inc | | 1500 W El Camino Ave Ste 13 | | Sacramento | CA | 95833-1945 |
| B&S Locksmiths Inc | | 14B Broad St | | Nashua | NH | 03064-2011 |
| B&S Locksmiths Inc | | 14D Droad St | | Nashua | NH | 03064-2011 |
| Bader & Associates | | 11520 Saint Charles Rock Rd Ste 105 | | Bridgeton | MO | 63044-2732 |
| Bailey, Tony R | | 1048 Smoky Oaks Ln | | Collierville | TN | 38017-3775 |
| Baird Satellite | | 3160 Logan Ave | | Waterloo | IA | 50703-1026 |
| Balducci, Dennis | | 5207 Rufina Ct | | Hanover | VA | 23069-1855 |
| Balloon Haven | | 13867 Central Ave | | Chino | CA | 91710-5528 |
| Ballymore Company | | 3135 Lower Valley Rd | | Parkesburg | PA | 19365-9617 |
| Ballymore Company | | 3135 Lower Valley Rd | | Parkesburg | PA | 19365-9617 |
| Battersby Associates | | 19846 Mack Ave | | Grosse Pointe | MI | 48236-2506 |

12/12/2008  4:53 PM

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Battery Warehouse | | 1430 Progress Way Ste 121 | | Eldersburg | MD | 21784-6485 |
| Baucom Appliance Repair | | 220 Pierce Rd | | Columbus | MS | 39702-3225 |
| Bay State Gas | | PO Box 9001843 | | Louisville | KY | 40290-1843 |
| Beckstrom Electric | | 37277 E Richardson Ln | | Purcellville | VA | 20132-3505 |
| Bell Finance | | 333 W Main St Ste 100 | | Ardmore | OK | 73401-6320 |
| Bellas Custom Design | | PO Box 159 | | Sherwood | WI | 54169-0159 |
| Belleville Scale Co Inc | | 91 Main St No 100 | | West Orange | NJ | 07052-5403 |
| Best Impresions Catalog Co | | 345 N Lewis Ave | | Oglesby | IL | 61348-9776 |
| Bethel Tv | | 13 Van Campen Ln | | Bethel | CT | 06801-2937 |
| Bethel TV & Satellite | | 13 Van Campen Ln | | Bethel | CT | 06801-2937 |
| Bettis, Jason G | | 127 Camellia Creek Dr | | Richlands | NC | 28574-7416 |
| Bi County Glass Inc | | PO Box 62 | | Belleville | IL | 62222-0062 |
| Bill Dixons TV Sales & Servic | | 115 Sylvan St | | Verona | PA | 15147-1032 |
| Binswanger Glass | | 1500 Tomlyn St Ste B | | Richmond | VA | 23230-3350 |
| Blades Landscaping Inc | | PO Box 729 | | Marlton | NJ | 08053-0729 |
| Bobs Flower Shop | | 315 Sherman St | | Belleville | IL | 62221-4199 |
| Booras, Peter | | 10 Cleveland St | | Norfolk | MA | 02056-1041 |
| Bougher Security & Inv Svcs | | 924 31st St | | Altoona | PA | 16601-1602 |
| Bradfield Properties | | 18830 Stone Oak Pkwy # A | | San Antonio | TX | 78258-4113 |
| Bradley TV Service Inc | | 251 Milwaukee Ave Ste 1020 | | Buffalo Grove | IL | 60089-2826 |
| Brickstreet Mutual Insurance | | 400 Quarrier St | | Charleston | WV | 25301-2010 |
| Brinco Mechanical | | 125 S Main St | | Freeport | NY | 11520-3845 |
| Broadmoor Electric Company Inc | | 1445 Daily Dr | | San Leandro | CA | 94577-6341 |
| Broadmoor Electric Company Inc | | 1445 Daily Dr | | San Leandro | CA | 94577-6341 |
| Broughton Appliance Service | | 6200 Lakeside Ave Ste B | | Richmond | VA | 23228-5248 |

12/12/2008  4:53 PM

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Brown & Jones Reporting Inc | | 735 N Water St Ste 185 | | Milwaukee | WI | 53202-4103 |
| Bruckart, Walter E | | 12110 Ashton Park Dr | | Glen Allen | VA | 23059-7129 |
| BT Conference Inc | | 150 Newport Avenue Ext Ste 400 | | Quincy | MA | 02171-2184 |
| Buddys TV | | 520A Bartow Dr | | Sierra Vista | AZ | 85635-1810 |
| Budget Rent A Car Greenville | | PO Box 5663 | | Greenville | SC | 29606-5663 |
| Burke Electronics | | 12780 Marblestone Dr | | Woodbridge | VA | 22192-8311 |
| Byrne, Cheryl L | | 16588 Wellington Lakes Cir | | Fort Myers | FL | 33908-7620 |
| CA Shopping Cart Retrieval | | 1600 Sacramento Inn Way Ste 201 | | Sacramento | CA | 95815-3460 |
| Cable Photo Systems | | 14260 Staples St Ne | | Ham Lake | MN | 55304-4284 |
| Calvert Bank & Trust Co | | PO Box 655 | | Leonardtown | MD | 20650-0655 |
| Carolina Custom Signs | | 500 Greenwood Rd | | West Columbia | SC | 29169-5317 |
| Cascade Printing | | 6504 28th St Se Ste A | | Grand Rapids | MI | 4954 |
| Castle Services Austin Doors | | 925 Poinsettia Ave Ste 12 | | Vista | CA | 92081-8452 |
| CAW LLC | | 4509 Bella Vista Dr | | Longmont | CO | 80503-4085 |
| Caya Repair, Wayne | | 3625 Dows Prairie Rd | | McKinleyville | CA | 95519-9444 |
| CCC | | 5301 Southwyck Blvd Ste 100 | | Toledo | OH | 43614-1526 |
| CCC Topeka | | 1195 SW Buchanan St Ste 101 | | Topeka | KS | 66604-1172 |
| Cellport Systems | | 885 Arapahoe Ave | | Boulder | CO | 80302-6011 |
| Centennial Pointe LLC | | 935 S Main St Ste 201 | | Greenville | SC | 29601-3345 |
| Centergistic Solutions | | 505 N Euclid St Ste 480 | | Anaheim | CA | 92801-5507 |
| Central Maine Cleaning Inc | | 987 Finson Rd | | Bangor | ME | 04401-2707 |
| Centre Electronics & Repair | | 3450 Armstrong Rd | | Cedar Bluff | AL | 35959-5520 |
| Century Expositions | | PO Box 43 | | Onalaska | WI | 54650-0043 |
| Century Expositions | | PO Box 43 | | Onalaska | WI | 54650-0043 |
| Chateau Elan Winery & Resort | | 100 Rue Charlemagne Dr | | Braselton | GA | 30517-2435 |

