IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

------------------------------------------------------------ x
In re: : Chapter 11
:
: Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC., :
et al., :
:
: Jointly Administered
Debtors.[1] :
:
:
------------------------------------------------------------ x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Greg Barlage, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On November 26, 2008, a copy of the following documents was served per postal forwarding address via First Class mail upon the party set forth on the service list attached hereto as **Exhibit A**:

- Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 21)

*[Space Left Intentionally Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

- Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 81)

Dated: December 12, 2008

_____
Greg Barlage

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 12th day of December, 2008, by Greg Barlage, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

# EXHIBIT A

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Rocky Mount Towe Center | Alliance - Rocky Mount, L.L.C. | Attn: Connie Clyderay | 6805 Morrison Blvd Ste 380 | Charlotte | NC | 28211-3575 |