## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

------------------------------------------------- x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : |  |
|  | : |  |
| Debtors.[1] | : | Jointly Administered |
|  | : |  |
|  | : |  |

------------------------------------------------- x

### <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

I, Greg Barlage, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 9, 2008, a copy of the following documents was served per postal forwarding address via First Class mail upon the party set forth on the service list attached hereto as **<u>Exhibit A</u>**:

1. Motion of Debtors for Order Under Bankruptcy Code Section 365 (d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Property (Docket No. 290)

*[Space Left Intentionally Blank]*

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

2. Notice of Motion and Notice of Hearing on Motion of Debtors for Order Under Bankruptcy Code Section 365(d)(4) Extending Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property; Hearing to be Held on December 5, 2008 at 10:00 a.m. (Docket No. 291)

Dated: December 12, 2008

Greg Barlage

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 12th day of December, 2008, by Greg Barlage, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature:

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

# EXHIBIT A

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Alliance Rocky Mount LLC | Attn Connie Cluderay | 6805 Morrison Blvd Ste 380 | Charlotte | NC | 28211-3575 |