William H. Schwarzschild, III, VSB No. 15274
Paul S. Bliley, Jr. – VSB No. 13973
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone:  804.783.6489
        804.783.6448
Fax:    804.783.6507
tschwarz@williamsmullen.com
pbliley@williamsmullen.com
Counsel for 1890 Ranch, Ltd.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT COURT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et. al. | § | Case No. 08-35653-KRH |
| | § | (Jointly Administered) |
| Debtors | § | |

**ORDER APPROVING ADMISSION**
**PRO HAC VICE OF MICHAEL ERIC DEITCH**

This matter comes before the Court upon the Motion of Paul S. Bliley, Jr. requesting entry of an order approving the admission of *pro hac vice* of Michael Eric Deitch of the Law Offices of Michael Deitch, Austin, Texas, to represent the interests of 1890 Ranch, Ltd. in these proceedings.  Based upon the representations set forth in the Motion, and finding it other proper, the Court

ORDERS that Michael Eric Deitch be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

Dec 18 2008

Entered:  December ___, 2008

/s/ Kevin Huennekens

KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

Entered on Docket:  Dec 19 2008

  /s/ Paul S. Bliley, Jr.
William H. Schwarzschild, III, VSB No. 15274
Paul S. Bliley, Jr. – VSB No. 13973
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone:  804.783.6489
            804.783.6448
Fax:     804.783.6507
tschwarz@williamsmullen.com
pbliley@williamsmullen.com
Counsel for 1890 Ranch, Ltd.

**LOCAL RULE CERTIFICATION**

I hereby certify that the foregoing has been endorsed by all necessary parties.

\s\ Paul S. Bliley, Jr.

2

## **CERTIFICATE**

I hereby certify that a copy of foregoing Order was sent by first class mail, postage prepaid or by electronic communication this 11th day of December, 2008 to:

Michael Deitch
Law Offices of Michael Deitch, P.C.
800 Rio Grande
Austin, Texas 78701

Dion W. Hayes, Esq.
McGuireWoods, LLP
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, L.L.P.
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

    /s/ Paul S. Bliley, Jr.

1693484v1

3

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1             Date Rcvd: Dec 19, 2008
Case: 08-35653                 Form ID: pdforder          Total Served: 1
```

The following entities were served by first class mail on Dec 21, 2008.
      +Michael Deitch,   800 Rio Grande,   Austin, TX 78701-2220

The following entities were served by electronic transmission.                                        TOTAL: 0
NONE.

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2008**                           **Signature:** _Joseph Speetjens_