Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors
and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | : Case No. 08-35653 (KRH) |
| | : |
| Debtors. | : Jointly Administered |

- - - - - - - - - - - - - - - x

**DESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN THE RECORD OF APPEAL WITH
RESPECT TO APPEAL OF POTOMAC ELECTRIC POWER
COMPANY, DELMARVA POWER & LIGHT COMPANY,
ATLANTIC CITY ELECTRIC COMPANY, FLORIDA POWER
& LIGHT COMPANY, CENTRAL MAINE POWER
<u>COMPANY AND ALABAMA POWER COMPANY</u>**

1

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] hereby designate pursuant to Bankruptcy Rule 8006 the following items to be included in the record with respect to the appeal filed by Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Florida Power & Light Company, Central Maine Power Company and Alabama Power Company (the "Appellants"), in addition to the items included in Appellants' designation filed on December 10, 2008 (Docket No. 868):

### Designation of Additional Items to Be Included in the Record on Appeal

1. Corrected Declaration of Bruce H. Besanko, Executive Vice President and Chief Financial Officer of Circuit City Stores, Inc., in Support of Chapter 11 Petitions and First Day Pleadings (Docket No. 79);

2. Transcript from November 10, 2008 Hearing (Docket No. 384); and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

3. Corrected Order Under Bankruptcy Code Sections 105(a), 363, and 366, and Bankruptcy Rule 6003 (i) Approving Debtors' Adequate Assurance of Payment, (ii) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment, (iii) Scheduling a Hearing with Respect to Contested Adequate Assurance of Payment Requests, and (iv) Authorizing Debtors to Pay Claims of a Third Party Vendor (Docket No. 832).

Dated: December 22, 2008
      Richmond, Virginia

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    Gregg M. Galardi, Esq.
    Ian S. Fredericks, Esq.
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    (302) 651-3000

    - and -

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    Chris L. Dickerson, Esq.
    333 West Wacker Drive
    Chicago, Illinois 60606
    (312) 407-0700

    - and -

    MCGUIREWOODS LLP


    ./s/ Douglas F. Foley_____
    Dion W. Hayes (VSB No. 34304)
    Douglas M. Foley (VSB No. 34364)
    One James Center
    901 E. Cary Street
    Richmond, Virginia 23219
    (804) 775-1000

    Counsel to the Debtors and Debtors in Possession

\6874723.1