IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
In re:                                      :    Chapter 11
                                            :
CIRCUIT CITY STORES, INC., et al.,          :    Case No. 08-35653-KRH
                                            :    Jointly Administered
            Debtors.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER GRANTING MOTION OF AUGUSTUS C. EPPS, JR. FOR AN ORDER AUTHORIZING JENNIFER L. RANDO TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULES 2090-1(E)(2)

The matter before the Court is the Motion of Augustus C. Epps, Jr. For An Order Authorizing Jennifer L. Rando To Appear *Pro Hac Vice* Pursuant To Local Bankruptcy Rule 2090-1(E)(2) (the "Motion"). Having reviewed the Motion and the Court's dockets, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) no party in interest filed an objection to the relief requested in the Motion; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion. Accordingly,

**IT IS HEREBY ORDERED** that the Motion is GRANTED in its entirety; and,

---
t

---

Augustus C. Epps, Jr., Esquire (VSB 13254)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112

Local Counsel to Manufacturers & Traders
Trust Company, as Trustee

**IT IS FURTHER ORDERED** that Jennifer L. Rando shall be and hereby is admitted to appear, *pro hac vice,* as counsel for Manufacturers and Traders Trust Company, as Trustee, in connection with the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(E)(2).

Dated:  December ___, 2008
        Richmond, Virginia

_____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

 /s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr. (VSB 13254)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia  23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112
Email:  aepps@cblaw.com

### Rule 9022-1 Certification

I hereby certify that the foregoing has been endorsed by all necessary parties.

 /s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

## SERVICE LIST

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219-3095

Jennifer L. Rando, Esquire
Hodgson Russ LLP
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York  14202

916065.1