David E. Hawkins (VA 48367)
**VINSON & ELKINS L.L.P.**
The Willard Office Building
1455 Pennsylvania Ave., N.W.
Washington, D.C. 20004-1008
Tel: (202) 639-6500
Fax: (202) 639-6604

**ATTORNEYS FOR ARCHON GROUP, L.P.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **CIRCUIT CITY STORES, INC.,** *et al.* § | | **Case No. 08-35653-KRH** |
| § | | |
| **Debtor.** § | | **Jointly Administered** |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This matter came before the Court on the Motion of movant David E. Hawkins ("Movant") for the admission *pro hac vice* of William L. Wallander and Angela B. Degeyter in this case on behalf of Archon Group, L.P. Upon consideration of the Motion, and the record in this case, and finding that cause exists for the relief requested in the Motion, it is hereby ORDERED that Movant's Motion is GRANTED. William L. Wallander and Angela B. Degeyter may appear *pro hac vice* as counsel for Archon Group, L.P.

Dated:_____                    _____
                                           Kevin R. Huennekens
                                           United States Bankruptcy Judge

                                           Entered on Docket: _____

**Dallas 1498509v.1**

WE ASK FOR THIS:

**VINSON & ELKINS L.L.P.**
The Willard Office Building
1455 Pennsylvania Ave., N.W.
Washington, D.C. 20004-1008
Tel: (202) 639-6605
Fax: (202) 879-8806

By: */s/ David E. Hawkins*
     David E. Hawkins (VA 48367)

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

I hereby certify that, on December 2, 2008, a copy of the proposed order was provided to the parties identified on the service list attached to the Motion by first-class mail, postage prepaid.

*/s/ David E. Hawkins*
One of Counsel

**Dallas 1498509v.1**