## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,*[1] | ) | Case No.  08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

## STATEMENT PURSUANT TO RULE 2019
## OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Neil E. McCullagh, declare and state as follows:

1.      I am an attorney licensed to practice law in the Commonwealth of Virginia and a

partner with the law firm of Cantor Arkema, P.C. ("Cantor Arkema").  I have personal

knowledge of the facts set forth herein and if called as a witness could and would competently

testify thereto.

2.      Cantor Arkema represents the following creditors in connection with the above-

styled jointly-administered Chapter 11 cases:

(a) Dentici Family Limited Partnership, c/o James P. Dentici, 3405 S. Waterville

Road, Oconomowoc, Wisconsin, 53066, landlord for the following location:

---

[1] The Debtors in these jointly administered are the following: Circuit City Stores, Inc.; Circuit City Stores West Coast, Inc.; InterTAN, Inc., Ventoux International, Inc.; Circuit City Purchasing Company, LLC; CC Aviation, LLC; CC Distribution Company of Virginia, Inc.; Circuit City Properties, LLC; Kinzer Technology, LLC; Patapsco Designs, Inc.; Sky Venture Corp.; XSStuff, LLC; Courchevel, LLC; Circuit City Stores PR, LLC; Prahs, Inc.; Orbyx Electronics, LLC; Mayland MN, LLC; and Abbott Advertising Agency, Inc.

Neil E. McCullagh – VSB No. 39027
CANTOR ARKEMA, P.C.
Bank of America Center
1111 East Main Street, 16th Floor
P.O. Box 561
Richmond, VA  23218-0561
Phone:  (804) 644-1400
Fax:  (804) 225-8706
Email: nmccullagh@cantorarkema.com

4585 South 76th Street, Greenfield, Wisconsin 53220 (Circuit City Store No.
3176);

(b) Chino South Retail PG, LLC, c/o William A. Wood, Esq., Bracewell &
Giuliani LLP, 711 Louisiana Street, Suite 2300, Houston, Texas 77002 ("Mr.
Wood"), landlord for the following location: Rancho del Chino South Shopping
Center, Ramona Avenue and Chino Hills Parkway, Chino, California (Circuit
City Store No. 3888);

(c) Raymond & Main Retail, LLC, c/o Mr. Wood, landlord for the following
location: Parcel I in the City of Alhambra, County of Los Angeles, State of
California, as shown on Parcel Map No. 19698, filed in Book 233, Pages 11 and
12 of Parcel Maps, in the Office of the County Recorder of Los Angeles County,
Commonly, referred to as the Raymond and Main Center, Located at 2121 Main
Street, Alhambra, California;

(d) Pannatoni Development Company, Inc., as Agent for VVI Texas Holdings,
LLC, TI PI Texas, LLC, Dudley Mitchell Properties TX, LLC, Shelby Properties,
TX, LLC, and Pintar Investment Properties TX, LLC ("Panattoni Denton"), c/o
Mr. Wood, landlord for the following location: Shops at Colorado in Denton,
Texas;

(e) Pannatoni Development Company, Inc., as Agent for Charles L. Kessinger,
Jacque L. Kessinger, and Northglenn Retail, LLC ("Panattoni Northglenn"), c/o
Mr. Wood, landlord for the following location: Shops at Colorado in Denton,
Texas;

(f) <u>Panattoni Construction, Inc.</u>, c/o Mr. Wood, a general contractor retained by

the Debtors to construct their store in Alhambra, California; and

(g) <u>Cormark Inc.</u>, 1701 Winthrop, Des Plaines, Illinois 60018, a vendor of the

Debtors.

3.       Dentici Family Limited Partnership, Chino South Retail PG, LLC, Raymond &

Main Retail, LLC, Panatoni Denton, and Panattoni Northglenn are non-residential landlords and

intend to participate in the lease disposition and claims filing process. Cormark Inc.'s claim

arises from the sale of certain products to the Debtors during 2008. Cormark Inc. has asserted a

reclamation claim against the Debtors and may also have a secured claim.

4.       Cantor Arkema serves as local counsel to Chino South Retail PG, LLC, Raymond

& Main Retail, LLC, Panatoni Denton, Panattoni Northglenn, and Panattoni Construction, Inc.

Cantor Arkema was contacted by the law firm of Bracewell & Giuliani LLP for that purpose.

5.       Cantor Arkema serves as lead counsel for Dentici Family Limited Partnership and

Cormark Inc.

6.       The entities referenced above have not yet determined the nature and amount of

any claims to be asserted.

7.       Cantor Arkema has served as counsel for debtor Circuit City Stores, Inc. prior to

the filing of the above-styled Chapter 11 cases and remains counsel of record for Circuit City

Stores, Inc. in some of those matters. However, Cantor Arkema does not expect to perform any

further services in those matters, has waived any claims it might have had against Circuit City

Stores, Inc., and has obtained the approval of Circuit City Stores, Inc. to represent the entities

referenced above in the above-styled Chapter 11 cases.

8.       Cantor Arkema has disclosed this multiple representation to each of the

3

above-referenced clients and has obtained each client's consent to this multiple representation.

CANTOR ARKEMA, P.C.

By: /s/ Neil E. McCullagh

Neil E. McCullagh – VSB No. 39027
CANTOR ARKEMA, P.C.
Bank of America Center
1111 East Main Street, 16th Floor
P.O. Box 561
Richmond, VA  23218-0561
Phone:  (804) 644-1400
Fax:  (804) 225-8706
Email: nmccullagh@cantorarkema.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2008, a true copy of the foregoing Statement

Pursuant to Rule 2019 was sent by electronic means through the Court's ECF system or by first-

class mail, postage prepaid, to the following:

/s/ Neil E. McCullagh

## CIRCUIT CITY STORES, INC.
## PRIMARY SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Email: Robert.B.Van.Arsdale@usdoj.gov

Reginald D. Hedgebeth
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233

Daniel W. Ramsey
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233

Dion Hayes
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Email: dhayes@mcguirewoods.com

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100
Email: bgodshall@pszjlaw.com

Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Email: jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
Email: jfiero@pszjlaw.com

Lynn L. Tavenner
Email: ltavenner@tb-lawfirm.com
Paula S. Beran
Email: pberan@tb-lawfirm.com
Tavenner & Beran PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219