**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED VERIFIED STATEMENT OF**
**LECLAIRRYAN, A PROFESSIONAL CORPORATION,**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, LeClairRyan, A Professional Corporation ("LeclairRyan") hereby discloses the following:

1. LeClairRyan is counsel to the following claimants (collectively, the "Claimants") in the above-referenced bankruptcy cases:

    a. Bank of America, as Agent

    b. Cardinal Capital Partners

    c. Benenson Capital Company

    d. Brandywine Grande C, L.P.

    e. CC Kingsport 98, LLC

    f. The Balogh Companies

    g. Westfield, LLC

    h. CK Richmond Business Services #2, LLC

---

Christopher L. Perkins (VSB No. 41783)
Martha E. Hulley (VSB No. 73052)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 783-7550
(804) 783-7686 facsimile

        i. Fayetteville Developers, LLC

        j. Developers Realty, Inc.

2. Each of the Claimants holds a claim against the above-captioned debtor (the "Debtor").

3. LeClairRyan has no claims against or interests in the Debtors.

I, Christopher Perkins, Esq. declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: December 22, 2008
Richmond, Virginia

        LeClairRyan, A Professional Corporation

        By: /s/ Christopher L. Perkins
            Counsel

Christopher L. Perkins (VSB No. 41783)
Martha E. Hulley (VSB No. 73052)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Post Office Box 2499
Richmond, Virginia 23218-2499
Phone: (804) 783-2003
Fax:    (804) 783-7686
christopher.perkins@leclairryan.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of December, 2008, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

                                              /s/ Christopher L. Perkins

**SERVICE LIST**

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
*Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
One James One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Mcaghcr & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
*Counsel for the Debtors*

Robert V. Van Arsdale, Esquire
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219