UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE PURSUANT
TO BANKRUPTCY RULE 9010 AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that the undersigned appears as counsel for Fayetteville Developers, LLC and Developers Realty, Inc. ("Fayetteville"), creditors and parties in interest herein, and pursuant to Rule 2002 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon:

> Christopher L. Perkins – VSB No. 41783
> LeClairRyan, A Professional Corporation
> Riverfront Plaza, East Tower
> 951 East Byrd Street, 8th Floor
> Post Office Box 2499
> Richmond, Virginia 23218-2499
> Phone: (804) 783-7550
> Fax:    (804) 783-7686
> Email:  christopher.perkins@leclairryan.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal; whether written or oral, and whether transmitted or conveyed by mail,

---

Christopher L. Perkins (VSB No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 783-7550
(804) 783-7686 facsimile

Niclas A. Ferland, Esq.
Ilan Markus, Esq.
LeClairRyan, A Professional Corporation
555 Long Wharf Drive, 8th Floor
New Haven, Connecticut 06509-0906
(203) 773-5026

Counsel for Fayetteville Developers, LLC

delivery, telephone, telegraph, telex or otherwise, which affects the Debtors or the property of the Debtors.

  Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Fayetteville's right to have final orders in noncore matters entered only after do novo review by a district court judge; (ii) the right to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) the right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 22, 2008

            LeClairRyan, A Professional Corporation


            By: /s/ Christopher L. Perkins
              Counsel

Christopher L. Perkins (VSB No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Post Office Box 2499
Richmond, Virginia 23218-2499
Phone: (804) 783-2003
Fax: (804) 783-7686
christopher.perkins@leclairryan.com

Niclas A. Ferland, Esq.
Ilan Markus, Esq.
555 Long Wharf Drive, 8th Floor
New Haven, CT  06511
Phone: (203) 773-5026
Fax: (877) 783-2294
niclas.ferland@leclairryan.com
ilan.markus@leclairryan.com
*Counsel for Fayetteville Developers, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2008, a true and accurate copy of the foregoing Notice of Appearance of Fayetteville Developers, LLC was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

/s/ Christopher L. Perkins

3

## SERVICE LIST

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
*Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
One James One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Mcaghcr & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
*Counsel for the Debtors*

Robert V. Van Arsdale, Esquire
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219