# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**  
Jennifer McLemore, Atty.

**In re:** Circuit City Stores, Inc.

**Case Number** 08−35653−KRH  
**Chapter** 11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*1138* − Motion to Compel Motion and Supporting Memorandum of Law of Landlords Listed on Exhibit A for an Order Compelling Debtors to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b) and Granting Related Relief filed by Jennifer McLain McLemore of Christian & Barton, LLP on behalf of Sparkleberry Two Notch, LLC, UnCommon, Ltd., a Florida Limited Partnership, Rancon Realty Fund IV, New River Properties, LLC, La Habra Imperial, LLC, Columbia Equities Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Catellus Operating Limited Partnership, Brighton Commercial, L.L.C., Acadia Realty Limited Partnership, RD Bloomfield Associates Limited Partnership, Starpoint Property Management, LLC, Tourboullin Co., Watercress Associates, LP, LLP dba Pearlridge Center. (McLemore, Jennifer)

**REQUIREMENTS OF FORM/PROCESS:**

— All motions, unless otherwise directed by the Court and with certain exceptions, shall be accompanied by a written memorandum setting forth a concise statement of facts and supporting reasons, along with a citation of authorities. [LBR 9013−1(G)]

— Motions for continuance shall not be granted by mere agreement of counsel but will be considered by the Court only in the presence of all counsel. [LBR 9013−1(J)]

— Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

— Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

—

**MOTION FOR EXPEDITED HEARING [LBR 9013−1(N)]:**

— Not accompanied by Certification Regarding Request for Expedited Hearing*.

—

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

— Not accompanied by proof of service indicating service of motion upon parties required to be served.

— Notice as required by LBR 4001(a)−1(C) not clearly stated or conspicuously provided in motion.

— Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

—

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

**X**  Official Form 20A* − Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

— Official Form 20B* − Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

— Date, time and/or location omitted or incorrect in Notice of Hearing.

— Notice of Hearing/Response not properly linked to Motion/Application/Objection

—

*A copy of the above−referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

| | |
|---|---|
| Date:   December 22, 2008 | CLERK, UNITED STATES BANKRUPTCY COURT |
| | By /s/ Jenni Jafarbay , Deputy Clerk<br>Direct Dial Telephone No. 804–916–2411 |

[genchksht_Motion.jsp ver. 6/2007]