UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**MOTION FOR ADMISSION**
**PRO HAC VICE OF NICLAS A. FERLAND**

Martha E. Hulley ("Movant") hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing Niclas A. Ferland ("Mr. Ferland"), an attorney with the law firm of LeClairRyan, A Professional Corporation, to appear pro hac vice in the referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent Cardinal Capital Partners, Benenson Capital Company, Brandywine Grande C, L.P., CC Kingsport 98, LLC, The Balogh Companies, Westfield, LLC, CK Richmond Business Services #2, LLC, Fayettville Developers, LLC, and Developers Realty, Inc. and in support of this Motion, the Movant states as follows:

    1.    Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

    2.    Mr. Ferland is a member in good standing of the State Bar of Connecticut and is an attorney admitted to practice before the United States District Court for the District of

---

Christopher L. Perkins (Va. Bar No. 41783)
Martha E. Hulley (Va. Bar No. 73052)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003

Connecticut. There are no disciplinary proceedings pending against Mr. Ferland in any jurisdiction in which he is admitted to practice.

3. Movant requests that this Court authorize Mr. Ferland to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of Cardinal Capital Partners, Benenson Capital Company, Brandywine Grande C, L.P., CC Kingsport 98, LLC, The Balogh Companies, Westfield, LLC, CK Richmond Business Services #2, LLC, Fayettville Developers, LLC, and Developers Realty, Inc.

4. Movant shall serve as co-counsel with Mr. Ferland in the Bankruptcy Case (and related proceedings).

5. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Niclas A. Ferland to appear pro hac vice in the Bankruptcy Case in substantially the same form as Exhibit A attached hereto and grant such other and further relief as is just.

                                              /s/ Martha E. Hulley
                                              Movant

Christopher L. Perkins (Va. Bar No. 41783)
Martha E. Hulley (Va. Bar No. 73052)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December 2008, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons appearing below:

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
    *Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
One James One James Center
901 East Cary Street
Richmond, Virginia 23219
    *Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Mcaghcr & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
    *Counsel for the Debtors*

    /s/ Martha E. Hulley
    Movant

3

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING MOTION FOR**
**ADMISSION PRO HAC VICE OF NICLAS A. FERLAND**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Niclas A. Ferland (the "Motion") filed by Martha E. Hulley, seeking admission pro hac vice for Niclas A. Ferland, of the law firm of LeClairRyan, A Professional Corporation, in the above-styled bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Niclas A. Ferland be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

2. Niclas A. Ferland, of the law firm of LeClairRyan, A Professional Corporation, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice

_____
Christopher L. Perkins (Va. Bar No. 41783)
Martha E. Hulley (Va. Bar No. 73052)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia  23218-2499
(804) 783-2003

pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Cardinal Capital Partners, Benenson Capital Company, Brandywine Grande C, L.P., CC Kingsport 98, LLC, The Balogh Companies, Westfield, LLC, CK Richmond Business Services #2, LLC, Fayettville Developers, LLC, and Developers Realty, Inc.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

_____
Christopher L. Perkins (Va. Bar No. 41783)
Martha E. Hulley (Va. Bar No. 73052)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia  23218-2499
(804) 783-2003

**Rule 9022-1 Certification**

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

_____
Movant

2

## SERVICE LIST

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
    *Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
One James One James Center
901 East Cary Street
Richmond, Virginia 23219
    *Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Mcaghcr & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
    *Counsel for the Debtors*

3