# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**  
Robert Lehane, Esq.

**In re:** Circuit City Stores, Inc.

**Case Number** 08–35653–KRH  
**Chapter** 11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*1140* – Motion for Joinder Joinder of Developers Diversified Realty Corporation, General Growth Properties, Inc., Weingarten Realty Investors, Basser–Kaufman, Inc., Philips International Holding Corp., Regency Centers L.P., AAC Management Corp., Jones Lang LaSalle Americas, Inc., Continental Properties Company, Inc., and Benderson Development Company, LLC In Motions For An Order Compelling Immediate Payment of Post–Petition Rent filed by Robert L. Lehane of Kelley Drye & Warren LLP on behalf of Ashkenazy Management Corp., Basser–Kaufman, Benderson Development Company, LLC, Continental Properties Company, Inc., Developers Diversified Realty Corporation, General Growth Properties, Inc., Jones Lang LaSalle Americas, Inc., Philips International, Regency Centers, L.P., Weingarten Realty Investors and Its Affiliates. (Attachments: # (1) Exhibit(s) Exhibit A# (2) Exhibit(s) Exhibit B) (Lehane, Robert)

**REQUIREMENTS OF FORM/PROCESS:**

— All motions, unless otherwise directed by the Court and with certain exceptions, shall be accompanied by a written memorandum setting forth a concise statement of facts and supporting reasons, along with a citation of authorities. [LBR 9013–1(G)]

— Motions for continuance shall not be granted by mere agreement of counsel but will be considered by the Court only in the presence of all counsel. [LBR 9013–1(J)]

— Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

— Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

—

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

— Not accompanied by Certification Regarding Request for Expedited Hearing*.

—

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

— Not accompanied by proof of service indicating service of motion upon parties required to be served.

— Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

— Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

—

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

**X** Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

— Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

— Date, time and/or location omitted or incorrect in Notice of Hearing.

— Notice of Hearing/Response not properly linked to Motion/Application/Objection

—

*A copy of the above−referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   December 22, 2008　　　　　　　　　　CLERK, UNITED STATES BANKRUPTCY COURT

　　　　　　　　　　　　　　　　　　　　　　By /s/ Jenni Jafarbay , Deputy Clerk
[genchksht_Motion.jsp ver. 6/2007]　　　　　　Direct Dial Telephone No. 804−916−2411