Joon M. Khang (SBN 188722)
KHANG & KHANG LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone: (310) 461-1342
Facsimile: (310) 461-1343
Email: joon@khanglaw.com





RICHMOND DIVISION
FILED DEC 1 9 2008 FILED
CLERK
U.S. BANKRUPTCY COURT

Attorneys for Creditor Sherwood America, Inc.

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., et al. | ) Case No. 08-35653-KRH |
| | ) |
| Debtors.[1] | ) Jointly Administered. |
| | ) |

### REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS

**TO THE CLERK OF THE COURT AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that the pursuant to Section 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), KHANG & KHANG LLP, attorneys for Sherwood America, Inc., a creditor and party in interest

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Design, Inc. (6796), Shy Venture Corp. (0311), Prahs, Inc. (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

1

herein, hereby requests that copies of all notices given or requested in this case and copies of notices, pleadings or papers served or required to be served in this case be given to and served upon the following:

Joon M. Khang
KHANG & KHANG LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone: (310) 461-1342
Facsimile: (310) 461-1343
Email: joon@khanglaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, any disclosure statement and plan of reorganization and any objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answers or replies, memoranda and briefs in support of the foregoing and any other documents brought before the Bankruptcy Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, telephone, fax, email or otherwise.

DATED:    December 15, 2008        KHANG & KHANG LLP

By: _____
Joon M. Khang

Attorneys for Creditor Sherwood America, Inc.

2