Gary T. Holtzer, Esq.
Joseph W. Gelb, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
*Co-counsel to JP Morgan Chase & Co.*

FILED

2008 DEC 19 PM 3:48

RICHMOND DIVISION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH<br>Chapter 11 |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of JP Morgan Chase & Co., and pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

---

[1] The Debtors in these proceedings are: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Stores PR, LLC, Circuit City Properties, LLC, Orbyx Electronics, LLC, Kinzer Technology, LLC, Courchevel, LLC, Abbott Advertising Agency, Inc., Mayland MN, LLC, Patapsco Designs, Inc., Sky Venture Corp., XSStuff, LLC and Prahs, Inc.

NY2:\1948836\01\15RQC01!.DOC\55160.0012

Gary T. Holtzer, Esq.
Joseph W. Gelb, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: gary.holtzer@weil.com
Email: joseph.gelb@weil.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

DATED: December 18, 2008

_____
Gary T. Holtzer, Esq.
Joseph W. Gelb, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007
    Co-*counsel to JP Morgan Chase & Co.*

### CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury that on December 19, 2008, a true and exact copy of the Notice of Appearance for Weil, Gotshal & Manges LLP on behalf of JP Morgan Chase & Co was sent via first class mail, postage prepaid to the Core Group as follows:

Office of the U.S. Trustee
701 E. Broad Street
Suite 4304
Richmond, VA 23219

Circuit City Stores, Inc.
9950 Mayland Dr.
Richmond, VA 23233

Gregg M. Galardi, Esq.
Skadden Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899

Chris L. Dickerson, Esq.
Skadden Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd. 11th Floor
Los Angeles, CA 90067

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017

DATED: December 19, 2008

_/s/ Michael A. Condyles_

Michael A. Condyles (VA 27807)
Kimberly A. Pierro (VA 71362)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219-3500
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192
   Co-*counsel to JP Morgan Chase & Co.*