# Exhibit A

## Current and Recent Former Entities Affiliated with the Debtors

587255 Ontario Ltd.
Abbott Advertising Inc.
American Computer Development Inc.
Asian Sourcing & Procurement Services Co. Ltd.
CC Aviation LLC
CC Distribution Company of Virginia Inc.
Circuit City Global Sourcing Limited
Circuit City Properties LLC
Circuit City Purchasing Company LLC
Circuit City Stores Inc.
Circuit City Stores PR, LLC
Circuit City Stores West Coast Inc.
Courcheval LLC
Digital Video Express LP
Early Adopter Fund LLC
InterTAN Canada Ltd.
InterTAN France SNC
InterTAN Inc.
InterTAN Ontario Ltd.
Kinzer Technology LLC
Mayland MN LLC
MusicNow LLC
Northern National Insurance Ltd
Orbyx Electronics LLC
Patapsco Designs Inc.
PlumChoice Inc.
Prahs Inc.
Sixth Street Marketplace LP
Sky Venture Corporation
St. Tammany Oaks Subdivision Association LLC
Theater Xtreme Entertainment Group Inc.
Tourmalet Corp.
Ventoux International Inc.
XS Stuff LLC

## Current and Recent Former Directors and Officers

Baldyga, Lisa
Barretta, Henry P.
Besanko, Bruce H.
Bossin, Alan
Bradley, Brian S.
Breitenbecher, Kelly E.
Brill, Ronald M.
Byrd, Carolyn H.
Cuthbertson, Ron
Daoust, Ean
Dunn, Phillip J.
Fairbairn, Ursula O.
Faries, Timothy C.
Feigin, Barbara S.
Foss, Michael E.
Grove, Jacqueline
Hardymon, James F.
Harlow, John T.
Hedgebeth, Reginald D.
Heidemann, Lyle G.
Jonas, Eric A., Jr.
Kane, Alan
Kelly, John J.
King, Allen B.
Kornstein, Don R.
Ma, Jeric
MacKay, Irynne V.
Marcum, James A.
McCorey, William E., Jr.
McDonald, Jeffrey A.
Mosier, Michelle
Mulleady, John
Oakey, John A., III
Owen, Linda M.
Pappas, Steven P.
Ramsey, Danny W.
Salovaara, Mikael
Schoonover, Phillip J.
Sieger, Marc J.
Smith, Marlies A.
Spainhour, J. Patrick
Spurling, Richard D.

Stone, Jeffrey S.
Swider, Gerald L.
Turner, Ronald L.
Wahle, Elliott
Weedfald, Peter C.
Whaling, Marshall J.
Wong, Mark J.
Woo, Carolyn Y.

**Banks**

American Savings
AmSouth/Regions
Banco Popular
Bank of America
Chase
CRP Securities LLC
Fifth Third Bank
Fifth Third Securities Inc.
GE Capital Markets, Inc.
JP Morgan Securities Inc.
Lehman Brothers
Merrill Lynch Global Institutional Advisory
Division
RBC Dain Rauscher
Suntrust
UBS Financial Services Inc.
Wachovia Bank & Securities
Wells Fargo

## Litigation Parties

Alicea, Ada
Altamarino
Audiobahn
Banker, Michael
Booker, Jamal
Davis
Dealtree
DiPirro, Michael
Donnelly, Kenneth
Federal Communications Commission
Feller
Foss, Andrew
Harris, William
Hilgenberg
Ibrahim, Betty
Internal Revenue Service
Iowa Attorney General
Iowa, State of
Keystone Automotive
Kobra Properties
Location 4500 Eastlake LA
Location 6946 Whitney Bank
Mad Rhino
Main Street At Exton Lp
Mantor, Paul
Massachusetts Department of Revenue
Mastercard
Micro Electronics
Millennium Retail Partners
Moncayo, Maria
Monster Cable
Moxley, Donald
Murphy, Christopher
RealSource
Roberty Gentry
Securities and Exchange Commission
Snow, Christopher
Temple, Floyd Edward, Jr.
Tennesee Department of Revenue
Unical
Visa
Voegtle, Clayton P.
Weidler, Daniel

## Significant Competitors

Best Buy Co. Inc.
CompUSA Inc.
Costco Wholesale Corp.
Dell Inc.
hhgregg Inc.
Home Depot Inc., The
Lowe's Cos. Inc.
Pacific Sales Kitchen & Bath Centers Inc.
PC Richard & Son
RadioShack Corp.
Sam's Club
Sears Roebuck & Co.
Target Corp.
Wal-Mart Stores Inc.

**Secured Lenders**

Bank of America NA
Burdale Finance Ltd.
Capital One Leverage Finance Corp.
Fifth Third Bank
General Electric Capital Corp.
GMAC Commercial Finance LLC
JPMorgan Chase Bank NA
National City Business Credit Inc.
PNC Bank NA
SunTrust Bank
Textron Financial Corp.
UBS Loan Finance LLC
UPS Capital Corp.
Wachovia Capital Finance Corp.
Webster Bank
Webster Financial Corp.
Wells Fargo Retail Finance LLC

**<u>Professionals</u>**

FTI Consulting Inc.
Kirkland& Ellis LLP
Kurtzman Carson Consultants LLC
McGuire Woods LLP
Rothschild, Inc.
Skadden Arps Slate Meagher & Flom LLP

**<u>5% or Greater Shareholders</u>**

Atwood, J. Richard
Classic Fund Management AG
First Pacific Advisors LLC
HBK Investments LP
HBK Management LLC
HBK Master Fund
HBK Master Fund LP
HBK Partners II LP
HBK Services LLC
Rodriguez, Robert L.
Wattles, Mark J.

**Top 70 Unsecured Creditors**

Advertising.com
Alliance Entertainment
Apex Digital Inc.
Audiovox
Belkin Logistics Inc.
Bethesda Softworks
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Co.
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Graphic Communications
Hewlett Packard
Hewlett-Packard US Operation
Hisense USA Corporation
IBM
IBM Strategic Outsourcing Wire
Incomm
Kensington
Kingston Technologies
Klipsch Audio Technologies LLC
Lenovo Inc.
Lexar Media Inc.
Lexmark International Inc.
Linksys
Microsoft Corp.
Microsoft Corp. Consignment
Microsoft Xbox
Microsoft Xbox Consignment
Mitac USA Inc.
Mitsubishi Digital Electronics
Monster Cable
Monster Cable Products
Monster LLC
Navarre Consignment
Navarre Consignment Symantec
Navarre Corporation
Navarre Distribution
Nikon Inc.
Olympus Corporation
Omnimount Systems Inc.

Oncorp US Inc.
Onkyo USA Corp.
Panasonic Company National Acct.
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc.
Pioneer Electronics Service
Samsung Electronics America Inc.
Samsung Electronics America
Samsung Opto Electronics Inc.
Sandisk Corporation
Sharp Electronics Corp.
Simpletech
Sony
Sony Computer Entertainment
Sony Electronics Inc.
Stillwater Designs Inc.
Thq Inc.
Toshiba America Business Solutions Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Valuesoft
Vizio
Vtech Communications Inc.
Vtech Electronics
Warner Home Video
Zenith Electronics Corp.

**United States Trustee, Court Contacts and Key Staff
Members for the Eastern District of Virginia**

Adams, David H.
Anderson, John F.
Bove, Frank J.
Brinkema, Leonie M.
Buchanan, Theresa C.
Cacheris, James C.
Conlon, Debera F.
Davis, Ivan D.
Davis, Martha
Early, Dennis J.
Ellis, T.S., III
Fathergill, Gail
Frankel, Jack I.
Franklin, Shannon D.
Hilton, Claude M.
Huennekens, Kevin R.
Jones, T. Rawles, Jr.
Lee, Gerald Bruce
Mayer, Robert
McDow, W. Clarkson, Jr.
Mitchell, Stephen S.
O'Grady, Liam
Redden, William C.
Rintye, Peggy
Shelley, Blackwell N.
St. John, Stephen C.
Tice, Douglas O., Jr.
Van Arsdale, Robert
Weschler, Cecelia A.
Whitehurst, Kenneth N., III

## Utilities

Abilene (TX), City of
Accent Energy Inc.
AEP/24002-Ohio Power
Alabama Gas Corp.
Alabama Power
Alagasco
Alameda County (CA) Water District
Albany (GA) Water Gas & Light Commission
Albemarle County Service Authority
Albuquerque Bernalillo County (NM) Water
Alcoa (TN) Utilities
Alderwood (WA) Water District
Alexandria (LA), City of
Algonquin (IL), Village of
Allegheny Power
Alliant Energy/WP&L
ALLTEL
Altamonte Springs (FL), City of
Altoona (PA) City Authority
Amarillo (TX), City of
Ameren CILCO
Ameren CIPS
Ameren IP
Ameren UE
American Water & Energy Savers
American Water Service Inc.
Ammon (ID), City of
Anderson (SC) City Utilities
Ann Arbor (MI) Treasurer
Anne Arundel County (MD) Water &
Wastewater
Anniston (AL) Water Works
Apex (NC), Town of
Aqua New Jersey
Aquarion Water Co. of CT
Aquila Inc.
Arch Wireless
Ardmore (OK), City of
Arizona Public Service
Arkansas Oklahoma Gas Corp.
Arkansas Utility Billing Services
Arkansas Western Gas Co.
Arlington (TX), City of

