UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In Re:

CIRCUIT CITY STORES, INC.,

    Debtor(s).

_____/

Case No. 08-35653 KRH

Chapter 11

Honorable Kevin R Huennekens

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES

TO:  Clerk of the Court
      US Bankruptcy Court
      701 East Broad Street
      Richmond, VA 23219

Daniel F Blanks
McGuire Woods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

,

    PLEASE ENTER THE APPEARANCE of MICHAEL A. COX, Attorney General, and Victoria A Reardon, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                    MICHAEL A. COX
                                    Attorney General

                                    */s/ Victoria A Reardon*
                                    Victoria A Reardon (P41682)
                                    Assistant Attorney General
                                    Cadillac Place, Ste. 10-200
                                    3030 W. Grand Blvd.
                                    Detroit, MI 48202
                                    Telephone: (313) 456-0140
                                    E-Mail: ReardonV@michigan.gov

Dated: December 15, 2008