

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | * | BANKRUPTCY CASE |
| | * | NO. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., | * | |
| et al., | * | JOINTLY ADMINISTERED |
| | * | |
| Debtor. | * | CHAPTER 11 PROCEEDING |

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

COMES NOW, Sherwood Properties, LLC, a creditor and party in interest, hereby entering its appearance in this case, and the law firm of Kelley, Lovett & Blakey, P.C. hereby enters its appearance as attorneys for Sherwood Properties, LLC as directed by Federal Rule of Bankruptcy Procedure 9010(b), the attorney's name, office address, telephone number, telefax number, and email address are as follows:

    Kelley, Lovett & Blakey, P.C.
    Attn: Walter W. Kelley
    P.O. Box 70879
    Albany, GA  31708
    Telephone: (229) 888-9128
    Facsimile: (229) 888-0966
    Email: wkelley@kelleylovett.com

Sherwood Properties, LLC hereby requests that copies of all notices required by the Federal Rule of Bankruptcy Procedure, including notices under 2002(i), be given to

it by service upon its attorneys at the address shown above and to Sherwood Properties,

LLC at the following address:

> Sherwood Properties, LLC
> c/o Walden & Kirkland, Inc.
> P.O. Box 1787
> Albany, GA 31702-1787

This **17th** day of December, 2008.

                                Respectfully submitted,

                                */s/ Walter W. Kelley*
                                Walter W. Kelley
                                KELLEY, LOVETT & BLAKEY, P.C.
                                Attorney for Sherwood Properties, LLC
                                P.O. Box 70879
                                Albany, GA 31708
                                GA Bar No. 412337
                                (229) 888-9128
                                wkelley@kelleylovett.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | * | BANKRUPTCY CASE |
| | * | NO. 08-35653 |
| CIRCUIT CITY STORES, INC., | * | |
| et al., | * | JOINTLY ADMINISTERED |
| | * | |
| Debtor. | * | CHAPTER 11 PROCEEDING |

### CERTIFICATE OF SERVICE

I, Walter W. Kelley do hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served by pre-paid regular U.S. Mail upon the following parties in interest on the 17th day of December, 2008.

Skadden, Arps, Slate, Meagher & Flom, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, DE  19899-0636

Skadden, Arps, Slate, Meagher & Flom, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, IL  60606

McGuirewoods, LLP
Dion M. Foley, Esq.
One James Center
901 E. Cary Street
Richmond, VA  23219

/s/ Walter W. Kelley
Walter W. Kelley
KELLEY, LOVETT & BLAKEY, P.C.
Attorney for Sherwood Properties, LLC
P.O. Box 70879
Albany, GA  31708
GA Bar No. 412337
(229) 888-9128
wkelley@kelleylovett.com