UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| CIRCUIT CITY STORES, INC. | § | CASE NO. 08-35653-KRH |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of **BRAZORIA COUNTY TAX OFFICE** a secured Texas property tax creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, and proposed documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be served via ECF transmission, e-mail, fax, or mail to the secured creditor in care of the undersigned as set forth below.

Respectfully Submitted,

PERDUE, BRANDON, FIELDER, COLLINS, & MOTT, L.L.P.
1235 North Loop West, Suite 600
Houston, Texas 77008
(713) 862-1860 – Telephone
(713) 862-1429 – Telecopier
**mdarlow@pbfcm.com** – E-Mail

Attorney for Brazoria County Tax Office

By: _____
Michael J. Darlow
Texas Bar No. 05387300



CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance has been served on the parties listed on the Court's ECF transmission list in this case on this 19th day of December, 2008.

_____
Michael J. Darlow
Perdue, Brandon, Fielder, Collins, & Mott