Eugene K. Chang (SBN 209568)
STEIN & LUBIN LLP
Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Telephone:     (415) 981-0550
Facsimile:      (415) 981-4343
echang@steinlubin.com

Attorneys for TKG Coffee Tree, L.P.

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Civil Action No.  08-35653 (KRH) (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND
REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case on behalf of TKG Coffee Tree, L.P. ("TKG"), a creditor, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(g) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further request to be added to the Master Service List:

TKG Coffee Tree, L.P.
c/o Eugene Chang
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
Tel: (415) 981-0550
Fax: (415) 981-4343
echang@steinlubin.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy

365060/383148v1

Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petition, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive TKG's: (1) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which TKG is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defense, setoffs, and recoupments expressly are hereby reserved.

Dated: December 23, 2008              STEIN & LUBIN LLP


                                              By:   /s/ Eugene Chang
                                                  Eugene K. Chang, Bar No. 209568
                                                  Transamerica Pyramid
                                                  600 Montgomery Street, 14th Floor
                                                  San Francisco, CA 94111
                                                  Telephone:  (415) 981-0550
                                                  Facsimile:   (415) 981-4343

                                                  Attorneys for TKG Coffee Tree, L.P.

## PROOF OF SERVICE

I, Mey Saephan, hereby certify that on this 23rd day of December 2008, a true and correct copy of the foregoing "Notice of Appearance and Demand for Service of Papers and Request to be Added to Master Service List" was served electronically on all parties registered to receive electronic noticing via the Court's ECF/CM system and was sent by first class mail, postage prepaid, to:

| | |
|---|---|
| Office of the United States Trustee<br>Attn: Robert B. Van Arsdale<br>701 E. Broad Street, Suite 4304<br>Richmond, Virginia 23219-1888 | Circuit City Stores, Inc.<br>Attn: Reginald D. Hedgebeth<br>9950 Mayland Dr.<br>Richmond, Virginia 23233 |
| Circuit City Stores, Inc.<br>Attn: Daniel W. Ramsey<br>9950 Mayland Dr.<br>Richmond, Virginia 23233 | Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>Skadden, Arps, Slate, Meagher &<br>Flom, LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636 |
| Chris L. Dickerson, Esq.<br>Skadden, Arps, Slate, Meagher &<br>Flom, LLP<br>333 West Wacker Drive<br>Chicago, IL 60606 | Dion W. Hayes, Esq.<br>Douglas M. Foley, Esq.<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219 |

/s/ Mey Saephan
Mey Saephan