IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

In Re:

CIRCUIT CITY STORES, INC., *et al.*

Debtors

Case No. 08-35653-KRH

(Chapter 11)

NOTICE OF MOTION AND HEARING ON
MADISON WALDORF, LLC'S MOTION FOR
ORDER COMPELLING PAYMENT OF POST-PETITION
RENT AS AN ADMINISTRATIVE EXPENSE

(Store No. 704)

Madison Waldorf, LLC has filed papers with the Court a Motion for Order Compelling Payment of Post-Petition Rent as an Administrative Expense pursuant to Sections 363(d)(3) and 503(b)(1) of the Bankruptcy Code.

NOTICE

UNDER LOCAL BANKRUPTCY RULE 9013-I, UNLESS A WRITTEN RESPONSE TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT, AT THE ADDRESS SHOWN BELOW, AND SERVED UPON THE MOVING PARTY WITHIN FIVE (5) BUSINESS DAYS BEFORE THE SCHEDULED HEARING DATE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE MOTION AS CONCEDED,

Mitchell B. Weitzman, VSB 28434
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
Tel: (703) 525-4000; Fax: (703) 525-2207
Counsel for Madison Waldorf, LLC

AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OF HEARING.

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before **January 9, 2009.**

                William C. Redden, Clerk
                United States Bankruptcy Court
                701 E. Broad Street
                Room 4000
                Richmond, Virginia 23219

<u>and</u> ☒      Mail a copy of your response to and supporting memorandum to:

                Mitchell B. Weitzman
                Bean, Kinney & Korman, P.C.
                2300 Wilson Boulevard, 7th Floor
                Arlington, Virginia 22201

<u>and</u> ☒      You or your attorney must also:

Attend a hearing on the motion scheduled to be held on **January 16, 2009 at 10:00 a.m.** at the United States Bankruptcy Court, United States Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219

Dated: December 23, 2008

                Respectfully submitted,

By:   /s/ Mitchell B. Weitzman
       Mitchell B. Weitzman
       Virginia Bar No. 28434
       Bean, Kinney & Korman, P.C.
       2300 Wilson Boulevard, 7th Floor
       Arlington, Virginia 22201
       (703) 525-4000; (703) 525-2207 fax
       Counsel for Madison Waldorf, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2008, a copy of the foregoing Notice of Motion and Hearing on Motion to Compel Payment of Post-Petition Rent as an Administrative Expense is to be served by electronic means via the Court's ECF/CM system and/or was mailed to:

> Daniel F. Blanks
> McGuire Woods LLP
> 9000 World Trade Center
> 101 W. Main Street
> Norfolk, VA 23510
>
> Dion W. Hayes
> Douglas M. Foley
> McGuire Woods LLP
> One James Center
> 901 East Cary Street
> Richmond, VA 23219
>
> Greg M. Galardi
> Ian S. Fredericks
> Skadden, Arps, Slate, Meagher & Flom, LLP
> One Rodney Square
> PO Box 636
> Wilmington, DE 19899-0636
>
> Chris L. Dickerson
> Skadden, Arps, Slate, Meagher & Flom, LLP
> 333 West Wacker Drive
> Chicago, IL 60606

/s/ Mitchell B. Weitzman
Mitchell B. Weitzman