

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case no. 08-35653-KRH |
| **CIRCUIT CITY STORES, INC.** | Jointly Administered |
| **ET AL.** | Related dockets: 14, 133 |
| **Debtors** | |

### REQUEST FOR NOTICE

Pursuant to Rule 2002(g), Four Star International Trade hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Four Star International Trade
c/o Wendy M. Mead, PC
11 Pleasant Street, Ste. 30
Worcester, MA 01609

Four Star International Trade,
By its counsel,

/s/ Wendy M. Mead
Wendy M. Mead
BBO 635333
Wendy M. Mead, PC
11 Pleasant Street, Ste. 30
Worcester, MA 01609
T (508) 751-0200
F (508) 751-0201
wendymeadpc@verizon.net

### CERTIFICATE OF SERVICE

I, Wendy M. Mead, hereby certify that, on December 18, 2008, I served a true and correct copy of the foregoing Request for Notice by first class mail, postage prepaid, upon each of the parties on the attached list.

/s/ Wendy M. Mead
Wendy M. Mead

Greg M. Galardi, Es.
Skadden, Arps, Slate,
Meagher & Flom, LLP,
One Rodney Square
PO Box 636
Wilmington, DE 19899

Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Bruce Matson, Esq.
LeClair Ryan
951 East Byrd Street, 8th Fl.
Richmond, VA 23219

Brad R. Godshall, Esq.
Pachulski, Stang, Ziehl & Jones
10100 Santa Monica Blvd.
Los Angeles, CA 90067

Dion Hayes, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

David S. Bermain, Esq.
Reimer & Braunstein, LLP
Three Center Plaza
Boston, MA 02108

Office of the United States Trustee
Robert B. Van Arsdale
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

Lynn L. Tavenner, Esq.
Tavenner & Beran
20 N. Eighth St., 2nd Fl.
Richmond, VA 23219

# WENDY M. MEAD, PC
## ATTORNEY AT LAW

| | |
|---|---|
| 11 Pleasant Street, Ste. 30 | Phone (508) 751-0200 |
| Worcester, Massachusetts 01609 | Fax (508) 751-0201 |
| www.meadlawoffice.com | wmead@meadlawoffice.com |

December 18, 2008

United States Bankruptcy Court
Eastern District - Richmond Division
1100 E. Main Street, Rm. 310
Richmond, VA 23219-3515

    Re:    <u>Circuit City, Inc., et al</u>
             Jointly Administered 08-35653

To Whom it May Concern:

    Enclosed for filing please find:

1. Notice of Appearance and Request for Service,
2. Proof of Claim on behalf of Fourstar International Trade, Inc.

    I have also enclosed a copy of each and a SASE for the return of time stamped copies. Should you require anything further kindly contact the undersigned.

    Thank you in advance for your assistance.

Very truly yours,

Wendy M. Mead

WMM/ns

Enc.