Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - x
                                  :
In re:                            :   Chapter 11
                                  :
CIRCUIT CITY STORES, INC.,        :   Case No. 08-35653 (KRH)
et al.,                           :
                                  :
             Debtors.             :   Jointly Administered
- - - - - - - - - - - - - - x

## ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 365(a) AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS

Upon the motion (the "Motion")[1] of the Debtors

for entry of an order, under Bankruptcy Code sections

105(a) and 365(a) and Bankruptcy Rule 6006, authorizing

_____

[1]  Capitalized terms not otherwise defined herein shall have the
     meanings ascribed to such terms in the Motion.

the Debtors to reject certain executory contracts,
including any amendments or modifications thereto, as
set forth on the attached <u>Exhibit A</u> (collectively, the
"Contracts"), and any guaranties thereof; and the Court
having reviewed the Motion; and the Court having
determined that the relief requested in the Motion is in
the best interests of the Debtors, their estates, their
creditors, and other parties in interest; and it
appearing that proper and adequate notice of the Motion
has been given and that no other or further notice is
necessary; and upon the record herein; and after due
deliberation thereon; and good and sufficient cause
appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.    The Motion is GRANTED; <u>provided</u>, <u>however</u>,
Patrick S. Longwood, Victor Engesser, Leigh Anne Moore,
Robyn Davis, David Steinbach, and Savitri Cohen
(collectively, the "Parties") shall have until **December
29, 2008 at 4:00 p.m.** to file a response to the Motion,
and the hearing on any response filed by any Party shall
be held on **January 16, 2009 at 10:00 a.m.** before the
Honorable Kevin R. Huennekens in the United States

Bankruptcy Court for the Eastern District of Virginia,
Courtroom 5100, 701 E. Broad Street, Richmond, Virginia
23219.

2.    The Contracts set forth on Exhibit A and
any guaranties thereof are hereby rejected.  Nothing in
this paragraph 2 shall preclude a counterparty from
seeking rejection damages against a guarantor of a
rejected guaranty, in addition to such counterparty's
right to seek rejection damages under the Bankruptcy
Code.

3.    Each counterparty to a Contract or any
guaranty thereof shall have until the later of (i)
thirty (30) days of date this Order is entered on the
docket and (ii) January 30, 2008, to file a proof of
claim on account any and all claims (as defined in the
Bankruptcy Code) arising from or related to rejection of
its Contract or guaranty.

4.    The requirement under Local Bankruptcy
Rule 9013-1(G) to file a memorandum of law in connection
with the Motion is hereby waived.

5.    The Court retains jurisdiction to hear
and determine all matters arising from or related to the

implementation or interpretation of this Order.

Dated:   Richmond, Virginia
         December __, 2008

_____
UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

       - and -


/s/ Douglas M. Foley
_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley

**EXHIBIT A**

**(List of Executory Contracts)**

**EXHIBIT A**
**Executory Contracts**

| Contract Counterparty | Contract | Contract Date |
|---|---|---|
| Dennis M. Biggs<br>6125 Amershire Way<br>Glen Allen, VA  23059 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/7/08 |
| David L. Charles<br>1800 Blue Forest Dr.<br>Prosper, TX  75028 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/5/08 |
| Stephanie R. Chenault<br>2305 Cox Rd.<br>Henrico, VA  23233 | Termination of Employment Separation Agreement and General Release Letter | 10/1/08 |
| George D. Clark, Jr.<br>2008 Monument Ave<br>Richmond, VA  23220 | Enforcement of Employment Agreement Letter and Employment Agreement | 1/16/08 |
| Kevin T. Clark<br>11 Clifford E Harbourt<br>Hamilton Square, NJ 08690 | Enforcement of Employment Agreement Letter and Employment Agreement | 7/1/08 |
| Michael W. Cobbs, Jr.<br>4036 Shinault Cove<br>Olive Brance, MS  38654 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/6/08 |
| George T. Crowell, III<br>4916 Grove Ave<br>Richmond, VA  23226 | Enforcement of Employment Agreement Letter and Employment Agreement | 2/1/08 |
| Adrian Cushenberry<br>1229 Wood Iris Lane<br>Lawrenceville, GA 30045 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/6/08 |
| David J. Czerwonka<br>12108 Country Hills Way<br>Glen Allen, VA  23059 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/7/08 |
| James L. Davis<br>6012 Carrington Green Place<br>Glen Allen, VA  23060 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/7/07 |
| David J. Domster<br>7300 Lookout Dr<br>Richmond, VA  23225 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/7/08 |
| Gary Duncan<br>2905 Murano Way<br>Glen Allen, VA  23059 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/7/08 |
| Philip J. Dunn<br>11465 Barrington Bridge Ct.<br>Richmond, VA  23233 | Enforcement of Employment Agreement Letter and Employment Agreement | 9/26/08 |

