MESCH, CLARK & ROTHSCHILD, P.C.
259 North Meyer Avenue
Tucson, Arizona 85701
Phone:   (520) 624-8886
Fax:        (520) 798-1037
Email: bwhinery@mcrazlaw.com

By:    Brenda Moody Whinery, #10677
       tba/cmc

Attorneys for Windsail Properties, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et.al., | Case No. 08-35653 |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Brenda Moody Whinery, Esq. of **Mesch, Clark & Rothschild, P.C.**, hereby enters an appearance in the above-captioned case on behalf of Windsail Properties, LLC, pursuant to 11 U.S.C. §1109(b), Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9010-1. The undersigned requests that all notices given or required to be given and all papers served in this case be delivered to and served upon and further request to be added to the Master Service List:

Brenda Moody Whinery, Esq.
**MESCH, CLARK & ROTHSCHILD, P.C.**
259 N Meyer Avenue
Tucson AZ 85701
(520) 624-8886 (Telephone)
(520) 798-1037 (Facsimile)
bwhinery@mcrazlaw.com

**PLEASE TAKE FURTHER NOTICES THAT,** in accordance with Section 1109(b) of the Bankruptcy Code, the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

This Notice of Appearance and Demand for Service of Papers shall not be deemed or construed to be a waiver of any of the rights of Windsail Properties, LLC to 1) a trial by jury in any case, controversy or proceeding so triable in this case or any case, controversy or proceeding related to this case; 2) assert any other rights, claims, defenses, actions, setoffs, offsets or recoupments to which it is entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, offsets and recoupments are hereby expressly reserved; 3) have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and 4) object to the jurisdiction of this Court.

Respectfully submitted this 22 day of December, 2008.

                                            MESCH CLARK & ROTHSCHILD PC

                              By:    s/Brenda Moody Whinery, #10677
                                     Brenda Moody Whinery, Esq.
                                     Attorney for Windsail Properties, LLC

294190