# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 08-35653** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | **(Jointly Administered)** |
| | ) | |

## NOTICE OF APPEARANCE OF MORGAN HILL RETAIL VENTURE, LP AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE, that Morgan Hill Retail Venture, LP ("Morgan Hill"), a creditor of the debtor herein, hereby appears in this case by its counsel, Lawrence A. Katz, Kristen E. Burgers, and the law firm of Venable LLP, and such counsel hereby enter their appearance, pursuant to § 1109 of the United States Bankruptcy Code ("Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 9010(b), and such counsel hereby request, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in this case be served upon them at the following addresses:

> Lawrence A. Katz
> Venable LLP
> 8010 Towers Crescent Drive, Suite 300
> Vienna, Virginia 22182-2707
> Email: lakatz@venable.com

> Kristen E. Burgers
> Venable LLP
> 8010 Towers Crescent Drive, Suite 300
> Vienna, Virginia 22182-2707
> Email: keburgers@venable.com

Lawrence A. Katz (VA Bar No. 47664)
Kristen E. Burgers (VA Bar No. 67997)
Venable LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Tel: (703) 760-1600
Fax: (703) 821-8949

*Counsel to Morgan Hill Retail Venture, LP*

# 269939
105547- 26631

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF DOCUMENTS is without prejudice to the remedies and claims of Morgan Hill against other entities, or any objection that may be made to the jurisdiction or venue of this Court, and shall not be deemed or construed to be a waiver of Morgan Hill's rights to (1) have final orders in noncore matters entered only after *de novo* review by a district judge, (2) trial by jury in any proceeding related to this case, (3) have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Morgan Hill is, or may be entitled, in law or in equity, all of which rights Morgan Hill expressly reserves.

Dated: December 23, 2008                                        Respectfully submitted,

/s/ Lawrence A. Katz
Lawrence A. Katz (VA Bar No. 47664)
Kristen E. Burgers (VA Bar No. 67997)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182-2707
Tel: (703) 760-1609
Fax: (703) 821-8949
Email: lakatz@venable.com
*Counsel to Morgan Hill Retail Venture, LP*

# CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appearance of Morgan Hill Retail Venture, LP and Request for Service of Notices and Documents to be served via electronic service this 23rd day of December, 2008, upon the following:

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219

*Assistant United States Trustee*

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

*Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

*Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

*Counsel for the Debtors*

  */s/ Lawrence A. Katz*
  Lawrence A. Katz

#269939