**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 08-35653 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING ADMISSION**
***PRO HAC VICE* OF FRANK T. PEPLER**

This matter came before the Court upon the Motion for Admission *Pro Hac Vice* of Frank T. Pepler (the "Motion") filed by Lawrence A. Katz, seeking admission *pro hac vice* for Frank T. Pepler of the law firm of Pepler Mastromonaco LLP in the above-styled bankruptcy case (the "Bankruptcy Case"), pursuant to Local Rule 2090-1(E).  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Frank T. Pepler be authorized to practice *pro hac vice* before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

2. Frank T. Pepler, of the law firm of Pepler Mastromonaco LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Morgan Hill Retail Venture, LP.

ENTERED: _____, 200__.

_____
United States Bankruptcy Judge

- 2 -

I ASK FOR THIS:

*/s/ Lawrence A. Katz*
Lawrence A. Katz
Kristen E. Burgers
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182

Andrew J. Currie
Abby W. Clifton
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202

Dennis Early, Esq.
Assistant U.S. Trustee
115 S. Union Street, Room 210
Alexandria, VA 22314

Nikolaus F. Schandlbauer, Esq.
Harold G. Belkowitz, Esq.
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W., 5th Floor
Washington, D.C.  20005-3324

## Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

*/s/ Lawrence A. Katz*
Lawrence A. Katz