# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| CIRCUIT CITY STORES, INC., et al § | | CASE NO. 08-35653-KRH |
| § | | Jointly Administered |
| § | | |
| DEBTORS. § | | CHAPTER 11 |

## ORDER UNDER 11 U.S.C. § 365 APPROVING REJECTION OF ALHAMBRA LEASE

Upon consideration of motion (the "Motion")[1] of Raymond & Main for order under section 365 of title 11 of the United States Code (the "Bankruptcy Code") compelling rejection or, in the alternative, assumption of the Alhambra Lease; and after due deliberation thereon, and sufficient cause appearing therefore,

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.   The Court has jurisdiction over this matter and over the property of the Debtors and their respective estates pursuant to 28 U.S.C. §§ 157(a) and 1334.

B.   This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

C.   Venue of these cases and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

D.   The relief requested in the Motion and granted herein is in the best interests of the Debtors, their estates, their stakeholders, and other parties-in-interest.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  *See* Fed. R. Bankr. P. 7052.

E. The notice of the Motion given by Raymond & Main constitutes due and sufficient notice thereof.

F. Raymond & Main has articulated good and sufficient reasons for the Court to approve the rejection of the Alhambra Lease.

THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. The relief requested in the Motion is GRANTED, as modified hereby.

2. The Alhambra Lease is hereby rejected effective December 22, 2008.

3. Any property remaining at the Leased Premises (PARCEL 1 IN THE CITY OF ALHAMBRA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON PARCEL MAP NO. 19698, FILED IN BOOK 233, PAGES 11 AND 12 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY, COMMONLY REFERRED TO AS THE RAYMOND AND MAIN CENTER, LOCATED AT 2121 MAIN STREET, ALHAMBRA, CALIFORNIA) is deemed abandoned to Raymond & Main.  Raymond & Main may retain or dispose of such property without liability or claim by any third party. Possession, title and ownership of the Leased Premises and Building are hereby deemed transferred to and vested in Raymond & Main effective December 22, 2008. This Order may be filed of record as evidence of the rejection of the Alhambra Lease so that any matters of record that were created as a result of the Alhambra Lease may be removed from title.

4. Any claim for rejection damages shall be filed on or before January 30, 2008.  All rights with respect thereto are reserved.

5. This order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution of this order.

-3-

Dated: Richmond, Virginia
December _____, 2008

_____
THE HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
(302) 651-3000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois  60606
(312) 407-0700

-and-

/s/ *Douglas M. Foley*
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia  23219
(804) 775-1089

Counsel to the Debtors
And Debtors in Possession

CANTOR ARKEMA, P.C.

By:  /s/ *Neil E. McCullagh*
Neil E. McCullagh
Virginia Bar No. 39027
NMcCullagh@cantorarkema.com
Bank of American Center
1111 East Main Street, 16th Floor
Richmond, Virginia  23219
(804) 644-1400 Tel.
(804) 225-8706 Fax

HOUSTON\2249046.1                -4-

-5-

And

BRACEWELL & GIULIANI LLP

By:  */s/ William A. (Trey) Wood, III*
William A. (Trey) Wood, III
Texas Bar No. 21916050
Trey.Wood@bgllp.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:     (713) 223-2300
Facsimile:     (713) 221-1212
**ATTORNEYS FOR RAYMOND &
MAIN RETAIL, LLC**

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

I hereby certify that the proposed order has been served upon or endorsed by all necessary parties.

*/s/ Douglas M. Foley*
Douglas M. Foley