UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING MOTION FOR**
**ADMISSION PRO HAC VICE OF NICLAS A. FERLAND**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Niclas A. Ferland (the "Motion") filed by Martha E. Hulley, seeking admission pro hac vice for Niclas A. Ferland, of the law firm of LeClairRyan, A Professional Corporation, in the above-styled bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Niclas A. Ferland be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

_____
Christopher L. Perkins (Va. Bar No. 41783)
Martha E. Hulley (Va. Bar No. 73052)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003

2.	Niclas A. Ferland, of the law firm of LeClairRyan, A Professional Corporation, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Cardinal Capital Partners, Benenson Capital Company, Brandywine Grande C, L.P., CC Kingsport 98, LLC, The Balogh Companies, Westfield, LLC, CK Richmond Business Services #2, LLC, Fayettville Developers, LLC, and Developers Realty, Inc.

ENTERED:	_____
	UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Martha E. Hulley
Christopher L. Perkins (Va. Bar No. 41783)
Martha E. Hulley (Va. Bar No. 73052)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia  23218-2499
(804) 783-2003

### Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Martha E. Hulley
Movant

2

## SERVICE LIST

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
    *Assistant United States Trustee*

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
    *Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
One James One James Center
901 East Cary Street
Richmond, Virginia 23219
    *Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Mcaghcr & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
    *Counsel for the Debtors*