| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 365(a) AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES OF PERSONAL PROPERTY**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order, under Bankruptcy Code sections 105(a), 363 and 365(a) and Bankruptcy Rule 6006,

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

authorizing the Debtors to reject certain unexpired leases of personal property, including any amendments, modifications or subleases thereto, as set forth on the attached Exhibit A (collectively, the "Leases"), and any guaranties thereof; and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED, as set forth below.

2. The Leases set forth on Exhibit A and any guaranties thereof are hereby rejected. Nothing in this paragraph 2 shall preclude a lessor from seeking rejection damages against a guarantor of a rejected

guaranty, in addition to such lessor's right to seek rejection damages under the Bankruptcy Code.

       3.   Each counterparty to a Lease or any guaranty thereof shall have until the later of (i) thirty (30) days of date this Order is entered on the docket and (ii) January 30, 2008, to file a proof of claim on account any and all claims (as defined in the Bankruptcy Code) arising from or related to rejection of its Lease or guaranty.

       4.   The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

       5.   The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:   Richmond, Virginia
         December __, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        /s/ Douglas M. Foley

**EXHIBIT A**
**(List of Unexpired Leases of Personal Property)**

**EXHIBIT A**

**PHH Arval Leases**

| Unit Number | Lease Schedule Number | Delivery Date | VIN | Year | Make | Model |
|---|---|---|---|---|---|---|
| 06067 | 02-0000-0400 | 12/27/2005 | 2CNDL23F066092808 | 2006 | CHEVROLET | EQUINOX AWD |
| 06005 | 02-0000-8042 | 12/31/2005 | 2CNDL23F066075748 | 2006 | CHEVROLET | EQUINOX AWD |
| 05068 | 02-0000-8059 | 4/6/2005 | 2CNDL23F256168589 | 2005 | CHEVROLET | EQUINOX AWD |
| 05030 | 02-0000-8064 | 12/15/2004 | 2CNDL23F056113848 | 2005 | CHEVROLET | EQUINOX AWD |
| 05043 | 02-0000-8064 | 2/21/2005 | 2CNDL23F056149295 | 2005 | CHEVROLET | EQUINOX AWD |
| 06009 | 02-0000-8064 | 12/23/2005 | 1G1ZS51846F177569 | 2006 | CHEVROLET | MALIBU |
| 06018 | 02-0000-8064 | 1/8/2006 | 2CNDL23FX66098079 | 2006 | CHEVROLET | EQUINOX AWD |
| 06014 | 02-0000-8079 | 11/22/2005 | 1G1ZS51826F155571 | 2006 | CHEVROLET | MALIBU |
| 06070 | 02-0000-8079 | 1/21/2006 | 1G1ZS51836F196002 | 2006 | CHEVROLET | MALIBU |
| 05058 | 02-0000-8137 | 3/5/2005 | 1G1ZS52F75F249280 | 2005 | CHEVROLET | MALIBU |
| 05059 | 02-0000-8137 | 4/8/2005 | 2CNDL23F556164150 | 2005 | CHEVROLET | EQUINOX AWD |
| 05070 | 02-0000-8137 | 6/1/2005 | 2CNDL23F556171017 | 2005 | CHEVROLET | EQUINOX AWD |
| 05081 | 02-0000-8137 | 6/25/2005 | 2CNDL23F056196925 | 2005 | CHEVROLET | EQUINOX AWD |
| 06019 | 02-0000-8137 | 11/18/2005 | 1G1ZS51866F161065 | 2006 | CHEVROLET | MALIBU |
| 05018 | 02-0000-8141 | 11/24/2004 | 1G1ZS52F35F185139 | 2005 | CHEVROLET | MALIBU |
| 05041 | 02-0000-8141 | 3/1/2005 | 2CNDL23F756143784 | 2005 | CHEVROLET | EQUINOX AWD |
| 05089 | 02-0000-8141 | 6/28/2005 | 1G1ZS52885F222770 | 2005 | CHEVROLET | MALIBU |
| 06008 | 02-0000-8141 | 12/7/2005 | 2CNDL23F366075789 | 2006 | CHEVROLET | EQUINOX AWD |
| 06056 | 02-0000-8141 | 1/26/2006 | 1G1ZS51846F161050 | 2006 | CHEVROLET | MALIBU |
| 06066 | 02-0000-8141 | 12/7/2005 | 2CNDL23F966081547 | 2006 | CHEVROLET | EQUINOX AWD |
| 05014 | 02-0000-8510 | 11/23/2004 | 2CNDL23F956103254 | 2005 | CHEVROLET | EQUINOX AWD |
| 05038 | 02-0000-8510 | 1/14/2005 | 2CNDL23F056127538 | 2005 | CHEVROLET | EQUINOX AWD |
| 05078 | 02-0000-8510 | 4/26/2005 | 1G1ZS52F25F281151 | 2005 | CHEVROLET | MALIBU |
| 05083 | 02-0000-8510 | 5/25/2005 | 1G1ZS52F25F292148 | 2005 | CHEVROLET | MALIBU |
| 05010 | 02-0000-8538 | 11/1/2004 | 2CNDL23F256090069 | 2005 | CHEVROLET | EQUINOX AWD |
| 05022 | 02-0000-8585 | 11/15/2004 | 1G1ZS52F25F184869 | 2005 | CHEVROLET | MALIBU |
| 05046 | 02-0000-8585 | 4/5/2005 | 1G1ZS52FX5F251752 | 2005 | CHEVROLET | MALIBU |
| 05066 | 02-0000-8585 | 4/5/2005 | 1G1ZS52FX5F259284 | 2005 | CHEVROLET | MALIBU |

