# TERMS OF SALE OF GOODS AND / OR SERVICES

# SALES INVOICE

## (M) MOTOROLA

**General Instrument Corporation**
**dba Connected Home Solutions Business of Motorola, Inc.**
**101 Tournament Drive**
**Horsham, PA  19044**
**215-323-1000**

| | |
|---|---|
| INVOICE NO. | 7114442 |
| INVOICE DATE | 01-OCT-08 |
| PURCHASE ORDER NO. | 2158835 |
| CUSTOMER NO. | 5002277 |
| DUE DATE | 31-OCT-08 |
| COMMERCIAL INV NO. | 8821002 |

BILL TO LOCATION:    RICHMOND001

B
I
L
L

T
O

CIRCUIT CITY STORES, INC.
9954 MARYLAND DRIVE
DEEP RUN 3, 5TH FLOOR , ATTN MERCHANDISE PAYABLE
RICHMOND VA 23233

SHIP TO LOCATION:    0775

S
H
I
P

T
O

CIRCUIT CITY STORES, INC.
19925 INDEPENDENCE BLVD
STORE #775 / RAY CURRENT
GROVELAND FL 34736

**PLEASE REMIT TO:**

**General Instrument Corporation**
**dba Connected Home Solutions Business of Motorola, Inc.**
PO BOX 91640
CHICAGO IL 60693

| ORDER NO. | ORDER DATE | ORDER TYPE | WH | TERMS | SALESMAN | SBU | GEO CODE NO |
|---|---|---|---|---|---|---|---|
| 90381062 | 25-SEP-08 | OM-STANDARD ORDER MIXE | H03 | NET 30 | COLEEN BOHNERT | 185 | 100693454 |

| P/S BATCH # | P/S NO. | SHIPPED VIA | WAYBILL NUMBER | NO. OF PKGS. | WEIGHT | SHIP DATE |
|---|---|---|---|---|---|---|
| 306654 | 8821002 | ROADWAY | 8737415785 | 42 | 420 | 01-OCT-08 |

**Order Notes:**

If you have any questions, please contact your Receivables Management Specialist    ANGELA URBAN  at 215-323-1760

| LINE NO. | ITEM NUMBER/CROSS REFERENCE | ITEM DESCRIPTION | QUANTITY SHIP | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 515290-107-00 | SB5101,CBL MODEM,RETAIL / ROHS,F/G | 210 | 55.34 | 11,621.40 |

FREIGHT CHARGES ON THIS INVOICE MAY BE CONSOLIDATED FOR SEVERAL PACKING SLIPS.

PAST DUE INVOICES ARE SUBJECT TO 1 1/2% PER MONTH SERVICE CHARGE.

MIU

Make checks payable to General Instrument, dba Connected Home Solutions Business of Motorola, Inc..  Record Invoice No. on your check. All shipments F.O.B. our plant. All claims for allowance must be made within 10 days from date of invoice. Do not return merchandise without our permission. Merchandise returned must be prepaid to be accepted. Seller represents that with respect to the requisition of the articles and/or the performance of the services covered by this invoice, it has fully complied with Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.  Inquiries should be directed to General Instrument, dba Connected Home Solutions Business of Motorola, Inc., 101 Tournament Drive, Horsham, PA 19044.  Telephone No. (215) 323-1000.

| | |
|---|---|
| MERCHANDISE | 11,621.40 |
| TAX | 0.00 |
| FREIGHT/DELIVERY | 0.00 |
| TOTAL | 11,621.40 |
| CURRENCY: | USD |

# TERMS OF SALE OF GOODS AND / OR SERVICES

# SALES INVOICE

**MOTOROLA**

**General Instrument Corporation**
**dba Connected Home Solutions Business of Motorola, Inc.**
**101 Tournament Drive**
**Horsham, PA  19044**
**215–323–1000**

| | |
|---|---|
| INVOICE NO. | **7114443** |
| INVOICE DATE | **01–OCT–08** |
| PURCHASE ORDER NO. | **2158832** |
| CUSTOMER NO. | **5002277** |
| DUE DATE | **31–OCT–08** |
| COMMERCIAL INV NO. | **8821005** |

