**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| **CIRCUIT CITY STORES, INC.** ) | |
| ) | **Case No. 08-35653-KRH** |
| ) | |
| ) | **Chapter 11** |
| **Debtor.** ) | |

**NOTICE OF APPEARANCE OF SAFEWAY AND REQUEST FOR SERVICE
OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE, that Safeway, a party in interest and creditor of the debtor herein, hereby appears in this case by it's counsel, Linda D. Regenhardt and the law firm of Gary & Regenhardt PLLC, and such counsel hereby enters their appearance, pursuant to § 1109 of the United States Bankruptcy Code ("Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 9010(b), and such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and §§ 342 and 11 09(b) of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in this case be served upon her at the following address:

> Linda D. Regenhardt
> Gary & Regenhardt PLLC
> 8500 Leesburg Pike, Suite 7000
> Vienna, Virginia 22182-2409
> Email: lregenhardt@garyreg.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes,

---

Linda D. Regenhardt, Esquire
*lregenhardt@garyreg.com*
GARY & REGENHARDT PLLC
8500 Leesburg Pike, Suite 7000
Vienna, Virginia 22182-2409
703.848.2828 | 703.893.9276 (fax)

without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF DOCUMENTS is without prejudice to the remedies and claims of Safeway against other entities, or any objection that may be made to the jurisdiction or venue of this Court, and shall not be deemed or construed to be a waiver of Safeway's rights to (1) have final orders in noncore matters entered only after *de novo* review by a district judge, (2) trial by jury in any proceeding related to this case, (3) have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Safeway is, or may be entitled, in law or in equity, all of which rights Safeway expressly reserves.

Dated: December 24, 2008         Respectfully submitted,

GARY & REGENHARDT, PLLC

By: */s/* Linda D. Regenhardt
Linda D. Regenhardt (VA Bar No. 27455)
8500 Leesburg Pike, Suite 7000
Vienna, Virginia 22182-2409
Tel: (703) 848-2828
Fax: (703) 893-9276
Email: lregenhardt@garyreg.com
Counsel to Safeway

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appearance of Safeway and Request for Service of Notices and Documents to be served via U.S. Mail this 24th day of December, 2008, upon the following:

Circuit City Stores, LLC
c/o Reginald D. Hedgebeth
9950 Maryland Drive
Richmond, VA 23233

Commonwealth of Virginia
State Corporation Commission
Tyler Building 1300 E. Main Street
Richmond, VA 23219

Corporate Sales & Use
Employer Withholding
c/o VA Dept. of Tax.
3600 West Broad Street
Richmond, VA 23230-4915

Dept. of Justice
Civil Division
Attn: Director
Commercial Litigation Branch
PO Box 875
Ben Franklin Station
Washington, DC 20044

Environmental Protection Agency
1650 Arch Street
Philadelphia, PA 19103-2029

Environmental Protection Agency
c/o Diana Saenz
1200 Pennsylvania Avenue, NW
Suite 4209
Washington, DC 20004

Environmental Protection Agency
c/o Office of General Counsel
US EPA Mail Code 2377R
1300 Pennsylvania Avenue
Washington, DC 20004

FTI Consulting, Inc.
c/o Robert J. Duffy

c/o Stephen Coulombe
200 State Street, 2nd Floor
Boston, MA 02109

IRS
Attn: L. Lorello
400 N. 8th Street, Box 76
Richmond, VA 23219

Kirkland & Ellis, LLP
Attn: Linda K. Meyers, Esq.
200 E Randolph Dr.
Chicago, IL 60601

Kurtzman Carson Consultants, LLC
c/o Evan Gershbein
2335 Alaska Ave.
El Segundo, CA 90245

Kutak Rock, LLP
c/o Peter J. Barrett
1111 East Main Street
Suite 800
Richmond, VA 23219

Leclair Ryan
Attn: Bruce Matson, Esq.
Riverfront Plaza E Tower
951 E Byrd Street, 8th Floor
Richmond, VA 23219

McGuire Woods, LLP
Attn: Dion W. Hayes
901 E Cary St
One James Center
Richmond, VA 23219

National Asso. Of
Attorneys General
c/o Karen Cordry, Esq.
NAAG BK Counsel
2030 M Street, NW, 8th Floor

3

Washington, DC 20036

Office of the Attorney General
c/o Bob McDonnell
State of Virginia
900 E. Main Street
Richmond, VA 23219

Office of the Secretary of
The Commonwealth
1111 East Broad St., 4th Floor
Richmond, VA 23219

Office of the US Trustee
c/o Robert B. Van Arsdale
701 E. Broad St., Suite 4304
Richmond, VA 23219-1888

Office of the US Trustee
Richmond, Virginia Office
600 East Main Street, Suite 301
Richmond, VA 23219

Pachulski Stang Ziehl & Jones, LLP
c/o Jeffery N. Pomerantz, Esq.
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

Pachulski Stang Ziehl & Jones, LLP
c/o Robert J. Feinstein, Esq.
780 Third Ave., 36th Floor
New York, NY 10017

Riemer & Braunstein, LLP
c/o David S. Berman
Three Center Plaza, 6th Floor
Boston, MA 02108

