**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION**

**HILLSBOROUGH COUNTY,**
a political subdivision
of the State of Florida,

    Petitioner,

vs.

Case No.    08-22694

Division:    B

Parcel:    708

**DDRTC WALKS AT HIGHWOOD PRESERVE I, LLC**,
a foreign Limited Liability Company;
CHESTERFIELD FINANCIAL CORP, a foreign corporation;
METROPOLITAN LIFE INSURANCE
COMPANY, a foreign corporation;
VERIZON FLORIDA, LLC, a Florida Limited Liability
Company, f/k/a VERIZON FLORIDA, INC.,
f/k/a GTE FLORIDA INCORPORATED;
MICHAELS STORES, INC., a foreign corporation;
TAMPA ELECTRIC COMPANY, a Florida corporation;
ANTHONY & SYLVAN POOLS CORPORATION,
d/b/a ANTHONY & SYLVAN POOLS, a foreign corporation;
CIRCUIT CITY STORES, INC., d/b/a
CIRCUIT CITY, a Foreign Corporation; THE COVELLI
FAMILY LIMITED PARTNERSHIP, a Florida Limited
Partnership, d/b/a Panera Bread, a/k/a Panera/Covelli Family
LTD #3342; DISTINCTIONS, INC., d/b/a DISTINCTIONS
FURNITURE, a Florida Corporation; DISTINCTIVE
HOME BUYERS REALTY, INC., d/b/a HELP-U-SELL
LEADING EDGE REALTY, a Florida Corporation;
WE ARE IN THE DOUGH, INC., a Florida corporation,
a/k/a ROLLING IN DOUGH, INC., d/b/a DUNKIN DONUTS-BASKIN
ROBBINS; EYE DEAL OPTICAL, INC., a Florida Corporation,
d/b/a EYE DEAL OPTICAL;  JHOON RHEE INSTITUTE, INC.,
a Florida Corporation, d/b/a Heimbergers Martial Arts Studio;
HO KING INN CORP, d/b/a HO KING CHINESE RESTAURANT;
HUDSON CLEANERS II, INC., d/b/a HUDSON CLEANERS,
a Florida Corporation; KISNA, INC., d/b/a SUBWAY STORE #30422,
a Florida Corporation; LA PINK BOUTIQUE, INC., a Florida
Corporation, d/b/a LA PINK BOUTIQUE;
LINENS 'N THINGS, INC., a Florida Corporation;
d/b/a LINENS 'N THINGS; THE MEN'S WEARHOUSE, INC.,

**ATTACHMENT A**

d/b/a THE MEN'S WEARHOUSE, a Foreign Corporation;
MICHAEL D. KANTER, DDS, P.A., a Florida Corporation;
MP TENNIS, INC., a Florida Corporation; d/b/a MP TENNIS;
MY PEDIATRICS; NC NAIL SALON; SALON AT THE WALK,
INC., d/b/a SALON AT THE WALK, a Florida Corporation;
STEAK AND ALE OF FLORIDA, INC., a Florida Corporation;
d/b/a Bennigan's; A TO Z HEATING & COOLING, INC.,
a Florida Corporation; R.E.B. AIR CONDITIONING, INC.,
a Florida Corporation; DOUG BELDON, Tax Collector; and
ROBERT E. TURNER, Property Appraiser,

        Defendants.
_____/

## JOINT MOTION FOR STIPULATED FINAL JUDGMENT
## AND ORDER AS TO PARCEL 708

This cause having come on for consideration upon the Joint Motion for Entry of Stipulated Order of Taking and Final Judgment as to Parcel 708 made by Petitioner, Hillsborough County, a political subdivision of the State of Florida ("HILLSBOROUGH COUNTY") and the Defendant, Circuit City, as to Parcel 708 in this cause, and the Court having reviewed the record and it appearing that the parties are authorized to enter into such Motion, and that the Petition in Eminent Domain, the Declaration of Taking and all other papers filed herein by HILLSBOROUGH COUNTY are in proper and sufficient form, and the Court being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

    1.    Circuit City has and recovers of and from HILLSBOROUGH COUNTY the total sum of **Two Thousand Five Hundred Dollars and No Cents ($2,500.00)** in full compensation for any and all claims, including any property interests taken, business damages, and all other damages claimed by Circuit City, its officers, directors, employees, successors and assigns now and in the future arising from this cause, inclusive of all expert fees and costs in this matter

**ATTACHMENT A**

pursuant to Section 73.091, Florida Statutes, as well as total attorneys fees pursuant to Section 73.092, Florida Statutes.

2.      HILLSBOROUGH COUNTY shall, within thirty (30) days of the receipt of this Order deposit into the Court's Registry the sum of **Two Thousand Five Hundred Dollars and No Cents ($2,500.00)** representing the sum of awards herein.

3.      The Clerk of this Court shall pay to SHUTTS AND BOWEN LLP the sum of **Two Thousand Five Hundred Dollars and No Cents ($2,500.00)** representing the sum of the awards herein, inclusive of attorneys fees and costs and experts fees and costs pursuant to Sections 73.091 and 73.092, Florida Statutes.  Immediately upon issue by the Clerk of this Court, said payment shall be forwarded by U.S. Mail to Suzanne Driscoll, Shutts and Bowen, 200 East Broward Boulevard, Suite 2100, Fort Lauderdale, Florida 33301 as attorney for Circuit City for proper distribution consistent with the terms of this Order.

4.      There shall be no further award to Circuit City in this matter.

*5.      HILLSBOROUGH COUNTY shall construct the project in substantial compliance with the construction plans attached hereto as Exhibit "A".*

6.      That this Court retains jurisdiction solely for the enforcement of this Order.


DONE and ORDERED in Chambers at Tampa, Hillsborough County, Florida on this ____ day of _____, 2008.


_____
CHARLENE E. HONEYWELL
Circuit Court Judge


**ATTACHMENT A**

Copies furnished to:

Dean R. DiRose, Esquire
Suzanne Driscoll, Esquire
Brian T. FitzGerald, Esquire (Tax Collector)
Nancy Takemori, Esquire (Property Appraiser)
Barry Brozovich, Accounting Department
Eric Watkins, Real Estate Department

## JOINT MOTION FOR JUDGMENT AS TO PARCEL 708

The undersigned parties, through their respective undersigned counsel, respectfully move the Court to enter the foregoing Stipulated Final Judgment as to Parcel 708 (with directions to the Clerk for disbursement) in the above-styled cause.

_____        DATED: _____

Suzanne Driscoll, Esq.
Shutts and Bowen LLP
200 East Broward Boulevard
Fort Lauderdale, FL 33301
P:(954)847-3825
Attorney for Circuit City


_____        DATED: _____

Dean R. DiRose, Esq.
Senior Assistant County Attorney
Post Office Box 1101
Tampa, FL 33601
(813) 272-5670
Attorney for Hillsborough County

**ATTACHMENT A**