IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                :
In re:                                          :    Chapter 11
                                                :
CIRCUIT CITY STORES, INC., et al.,              :    Case No. 08-35653-KRH
                                                :    Jointly Administered
                Debtors.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER GRANTING MOTION OF AUGUSTUS C. EPPS, JR. FOR AN ORDER
AUTHORIZING JENNIFER L. RANDO TO APPEAR *PRO HAC VICE*
PURSUANT TO LOCAL BANKRUPTCY RULES 2090-1(E)(2)**

The matter before the Court is the Motion of Augustus C. Epps, Jr. For An Order Authorizing Jennifer L. Rando To Appear *Pro Hac Vice* Pursuant To Local Bankruptcy Rule 2090-1(E)(2) (the "Motion"). Having reviewed the Motion and the Court's dockets, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) no party in interest filed an objection to the relief requested in the Motion; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion. Accordingly,

**IT IS HEREBY ORDERED** that the Motion is GRANTED in its entirety; and,

---

t

---

Augustus C. Epps, Jr., Esquire (VSB 13254)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112

Local Counsel to Manufacturers & Traders
Trust Company, as Trustee

**IT IS FURTHER ORDERED** that Jennifer L. Rando shall be and hereby is admitted to appear, *pro hac vice,* as counsel for Manufacturers and Traders Trust Company, as Trustee, in connection with the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(E)(2).

Dated: December \_\_\_, 2008     Dec 21 2008
Richmond, Virginia

/s/ Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: December 22 2008

I ASK FOR THIS:

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr. (VSB 13254)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
Email: aepps@cblaw.com

**Rule 9022-1 Certification**

I hereby certify that the foregoing has been endorsed by all necessary parties.

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

## SERVICE LIST

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219-3095

Jennifer L. Rando, Esquire
Hodgson Russ LLP
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York  14202

916065.1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Dec 22, 2008
Case: 08-35653                Form ID: pdforder          Total Served: 1

The following entities were served by first class mail on Dec 24, 2008.
          +Jennifer L. Rando,   Hodgson Russ LLP,   140 Pearl St. # 100,   Buffalo, NY 14202-4040
The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 24, 2008**                    **Signature:**    _Joseph Speetjens_