UNITED STATES BANRKUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |
| P/A-ACADIA PELHAM MANOR, LLC | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF MOTION FOR RELIEF FROM**
**AUTOMATIC STAY OF 11 U.S.C. SECTION 362(a)**

P/A-Acadia Pelham Manor, LLC ("Acadia" or "Movant"), by and through its undersigned counsel, has filed a Motion for an Order Modifying the Automatic Stay to Permit Movant to Terminate the Governing Lease Between Movant and the Debtor (the "Motion") seeking entry of an Order (a) pursuant to Section 362(d) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 4001(a) and 9014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") modifying the automatic stay to permit Acadia to terminate the governing lease between Acadia and the Debtor, Circuit City Stores, Inc. (the "Debtor"), for commercial space (the "Premises") located in the Pelham Manor Shopping Plaza in Westchester, New York, and referred to as Store No. 4236, and (b) granting related relief.

A copy of the Motion can be obtained from the undersigned.

| | |
|---|---|
| Michael D. Mueller, VSB No. 38216 | Daniel J. Ansell, Esquire |
| Augustus C. Epps, Jr., VSB No. 13254 | Howard J. Berman, Esquire |
| Jennifer M. McLemore, VSB No. 47164 | Heath B. Kushnick, Esquire |
| CHRISTIAN & BARTON, L.L.P. | GREENBERG TRAURIG, LLP |
| 909 East Main Street, Suite 1200 | 200 Park Avenue |
| Richmond, Virginia  23219-3095 | New York, New York 10166 |
| Telephone:  (804) 697-4100 | Telephone (212) 801-9200 |
| Fax:  (804) 697-4114 | Fax:  (212) 801-6400 |
| | |
| Counsel for P/A-Acadia Pelham Manor, LLC | Counsel for P/A-Acadia Pelham Manor, LLC |

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before **January 9, 2009**, you or your attorney must:

 X    File with the court, at the address shown below, a written request for a hearing pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 5000
> Richmond, Virginia  23219

You must also mail a copy to:

> Michael D. Mueller, Esq.
> Augustus C. Epps, Jr., Esq.
> Jennifer M. McLemore, Esq.
> CHRISTIAN & BARTON, L.L.P.
> 909 East Main Street, Suite 1200
> Richmond, Virginia  23219

> Daniel J. Ansell, Esq.
> Howard J. Berman, Esq.
> Heath B. Kushnick, Esq.
> GREENBERG TRAURIG, LLP
> 200 Park Avenue
> New York, New York 10166

**If no timely response has been filed opposing the relief requested, the Court may grant the relief requested without holding a hearing.**

 X    Attend a hearing on the motion scheduled to be held on **January 16, 2009, at 10:00 a.m.** at the United States Bankruptcy Court, Eastern District of Virginia, 701 East Broad Street, Richmond, Suite 4000, Richmond, Virginia  23219.

Case 08-35653-KRH    Doc 1301    Filed 12/26/08    Entered 12/26/08 14:55:53    Desc Main
                          Document          Page 3 of 3

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief.

Date:  December 26, 2008

/s/ Michael D. Mueller
Michael D. Mueller, VSB No. 38216
Augustus C. Epps, Jr., VSB No. 13254
Jennifer M. McLemore, VSB No. 47164
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219
Tel:   (804) 697-4100
Fax:   (804) 697-4114


GREENBERG TRAURIG, LLP
Daniel J Ansell, Esquire
Howard J. Berman, Esquire
Heath B. Kushnick, Esquire
200 Park Avenue
New York, New York 10166
Tel:   (212) 801-9200
Fax:   (212) 801-6400

Counsel for P/A-Acadia Pelham Manor, LLC


**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of December, 2008, I caused a copy of the foregoing to be served by electronic means or by first class mail, postage prepaid, to the persons required to be served pursuant to the Procedures Order entered in this case.


/s/ Michael D. Mueller
Michael D. Mueller

917143

3