**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al*., | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

### ORDER ADMITTING REGINA STANGO KELBON *PRO HAC VICE*

This Court has considered the Motion for Admission *Pro Hac Vice* of Regina Stango Kelbon (the "Motion"). Adequate notice having been given and good cause appearing, it is this

Dec 23 2008

\_\_\_\_\_ day of December, 2008, hereby

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that Regina Stango Kelbon is admitted *pro hac vice* in this bankruptcy case and any related adversary proceedings.

Dec 23 2008

/s/ Kevin Huennekens

United States Bankruptcy Judge

Entered on Docket: 12/24/08

I ASK FOR THIS:

*/s/ John Lucian*
John Lucian
Virginia Bar No. 43558
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103
(215) 569-5442

Counsel for Cellco Partnership d/b/a Verizon Wireless

017286.01678/21747714v.1

# CERTIFICATE OF SERVICE

Pursuant to LBR 9022-1(C)(2), I hereby certify on the 5th day of December 2008, a copy of the foregoing proposed Order Admitting Regina Stango Kelbon *Pro Hac Vice* was served electronically via the Court's CM/ECF system to all parties so subscribed.

*/s/ John Lucian*

017286.01678/21747714v.1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: jafarbayj              Page 1 of 1              Date Rcvd: Dec 24, 2008
Case: 08-35653                 Form ID: pdforder            Total Served: 1

The following entities were served by first class mail on Dec 26, 2008.
aty          +John E. Lucian,   Blank Rome LLP,   One Logan Square,   Philadelphia, PA 19103-6998

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 26, 2008**               **Signature:**    _Joseph Speetjens_