# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Richmond __Division__

**In re**  Circuit City Stores, Inc.　　　　　　　　　　　　Case No. 08-35653-KRH

　　　　　　　　　　　　　　　　　　　　　　　　　　　Adv. Proceeding No. _____

**Debtor(s)**

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on November 24, 2008.

The parties included in the Appeal to the District Court:

APPELLANT(S): Florida Power & Light Company, Potomac Electric Power Company,
Delmarva Power & Light Company, Atlantic City Electric Company,
Alabama Power Company and Cemtral Maine Power Company

ATTORNEY: Kevin R. McCarthy, Esq.
8180 Greensboro Drive, Ste. 875
McLean, VA 22102

APPELLEE (S): Circuit City Stores, Inc., et al

ATTORNEY:  Dion W. Hayes, Esq. (Local Counsel)　　Gregg M. Galardi, Esq
One James Ctr, 901 E. Cary St.　　　　　　　One Rodney Square
Richmond, VA 23219　　　　　　　　　　　Wilmington, DE 19899

Brief Description of Judgment/Order Appealed: Order Pursuant to Bankrupty Code Sect. 105(A), 363 and 366 and Bankruptcy Rule 6003(I) Approving Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Request by Utilitiy Companies for Additional Assurance of Payment (III) Scheduling a Hearing with with Respect to Contested Payment Requests

Date Judgment/Order Entered: November 12, 2008

1. Filing Fees:　A. Notice of Appeal - Filing Fee $5.00　　(×) Paid　( ) Not Paid
　　　　　　　B. Appeal Docket Fee - $250.00　　　　　(×) Paid　( ) Not Paid　( ) Deferred. See attached Request
2. (×) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. (×) Copies of items designated by Appellant/Appellee have/~~have not~~ been submitted pursuant to FRBP 8006 and LBR 8006-1.

　　　　　　　　　　　　　　　　　　WILLIAM C. REDDEN, Clerk of the Court
Date: Dec. 29, 2008　　　　　　　　By: _____, Deputy Clerk

### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within ten (10) days after the filing of the notice of appeal.

　　　　　　　　　　　　　　　　　　WILLIAM C. REDDEN, Clerk of the Court
　　　　　　　　　　　　　　　　　　By: _____, Deputy Clerk

**District Clerk - Please complete and return second copy.**

DISTRICT COURT CASE NUMBER_____　　Date _____

cc: Attorney for Appellant(s)
　　Attorney for Appellee(s)　　　　　　　　　　　　[apptrans ver. 11/01/03]