IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------x
In re:                                                       :    Chapter 11
                                                             :
CIRCUIT CITY STORES, INC., et al.,                           :    Case No. 08-35653-KRH
                                                             :
                                                             :    Jointly Administered
                    Debtors.                                 :
------------------------------------------------------------x

## NOTICE OF MOTION AND HEARING THEREON

Landlords listed on Exhibit A (collectively, the "Landlords"), by and through their undersigned counsel, have filed a Motion and Supporting Memorandum of Law of Landlords Listed on Exhibit A for an Order Compelling Debtors to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b) and Granting Related Relief (the "Motion") seeking entry of an Order (a) pursuant to Section 362(d) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 4001(a) and 9014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and (b) granting related relief.

A copy of the Motion can be obtained from the undersigned.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before **January 12, 2009**, you or your attorney must:

  __X__    File with the court, at the address shown below, a written request for a hearing pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

---

Michael D. Mueller, VSB No. 38216
Augustus C. Epps, Jr., VSB No. 13254
Jennifer M. McLemore, VSB No. 47164
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Fax: (804) 697-4112

Counsel to Landlords listed on Exhibit A

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 5000
Richmond, Virginia 23219

You must also mail a copy to:

Michael D. Mueller, Esquire
Augustus C. Epps, Jr., Esquire
Jennifer M. McLemore, Esquire
Noelle M. James, Esquire
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219

**If no timely response has been filed opposing the relief requested, the Court may grant the relief requested without holding a hearing.**

__X__  Attend a hearing on the motion scheduled to be held on **January 16, 2009, at 10:00 a.m.** at the United States Bankruptcy Court, Eastern District of Virginia, 701 East Broad Street, Richmond, Suite 4000, Richmond, Virginia 23219.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief.

Dated: December 29, 2008                    Respectfully submitted,

/s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Counsel for Landlords Listed on Exhibit A

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2008, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Jennifer M. McLemore
Jennifer M. McLemore

917755

3

# EXHIBIT A

|     | Landlord |
| --- | --- |
| 1.  | Acadia Realty Limited Partnership |
| 2.  | Brighton Commercial, L.L.C. |
| 3.  | Catellus Operating Limited Partnership |
| 4.  | Cedar Development Ltd., a Florida Limited Partnership |
| 5.  | Columbia Equities Limited Partnership |
| 6.  | La Habra Imperial, LLC |
| 7.  | New River Properties, LLC |
| 8.  | Rancon Realty Fund IV |
| 9.  | RD Bloomfield Associates Limited Partnership |
| 10. | Sparkleberry Two Notch, LLC |
| 11. | Starpoint Property Management, LLC |
| 12. | Tourboullin Co. |
| 13. | UnCommon, Ltd., a Florida Limited Partnership |
| 14. | Watercress Associates, LP |