IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

---------------------------------------x
In re:                                  :    Chapter 11
                                        :
CIRCUIT CITY HOLDINGS, INC., et al.     :    Case No. 08-35653
                                        :
            Debtors.                    :    Jointly Administered
---------------------------------------x

### VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019(a)

Pursuant to the provisions of Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Gilbert L. Hamberg, Esquire, counsel for Brownsville Public Utilities Board ("BPUB") and Tucson Electric Power Company ("TEP"), creditors and parties in interest herein, files this Verified Statement of his multiple representation in this case:

1. **Name & Address of Creditors Represented**

Gilbert L. Hamberg, Esquire, represents two (2) creditors of the Debtors in the above-captioned Chapter 11 cases:

   A. BPUB, 1425 Robinhood Street, Brownsville, TX 78521.

   B. TEP, One South Church Avenue, Suite 100, Tucson, AZ 85701.

2. **Nature and Amount of Claims and Times of Acquisition Thereof**

Each of the creditors' claims arose by virtue of the creditors' contractual, statutory, and/or common law rights with the Debtors and by operation of law.

   A. BPUB has a claim against the Debtors for unpaid, pre-petition, utility charges, and it has a potential claim against the Debtors, if they do not pay post-petition, utility charges in full.

   B. TEP has a claim against the Debtors for unpaid, pre-petition, utility charges, and it has a potential, post-petition claim against the Debtors, if they Debtors do not pay post-petition, utility charges in full.

3. **Pertinent Facts and Circumstances in Connection with Retention**

At different times following the commencement of these bankruptcy cases, each of these creditors retained Gilbert L. Hamberg, Esquire, to represent it. Each is aware of his joint representation and has consented to his representing all of them in these cases.

4. **Claims or Interests Owned**

Gilbert L. Hamberg, Esquire, does not now nor has he previously owned any claims or interests against the Debtors.

I verify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

Dated: December 26, 2008        GILBERT L. HAMBERG, ESQUIRE

Gilbert L. Hamberg   (PA 25461)
1038 Darby Drive
Yardley, PA  19067-4519
Tel:  (215) 321-6909
Fax:  (215) 321-6909
Email: Ghamberg@verizon.net

Attorney for Brownsville Public Utilities Board and Tucson Electric Power Company

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Verified Statement Pursuant to Bankruptcy Rule 2019(a) to be served via electronic service and first class U.S. Mail delivery upon the following:

Office of the U.S. Trustee
600 East Main Street, Suite 301
Wilmington, DE 19801

Sarah Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 W. Wacker Drive, Suite 2100
Chicago, IL 60606

/s/ Gilbert L. Hamberg
_____
Gilbert L. Hamberg

```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA

-------------------------------------x
In re:                               :    Chapter 11
                                     :
CIRCUIT CITY HOLDINGS, INC., et al.  :    Case No. 08-35653
                                     :
              Debtors.               :    Jointly Administered
-------------------------------------x
```

## AFFIDAVIT RE ELECTRONIC FILING PROCEDURES

COMMONWEALTH OF PENNSYLVANIA :
                             :    ss
COUNTY OF BUCKS              :

GILBERT L. HAMBERG, being duly sworn, deposes and says:

1. I am an attorney at law admitted to the Bars of the Commonwealth of Pennsylvania, the State of New York, and the State of Louisiana. I am not admitted to the Bar of the State of Virginia. I do not have a Virginia identification number by which to file documents electronically with this Court.

2. In this case, I have been representing Brownsville Public Utilities Board and Tucson Electric Power Company by providing them with legal advice. To date, I have not had to file any pleadings or papers with this Court; therefore, I have not had to affiliate with local, Virginia co-counsel.

3. At this time, I do not envision filing pleadings or papers on behalf of my clients. If I have to in the future, then I would retain and affiliate with Virginia, co-counsel.

4. It would be a burdensome expense to have to retain Virginia co-counsel solely to file the instant Rule 2019(a) Statement.

[Remainder of page left blank intentionally.]

Further, affiant saith naught.

*Gilbert L. Hamberg* (signature)
Gilbert L. Hamberg

Sworn to and subscribed
before me this 26th day
of December    2008.

*Ryan O'Dell* (signature)
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Ryan O'Dell, Notary Public
Yardley Boro, Bucks County
My Commission Expires July 16, 2012
Member, Pennsylvania Association of Notaries

2

# GILBERT L. HAMBERG

ATTORNEY AT LAW
1038 DARBY DRIVE
YARDLEY, PENNSYLVANIA 19067-4519

PHONE / FAX: (215) 321-6909 / Email: ghamberg@verizon.net
LICENSED IN PENNSYLVANIA, NEW YORK, AND LOUISIANA

December 26, 2008

Clerk of Court
U.S. Bankruptcy Court for the Eastern District of Virginia
1100 E. Main Street
Suite 210
Richmond, VA 23219-3515

RE:  Circuit City Holdings, Inc, et al.
     Case No. 08-35653
     (U.S. Bankr. E.D. VA)

<u>VIA FEDERAL EXPRESS</u>

Dear Sir/Madam:

    Enclosed for filing in this case is the original and two (2) copies of my Verified Statement Pursuant to Bankruptcy Rule 2019(a). Also, enclosed is my Affidavit re Electronic Filing Procedures.

    I represent multiple creditors. I am not admitted to practice before your Court. To date, I have filed no pleadings in this case, nor do I currently anticipate filing any. If I file any in the future, then I will affiliate with local, bankruptcy co-counsel.

    Please scan and file my Verified Statement into the docket on my behalf.

    Also enclosed is a self-addressed, postage prepaid envelope. Please return to me one (1) date and time stamped copy for my files. Thank you.

Respectfully yours,

*[signature]*

Gilbert L. Hamberg

GLH/
enclosures