Joseph J. Wielebinski, Esq.
Texas Bar No. 21432400
Davor Rukavina, Esq.
Texas Bar No. 24030781
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR TEXAS
INSTRUMENTS INCORPORATED

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
CIRCUIT CITY STORES, INC., *el. al.*,                       :    Case No. 08-35653-KRH
                                                            :
Debtors.                                                    :    Jointly Administered
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned and the law firm of Munsch Hardt Kopf & Harr, P.C. hereby appear as counsel for **Texas Instruments Incorporated** ("TI"), a creditor and party-in-interest in the above styled and numbered jointly administered bankruptcy case, and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, and 9010, Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served in this bankruptcy case, be served on TI by and through service on the following:

Davor Rukavina, Esq.
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-5359
drukavina@munsch.com

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS – Page 1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, disclosure statement, plan, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby further requests that the Debtors and their counsel, any duly-constituted committee(s) and their counsel, the United States Trustee, and the Clerk of the Court, and all parties filing a notice of appearance herein place the undersigned's name and address on any mailing matrix to be prepared or existing in the above-referenced bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance is not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of TI's: (1) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which TI is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments TI expressly reserves.

Respectfully submitted on this the 22d day of December, 2008.

MUNSCH HARDT KOPF & HARR, P.C.

By: _____
Joseph J. Wielebinski, Esq.
Texas Bar No. 21432400
Davor Rukavina, Esq.
Texas Bar No. 24030781
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-5359

**ATTORNEYS FOR TEXAS INSTRUMENTS INCORPORATED**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 22d day of December, 2008, he caused true and correct copies of this document to be served, by U.S. first class mail, postage prepaid, on the following:

| | | |
|---|---|---|
| Circuit City Stores, Inc., et al.<br>Claims Processing<br>c/o Kurtzman Carson<br>Consultants LLC,<br>2335 Alaska Avenue<br>El Segundo, CA 90245 | Circuit City Stores, Inc.<br>Attn: Reginald D. Hedgebeth<br>9950 Mayland Drive<br>Richmond, VA 23233 | Circuit City Stores, Inc.<br>Attn: Daniel W. Ramsey<br>9950 Mayland Drive<br>Richmond, VA 23233 |
| Skadden, Arps, Slate, Meagher<br>& Flom LLP<br>Attn: Sarah Baker, Esq.<br>333 West Wacker Drive,<br>Chicago, IL 60606 | McGuireWoods LLP<br>Attn: Sarah B. Boehm, Esq.<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | Robert B. Van Arsdale, Esq.<br>Office of the U. S. Trustee<br>701 East Broad Street<br>Suite 4304<br>Richmond, VA 23219 |
| Pachulski Stang Ziehl & Jones<br>Attn: Brad R. Godshall, Esq.<br>10100 Santa Monica Blvd.<br>11th Floor<br>Los Angeles, CA 90067-4100 | Tavenner & Beran, PLC<br>Attn: Lynn L. Tavenner, Esq.<br>20 North Eighth Street<br>Second Floor<br>Richmond, VA 23219 | |

By: _____
Davor Rukavina, Esq.
Texas Bar No. 24030781

---

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -- Page 4
MHDocs 1869711_1 587.76

**MUNSCH HARDT
KOPF & HARR** PC
ATTORNEYS & COUNSELORS
DALLAS | HOUSTON | AUSTIN

3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Main 214.855.7500
Fax 214.855.7584
Web munsch.com

Writer's Direct Dial: 214.855.7587
E-Mail: drukavina@munsch.com
Direct Fax: 214.978.5359

December 22, 2008

United States Bankruptcy Court
Eastern District of Virginia, Richmond Division
Attn: Clerk's Office
701 East Broad Street
Richmond, VA 23219-1888

Re:    08-35653-KRH; In re Circuit City Stores, Inc. et. al.

Dear Clerk:

Enclosed, please find the *Notice of Appearance and Request for Service of Papers* of Texas Instruments Incorporated. Please cause the Notice of Appearance to be filed in the above referenced bankruptcy case. Please return a filed-stamped copy of the same to me, as filed, in the enclosed self addressed stamped envelope.

Sincerely,

MUNSCH HARDT KOPF & HARR, P.C.

By: _____
Davor Rukavina

DR/ljr
Enclosures

MHDocs 1869747_1 587.76