RICHMOND DIVISION

F
I
L
E
D

DEC 2 9 2008

F
I
L
E
D

CLERK
U.S. BANKRUPTCY COURT

David McCall, Esq.
GAY, McCALL, ISAACKS, GORDON & ROBERTS, P.C.
777 East 15th Street
Plano, Texas 75074
Telephone: 972/424-8501
ATTORNEY FOR THE CITY OF GARLAND TAX ASSESSOR/COLLECTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CIRCUIT CITY STORES, INC. | § | |
| | § | CASE NO. 08-35653-KRH-11 |
| | § | |
| D E B T O R (S). | § | |
| | § | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES

TO ALL PARTIES:

PLEASE TAKE NOTICE that David McCall of the law firm of GAY, McCALL, ISAACKS, GORDON & ROBERTS, P.C., files this Notice of Appearance and Request for Notices ("Notices") as counsel for the City of Garland Tax Assessor/Collector in the above referenced matter and pursuant to Bankruptcy Rules 2002, 3017 and 9010, respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned attorney at the office, postal address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, settlement, pleading or request, whether formal or

informal, whether written or oral and whether transmitted or conveyed by mail, delivery,

telephone, telefax or otherwise.    Further, Gay, McCall, Isaacks, Gordon & Roberts, P.C.

requests that it be provided with a copy of any **Disclosure Statement, Plan, Motion for**

**Confirmation or Order of Confirmation**.

Respectfully submitted,
GAY, McCALL, ISAACKS, GORDON & ROBERTS, P.C.
777 East 15th Street
Plano, Texas 75074
Telephone: 972/424-8501
Telecopier: 972/424-5619

By:
David McCall
State Bar No.  13350500

ATTORNEYS FOR THE
CITY OF GARLAND TAX ASSESSOR/COLLECTOR

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing NOTICE OF
APPEARANCE AND REQUEST FOR NOTICES was served on all parties listed below by first
class United States mail, postage prepaid, properly addressed, and or they are being
electronically served on this 15th day of December, 2008.

/s/ David McCall
David McCall

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
600 E. Main St., Suite 301
Richmond, VA 23219

McGuire Craddock & Strother PC
3550 Lincoln Plaza
500 North Akard
Dallas, TX 75201