UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

RICHMOND DIVISION

FILED DEC 2 9 2008

CLERK
U.S. BANKRUPTCY COURT

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 08-35653-KRH |
| | ) | |
| Circuit City Stores, Inc. | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | NOTICE OF APPEARANCE |
| | ) | AND REQUEST FOR SERVICE |

TO:   CLERK OF COURT, DEBTOR'S COUNSEL, AND US TRUSTEE:

Please take notice that the undersigned, an attorney in the law firm of Nelson Mullins Riley & Scarborough LLP, does hereby give notice of the appearance of this firm on behalf of **Myrtle Beach Farms Co., Inc.**, a creditor/landlord. This notice of appearance is being filed in accordance with Bankruptcy Rule 9010.

The Clerk of Court, and any other party that the Court may direct to send notices, is hereby requested that this law firm be shown on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

The Debtor's counsel and the U.S. Trustee are hereby requested to serve upon the undersigned all pleadings, documents and papers to which **Myrtle Beach Farms Co., Inc.** may be a party in interest.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: _____
Betsy Johnson Burn, Federal Bar No. 7574
E-Mail: betsy.burn@nelsonmullins.com
Post Office Box 11070 (29211-1070)
Columbia, SC  29201
(803) 799-2000

Attorneys for **Myrtle Beach Farms Co., Inc.**

Columbia, South Carolina
Dec. 22, 2008.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 08-35653-KRH |
| | ) | |
| Circuit City Stores, Inc. | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for **Myrtle Beach Farms Co., Inc.** do hereby certify that I have served all counsel in this action with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address(es):

Pleading:            **NOTICE OF APPEARANCE
                     AND REQUEST FOR SERVICE**

Counsel Served:      Daniel F. Blanks, Esquire
                     Douglas M. Foley, Esquire
                     McGuire Woods LLP
                     9000 World Trade Center
                     101 W. Main Street
                     Norfolk, VA 23510

                     Dion W. Hayes, Esquire
                     Joseph S. Sheerin, Esquire
                     Sarah Beckett Boehm, Esquire
                     McGuire Woods, LLP
                     One James Center
                     901 E. Cary St.
                     Richmond, VA 23219

2

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, IL 60606

Robert B. Van Arsdale, Esq.
Office of the US Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219


_M. Nicole Stalvey_
M. Nicole Stalvey, Admin. Assistant to
Betsy Johnson Burn, Federal Bar No. 7574
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000


Columbia, South Carolina
12/22, 2008

3

# Nelson
# Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
1320 Main Street / 17th Floor / Columbia, SC 29201
Tel: 803.799.2000  Fax: 803.256.7500
www.nelsonmullins.com

Betsy Johnson Burn
Certified Specalist in Bankruptcy/
Debtor-Creditor Law by the
South Carolina Supreme Court
Tel: 803.255.9261
betsy.burn@nelsonmullins.com

December 22, 2008

Clerk, US Bankruptcy Court
701 E. Broad Street
Suite 4000
Richmond, VA 23219-1888

RE:    Circuit City Stores, Inc.
       Bankruptcy Case No.: 08-35653-KRH
       Our File No.: 02086/01620

Dear Clerk:

Enclosed please find the original and two (2) copies of a Notice of Appearance and Request for Service along with our Certificate of Service in regards to the above-referenced matter. We would appreciate it if you would file the original document and return a clocked in copy to us in the enclosed envelope.

Please give us a call if you should have any questions.

Very truly yours,

Betsy Johnson Burn

BJB:mns
Enclosures

Atlanta • Boston • Charleston • Charlotte • Columbia • Greenville • Myrtle Beach • Raleigh • Washington, DC • Winston-Salem