IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

------------------------------------------------- x
In re:                                            :   Chapter 11
                                                  :
                                                  :   Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                        :
et al.,                                           :
                                                  :   Jointly Administered
                   Debtors.[1]                    :
                                                  :
------------------------------------------------- x

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Christine Salamante, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before December 18, 2008, copies of the following documents were served per postal forwarding address via First Class mail upon the parties set forth on the service list attached hereto as **Exhibit A**:

1. Notice of Bar Date for Filing a Request for Allowance of an Administrative Expense Claim Under 11 U.S.C. § 503(b)(9); and Section 503(b)(9) Claim Request Form (Docket No. 145)

*[Space Left Intentionally Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

2. Notice of Entry of Interim Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands (Docket No. 146)

Dated: December 19, 2008

_____
Christine Salamante

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 19th day of December, 2008, by Christine Salamante, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

GARY CHRISTENSEN
Commission # 1620624
Notary Public - California
Yolo County
My Comm. Expires Nov 12, 2009

# EXHIBIT A

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Cobb County Water System | | PO Box 580440 | Charlotte | NC | 28258-0440 |
| Coldwell Banker Relocation ACC | | 2215 Sanders Rd Ste 300 | Northbrook | IL | 60062-6134 |
| Culligan International Company | | 9399 W Higgins Rd Ste 1100 | Rosemont | Il | 60018-4940 |
| J&G Systems Inc | | PO Box 146 | Durham | NC | 27702-0146 |
| US Department of Treasury FMS | Debt Management Services | PO Box 70950 | Charlotte | NC | 28272-0950 |
| Wichita, City Of | | 455 N Main St No 4FL | Wichita Falls | KS | 67202-1600 |