FRANK F. RENNIE, IV

(804) 320-9100
(804) 320-2950    *fax*
(804) 330-8900 x 304    *direct ext.*

FRENNIE@COWANGATES.COM

1930 HUGUENOT ROAD
P. O. BOX 35655
RICHMOND, VIRGINIA 23235-0655

December 29, 2008

**HAND DELIVERED**

William C. Redden, Clerk
U. S. Bankruptcy Court
Eastern District of Virginia - Richmond Div.
701 E. Broad Street
Richmond, VA 23219-3515

      RE:    **Circuit City Stores, Inc., et als**
                **Chapter 11**
                **Case No. 08-35653-KRH**
                **Jointly Administered**

Dear Mr. Redden:

I am presenting for filing the following documents by diskette and by paper:

1. Motion of James M. Stacia to File Objection to the Debtors' Motion to Reject His Separation Agreement and Release of Claims (with Exhibits)

2. Objection of James M. Stacia to Debtors' Motion to Reject His Separation Agreement and Waiver of Claims Against Circuit City

3. Order

December 29, 2008
Page 2

---

      I am presenting these in this fashion because internet connection at my office has been lost today and these documents must be filed by 4:00 PM today. I will fill these documents electronically when my internet capability is restored.

                Very truly yours,

                CowanGates, PC


                Frank F. Rennie, IV

cb

Enclosures: Documents (3)

Copy: James M. Stacia (With Enclosures)