UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
__Richmond__ **Division**

F I L E D
DEC 29
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

In re   Circuit City Stores, Inc.                      Case No.  08-35653-KRH

                                                       Adv. Proceeding No. _____

Debtor(s)

### TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on  November 24, 2008 .

The parties included in the Appeal to the District Court:

APPELLANT(S):  Florida Power & Light Company, Potomac Electric Power Company,
               Delmarva Power & Light Company, Atlantic City Electric Company,
               Alabama Power Company and Cemtral Maine Power Company

ATTORNEY:      Kevin R. McCarthy, Esq.
               8180 Greensboro Drive, Ste. 875
               McLean, VA  22102

APPELLEE (S):  Circuit City Stores, Inc., et al

ATTORNEY:      Dion W. Hayes, Esq. (Local Counsel)    Gregg M. Galardi, Esq
               One James Ctr, 901 E. Cary St.         One Rodney Square
               Richmond, VA  23219                    Wilmington, DE  19899

Brief Description of Judgment/Order Appealed:  Order Pursuant to Bankrupty Code Sect. 105(A), 363 and 366 and Bankruptcy
Rule 6003(I) Approving Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Request by Utilitiy
Companies for Additional Assurance of Payment (III) Scheduling a Hearing with with Respect to Contested Payment Requests

Date Judgment/Order Entered:  November 12, 2008

1. Filing Fees:   A. Notice of Appeal - Filing Fee $5.00       (X) Paid     ( ) Not Paid
                  B. Appeal Docket Fee - $250.00               (X) Paid     ( ) Not Paid     ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. (X) Copies of items designated by Appellant/Appellee have/~~have not~~ been submitted pursuant to FRBP 8006 and LBR 8006-1.

                                       WILLIAM C. REDDEN, Clerk of the Court
Date: Dec. 29, 2008                    By: _____, Deputy Clerk

**CERTIFICATION TO APPELLATE COURT**
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local
Bankruptcy Rule 8006-1 has not been filed within ten (10) days after the filing of the notice of appeal.

                                       WILLIAM C. REDDEN, Clerk of the Court
                                       By: _____, Deputy Clerk

**District Clerk - Please complete and return second copy.**

DISTRICT COURT CASE NUMBER  3:08CV846          Date  DEC 2 9 2008

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                                   [apptrans ver. 11/01/03]

*Judge Spencer*