## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
Richmond **Division**

**In re** Circuit City Stores, Inc.        Case No. 08-35653-KRH

Adv. Proceeding No. [Adversary Proceeding No.]

**Debtor(s)**

### TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on December 5, 2008.

The parties included in the Appeal to the District Court:
APPELLANT(S): Baltimore Gas and Electric Company

ATTORNEY: Kevin R. McCarthy, Esq.
8180 Greensboro Drive, Ste. 875
McLean, VA 22102

APPELLEE (S): Circuit City Stores, Inc., et al

ATTORNEY: Dion W. Hayes, Esq. (Local Counsel)    Gregg M. Galardi, Esq
One James Ctr, 901 E. Cary St.    One Rodney Square
Richmond, VA 23219    Wilmington, DE 19899

Brief Description of Judgment/Order Appealed: Order Pursuant to Bankruptcy Code Sect. 105(A), 363 and 366 and Bankruptcy Rule 6003 (I) Approving Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Request by Utility Companies for Additional Assurance of Payment (III) Scheduling a Hearing with Respect to Contested Payment Requests

Date Judgment/Order Entered: November 12, 2008 (docket entry #117)

1. Filing Fees:  A. Notice of Appeal - Filing Fee $5.00   (×) Paid   ( ) Not Paid
                 B. Appeal Docket Fee - $250.00          (×) Paid   ( ) Not Paid   ( ) Deferred. See attached Request
2. (×) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. (×) Copies of items designated by Appellant/Appellee have/~~have not~~ been submitted pursuant to FRBP 8006 and LBR 8006-1.

WILLIAM C. REDDEN, Clerk of the Court
Date: Dec. 30 2008        By: /s/ Jennifer A. Jafarbay        , Deputy Clerk

### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within ten (10) days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of the Court
By: _____, Deputy Clerk

**District Clerk - Please complete and return second copy.**

DISTRICT COURT CASE NUMBER_____    Date _____

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                [apptrans ver. 11/01/03]