UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA   **FILED**
Richmond   Division

In re   Circuit City Stores, Inc.          Case No. 08-35653-KRH

Adv. Proceeding No. [If Adversary Proceeding No.]

2008 DEC 30 A 10: 37

Debtor(s)

CLERK US DISTRICT COURT
RICHMOND VIRGINIA

**TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on December 5, 2008.

The parties included in the Appeal to the District Court:
APPELLANT(S): Baltimore Gas and Electric Company

ATTORNEY:   Kevin R. McCarthy, Esq.
8180 Greensboro Drive, Ste. 875
McLean, VA 22102

APPELLEE (S):   Circuit City Stores, Inc., et al

ATTORNEY:   Dion W. Hayes, Esq. (Local Counsel)     Gregg M. Galardi, Esq
One James Ctr, 901 E. Cary St.                One Rodney Square
Richmond, VA 23219                            Wilmington, DE 19899

Brief Description of Judgment/Order Appealed: Order Pursuant to Bankruptcy Code Sect. 105(A), 363 and 366 and Bankruptcy Rule 6003 (I) Approving Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Request by Utility Companies for Additional Assurance of Payment (III) Scheduling a Hearing with Respect to Contested Payment Requests

Date Judgment/Order Entered: November 12, 2008   (docket entry #117)

1. Filing Fees:  A. Notice of Appeal - Filing Fee $5.00     (×) Paid     ( ) Not Paid
                B. Appeal Docket Fee - $250.00              (×) Paid     ( ) Not Paid     ( ) Deferred. See attached Request
2. (×) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. (×) Copies of items designated by Appellant/Appellee have/~~have not~~ been submitted pursuant to FRBP 8006 and LBR 8006-1.

Date: Dec. 30, 2008              WILLIAM C. REDDEN, Clerk of the Court
                                 By: /s/ Jennifer A. Jafarbay           , Deputy Clerk

**CERTIFICATION TO APPELLATE COURT**
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within ten (10) days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of the Court
By: _____, Deputy Clerk

District Clerk - Please complete and return second copy.
DISTRICT COURT CASE NUMBER 3:08CV847   Date 12/30/08

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)   Spincir     [apptrans ver. 11/01/03]