Joseph D. Frank (IL No. 6216085)
Jeremy C. Kleinman (IL No. 6270080)
**FRANK/GECKER LLP**
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Phone: (312) 276-1400
Fax:    (312) 276-0035
*Counsel for PriceGrabber.com, Inc.*

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
|  | x |  |
| In re: | : | Chapter 11 |
|  | : |  |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | : | Case No. 08-35653-KRH |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | Honorable Kevin R. Huennekens |
|  | x |  |

### NOTICE OF APPEARANCE AND
### <u>REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS</u>

PLEASE TAKE NOTICE that PriceGrabber.com, Inc. ("PriceGrabber") hereby appears by its counsel, Joseph D. Frank and Jeremy C. Kleinman ("Counsel") of Frank/Gecker LLP; Counsel hereby enters an appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and Counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the parties listed below at the following address, telephone number, facsimile number and email addresses:

{ EXPERIAN / 028 / 00016096.DOC /}

Joseph D. Frank
Jeremy C. Kleinman
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:  (312) 276-1400
Facsimile:  (312) 276-0035
jfrank@fgllp.com

PriceGrabber.com Inc.
Attn:  Katerina Canyon
5150 Goldleaf Circle, 2nd Floor
Los Angeles, California  90056
Telephone:  (323) 601-1200
Facsimile:  (323) 601-1678
katerina@pricegrabber.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, filed or made with regard to the above-captioned case and proceeding therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the right of PriceGrabber (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over PriceGrabber; or (v) of any other rights, claims, actions, setoffs, or recoupments to which PriceGrabber may be

entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments PriceGrabber.com expressly reserves.

Dated: December 30, 2008　　　　　　　　　　PRICEGRABBER.COM, INC.

　　　　　　　　　　　　　　　　　　　　　　By:　　*/s/ Jeremy C. Kleinman*

Joseph D. Frank (IL No. 6216085)
Jeremy C. Kleinman (IL No. 6270080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:　(312) 276-1400
Facsimile:　(312) 276-0035

## CERTIFICATE OF SERVICE

The undersigned attorney states that on **December 30, 2008**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed electronically. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List, a copy of which is attached hereto, by operation of the Court's CM/ECF system. In addition, copies were served via first class mail, postage prepaid, upon the parties listed on the attached Service List.

By: ___/s/ Joseph D. Frank_____

**SERVICE LIST**

*In re Circuit City Stores, Inc., et al.*
**Case No. 08-35653-KRH**

| *Counsel for the Debtors* | *Counsel for the Debtors* |
|---|---|
| Daniel F. Blanks | Dion W. Hayes |
| Douglas M. Foley | Joseph S. Sheerin |
| McGuire Woods LLP | Sarah Becker Boehm |
| 9000 World Trade Center | McGuire Woods LLP |
| 101 West Main Street | 901 East Cary Street |
| Norfolk, Virginia 23510 | Richmond, Virginia 23219 |

| *Counsel for the Debtors* | *Counsel for the Debtors* |
|---|---|
| Greg M. Galardi | Chris L. Dickerson |
| Ian S. Fredericks | Skadden, Arps, Slate, Meagher & Flom, LLP |
| Skadden, Arps, Slate, Meagher & Flom, LLP | 333 West Wacker Drive |
| One Rodney Square | Chicago, Illinois 60606 |
| P.O. Box 636 | |
| Wilmington, Delaware 19899-0636 | |

| *Counsel for the Official Committee of Unsecured Creditors* | *Counsel for the Official Committee of Unsecured Creditors* |
|---|---|
| Lynn L. Tavenner | Jeffrey N. Pomerantz |
| Paula S. Beran | Pachulski Stang Ziehl & Jones LLP |
| Tavenner & Beran, PLC | 10100 Santa Monica Boulevard |
| 20 North Eighth Street | 11th Floor |
| Second Floor | Los Angeles, California 90067-410023219 |
| Richmond, Virginia 23219 | |

| *Counsel for the Official Committee of Unsecured Creditors* | *Office of the United States Trustee* |
|---|---|
| Robert J. Feinstein | Robert B. Van Arsdale |
| Pachulski Stang Ziehl & Jones LLP | Office of the United States Trustee |
| 780 Third Avenue, 36th Floor | 701 East Broad Street |
| New York, New York 10017-2024 | Suite 4304 |
| | Richmond, Virginia 23219 |

