**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re: | Chapter 11 |
| **CIRCUIT CITY STORES, INC.,** et al., | Case No. 08-35653 |
| Debtors. | NOTICE OF APPEARANCE |

      PLEASE TAKE NOTICE, that the creditor, DONOVAN DUNWELL, hereby appears in the above entitled action by his attorneys, CHIARIELLO & CHIARIELLO, ESQS., with offices located at 118-21 Queens Boulevard, Forest Hills, New York 11375, and that said attorneys are duly authorized to appear as attorneys for said creditor herein; and that service of all papers and notices of all proceedings in the above entitled action should be made to said attorneys.

Dated:  Forest Hills, New York
         December 31, 2008

                                  Yours, etc.,

                                  /s/ Dominic L. Chiariello
                                  Dominic L. Chiariello (DC6249)
                                  CHIARIELLO & CHIARIELLO
                                  Attorneys for Creditor
                                  DONOVAN DUNWELL
                                  Office & P.O. Address
                                  118-21 Queens Boulevard
                                  Forest Hills, New York 11375
                                  (718) 261-5200
                                  dc@chiariello.com