IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653 (KRH) |
| Debtors. | (Jointly Administered) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF IKON OFFICE SOLUTIONS, INC. PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.LR. 2002-1(d)

Pursuant to Fed.R.Bankr.P. 2002(g) and (i) and 9010(b), the undersigned counsel enter an appearance for IKON Office Solutions, Inc. ("IKON"), and request that IKON be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers, filed or served, in these cases or any proceeding therein, be served upon the undersigned at the following addresses or facsimile numbers:

Travis A. Sabalewski, Esquire
REED SMITH LLP
Riverfront Plaza – West Tower
901 E. Byrd Street, Suite 1700
Richmond, VA 23219
Telephone:  (804) 344-3400
Facsimile:  (804) 344-3402
E-mail:  tsabalewski@reedsmith.com

Kurt F. Gwynne, Esquire
Kathleen A. Murphy, Esquire
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail:  kgwynne@reedsmith.com
kmurphy@reedsmith.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Entry of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive IKON's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which IKON is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  December 31, 2008     By:   /s/ Travis A. Sabalewski
                                     Travis A. Sabalewski, Esquire
                                     REED SMITH LLP
                                     Riverfront Plaza – West Tower
                                     901 E. Byrd Street, Suite 1700
                                     Richmond, VA 23219
                                     Telephone:  (804) 344-3400
                                     Facsimile:  (804) 344-3402
                                     E-mail:  tsabalewski@reedsmith.com

US_ACTIVE-100968388.1

Kurt F. Gwynne (No. 3951)
Kathleen A. Murphy (No. 5215)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE   19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail:  kgwynne@reedsmith.com
            kmurphy@reedsmith.com


Counsel to IKON Office Solutions, Inc.

US_ACTIVE-100968388.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

CIRCUIT CITY STORES, INC., *et al.*,

Debtors.

Chapter 11

Case No. 08-35670
(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Travis A. Sabalewski, do hereby certify that, on this 31st day of December

2008, I caused a true and correct copy of the **ENTRY OF APPEARANCE AND**

**REQUEST FOR NOTICES OF IKON OFFICE SOLUTIONS, INC. PURSUANT**

**TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.LR. 2002-1(d)** to be

served upon the addressees on the attached service list in the manners indicated.

By:    /s/ Travis A. Sabalewski
Travis A. Sabalewski, Esquire
REED SMITH LLP
Riverfront Plaza – West Tower
901 E. Byrd Street, Suite 1700
Richmond, VA 23219
Telephone:  (804) 344-3400
Facsimile:  (804) 344-3402
E-mail:
tsabalewski@reedsmith.com

## SERVICE LIST

**VIA FIRST CLASS MAIL**
Daniel F. Blanks, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510
(Counsel to the Debtor)

**VIA FIRST CLASS MAIL**
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA  23233
(Debtor)

**VIA FIRST CLASS MAIL**
Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801
(Counsel to the Debtor)

**VIA FIRST CLASS MAIL**
Bruce H. Besanko
9950 Mayland Drive
Richmond, VA  23233
(Debtor Designee)

**VIA FIRST CLASS MAIL**
John M. Brom, Esquire
Querrey & Harrow, Ltd.
175 West Jackson Blvd.
Suite 1600
Chicago, IL  60604-2827
(Counsel to the Official Committee of
Unsecured Creditors)

**VIA FIRST CLASS MAIL**
W. Clarkson McDow., Jr., Esquire
Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA  23219
(United States Trustee)

**VIA FIRST CLASS MAIL**
Alan J. Kornfeld, Esquire
Brad R. Godshall, Esquire
Gillian N. Brown, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067-4100
(Counsel to the Official Committee of
Unsecured Creditors)

**VIA FIRST CLASS MAIL**
Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA  23219
(Counsel to the Debtor)

**VIA FIRST CLASS MAIL**
John D. Fiero, Esquire
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA  94111-4500
(Counsel to the Official Committee of
Unsecured Creditors)

**VIA FIRST CLASS MAIL**
Robert J. Feinstein, Esquire
John A. Morris, Esquire
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY  10017
(Counsel to the Official Committee of
Unsecured Creditors)