| | |
|---|---|
| **From:** | Dosunmu, Folarin S [Folarin.Dosunmu@skadden.com] |
| **Sent:** | Friday, December 19, 2008 5:30 PM |
| **To:** | Held, Michael; Westermann, Robert S.; Walsh, Jeffrey |
| **Cc:** | Dosunmu, Folarin S (CHI) |
| **Subject:** | RE: Store location # 755 |

Confirmed.

**Folarin S. Dosunmu**
**Skadden, Arps, Slate, Meagher & Flom LLP**
333 West Wacker Drive | Chicago | Illinois | 60606-1285
T: 312.407.0672 | F: 312.407.0411
folarin.dosunmu@skadden.com

---

**From:** Held, Michael [mailto:mheld@hunton.com]
**Sent:** Friday, December 19, 2008 4:24 PM
**To:** Dosunmu, Folarin S (CHI)
**Cc:** Westermann, Robert S.; Walsh, Jeffrey
**Subject:** RE: Store location # 755

Folarin - CCDC Marion Portfolio, L.P. ("CCDC") hereby accepts the Circuit City Stores, Inc. offer below, conditioned upon Circuit City's additional agreement that "immediately" as used in the offer shall mean payment on or before December 25, 2008.  Further, should the November rent from November 10 through 30, 2008 not be received on or before December 25, 2008, or the December 2008 rent not be received on or before its due date, the parties agree that, notwithstanding the confidentiality provisions below, CCDC shall have the right to seek to enforce the agreement with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, including but not limited to seeking immediate payment of the pro-rated November 2008 rent, timely payment of the December 2008 rent, and shall not preclude CCDC from requesting immediate payment of any attorneys' fees and costs incurred by CCDC in enforcing the agreement herein.  Finally, the parties have agreed that although rent from November 1 through 9, 2008 and attorneys' fees through December 19, 2008 may not be claimed by CCDC as administrative expenses, CCDC's right to assert such amounts as unsecured claims is preserved, as is Circuit City's right to object to same. - Mike



| | |
|---|---|
| | **Michael Held**<br>Partner<br>mheld@hunton.com<br><br>Hunton & Williams LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202<br>Phone: (214) 468-3334<br>Fax: (214) 740-7130<br>www.hunton.com |

Circular 230 Disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This advice may not be forwarded (other than within the taxpayer to which it has been sent) without our express written consent.

This communication is confidential and is intended to be privileged pursuant to applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify Hunton & Williams LLP immediately by telephone (877-374-4937) and by electronic mail to: help_desk@hunton.com and then delete this

1/2/2009

message and all copies and backups thereof.

**From:** Dosunmu, Folarin S [mailto:Folarin.Dosunmu@skadden.com]
**Sent:** Friday, December 19, 2008 2:47 PM
**To:** Held, Michael
**Subject:** Store location # 755

CONFIDENTIAL - SUBJECT TO FRE 408

Mike,

The Company's offer is as follows:

The Company will "immediately" pay the November Stub Rent (prorated postpetition rent from November 10, 2008 to November 30, 2008) on behalf of store location # 755, as this store has its rent payable in arrears.

Store location # 755 agrees to waive the right to file administrative claims with respect to the prepetition November rent period (November 1, 2008 to November 9, 2008). This waiver includes any right to an administrative claim for attorney fees that may have been incurred from the petition date to and including December 19, 2008.

Moving forward, Store location # 755 agrees to be bound by the accrual method and not the billing date method. Rent will still be paid at the end of the month for the days that the Debtors occupy the premises during that month until the effective date of rejection.

Store location # 755 agrees to withdraw any filed Motion to Compel and any 365(d)3 notices that may have been sent on behalf of this location. The Debtors will also represent at the December 22, 2008 hearing that this matter is resolved with respect to Store location # 755.

Please keep this offer confidential and do not share with any other Landlords or other parties. Please let me know if your client is amenable to this offer.

Folarin

**Folarin S. Dosunmu**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**333 West Wacker Drive | Chicago | Illinois | 60606-1285**
**T: 312.407.0672 | F: 312.407.0411**
**folarin.dosunmu@skadden.com**

------------------------------------------------------------------------
****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
****************************************************
****************************************************

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and

1/2/2009

may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

================================================================================

--------------------------------------------------------------------------------
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original copy and any copy of any email, and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

================================================================================

1/2/2009