Paul S. Bliley, Jr., VSB # 13973
WILLIAMS MULLEN
P.O. Box 1320
Richmond, VA 23218-1320
Phone: (804) 783-6448
Fax: (804) 783-6507
pbliley@williamsmullen.com
Counsel to CC-Investors 1997-4

Stephen B. Sutton
Lathrop & Gage
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108
816-292-2000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: CIRCUIT CITY STORES, INC., et al.   )
                                            ) Case No. 08-35653-KRH
         Debtors.                           ) Jointly Administered
                                            ) Chapter 11 Proceedings

## CC-INVESTORS 1997-4
## NOTICE OF EXPEDITED HEARING

On December 31, 2008 CC-Investors 1997-4, a Delaware Business Trust ("Investors"), by its counsel, filed papers with the Court by a Motion requesting the Court to enter an Order scheduling an expedited hearing on its Motion seeking an Order Compelling Payment of Post-Petition Rent, pursuant to 11 U.S.C. § 365(d)(3) (the "Motion"). The Clerk of the Court has advised the undersigned that the Court will grant the Motion and will schedule an expedited hearing on the motion to compel the payment of post-petition rent on January 7, 2009 at 10:30 a.m.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem opposition waived, treat the Motion as conceded, and issue an Order granting the requested relief without further notice or hearing unless you take the following steps:**

> File with the Court, at the address shown below, a written objection.
> If you mail your response to the Court for filing, you must mail it early
> Enough so the Court will **receive** it on or before January 5, 2009 at 4:00 p.m.

William C. Redden, Clerk

       United States Bankruptcy Court
       701 E. Broad Street
       Room 4000
       Richmond, Virginia 23219

☒  Mail a copy of your response and supporting memorandum to:

    Paul S. Bliley, Jr., Esquire
    Williams Mullen
    P.O. Box 1320
    Richmond, VA 23218-1320

Your or your attorney also must:

☒  Attend a hearing on the motion scheduled to be held on January 7, 2009 at 10:30 a.m. at the United States Bankruptcy Court, United States Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219

  If you or your attorney do not take these steps, including the filing and serving of a written response and supporting memorandum within the time period and in the manner set forth above pursuant to Local Bankruptcy Rule 9013-1, the court may deem any opposition waived, treat the motion as conceded, decide that you do not oppose the motion and issue an order granting the relief requested without further notice or hearing.

Dated: January, 2, 2009       CC-INVESTORS 1997-4
                A Delaware Business Trust


                By /s/ Paul S. Bliley, Jr.
                  Of Counsel

Paul S. Bliley, Jr., VSB # 13973
WILLIAMS MULLEN
P.O. Box 1320
Richmond, VA 23218-1320
Phone: (804) 783-6448
Fax:  (804) 783-6507
pbliley@williamsmullen.com

Stephen B. Sutton
Lathrop & Gage
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108-2684
Phone: (816) 292-2000

Fax:    (816) 292-2001

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 2nd day of January, 2009, a copy of the **Notice of Expedited Hearing** were sent via the Electronic Case Filing (ECF) system, as appropriate, and by First Class Mail (postage prepaid) on the following attached Service List:

/s/ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.

