## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

```
------------------------------------------------------------x
In re:                                    :    Chapter 11
                                          :
CIRCUIT CITY STORES, INC., et al.,        :    Case No. 08-35653-KRH
                                          :
                                          :    Jointly Administered
                      Debtors.            :
------------------------------------------------------------x
```

### NOTICE OF MOTION AND HEARING THEREON

Landlords listed on Exhibit A (collectively, the "Landlords"), by and through their undersigned counsel, have filed a Motion For Rehearing And/Or Reconsideration And/Or to Alter or Amend the Judgment Regarding Payment of November Rent, and Memorandum in Support Thereof.

A copy of the Motion can be obtained from the undersigned.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before **January 14, 2009**, you or your attorney must:

    __X__    File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

---

Augustus C. Epps, Jr., VSB No. 13254
Michael D. Mueller, VSB No. 38216
Jennifer M. McLemore, VSB No. 47164
Noelle M. James, VSB No. 76001
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219-3095
Telephone:  (804) 697-4100
Fax:  (804) 697-4112

Counsel to Landlords listed on Exhibit A

Clerk of Court
United States Bankruptcy Court
701 East Broad Street
Richmond, Virginia 23219

You must also mail a copy to:

Augustus C. Epps, Jr., Esquire
Michael D. Mueller, Esquire
Jennifer M. McLemore, Esquire
Noelle M. James, Esquire
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219

**If no timely response has been filed opposing the relief requested, the Court may grant the relief requested without holding a hearing.**

__X__    Attend a hearing on the motion scheduled to be held on **January 16, 2009, at 10:00 a.m.** at the United States Bankruptcy Court, Eastern District of Virginia, 701 East Broad Street, Richmond, Suite 5000, Richmond, Virginia 23219.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief.

Dated: January 2, 2009                    Respectfully submitted,


/s/ Jennifer M. McLemore_____
Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

Counsel for Landlords Listed on Exhibit A

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Jennifer M. McLemore
Jennifer M. McLemore

EXHIBIT A

| | Landlord |
|------|----------|
| 1. | Acadia Realty Limited Partnership |
| 2. | Amargosa Palmdale Investments, LLC |
| 3. | Bella Terra Associates |
| 4. | CHK, LLC |
| 5. | Cedar Development Ltd., a Florida Limited Partnership |
| 6. | Cohab Realty, LLC |
| 7. | Gateway Center Properties III, LLC and SMR Gateway III, LLC as Tenants in Common |
| 8. | Generation One and Two, LP |
| 9. | GRI-EQY (Sparkleberry Square) LLC |
| 10. | Inland American Retail Management LLC |
| 11. | Inland Commercial Property Management, Inc. |
| 12. | Inland Continental Property Management Corp. |
| 13. | Inland Pacific Property Services LLC |
| 14. | Inland Southwest Management LLC |
| 15. | Inland US Management LLC |
| 16. | Kimco Realty Corporation |
| 17. | La Habra Imperial, LLC |
| 18. | P/A-Acadia Pelham Manor, LLC* |
| 19. | Rancon Realty Fund IV |
| 20. | Starpoint Property Management, LLC |
| 21. | The West Campus Square Company |
| 22. | Thoroughbred Village Tennessee, GP |
| 23. | UnCommon, Ltd., a Florida Limited Partnership |
| 24. | Union Square Retail Trust |
| 25. | Watercress Associates LP, LLP dba Pearlridge Center |
| 26. | Whitestone Development Partners, L.P. |

* Participation in this motion is without prejudice to this landlord's pending motion for relief from stay.