# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**In re:**
Circuit City Stores, Inc.

**Case Number** 08−35653−KRH
**Chapter** 11
**Judge** Kevin R. Huennekens

Debtor(s)

**To:**

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

***1312*** − Notice of Motion and Notice of Hearing (Re: related document(s)[1138] Motion to Compel,,, filed by Watercress Associates, LP, LLP dba Pearlridge Center, Starpoint Property Management, LLC, RD Bloomfield Associates Limited Partnership, Acadia Realty Limited Partnership, Tourboullin Co., Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a Florida Limited Partnership, Sparkleberry Two Notch, LLC) filed by Jennifer McLain McLemore of Christian & Barton, LLP on behalf of Acadia Realty Limited Partnership, Brighton Commercial, L.L.C., Catellus Operating Limited Partnership, Cedar Development Ltd., a Florida Limited Partnership, Columbia Equities Limited Partnership, La Habra Imperial, LLC, New River Properties, LLC, RD Bloomfield Associates Limited Partnership, Rancon Realty Fund IV, Sparkleberry Two Notch, LLC, Starpoint Property Management, LLC, Tourboullin Co., UnCommon, Ltd., a Florida Limited Partnership, Watercress Associates, LP, LLP dba Pearlridge Center. Hearing scheduled 1/16/2009 at 10:00 AM at Judge Huennekens' Courtroom, 701 E. Broad St., Rm. 5000, Richmond, Virginia. (McLemore, Jennifer)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **ten (10) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:

_ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.

_ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]

_ **Identification of Attorney:** State Bar number omitted from document/proposed order. {See LBR 5005−1(C)(5) and 9022−1(A)]

### REQUIREMENT OF FORM:

_ **Legibility:** not in compliance with LBR 5005−1(C)(1)

_ **Caption, Official Forms:** [See LBR 5005−1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,* _ Case name and number do not match on paper submitted.

_ **Signature Required:** not signed by counsel of record, or individual, if *pro se* .

  _ *if corporation,* not signed by counsel. [See LBR 5005−1(C)(4)]

  _ *if amendment to petition, lists or schedules*, not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]

  _ *if document submitted in electronically filed case*, signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe, or a handwritten, scanned signature. [See II.C.1. Administrative Procedures for Filing, Signing, Maintaining and Verifying Pleadings and paper in the CM/ECF System]

_ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.

_ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry _or redocket to attach the correct document.

_ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

### VOLUNTARY PETITIONS:

_ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2−pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms effective January 1, 2008. A form may be obtained from the court's web site at www.vaeb.uscourts.gov.

_ Not accompanied by payment in full of past due amount, if debtor still owes filing fee or portion thereof for a previously filed petition. Amount due: $_ .

_ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition)* .

_ Not accompanied by a properly completed and signed Declaration of Divisional Venue. A form may be obtained from the court's web site at www.vaeb.uscourts.gov . [See LBR 1014−2]

_ Not verified by signature of attorney for debtor(s).

_ Not verified by unsworn declaration with signature of all debtors.

_ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074−1]
_ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007−1(H)]
_ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
_ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005−1(C) and (D)]

Date: December 31, 2008

Clerk, United States Bankruptcy Court

By /s/ Jenni Jafarbay , Deputy Clerk
Direct Dial Telephone No.

[ntcdef_filing.jsp 9/2008]

# CERTIFICATE OF NOTICE

District/off: 0422-7 User: frenchs Page 1 of 13 Date Rcvd: Dec 31, 2008
Case: 08-35653 Form ID: defntc Total Served: 329

The following entities were served by first class mail on Jan 02, 2009.
db +Circuit City Stores, Inc., 9950 Mayland Drive, Richmond, VA 23233-1463
aty +Andrea Sheehan, Law Offices of Robert E. Luna, P.C., 4411 North Central Expressway, Dallas, TX 75205-4210
aty +Andria M. Beckham, Bricker & Eckler, LLP, 100 South Third Street, Columbus, OH 43215-4291
aty Angela B. Degeyter, Vinson & Elkins LLP, 2001 Ross Ave. Suite 3700, Dallas, TX 75201-2975
aty +Ashley M. Chan, Hangley Aronchick Segal & Pudlin, One Logan Sq., 27th Floor, Philadelphia, PA 19103-6995
aty +Betsy Johnson Burn, PO Box 11070(29211-1070), Columbia, SC 29211-1070
aty Brian P. Hall, Smith, Gambrell & Russell, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, N.E., Atlanta, GA 30309-3592
aty +Christopher A. Camardello, Winthrop & Weinstine, PA, 225 South Sixth Street, Suite 3500, Mimmeapolis, MN 55402-4629
aty +Christopher Combest, Suite 3700, 500 West Madison St., Chicago, IL 60661-4591
aty Constantinos G. Panagopoulos, Ballard Spahr Andrews & Ingersoll, LLP, 601 13th Street, NW, Suite 1000 South, Washington, DC 20005-3807
aty +Craig C. Chiang, Buchalter, Nemer, Fields & Younger, 333 Market Street 25th Floor, San Francisco, CA 94105-2126
aty +David G. Reynolds, Glass & Reynolds, P.O. Box 1700, Corrales, NM 87048-1700
aty +David L. Pollack, Ballard Spahr Andrews & Ingersoll LLP, 51st Fl-Mellon Bank Center, 1735 Market Street, Philadelphia, PA 19103-7501
aty +David S. Berman, Riemer & Braunstein, LLP, Three Center Plaza, 6th Floor, Boston, MA 02108-2003
aty +Davor Rukavina, Munsch Hardt Kopt & Harr, P.C., 3800 Lincoln Plaza, 500 N. Akard Street, Dallas, TX 75201-3302
aty +Dean Farmer, Hodges, Doughty & Carson, 617 Main St., Knoxville, TN 37902-2602
aty +Deborah J. Piazza, Hodgson Russ LLP, 140 Pearl St., Suite 100, Buffalo, NY 14202-4040
aty +Diane W. Sanders, 1949 South I.H. 35 (787841), P.O. Box 17428, Austin, TX 78760-7428
aty Edmond Patrick O'Brien, Stempel Bennett Claman & Hochberg, P.C., 675 Third Ave. 31st Floor, New York, NY 10017
aty +Elizabeth Banda, Perdue, Brandon, Fielder, Collins & Mott, 4025 Woodland Park Blvd Suite 300, Arlington, TX 76013-4398
aty +Elizabeth Weller, Linebarger Goggan Blair & Sampson,LLP, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2644
aty +Eric D. Goldberg, Stutman, Treister & Glatt, P.C., 1901 Ave of the Stars-12th Floor, Los Angeles, CA 90067-6001
aty +Eric Lopez Schnabel, Dorsey & Whitney, 1105 North Market St., Suite 1600, Wilmington, DE 19801-1201
aty Ernie Zachary Park, Bewley,Lassleben & Miller, LLP, 13215 E. Penn Street, Suite 510, Whittier, CA 90602-1797
aty F. Marion Hughes, Smith Moore Leatherwood, LLP, 300 East McBee Ave., Suite 500, PO Box 87, Greenville, SC 29602-0087
aty +Frank F. Rennie, IV, 1930 Huguenot Road, P. O. Box 35655, Richmond, VA 23235-0655
aty +Gail B. Price, Bronwen Price Attys at Law, 2600 Mission St., Ste. 206, San Marino, CA 91108-1676
aty +Garbiela P. Cacuci, Corp. Counsel of the City of New york, 100 Church St., Room 5-223, New York, NY 10007-2601
aty +Gary H. Cunningham, Giarmarco Mullins & Horton, 101 W. Big Beaver Rd, Floor 10, Troy, MI 48084-5253
aty +Gary T. Holtzer, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119
aty +George Rosenberg, Arapahoe County Attorney, 5334 S. Prince Street, Littleton, CO 80166-0001
aty Gilbert L. Hamberg, 1038 Darby Drive, Yardley, PA 19067-4519
aty +Gregg M. Galardi, Skadden Arps Slate Meagher, & Flom LLP, One Rodney Sq., PO Box 636, Wilmington, DE 19899-0636
aty +Gregg S. Kleiner, Cooley Godward LLP, One Maritime Plaza, 20th Floor, San Francisco, CA 94111-3510
aty +Ian S. Fredericks, Skadden Arps Slate Meagher, & Flom LLP, One Rodney Sq., PO Box 636, Wilmington, DE 19899-0636
aty +J. Bennett Friedman, Hamburg, Karic, Edwards & Martin, LLP, 1900 Ave. of the stars, Suite 1800, Los Angeles, CA 90067-4409
aty +James A. Pardo, Jr., King & Spalding, 1180 Peachtree Street, Atlanta, GA 30309-3531
aty +James B. Holden, Assistant Atty. General, 1525 Sherman St. 7th Floor, Denver, CO 80203-1760
aty +James D. Newell, Buchanan Ingersoll & Rooney, One Oxford Centre, 20th Floor, Pittsburgh, PA 15219-1400
aty +Jeffrey A. Krieger, Greenberg Glusker Fields, et al, 1900 Avenue of the Stars, Suite 2100, Los Angeles, CA 90067-4502
aty +Jeffrey Chang, Wildman,Harrold, Allen & Dixon, 225 West Wacker Drive, Chicago, IL 60606-1349
aty +Jeffrey Cohen, The Grace Building, 1114 Avenue of the Americas, New York, NY 10036-7703
aty +Jeffrey D. Saferstein, Paul, Weiss, Rifkind, Wharton & Garrison, 1285 Ave. of the Americas, New York, NY 10019-6031
aty +Jeffrey Kurtzman, Klehr, Harrison, Harvey, Branzburg & Ell, 260 South Broad Street, Philadelphia, PA 19102-5021
aty +Jeffrey Meyers, Ballard Spahr Andrews & Ingersoll, 51st Fl- Mellon Bank Center, 1735 Market Street, Philadelphia, PA 19103-7501
aty +Jennifer L. Rando, Hodgson Russ LLP, The Guaranty Bldg, 140 Pearl Street, Suite 100, Buffalo, NY 14202-4004
aty +Jeremy C. Kleinman, Frank/Gecker LLP, 325 North LaSalle St. Suite 625, Chicago, IL 60654-6465
aty +Jess R. Bressi, Cox, Castle & Nicholson LLP, 19800 MacArthur Blvd. Suite 500, Irvine, CA 92612-2480
aty +John E. Lucian, Blank Rome LLP, One Logan Square, Philadelphia, PA 19103-6998
aty +John L. Senica, Miller,Canfield,Paddock and Stone, PLC, 225 W. Washington, Suite 2600, Chicago, IL 60606-2418

