IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., *et al.*[1] | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
### UNDER F.R.B.P. 2002(g) and (i)

PLEASE TAKE NOTICE that Plaza Las Americas, Inc., by and through its attorneys, Holland & Knight LLP, hereby enter their appearances in the above-caption case and request under F.R.B.P. 2002(g) that all notices be served upon the following persons at the addresses indicated below:

> Plaza Las Americas, Inc.
> c/o Holland & Knight LLP
> Attention: James H. Rollins
> Suite 2000, One Atlantic Center
> 1201 West Peachtree Street
> Atlanta, Georgia 30309-3400
> jim.rollins@hklaw.com

PLEASE TAKE FURTHER NOTICE THAT Plaza Las Americas, Inc. request under F.R.B.P. 2002(i) that they receive at the above address copies of everything filed in this case,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XS Stuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

- 2 -

including without limitation motions, applications, petitions, orders, reports, disclosure statements, and all notices under F.R.B.P. 2002(a), F.R.B.P. 2002(b), and F.R.B.P. 2002(f).

Dated: January 5, 2009

HOLLAND & KNIGHT LLP

/s/ James H. Rollins
James H. Rollins
Georgia Bar No. 613850
Attorneys for Plaza Las Americas, Inc.

One Atlantic Center, Suite 2000
1201 West Peachtree Street
Atlanta, Georgia 30309-3400
(404) 817-8500
(404) 881-0470 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served the within and foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES UNDER F.R.B.P. 2002(g) and (i) upon the following parties by depositing a true and accurate copy of same in the United States Mail, proper postage prepaid and properly addressed as follows:

Linda K. Myers, Esq.
Kirkland & Ellis LLP
200 East Randolp Drive
Chicago, IL 60601r

Dion W. Hayes, Esq.
Douglas M. Foely, Esq.
One James Center
901 East Cary Street
Richmond, VA 23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Sqare
P.O. Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Bruce Matson, Esq.
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, VA 23219

David S. Berman, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108

Robert B. Van Arsdale, Esq.
Office of the Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

This 5th day of January 2009

/s/ James H. Rollins
James H. Rollins
Georgia Bar No. 613850

HOLLAND & KNIGHT LLP
Suite 2000, One Atlantic Center
1201 West Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 817-8500

# 5912654_v1