IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et. al., | ) | CASE NO.  08-35653-KRH |
| | ) | CHAPTER 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that **GLENMOOR LIMITED PARTNERSHIP**, hereby requests as provided in 11 U.S.C. §§ 101 and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and sent to the following:

Kevin L. Sink
Nicholls & Crampton, P.A.
P.O. Box 18237
Raleigh, NC 27619
Telephone:  919-781-1311
Facsimile:  919-782-0465

**PLEASE TAKE FURTHER NOTIC**E that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telex, telecopy, or otherwise in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance or Request for Service nor any subsequent appearance, pleading, claim or suit, is intended to waive and should not be construed as a waiver of Glenmoor Limited Partnership's (i) right to have final orders in noncore matters entered only after de novo review or trial by a District Court, (ii) right to trial by jury in any proceeding or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) right to have reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) rights, claims, actions, defenses, setoffs or recoupments to which Glenmoor Limited Partnership is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs or recoupments Glenmoor Limited Partnership expressly reserves.  Further, this Notice of Appearance constitutes a special appearance and

is not to be deemed a consent to or waiver of the right to challenge jurisdiction of any court, including, without limitation, the United States Bankruptcy Court for the Eastern District of Virginia, all of which rights are reserved without prejudice.

This the 5th day of January, 2009.

NICHOLLS & CRAMPTON, P.A.

_s/ Kevin L. Sink _____
Kevin L. Sink
North Carolina State Bar No. 21041
Attys for Glenmoor Limited Partnership.
Post Office Box 18237
Raleigh, North Carolina  27619
(919) 781-1311

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing pleading has been served electronically all parties as required by CM/ECF.

This the 5th day of January, 2009.

\_\_s/Kevin L. Sink_____
Kevin L. Sink