# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

IN RE:

              **CHAPTER 11**

**CIRCUIT CITY STORES, INC.,**     **CASE NO. 08-35653**
**et al.,**
     **Debtors.**

_____/

### NOTICE OF APPEARANCE AND BANKRUPTCY
### RULE 2002(I) REQUEST FOR SERVICE OF PAPERS
### AND REQUEST TO BE ADDED TO THE MATRIX

TO:  CLERK OF THE COURT
   ATTORNEY FOR DEBTOR

  **PLEASE TAKE NOTICE** that **PENTIUK, COUVREUR & KOBILJAK, P.C.**, by

KURT M. KOBILJAK, hereby enters its appearance on behalf of CITY OF TAYLOR, MICHIGAN, in these

proceedings, and demands, pursuant to the Bankruptcy Rules, including Bankruptcy Rule 2002(I) and Section

1109(B) of the Bankruptcy Code, that all notices given or required to be given in this case and all papers

served or required to be served in this case, be given to and served upon the undersigned at the following

office address: KURT M. KOBILJAK, **PENTIUK, COUVREUR & KOBILJAK, P.C.**, Edelson Building, Suite

200, 2915 Biddle Avenue, Wyandotte, Michigan 48192.

  **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether

formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand-delivery,

telephone, telegraph, facsimile or otherwise.

  **PLEASE TAKE FURTHER NOTICE** that a request is hereby made to be added to the Matrix.

       Respectfully submitted,
       **PENTIUK, COUVREUR & KOBILJAK, P.C.**


       _____/s/_____
       KURT M. KOBILJAK   P45297
       Attorney for City of Taylor, Michigan
       Edelson Building, Suite 200
       Wyandotte, Michigan 48192
       734-281-7100

Dated: January 5, 2009
Z:\4-R-ZClients\Taylor, City of - Bankruptcies\Circuit City\APPEARANCE.wpd