**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | Case No. 08-35653-KRH |
|  | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |

**NOTICE OF RITZ MOTEL COMPANY'S VERIFIED MOTION FOR
AN ORDER COMPELLING DEBTORS TO IMMEDIATELY PAY
POSTPETITION RENT AND OTHER POSTPETITION OBLIGATIONS**

Please take notice that the Ritz Motel Company's Verified Motion for an Order Compelling Debtors to Immediately Pay Postpetition Rent and Other Postpetition Obligations was filed and served on December 18, 2008 (the "Motion").

A copy of the Motion can be obtained from the undersigned.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your view on the Motion, then on or before **January 14, 2009**, you or your attorney must:

John D. McIntyre (VSB No. 35925)
WILLCOX & SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
*Local Counsel for Ritz Motel Company*

Seth A. Drucker (Mich. Bar #P65641)
Adam K. Keith (Mich. Bar #P71167)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
*Lead Counsel for Ritz Motel Company*

 X      File with the Court, at the address shown below, a written response and request for a hearing pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your written response and request for hearing to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
701 East Broad Street, Suite 5000
Richmond, VA 23219

You must also mail a copy to:

John D. McIntyre
WILLCOX & SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510

and

Seth A. Drucker
Adam A. Keith
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

**If no timely response has been filed opposing the relief requested, the Court may grant the relief requested without holding a hearing.**

 X      Attend a hearing on the Motion scheduled to be held on **January 16, 2009, at 10:00 a.m.** at the United States Bankruptcy Court, Eastern District of Virginia, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief.

                                                          Respectfully submitted,

                                                          By:   */s/ John D. McIntyre*

Dated: January 5, 2009

John D. McIntyre (VSB No. 35925)
WILLCOX & SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
*Local Counsel for Ritz Motel Company*

Seth A. Drucker (Mich. Bar #P65641)
Adam K. Keith (Mich. Bar #P71167)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
*Lead Counsel for Ritz Motel Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2009, a true and complete copy of the foregoing was served using the Court's ECF System to all registered users of the ECF system that have filed notices of appearances in this case and sent by first class mail, postage prepaid to the parties set forth below:

| | |
|---|---|
| Greg M. Galardi, Esquire | Dion W. Hayes, Esquire |
| Skadden, Arps, Slate, Meagher & Flom | McGuire Woods, LLP |
| One Rodney Square | One James Center |
| P.O. Box 636 | 901 East Cary Street |
| Wilmington, DE  19899-0636 | Richmond, VA  23219 |
| *Counsel for the Debtors* | *Counsel for the Debtors* |
| | |
| Lynn L. Tavenner, Esquire | Robert J. Feinstein, Esquire |
| Tavenner & Beran, PLC | Pachulski Stang Ziehl & Jones LLP |
| 20 North Eighth Street | 780 Third Avenue |
| Second Floor | 36th Floor |
| Richmond, VA  23219 | New York, NY  10017 |
| *Counsel for the Creditors Committee* | *Counsel for the Creditors Committee* |

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
*Assistant United States Trustee*

                                                   */s/ John D. McIntyre*