

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, Inc., et.al., | § | Case No. 08-35653(KRH) |
| | § | |
| | § | (Jointly Administered) |
| Debtors | § | |

### NOTICE OF APPEARANCE, REQUEST FOR ALL
### NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that J. Scott Douglass individually, on behalf of J. Scott Douglass as an unsecured creditor appears and hereby submits this Notice of Appearance in the above captioned proceeding and requests notice of all hearings and conferences herein and makes a demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and §1109(b) of the Bankruptcy Code. All notices given or required to be given in this jointly administered case shall be given to and served at the following address:

> J. Scott Douglass
> 909 Fannin, Suite 1800
> Houston, Texas 77010
> Telephone: (713) 227-7492
> Facsimile: (713) 227-7497
> email: jsdlaw@msn.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and section of the Bankruptcy Code specified above, but also includes, without limitation, the answer to the involuntary petition, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand,

hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that the Claimant intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (i) the right of the Claimant to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the right of the Claimant to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (iii) the right of the Claimant to have the United States District Court withdraw the reference in any matter subject to the mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Claimant is or may be entitled under agreements, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of the Claimant.

Dated: January 2nd, 2009.

                                                Respectfully submitted,

                                                J. SCOTT DOUGLASS
                                                909 Fannin, Suite 1800
                                                Houston, Texas 77010
                                                Telephone: (713) 227-7492
                                                Facsimile: (713) 227-7497
                                                email: jsdlaw@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance, Request for All Notices and Demand for Service of Papers has been served upon all parties in interest via facsimile this 2nd day of January, 2009.

**Via Regular U.S. Mail**
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

**Via Regular U.S. Mail**
Paula S. Beran
Ravenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

**Via Regular U.S. Mail**
Daniel F. Blanks
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

**Via Regular U.S. Mail**
Sarah Beckett Boehm
McGuire Woods LLP
Once James Center
901 East Cary Street
Richmond, VA 23219

**Via Regular U.S. Mail**
United States Trustee - Region 4
701 East Broad Street, Suite 4304
Richmond, VA 23219

J. SCOTT DOUGLASS

**J. SCOTT DOUGLASS**
ATTORNEY AT LAW
909 FANNIN, SUITE 1800
HOUSTON, TEXAS 77010

Telephone: (713) 227-7492
Facsimile: (713) 227-7497
E-Mail: jsd@aol.com

January 2, 2009



United States Bankruptcy Court
Eastern District of Virginia - Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219

    Re:    Cause No. 08-35653(KRH); In Re: Circuit City Stores, Inc. et.al. ; in the United States Bankruptcy Court for the Eastern District of Virginia - Richmond Division

Dear Clerk of the Court:

    Enclosed for filing with the above referenced cause of action please find an original and one copy of J. Scott Douglass' Notice of Appearance, Request for all Notices and Demand for Service of Papers.

    Please return a file stamped copy to the undersigned in the enclosed self-addressed, stamped envelope.

    Should you have any questions or comments, please feel free to call.

                                        Very truly yours,

                                        J. Scott Douglass

Enclosures