Christopher B. Mosley
Senior Assistant City Attorney
City of Fort Worth
City Attorney's Office
1000 Throckmorton Street
Fort Worth, Texas 76102
(817) 392-7600
(817) 392-8359  facsimile



RICHMOND DIVISION
FILED JAN - 5 2009
CLERK
U.S. BANKRUPTCY COURT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CIRCUIT CITY STORES, INC. | § § § | CASE NO. 08-35653 |
| DEBTOR | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

### City of Fort Worth

creditor in the above-referenced proceedings. The undersigned requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the creditor in care of the undersigned at the address set forth below.

*[signature]*

Christopher B. Mosley
State Bar No. 00789505
Senior Assistant City Attorney

City of Fort Worth
1000 Throckmorton Street
Fort Worth, Texas 76102
(817) 392-7600
(817) 392-8359 (fax)
Chris.Mosley@fortworthgov.org

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing has been served via certified mail, return receipt requested, to:

Daniel F. Blanks
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510
(757) 640-3774

Dated this 31st day of December, 2008.

*[signature]*

Christopher B. Mosley



# FORT WORTH

CHRISTOPHER B. MOSLEY
SENIOR ASSISTANT CITY ATTORNEY

DIRECT DIAL: (817) 392-7603
CHRIS.MOSLEY@FORTWORTHGOV.ORG

December 31, 2008

FILED
RICHMOND DIVISION
JAN - 5 2009
CLERK
U.S. BANKRUPTCY COURT

Bankruptcy Clerk
Eastern District of Virginia Bankruptcy Court
United States District Court
701 East Broad Street
Richmond, Virginia 23219
Certified Mail, R.R.R., # 7008 2810 0000 2927 5476

      In re:  Circuit City Stores, Inc.
            Case No. 08-35653

Dear Clerk:

    Enclosed please find the original and one copy of the **City's Notice of Appearance** and **Proof of Claim** for filing in the above cause.

    Please file mark the copy and return it to me in the enclosed, self-addressed stamped envelope.

    Thank you for your time and attention to this matter. If you have any questions or if I may be of further assistance, please call me directly at (817) 392-7603.

Sincerely,

Christopher B. Mosley
Senior Assistant City Attorney

CBM:ac
Enclosure

c:    Daniel F. Blanks
      McGuire Woods LLP
      9000 World Trade Center
      101 West Main Street
      Norfolk, Virginia 23510
      Certified Mail, R.R.R., # 7008 2810 0000 2927 5483

---

**OFFICE OF THE CITY ATTORNEY**
The City of Fort Worth ★ 1000 Throckmorton Street ★ Fort Worth, Texas 76102
817-392-7600 ★ Fax 817-392-8359