Aaron R. Cahn (AC-6540)
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 732-3200
Facsimile: (212) 732-3232
e-mail: cahn@clm.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

---------------------------------------------------------------x
: 
**In Re**                                                      :     Chapter 7
                                                               :
**CIRCUIT CITY CORPORATION,**                                  :     Case No. 08-35653 (KRH)
et. al.,                                                       :     (Jointly Administered)
          **Debtors.**          :
                                                               :     Notice of Appearance
                                                               :     and Request for Notices
---------------------------------------------------------------x

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Bankruptcy Rules, the undersigned hereby appears as counsel for Reliance Figueroa Associates, L.P.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned hereby requests that copies of all notices and other papers in this case be sent to:

        Carter Ledyard & Milburn LLP
        2 Wall Street
        New York, New York 10005
        Attention: Aaron R. Cahn
        Telephone: (212) 732-3200
        Facsimile: (212) 732-3232
        E-mail: cahn@clm.com

Dated:  New York, New York
       January 5, 2009

1229558.1
6401945.1

CARTER LEDYARD & MILBURN LLP

By: s/Aaron R. Cahn
    Aaron R. Cahn

2 Wall Street
New York, New York 10005
Tel: (212) 732-3200
Fax: (212) 732-3232
E-mail:cahn@clm.com

To:    Clerk, United States Bankruptcy Court
    Eastern District of Virginia
    701 East Broad Street, Suite 4000
    Richmond, Virginia 23219

    Office of the United States Trustee
    701 East Broad Street, Suite 4304
    Richmond, Virginia 23219

    Skadden, Arps, Slate, Meagher & Flom, LLP
    Gregg M. Galardi
    Ian S. Fredericks
    P.O. Box 636
    Wilmington, Delaware 19899-0636

        -and-

    Skadden, Arps, Slate, Meagher & Flom, LLP
    Chris L/ Dickerson
    333 West Wacker Drive
    Chicago, Illinois 60606

        -and-

    McGuireWoods LLP
    Dion W. Hayes
    Douglas M. Foley
    One James Center
    901 E. Cary Street
    Richmond, Virginia 23219

    Attorneys for Debtors and Debtors-Possession

1229558.1
6401945.1