Paul S. Bliley, Jr., VSB # 13973
WILLIAMS MULLEN
P.O. Box 1320
Richmond, VA  23218-1320
Phone:   (804) 783-6448
Fax:       (804) 783-6507
pbliley@williamsmullen.com
Counsel to CC-Investors 1997-4

Stephen B. Sutton
Lathrop & Gage
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108
816-292-2000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:   CIRCUIT CITY STORES, INC., et al. | ) Chapter 11 |
|  | ) Case No. 08-35653-KRH |
| Debtors. | ) Jointly Administered |
|  | ) Judge Kevin R. Huennekens |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING OF A MOTION AND SUPPORTING MEMORANDUM OF CC-INVESTORS 1997-4, LLC FOR AN ORDER (A) COMPELLING DEBTOR TO IMMEDIATELY PAY ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b) AND (B) GRANTING RELATED RELIEF**

This matter came before the Court on the Motion of CC-Investors 1997-4 ("Investors") for an Order setting the *Motion and Supporting Memorandum of CC-Investors 1997-4, LLC for an Order (a) Compelling the Debtor to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b) and (b) Granting Related Relief* (the "Motion to Compel") for an expedited hearing.  The Court finds (i) the conditions for an expedited hearing set forth in this Court's Order Under Bankruptcy Code § 365(d)(4) Extending The Time Within Which Debtors May Assume or Reject Unexpired Leases of Nonresidential Real Property entered herein on December 10, 2008 have been satisfied, (ii) an emergency exists with respect to the relief requested in the Motion, and (iii) Investors did not, through any lack of due diligence, create the

emergency, and (iv) Investors has made a *bona fide* effort to resolve the matter addressed by the Motion prior to seeking an expedited hearing.  The Court, therefore, finding it reasonable and necessary to do so, hereby **ORDERS** that:

1.A hearing to consider the Motion shall be conducted by the Court on January 7, 2009 at 10:30 a.m. at the United States Bankruptcy Court, United States Courthouse, 701 East Broad St., Room 5000, Richmond, Va. 23219.

2.The Clerk shall issue copies of this Order to those parties listed on the Certificate of Service.

ENTERED in Richmond, Virginia this _____ day of _____, 2008.

_____
United States Bankruptcy Judge

## LOCAL RULE 9022-1(C)(1) CERTIFICATION

I hereby certify that the foregoing Order has been served on all necessary parties by first class mail, postage prepaid, at the addresses indicated below and to the entities listed on the Bankruptcy Rule 2002 Master Service List at the addresses listed therein.

McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA  23510-1655
Attn:  Douglas M. Foley, Esq.

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219
Attn:  Dion W. Hayes, Esq.

2

Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899
Attn:  Gregg Galardi, Esq.

Attorneys for Circuit City Stores, Inc.

Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA  23219
Attn:  Robert B. Van Arsdale, Esq.

   /s/ Paul S. Bliley, Jr.

1698401v1