KELLEY DRYE & WARREN LLP
James S. Carr (*pro hac vice*)
Robert L. LeHane (*pro hac vice*)
Howard S. Steel (*pro hac vice*)
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
David J. Ervin (VSB No. 34719)
Tel: (202) 342-8436
Fax: (202) 342-8451

Attorneys for Developers Diversified Realty
Corporation, General Growth Properties, Inc.,
Weingarten Realty Investors, Basser-Kaufman, Inc.,
Philips International Holding Corp., Regency Centers, L.P.,
AAC Management Corp., Jones Lang LaSalle Americas, Inc.,
Continental Properties Company, Inc., and
Benderson Development Company, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc.<br>*et. al.*,<br><br>         Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH |

**AMENDED NOTICE OF APPEAL**

Developers Diversified Realty Investors, General Growth Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, Inc., Philips International Holding Corp., Regency Centers, L.P., AAC Management Corp., Jones Lang LaSalle Americas, Inc., Continental Properties Company, Inc., and Benderson Development Company, LLC (collectively, the "Landlords"), by and through their attorneys, Kelley Drye & Warren LLP, hereby filed this amended appeal,[1] pursuant to 28 U.S.C. § 158(a)(1), from each and every part of the Bankruptcy Court's decision

---

[1] The Landlords file this Amended Appeal from the Appeal at Docket No. 1345, to correct a docketing and service error.

rendered on the record on December 22, 2008, and reflected on the docket at docket no.'s 1230 and 1232, denying the various motions for an Order compelling the Debtors to immediately pay post-petition rent pursuant to sections 365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code.[2]

The names of the parties to this appeal, and the names, addresses and telephone numbers of their respective attorneys are as follows:

Appellants:

| | |
|---|---|
| Developers Diversified Realty Corporation | James S. Carr (*pro hac vice*) |
| General Growth Properties, Inc. | Robert L. LeHane (*pro hac vice*) |
| Weingarten Realty Investors | Howard S. Steel (*pro hac vice*) |
| Basser-Kaufman, Inc. | KELLEY DRYE & WARREN LLP |
| Phillips International Holding Corp. | 101 Park Avenue |
| Regency Centers, L.P. | New York, New York 10178 |
| AAC Management Corp. | Tel: 212-808-7946 |
| Jones Lang LaSalle Americas, Inc. | Fax: 212-808-7946 |
| Continental Properties Company, Inc. | |
| Benderson Development Company, LLC | |
| | David J. Ervin (VSB No. 34719) |
| | KELLEY DRYE & WARREN LLP |
| | 3050 K Street, NW |
| | Washington, DC 20007 |
| | Tel: 202-342-8436 |

Appellees:

| | |
|---|---|
| Circuit City Stores, Inc., et al., | Gregg M. Galardi, Esq. |
| Debtors-in-possession | Ian S. Fredericks, Esq. |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | One Rodney Square |
| | Wilmington, Delaware 19899 |
| | Tel: 302-651-3000 |
| | |
| | Timothy G. Pohl, Esq. |
| | Chris L. Dickerson, Esq. |
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 333 West Wacker Drive |
| | Chicago, Illinois 60606 |
| | Tel: 312-408-0700 |

---

[2] Docket No. 1140 is the Landlords' Joinder and Motion to Compel which was denied pursuant to the Court's ruling.

                                                Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Tel: 804-775-1000

Interested Parties

| | |
|---|---|
| Official Committee of Unsecured Creditors | Richard M. Pachulski, Esq.<br>Robert J. Feinstein, Esq.<br>Jeffrey N. Pomerantz, Esq.<br>PACHULSKI STANG ZIEHL &<br>JONES LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California 90067<br>Tel: 310-277-6910 |
| | Lynn L. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Tel: 804-783-8300 |
| United States Trustee | Robert B. Van Arsdale, Esq.<br>Office of the United States Trustee<br>Richmond, Virginia Office<br>701 East Broad Street, Suite 4304<br>Richmond, Virginia 23219<br>Tel: 804.771.2310 |

Dated: New York, New York
January 5, 2008

KELLEY DRYE & WARREN LLP

By: /s/ *Robert L. LeHane*
James S. Carr (*pro hac vice*)
Robert L. LeHane (*pro hac vice*)
Howard S. Steel (*pro hac vice*)
101 Park Avenue
New York, NY 10178-0002
Tel: (212) 808-7800
Fax: (212) 808-7897

-and-

KELLEY DRYE & WARREN LLP

By: /s/ *David J. Ervin*
David J. Ervin (VSB No. 34719)
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Tel: (202) 342-8436
Fax: (202) 342-8451

COUNSEL FOR APPELLANTS