## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc.<br>*et. al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH |

## CERTIFICATE OF SERVICE

　　　　I hereby certify that on the 5th day of January 2009, I caused to be served the Amended Notice of Appeal of Developers Diversified Realty Investors, General Growth Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, Inc., Philips International Holding Corp., Regency Centers, L.P., AAC Management Corp., Jones Lang LaSalle Americas, Inc., Continental Properties Company, Inc., and Benderson Development Company, LLC pursuant to 28 U.S.C. § 158(a)(1), from each and every part of the Bankruptcy Court's decision rendered on the record on December 22, 2008, denying the various motions for an Order compelling the Debtors to immediately pay post-petition rent pursuant to sections 365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code, in accordance with the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures.

　　　　　　　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Howard S. Steel*_____
　　　　　　　　　　　　　　　　　　　　　　　　James S. Carr (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　Robert L. LeHane (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　Howard S. Steel (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10178-0002
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 808-7800
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (212) 808-7897

　　　　　　　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ David J. Ervin*_____
　　　　　　　　　　　　　　　　　　　　　　　　David J. Ervin (VSB No. 34719)
　　　　　　　　　　　　　　　　　　　　　　　　Washington Harbour, Suite 400
　　　　　　　　　　　　　　　　　　　　　　　　3050 K Street, NW
　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20007-5108
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 342-8436
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 342-8451

　　　　　　　　　　　　　　　　　　　　　　　　COUNSEL FOR APPELLANTS