**MENTER, RUDIN & TRIVELPIECE, P.C.**
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone:  (315) 474-7541
Facsimile:   (315) 474-4040
Kevin M. Newman, Esq.
James C. Thoman, Esq.

and

Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  (804) 697-4100
Facsimile: (804) 697-4112

*Attorneys for Carousel Center Company, L.P.,*
*Sangertown Square, L.L.C., Fingerlakes*
*Crossing, LLC and Charlotte  (Archdale) UY, LLC*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)

-----------------------------------------------------------------
In re:

CIRCUIT CITY STORES, INC., *et al.*           Case No. 08-35653-KRH
                                                                       Jointly Administered
                                              Debtors.           Chapter 11 Proceedings
-----------------------------------------------------------------

**JOINDER TO LANDLORDS' MOTION FOR REHEARING AND/OR**
**RECONSIDERATION AND/OR TO ALTER OR AMEND THE**
**JUDGMENT REGARDING PAYMENT OF NOVEMBER RENT, AND**
**MEMORANDUM IN SUPPORT THEREOF**

Carousel Center Company, L.P., Sangertown Square, L.L.C., Fingerlakes Crossing, LLC

and Charlotte (Archdale) UY, LLC (the "Objecting Landlords"), by and through their attorneys,

Menter, Rudin & Trivelpiece, P.C. and Local Counsel, Christian & Barton, L.L.P, respectfully

{F:\WPMain\22375\22755\JCT1873.DOC}

submit this Joinder to the above-referenced motion (the "Motion") (Docket No. 1347) filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court") on January 2, 2009. The Objecting Landlords join in the Motion for the reasons set forth therein.

**WHEREFORE**, Carousel Center Company, L.P., Sangertown Square, L.L.C., and Charlotte (Archdale) UY, LLC respectfully request that this Court grant the relief requested in the Motion and grant the Objecting Landlords any other and further relief this Court may deem proper and just.

Dated: January 5, 2009

**CHRISTIAN & BARTON, L.L.P.**

/s/ Jennifer M. McLemore
By: Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-411

-AND-

Kevin M. Newman, Esq. (KMN-1451)
**MENTER, RUDIN & TRIVELPIECE, P.C.**
Office and Post Office Address
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone: (315) 474-7541
Facsimile: (315) 474-4040

*Attorneys for Carousel Center Company, L.P., Sangertown Square, L.L.C., Fingerlakes Crossing, LLC and Charlotte (Archdale) UY, LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that I will cause a copy of the Joinder to Landlords' Motion for Rehearing and/or Reconsideration and/or to Alter or Amend the Judgment Regarding Payment of November Rent, and Memorandum in Support Thereof to be served by electronic means or by first class mail, postage prepaid, to the persons required to be served pursuant to the Order, entered in this case on December 3, 2008, Establishing Certain Notice, Case Management and Administrative Procedures.

  I hereby certify that Kelly Campbell will cause a copy of the Joinder to Landlords' Motion for Rehearing and/or Reconsideration and/or to Alter or Amend the Judgment Regarding Payment of November Rent, and Memorandum in Support Thereof to be served to upon the following: the Core Group and the 2002 List, both of which lists were obtained at www.kccllc.net/circuitcity and upon circuitcityservice@mcguirewoods.com and project.circuitcity@scadden.com.

              /s/ Jennifer M. McLemore
              Jennifer M. McLemore

{F:\WPMain\22375\22755\JCT1873.DOC}    3