UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. 08-35653-KRH |
| | ) Chapter 11 |
| Debtors. | ) (Jointly Administered) |

### JOINDER OF 502-12 86th STREET LLC TO LANDLORDS' MOTION FOR REHEARING AND/OR RECONSIDERATION AND/OR TO ALTER OR AMEND THE JUDGMENT REGARDING PAYMENT OF NOVEMBER RENT AND MEMORANDUM IN SUPPORT THEREOF

502-12 86th Street LLC ("502-12 LLC") hereby joins in the motion of the Landlords (the "Motion") (Docket No. 1347)[1] to rehear and/or reconsider and/or to alter or amend the Court's December 22, 2008 oral ruling as to whether 11 U.S.C. § 365(d)(3) requires the Debtors to make timely payment of November administrative rent to 502-12 LLC pursuant to its lease[2] with the Debtors. 502-12 LLC further joins in similar, consistent requests that have been or may be filed by other landlords to the Debtors.

WHEREFORE, 502-12 LLC respectfully requests that the Court enter an order which (a) grants a rehearing and/or reconsideration of the Court's December 22, 2008 ruling denying 502-12 LLC immediate payment of its November administrative rent; (b) authorizes and directs the Debtors to immediately pay the rent owed to 502-12 LLC pursuant to Section 365(d)(3) of the

---

[1] The Landlords are those creditors listed in Exhibit A of the Motion, a true and accurate copy of which exhibit is attached hereto as Exhibit 1.

[2] A true and accurate copy of the August 23, 2005 lease (the "Lease") executed between the Debtors and 502-12 LLC is attached hereto as Exhibit 2. Pursuant to Section 16(C) of the Lease, 502-12 LLC is entitled to payment of its reasonable attorney's fees by the Debtor in the event that 502-12 LLC prevails in obtaining the relief sought in the Motion.

| | |
|---|---|
| Michael P. Falzone (VSB No. 22324) | Steven H. Newman |
| Sheila deLa Cruz (VSB No. 65395) | Katsky Korins LLP |
| Hirschler Fleischer, PC | 605 Third Avenue, 16th Floor |
| Post Office Box 500 | New York, NY 10158 |
| Richmond, VA 23218-0500 | (212) 953-6000 |
| (804) 771-9560 | (212) 953-6899 (fax) |
| (804) 644-0957 (fax) | |
| | |
| *Co-counsel for 502-12 86th Street LLC* | *Co-counsel for 502-12 86th Street LLC* |

Bankruptcy Code; (c) authorizes and directs the Debtors to reimburse 502-12 LLC for all of its reasonable attorney's fees and costs incurred in preparing and prosecuting this Motion as a result of the Debtors' failure to comply with the terms of its Lease and Section 365(d)(3) of the Bankruptcy Code; (d) authorizes and directs the Debtors to make all future monthly payments of administrative rent and related charges to 502-12 LLC in full and as when due under the Lease; and (e) grants such other and further relief as this Court deems just and proper.

Dated: January 5, 2008                                                        502-12 86th STREET LLC

                                                                              By:   /s/ Sheila deLa Cruz
                                                                                           Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

Steven H. Newman
Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158
(212) 953-6000
(212) 953-6899 (fax)

*Counsel for 502-12 86th Street LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

                                                                              /s/ Sheila deLa Cruz
                                                                              Sheila deLa Cruz

#2340994v1    034847.00001

2