```
 1  2
 2  WALTER WILHELM LAW GROUP
    a Professional Corporation
    Michael L. Wilhelm #101495
 3  7110 North Fresno Street, Ste. 400
    Fresno, California 93720
 4  Telephone:  (559) 435-9800
    Facsimile:   (559) 435-9868
 5  E-mail:       mwilhelm@W2LG.com

 6  Attorneys for Creditors, Harry Hallaian, Lilly Hallaian, Leon Hallaian and Ruby
    Hallaian
 7
 8
 9              IN THE UNITED STATES BANKRUPTCY COURT
10              FOR THE EASTERN DISTRICT OF VIRGINIA
11                       RICHMOND DIVISION
```

| | |
|---|---|
| In re | CASE NO. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., | Chapter 11 (Jointly Administered) |
| Debtor. | Date: N/A<br>Time: N/A<br>Place: Richmond, VA<br>Judge: Honorable Kevin R. Huennekens |

### REQUEST FOR SPECIAL NOTICE

TO: DEBTORS, U.S. TRUSTEE, AND ALL INTERESTED PARTIES, and to their attorneys of record herein:

The above-named creditors, request that separate and special notice be provided to their counsel of all matters filed in the within proceeding, as required by the Federal Rules of Bankruptcy Proceedings and applicable local bankruptcy rules. Notice should be sent to:

///

1  WALTER WILHELM LAW GROUP,
   a Professional Corporation
2  Attention: Michael L. Wilhelm, Esq.
   7110 N. Fresno Street, Suite 400
3  Fresno, California  93720

4

5

6  Dated: 11/25, 2008            WALTER WILHELM LAW GROUP,
                                 a Professional Corporation
7

8                                By: _____
9                                Michael L. Wilhelm, Attorneys for
                                 Creditors, Harry Hallaian, Lilly
10                               Hallaian, Leon M. Hallaian and Ruby
                                 Hallaian
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR SPECIAL NOTICE                           M:\Wilhelm\33870 Hallaian - Circuit City\Request for
                                    -2-              Special Notice.112508.dh.wpd