**2**

WALTER WILHELM LAW GROUP
a Professional Corporation
Michael L. Wilhelm #101495
7110 North Fresno Street, Ste. 400
Fresno, California 93720
Telephone: (559) 435-9800
Facsimile: (559) 435-9868
E-mail: mwilhelm@w2lg.com

Attorneys for Creditors, Harry Hallaian, Lilly Hallaian, Leon Hallaian and Ruby Hallaian

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| In re | CASE NO. 08-35653-KRH |
|---|---|
| CIRCUIT CITY STORES, INC., et al., | Chapter 11 (Jointly Administered) |
| Debtor. | Date: N/A<br>Time: N/A<br>Place: Richmond, VA<br>Judge: Honorable Kevin R. Huennekens |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; I am an employee of Walter Wilhelm Law Group, a Professional Corporation, 7110 North Fresno Street, Suite 400, Fresno, CA 93720.

On January 6, 2009, I served the foregoing document(s) described as:

**REQUEST FOR SPECIAL NOTICE**

on the party/parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

///

| **DEBTOR'S ATTORNEY**<br>Daniel F. Blanks<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510 | **DEBTOR'S ATTORNEY**<br>Dion W. Hayes<br>McGuire Woods LLP<br>One James Center, 901 E. Cary Street<br>Richmond, VA 23219 |
|---|---|
| **DEBTOR'S ATTORNEY**<br>Douglas M. Foley<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510 | **DEBTOR'S ATTORNEY**<br>Joseph S. Sheerin<br>McGuire Woods LLP<br>One James Center, 901 E. Cary Street<br>Richmond, VA 23219 |
| **DEBTOR'S ATTORNEY**<br>Sarah Beckett Boehm<br>McGuire Woods LLP<br>One James Center, 901 E. Cary Street<br>Richmond, VA 23219 | **U.S. TRUSTEE'S ATTORNEY**<br>Robert B. Van Arsdale<br>Office of the U.S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 |

☒ **(U.S. POSTAL SERVICE)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Executed on January 6, 2009 at Fresno, California.

  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  I declare under penalty of perjury under the laws of the Untied States that the foregoing is true and correct.

             /s/ Dora Henderson
             Dora Henderson