Alexander Jackins (VSB #45501)
Rhett Petcher (VSB #65826)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C.  20004
Telephone: (202) 463-2400
Facsimile:  (202) 828-5393
ajackins@seyfarth.com
rpetcher@seyfarth.com

Of Counsel:
Robert W. Dremluk, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526
rdremluk@seyfarth.com

*Counsel for Eatontown Commons Shopping Center;
AmCap NorthPoint LLC; and AmCap Arborland LLC*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JOINDER OF EATONTOWN COMMONS SHOPPING CENTER, AMCAP
NORTHPOINT LLC, AND AMCAP ARBORLAND LLC TO LANDLORDS' MOTION
FOR REHEARING AND/OR RECONSIDERATION AND/OR TO ALTER OR AMEND
THE JUDGMENT REGARDING PAYMENT OF NOVEMBER RENT, AND
<u>MEMORANDUM IN SUPPORT THEREOF</u>**

Eatontown Commons Shopping Center, AmCap NorthPoint LLC, and AmCap Arborland

LLC (collectively, the "Objecting Landlords"), by and through their attorneys, Seyfarth Shaw

LLP submit this Joinder to the above-referenced motion (the "Motion") (Docket No. 1347) filed

with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division

(the "Court") on January 2, 2009.  The Objecting Landlords join in the Motion for the reasons set forth therein.

**WHEREFORE**, the Objecting Landlords respectfully request this Court grant the relief requested in the Motion and grant the Objecting Landlords any other and further relief this Court may deem proper and just.

Dated: January 6, 2009

        **SEYFARTH SHAW LLP**

        *By: /s/ Alexander Jackins*
        Alexander Jackins (VSB #45501)
        Rhett Petcher (VSB #65826)
        SEYFARTH SHAW LLP
        975 F Street, N.W.
        Washington, D.C.  20004
        Telephone: (202) 463-2400
        Facsimile:  (202) 828-5393
        ajackins@seyfarth.com
        rpetcher@seyfarth.com

        *Counsel for Eatontown Commons Shopping Center; AmCap NorthPoint LLC; and AmCap Arborland LLC*

Of Counsel:

Robert W. Dremluk, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone:  (212) 218-5500
Facsimile:  (212) 218-5526
rdremluk@seyfarth.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 6th day of January, 2009, I caused the foregoing Joinder of Eatontown Commons Shopping Center, AmCap NorthPoint LLC, and AmCap Arborland LLC to Landlords' Motion for Rehearing and/or Reconsideration and/or to Alter or Amend the Judgment Regarding Payment of November Rent, and Memorandum in Support Thereof to be served upon the following:

| | |
|---|---|
| Linda K. Myers, Esq.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois  60601 | Bruce Matson, Esq.<br>LeClair Ryan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, Eighth Floor<br>Richmond, Virginia  23219 |
| Gregg Galardi, Esq.<br>Chris L. Dickerson, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>One Rodney Square<br>Wilmington, Delaware  19889 | Lynn L. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, Virginia  23219 |
| Dion W. Hayes, Esq.<br>Douglas M. Foley, Esq.<br>McGuire Woods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia  23219 | Robert B. Van Arsdale, Esq.<br>Office of the US Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, Virginia  23219 |
| David S. Berman, Esq.<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, Massachusetts  02108 | |

via priority overnight mail by depositing copies of same in properly addressed priority overnight envelopes which were picked up by a representative of Federal Express at 975 F. Street, N.W, Washington, D.C. 20004 and via the electronic case filing system.

                                          *By: /s/ Alexander Jackins*
                                          Alexander Jackins (VSB #45501)
                                          SEYFARTH SHAW LLP
                                          975 F Street, N.W.
                                          Washington, D.C.  20004
                                          Telephone: (202) 463-2400
                                          Facsimile:  (202) 828-5393
                                          ajackins@seyfarth.com

                                          *Counsel for Eatontown Commons Shopping Center; AmCap NorthPoint LLC; and AmCap Arborland LLC*