**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

---------------------------------------------------------------------- x
**In re:**                                                             :
                                                                       : **Chapter 11**
                                                                       : **Case No. 08-35653-KRH**
**CIRCUIT CITY STORES, INC., et al.**                                  :
                                                                       : **Jointly Administered**
                         **Debtors.**                                  : **Judge Kevin R. Huennekens**
                                                                       :
                                                                       :
                                                                       :
                                                                       :
---------------------------------------------------------------------- x

**MOTION TO APPEAR PRO HAC VICE**
**PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

Vivieon E. Kelley ("Movant"), a member in good standing of the bar of, and admitted to practice in the Commonwealth of Virginia, and admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia, (this "Court"), hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing Charles B. Hendricks ("Mr. Hendricks"), an attorney with the law firm of Cavazos, Hendricks, Poirot & Smitham, P.C., to appear *pro hac vice* in the above-captioned bankruptcy cases before this Court to represent Wal-Mart Stores, Inc. ("Wal-Mart") and in support of this Motion, the Movant states as follows:

1.    Mr. Hendricks is a member in good standing of the State Bar of Texas and is admitted to practice before the United States District Courts for the Eastern and

---

_____
Vivieon E. Kelley (VSB No. 44230)
TROUTMAN SANDERS LLP
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308
Tel: (404) 885-3838
Fax: (404) 962-6792
Email: vivieon.kelley@troutmansanders.com

*Local Counsel to Wal-Mart Stores, Inc.*

Western Districts of Texas. There are no disciplinary proceedings pending against Mr. Hendricks in any jurisdiction in which he is admitted to practice.

2. Movant requests that this Court authorize Mr. Hendricks to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in these chapter 11 cases (and related matters or adversary proceedings) on behalf of Wal-Mart.

3. Movant shall serve as co-counsel with Mr. Hendricks in these chapter 11 cases (and related proceedings).

### *Waiver of Memorandum of Law*

4. Pursuant to Local Bankruptcy Rule 9013-1(G) and because there are no novel issues of law presented in this Motion, the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

### *No Prior Request*

5. No prior request for the relief sought herein has been made to this Court in these bankruptcy cases or to any other court.

WHEREFORE, Movant respectfully requests that this Court enter an order in substantially the same form as Exhibit A attached hereto (i) authorizing Charles B. Hendricks to appear *pro hac vice* in these bankruptcy cases and (ii) granting such other and further relief as is just.

Dated: January 6, 2009

By: /s/ Vivieon E. Kelley
Vivieon E. Kelley (VSB No. 44230)
TROUTMAN SANDERS LLP
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308
Tel: (404) 885-3838
Fax: (404) 962-6792
Email: vivieon.kelley@troutmansanders.com

*Local Counsel to Wal-Mart Stores, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of January 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. mail, first class, postage prepaid, to all persons appearing below:

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad St., Suite 4304
Richmond, VA 23219
*Assistant United States Trustee*

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
*Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for the Debtors*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Counsel for the Official Committee of Unsecured Creditors*

                                                  */s/ Vivieon E. Kelley*
                                                    Vivieon E. Kelley

*EXHIBIT A*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---------------------------------------------------------------------- x
**In re:**                                                                              :
                                                                                         : **Chapter 11**
                                                                                         : **Case No. 08-35653-KRH**
**CIRCUIT CITY STORES, INC., et al.**                                 :
                                                                                         : **Jointly Administered**
                   **Debtors.**                                                  : **Judge Kevin R. Huennekens**
                                                                                         :
                                                                                         :
                                                                                         :
---------------------------------------------------------------------- x

**ORDER GRANTING ADMISSION
*PRO HAC VICE* OF CHARLES B. HENDRICKS**

This matter came before the Court upon the Motion for Admission *Pro Hac Vice* of Charles B. Hendricks (the "Motion") filed by Vivieon E. Kelley, seeking admission *pro hac vice* for Charles B. Hendricks of the law firm of Cavazos, Hendricks, Poirot & Smitham, P.C. in the above-styled bankruptcy cases (the "Bankruptcy Cases"), pursuant to Local Rule 2090-1(E).  After review of the Motion and statements therein, and it appearing that the Motion has been served upon counsel for Circuit City Stores, Inc., et al. and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED as follows:

    1.    The Motion is granted.

    2.    Charles B. Hendricks, of the law firm of Cavazos, Hendricks, Poirot & Smitham, P.C., is hereby admitted to appear and be heard *pro hac vice* in these

- 2 -

Bankruptcy Cases and any related proceedings as counsel for Wal-Mart Stores, Inc., a creditor and claimant that is represented locally by Troutman Sanders LLP.

Date Entered: _____

                                             Kevin R. Huennekens, Judge
                                             United States Bankruptcy Court for the Eastern
                                             District of Virginia, Richmond Division

I ASK FOR THIS:

    /s/  Vivieon E. Kelley
Vivieon E. Kelley (VSB No. 44230)
TROUTMAN SANDERS LLP
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308
Tel: (404) 885-3838
Fax: (404) 962-6792
Email: vivieon.kelley@troutmansanders.com

*Local Counsel to Wal-Mart Stores, Inc.*

## Rule 9022-1 Certification

      Pursuant to Local Bankruptcy Rule 9022-1 (C), I hereby certify that the foregoing proposed Order has been endorsed by or served upon all necessary parties.

                                               /s/  Vivieon E. Kelley

Atlanta01 2022107v1