| | |
|---|---|
| Andrea Sheehan, Esq. | A. Carter Magee, Jr., Esq. |
| Law Office of Robert E. Luna, P.C. | W. Joel Charboneau, Esq. |
| 4411 N. Central Expressway | Magee, Foster, Goldstein & Sayers, P.C. |
| Dallas, Texas 75205 | Post Office Box 404 |
| (214) 521-8000 | Roanoke, Virginia 24003 |
| (214) 521-1738 FAX | (540) 343-9800 |
| sheehan@txschoollaw.com | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

ATTORNEY FOR LEWISVILLE ISD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Magee, Foster, Goldstein & Sayers, P.C. withdraws its appearance and request for service of papers on behalf of Lewisville ISD.

| | |
|---|---|
| Andrea Sheehan, Esq. | A. Carter Magee, Jr., Esq. |
| Law Office of Robert E. Luna, P.C. | W. Joel Charboneau, Esq. |
| 4411 N. Central Expressway | Magee, Foster, Goldstein & Sayers, P.C. |
| Dallas, Texas 75205 | Post Office Box 404 |
| (214) 521-8000 | Roanoke, Virginia 24003 |
| (214) 521-1738 FAX | (540) 343-9800 |
| sheehan@txschoollaw.com | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

Date: January 6, 2009                    Respectfully submitted,

/s/ A. Carter Magee, Jr.
A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mfgs.com
jcharboneau@mfgs.com

## CERTIFICATE OF SERVICE

      I certify that on January 6, 2009, I electronically filed the foregoing notice with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notifications of filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

                                                        /s/ A. Carter Magee, Jr.

U:\A CLIENTS\Lewisville Independent School District et al. 7868\02-Circuit City\Sheehan Notice of Wuthdrawal of Appearance.doc