IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

------------------------------------------------------------x
In re:                                           :    Chapter 11
                                                 :
CIRCUIT CITY STORES, INC., et al.,               :    Case No. 08-35653-KRH
                                                 :
                                                 :    Jointly Administered
                   Debtors.                      :
------------------------------------------------------------x

**JOINDER TO LANDLORDS' MOTION FOR REHEARING
AND/OR RECONSIDERATION AND/OR TO ALTER OR AMEND
THE JUDGMENT REGARDING PAYMENT OF NOVEMBER
RENT, AND MEMORANDUM IN SUPPORT THEREOF**

International Speedway Square, Ltd., Kite Coral Springs, LLC and KRG Market Street Village, LP (the "Objection Landlords"), by and through their attorneys, Ice Miller, LLP and Local Counsel, Christian & Barton, LLP, respectfully submit this Joinder to the above-referenced motion (the "Motion") (Docket No. 1347) filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court") on January 2, 2009. The Objecting Landlords join in the Motion for the reasons set forth therein.

**WHEREFORE**, International Speedway Square, Ltd., Kite Coral Springs, LLC and KRG Market Street Village, LP respectfully request that this Court grant the relief requested in

| | |
|---|---|
| Augustus C. Epps, Jr., Esquire (VSB No. 13254)<br>Michael D. Mueller, Esquire (VSB No. 38216)<br>Jennifer M. McLemore, Esquire (VSB No. 47164)<br>Noelle M. James, Esquire (VSB No. 76011)<br>CHRISTIAN & BARTON, LLP<br>909 E. Main Street, Suite 1200<br>Richmond, Virginia 23219-309<br>(804) 697-4129<br>(804) 697-6129 (facsimile) | Mark A. Bogdanowicz, Esquire<br>ICE MILLER, LLP<br>One American Square<br>Suite 2900<br>Indianapolis, IN 46282-0200<br>(317) 236-2182<br>(317) 592-5436 (facsimile) |
| Counsel to International Speedway Square, Ltd., Kite Coral Springs, LLC and KRG Market Street Village, LP | Counsel to International Speedway Square, Ltd., Kite Coral Springs, LLC and KRG Market Street Village, LP |

the Motion and grant the Objecting Landlords any other and further relief this Court may deem proper and just.

Dated: January 6, 2009  Respectfully submitted,

/s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

And

Mark A. Bogdanowicz, Esquire
ICE MILLER, LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2182
Facsimile: (317) 592-5436

Counsel for International Speedway Square, Ltd., Kite Coral Springs, LLC and KRG Market Street Village, LP

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of January, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Jennifer M. McLemore
Jennifer M. McLemore