IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

---------------------------------------------------------------x
In re:                                           :    Chapter 11
                                                 :
CIRCUIT CITY STORES, INC., et al.,               :    Case No. 08-35653-KRH
                                                 :
                                                 :    Jointly Administered
                    Debtors.                     :
---------------------------------------------------------------x

### NOTICE OF MOTION AND HEARING THEREON

    International Speedway Square, Ltd., Kite Coral Springs, LLC and KRG Market Street Village, LP (the "Objection Landlords"), by and through their undersigned counsel, have filed a Motion and Supporting Memorandum of Law of Landlords Listed on Exhibit A for an Order Compelling Debtors to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b) and Granting Related Relief (the "Motion") seeking entry of an Order (a) pursuant to Section 362(d) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 4001(a) and 9014 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and (b) granting related relief.

    A copy of the Motion can be obtained from the undersigned.

    **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

| | |
|---|---|
| Augustus C. Epps, Jr., Esquire (VSB No. 13254) | Mark A. Bogdanowicz, Esquire |
| Michael D. Mueller, Esquire (VSB No. 38216) | ICE MILLER, LLP |
| Jennifer M. McLemore, Esquire (VSB No. 47164) | One American Square |
| Noelle M. James, Esquire (VSB No. 76011) | Suite 2900 |
| CHRISTIAN & BARTON, LLP | Indianapolis, IN 46282-0200 |
| 909 E. Main Street, Suite 1200 | (317) 236-2182 |
| Richmond, Virginia 23219-309 | (317) 592-5436 (facsimile) |
| (804) 697-4129 | |
| (804) 697-6129 (facsimile) | |
| | |
| Counsel to International Speedway Square, Ltd., Kite Coral Springs, LLC and KRG Market Street Village, LP | Counsel to International Speedway Square, Ltd., Kite Coral Springs, LLC and KRG Market Street Village, LP |

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before **January 14, 2009**, you or your attorney must:

_X_   File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street
> Richmond, Virginia  23219

You must also mail a copy to:

> Augustus C. Epps, Jr., Esquire
> Michael D. Mueller, Esquire
> Jennifer M. McLemore, Esquire
> Noelle M. James, Esquire
> CHRISTIAN & BARTON, LLP
> 909 East Main Street, Suite 1200
> Richmond, Virginia  23219

**If no timely response has been filed opposing the relief requested, the Court may grant the relief requested without holding a hearing.**

_X_   Attend a hearing on the motion scheduled to be held on **January 16, 2009, at 10:00 a.m.** at the United States Bankruptcy Court, Eastern District of Virginia, 701 East Broad Street, Richmond, Suite 5000, Richmond, Virginia  23219.

2

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief.

Dated: January 6, 2009

Respectfully submitted,

/s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB 13254)
Michael D. Mueller, Esquire (VSB 38216)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

and

Mark A. Bogdanowicz, Esquire
ICE MILLER, LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2182
Facsimile: (317) 592-5436

Counsel for International Speedway Square, Ltd., Kite Coral Springs, LLC and KRG Market Street Village, LP

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of January, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Jennifer M. McLemore
Jennifer M. McLemore