IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| In re: <br><br> CIRCUIT CITY STORES, INC., <br> et al., <br><br> Debtors.[1] | x <br> : Chapter 11 <br> : <br> : Case No. 08-35653 (KRH) <br> : <br> : <br> : Jointly Administered <br> : <br> : <br> x |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monika Parel, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before December 23, 2008, copies of the following documents were served per postal forwarding address via First Class mail upon the parties set forth on the service list attached hereto as **Exhibit A**:

1. Notice of Bar Date for Filing a Request for Allowance of an Administrative Expense Claim Under 11 U.S.C. § 503(b)(9); and Section 503(b)(9) Claim Request Form (Docket No. 145)

*[Space Left Intentionally Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

2. Notice of Entry of Interim Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands (Docket No. 146)

Dated: December 26, 2008

_____
Monika Parel

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 26th day of December, 2008, by Monika Parel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _____

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

# EXHIBIT A

Circut City Stores, Inc
Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Cobb County Water System | | PO Box 580440 | Charlotte | NC | 28258-0440 |
| Coldwell Banker Relocation ACC | | 2215 Sanders Rd Ste 300 | Northbrook | IL | 60062-6134 |
| Culligan International Company | | 9399 W Higgins Rd Ste 1100 | Rosemont | Il | 60018-4940 |
| Event Solutions | | 8615 Washington Blvd | Culver City | CA | 90232-7441 |
| Florida Dept of Labor&Emp Sec | Child Labor Section | 1940 N Monroe St | Tallahassee | FL | 32399-6506 |
| J&G Systems Inc | | PO Box 146 | Durham | NC | 27702-0146 |
| Southwest Paper Co Inc | | 3930 N Bridgeport Cir | Wichita Falls | KS | 67219-3322 |
| TD Foundation | | 3700 Crestwood Pkwy NW Ste 460 | Duluth | GA | 30096-5553 |
| US Department of Treasury FMS | Debt Management Services | PO Box 70950 | Charlotte | NC | 28272-0950 |
| US Dept of the Treasury | | PO Box 70980 | Charlotte | NC | 28272-0980 |
| Wichita, City Of | | 455 N Main St No 4FL | Wichita Falls | KS | 67202-1600 |