IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

------------------------------------------------------------ x
In re:                                                       :  Chapter 11
                                                             :
                                                             :  Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                                   :
et al.,                                                      :
                                                             :  Jointly Administered
            Debtors.[1]                                      :
                                                             :
                                                             :
------------------------------------------------------------ x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monika Parel, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 23, 2008, a copy of the following document was served per postal forwarding address via first class mail upon the party set forth on the service list attached hereto as **Exhibit A**:

*[Space Left Intentionally Blank]*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

- Final Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and (Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement (Docket No. 894)

Dated: December 26, 2008

*Monika Parel*

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 26th day of December, 2008, by Monika Parel, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

# EXHIBIT A

Circut City Stores, Inc

Exhibit A

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Oklahoma Gold Realty, LLC | Attn: Chief Operating Officer | 3627 NW Expressway St | Oklahoma City | OK | 73112-4405 |