Nathan Goldberg, State Bar No. 61292
Michael Maroko, State Bar No. 62013
**ALLRED, MAROKO & GOLDBERG**
6300 Wilshire Boulevard, Suite 1500
Los Angeles, California 90048
Telephone: (323) 653-6530
Facsimile: (323) 653-1660

David M. deRubertis, State Bar No. 208709
**The deRubertis Law Firm**
21800 Oxnard Street, Suite 1180
Woodland Hills, California 91367
Telephone: (818) 227-8605
Facsimile: (818) 227-8616
Email: David@deRubertisLaw.com

Attorneys for Plaintiffs Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron, individually and on behalf of a class of all similarly-situated individuals

**FILED**
LOS ANGELES SUPERIOR COURT
DEC 12 2008
JOHN A. CLARKE, CLERK
BY ELMER SABALBURO, DEPUTY

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

**CENTRAL CIVIL WEST**

| | |
|---|---|
| DANIEL E. WEIDLER, MICHAEL F. YEZBACK, ELOISE GARCIA, ANGIE DURON, individually and on behalf of a class of all similarly-situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CIRCUIT CITY STORES, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: BC 369 011<br>[Assigned to Hon. Victoria Chaney, Dept. 324, Civil Central West–Complex Designation]<br>[Related to Case Nos. BC 368973 and BC 389968]<br><br>[~~PROPOSED~~] **ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FINAL JUDGMENT**<br><br>Date: December 12, 2008<br>Time: 10:00 a.m.<br>Dept.: 324<br><br>Complaint Filed: April 4, 2007 |

The motion of Plaintiffs Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron, on behalf of the Settlement Class as defined below, for an order granting final approval of the class action settlement came on for hearing on December 12, 2008 at 10:00 a.m. in Department

1

324 of the above-entitled Court, the Honorable Judge Victoria G. Chaney, presiding. After reviewing all the papers submitted in connection with the motion, the oral argument of counsel, and good cause having been shown thereby, IT IS HEREBY ORDERED:

1. The Court has jurisdiction over the subject matter and all parties to this action, including the Settlement Class;

2. The Court hereby grants final approval of the Settlement on the terms stated in the in the Joint Stipulation of Settlement Agreement and Release of Class Action Claims, subject to the further administration of said settlement in the bankruptcy proceeding. The Court finds that the terms are fair, reasonable and adequate pursuant to California Code of Civil Procedure section 382;

3. The Court hereby certifies a class for settlement purposes consisting of: All persons who were employed by Circuit City in California and who were at least forty (40) years of age as of March 28, 2007, and whose employment with Circuit City was terminated on or about March 28, 2007 or shortly thereafter;

4. The Court orders the appointment of Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron as the Class Representatives;

5. The Court orders the appointment of Nathan Goldberg and Michael Maroko of Allred, Maroko & Goldberg and David M. deRubertis of The deRubertis Law Firm as co-class counsel;

6. The Court approves claims administration costs of CPT Group, Inc. in an amount not less than $13,000 and not to exceed $50,000 from the settlement funds, the final amount to be determined after CPT Group, Inc. determines what additional work must be done to administer the settlement through the Bankruptcy Court;

7. The Court hereby awards incentive payments of $15,000 to be paid to each named Plaintiff from the settlement funds;

8. The Court hereby awards Plaintiffs' counsel, Allred, Maroko & Goldberg and The deRubertis Law Firm, attorneys' fees and costs of 25% of the maximum settlement fund in the amount of $3,750,000.

2

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND FINAL JUDGMENT

9. The Court hereby dismisses Plaintiffs' claims against Defendants with prejudice.

10. The Court hereby orders that class members who did not timely exclude themselves from the settlement have released their claims against Defendants as set forth in the Joint Stipulation of Settlement Agreement and Release of Class Action Claims.

11. The Court hereby directs that the Clerk of the Court enter the Court's order as a final judgment; and,

12. The Court hereby orders that, without affecting the finality of the final judgment, it reserves continuing jurisdiction over the parties for purposes of implementing, enforcing and/or administering the Settlement or enforcing the terms of the Judgment but only to the extent that such action is so ordered or permitted by the United States Bankruptcy Court Eastern District of Virginia (Richmond Division).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED.

Dated: 12/12/08

The Honorable Victoria G. Chaney
Judge of the Los Angeles Superior Court

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS
ACTION SETTLEMENT AND FINAL JUDGMENT