**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CIRCUIT CITY STORES, INC., <u>et al.</u>,** | * | Case No: 08-35653-KRH<br>**Chapter 11** |
| Debtors, | * | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF MOTION AND HEARING ON MOTION TO PERMIT THE FILING OF A CLASS PROOF OF CLAIM WITH SUPPORTING MEMORANDUM

**PLEASE TAKE NOTICE** that Movants Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron ("Movants"), by counsel, have filed with the Court a Motion to Permit the Filing of a Class Proof of Claim (the "Motion"), a copy of which has been served on you separately.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) **Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the followings steps:**

1. File with the Court, at the address shown below, a written objection. If you mail your written objection to the court for filing, you must mail it early enough so the court will **receive** it on or before **January 14, 2009 at 4:00 p.m.**

> William C. Redden, Clerk
> United States Bankruptcy Court
> 701 E. Broad Street
> Suite 4000
> Richmond, VA 23219

---

WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones (VSB # 40064)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
703.280.9263
703.280.8942 (facsimile)

*Counsel for the Movants*

You must also deliver a copy to all parties on the Certificate of Service below and to:

>Christopher A. Jones
>Whiteford, Taylor & Preston, LLP
>3190 Fairview Park Drive, Suite 300
>Falls Church, Virginia 22042

2. Attend the hearing scheduled for **January 16, 2009 at 10:00 a.m.** before the Honorable Kevin R. Huennekens, U.S. Bankruptcy Court, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated:   January 6, 2009                                    Respectfully submitted,

>WHITEFORD, TAYLOR & PRESTON, LLP,
>
>
>/s/ Christopher A. Jones
>Christopher A. Jones (VSB # 40064)
>3190 Fairview Park Drive, Suite 300
>Falls Church, Virginia 22042
>703.280.9263
>703.280.8942 (facsimile)
>
>*Counsel for the Movants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2009, a copy of the foregoing Notice of Hearing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notice and on all parties on the attached Service List.

                                                /s/ Christopher A. Jones
                                                Counsel