**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Klipsch, LLC ("Klipsch"), by counsel, hereby gives its Notice of Appearance, and respectfully requests that copies of all documents (other than proofs of claim) filed in the above-captioned case (the "Case") be given to and served upon the following:

> **Michael K. McCrory, Esquire**
> **BARNES & THORNBURG LLP**
> **11 South Meridian Street**
> **Indianapolis, Indiana 46204**
> **Telephone: (317) 236-1313**
> **Telecopier: (317) 231-7433**
> **E-Mail: mmccrory@btlaw.com**

Neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim or other writing or conduct shall constitute a waiver of any of Klipsch's (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All such rights hereby are reserved and preserved by Klipsch, without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the Case.

Respectfully submitted this 6th day of January, 2009.

/s/ Michael K. McCrory
Michael K. McCrory, Esquire
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
E-Mail:  mmccrory@btlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2009, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties registered to receive such notice.  Additionally, this Notice of Appearance was served upon the following parties at the addresses listed below via U.S. Mail.

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
Joseph Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Daniel Blanks, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

/s/ Michael K. McCrory
Michael K. McCrory, Esquire

INDS01 EBADAWI 1092640v1