UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: CIRCUIT CITY STORES, INC., et al.,   )
                                                ) Case No. 08-35653-KRH
                 Debtors.       ) Jointly Administered
                                                ) Chapter 11 Proceedings

**PORT ARTHUR HOLDINGS, III, LTD JOINDER TO LANDLORDS' MOTION
FOR REHEARING AND/OR RECONSIDERATION AND/OR TO ALTER OR AMEND
THE JUDGMENT REGARDING PAYMENT OF NOVEMBER RENT,
AND MEMORANDUM IN SUPPORT THEREOF**

Port Arthur Holdings, III, LTD (the "Objecting Landlord"), by and through its undersigned counsel, respectfully submits this Joinder to the above-referenced motion (the "Motion") (Docket No. 1347) filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court") on January 2, 2009. The Objecting Landlord hereby joins in the Motion for the reasons set forth therein.

WHEREFORE, Port Arthur respectfully requests that this Court grant the relief requested in the Motion and grant the Objecting Landlords any other and further relief this Court may deem proper and just.

---

David H. Cox (VSB # 19613)
dcox@jackscamp.com
John Matteo (VSB # 35054)
jmatteo@jackscamp.com
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437
(202) 457-1600 – telephone
*Counsel for Port Arthur Holdings, III, LTD*

915988v.1

Dated: January 6, 2009					Respectfully submitted,

							JACKSON & CAMPBELL, P.C.

							By: /s/ David H. Cox
							 David H. Cox, Esquire (VSB # 19613)
							 dcox@jackscamp.com
							 John Matteo, Esquire (VSB # 35054)
							 jmatteo@jackscamp.com
							 1120 Twentieth Street, N.W.
							 South Tower
							 Washington, D.C. 20036-3437
							 (202) 457-1600 – telephone
							 (202) 457-1678 – facsimile

							*Counsel for Port Arthur Holdings, III, LTD*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joinder to Motion has been served on the parties receiving electronic notice via the Court's CM/ECF system, as appropriate, by electronic means and by First Class Mail (postage prepaid) on the following attached Service List and on the following parties via US regular mail, on this the 6th day of January 2009.

Circuit City Stores, Inc.
Attn: Reginald D. Hedgebeth
Attn: Daniel W. Ramsey
9950 Maryland Drive
Richmond, Virginia 23233

*Debtors*

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510

*Counsel for the Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

*Counsel for the Debtors*

Gregg Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

*Counsel for the Debtors*

3

915988v.1

Chris L. Dickerson, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esquire
Office of the U. S. Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

*Office of the United States Trustee for
the Eastern District of Virginia, Richmond Division*

Linda K. Myers, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein LLP
Three Center Plaza
Sixth Floor
Boston, Massachusetts 02108

*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street
Eighth Floor
Richmond, Virginia 23219

*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, Virginia 23219

4

915988v.1

*Counsel for the Official Committee of
Unsecured Creditors*

Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
Twenty-Sixth Floor
New York, New York 10017

*Counsel for the Creditors Committee*

By: /s/ David H. Cox

5

915988v.1