| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                              :
In re:                         :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                              :
             Debtors.   :   Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 365(a) AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order, under Bankruptcy Code sections 105(a) and 365(a) and Bankruptcy Rule 6006, authorizing

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

the Debtors to reject certain executory contracts, including any amendments or modifications thereto, as set forth on the attached Exhibit A (collectively, the "Contracts"), and any guaranties thereof; and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.  The Motion is GRANTED.

2.  The Contracts and any guaranties thereof are hereby rejected. Nothing in this paragraph 2 shall preclude a counterparty from seeking rejection damages against a guarantor of a rejected guaranty, in addition to such counterparty's right to seek rejection damages under the Bankruptcy Code.

3. Each counterparty to a Contract or any guaranty thereof shall have until thirty (30) days from the date this Order is entered on the docket to file a proof of claim on account any and all claims (as defined in the Bankruptcy Code) arising from or related to rejection of its Contract or guaranty.

4. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

5. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:  Richmond, Virginia
        January __, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                    /s/ Douglas M. Foley

**EXHIBIT A**

**(List of Executory Contracts)**

**EXHIBIT A**
**Executory Contracts**

| Contract Counterparty | Contract | Contract Date |
|---|---|---|
| Capital Infrastructure, LLC<br>5625 Dillard Dr., S-105<br>Cary, NC 27511<br>Attn: Jim Hunniford | Services Agreement | Oct. 8, 2006 |
| TRG Georgia City Place LLC<br>3477 Kingsboro Rd., NE<br>Atlanta, GA 30326<br>Attn: Shannon Kiln | Bulk Sales Agreement | Oct. 9, 2007 |
| Camina Design<br>165 Fox Hollow Rd.<br>Pinehurst, NC 28374<br>Attn: Noel Tuck | Bulk Sales Agreement | Signed May 17, 2007 by Circuit City. Not signed by Camina. |
| Brentwood Custom Homes<br>270 Northlake Blvd., S-1004<br>Altamonte, FL 32701<br>Attn: Mark Herring | Subcontractor Base Agreement | Oct. 9, 2006 |
| American Heartland Homebuilder<br>22525 Hall Rd., Suite A<br>Macomb, MI 48042<br>Attn: Rick Merlini | Bulk Sales Agreement | Dec. 28, 2006 |
| RL Vogel<br>605 Butler St.<br>Windermere, FL 34786<br>Attn: Dean Vogel | Bulk Sales Agreement | Sep. 11, 2006 |
| McNally Construction Group<br>P.O. Box 818<br>Windermere, FL 34786<br>Attn: Laine McBride | Subcontractor Agreement | N/A |
| McNally Construction Group<br>P.O. Box 818<br>Windermere, FL 34786<br>Attn: Laine McBride | Bulk Sales Agreement | Nov. 16, 2007 |
| Dominion Partners<br>8601 Six Forks Rd., S-270<br>Raleigh, NC 27615<br>Attn: Christopher Del | Bulk Sales Agreement | Signed May 2, 2007 by Circuit City. Not signed by Dominion. |
| Cousins Properties, Inc.<br>191 Peachtree St., NE S-3600<br>Atlanta, GA 30303<br>Attn: Jason Frost | Bulk Sales Agreement | Signed Jun. 29, 2007 by Circuit City. Not signed by Cousins. |
| Park Condominiums<br>11508 Providence Rd., S-H211<br>Charlotte, NC 28277<br>Attn: Terry Tolbert | Bulk Sales Agreement | Last signed on Jul. 10, 2007. |
| Daugherty Custom Homes LLC<br>1315 Daugherty Rd.<br>China Grove, NC 28023<br>Attn: Jim Daugherty | Bulk Sales Agreement | Last signed on Jul. 25, 2007. |

| Contract Counterparty | Contract | Contract Date |
|---|---|---|
| Infrastructure Services, LLC<br>1249 Waggle Way<br>Naples, FL 34108<br>Attn: Bruce Reale | Bulk Sales Agreement | Signed Jan. 9, 2008 by Infra-structure. Not signed by Circuit City. |
| Infrastructure Services, LLC<br>1249 Waggle Way<br>Naples, FL 34108<br>Attn: Bruce Reale | $12,645.00 Purchase Order | Feb. 2, 2008 |
| TRG Georgia City Place LLC<br>3477 Kingsboro Rd., NE<br>Atlanta, GA 30326<br>Attn: Shannon Kiln | Bulk Sales Agreement | Oct. 9, 2007 |
| Charles Rinek Construction, Inc.<br>Cypress Point Professional Park<br>50 Cypress Point Parkway, S-A1<br>Palm Coast, FL 32164<br>Attn: Charles Rinek | Bulk Sales Agreement | Oct. 23, 2006 |
| Celebration Homes, Inc.<br>215 Celebration Place, #500<br>Celebration, FL 34747<br>Attn: Rich Greco | Bulk Sales Agreement | Signed Feb. 28, 2007 by Circuit City. Not signed by Celebration. |
| CCD 10 Terminus Place, LLC<br>191 Peachtree St. NE, S-3600<br>Atlanta, GA 30303<br>Attn: Jack Frost | Bulk Sales Agreement | Signed Dec. 28, 2007 by Circuit City. Not signed by CCD 10. |
| Bittle Incorporated<br>409 Fairway Dr.<br>Lake Lure, NC 28746<br>Attn: John Bittle | Bulk Sales Agreement | Jun. 6, 2007 |
| Arthur Rutenberg Homes<br>402 S. Northlake Blvd., S-1012<br>Altamonte Springs, FL 32701<br>Attn: Adina Land | Bulk Sales Agreement | Mar. 28, 2007 |
| Merrit Homes<br>9576 Marquette St.<br>Concord, NC 28027<br>Attn: Scott Abel | Bulk Sales Agreement | Last executed on Dec. 13, 2006 |
| PSG Construction Inc.<br>803 S. Orlando Ave., Suite A<br>Winterpark, FL 32789<br>Attn: Amy Pusey | Subcontractor Agreement | Nov. 20, 2007 |
| PSG Construction Inc.<br>803 S. Orlando Ave., Suite A<br>Winterpark, FL 32789<br>Attn: Amy Pusey | Bulk Sales Agreement | Nov. 20, 2007 |
| SE Wyatt Company<br>P.O. Box 5314<br>Concord, NC 28027<br>Attn: Scott Wyatt | Bulk Sales Agreement | Last signed on Nov. 20, 2006 |

