Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

- - - - - - - - - - - - - - - x
:
In re:                         :    Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :    Case No. 08-35653 (KRH)
et al.,                        :
                               :
          Debtors.             :    Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 365(a) AND 554 AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND ABANDONMENT OF PERSONAL PROPERTY**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order, under Bankruptcy Code sections

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

105(a) 365(a) and 554 and Bankruptcy Rule 6006, authorizing the Debtors to (i) reject certain unexpired leases of real property, including any amendments, modifications or subleases thereto, as set forth on the attached <u>Exhibit A</u> (collectively, the "Leases"), and any guaranties thereof, effective as of January 16, 2009 (the "Rejection Date") and (ii) abandon any equipment, furniture or fixtures located at the premises covered by the Leases (the "Premises"); and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

      **ORDERED, ADJUDGED, AND DECREED that:**

      1.    The Motion is GRANTED.

      2.    The Leases and any guaranties thereof are hereby rejected effective as of the Rejection Date, with

the exception of the Lease with New River Properties, which shall be rejected as of January 2, 2009.  Any subleases associated with the Leases or the Premises are hereby rejected effective as of the Rejection Date.  The landlords for the Leases (the "Landlords") are entitled to immediate possession of the Premises as of the Rejection Date.  Nothing in this paragraph 2 shall preclude a lessor from seeking rejection damages against a guarantor of a rejected guaranty, in addition to such lessor's right to seek rejection damages under the Bankruptcy Code.

       3.    Pursuant to Bankruptcy Code section 554, the Debtors are authorized to abandon any and all furniture, fixtures, equipment, inventory and/or any other personal property ("Abandoned Property") located at the Premises, and such Abandoned Property is deemed abandoned on the Rejection Date to the lessors free and clear of all liens, claims and other interests.  The lessors may, in their sole discretion and without further notice, dispose of such Abandoned Property without liability to the Debtors or any third parties claiming an interest in such Abandoned Property.

4. Each counterparty to a Lease or any guaranty thereof shall have until thirty (30) days from the date this Order is entered on the docket to file a proof of claim on account any and all claims (as defined in the Bankruptcy Code), including (without limitation) claims arising from or related to rejection of its Lease or guaranty.

5. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

6. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:  Richmond, Virginia
        January __, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                    /s/ Douglas M. Foley

**EXHIBIT A**

**(Unexpired Leases of Real Property)**

**EXHIBIT A**
<u>Unexpired Leases of Real Property</u>

| Store Number | Lease Location | Landlord/ Subtenant |
|---|---|---|
| #3201 | Parkway Village Shopping Center<br>3670 Eisenhower Parkway<br>Macon, GA 31206 | New River Properties |
| #3383 | Kona Commons Shopping Center<br>74-5454 Makala Boulevard<br>Kona, HI 96740 | MK Kona Commons, LLC |
| #3396 | Desert Gateway Shopping Center<br>34660 Monterey Avenue<br>Palm Desert, CA 92211 | RJ Ventures, LLC |
| #3723 | 624-640 Iyannough Road<br>Hyannis, MA 02601 | Berkshire-Hyannis, LLC |
| #3745 | Golden Valley Ranch Shopping Center<br>19037 Golden Valley Road<br>Santa Clarita, CA 91321 | GMS Golden Valley Ranch, LLC |
| #3806 | Brook Highland Plaza<br>Birmingham, AL 35244 | GS II Brook Highland, LLC |
| #3885 | The Shoppes at River Crossing<br>5080 Riverside Drive<br>Macon, GA 31206 | Shoppes at River Crossing, LLC |
| #4133 | Intersection of US Highway 22 and West End Avenue<br>North Plainfield, NJ 10803 | North Plainfield VF, LLC |
| #4140 | Riverpoint at Sheridan Shopping Center<br>Sheridan, CO 80110 | Weingarten Miller Sheridan, LLC |
| #4220 | Merriam Village Shopping Center<br>6030 Eby Street<br>Merriam, KS 66202 | Coventry II DDR Merriam Village, LLC |
| #4227 | Spanish Fort Town Center<br>Mobile, AL 36577 | Cypress/Spanish Fort I, LP |

1