Malcolm M. Mitchell, Jr. (VSB No. 18098)
Suparna Banerjee (VSB No. 67929)
Kara D. Lehman (VSB No. 68359)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA 22314
Telephone: 703-837-6999
Facsimile: 703-549-4492
*Counsel for Polaris Circuit City, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---------------------------------------------------------x
                                                                    )
In re:                                                            )    Chapter 11
                                                                    )
CIRCUIT CITY STORES, INC., *et al.*,    )    Case No. 08-35653-KRH
                                                                    )
            Debtors.                                       )    Jointly Administered
                                                                    )
---------------------------------------------------------x

**JOINDER TO LANDLORDS' MOTION FOR REHEARING AND/OR
RECONSIDERATION AND/OR TO ALTER OR AMEND THE JUDGMENT
REGARDING PAYMENT OF NOVEMBER RENT,
AND MEMORANDUM IN SUPPORT THEREOF**

Polaris Circuit City, LLC, by and through its counsel, Vorys, Sater, Seymour and Pease LLP, respectfully submits this Joinder to the above referenced motion (the "Motion") (Docket No. 1347) filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court") on January 2, 2009. The Objecting Landlord joins in the Motion for the reasons set forth therein.

**WHEREFORE**, Polaris Circuit City, LLC respectfully requests that this Court grant the relief requested in the Motion and grant the Objecting Landlords any other and further relief this Court may deem proper and just.

Dated:: January 7, 2009  /s/ Malcolm M. Mitchell, Jr.
Alexandria, Virginia  Malcolm M. Mitchell, Jr. (VSB No. 18098)
Suparna Banerjee (VSB No. 67929)
Kara D. Lehman (VSB No. 68359)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA 22314
Telephone: 703-837-6999
Facsimile: 703-549-4492
*Counsel for Polaris Circuit City, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January 2009, I caused a copy of the foregoing to be served by electronic means using the Court's CM/ECF system, and that, in addition, true and correct copies of the foregoing were served by either First Class Mail, postage prepaid or by electronic delivery on the "Core" list.

/s/ Malcolm M. Mitchell, Jr.