Malcolm M. Mitchell, Jr. (VSB No. 18098)
Suparna Banerjee (VSB No. 67929)
Kara D. Lehman (VSB No. 68359)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA 22314
Telephone:  703-837-6999
Facsimile:   703-549-4492
mmmitchell@vorys.com
*Counsel for Polaris Circuit City, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

------------------------------------------------------------x
                                                            )
In re:                                                      )    Chapter 11
                                                            )
CIRCUIT CITY STORES, INC., *et al.*,                        )    Case No. 08-35653-KRH
                                                            )
        Debtors.                                            )    Jointly Administered
                                                            )
------------------------------------------------------------x

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE THAT** Polaris Circuit City, LLC, by counsel, has filed a Joinder of Polaris Circuit City, LLC to Landlords' Motion for Rehearing and/or Reconsideration and/or to Alter or Amend the Judgment Regarding Payment of November Rent and Memorandum in Support Thereof (the "Motion").  A copy of the Motion is available from the undersigned.

**PLEASE TAKE FURTHER NOTICE THAT your rights may be affected. You should read these papers carefully and then discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then by January 14, 2009, you or your attorney must:

1. File with the Clerk of the United States Bankruptcy Court, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219, a written response pursuant to Local

Bankruptcy Rule 9013-1(H). If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before **January 14, 2009**.

You must also deliver a copy to all parties and to counsel for Polaris Circuit City, LLC.

2. Attend the hearing scheduled for **January 16, 2009 at 10:00 a.m.** before the Honorable Kevin R. Huennekens, in Courtroom 5000, United States Bankruptcy Court, 701 East Broad Street, Richmond, Virginia 23219.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

| | |
|---|---|
| Dated:  January 7, 2009<br>  Alexandria, Virginia | /s/ Malcolm M. Mitchell, Jr.<br>Malcolm M. Mitchell, Jr. (VSB No. 18098)<br>Suparna Banerjee (VSB No. 67929)<br>Kara D. Lehman (VSB No. 68359)<br>Vorys, Sater, Seymour and Pease LLP<br>277 South Washington Street, Suite 310<br>Alexandria, VA 22314<br>Telephone:  703-837-6999<br>Facsimile:   703-549-4492<br>mmmitchell@vorys.com<br>*Counsel for Polaris Circuit City, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January 2009, I caused a copy of the foregoing to be served by electronic means using the Court's CM/ECF system, and that, in addition, true and correct copies of the foregoing were served by either First Class Mail, postage prepaid or by electronic delivery on the "Core" list.

/s/ Malcolm M. Mitchell, Jr.