UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond District)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No: 08-35653-KRH |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 2090-1(E)(2), the undersigned, Michael D. Mueller, Esq., of Christian & Barton, LLP, a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, files this motion with the Court for an Order permitting admission of Ronald G. Dunn, Esq. of the law firm of Gleason, Dunn, Walsh & O'Shea, 40 Beaver Street, Albany, New York 12207 to appear and practice *pro hac vice* on behalf of Savitri Cohen in the above-captioned matter. In support thereof, and based on his investigation of Mr. Dunn's background and experience, the Movant states the following:

1.  Mr. Dunn graduated from Albany Law School of Union University in 1980. Thereafter, Mr. Dunn was admitted to the New York State Bar in 1981 and is a member in good standing of that Bar.

---

Michael D. Mueller, Esquire (VSB 38216)
Augustus C. Epps, Jr., Esquire (VSB 13254)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100

Local Counsel for Savitri Cohen

2. Mr. Dunn is admitted to practice before the United States District Court for the Northern, Western and Southern Districts of New York, as well as the United States Court of Appeals, Second Circuit and the United States Supreme Court.

3. Mr. Dunn is a member of the law firm of Gleason, Dunn, Walsh & O'Shea located in Albany, New York.

4. Mr. Dunn is "AV" rated (highest level of professional excellence) by his peers in Martindale Hubbell's Legal Network.

5. Mr. Dunn's practice areas include Labor and Employment Law on behalf of individual plaintiffs and unions.

6. Mr. Dunn's experience will provide insight into the unique application of labor and employment law to bankruptcy proceedings, including whether specific employment agreements can survive bankruptcy.

7. Mr. Dunn is well qualified to appear in this Court for the purposes stated herein, and he is familiar with and will comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules of this Court.

8. Mr. Dunn has never been disbarred, suspended or denied admission to practice law. Mr. Dunn understands that he shall be subject to the disciplinary jurisdiction of this Court.

9. Savitri Cohen wished that Mr. Dunn be admitted as her counsel in this matter, together with the Movant.

WHEREFORE, Michael D. Mueller, Esq., respectfully requests that this Court enter an order admitting Ronald G. Dunn, Esq., *pro hac vice* to the bar of this Court in connection with the instant action and for such other and further relief as the Court deems just and appropriate.

Dated:  January 7, 2009                                  Respectfully submitted,

                                                         CHRISTIAN & BARTON, LLP


                                                         /s/ Michael D. Mueller
                                                         Michael D. Mueller


Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB 76001)
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112

Local Counsel for Savitri Cohen

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of January, 2009, I caused a copy of the foregoing to be served electronically through the ECF system and by first class mail on the following:

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel to the Debtors*

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois 60606
*Counsel to the Debtors*

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
*Counsel to the Debtors*

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1888
*Assistant United States Trustee*

/s/ Michael D. Mueller
Michael D. Mueller

918705