IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



In re:                               :        Chapter 11

**CIRCUIT CITY STORES, INC.** et al
                                     :        Case no. 08-35653
                                              Jointly Administered           :
           Debtors                   :
                                     :
_____      :

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for ACXIOM CORPORATION ("Acxiom") which is a party in interest in this bankruptcy case, and pursuant to, *inter alia*, section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, requests that all notice given or required to be given in this case, and all papers served or required to be served, be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that this request is a request not only for the notices and papers referred to in the Bankruptcy Rules specified above, but includes, all orders and all notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Acxiom does not intend this Notice of Appearance and Demand for Service of Papers to waive any rights to which Acxiom is entitled including, (i) Acxiom's right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) Acxiom's right to trial by jury in any proceeding related to this case, (iii) Acxiom's right to have the District Court withdraw the reference in any matter subject

to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which Acxiom is or may be entitled.

DATED: December 26, 2008

ACXIOM CORPORATION

C. B. Blackard, III
Corporate Counsel
Acxiom Corporation
301 E. Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000
Phone: (501) 342-1955
Fax: (501) 342-3723
Email: cbblac@acxiom.com

## CERTIFICATE OF SERVICE

I, C. B. Blackard, III, hereby certify that on the 31 day of December 2008, I caused a copy of the foregoing Notice of Appearance and Request for Service of Papers to be served on the parties listed below via First Class United States Mail:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2000
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888

/s/ C. B. Blackard, III
C. B. Blackard, III

Case 08-35653-KRH    Doc 1398    Filed 01/07/09    Entered 01/07/09 16:12:21    Desc Main
Document    Page 3 of 4



301 E. Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000
501.342.1000
www.acxiom.com

December 26, 2008

U.S. Bankruptcy Court, Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219

Re:   Circuit City Stores, Inc. Chapter 11 no. 08-35653

RICHMOND DIVISION
FILED
JAN - 7 2009
CLERK
U.S. BANKRUPTCY COURT

Dear Sir or Madam:

Attached please find an original and 3 copies of a Notice of Appearance and Request for Service of Papers in the above-referenced case. I also enclose a return envelope so that you may send to me a file-marked copy.

Thank you for your assistance.

Sincerely,

C. B. Blackard, III
Corporate Counsel

Enclosure

Cc:   Gregg M. Galardi, Esq.
      Ian S. Fredericks, Esq.
      Skadden, Arps, Slate, Meagher & Flom, LLP
      One Rodney Square
      PO Box 636
      Wilmington, DE 19899-0636

      Timothy G. Pohl, Esq.
      Chris L. Dickerson, Esq.
      Skadden, Arps, Slate, Meagher & Flom LLP
      333 West Wacker Drive
      Suite 2000
      Chicago, IL 60606

      Dion W. Hayes, Esq.
      Douglas M. Foley, Esq.
      McGuireWoods LLP
      One James Center
      901 E. Cary Street
      Richmond, VA 23219

      Robert B. Van Arsdale, Esq.
      Office of the United States Trustee
      Richmond, Virginia Office
      701 East Broad Street, Suite 4304
      Richmond, VA 23219-1888