# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

To:　　　　　　　　　　　　　　　　　In Re: _____

　　　　　　　　　　　　　　　　　　　Case No: _____

　　　　　　　　　　　　　　　　　　　Adversary Proceeding No: _____

　　　　　　　　　　　　　　　　　　　Chapter: _____

## NOTICE TO CURE FILING FEE DEFICIENCY

Pursuant to 28 U.S.C. 1930 and Local Bankruptcy Rule 1006-3, the papers filed by you are deficient due to the lack of payment of the statutory filing fee as noted below. **Failure to provide payment, or the appropriate Application as set forth under Voluntary/Involuntary Petitions, by 4:00 p.m. on the business day following this notice will result in the pleading being stricken or the bankruptcy case or adversary proceeding being dismissed.** Fees may be paid by credit card, *cash, check or money order payable to "Clerk, U.S. Bankruptcy Court." If debtor *pro se*, payment must be in the form of *cash, money order or certified check. **\*(Cash is not accepted at the Newport News division.)**

**VOLUNTARY/INVOLUNTARY PETITIONS:**

_____ Filing Fee Due: $ _____ , or Application to Pay Filing Fee in Installments, with first installment of $ _____. [See Interim Procedure 1006-1(A) and (B)], or an Application for Waiver of the Chapter 7 Filing Fee for Individuals [See Interim Procedure 1006-1(F)(2)]]

**ADVERSARY PROCEEDINGS and REMOVALS:**

_____ Filing Fee Due: $250.00.

**MOTIONS:  [Motion to terminate, annul, modify, or condition the automatic stay provided under 11 U.S.C. 362(a) of title 11, a motion to compel abandonment of property of the estate pursuant to Federal Rule of Bankruptcy Procedure 6007(b), or a motion to withdraw the reference of a case under 28 U.S.C. 157(d).]**

_____ Filing Fee Due: $150.00.

**MOTIONS TO REOPEN CLOSED CASE:**

_____ Filing Fee Due: __$260 [chapter 7], __ $235 [chapter 13] ____$1,000 [chapter 11], __$200 [chapter 12].

**FILING OR INDEXING A PAPER NOT IN A PENDING CASE OR PROCEEDING:**

_____ Filing Fee Due:  $39.00

**AMENDMENT FEE for Adding/Deleting Creditors, changing the amount of debt or classification of a debt**

_____ Filing Fee Due:  $26.00
 (*If applicable*: ____ Make Payment by docketing **Payment of Amendment Filing Fee** through **Miscellaneous**

　　　　　　　　　____ Make Payment through **Reports>Credit Card Payments Due)**

**MOTIONS TO CONVERT:**

_____ Conversion Fee Due: __$25.00 [13 to 7]; __$60.00 [12 to 7]; __$15.00 [11 to 7] ___$35.00 [12 to 13]

**NOTICES OF CONVERSION FROM CHAPTERS 13 OR 12 TO CHAPTER 7:**
**Failure of the debtor to pay the conversion filing fee in a voluntary conversion will be subject to the Court's Order To Show Cause Why The Case Should Not Be DISMISSED.**

__ $25.00 [13 to 7]       __$60.00 [12 to 7]

CLERK, UNITED STATES BANKRUPTCY COURT

Date: _____         By: _____
                                          Deputy Clerk

                                 Telephone Number: _____

Electronic Notice       _____
Telephonic Notice       _____
Personal Notice         _____
Notice by Mail          _____   [Fee due within 3 days after notice is mailed.  LBR 1006-3(D)]

[ver-N-Cure4pm 04/12/2007]