# EXHIBIT B

Port Arthur Holdings III, Ltd.
712 Main
29th Floor
Houston  Tx   77002

CUSTOMER ID :    CIR053

CIRCUIT CITY #4249
9954 MAYLAND DRIVE

RICHMOND   VA    23233

INVOICE NO:    200812131
DATE       :    12/24/2008

======  REMIT TO   ======
Port Arthur Holdings III, Ltd.
712 Main
29th Floor
Houston  Tx   77002

| DESCRIPTION | QTY | PRICE | TAX | EXTENDED |
|---|---|---|---|---|
| 2008 TAXES | 1.00 | 62743.61 | 0.00 | 62743.61 |

TAX=>        0.00
TOTAL=>  62743.61

**Port Arthur 3**
**2008 Tax Billings**
Ross and Circuit City

|  | NRA | Lease Begin Date | End Of Year |  | NRA Factor | 2008 Property Taxes | Portion of Year Factor | Billing |
|---|---|---|---|---|---|---|---|---|
| Dollar Tree | 9,000 | 9/9/2008 | 12/31/2008 |  | 11.0537% | 27,576.92 | 31.1475% | 8,589.53 |
| Anna's Linens | 6,500 | 11/27/2008 | 12/31/2008 |  | 7.9832% | 19,916.66 | 9.5628% | 1,904.60 |
| Circuit City | 20,477 | 1/1/2008 | 12/31/2008 |  | 25.1495% | 62,743.61 | 100.0000% | 62,743.61 |
| Petco Southwest | 15,257 | 4/27/2008 | 12/31/2008 |  | 18.7384% | 46,749.00 | 68.0328% | 31,804.65 |
| Ross | 30,187 | 6/9/2008 | 12/31/2008 |  | 37.0752% | 92,496.04 | 56.2842% | 52,060.61 |
|  | 81,421 |  |  |  | 100.0000% | 249,482.24 |  | 157,103.01 |
|  |  |  |  |  |  |  |  |  |
| Main- PT El Paso Ave .6631 AC |  |  | Jefferson | 059150-000-000010-00000-2 |  | 263.63 |  |  |
| Main- Pt El Paso Ave R/W .0172 AC |  |  | Jefferson | 059150-000-000050-00000-8 |  | 8.11 |  |  |
| Main- Pt of Lot 1 4.879 AC |  |  | Jefferson | 059150-000-000100-00000-1 |  | 238,680.97 |  |  |
| Main- Pt of Lt 1 2.375 AC |  |  | Jefferson | 059150-000-000101-00000-9 |  | 10,529.53 | 249,482.24 |  |

# JEFFERSON COUNTY TAX STATEMENT 2008

## MIRIAM K. JOHNSON, RTA
### ASSESSOR & COLLECTOR OF TAXES



Questions concerning this TAX BILL should be directed to the JEFFERSON COUNTY TAX OFFICE (409) 835-8516 or (409) 983-8316.

Questions concerning APPRAISED VALUE or EXEMPTIONS GRANTED should be directed to the JEFFERSON COUNTY APPRAISAL DISTRICT (409) 727-4611 or (409) 840-9944.

| OWNER NAME AND ADDRESS | ACCOUNT NUMBER | PROPERTY DESCRIPTION |
|---|---|---|
| PORT ARTHUR HOLDINGS III LTD<br>712 MAIN ST FL 29<br>HOUSTON TX 77002-3210 | 059150-000/000010-00000<br>**DATE OF NOTICE**<br>10/24/08<br>**PARCEL ADDRESS:** | PT EL PASO AVE R/W .6631 AC<br>SHOPPES AT PORT ARTHUR<br>(837.12 LINEAR FT - PAISD) |

NOTE: Reflects additional taxes that would have been assessed if the City of Beaumont and the County had not voted for a Sales Tax.

