UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: CIRCUIT CITY STORES, INC., et al.,  )
                                                    ) Case No. 08-35653-KRH
                  Debtors.    ) Jointly Administered
                                                    ) Chapter 11 Proceedings

## NOTICE OF MOTION AND NOTICE OF HEARING

PLEASE TAKE NOTICE that Port Arthur Holdings, III, LTD (the "Landlord"), by and through counsel, has filed with the Court a Motion for an Order Compelling the Debtor to Immediately Pay Pre-Petition and Post-Petition Real Estate Taxes Due Under the Lease Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(B) and Granting Related Relief (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **January 14, 2009**, you or your attorney must:

    1.    File with the Court, at the address shown below, a written response pursuant to *Local Bankruptcy Rule* 9013-1(H)(3)(C). If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

William C. Redden, Clerk of Court
United States Bankruptcy Court
Eastern District of Virginia, Richmond Division
701 E. Broad Street, Suite 4000 Richmond, VA 23219

---

David H. Cox (VSB # 19613)
dcox@jackscamp.com
John Matteo (VSB # 35054)
jmatteo@jackscamp.com
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437
(202) 457-1600 – telephone
*Counsel for Port Arthur Holdings, III, LTD*

916213v.1

You must also mail a copy to :

David H. Cox, Esquire
John Matteo, Esquire
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437
(202) 457-1600 – telephone
*Counsel for Port Arthur Holdings, III, LTD*

  2. If you object to or oppose the Motion, you must file your objection or response timely with the Court and attend a hearing scheduled for **January 16, 2009 at 10:00 a.m.** at the United States Bankruptcy Court located at 701 East Broad Street, Suite 5000, Richmond, Virginia, in Judge Huennekens' Courtroom, in addition to filing a written objection or response to the Motion. If you fail to timely file a written response and to attend the hearing, the Court may consider any objection you have waived, and enter an order granting the relief requested in the Motion without holding a hearing.

  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the *Motion* and may enter an Order granting that relief.

## **NOTICE**

  Under *Local Bankruptcy Rule* 9013-1, unless a written response to the *Motion* is filed with the Clerk of Court and served on the moving party within two (2) business days prior to the **January 16, 2009** hearing date, or on or before **January 14, 2009**, objecting to the relief requested, the Court may deem any opposition waived, treat the *Motion* as conceded, and issue an Order granting the requested relief without further notice or hearing.

2

916213v.1

**Dated: January 7, 2009**                    Respectfully submitted,

JACKSON & CAMPBELL, P.C.


By: /s/ David H. Cox
   David H. Cox, Esquire (VSB # 19613)
   dcox@jackscamp.com
   John Matteo, Esquire (VSB # 35054)
   jmatteo@jackscamp.com
   1120 Twentieth Street, N.W.
   South Tower
   Washington, D.C. 20036-3437
   (202) 457-1600 – telephone
   (202) 457-1678 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Corrected Notice has been served on the parties receiving electronic notice via the Court's CM/ECF system, as appropriate, by electronic means and by First Class Mail (postage prepaid) on the following attached Service List and on the following parties via US regular mail, on this the 7th day of January 2009.

Circuit City Stores, Inc.
Attn: Reginald D. Hedgebeth
Attn: Daniel W. Ramsey
9950 Maryland Drive
Richmond, Virginia 23233

*Debtors*

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510

*Counsel for the Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

*Counsel for the Debtors*

Gregg Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

*Counsel for the Debtors*

916213v.1

Chris L. Dickerson, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esquire
Office of the U. S. Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

*Office of the United States Trustee for
the Eastern District of Virginia, Richmond Division*

Linda K. Myers, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein LLP
Three Center Plaza
Sixth Floor
Boston, Massachusetts 02108

*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street
Eighth Floor
Richmond, Virginia 23219

*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, Virginia 23219

*Counsel for the Official Committee of
Unsecured Creditors*

5

916213v.1

Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
Twenty-Sixth Floor
New York, New York 10017

*Counsel for the Creditors Committee*

By: /s/ David H. Cox

916213v.1