```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653
et al.,                       :
                              :
         Debtors.             :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**MOTION OF THE DEBTORS, PURSUANT TO 11 U.S.C. § 105,
BANKRUPTCY RULES 2002, 9006, AND 9007 AND LOCAL
BANKRUPTCY RULE 9013-1(M), FOR AN ORDER SETTING AN
EXPEDITED HEARING ON THE DEBTORS' MOTION FOR ORDER
APPROVING STIPULATION BETWEEN DEBTORS AND CELLCO
PARTNERSHIP D/B/A/ VERIZON WIRELESS PURSUANT TO
BANKRUPTCY CODE SECTION 105 AND BANKRUPTCY
RULE 9019 AND FOR RELATED RELIEF**

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] hereby move the Court (the "Motion") for the entry of an order, pursuant to 11 U.S.C. § 105, Rules 2002, 9006, and 9007 of the Federal Rules of Bankruptcy Procedure, and Rule 9013-1(M) and (N) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"), setting an expedited hearing on the Debtors' Motion for Order Approving Stipulation Between Debtors and Cellco Partnership d/b/a Verizon Wireless Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9019 and for Related Relief (the "Verizon Wireless Settlement Motion") for the regularly scheduled omnibus hearing on January 16, 2009,

---

[1] The Debtors are the following entities: The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

at 10:00 a.m. and shortening the notice for the Verizon Wireless Settlement Motion pursuant to Rule 9006 of the Federal Rules of Bankruptcy Procedure.  In further support of the Motion, the Debtors respectfully represent:

## JURISDICTION AND VENUE

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The statutory bases for the relief requested herein are section 105(a) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rules 2002, 9006, and 9007 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9013-1(M) and (N).

## BACKGROUND

3.  On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

4.  The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

5. On November 12, 2008, the Office of the United States Trustee appointed a statutory committee of unsecured creditors (the "Creditors' Committee"). To date, no trustee or examiner has been appointed in these chapter 11 cases.

## RELIEF REQUESTED

6. On January 7, 2009, the Debtors filed the Verizon Wireless Settlement Motion. By this Motion, the Debtors seek this Court's entry of an order setting an expedited hearing on the Verizon Wireless Settlement Motion for the regularly scheduled omnibus hearing on Friday, January 16, 2009, at 10:00 a.m., to consider the Verizon Wireless Settlement Motion and to shorten the notice period for the Verizon Wireless Settlement Motion.

## BASIS FOR RELIEF

7. Pursuant to the Verizon Wireless Settlement Motion, the Debtors are asking the Court to approve the stipulation (the "Stipulation") entered into between the Debtors and Partnership d/b/a/ Verizon Wireless ("Verizon Wireless").

8. The Debtors believe it is in the best interests of the Debtors' estates, creditors and other parties in

4

interest for the Verizon Wireless Settlement Motion to be heard at the hearing currently scheduled for January 16, 2009 at 10:00 a.m.  The Debtors are seeking approval of the Stipulation[2] as soon as possible in order to resolve consensually any dispute concerning the manner in which Commissions, Chargebacks, Kiosks Costs, and other recoupment rights apply without having to resort to litigation.  As a result of the settlement, and as more fully set forth in the Stipulation, upon Bankruptcy Court approval, the Debtors will receive a payment from Verizon Wireless of approximately $1.85 million.[3]

9.    Courts in the Eastern District of Virginia have previously granted motions to reduce the 20-day notice required for the approval of a compromise or settlement of a controversy.  See, e.g., In re Circuit City Stores, Inc., 08-35653 (KRH) (Bankr. E.D. Va. Dec. 1, 2008) (granting motion for expedited hearing and shortening notice period to approve settlement); In re US Airways,

---

[2]  Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Verizon Wireless Settlement Motion.

[3]  The Stipulation is attached as Exhibit A to the proposed order approving the Verizon Wireless Settlement Motion.

5

Inc., 04-13819 (SSM) (Bankr. E.D. Va. Feb. 9, 2006) (granting motion for expedited hearing to approve settlement).

    10.   For the reasons set forth above, the Debtors believe cause exists to hear the Debtors' Verizon Wireless Settlement Motion on January 16, 2009 at 10:00 a.m. (Eastern Time).

    11.   Local Bankruptcy Rule 9013-1 allows the setting of a hearing on an expedited basis as requested herein. Attached hereto as Exhibit 1 is the certification required under Local Rule 9013-1(N).

    12.   Additionally, section 105(a) of the Bankruptcy Code provides this Court with the power to set an expedited hearing on the Verizon Wireless Settlement Motion. Section 105(a) states that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a).

### WAIVER OF MEMORANDUM OF LAW

    13.   Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion and all applicable authority is set forth in

6

the Motion, the Debtors request that the requirement that all motions be accompanied by a separate memorandum of law be waived.

## NO PRIOR REQUEST

14. No previous request for the relief sought herein has been made to this Court or any other court.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form annexed hereto, granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated: January 7, 2009
       Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley          .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

**[EXHIBIT 1]**

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

           - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - X
```

**CERTIFICATION FOR EXPEDITED HEARING**

The above-captioned debtors (collectively, the "Debtors") contemporaneously herewith are filing, the Motion Pursuant to 11 U.S.C. § 105, Bankruptcy Rules 2002, 9006, and 9007 and Local Bankruptcy Rule 9013-1(M), for

and Order Setting an Expedited Hearing on the Debtors' Motion for Order Approving Stipulation Between Debtors and Cellco Partnership d/b/a Verizon Wireless Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9019 and for Related Relief (the "Motion to Expedite").[1]  In support thereof, and as required by Rule 9013-1 (N) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia, the undersigned counsel for the Debtors certifies as follows:

    1.   I am a member of the Bar of this Court, and I have carefully examined these matters and there is a true necessity for an emergency hearing.

    2.   The necessity for this emergency hearing has not been caused by any lack of due diligence on my part, but has been brought about only by the circumstances of the Debtors' chapter 11 cases.

    3.   Based upon the nature of the matters and the relief requested in the Motion to Expedite, no *bona fide*

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Expedite.

2

effort to resolve these matters without a hearing is possible.

                                        /s/ Douglas M. Foley
                                        Douglas M. Foley

**[Proposed Order]**

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653
et al.,                       :
                              :
         Debtors.             :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER SETTING AN EXPEDITED HEARING ON THE DEBTORS'
VERIZON WIRELESS SETTLEMENT MOTION
AND GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the Debtors for

an order, pursuant to Bankruptcy Code sections 105, Rules

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2002, 9006, and 9007 of the Federal Rules of Bankruptcy Procedure and Rule 9013-1(M) and (N) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"), requesting an expedited hearing and shortened notice on the Verizon Wireless Settlement Motion; and the Court having reviewed the Motion and the Verizon Wireless Settlement Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED.

2. The notice period is shortened and a hearing will be held on January 16, 2009 at 10:00 a.m., prevailing Eastern Time, to hear and consider the Verizon Wireless Settlement Motion.

2

3.   Adequate notice of the relief sought in the Motion has been given and no further notice is required.

4.   The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:   Richmond, Virginia
         January ____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        /s/ Douglas M. Foley
                                        Douglas M. Foley


\6974790