Hearing Date: January 16, 2009 at 10:00 a.m.

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON (I) MOTION FOR ORDER APPROVING STIPULATION BETWEEN DEBTORS AND CELLCO PARTNERSHIP D/B/A/ VERIZON WIRELESS PURSUANT TO BANKRUPTCY CODE SECTION 105 AND BANKRUPTCY RULE 9019 AND FOR RELATED RELIEF; AND (II) MOTION OF THE DEBTORS, PURSUANT TO 11 U.S.C. § 105, BANKRUPTCY RULES 2002, 9006, AND 9007 AND LOCAL BANKRUPTCY RULE 9013-1(M), FOR AN ORDER SETTING AN EXPEDITED HEARING THEREON**

**PLEASE TAKE NOTICE** that on January 7, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed a Motion for Order Approving Stipulation Between Debtors and Cellco Partnership d/b/a Verizon Wireless Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9019 and for Related Relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that contemporaneously with the filing of the Motion, the Debtors filed a Motion Pursuant to 11 U.S.C. § 105, Bankruptcy Rules 2002, 9006 and 9007 and Local Bankruptcy Rule 9013-(M), for an Order Setting an Expedited Hearing on the Motion (the

"Expedited Motion"), which requests that the Motion be heard at the regularly scheduled omnibus hearing on January 16, 2009 at 10:00 a.m.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then you or you attorney must:

[X] Attend a hearing before the Honorable Kevin Huennekens, United States Bankruptcy Judge, **at 10:00 a.m. (Eastern Standard Time) on January 16, 2009** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **If you or your attorney do not attend the hearing and object to the Motion, the Court may grant the relief requested in the Motion**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: January 7, 2009          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia       FLOM, LLP
                                Gregg M. Galardi, Esq.
                                Ian S. Fredericks, Esq.
                                P.O. Box 636
                                Wilmington, Delaware 19899-0636
                                (302) 651-3000
                                        - and –
                                SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM, LLP
                                Chris L. Dickerson, Esq.
                                333 West Wacker Drive
                                Chicago, Illinois 60606
                                (312) 407-0700

                                        - and –

                                MCGUIREWOODS LLP

                                /s/ Douglas M. Foley         .
                                Dion W. Hayes (VSB No. 34304)
                                Douglas M. Foley (VSB No. 34364)
                                One James Center
                                901 E. Cary Street
                                Richmond, Virginia 23219
                                (804) 775-1000

                                Counsel to the Debtors and Debtors
                                in Possession