UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In Re:<br><br>CIRCUIT CITY STORES, INC.,<br><br>Debtor. | Case No. 08-35653-KRH<br><br>Chapter 11 |

## AMENDED NOTICE OF APPEARANCE
## AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned represents, Gateway Woodside, Inc. a creditor in this case, and demands, pursuant to United States Bankruptcy Code §§ 102(1), 342 and 1109(b) and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

> Robert E. Greenberg, Esq.
> Thomas F. Murphy, Esq.
> Friedlander Misler, PLLC
> 1101 Seventeenth Street, N.W.
> Suite 700
> Washington, D.C. 20036-4704
> Phone: 202-872-0800
> Fax: 202-857-8343
> Email: rgreenberg@dclawfirm.com

Please take further notice, that pursuant to Bankruptcy Code § 1109(b), this demand includes not only notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of, with respect to the Debtor or any property or proceeds in which the Debtor may claim an interest.

FRIEDLANDER MISLER, PLLC

By: _____
Thomas F. Murphy, Esq. VSB 44386
1101 Seventeenth Street, NW
Suite 700
Washington, D.C. 20036
202-872-0800
*Counsel for Gateway Woodside, Inc.*

U:\greenberg\CLIENT\TA-REALT\Circuit City\Amended Notice of Appearance 1.8.09.wpd

## Certificate of Service

I hereby certify that on January 8, 2009, I served a copy of the foregoing by first class mail, postage prepaid, upon the following persons and entities:

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
One Rodney Sq.
P.O. Box 636
Wilmington, DE 19899

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

W. Clarkson McDow, Jr.
Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

Alan J. Kornfeld
Brad R. Godshall
Gillian N. Brown
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4100

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street
15th Floor
San Francisco, CA 94111-4500

John A. Morris
Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave.
36th Floor
New York, NY 10017

Crane-Snead & Associates, Inc.
4914 Fitzhugh Ave.
Suite 203
Richmond, VA 23230-3435

_/s/ Frances C. Wilburn_
Frances C. Wilburn