Robert A. Dybing (VSB No. 32712)
Robert R. Musick (VSB No. 48601)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Telephone:  (804) 649-7545
Facsimile:   (804) 780-1813
Counsel to International Business Machines Corporation

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653-KRH |
| | (Jointly Administered) |
| Debtors. | Judge Kevin R. Huennekens |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that International Business Machines Corporation, by and through the undersigned counsel, hereby appears in the above-captioned matter pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, and pursuant to 11 U.S.C. § 1109 of the United States Bankruptcy Code.  Counsel requests that all notices given or required to be given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to, and served upon counsel at the address listed below:

Robert A. Dybing (VSB No. 32712)
Robert R. Musick (VSB No. 48601)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Telephone:  (804) 649-7545
Facsimile:   (804) 780-1813
rdybing@t-mlaw.com
bmusick@t-mlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, copies of all papers, reports, pleadings, monthly operating statements, financial statements, motions, complaints, demands and applications (including notices thereof), petitions, answering papers, reply papers, memoranda or briefs in support of any of the foregoing and any other document brought before this Court with respect to this case, whether formal or informal, whether written or oral, or whether transmitted by mail, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the right (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court; or (v) of any other rights, claims, actions, setoffs, or recoupments to which International Business Machines Corporation may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments International Business Machines Corporation expressly reserves.

Dated: January 8, 2009                    INTERNATIONAL BUSINESS
                                          MACHINES CORPORATION

                                          By: ___/s/ Robert A. Dybing____

Robert A. Dybing (VSB No. 32712)
Robert R. Musick (VSB No. 48601)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
rdybing@t-mlaw.com
bmusick@t-mlaw.com
*Counsel for International Business Machines Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2009, I caused a copy of the foregoing to be filed electronically. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system. In addition, copies were served via first class mail, postage prepaid, to the persons required to be served pursuant to the Procedures Order in this case.

>Reginald D. Hedgebeth
>Daniel W. Ramsey
>Circuit City Stores, Inc.
>9950 Mayland Drive
>Richmond, VA 23233
>
>Gregg M. Galardi, Esquire
>Ian S. Fredericks, Esquire
>Skadden, Arps, Slate, Meagher & Flom, LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, DE 19899-0636
>*Counsel to Debtors*
>
>Timothy G. Pohl, Esquire
>Chris L. Dickerson, Esquire
>Skadden, Arps, Slate, Meagher & Flom, LLP
>333 West Wacker Drive, Suite 2000
>Chicago, IL 60606
>*Counsel to Debtors*

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
*Counsel to Debtors*

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888
*Assistant United States Trustee*

Dated: January 8, 2009                              INTERNATIONAL BUSINESS
                                                    MACHINES CORPORATION

                                                    By: ___/s/ Robert A. Dybing____

Robert A. Dybing (VSB No. 32712)
Robert R. Musick (VSB No. 48601)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
rdybing@t-mlaw.com
bmusick@t-mlaw.com
*Counsel for International Business Machines Corporation*