UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| IN RE: | ) Chapter 11 ) ) ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. 08-35653-KRH ) Jointly Administered |
| Debtors. | ) ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that James M. Lewis, counsel to Plaza Las Americas, Inc., a party in interest in the above-captioned bankruptcy case, hereby appears in the above-captioned bankruptcy pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests, pursuant to Sections 342 and 1109(b) of the Bankruptcy Code Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), that copies of all notices and pleadings given or file in this bankruptcy case and/or in any adversary proceeding or contested matter filed in connection herewith be given to and served upon:

James M. Lewis, Esquire
Holland & Knight LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
(703) 720-8638
Fax: (703) 720-8610
e-mail: james.lewis@hklaw.com

---

James M. Lewis, Esquire, VA Bar No. 14118
Holland & Knight LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
(703) 720-8638
Attorney for Plaza Las Americas, Inc.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, demands, disclosure statements and plans of reorganization, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery or telephone, facsimile, electronic mail or otherwise filed or made in or with regard to the above-referenced bankruptcy case and any proceeding related thereto.

This notice of appearance and demand for notices and papers shall not be deemed or constructed to be a waiver of any of the rights of Plaza Las Americas, Inc. (1) to have final orders in none-core matters entered only after de novo review by a United States District Court Judge; (2) to invoke the right to a trial by jury in any proceeding so triable in this bankruptcy case or in any other case, controversy, or proceeding related to this bankruptcy case; (3) to ask the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to contend that jurisdiction or venue in this Court over any matter is improper or inappropriate; or (5) of any other rights, claims, actions, setoffs, or recoupments to which the Landlords are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Landlords expressly reserve.

Respectfully submitted,

Holland & Knight LLP

Dated: January 8, 2009

By: /s/ James M. Lewis
James M. Lewis, Esq.
(VSB No. 14118)
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
(703) 720-8638
Attorney for Plaza Las Americas, Inc.

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 8TH day of January, 2009, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notice and Papers to be served by ECF e-mail pursuant to the applicable Standing Order of the Court and by first class mail, postage prepaid on the following:

Richard McDaniel
Ricman Equities Corporation
1121 Ocean Forest Lane
Seabrook, South Carolina  29455

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899

Timothy G. Pohl, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois  60606

Dion W. Hayes
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia  23219

Office of the United States Trustee
Richmond, Virginia Office
600 East Main Street, Suite 301
Richmond, Virginia  23219

           /s/ James M. Lewis
           James M. Lewis, Esquire