James M. Lewis, Esquire, VA Bar No. 14118
Holland & Knight LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
Telephone: (703) 720-8638
Facsimile: (703) 720-8610
e-mail: james.lewis@hklaw.com
*Counsel for Plaza Las Americas, Inc.*

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., et al., ) | Case No. 08-35653-KRH |
| ) | (Jointly Administered) |
| Debtors. ) | |

### NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTE THAT** Plaza Las Americas, Inc., by counsel, has filed a Joinder of Plaza Las Americas, Inc. to Landlords' Motion for Rehearing and/or Reconsideration and/or to Alter or Amend the Judgment Regarding Payment of November Rent and Memorandum in Support Thereof (the "Motion"). A copy of the Motion is available from the undersigned.

**PLEASE TAKE FURTHER NOTICE THAT your rights may be affected. You should read these papers carefully and then discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult with one.)**

If you do not want the Court to grant the relief sought in the Motion, of if you want the Court to consider your views on the Motion, then by January 14, 2009, you or your attorney must:

1. File with the Clerk of the United States Bankruptcy Court, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your written response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before **January 14, 2009**.

You must also deliver a copy to all parties and to counsel for Plaza Las Americas, Inc.

2. Attend the hearing scheduled for **January 16, 2009 at 10:00 a.m.** before the Honorable Kevin R. Huennekens, in Courtroom 5000, United States Bankruptcy Court, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219.

If you or your attorney doe not takes these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

Dated: January 8, 2009　　　　　　　　　　　By: /s/ James M. Lewis
　　　　　McLean, Virginia　　　　　　　　　　　　　James M. Lewis, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　(VSB No. 14118)
　　　　　　　　　　　　　　　　　　　　　　　　1600 Tysons Boulevard, Suite 700
　　　　　　　　　　　　　　　　　　　　　　　　McLean, Virginia 22102
　　　　　　　　　　　　　　　　　　　　　　　　(703) 720-8638
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaza Las Americas, Inc.

### CERTIFICATE OF SERVICE

I HEREBY certify that on this 8TH day of January, 2009, I caused a copy of the foregoing to be served by electronic means using the Court's CM/ECF system, and that, in addition, true and correct copies of the foregoing were served by either First Class Mail, postage prepaid or by electric delivery on the "Core" and "2002" lists.

　　　　　　　　　　　　　　　　　　　　　　　/s/ James M. Lewis
　　　　　　　　　　　　　　　　　　　　　　　James M. Lewis, Esquire

# 5969742_v1