James M. Lewis, Esquire, VA Bar No. 14118
Holland & Knight LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
(703) 720-8638
Attorney for Plaza Las Americas, Inc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| IN RE: ) <br> ) <br> CIRCUIT CITY STORES, INC., et al., ) <br> ) <br> Debtors. ) | Chapter 11 <br><br> Case No. 08-35653-KRH <br> (Jointly Administered) |

### JOINDER OF PLAZA LAS AMERICAS, INC. TO LANDLORDS' MOTION FOR REHEARING AND/OR RECONSIDERATION AND/OR TO ALTER OR AMEND THE JUDGMENT REGARDING PAYMENT OF NOVEMBER RENT AND MEMORANDUM IN SUPPORT THEREOF

Plaza Las Americas, Inc. hereby joins in the motion of the Landlords (the "Motions") (Docket No. 1347) to rehear and/or reconsider and/or to alter or amend the Court's December 22, 2008 oral ruling as to whether 11 U.S.C. §365(d)(3) requires the Debtors to make timely payment of November administrative rent to Plaza Las Americas, Inc. pursuant to its lease[1] with the Debtor. Plaza Las Americas, Inc. further joins in similar, consistent requests that have been or may be filed by other landlords to the Debtors.

WHEREAS, Plaza Las Americas, Inc. respectfully requests that the Court enter an order which (a) grants a rehearing and/or reconsideration of the Court's December 22, 2008, ruling denying immediate payment of its November administrative rent; (b) authorizes and directs the Debtors to immediately pay the rent owed to Plaza Las Americas, Inc. pursuant to Section 365(d)(3) of the

---

[1] That certain Lease Agreement by and between Plaza Las Americas, Inc. as landlord and Circuit City Stores PR, LLC as tenant, dated August 15, 2007, with respect to premises in Ponce, Puerto Rico.

Bankruptcy Code; (c) authorize and directs the Debtors to reimburse Plaza Las Americas, Inc. for all of its reasonable attorney's fees and costs incurred in preparing and prosecuting this Motion as a result of the Debtors' failure to comply with the terms of its Lease and Section 365(d)(3) of the Bankruptcy Code; (d) authorizes and directs the Debtors to make all future monthly payments of administrative rent and related charges to Plaza Las Americas, Inc. in full and as when due under the Lease; and (e) grants such other and further relief as this Court deems just and proper.

PLAZA LAS AMERICAS, INC.

Dated: January 8, 2009

By: /s/ James M. Lewis
James M. Lewis, Esq.
(VSB No. 14118)
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
(703) 720-8638
Attorney for Plaza Las Americas, Inc.

### CERTIFICATE OF SERVICE

I HEREBY certify that on this 8th day of January, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ James M. Lewis
James M. Lewis, Esquire

# 5969742_v1

2