IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

```
----------------------------------------- x
                                          :
                                          :   Chapter 11
In re:                                    :
                                          :   Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                :
et al.,                                   :
                                          :   Jointly Administered
            Debtors.¹                     :
                                          :
                                          :
----------------------------------------- x
```

**AFFIDAVIT OF SERVICE**

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 30, 2008, copies of the following documents were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit A**:

1. Notice of Deadline for Filing Proofs of Claim and Proof of Claim Form (Docket No. 966)

2. Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates (Docket No. 967)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Dated: January 7, 2009

_____
Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 7th day of January, 2009, by Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

2

# EXHIBIT A

Circuit City Stores, Inc.
Special Parties List - Exhibit A to OCP Order

| Name | Notice Name | Address1 | Address2 | City | State | Zip Code | Country |
|---|---|---|---|---|---|---|---|
| Ogilvy Renault | | Royal Bank Plz S Tower | 200 Bay St Ste 3800 | Toronto | Ontario | M5J 2Z4 | Canada |
| Osler Hoskin & Harcourt LLP | 100 King St W | 1 First Canadian Place Ste 6100 | PO Box 50 | Toronto | Ontario | M5X 1B8 | Canada |
| Adams & Polunsky | | One Forum 16th Fl 8000 IH | 10 W | San Antonio | TX | 78230-3892 | US |
| Akerman Senterfitt | | 50 N Laura St Ste 2500 | | Jacksonville | FL | 32202-3646 | US |
| Baker & Hostetler LLP | | 3200 National City Ctr | 1900 E 9th St | Cleveland | OH | 44114-3485 | US |
| Baker & McKenzie LLP | | 815 Connecticut Ave NW | | Washington | DC | 20006-4078 | US |
| Bleakley Platt & Schmidt LLP | | One N Lexington Ave | | White Plains | NY | 10601-1700 | US |
| Dennis Corry Porter & Smith LLP | | 3535 Piedmont Rd NE | 14 Piedmont Ctr Ste 900 | Atlanta | GA | 30305 | US |
| Dow Lohnes & Albertson PLLC | | 1200 New Hampshire Ave NW | | Washington | DC | 20036 | US |
| Easley McCaleb & Associates Inc | | 3980 Dekalb Technology Pkwy Ste 755 | | Atlanta | GA | 30340 | US |
| Eugene L Griffin & Associates Inc | | 29 N Wacker Dr | | Chicago | IL | 60606 | US |
| First Advantage | | 1701 Harbor Bay Pkwy Ste 125 | | Alameda | CA | 94502 | US |
| Goodman Allen & Filetti | | 4501 Highwoods Pkwy Ste 210 | | Glen Allen | VA | 23060 | US |
| Jorge P Sala Law Offices | | Condominio San Vicente | 8169 Calle Concordia Ste 102 | Ponce | PR | 00717-1556 | US |
| Kennerly Lamishaw & Rossi LLP | | 707 Wilshire Blvd Ste 1400 | | Los Angeles | CA | 90017 | US |
| King & Spalding LLP | | 1180 Peachtree St NE | | Atlanta | GA | 30309-3521 | US |
| Kurz Group Inc | | 8333 Douglas Ave Ste 1370 | | Dallas | TX | 75225 | US |
| LeClair Ryan | | 701 E Main St 16th Fl | | Richmond | VA | 23219 | US |
| Littler Mendelson Fastiff Tichy & Mathiason | | 350 Park Ave 14th Fl | | New York | NY | 10022 | US |
| Martinez Odell & Calabria | | Banco Popular Ctr Bldg | 209 Muñoz Rivera Ave 16th Fl | San Juan | PR | 00918 | US |
| McCandlish Holton P C | | 1111 E Main St Ste 1500 | | Richmond | VA | 23218 | US |
| Montgomery McCracken Walker & Rhoads LLP | | 123 S Broad St | | Philadelphia | PA | 19109-1099 | US |
| Moran Brown P C | | 4110 E Parham Rd | | Richmond | VA | 23228 | US |
| Nationwide Consulting Company Inc | Attn Larry Stern | PO Box 548 | | Glen Rock | NJ | 07452 | US |
| Ogletree Deakins Nash Smoak & Stewart PC | | PO Box 89 | | Columbia | SC | 29202 | US |
| Paul Plevin Sullivan & Connaughton LLP | | 401 B St 10th Fl | | San Diego | CA | 92101 | US |
| Peter E Glick | | 400 Captiol Mall Ste 1100 | | Sacramento | CA | 95814 | US |
| Pricewaterhouse Coopers LLP | | 300 Madison Ave | | New York | NY | 10017 | US |
| Privacy and Information Management Services | | 4355 Cobb Pkwy Ste J280 | | Atlanta | GA | 30339 | US |
| Rose Ann Janis | | 5005 Amberwood Dr | | Glen Allen | VA | 23059 | US |
| RSM ROC & Company | | PO Box 10528 | | San Juan | PR | 00922-0528 | US |
| Ryan Inc | | 3 Galleria Tower | 13155 Noel Rd 12th Flr LB 72 | Dallas | TX | 75240 | US |
| Sheppard Mullin Richter & Hampton | | 333 S Hope St 48th Fl | | Los Angeles | CA | 90071 | US |
| Smart & Associates LLP | | 1900 N Roselle Rd Ste 408 | | Schaumburg | IL | 60195 | US |
| Sutherland Asbill & Brennan LLP | | 1114 Ave of the Americas 40th Fl | | New York | NY | 10036 | US |
| Welch Consulting | | 12100 Wilshire Blvd Ste 1650 | | Los Angeles | CA | 90025 | US |
| Wilkinson Barker Knauer LLP | | 2300 N St NW Ste 700 | | Washington | DC | 20037-1128 | US |
| Williams Mullen | | Two James Ctr | 1021 E Cary St | Richmond | VA | 23219 | US |
| WilmerHale | | 1875 Pennsylvania Ave NW | | Washington | DC | 20006 | US |