**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653 (KRH) |
| Debtors | Jointly Administered |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that request is made by counsel for Bond-Circuit IV Delaware Business Trust ("Bond-Circuit"), a party-in-interest in the above-referenced case, in accordance with 11 U.S.C. § 1109(b) and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure ("Rules"), that all papers pleadings, motions and applications served or required to be served in these cases, be given to and served upon:

> **GIBBONS P.C.**
> Mark B. Conlan, Esq.
> One Gateway Center
> Newark, New Jersey 07102-5310
> Telephone: (973) 596-4545
> Facsimile: (973) 596-0545
> E-mail:   mconlan@gibbonslaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint of demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of creditors with respect to the debtor or any related entity, or property or proceeds thereof in which the debtor may claim an interest.

#1368627 v1
104692-65007

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is made without prejudice to Circuit-Bond's rights, remedies and claims against other entities. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated:   January 7, 2009
         Newark, New Jersey

/S/ MARK B. CONLAN
Mark B. Conlan

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey  07102-5310
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545
mconlan@gibbonslaw.com

*Counsel for Bond-Circuit IV*
*Delaware Business Trust*

2

#1368627 v1
104692-65007