Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

             IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                     :    Chapter 11
                           :
CIRCUIT CITY STORES, INC., :    Case No. 08-35653
et al.,                    :
                           :
            Debtors.       :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SETTING AN EXPEDITED HEARING ON THE DEBTORS' SALE
MOTION AND GRANTING RELATED RELIEF**

          Upon the motion (the "Motion")[1] of the Debtors

for an order, pursuant to Bankruptcy Code sections 105,

Rules 2002, 9006, and 9007 of the Federal Rules of

---

[1]  Capitalized terms not otherwise defined herein shall have the
     meanings ascribed to such terms in the Motion.

Bankruptcy Procedure and Rule 9013-1(M) and (N) of the
Local Bankruptcy Rules for the United States Bankruptcy
Court for the Eastern District of Virginia (the "Local
Bankruptcy Rules"), requesting an expedited hearing and
shortened notice on the Sale Motion; and the Court
having reviewed the Motion and the Sale Motion; and the
Court having determined that the relief requested in the
Motion is in the best interests of the Debtors, their
estates, their creditors, and other parties in interest;
and it appearing that proper and adequate notice of the
Motion has been given and that no other or further
notice is necessary; and upon the record herein; and
after due deliberation thereon; and good and sufficient
cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1.    The Motion is GRANTED.

2.    A hearing will be held on January 9, 2009
at 1:00 p.m., prevailing Eastern Time, to hear and
consider the Sale Motion.

3.    The notice period on the Debtors' Sale
Motion is shortened so a final hearing on the Sale
Motion may be heard, considered and ruled upon by the

Court at the hearing currently scheduled for January 16, 2009 at 10:00 a.m. (Eastern Time).

4.      Adequate notice of the relief sought in the Motion has been given and no further notice is required.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  Richmond, Virginia
        January _____ , 2009


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I
hereby certify that the foregoing proposed order has
been endorsed by or served upon all necessary parties.

                        /s/ Douglas M. Foley
                        Douglas M. Foley

Active\6912076

4