Hearing Date: January 9, 2009 at 1:00 p.m. (EST)

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1089 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) ) ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON DEBTORS'
MOTION FOR ORDERS PURSUANT TO BANKRUPTCY CODE SECTIONS
105, 363 AND 364 (I)(A) APPROVING PROCEDURES IN CONNECTION
WITH SALE OF ALL OR SUBSTANTIALLY ALL OF THE BUSINESS
OR ADDITIONAL POST-PETITION FINANCING FOR THE BUSINESS,
(B) AUTHORIZING DEBTORS TO ENTER INTO STALKING HORSE OR
FINANCING AGREEMENTS IN CONNECTION WITH GOING CONCERN
TRANSACTIONS OR STALKING HORSE AGREEMENTS IN CONNECTION WITH
STORE CLOSING AND MISCELLANEOUS ASSET SALES, (C) APPROVING
THE PAYMENT OF TERMINATION FEES IN CONNECTION THEREWITH,
AND (D) SETTING AUCTION AND HEARING DATES, (II) APPROVING
SALE OF DEBTORS' ASSETS FREE AND CLEAR OF ALL INTERESTS
AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on January 9, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors")

filed a Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection with Sale of All or Substantially All of the Business or Additional Post-petition Financing for the Business, (B) Authorizing Debtors to Enter into Stalking Horse or Financing Agreements in Connection with Going Concern Transactions or Stalking Horse Agreements in Connection with Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of All Interests, and (III) Granting Related Relief (the "Motion"), and a Motion for an Expedited Hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that electronic copies of the Motion may be obtained free of charge from the Debtors' claims agent at: http://www.kccllc.net/circuitcity.  Additionally, parties may request a hard copy of the Motion from the Debtors' claims agent by faxing a written request to Kurtzman Carson Consultants LLC at (310) 776-8350.  Such written request should include the case name, the pleading requested, and the requesting party's relevant contact information for transmitting or sending the pleading(s).

**PLEASE TAKE FURTHER NOTICE** that the Court has advised the Debtors that it will grant the Motion for an Expedited Hearing on the Motion, and will allow out-of-town counsel to appear at the hearing telephonically.  To appear telephonically, counsel should call 1-866-393-8073, passcode: *5377749*, no later than ten (10) minutes prior to the scheduled hearing time set forth herein.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read these papers and the Motion carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)**  If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then you or you attorney must:

[X]    Attend (in person or telephonically) a hearing before the Honorable Kevin Huennekens, United States Bankruptcy Judge, **at 1:00 p.m. (Eastern Standard Time) on January 9, 2009** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing and object to the Motion, the Court may grant the relief requested in the Motion**.

**PLEASE TAKE FURTHER NOTICE** that if you or your attorney do not attend the hearing and object to the Motion, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: January 9, 2009  SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia  FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP


/s/ Douglas M. Foley         .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1089

Counsel for Debtors and Debtors in Possession

\6955789