**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

------------------------------------------------------------------- x
**In re:**

**CIRCUIT CITY STORES, INC., et al.**

        **Debtors.**

------------------------------------------------------------------- x

**Chapter 11
CASE NO. 08-35653-KRH**

**Jointly Administered
Judge Kevin R. Huennekens**

**ORDER GRANTING ADMISSION
*PRO HAC VICE* OF LYNDEL A. MASON**

This matter came before the Court upon the Motion for Admission *Pro Hac Vice* of Lyndel A. Mason (the "Motion") filed by Vivieon E. Kelley, seeking admission *pro hac vice* for Lyndel A. Mason of the law firm of Cavazos, Hendricks, Poirot & Smitham, P.C. in the above-styled bankruptcy cases (the "Bankruptcy Cases"), pursuant to Local Rule 2090-1(E).  After review of the Motion and statements therein, and it appearing that the Motion has been served upon counsel for Circuit City Stores, Inc., et al. and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED as follows:

1.    The Motion is granted.

2.    Lyndel A. Mason, of the law firm of Cavazos, Hendricks, Poirot & Smitham, P.C., is hereby admitted to appear and be heard *pro hac vice* in these

Bankruptcy Cases and any related proceedings as counsel for Cypress Equities, a creditor and claimant that is represented locally by Troutman Sanders LLP.

Date Entered: _____

_____
Kevin R. Huennekens, Judge
United States Bankruptcy Court for the Eastern
District of Virginia, Richmond Division

I ASK FOR THIS:

      /s/  Vivieon E. Kelley
Vivieon E. Kelley (VSB No. 44230)
TROUTMAN SANDERS LLP
600 Peachtree Street, Suite 5200
Atlanta, Georgia 30308
Tel: (404) 885-3838
Fax: (404) 962-6792
Email: vivieon.kelley@troutmansanders.com

*Local Counsel to Cypress Equities*

### Rule 9022-1 Certification

Pursuant to Local Bankruptcy Rule 9022-1 (C), I hereby certify that the foregoing proposed Order has been endorsed by or served upon all necessary parties.

_____/s/  Vivieon E. Kelley_____

Atlanta01 2022117v2