UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond District)

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | Case No: 08-35653-KRH |
| | ) | (Jointly Administered) |
| | ) | |
| **Debtors.** | ) | |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

This matter came before the Court upon the Motion to Admit Counsel *Pro Hac Vice* (the "Motion") filed by Michael D. Mueller, Esq., seeking admission *pro hac vice* for Ronald G. Dunn, Esq., of the law form of Gleason, Dunn, Walsh & O'Shea, in the above-styled bankruptcy proceeding on behalf of Savitri Cohen pursuant to Local Rule 2090-1(E)(2). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is required, and it is appropriate that Ronald G. Dunn, Esq., be authorized to practice *pro hac vice* before the Court in the aforementioned bankruptcy proceeding, it is hereby

ORDERED that the Motion is hereby GRANTED, and it is further

ORDERED that Ronald G. Dunn, Esq., may appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on behalf of Savitri Cohen.

Dated: _____, 2009           _____
                                              United States Bankruptcy Judge

_____
Michael D. Mueller, Esquire (VSB 38216)
Augustus C. Epps, Jr., Esquire (VSB 13254)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100

Local Counsel for Savitri Cohen

I ASK FOR THIS:

/s/ Michael D. Mueller
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB No. 76011)
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4129
(804) 697-6129 (facsimile)

## Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Michael D. Mueller
Michael D. Mueller

2

## LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY
## PURSUANT TO LOCAL RULE 9022-1

Michael D. Mueller, Esq.
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095

GLEASON, DUNN, WALSH
 & O'SHEA
Attn: Ronald G. Dunn, Esq.
40 Beaver Street
Albany, New York 12207

Office of the United States Trustee
Attn: Robert B. Van Arsdale
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219-1888

Circuit City Shores, Inc.
Attn: Reginald D. Hedgebeth
9950 Mayland Drive
Richmond, Virginia 23233

Circuit City Shores, Inc.
Attn: Daniel W. Ramsey
9950 Mayland Drive
Richmond, Virginia 23233

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher
& Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esquire
Kellan Grant, Esquire
Skadden, Arps, Slate, Meagher
 & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Bruce H. Matson, Esquire
LeClairRyan, A Professional
 Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23218-2499

David S. Berman, Esquire
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10110 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219