UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

IN RE:                                             )    Chapter 11
CIRCUIT CITY STORES, INC.        )    Case No. 08-35653-KRH
_____Debtor._____)

**NOTICE OF APPEARANCE BY COUNSEL
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the law firm of Fullerton & Knowles, P.C., by undersigned counsel, hereby enters a Notice of Appearance as counsel for Caribbean Display & Construction, Inc., creditor and party in interest, pursuant to Bankruptcy Rules 2002 and 9010, and hereby requests that all notices, given or required to be given, including all papers, pleadings, and correspondence served or required to be served in this case, or any related proceeding, also be served upon the following:

Richard I. Hutson, Esq.
Fullerton & Knowles, P.C.
12644 Chapel Road Suite 206
Clifton, Virginia 20124
(703) 818-2600,
FAX: (703) 818-2602
rhutson@fullertonlaw.com

In addition, the Clerk is requested to place the foregoing names and address on any mailing matrix and or list of creditors to be prepared or existing in this case.

CARIBBEAN DISPLAY
& CONSTRUCTION, INC.
By Counsel

/S/ Richard I. Hutson
Richard I. Hutson, Esq., VSB# 71097
Fullerton & Knowles, P.C.
12644 Chapel Road, Suite 206
Clifton, VA 20124
(703) 818-2600

FAX: (703) 818-2602
rhutson@fullertonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Appearance and Request for Service of Papers were sent via first class mail, postage prepaid, to the following on this, the 9th day of December 2008:

Office of the U.S. Trustee
701 E. Broad St.
Suite 4304
Richmond, Virginia 23219-1888
Attn: Robert B. Van Arsdale
United States Trustee

Skadden, Arps, Slate, Meagher
& Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Attn: Gregg M. Galardi, Esq.

Skadden, Arps, Slate, Meagher
& Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson, Esq.

McGuireWoods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219
Attn: Dion W. Hayes, Esq.

*Counsel for the Debtors and Debtors in Possession*

/S/ Richard I. Hutson
Richard I. Hutson, Esq.