Paul S. Bliley, Jr., VSB # 13973
WILLIAMS MULLEN
P.O. Box 1320
Richmond, VA 23218-1320
Phone: (804) 783-6448
Fax: (804) 783-6507
pbliley@williamsmullen.com
Counsel to CC-Investors 1997-4

Stephen B. Sutton
Lathrop & Gage
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108
816-292-2000

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC., et al.    ) Chapter 11
                                              ) Case No. 08-35653-KRH
                Debtors.                      ) Jointly Administered
                                              ) Judge Kevin R. Huennekens

**NOTICE OF WITHDRAWAL OF MOTION FOR
EXPEDITED HEARING OF A MOTION
COMPELLING IMMEDIATE PAYMENT
OF ADMINISTRATIVE RENT**

PLEASE TAKE NOTICE that movant, CC-Investors 1997-4, a Delaware business trust ("Investors"), hereby withdraws its previously filed *Motion for Expedited Hearing of a Motion and Supporting Memorandum of CC-Investors 1997-4,* LLC, for an Order (a) compelling Debtor to immediately pay administrative rent pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b) and granting related relief (Document Number 1336), which is scheduled for a hearing in this Court on January 16, 2009 at 10:00 a.m.

Dated:  January 9, 2009          CC-INVESTORS 1997-4
    Richmond, Virginia

          By /s/ Paul S. Bliley, Jr._____
              Of Counsel

Paul S. Bliley, Jr., VSB # 13973
WILLIAMS MULLEN
P.O. Box 1320
Richmond, VA  23218-1320
Phone: (804) 783-6448
Fax:   (804) 783-6507
pbliley@williamsmullen.com

Stephen B. Sutton
Lathrop & Gage
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri  64108-2684
Phone: (816) 292-2000
Fax:   (816) 292-2001

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2009, a true and complete copy of the *Notice of Withdrawal of Motion* was served by either First Class Mail, postage prepaid or by electronic delivery to all of the parties on the attached Core and Rule 2002 Service Lists.

         /s/ Paul S. Bliley, Jr._____
         Paul S. Bliley, Jr.

1702588v1