**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re | Chapter 11 |
| **CIRCUIT CITY STORES, INC., et al.,** | No. 08-35653 (KRH) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, T & T ENTERPRISES ("T&T"), a party in interest in this proceeding, hereby appears in the above-captioned case by its counsel, NOLAND, HAMERLY, ETIENNE & HOSS, a Professional Corporation.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2002 for service of all papers, including, but not limited to, notices, orders, reports, pleadings, motions, applications or petitions, disclosure statements, plans and answering and reply papers, filed in the above-captioned case via mail, hand-delivery, fax, electronically or other appropriate means addressed to:

---

Michael D. Mueller, Esquire (VSB 38216)
Augustus C. Epps, Jr., Esquire (VSB 13254)
Jennifer M. McLemore, Esquire (VSB 47164)
Noelle M. James, Esquire (VSB 76001)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  (804) 697-4100

Counsel for T & T Enterprises

Augustus C. Epps, Jr., Esquire
Michael D. Mueller, Esquire
Jennifer M. McLemore, Esquire
Noelle M. James, Esquire
Christian & Barton, L.L.P.
909 E. Main Street, Suite 1200
Richmond, Virginia 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
aepps@cblaw.com
mmueller@cblaw.com
jmclemore@cblaw.com
njames@cblaw.com

and

Anne Secker, Esquire (CBN 96157)
Lisa K. Omori (CBN 157108)
NOLAND, HAMERLY, ETIENNE & HOSS, P.C.
333 Salinas Street
P.O. Box 2510
Salinas, CA 93902-2510
Phone:  (831) 424-1414
Facsimile:  (803) 424-1978
E-mail:  asecker@nheh.com

PLEASE TAKE FURTHER NOTICE that T&T hereby requests that it be included on all limited notice or service lists authorized by the Court in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleadings, claim, or suit is not intended nor shall be deemed to waive T&T's:  (i) right to have final orders in non-core

matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which T&T. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Date:  January 9, 2009

/s/ Jennifer M. McLemore
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB 76001)
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112

and

Anne Secker, Esquire (CBN 96157)
Lisa K. Omori (CBN 157108)
NOLAND, HAMERLY, ETIENNE & HOSS, P.C.
333 Salinas Street
P.O. Box 2510
Salinas, CA 93902-2510
Telephone:  (831) 424-1414
Facsimile:  (803) 424-1978

Counsel for T & T Enterprises

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2009, I caused a copy of the foregoing to be served electronically through the ECF system and by first class mail on the following:

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel to the Debtors*

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois 60606
*Counsel to the Debtors*

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
*Counsel to the Debtors*

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1888
*Assistant United States Trustee*

/s/ Jennifer M. McLemore
Jennifer M. McLemore