**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, ) | |
| ) | Case No. 08-35653 (KRH) |
| Debtors. ) | Jointly Administered |
| ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Nelson Mullins Riley & Scarborough LLP hereby appears as counsel to Connexion Technoligies ("Connexion") a creditor in the above-captioned cases, and requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address, telephone and facsimile number and e-mail address:

> Terri L. Gardner
> Anitra Goodman Royster
> Nelson Mullins Riley & Scarborough LLP
> 4140 Parklake Avenue
> Raleigh, NC 27612
> Telephone:  (919) 329-3900
> Facsimile:  (919) 877-3799
> (terri.gardner@nelsonmullins.com)
> (anitra.royster@nelsonmullins.com)

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail,

facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of Connexion: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which Connexion is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Connexion expressly reserves.

Dated:   January 9, 2009

                                        NELSON MULLINS RILEY & SCARBOROUGH LLP

                                        By:   /s/  Anitra Goodman Royster
                                                 Terri L. Gardner
                                                 North Carolina State Bar No. 9809
                                                 Anitra Goodman Royster
                                                 Virginia State Bar No.: 48328
                                                 P.O. Box 30519
                                                 Raleigh, NC 27622
                                                 (919) 329-3900

                                        *Counsel for Connexion Technologies*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** has been filed electronically in accordance with the local rules and was therefore served electronically on those entities that have properly registered for such electronic service and by first class mail upon the parties listed below:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE  19899-0636
*Counsel to the Debtors*

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, IL  60606
*Counsel to the Debors*

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
*Counsel to the Debtors*

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219-1888
*Assistant United States Trustee*

This the 9th day of January, 2009.

/s/  Anitra Goodman Royster
Anitra Goodman Royster