# THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

IN RE: Circuit City Stores, Inc., Debtor(s).  
    9950 Mayland Dr.  
    Richmond, VA 23233  
    54-0493875

Case No. 08-35653 KRH  
Chapter 11

### Notice of Appearance and Request for Notice

    Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the Tennessee Department of Revenue

Notices should be addressed to:  
Tennessee Department of Revenue  
c/o TN Attorney General's Office, Bankruptcy Division  
PO Box 20207  
Nashville, Tennessee 37202-0207

    The Tennessee Department of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,  
Robert E. Cooper, Jr.  
Attorney General and Reporter

/s/ Gina Baker Hantel  
Gina Baker Hantel  
Assistant Attorney General  
BPR No. 018019  
OFFICE OF THE ATTORNEY GENERAL  
BANKRUPTCY DIVISION  
P O BOX 20207  
Nashville, TN 37202-0207  
Phone: 615-532-2504    Fax: 615-741-3334

### CERTIFICATE OF SERVICE

I certify that on __January 9, 2009_____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Gina Baker Hantel  
Gina Baker Hantel  
Assistant Attorney General

| | |
|---|---|
| Office of the U.S. Trustee<br>701 E. Broad St.<br>Suite 4304<br>Richmond, Virginia 23219 | Daniel F. Blanks<br>Attorney for the Debtor(s)<br>9000 World Trade Center, 101 W. Main St.<br>Norfolk, VA 23510 |