Paul S. Bliley, Jr., VSB # 13973
WILLIAMS MULLEN
P.O. Box 1320
Richmond, VA 23218-1320
Phone:   (804) 783-6448
Fax:      (804) 783-650
pbliley@williamsmullen.com
Counsel for Hayward 880, LLC,
Save Mart Supermarkets,
Crown CCI, LLC and Burbank Mall Associates, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:  CIRCUIT CITY STORES, INC., et al. | ) Chapter 11<br>) Case No. 08-35653-KRH |
| Debtors. | ) Jointly Administered<br>) Judge Kevin R. Huennekens |

**JOINDER TO LANDLORDS' MOTION FOR REHEARING AND/OR RECONSIDERATION AND/OR TO ALTER OR AMEND THE JUDGMENT REGARDING PAYMENT OF NOVEMBER RENT, AND MEMORANDUM IN SUPPORT THEREOF**

Hayward 880, LLC, Save Mart Supermarkets, Crown CCI, LLC and Burbank Mall Associates, LLC by and through its counsel, Williams Mullen, ( the "Objecting Landlords") respectfully submits this Joinder to the above Motion (the "Motion") (Docket Number 1347) filed with the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division (the "Court") on January 2, 2009. The Objecting Landlords join in the Motion for the reasons set forth therein.

**WHEREFORE**, Hayward 880, LLC, Save Mart Supermarkets, Crown CCI, LLC and Burbank Mall Associates, LLC respectfully requests that this Court grant the relief requested in

the Motion and grant the Objecting Landlords any other and further relief this court may deem proper and just.

| | |
|---|---|
| Dated: January 9, 2009<br>Richmond, Virginia | HAYWARD 880, LLC<br>SAVE MART SUPERMARKETS<br>CROWN CCI, LLC<br>BURBANK MALL ASSOCIATES, LLC |

By /s/ Paul S. Bliley, Jr.
Of Counsel

Paul S. Bliley, Jr., VSB # 13973
WILLIAMS MULLEN
P.O. Box 1320
Richmond, VA 23218-1320
Phone: (804) 783-6448
Fax:    (804) 783-6507
pbliley@williamsmullen.com
Counsel for Hayward 880, LLC,
Save Mart Supermarkets,
Crown CCI, LLC and
Burbank Mall Associates, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2009, I caused a copy of the foregoing to be served by electronic means using the Court's CM/ECF system, and that, in addition, true and correct copies of the foregoing were served by either First Class Mail, postage prepaid or by electronic delivery on the "core" list.

/s/ Paul S. Bliley, Jr.
Paul S. Bliley, Jr.

1702626v1