UNITED STATES BANKRTUPCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re: Circuit City Stores, Inc. et al

Case No. 08-35653-KRH

Chapter 11

Debtors(s)

## NOTICE OF HEARING

On December 29, 2008, James M. Stacia filed with the Court his Objection to the Debtor's Motion to Reject His Separation Agreement and Release of Claims.

NOTICE IS HEREBY GIVEN that a hearing to consider and act upon said matter will be held at:
**U.S. Bankruptcy Court, U.S. Courthouse, 701 E. Broad Street, Room 5000, Richmond, VA 23219**

Date: **January 16, 2009**

Time: **10:00 AM**

Date:  January 9, 2009

NOTICE GIVEN BY:
/s/ Frank F. Rennie, IV
Frank F. Rennie, IV (VSB No. 23626)
frennie@cowangates.com
CowanGates PC
1930 Huguenot Road
P.O. Box 35655
Richmond, Virginia  23235
(804) 320-9100 (telephone)
(804) 320-2950 (facsimile)
Attorney for James Stacia

## PROOF OF SERVICE

I hereby certify that on the 9th day of January, 2009, I will electronically file the foregoing Notice of Hearing with the Clerk of Court using the CM/ECF system

_____/s/_____
Frank F. Rennie, IV

Date: January 9, 2009