## MARYLAND ACQUISITIONS LLC
## ARTICLES OF ORGANIZATION

~~THESE ARTICLES OF ORGANIZATION are made as of this 18ᵗʰ day of December, 2008, by the~~ undersigned.

The undersigned, wishing to form a limited liability company under and pursuant to the provisions of the Maryland Limited Liability Company Act hereby certifies to the Maryland State Department of Assessments and Taxation that:

1. **Name of Company**. The name of the Company shall be Maryland Acquisitions LLC (the "Company").

2. **Purpose of Company**. The purpose for which the Company has been formed has been and shall be to acquire, own, develop, sell, lease and otherwise deal with property of every kind and description, real, personal, mixed and/or intangible, wherever situated, and to do all things which the Members deem advisable or appropriate in connection with the acquisition, ownership, development, sale, leasing and/or other disposition of such property. In connection therewith and in connection with any other purpose or activity which the Members elect to pursue in accordance with the operating agreement, the Company may enter into such contracts, agreements, ventures or arrangements with such other persons as may be deemed necessary or advisable by the Members to accomplish any of the purposes of the Company. The Company may also do and engage in any and all other things and activities and have all powers incident to the said acquisition, holding, management, leasing or other disposition of the property, or any part or parts thereof, including, by way of illustration and not by way of limitation, arranging for and delivering contracts of sale, deeds, leases, deeds of trust, mortgages, notes and other evidence of indebtedness, security agreements, and other security instruments; and doing all things reasonably incident to the development, management, leasing and/or other disposition of any property within the control of the Company. The above-enumerated purposes are not intended to limit, restrict and/or impair the Company from undertaking any activities which the Members shall determine in accordance with the operating agreement, and therefore, the Company shall have the power to do all things which a limited liability company shall have the right to do as prescribed by law.

3. **Principal Office and Resident Agent of Company**. The principal office and mailing address of the Company shall be 406 Schley Avenue, Frederick, Maryland 21702. The resident agent of the Company shall be Amanda J. Linthicum, 406 Schley Avenue, Frederick, Maryland 21702.

4. **Dissolution**. The Company shall have perpetual existence unless otherwise dissolved in accordance with the Operating Agreement.

5. **Restrictions on Authority**. The authority of the Members of the Company to act for the Company, solely by virtue of their being Members, is limited as set forth in the Operating Agreement of the Company.

The undersigned hereby consents to act as Resident Agent in Maryland for Maryland Acquisitions LLC.

IN WITNESS WHEREOF, the undersigned, duly authorized to form Maryland Acquisitions LLC, hereby executes, as of the above date, these Articles of Organization.

WITNESS:

Amanda J. Linthicum