

**RICHMOND DIVISION**

F
I
L
E
D

JAN - 9 2009

F
I
L
E
D

CLERK
U.S. BANKRUPTCY COURT

**Charlie Crist**
*Governor*
**Monesia T. Brown**
*Director*

December 31, 2008

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, DE 19899-0636

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
901 E. Carey Street
Richmond, VA 23219

Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, IL 60606

RE:   Circuit City Stores, Inc., et al.
      Case No.: 08-35653

Dear Sirs:

The Agency for Workforce Innovation is in receipt of copies of documents relating to the above referenced Bankruptcy. As the matter seems to be related to a possible tax lien held by the former Department of Labor and Employment Security, we are forwarding the documents to the Florida Department of Revenue, Office of the General Counsel. Any further correspondence regarding this matter should be directed to the Florida Department of Revenue, Office of the General Counsel, P.O. Box 6668, Tallahassee, Florida 32314-6668.

Thank you for your consideration in this matter.

Sincerely,

John R. Perry
ASSISTANT GENERAL COUNSEL

cc:   Mr. Mike Metz, Senior Attorney
      *Department of Revenue*
      Office of General Counsel
      P.O. Box 6668
      Tallahassee, Florida 32314-6668

      US Bankruptcy Court
      for the Eastern District of Virginia
      701 E. Broad Street, Suite 4000
      Richmond, VA 23219

**Agency for Workforce Innovation**
**Office of theGeneral Counsel**
The Caldwell Building, MSC#110 ● 107 E. Madison Street ● Tallahassee ● Florida 32399-4128
Phone 850-245-7150 ● Fax 850-921-3230 ● (TTY/TDD 1-800-955-8771 – Voice 1-800-955-8770)
*For more information go to* www.myflorida.com
An equal opportunity employer/program. Auxiliary aids and services are available upon request to individuals with disabilities. All voice telephone numbers on this document may be reached by persons using TTY/TDD equipment via the Florida Relay Service at 711.
OGC 789