RICHMOND DIVISION
FILED
JAN - 9 2009
CLERK
U.S. BANKRUPTCY COURT

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtor. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that the undersigned appears for Flintlock Northridge LLC and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

> Donald G. Scott
> McDowell, Rice, Smith & Buchanan, P.C.
> 605 West 47th Street, Suite 350
> Kansas City, MO 64112-1905
> E-Mail: dscott@mcdowellrice.com
> Facsimile:    (816) 753-9996

Dated: Kansas City, Missouri
January 6, 2009

Respectfully submitted,

McDOWELL, RICE, SMITH & BUCHANAN
A Professional Corporation

By: *Donald G. Scott*
Donald G. Scott, MO # 28192
605 West 47th Street, Suite 350
Kansas City, MO 64112-1905
Telephone:    (816) 753-5400
Facsimile:    (816) 753-9996
Email: dscott@mcdowellrice.com

ATTORNEYS FOR FLINTLOCK NORTHRIDGE LLC

## Certificate of Service

The undersigned hereby certifies that on this 6th day of January, 2009, a copy of the above and foregoing was mailed, via U.S. Mail, Postage Prepaid, to:

| | | |
|---|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636 | Dion W. Hayes, Esq.<br>Douglas M. Foley, Esq.<br>McGuireWoods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | United States Trustee<br>Robert B. Van Arsdale, Esq.<br>Office of the United States Trustee<br>Richmond, Virginia Office<br>701 East Broad Street, Ste 4304<br>Richmond, VA 23219-1888 |

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2000
Chicago, IL 60606

/s/ Donald G. Scott
Attorney for Flintlock Northridge, LLC

# McDowell, Rice, Smith & Buchanan

A PROFESSIONAL CORPORATION

DONALD G. SCOTT

ATTORNEYS AT LAW

SKELLY BUILDING
SUITE 350
605 WEST 47TH STREET
KANSAS CITY, MISSOURI 64112-1905
(816) 753-5400  FAX (816) 753-9996



RICHMOND DIVISION

FILED JAN - 9 2009 FILED

CLERK
U.S. BANKRUPTCY COURT

January 6, 2009

Clerk
U.S. Bankruptcy Court, Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219

Re:  In re Circuit City Stores, Inc., Bankruptcy Case No. 08-35653 in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division

Dear Sir or Madam:

We are attorneys for Flintlock Northridge LLC, a creditor in the above-referenced case.

Enclosed are the original and two copies of our Notice of Appearance and Request for Notices, which we request that you file in the above-captioned case, and return a "Filed"-stamped copy to the undersigned in the enclosed stamped, self-addressed envelope. Thank you for your attention to this request.

Very truly yours,

Donald G. Scott

Donald G. Scott

cc:  Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
Robert B. Van Arsdale, Esq.