Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1089

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653-KRH |
| | : | Jointly Administered |
| Debtors. | : | |

**NOTICE OF APPROVAL OF ORDER (I) APPROVING PROCEDURES IN CONNECTION WITH SALE OF ALL OR SUBSTANTIALLY ALL OF THE BUSINESS, (II) AUTHORIZING DEBTORS TO ENTER INTO STALKING HORSE AGREEMENTS IN CONNECTION WITH STORE CLOSING AND MISCELLANEOUS ASSET SALES OR STALKING HORSE OR FINANCING AGREEMENTS IN CONNECTION WITH GOING CONCERN TRANSACTIONS, (III) APPROVING THE PAYMENT OF TERMINATION FEE IN CONNECTION THEREWITH, (IV) SETTING AUCTION AND HEARING DATES PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 363 AND (V) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on January 9, 2009, the above-captioned debtors and debtors in possession (collectively, the

1

"Debtors")[1] unsealed their Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection with Sale of All or Substantially All of the Business (B) Authorizing Debtors to Enter into Stalking Horse Agreements in Connection with Store Closing and Miscellaneous Asset Sales or Stalking Horse or Financing Agreements in Connection with Going Concern Transactions, (C) Approving Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors Assets Free and Clear of All Interests and (III) Granting Related Relief (Docket No. 1423)(the "Motion").

PLEASE TAKE FURTHER NOTICE that, on January 9, 2009, the Court signed the Order (I) Approving Procedures in Connection with Sale of All or Substantially All of the Business, (II) Authorizing Debtors to Enter into Stalking Horse Agreements in Connection with Store Closing and Miscellaneous Asset Sales or Stalking Horse or Financing Agreements in Connection with Going Concern Transactions, (III) Approving Payment of Termination Fees in Connection Therewith, (IV) Setting Auction and

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Hearing Dates Pursuant to Bankruptcy Code Sections 105 and 363 and (V) Granting Related Relief (the "Order").[2]

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, except with respect to Landlord Letters or landlord "defensive" proposals, any person or entity wanting to participate in the Going Concern Auction, the Store Closing Auction, and/or the Miscellaneous Asset Auction must submit a Qualified Going Concern Bid, Qualified Store Closing Bid, or a Qualified Miscellaneous Asset Bid in accordance with the Bidding Procedures, which are attached to the Order and available at www.kccllc.net/circuitcity or upon request from counsel for the Debtors, on or before **January 10, 2009 at 5:00 p.m. (Eastern)** (the "Bid Deadline").[3]

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, on or before **January 12, 2009 at 7:00 p.m. (ET)**, the Debtors shall post the Potential Purchaser Notice that includes a list of those Contracts and Leases sought to be assumed and assigned pursuant to a Going Concern Transaction or Store Closing or Miscellaneous Asset Sale on the website for the Debtors' claims and noticing agent, www.kccllc.net/circuitcity. Upon request by electronic mail to Debtors' counsel (gregg.galardi@skadden.com, ian.fredericks@skadden.com, and

---

[2] As of the time of filing and printing of this Notice, the Court had not yet docketed the Order.  Once it is docketed, the Order will be available on the website for the Debtors' claims and noticing agent, www.kccllc.net/circuitcity.

[3] The Bid Deadline may be extended by the Debtors (after consultation with representatives of the Creditors' Committee and the DIP Agent) to a date and time that is not later than 12:00 midnight on January 12, 2009.

t.kellan.grant@skadden.com) by a counterparty to a Contract or Lease that is subject to the Potential Purchaser Notice, the Debtors shall provide Adequate Assurance Information to such counterparty by the later of (i) 12:00 noon (ET) on January 13, 2009 or (ii) six (6) hours after receipt of such request, provided that such request is received between the hours of 8:00 a.m. (ET) and 7:00 p.m. (ET).

PLEASE TAKE FURTHER NOTICE that any party to a Contract or Lease subject to the Potential Purchaser Notice may (but is not required) to file a statement prior to the Hearing (as defined herein) setting forth the amount necessary under Bankruptcy Code sections 365(b)(l)(A) and (B) and 365(f)(2)(A) to cure all defaults and pay all actual pecuniary losses under the Contracts and Leases Contracts.

PLEASE TAKE FURTHER NOTICE that counterparties to any Contract or Lease sought to be assumed and assigned at or in connection with the Hearing, shall either file an objection to the assumption and/or assignment of the Contract or Lease up until **January 15, 2009 at 8:00 p.m. (ET)** and/or orally object at such Hearing. Any filed objection shall state the legal and factual basis of such objection (subject to the restrictions on use of Adequate Assurance Information set forth in the Order) and may be orally supplemented at the Hearing. If a counterparty to any Contract or Lease that is subject to Potential Purchaser Notice either fails to file and serve an objection in accordance with the Order and the instructions in the Potential Purchaser Notice or orally object at the Hearing, the Court may authorize the assumption and assignment of the applicable Contract or Lease at the Hearing.

4

PLEASE TAKE FURTHER NOTICE that any and all written objections as contemplated by this Order must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern District of Virginia, and the Case Management Order, (c) be filed with Bankruptcy Court and (d) served in accordance with the Case Management Order so as to be **received** on or before the appropriate deadline as set forth above or in this Order.

PLEASE TAKE FURTHER NOTICE that the Auctions are tentatively scheduled to commence on **January 13, 2009 at 12:00 p.m. (ET)** at the offices of Skadden, Arps, Slate, Meagher and Flom, LLP at 4 Times Square, New York, New York 10036.  The Debtors shall post the results of the Auctions at www.kccllc.net/circuitcity following the conclusion of the Auctions.

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court shall hold a hearing (the "Hearing"), at which the Debtors shall seek approval of the Successful Bid or a Going Concern Transaction that provides additional financing, at **10:00 a.m. (Eastern) on January 16, 2009**.  The Hearing may be adjourned or rescheduled without further notice by an announcement of the adjourned date at the Hearing.

PLEASE TAKE FURTHER NOTICE that out-of-town counsel may participate in the Hearing telephonically.  To appear telephonically, counsel should call 1-866-393-8073, passcode: *5377749*, no later than fifteen (15) minutes prior to the scheduled hearing time set forth herein.

The Debtors will make the Motion, the Order and any related documents, including the Potential Purchaser Notice and the Bidding Procedures, available on the website for the Debtors' claims and noticing agent, www.kccllc.net/circuitcity.

| | |
|---|---|
| Dated: January 9, 2009<br>Richmond, Virginia | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636 (302) 651-3000<br><br>- and -<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Chris L. Dickerson, Esq.<br>333 West Wacker Drive<br>Chicago, Illinois 60606<br>(312) 407-0700<br><br>- and -<br><br>MCGUIREWOODS LLP<br><br>/s/ Douglas M. Foley          .<br>Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1089<br><br>Counsel for Debtors and Debtors in Possession |