## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **CIRCUIT CITY STORES, INC. *et al.*,** ) | **Case No. 08-035653-KRH** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |

### JOINDER TO LANDLORDS' MOTION FOR REHEARING AND/OR RECONSIDERATION AND/OR TO ALTER OR AMEND THE JUDGMENT REGARDING PAYMENT OF NOVEMBER RENT, AND MEMORANDUM IN SUPPORT THEREOF

Alexander's of Rego Park Center, Inc.; Amherst VF LLC; BevCon I, LLC; Vornado Caguas LP; East Brunswick VF, LLC; Vornado Finance, LLC; Green Acres Mall, LLC; Vornado Gun Hill Road LLC; Marlton VF, LLC; North Plainfield VF LLC; North Bergen Tonnelle Plaza, LLC; Towson VF LLC; VNO Mundy Street LLC; VNO Tru Dale Mabry, LLC; Wayne VF LLC; and Star Universal, LLC (collectively "Objecting Landlords") by and through their counsel, Sands Anderson Marks & Miller P.C., respectfully submit this *Joinder to*

---

William A. Gray, Esquire  (VSB #46911)
Lisa Taylor Hudson, Esquire (VSB # 45484)
Peter M. Pearl, Esquire (VSB # 22344)
C. Thomas Ebel, Esquire (VSB #18637)
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 648-1636
Fax:     (804) 783-7291
---and---
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Gary L. Kaplan, Esquire
Kalman Ochs, Esquire
One New York Plaza
New York, NY 10004
Phone:  (212) 859-8000
Fax:   (212) 859-4000

*Counsel for Amherst VF LLC; East Brunswick VF LLC; North Plainfield VF LLC; Star Universal, LLC; Alexander's of Rego Park Center, Inc.; Towson VF LLC; Green Acres Mall, LLC; VNO Mundy Street, LLC; VNO Tru Dale Mabry,LLC; BevCon I, LLC; Vornado Caguas LP; Marlton VF, LLC; Vornado Finance, LLC;  North Bergen Tonnelle Plaza, LLC; Wayne VF, LLC; and Vornado Gun Hill Road, LLC*

*Landlords' Motion for Rehearing and/or Reconsideration and/or to Alter or Amend the Judgment Regarding Payment of November Rent, and Memorandum in Support Thereof* to the above-referenced motion (the "Motion") (Docket No. 1347) filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court") on or about January 2, 2009. The Objecting Landlords join in the Motion for the reasons set forth more fully therein and for those to be presented in argument at the hearing on same on January 16, 2009, or as soon thereafter as counsel may be heard.

**WHEREFORE,** the Objecting Landlords respectfully request that this Court grant the relief requested in the Motion; and further grant the Objecting Landlords any other and further relief this Court may deem proper and just.

**Dated: January 9, 2009**            Respectfully Submitted,

**AMHERST VF LLC; EAST BRUNSWICK VF LLC; NORTH PLAINFIELD VF LLC; STAR UNIVERSAL, LLC; ALEXANDER'S OF REGO PARK CENTER, INC.; TOWSON VF LLC; GREEN ACRES MALL, LLC; VNO MUNDY STREET, LLC; VNO TRU DALE MABRY, LLC; BEVCON I, LLC; VORNADO CAGUAS LP; MARLTON VF, LLC; VORNADO FINANCE, LLC; NORTH BERGEN TONNELLE PLAZA, LLC; WAYNE VF, LLC; AND VORNADO GUN HILL ROAD, LLC,**

By Counsel

/s/ Lisa Taylor Hudson
William A. Gray, Esquire  (VSB #46911)
Lisa Taylor Hudson, Esquire (VSB # 45484)
C. Thomas Ebel, Esquire  (VSB #18637)
Peter M. Pearl, Esquire  (VSB # 22344)
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 648-1636
Fax:     (804) 783-7291

and

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Gary L. Kaplan, Esquire
Kalman Ochs, Esquire
One New York Plaza
New York, NY 10004
Phone:  (212) 859-8000
Fax:   (212) 859-4000

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

 /s/ Lisa Taylor Hudson

### SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
    *Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
    *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
    *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
    *Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
    *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
    *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
    *Counsel for the Official Committee of
    Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
*Counsel for the Creditors Committee*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
*Counsel for the Creditors Committee*