IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Bankruptcy Case No. 08-35653 |
| Debtor | ) | |
| | ) | Chapter 11 |
| | ) | |

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO:   Clerk of Courts

SIR:

Please enter our appearance on behalf of Equitable Gas Company, LLC in the above captioned matter.  We request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for this creditor.  All notices should be mailed to the following address:

**Equitable Gas Bankruptcy Department**
**Attn: Judy Gawlowski**
**200 Allegheny Center Mall**
**Pittsburgh, Pa. 15212**

                                        GRIFFITH, McCAGUE & WALLACE, P.C.
                                        a professional corporation


                    By:     /s/S. James Wallace
                                        Pa I.D. No. 28815:PA
                                        Attorney for Equitable Gas Company, LLC
                                        The Gulf Tower, 38th Floor
                                        707 Grant Street
                                        Pittsburgh, PA  15219

DECLARATION IN LIEU OF AFFIDAVIT
Regarding Request To Be Added to the Mailing Matrix

      I am the Attorney for Equitable Gas Company, LLC, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

      ( X )    that there are no other requests to receive notices on behalf of this creditor, or

( )    that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 12, 2009.

                                              GRIFFITH, McCAGUE & WALLACE, P.C.
                                              a professional corporation

                By:      /s/S. James Wallace
                           Pa I.D. No. 28815:PA
                           Attorney for Equitable Gas Company, LLC
                           The Gulf Tower, 38th Floor
                           707 Grant Street
                           Pittsburgh, PA  15219

f:\docs\10553\081335\09011201.app.doc