ORIGINAL

RICHMOND DIVISION
FILED JAN - 9 2009 FILED
CLERK
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

---------------------------------------------------------------X
In re:                                                         :     Chapter 11
                                                               :
CIRCUIT CITY STORES, INC. et al.,                              :     Case No. 08-35653 - KRH
                                                               :
                                                               :     (Jointly Administered)
                                                               :
         Debtors.                                              :     [No Hearing Required]
                                                               :
---------------------------------------------------------------X

## NOTICE OF APPEARANCE, REQUEST
## FOR SPECIAL NOTICE, AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that KB COLUMBUS I-CC, LLC, a Delaware limited liability company ("KB Columbus"), a creditor of the Debtor, by and through its counsel, Moldo Davidson Fraioli Seror & Sestanovich LLP hereby requests pursuant to Bankruptcy Code §§ 342 and 1109(b) and Bankruptcy Rules 2002, 3017, 4001, and 9007 that notice of all matters which may come before the Court be given as follows:

> KENNETH MILLER, ESQ.
> MOLDO DAVIDSON FRAIOLI
> SEROR & SESTANOVICH LLP
> 2029 Century Park East, Suite 2100
> Los Angeles, California 90067
> Email: kmiller@mdfslaw.com

PLEASE TAKE FURTHER NOTICE that KB Columbus hereby requests that it be included on the official mailing matrix and all limited notice or service lists authorized by the Court in this Case.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, complaints, demands, replies, answers, hearings, motions, petitions, requests, operating reports, plans of reorganization, disclosure statements, including all amendments of any of the foregoing and any other documents brought before the

109100.1  506.00001

Court in this case, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, email, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, Request for Special Notice, and Demand For Service of Papers nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive KB Columbus' (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which KB Columbus is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: January 5, 2009     By: _____
KENNETH MILLER
MOLDO DAVIDSON FRAIOLI SEROR &
SESTANOVICH LLP
2029 CENTURY PARK EAST, 21ST FLOOR
LOS ANGELES, CALIFORNIA 90067
Tel: 310\ 551-3100, Fax: 310\ 551-0238
Email: kmiller@mdfslaw.com

Attorneys for Creditor
KB COLUMBUS I-CC, LLC, a Delaware limited liability company

109100.1   506 00001

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. I am employed by the law firm of Moldo Davidson Fraioli Seror & Sestanovich LLP, located at 2029 Century Park East, 21st Floor, Los Angeles, California 90067, Telephone: (310) 551-3100, Facsimile: (310) 551-0238.

On **January 8, 2009**, I served the document(s) described as: **NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE, AND DEMAND FOR SERVICE OF PAPERS**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐ **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐ **BY EMAIL:** I caused said document(s) to be sent via email.

☐ **ELECTRONICALLY MAILED:** Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

☐ **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

☐ **[State]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **[Federal]** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **January 8, 2009**, at Los Angeles, California.

Lina Yi

109189.1  506 00001

## SERVICE LIST

*Debtor*
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
Attn: Bruce H. Besanko,
    Debtor Designee

*United States Trustee*
W. Clarkson McDow, Jr.
c/o Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
T: 804/771-2310
F: 804/771-2330
E: robert.b.van.arsdale@usdoj.gov

*Counsel for Creditors, The City Portfolio TIC, LLC, KJF/Faris TIC, LLC, Descanso TIC, LLC, Centre at 38th Street TIC, LLC and RMRG Portfolio TIC, LLC*
Byron Z. Moldo, Esq.
Moldo Davidson Fraioli
Seror & Sestanovich LLP
2029 Century Park East, 21st Floor
Los Angeles, CA 90067
T: 310/551-3100
F: 310/551-0238
E: bmoldo@mdfslaw.com

*Counsel for Official Committee of Unsecured Creditors*
Brad R. Godshall, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
T: 310/277-6910
F: 310/201-0760
E: bgodshall@pszjlaw.com;
jpomerantz@pszjlaw.com

John D. Fiero, Esq.
Pachulski Stang Ziehl & Jones LLC
150 California Street, 15th Floor
San Francisco, CA 9411-4500
T: 415/263-7000
E: jfiero@pszjlaw.com

*Counsel for Debtor*
Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
World Trade Center
101 W. Main Street, Suite 9000
Norfolk, VA 23510
T: 757/640-3700
F: 757/640-3701
E: dblanks@mcguirewoods.com;
dfoley@mcguirewoods.com

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
T: 804/775-1000
F: 804/775-1061
E: dhayes@mcguirewoods.com;
jsheerin@mcguirewoods.com;
sboehm@mcguirewoods.com

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P. O. Box 636
Wilmington, DE 19899
T: 302/651-3000

*Counsel for Official Committee of Unsecured Creditors*
Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017
T: 212/561-7710
E: rfeinstein@pszjlaw.com

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 N. Eighth Street, 2nd Floor
Richmond, VA 23219
T: 804/783-8300
F: 804/783-0178
E: ltavenner@tb-lawfirm.com;
pberan@tb-lawfirm.com

109189 1  506.00001