# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION
FILED JAN - 9 2009
CLERK U.S. BANKRUPTCY COURT

## CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:
- [ ] Debtor
- [ ] Attorney [If Applicable:] Name: _____
- [✓] Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:
- [ ] Husband <u>and</u> Wife
- [ ] Husband <u>Only</u>
- [ ] Wife <u>Only</u>

*[If applicable]* Case Name: Circuit City Stores, Inc., et al.
*[If applicable]* Case No./Adversary Proceeding No.: 08-35653
*[If applicable]* Creditor Name: Nintendo of America Inc.

[✓] Street Address    [✓] Mailing Address
New Address: Attn: Elizabeth Aurelio, Vice President - Credit, 4820 - 150th Ave NE
            No. and Street, Apt., P. O. Box or R. D. No.

City: Redmond        State: WA    Zip: 98052-5115

[✓] Street Address    [✓] Mailing Address
Old Address: Nintendo Hardware, Roger Fong, 2000 Bridge Pkway
            No. and Street, Apt., P. O. Box or R. D. No.

City: Redwood City    State: CA    Zip: 94065

Telephone Number: ( 425 ) 861-2112
**Please include area code**

_Signature of Filer_ [*check filer type below*]:
- [ ] Attorney for Debtor
- [ ] Debtor *[If joint case and address is for <u>husband and wife</u>, both debtors must sign.]*
- [✓] Creditor
- [ ] Attorney

Date: 12-17-08
pc:  Trustee
     United States Trustee
     Creditor (for creditor's change of address)

[changead ver. 02/08]