**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.:    08-35653-KRH |
| ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al* ) | |
| ) | Judge:  Kevin R. Huennekens |
| ) | |
| Debtors.     ) | Chapter 11 |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

Robert D. Tepper, Esq. and the law firm of Schenk, Annes, Brookman & Tepper, Ltd. ("Applicant") hereby file their appearance on behalf of CP Management Corp., as management agent for Orland Towne Center, L.L.C., an Illinois limited liability company, as Owner/Landlord of the property commonly known as Orland Towne Center located at 9231 West 159th Street in Orland Hills, Illinois (hereinafter "Landlord"), who is a creditor and party in interest in this proceeding pursuant to Bankruptcy Rule 9010(b), and request that all notices and pleadings be served upon the undersigned.  In support thereof, the undersigned states as follows:

1.    Landlord is a creditor and party in interest in this proceeding.  As such, Landlord requests that all notices, pleadings, documents and other items which are customarily served under Bankruptcy Rule 2002 and 3017 be served upon counsel for Landlords as follows:

> Robert D. Tepper, Esq.
> Schenk, Annes, Brookman & Tepper, Ltd.
> 311 South Wacker Drive, Suite 5125
> Chicago, Illinois  60606-6657
> Phone:  (312)554-3100
> Fax:  (312)554-3115
> Email: rtepper@sabt.com

2.    Counsel hereby files its appearance as counsel for Landlord.

MLI05.013/180108
PCRTM309.0109

1

2

      3.      Counsel additionally requests that the Debtor and Clerk of the Court place his name and address on any mailing list or matrix of creditors in the above case.

      WHEREFORE, CP Management Corp., as management agent for Orland Towne Center, L.L.C., an Illinois limited liability company, respectfully requests all parties in interest serve notices, pleadings and other documents pursuant to Rule 2002 and 3017 upon its counsel, Robert D. Tepper, Esq., of Schenk, Annes, Brookman & Tepper, Ltd., 311 South Wacker Drive, Suite 5125, Chicago, Illinois 60606 and for such other and further relief as this Court deems just and necessary.

      Respectfully submitted,

      CP Management Corp., as management agent for Orland Towne Center, L.L.C., an Illinois limited liability company

      By: /s/ Robert D. Tepper, Esq.
            One of Its Attorneys

Robert D. Tepper, Esq.
Schenk, Annes, Brookman & Tepper, Ltd.
Attorneys for Landlord
311 South Wacker Drive, Suite 5125
Chicago, IL 60606-6657
(312)554-3100

# CERTIFICATE OF SERVICE

TO:    United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

    The undersigned, an attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers was served upon the above-named and all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system on this 12th day of January, 2009

                                             /s/ Robert D. Tepper, Esq.