| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors
and Debtors in Possession

```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION
- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653 (KRH)
et al.,                       :
                              :
          Debtors.            : Jointly Administered
- - - - - - - - - - - - - - - x
```

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED
IN THE RECORD OF APPEAL WITH RESPECT
TO APPEAL POTOMAC ELECTRIC POWER COMPANY, DELMARVA POWER &
LIGHT COMPANY, ATLANTIC CITY ELECTRIC COMPANY, FLORIDA POWER
& LIGHT COMPANY, CENTRAL MAINE POWER COMPANY, BALTIMORE GAS
<u>AND ELECTRIC COMPANY AND ALABAMA POWER COMPANY</u>**

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,

1

designate pursuant to Bankruptcy Rule 8006 the following items to be included in the record with respect to the appeal filed by Potomac Electric Power Company, Delmarva Power & Light Company, Atlantic City Electric Company, Florida Power & Light Company, Central Maine Power Company, Baltimore Gas and Electric Company and Alabama Power Company, (the "Appellants"), in addition to the items included in Appellants' designation filed on January 1, 2009 (Docket No. 1340):

**Designation of Additional Items to Be
Included in the Record on Appeal**

1. Corrected Declaration of Bruce H. Besanko, Executive Vice President and Chief Financial Officer of Circuit City Stores, Inc., in Support of Chapter 11 Petitions and First Day Pleadings (Docket No. 79); and

2. Transcript from November 10, 2008 Hearing (Docket No. 384).

---

Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Dated: January 12, 2009
      Richmond, Virginia

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    Gregg M. Galardi, Esq.
    Ian S. Fredericks, Esq.
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    (302) 651-3000

    - and –

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    Chris L. Dickerson, Esq.
    333 West Wacker Drive
    Chicago, Illinois 60606
    (312) 407-0700

    - and –

    MCGUIREWOODS LLP


    /s/ Douglas M. Foley             .
    Dion W. Hayes (VSB No. 34304)
    Douglas M. Foley (VSB No. 34364)
    One James Center
    901 E. Cary Street
    Richmond, Virginia 23219
    (804) 775-1000

    Counsel to the Debtors and Debtors in Possession

\7032283.1

3