**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

_____ **Division**

**In re**                                                                                              **Case No.** _____

              **Debtor(s)**                                                                         **Chapter** _____

              **Plaintiff(s)**                                                                        **AP No.** *[If applicable]*

**v.**

              **Defendant(s)**

**ORDER STRIKING PLEADING**

    A _____, having been filed by _____, on _____, and proponent having failed to timely cure the deficiencies as set forth in the

it is, therefore

    **ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

                                           WILLIAM C. REDDEN
                                           Clerk of Court

Date: _____        By_____
                                                           Deputy Clerk

                                             NOTICE OF JUDGMENT OR ORDER
                                             ENTERED ON DOCKET _____

[ostrkpldg ver. 8/2007]