# DOCUMENT FILED

# *UNDER SEAL*

# PER ORDER ENTERED ON DOCKET

_____