| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

             - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653-KRH |
| | : | |
| Debtors. | : | Jointly Administered |

- - - - - - - - - - - - - - - x

## NOTICE TO PROPOSED AUCTION SCHEDULE AND EXTENSION OF BID DEADLINE[1]

PLEASE TAKE NOTICE that the Debtors have received expressions of interest for Going Concern Transactions and continue to explore various financing alternatives. Because the Debtors believe that continuing to explore such interests and financing alternatives is in the best interests of their estates and creditors, the Debtors (after consultation with counsel to the DIP Agent and the Creditors' Committee) extended the Bid Deadline until tomorrow, January 13, 2009 at 3:00 p.m. (Eastern).

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures (D.I. 1460, Ex. A).

PLEASE TAKE FURTHER NOTICE that the Debtors hereby propose the following schedule for the Auctions. The Debtors reserve the right, in accordance with the Bidding Procedures, to adjourn any Auction without or without notice, except for an announcement at any Auction.

PLEASE TAKE FURTHER NOTICE that the Debtors will hold the Miscellaneous Asset Auction beginning at 12 noon (Eastern), tomorrow, January 13, 2009.

PLEASE TAKE FURTHER NOTICE that the Debtors will hold the Store Closing Auction beginning at 12 noon (Eastern), Wednesday, January 14, 2009.

PLEASE TAKE FURTHER NOTICE that the Debtors will hold the Going Concern Auction beginning at the earlier of 3:00 p.m. (Eastern), Wednesday, January 14, 2009 or the conclusion of the Store Closing Auction.

PLEASE TAKE FURTHER NOTICE that all Auctions will be held at the offices of Skadden, Arps, Slate, Meagher & Flom, LLP, 4 Times Square, New York, New York 10036.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

PLEASE TAKE FURTHER NOTICE that for information concerning the Auctions, including periodic announcements, please refer to www.kccllc.net/circuitcity.

Dated: January 12, 2009
       Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley            .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession