IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

----------------------------------------------------------- x
:   Chapter 11
In re:                                                      :
:   Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                                  :
et al.,                                                     :
:   Jointly Administered
Debtors.[1]                                                 :
:
----------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 16, 2008, copies of the following documents were served via overnight mail upon the party set forth on the service list attached hereto as **Exhibit A**:

1. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 21)

2. Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 81)

3. Debtors' Motion for Orders Under 11 U.S.C. §§ 105, 363 and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases for Closing Stores, (II) Setting Sale Hearing Date, and (III) Authorizing and Approving (A) Sale of Certain Nonresidential Real Property Leases Free and Clear of Liens, Claims and Encumbrances (B) Assumption and Assignment of Certain

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

    Unexpired Nonresidential Real Property Leases, and (C) Lease Rejection Procedures (Docket No. 413)

4. Notice of Filing of Exhibit 1 to Proposed Order Under 11 U.S.C. §§ 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases for Closing Stores, (II) Setting Sales Hearing Date, and (III) Authorizing and Approving (A) Sale of Certain Nonresidential Real Property Leases Free and Clear of Liens, Claims, and Encumbrances, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases, and (C) Lease Rejection Procedures (Docket No. 522)

5. Order Under 11 U.S.C. §§ 105, 363 and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases for Closing Stores, (II) Setting Sale Hearing Date, and (III) Authorizing and Approving (A) Sale of Certain Nonresidential Real Property Leases Free and Clear of Liens, Claims, and Encumbrances, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases, and (C) Lease Rejection Procedures (Docket No. 896)

Dated: January 12, 2009

                                                                                   Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 12th day of January, 2009, by Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _Vanessa R Quinones_

**VANESSA RAE QUINONES**
Commission # 1732826
Notary Public - California
Los Angeles County
My Comm. Expires Mar 20, 2011

# EXHIBIT A

Circuit City Stores, Inc.
Rejection Motion Special Party

| SHOPPING CENTER NAME | LANDLORD/ SUBTENANT ADDRESS | ADDR 1 | ADDR 2 | ADDR 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Cc Investors 1995-3 | | Ronald G Cameron | 1004 Commercial Ave No 353 | | Anacortes | WA | 98221 |