**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| **In Re:** | : |
| | : |
| **CIRCUIT CITY STORES, INC.** | : Case No.: 08-35653-KRH |
| | : Chapter 11 |
| | : |
| Debtor. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2009, American Computer Development, Incorporated's (I) Objection to Debtor's Motion for Order Under Bankruptcy Code Sections 105, 363 and 365 and Bankruptcy Rules 6004 and 6006 Authorizing and Approving (A) Assumption and Assignment of Certain Unexpired Leases of Nonresidential Real Property; and (B) Sale of Certain Nonresidential Real Property Leases Free and Clear of Liens, Claims and Encumbrances to Maryland Acquisition, LLC or its Nominee; and (II) Offer to Purchase the Leases for a Higher Amount was served on everyone entitled to service via electronic means pursuant to the Court's order concerning service in this case.

DATE:  January 13, 2009                              Respectfully Submitted,

                                                     AMERICAN COMPUTER
                                                     DEVELOPMENT INCORPORATED
                                                     By Counsel


                                                      /s/ Linda D. Regenhardt, Esq.
                                                     Linda D. Regenhardt, Esquire
                                                     GARY & REGENHARDT, PLLC
                                                     8500 Leesburg Pike, Suite 7000
                                                     Vienna, VA 22182-2409
                                                     Telephone: (703) 848-2828
                                                     Fax: (703) 893-9276

-and-

Edward H. Tillinghast, III
Malani J. Cademartori
SHEPPARD MULLIN RICHTER &
HAMPTON, LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112
Telephone: (212) 332-3847