| | |
|---|---|
| KELLEY DRYE & WARREN LLP | KELLEY DRYE & WARREN LLP |
| James S. Carr (*pro hac vice*) | Washington Harbour, Suite 400 |
| Robert L. LeHane (*pro hac vice*) | 3050 K Street, NW |
| Howard S. Steel (*pro hac vice*) | Washington, DC 20007-5108 |
| 101 Park Avenue | David J. Ervin (VSB No. 34719) |
| New York, New York 10178 | Tel: (202) 342-8436 |
| Tel: (212) 808-7800 | Fax: (202) 342-8451 |
| Fax: (212) 808-7897 | |

Attorneys for Developers Diversified Realty
Corporation, General Growth Properties, Inc.,
Weingarten Realty Investors, Basser-Kaufman, Inc.,
Philips International Holding Corp., Regency Centers, L.P.,
AAC Management Corp., Jones Lang LaSalle Americas, Inc.,
Continental Properties Company, Inc., and
Benderson Development Company, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc.<br>*et. al*.,<br><br>           Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH |

**JOINDER OF DEVELOPERS DIVERSIFIED REALTY CORPORATION, GENERAL GROWTH PROPERTIES, INC., WEINGARTEN REALTY INVESTORS, BASSER-KAUFMAN, INC., PHILIPS INTERNATIONAL HOLDING CORP., REGENCY CENTERS, L.P., AAC MANAGEMENT CORP., JONES LANG LASALLE AMERICAS, INC., CONTINENTAL PROPERTIES COMPANY, INC. AND BENDERSON DEVELOPMENT COMPANY, LLC TO LANDLORDS' MOTION FOR REHEARING AND/OR RECONSIDERATION AND/OR TO ALTER OR AMEND THE JUDGMENT REGARDING PAYMENT OF NOVEMBER RENT, AND MEMORANDUM IN SUPPORT THEREOF**

Developers Diversified Realty Corporation, General Growth Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, Inc., Philips International Holding Corp., Regency Centers, L.P., AAC Management Corp., Jones Lang LaSalle Americas, Inc., Continental Properties Company, Inc., and Benderson Development Company, LLC hereby concur with and join in all

respects the Landlords' Motion For Rehearing And/Or Reconsideration And/Or To Alter Or Amend The Judgment Regarding Payment Of November Rent, And Memorandum In Support Thereof, dated January 2, 2009 [Docket No. 1347].

Dated:  New York, New York
        January 13, 2008

KELLEY DRYE & WARREN LLP

By: /s/ *Robert L. LeHane*_____
James S. Carr (*pro hac vice*)
Robert L. LeHane (*pro hac vice*)
Howard S. Steel (*pro hac vice*)
101 Park Avenue
New York, NY 10178-0002
Tel: (212) 808-7800
Fax: (212) 808-7897

-and-

KELLEY DRYE & WARREN LLP

By: */s/ David J. Ervin*_____
David J. Ervin (VSB No. 34719)
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Tel: (202) 342-8436
Fax: (202) 342-8451

COUNSEL FOR DEVELOPERS DIVERSIFIED REALTY CORPORATION, GENERAL GROWTH PROPERTIES, INC., WEINGARTEN REALTY INVESTORS, BASSER-KAUFMAN, INC., PHILIPS INTERNATIONAL HOLDING CORP., REGENCY CENTERS, L.P., AAC MANAGEMENT CORP., JONES LANG LASALLE AMERICAS, INC., CONTINENTAL PROPERTIES COMPANY, INC., AND BENDERSON DEVELOPMENT COMPANY, LLC