**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc.<br>*et. al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH |

**<u>CERTIFICATE OF SERVICE</u>**

　　　　I hereby certify that on the 13th day of January 2009, I caused to be served the **Joinder of Developers Diversified Realty Corporation, General Growth Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, Inc., Philips International Holding Corp., Regency Centers, L.P., AAC Management Corp., Jones Lang LaSalle Americas, Inc., Continental Properties Company, Inc., and Benderson Development Company, LLC To Landlords' Motion for Rehearing and/or Reconsideration and/or to Alter or Amend the Judgment Regarding Payment of November Rent, and Memorandum in Support Thereof**, in accordance with the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures.

　　　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ *Howard S. Steel*_____
　　　　　　　　　　　　　　　　　　　　James S. Carr (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Robert L. LeHane (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Howard S. Steel (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10178-0002
　　　　　　　　　　　　　　　　　　　　Tel: (212) 808-7800
　　　　　　　　　　　　　　　　　　　　Fax: (212) 808-7897

　　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ David J. Ervin*_____
　　　　　　　　　　　　　　　　　　　　David J. Ervin (VSB No. 34719)
　　　　　　　　　　　　　　　　　　　　Washington Harbour, Suite 400
　　　　　　　　　　　　　　　　　　　　3050 K Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20007-5108
　　　　　　　　　　　　　　　　　　　　Tel: (202) 342-8436
　　　　　　　　　　　　　　　　　　　　Fax: (202) 342-8451