Richard I. Hutson, Esq., VSB# 71097
Fullerton & Knowles, P.C.
12644 Chapel Road, Suite # 206
Clifton, VA 20124
(703) 818-2600
FAX: (703) 818-2602
rhutson@fullertonlaw.com
Counsel for US Signs, Inc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| CIRCUIT CITY STORES, INC. ) | Case No. 08-35653-KRH |
| Debtor. ) | |
| _____) | |
| US SIGNS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| CIRCUIT CITY STORES, INC. ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL**
**OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

PLEASE TAKE NOTICE THAT the Plaintiff, US Signs, Inc. (hereinafter "US Signs" or "Plaintiff"), by counsel, hereby withdraws its Motion for Relief from Automatic Stay *[Docket No.: 814]*, which is scheduled for a hearing in this Court on January 16, 2009 at 10:00am.

US SIGNS, INC.
By Counsel

/S/ Richard I. Hutson
Richard I. Hutson, Esq.
VSB# 71097
Fullerton & Knowles, P.C.
12644 Chapel Road, Suite 206
Clifton, VA 20124
(703) 818-2600
FAX: (703) 818-2602
rhutson@fullertonlaw.com
Counsel for US Signs, Inc.

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing Notice of Withdrawal of Motion for Relief from Automatic Stay were sent via first class mail, postage prepaid, to the following on this, the 13th day of January 2009:

Office of the U.S. Trustee
701 E. Broad St.
Suite 4304
Richmond, Virginia 23219-1888
Attn: Robert B. Van Arsdale
The United States Trustee

Skadden, Arps, Slate, Meagher
& Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Attn: Gregg M. Galardi, Esq.

Skadden, Arps, Slate, Meagher
& Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson, Esq.

McGuireWoods LLP
One James Center
901 E. Cary St.

Richmond, VA 23219
Attn: Dion W. Hayes, Esq.

*Counsel for the Debtors and Debtors in Possession*

                                      /S/ Richard I. Hutson
                                      Richard I. Hutson, Esq.