**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., *et al*.,** | ) | **No. 08-35653-KRH** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |

**JOINDER OF FIRST INDUSTRIAL REALTY TRUST, INC. TO LANDLORDS'**
**MOTION FOR REHEARING AND/OR RECONSIDERATION AND/OR TO ALTER**
**OR AMEND THE JUDGMENT REGARDING PAYMENT OF NOVEMBER RENT**
**AND MEMORANDUM IN SUPPORT THEREOF**

First Industrial Realty Trust, Inc. ("First Industrial"), by its undersigned counsel, hereby joins in the motion of certain landlords for rehearing and/or reconsideration and/or to alter or amend the judgment regarding payment of post-petition November rent obligations due to the Landlords under their respective lease with the Debtors (defined below) ("Landlord's Motion", Docket No. 1347) filed with this Court on January 2, 2009.    In support of this Joinder, First Industrial states as follows:

1.    On November 10, 2008 ("Petition Date"), the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors' cases are being jointly administered in this case.

2.    The Debtors continue to manage and operate their businesses as debtors-in-possession pursuant to Bankruptcy Code sections 1107 and 1108.

3.    On or about February 28, 2007, Circuit City Stores, Inc., one of the Debtors herein, and First Industrial entered into a Standard Form Industrial Building Lease (the "Lease")

H. Jason Gold, Va. Bar No. 19117
Kalina B. Miller, Va. Bar No. 70691
Rebecca L. Saitta, Va. Bar No. 65408
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800

Local Counsel to First Industrial Realty Trust, Inc.

Jeremy W. Ryan (*admitted pro hac vice*)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
302.421.6805

Counsel to First Industrial Realty Trust, Inc.

with respect to real property located at Covington Industrial Park, 600 First Avenue, Gouldsboro,

PA 18424.

4.      The Debtors failed to comply with their obligations under the Lease for the post-

petition portion of the month of November ("Stub Rent").

5.      First Industrial hereby joins in the Landlord's Motion and, for the reasons set

forth therein, requests timely payment of the unpaid Stub Rent, in no event later than sixty (60)

days after the Petition Date.

WHEREFORE, First Industrial respectfully requests that this Court (i) grant the

Landlords' Motion and First Industrial's Joinder therein; and (ii) granting such further relief as

this Court deems just and appropriate.

Respectfully submitted,

FIRST INDUSTRIAL REALTY TRUST, INC.

By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800 (Telephone)
703.905.2820 (Facsimile)

By:      /s/ Kalina B. Miller
        H. Jason Gold, Va. Bar No. 19117
        Kalina B. Miller, Va. Bar No. 70691
        Rebecca L. Saitta, Va. Bar No. 65408

        -and-

Jeremy W. Ryan (*admitted pro hac vice*)
SAUL EWING LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6805

*Counsel to First Industrial Realty Trust, Inc.*

-3-

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of January 2009, a copy of the foregoing Joinder was sent by electronic mail or by first class mail, postage prepaid, to the Core Group service list and the 2002 List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.

  /s/ Kalina B. Miller
Kalina B. Miller

12944859.1