## EXHIBIT A

| | Landlord |
|---|---|
| 1. | Acadia Realty Limited Partnership |
| 2. | Amargosa Palmdale Investments, LLC |
| 3. | Bella Terra Associates |
| 4. | CHK, LLC |
| 5. | Cedar Development Ltd., a Florida Limited Partnership |
| 6. | Cohab Realty, LLC |
| 7. | Gateway Center Properties III, LLC and SMR Gateway III, LLC as Tenants in Common |
| 8. | Generation One and Two, LP |
| 9. | GRI-EQY (Sparkleberry Square) LLC |
| 10. | Inland American Retail Management LLC |
| 11. | Inland Commercial Property Management, Inc. |
| 12. | Inland Continental Property Management Corp. |
| 13. | Inland Pacific Property Services LLC |
| 14. | Inland Southwest Management LLC |
| 15. | Inland US Management LLC |
| 16. | Kimco Realty Corporation |
| 17. | La Habra Imperial, LLC |
| 18. | P/A-Acadia Pelham Manor, LLC* |
| 19. | Rancon Realty Fund IV |
| 20. | Starpoint Property Management, LLC |
| 21. | The West Campus Square Company |
| 22. | Thoroughbred Village Tennessee, GP |
| 23. | UnCommon, Ltd., a Florida Limited Partnership |
| 24. | Union Square Retail Trust |
| 25. | Watercress Associates LP, LLP dba Pearlridge Center |
| 26. | Whitestone Development Partners, L.P. |

---

* Participation in this motion is without prejudice to this landlord's pending motion for relief from stay.



1