UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | )   Case No. 08-35653-KRH |
| | )   Chapter 11 |
| Debtors. | )   (Jointly Administered) |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that Cottonwood Corners – Phase V, LLC ("Movant"), by counsel, has filed a Joinder of Cottonwood Corners – Phase V, LLC to Landlords' Motion for Rehearing and/or Reconsideration and/or to Alter or Amend the Judgment Regarding Payment of November Rent and Memorandum in Support Thereof (the "Motion"). A copy of the Motion is available from the undersigned.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then by January 14, 2009, you or your attorney must:

1. File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before **January 14, 2009**.

   William C. Redden, Clerk
   United States Bankruptcy Court
   701 East Broad Street, Suite 4000
   Richmond, VA 23219-1888

You must also deliver a copy to all parties on the Certificate of Service below and to:

   Michael P. Falzone (VSB #22324)
   Sheila deLa Cruz (VSB #65395)
   Hirschler Fleischer, P.C.

---

| | |
|---|---|
| Michael P. Falzone (VSB No. 22324) | Leslie D. Maxwell, Esq. |
| Sheila deLa Cruz (VSB No. 65395) | Hatch, Allen & Shepherd, P.A. |
| Hirschler Fleischer, PC | Post Office Box 94750 |
| Post Office Box 500 | Albuquerque, NM 87199-4750 |
| Richmond, VA 23218-0500 | (505) 341-0110 |
| (804) 771-9500 | (505) 341-3434 (fax) |
| (804) 644-0957 (fax) | |
| *Counsel for Cottonwood Corners - Phase V, LLC* | *Co-counsel for Cottonwood Corners - Phase V, LLC* |

P.O. Box 500
Richmond, Virginia 23218-0500

and

Leslie D. Maxwell, Esq.
Hatch, Allen & Shepherd, P.A.
Post Office Box 94750
Albuquerque, NM 87199-4750
(505) 341-3434 (fax)

2. Attend the hearing scheduled for **January 16, 2009 at 10:00 a.m.** before The Honorable Kevin R. Huennekens, in Courtroom 5000, United States Bankruptcy Court, 701 E. Broad Street, Richmond, Virginia 23219.

If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated:  January 13, 2009                                            COTTONWOOD CORNERS – PHASE V, LLC


By:  /s/ Michael P. Falzone
Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

Leslie D. Maxwell, Esq.
Hatch, Allen & Shepherd, P.A.
Post Office Box 94750
Albuquerque, NM 87199-4750
(505) 341-0110
(505) 341-3434 (fax)

*Counsel for Cottonwood Corners – Phase V, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Michael P. Falzone
Michael P. Falzone

#2353265v1