L. Darren Goldberg (VA Bar No. 36003)
James E. Clarke (VA Bar No. 40685)
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia  20175
(703) 777-7101 telephone
(703) 995-4542 facsimile

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., *et al.,*<br><br>Debtors. | Case Nos. 08-35653, *et seq.* (Chapter 11)<br>(jointly administered) |

**VERIFIED STATEMENT OF**
**DRAPER & GOLDBERG, PLLC PURSUANT TO FED. R. BANKR. P. 2019**

Draper & Goldberg, PLLC ("D&G") makes the following verified statement in accordance with Fed. R. Bankr. P. 2019:

1. D&G has been retained by the following parties (each a "Represented Party," and collectively, the "Represented Parties") to represent them as counsel in this case. A statement of the nature and amount of each party's claim is also included:[1]

> a. Brick-70, LLC: Asserts continuing claims against the debtor under a lease of non-residential real property which was unexpired on the date this case was filed. This Represented Party is still investigating the validity, priority, and amount of its claims against the debtors and reserves the right to assert any claims against the debtors regardless of whether such claims arose prepetition or postpetition.
>
> b. Bond-Circuit IX Delaware Business Trust: Asserts continuing claims against the debtor under a lease of non-residential real property which was unexpired on the date this case was filed. This Represented Party is still

---

[1] Except as otherwise identified, each of the following Represented Parties requests that its address of record be c/o the undersigned.

investigating the validity, priority, and amount of its claims against the debtors and reserves the right to assert any claims against the debtors regardless of whether such claims arose prepetition or postpetition.

2. D&G has not been employed to represent any committee or indenture trustee in this case.

3. D&G holds no claim against, or interest in, the above-captioned debtors.

Dated: January 13, 2009　　　　　　　　　Respectfully submitted,

DRAPER & GOLDBERG, P.L.L.C.


 /s/ James E. Clarke
L. Darren Goldberg (VA Bar No. 36003)
James E. Clarke (VA Bar No. 40685)
Draper & Goldberg, PLLC
803 Sycolin Road, Suite 301
Leesburg, Virginia  20175
(703) 777-7101 telephone
(703) 995-4542 facsimile

and

Adam Hiller (DE No. 4105)
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
302-339-8800 telephone
302-213-0043 facsimile

## VERIFICATION

I, James E. Clarke, an associate at Draper & Goldberg, PLLC, hereby certify under penalties of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

**by: /s/ James E. Clarke**　　　　　　　　　　　　　　　　　　　　　　　
　　　James E. Clarke　　　　　　　　　　　　　　　　　Date

-2-