# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 13, 2009, copies of the foregoing Verified Statement Of Draper & Goldberg, PLLC Pursuant To Fed. R. Bankr. P. 2019 were served via first-class mail, postage prepaid, upon the parties listed on the attached matrix.

Dated: January 13, 2009          /s/ **James E. Clarke**
                                 James E. Clarke (VA Bar No. 40685)
                                 Draper & Goldberg, PLLC
                                 803 Sycolin Road, Suite 301
                                 Leesburg, Virginia  20175
                                 (703) 777-7101 telephone
                                 (703) 995-4542 facsimile

*DG Reference No. 220206*