IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| CIRCUIT CITY STORES, INC., et al. § | CASE NO. 08-35653-KRH | |
| § | Jointly Administered | |
| § | | |
| DEBTORS. § | CHAPTER 11 | |

**MOTION TO APPEAR *PRO HAC VICE* PURSUANT
TO LOCAL BANKRUPTCY RULE 2090-1(E) (2)**

1. Alexander Jackins, a member in good standing of the bars of Virginia, and Washington DC, and admitted to practice before this Court, hereby moves this Court for entry of an Order permitting Robert W. Dremluk, a partner with the law firm of Seyfarth Shaw LLP, to appear *pro hac vice*, before this Court on behalf of Eatontown Commons Shopping Center, Arboretum of South Barrington Shopping Center, AmCap NorthPoint LLC, and AmCap Arborland LLC ("The Landlords"), pursuant to Local Bankruptcy Rule 2090-1(E)(2). In support thereof, Movant states as follows.

2. Robert W. Dremluk is a non-resident of the Eastern District of Virginia, and is a member in good standing of the bars of the State of New York, the United States District Court for the Southern District of New York, and numerous other federal bankruptcy, district, and circuit courts. There are no disciplinary proceedings pending against Mr. Dremluk.

3. Movant shall serve as co-counsel with Mr. Dremluk in the bankruptcy case and related proceedings.

4. A copy of this motion has been served upon counsel for the Debtors, counsel for the Official Committee of Unsecured Creditors and the Office of the United States Trustee for the Eastern District of Virginia.

5. Pursuant to Local Rule 9013-1 (L), and because this motion does not present contested issues, Movant requests that the Court rule upon the motion without an oral hearing.

WHEREFORE, Movant respectfully requests that this Court enter an Order substantially in the form attached hereto permitting Robert W. Dremluk to appear and be heard *pro hac vice* as counsel to The Landlords, in the Debtors' chapter 11 bankruptcy cases and grant such other relief as necessary and appropriate.

Dated: January 13, 2009

SEYFARTH SHAW LLP

*By: /s/ Alexander Jackins*
Alexander Jackins (VSB #45501)
Counsel for The Arboretum of
South Barrington, LLC
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 463-2400
Facsimile: (202) 828-5393
ajackins@seyfarth.com

and

*By: /s/ Robert W. Dremluk*
Robert W. Dremluk
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5269
Facsimile: (212) 218-5526
rdremluk@seyfarth.com

*Counsel for Eatontown Commons Shopping Center; Arboretum of South Barrington Shopping Center; AmCap NorthPoint LLC; and AmCap Arborland LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CIRCUIT CITY STORES, INC., et al. | § § § | CASE NO. 08-35653-KRH<br>Jointly Administered |
| DEBTORS. | § | CHAPTER 11 |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

Upon the Motion to Appear *Pro Hac Vice* (the "Motion"), and the representations by counsel Alexander Jackins that Robert W. Dremluk is a practicing attorney in good standing in the State of New York; it is hereby

ORDERED that Robert W. Dremluk may appear and practice *pro hac vice* in the above captioned bankruptcy cases and any related adversary litigation on behalf of Eatontown Commons Shopping Center, Arboretum of South Barrington Shopping Center, AmCap NorthPoint LLC, and AmCap Arborland LLC; and it is further

ORDERED, that the Motion is hereby GRANTED.

DATE:_____       _____
                                                            UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

I, Alexander Jackins, an attorney, hereby certify that on this 13th day of January, 2009, a copy of the foregoing, along with the attached Order was mailed, first-class, postage prepaid to:

Linda K. Myers, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601

Bruce Matson, Esq.
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia  23219

Gregg Galardi, Esq.
Chris L. Dickerson, Esq.
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware  19889

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219

Robert B. Van Arsdale, Esq.
Office of the US Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

David S. Berman, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts  02108

A copy was also served on all parties via the electronic case filing system.

*By: /s/ Alexander Jackins*
Alexander Jackins (VSB #45501)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C.  20004
Telephone: (202) 463-2400
Facsimile:  (202) 828-5393
ajackins@seyfarth.com

*Counsel for Eatontown Commons Shopping Center; Arboretum of South Barrington Shopping Center; AmCap NorthPoint LLC; and AmCap Arborland LLC*