UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653 |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF DENNIS J. DREBSKY IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

DENNIS J. DREBSKY, being duly sworn, deposes and says:

1. I am a partner at the law firm of Nixon Peabody LLP ("Nixon Peabody"), which maintains its offices at 437 Madison Avenue, New York, New York 10022. Nixon Peabody's telephone number is (212) 940 - 3077.

2. I am admitted to practice before the Bars of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States Court of Appeals for the Second Circuit, as well as the First, Third, Fourth, Fifth, Seventh, Eighth, Ninth, Tenth and D.C. Circuits.

3. I am a member in good standing and eligible to practice in every jurisdiction to which I have been admitted. There are no disciplinary proceedings pending against me and I have never been suspended or disbarred in any jurisdiction.

4. Within the last ninety days, I have read the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia and reread the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Federal Rules of Bankruptcy Procedure.

Signed under the pains and penalties of perjury this 13th day of January 2009.

        By: /s/ Dennis J. Drebsky
        Dennis J. Drebsky
        437 Madison Avenue
        New York, New York  10022
        Tel.:  (212) 940-3000
        Email: DDrebsky@nixonpeabody.com