UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653 |
| Debtors. | Jointly Administered |

## ORDER AUTHORIZING ADMISSION PRO HAC VICE

This matter came before the Court on the Motion for Admission Pro Hac Vice (the "Motion") filed by Louis E. Dolan, Jr., a member in good standing of the bars of the State of Virginia, the United States District Court for the Eastern District of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, and finding (i) that proper notice of the Motion was given; and (ii) that Dennis J. Drebsky is a member in good standing and eligible to practice before the United States District Court for the Southern and Eastern Districts of New York, and the Supreme Court of the State of New York,

IT IS HEREBY ORDERED that:

1. The Motion is allowed; and

2. Dennis J. Drebsky is hereby authorized to appear *pro hac vice* in and in connection with this Chapter 11 case and any related adversary proceedings.

_____
United States Bankruptcy Judge