CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of January, 2009, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was served via first class mail on:

    Robert B. Van Arsdale
    Office of the United States Trustee
    701 East Broad St. Suite 4304
    Richmond, Virginia 23219
    *Assistant United States Trustee*

    David S. Berman
    Riemer & Braunstein LLP
    Three Center Plaza, 6th Floor
    Boston, Massachusetts 02108
    *Counsel for Bank of America, NA., as Agent*

    Dion W. Hayes
    McGuire Woods LLP
    One James Center
    901 East Cary Street
    Richmond, Virginia 23219
    *Counsel for the Debtors*

    Greg M. Galardi
    Jan S. Fredericks
    Skadden, Asps, Slate, Meagher & Flom
    One Rodney Square
    P.O. Box 636
    Wilmington, DE l9899
    *Counsel for the Debtors*

    I also hereby certify that I caused a copy of the foregoing document to be delivered in PDF format, by e-mai1, to:

    circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com

            /s/ Christopher M. Desiderio
            Christopher M. Desiderio

12349536.1