## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

_____

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.** *et al.,* | ) | **Case No. 08-035653-KRH** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

_____)

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE THAT** Alexander's of Rego Park Center, Inc.; Amherst VF

LLC; BevCon I, LLC; Vornado Caguas LP; East Brunswick VF, LLC; Vornado Finance, LLC;

Green Acres Mall, LLC; Vornado Gun Hill Road LLC; Marlton VF, LLC; North Plainfield VF

LLC; North Bergen Tonnelle Plaza, LLC; Towson VF LLC; VNO Mundy Street LLC; VNO Tru

Dale Mabry, LLC; Wayne VF, LLC; and Star Universal, LLC (collectively, the "Objecting

Landlords") by and through their counsel, Sands Anderson Marks & Miller P.C., have filed a

*Joinder of Alexander's of Rego Park Center, Inc.; Amherst VF LLC; BevCon I, LLC; Vornado*

_____
Lisa Taylor Hudson, Esquire (VSB # 45484)
William A. Gray, Esquire  (VSB #46911)
C. Thomas Ebel, Esquire (VSB #18637)
Peter M. Pearl, Esquire (VSB # 22344)
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 648-1636
Fax:     (804) 783-7291
---And---
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Gary L. Kaplan, Esquire
Kalman Ochs, Esquire
One New York Plaza
New York, NY 10004
Phone:  (212) 859-8000
Fax:   (212) 859-4000
*Counsel for Amherst VF LLC; East Brunswick VF LLC; North Plainfield VF LLC; Star Universal, LLC; Alexander's Rego Park
Center, Inc.; Towson VF LLC; Green Acres Mall, LLC; VNO Mundy Street, LLC; VNO Tru Dale Mabry, LLC; BevCon I, LLC;
Vornado Caguas LP; Marlton VF, LLC; Vornado Finance, LLC; North Bergen Tonnelle Plaza, LLC; Wayne VF, LLC;  and
Vornado Gun Hill Road, LLC*

*Caguas LP; East Brunswick VF, LLC; Vornado Finance, LLC;  Green Acres Mall, LLC;*

*Vornado Gun Hill Road LLC; Marlton VF, LLC; North Plainfield VF LLC; North Bergen*

*Tonnelle Plaza, LLC;  Towson VF LLC; VNO Mundy Street LLC; VNO Tru Dale Mabry, LLC;*

*Wayne VF LLC; and Star Universal, LLC to Landlords' Motion for Rehearing and/or*

*Reconsideration and/or to Alter or Amend the Judgment Regarding Payment of November Rent,*

*and Memorandum in Support Thereof* (the "Motion").  A copy of the Motion is available from

the undersigned, and has been previously filed on the Court's ECF docket and served upon all

necessary parties.

**PLEASE TAKE FURTHER NOTICE THAT <u>your rights may be affected</u>.  You**

**should read these papers carefully and then discuss them with your attorney.  If you have**

**one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult with**

**one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the

Court to consider your views on the Motion, then by **January 14, 2009**, you or your attorney

must:

1.    File with William C. Redden, Clerk of the United States Bankruptcy Court, 701 East

Broad Street, Suite 4000, Richmond, Virginia 23219, a written response pursuant to *Local*

*Bankruptcy Rule* 9013-1(H).  If you mail your written response to the Court for filing, you must

mail it early enough so the Court will receive it on or before **January 14, 2009**.

2.    You must also send a copy to all necessary parties and to counsel for the Objecting

Landlords, attention: Lisa Taylor Hudson, Esquire; Sands Anderson Marks & Miller, P.C.; P.O.

Box 1998; Richmond, Virginia 23218-1998.

3.     Attend the hearing scheduled for **January 16, 2009 at 10:00 a.m.** before the Honorable

Kevin R. Huennekens, in Courtroom 5000, United States Bankruptcy Court, 701 East Broad

Street, Richmond, Virginia 23219.

If you or your attorney do not take these steps, the Court may decide that you do not

oppose the relief sought in the Motion, may deem any opposition waived, treat the Motion as

conceded, and may enter an order granting the relief requested in the Motion.


**Respectfully Submitted,**

**AMHERST VF LLC; EAST BRUNSWICK VF
LLC; NORTH PLAINFIELD VF LLC; STAR
UNIVERSAL, LLC; ALEXANDER'S REGO PARK
CENTER, INC.; TOWSON VF LLC; GREEN
ACRES MALL, LLC; VNO MUNDY STREET,
LLC; VNO TRU DALE MABRY, LLC; BEVCON I,
LLC; VORNADO CAGUAS LP; MARLTON VF,
LLC; VORNADO FINANCE, LLC; NORTH
BERGEN TONNELLE PLAZA, LLC; WAYNE VF,
LLC; AND VORNADO GUN HILL ROAD, LLC,**

**BY COUNSEL**


By:  /s/ Lisa Taylor Hudson
     Lisa Taylor Hudson, Esquire (VSB # 45484)
     William A. Gray, Esquire  (VSB #46911)
     C. Thomas Ebel, Esquire  (VSB #18637)
     Peter M. Pearl, Esquire  (VSB # 22344)
     SANDS, ANDERSON, MARKS & MILLER, P.C.
     801 East Main Street, Suite 1800
     (Post Office Box 1998)
     Richmond, Virginia 23219 (23218-1998)
     Phone:  (804) 648-1636
     Fax:     (804) 783-7291

     and

3

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Gary L. Kaplan, Esquire
Kalman Ochs, Esquire
One New York Plaza
New York, NY 10004
Phone:  (212) 859-8000
Fax:   (212) 859-4000

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

 /s/ Lisa Taylor Hudson

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

4

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
  *Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
  *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
  *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
  *Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
  *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
  *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
  *Counsel for the Official Committee of*
  *Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
      *Counsel for the Creditors Committee*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
      *Counsel for the Creditors Committee*