```
Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,     MCGUIREWOODS LLP
LLP                                       One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

             - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - -x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653-KRH
et al.,                       :
                              :
               Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - -x
```

**NOTICE OF RESUMED AUCTION WITH RESPECT
TO SALE OF DEBTORS' AIRCRAFT[1]**

PLEASE TAKE NOTICE that, prior to the Bid Deadline, the Debtors received a Bid for the sale of their 1996 Hawker 800XP Aircraft (the "Aircraft"). A copy of the Bid is attached hereto.

PLEASE TAKE FURTHER NOTICE that, earlier today, the Debtors held a Miscellaneous Asset Auction. At the commencement of the Auction, the Debtors adjourned the Auction with respect to the Aircraft.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures (D.I. 1460, Ex. A).

PLEASE TAKE FURTHER NOTICE that the Auction with respect to the Aircraft will resume at 4:00 p.m. (Eastern) on January 14, 2009 or such later time as the Debtors may announce on the record at such time.

PLEASE TAKE FURTHER NOTICE that the Auction will be held at the offices of Skadden, Arps, Slate, Meagher & Flom, LLP, 4 Times Square, New York, New York 10036.  Any party wishing to participate in the resumed Auction may appear in person or dial-in electronically using the dial-in instructions available on the below website.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

PLEASE TAKE FURTHER NOTICE that for information concerning the Auction, please refer to www.kccllc.net/circuitcity.

Dated: January 13, 2009
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

– and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

– and –

MCGUIREWOODS LLP

/s/ Douglas M. Foley            .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

563050-Wilmington Server 1A - MSW