IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CASE NO. 08-35653-KRH-11 |
| CIRCUIT CITY STORES, INC., | ) | |
| | ) | |
| Debtor(s). | ) | |
| ------------------------------------------------------------ ) | | |
| | ) | |
| SAFEWAY INC., | ) | |
| c/o Steven L. Higgs, P.C. | ) | |
| Steven L. Higgs, Esq. | ) | |
| 9 Franklin Road, S.W. | ) | |
| Roanoke, Virginia 24011-2403 | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Motion No. _____ |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | |
| and | ) | |
| W. CLARKSON MCDOW, JR., Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION FOR ADMISSION OF DAVID A. NEWBY AS
FOREIGN ATTORNEY *PRO HAC VICE***

TO THE HONORABLE KEVIN R. HUENNEKENS:

Safeway Inc., by counsel, and Steven L. Higgs, a member of the bar of this Court,

respectfully move, pursuant to Local Bankruptcy Rule 2090-1(E)(2)(Effective October 15, 2007),

that David A. Newby, an attorney qualified and licensed to practice before the highest court in the

State of Illinois, United States of America, (Ill. Bar No. 6191580) be permitted to appear *pro hac*

STEVEN L. HIGGS, P.C. (VSB # 90566)
Steven L. Higgs (VSB # 22720)
9 Franklin Road, S.W.
Roanoke, Virginia 24011-2403
(540) 400-7990 Telephone
(540) 400-7999 Facsimile
Counsel for Safeway, Inc.
higgs@higgslawfirm.com

*vice* in association with the individual Movant, for the conduct of this case now pending before this court. In support thereof, Movant state as follows:

1.    Mr. Newby was admitted to the Illinois bar on November 7, 1985, and is admitted to practice in the United States District Court for the Northern District of Illinois on December 12, 1985.

2.    Mr. Newby has previously been admitted *pro hac vice* in this Court, as well as the Bankruptcy Courts for the D. Del., N.D. Ga., and N.D. Tex.

3.    Mr. Newby is not the subject of any disciplinary proceedings and have never been sanctioned, suspended, etc.

4.    Mr. Newby is certified in Business Bankruptcy by the American Board of Certification, which is accredited by the American Bar Association to certify attorneys in consumer bankruptcy law, business bankruptcy, and in creditors' rights law.

Respectfully submitted,

Safeway Inc. and
Steven L. Higgs, Esq.

By:    /s/ Steven L. Higgs
Of Counsel

STEVEN L. HIGGS, P.C. (VSB # 90566)
Steven L. Higgs (VSB # 22720)
9 Franklin Road, S.W.
Roanoke, Virginia  24011-2403
(540) 400-7990 Telephone
(540) 400-7999 Facsimile

Counsel for Safeway Inc.

STEVEN L. HIGGS, P.C. (VSB # 90566)
Steven L. Higgs (VSB # 22720)
9 Franklin Road, S.W.
Roanoke, Virginia  24011-2403
(540) 400-7990 Telephone
(540) 400-7999 Facsimile
Counsel for Safeway, Inc.
higgs@higgslawfirm.com

## CERTIFICATE OF MAILING

The undersigned does hereby certify that a true and correct copy of the foregoing was served electronically or was mailed by first class mail, postage prepaid, on January 14, 2009, to:

Daniel F. Blanks, Esq.
Mcguire Woods, LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510
       Counsel for Circuit City Stores, Inc.

W. Clarkson McDow, Jr., United States Trustee
600 E. Main Street
Suite 301
Richmond, Virginia 23219

20 Largest Unsecured Creditors

          /s/ Steven L. Higgs
            Of Counsel

Motion Copyright © 2005-2009 by Steven L. Higgs, P.C.  All rights reserved.
Our File No.  07119.003\\FILES\07119.003\Pro Hac Vice Motion\01/14/09

STEVEN L. HIGGS, P.C. (VSB # 90566)
Steven L. Higgs (VSB # 22720)
9 Franklin Road, S.W.
Roanoke, Virginia  24011-2403
(540) 400-7990 Telephone
(540) 400-7999 Facsimile
Counsel for Safeway, Inc.
higgs@higgslawfirm.com