IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:                                    :Bankruptcy  Case No. 08-35653 KRH
CIRCUIT CITY STORES, INC. et al.,         :
                                          :
 Debtors(s)                               :Chapter 11

### DECLARATION IN LIEU OF AFFIDAVIT

**Regarding Request to be Added to the Mailing Matrix**

I am the Attorney for the Commonwealth of Pennsylvania, Pennsylvania Department of Revenue, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices.  The new address should be used instead of the existing address, and added to the matrix.  I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

### *Please check the appropriate box*

- that there are no other requests to receive notices on behalf of this creditor, or

that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

_____
Creditor's Name

_____
Creditor's Address

_____
City, State and Zip

I declare under perjury that the foregoing is true and correct.

Executed on   January 14, 2009

/s/ Robert C. Edmundson
Signature of Attorney for Creditor

 Robert C. Edmundson
Typed Name

Office  of Attorney General
564 Forbes Avenue, 5th Floor, Manor Bldg.
Pittsburgh, PA 15219
Address

412-565-2575
Phone No.

P.A. Attorney  I.D. 23533
List Bar I.D. and State of Admission

cc:  Dion W. Hayes, Esquire
      Greg M. Galardi, Esquire

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In Re:                                          :Bankruptcy  Case No. 08-35653 KRH
CIRCUIT CITY STORES, INC. et al.,               :
                                                :
 Debtors(s)                                     :Chapter 11


## APPEARANCE AND REQUEST FOR NOTICE
## OF ALL PENDING AND FUTURE MATTERS

TO: Clerk, United States Bankruptcy Court:

Please enter our appearance on behalf of Commonwealth of Pennsylvania, Pennsylvania Department of Revenue, in the above-captioned bankruptcy proceedings.  Papers should be served on the undersigned at the address set forth below.


Furthermore, request is hereby made that notice of all pending and future matters in the above-captioned case be given to the undersigned and that the name and address of the undersigned be added to mailing matrix of the Debtor.


Nothing in this pleading is intended to waive the State of  Pennsylvania's  or its officials' immunity from suit in a Federal Court under the Eleventh Amendment.



Respectfully submitted,


By:     /s/ Robert C. Edmundson
        Robert C. Edmundson
        Senior Deputy Attorney General
        Counsel to Pennsylvania
        Department of Revenue
        5th Floor, Manor Complex
        564 Forbes Avenue
        Pittsburgh, PA 15219
        Phone #:  412-565-2575
        PA I.D. #  23533

Date:   January 14, 2009