12/12/2008  4:53 PM

Circut City Stores, Inc

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Chehalis, City of | | 1321 S Market Blvd | | Chehalis | WA | 98532-3619 |
| Child Support Enforcement | | 904 Claxton Dairy Rd Ste B2 | | Dublin | GA | 31021-8688 |
| Cingular Wireless | | PO Box 537104 | | Atlanta | GA | 30353-7104 |
| Cingular Wireless | | PO Box 537104 | | Atlanta | GA | 30353-7104 |
| Circleville Herald | | 120 Watt St | | Circleville | OH | 43113-1747 |
| Circleville Herald | | 120 Watt St | | Circleville | OH | 43113-1747 |
| Cloud 9 Shuttle Inc | | 123 Camino de la Reina Ste 200E | | San Diego | CA | 92108-3006 |
| Clown N Around | | 13834 Blue Ribbon Ln | | Corona | CA | 92880-3034 |
| Clown N Around | | 13834 Blue Ribbon Ln | | Corona | CA | 92880-3034 |
| Coast Fire Equipment | | 5930 Las Positas Rd | | Livermore | CA | 94551-7804 |
| Coast to Coast | | 4277 Valley Fair St | | Simi Valley | CA | 93063-2940 |
| Coastal Appraisal Group Inc | | 11470 Persimmon Ct | | Fort Myers | FL | 33913-8120 |
| Coastal Sattelite | | 7134 Market St Ste 7 | | Wilmington | NC | 28411-9722 |
| Coastline Parts Co Inc | | 105 Alexander Ave | | Salisbury | MD | 21801-3303 |
| Coldwell Banker Relocation ACC | | 2215 Sanders Rd Ste 300 | | Northbrook | IL | 60062-6134 |
| Coldwell Banker Residential | | 2000 S Colorado Blvd Ste 7500 | | Denver | CO | 80222-7938 |
| Collect America | | 4340 S Monaco St Unit 2 | | Denver | CO | 80237-3408 |
| Columbia Gas | | PO Box 9001846 | | Louisville | KY | 40290-1846 |
| Columbia Gas | | PO Box 742529 | | Cincinnati | OH | 45274-2529 |
| Columbia Gas of Maryland | | PO Box 742519 | | Cincinnati | OH | 45274-2519 |
| Columbia Gas of Virginia | | PO Box 742529 | | Cincinnati | OH | 45274-2529 |
| Commercial Locking Systems | | 4727 Hickory Ct | | White Plains | MD | 20695-2810 |
| Computer Resource Team Inc | | PO Box 1582 | | Christiansberg | VA | 24068-1582 |
| Conrad TV Service | | 123 23rd Ave S | | Saint Cloud | MN | 56301-3946 |
| Consolidated Communications | | PO Box 66523 | | Saint Louis | MO | 63166-6523 |

12/12/2008  4:53 PM

Circut City Stores, Inc

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Consumer Electronic Service Ctr | | 2011 25th St SE | | Salem | OR | 97302-1130 |
| Convergent Technologies Group | | 1910 Byrd Ave Ste 224 | | Richmond | VA | 23230-3034 |
| Cooks Laundry And Dry Cleaning | | 1211 3rd Ave NE | | Ardmore | OK | 73401-7622 |
| Cornerstone Landscape Artisans | | 1621 N Cedar Crest Blvd Ste 105 | | Allentown | PA | 18104-2312 |
| Corporate Appraisal Service | | 623 Douglas St | | Brooklyn Park | MD | 21225-3818 |
| County Line Appliance | | 149 Shearwater Dr | | Fortson | GA | 31808-5319 |
| Court Reporters Associates Inc | | 148 College St Ste 303 | | Burlington | VT | 05401-8476 |
| Cox Communications | | PO Box 9001087 | | Louisville | KY | 40290-1087 |
| Cox Communications | | PO Box 53262 | | Phoenix | AZ | 85072-3262 |
| Cox Communications | | PO Box 53262 | | Phoenix | AZ | 85072-3262 |
| CP Electronics | | 220 Interstate 45 S | | Huntsville | TX | 77340-4958 |
| Cranston Municipal Court | | 5 Garfield Ave | | Cranston | RI | 02920-7805 |
| Creative Realty Group LLC | | 29225 Chagrin Blvd Ste 250 | | Beachwood | OH | 44122-4633 |
| Critter Catcher Inc | | 30 Loop Rd | | Lititz | PA | 17543-7987 |
| CSC Leasing Company | | 6806 Paragon Pl Ste 170 | | Richmond | VA | 23230-1824 |
| Custom Lasers | | 29395 Agoura Rd Ste 104 | | Agoura Hills | CA | 91301-2529 |
| Custom Sound & Video | | PO Box 54297 | | Phoenix | AZ | 85078-4297 |
| Cyberpower Systems USA Inc | | 4241 12th Ave E Ste 400 | | Shakopee | MN | 55379-2026 |
| Cybertrust | | 22001 Loudoun County Pkwy | | Ashburn | VA | 20147-6105 |
| Daily Breeze | | PO Box 6151 | | Covina | CA | 91722-5151 |
| Daily Illini, The | | 512 Green St | | Champaign | IL | 61820-5720 |
| Dans TV | | 5426 SE 110th Pl | | Belleview | FL | 34420-3106 |
| Dans TV | | 345 River Park Rd | | Loves Park | IL | 61111-4539 |
| Dans TV | | 345 River Park Rd | | Loves Park | IL | 61111-4539 |
| Datapipe | | 10 Exchange PL Unit 12 | | Jersey City | NJ | 07302-4932 |

12/12/2008  4:53 PM

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| De Waal Appraisal Network Inc | | 2777 Timber Ln | | Green Bay | WI | 54313-5869 |
| Deep Rock Water | | 415 W Pikes Peak Ave | | Colorado Springs | CO | 80905-1524 |
| Desman Associates | | 8000 Westpark Dr Ste 610 | | Mc Lean | VA | 22102-3113 |
| Devonshire & Balboa Shop Ctr | | 30807 Mainmast Dr | | Agoura Hills | CA | 91301-1937 |
| Diamond Electronics | | 3022 New Lair Rd | | Cynthiana | KY | 41031-4526 |
| Digital Power Corp | | 41324 Christy St | | Fremont | CA | 94538-3115 |
| Dimension Express | | 3550 Springhill Rd | | Lafayette | CA | 94549-2536 |
| Dimension Express | | 3550 Springhill Rd | | Lafayette | CA | 94549-2536 |
| Dipple Plumbing | | 211 N Pleasantburg Dr | | Greenville | SC | 29607-2123 |
| Direct Communications | | 114 Archway Ct | | Elizabethton | TN | 37643-5959 |
| DirecTV Inc | | PO Box 9001069 | | Louisville | KY | 40290-1069 |
| Diversified Collection Svces | | PO Box 9063 | | Pleasanton | CA | 94566-9063 |
| Diversified Maintenance Svcs | | 417 E Huntington Dr | | Monrovia | CA | 91016-3632 |
| Division of Child Support Enfo | | PO Box 15012 | | Wilmington | DE | 19850-5012 |
| Dixie Filters Inc | | 5840 Interstate 20 W Ste 235 | | Arlington | TX | 76017-1093 |
| Doctor Lock Services | | 716 France St | | New Orleans | LA | 70117-5321 |
| Dons Electric | | PO Box 1675 | | Muldrow | OK | 74948-1675 |
| Dora, City of | | 1485 Sharon Blvd | | Dora | AL | 35062-4552 |
| Dotsons Electronics | | 2757 Dorchester Sq Ste A | | Cambridge | MD | 21613-6412 |
| Ealy, Michael D | | 8871 Fall Ct | | Mobile | AL | 36695-5302 |
| Eastern Lock & Key Co | | 820 Live Oak Dr Ste H | | Chesapeake | VA | 23320-2636 |
| Eastern Paper of New England | | 160 S Turnpike Rd Ste 1 | | Wallingford | CT | 06492-4390 |
| Eastwood Stein Deposition Service | | 2112 W Galena Blvd | | Aurora | IL | 60506-3255 |
| Electra Sound | | 3330 Urbancrest Industrial Dr | | Grove City | OH | 43123-1769 |
| Electrical Services | | 1030 N Mountain Ave | | Ontario | CA | 91762-2114 |