Arlington Heights (IL), Village of
Artesian Water Co. Inc.
Asheville (NC), City of
Ashwaubenon (WI) Water & Sewer Utility
AT&T Ameritech
AT&T Bellsouth
AT&T Corp.
AT&T Mobility
AT&T Pacific Bell
AT&T SNET
AT&T Southwestern Bell
Athens-Clarke (GA) County Stormwater
Utility
Athens-Clarke (GA), County of
Atlanta (GA) Dept. of Watershed Management
Atlantic City (NJ) Electric
Atmos Energy
Augusta (GA) Utilities Department
Aurelius (NY) Water & Sewer
Aurora Water
Austell Natural Gas System
Austin (TX), City of
Autoridad De Acueductos Y Alcantarillados
De PR
Autoridad de Energia Electrica
Avaya
Avista Advantage Inc.
Avista Utilities
Avondale (AZ), City of
Bakersfield (CA) Water Service
Baltimore (MD) Metered Water
Bangor Gas
Bangor Hydro Electric Co.
Bangor Water District
Batavia (IL), City of
Baton Rought (LA) Utility Payment Processing
Bay State Gas
Beaumont (TX), City of
Bedford Park (IL), Village of
Bellevue (WA) City Treasurer
Bellsouth
Belmont County (OH) Sanitary Sewer District
Berwyn (IL), City of

Bethlehem (PA), City of
Bexar County (TX) WCID
BGE Baltimore Gas & Electric
Bloomfield (MI), Charter Township of
Bloomingdale (IL), Village of
Bloomington (IL), City of
Bloomington (MN), City of
Boca Raton (FL), City of
Boulder (CO), City of
Boynton Beach (FL) Utilities Dept.
Braintree Electric Light Department
Braintree Water & Sewer Dept.
Brazoria County MUD #6
Brea (CA), City of
Brick Township (NJ) Municipal Utilities
Bridgeport (WV), City of
Brighthouse Networks
Brighton (MI), City of
Brockton (MA), City of
Brookfield (WI), City of
Brownsville (TX) Public Utilities Board
Brunswick-Glynn (GA), County of
Bucks County (PA) Water & Sewer Authority
Buford (GA), City of
Burbank (CA), City of
Burlington (MA), Town of
Burnsville (MN), City of
California-American Water Co.
Calumet City (IL), City of
Canton Township (MI) Water Dept.
Cape Coral (FL), City of
Cape Fear Public Utility Authority
Carmel (IN), City of
Cary (NC), Town of
Cascade Natural Gas
Cedar Hill (TX), City of
Cedar Park (TX), City of
Center Township Water & Sewer Authority
CenterPoint Energy Services Inc.
Central Georgia EMC (elec)
Central Hudson Gas & Electric Co.
Central Maine Power
Centurytel
Chambersburg (PA), Borough of
Chandler (AZ), City of
Charleston (WV) Water System

Charlotte County (NC) Utilities
Charlottesville (VA), City of
Charter Communications Inc.
Chattanooga Electric Power Board
Chattanooga Gas Co.
Chesapeake Utilities Corp.
Chesterfield County (VA) Utilities Dept.
Cheyenne (WY) Board of Public Utilities
Cheyenne Light Fuel & Power
Chicago (IL) Dept. of Water
Cincinnati Bell Inc.
Citizens Gas & Coke Utility
Citrus Heights Water District
City Water & Light
Clackamas River Water
Clarksville (TN) Dept. of Electricity
Clarksville (TN) Gas & Water Dept.
Clearwater (FL), City of
Clearwater Enterprises LLC
Cleco Power LLC
Cleveland (OH) Division of Water
Cleveland (OH) Utilities
Coachella Valley Water District
Cobb County (GA) Water System
Cocoa (FL), City of
College Station (TX) Utilities
Collierville (TN), Town of
Colonial Heights (VA), City of
Colorado Springs (CO) Utilities
Columbia (MO), City of
Columbia (SC) Water
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Power & Water System
Columbus (OH) City Utilities
Columbus (OH) Water & Sewer
Columbus (OH) Water Works
Comcast
ComEd
Compton (CA) Municipal Water Dept.
Computerized Waste Systems
Con Edison
Con Edison Solutions
Concord (NC), City of
Concord (NH), City of
Connecticut Light & Power

Connecticut Metropolitan District, The
Connecticut Natural Gas Corp.
Connecticut Natural Gas Corp.
Connecticut Water Co.
Connexus Energy
Consolidated Communications Holdings Inc.
Consolidated Mutual Water
Consolidated Waterworks District #1
Consumers Energy
Contra Costa (CA) Water District Inc.
Coon Rapids (MN), City of
Coral Springs (FL), City of
Corpus Christi (TX) Utility
Cortlandt (NY), Town of
Countryside (IL), City of
Covina (CA), City of
Cox Communications
CPS Energy
Crystal Lake (IL), City of
Cucamonga Valley (CA) Water District
Cuyahoga Falls (OH), City of
Dakota Electric Association
Dallas (TX), City of
Daly City (CA), City of
Danbury (CT), City of
Danvers (MA) Electric Division
Daphne (AL), City of
Dartmouth (MA), Town of
Davidson Telecom LLC
Dayton Power & Light
Daytona Beach (FL), City of
Dearborn (MI), City of
Decatur (IL), City of
Delmarva Power
Delta (MI), Charter Township of
Denton (TX), City of
Denver (CO) Water
Denver (CO), City and County of
Deptford Township (NJ) MUA
Direct Energy
Direct Energy NY
Dixie Electric Cooperative Inc.
Dominion East Ohio
Dothan (GA) Utilities
Douglasville-Douglas (GA), County of
Dover (DE), City of

Downers Grove (IL), Village of
DTE Energy Co.
Dublin San Ramon Services District (CA)
Duke Energy Corp.
Dupage County (IL) Public Works
Duquesne Light Co.
Durham (NC) Sewer & Water
East Bay Municipal Utility District (CA)
East Brunswick (NJ) Water Utility
East Point (GA), City of
Eastern Municipal Water District (CA)
Easton (PA) Suburban Water Authority
Easylink Services Corp.
El Paso (TX) Water Utilities
El Paso Electric Co.
El Toro Water District (CA)
Elizabethtown Gas
Elmira (NY) Water Board
Elmwood Park (IL), Village of
Elyria (OH) Public Utilities
Embarq Communications
Emerald Coast Utilities Authority (FL)
Entergy Arkansas Inc.
Entergy Gulf States LA LLC
Equitable Gas Co.
Erie County (NY) Water Authority
Escondido (CA), City of
Evansville (IN) Waterworks Department
Everett (WA) Utilities
Fairfax (VA) Water
Fairfield (CA) Municipal Utilities
Fairpoint Communications
Falls Church (VA), City of
Fayetteville (AR), City of
Fayetteville (NC) Public Works Commission
Fewtek Inc.
Flint Electric Membership Corp.
Flint Township (MI) Board of Public Works
Florence (KY) Water & Sewer Commission
Florence (SC), City of
Florida City Gas
Florida Power & Light Co.
Florida Public Utilities Co. DeBary
Floyd County (GA) Water Department
Folsom (CA), City of
Fontana Water Co.

Fort Collins (CO) Utilities
Fort Lauderdale (FL), City of
Fort Myers (FL), City of
Fort Smith (AR), City of
Fort Wayne (IN) City Utilities
Fort Worth (TX) Water Dept.
Foxborough (MA), Town of
Frederick County (MD) Division of Utilities
Fredericksburg (VA), City of
Freehold (NJ), Township of
Fresno (CA), City of
Frisco (TX), City of
Frontier
Fruitland Mutual Water Co.
Fullerton (CA), City of
Gainesville Regional Utilities Inc.
Garland (TX) Utility Services
Gas Co., The
Gas South
Gastonia (NC), City of
Georgia Power
Gilbert (AZ), Town of
Glendale (CA) Water & Power
Golden State Water Co.
Goodyear (AZ), City of
Grand Chute (WI) Utilities
Grand Rapids (MI), City of
Grand Traverse County (MI) Department of
Public Works
Grandville (MI), City of
Granite Telecommunications
Greater Augusta (ME) Utility District
Greater Cincinnati (OH) Water Works
Green Bay Water Utility
Green Mountain Power
Greene County Department of Public Works
Greenville (NC) Utilities Commission
Greenville (SC) Water System
GreyStone Power Corp.
Groveland (FL), City of
Gulf Power
Gulfport (MS), City of
Gurnee (IL), Village of
Gwinnett County (GA) Water Resources
Hamilton (NJ) Township
Hampton Roads Utility Billing Service