| Contract Counterparty | Contract | Contract Date |
|---|---|---|
| Michele D. Edris<br>12500 Hidden Oaks Ct.<br>Richmond, VA  23233 | Severance Agreement and Release, and Employment Agreement | 4/14/08 |
| Google, Inc.<br>1600 Amphitheater Pkwy.<br>Mountain View, CA 94043<br>Attn: Zoe Goldfarb | You Tube Service Agreement, Circuit City Stores, Inc. – 8/9/2008 Agreement ID: 2425352123 | 7/29/08 |
| Google, Inc.<br>1600 Amphitheater Pkwy.<br>Mountain View, CA 94043<br>Attn: Zoe Goldfarb | Service Agreement, Circuit City Stores, Inc. – Fanalyst Content Network Agreement ID: 3133177681 | 7/29/08 |
| Andy Grosse<br>35133 Indian Trail<br>Ingleside, IL  60041 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/5/08 |
| Jeffrey R. Leopold<br>11504 Longview Landing Dr.<br>Richmond, VA  23233 | Severance Agreement and Release of Claims | 6/26/08 |
| James Lubary<br>3161 Druid Ln.<br>Los Alamitos, CA  90720 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/5/08 |
| MGM Grand Hotel & Casino<br>3799 Las Vegas Blvd. South<br>Las Vegas, NV 89109<br>Attn: Lauren Hall | Hotel room reservations for Jan. 7-10, 2009 | 3/19/08 |
| James Alan Miller<br>640 W. Desert Ave<br>Gilbert, AZ  85233 | Enforcement of Employment Agreement Letter and Employment Agreement | 7/7/08 |
| Douglas T. Moore<br>401 South Mooreland Rd.<br>Richmond, VA  23229 | Enforcement of Employment Agreement Letter and Employment Agreement | 2/5/07 |
| Jason Murray<br>19059 Grovewood Dr.<br>Corona, CA  92881 | Enforcement of Employment Agreement Letter and Employment Agreement | 7/16/08 |
| National Service Alliance, Inc.<br>c/o Randy Whitehead<br>6762 South 1300 East<br>Salt Lake City, UT 84121 | Amended and Restated Service Agreement | 4/15/07 |
| Mark E. Oliver<br>523 Harolds Dr.<br>Manakin Sabot, VA 23103 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/7/08 |

| Contract Counterparty | Contract | Contract Date |
|---|---|---|
| Mark D. Overgard<br>3470 Kilburn Circle, Apt. 1012<br>Richmond, VA  23233 | Enforcement of Employment Agreement Letter and Employment Agreement | 9/26/08 |
| Michael Palazzolo<br>3406 Post Mill Place<br>Midlothian, VA  23113 | Enforcement of Employment Agreement Letter and Employment Agreement | 3/14/08 |
| Steven P. Pappas<br>4413 Chatwell Rd.<br>Midlothian, VA  23113 | Enforcement of Employment Agreement Letter and Employment Agreement | 2/22/08 |
| Taylor B. Phillips<br>211 Maymont Way<br>Manakin Sabot, VA 23103 | Termination of Employment Separation Agreement and General Release letter | 10/10/08 |
| Philip J. Schoonover<br>2146 Oyster Harbors<br>Osterville, MA  02655 | Enforcement of Employment Agreement Letter and Employment Agreement | 9/22/08 |
| James M. Stacia<br>8651 Riverview Dr.<br>Richmond, VA  23229 | Termination of Employment Separation Agreement and General Release letter | 9/2/08 |
| Edward T. Stainour<br>148 Crooked Creek Rd.<br>Gettysburg, PA  17325 | Enforcement of Employment Agreement Letter and Employment Agreement | 7/9/08 |
| The Jefferson Hotel<br>101 W. Franklin Street<br>Richmond, VA 23220<br>Attn: Cathy Schelfstad | Hotel room and conference center reservations for Dec. 15-16, 2008 | 9/10/08 |
| Robert K. Vipperman<br>1515 Grove Ave.<br>Richmond, VA  23220 | Severance Agreement and Release of Claims, and Employment Agreement | 4/7/08 |
| Harry C. Waldo, Jr.<br>1304 Beacher Lane<br>Norfolk, VA  23509 | Enforcement of Employment Agreement Letter and Employment Agreement | 4/49/08 |
| Peter Weedfald<br>400 Ridgewood Ave<br>Glen Ridge, NJ  07028 | Enforcement of Employment Agreement Letter and Employment Agreement | 2/29/08 |
| James Wimmer<br>12928 Church Road<br>Richmond, VA  23233 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/7/08 |
| Doug A. Yost<br>42 Van Allen Rd<br>Glen Rock, NJ  07452 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/5/08 |