| Unit Number | Lease Schedule Number | Delivery Date | VIN | Year | Make | Model |
|---|---|---|---|---|---|---|
| 06034 | 02-0000-8585 | 11/18/2005 | 1G1ZS51856F159291 | 2006 | CHEVROLET | MALIBU |
| 05031 | 02-0000-8587 | 12/6/2004 | 1G1ZS52F85F194418 | 2005 | CHEVROLET | MALIBU |
| 05072 | 02-0000-8587 | 5/2/2005 | 2CNDL23FX56180117 | 2005 | CHEVROLET | EQUINOX AWD |
| 05027 | 02-0000-8589 | 10/6/2004 | 1G1ZS52F55F195123 | 2005 | CHEVROLET | MALIBU |
| 05023 | 02-0000-8642 | 11/30/2004 | 1G1ZS52F35F184816 | 2005 | CHEVROLET | MALIBU |
| 05044 | 02-0000-8642 | 3/14/2005 | 2CNDL23F756157586 | 2005 | CHEVROLET | EQUINOX AWD |
| 05054 | 02-0000-8642 | 4/4/2005 | 1G1ZS52F45F249253 | 2005 | CHEVROLET | MALIBU |
| 05056 | 02-0000-8642 | 4/4/2005 | 1G1ZS52F65F254258 | 2005 | CHEVROLET | MALIBU |
| 05061 | 02-0000-8642 | 3/28/2005 | 1G1ZS52FX5F249595 | 2005 | CHEVROLET | MALIBU |
| 05063 | 02-0000-8642 | 4/4/2005 | 2CNDL23F756163551 | 2005 | CHEVROLET | EQUINOX AWD |
| 05064 | 02-0000-8642 | 3/14/2005 | 1G1ZS52F35F258848 | 2005 | CHEVROLET | MALIBU |
| 05069 | 02-0000-8642 | 5/9/2005 | 1G1ZS52F25F267525 | 2005 | CHEVROLET | MALIBU |
| 06016 | 02-0000-8642 | 11/22/2005 | 1G1ZS51876F163715 | 2006 | CHEVROLET | MALIBU |
| 06052 | 02-0000-8642 | 11/22/2005 | 2CNDL23F566074353 | 2006 | CHEVROLET | EQUINOX AWD |
| 06057 | 02-0000-8642 | 12/6/2005 | 2CNDL23F566077110 | 2006 | CHEVROLET | EQUINOX AWD |
| 06060 | 02-0000-8642 | 12/6/2005 | 2CNDL23F366078322 | 2006 | CHEVROLET | EQUINOX AWD |
| 06055 | 02-0000-8850 | 12/27/2005 | 2CNDL23F066081453 | 2006 | CHEVROLET | EQUINOX AWD |
| 05039 | 02-0000-8851 | 2/17/2005 | 2CNDL23F556143783 | 2005 | CHEVROLET | EQUINOX AWD |
| 05017 | 02-9000-1590 | 11/24/2004 | 1G1ZS52FX5F184697 | 2005 | CHEVROLET | MALIBU |
| 21872 | 05-0007-0540 | 12/20/2004 | 130006613 | 2004 | JLG | ORDER PICKER SCHEDULE 62 |
| 21659 | 05-0007-3549 | 6/18/2004 | 130007191 | 2004 | JLG | ORDER PICKER SCHEDULE 53A |
| 21641 | 05-0007-3552 | 3/30/2004 | 130005981 | 2004 | JLG | ORDER PICKER SCHEDULE 50A |
| 21776 | 05-0007-3575 | 10/15/2004 | 130005932 | 2004 | JLG | ORDER PICKER SCHEDULE 59 |
| 22084 | 05-0007-3598 | 1/30/2006 | 130007199 | 2006 | JLG | ORDER PICKER SCHEDULE 75 |
| 22200 | 05-0007-3748 | 10/5/2006 | 379234 | 2006 | BIG | ORDER PICKER SCHEDULE 85 |

| Unit Number | Lease Schedule Number | Delivery Date | VIN | Year | Make | Model |
|---|---|---|---|---|---|---|
| 22201 | 05-0007-3763 | 11/8/2006 | 379233 | 2006 | BIG | ORDER PICKER SCHEDULE 87 |
| 21805 | 05-0007-3784 | 10/12/2004 | 130005942 | 2004 | JLG | ORDER PICKER SCHEDULE 59 |

3