BILL TO LOCATION:   RICHMOND001

B
I
L
L
T
O

CIRCUIT CITY STORES, INC.
9954 MARYLAND DRIVE
DEEP RUN 3, 5TH FLOOR , ATTN MERCHANDISE PAYABLE
RICHMOND VA 23233

SHIP TO LOCATION:   0755

S
H
I
P
T
O

CIRCUIT CITY STORES, INC.
1100 CIRCUIT CITY ROAD
STORE #755 / CRAIG HUNT
MARION IL 62959

PLEASE REMIT TO:

**General Instrument Corporation**
**dba Connected Home Solutions Business of Motorola, Inc.**
PO BOX 91640
CHICAGO IL 60693

| ORDER NO. | ORDER DATE | ORDER TYPE | WH | TERMS | SALESMAN | SBU | GEO CODE NO |
|---|---|---|---|---|---|---|---|
| 90381063 | 25–SEP–08 | OM–STANDARD ORDER MIXE | H03 | NET 30 | COLEEN BOHNERT | 185 | 141991730 |

| P/S BATCH # | P/S NO. | SHIPPED VIA | WAYBILL NUMBER | NO. OF PKGS. | WEIGHT | SHIP DATE |
|---|---|---|---|---|---|---|
| 306654 | 8821005 | ROADWAY | 8737415812 | 969 | 1938 | 01–OCT–08 |

**Order Notes:**

If you have any questions, please contact your Receivables Management Specialist    ANGELA URBAN  at  215–323–1760

| LINE NO. | ITEM NUMBER/CROSS REFERENCE | ITEM DESCRIPTION | QUANTITY SHIP | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 2210-02-M002 | 2210-RETAIL-SW,RETAIL -ADSL MDM SNGL DASH PORT ETH, | 969 | 52.43 | 50,804.67 |

FREIGHT CHARGES ON THIS INVOICE MAY BE CONSOLIDATED FOR SEVERAL PACKING SLIPS.

PAST DUE INVOICES ARE SUBJECT TO 1 1/2% PER MONTH SERVICE CHARGE.

MIU

Make checks payable to General Instrument, dba Connected Home Solutions Business of Motorola, Inc.. Record Invoice No. on your check. All shipments F.O.B. our plant. All claims for allowance must be made within 10 days from date of invoice. Do not return merchandise without our permission. Merchandise returned must be prepaid to be accepted. Seller represents that with respect to the requisition of the articles and/or the performance of the services covered by this invoice, it has fully complied with Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.  Inquires should be directed to General Instrument, dba Connected Home Solutions Business of Motorola, Inc., 101 Tournament Drive, Horsham, PA 19044.  Telephone No. (215) 323-1000.

| | |
|---|---|
| MERCHANDISE | 50,804.67 |
| TAX | 0.00 |
| FREIGHT/DELIVERY | 0.00 |
| **TOTAL** | **50,804.67** |
| CURRENCY: | **USD** |

# TERMS OF SALE OF GOODS AND / OR SERVICES

# SALES INVOICE

## Ⓜ MOTOROLA

**General Instrument Corporation**
**dba Connected Home Solutions Business of Motorola, Inc.**
**101 Tournament Drive**
**Horsham, PA 19044**
**215-323-1000**

| | |
|---|---|
| INVOICE NO. | |
| **7114444** | |
| INVOICE DATE | |
| **01-OCT-08** | |
| PURCHASE ORDER NO. | |
| **2158834** | |
| CUSTOMER NO. | |
| **5002277** | |
| DUE DATE | |
| **31-OCT-08** | |
| COMMERCIAL INV NO. | |
| **8821005** | |

BILL TO LOCATION:    RICHMOND001

B
I
L
L

T
O

CIRCUIT CITY STORES, INC.
9954 MARYLAND DRIVE
DEEP RUN 3, 5TH FLOOR , ATTN MERCHANDISE PAYABLE
RICHMOND VA 23233

SHIP TO LOCATION:    0755

S
H
I
P

T
O

CIRCUIT CITY STORES, INC.
1100 CIRCUIT CITY ROAD
STORE #755 / CRAIG HUNT
MARION IL 62959

PLEASE REMIT TO:

**General Instrument Corporation**
**dba Connected Home Solutions Business of Motorola, Inc.**
PO BOX 91640
CHICAGO IL 60693

| ORDER NO. | ORDER DATE | ORDER TYPE | WH | TERMS | SALESMAN | SBU | GEO CODE NO |
|---|---|---|---|---|---|---|---|
| 90381064 | 25-SEP-08 | OM-STANDARD ORDER MIXE | | NET 30 | COLEEN BOHNERT | 185 | 141991730 |

| P/S BATCH # | P/S NO. | SHIPPED VIA | WAYBILL NUMBER | NO. OF PKGS. | WEIGHT | SHIP DATE |
|---|---|---|---|---|---|---|
| 306654 | 8821005 | ROADWAY | 8737415812 | 11 | 168.96 | 01-OCT-08 |

**Order Notes:**

If you have any questions, please contact your Receivables Management Specialist    ANGELA URBAN  at 215-323-1760

| LINE NO. | ITEM NUMBER/CROSS REFERENCE | ITEM DESCRIPTION | QUANTITY SHIP | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 484095-001-00 | SIGNAL BOOSTER,PRD OTH,AU,BDA-100S1 / RETAIL PKG W/ | 66 | 31.85 | 2,102.10 |

FREIGHT CHARGES ON THIS INVOICE MAY BE CONSOLIDATED FOR
SEVERAL PACKING SLIPS.

PAST DUE INVOICES ARE SUBJECT TO 1 1/2% PER MONTH SERVICE
CHARGE.

MIU

Make checks payable to General Instrument, dba Connected Home Solutions
Business of Motorola, Inc... Record Invoice No. on your check. All shipments F.O.B.
our plant. All claims for allowance must be made within 10 days from date of invoice.
Do not return merchandise without our permission. Merchandise returned must be
prepaid to be accepted. Seller represents that with respect to the requisition of the
articles and/or the performance of the services covered by this invoice. It has fully
complied with Section 6, 7 and 12 of the Fair Labor Standards Act. as amended, and
of regulations and orders of the United States Department of Labor issued under
Section 14 thereof.  Inquiries should be directed to General Instrument, dba
Connected Home Solutions Business of Motorola, Inc., 101 Tournament Drive,
Horsham, PA 19044.  Telephone No. (215) 323-1000.

| | |
|---|---|
| MERCHANDISE | 2,102.10 |
| TAX | 0.00 |
| FREIGHT/DELIVERY | 0.00 |
| **TOTAL** | **2,102.10** |
| CURRENCY: | **USD** |

2200-10.004B  8/95

# TERMS OF SALE OF GOODS AND / OR SERVICES

# SALES INVOICE

**(M) MOTOROLA**

PAGE      1 OF 1

General Instrument Corporation
dba Connected Home Solutions Business of Motorola, Inc.
101 Tournament Drive
Horsham, PA  19044
215–323–1000

| | |
|---|---|
| INVOICE NO. | |
| **7114445** | |
| INVOICE DATE | |
| 01–OCT–08 | |
| PURCHASE ORDER NO. | |
| **2158833** | |
| CUSTOMER NO. | |
| **5002277** | |
| DUE DATE | |
| 31–OCT–08 | |
| COMMERCIAL INV NO. | |
| 8821005 | |

BILL TO LOCATION:   RICHMOND001

B
I
L
L

T
O

CIRCUIT CITY STORES, INC.
9954 MARYLAND DRIVE
DEEP RUN 3, 5TH FLOOR , ATTN MERCHANDISE PAYABLE
RICHMOND VA 23233

SHIP TO LOCATION:   0755

S
H
I
P

T
O

CIRCUIT CITY STORES, INC.
1100 CIRCUIT CITY ROAD
STORE #755 / CRAIG HUNT
MARION IL 62959

PLEASE REMIT TO:

General Instrument Corporation
dba Connected Home Solutions Business of Motorola, Inc.
PO BOX 91640
CHICAGO IL 60693

| ORDER NO. | ORDER DATE | ORDER TYPE | WH | TERMS | SALESMAN | SBU | GEO CODE NO |
|---|---|---|---|---|---|---|---|
| 90381065 | 25–SEP–08 | OM–STANDARD ORDER MIXE | | NET 30 | COLEEN BOHNERT | 185 | 141991730 |

| P/S BATCH # | P/S NO. | SHIPPED VIA | WAYBILL NUMBER | NO. OF PKGS. | WEIGHT | SHIP DATE |
|---|---|---|---|---|---|---|
| 306654 | 8821005 | ROADWAY | 8737415812 | 480 | 960 | 01–OCT–08 |

**Order Notes:**

If you have any questions, please contact your Receivables Management Specialist      ANGELA URBAN  at 215–323–1760

| LINE NO. | ITEM NUMBER/CROSS REFERENCE | ITEM DESCRIPTION | QUANTITY SHIP | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 515290–107–00 | SB5101,CBL MODEM,RETAIL / ROHS,F/G | 480 | 55.34 | 26,563.20 |

FREIGHT CHARGES ON THIS INVOICE MAY BE CONSOLIDATED FOR
SEVERAL PACKING SLIPS.

PAST DUE INVOICES ARE SUBJECT TO 1 1/2% PER MONTH SERVICE
CHARGE.

MIU

Make checks payable to General Instrument, dba Connected Home Solutions
Business of Motorola, Inc... Record Invoice No. on your check. All shipments F.O.B.
our plant. All claims for allowance must be made within 10 days from date of invoice.
Do not return merchandise without our permission. Merchandise returned must be
prepaid to be accepted. Seller represents that with respect to the requisition of the
articles and/or the performance of the services covered by this invoice. It has fully
complied with Section 6, 7 and 12 of the Fair Labor Standards Act. as amended, and
of regulations and orders of the United States Department of Labor issued under
Section 14 thereof.  Inquiries should be directed to General Instrument, dba
Connected Home Solutions Business of Motorola, Inc., 101 Tournament Drive,
Horsham, PA 19044. Telephone No. (215) 323-1000.

| | |
|---|---|
| MERCHANDISE | 26,563.20 |
| TAX | 0.00 |
| FREIGHT/DELIVERY | 0.00 |
| **TOTAL** | **26,563.20** |
| CURRENCY: | **USD** |

# TERMS OF SALE OF GOODS AND / OR SERVICES

# SALES INVOICE

PAGE    1 OF 1

## Ⓜ MOTOROLA

General Instrument Corporation
dba Connected Home Solutions Business of Motorola, Inc.
101 Tournament Drive
Horsham, PA  19044
215-323-1000

| | |
|---|---|
| INVOICE NO. | |
| | **7114446** |
| INVOICE DATE | |
| | 01-OCT-08 |
| PURCHASE ORDER NO. | |
| | **2158830** |
| CUSTOMER NO. | |
| | **5002277** |
| DUE DATE | |
| | 31-OCT-08 |
| COMMERCIAL INV NO. | |
| | 8821006 |

BILL TO LOCATION:   RICHMOND001

B
I
L
L
T
O

CIRCUIT CITY STORES, INC.
9954 MARYLAND DRIVE
DEEP RUN 3, 5TH FLOOR , ATTN MERCHANDISE PAYABLE
RICHMOND VA 23233

SHIP TO LOCATION:   0567

PLEASE REMIT TO:

S
H
I
P
T
O

CIRCUIT CITY STORES, INC.
1901 COOPER DRIVE
STORE #0567 / TY TALAIFERRO
ARDMORE OK 73401

General Instrument Corporation
dba Connected Home Solutions Business of Motorola, Inc.
PO BOX 91640
CHICAGO IL 60693

| ORDER NO. | ORDER DATE | ORDER TYPE | WH | TERMS | SALESMAN | SBU | GEO CODE NO |
|---|---|---|---|---|---|---|---|
| 90381066 | 25-SEP-08 | OM-STANDARD ORDER MIXE | H03 | NET 30 | COLEEN BOHNERT | 185 | 370190050 |

| P/S BATCH # | P/S NO. | SHIPPED VIA | WAYBILL NUMBER | NO. OF PKGS. | WEIGHT | SHIP DATE |
|---|---|---|---|---|---|---|
| 306654 | 8821006 | ROADWAY | 8737415821 | 175 | 350 | 01-OCT-08 |

Order Notes:

If you have any questions, please contact your Receivables Management Specialist    ANGELA URBAN  at 215-323-1760

| LINE NO. | ITEM NUMBER/CROSS REFERENCE | ITEM DESCRIPTION | QUANTITY SHIP | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 515290-107-00 | SB5101,CBL MODEM,RETAIL / ROHS,F/G | 175 | 55.34 | 9,684.50 |

FREIGHT CHARGES ON THIS INVOICE MAY BE CONSOLIDATED FOR
SEVERAL PACKING SLIPS.