Secretary of Treasury
15th & Pennsylvania Ave., NW
Washington, DC 20020

Securities & Exchange Commission
Attn: BK Unit
15th & Pennsylvania Ave., NW
Washington, DC 20020

Securities & Exchange Commission
c/o Nathan Fuchs, Esq.

c/o Patricia Schrage, Esq.
New York Office
233 Broadway
New York, NY 10279

Skadden, Arps, Slate, Meagher & Flom, LLP
c/o Gregg M. Galardi, Esq.
c/o Ian S. Fredericks, Esq.
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Skadden, Arps, Slate, Meagher & Flom, LLP
c/o Timothy G. Pohl, Esq.
c/o Chris L. Dickerson, Esq.
333 West Wacker Dr., Suite 2000
Chicago, IL 60606

Tavenner & Beran, PLC
c/o Lynn L. Tavenner, Esq.
c/o Paula S. Beran, Esq.
20 N Eighth St., 2nd Floor
Richmond, VA 23219

Ronald M. Tucker, Esq.
225 W Washington St.
Indianapolis, IN 46204

Taxing Authority Consulting Services
c/o Mark K. Ames
c/o Jeffery Scharf
PO Box 771476
Richmond, VA 23255

Linowes & Blocher, LLP
c/o Bradford F. Englander, Esq.
c/o Brian M. Nestor, Esq.
7200 Wisconsin Ave., Suite 800
Bethesda, MD 20814

Ballard Spahr Andrews & Ingersoll, LLP
c/o Constantinos Panagopoulos, Esq.
c/o Charles W. Chotvacs, Esq.
601 13th Street, NW
Suite 1000 South
Washington, DC 20005

4

Ballard Spahr Andrews & Ingersoll, LLP
c/o David Pollack, Esq.
c/o Jeffrey Meyers, Esq.
c/o Jesse N. Silverman, Esq.
Mellon Bank Ctr., 51st Floor
1735 Market Street
Philadelphia, PA 19103

Bean Kinney & Korman, PC
c/o Mitchell B. Weitzman, Esq.
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201

Developers Diversified Realty Corp.
c/o Eric C. Cotton, Esq.
PO Box 227042
3300 Enterprise Pkwy.
Beachwood, OH 44122

Kelley Drye & Warren, LLP
c/o James S. Carr, Esq.
c/o Robert L. LeHane, Esq.
101 Park Ave.
New York, NY 10178

Weingarten Realty Investors
c/o Jenny J. Hyun, Esq.
2600 Citadel Plz. Dr.
Houston, TX 77008

Andrew S. Conway, Esq.
200 E. Long Lake Rd., Suite 300
Bloomfield Hills, MI 48304

McKenna Long & Aldridge, LLP
c/o John G. McJunkin, Esq.
1900 K St., NW
Washington, DC 20006

Kitchens Kelly Gaynes, PC
c/o Heather Dawson, Esq.
11 Piedmont Ctr, Suite 900
3495 Piedmont Rd., NE
Atlanta, GA 30305

Morgan Lewis & Bockius, LLP
c/o Neil Herman, Esq.
c/o Menachem Zelmanovitz, Esq.
101 Park Ave.

New York, NY 10178-0600

Wiley Rein, LLP
c/o Jason Gold, Esq.
c/o Dylan Trache, Esq.
c/o Rebecca Saitta, Esq.
7925 Jones Branch Dr.
Suite 6200
McLean, VA 22102

The Cafaro Company
c/o Richard T. Davis
PO Box 2186
2445 Belmont Ave
Youngstown, OH 44504-0186

Ross Banks May Cron & Calvin, PC
c/o James Lombardi, III
2 Riverway, Suite 700
Houston, TX 77056

Klee Tuchin Bogdanoff & Stern, LLP
c/o Michael Tuchin
1999 Avenue of the Stars 39th Floor,
Los Angeles, CA 90067-6049

Katten Muchin Rosenman, LLP
c/o Brian Huben, Esq.
c/o Thomas Leanse
c/o Dustin Branch
2029 Century Park E, Suite 2600
Los Angeles, CA 90067-6049

Quarles & Brady, LLP
c/o Brian Sirower, Esq.
c/o Lori Winkelman, Esq.
c/o Catherine Gustello, Esq.
Renaissance One
Two N Central Avenue
Phoenix, AZ 85004-2391

Jeffer Mangels Butler & Marmaro, LLP
c/o David Poitras, PC
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Durrette Bradshaw, PLC
c/o Roy Terry, Jr., Esq.
c/o John Smith, Esq.