# Mailing Information for Case 08-35653-KRH

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Robin S. Abramowitz    abramowitz@larypc.com
- Angela Sheffler Abreu    aabreu@mccarter.com, rowan20@excite.com
- Christopher M. Alston    alstc@foster.com, muelk@foster.com
- Mark K. Ames    mark@taxva.com
- Heather Lynn Anderson    Heather.Anderson@dol.lps.state.nj.us
- Henry P. Baer    CSommer@fdh.com, csommer@fdh.com
- Peter Barrett    peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;elenora.allen@kutakrock.com
- Raymond William Battaglia    rbattaglia@obht.com
- Philip C. Baxa    phil.baxa@mercertrigiani.com, liz.camp@mercertrigiani.com
- Christopher R. Belmonte    cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
- Paula S. Beran    pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com
- Jason B. Binford    jason.binford@haynesboone.com
- Ron C. Bingham    rbingham@stites.com, dclayton@stites.com
- Patrick M. Birney    pbirney@rc.com, ccanty@rc.com
- Daniel F. Blanks    dblanks@mcguirewoods.com
- Paul S. Bliley    pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
- Sarah Beckett Boehm    sboehm@mcguirewoods.com, kcain@mcguirewoods.com
- Wanda Borges    borgeslawfirm@aol.com
- Anne Elizabeth Braucher    anne.braucher@dlapiper.com
- John P. Brice    lexbankruptcy@wyattfirm.com
- William A. Broscious    wbroscious@kbbplc.com
- Timothy Francis Brown    brownt@arentfox.com, giaimo.christopher@arentfox.com
- Mark E. Browning    bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
- Andrew M. Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com
- William A. Burnett    aburnett@williamsmullen.com
- Paul K. Campsen    pkcampsen@kaufcan.com
- William H. Casterline    wcasterlinejr@blankeith.com, bford@bklawva.com
- Sara L. Chenetz    schenetz@sonnenschein.com
- Charles W. Chotvacs    chotvacsc@ballardspahr.com, aconway@taubman.com;Pollack@ballardspahr.com
- Anthony J. Cichello    acichello@kb-law.com
- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
- Andrew Lynch Cole    acole@fandpnet.com
- Ken Coleman    Ken.Coleman@allenovery.com
- Michael A. Condyles    michael.condyles@kutakrock.com, lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com