1693103v1

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Jonathan L Gold / Mary A House / Catherine E Creely | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | 202-887-4288 | jgold@akingump.com / mhouse@akingump.com / ccreely@akingump.com | Counsel for Golfsmith International, L.P.; CIM/Birch St., Inc. |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | 2029 Century Park E Ste 2400 | | Los Angeles | CA | 90067 | | 310-229-1000 | 310-229-1001 | pgurfein@akingump.com | Counsel for CIM/Birch St., Inc. |
| Allen & Overy LLP | Ken Coleman | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-610-6300 | 212-610-6399 | ken.coleman@allenovery.com | Counsel for Alvarez & Marsal Canada ULC |
| Allen & Overy LLP | Ken Coleman | | | | | | | | | | |
| Andrew S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | | 248-258-7427 | | Aconway@taubman.com | Counsel for the Taubman Landlords |
| Arent Fox LLP | Timothy F Brown Esq / Mary Joanne Dowd Esq / Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 | | 202-857-6000 | 202-857-6395 | brown.timothy@arentfox.com / dowd.mary@arentfox.com / giaimo.christopher@arentfox.com | Counsel for F.R.O. L.L.C. IX |
| Arnall Golden Gregory LLP | Darryl S Laddin / Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com / frank.white@agg.com | Counsel for Verizon Communications Inc. |
| Attorney General of New Jersey | Anne Milgram | Richard J Hughes Justice Complex | PO Box 106 25 Market St | Trenton | NJ | 08625-0119 | | 609-777-3432 | | citizens.services@lps.state.nj.us | Counsel for the State of New Jersey, Division of Taxation and Department of Labor |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | 804-819-5400 | 804-819-7417 | | Counsel for the United States of America |
| Attorney General of the US | Richard F Stein | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | | | Counsel for the United States of America |
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | | | Counsel for the United States of America |
| Ball Janik LLP | Justin D Leonard | 101 SW Main St Ste 1100 | | Portland | OR | 97204 | | 503-228-2525 | 503-295-1058 | jleonard@balljanik.com | Counsel for Andrews Electronics |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq / Charles W Chotvacs Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | | 202-661-2200 | 202-661-2299 | cgp@ballardspahr.com / chotvacsc@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq / Jeffrey Meyers Esq / Jesse N Silverman Esq | Mellon Bank Ctr 51st Fl | 1735 Market St | Philadelphia | PA | 19103 | | 215-864-8325 | 215-864-9473 | pollack@ballardspahr.com / meyers@ballardspahr.com / silvermanj@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | | 703-525-4000 | 703-525-2207 | Mweitzman@beankinney.com | Counsel for Tysons 3 LLC; The Ziegler Companies / Madison Waldorf LLC; Simon Property Group, Inc. |
| Bernstein Law Firm PC | Stacey Suncine | Ste 2200 Gulf Tower | | Pittsburgh | PA | 15219 | | | | | Counsel for Duquesne Light Company |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | | 562-698-9771 | 562-696-6357 | ernie.park@bewleylaw.com | Counsel for The Irvine Company LLC |
| Binder & Malter LLP | Michael W Malter Esq / Julie H Rome Banks Esq | 2775 Park Ave | | Santa Clara | CA | 95050 | | 714-994-5131 | | michael@bindermalter.com / julie@bindermalter.com / Kelbon@blankrome.com | Counsel for Envision Peripherals, Inc.; Daly City Partners L.P. |
| Blank Rome LLP | Regina Stango Kelbon Esq / John Lucian Esq | One Logan Sq | | Philadelphia | PA | 19103 | | 215-569-5507 | 215-832-5507 | Lucian@blankrome.com | Counsel for Cellco Partnership, Affiliated license holders dba Verizon Wireless; VIWY, L.P. |
| Bracewell & Giuliani LLP | William A Trey Wood III | 711 Louisiana St Ste 2300 | | Houston | TX | 77002 | | 713-223-2300 | 713-221-1212 | wcasterline@bklawva.com / trool@bklawva.com / Trey.Wood@bgllp.com | Counsel for ACCO Brands Corporation / Counsel for Panattoni Construction, Inc.; Raymond & Ann Retail, LLC; Chino South Retail PG, LLC; and Panattoni Development Company, Inc.; as Agent for VVI Texas Holdings, LLC; TI PI Texas, LLC; Dudley Mitchell Properties TX, LLC; Shelby Properties TX, LLC; Pinstar Investment Properties TX, LLC; Charles L. Kessigner; Jacque L. Kessigner; Northglenn Retail, LLC |
| Bricker & Eckler LLP | Kenneth C Johnson / Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 | | 614-227-2300 | 614-227-2390 | kjohnson@bricker.com / abeckham@bricker.com | Counsel for Expesite LLC |
| Broad and Cassel | Roy S Kobert Esq | 390 N Orange Ave Ste 1100 | PO Box 4961 | Orlando | FL | 32801 | | 407-839-4200 | 407-650-0927 | rkobert@broadandcassel.com | Counsel for Greater Orlando Aviation Authority |
| Bronwen Price | Gail B Price Esq | 2600 Mission St Ste 206 | | San Marino | CA | 91108 | | 626-799-7800 | 626-799-7990 | | Counsel for 13530 Victory Boulevard LLC |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 | | 954-357-7600 | 954-357-7641 | | Counsel for Broward County |
| Brown Connery LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel for SAP Retail, Inc. and Business Objects |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | cchiang@buchalter.com | Counsel for Premier Retail Networks, Inc. |
| Canon USA Inc | Ruth Weinstein | 1 Canon Plz | | Lake Success | NY | 11042 | | 516-328-5121 | 516-328-5129 | rweinstein@cusa.canon.com | Canon U.S.A., Inc. |
| Cantor Arkema PC | David K Spiro Esq / Neil E McCullagh Esq | PO Box 561 | 1111 E Main St 16th Fl | Richmond | VA | 23218-0561 | | 804-644-1400 | 804-225-8705 | dspiro@cantorarkema.com / nmccullagh@cantorarkema.com | Counsel for Dentici Family Limited Partnership |
| Carlton Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | | 813-223-7000 | 813-229-4133 | jlamoureux@carltonfields.com | Counsel for Amore Construction Company |
| Carmody MacDonald PC | John E Hilton | 120 S Central Ste 1800 | | Clayton | MO | 63105 | | 314-854-8600 | 314-854-8660 | jeh@carmodymacdonald.com | Counsel for Thirty & 141, L.P. |