aty +John P. Dillman, Linebarge Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, TX 77253-3064
aty +Jonathan W. Young, Wildman, Harrold, Allen & Dixon, 225 West Wacker Drive, Chicago, IL 60606-1349
aty +Joon M. Khang, Khang & Khang, LLC, 1901 Avenue of the Stars,, 2nd Floor, Los Angeles, CA 90067-6001
aty +Joseph R. Sgroi, Honigman Miller Schwartz & Cohn LLP, 660 Woodward Ave., 2290 First National Building, Detroit, MI 48226-3506
aty +Julie H. Rome-Banks, Binder & Malter, LLP, 2775 Park Avenue, Santa Clara, CA 95050-6004
aty +Kenneth C. Johnson, Bricker & Eckler LLP, 100 South Third Street, Columbus, OH 43215-4291
aty +Kepley Broscious & Biggs, PLC, 7201 Glen Forest Drive, Suite 102, Richmond, VA 23226-3759
aty Kirk B. Burkley, Bernstein Law Firm, P.C., Suite 2200 Gulf Tower, Pittsburgh, PA 15219
aty +Kyra E. Andrassy, Weiland, Golden. Smiley et al, Suite 950, 650 Town Center Drive, Costa Mesa, CA 92626-7021
aty +Laura Lawton Gee, Baker & Hostetler, LLP, 1000 Louisiana Street, Suite 2000, Houston, TX 77002-5018
aty +Lawrence J. Hilton, Hewitt & O'Neil LLP, 19900 MacArthur Blvd. Suite 1050, Irvine, CA 92612-8414
aty +Lawrence S. Burnat, Schreeder, Wheeler & Flint, LLP, 1100 Peachtree Street, N.E., Suite 800, Atlanta, GA 30309-4516
aty +LeClair Ryan, A Professional Corporation, 951 East Byrd Street, Richmond, VA 23219-4040
aty +Lionel J. Postic, Law Firm Of Lionel J. Postic, PC, 125 Townpark Drive, Suite 300, Kennesaw, GA 30144-5812
aty +Lisa Taylor Hudson, Sands Anderson Marks & Miller, P. O. Box 1998, 801 East Main Street, Suite 1800, Richmond, VA 23219-2906
aty +Lori L. Winkelman, Quarles & Brady LLP, 2 North Central Avenue, Phoenix, AZ 85004-2322
aty +Mark Stromberg, Stromberg & Associates, 5420 LBJ Frwy, Ste 300, Dallas, TX 75240-6271
aty +Mark Stromberg, Stromberg & Associates, PC, Two Lincoln Centre, 5420 LBJ Freeway, Suite 300, Dallas, TX 75240-6271
aty +Meegan B. Casey, Riemer & Branustein, LLP, Three Center Plaza, 6th Floor, Boston, MA 02108-2003
aty +Menachem O. Zelmanovitz, Morgan, Lewis & Bockius, 101 Park Ave., New York, NY 10178-0060
aty +Michael Deitch, Law Offices of Michael Deitch, 800 Rio Grande, Austin, TX 78701-2220
aty +Michael F. McGrath, Ravich Meyer Kirkman McGrath, 4545 IDS Center, 80 South Eighth St., Minneapolis, MN 55402-2100
aty +Michael J. Darlow, Perdue Brandon Fielder et al, Ste. 600, 1235 North Loop West, Houston, TX 77008-1772
aty +Michael W. Malter, Binder & Malter, 2775 Park Ave., Santa Clara, CA 95050-6004
aty +Michelle McMahon, Bryan Cave LLP, 1290 Avenue of the Americas, New York, NY 10104-0101
aty +Mio Technology USA Ltd. also known as MiTAC USA In, c/o Orrick Herrington & Sutcliffe LLP, 1152 15th Street, N.W., Washington, DC 20005-1723, UNITED STATES
aty +Nancy A. Washington, Saiber LLC, One Gateway Center 13th Floor, Newark, NJ 07102-5323
aty +Neil E. Herman, Morgan, Lewis & Bockius, LLP, 101 Park Ave., New York, NY 10178-0060
aty +Nicholas M. Miller, DLA Piper LLP, 203 North LaSalle St., Suite 1900, Chicago, IL 60601-1263
aty +Paul Rubin, Herrick, Feinstein LLP, Two Park Avenue, New York, NY 10016-9302
aty +Paul S. Samson, Riemer & Braunstein, LLP, Three Center Plaza, 6th Floor, Boston, MA 02108-2003
aty +Peter N. Tamposi, Donchess Notinger & Tamposi, P.C., 547 Amherst St. Suite 204, Nashua, NH 03063-4000
aty +Regina Stango Kelbon, Blank Rome LLP, One Logan Square, Philadelphia, PA 19103-6998
aty +Robert W. Mallard, Dorsey & Whitney, 1105 N. Market St., Suite 1600, Wilmington, DE 19801-1201
aty +Robert W. Mallard, Dorsey & Whitney, 1105 North Market St., Suite 1600, Wilmington, DE 19801-1201
aty +Ronald K. Brown, Jr., Law Offices of Ronald K. Brown, Jr., 901 Dove Street, Suite 120, Newport Beach, CA 92660-3018, 92660
aty Roy S. Kobert, Broad and Cassell, 390 N. Orange Ave, Ste 1100, P.O. Box 4961, Orlando, FL 32802-4961
aty +Scott A. Semenek, Wildman, Harrold, Allen & Dixion, 225 West Wacker Drive, Chicago, IL 60606-1349
aty +Scott A. Stengel, Orrick, Herrington & Sutliffe, LLP, Columbia Center, 1152 15th Street, NW, Washington, DC 20005-1723
aty +Scott L. Adkins, Phillips, Goldman & Spence, 1200 North Broom Street, Wilmington, DE 19806-4204
aty +Scott P. Carroll, Carroll & Carroll, P.L.L.C., Suite 440, 831 East Morehead Street, Charlotte, NC 28202-2784
aty +Scott R. Kipnis, Hofheimer Gartlir & Gross LLP, 530 Fifth Ave., New York, NY 10036-5101
aty +Stephen W. Spence, Phillips, Goldman & Spence, 1200 North Broom Street, Wilmington, DE 19806-4204
aty +Steven N. Leitess, Leitess Leitess Friedberg & Fedder PC, Owings Mills, MD 21117
aty +Synde Keywell, Bryan Cave LLP, 161 North Clark St., Ste 4300, Chicago, IL 60601-3430
aty +Thomas D. Bielli, Ciardi Ciardi & Astin, PC, One Commerce Sq., Suite 1930, 2005 Market Square, Philadelphia, PA 19103-7011
aty +Thomas W. Daniels, 1265 Scottsville, Road, Rochester, NY 14624-5104
aty +Walter W. Kelley., Kelley, Lovett & Blakey, P.C., PO Box 70879, Albany, GA 31708-0879
aty +Wayne R. Terry, Hemar, Rosusso & Heald, LLP, 15910 Venturea Boulevard, 12th Floor, Encino, CA 91436-2802
aty +William J. Factor, Seyfarth Shaw LLP, 131 S. Dearborn St. Suite 2400, Chicago, IL 60603-5863
aty +William L. Wallander, Vinson & Elkins L.L.P., 3700 Trammell Crow Center, 2001 Ross Avenue, Dallas, TX 75201-2998
aty +Yolanda M. Humphrey, 1235 North Loop West, Suite 600, Houston, TX 77008-1772