2

| Contract Counterparty | Contract | Contract Date |
|---|---|---|
| Finney Builders, Inc.<br>1196 Gateway Dr.<br>Mooresville, NC 28115<br>Attn: Amanda Lomax | Bulk Sales Agreement | Last signed on Nov. 28, 2006 |
| Gunther Development, LLC<br>(a/k/a Imperial Homes)<br>8297 Champions Gate Blvd. #357<br>Champions Gate, FL 33896<br>Attn: Nichole Riggio | Standard Subcontractor Agreement | Feb. 11, 2008 |
| William Stone Premier Properties, LLC<br>611 Campus St. #180<br>Celebration, FL 34747<br>Attn: John Busuttil | Subcontractor Agreement | Jun. 13, 2007 |
| William Stone Premier Properties, LLC<br>611 Campus St. #180<br>Celebration, FL 34747<br>Attn: John Busuttil | Bulk Sales Agreement | Dec. 15, 2006 |
| Hawkins Cyrill Custom Homes<br>190 Iriquois Trail<br>Columbus, NC 28722<br>Attn: Frank Cyrill | Bulk Sales Agreement | Signed Dec. 7, 2007 by Circuit City. Not signed by Hawkins. |
| Image Builders<br>P.O. Box 2094<br>Windermere, FL 34786<br>Attn: Sandy Harvey | Bulk Sales Agreement | Signed Dec. 17, 2007 by Circuit City. Not signed by Image. |
| R&S Hoffman Builders and Sons<br>1102 Wilde Dr.<br>Celebration, FL 34747<br>Attn: Brad Hoffman | Bulk Sales Agreement | Feb. 28, 2007 |
| Palm Coast Builders<br>661 Maplewood Dr., S-22<br>Jupiter, FL 33458<br>Attn: William Hanson | Bulk Sales Agreement | Signed Jun. 6, 2007 by Circuit City. Not signed by Palm Coast. |
| River Oaks Development Corporation<br>P.O. Box 540022<br>Orlando, FL 32854<br>Attn: Tracey Smith | Bulk Sales Agreement | Signed Apr. 17, 2007 by Circuit City. Not signed by River Oaks. |
| Silvertree Construction<br>410 Veterans Rd.<br>Columbia, SC 29209<br>Attn: Sean Reed | Bulk Sales Agreement | Signed Feb. 1, 2007 by Circuit City. Not signed by Silvertree. |
| D.R. Horton, Inc.<br>301 Commerce St., Suite 500<br>Fort Worth, TX 76102 | Master Addendum to Independent Contractor Addendum | Jun. 12, 2007 |
| CityPlace South Tower, LLC<br>550 Okeechobee Blvd.<br>West Palm Beach, FL 33401<br>Attn: Arturo Pena | Purchasing and Service Agreement for CityPlace South | Signed May 8, 2008 by City-Place. Effective Date left blank |

| Contract Counterparty | Contract | Contract Date |
|---|---|---|
| TRG-500 Brickell Two, Ltd.<br>The Related Group<br>315 S. Biscayne Blvd.<br>Miami, FL 33131<br>Attn:  Jorge Gonzalez | Amended Purchasing and Service Agreement for West Towers | Dec. 5, 2007 |
| CNET Networks, Inc.<br>235 Second Street<br>San Francisco, CA 94105<br>Attn: Legal Department | Master Services Agreement | Oct. 8, 2008 |
| Critical Path, Inc.<br>1840 Gateway Drive, Suite 200<br>San Mateo, CA  94404 | Master Services Agreement | Jun. 7, 2000 |
| Critical Path, Inc.<br>1840 Gateway Drive, Suite 200<br>San Mateo, CA  94404 | Amendment No. 1 to Master Services Agreement | Aug. 19, 2003 |
| Marc J. Sieger<br>3805 Somerbrook Ct.<br>Richmond, VA 23233 | Consulting Agreement | Sep. 27, 2008 |

4