| Taxing Jurisdiction | Exemption | Taxable Value | Rate Per $100 | Taxes |
|---|---|---|---|---|
| JEFFERSON COUNTY | $0 | $9,670 | .36500000 | $35.30 |
| *Sales Tax Savings $11.18 | | | | |
| PORT ARTHUR ISD | $0 | $9,670 | 1.3111000 | $126.78 |
| CITY OF PORT ARTHUR | $0 | $9,670 | .76000000 | $73.49 |
| PORT OF PORT ARTHUR | $0 | $9,670 | .12815000 | $12.39 |
| DRAINAGE DISTRICT #7 | $0 | $9,670 | .13965000 | $13.50 |
| SABINE-NECHES NAV. DIST. | $0 | $9,670 | .02241800 | $2.17 |

Appraisal Value:
- 100% Land Value: $8,
- 100% Improvement Value: $1,
- 100% Total Value: $9,
- Capped Value:

EXEMPTION/DEFERRALS

| Penalty and Interest Charged | Rate | Current Taxes |
|---|---|---|
| Paid By Feb 28, 2009 | 7% | $28? |
| Paid By Mar 31, 2009 | 9% | $28? |
| Paid By Apr 30, 2009 | 11% | $29? |
| Paid By May 31, 2009 | 13% | $29? |
| Paid By Jun 30, 2009 | 15% | $30? |

**TOTAL TAXES DUE BY JANUARY 31, 2009**     $263.63

NOTE: If a mortgage company is responsible for payment of these taxes, please write your loan number on this statement and immediately send it to the mortgage com[pany]

## PAYMENT OPTIONS

| DISASTER PAYMENT OPTION | Per Sec. 31.032 of the Texas Property Tax Code ... If the property described in this document is the residence homestead of the owner or consists of property that is used for residential purposes and has fewer than five living units, you may pay your current year taxes in installments with no penalty or interest ... or, |
|---|---|
| OVER 65 OR DISABLED PAYMENT | If you are at least 65 years of age or disabled and qualify for an exemption under Section 11.13(c) of the Texas Property Tax Code, you may pay your residential homestead current year taxes in installments with no penalty or interest. Payments are due as follows: 1/4 due by January 31, 1/4 due by March 31, 1/4 due by May 31, 1/4 due by July 31. Contact our office regarding this payment plan no later than December 15 |
| CREDIT CARD PAYMENT | Call 1-866-549-1010 or visit www.certifiedpayments.net (Use Bureau Code 2228888). After authorization of your payment, you will be given a confirmation number that you should keep for your records. There will be a nominal fee charged for this service. |

---

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**

## TAX YEAR 2008

| ACCOUNT NUMBER | | |
|---|---|---|
| 059150-000/000010-00000 | IF PAID BY JANUARY 2009 | $263.63 |
| | IF PAID BY FEBRUARY 2009 | $282.08 |
| | IF PAID BY MARCH 2009 | $287.37 |

**MAKE PAYABLE TO:**
MIRIAM K. JOHNSON, RTA
ASSESSOR & COLLECTOR OF TAXES
P.O. BOX 2112
BEAUMONT, TEXAS 77704-2112

PORT ARTHUR HOLDINGS III LTD
712 MAIN ST FL 29
HOUSTON TX 77002-3210

**AMOUNT PAID:** $ _____

*PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECKS*

0591500000000001000000

# JEFFERSON COUNTY TAX STATEMENT 2008
## MIRIAM K. JOHNSON, RTA
### ASSESSOR & COLLECTOR OF TAXES

Questions concerning this TAX BILL should be directed to the JEFFERSON COUNTY TAX OFFICE (409) 835-8516 or (409) 983-8316.

Questions concerning APPRAISED VALUE or EXEMPTIONS GRANTED should be directed to the JEFFERSON COUNTY APPRAISAL DISTRICT (409) 727-4611 or (409) 840-9944.

| OWNER NAME AND ADDRESS | ACCOUNT NUMBER | PROPERTY DESCRIPTION |
|---|---|---|
| PORT ARTHUR HOLDINGS III LTD<br>712 MAIN ST FL 29<br>HOUSTON TX 77002-3210 | 059150-000/000050-00000<br>**DATE OF NOTICE**<br>10/24/08<br>**PARCEL ADDRESS:** | PT EL PASO AVE R/W .0172 AC<br>SHOPPES AT PORT ARTHUR<br>(25 LINEAR FT - NISD) |

NOTE: Reflects additional taxes that would have been assessed if the City of Beaumont and the County had not voted for a Sales Tax.