12/12/2008  4:53 PM

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Electro Tech | | 9370 Gateway Dr | | Reno | Nv | 89521-8900 |
| Electronic Experts | | 4700 Parkway Commerce Blvd | | Orlando | FL | 32808-1018 |
| Electronic Service Bakersfield | | PO Box 21807 | | Bakersfield | CA | 93390-1807 |
| Electronics Plus | | 1949 Tappan St | | Horn Lake | MS | 38637-1424 |
| Electronics Repair LLC | | 294 North Ave | | Bridgeport | CT | 06606-5124 |
| Elite Computer Solutions LLC | | PO Box 8205 | | Portsmouth | NH | 03802-8205 |
| Elite Installations | | 12 Oyster Catcher Ln | | Savannah | GA | 31410-2094 |
| Employee Relocation Council | | 4401 Wilson Blvd Ste 510 | | Arlington | VA | 22203-4195 |
| Emulation Technology Inc | | 759 Flynn Rd | | Camarillo | CA | 93012-8056 |
| Emulation Technology Inc | | 759 Flynn Rd | | Camarillo | CA | 93012-8056 |
| Equal Employment Advisory Council | | 1501  M St NW Ste 400 | | Washington | DC | 20005-1725 |
| Equilink Real Estate | | PO box 16645 | | Panama City | FL | 32406-6645 |
| Eschbacher Engineering PC | | 2150 Joshuas Path Ste 300 | | Hauppauge | NY | 11788-4765 |
| Eureka Company, The | National Svc Div Mary Linder | 807 N Main St | | Bloomington | IL | 61701 |
| European Hi Tech Inc | | 2570 W 237th St Ste A | | Torrance | CA | 90505-5276 |
| Express Press Of Greenville | | 501 Richardson St Ste B | | Simpsonville | SC | 29681-2818 |
| Extra News Inc | | 1176 Garner Dr | | Denton | NC | 27239-7529 |
| Fire & Security Systems Inc | | 516 W Campus Dr | | Arlington Heights | IL | 60004-1408 |
| First Call Jewel Inc | | PO Box 2980 | | Idaho Falls | ID | 83403-2980 |
| First Choice Solutions | | 170 S Main St Ste 800 | | Salt Lake Cty | UT | 84101-1656 |
| First Choice Solutions | | 170 S Main St Ste 800 | | Salt Lake Cty | UT | 84101-1656 |
| Firstwatch Security Svcs Inc | | 900 S Broadway Ste 100 | | Denver | CO | 80209-4269 |
| Firstwatch Security Svcs Inc | | 900 S Broadway Ste 100 | | Denver | CO | 80209-4269 |
| Flexicorps Inc | | 1652 E Main St Ste 150 | | St Charles | IL | 60174-4702 |
| Floyd & Co Inc, Mike C | | 719 W Front St Ste 105 | | Tyler | TX | 75702-7921 |

12/12/2008  4:53 PM

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Forrest Construction and | | 593 Stonewall Jackson DBD | | Conroe | TX | 77302-3095 |
| Fugate, Venita | | 425 Napier Farm Rd | | Hazard | KY | 41701-7863 |
| Fulton Rental Center | | 4455 S Delaware Ave | | Springfield | MO | 65804-4363 |
| Furnish Equipment Co Inc | | PO Box 53291 | | Cincinnati | OH | 45253-0291 |
| Future Vision Satellite | | PO Box 250844 | | W Bloomfield | MI | 48325-0844 |
| Gallet & Associates | | 110 12th St N | | Birmingham | AL | 35203-1537 |
| Gamer Graffix | | 400 Harris Ave | | Providence | RI | 02909-1018 |
| Gamer Graffix Worldwide LLC | | 400 Harris Ave | | Providence | RI | 02909-1018 |
| Gardner Carton & Douglas | | 1500 K St NW Ste 1000 | | Washington | DC | 20005-1258 |
| Gardner Carton & Douglas | | 1500 K St NW Ste 1000 | | Washington | DC | 20005-1258 |
| Garrin & Facendo Associates | | 13790 NW 4th St Ste 101 | | Sunrise | FL | 33325-6216 |
| Gateway Florist Inc | | PO Box 113 | | Bryantown | MD | 20617-0113 |
| Gateway Recycling Products Inc | | 4223 E 49th St | | Cleveland | OH | 44125-1001 |
| General Electronics | | 6375 El Cajon Blvd Ste A | | San Diego | CA | 92115-2656 |
| Gentiles Chem Dry | | 130 NE 29th St | | Oak Island | NC | 28465-5909 |
| Genuine Maytag Home Appl Ctr | | 1640 W Redondon Beach Blvd | | Gardena | CA | 90247-3222 |
| Genuine Maytag Home Appl Ctr | | 1640 W Redondo Beach Blvd | | Gardena | CA | 90247-3222 |
| Georgia Peanut Producers Assoc | | PO Box 71904 | | Albany | GA | 31708-1904 |
| Gifford Electric Inc | | 5066 W Post Rd | | Las Vegas | NV | 89118-4330 |
| Global Satellite & Audio Inc | | 7801 NW 68th Ter | | Tamarac | FL | 33321-4922 |
| GO Video | | 1350 Bayshore Hwy Ste 100 | | Burlingame | CA | 94010-1808 |
| Gold Coast Security Services | | 4848 Colt St Ste 1 | | Ventura | CA | 93003-7732 |
| Goldberg, Frank | | 1537 E Taft Ave Apt A | | Orange | CA | 92865-4651 |
| Goldstone & Sudalter PC | | PO Box 320579 | | West Roxbury | MA | 02132-0010 |
| Goldstone & Sudalter PC | | PO Box 320579 | | West Roxbury | MA | 02132-0010 |