Hanover (MA) Tax Collector
Harker Heights (TX) Water Department
Harpeth Valley Utilities District (TN)
Harrisonburg (VA) Electric Commission
Harrisonburg (VA), City of
Hattiesburg (MS), City of
Hawaii Board of Water Supply
Hawaiian Electric Co. Inc.
Hawaiian Telcom
Hayward (CA) Water System
Helix (CA) Water District
Henrico (VA), County of
Hernando County (FL) Utilities
Hialeah (FL) Dept. of Water & Sewers
Hickory (NC), City of
Hicksville (NY) Water District
High Point (NC), City of
Highland (IN) Utilities Department
Highland (PA) Sewer & Water Authority
Highlands Ranch (CO) Metropolitan District
Hillsborough County (FL) Water Resource
Holland (MI) Board of Public Works
Holland (MI), Charter Township of
Holyoke (MA) Gas & Electric Department
Holyoke (MA) Water Works
Houston (TX) Water & Wastewater
Humble (TX), City of
Huntington Beach (CA), City of
Huntsville (AL) Utilities
Hurst (TX), City of
Idaho Power
Illinois-American Water Co.
Illuminating Co., The
Imperial Irrigation District Inc.
Independence (MO), City of
Indian River County (FL) Utilities
Indiana-American Water Co.
Indianapolis Power & Light
Indianapolis Water Co.
Insight
Intercall
Intermountain Gas Co.
Intermountain Rural Electric Association
International Business Machines Inc.
Irvine Ranch Water District Inc. (CA)
Jackson (MI) Water Collection

Jackson (TN) Energy Authority
Jackson Electric Membership Corp.
Jacksonville (FL) Electric Authority Inc.
Jacksonville (NC), City of
Jefferson (LA), Parish of
Jefferson County (AL) Sewer Service Fund
Jersey Central Power & Light
Johnson City (TN) Power Board
Johnson City (TN) Utility System
Joliet (IL), City of
Kansas City (MO) Water Services Dept.
Kansas City Power & Light Co.
Kansas Gas Service
Keene (NH), City of
Keizer (OR), City of
Kentucky Utilities Co.
Kentucky-American Water Co.
Keynote Red Alert
Killeen (TX), City of
Kingsport (TN), City of
Kissimmee (FL) Utility Authority Inc.
Knox County (TN) First Utility District
Knoxville (TN) Utilities Board
La Habra (CA), City of
Laclede Gas Co.
Lafayette (IN), City of
Lafayette (LA) Utilities Systems
Lake Apopka (FL) Natural Gas District Inc.
Lake Charles (LA), City of
Lake County (IL) Dept. of Public Works
Lake Worth (TX), City of
Lakehaven Utility District (WA)
Lakeland (FL) Electric
Lakewood (CA), City of
Lakewood (CO), City of
Lansing (MI) Board of Water & Light
Laredo (TX), City of
League City (TX), City of
Lee County (FL) Electric Cooperative Inc.
Leominster (MA), City of
Lewisville (TX), City of
Lincoln Electric System
Livermore (CA), City of
Livingston (NJ), Township of
Long Beach (CA), City of
Long Island American Water

Long Island Power Authority (NY)
Longview (TX), City of
Los Angeles (CA) Dept. of Water & Power
Los Angeles County (CA) Dept. of Public
Works
Loudoun Water
Louisville (KY) Water Co.
Lubbock (TX) Power Light & Water
Lufkin (TX), City of
Lycoming County (PA) Water & Sewer
Authority
Lynnwood (WA), City of
Macon (GA) Water Authority
Madison (WI) Gas & Electric
Madison (WI) Suburban Utility District
Madison (WI) Water/Sewer/Storm Utilities
Madison Heights (MI), City of
Manatee County (FL) Utilities Customer
Service
Manchester (CT), Town of
Manchester (NH) Water Works
Mansfield (TX), City of
Manteca (CA), City of
Maple Grove (MN), City of
Marin (CA) Municipal Water District
Marion (IL), City of
Martin County (CA) Utilities
Martinsville (VA), City of
Maryland-American Water Co.
Matteson (IL), Village of
McAllen (TX) Public Utilities
McHenry (IL), City of
MCI
McKinney (TX), City of
Medford (OR) Water Commission
Melbourne (FL), City of
Memphis (TN) Light Gas & Water Division
Merced (CA) Irrigation District
Merced (CA), City of
Merchantville-Pennsauken Water Commission
(NJ)
Meriden (CT) Tax Collector
Meridian (MI), Charter Township of
Mesa (AZ), City of
Mesquite (TX), City of
MetEd

Metro
Metro Technology Inc.
Metro Water Services (TN)
Metropolitan St. Louis (MO) Sewer District
Miami-Dade (FL) Water & Sewer Dept.
MidAmerican Energy Co.
Mid-Carolina Electric Cooperative
Middle Tennessee Electric Membership Corp.
Midland (TX), City of
Midwest City (OK), City of
Millville (NJ), City of
Milwaukee (WI) Water Works
Minnetonka (MN), City of
Mishawaka (IN) Utilities
Mississippi Power
Missouri American Water
Missouri Gas Energy
Mobile (AL) Area Water & Sewer System
Modesto (CA) Irrigation District Inc.
Modesto (CA), City of
Monroe County (NY) Water Authority
Monrovia (CA), City of
Monte Vista Water District (CA)
Montebello (CA), City of
Montgomery (AL) Water Works
Morgan Hill (CA), City of
Mount Laurel (NJ) Municipal Utilities
Mount Pleasant (SC) Waterworks
Mountaineer Gas
Muskegon (MI), City of
Myrtle Beach (SC), City of
Naperville (IL), City of
Nashville (TN) Electric Service
Natick (MA), Town of
National Fuel Gas Co.
National Grid - Brooklyn
Nevada Power Co.
New Braunfels (TX) Utilities
New England Gas Co.
New England Water Utility Services Inc.
New Hampshire Gas Corp.
New Hampshire Gas Corp.
New Jersey American Water
New Jersey Natural Gas Co.
New Mexico Utilities Inc.
New York City (NY) Water Board

New York State Electric & Gas
New York State Electric & Gas
Newport News (VA) Waterworks
Nextel Communications
Nicor Gas
Nicor Gas Transportation
Niles (IL), Village of
Niles (OH), City of
NIPSCO - Northern Indiana Public Services
Co.
Norman (OK), City of
Norridge (IL), Village of
North Attleborough (MA) Electric
North Attleborough (MA) Public Works
North Canton (OH), City of
North Little Rock (AR) Electric
North Shore Gas
North State Communications
North Wales Water Authority
Northampton Borough Municipal Authority
(PA)
Northern Utilities Natural Gas
Northern Virginia Electric Cooperative
Norton Shores (MI), City of
Norwalk (CA), City of
Norwalk (CT) Second Taxing District Water
Dept.
Novi (MI), City of
NSTAR
NW Natural
Nyack (NY) Water Dept.
Ocala (FL) Electric Utility
Oceanic Time Warner Cable
O'Fallon (IL), City of
Ohio Edison
Okaloosa County (FL) Water
Oklahoma City (OK), City of
Oklahoma Gas & Electric Service
Oklahoma Natural Gas Co.
Olivenhain Municipal Water District (CA)
Olympia (WA), City of
Onondaga County (NY) Water Authority Inc.
Ontario Water Works
Orange (CA), City of
Orange and Rockland Utilities
Orange County Utilities

Orem (UT), City of
Orlando (FL) Utilities Commission
Orwell Natural Gas Co.
Oxnard (CA), City of
Ozarks Electric Cooperative Corp.
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Paducah Power System
Panama City (FL) Utilities Dept.
Parker (CO) Water & Sanitation District
Pasadena (CA), City of
Pasadena (TX), City of
Paulding County (GA) Water
Pearl River Valley Electric Power Association
Peco Energy Co.
Pedernales Electric Cooperative Inc.
Pembroke Pines (FL), City of
Penelec
Pennichuck Water Works Inc.
Pennsylvania-American Water Co.
Pensacola (FL), City of
Peoples Energy/Peoples Gas
Peoria (AZ), City of
Philadelphia (PA) Water Revenue Bureau
Philadelphia Gas Works
Phoenix (AZ), City of
Piedmont Natural Gas-Nashville Gas
Pinellas County (FL) Utilities
Pittsburg (CA), City of
Plano (TX), City of
Plantation (FL), City of
Plaza Mill Ltd.
Plymouth (MA), Town of
PNM Electric & Gas Services
Pontiac (MI), City of
Port Arthur (TX), City of
Port Richey (FL), City of
Portage (MI), City of
Portland (ME) Water District
Portland (OR), City of
Portland General Electric Co.
Portsmouth (NH), City of
Potomac Electric Power Co. PEPCO
Poughkeepsie (NY) Receiver of Taxes
PPL Utilities Allentown
Prattville (AL) Water Works Board

Prince William County (VA) Services
Progress Energy Carolinas Inc.
Providence (RI) Water
PSNC Energy
Public Service Co. of NC
Public Service Electric & Gas Co.
Public Service of New Hampshire
Pueblo (CO) Board of Water Works
Puerto Rico Telephone
Puget Sound Energy
Queen Creek (AZ) Water
Questar Gas
Qwest
Racine (WI) Water & Wastewater Utilities
Raleigh (NC), City of
Rancho California Water District (CA)
Rancho Cucamonga (CA), City of
Redding (CA), City of
Regional Water Authority (CT)
Research In Motion Ltd.
Richland (WA), City of
Richmond (VA), City of
Ritter Communications
Riverdale City Corp.
Riverside (CA) Public Utilities
Roanoke Gas Co.
Rochester Gas & Electric
Rochester Hills (MI), City of
Rockford (IL), City of
Rockwall (TX), City of
Rocky Mount (NC) Public Utilities
Roseville (CA), City of
Roseville (MI), City of
Round Rock (TX), City of
Roxbury (NJ), Township of
Sacramento (CA) Municipal Utility District
Sacramento County (CA) Utilities
Saddleback Communications
Saint Paul (MN) Regional Water Services
Salem (NH), Town of
Salisbury (NC), City of
Salt Lake City Corp.
San Angelo (TX) Water Utilities
San Antonio (TX) Water System
San Bernardino (CA) Water
San Diego (CA), City of