PAST DUE INVOICES ARE SUBJECT TO 1 1/2% PER MONTH SERVICE
CHARGE.

MIU

Make checks payable to General Instrument, dba Connected Home Solutions
Business of Motorola, Inc.,. Record Invoice No. on your check. All shipments F.O.B.
our plant. All claims for allowance must be made within 10 days from date of invoice.
Do not return merchandise without our permission. Merchandise returned must be
prepaid to be accepted. Seller represents with respect to the requisition of the
articles and/or the performance of the services covered by this invoice. It has fully
complied with Section 6, 7 and 12 of the Fair Labor Standards Act. as amended, and
of regulations and orders of the United States Department of Labor issued under
Section 14 thereof.  Inquiries should be directed to General Instrument, dba
Connected Home Solutions Business of Motorola, Inc., 101 Tournament Drive,
Horsham, PA 19044.  Telephone No. (215) 323-1000.

| | |
|---|---|
| MERCHANDISE | 9,684.50 |
| TAX | 0.00 |
| FREIGHT/DELIVERY | 0.00 |
| TOTAL | 9,684.50 |
| CURRENCY: | USD |

2200-10.004B  8/95

# TERMS OF SALE OF GOODS AND / OR SERVICES

# SALES INVOICE

PAGE    1 OF 1

## MOTOROLA

General Instrument Corporation
dba Connected Home Solutions Business of Motorola, Inc.
101 Tournament Drive
Horsham, PA  19044
215-323-1000

BILL TO LOCATION:  RICHMOND001

| | |
|---|---|
| INVOICE NO. | 7114447 |
| INVOICE DATE | 01-OCT-08 |
| PURCHASE ORDER NO. | 2158831 |
| CUSTOMER NO. | 5002277 |
| DUE DATE | 31-OCT-08 |
| COMMERCIAL INV NO. | 8821006 |

B
I
L
L
T
O

CIRCUIT CITY STORES, INC.
9954 MARYLAND DRIVE
DEEP RUN 3, 5TH FLOOR , ATTN MERCHANDISE PAYABLE
RICHMOND VA 23233

SHIP TO LOCATION:  0567

PLEASE REMIT TO:

General Instrument Corporation
dba Connected Home Solutions Business of Motorola, Inc.
PO BOX 91640
CHICAGO IL 60693

S
H
I
P
T
O

CIRCUIT CITY STORES, INC.
1901 COOPER DRIVE
STORE #0567 / TY TALAIFERRO
ARDMORE OK 73401

| ORDER NO. | ORDER DATE | ORDER TYPE | WH | TERMS | SALESMAN | SBU | GEO CODE NO |
|---|---|---|---|---|---|---|---|
| 90381067 | 25-SEP-08 | OM-STANDARD ORDER MIXE | | NET 30 | COLEEN BOHNERT | 185 | 370190050 |

| P/S BATCH # | P/S NO. | SHIPPED VIA | WAYBILL NUMBER | NO. OF PKGS. | WEIGHT | SHIP DATE |
|---|---|---|---|---|---|---|
| 306654 | 8821006 | ROADWAY | 8737415821 | 4 | 61.44 | 01-OCT-08 |

Order Notes:

If you have any questions, please contact your Receivables Management Specialist   ANGELA URBAN  at  215-323-1760

| LINE NO. | ITEM NUMBER/CROSS REFERENCE | ITEM DESCRIPTION | QUANTITY SHIP | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 484095-001-00 | SIGNAL BOOSTER,PRD OTH,AU,BDA-100S1 / RETAIL PKG W/ | 24 | 31.85 | 764.40 |

FREIGHT CHARGES ON THIS INVOICE MAY BE CONSOLIDATED FOR SEVERAL PACKING SLIPS.