5

c/o Elizabeth Gunn, Esq.
600 E Main Street, 20th Floor
Richmond, VA 23219

Leitess Leitess Friedberg & Fedder, PC
c/o Jeremy Friedberg, Esq.
c/o Gordon Young, Esq.
One Corporate Ctr.
10451 Mill Run Circle
Suite 1000
Owings, Mills, MD 21117

K&L Gates, LLP
c/o Eric Rusnak
1601 K St., NW
Washington, DC 20006-1600

K&L Gates, LLP
c/o Marc Barreca
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

Connolly Bove Lodge & Hutz, LLP
c/o Karen Bifferato, Esq.
c/o Christina M. Thompson, Esq.
PO Box 2207
1007 N Orange Street
Wilmington, DE 19899

Connoly Bove Lodge & Hutz, LLP
c/o Min Park, Esq.
1875 Eye St., NW
11th Floor
Washington, DC 20006

Holland & Knight, LLP
c/o Richard Lear
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006

Stinson Morrison Hecker, LLP
c/o Jamie Dibble
1150 18th Street, NW Suite 800
Washington, DC 20036-3816

Schulte Roth & Zable, LLP
c/o Michael Cook
c/o David Hillman

c/o Meghan Breen
919 Third Avenue
New York, NY 10022

Missouri Dept. of Revenue
Attn: Richard Masseles
BK Unit
PO Box 475
Jefferson City, MO 65105-0475

Blank Rome, LLP
c/o Regina Kelbon, Esq.
c/o John Lucian, Esq.
One Logan Sq.
Philadelphia, PA 19103

Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2323 Bryan St., Suite 1600
Dallas, TX 75201

Hamilton Beach Brands, Inc.
c/o Bill Ray
4421 Waterfront Dr.
Glen Allen, VA 23060

Robinson Brog Leinwand Greene
Gonovese & Gluck, PC
c/o Fred Ringel, Esq.
1345 Avenue of the Americas
New York, NY 10105

Arent Fox, LLP
c/o Timothy Brown, Esq.
c/o Mary Dowd, Esq.
c/o Christopher Giaimo, Esq.
1050 Connecticut Avenue, NW
Washington, DC 20036

Magruder Cook Carmody & Koutsoufikis
c/o Anne Magruder
c/o Leon Koutsoufikis
1889 Preston White Dr., Suite 200
Reston, VA 20191

The Law Offices of David A. Greer, PLC
c/o David Greer, Esq.
500 E Main St., Suite 1225
Norfolk, VA 23510

6

Regency Centers
c/o Catherine Strauss
Regency Corporate Counsel
8044 Montgomery Road
Suite 520
Cincinnati, OH 45236

Attorney General of the US
c/o Robert Coulter
c/o Richard Stein
Main Justice Building
Room 5111
10th St. & Constitution Ave., NW
Washington, DC 20530

McCreary Veselka Bragg & Allen, PC
c/o Michael Reed
PO Box 1269
Round Rock, TX 78680

Friedman Dumas & Springwater, LLP
c/o Ellen Freidman, Esq.
150 Spear St., Suite 1600
San Francisco, CA 94105

Klehr Harrison Harvey Branzburg & Ellers, LLP
c/o Jeffrey Kurtzman, Esq.
260 S. Broad St.
Philadelphia, PA 19102

Blankinship & Keith, PC
c/o William Casterline, Jr., Esq.
c/o Jeremy Root, Esq.
4020 University Drive
Suite 300
Fairfax, VA 22030

Latham & Watkins, LLP
c/o Josef Athanas
Sears Tower, Suite 5800
233 S Wacker St.
Chicago, IL 60606

Saiber, LLC
c/o Nancy Washington, Esq.
One Gateway Ctr., 13th Floor
Newark, NJ 07102

McDermott Will & Emery, LLP
c/o Goeffrey Raicht, Esq.
340 Madison Avenue
New York, NY 10173-1922

McDermott Will & Emery, LLP
c/o Karla Palmer, Esq.
600 13th Street, NW
Washington, DC 20005-3096

Stutman Treister & Glatt, PC
c/o Eric Goldberg
1901 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067

Phillips Goldman & Spence, PA
c/o Stephen Spence, Esq.
c/o Scott Adkins, Esq.
1200 N Broom St.,
Wilmington, DE 19806

Bricker & Eckler, LLP
c/o Kenneth Johnson
c/o Andria Beckham
100 S Third St.
Columbus, OH 43215

Attorney General of the US
c/o Robert McIntosh
Main Justice Building, Rm. 5111
10th St. & Constitution Ave., NW
Washington, DC 20530

Satterlee Stephens Burke & Burke, LLP
c/o Christopher Belmonte, Esq.
c/o Pamela Bosswick, Esq.
c/o Abigail Snow, Esq.
230 Park Ave.
New York, NY 10169

Seyfarth Shaw, LLP
c/o William Factor, Esq.
131 S. Dearborn St., Suite 2400
Chicago, IL 60603

O Melveny & Meyers, LP
c/o Michael Sage, Esq.
c/o Karyn Zeldman, Esq.

Times Square Tower
7 Times Square
New York, NY 10036

Smith Gambrell & Russell, LLP
Hunton Williams, LLP
c/o Michael Held, Esq.
1445 Ross Ave., Ste. 3700
Dallas, TX 75202-2799

Whiteford Taylor Preston, LLP
c/o Kevin Hroblak, Esq.
7 Saint Paul St.
Baltimore, MD 21202

Oppernheimer Blend Harrison & Tate, Inc.
c/o Raymond Battagila
711 Navarro, 6th Floor
San Antonio, TX 78205

Arnall Golden Gregory, LLP
c/o Darryl Laddin
c/o Frank White
171 17th Street, NW
Suite 2100
Atlanta, GA 30363-1031

Orrick Herrington & Sutcliffe, LLP
c/o Scott Stengel, Esq.
c/o Jonathan Guy, Esq.
Columbia Ctr.
1152 15th Street, NW
Washington, DC 20005-1706

Envision Peripherals, Inc.
c/o Gay Richie
Sr. Credit Manager
47490 Seabridge Dr.
Fremont, CA 94538

Office of Joe G. Tedder, CFC
c/o Bonnie Holly
Delinquency & Enforcement
PO Box 2016
Bartow, FL 33831-2016

Stromberg & Associates, PC
c/o Mark Stromberg
Two Lincoln Ctr.