- Andrew S. Conway    aconway@taubman.com
- Erin Elizabeth Corbett    ecorbett@spottsfain.com, kligon@spottsfain.com;skelly@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com
- Eric C. Cotton    hsmith@ddr.com
- Robert K. Coulter    robert.coulter@usdoj.gov, sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov
- David H. Cox    dcox@jackscamp.com, phaynes@jackscamp.com;dstewart@jackscamp.com
- John M. Craig    johncraigg@aol.com, russj4478@aol.com
- William C. Crenshaw    WCrenshaw@pogolaw.com, michelle.mcmahon@bryancave.com
- Paul McCourt Curley    pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
- Heather D. Dawson    hdawson@kkgpc.com, scarlberg@kkgpc.com
- Gilbert D. Dean    ddean@coleschotz.com
- Christopher M. Desiderio    cdesiderio@nixonpeabody.com
- Deborah H. Devan    dhd@nqgrg.com
- Jaime Sue Dibble    jdibble@stinson.com, lbigus@stinson.com
- Louis E. Dolan    ldolan@nixonpeabody.com, rfullen@nixonpeabody.com
- Jennifer V. Doran    jdoran@haslaw.com
- Paul A. Driscoll    pdriscol@pendercoward.com
- Seth A. Drucker    sdrucker@honigman.com
- Ronald G. Dunn    bstasiak@gdwo.net
- Sara B. Eagle    eagle.sara@pbgc.gov, efile@pbgc.gov
- Bradford F. Englander    benglander@linowes-law.com, klevie@linowes-law.com;jkneeland@linowes-law.com;gduvall@linowes-law.com;nconstantino@linowes-law.com;bnestor@linowes-law.com;aevert@linowes-law.com
- Augustus C. Epps    aepps@cblaw.com, lthompson@cblaw.com
- David J. Ervin    dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Belkys Escobar    Belkys.Escobar@loudoun.gov, Karen.Stapleton@loudoun.gov;bankrupt@loudoun.gov
- Michael P. Falzone    mfalzone@hf-law.com, stoboz@hf-law.com
- Robert J. Feinstein    rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
- John D. Fiero    jfiero@pszjlaw.com
- Douglas M. Foley    dfoley@mcguirewoods.com
- Jeremy S. Friedberg    jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com
- Jeremy S. Friedberg    jsf@llff.com, ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com
- Ellen A. Friedman    efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
- Brad R. Godshall    bgodshall@pszjlaw.com
- Douglas R. Gonzales    dgonzales@wsh-law.com
- Kimbell D. Gourley    kgourley@idalaw.com, sprescott@idalaw.com

- Garry M. Graber    GGraber@HodgsonRuss.com, jkreher@hodgsonruss.com;dpiazza@hodgsonruss.com;jrando@hodgsonruss.com;bomalley@hodgsonruss.com
- Jeffrey J. Graham    jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com
- Gregory D. Grant    ggrant@srgpe.com, csydnor@srgpe.com;lsmith@srgpe.com
- William A. Gray    bgray@sandsanderson.com, lhudson@sandsanderson.com;tebel@sandsanderson.com;kwalters@sandsanderson.com
- William F. Gray    wgray@torys.com, tmartin@torys.com
- Steven H. Greenfeld    steveng@cohenbaldinger.com
- David A. Greer    dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
- Elizabeth L. Gunn    egunn@durrettebradshaw.com, sryan@durrettebradshaw.com
- Jerry Lane Hall    jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com
- Eric A. Handler    ehandler@donahue.com, jane@donahue.com
- David Emmett Hawkins    dhawkins@velaw.com
- Dion W. Hayes    dhayes@mcguirewoods.com
- Melissa S. Hayward    mhayward@lockelord.com
- Matthew E. Hoffman    mehoffman@duanemorris.com, Dimassa@duanemorris.com;lstopol@levystopol.com
- David D. Hopper    ddhopper@chlhf.com, scilino@chlhf.com
- Mary Angela House    mhouse@akingump.com, jgold@akingump.com;bpatrick@akingump.com
- Brian D. Huben    brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.com
- Lisa Taylor Hudson    lhudson@sandsanderson.com, kbice@sandsanderson.com;cjackson@sandsanderson.com
- Jessica Regan Hughes    jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
- Jordan M. Humphreys    jhumphreys@fpb-law.com
- Richard Iain Hutson    rhutson@fullertonlaw.com, pschrader@fullertonlaw.com
- Christopher A. Jones    cajones@wtplaw.com, wbatres@wtplaw.com
- Dexter D. Joyner    caaustin@comcast.net
- Gary M. Kaplan    gmkaplan@howardrice.com
- Douglas D. Kappler    dkappler@rdwlawcorp.com
- Adam K. Keith    akeith@honigman.com, tsable@honigman.com
- Vivieon E. Kelley    vivieon.kelley@troutmansanders.com, bonnie.feuer@troutmansanders.com
- Gerald P. Kennedy    gpk@procopio.com
- Thomas G. King    tking@kech.com, dholmgren@kech.com
- Michael S. Kogan    mkogan@ecjlaw.com, rfraire@ecjlaw.com
- Charles Gideon Korrell    gkorrell@dl.com
- Leonidas Koutsouftikis    lkouts@magruderpc.com, mcook@magruderpc.com
- Darryl S. Laddin    bkrfilings@agg.com
- Kevin A. Lake    klake@vanblk.com, lseaborne@vanblk.com,dszabo@vanblk.com,dalessi@vanblk.com