| Carroll & Carroll PLLC | Scott P Carroll Esq | 831 E Morehead St Ste 440 | | Charlotte | NC | 28202 | | 704-332-5654 | 704-332-6238 | lawcarrol@aol.com | Counsel for Alliance-Rocky Mount, LLC |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 | | 912-652-7110 | 912-652-7101 | | Chatham County Tax Commissioner |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Christian & Barton LLP | Augustus C Epps Jr Esq; Michael D Mueller Esq; Jennifer M McLemore Esq; Noelle M James Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | | 804-697-4104; 804-697-4100; 804-697-4129 | 804-697-6104; 804-697-4112; 804-697-6129 | aepps@cblaw.com; mmueller@cblaw.com; jmclemore@cblaw.com; njames@cblaw.com | Counsel for Lexmark International, Inc.; Gateway Center Properties III, LLC; SMR Gateway III, LLC; Union Square Retail Trust Whitestone Development Partners, L.P.; CC-Investors 1995-6; M.I.A Brookhaven, LLC; The West Campus Square Company, LLC; Amargosa Palmdale Investments, LLC; Bella Terra Associates, LLC; RD Bloomfield Associates Limited Partnership; P/A Acadia Pelham Manor, LLC; Acadia Realty Limited Partnership |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq; Thomas D Bielli Esq | One Commerce Sq Ste 1930 | 2005 Market St | Philadelphia | PA | 19103 | | 215-557-3550 | 215-557-3551 | aciardi@ciardilaw.com; tbielli@ciardilaw.com | Counsel for Little Britain Holding, LLC |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | 300 E Lombard St Ste 2000 | | Baltimore | MD | 21202 | | 410-528-2972 | 410-230-0667 | ddean@coleschotz.com | Counsel for Faber Bros, Inc.; Counsel for Inland Southwest Management LLC; Inland American Retail Management LLC; Inland US Management LLC; Inland Pacific Property Services LLC; Inland Commercial Property Management, Inc.; and Inland Continental Property Management Corp. |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq; Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | kbifferato@cblh.com; cthompson@cblh.com | Counsel for Inland Southwest Management LLC; Inland American Retail Management LLC; Inland US Management LLC; Inland Pacific Property Services LLC; Inland Commercial Property Management, Inc.; and Inland Continental Property Management Corp. |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | 1875 Eye St NW 11th Fl | | Washington | DC | 20006 | | 202-331-7111 | 202-293-6229 | mpark@cblh.com | |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | 4551 Cox Rd Ste 210 | PO Box 3059 | Glen Allen | VA | 23058-3059 | | 804-747-4500 | 804-762-9608 | ddhopper@chlhf.com | Counsel for Rio Associates Limited Partnership |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | San Francisco | CA | 94111-5800 | | | | kleinergs@cooley.com | Counsel for Shopping.com, Inc. |
| Core Properties LLC | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 | | 704-342-0410 | 704-342-0704 | jim@coreproperties.com | Counsel for Alliance-Rocky Mount, LLC |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | PO Box 90775 | | Henrico | VA | 23273-0775 | | 804-501-5091 | 804-501-4140 | Sou06@co.henrico.va.us | Counsel for County of Henrico |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | 19800 MacArthur Blvd Ste 500 | | Irvine | CA | 92612 | | 949-476-2111 | 949-476-0256 | jbressi@coxcastle.com | Counsel for RJ Ventures, LLC and K&G Dearborn LL |
| Culbert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 | | 703-737-7797 | 703-737-6470 | aschmitt@culbert-schmitt.com | Counsel for Plaza Las Palmas LLC |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | | 212-755-5500 | | ecotton@ddrc.com | Corporate Counsel |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | 3300 Enterprise Pkwy | PO Box 228042 | Beachwood | OH | 44122 | | 216-755-5500 | 216-755-1678 | ecotton@ddrc.com | Counsel for Developers Diversified Realty Corporation |
| Dilworth Paxson LLP | Peter C Hughes Esq | 1500 Market St Ste 3500E | | Philadelphia | PA | 19102 | | 212-575-7000 | 212-575-7200 | phughes@dilworthlaw.com | Counsel for 563 Retail LLC |
| DLA Piper LLP | Anne Braucher Esq; Timothy W Brink Esq | 500 Eighth St NW | | Washington | DC | 20004 | | 202-799-4000; 312-368-6802 | 202-799-5000; 312-251-2170 | anne.braucher@dlapiper.com; timothy.brink@dlapiper.com | Counsel for InnerWorkings, Inc.; Manufacturers and Traders Trust Company |
| DLA Piper LLP | Nichola M Miller Esq | 203 N LaSalle St Ste 1900 | | Chicago | IL | 60601 | | 312-368-7927 | 312-251-2884 | nicholas.miller@dlapiper.com | Counsel for InnerWorkings, Inc.; Manufacturers and Traders Trust Company |
| Donahue Gallagher Woods LLP | William R Hill; Eric A Handler | 300 Lakeside Dr Ste 1900 | | Oakland | CA | 94612 | | 510-451-0544 | 510-832-1486 | rock@donahue.com; ehandler@donahue.com | Counsel for Monte Vista Crossings, LLC |
| Duchess Notinger & Tamposi | Peter N Tamposi; Denyse Sabagh | 547 Amherst St Ste 204 | | Nashua | NH | 03063 | | 603-886-7266 | | Peter@dntpc.com; nontrustee@dntpc.com | Counsel for Eastman Kodak Company |
| Duane Morris LLP | Matthew E Hoffman | 505 9th St NW Ste 1000 | | Washington | DC | 20004-2166 | | 202-776-7817 | 202-379-9367 | dsabagh@duanemorris.com; ltaylor@duanemorris.com; mehofiman@duanemorris.com | Counsel for Principal Life Insurance Company |
| Duane Morris LLP | Lauren Lonergan Taylor; Matthew E Hoffman | 30 S 17th St | | Philadelphia | PA | 19103 | | 215-979-1000 | 215-979-1020 | DJMassa@duanemorris.com; MEHoffman@duanemorris.com | Counsel for Principal Life Insurance Company |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq; Matthew E Hoffman Esq; Lauren Lonergan Taylor Esq; Matthew E Hoffman Esq | 30 S 17th St | | Philadelphia | PA | 19103 | | 215-979-1506; 215-979-1624; 215-979-1000 | 215-689-2138; 215-689-4922; 215-979-1020 | MEHoffman@duanemorris.com; LLTaylor@duanemorris.com; MEHoffman@duanemorris.com | Counsel for Audiovox Corporation; Principal Life Insurance Company |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq; John C Smith Esq; Elizabeth L Gunn Esq | 600 E Main St 20th Fl | | Richmond | VA | 23219 | | 804-775-6900 | 804-775-6911 | rterry@durrettebradshaw.com; jsmith@durrettebradshaw.com; egunn@durrettebradshaw.com | Counsel for Hewlett Packard Company |
| Eaton Corporation | David J Persichetti | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 | | 216-523-4539 | | pcza@elliottgreenleaf.com | Counsel for Eaton Corporation |
| Elliott Greenleaf | Rafael X Zahralddin Aravena; Neil R Lapinski | 1000 W St Ste 1440 | | Wilmington | DE | 19899 | | 302-384-9400 | 302-656-3714 | nrl@elliottgreenleaf.com | Counsel for Symantec Corporation |