aty +Zakarij O. Thomas, Buchanan Ingersoll & Rooney, One Oxford Centre, 20th Floor, Pittsubrgh, PA 15219-1400
cr +1890 Ranch, Ltd., c/o/ Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +507 Northgate LLC, c/o Christopher M. Alston, 1111 Third Ave., #3400, Seattle, WA 98101-3264
cr +ACCO Brands Corporation, c/o William H. Casterline, Jr., 4020 University Drive, #300, Fairfax, VA 22030-6802
cr +Accent Energy California LLC, 6065 Memorial Drive, Dublin, OH 43017-8218
cr +Acer American Holdings Corp., c/o Jeffrey L. Tarkenton, Womble Carlyle Sandridge & Rice, PLLC, 1401 Eye Street, N.W., Seventh Floor, Washington, DC 20005-2225
cr +Albert D, Phelps, Inc., Agent for Yorkcon Prop., Inc., 401 Merritt 7, PO Box 5101, Norwalk, CT 06856-5101
cr +Alexander H Bobinski, as Trustee under Trust No. 1, c/o David R McFarlin, Wolff, Hill, McFarlin & Herron, PA, 1851 West Colonial Drive, Orlando, FL 32804-7013
cr +Alexander's Rego Park Center, Inc., c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Alliance-Rocky Mount LLC, Carroll & Carroll PLLC, 831 East Morehead St, Ste 440, Charlotte, NC 28202-2784
cr +AmREIT, a Texas real estate investment trust, c/o James V. Lombardi, III, Ross, Banks, May, Cron & Cavin, P.C., 2 Riverway, Suite 700, Houston, TX 77056-1918
cr +Amcor Sunclipse North America, c/o Jeffrey L. Tarkenton, Womble Carlyle Sandridge & Rice, PLLC, 1401 Eye Street, N.W., Seventh Floor, Washington, DC 20005-2225
cr +Amherst VF LLC, c/o Lisa Taylor Hudson, Esquire, Sand Anderson Marks & Miller, P.C., 801 E. Main Street, Ste. 1800, Post Office Box 1998, Richmond, VA 23218-1998
cr Amore Construction Company, c/o John J. Lamoureux, Carlton Fields, P.A., P. O. Box 3239, Tampa, FL 33601-3239
cr +Arapahoe County Treasurer, c/o County Attorney Office, 5334 S. Prince Street, Littleton, CO 80166-0001
cr +Archon Group, L.P., 6011 Connection Drive, Irving, TX 75039-2607
cr +BB Fonds International 1 USA, L.P., c/o Jason Binford, Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7673
cr +BPP Conn LLC f/k/a WEC 95 Manchester Limited Partn, c/o Sands Anderson Marks & Miller, PO Box 1998, Richmond, VA 23218-1998
cr +BPP-NY LLC, c/o Sands Anderson Marks & Miller, P.C., PO Box 1998, Richmond, VA 23218-1998
cr +BPP-OH LLC, c/o Sands Anderson Marks & Miller, P.C., PO Box 1998, Richmond, VA 23218-1998
cr +BPP-Redding LLC, c/o Sands Anderson Marks & Miller, P.C., PO Box 1998, Richmond, VA 23218-1998
cr +BPP-SC LLC, c/o Sands Anderson Marks & Miller, P.C., PO Box 1998, Richmond, VA 23218-1998
cr +BPP-VA LLC, c/o Sands Anderson Marks & Miller, P.C., PO Box 1998, Richmond, VA 23218-1998
cr +Baker Natick Promenade LLC, Sands Anderson Marks & Miller, P.C., Post Office Box 1998, Richmond, VA 23218-1998
cr Basile Limited Liability Company, c/o Hirschler Fleischer PC, c/o Michael P. Falzone, P.O. Box 500, Richmond, VA 23218-0500
cr +Bedford Properties, L.L.C., c/o Catherine Guastello, Quarles & Brady LLP, Two North Central Avenue, Phoenix, AZ 85004-2322
desig +Bruce H. Besanko, 9950 Mayland Drive, Richmond, VA 23233-1463
cr +Burbank Mall Associates, LLC, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +CBL & Associates Management, Inc., c/o Kimberly A. Pierro, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +CC Countryside 98, LLC, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +CC Indianapolis 98, CC Jackson 98, CC Harper Woods, c/o Deborah H. Devan, Esquire, One South Street, 27th Floor, Baltimore, MD 21202-3298
cr +CC Wichita Falls 98, L.L.C.; CC Ridgeland 98, L.L., c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +CC-Investors 1996-6, c/o Kamin Realty Company, 490 South Highland Avenue, Pittsburgh, PA 15206-4274
cr +CC-Investors 1997-4, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +CSI Construction Company, c/o Lisa Taylor Hudson, Sands Anderson Marks & Miller, Post Office Box 1998, 18th Floor, Richmond, VA 23218-1998
cr +Cameron Bayonne, LLC, c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
cr +Cameron Group Associates LLP, c/o Andrew M. Brumby, Esq., Shutts & Bowen LLP, 300 S. Orange Avenue, Suite 1000, Orlando, FL 32801-5403
cr +CapTech Ventures, Inc., c/o Richard E. Lear, Holland & Knight LLP, 2099 Pennsylvania Avenue, NW, Suite 100, Washington, DC 20006-6801
intp +Carmax Business Services, LLC, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Carnegie Management and Development Corporation, c/o John D. McIntyre, Willcox & Savage, P.C., One Commercial Place, Suite 1800, Norfolk, Va 23510-2197
cr +Carousel Center Company, L.P., c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
cr +Charlotte (Archdale) UY, LLC, c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
cr +Chatham County Tax Commissioner, c/o Daniel T. Powers, P.O. Box 8321, Savannah, GA 31412-8321
cr +Chino South Retail PG, LLC, David K. Spiro, Esq., Neil E. McCullagh, Esquire, Cantor Arkema, P.C., P.O. Box 561, Richmond, VA 23218-0561
cr City of Cedar Hill, Burleson ISD, Arlington ISD, PO Box 13430, Arlington, TX 76094-0430
cr City of Hurst, Mansfiled ISD, Carroll ISD, PO Box 13430, Arlington, TX 76094-0430