| Taxing Jurisdiction | Exemption | Taxable Value | Rate Per $100 | Taxes |
|---|---|---|---|---|
| JEFFERSON COUNTY<br>*Sales Tax Savings $.37 | $0 | $320 | .36500000 | $1.17 |
| NEDERLAND I.S.D. | $0 | $320 | 1.1200000 | $3.58 |
| CITY OF PORT ARTHUR | $0 | $320 | .78000000 | $2.43 |
| PORT OF PORT ARTHUR | $0 | $320 | .12815000 | $.41 |
| DRAINAGE DISTRICT #7 | $0 | $320 | .13965000 | $.45 |
| SABINE-NECHES NAV. DIST. | $0 | $320 | .02241800 | $.07 |

Appraisal Value:
- 100% Land Value
- 100% Improvement Value
- 100% Total Value
- Capped Value

EXEMPTION/DEFERRALS

| Penalty and Interest Charged | Rate | Current Taxes |
|---|---|---|
| Paid By Feb 28, 2009 | 7% | $ |
| Paid By Mar 31, 2009 | 9% | $ |
| Paid By Apr 30, 2009 | 11% | $ |
| Paid By May 31, 2009 | 13% | $ |
| Paid By Jun 30, 2009 | 15% | $ |

**TOTAL TAXES DUE BY JANUARY 31, 2009** — $8.11

NOTE: If a mortgage company is responsible for payment of these taxes, please write your loan number on this statement and immediately send it to the mortgage com[pany]

### PAYMENT OPTIONS

| DISASTER PAYMENT OPTION | Per Sec. 31.032 of the Texas Property Tax Code... If the property described in this document is the residence homestead of the owner or consists of property that is used for residential purposes and has fewer than five living units, you may pay your current year taxes in installments with no penalty or interest... or, |
|---|---|
| OVER 65 OR DISABLED PAYMENT | If you are at least 65 years of age or disabled and qualify for an exemption under Section 11.13(c) of the Texas Property Tax Code, you may pay your residential homestead current year taxes in installments with no penalty or interest. Payments are due as follows: 1/4 due by January 31   1/4 due by March 31   1/4 due by May 31   1/4 due by July 31. *Contact our office regarding this payment plan no later than December 15** |
| CREDIT CARD PAYMENT | Call 1-866-549-1010 or visit www.certifiedpayments.net (Use Bureau Code 2228888). After authorization of your payment, you will be given a confirmation number that you should keep for your records. There will be a nominal fee charged for this service. |

---

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

## TAX YEAR 2008

| ACCOUNT NUMBER | IF PAID BY JANUARY 2009 | $8.11 |
|---|---|---|
| 059150-000/000050-00000 | IF PAID BY FEBRUARY 2009 | $8.67 |
| | IF PAID BY MARCH 2009 | $8.85 |

**MAKE PAYABLE TO:**
MIRIAM K. JOHNSON, RTA
ASSESSOR & COLLECTOR OF TAXES
P.O. BOX 2112
BEAUMONT, TEXAS 77704-2112

PORT ARTHUR HOLDINGS III LTD
712 MAIN ST FL 29
HOUSTON TX 77002-3210

**AMOUNT PAID:** $ _____

*PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECKS*



0591500000000050000000

# JEFFERSON COUNTY TAX STATEMENT 2008
## MIRIAM K. JOHNSON, RTA
### ASSESSOR & COLLECTOR OF TAXES

Questions concerning this TAX BILL should be directed to the JEFFERSON COUNTY TAX OFFICE (409) 835-8516 or (409) 983-8316.