12/12/2008  4:53 PM

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Graphic Communications | | 16 Journey B | | Aliso Viejo | CA | 92656-3317 |
| Great Big Color | | 5670 Washington St | | Denver | CO | 80216-1320 |
| Grodsky Service Inc | | PO Box 880 | | Springfield | MA | 01101-0880 |
| Gross, Michael | | 110 N College Ave # 1200 | | Tyler | TX | 75702-7226 |
| Groves Center Development LP | | 2850 E Camelback Rd Ste 110 | | Phoenix | AZ | 85016-4368 |
| Guardian Electric Co Inc | | 796 Charlton | | White Lake | MI | 48383-2914 |
| Guardian TV Inc | | 39 Kings Rd Ste 2 | | Madison | NJ | 07940-2588 |
| Guerrero, Robert | | 909 N Church St | | Anna | TX | 75409-6287 |
| Gwinnett Housing Resource | | 1845 Satellite Blvd Ste 100 | | Duluth | GA | 30097-6286 |
| Harper Righellis Inc | | 205 SE Spokane St Ste 200 | | Portland | OR | 97202-6488 |
| Harry Fox Agency, The | | 601 W 26th St Rm 500 | | New York | NY | 10001-1142 |
| Hasan & Company Inc | | 4700 Falls Of Neuse Rd Ste 130 | | Raleigh | NC | 27609-6264\ |
| Henkels & McCoy Inc | | 450 Davis Dr | | Plymouth Mtng | PA | 19462 |
| Heritage Signs Ltd | | 1226 American Way | | Libertyville | IL | 60048-3936 |
| Herron, Benjamin D | | 2 Olde Gate Ct | | Pooler | GA | 31322-8280 |
| Highland Water LLC | | 1338 S Valentia St Ste 110 | | Denver | CO | 80247-2167 |
| Highley & Cox P C. Drs | | 4371 Narrow Lane Rd Ste 100 | | Montgomery | AL | 36116-2975 |
| Highley & Cox P C. Drs | | 4371 Narrow Lane Rd Ste 100 | | Montgomery | AL | 36116-2975 |
| Hill, Gary | | 2504 Larkin Rd Apt 211 | | Lexington | KY | 40503-3239 |
| Hillyard Inc | | PO Box 877641 | | Kansas City | MO | 64187-7641 |
| HMR USA Inc | | 100 Cypress Ln | | Brisbane | CA | 94005-1219 |
| Ho, Robert | | 87 Mohican Rd | | Blairstown | NJ | 07825-9690 |
| Holmes Pary & Tool Rental | | 72 Douglas Dr | | Towaco | NJ | 07082-1543 |
| Hometown Health Plan Inc | | 830 Harvard Way | | Reno | NV | 89502-2055 |
| Hoover | | 7005 Cochran Rd | | Solon | OH | 44139-4303 |

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Hotz Business Systems | | 1617 Baltimore Ave | | Kansas City | MO | 64108-1302 |
| Iaccess Inc | | 4202 Park Plae Ct Ste E | | Glen Allen | VA | 23060-3329 |
| IBM | Suzette Fernandes | International Business Machines Corporaion Global Technology Services | 9954 Maryland Dr | Richmond | VA | 23233 |
| IBM Strategic Outsourcing Wire | Suzette Fernandes | International Business Machines Corporaion Global Technology Services | 9954 Maryland Dr | Richmond | VA | 23233 |
| In Home Tech Solutions Inc | | 14010 23rd Ave N Ste A | | Minneapolis | MN | 55447-4780 |
| Integrated Store Solutions LLC | | 1616 Westgate Cir | | Brentwood | TN | 37027-8019 |
| Intermet Broadcasting Systems | | 355 Randolph Ave | | Saint Paul | MN | 55102-3610 |
| Internetfitness Com | | 780 5th Ave Ste B | | Kng of Prussa | PA | 19406-1437 |
| Invensys Building Systems | | PO Box 2530 | | Mechanicsvlle | VA | 23116-0018 |
| J&J Installations Inc | | 42722 Mound Rd | | Sterling Heights | MI | 48314-3254 |
| J&M Electronics Inc | | 1603 Hancock St | | Bellevue | NE | 68005-3447 |
| Jackson, Steven | | 6244 Red Canyon Dr Apt A | | Highlands Ranch | CO | 80130-5833 |
| Jacob Holtz Co | | 10 Industrial Hwy Ste MS6 | | Philadelphia | PA | 19113-2002 |
| Jacobs Plumbing Inc | | PO Box 2330 | | Tuscaloosa | AL | 35403-2330 |
| Jadar Installs | | 4420 Sir Lancelot Cir | | Midlothian | TX | 76065-5436 |
| Jefferson Wells | | 100 W Manpower Pl | | Milwaukee | WI | 53212-4030 |
| Jeske Professional Clean, Bill | | 11615 Thayer Rd | | Woodstock | IL | 60098-8318 |
| Jeske Professional Clean, Bill | | RR 3 Box 240B | | Golconda | IL | 62938-9452 |
| Jobtarget | | 225 State St Ste 300 | | New London | CT | 06320-6357 |
| Johnson Appraisals, D Shannon | | PO Box 59786 | | Homewood | AL | 35259-9786 |
| Johnston the Florist | | 14179 Lincoln Way | | Irwin | PA | 15642-2138 |
| Johnstone Supply Inc | | 6153 W Mulford St Ste A | | Niles | IL | 60714-3415 |
| Joy TV & Electronics | | 804 Poplar Ridge Dr | | Chesapeake | VA | 23322-3423 |
| JP Electrical LLC | | 890 N 550 W Ste 6 | | N Salt Lake | UT | 84054-2613 |

12/12/2008  4:53 PM

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Karens Homemades Inc | | 5714 Patterson Ave | | Richmond | VA | 23226-2010 |
| KBEQ FM | | 508 Westport Rd Ste 202 | | Kansas City | MO | 64111-3019 |
| KDL Electric Company Inc | | 264 Holcombe Way | | Lambertville | NJ | 08530-2227 |
| Kelley, Steven Ray | | 201 Wilcrest Dr Apt 2203 | | Houston | TX | 77042-1059 |
| Kentucky Utilities | | PO Box 536200 | | Atlanta | GA | 30353-6200 |
| Keystone Trailer Services | | 100 W Crone Rd #A | | York | PA | 17406-9768 |
| KFKF | | 508 Westport Rd Ste 202 | | Kansas City | MO | 64111-3019 |
| KGTV | | 4600 Air Way | | San Diego | CA | 92102-2528 |
| Kineta Inc | | 777 S Flagler Dr Ste 800W | | West Palm Beach | FL | 33401-6163 |
| Kmart Corp | | PO Box 8073 | | Royal Oak | MI | 48068-8073 |
| Kustom Sight & Sound | | 2233 Tamiami Trail S | | Venice | FL | 34293-5016 |
| La Quinta Inns Inc | | 909 Hidden Rdg Ste 600 | | Irving | TX | 75038-3822 |
| Lakewood Stereo & TV Repair Lab | | 60 Chambersbridge Rd Ste 4 | | Lakewood | NJ | 08701-4558 |
| Larrys Lock & Safe | | 1601 N Wayne St Ste 107 | | Angola | IN | 46703-2367 |
| Laser Cartridge Systems | | 5726 40th St | | Lubbock | TX | 79407-4041 |
| Lawndale Enterprises Inc | | 14825 Becky Ct | | Oak Forest | IL | 60452-1443 |
| Lee Mart Stores | | 25 Commercial Dr | | London | KY | 40744-8200 |
| Lee Mart Stores | | 25 Commercial Dr | | London | KY | 40744-8200 |
| Leesha & Assoc, Philip A | | 118 Eastwood Blvd | | Centereach | NY | 11720-2737 |
| Lift Power Inc | | PO Box 6548 | | Jacksonville | FL | 32236-6548 |
| Lighting & Decorating Inc | | 171 Gould Ave | | Paterson | NJ | 07503-2209 |
| Livermore Trophies & Tees | | 4749 Bennett Dr Ste I | | Livermore | CA | 94551-4858 |
| M3 Metro Media Monitoring Svs | | 1469 N Custer Ave | | Clawson | MI | 48017-1104 |
| Mag4 Media | | 543 Bernard St B | | Costa Mesa | CA | 92627-2610 |
| Mag4 Media | | 543 Bernard St B | | Costa Mesa | CA | 92627-2610 |