San Diego Gas & Electric
San Francisco (CA) Public Utilities
Commission Water Dept.
San Jose Water Co.
San Luis Obispo (CA), City of
Santa Barbara (CA), City of
Santa Buckley Energy
Santa Cruz (CA) Municipal Utilities
Santa Margarita Water District (CA)
Santa Maria (CA), City of
Santa Monica (CA), City of
Santa Rosa (CA) Water & Sewer
Santee Cooper
Sarasota County (FL) Environmental Services
Savannah (GA), City of
Sawnee Electric Membership Corp.
Schaumburg (IL), Village of
Schererville (IN), Town of
Sebring (FL), City of
Sebring Gas System Inc.
Selma (TX), City of
Semco Energy Gas Co.
Sempra Energy Solutions
Shelby Township (MI) Dept. of Public Works
Sherman (TX), City of
Shreveport (LA) Dept. of Water
Sierra Pacific Power Co.
Signal Hill (CA), City of
Silverdale (WA) Water District # 16
Simplenet
Slidell (LA), City of
SMECO
Snapping Shoals Electric Membership Corp.
Snohomish County (WA) Public Utilities
District
Snytel
Somerville (MA), City of
South Bend (IN) Water Works
South Carolina Electric & Gas
South Central Power Co. Inc
South Jersey Gas Co.
South Louisiana Electric Cooperative
Association
Southaven (MS), City of
Southern California Edison
Southern California Gas

Southern Maryland Electric Coop
Southlake (TX), City of
Southwest Gas Corp.
Southwestern VA Gas Co.
Spartanburg (SC) Water System
Spectrum Utilities Solutions
Spokane County (WA) Utilities
Spokane County (WA) Water Dist #3
Spring Hill (TN) Water Works
Springfield (IL) City Water Light & Power
Springfield (MO) City Utilities
Springfield (OR) Utility Board Inc.
Springfield Water & Sewer Commission
Sprint
SRP -Salt River Project
St. Cloud (MN), City of
St. Lucie West Services District (FL)
St. Peters (MO), City of
Steubenville (OH), City of
Suburban East Salem Water District (OR)
Suburban Natural Gas
Suddenlink
Suez Energy Resources NA
Suffolk County (NY) Water Authority Inc.
Sugar Land (TX), City of
Summerville Armuchee (GA), City of
Summit Township (PA) Water Authority
Sumter Electric Cooperative Inc.
Sunnyvale (CA), City of
Surewest Communications
Sweetwater Authority
T Mobile
Tacoma (WA) Public Utilities
Tallahasee (FL) Utilities Dept.
Tampa (FL), City of
Tangoe Inc.
Taunton (MA), City of
Taunton Municipal Lighting Plant (TMLP)
Taylor (MI), City of
TDS Telecom
Teco Tampa Electric Co.
Temple (TX), City of
Tennessee-American Water Co.
Terrebonne Parish (LA) Consolidated
Government
Texas Gas Service

Thornton (CO), City of
Thoroughbred Village
Toledo (OH), City of
Toledo Edison
Tombigbee Electric Power Association (MS)
Torrance (CA), City of
Torrington Water Co., The
TPS
Tri-County Electric Cooperative Inc.
Trinsic Spectrum Business
Troy (MI), City of
Truckee Meadows (NV) Water Authority
Trumbull County (OH) Water & Sewer Dept.
Trussville (AL) Utilities Board
Tucows.com
Tucson (AZ), City of
Tucson Electric Power Co.
Tukwila (WA), City of
Tulsa (OK), City of
Tupelo (MS) Water & Light Dept.
Turlock (CA) Irrigation District
Turlock (CA), City of
Tuscaloosa (AL), City of
TXU Energy
Tyler (TX), City of
Tylex Inc.
UGI Energy Services Inc.
UGI Penn Natural Gas
United Illuminating Co.
United Power Inc.
United Water Idaho
United Water New Jersey/Harrington Park
United Water Pennsylvania
Unitil Concord Electric Co.
USA Mobility Inc.
Ute Water Conservancy District (CO)
Utilities Inc. of Louisiana
Valencia Water Co.
Vectren Energy Delivery
Verizon
Verizon GTE
Verizon Online
Verizon Wireless
Vermont Gas Systems Inc.
Vero Beach (FL), City of
Vestal (NY) Utility Fund

Victor (NY), Town of
Victorville (CA), City of
Vienna (WV), City of
Village Center Community Development
District Utility
Virginia Beach (VA), City of
Virginia Natural Gas
Vista Irrigation District (CA)
Waco (TX), City of
Wallkill (NY), Town of
Walnut Valley Water District (CA)
Walton Electric Membership Corp.
Warner Robins (GA), City of
Warrington Township (PA) Water & Sewer
Dept.
Washington Gas
Washington Suburban Sanitary Commission
(MD)
WaterOne
Wayne (NJ), Township of
WE Energies
Webster (TX), City of
Wellington (FL), Village of
West Jordan (UT), City of
West Palm Beach (FL) Utilities
West View Water Authority (PA)
West Virginia-American Water Co.
Westar Energy/KPL
Western Allegheny County MUA (PA)
Western Massachusetts Electric
Westland (MI), City of
Westminster Finance
Wichita (KS) Water Dept.
Wichita Falls (TX), City of
Wilkinsburg-Penn Joint Water Authority (PA)
Williston (VT) Water Dept.
Willmut Gas Co.
Wilmington (DE), City of
Wilmington (NC), City of
Windstream
Winston-Salem (NC), City of
Wisconsin Electric/Gas
Wisconsin Public Service Corp.
Withlacoochee River Electric Cooperative Inc.
Woodbury (MN), City of
Wright-Hennepin Electric Co-op

XCEL Energy: Southwestern Public Service
Yankee Gas Services
Youngstown (OH) Water Dept.
Yuma (AZ), City of

**Top Vendors**

| | |
|---|---|
| Acer Inc. | Hewlett-Packard Co. |
| Aetna Life Insurance Co. | Hewlett-Packard US Operations |
| Alliance Entertainment | Hisense USA Corp. |
| Alpha Security Products | Illinois Wholesale Cash Register |
| American Express Travel Related Services Co. | Ingram Micro Inc. |
| American Express Trust Co. | Innerworkings LLC |
| American Systems Corp. | INTUIT Inc. |
| Andrews Electronics Inc. | J&F Manufacturing Inc. |
| Apple Inc. | JLG Industries Inc. |
| Appleby Corporate Services Ltd. | Kaiser Permanente |
| Audiovox | Kingston Technologies |
| Avid Tech Inc. | Klipsch Audio Technologies LLC |
| Bailiwick Data Systems Inc. | Lenovo Inc. |
| Belkin Logistics Inc. | Lexmark International Inc. |
| Bruce Clay Inc. | LG Electronics, Inc. |
| Buena Vista Home Video | Linksys |
| Canon USA | Logitech Inc. |
| CDW Direct LLC | Medco |
| Clickit Inc. | Memorex Products Inc. |
| Columbia Tristar Home Video | Microsoft Corp. |
| Consec Services Limited (HK) | Microsoft Xbox |
| Cormark Inc. | Mid-Atlantic Vision Service Plan Inc. |
| Corporate Express | Mitsubishi Digital Electronics |
| Corporate Facilities Group | Monster Cable Products |
| Cosco | Navarre Corp. |
| DC Power Solutions | Nextag Inc. |
| DLink Systems | NFL Enterprises LLC |
| Eastern Security Corp. | Nikon Inc. |
| Eastman Kodak Co. | North American Roofing Sys Inc. |
| Electronic Arts | Northern Wire Productions |
| Eleets Logistics | Olympus Corp. |
| Empire Blue Cross Blue Shield | Omnimount Systems Inc. |
| Epson America Inc. | Oncorp US Inc. |
| Ereplacements LLC | Onkyo USA Corp. |
| Fire Materials Group LLC | Orbis Corporation |
| foneGear LLC | Panasonic Co. |
| Fox Home Entertainment | Panasonic Consumer Electronics Co. |
| Fuji Photo Film USA | Panasonic North America |
| Garmin International Inc. | Paramount Home Video |
| Gorilla Nation Media | Pinnacle Systems Inc. |
| Graphic Communications | Pioneer Electronics (USA) Inc. |
| Hewitt Associates LLC | Pricegrabber Com LLC |

PTR Compactor & Baler Co.
Quebecor World Kri
Retail Maintenance Services LLC
Rogers Wireless
Samsung Electronics America
Samsung Electronics America Inc.
Samsung Group
Samsung Opto Electronics Inc.
Sandisk Corp.
Sharp Electronics Corp.
Shopping.Com Inc.
Shopzilla Inc.
Sony Computer Entertainment
Sony Corp.
Sony Electronics Inc.
Specialty Risk Services
Specificmedia Inc.
Standard Electric
Stillwater Designs Inc.
Streater Inc
Swiff Train Co.
THQ Inc.
THQ Inc.
Tomtom Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Toshiba Corp.
Trane
Tremor Media
Universal Distribution Records
Universal Fixtures & Display
US Signs Inc.
Usis Commercial Services Inc.
ValuSoft Inc.
Vance Baldwin
Vanguard Products Group Inc.
Vector Security
Virginia Electronic Components
Vizio
Warner Home Video
Wayne-Dalton Corp.
Weather Channel Interactive, The
Wells Fargo Retail Finance LLC
Western Digital Technologies
Zenith Electronics Corp.