PAST DUE INVOICES ARE SUBJECT TO 1 1/2% PER MONTH SERVICE CHARGE.

MIU

Make checks payable to General Instrument, dba Connected Home Solutions Business of Motorola, Inc... Record Invoice No. on your check. All shipments F.O.B. our plant. All claims for allowance must be made within 10 days from date of invoice. Do not return merchandise without our permission. Merchandise returned must be prepaid to be accepted. Seller represents that with respect to the requisition of the articles and/or the performance of the services covered by this invoice. It has fully complied with Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.  Inquiries should be directed to General Instrument, dba Connected Home Solutions Business of Motorola, Inc., 101 Tournament Drive, Horsham, PA 19044.  Telephone No. (215) 323-1000.

| | |
|---|---|
| MERCHANDISE | 764.40 |
| TAX | 0.00 |
| FREIGHT/DELIVERY | 0.00 |
| TOTAL | 764.40 |
| CURRENCY | USD |

2200-10.004B  8/95

## TERMS OF SALE OF GOODS AND/OR SERVICES

# SALES INVOICE

**MOTOROLA**

General Instrument Corporation
dba Connected Home Solutions Business of Motorola, Inc.
101 Tournament Drive
Horsham, PA  19044
215-323-1000

| | |
|---|---|
| INVOICE NO. | 7114448 |
| INVOICE DATE | 01-OCT-08 |
| PURCHASE ORDER NO. | 2158829 |
| CUSTOMER NO. | 5002277 |
| DUE DATE | 31-OCT-08 |
| COMMERCIAL INV NO. | 8821006 |

BILL TO LOCATION: RICHMOND001

**BILL TO:**
CIRCUIT CITY STORES, INC.
9954 MARYLAND DRIVE
DEEP RUN 3, 5TH FLOOR , ATTN MERCHANDISE PAYABLE
RICHMOND VA 23233

SHIP TO LOCATION: 0567

**SHIP TO:**
CIRCUIT CITY STORES, INC.
1901 COOPER DRIVE
STORE #0567 / TY TALAIFERRO
ARDMORE OK 73401

PLEASE REMIT TO:

General Instrument Corporation
dba Connected Home Solutions Business of Motorola, Inc.
PO BOX 91640
CHICAGO IL 60693

| ORDER NO. | ORDER DATE | ORDER TYPE | WH | TERMS | SALESMAN | SBU | GEO CODE NO |
|---|---|---|---|---|---|---|---|
| 90381069 | 25-SEP-08 | OM-STANDARD ORDER MIXE | | NET 30 | COLEEN BOHNERT | 185 | 370190050 |

| P/S BATCH # | P/S NO. | SHIPPED VIA | WAYBILL NUMBER | NO. OF PKGS. | WEIGHT | SHIP DATE |
|---|---|---|---|---|---|---|
| 306654 | 8821006 | ROADWAY | 8737415821 | 408 | 816 | 01-OCT-08 |

**Order Notes:**

If you have any questions, please contact your Receivables Management Specialist   ANGELA URBAN  at 215-323-1760

| LINE NO. | ITEM NUMBER/CROSS REFERENCE | ITEM DESCRIPTION | QUANTITY SHIP | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 2210-02-M002 | 2210-RETAIL-SW,RETAIL –ADSL MDM SNGL DASH PORT ETH, | 408 | 52.43 | 21,391.44 |

FREIGHT CHARGES ON THIS INVOICE MAY BE CONSOLIDATED FOR SEVERAL PACKING SLIPS.

PAST DUE INVOICES ARE SUBJECT TO 1 1/2% PER MONTH SERVICE CHARGE.