5420 LBJ Fwy.
Suite 300
Dallas, TX 75240

Winthrop & Winestine, PA
c/o Chistopher Camardello
225 S. Sixth St, Suite 3500
Minneapolis, MN 55402

Bewley Lassieben & Miller, LLP
c/o Ernie Park
13215 E Penn St. Suite 3500
Whittier, CA 90602-1797

Carlton Fields, PA
c/o John Lamourex, Esq.
4221 W. Boy Scout Blvd.
10th Floor
Tampa, FL 33607-5736

Borges & Associates, LLC
c/o Wanda Borges, Esq.
575 Underhill Blvd., Suite 118
Syosset, NY 11791

Hinckley Allen & Snyder, LLP
c/o Jennifer Doran, Esq.
28 State St.
Boston, MA 02109

Stevens & Lee, PC
c/o Steven Adams, Esq.
111 N 6th St.,
Reading, PA 19603

Michael J. Sawyer
Quincy Ctr. Plaza
PO Box 55888
1385 Hancock St.
Quincy, MA 02169

Saul Ewing, LLP
c/o Edith Altice, Esq.
Lockwood Pl.
500 E Pratt St., Suite 900
Baltimore, MD 21202-3171

Saul Ewing, LLP
c/o Jeremy Ryan, Esq.

8

PO Box 1266
222 Delaware Ave.
Wilmington, DE 19801

Canon USA, Inc.
c/o Ruth Winestine
1 Canon Plz
Lake Success, NY 11042

Herrick Feinstein, LLP
c/o Paul Rubin
Two Park Ave.
New York, NY 10016

Travelers
c/o Mike Lynch
Account Resolution
One Tower Sq. 5MN
Hartford, CT 06183

Sony Electronic, Inc.
c/o Lloyd Sarakin, Esq.
1 Sony Dr. MD No 1E4
Park Ridge, NJ 07656

Glass & Reynolds
c/o David Reynolds, Esq.
PO Box 1700
Corrales NM 87048

Manarch Alternative Capital, LP
c/o Andrew Herenstein
535 Madison Ave.
New York, NY 10022

Greenberg Traurig, LLP
c/o Daniel Ansell, Esq.
c/o Heath Kushnick, Esq.
200 Park Ave.
New York, NY 10166

US Securities & Exchange Commission
c/o Susan Sherrill Beard
3475 Lenox Road, NE
Suite 1000
Atlanta, GA 30326-1232

Neuberger Quinn Gielen Rubin & Gibber, PA

c/o Deborah Devan, Esq.
One South St., 27th Fl.
Baltimore, MD 21202-3282

Michelle Leeson, CFCA
819 US 301 Blvd. W
Brandenton, FL 34205

Michelle Leeson, CFCA
PO Box 25300
Brandenton , FL 34205

Chatham County Tax Comm.
c/o Daniel Powers
PO Box 8321
Savannah, GA 31412

Greenberg Traurig, LLP
c/o Howard Berman, Esq.
200 Park Ave.
New York, NY 10166

Southwinds, Ltd
c/o Paul Resnick
5900 Wilshire Blvd., 9th Fl.
Beverly Hills, CA 90212

Cox Castle & Nicholson, LLP
c/o Jess Bressi, Esq.
19800 MacArthur Blvd., Ste 500
Irvine, CA 92612

Ball Janik, LLP
c/o Justin Leonard
101 SW Main St., Ste 1100
Portland, OR 97204

Hewitt & O Neil, LLP
c/o Lawrence Hilton
19900 MacArthur Blvd. Ste 1050
Irvine, CA 92612

Taft Stettinius & Hollister, LLP
c/o Jeffrey Graham
One Indiana Sq., Ste 3500
Indianapolis, IN 46204

Powell Goldstein, LLP
c/o William Crenshaw, Esq.

9

901 New York Ave., NW
3rd Floor
Washington, DC 20001

Cole Scholtz Measel Forman & Leonard, PA
c/o G. David Dean, Esq.
300 E. Lombard St., Ste 2000
Baltimore, MD 21202

McCarter & English, LLP
c/o Clement Farley
c/o Angela Abreu
Four Gateway Ctr
100 Mulberry St.
Newark, NJ 07102-4096

Landsberg Margulies, LLP
c/o Ian Landsberg, Esq.
16030 Ventura Blvd., Ste 470
Encino, CA 91436

UrbanCal Oakland II LLC
c/o Urban Retail Properties, LLC
900 N Michigan Ave., Ste 900
Chicago, IL 60611

Cantor Arkema, PC
c/o David Spiro, Esq.
c/o Neil McCullagh, Esq.
PO Box 561
1111 E Main St., 16th Fl.
Richmond, VA 23218-0561