- John J. Lamoureux    jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
- Ian S. Landsberg    ilandsberg@lm-lawyers.com
- Stephen E. Leach    sleach@ltblaw.com, ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com
- Richard E. Lear    richard.lear@hklaw.com, kimi.odonnell@hklaw.com
- Robert L. Lehane    rlehane@kelleydrye.com
- Stephen K. Lehnardt    skleh@lehnardt-law.com
- Justin D. Leonard    jleonard@balljanik.com
- Fredrick J. Levy    fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
- Dennis T. Lewandowski    dtlewand@kaufcan.com
- James V. Lombardi    jvlombardi@rossbanks.com
- Henry Pollard Long    hlong@hunton.com
- John E. Lucian    lucian@blankrome.com
- Donald K. Ludman    dludman@brownconnery.com
- Christine D. Lynch    clynch@goulstonstorrs.com
- A. Carter Magee    cmagee@mfgs.com, lcopenhaver@mfgs.com
- Richard M. Maseles    edvaecf@dor.mo.gov
- Bruce H. Matson    bruce.matson@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
- Kevin R. McCarthy    krm@mccarthywhite.com, wdw@mccarthywhite.com;clm@mccarthywhite.com
- Neil E. McCullagh    nmccullagh@cantorarkema.com
- W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
- David R. McFarlin    dmcfarlin@whmh.com, psmith@whmh.com;mbretana@whmh.com;lde@whmh.com
- Annemarie G. McGavin    annemarie.mcgavin@bipc.com
- Robert P. McIntosh    Robert.McIntosh@usdoj.gov
- John D. McIntyre    jmcintyre@wilsav.com, wedwards@wilsav.com
- John G. McJunkin    jmcjunkin@mckennalong.com, sparson@mckennalong.com
- Jennifer McLain McLemore    jmclemore@cblaw.com, avaughn@cblaw.com
- Janet M. Meiburger    admin@meiburgerlaw.com
- Stephen A. Metz    smetz@srgpe.com
- Kalina Boyanova Miller    kmiller@wileyrein.com, rours@wileyrein.com
- Malcolm M. Mitchell    mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
- Byron Z. Moldo    bmoldo@mdfslaw.com, tmelendez@mdfslaw.com
- Joseph T. Moldovan    bankruptcy@morrisoncohen.com
- Michael D. Mueller    mmueller@cblaw.com, avaughn@cblaw.com
- Mona M. Murphy    mona.murphy@akerman.com, tammy.scott@akerman.com;michael.goldberg@akerman.com;phil.landau@akerman.com
- Kevin M. Newman    knewman@menterlaw.com
- Steven H. Newman    snewman@katskykorins.com
- Alan Michael Noskow    anoskow@pattonboggs.com, tbryan@pattonboggs.com
- Samuel S. Oh    sam.oh@limruger.com
- Mary E. Olden    molden@mhalaw.com, akauba@mhalaw.com