| Empire Blue Cross Blue Shield | Louis Benza Esq | 15 Metro Tech Ctr 6th Fl | | Brooklyn | NY | 11201 | | | | louis.benza@empireblue.com | Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield |
| Enterprise Asset Management Inc | Lee Sudakoff | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 | | 212-824-1151 | 212-824-1102 | Lee_Sudakoff@eassets.com | Counsel for South Shields #1, Ltd. |
| Envision Peripherals Inc | Gay Richey; Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 | | | | gay@epius.com | Envision Peripherals, Inc. |
| Ervin Cohen & Jessup LLP | Michael S Kogan | 9401 Wilshire Blvd 9th Fl | | Beverly Hills | CA | 90212 | | 310-273-6333 | 310-859-2325 | mkogan@ecjlaw.com | Counsel for Ditan Distribution LLC |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall Ste 1450 | | Sacramento | CA | 95814 | | 916-329-7400x222 | 916-329-7435 | jpascuzzi@ffwplaw.com | Counsel for McClatchy Company; Biloxi Sun Herald; Columbus Ledger-Enquirer; Charlotte Observer; Fort Worth Star-Telegram; Island Packet; Macon Telegraph; Raleigh News & Observer; Myrtle Beach Sun News; Columbia State; Belleville News-Democrat; Bellingham Herald; Idaho Statesman; Kansas City Star; Tri-City Herald; Tacoma News Inc; Olympian; Centre Daily Times (State College); Wichita Eagle; Fresno Bee; Lexington Herald-Leader; Modesto Bee; Miami Herald; Merced Sun Star; Sacramento Bee; Bradenton Herald; San Luis Obispo Tribune |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | 177 Broad St | | Stamford | CT | 06901-2048 | | 203-325-5000 | 203-325-5001 | hbaer@fdh.com | Counsel for Bell'O International Corp. |
| Ford Parshall & Baker | Jordan M Humphreys | 3210 Bluff Creek | | Columbia | MO | 65201 | | 573-875-1901 | | jhumphreys@fpb-law.com | Counsel for Columbia Plaza Joint Venture |
| Foster Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 | | 206-447-4400 | | alstc@foster.com | Counsel for 507 Northgate, LLC |
| Four Star International Trade | Wendy M Mead PC | 11 Pleasant St Ste 30 | | Worcester | MA | 01609 | | 508-751-0200 | 508-751-0201 | wendymeadpc@verizon.net | Counsel for Four Star International Trade |
| Franklin & Prokopik PC | Andrew L Cole | The B&O Bldg | Two N Charles St Ste 600 | Baltimore | MD | 21201 | | 410-752-8700 | 410-752-6868 | acole@fandpnet.com | Counsel for Faber Bros., Inc. |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | | 415-834-3800 | 415-834-1044 | efriedman@friedumspring.com | Counsel for Hewlett-Packard Company |
| Fullerton & Knowles PC | Richard I Hutson Esq | 12644 Chapel Rd Ste 206 | | Clifton | VA | 20124 | | 703-818-2600 | 703-818-2602 | rhutson@fullertonlaw.com | Counsel for US Signs, Inc. |
| Gary & Regenhardt PLLC | Linda D Regenhardt | 8500 Leesburg Pike Ste 7000 | | Vienna | VA | 22182-2409 | | 505-899-5019 | 505-792-9095 | lregenhardt@garvca.com | Counsel for Safeway |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 | | 505-899-5019 | 505-792-9095 | dave@glassandreynolds.com | Counsel for Homero Mata |
| Gleason, Dunn Walsh & O Shea | Ronald G Dunn Esq | 40 Beaver St | | Albany | NY | 12207 | | 518-432-7511 | 518-432-5221 | rdunn@gdwo.net | Counsel for Savitri Cohen |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | 300 Summers St Ste 1500 | | Charleston | WV | 25301 | | 304-346-7000 | 304-344-0602 | sjt@goodwingoodwin.com | Counsel for 601 Plaza, LLC; Pat Minnite, Jr.; Judith Rae Minnite; PM Construction, Inc.; The PM Company |
| Goulston & Storrs PC | Christine D Lynch Esq<br>Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | | 617-482-1776 | 617-574-4112 | clynch@goulstonstorrs.com<br>pbilowz@goulstonstorrs.com | Counsel for E&A Northeast Limited Partnership; Route 146 Millbury LLC; Interstate Augusta Properties LLC; SR Weiner & Associates Inc; Ray Mucci's Inc; NPP Development LLC |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | 1900 Avenue of the Stars Ste 2100 | | Los Angeles | CA | 90067-4590 | | 310-553-3610 | 310-553-0687 | jkrieger@ggfirm.com | Counsel for Southwinds Ltd |
| Greenberg Traurig LLP | Daniel J Ansell Esq<br>Heath B Kushnick Esq | 200 Park Ave | | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | AnsellD@GTLaw.com<br>kushnickh@gtlaw.com | Counsel for Gateway Center Properties III, LLC; SMRC Gateway III, LLC; Union Square Retail Trust; Whitestone Development Partners, L.P.; RD Bloomfield Associates Limited Partnership; P/A Acadia Pelham Manor, LLC; Acadia Realty Limited Partnership |
| Greenberg Traurig LLP | Howard J Berman Esq | 200 Park Ave | | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | bermanH@gtlaw.com | Counsel for CC-Investors 1995-6 |
| Gust Rosenfeld PLC | Madeleine C Wanslee | 201 E Washington St Ste 800 | | Phoenix | AZ | 85004-2327 | | 602-257-7430 | 602-340-1538 | mwanslee@gustlaw.com | Counsel for Madeleine C. Wanslee |
| Hamburg Kanic Edwards & Martin LLP | J Bennett Friedman Esq | 1900 Avenue of the Stars Ste 1800 | | Los Angeles | CA | 90067 | | 310-552-9292 | 310-552-9291 | jfriedman@bkenlaw.com | Counsel for The West Campus Square Company, LLC; Amargosa Palmdale Investments, LLC; Bella Terra Associates, LLC |
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | | | | bill.ray@hamiltonbeach.com | Credit Manager for Hamilton Beach Brands, Inc. |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | One Logan Sq 27th Fl | | Philadelphia | PA | 19103 | | 215-496-7050 | 215-568-0300 | achan@hangley.com | Counsel for The City of Philadelphia |
| Haynes and Boone LLP | Jason Binford | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 | | 214-651-5000 | 214-651-5940 | jason.binford@haynesboone.com | Counsel for Phoenix Property Company; BB Fonds International 1 USA, L.P. |
| Herrick Feinstein LLP | Paul Rubin | Two Park Ave | | New York | NY | 10016 | | 212-592-1400 | 212-592-1500 | prubin@herrick.com | Counsel for Canon U.S.A, Inc. |
| Hewitt & O Neil LLP | Lawrence J Hilton | 19900 MacArthur Blvd Ste 1050 | | Irvine | CA | 92612 | | 949-798-0500 | 949-798-0511 | lhilton@hewittoneill.com | Counsel for Targus Inc |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@haslaw.com | Counsel for DeMatteo Management, Inc. |