cr City of Lake Worth, PO Box 13430, Arlington, TX 76094-0430
cr +City of Overland Park, Kansas, Attn: Law Dept., 8500 Santa Fe Drive, Overland Park, KS 66212-2899
cr +Cleveland Construction, Inc., c/o Daniel Wireman, Esq., 5390 Courseview Drive, Mason, OH 45040-2333
cr +Cobb Corners II, Limited Partnership, 214 North Tryon Street, Suite 4700, Attention: Amy Pritchard Williams, Charlotte, NC 28202-2367
cr +Cohesion Products, Inc, c/o Receivable Management Services, PO Box 5126, Timonium, MD 21094-5126
cr +Cole CC Groveland FL, LLC, c/o Peter J. Barrett, Kutak Rock LLP, 1111 E. Main Street, Suite 800, Richmond, VA 23219-3521
cr +Cole CC Kennesaw GA, LLC, c/o Kimberly A. Pierro, Esq., Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
mvnt +Colonial Heights Holdings, LLC, c/o Peter M. Pearl, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, (Post Office Box 1998), Richmond, VA 23218-1998
cr +Colorado Structures, Inc. dba CSI Construction Co., McDonough Holland & Allen PC, c/o Mary E. Olden/Sean Thompson, 555 Capitol Mall,9th Floor, Sacramento, CA 95814-4692
cr Columbia Plaza Joint Venture, Columbia, MO
cr Condan Enterprises LLC, c/o Siller Wilk LLP, 675 Third Avenue, New York, NY 10017
cr +Cormark, Inc., 1701 Winthrop, Des Plaines, IL 60018-1941
cr +County of Loudoun, Virginia, c/o K. Stapleton, Asst. Cty. Atty., P. O. Box 7000, Leesburg, VA 20177-7000
cr Cousins Properties Incorporated, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
crtrptr +Crane-Snead & Associates, Inc., 4914 Fitzhugh Ave, Ste 203, Richmond, VA 23230-3534
cr +Crown CCI, LLC, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
mvnt +Cynthia Olloway, Individually and as Special Admin, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., Post Office Box 1998, 801 East Main Street, Suite 1800, Richmond, VA 23219-2906
cr Cypress-Fairbanks ISD, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064
cr +DFS SERVICES LLC, c/o Brian Sirower, Esq., QUARLES & BRADY LLP, Two North Central Avenue, Phoenix, AZ 85004-2322
cr +DIM Vastgoed, N.V., 214 North Tryon Street, Suite 4700, c/o Amy Pritchard Williams, Charlotte, NC 28202-2367
cr +DIRECTV, Inc., c/o Joseph R. Sgroi, HONIGMAN MILLER SCHWARTZ AND COHN LLP, 2290 First National Building, Detroit, MI 48226-3583
cr +Daniel G. Kamin Baton Rouge LLC, c/o Kamin Realty Company, 490 South Highland Avenue, Pittsburgh, PA 15206-4274
intp +David J. Cacciotti, 9812 Fernleigh Dr., Richmond, VA 23235-1834
cr +Dentici Family Limited Partnership, Neil E. McCullagh, Esquire, David K. Spiro, Esquire, Cantor Arkema, O.C., P.O. Box 561, Richmond, VA 23218-0561
cr Developers Realty, Inc., c/o Christopher L. Perkins, LeClairRyan, 951 East Byrd Street, Eighth Floor, PO Box 2499, Richmond, VA 23218-2499
cr Dickson Management Associates, LLC, Hirschler Fleischer PC, c/o Michael P. Falzone, P.O. Box 500, Richmond, VA 23218-0500
cr +East Brunswick VF LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +EklecCo NewCo, LLC, c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
cr +Encinitas PFA, LLC, 214 North Tryon Street, Suite 4700, Attention: Amy Pritchard Williams, Charlotte, NC 28202-2367
cr +Envision Peripherals,Inc, 47490 Seabridge Drive, Fremont, CA 94538-6548
intp F.R.O., L.L.C. IX, 703 Palm Island Drive, Palm Beach, FL 33480
cr +Faram Muskegon, LLC, c/o Paul K. Campsen, Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr Fayetteville Developers, LLC, c/o Christopher L. Perkins, LeClairRyan, 951 East Byrd Street, Eighth Floor, PO Box 2499, Richmond, VA 23218-2499
cr +Fingerlakes Crossing, LLC, c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
cr Fort Bend County, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064
cr +Four Star International Trade, c/o Wendy M. Mead, 11 Pleasant Street, Ste 30, Worcester, MA 01609-3232
cr Foursquare Properties, Inc., c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
cr Gallatin Management Associates, LLC, Hirschler Fleischer PC, c/o Michael P. Falzone, P.O. Box 500, Richmond, VA 23218-0500
cr +Gateway, Inc., c/o Jeffrey L. Tarkenton, Womble Carlyle Sandridge & Rice, PLLC, 1401 Eye Street, N.W., Seventh Floor, Washington, DC 20005-2225
cr +Georgia Pension Associates Realty Corp, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
cr +Golfsmith International, L.P., c/o Sarah Link Schultz, Akin Gump Strauss Hauer & Feld LLP, 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201-4675
liq +Gordon Brothers Retail Partners, LLC, 101 Huntington Avenue, 10th Floor, Boston, MA 02199-7607
cr +Gould Investors, L.P., 60 Cuttermill Road, Suite 303, Great Neck, NJ 11021-3104
cr +Green Acres Mall, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Greenwood Point, LP, c/o Jeffrey J. Graham, Taft Stettinius & Hollister LLP, One Indiana Square, Suite 3500, Indianapolis, IN 46204-2023
cr +Hamilton Beach Brands, Inc., Bill Ray, 4421 Waterfront Drive, Glen Allen, VA 23060-3375
cr +Hamilton Chase - Santa Maria LLC, c/o Gregory D. Grant, Esq., 11921 Rockville Pike, #300, Rockville, MD 20852-2737

cr Harris County, et al, c/o John P. Dillman, Post Office Box 3064, Houston, TX 77253-3064
cr +Hayward 880,LLC, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr Henrico County, Virginia, County Attorney, P.O. Box 90775, Henrio, VA 23273-0775
liq +Hilco Merchant Resources, LLC, 5 Revere Dr., Suite 206, Northbrook, IL 60062-1568
cr +Hillsborough County, FL, Attorney's Office, 601 E. Kennedy Blvd., 27th Floor, Tampa, FL 33602-4932
cr +Homero Alonso Mata, c/o David G. Reynolds, Esq., PO Box 1700, Corrales, NM 87048-1700
cr +Hoprock Limonite, LLC, c/o Dewey & LeBoeuf LLC, Attn: Lisa Hill Fenning, 333 South Grand Avenue, 26th Floor, Los Angeles, CA 90071-1504
cr Howland Commons Partnership, an Ohio gen partnersh, Richard T. Davis, Esq., 2445 Belmont Avenue, P.O. Box 2186, Youngstown, OH 44504-0186
cr +IBM Corporation, c/o Vicky Namken, 13800 Diplomat Dr., Dallas, TX 75234-8812
cr ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 21126, PHILADELPHIA PA 19114-0326
(address filed with court: Internal Revenue Service, 400 N 8th Street, Box 76, Stop Room 898, Richmond, VA 23219)
cr +InfoPrint Solutions Company, c/o Vicky Namken, 13800 Diplomat Dr., Dallas, TX 75234-8812
cr +International Business Machines Corporation, c/o Satterlee Stephens Burke & Burke LLP, 230 Park Avenue, 11th Floor, New York, NY 10169-0005
cr +James Lubary, 3161 Druid Lane, Rossmoor, CA 90720-5214
cr +Jurupa Bolingbrook LLC, 122 Aspen Lakes Drive, Hailey, ID 83333-5115
cr +Kamin Realty Company, 490 South Highland Avenue, Pittsburgh, PA 15206-4274
cr Ken Burton, Jr., Manatee County Tax Collector, PO Box 25300, Bradenton, FL 34206-5300
cr +Landmark Communications, Inc. d/b/a The Virginian, c/o Paul A. Driscoll, 222 Central Park Avenue, Suite 400, Virginia Beach, VA 23462-3026
cr +Landover (Landover Crossing), LLC, c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
cr +LumiSource, Inc., c/o John M. Brom, QUERREY & HARROW, LTD., 175 West Jackson Blvd. - Ste 1600, Chicago, IL 60604-2686
cr +MD-GSI Associates, c/o Polsinelli Shalton Flanigan Suelthau, 1152 15th Street, NW, Suite 800, Washington, DC 20005-1723
intp Madeleine C. Wanslee, GUST ROSENFELD, 201 E. WASHINGTON ST., STE 800, PHOENIX, AZ 85004-2327
cr +Madison Waldorf, LLC, c/o Madison Marquette Realty Service, c/o Mitchell B. Weitzman, Esq., 2001 Pennsylvania Ave., N.W., 10th Floor, Washington, DC 20006-1851, U.S.A.
cr +Mallview Plaza Company, Ltd., c/o John D. McIntyre, Willcox & Savage, P.C., One Commercial Place, Suite 1800, Norfolk, Va 23510-2197
cr +Mansfield SEQ 287 and Debbie, Ltd., c/o William A. Gray, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
intp +Manufacturers & Traders Trust Company, as Trustee, c/o Hodgson Russ LLP, Garry M. Graber, Esq., The Guaranty Building, 140 Pearl Street, Suite 100, Buffalo, NY 14202-4004
cr Marlton VF LLC, c/o William A. Gray, Esq., Post Office Box 1998, Richmond, VA 23218-1998
cr +McAlister Square Partners, Ltd., c/o William A. Gray, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +McKinley, Inc., 320 N. Main Street, Suite 200, Ann Arbor, MI 48104-1100
cr +Miner Corporation, 111 W. San Antonio Street, Suite 200, New Braunfels, TX 78130-5156
cr Missouri Department of Revenue, General Counsel's Office, 301 W. High Street, Room 670, PO Box 475, Jefferson City, MO 65105-0475
cr +Mitsubishi Digital Electronics America, Inc., c/o James A. Pardo, Jr., King & Spalding LLP, 1180 Peachtree Street, Atlanta, GA 30309-3531
cr +Mitsubishi Electric & Electronics USA, Inc., c/o James A. Pardos, Jr., King & Spalding, 1180 Peachtree Street, Atlanta, GA 30309-3531
cr +Monarch Alternative Capital, LP, c/o Andrew Herenstein, 535 Madison Ave., New York, NY 10022-4212
cr Montgomery County, c/o Joh P. Dillman, Post Office Box 3064, Houston, TX 77253-3064
cr Monument Consulting, LLC, Sands, Anderson, Marks & Miller, P.C., 801 East Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Mount Berry Square, LLC, c/o Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1444
cr +North Plainfield VF LLC, c/o Lisa Taylor Hudson, Sands Anderson Marks & Miller, P.C., 801 East Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +OLP 6609 Grand, LLC, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
cr +OLP CCAntioch, LLC, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
cr +OLP CCFairview Heights, LLC, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
cr +OLP CCFerguson, LLC, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
cr +OLP CCFlorence, LLC, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
cr +OLP CCSt.Louis, LLC, 60 Cuttermill Road, Suite 303, Great Neck, NY 11021-3104
cr +Office of Unemployment Compensation Tax Svcs., Dept. of Labor & Industry, Commonwealth, of PA, Reading Bankruptcy & Compl. Unit, Attn: Timothy Bortz, UC Tax Agent, 625 Cherry St. - Room 203, Reading, PA 19602-1152
cr +Oklahoma County Treasurer, c/o Tammy Jones, 320 Robert S. Kerr, Room 307, Oklahoma City, OK 73102-3441
cr +PNY Technologies, Inc., c/o Angela Abreu, McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4056
cr +Pan Am Equities, c/o David A. Greer PLC, 500 East Main St Ste 1225, Norfolk, VA 23510-2274
cr +Panattoni Development Company, Inc. as Agent for C, David K. Spiro, Esquire, Neil E. McCullagh, Esquire, Cantor Arkema, P.C., P.O. Box 561, Richmond, VA 23218-0561
cr +Panattoni Development Company, Inc. as Agent for E, David K. Spiro, Esquire, Neil E. McCullagh, Esquire, Cantor Arkema, P.C., P.O. Box 561, Richmond, VA 23218-0561