Questions concerning APPRAISED VALUE or EXEMPTIONS GRANTED should be directed to the JEFFERSON COUNTY APPRAISAL DISTRICT (409) 727-4611 or (409) 840-9944.

| OWNER NAME AND ADDRESS | ACCOUNT NUMBER | PROPERTY DESCRIPTION |
|---|---|---|
| PORT ARTHUR HOLDINGS III LTD<br>712 MAIN ST FL 29<br>HOUSTON TX 77002-3210 | 059150-000/000100-00000<br>**DATE OF NOTICE**<br>10/24/08<br>**PARCEL ADDRESS:** | PT OF LOT 1  4.879 AC<br>SHOPPES AT PORT ARTHUR<br>(PAISD) |

NOTE: Reflects additional taxes that would have been assessed if the City of Beaumont and the County had not voted for a Sales Tax.

| Taxing Jurisdiction | Exemption | Taxable Value | Rate Per $100 | Taxes |
|---|---|---|---|---|
| JEFFERSON COUNTY<br>*Sales Tax Savings $10,118.94 | $0 | $8,754,700 | .36500000 | $31,954.66 |
| PORT ARTHUR ISD | $0 | $8,754,700 | 1.3111000 | $114,782.87 |
| CITY OF PORT ARTHUR | $0 | $8,754,700 | .76000000 | $66,535.72 |
| PORT OF PORT ARTHUR | $0 | $8,754,700 | .12815000 | $11,219.15 |
| DRAINAGE DISTRICT #7 | $0 | $8,754,700 | .13965000 | $12,225.94 |
| SABINE-NECHES NAV. DIST. | $0 | $8,754,700 | .02241800 | $1,962.63 |

| Appraisal Value | |
|---|---|
| 100% Land Value | $764,0 |
| 100% Improvement Value | $7,990,0 |
| 100% Total Value | $8,754, |
| Capped Value | |

**EXEMPTION/DEFERRALS**

| Penalty and Interest Charged | Rate | Current Taxes |
|---|---|---|
| Paid By Feb 28, 2009 | 7% | $255,38 |
| Paid By Mar 31, 2009 | 9% | $260,16 |
| Paid By Apr 30, 2009 | 11% | $264,93 |
| Paid By May 31, 2009 | 13% | $269,70 |
| Paid By Jun 30, 2009 | 15% | $274,48 |

**TOTAL TAXES DUE BY JANUARY 31, 2009**   $238,680.97

NOTE: If a mortgage company is responsible for payment of these taxes, please write your loan number on this statement and immediately send it to the mortgage company.

### PAYMENT OPTIONS

| DISASTER PAYMENT OPTION | Per Sec. 31.032 of the Texas Property Tax Code. If the property described in this document is the residence homestead of the owner or consists of property that is used for residential purposes and has fewer than five living units, you may pay your current year taxes in installments with no penalty or interest... or. |
|---|---|
| OVER 65 OR DISABLED PAYMENT | If you are at least 65 years of age or disabled and qualify for an exemption under Section 11.13(c) of the Texas Property Tax Code, you may pay your residential homestead current year taxes in installments with no penalty or interest. Payments are due as follows: 1/4 due by January 31   1/4 due by March 31   1/4 due by May 31   1/4 due by July 31<br>*Contact our office regarding this payment plan no later than December 15 |
| CREDIT CARD PAYMENT | Call 1-866-549-1010 or visit www.certifiedpayments.net (Use Bureau Code 222888). After authorization of your payment, you will be given a confirmation number that you should keep for your records. There will be a nominal fee charged for this service. |

---

**PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**

## TAX YEAR 2008

| ACCOUNT NUMBER | IF PAID BY JANUARY 2009 | $238,680.97 |
|---|---|---|
| 059150-000/000100-00000 | IF PAID BY FEBRUARY 2009 | $255,388.64 |
| | IF PAID BY MARCH 2009 | $260,162.25 |

**MAKE PAYABLE TO:**
MIRIAM K. JOHNSON, RTA
ASSESSOR & COLLECTOR OF TAXES
P.O. BOX 2112
BEAUMONT, TEXAS 77704-2112

PORT ARTHUR HOLDINGS III LTD
712 MAIN ST FL 29
HOUSTON TX 77002-3210

**AMOUNT PAID:** $_____

*PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECKS*

059150000000001000000000

# JEFFERSON COUNTY TAX STATEMENT 2008
## MIRIAM K. JOHNSON, RTA
### ASSESSOR & COLLECTOR OF TAXES

Questions concerning this TAX BILL should be directed to the JEFFERSON COUNTY TAX OFFICE (409) 835-8516 or (409) 983-8316.