12/12/2008  4:53 PM

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Manpower | | 1817 Ailor Ave | | Knoxville | TN | 37921-5845 |
| Mapsource Inc | | 14821 Feather Cove Ln | | Clearwater | FL | 33762-3022 |
| Margolis, Michael | | 24 Ivy Ln | | Andover | MA | 01810-5018 |
| Marietta Flower Shop | | 799 Roswell St NE | | Marietta | GA | 30060-2134 |
| Martinez, Efren | | 1600 G St Ste 102 | | Modesto | CA | 95354-2555 |
| Master Clean Div of Mocan | | 6800 W 47th Ter | | Shawnee Msn | KS | 66203-1398 |
| Mathews Construction Co | | 5833 S 107th St | | Omaha | NE | 68127-2947 |
| Maxpitch Media Inc | | 2500 Gaskins Rd Ste A | | Richmond | VA | 23238-1480 |
| Maybold Shoes | | PO Box 4163 | | Newark | OH | 43058-4163 |
| Mayland Office Interiors Inc | | PO Box 79858 | | Baltimore | MD | 21279-0858 |
| McGuinness & Associates Inc | | 1900 Coral Way Ste 303 | | Miami | FL | 33145-2661 |
| McLane Plumbing Inc | | 7675 High Banks Rd Unit 3 | | Central Point | OR | 97502-9521 |
| Med Assiist P A | | 4011 SW 29th St | | Topeka | KS | 66614-2218 |
| Med Assist P A | | 4011 SW 29th St | | Topeka | KS | 66614-2218 |
| Mellenbruch Vacuum Cleaner Co | | 5317 Mccullough Ave | | San Antonio | TX | 78212-1644 |
| Mellinger Radio & TV Inc | | 235 Westshore Dr | | Jerome | MI | 49249-9420 |
| Merchandising Inventives inc | | 1177 Corporate Grove Dr | | Buffalo Grove | IL | 60089-4546 |
| Mesa Pavillion | | 2850 E Camelback Rd Ste 110 | | Phoenix | AZ | 85016-4368 |
| Metcalf Materials Inc | | 230 Grove St | | Franklin | MA | 02038-3119 |
| Michaels Appraisal Inc | | 501 W Prospect Rd | | Oakland Park | FL | 33309-3931 |
| Micron General Contractors Inc | | 45 W 25th St Fl 7 | | New York | NY | 10010-2037 |
| Mid Atlantic Capital Corp | | 170 Northpointe Pkwy #300 | | Amherst | NY | 14228-1884 |
| Mikes Pressure Cleaning Inc | | PO Box 988 | | Ellabell | GA | 31308-0988 |
| Milner TV | | PO Box 584 | | Crowley | TX | 76036-0584 |
| Mir3 | | 3398 Carmel Mountain Rd No 120 | | San Diego | CA | 92121-1044 |

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Moceri & Associates, Pamela | | PO Box 2539 | | Birmingham | MI | 48012-2539 |
| Modern TV | | 8864 Piedra Way | | Fair Oaks | CA | 95628-3941 |
| Mojica, Ileana | | 39 N School St | | Addison | IL | 60101-3547 |
| Montgomery County | | 30 W Gude Dr Ste 400 | | Rockville | MD | 20850-1174 |
| Moonwatch Media Inc | | 167 Worcester St Ste 201 | | Wellesley | MA | 02481-3613 |
| Moore Pe, David B | | 15217 N Addison Ct | | Spokane | WA | 99208-8715 |
| Moore Pe, David B | | 15217 N Addison Ct | | Spokane | WA | 99208-8715 |
| Mordam Records Inc | | 5920 American Rd E Ste A | | Toledo | OH | 43612-3926 |
| Morgan Satellite | | 8265 Schroeder Rd | | Oconto Falls | WI | 54154-9425 |
| Morse Mehrban, The Law Offices Of | | 12021 Wilshire Blvd | | Los Angeles | CA | 90025-1206 |
| Moss, Santana T | | 3201 Ne 27th Ave | | Lighthouse PT | FL | 33064-8109 |
| MSDN Subscriptions | | PO Box 998 | | Santa Clarita | CA | 91380-9098 |
| MSDN Subscriptions | | PO Box 998 | | Santa Clarita | CA | 91380-9098 |
| Musicrama Inc | | 59 W 19th St Rm 6Bl | | New York | NY | 10011-4243 |
| Musicrama Inc | | 210 25th Ave N Ste 1200 | | Nashville | TN | 37203-1630 |
| MWB Business Systems | | 5700 Warland Dr | | Cypress | CA | 90630-5030 |
| MWB Business Systems | | 5700 Warland Dr | | Cypress | CA | 90630-5030 |
| Nashville Gas | | PO Box 533500 | | Atlanta | GA | 30353-3500 |
| National Sales Marketing | | 300 Atrium Dr Fl 3 | | Somerset | NJ | 08873-4160 |
| Nebraska Dept of Labor | | 5717 F St | | Omaha | NE | 68117-2822 |
| Netkey Inc | | 100 S Shore Dr FL 2 | | East Haven | CT | 06512-4691 |
| New Alliance Technologies Inc | | PO Box 4291 | | Oceanside | CA | 92052-4291 |
| New England Broadband LLC | | 35 Manchester Rd Ste 11A | | Derry | NH | 03038-3065 |
| Nicholas Research | | 1123 Broadway Ste 917 | | New York | NY | 10010-2007 |
| Noble Finance Corp | | 728 W Main St | | Duncan | OK | 73533-4614 |