## **Potential Liquidators**

Gordon Brothers Retail Partners LLC
Great American Group
Hilco Merchant Resources LLC
Hudson Capital Partners LLC
SB Capital Group LLC
Tiger Capital Group LLC

**Insurers**

American Empire Excess & Surplus Lines
American Home Assurance Co.
Arch Insurance Group
Axis Reinsurance Co.
Axis Surplus Insurance Co.
Beecher Carlson Insurance Services
Chubb
CNA Global Specialty Lines
Continental Casualty Co.
Essex Insurance Co.
Executive Risk Indemnity Inc.
Federal Insurance Co.
Fireman's Fund Insurance Co.
Glacier Re
Global Aerospace Inc.
Global Excess Partners
Great American Assurance Co.
Great American Insurance Co.
Industrial Risk Insurers
Integon Specialty Insurance Co.
Lancashire Insurance Co. (UK) Ltd.
Landmark American Insurance Co.
Lexington Insurance Co.
Liberty Mutual Fire Insurance Co.
Lloyds of London
Marsh USA Inc.
National Liability & Fire Insurance Co.
National Union Fire Insurance Co.
Northern National Insurance Co.
Ohio Casualty Insurance Co.
Old Republic Risk Management Inc.
Princeton Excess & Surplus Lines Insurance Co.
RSUI Indemnity Co.
St. Paul Mercury Insurance Co.
State National Insurance Co.
Westchester Surplus Lines Insurance Co.
XL Specialty Insurance Co.
Zurich American Insurance Co.

**Counterparties of Subleases and Personal Property Leases**

$1.00 Stuff Inc.
Academy Alliance LLC
Adams Outdoor Advertising
Advance Auto Parts
American Computer Development Inc.
American Outdoor Advertising
Arc International Corp.
Auto Toy Store Inc., The
AutoZone Northeast Inc.
Avaya Financial Services
Baby Superstore Inc.
Big Lots
Blockbuster Inc.
Books-A-Million Inc.
Borders Inc.
Carmax Business Services LLC
Casto
CEC Entertainment Inc.
Chapman & Main
Charlie Brown's Steakhouse
Children's Discovery Centers of America
Circuit Sports L.P.
Consolidated Stores Corp.
Dan's Big & Tall Shop Inc.
Designs CMAL Retail Store Inc.
DHL Global Business Services
Dick's Sporting Goods Inc.
Dollar General Corporation
Dollar Tree Stores Inc.
Dollar Tree Stores Inc.
Don Sherwood Golf Inc.
Edwin Watts Golf Shop
Empire Education Group
Entertainmart-Preston Rd LLC
Eyecare Discount Optical Inc.
Eynon Furniture Outlet Inc.
Fabri-Centers of America Inc.
Floor Store, Inc., The
Food Lion LLC
Forecast Danbury Ltd. Partnership
Garza, Raymund
GE Fleet Services

GE Transportation Systems
Golf Galaxy
Golfsmith International LP
Great Golf Inc.
Guitar Center Stores Inc.
Hewlett-Packard
Homans Associates Inc.
Honey Baked Ham Co. & Cafe
Hughes MRO Ltd.
Huntington National Bank, The
IBM
Inkeeper Properties Inc.
International House of Pancakes
Joelle Inc.
JP Morgan Chase Bank
JR Furniture USA Inc.
Julia Christy Salon Inc., The
K&G Men's Co. Inc.
Katz (Pylon Sign)
Lakeshore Equipment Co.
La-Z-Boy Showcase Shoppes
Lifeway Christian Resources
Maggiano's Corner Bakery Holding Corp.
Mall of Decoration Inc.
Martin, Paul T.
Mayland Cam
Modernage Inc.
Mor Furniture For Less Inc.
MRV Wanamaker LC
New Avenues Lease Ownership LLC
New Colorado Daily Inc.
North South Partners LLC
O'Charleys Inc.
OK Apple Inc.
Oklahoma Gold Realty LLC
Oklahoma Goodwill Industries Inc.
Orthodontic Centers Of Virginia Inc.
Peak Pl. Holdings LLC
Pep Boys, The
Pork Place
Pot Luck Enterprises Inc.
Price Chopper Operating Co.

Prosound Music Center Inc
Quantum Fine Casework Inc
Quarterdeck Corporate Office
Remington Seeds LLC
Restoration Ministries
Ruby Tuesday's
Salem Farm Realty Trust
Salom Sons Inc.
Sam Ash Megastores LLC
Schiavone, Daniel
Schiavone, Deborah
Service Power
Sky Bank
Solo Cup Company
Sports Authority Inc., The
Staples The Office Superstore Inc.
Tire Kingdom Inc.
TJX Operating Companies, The
Topline Appliance Depot Inc.
Toshiba
Toys "R" Us Inc.
Trader Joe's Co.
Trader Joe's East Inc.
Tru Properties Inc.
Truong, Ly
Truong, Se
TVI Inc.
Viacom Outdoor
Visionary Retail Management
Waterbed Emporium of CA
West Marine Products Inc.
Winchester Fun Expedition Corp.
Wired Management LLC
Workforce Central Florida

**<u>Credit Card Companies</u>**

American Express
Chase Bank USA NA Visa
Discover Financial Services Inc.
IPS Card Solutions Inc.
MasterCard
ValueLink LLC

**Landlords**

1030 W North Avenue Bldg LLC
120 Orchard LLC
1251 Fourth Street Investors LLC
13630 Victory Boulevard LLC
1890 Ranch Ltd.
1965 Retail LLC
19th Street Investors Inc.
36 Monmouth Plaza LLC
3725 Airport Boulevard LP
380 Towne Crossing LP
4 Newbury Danvers LLC
44 North Properties LLC
444 Connecticut Avenue LLC
502-12 86th Street LLC
5035 Associates LP
601 Plaza LLC
610 & San Felipe Inc.
680 S Lemon Avenue Co. LLC
700 Jefferson Road II LLC
AAC Cross County Leasehold Owner LLC
Abercorn Common LLLP
Abrams Willowbrook Three LP
Acadia Realty LP
Accent Homes Inc.
ACPG Management LLC
ADD Holdings LP
Advance Real Estate Management LLC
Agree LP
AIG Baker Deptford LLC
AIG Baker Hoover LLC
Alameda Associates
Alexander's of Rego Park Center Inc.
Alexandria Main Mall LLC
Alliance-Rocky Mount LLC
Almaden Plaza Shopping Center Inc.
Almeda-Rowlett Retail LP
Almonesson Associates LP
Altamonte Springs Real Estate Associates LLC
Amargosa Palmdale Investments LLC
AMB Property LP
Amcap Arborland LLC
Amcap Northpoint LLC

American National Bank & Trust Co. of Chicago
American National Insurance Co. Inc.
Amherst Industries Inc.
Amli Land Development-I LP
Ammon Properties LC
Amreit Texas Real Estate Investment Trust
AR Investments LP
AR Investments LP
Arboretum of South Barrington LLC
Ardmore Development Authority
Argyle Forest Retail I LLC
Arho LP
Arrowhead Net Lease LP
Arundel Mills Marketplace LP
Atlantic Center Fort Greene Associates LP
Avenue Forsyth LLC
AVR CPC Associates LLC
Awe-Ocala Ltd.
Bainbridge Shopping Center II LLC
Baker Natick Promenade LLC
Barberio, Janet
Bard, Ervin
Bard, Suzanne
Barnes & Powers North LLC
Basile LLC
Basser-Kaufman 222 LLC
Basser-Kaufman Inc.
Battlefield Fe LP
BBD Rosedale LLC
BB-Lincoln-US-Properties LP
BC Portland Partners Inc.
Bear Valley Road Partners LLC
Beatso, William P., Jr.
Becker Investment Co. LP
Becker Trust LLC
Bedford Park Properties LLC
Bel Air Square LLC
Bella Terra Associates LLC
Benderson Properties Inc.
Benenson Columbus-OH Trust
Berkshire West