MIU

Make checks payable to General Instrument, dba Connected Home Solutions Business of Motorola, Inc...  Record invoice No. on your check. All shipments F.O.B. our plant. All claims for allowance must be made within 10 days from date of invoice. Do not return merchandise without our permission. Merchandise returned must be prepaid to be accepted. Seller represents that with respect to the requisition of the articles and/or the performance of the services covered by this invoice, it has fully complied with Section 6, 7 and 12 of the Fair Labor Standards Act. as amended, and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.  Inquiries should be directed to General Instrument, dba Connected Home Solutions Business of Motorola, Inc., 101 Tournament Drive, Horsham, PA 19044.  Telephone No. (215) 323-1000.

| | |
|---|---|
| MERCHANDISE | 21,391.44 |
| TAX | 0.00 |
| FREIGHT/DELIVERY | 0.00 |
| TOTAL | 21,391.44 |
| CURRENCY: | USD |

2200-10.004B  8/95

# TERMS OF SALE OF GOODS AND / OR SERVICES

# SALES INVOICE

**Ⓜ MOTOROLA**

**General Instrument Corporation**
**dba Connected Home Solutions Business of Motorola, Inc.**
**101 Tournament Drive**
**Horsham, PA  19044**
**215-323-1000**

| | |
|---|---|
| INVOICE NO. | **7114449** |
| INVOICE DATE | 01-OCT-08 |
| PURCHASE ORDER NO. | **2158822** |
| CUSTOMER NO. | **5002277** |
| DUE DATE | 31-OCT-08 |
| COMMERCIAL INV NO. | 8821004 |

BILL TO LOCATION:   RICHMOND001

B
I
L
L

T
O

CIRCUIT CITY STORES, INC.
9954 MARYLAND DRIVE
DEEP RUN 3, 5TH FLOOR , ATTN MERCHANDISE PAYABLE
RICHMOND VA 23233

SHIP TO LOCATION:   0255

PLEASE REMIT TO:

**General Instrument Corporation**
**dba Connected Home Solutions Business of Motorola, Inc.**
PO BOX 91640
CHICAGO IL 60693

S
H
I
P

T
O

CIRCUIT CITY STORES, INC.
4000 TOWNSHIP LINE ROAD
STORE #255 / MIKE SPARLING
BETHLEHEM PA 18020

| ORDER NO. | ORDER DATE | ORDER TYPE | WH | TERMS | SALESMAN | SBU | GEO CODE NO |
|---|---|---|---|---|---|---|---|
| 90381075 | 25-SEP-08 | OM-STANDARD ORDER MIXE | H03 | NET 30 | COLEEN BOHNERT | 185 | 390770320 |

| P/S BATCH # | P/S NO. | SHIPPED VIA | WAYBILL NUMBER | NO. OF PKGS. | WEIGHT | SHIP DATE |
|---|---|---|---|---|---|---|
| 306654 | 8821004 | ROADWAY | 8737415803 | 10 | 153.6 | 01-OCT-08 |

**Order Notes:**

If you have any questions, please contact your Receivables Management Specialist       ANGELA URBAN  at  215-323-1760

| LINE NO. | ITEM NUMBER/CROSS REFERENCE | ITEM DESCRIPTION | QUANTITY SHIP | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 484095-001-00 | SIGNAL BOOSTER,PRD OTH,AU,BDA-100S1 / RETAIL PKG W/ | 60 | 31.85 | 1,911.00 |

FREIGHT CHARGES ON THIS INVOICE MAY BE CONSOLIDATED FOR
SEVERAL PACKING SLIPS.

PAST DUE INVOICES ARE SUBJECT TO 1 1/2% PER MONTH SERVICE
CHARGE.

      MIU

Make checks payable to General Instrument, dba Connected Home Solutions
Business of Motorola, Inc...  Record invoice No. on your check. All shipments F.O.B.
our plant. All claims for allowance must be made within 10 days from date of invoice.
Do not return merchandise without our permission. Merchandise returned must be
prepaid to be accepted. Seller represents that with respect to the requisition of the
articles and/or the performance of the services covered by this invoice, it has fully
complied with Section 6, 7 and 12 of the Fair Labor Standards Act, as amended, and
of regulations and orders of the United States Department of Labor issued under
Section 14 thereof.  Inquiries should be directed to General Instrument, dba
Connected Home Solutions Business of Motorola, Inc., 101 Tournament Drive,
Horsham, PA 19044.  Telephone No. (215) 323-1000.