Lim Ruger & Kim, LLP
c/o Samuel Oh, Esq.
1055 W Seventh St., Ste 2800
Los Angeles, CA 90017

Quarles & Brady, LLP
c/o Catherine Gustello, Esq.
Two N Central Ave.
Phoenix, AZ 85004

Quarles & Brady LLP
Faye B Feinstein Esq
Christopher Combest Esq
500 W Madison St Ste 3700
Chicago, IL 60661

Hunton & Williams LLP
J Eric Crupi
1900 K St NW
Washington, DC 20006

Olshan Grundman Frome Rosenzweig & Wolosky LLP
Michael S Fox Esq
Frederick J Levy Esq
Park Avenue Tower
65 E 55th St
New York, NY 10022

Carroll & Carroll PLLC
Scott P Carroll Esq
831 E Morehead St Ste 440
Charlotte, NC 28202

Core Properties Inc
James Donaldson
831 E Morehead St Ste 445
Charlotte, NC 28202

Ciardi Ciardi & Astin PC
Albert A Ciardi III Esq
Thomas D Bielli Esq
One Commerce Sq Ste 1930
2005 Market St
Philadelphia, PA 19103

Honigman Miller Schwartz and Cohn LLP
Seth A Drucker Esq
Adam K Keith Esq
Joseph R Sgroi Esq
2290 First National Bldg
660 Woodward Ave Ste 2290
Detroit, MI 48226

King & Spalding LLP
James A Pardo Jr
Thaddeus D Wilson
1180 Peachtree St
Atlanta, GA 30309

Mitsubishi Digital Electronics America Inc
Brian Atteberry
AV Division
9351 Jeronimo Rd

10

Irvine, CA 92656

Duane Morris LLP
Rudolph J Di Massa Jr Esq
Matthew E Hoffman Esq
Lauren Lonergan Taylor Esq
Matthew E Hoffman Esq
30 S 17th St
Philadelphia, PA 19103

Levy Stopol & Camelo LLP
Larry Stopol Esq
1425 RexCorp Plz
Uniondale, NY 11556-1425

Vorys Sater Seymour and Pease LLP
Malcolm M Mitchell Jr
Suparna Banerjee
Kara D Lehman
277 S Washington St Ste 310
Alexandria, VA 22314

Foster Pepper PLLC
Christopher M Alston
1111 Third Ave Ste 3400
Seattle, WA 98101

Patton Boggs LLP
R Timothy Bryan
Alan M Noskow
8484 Westpark Dr 9th Fl
McLean, VA 22102

McKenna Long & Alridge LLP
John G McJunkin Esq
J David Folds
1900 K St NW
Washington, DC 20006

Office of Unemployment Compensation
Tax Services
Timothy A Bortz
Dept of Labor and Industry Reading
Bankruptcy & Compliance Unit
625 Cherry St Rm 203
Reading, PA 19602-1184

Young Goldman & Van Beek PC
Neil P Goldman Esq

John P Van Beek Esq
510 King St Ste 416
Alexandria, VA 22313

Enterprise Asset Management Inc
Lee Sudakoff
521 Fifth Ave Ste 1804
New York, NY 10175

Culbert & Schmitt PLLC
Ann E Schmitt
30C Catoctin Cir SE
Leesburg, VA 20175

Linebarger Goggan Blair & Sampson LLP
Diane W Sanders
PO Box 17428
1949 S IH 35 78741
Austin, TX 78760

Weiland Golden Smiley Wang Ekvall & Strok LLP
Lei Lei Wang Ekvall Esq
650 Town Ctr Dr Ste 950
Costa Mesta, CA 92626

Ravich Meyer Kirkman McGrath Nauman & Tansey PA
Michael F McGrath Esq
4545 IDS Ctr
80 S Eighth St
Minneapolis, MN 55402

McDonough Holland & Allen PC
Mary E Olden Esq
Andre K Campbell Esq
Sean Thomas Thompson Esq
555 Capitol Mall Ste 950
Sacramento, CA 95814

Robinson Diamant & Wolkowitz
Douglas D Kappler Esq
1888 Century Park E Ste 1500
Los Angeles, CA 90067

Lionel J Postic PC
Lionel J Postic Esq
125 Townpark Dr Ste 300
Kennesaw, GA 30144

11

Krokidas & Bluestein LLP
Anthony J Cichello Esq
600 Atlantic Ave
Boston, MA 02210

Kupelian Ormond & Magy PC
Terrance A Hiller Jr Esq
David M Blau Esq
25800 Northwestern Hwy Ste 950
Southfield, MI 48075

Brown Connery LLP
Donald K Ludman
6 N Broad St Ste 100
Woodbury, NJ 08096

Womble Carlyle Sandridge & Rice PLLC
Michael Busenkell
222 Delaware Ave Ste 1501
Wilmington, DE 19801

Macdermid Reynolds & Glissman PC
Michael S Stiebel
86 Farmington Ave
Hartford, CT 06105

Thomas G King
PO Box 4010
One Moorsbridge Road
Kalamazoo, MI 49003-4010

Pension Benefit Guaranty Corporation
Sara B Eagle Esq
Office of the Chief Counsel
1200 K St NW
Washington, DC 20005-4026