- Laura Otenti    lotenti@pbl.com
- James A. Pardo    jpardo@kslaw.com, thadwilson@kslaw.com
- Min Park    mpark@cblh.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
- Peter M. Pearl    ppearl@sandsanderson.com
- Frank T. Pepler    fpepler@peplermastromonaco.com
- Christopher L. Perkins    christopher.perkins@leclairryan.com, stacie.wetzler@leclairryan.com;stacy.beaulieu@leclairryan.com
- Loc Pfeiffer    loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
- Kimberly A. Pierro    kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
- David M. Poitras    dmp@jmbm.com
- Jeffrey N. Pomerantz    jpomerantz@pszjlaw.com
- Courtney E. Pozmantier    cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
- Julie Ann Quagliano    quagliano@quagseeg.com, zisa@quagseeg.com;frazier@quagseeg.com;greene@quagseeg.com;elawler@lowenstein.com
- William H. Ramsey    ramseywh@doj.state.wi.us, gurholtks@doj.state.wi.us
- Michael Reed    danielle.goff@mvbalaw.com
- Thomas W. Repczynski    trepczynski@beankinney.com, bsockwell@beankinney.com
- Fred B. Ringel    fbr@robinsonbrog.com
- Philip M. Roberts    mroberts@bdlaw.org
- Terri A. Roberts    pcaocvbk@pcao.pima.gov
- Martha E. Romero    romero@mromerolawfirm.com
- Jeremy Brian Root    jroot@bklawva.com, tmartin@bklawva.com
- Michael F. Ruggio    mruggio@polsinelli.com, cdancy@polsinelli.com;ahatch@polsinelli.com;tbackus@polsinelli.com
- Eric Christopher Rusnak    eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
- Jeremy W. Ryan    jryan@saul.com
- Denyse Sabagh    dsabagh@duanemorris.com
- Michael J. Sage    msage@omm.com, kzeldman@omm.com;bwajda@omm.com
- Rebecca L. Saitta    rsaitta@wileyrein.com, rours@wileyrein.com
- Jeffrey Scharf    jeff@taxva.com, tacspc@gmail.com
- Ann E. Schmitt    aschmitt@culbert-schmitt.com
- William H. Schwarzschild    tschwarz@williamsmullen.com
- Sheila L. Shadmand    slshadmand@jonesday.com
- Glenn H. Silver    ctbghs@aol.com
- Jesse Silverman    silvermanj@ballardspahr.com, pollack@ballardspahr.com
- John Ronald Smith    jrsmith@hunton.com
- Eric J. Snyder    esnyder@sillerwilk.com
- Rhysa Griffith South    sou06@co.henrico.va.us
- David K. Spiro    dspiro@cantorarkema.com, sharris@cantorarkema.com
- Aryeh E. Stein    astein@wtplaw.com
- Richard F. Stein    richard.f.stein@irscounsel.treas.gov

- Peter E. Strniste     pstrniste@rc.com, kcooper@rc.com
- Jeffrey L. Tarkenton     jtarkenton@wcsr.com, toross@wcsr.com
- Lynn L. Tavenner     ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com
- Roy M. Terry     rterry@durrettebradshaw.com, sryan@durrettebradshaw.com
- Dylan G. Trache     dtrache@wileyrein.com, rours@wileyrein.com
- Suzanne J. Trowbridge     sjt@goodwingoodwin.com
- Ronald M. Tucker     rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,shclark@simon.com
- Robert B. Van Arsdale     Robert.B.Van.Arsdale@usdoj.gov, USTPRegion04.RH.ECF@usdoj.gov
- John P. Van Beek     jvanbeek@ygvb.com, ldossett@ygvb.com;ematthews@ygvb.com;hcurrier@ygvb.com
- Mitchell B. Weitzman     mweitzman@beankinney.com, npeele@beankinney.com
- Jennifer J. West     jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;skelly@spottsfain.com;tmoore@spottsfain.com;ecorbett@spottsfain.com;eanderson@spottsfain.com
- Robert S. Westermann     rwestermann@hunton.com
- David B. Wheeler     davidwheeler@mvalaw.com
- Amy Pritchard Williams     amy.williams@klgates.com, hailey.andresen@klgates.com
- William A. Wood     trey.wood@bgllp.com, gale.gattis@bgllp.com
- J. Christian Word     chefiling@lw.com;robert.klyman@lw.com
- Hale Yazicioglu     hyazicioglu@jshllp.com
- German Yusufov     pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
- Erica S. Zaron     cao.bkc@miamidade.gov
- Sheila G. deLa Cruz     sdelacruz@hf-law.com, jbsmith@hf-law.com