| Hirschler Fleischer PC | Michael P Falzone Esq<br>Sheila deLa Cruz Esq | PO Box 500 | | Richmond | VA | 23218-0500 | | 804-771-9530<br>804-771-9560 | 804-644-0957 | mfalzone@hf-law.com<br>sdelacruz@hf-law.com | Counsel for Altamonte Springs Real Estate Associates; 5012 86th Street LLC; Woodlawn Trustees, Incorporated; Basile Limited Liability Company; Spring Hill Development Partners, GP |
| Hodgson Russ LLP | Garry M Graber Esq | The Guaranty Bldg | 140 Pearl St Ste 100 | Buffalo | NY | 14202 | | 716-856-4000 | 716-849-0349 | Ggraber@HodgsonRuss.com | Counsel for Manufacturers & Traders Trust Company |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq<br>Rachel N Greenberger Esq<br>Nicholas B Malito Esq | 530 Fifth Ave | | New York | NY | 10035 | | 212-818-9000 | 212-869-4830 | skipnis@hgg.com<br>greenberger@hgg.com<br>nmalito@hgg.com | Counsel for Dollar Tree Stores, Inc. |
| Holland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 | | 202-457-7049 | 202-855-5564 | richard.lear@hklaw.com | CapTech Ventures, Inc |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq<br>Adam K Keith Esq<br>Joseph R Sgroi Esq | 2290 First National Bldg | 660 Woodward Ave Ste 2290 | Detroit | MI | 48226 | | 313-465-7626<br>313-465-7460<br>313-465-7570 | 313-465-7627<br>313-465-7461<br>313-465-7571 | sdrucker@honigman.com<br>akeith@honigman.com<br>jsgroi@honigman.com | Counsel for McKinley, Inc.; Ritz Motel Company; The Marketplace of Rochester Hills Parcel B, LLC; DIRECTV, Inc. |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | Three Embarcadero Ctr 7th Fl | | San Francisco | CA | 94111-4065 | | 415-434-1600 | 415-217-5910 | gmkaplan@howardrice.com | Counsel for Eel McKee LLC |
| Hunton & Williams LLP | Benjamin C Ackerly<br>JR Smith<br>Henry Toby P Long III | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | 804-788-8479 | 804-788-8218 | backerly@hunton.com<br>jrsmith@hunton.com<br>hlong@hunton.com | Counsel for Panasonic Corporation of North America; Taubman Auburn Hills Associates Limited Partnership; Alvarez & Marsal Canada ULC |
| Hunton & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 | | 202-419-2143 | 202-778-7445 | ecrupi@hunton.com | Counsel for Taubman Auburn Hills Associates Limited Partnership |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 | | 214-468-3334 | 214-468-3599 | mheld@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion LP |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hunton & Williams LLP | Robert S Westermann Esq | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | 804-788-8200 | 804-788-8218 | rwestermann@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP; COMSYS Information Technology Services, Inc. and COMSYS Services, LLC; Galleria Plaza, Ltd. |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 | | | | | Counsel for IBM Corporation; InfoPrint Solutions Company |
| Jackson & Campbell PC | David H Cox Esq<br>John J Matteo Esq | 1120 20th St NW | S Tower | Washington | DC | 20036 | | 202-457-1600 | 202-457-1678 | dcox@jackscamp.com<br>jmatteo@jackscamp.com | Counsel for Port Arthur Holdings, III, Ltd. |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | 300 Garden City Plz | | Garden City | NY | 11530 | | 516-746-8000 | 516-393-8282 | hyazicioglu@jaspanllp.com | Counsel for AVR CPC Associates LLC |
| Jay T Blount | | 300 Industry Dr | RIDC Park W | Pittsburgh | PA | 15275 | | 724-273-3675 | 724-227-1928 | jay.blount@dcsg.com | Counsel for Dick's Sporting Goods, Inc.; Golf Galaxy, Inc. |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 | | 310-203-8080 | 310-712-8571 | dpoitras@jmbm.com | Counsel for THQ, Inc. |
| John Marshall Collins PC | John Marshall Collins Esq | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 | | | | johnpclaw@gmail.com | Counsel for Daly City Partners I, L.P. |
| Jones Day | Jeffrey B Ellman<br>Brett J Berlin | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-3053 | | 404-521-3939 | 404-581-8330 | jbellman@jonesday.com<br>bjberlin@jonesday.com | Counsel for Ventura In Manhattan Inc. |
| Jones Day | Sheila L Shadmand Esq | 51 Louisiana Ave NW | | Washington | DC | 20001-2113 | | 202-879-3939 | 202-626-1700 | slshadmand@jonesday.com | Counsel for Ventura In Manhattan Inc. |
| K&L Gates LLP | Amy Pritchard Williams | Hearst Tower 47th Fl | 214 N Tryon St | Charlotte | NC | 28202 | | 704-331-7400 | 704-353-3129 | amy.williams@klgates.com | Counsel for DIM Vastgoed, N.V.; Cobb Corners II, Limited Partnership; PrattCenter, LLC; UTC I, LLC; Valley Corners Shopping Center, LLC and Encinitas PFA, LLC |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | | 202-778-9000 | 202-778-9100 | eric.rusnak@klgates.com | Counsel for Microsoft Corporation |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 | | 206-623-7580 | 206-623-7022 | marc.barreca@klgates.com<br>bankruptcyec@klgates.com | Counsel for Microsoft Corporation |
| Katsky Korins LLP | Steven H Newman Esq | 605 Third Ave 16th Fl | | New York | NY | 10158 | | 212-953-6000 | 212-953-6899 | snewman@katskykorins.com | Counsel for 502-12 LLC; 502-12 86th St LLC |
| Katten Muchin Rosenman LLP | c o Brian D Huben<br>c o Thomas J Leanse<br>c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | | 310-788-4400 | | brian.huben@kattenlaw.com<br>dustin.branch@kattenlaw.com<br>thomas.leanse@kattenlaw.com | Counsel for The Macerich Company; PREEF Property Management; Watt Companies, Cousins Properties; Portland Investment Company of America; and Prudential Insurance Company of America |
| Kaufman & Canoles | Paul K Campsen Esq | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 | | 757-624-3000 | 757-624-3169 | pkcampsen@kaufcan.com | Counsel for Ramco West Oaks I, LLC; Ramco JW, LLC; RLV Village Plaza, LP; RLV Vista Plaza, LP; Rebs Muskegon LLC; Pelkar Musegon, LLC; Faram Musegon, LLC; Lea Company, the assignee from Newport News Shopping Center, LLC; Crossways Financial Associates, LLC, f/k/a Cannon Ridge Gardens Associates, L.P., the Assignee from Tidevest Limited Partnership Associates |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com | Counsel for Developers Diversified Realty Corporation; Weingarten Realty Investors; Basser-Kaufman; General Growth Properties, Inc.; Jones Lang LaSalle Americas, Inc.; Phillips International; S.J. Collins Enterprises, Goodman Enterprises; DeHart Holdings; Weeks Properties CG Holdings; FW CA-BREA Marketplace LLC; Regency Centers, L.P.; RC CA Santa Barbara, LLC |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | 2211 Pump Rd | | Richmond | VA | 23233 | | 804-288-3446 | 804-288-3661 | wbroscious@kbbplc.com | Counsel for Kamin Realty Company, Jurupa Bolingbrook LLC |