cr +Panattoni Development Company, Inc. as Agent for V, David K. Spiro, Esquire, Neil E. McCullagh, Esquire, Cantor Arkema, P.C., P.O. Box 561, Richmond, VA 23218-0561
cr Paramount Home Entertainment, c/o Michael L. Tuchin, Klee, Tuchin, Bogdanoff & Stern LLP, 1999 Avenue of the Stars, 39th Floor, Los Angeles, CA 90067-6049
cr +Pasadena Independent School District, c/o Dexter D. Joyner, Law Office of Dexter D. Joyner, 4701 Preston Avenue, Pasadena, TX 77505-2050
cr +Pelkar Muskegon, LLC, c/o Paul K. Campsen, Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr +Pension Benefit Guaranty Corporation, Office of the Chief Counsel, 1200 K Street, N.W., Suite 340, Washington, DC 20005-4030
cr +Phoenix Property Company, c/o Jason Binford, Haynes and Boone, LLP, 2323 Victory Avenue, Suite 700, Dallas, TX 75219-7673
cr +Pima County, Pima County, Arizona, c/o Pima County Attorney's Office, 32 N. Stone Ave., Ste. 2100, Tucson, AZ 85701-1416
cr +Plaza Las Palmas, LLC, Culbert & Schmitt, PLLC, 30C Catoctin Circle, SE, Leesburg, VA 20175-3614
cr +Polaris Circuit City, LLC, 8800 Lyra Drive, Suite 550, Attn: Franz A. Geiger, Columbus, OH 43240-2107
cr +Port Arthur Holdings, III, Ltd., c/o David H. Cox, Esquire, Jackson & Campbell, PC, 1120 20th Street, NW, Suite 300-S, Washington, DC 20036-3437
cr +Portland Investment Company of America, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
cr +PrattCenter, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Prince George's Station Retail, LLC, c/o Taylor Development and Land, 7201 Wisconsin Avenue, Suite 500, Bethesda, MD 20814-4848
cr +Prudential Insurance Company of America, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
cr +RJ Ventures LLC, K&G Dearborn LLC, c/o Jess R Bressi Esq, Cox Castle & Nicholson LLP, 19800 MacArthur Blvd Ste 500, Irvine, CA 92612-2480
cr +RLV Village Plaza, LP, c/o Paul K. Campsen, Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr +RLV Vista Plaza, LP, c/o Paul K. Campsen, Esq., Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr +RREEF Management Company, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
cr +Ramco JW, LLC, c/o Paul K. Campsen, Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr +Ramco West Oaks 1, LLC, c/o Paul K. Campsen, Kaufman & Canoles P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr +Raymond & Main Retail, LLC, David K. Spiro, Esquire, Neil E. McCullagh, Esq., Cantor Arkema, P.C., P.O. Box 561, Richmond, VA 23218-0561
cr +Rebs Muskegon, LLC, c/o Paul K. Campsen, Kaufman & Canoles, P.C., P. O. Box 3037, Norfolk, VA 23514-3037
cr +Reverend Dwayne Funches, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., P.O. Box 1998, 801 E. Main Street, Suite 1800, Richmond, VA 23219-2906
cr +Ricmac Equities Corporation, 430-440 Plainview Road, Hicksville, NY 11801-4372
cr Rio Associates Limited Partnership, c/o David D. Hopper, Esquire, 4551 Cox Road, Suite 210, P. O. Box 3059, Glen Allen, VA 23058-3059
cr Ritz Motel Company, 6735 Telegraph Road, Suite 110, Bloomfield Hills, MI 48301-3143
cr +Riverside County California, California Taxing Authority, c/o Martha E. Romero, Romero Law Firm, 6516 Bright Avenue, Whittier, CA 90601-4503
cr +SAP Retail Inc. and Business Objects, c/o Brown & Connery LLP, Attn: Donald K. Ludman, 6 North Broad Street, Suite 100, Woodbury, NJ 08096-4635
cr +Sacco of Maine, LLC, Young, Goldman & Van Beek, P.C., c/o John P. Van Beek, Esq., 510 King Street, Suite 416, Alexandria, VA 22314-3142
cr +Safeway Inc., Gary & Regenhardt, PLLC, 8500 Leesburg Pike, Suite 7000, Vienna, VA 22182-2498
intp +Salem Rockingham LLC, c/o The MEG Companies, 25 Orchard View Drive, Londonderry, NH 03053-3324, UNITED STATES
cr +Samsung Electronics America, Inc., c/o Akerman Senterfitt, 8100 Boone Blvd., Suite 700, Vienna, VA 22182-2683
cr +Sangertown Square, L.L.C., c/o Menter, Rudin & Trivelpiece, P.C., Attn: Kevin M. Newman, Esq., 308 Maltbie Street, Suite 200, Syracuse, NY 13204-1439, U.S.A.
cr +Saul Holdings Limited Partnership, c/o Stephen A. Metz, Esquire, Shulman Rogers Gandal Pordy & Ecker, PA, 11921 Rockville Pike, 3rd Floor, Rockville, MD 20852-2737
cr +Save Mart Supermarkets, c/o Paul S. Bliley, Jr., P.O. Box 1320, Richmond, Va 23218-1320
cr +Schottenstein Property Group, Inc., c/o Loc Pfeiffer, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr +Sharp Electronics Corporation, c/o Borges & Associates, LLC, 575 Underhill Blvd, Syosset, NY 11791-3426
cr +Shopping.com, Inc., c/o Michael A. Condyles, Esq., Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmon, VA 23219-3521
cr +Simon Property Group, Inc., Attn: Ronald M. Tucker, Esq., 225 W. Washington Street, Indianapolis, IN 46204-3438
cr +Sir Barton Place, LLC, 2517 Sir Barton Way, Suite 210, Lexington, KY 40509-2275
cr +Sony Electronics, Inc., c/o Peter J. Barrett, Esquire, Kutak Rock LLP, 1111 East Main Street, Suite 800, Richmond, VA 23219-3521
cr Southland Acquisitions, LLC, c/o Thomas G. King / DS Holmgren, Kreis, Enderle, et al, PO Box 4010, Kalamazoo, MI 49003-4010
cr Spring Hill Development Partners, GP, Hirschler Fleischer, PC, c/o Michael P. Falzone, Esq., P.O. Box 500, Richmond, VA 23218-0500