Questions concerning APPRAISED VALUE or EXEMPTIONS GRANTED should be directed to the JEFFERSON COUNTY APPRAISAL DISTRICT (409) 727-4611 or (409) 840-9944.

| OWNER NAME AND ADDRESS | ACCOUNT NUMBER | PROPERTY DESCRIPTION |
|---|---|---|
| PORT ARTHUR HOLDINGS III LTD<br>712 MAIN ST FL 29<br>HOUSTON TX 77002-3210 | 059150-000/000101-00000<br>**DATE OF NOTICE**<br>10/24/08<br>**PARCEL ADDRESS:** | PT LOT 1   2.375 AC<br>SHOPPES AT PORT ARTHUR<br>(NISD) |

NOTE: Reflects additional taxes that would have been assessed if the City of Beaumont and the County had not voted for a Sales Tax.

| Taxing Jurisdiction | Exemption | Taxable Value | Rate Per $100 | Taxes | Appraisal Value | |
|---|---|---|---|---|---|---|
| JEFFERSON COUNTY<br>*Sales Tax Savings $480.05 | $0 | $415,330 | .36500000 | $1,515.95 | 100% Land Value | $415, |
| NEDERLAND I.S.D. | $0 | $415,330 | 1.1200000 | $4,651.70 | 100% Improvement Value<br>100% Total Value<br>Capped Value | $415, |
| CITY OF PORT ARTHUR | $0 | $415,330 | .76000000 | $3,156.51 | **EXEMPTION/DEFERRALS** | |
| PORT OF PORT ARTHUR | $0 | $415,330 | .12815000 | $532.25 | | |
| DRAINAGE DISTRICT #7 | $0 | $415,330 | .13965000 | $580.01 | | |
| SABINE-NECHES NAV. DIST. | $0 | $415,330 | .02241800 | $93.11 | | |

| Penalty and Interest Charged | Rate | Current Taxes |
|---|---|---|
| Paid By Feb 28, 2009 | 7% | $11,26 |
| Paid By Mar 31, 2009 | 9% | $11,47 |
| Paid By Apr 30, 2009 | 11% | $11,68 |
| Paid By May 31, 2009 | 13% | $11,89 |
| Paid By Jun 30, 2009 | 15% | $12,10 |

**TOTAL TAXES DUE BY JANUARY 31, 2009**    $10,529.53

NOTE: If a mortgage company is responsible for payment of these taxes, please write your loan number on this statement and immediately send it to the mortgage company.

### PAYMENT OPTIONS

| | |
|---|---|
| DISASTER PAYMENT OPTION | Per Sec. 31.032 of the Texas Property Tax Code. If the property described in this document is the residence homestead of the owner or consists of property that is used for residential purposes and has fewer than five living units, you may pay your current year taxes in installments with no penalty or interest... or, |
| OVER 65 OR DISABLED PAYMENT | If you are at least 65 years of age or disabled and qualify for an exemption under Section 11.13(c) of the Texas Property Tax Code, you may pay your residential homestead current year taxes in installments with no penalty or interest. Payments are due as follows:   1/4 due by January 31   1/4 due by March 31   1/4 due by May 31   1/4 due by July 31<br>* Contact our office regarding this payment plan no later than December 15. * |
| CREDIT CARD PAYMENT | Call 1-866-549-1010 or visit www.certifiedpayments.net (Use Bureau Code 2228888). After authorization of your payment, you will be given a confirmation number that you should keep for your records. There will be a nominal fee charged for this service. |

---------------- PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT ----------------

## TAX YEAR 2008

| ACCOUNT NUMBER | IF PAID BY JANUARY 2009 | $10,529.53 |
|---|---|---|
| 059150-000/000101-00000 | IF PAID BY FEBRUARY 2009 | $11,266.61 |
| | IF PAID BY MARCH 2009 | $11,477.19 |

**MAKE PAYABLE TO:**
MIRIAM K. JOHNSON, RTA
ASSESSOR & COLLECTOR OF TAXES
P.O. BOX 2112
BEAUMONT, TEXAS 77704-2112

PORT ARTHUR HOLDINGS III LTD
712 MAIN ST FL 29
HOUSTON TX 77002-3210

**AMOUNT PAID:**  $ _____

*PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECKS*

0591500000000010100000

3053