12/12/2008  4:53 PM

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Norco Computer Systems Inc | | 21745 Cedar Branch Trl | | Strongsville | OH | 44149-1287 |
| North State Supply | | 2325 S Stratford Rd | | Winston Salem | NC | 27103-6223 |
| Northeastern Medical Center | | 769 Keystone Industrial Park | | Dunmore | PA | 18512-1530 |
| Northern Utilities Inc | | PO Box 9001848 | | Louisville | KY | 40290-1848 |
| O Keefe Brands Inc | | 4509 Croatan Rd | | Richmond | VA | 23235-1121 |
| Ohara Financial Services | | 25381 Spotted Pony Ln | | Laguna Hills | CA | 92653-5841 |
| Parekh, Darshan | | 10 Tulip Ct | | Edison | NJ | 08820-4314 |
| Pargos | | PO Box 937 | | Vienna | VA | 22183-0937 |
| Parsons Group, The | | 4686 Snow Hill Rd | | Salisbury | MD | 21804-1518 |
| Parsons Landscaping & Lawn | | 4686 Snow Hill Rd | | Salisbury | MD | 21804-1518 |
| Pattison Sign Group | | 3100 Medlock Bridge Rd Ste 420 | | Norcross | GA | 30071-1440 |
| Peace, Jim | | 2703 W Grace St | | Richmond | VA | 23220-1912 |
| Perez, Maria | | 2420 Calagno St | | Ceres | CA | 95307-1702 |
| Perry & Associates Inc | | 1627 Mulberry Ave | | Charlottesville | VA | 22903-3705 |
| Phoenix International Raceway | | 125 S Avondale Blvd Ste 200 | | Avondale | AZ | 85323-5213 |
| Pine Tree Video Electronics | | 901 Pine Tree Rd # A | | Longview | TX | 75604-4028 |
| Pine Valley Water Company | | 1206 Jaclyn Dr | | O Fallon | IL | 62269-1755 |
| Piranha Promotions Inc | | 2385 S 179th St # C | | New Berlin | WI | 53146-2102 |
| Placer County | | PO Box 989067 | | W Sacramento | CA | 95798-9067 |
| Placer County | | PO Box 989067 | | W Sacramento | CA | 95798-9067 |
| Precision Engraving Co | | 20 E High St Bldg 11 | | New Freedom | PA | 17349-9664 |
| Preferred Labor LLC | | PO Box 471721 | | Charlotte | NC | 28247-1721 |
| Priority Printer Solutions | | 2140 New Market Pkwy Se Ste 100 | | Marietta | GA | 30067-8766 |
| Pro Maintenance Group Inc | | 2310 Highway 34 Ste 1-C | | Manasquan | NJ | 08736-1400 |
| Pro Tech Electronics | | PO Box 3462 | | Modesto | CA | 95353-3462 |

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Progress Printing | | 2677 Waterlick Rd | | Lynchburg | VA | 24502-4861 |
| Progress Printing | | 2677 Waterlick Rd | | Lynchburg | VA | 24502-4861 |
| Prudential Burnet Realty, The | | 2215 Sanders Rd Ste 300 | | Northbrook | IL | 60062-6134 |
| Prudential Preferred Propertie | | 2215 Sanders Rd Ste 300 | | NOrthbrook | IL | 60062-6134 |
| PS Audio Video Solutions | | 1430 Calloway Dr Unit A | | Bakersfield | CA | 93312-2865 |
| Quick Loan | | 464 S 600 E Unit C | | Salt Lake Cty | UT | 84102-2786 |
| Quincy Video Service Inc | | 618 Pawn Ave | | Quincy | IL | 62305-0802 |
| Qwest | | PO Box 17360 | | Denver | CO | 80217-0360 |
| Qwest | | PO Box 29039 | | Phoenix | AZ | 85038-9039 |
| Qwest | | PO Box 29039 | | Phoenix | AZ | 85038-9039 |
| Qwest | | PO Box 29060 | | Phoenix | AZ | 85038-9039 |
| Qwest | | PO Box 29039 | | Phoenix | AZ | 85038-9039 |
| QWEST | | PO Box 17360 | | Denver | CO | 80217-0360 |
| QWEST | | PO Box 173638 | | Denver | CO | 80217-3638 |
| Raisanen & Associates Inc | Arlington Corp Center | 40 E Euclid Ave | | Arlington Hts | IL | 60004-5534 |
| Randys Electronic Service | | 3138 Beltz Rd | | Sardinia | OH | 45171-8247 |
| Ransdys Electronic Service | | 3138 Beltz Rd | | Sardinia | OH | 45171-8247 |
| Rapp for Delegate | | PO Box 1529 | | Yorktown | VA | 23692-1529 |
| Reach Magazine of Virginia | | 6423 Rigsby Rd #201 | | Richmond | VA | 23226-2916 |
| Reams Fence Co, Bob | | 1125 Pendleton Rd | | Louisville | KY | 40272-1651 |
| Red Hot & Blue Restaurants Inc | | 154 Charlois Blvd Frnt | | Winston Salem | NC | 27103-1565 |
| Red Monkey Electronics | | 5719 W Barstow Ave | | Fresno | CA | 93722-5051 |
| Reeve & Associates | | PMB 306 | 1127 High Ridge Rd | Stamford | CT | 06905-1203 |
| Reich Broughton & Assoc Inc | | 551 Shire Ct | | Eugene | OR | 97401-5761 |
| Reilly Appraisal Company | | 150 Midway Rd Ste 161 | | Cranston | RI | 02920-5745 |

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Reliable Security | | 8 Industrial Way Ste E7 | | Salem | NH | 03079-5857 |
| Reuther, Brent | | 5310 Rex Ave Unit 3 | | San Diego | CA | 92105-3261 |
| Reynolds Appraisal Inc | | 5521 John F Kennedy Blvd | | N Little Rock | AR | 72116-6707 |
| Reynolds Towing Service | | PO Box 2695 | | Champaign | IL | 61825-2695 |
| Rhodes Inc | | 3848 Heimbaugh Ln | | Lexington | KY | 40514-4031 |
| Risser Appraisals LTD | | 42 Windcrest Dr | | Lititz | PA | 17543-8566 |
| RJ Material Handling Inc | | 200 N Smith Ave | | Corona | CA | 92880-1740 |
| Rolling Hills Hotel & Golf | | 3868 Spanish Oak Pt | | Davie | FL | 33328-3041 |
| Rolling Hills Hotel & Golf | | 3868 Spanish Oak Pt | | Davie | FL | 33328-3041 |
| Roto Rooter | | 8015 Broadway Ste E | | Everett | WA | 98203-6872 |
| Roto Rooter | | 8015 Broadway Ste E | | Everett | WA | 98203-6872 |
| Royal Fire Protection Inc | | PO Box 3133 | | Saint Joseph | MO | 64503-0133 |
| S&S Appliance Service & Part | | 1286 Oak Grove Rd Ste 101 | | Birmingham | AL | 35209-6955 |
| Sabillia & Desantis LLC | | 345 State St | | New London | CT | 06320-6123 |
| Sabillia & Desantis LLC | | 345 State St | | New London | CT | 06320-6123 |
| Salisbury, City Of | | PO Box 479 | | Salisbury | NC | 28145-0479 |
| Satisfice Inc | | PO Box 568 | | Eastsound | WA | 98245-0568 |
| Saunders TV & Satellite | | PO Box 88 | | Haines | OR | 97833-0088 |
| Save More Resources Inc | | 12700 Park Central Dr Ste 200 | | Dallas | TX | 75251-1504 |
| Schad Electronic Inc | | 390 S 13th St | | San Jose | CA | 95112-2233 |
| Schaumburg Fire Prevention Bureau | | 1601 N Roselle Rd | | Schaumburg | IL | 60195-3612 |
| Scherb, Louise | | 1501 Southcreek Dr | | Colonial Heights | VA | 23834-6816 |
| Schmidt Investments | | 2313 Lake Austin Blvd | | Austin | TX | 78703-4545 |
| Scott County Circuit Court | | PO Box 587 | | Benton | MO | 63736-0587 |
| Scott, Chad R | | 631 W Princess Anne Rd | | Norfolk | VA | 23517-1805 |