Berkshire-Amherst LLC
Berkshire-Hyannis LLC
Bflo-Waterford Associates LLC
BFW/Pike Associates LLC
BG Walker LLC
BK Properties LP
Blank Aschkenasy Properties LLC
Bldg Retail 2007 LLC
BL-NTV I LLC
Boise Towne Plaza LLC
Bond CC II Delaware Business Trust
Bond CC III Delaware Business Trust
Bond CC IV Delaware Business Trust
Bond CCV Delaware Business Trust
Bond-Circuit II Delaware Business Trust
Bond-Circuit IV Delaware Business Trust
Bond-Circuit IX Delaware Business Trust
Bond-Circuit V Delaware Business Trust
Bond-Circuit VIII Delaware Business Trust
Bond-Circuit X Delaware Business Trust
Bond-Circuit XI Delaware Business Trust
Boulevard Associates
Boulevard North Associates LP
Boyer Lake Pointe LC
BPP-Conn LLC
BPP-Muncy LLC
BPP-NY LLC
BPP-OH LLC
BPP-Redding LLC
BPP-SC LLC
BPP-VA LLC
BPP-WB LLC
Brandywine Grande C LP
Bre/Louis Joliet LLC
Briantree Property Assoc. LP
Brick 70 LLC
Brighton Commercial LLC
Broadacre South LLC
Broadstone Crossing LLC
BT Bloomington LLC
Burbank Mall Associates LLC
By-Pass Development Co. LLC
CA New Plan Asset Partnership IV LLP
Cafaro Governors Square Partnership
Cafaro Northwest Partnership, The
Camelback Center Properties

Cameron Group Associates LLP
Campbell Properties LP
Cap Brunswick LLC
Caparra Center Associates SE
Capital Centre LLC
Cardinal Court LLC
Carlyle-Cypress Tuscaloosa I LLC
Carousel Center Co. LP
Carriage Crossing Market Place LLC
Carrollton Arms
Catellus Development Corp.
Catellus Operating LP
CBC-Wilbur Properties
CBL Terrace LP
CC Brandywine Investors 1998 LLC
CC Colonial Trust
CC Countryside 98 LLC
CC East Lansing 98 LLC
CC Frederick 98 LLC
CC Ft Smith Investors 1998 LLC
CC Grand Junction Investors 1998 LLC
CC Green Bay 98 LLC
CC Hamburg NY Partners LLC
CC Harper Woods 98 LLC
CC Independence LLC
CC Indianapolis 98 LLC
CC Indianapolis LLC
CC Investors 1995-1
CC Investors 1995-2
CC Investors 1995-3
CC Investors 1995-5
CC Investors 1996-10
CC Investors 1996-14
CC- Investors 1996-3
CC Jackson 98 LLC
CC Kingsport 98 LLC
CC La Quinta LLC
CC Lafayette LLC
CC Madison LLC
CC Merrillville Trust
CC PhiladeLPhia 98 LLC
CC Ridgeland 98 LLC
CC Roseville LLC
CC Springs LLC
CC Wichita Falls 98 Trust
CCC Realty LLC

CCDC Marion Portfolio LP
CCI Louisiana Trust
CCI Trust 1994-I
CC-Investors 1995-6
CC-Investors 1996-1
CC-Investors 1996-12
CC-Investors 1996-17
CC-Investors 1996-6
CC-Investors 1996-7
CC-Investors 1997-10
CC-Investors 1997-12
CC-Investors 1997-2
CC-Investors 1997-3
CC-Investors 1997-4
CC-Virginia Beach LLC
CDB Falcon Sunland Plaza LP
Cedar Development Ltd.
Centennial Holdings LLC
Central Investments LLC
Central Park 1226 LLC
Central Park Property Owners Association
Centro Bradley SPE 7 LLC
Centro Heritage County Line LLC
Centro Heritage Innes Street LLC
Centro Heritage UC Greenville LLC
Centro Properties Group LLC
Centro Watt America Reit Inc.
Centro Watt Operating Partnership 2 LLC
Centro Watt Property Owner I LLC
Century Plaza Development Corp.
Cermak Plaza Associates LLC
CFH Realty III/Sunset Valley LP
Chalek Company LLC
Chambersburg Crossing LP
Chandler Gateway Partners LLC
Chapel Hill-West LLC
Chapman & Main Center
Charbonnet Family Ltd., The
Charlotte (Archdale) UY LLC
Chehalis Hawaii Partners LLC
Chico Crossroads LP
Chino South Retail PG LLC
CHK LLC
CIM/Birch St. Inc.
Circuit Distribution-Illinois
Circuit Il Corp.

Circuit Investors #2 Ltd.
Circuit Investors #3 LP
Circuit Investors #4-Thousand Oaks LP
Circuit Investors-Fairfield LP
Circuit Investors-Vernon Hills LP
Circuit Investors-Yorktown LP
Circuit Okla Property Investor
Circuit PA Corp.
Circuit Sports LP
Circuit Tax Property Investors LP
Circuit Tex Property Investors LP
Circuitville LLC
Citrus Park CC LLC
City of Portfolio TIC LLC, The
City View Center LLC
CJM Management Co.
CK Richmond Business Services #2 LLC
Clairemont Square
Clay Terrace Partners LLC
Cleveland Towne Center LLC
Coastal Way LLC
Cobb Corners II L P
Cofal Partners LP
Cohab Realty LLC
Coldwater Development LLC
Cole CC Aurora Co LLC
Cole CC Groveland Fl LLC
Cole CC Kennesaw GA LLC
Cole CC Mesquite Tx LLC
Cole CC Taunton Ma LLC
Colonial Heights Holding LLC
Colonial Heights Land Association
Colonial Square Associates LLC
Colonnade LLC
Colony Place Plaza LLC
Columbia Plaza Shopping Center Venture
Community Centers One LLC
Compton Commercial Redevelopment Co.
Concar Enterprises Inc.
Concord Mills LP
Condan Enterprises LLC
Congressional North Associates LP
Continental 45 Fund LLC
Continental 64 Fund LLC
Coral Kite Springs LLC
Cortlandt B LLC

Cosmo-Eastgate Ltd.
Cottonwood Phase V LLC
Coventry II DDR Buena Park Place LP
Coventry II DDR Merriam Village LLC
Covington Lansing Acquisition LLC
CP Venture Two LLC
Craig-Clarksville Tennessee LLC
Crosspointe 08 A LLC
Crossways Financial Associates LLC
Crown CC 1 LLC
CT Retail Properties Finance V LLC
Cypress/Spanish Fort I LP
Daly City Partners I LP
Daniel G Kamin Baton Rouge LLC
Daniel G Kamin Burlington LLC
Daniel G Kamin Elmwood Park LLC
Daniel G Kamin Flint LLC
Daniel G Kamin McAllen LLC
Dartmouth Marketplace Associates
Dayton Hudson Corp.
DDR Crossroads Center LLC
DDR Family Centers LP
DDR Highland Grove LLC
DDR Homestead LLC
DDR Horseheads LLC
DDR MDT Asheville River Hills
DDR MDT Fairfax Towne Center LLC
DDR MDT Grandville Marketplace LLC
DDR MDT Monaca Township Marketplace
LLC
DDR MDT Union Consumer Square LLC
DDR Miami Ave LLC
DDR Norte LLC SE
DDR Southeast Cary LLC
DDR Southeast Cortez LLC
DDR Southeast Culver City Dst
DDR Southeast Dothan Outparcel LLC
DDR Southeast Highlands Ranch LLC
DDR Southeast Loisdale LLC
DDR Southeast Olympia Dst
DDR Southeast Rome LLC
DDR Southeast Snellville LLC
DDR Southeast Union LLC
DDR Southeast Vero Beach LLC
DDR/1st Carolina Crossings South LLC
DDRa Arrowhead Crossing LLC

DDRm Hilltop Plaza LP
DDRm Skyview Plaza LLC
DDR-Sau Greenville Point LLC
DDR-Sau Wendover Phase Ii LLC
DDRTC CC Plaza LLC
DDRTC Columbiana Station I LLC
DDRTC Creeks At Virginia Center LLC
DDRTC McFarland Plaza LLC
DDRTC Newnan Pavilion LLC
DDRTC Southlake Pavilion LLC
DDRTC Sycamore Commons LLC
DDRTC T&C LLC
DDRTC Walks At Highwood Preserve I LLC
Decatur Plaza I LLC
Deerbrook Anchor Acquisition LLC
Dematteo Management Inc.
Dentici Family LP
Derito Pavilions 140 LLC
Desert Home Communities of Oklahoma LLC
DEV LP
Developers Diversified Realty Corp.
Diamond Square LLC
Dicker/Warmington Properties
Dikeou, Deno P.
Dim Vastgoed NV
DJD Partners II
DMC Properties Inc.
Dollinger Lost Hills Associates
Donahue Schriber Realty Group LP
Dowel Conshohocken LLC
Dowel-Allentown LLC
Draper, Lloyd
Drexel Delaware Trust
Drury Land Development Inc.
Durham Westgate Plaza Investors LLC
E&A Northeast LP
Eagleridge Associates (Pueblo) LLC
East Gate Center V Tenants In Common
Eastchase Market Center LLC
Eastland Shopping Center LLC
Eastridge Shopping Center LLC
Eel McKee LLC
Einbinder, Joseph Y., Estate of
Eklecco Newco LLC
ELPF Slidell LLC
Emporium on LBJ Owners Association