| | |
|---|---|
| MERCHANDISE | 1,911.00 |
| TAX | 0.00 |
| FREIGHT/DELIVERY | 0.00 |
| **TOTAL** | **1,911.00** |
| CURRENCY: | **USD** |

# TERMS OF SALE OF GOODS AND / OR SERVICES

# SALES INVOICE

PAGE    1 OF 1

## ⓜ MOTOROLA

**General Instrument Corporation**
**dba Connected Home Solutions Business of Motorola, Inc.**
**101 Tournament Drive**
**Horsham, PA  19044**
**215-323-1000**

| | |
|---|---|
| INVOICE NO. | |
| **7114450** | |
| INVOICE DATE | |
| 01-OCT-08 | |
| PURCHASE ORDER NO. | |
| **2158820** | |
| CUSTOMER NO. | |
| **5002277** | |
| DUE DATE | |
| 31-OCT-08 | |
| COMMERCIAL INV NO. | |
| 8821004 | |

BILL TO LOCATION:    RICHMOND001

B
I
L
L

T
O

CIRCUIT CITY STORES, INC.
9954 MARYLAND DRIVE
DEEP RUN 3, 5TH FLOOR , ATTN MERCHANDISE PAYABLE
RICHMOND VA 23233

SHIP TO LOCATION:    0255

S
H
I
P

T
O

CIRCUIT CITY STORES, INC.
4000 TOWNSHIP LINE ROAD
STORE #255 / MIKE SPARLING
BETHLEHEM PA 18020

PLEASE REMIT TO:

**General Instrument Corporation**
**dba Connected Home Solutions Business of Motorola, Inc.**
PO BOX 91640
CHICAGO IL 60693

| ORDER NO. | ORDER DATE | ORDER TYPE | WH | TERMS | SALESMAN | SBU | GEO CODE NO |
|---|---|---|---|---|---|---|---|
| 90381076 | 25-SEP-08 | OM-STANDARD ORDER MIXE | | NET 30 | COLEEN BOHNERT | 185 | 390770320 |

| P/S BATCH # | P/S NO. | SHIPPED VIA | WAYBILL NUMBER | NO. OF PKGS. | WEIGHT | SHIP DATE |
|---|---|---|---|---|---|---|
| 306654 | 8821004 | ROADWAY | 8737415803 | 63 | 126 | 01-OCT-08 |

**Order Notes:**

If you have any questions, please contact your Receivables Management Specialist    ANGELA URBAN  at  215-323-1760

| LINE NO. | ITEM NUMBER/CROSS REFERENCE | ITEM DESCRIPTION | QUANTITY SHIP | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 1 | 2210-02-M002 | 2210-RETAIL-SW,RETAIL -ADSL MDM SNGL DASH PORT ETH, | 63 | 52.43 | 3,303.09 |

FREIGHT CHARGES ON THIS INVOICE MAY BE CONSOLIDATED FOR
SEVERAL PACKING SLIPS.

PAST DUE INVOICES ARE SUBJECT TO 1 1/2% PER MONTH SERVICE
CHARGE.

    MIU

Make checks payable to General Instrument, dba Connected Home Solutions
Business of Motorola, Inc..  Record invoice No, on your check. All shipments F.O.B.
our plant. All claims for allowance must be made within 10 days from date of invoice.
Do not return merchandise without our permission. Merchandise returned must be
prepaid to be accepted. Seller represents that with respect to the requisition of the
articles and/or the performance of the services covered by this invoice. It has fully
complied with Section 6, 7 and 12 of the Fair Labor Standards Act. as amended, and
of regulations and orders of the United States Department of Labor issued under
Section 14 thereof.  Inquiries should be directed to General Instrument, dba
Connected Home Solutions Business of Motorola, Inc., 101 Tournament Drive,
Horsham, PA 19044. Telephone No. (215) 323-1000.

| | |
|---|---|
| MERCHANDISE | 3,303.09 |
| TAX | 0.00 |
| FREIGHT/DELIVERY | 0.00 |
| **TOTAL** | **3,303.09** |
| CURRENCY: | **USD** |

2200-10.004B  8/95

# TERMS OF SALE OF GOODS AND / OR SERVICES