Law Office of Robert E Luna PC
Andrea Sheehan
4411 N Central Expressway
Dallas, TX 75205

Magee Foster Goldstein & Sayers PC
A Carter Magee Jr
W Joel Charboneau
PO Box 404
Roanoke, VA 24003

Loudoun County Attorney
John R Roberts
Belkys Escobar
One Harrison St SE
MSC No 06
Leesburg, VA 20175-3102

Osler Hoskin & Hardcourt LLP
Jeremy Dacks
Marc S Wasserman
100 King St W 1 First Canadian Pl
Ste 6100 PO Box 50
Toronto, ON M5X 1B8 Canada

MercerTrigiani LLP
Philip C Baxa Esq
16 S Second St
Richmond, VA 23219

Madison County Alabama Tax Collector
Lynda Hall
Madison County Courthouse
100 Northside Sq
Huntsville, AL 35801

Procopio Cory Hargreaves & Savitch LLP
Gerald P Kennedy
530 B St Ste 2100
San Diego, CA 92101

Oklahoma County Treasurer
Tammy Jones Pro Se
320 Robert S Kerr Rm 307
Oklahoma City, OK 73102

IBM Corporation
Vicky Namken
13800 Diplomat Dr
Dallas, TX 75234

Smith Moore Leatherwood LLP
F Marion Hughes
300 E McBee Ave Ste 500
PO Box 87
Greenville, SC 29602-0087

Romero Law Firm
Martha E Romero
BMR Professional Building

6516 Bright Ave
Whittier, CA 90601

Jackson & Campbell PC
David H Cox Esq
John J Matteo Esq
1120 20th St NW
S Tower
Washington, DC 20036

Kepley Broscious & Biggs PLC
William A Broscious Esq
7201 Glen Forest Dr Ste 102
Richmond, VA 23226

Vorys Sater Seymour and Pease LLP
Tiffany Strelow Cobb Esq
52 E Gay St
Columbus, OH 43215

Allen & Overy LLP
Ken Coleman
1221 Avenue of the Americas
New York, NY 10020

Cook Heyward Lee Hopper & Feehan PC
David D Hopper Esq
4551 Cox Rd Ste 210
PO Box 3059
Glen Allen, VA 23058-3059

Linebarger Goggan Blair & Sampson LLP
John P Dillman
PO Box 3064
Houston, TX 77253-3064

Lehnardt & Lehnhardt LLC
Detlef G Lehnardt
Stephen K Lehnardt
20 Westwoods Dr
Liberty, MO 64068-3519

The Meiburger Law Firm PC
Janet M Meiburger Esq
1493 Chain Bridge Rd Ste 201
McLean, VA 22101

Pima County Attorney Civil Division
German Yusufov

Terri A Roberts
32 N Stone Ste 2100
Tuscan, AZ 85701

Hodgson Russ LLP
Garry M Graber Esq
The Guaranty Bldg
140 Pearl St Ste 100
Buffalo, NY 14202

Shutts & Bowen LLP
Andrew M Brumby
300 S Orange Ave Ste 1000
Orlando, FL 32801

Shutts & Bowen LLP
Andrew M Brumby
PO Box 4956
Orlando, FL 32802-4956

Lazer Aptheker Rosella & Yedid PC
Robin S Abramowitz
Melville Law Ctr
225 Old Country Rd
Melville, NY 11747-2712

Stempel Bennett Claman & Hochberg PC
Edmond P O Brien Esq
675 Third Ave 31st Fl
New York, NY 10017

Shulman Rogers Gandal Pordy & Ecker PA
Stephen A Metz Esq
Courtney R Sydnor Esq
Gregory D Grant Esq
11921 Rockville Pike Ste 300
Rockville, MD 20852-2743

Jaspan Schlesinger LLP
Hale Yazicioglu Esq
300 Garden City Plz
Garden City, NY 11530

Lowenstein Sandler PC
Vincent A D Agostino Esq
65 Livingston Ave
Roseland, NJ 07068

Wise DelCotto PLLC

13

Laura Day DelCotto Esq
Allison Fridy Arbuckle Esq
200 N Upper St
Lexington, KT 40507

Wolff Hill McFarlin & Herron PA
David R McFarlin Esq
1851 W Colonial Dr
Orlando, FL 32804

Felderstein Fitzgerald Willoughby & Pascuzzi LLP
Paul J Pascuzzi
400 Capitol Mall Ste 1450
Sacramento, CA 95814

Eaton Corporation
David J Persichetti
Eaton Center
Eaton Ctr 1111 Superior Ave
Cleveland, OH 44114-2584

Pasadena Independent School District
Dexter D Joyner
4701 Preston Ave
Pasadena, TX 77505

Vinson & Elkins LLP
William L Wallander
Angela B Degeyter
2001 Ross Ave Ste 3700
Dallas, TX 75201-2975

Vinson & Elkins LLP
David E Hawkins
The Willard Office Bldg
1455 Pennsylvania Ave NW
Washington, DC 20004-1008

Querrey & Harrow Ltd
John M Brom
175 W Jackson Blvd
Ste 1600
Chicago, IL 60604-2827