| Khang & Khang LLP | Joon M Khang | 1901 Avenue of the Stars 2nd Fl | | Los Angeles | CA | 90067 | | 310-461-1342 | 310-461-1343 | joon@khanglaw.com | Counsel for Sherwood America, Inc. |
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson | 1180 Peachtree St | | Atlanta | GA | 30309 | | 404-572-4600 | 404-572-5129 | jpardo@kslaw.com<br>thadtwilson@kslaw.com | Counsel for Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics America, Inc. |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 | | 404-237-4100 | 404-364-0126 | hdawson@kkgpc.com | Counsel for Westgate Village LP |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | 1999 Avenue of the Stars 39th Fl | | Los Angeles | CA | 90067-6049 | | | | mtuchin@ktbslaw.com | Counsel for Paramount Home Entertainment |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 | | 215-569-4493 | 215-568-6603 | jkurtzma@klehr.com | Counsel for The Goldenberg Group |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 | | | | acichello@kb-law.com | Counsel for Loop West LLC, by its Managing Agent The Wilder Companies, Ltd. |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq<br>David M Blau Esq | 25800 Northwestern Hwy Ste 950 | | Southfield | MI | 48075 | | 248-357-0000 | 248-357-7488 | tah@kompc.com<br>dmb@kompc.com | Counsel for Ramco West Oaks I, LLC; Ramco JW, LLC; RLV Village Plaza, LP; RLV Vista Plaza, LP; Rebs Musegon, LLC; Pelkar Musegon, LLC; Faram Musegon, LLC |
| Kutak Rock LLP | Michael A Condyles Esq<br>Loc Pfeiffer Esq<br>Peter J Barrett Esq | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 | | 804-644-1700 | 804-783-6192 | michael.condyles@kutakrock.com<br>loc.pfeiffer@kutakrock.com<br>peter.barrett@kutakrock.com | Counsel for Sony Electronics Inc.; Schottenstein Property Group, Inc. |
| Landsberg Margulies LLP | Ian S Landsberg Esq | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | | 818-705-2777 | 818-705-3777 | ilandsberg@lm-lawyers.com | Counsel for Eagleridge Associates, LLC; Torrance Towne Center Associates, LLC; NMC Stratford, LLC and FJL-MVPG LLC |
| Latham & Watkins LLP | Josef S Athanas | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 | | 312-876-7700 | 312-993-9767 | josef.athanas@lw.com | Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Law Office of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | | 214-521-8000 | 214-521-1738 | sheehan@txschoollaw.com | Counsel for Lewisville Independent School District |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 | | 949-250-3322 | 949-250-3387 | rkbqvhw@aol.com | Counsel for Pacific Castle Groves, LLC |
| | | | | | | | | | | | Counsel for CC Colonial Trust; CC Joliet Trust; CC Merrillville Trust; Bond Circuit VIII Delaware Trust |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 | | 631-761-0800 | | abramowitz@laryc.com | |
| Leach Travell Britt PC | Stephen E Leach Esq | 8270 Greensboro Dr Ste 1050 | | McLean | VA | 22102 | | 703-584-8902 | 703-584-8901 | sleach@ltblaw.com; msarata@ltblaw.com | Counsel for Children's Discovery Centers of America, Inc. |
| LeClairRyan A Professional Corporation | D Marc Sarata Esq Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | | 804-783-2003 | 804-783-2294 | Bruce.Matson@leclairryan.com | Counsel for Bank of America, N.A., as Agent |
| Lehnhardt & Lehnhardt LLC | Detlef G Lehnardt Stephen K Lehnardt | 20 Westwoods Dr | | Liberty | MO | 64068-3519 | | 816-407-1400 | 816-407-9088 | sklen@lehnardt-law.com | Counsel for 3725 Airport Blvd LP |
| Leibess Leibess Friedberg & Fedder PC | Jeremy S Friedberg Esq Gordon S Young Esq | One Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 | | 410-581-7400 | 410-581-7410 | jeremy.friedberg@lfl.com; gordon.young@lfl.com | Counsel for Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc. |
| Levy Stoppl & Carnelo LLP | Larry Stoppl Esq | 1425 RexCorp Plz | | Uniondale | NY | 11556-1425 | | 516-802-7008 | 516-802-7008 | lstoppl@levystoppl.com | Counsel for Audiovox Corporation |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | 1055 W Seventh St Ste 2800 | | Los Angeles | CA | 90017 | | 213-955-9500 | 213-955-9511 | sam.oh@limruger.com | Counsel for Averatec/Trigem USA |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro Ste 300 | | San Antonio | TX | 78205 | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Counsel for the City of El Paso |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel for City of Round Rock; Mclennan County; South Texas ISD; South Texas College; City of McAllen; McAllen ISD; Cameron County; Nueces County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston.bankruptcy@publicans.com | Counsel for Harris County, et al.; Fort Bend County; Cypress-Fairbanks Independent School District; Montgomery County |
| Linowes and Blocher LLP | Bradford F Englander Esq Brian M Nestor Esq | 7200 Wisconsin Ave Ste 800 | | Bethesda | MD | 20814 | | 301-961-5125 | 301-654-2801 | benglander@linowes-law.com; bnestor@linowes-law.com | Counsel for Alliance Entertainment Corporation and Source Interlink Media, LLC |
| Lionel J Postic PC | Lionel J Postic Esq | 125 Townpark Dr Ste 300 | | Kennesaw | GA | 30144 | | 770-977-5767 | | lpostic@mindspring.com | Counsel for Sun Belt General Contractors, Inc. |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 600 Travis St Ste 3400 | | Houston | TX | 77002 | | 713-226-1200 | 713-223-3717 | aarrusso@mindspring.com | Counsel for Home Depot USA, Inc. |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall Thomas A Connop Melissa S Hayward | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 | | 214-740-8000 | 214-740-8800 | | Counsel for Parago, Inc.; Home Depot USA, Inc. |
| Loudoun County Attorney | John R Roberts Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 | | 703-777-0307 | 703-771-5025 | Belkys.Escobar@loudoun.gov | Counsel for Loudoun County |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel for AT&T |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | 86 Farmington Ave | | Hartford | CT | 06105 | | 860-278-1900 | 860-547-1191 | mstiebel@mrglaw.com mvbalaw.com | Counsel for Basile Limited Liability Company |