cr +State of Michigan, Department of Treasury, Cadillac Place, 3030 W. Grand Blvd., Ste. 10-200, Detroit, MI 48202-6030, US
cr State of New Jersey, Division of Taxation, Attorney General of New Jersey, R.J. Hughes Justice Complex, 25 Market St., POB 106, Trenton, NJ 08625-0106
cr State of Wisconsin - Office of the State Treasurer, P. O. Box 7857, Madison, WI 53707-7857
cr +Symantec Corp, c/o Rafael X. Zahralddin-Aravena, Elliott Greenleaf, 1000 West Street, Suite 1440, Wilmington, DE 19801-1051
cr +TARGUS, INC., Lawrence J. Hilton, Esq., HEWITT & O'NEIL LLP, 19900 MacArthur Blvd, Suite 1050, Irvine, CA 92612-8414
intp +THQ, Inc., c/o David M. Poitras, P.C., Jeffer, Mangels, Butler & Marmaro LLP, 1900 Ave. of the Stars, 7th Fl., Los Angeles, CA 90067-4308
cr +TKG Coffee Tree, L.P., c/o Eugene Chang, Stein & Lubin LLP, 600 Montgomery Street, 14th Floor, San Francisco, CA 94111-2716
cr +Taubman Landlords, c/o The Taubman Company, Attn. Andrew S. Conway, 200 East Long Lake Road, Suite 300, Bloomfield Hills, MI 48304-2324
cr The Irvine Company, Bewley, Lassleben & Miller, LLP, 13215 E. Penn Street, Suite 510, Whittier, CA 90602-1797
cr +The Macerich Company, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
cr +The Marketplace of Rochester Hills Parcel B, LLC, c/o John D. McIntyre, Willcox & Savage, P.C., One Commercial Place, Suite 1800, Norfolk, Va 23510-2197
cr +The McClatchy Company, c/o Paul J. Pascuzzi, Felderstein Fitzgerald, Willoughby & Pascuzzi LLP, 400 Capitol Mall, Suite 1450, Sacramento, CA 95814-4434
cr +Thirty & 141, L.P., John E. Hilton, Carmody MacDonald, 120 S. Central Ave., Ste. 1800, Clayton, MO 63105-1726
cr +TomTom, Inc., c/o Nixon Peabody LLP, Attn: Dennis J. Drebsky, 437 Madison Ave., New York, NY 10022-7039
cr +Toshiba America Consumer Products, L.L.C., Leitess Leitess Friedberg + Fedder PC, One Corporate Center, 10451 Mill Run Circle, Suite 1000, Owings Mills, MD 21117-5519
cr +Toshiba America Information Systems, Inc., Leitess Leitess Friedberg + Fedder PC, One Corporate Center, 10451 Mill Run Circle, Suite 1000, Owings Mills, MD 21117-5519
cr +Towson VF LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Travelers, One Tower Square, 5MN, Hartford, CT 06183-0002
cr +Tritronics, Inc., c/o Ronald S. Gellert, Eckert Seamans Cherin & Mellott, LLC, 300 Delaware Avenue, Suite 1210, Wilmington, DE 19801-1670
cr +Tysons 3, LLC, c/o Mitchell B. Weitzman, Esq., Bean Kinney & Korman, PC, 2300 Wilson Blvd., 7th Floor, Arlington, VA 22201-5424, UNITED STATES
cr +UPS Ground Freight, Inc., c/o Christopher Combest, Quarles & Brady LLP, 500 W. Madison Street, Suite 3700, Chicago, IL 60661-2589
cr +UTC I, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., P.O. Box 1998, 801 E. Main Street, Suite 1800, Richmond, VA 23219-2906
cr +United Parcel Service, Inc., c/o Christopher Combest, Quarles & Brady LLP, 500 W. Madison Street, Suite 3700, Chicago, IL 60661-2589
cr +UrbanCal Oakland, II LLC, c/o Baker & Hostetler, LLP, ATTN: Laura Lawton Gee, 1000 Louisiana Street, Suite 2000, Houston, TX 77002-5018
cr +VNO Mundy Street, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +VNO TRU Dale Mabry, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Valley Corners Shopping Center, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Vance Baldwin, Inc., c/o Robert S. Gellert, Eckert Seamans Cherin & Mellott, LLC, 300 Delaware Avenue, Suite 1210, Wilmington, DE 19801-1670
cr +Vonage Marketing Inc., c/o Angelique Electra, Vice President - Law, 23 Main Street, Holmdel, NJ 07733-2136
cr +Vornado Gun Hill Road, LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Washington Corner, LP, c/o Jeffrey J. Graham, Taft Stettinius & Hollister LLP, One Indiana Square, Suite 3500, Indianapolis, IN 46204-2023
cr +Watercress Associates, LP, LLP dba Pearlridge Cent, c/o Douglas D. Kappler, Esq., Robinson, Diamant & Wolkowitz, APC, 1888 Century Park East, Suite 1500, Los Angeles, CA 90067-1719
cr +Watt Management Company, c/o Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, CA 90067-3012
cr +Wayne VF LLC, c/o Lisa Taylor Hudson, Esquire, Sands Anderson Marks & Miller, P.C., 801 E. Main Street, Suite 1800, P.O. Box 1998, Richmond, VA 23218-1998
cr +Westgate Village, LP, c/o Heather D. Dawson, Kitchens Kelley Gaynes, P.C., Eleven Piedmont Center, Suite 900, 3495 Piedmont Rd. N.E., Atlanta, GA 30305-1773
cr Williamson County et al, co Michael Reed, Round Rock, TX 78680
cr c/o Ron C. Bingham Stites & Harbison, PLLC T.D. Fa, 303 Peachtree Street, NE, 2800 SunTrust Plaza, Atlanta, GA 30308
cr +c/o William A. Wood Panattoni Construction, Inc., Bracewell & Giuliani, LLP, 711 Louisiana St., Suite 2300, Houston, TX 77002-2849

The following entities were served by electronic transmission on Jan 01, 2009.
cr +Fax: 954-764-7770 Jan 01 2009 05:19:45 City of Homestead, Florida, Weiss Serota Helfman, c/o Douglas R. Gonzales, 200 E. Broward Blvd., Suite 1900, Fort Lauderdale, FL 33301-1949
cr +Fax: 954-764-7770 Jan 01 2009 05:19:45 City of Miramar, FL, Weiss Serota Helfman, c/o Douglas R. Gonzales, 200 E. Broward Blvd., suite 1900, Fort Lauderdale, FL 33301-1949
cr +E-mail/PDF: rmscedi@recoverycorp.com Jan 01 2009 05:07:20 Recovery Management Systems Corporation, 25 SE 2nd Ave Ste 1120, Miami, FL 33131-1605

The following entities were served by electronic transmission (continued)
cr E-mail/Text: bankruptcynoticing@polktaxes.com
Tax Collector For Polk County, FL, Of Joe G. Tedder, PO Box 2016, Bartow, FL 33831-2016
TOTAL: 4