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Security Lock Service | | 529 W Main St | | Brighton | MI | 48116-1478 |
| Select Energy | | PO Box 270 | | Hartford | CT | 06141-0270 |
| Sentinel | | 1800 Green Hills Rd Ste 210 | | Scotts Valley | CA | 95066-4985 |
| Shafer Kline & Warren | | 11250 Corporate Ave | | Lenexa | KS | 66219-1392 |
| Sharrah Dunlap Sawyer Inc | | 6590 Lockheed Dr | | Redding | CA | 96002-9013 |
| Shoe Carnival Inc | | 7500 E Columbia St | | Evansville | IN | 47715-9127 |
| Shoppers Guide | | 1 Targeting Ctr | | Windsor | CT | 06095-2639 |
| Shore Catering Inc | | 245 Drum Point Rd | | Brick | NJ | 08723-6315 |
| Shurm, James | | 6441 Elko Rd | | Sandston | VA | 23150-5106 |
| Sight & Sound TV & Appliance | | 902 Columbia Ave | | Morris | MN | 56267-1128 |
| Sign Depot | | 11002 Dennis Rd | | Dallas | TX | 75229-3656 |
| Sign Depot | | 11002 Dennis Rd | | Dallas | TX | 75229-3656 |
| Skyview Satellite Systems | | 28 W Sylva Shopping Area | | Sylva | NC | 28779-5264 |
| Smart Reply | | 6410 Oak Cyn Ste 100 | | Irvine | CA | 92618-5225 |
| Smyth, Cristy | | 628 Buenos Tiempos Dr | | Camarillo | CA | 93012-5315 |
| Solomon, Charles R | | 1315 Fosdick Cir | | Colorado Springs | CO | 80909-3546 |
| Southern California Water Co | | 1600 W Redondo Beach Blvd Ste 101 | | Gardena | CA | 90247-3221 |
| Southern Satellites | | 26978 US Highway 72 Ste A | | Athens | AL | 35613-7822 |
| Southside Telephone Servc Inc | | 8522 192nd St #5D | | Mokena | IL | 60448-8875 |
| Space Coast Fire & Safety Inc | | 420 Manor Dr | | Merritt Is | FL | 32952-3740 |
| Sparkling Klean | | 92 Blue Heron Ct | | Sanford | NC | 27332-6644 |
| Specialty Plumbing | | 817 E Gutierrez St | | Santa Barbara | CA | 93103-3212 |
| Spectrum & Security Inc | | 824 Bennett Dr Ste 100 | | Longwood | FL | 32750-6354 |
| SQS Inc | | 13040 Merriman Rd #200 | | Livonia | MI | 48150-1816 |
| St Charles Appraisal Co | | PO Box 580 | | Wentzville | MO | 63385-0508 |

Circut City Stores, Inc

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Stage Sound | | 2240 Shenandoah Ave NW | | Roanoke | VA | 24017-6923 |
| Stewart, Susan | | 8 Fairchild St | | Huntington | NY | 11743-6706 |
| Stokes, Godfrey Van | | 553 Mill Landing Rd | | Chesapeake | VA | 23322-8332 |
| Stripe Rite Inc | | 1813 137th Ave E | | Sumner | WA | 98390-9645 |
| Stuart Tobin Immerman&Tobin LP | | 10810 Indeco Dr Ste A | | Cincinnati | OH | 45241-2927 |
| Sunbelt Management Co Inc | | 455 N Cityfront Plaza Dr Fl 24 | | Chicago | IL | 60611-5518 |
| Sunbelt Management Co Inc | C/O Nevada Holding Co Lp | 455 N Cityfront Plaza Dr Fl 24 | | Chicago | IL | 60611-5518 |
| Supreme Floor Maintenance | | 8801 Canyon Rd E | | Puyallup | WA | 98371-6311 |
| Susnwept Management Inc | | 2510 S Brentwood Blvd Ste 220 | | Saint Louis | MO | 63144-2326 |
| Suter Electronics LLC | | 1455 Park Rd | | Chanhassen | MN | 55317-9592 |
| Sutter Medical Foundation | NCFMG | 1100 Rose Dr/ Suite 200 | | Benicia | CA | 94510-3685 |
| Talisman Partners LLC | | 10751 N Flw Blvd Ste 201 | | Scottsdale | AZ | 85259-2684 |
| Talon Development Group Inc | | 400 Talon Centre Dr | | Detroit | MI | 48207-5037 |
| Team Richmond AAU | | 11600 Olde Covington Way | | Glen Allen | VA | 23059-5698 |
| Technology & Business Integ | | 136 Summit Ave Ste 205 | | Montavle | NJ | 07645-1720 |
| Tenney Mtn Appliance | | 440 Fowler River Rd | | Bristol | NH | 03222-6315 |
| Terk Technologies Corp | | 180 Marcus Blvd | | Hauppauge | NY | 11788-3732 |
| Terminix | | 1000 Williams Dr Ste 1014 | | Marietta | GA | 30066-6146 |
| Thieblot Ryan & Miller | | 8600 Lasalle Rd Ste 200 | | Towson | MD | 21286-2025 |
| Third Millennium Communication | | 29 Nate Whipple Hwy Apt D | | Cumberland | RI | 02864-1418 |
| Thistle Appliance | | 112 State Rd Unit C | | Sagamore Bch | MA | 02562-2328 |
| Thistle Appliance | | 112 State Rd Unit C | | Sagamore Bch | MA | 02562-2328 |
| Thurston County Treasurer | | 2000 Lakeridge Dr SW | | Olympia | WA | 98502-6080 |
| TMCI Inc | | PO Box 5396 | | Sn Bernrdno | CA | 92412-5396 |
| Top Tech Contractors Inc | | 612 Plain St Ste 6 | | Marshfield | MA | 02050-2740 |