Encinitas PFA LLC
Enid Two LLC
ERP of Midway LLC
Evansville Developers LLC GB
Evergreen McDowell & Pebble Creek LLC
Excel Realty Partners LP
Excel Westminster Marketplace Inc.
F&M Properties Louis
Faber Bros Inc.
Fairfax Court LP
Fairview Heights Investors LLC
Fairway Centre Associates LP
Faram Muskegon LLC
Farmingdale-Grocery LLC
Fayetteville Developers LLC
FC Janes Park LLC
FC Richmond Associates LP
FC Treeco Columbia Park LLC
FC Woodbridge Crossing LLC
Federal Realty Investment Trust
Feil
FGLP Co.
Fingerlakes Crossing LLC
Firecreek Crossing of Reno LLC
First Berkshire Properties LLC
FJL MVP LLC
Flintlock Northridge LLC
Fogg-Snowville LLC
Foothill Business Association
Foothill Pacific Towne Center
Forecast Danbury LP
Forest City Commercial Group LLC
Fourels Investment Co., The
FR/Cal Gouldsboro Property Holding LP
Friedland Lawrence & Melvin
FRO LLC IX
FW CA Brea Marketplace LLC
G&S Livingston Realty Inc.
Gainesville Outdoor Advertising Inc.
Galileo Apollo II Sub LLC
Galileo CMBS T2 NC LP
Galileo Freshwater/Stateline LLC
Galileo Northeast LLC
Galleria Partnership
Galleria Plaza Ltd.
Garden City Center

Gateway Center Properties III LLC
Gateway Co. LLC
Gateway Woodside Inc.
GC Acquisition Corp.
Geenen Dekock Properties LLC
Generation H One & Two LP
GGP Mall of Louisiana LP
GGP-Steeplegate Inc.
Gladwyne Investors LP
Glenmoor LP
GMS Golden Valley Ranch LLC
Goldsmith, Barbara L.
Goodman Enterprises LLC
Goodmill LLC
Gould Livermore LLC
Grand Hunt Center OEA
Gravois Bluffs III LLC
GRE Grove Street One LLC
GRE Vista Ridge LP
Greater Orlando Aviation Authority
Greece Ridge LLC
Greeley Shopping Center LLC
Green 521 5th Avenue LLC
Green Acres Mall LLC
Greenback Associates
Greenwood Point LP
GRI-EQY (Sparkleberry Square) LLC
GS Erie LLC
GS II Brook Highland LLC
Gunning Investments LLC
Hallaian Brothers
Hamilton Chase Santa Maria LLC
Hamilton Crossing I LLC
Hampden Commons Condominium
Association
Hannon Ranches Ltd.
Hanson Industries Inc.
Harold and Lucille Chaffee Trust
Hart Kings Crossing LLC
Hartman 1995 Ohio Property Trust
Harvest/NPE LP
Hayden Meadows Joint Venture
Hayward 880 LLC
Heritage Property Investment LP
Heritage-Lakes Crossing LLC
Hersom Realty Trust

Hickory Hollow Development Inc.
Hickory Ridge Pavilion LLC
Highlands Ranch Community Association Inc.
Hip Stephanie LLC
HK New Plan Covered Sun LLC
HK New Plan EPR Property Holdings LLC
HK New Plan Exchange Property Owner II LP
HKK Investments
Hollingsworth Capital Partners-Intermodal
LLC
Holyoke Crossing LP II
Home Depot Inc., The
Home Depot USA Inc.
Hone Family Trust
Hone, Melville Walton
Hoprock Limonite LLC
Howard Kadish LLC
Howland Commons Partnership
HRI/Lutherville Station LLC
Hudson Realty Trust
Huntington Mall Co.
HV Covington LLC
HWR Kennesaw LLC
I-10/Bunker Hill Associates LP
I-93 Somerville LLC
Iannucci Development Corporation
Indian River Mall
Inland American Chesapeake Crossroads LLC
Inland American Oklahoma City Penn LLC
Inland Commercial Property Management Inc.
Inland US Management LLC
Inland Western Austin Southpark Meadows II
LP
Inland Western Cedar Hill Pleasant Run LP
Inland Western College Station Gateway II LP
Inland Western Columbus Clifty LLC
Inland Western Houma Magnolia LLC
Inland Western Lake Worth Towne Crossing
Inland Western Lewisville Lakepointe LP
Inland Western McDowell LLC
Inland Western Oswego Gerry Centennial LLC
Inland Western Richmond Mayland LLC
Inland Western San Antonio HQ LP
Inland Western Southlake Corners LP
Inland Western Sugar Land Colony LP
Inland Western Temecula Commons LLC

Inland Western West Mifflin Century III DST
Intergrated Real Estate Services LLC
International Speedway Square Ltd.
Interstate Augusta Properties LLC
Investors Brokerage Inc.
Irish Hills Plaza West II LLC
Irvine Co. LLC, The
Irving Harlem Venture LP
J&F Enterprises
Jaffe of Weston II Inc.
Janaf Crossing LLC
Jantzen Dynamic Corp.
Jefferson Mall Co. II LLC
JKCG LLC
Johnson City Crossing (Delaware) LLC
Johnstown Zamias LP
Jubilee-Springdale LLC
Jurupa Bolingbrook LLC
JWC/Loftus LLC
K&G/Dearborn LLC
Kamin, Daniel G.
Karns Real Estate Holdings II LLC
Katy Mills Mall LP
KB Columbus I-CC
KC Benjamin Realty LLC
KC Benjamin Realty LLC
Kelp-Athens LLC
Kendall-77 Ltd.
Kentucky Oaks Mall
K-Gam Broadway Craycroft LLC
Kimco Acadiana 670 Inc.
Kimco Arbor Lakes SC LLC
Kimco PK LLC
Kir Amarillo LP
Kir Arboretum Crossing LP
Kir Arboretum Crossing LP
Kir Augusta I 044 LLC
Kir Piers 716 LLC
Knoxville Levcal LLC
KNP Investments
Kobra Properties
Kolo Enterprises
Kramont Vestal Management LLC
KRG Market Street Village LP
Kroustalis Investments
Krupp Equity LP

KSK Scottsdale Mall LP
L. Mason Capitani Property & Asset
Management Inc.
La Cienega-Sawyer Ltd.
La Frontera Village LP
La Habra Imperial LLC
Landing at Arbor Place LP, The
Landings Management Assoc.
Landman, Deborah
Landman, Eli
Laredo/MDN II LP
Larry J Rietz MP LLC
Las Vegas Land & Development Co. LLC
LB Commercial Mortgage Trust Series 1998
C1
LC White Plains Retail LLC
Lea Co.
League City Towne Center Ltd.
Leben, Mary C.
Leben, Robert L.
Lester Development Corp.
Lexington Corporate Properties Inc.
Lexington Lion Weston I LP
Lincoln Plaza Associates LP
Linden Business Center Association
Little Britain Holding LLC
Loop West LLC
Lorimar Realty Trust
Louis Joliet Shoppingtown LP
Lufkin GKD Partners LP
M&M Berman Enterprises
Macerich Co., The
Macerich Lakewood LLC
Macerich Vintage Faire LP
Macy's Central
Madison Waldorf LLC
Magna Trust Co. Trustee
Main Street at Exton LP
Mall at Gurnee Mills LLC
Mall at Valle Vista LLC
Mall of Georgia LLC
Mallview Plaza Co. Ltd.
Manco Abbott OEA Inc.
Mansfield Seq 287 & Debbie Ltd.
Manteca Stadium Park LP
Marco Portland GP

Market Heights Ltd.
Marketplace of Rochester Hills Parcel B LLC,
The
Marlton VF LLC
Mass One LLC
Mayfair-MDCC Business Trust
MB Fabyan Randall Plaza Batavia LLC
MB Keene Monadnock LLC
McAlister Square Partners Ltd.
MD-GSI Associates LLC
MDS Realty II LLC
Meacham Business Center LLC
Meadowbrook Village LP
Melbourne-JCP Associates Ltd.
Memorial Square 1031 LLC
Meridian Village LLC
Metro Center LLC
Meyerland Plaza (DE) LLC
MHW Warner Robins LLC
MIA Brookhaven LLC
Mibarev Development I LLC
Mid US LLC
Mid-America Asset Management
Milford Crossing Investors LLC
Millman 2000 Charitable Trust
Millstein Industries LLC
MK Kona Commons LLC
Mlantz LLC
Mobile KPT LLC
Monrovia Marketplace LLC
Montclair Plaza LLC
Monte Vista Crossings LLC
Montevideo Investments LLC
Montgomery Towne Center Station Inc.
Morgan Hill Retail Venture LP
Morris Bethlehem Associates LP
Morrison Crossing Shopping Center
Mount Berry Square LLC
Mr Keene Mill 1 LLC
MSF Eastgate-I LLC
Myrtle Beach Farms Co. Inc.
Nap Northpoint LLC
National Retail Properties LP
Nazario Family Partnership
Necrossgates Commons Newco LLC
Netarc LLC