Moore & Van Allen PLLC
David B Wheeler Esq
40 Calhoun St Ste 300
PO Box 22828
Charlestown, SC 29413-2828

Hamburg Karic Edwards & Martin LLP
J Bennett Friedman Esq
1900 Avenue of the Stars Ste 1800
Los Angeles, CA 90067

Leach Travell Britt PC
Stephen E Leach Esq
D Marc Sarata Esq
8270 Greensboro Dr Ste 1050
McLean, VA 22102

Texas Attorney Generals Office
Mark Browning
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Miller Canfield Paddock and Stone PLC
John L Senica
225 W Washington Ste 2600
Chicago, IL 60606

Goulston & Storrs PC
Christine D Lynch Esq
Peter D Bilowz Esq
400 Atlantic Ave
Boston, MA 02110-3333

Womble Carlyle Sandridge & Rice PLLC
Jeffrey L Tarkenton
Todd D Ross
1401 Eye St NW 7th Fl
Ste 700
Washington, DC 20005

Hofheimer Gartlir & Gross LLP
Scott R Kipnis Esq
Rachel N Greenberger Esq
Nicholas B Malito Esq
530 Fifth Ave
New York, NY 10036

Hunton & Williams LLP
Benjamin C Ackerly
JR Smith
Henry Toby P Long III
Riverfront Plz E Tower

951 E Byrd St  
Richmond, VA 23219-4074  

Donchess Notinger & Tamposi  
Peter N Tamposi  
547 Amherst St Ste 204  
Nashua, NH 03063  

Christian & Barton LLP  
Augustus C Epps Jr Esq  
Michael D Mueller Esq  
Jennifer M McLemore Esq  
Noelle M James Esq  
909 E Main St Ste 1200  
Richmond, VA 23219  

Donahue Gallagher Woods LLP  
William R Hill  
Eric A Handler  
300 Lakeside Dr Ste 1900  
Oakland, CA 94612  

Kutak Rock LLP  
Michael A Condyles Esq  
Loc Pfeiffer Esq  
Peter J Barrett Esq  
1111 E Main St Ste 800  
Richmond, VA 23219-3500  

Williams Mullen  
William H Schwarzschild III  
W Alexander Burnett  
Two James Ctr 16th Fl  
1021 E Cary St PO Box 1320  
Richmond, VA 23218-1320  

Katsky Korins LLP  
Steven H Newman Esq  
605 Third Ave 16th Fl  
New York, NY 10158  

Law Offices of Ronald K Brown Jr  
Ronald K Brown Jr  
901 Dove St Ste 120  
Newport Beach, CA 92660  

Buchalter Nemer A Professional Corporation  
Craig C Chiang Esq  

333 Market St 25th Fl  
San Francisco, CA 94105-2126  

Sands Anderson Marks & Miller PC  
C Thomas Ebel Esq  
William A Gray Esq  
Peter M Pearl Esq  
Lisa Taylor Hudson Esq  
801 E Main St Ste 1800  
PO Box 1998  
Richmond, VA 23218-1998  

Bracewell & Giuliani LLP  
William A Trey Wood III  
711 Louisiana St Ste 2300  
Houston, TX 77002  

Panattoni Law Firm  
Fredrick Albert  
34 Tesla Ste 100  
Irvine, CA 92618  

Seyfarth Shaw LLP  
Robert W Dremluk Esq  
620 Eighth Ave  
New York, NY 10018  

Seyfarth Shaw LLP  
Jessica Hughes Esq  
Rhett Petcher Esq  
975 F St NW  
Washington, DC 20004  

Jones Day  
Sheila L Shadmand Esq  
51 Louisiana Ave NW  
Washington, DC 20001-2113  

Jones Day  
Jeffrey B Ellman  
Brett J Berlin  
1420 Peachtree St NE Ste 800  
Atlanta, GA 30309-3053  

Wyatt Tarrant & Combs LLP  
John P Brice  
250 W Main St Ste 1600  
Lexington, KY 40507-1746  

15

Locke Lord Bissell & Liddell LLP
Thomas G Yoxall
Thomas A Connop
Melissa S Hayward
2200 Ross Ave Ste 2200
Dallas, TX 75201

Locke Lord Bissell & Liddell LLP
Elizabeth C Freeman
600 Travis St Ste 3400
Houston, TX 77002

Cooley Godward Kronish LLP
Gregg S Kleiner
101 California St 5th Fl
San Francisco, CA 94111-5800

Goodwin & Goodwin LLP
Suzanne Jett Trowbridge
300 Summers St Ste 1500
Charlston, WV 25301

Akin Gump Strauss Hauer & Feld LLP
Jonathan L Gold
Mary A House
Catherine E Creely
1333 New Hampshire Ave NW
Washington, DC 20036

Finn Dixon & Herling LLP
Henry P Baer Jr Esq
177 Broad St
Stamford CT 06901-2048

Linebarger Goggan Blair & Sampson LLP
David G Aelvoet
711 Navarro Ste 300
San Antonio, TX 78205

Recovery Management Systems Corp
Ramesh Singh
GE Money Bank
25 SE 2nd Ave Ste 1120
Miami, FL 33131-1605