| Madison County Alabama Tax Collector | Lynda Hall | Madison County Courthouse | 100 Northside Sq | Huntsville | AL | 35801 | | 256-532-3369 | 256-531-3368 | taxcol@co.madison.al.us; swells@co.madison.al.us | Counsel for Tax Collector of Madison County, Alabama |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr W Joel Charboneau | PO Box 404 | | Roanoke | VA | 24003 | | 540-343-9800 | 540-343-9898 | cmagee@mfgs.com; jcharboneau@mfgs.com | Counsel for Lewisville Independent School District; Arlington ISD; Alief ISD; Baybrook MUD 1; Brazoria County; Brazoria County MUD #6; Burleson ISD; Carroll ISD; City of Cedar Hill; City of Hurst; City of Lake Worth; City of Wichita Falls; Clear Creek ISD; Fort Bend ISD; Fort Bend LID 2; Fort Worth ISD; Galena Park ISD; Hidalgo County & Drainage District #1; Humble ISD; Lubbock CAD; Midland County Tax Office; Potter County Tax Office; Tyler ISD; Wichita County; Wichita Falls ISD; Woodlands Metro MUD; Woodlands RUD #1 |
| Magruder Cook Carmody & Koutsouflikis | Anne M Magruder Esq Leon Koutsouflikis Esq | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 | | 703-766-4400 | 703-766-4408 | lkouts@magrudenc.com; cfarley@mccarter.com | Counsel for Washington Real Estate Investment Trust |
| McCarter & English LLP | Clement J Farley | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 | | 973-622-4444 | 973-624-7070 | aabreu@mccarter.com | Counsel for PNY Technologies, Inc. |
| McCreary Veselka Bragg & Allen PC | Angela Sheffler Abreu Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | | mreed@mvbalaw.com | Attorney for Williamson County, Texas, et al. |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 | | 212-547-5400 | 212-547-5444 | graicht@mwe.com | Counsel for Altamonte Springs Real Estate Associates |
| McDermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 | | 202-756-8000 | 202-756-8087 | kpalmer@mwe.com | Counsel for Altamonte Springs Real Estate Associates |
| McDonough Holland & Allen PC | Mary E Olden Esq Andre K Campbell Esq Sean Thomas Thompson Esq | 555 Capitol Mall Ste 950 | | Sacramento | CA | 95814 | | 916-444-3900 | 916-444-9334 | molden@mhalaw.com; acampbell@mhalaw.com; sthompson@mhalaw.com | Counsel for Colorado Structures, Inc., dba CSI Construction Company |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 | | 202-496-7312 | 202-496-7094 | jmcjunkin@mckennalong.com | Counsel for Bethesda Softwords, LLC |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 | | 202-496-7312 | 202-496-7094 | jmcjunkin@mckennalong.com | Counsel for 120 Orchard LLC, 427 Orchard LLC; FT Orchard LLC; Marc Realty |
| McKenna Long & Aldridge LLP | J David Folds | 1900 K St NW | | Washington | DC | 20006 | | 202-496-7521 | 202-496-7755 | dfolds@mckennalong.com | Counsel for Carrousel Center Company, L.P.; Sangertown Square, L.L.C.; EckieeCo NewCo, LLC; Landover, LLC; Charlotte UY, LLC; Cameron Bayonne, LLC; and Fingerlakes Crossing, LLC; NBT Bank, N.A. |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | | 315-474-7541 | 315-474-4040 | knewman@menterlaw.com | |
| Mercer/Trigiani LLP | Philip C Baxa Esq | 16 S Second St | | Richmond | VA | 23219 | | 804-864-2691 | 804-644-0209 | phil.baxa@mercertrigiani.com | Counsel for JWC/Loftus, LLC |
| Miami Dade County Attorneys Office | Erica S Zaron | 2810 Stephen P Clark Ctr | 111 NW First St | Miami | FL | 33128-1993 | | 305-375-5151 | 305-375-5611 | cao.bkc@miamidade.gov | Counsel for Miami-Dade County Tax Collector |
| | | | | | | | | | 212-788-0937 | | |
| Michael A Cardozo | Gabriela P Cacuci Esq | 100 Church St Rm 5 223 | | New York | NY | 10007 | | 212-788-0688 | 212-788-0450 | gcacuci@law.nyc.gov | Counsel for The City of New York |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael J Sawyer | Quincy Ctr Plaza | PO Box 55888 | 1385 Hancock St | Quincy | MA | 02169 | | 617-770-6003 | 617-770-6091 | msawyer@stopandshop.com | Counsel for Giant of Maryland LLC and The Stop & Shop Supermarket Company LLC |
| Michelle Leeson CFCA | | PO Box 25300 | | Bradenton | FL | 34206-5300 | | 941-741-4835 | 941-741-4865 | michellel@taxcollector.com | Counsel for Ken Burton Jr., Manatee County Tax Collector |
| Michelle Leeson CFCA | | 819 US 301 Blvd W | | Bradenton | FL | 34205 | | 941-741-4835 | 941-741-4865 | michelle@taxcollector.com | Counsel for Ken Burton Jr., Manatee County Tax Collector |
| Miller Canfield Paddock and Stone PLC | John L Senica | 225 W Washington Ste 2600 | | Chicago | IL | 60606 | | 312-460-4215 | 312-460-4201 | senica@millercanfield.com | Counsel for Evergreen Plaza Associates Limited Partnership; Evergreen Plaza Associates I, LP; and TPG Management Inc. |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | edvaecf@dor.mo.gov | Counsel for Missouri Department of Revenue |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | AV Division | 9351 Jeronimo Rd | Irvine | CA | 92656 | | 949-465-6079 | 949-609-4924 | batteberry@mdea.com | Counsel for Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics America, Inc. |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo | 2029 Century Park E 21st Fl | | Los Angeles | CA | 90067 | | 310-551-3100 | 310-551-0238 | bmoldo@mdflaw.com | Counsel for The City Portfolio TIC, LLC; KJF/Faris TIC, LLC; Descanso TIC, LLC; Centre at 38th St TIC, LLC and RMRG Portfolio TIC, LLC |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 | | 212-554-1742 | 866-741-2505 | Andrew.Herenstein@monarchlp.com | Monarch Alternative Capital LP |
| Moore & Van Allen PLLC | David B Wheeler Esq | 40 Calhoun St Ste 300 | PO Box 22828 | Charleston | SC | 29413-2828 | | 843-579-7000 | 843-579-8727 | davidwheeler@mvalaw.com | Counsel for South Carolina Electric & Gas Co.; Public Service of North Carolina |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq Menachem O Zelmanovitz Esq | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6669 212-309-6162 | 212-309-6001 | nherman@morganlewis.com mzelmanovitz@morganlewis.com | Counsel for Kimco Realty Corporation; Mall Properties; U 41 & I-285 Company, Anna Schwartz; Zoltan Schwartz; Deborah Landman; Eli Landman |