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

aty Alan J. Kornfeld
aty Gillian N. Brown
aty Ivan M. Gold
aty John A. Morris
aty John M. Brom, Querrey & Harrow, Ltd.
aty Lauren Lonergan Taylor, Duane Morris, LLP
aty Nicholas B Malito
aty Rachel N. Greenberger
aty Scott Shaw
cr 1030 W. North Ave. Bldg. LLC
cr 120 Orchard LLC
cr 13630 Victory Boulevard, LLC
cr 3725 Airport Boulevard, LP
cr 427 Orchard LLC
cr 502-12 86th Street LLC
cr 553 Retail, LLC
cr 601 Plaza LLC
cr AOL LLC
cr AT&T
cr AVR CPC Associates, LLC
cr Acadia Realty Limited Partnership
cr Advertising.com Inc.
cr Alliance Entertainment Corporation
cr Altamonte Springs Real Estate Associates, LLC
intp Alvarez & Marsal Canada, ULC
intp AmCap Arborland LLC
intp AmCap NorthPoint LLC
cr Amargosa Palmdale Investments, LLC
cr American Electric Power
cr Andrews Electronics
cr Annapolis Plaza LLC
intp Arboretum of South Barrington, LLC
cr Arlington ISD, et al.
cr Ashkenazy Management Corp.
cr Audiovox Corporation
cr Averatec/Trigem USA
cr Baltimore Gas and Electric Company
cr Bank of America, N.A., as Agent
cr Basser-Kaufman
cr Bear Valley Road Partners LLC
cr Bell County, County of Denton, Midland Central App
cr Bell’O International Corp.
cr Bella Terra Associates, LLC
cr Belleville News-Democrat
cr Bellingham Herald
cr Benderson Development Company, LLC
cr Benenson Capital Company
cr Bethesda Softworks, LLC
cr Bexar Co., Cameron Co., Dallas Co., El Paso, Frisc
cr Biloxi Sun Herald
cr Bizport, Ltd.
cr Bond C.C. I Delaware Business Trust
cr Bond Circuit VIII Delaware Business Trust
cr Boston Gas Company
intp Bradenton Herald
cr Brandywine Grande C, L.P.
cr Brazoria County Tax Office
cr Brighton Commercial, L.L.C.
cr Brownsville Public Utilities Board
cr Bush Industries, Inc.
cr CAP Brunswick, LLC
cr CC Colonial Trust
cr CC Joilet Trust
cr CC Joliet Trust
cr CC Kingsport 98, LLC
cr CC Merrilville Trust
cr CC-Investors 1995-6
intp CCDC Marion Portfolio, L.P.
cr CDB Falcon Sunland Plaza, LP
cr CIM/Birch St., Inc.
cr CK Richmond Business Services #2, LLC
cr COMSYS Information Technology Services, Inc. and C
cr Cameron County
cr Canon U.S.A., Inc
cr Cardinal Capital Partners
cr Carolina Power & Light Company d/b/a Progress Ener
cr Carriage Crossing Market Place LLC
cr Carrollton Arms, LLC

***** BYPASSED RECIPIENTS (continued) *****

cr Catellus Operating Limited Partnership
cr Catellus Operating Limited Partnership
cr Cedar Development Ltd., a Florida Limited Partners
cr Cellco Partnership d/b/a Verizon Wireless
cr Cencor Realty
cr Central Georgia Electric Membership Corporation
intp Centre Daily Times (State College)
cr Centre at 38th Street TIC, LLC
cr Centro Properties Group
cr Charlotte Observer
cr Children’s Discovery Centers of America, Inc.
cr Chung Hee Kim (Ridgehaven Plaza Shopping Center)
cr City of Garland Tax Assessor/Collector
cr City of McAllen
cr City of Philadelphia
cr City of Round Rock
cr Cohab Realty, LLC
cr Collin County Tax Assessor/Collector
cr Colorado Department of Revenue
cr Columbia Equities Limited Partnership
cr Columbia State
cr Columbus Ledger-Enquier
cr Commonwealth Edison Company
cr Commonwealth of Virginia, Department of Taxation
cr Computer Resource Team, Inc.
cr Connecticut Light and Power Company
cr Connecticut Natural Gas Company
cr Consolidated Edison Company of New York, Inc.
cr Continental Properties Company, Inc.
cr Cosmo-Eastgate, ltd
cr Crossroads Shopping Center
cr Crossways Financial Associates, LLC
cr Cypress/CC Marion I, L.P.
cr Dallas County
cr Daly City Partners I, L.P
cr De Rito Partners
cr De Rito Pavilions 139, LLC
cr DeMatteo Management, Inc.
cr Descanso TIC, LLC
cr Developers Diversified Realty Corporation
cr Dick’s Sporting Goods Inc.
cr Dick’s Sporting Goods, Inc.
cr Dicker-Warmington Properties
cr Digital Innovations, LLC
cr Ditan Distribution LLC
cr Dollar Tree Stores, Inc.
cr Dominion East Ohio
cr Dominion Hope
cr Dominion Peoples
cr Drexel Delaware Limited Partnership
cr Duke Energy Carolinas, LLC
cr Duke Energy Indiana, Inc.
cr Duke Energy Kentucky, Inc.
cr Duke Energy Ohio, Inc.
cr Duquesne Light Company
cr E&A Northeast Limited Partnership
cr ELL MCKEE LLC
cr Eagleridge Associates, LLC
cr Eastman Kodak Company
intp Eatontown Commons Shopping Center
cr Empire HealthChoice Assurance, Inc. d/b/a Empire B
cr EnergyNorth Natural Gas, Inc. d/b/a National Grid
cr Engineered Structures, Inc.
cr Entergy Arkansas, Inc.
cr Entergy Gulf States Louisiana, L.L.C.
cr Entergy Louisiana, LLC
cr Entergy Mississippi, Inc.
cr Entergy Texas, Inc.
cr Evergreen Plaza Associates
cr Expesite, LLC
cr F&M Properties, Inc.
cr FJL-MVP, LLC
cr FM Facility Maintenance
cr FR E2 Property Holding, L.P.
cr FT Orchard LLC
cr FW CA-BREA Marketplace, LLC, Regency Centers, L.P
intp Faber Bros., Inc.
cr Federal Realty Investment Trust
cr First Industrial Realty Trust, Inc.
cr Fishers Station Development Co.
cr Florida Power & Light Company
cr Florida Power Corporation d/b/a Progress Energy Fl
intp Food Lion LLC

***** BYPASSED RECIPIENTS (continued) *****

cr Fort Bend Independent School District
cr Fort Steuben Mall
cr Fort Worth Star-Telegram
intp Fresno Bee
cr Frisco ISD Tax Assessor/Collector
cr GC Acquisition Corp.
cr GMS Golden Valley Ranch, LLC
cr Galleria Plaza, Ltd.
cr Garland ISD Tax Assessor/Collector
intp Garmin International, Inc.
cr Gateway Center Properties III, LLC and SMR Gateway
cr General Growth Properties, Inc.
cr General Instrument Corporation d/b/a Home & Networ
cr Generation One and Two, LP
cr Golf Galaxy, Inc.
cr Granite State Electric
cr Greater Orlando Aviation Authority
cr Greece Ridge, LLC
cr Green 521 5th Avenue LLC
cr Greystone Data Systems, Inc.
cr Hamilton Crossing
cr Harvest/HPE LP
cr Hewlett Packard Company
cr Home Depot USA, Inc.
cr Idaho Statesman
cr Inland American Retail Management LLC
cr Inland Commercial Property Management, Inc.
cr Inland Commercial Property Management, Inc.
cr Inland Continental Property Management Corp.
cr Inland Pacific Property Services LLC
cr Inland Southwest Management LLC
cr Inland Southwest Management LLC, Inland American R
cr Inland US Management LLC
cr InnerWorkings, Inc.
cr International Speedway Square, Ltd.
cr Interstate Augusta Properties LLC
cr Island Packet
cr JP Morgan Chase & Co.
cr JWC Loftus LLC
cr Jackson EMC
intp James H. Wimmer, Jr., personally
cr James H. Wimmer, Jr., personally
intp James M. Stacia
intp Jeff Leopold
cr Jeffrey R. Leopold
cr Jersey Central Power & Light Company
cr Jones Lang LaSalle Americas, Inc.
cr Judith Rae Minnite
cr KNP
cr KRG Market Street Village, LP
cr Kansas City Star
cr KeySpan Gas East Corporation
cr Kimco Realty Corporation
cr Kite Coral Springs, LLC
cr Knoxville Utilities Board
cr LG Electronics USA, Inc.
cr La Habra Imperial, LLC
cr Laguna Gateway Phase 2, LP
cr Lea Company, a Virginia general partnership, the A
cr Lewisville Independent School District
intp Lexington Herald-Leader
cr Lexington Lion Weston I LP
cr Lexmark International, Inc.
cr Little Britain Holding, LLC
cr Long Island Lighting Company d/b/a LIPA
cr Loop West, LLC, by its Managing Agent The Wilder C
cr Luckoff Land Company, LLC
cr M and M Berman Enterprises
cr M.I.A. Brookhaven, LLC
cr MHW Warner Robins, LLC
cr Macon Telegraph
cr Mall Properties and U.S. 41 & I-285 Company
cr Manteca Stadium Park, L.P.
cr Manufacturers and Traders Trust Company, as Truste
cr Marc Realty
cr Massachusetts Electric Company
cr McAllen ISD
cr McClatchy Company
cr McLennan County
cr Media General, Inc.
cr Melvin Walton Hone
intp Merced Sun Star
cr Merge Computer Group, Inc.