12/12/2008  4:53 PM

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Total Communications | | 1721 Skinner Ave | | Olivehurst | CA | 95961-4810 |
| Tower Appliance | | PO Box 93003 | | Lubbock | TX | 79493-3003 |
| Tower Appliance | | PO Box 93003 | | Lubbock | TX | 79493-3003 |
| Tracfone Wireless Inc | | 9700 NW 112th Ave | | Miami | FL | 33178-1353 |
| Trafford Realty Company | | 305 Brevard Ave | | Cocoa | FL | 32922-7908 |
| Transus Inc | | 234 W Washington St | | Madison | GA | 30650-1210 |
| Treasury, US Depatment of The | | PO Box 70989 | | Charlotte | NC | 28272-0989 |
| Tri  Lakes Appliance Repair | | 1030 S State Rd Ste 16 | | Harbor Spgs | MI | 49740-1169 |
| Tri State Express Inc | | 2426 US Route 60 | | Hurricane | WV | 25526-9537 |
| Trim Pros LLC | | 5 Stratford Dr Apt 101 | | Fishersville | VA | 22939-2150 |
| Tropic Air Conditioning | | 7350 NW 77th St | | Medley | FL | 33166-2206 |
| Tropical Treehouse Florist | | 8914 Patterson Ave | | Richmond | VA | 23229-6324 |
| Trugreen Landcare | | 1708 Byberry Rd | | Huntingdon | VY | 19006-3606 |
| Ultimate Media Express Inc | | 16515 145th Dr | | Jamaica | NY | 11434-5108 |
| United Site Services of CA Inc | | 3408 Hillcap Ave | | San Jose | CA | 95136-1306 |
| United Way Richmond | | PO Box 11807 | | Richmond | VA | 23230-8007 |
| Valley Appliance Sales | | 4141 Shooting Park Rd | | Peru | IL | 61354-3055 |
| Van Wert Co Inc, Ge | | 461 Boston Ste Ste B4 | | Topsfield | MA | 01983-1237 |
| Vanguard Products Group Inc | | 720 Brooker Creek Blvd Ste 223 | | Oldsmar | FL | 34677-2937 |
| Veco Electric Co | | 110 N Crissey Rd | | Holland | OH | 43528-8825 |
| Ventura County DCSS | | PO Box 989067 | | W Sacramento | CA | 95798-9067 |
| Verizon | | PO Box 660720 | | Dallas | TX | 75266-0720 |
| Verizon | | PO Box 660720 | | Dallas | TX | 75266-0720 |
| Verizon | | PO Box 660720 | | Dallas | TX | 75266-0720 |
| Verizon | | PO Box 4832 | | Trenton | NJ | 08650-4832 |

12/12/2008  4:53 PM

Circut City Stores, Inc

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Verizon | | PO Box 4832 | | Trenton | NJ | 08650-4832 |
| Verizon | | PO Box 660748 | | Dallas | TX | 75266-0748 |
| Verizon | | PO Box 660748 | | Dallas | TX | 75266-0748 |
| Verizon BA | | PO Box 660720 | | Dallas | TX | 75266-0720 |
| Verizon BA | | PO Box 660748 | | Dallas | TX | 75266-0748 |
| Verizon Wireless | | PO Box 25505 | | Lehigh Valley | PA | 18002-5505 |
| Video Clinick | | 18W107 14th St | | Villa Park | IL | 60181-3601 |
| Videotech Company | | 10060 4th St | | Rch Cucamonga | CA | 91730-5723 |
| Videotech Company | | 10060 4th St | | Rch Cucamonga | CA | 91730-5723 |
| Vimont & Wills | | 333 W Vine St Ste 1700 | | Lexington | KY | 40507-1639 |
| Virginia Board of Accountancy | | 9960 Mayland Dr Ste 402 | | Richmond | VA | 23233-1485 |
| Volpe Bajalia Wickes Rogerson | | 501 Riverside Ave Ste 700 | | Jacksonville | FL | 32202-4938 |
| Wallace TV Sales & Service | | 6916 52nd Ter | | Live Oak | FL | 32060-7507 |
| Wallace TV Sales & Services | | 6916 52nd Ter | | Live Oak | FL | 32060-7507 |
| Wallace TV Sales & Services | | 6916 52nd Ter | | Live Oak | FL | 32060-7507 |
| Warm | Susquahanna Radio Corp | 5989 Susquehanna Plaza Dr | | York | PA | 17406-8910 |
| Warm | | 5989 Susquehanna Plaza Dr | | York | PA | 17406-8910 |
| Washington Gas | | PO Box 9001036 | | Louisville | KY | 40290-1036 |
| Washington Gas | | PO Box 9001036 | | Louisville | KY | 40290-1036 |
| Washington Gas | | PO Box 9001036 | | Louisville | KY | 40290-1036 |
| Waste Management | | PO Box 9001054 | | Louisville | KY | 40290-1054 |
| Waste Management | | PO Box 9001054 | | Louisville | KY | 40290-1054 |
| Waste Management of Shenandoah | | PO Box 9001054 | | Louisville | KY | 40290-1054 |
| WDTN | | 4595 Dixie Dr | | Dayton | OH | 45439-2111 |
| Weber Shandwick | | PO Box 7247-6593 | | Philadelphia | PA | 19170-0001 |

12/12/2008  4:53 PM

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Welcome Aboard Travel | | 1519 W Patrick St Ste A3 | | Frederick | MD | 21702-3763 |
| Wellesley Inn & Suites | | 1055 Parsippany Blvd Ste 407 | | Parsippany | NJ | 07054-1272 |
| Welsh, Adina | | 210 Andrew Rd | | American Cyn | CA | 94503-1109 |
| West Florida Fence | | 120 E Dr Martin Luther King Jr Blvd | | Tampa | FL | 33603-3860 |
| Westfest LLC | | 3875 N 44th St Ste 350 | | Phoenix | AZ | 85108-5463 |
| Westin Industries Inc | | 3020 Callie Still Rd | | Lawrenceville | GA | 30045-6695 |
| WGFL TV | | 1703 NW 80th Blvd | | Gainesville | FL | 32606-9178 |
| Wgno Inc | | 1 Galleria Blvd Ste 850 | | Metairie | LA | 70001-7542 |
| White Knight Safe Lock & Alarm | | 16 11th St Se Ste 2 | | Auburn | WA | 98002-6057 |
| Wichita Door Controls | | PO Box 7768 | | Overland Park | KS | 66207-0768 |
| Williams Refrigeration SVC | | 5963 Olivas Park Dr Ste G | | Ventura | CA | 93003-7936 |
| Wilmington Star News | | PO Box 840 | | Wilmington | NC | 28402-0840 |
| Wilson Welding & Medical Gases | | 30600 Dequindre Rd | | Warren | MI | 48092-4819 |
| WLUM | | N72W12922 Good Hope Rd | | Menomonee Falls | WI | 53051-4441 |
| WLUM | | N72W12922 Good Hope Rd | | Menomonee Falls | WI | 53051-4441 |
| Wolfs Service Center | | 3206 NE 52nd St | | Vancouver | WA | 98661 |
| Women In Community Service | | 3130 10th St N | | Arlington | VA | 22201-2108 |
| Woolpert | | 4454 Idea Center Blvd | | Dayton | OH | 45430-1500 |
| Wour FM | | 39 Kellogg Rd | | New Hartford | NY | 13413-2849 |
| WPGU FM | | 512 E Green St | | Champaign | IL | 61820-5720 |
| WPGU FM | | 512 E Green St | | Champaign | IL | 61820-5720 |
| Wsks FM | | 39 Kellogg Rd | | New Hartford | NY | 13413-2849 |
| WSOY FM | | 250 N Water St Ste 100 | | Decatur | IL | 62523-1300 |
| WU, Constance | | 13513 Kelmont Ct | | Woodbridge | VA | 22193-4816 |
| WVAH TV | | 1301 Piedmont Rd | | Charleston | WV | 25301-1426 |

Circut City Stores, Inc

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| WVFX TV | | PO Box 826 | | Bridgeport | WV | 26330-0826 |
| Yum Brand Fulfillment Svcs | | 1441 Gardiner Ln #L2800 | | Louisville | KY | 40213-1914 |

12/12/2008  4:53 PM