Nevada Investment Holdings Inc.
New Plan of Memphis Commons LLC
New River Properties
NMC Stratford LLC
North Attleboro Marketplace II LLC
North Hill Centre LLC
North Plainfield VF LLC
Northcliff Residual Parcel 4 LLC
Northern Trust Bank of California NA
Northwoods LP
Novogroder/Abilene LLC
NP Huntsville LLC
NP/L&G Conyers Crossroads LLC
NP/SSP Baybrook LLC
NPP Development LLC
Oak Hollow Mall
Oates, Marvin L.
OLP 6609 Grand LLC
OLP CC Antioch LLC
OLP CC Fairview Heights LLC
OLP CC Ferguson LLC
OLP CC Florence LLC
OLP CC St Louis LLC
Orangefair Marketplace LLC
Orion Alliance Group LLC
Orland Town Center Shopping Center
OTR
P/A Acadia Pelham Manor LLC
PA 73 South Association
Pace-Brentwood Partners LLC
Pacific Carmel Mountain Holdings LP
Pacific Castle Groves LLC
Pacific Harbor Equities LLC
Pacific/Youngman-Woodland Hills
Paige Exchange Corp.
Palm Springs Mile Associates Ltd.
Palmetto Investors LLC
Pan Am Equities Inc.
Panattoni Development Co. LLC
Pappas Gateway LP
Parkdale Mall Associates LP
Parkdale Village LP
Parker Bullseye LLC
Parker Central Plaza Ltd.
Parks at Arlington LP
Parkside Realty Associates LP

Parkway Centre East LLC
Parkway Plaza LLC
Parkway Terrace Properties Inc.
Paskin, Marc
PEGL Paxton LP
Peikar Muskegon LLC
PL Mesa Pavilions LLC
Plantation Point Development LLC
Plaza at Jordan Landing LLC
Plaza Las Americas Inc.
Plaza Las Palmas LLC
Plazamill LP
Plymouth Marketplace Condominium Assoc
Inc.
Point West Investors II
Polaris Circuit City LLC
Pond Road Associates
Port Arthur Holdings III Ltd.
Potomac Festival II
Potomac Run LLC
PR Beaver Valley LP
PR Beaver Valley LP
Prattcenter LLC
Preit Services LLC
Prince George's Station Retail LLC
Principal Real Estate Holding Co LLC
Priscilla J Rietz LLC
Promventure LP
Property Management Support Inc.
Provo Group, The
Pru Desert Crossing V LLC
Prudential Insurance Co. of America, The
Puente Hills Mall LC
Puri LLC Sunil
Ramco West Oaks I LLC
Ramco-Gershenson Properties LP
Rancon Realty Fund IV Subsidiary LLC
Ray Mucci's Inc.
Raymond & Main Retail LLC
RB-3 Associates
RD Bloomfield Associates LP
Realty Income Corp.
Rebs Muskegon LLC
Red Rose Commons Condominium
Association
Redtree Properties LP

Regency Centers LP
Regency Petaluma LLC
Reiff & Givertz Texas Prop LLC
Remount Road Associates LP
Richland Town Centre LLC
Ricmac Equities Corp
Rio Associates LP
Ritz Motel Co.
Rivergate Station Shopping Center LP
Riverside Towne Center
RJ Ventures LLC
RLV Village Plaza LP
RLV Vista Plaza LP
Robinson, Donald
Rockwall Crossing Ltd.
Rossiter, Barbara M.
Rossiter, Ronald D.
Rossmoor Shops LLC
Route 146 Millbury LLC
RREEF America REIT II Corp. MM
RREEF America REIT II Corp. VW
RVIP Valley Central LP
Sacco of Maine LLC
Safeway Inc.
Sangertown Square LLC
Santa Rosa Town Center LLC
Santan Village Phase 2 LLC
Saugus Plaza Associates
Saul Holdings LP
Save Mart Supermarkets
SCC San Angelo Partners Ltd.
Schiffman, Todd I
Schwartz, Zoltan
Schwatz, Anna
Scottsdale/101 Associates LLC
Sea Properties I LLC
Sebring Retail Associates LLC
Seekonk Equities Inc.
Selig Enterprises Inc.
Shelby Town Center I LLC
Shelbyville Road Plaza LLC
Sherwood Properties LLC
Shoppes At River Crossing LLC
Shoppes at Schererville LLC, The
Shoppes of Beavercreek LLC
Shops at Kildeer, The

Short Pump Town Center LLC
Sierra Lakes Marketplace LLC
Sierra North Associates LP
Signal Hill Gateway LLC
Signco Inc.
Silverdale K-Four
Silverstein, Raymond
Simon Debartolo Group LP
Simon Prop GRP (Il) LP
Simon Property Group Texas LP
Simvest Real Estate II LLC
Sinay Family LLC & Trust
Sir Barton Place LLC
Site A LLC
SJ Collins Enterprises LLC
SM Newco Hattiesburg LLC
Somerville Saginaw LP
Sonnet Investments LLC
South Padre Drive LP
South Shields #1 Ltd.
Southaven Center II LLC
Southland Acquisitions LLC
Southland Center Investors LLC
Southland Investors LP
Southroads LLC
Southwestern Albuquerque LP
Southwind Ltd
Sparks Galleria Investors LLC
SPG Arbor Walk LP
SPG Independence Center LLC
SPG Tennessee LP
Spitzer Family Investments LLC
Spring Hill Development Partners GP
St. Cloud Associates
St. Indian Ridge LLC
St. Louis Mills LP
St. Tammany Oaks Subdivision Association
LLC
Stapleton North Town LLC
Star Universal LLC
Station Landing LLC
Stop & Shop Supermarket Co. LLC
Stor-All New Orleans LLC
Suemar Realty Inc.
Sullivan Crosby Trust
Sunrise Plantation Properties LLC

Swanblossom Investments LP
Swedesford Shopping Center Acquisition LLC
Sweetwater Associates LP
SWQ 35/Forum Ltd.
T&T Enterprises LP
Taft Corners Associates Inc.
Tam Stockton LLC
Tamarack Village Shopping Center LP
Tanglewood Park LLC
Tanurb Burnsville LP
Target Corp.
Target Stores
Taubman Auburn Hills Associates LP
Taunton Depot LLC
Taylor Retail Center
Teachers Insurance & Annuity Assoc. of
America
Team Retail Westbank Ltd.
Ten Pryor Street Building Ltd.
Teplis, Belle
Teplis, Frank
Teplis, Nathan
Teplis, Paul, Dr.
Terranomics Crossroads Associates
THF Chesterfield Two Development LLC
THF Clarksburg Development One
THF Harrisonburg Crossings LLC
THF St Clairsville Parcel CC Development
LLC
THFOnc Development LLC
Thoroughbred Village GP
TIS Equities IX LLC
TKG Coffee Tree LP
TMW Weltfonds Rolling Acres Plaza
Torrance Towne Center Associates LLC
Torrington Triplets LLC
Tourbillon Corp.
Tower Center Associates
Town Square Plaza
Towson VF LLC
Traverse Square Co. Ltd.
TRC Associates LLC
Triangle Equities Junction LLC
Trout Segall Doyle Winchester Properties LLC
Trout, Jerome B., Jr.
Trumbull Shopping Center #2 LLC

Trustees of Salem Rockingham LLC
TSA Stores Inc.
TUP 430 Co. LLC
Turnberry Lakes Business Center
Turtle Creek Partners LLC
Tutwiler Properties Ltd.
Twin Ponds Development LLC
Tysons 3 LLC
Tysons Corner Holdings LLC
UK-American Properties Inc.
Uncommon Ltd.
Urbancal Oakland II LLC
US 41 & I-285 Co.
UTC I LLC
Valencia Marketplace I LLC
Valley Corners Shopping Center LLC
Valley View SC LLC
Van Ness Post Center LLC
Ventura in Manhattan Inc.
Vestar Arizona XXXI LLC
Vestar QCM LLC
Village at Rivergate LP, The
Village Square I LP
Village Walk Retail LP
VIWY LP
VNO Mundy Street LLC
VNO Tru Dale Mabry LLC
Vornado Caguas LP
Vornado Finance LLC
Vornado Gun Hill Road LLC
W&D-Imperial No 1/Norwalk
W&S Associates LP
W/S Stratford LLC
Waco Investment Group
Wal-Mart Stores East LP
Walton Hanover Investors V LLC
Walton Whitney Investors V LLC
Washington Green TIC
Washington Place Associates LP
Washington RE Investment Trust
Water Tower Square LP
Watercress Associates LP
Watkins Houston Investments LP
Wayside Commons Investors LLC
WCC Properties LLC
WEA Gateway LLC

Weberstown Mall LLC
WEC 96d Appleton-1 Investment Trust
WEC 96D Niles Investment
WEC 96d Springfield-1 Investment Trust
WEC 97G-Syracuse Investment Trust
WEC 99-3 LLC
WEC 99a-1 LLC
WEC 99a-2 LLC
Weingarten Miller Sheridan LLC
Weingarten Nostat Inc.
Weingarten Realty Investors
Welsh Cos. Inc.
Wendover South Associates LP
West Campus Square LP
West Oaks Mall LP
Westfork Owners Association
Westgate Village LLC
Westlake LP
Wheaton Plaza Regional Shopping Center
Whitestone Development Partners a LP
Whitestone REIT
Wilmington Trust Co.
Windsail Properties LLC
WMI/MPI Business Trust
Woodland Trustees Inc.
Woodlands Corp., The
Woodmont Sherman LP
Worldwide Property Management Inc.
WRI Associates Ltd.
WRI Camp Creek Marketplace II LLC
WRI Lakeside Marketplace LLC
WRI Overton Plaza LP
WRI Seminole Marketplace LLC
WXIIII/PWM Real Estate LP