Franklin & Prokopik PC
Andrew L Cole
The B&O Bldg
Two N Charles St Ste 600

Baltimore, MD 21201

Bronwen Price
Gail B Price Esq
2600 Mission St Ste 206
San Marino, CA 91108

DLA Piper LLP
Timothy W Brink Esq
Nichola M Miller Esq
203 N LaSalle St Ste 1900
Chicago, IL 60601

DLA Piper LLP
Anne Braucher Esq
500 Eighth St NW
Washington, DC 20004

Wagner Choi & Verbrugge
James A Wagner Esq
745 Fort St Ste 1900
Honolulu, HI 96813

Morrison Cohen LLP
Michael R Dal Lago Esq
909 Third Ave
New York, NY 10022

Empire Blue Cross Blue Shield
Louis Benza Esq
15 Metro Tech Ctr 6th Fl
Brooklyn, NY 11201

The Arapahoe County Treasurer
George Rosenberg Esq
5334 S Prince St
Littleton, CO 80166

Michael A Cardozo
Gabriela P Cacuci Esq
100 Church St Rm 5 223
New York, NY 10007

Hangley Aronchick Segal & Pudlin
Ashely M Chan Esq
One Logan Sq 27th Fl
Philadelphia, PA 19103

Thomas W Daniels

16

1265 Scottsville Rd
Rochester, NY 14624

Moldo Davidson Fraioli Seror &
Sestanovich LLP
Byron Z Moldo
2029 Century Park E 21st Fl
Los Angeles, CA 90067

K&L Gates LLP
Amy Pritchard Williams
Hearst Tower 47th Fl
214 N Tryon St
Charlotte, NC 28202

Fullerton & Knowles PC
Richard I Hutson Esq
12644 Chapel Rd Ste 206
Clifton, VA 20124

Haynes and Boone LLP
Jason Binford
2323 Victory Ave Ste 700
Dallas, TX 75219

Jay T Blount
300 Industry Dr
RIDC Park W
Pittsburg, PA 15275

Ford Parshall & Baker
Jordan M Humphreys
3210 Bluff Creek
Columbia, MO 65201

Howard Rice Nemerovski Canady Falk &
Rabkin
Gary M Kaplan Esq
Three Embarcadero Ctr 7th Fl
San Francisco, CA 94111-4065

Gleason Dunn Walsh & O Shea
Ronald G Dunn Esq
40 Beaver St
Albany, NY 12207

Polsinelli Shalton Flanigan Suelthaus PC
Michael F Ruggio
1152 15th St NW Ste 800

Washington, DC 20005

Polsinelli Shalton Flanigan Suelthaus PC
James E Bird
Amy E Hatch
700 W 47th St Ste 1000
Kansas City, MO 64112

Pender & Coward PC
Paul A Driscoll
222 Central Park Ave Ste 400
Virginia Beach, VA 23462

Bernstein Law Firm PC
Stacey Suncine
Ste 2200 Gulf Tower
Pittsburg, PA 15219

County of Henrico Attorneys Office
Rhysa Griffith South Esq
PO Box 90775
Henrico, VA 23273-0775

Troutman Sanders LLP
Bradfute W Davenport Jr
Vivieon E Kelley
Bank of America Plz Ste 5200
600 Peachtree St NE
Atlanta, GA 30308-2216

Developers Diversified Realty Corporation
Eric C Cotton Esq
3300 Enterprise Pkwy
PO Box 228042
Beachwood, OH 44122

Torys LLP
William F Gray Jr Esq
Timothy B Martin Esq
237 Park Ave
New York, NY 10017

Sonnenschein Nath & Rosenthal LLP
Sara L Chenetz Esq
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Akin Gump Strauss Hauer & Feld LLP
Peter J Gurfein

17

2029 Century Park E Ste 2400
Los Angeles, CA 90067

Troutman Sanders LLP
Hollace Topol Cohen
Vivieon E Kelley
405 Lexington Ave
New York, NY 10174

Duane Morris LLP
Denyse Sabagh
505 9th St NW Ste 1000
Washington, DC 20004-2166

Robinson & Cole
Peter E Strniste
Patrick M Birney
280 Trumbull St
Hartford, CT 06103

Duane Morris LLP
Lauren Lonergan Taylor
Matthew E Hoffman
30 S17th St
Philadelphia, PA 19103

Stites & Harbison PLLC
Ron C Bingham II
303 Peachtree St NE
2800 SunTrust Plz

Atlanta, GA 30308

Siller Wilk LP
Eric J Snyder
675 Third Ave
New York, NY 10017-5704

Miami Dade County Attorneys Office
Erica S Zaron
2810 Stephen P Clark Ctr
111 NW First St
Miami, FL 33128-1993

Elliott Greenleaf
Rafael X Zahralddin Aravena
Neil R Lapinski
1000 W St Ste 1440
Wilmington, DE 19899

Weiss Serota Helfman Pastoriza Cole &
Boniske PL
Douglas R Gonzales
200 E Broward Blvd St 1900
Ft. Lauderdale, FL 33301

Receivable Management Services
Phyllis A Hayes
PO Box 5126
Timoniom, MD 21094


*/s/* Linda D. Regenhardt
Linda D. Regenhardt (VA Bar No. 27455)

18