| Morrison Cohen LLP | Michael R Dal Lago Esq | 909 Third Ave | | New York | NY | 10022 | | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com | Counsel for Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | One South St 27th Fl | | Baltimore | MD | 21202-3282 | | 410-332-8550 | 410-332-8505 | dhd@ngqrg.com | Counsel for Circuit City Indianapolis 98, LLC; Circuit City Jackson 98 LLC, Circuit City Harper Woods 98, LLC, Circuit City Green Bay 98, LLC; Circuit City East Lansing 98 LLC |
| Nixon Peabody LLP | Dennis J Drebsky Christopher M Desiderio | 437 Madison Ave | | New York | NY | 10022 | | 212-940-3077 | | cdesiderio@nixonpeabody.com | Counsel for TomTom, Inc. |
| O Melveny & Myers LLP | Michael J Sage Esq Karyn B Zeldman Esq | Times Square Tower | 7 Times Square | New York | NY | 10036 | | 212-326-2000 | 212-326-2061 | msage@omm.com kzeldman@omm.com | Counsel for Pan Am Equities, Inc. |
| Office of Joe G Tedder CFC | Bonnie Holly | Deliquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 | | 863-534-4746x5718 | 863-534-4741 | bonnieholly@polktaxes.com | Counsel for the Tax Collector for Polk County, Florida |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | Dept of Labor and Industry Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1184 | | 610-378-4044 | 610-378-4459 | tbortz@state.pa.us | Office of Unemployment Compensation Tax Services |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahoma City | OK | 73102 | | 405-713-1323 | | | Counsel for the Oklahoma County Treasurer |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq Frederick J Levy Esq | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 | | 212-451-2300 | | mfox@olshanlaw.com flevy@olshanlaw.com | Counsel for Bush Industries, Inc.; ON Corp US Inc., Corp |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 | | 210-224-2000 | 210-224-7540 | Rbattaglia@obht.com | Counsel for The Miner Corporation |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq Jonathan P Guy Esq | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | sstengel@orrick.com jguy@orrick.com | Counsel for MiTAC USA Inc. |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks Marc S Wasserman | 100 King St W 1 First Canadian Pl | Ste 6100 PO Box 50 | Toronto | ON | M5X 1B8 | Canada | 416-862-4923 416-862-4908 | 416-862-6666 | jdacks@osler.com mwasserman@osler.com | |
| Panattoni Law Firm | Fredrick Albert | 34 Tesla Ste 100 | | Irvine | CA | 92618 | | | | | |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 | | 281-991-6095 | 281-991-6012 | | Counsel for the Pasadena Independent School District |
| Patton Boggs LLP | R Timothy Bryan Alan M Noskow | 8484 Westpark Dr 9th Fl | | McLean | VA | 22102 | | 703-744-8000 | 703-744-8001 | tbryan@pattonboggs.com anoskow@pattonboggs.com | Counsel for Navarre Distribution Services, Inc. |
| Pender & Coward PC | Paul A Driscoll | 222 Central Park Ave Ste 400 | | Virginia Beach | VA | 23462 | | 757-490-6281 | 757-497-1914 | pdriscoll@pendercoward.com | Counsel for Landmark Communications, Inc. d/b/a The Virginian-Pilot |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 | | 202-326-4020x3881 800-400-7242x3881 | 202-326-4112 | eagle.sara@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Yolanda Humphrey | PO Box 13430 | | Arlington | TX | 76094-0430 | | 817-461-3344 | 817-860-6509 | aribank@pbfcm.com ebanda@pbfcm.com yhumphrey@pbfcm.com sws@pbslaw.com | Counsel for the City of Cedar Hill; Burleson ISD; Arlington ISD; City of Hurts; Mansfield ISD; Carroll ISD; City of Lake Worth; Arlington ISD; Allef ISD; Baybrook MUD 1; Brazoria County, Brazoria County MUD #6; Burleson ISD; Carroll ISD; City of Cedar Hill; City of Hurst; City of Lake Worth; City of Wichita Falls; Clear Creek ISD; Fort Bend ISD; Fort Bend LID 2; Fort Worth ISD; Galena Park ISD; Hidalgo County & H.C. Drainage District #1; Humble ISD; Lubbock CAD; Midland County Tax Office; Potter County Tax Office; Tyler ISD; Wichita County; Wichita Falls ISD; Woodlands Metro MUD; Woodlands RUD #1 |
| Phillips Goldman & Spence PA | Stephen W Spence Esq Scott L Adkins Esq | 1200 N Broom St | | Wilmington | DE | 19806 | | 302-655-4200 | 302-655-4210 | sla@pgslaw.com | Counsel for Dicker-Warmington Properties |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pima County Attorney Civil Division | German Yusufov Terri A Roberts | 32 N Stone Ste 2100 | | Tucson | AZ | 85701 | | 520-740-5750 | | terri.roberts@pcao.pima.gov german.yusufov@pcao.pima.gov | Counsel for PIMA County |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird Amy E Hatch | 700 W 47th St Ste 1000 | | Kansas City | MO | 64112 | | 816-753-1000 | 816-753-1536 | jbird@polsinelli.com ahatch@polsinelli.com | Counsel for MD-GSI Associates |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | 1152 15th St NW Ste 800 | | Washington | DC | 20005 | | 202-783-3300 | 202-783-3535 | mruggio@polsinelli.com | Counsel for MD-GSI Associates |
| Posternak Blankstein & Lund LLP | Robert Somma Esq Laura A Otenti Esq | Prudential Tower | 800 Boylston St | Boston | MA | 02199 | | 617-973-6100 | 617-367-2315 | rsomma@pbl.com lotenti@pbl.com | Counsel for Salem Rockingham LLC |
| Powell Goldstein LLP | William C Crenshaw Esq | 901 New York Avenue NW Third Fl | | Washington | DC | 20001 | | 202-624-7380 | 202-624-7222 | wcrenshaw@pogolaw.com | Counsel for Prince George's Station Retail, LLC; Gould Investors, L.P.; Georgia Pension Associates Realty Corp.; OLD CCAntioch, LLC; OLP CCFairview Heights, LLC; OLP CCFerguson, LLC; OLP CCFlorence, LLC; OLP CCSt. Louis, LLC, and OLP 6609 Grand, LLC |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | 530 B St Ste 2100 | | San Diego | CA | 92101 | | 619-515-3239 | 619-235-0398 | gpk@procopio.com | Counsel for Plaza Las Palmas LLC |
| Quarles & Brady LLP | Brian Sirower Esq Lori L Winkelman Esq Catherine M Guastello Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | bsirower@quarles.com lwinkelm@quarles.com cguastel@quarles.com | Counsel for DFS Services LLC |
| Quarles & Brady LLP | Catherine M Guastello Esq | Two N Central Ave | | Phoenix | AZ | 85004 | | 602-229-5200 | | cguastel@quarles.com | Counsel for United Parcel Service, Inc.; UPS Ground Freight, Inc. and Bedford Properties LLC |