***** BYPASSED RECIPIENTS (continued) *****

| | |
|---|---|
| cr | Metropolitan Edison Company |
| intp | Miami Herald |
| cr | Miami-Dade County Tax Collector |
| cr | Michigan Consolidated Gas Company |
| cr | Microsoft Corporation |
| intp | Modesto Bee |
| cr | Monte Vista Crossings, LLC |
| cr | Morgan Hill Retail Venture, LP |
| cr | Motorola Inc. |
| cr | Myrtle Beach Farms |
| cr | Myrtle Beach Farms Co., Inc. |
| cr | Myrtle Beach Sun News |
| cr | N.P. Huntsville Limited Liability Company |
| cr | NBT Bank, N.A. |
| cr | NMC Stratford, LLC |
| cr | NPP Development LLC |
| cr | Narragansett Electric Company |
| cr | National Retail Properties, Inc. |
| cr | Navarre Corporation |
| cr | New River Properties, LLC |
| cr | New York State Electric and Gas Corporation |
| cr | Niagara Mohawk Power Corporation |
| cr | Northcliff Residual Parcel 4 LLC |
| cr | Nueces County |
| cr | ON Corp US, Inc. & ON Corp |
| cr | OTR-Clairemont Square |
| crcm | Official Committee of Unsecured Creditors |
| cr | Olympian |
| intp | Olympian |
| cr | Orange and Rockland Utilities |
| cr | P/A Acadia Pelham Manor, LLC |
| cr | PECO Energy Company |
| cr | PL Mesa Pavilions LLC |
| cr | PM Construction Inc. |
| cr | PREIT SERVICES, LLC |
| cr | Pacific Castle Groves, LLC |
| cr | Panasonic Corporation of North America |
| cr | Parago, Inc. |
| cr | Pat Minnite |
| cr | Pennsylvania Electric Company |
| cr | Perimeter Mall |
| cr | Philips International |
| cr | Piedmont Natural Gas Company |
| cr | Platform-A Inc. |
| cr | Plaza Las Palmas LLC., Store 449 |
| cr | Premier Retail Interiors, Inc. |
| cr | Premier Retail Networks, Inc |
| cr | PriceGrabber.com, Inc. |
| cr | Principal Life Insurance Company |
| cr | Public Service Company of New Hampshire |
| cr | Public Service Electric And Gas Company |
| cr | RD Bloomfield Associates Limited Partnership |
| cr | RMRG Portfolio TIC, LLC |
| cr | Raleigh News & Observer |
| cr | Ramco West Oaks I, LLC |
| cr | Rancon Realty Fund IV |
| cr | Ray Mucci’s Inc. |
| cr | Regency Centers, L.P. |
| cr | Ricardo Benjamin Salinas Pliego |
| cr | Rolling Acres Plaza Shopping Center |
| cr | Roth Tanglewood LLC |
| cr | Roth Tanglewood, LLC |
| cr | Route 146 Millbury LLC |
| cr | S.J. Collins Enterprises, Goodman Enterprises, DeH |
| cr | S.R. Weiner & Associates Inc. |
| cr | Sacco of Maine, LLC |
| intp | Sacramento Bee |
| cr | Salt River Project |
| intp | San Luis Obispo Tribune |
| cr | Savitri Cohen |
| cr | Schimenti Construction Company LLC |
| unk | Servpro |
| cr | Sherwood |
| cr | Sherwood America, Inc. |
| cr | Sherwood Properties, LLC |
| cr | Shops at Kildeer, LLC |
| cr | SimVest Real Estate II, LLC |
| cr | Sirius XM Radio, Inc |
| cr | Sony Pictures Entertainment Inc. |
| cr | Source Interlink Media, LLC |
| cr | South Carolina Electric & Gas Company and Public S |
| cr | South Texas College |
| cr | South Texas ISD |

***** BYPASSED RECIPIENTS (continued) *****

cr Southern California Edison Company
cr Southern Connecticut Gas Company
cr Southwest Gas Corporation
cr Southwinds. Ltd.
cr Sparkleberry Two Notch, LLC
cr Starpoint Property Management, LLC
cr Sun Belt General Contractors, Inc
cr Swanblossom Investments, LP
cr THE GOLDENBERG GROUP
cr TPG Management, Inc
cr Tacoma News, Inc.
cr Tamarack Village Shopping Center Limited Partnersh
cr Tanglewood Park LLC
cr Tanglewood Park, LLC
cr Tanglewood Park, LLC; Roth Tanglewood, LLC and Luc
cr Tarrant County
cr Taubman Auburn Hills Associates Limited Partnershi
cr Tax Collector of Madison County, Alabama, c/o Lynda Hall, Tax Collector
cr Texas Comptroller of Public Accounts
cr Texas Comptroller of Public Accounts and Texas Wor
cr Texas Instruments Incorporated
cr The Balogh Companies
cr The Balogh Companies
cr The Brooklyn Union Gas Company d/b/a National Grid
cr The City Portfolio TIC, LLC
cr The City of New York
cr The Cleveland Electric Illuminating Company
cr The Daniel Group
cr The Detroit Edison Company
cr The Hutensky Group
cr The Leben Family Limited Partnership
cr The MacNaughton Group
cr The Morris Companies Affiliates
cr The PM Company
cr The West Campus Square Company, LLC
cr The Woodmont Company
cr The Ziegler Companies
cr Thoroughbred Village Tennessee, GP
cr Toledo Edison Company
cr Torrance Towne Center Associates, LLC
cr Tourboullin Co.
cr Tri-City Herald
cr Triangle Equities Junction LLC
cr Tritronics, Inc.
cr Turner Broadcasting System, Inc.
cr Tutwiler Properties, LTD
cr U.S. 41 & I 285 Company
cr UBS Realty Investors, LLC
cr US Signs, Inc.
cr UnCommon, Ltd., a Florida Limited Partnership
cr Union Square Retail Trust
cr United States of America
cr Uniwest Commercial Realty
cr VIWY, L.P.
cr Vance Baldwin, Inc.
cr Ventura In Manhattan, Inc.
cr Verizon Communications Inc.
cr Virginia Electric and Power Company d/b/a Dominion
cr WEC 99A-2LLC
cr Warner Home Video, a division of Warner Bros. Home
cr Washington Real Estate Investment Trust
cr Weidler Settlement Class
cr Weingarten Realty Investors and Its Affiliates
cr Western Digital Technologies, Inc.
cr Western Massachusetts Electric Company
cr Westfield, LLC
cr Whitestone Development Partners, L.P.
cr Wichita Eagle
cr Windsail Properties
cr Woodlawn Trustees Incorporated
cr Yankee Gas Services Company
aty* Constantinos G. Panagopoulos, Ballard Spahr Andrews & Ingersoll, LLP, 601 13th Street, NW, Suite 1000 South, Washington, DC 20005-3807
aty* +David S. Berman, Riemer & Braunstein, Three Center Plaza, 6th Floor, Boston, MA 02108-2003
aty* +Jeffrey Kurtzman, Klehr, Harrison, Harvey, Branzburg & Ell, 260 South Broad Street, Philadelphia, PA 19102-5021
aty* +Julie H. Rome-Banks, Binder & Malter, LLP, 2775 Park Avenue, Santa Clara, CA 95050-6004
aty* +Plaza Las Palmas, LLC, Culbert & Schmitt, PLLC, 30C Catoctin Circle, SE, Leesburg, VA 20175-3614

TOTALS: 398, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

District/off: 0422-7 User: frenchs Page 13 of 13 Date Rcvd: Dec 31, 2008
Case: 08-35653 Form ID: defntc Total Served: 329

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 02, 2009** **Signature:** Joseph Speetjens