IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                           Case No. 08-35653-KRH

CIRCUIT CITY STORES, INC., et al.                Chapter 11 (Jointly administered)

Debtors.

JOINDER OF RAMCO WEST OAKS I, LLC, RLV VILLAGE PLAZA, LP,
RLV VISTA PLAZA, LP TO LANDLORDS' MOTION FOR REHEARING
AND/OR RECONSIDERATION AND/OR TO ALTER OR AMEND THE
JUDGMENT REGARDING PAYMENT OF NOVEMBER RENT, AND
MEMORANDUM IN SUPPORT THEREOF

Ramco West Oaks I, LLC, RLV Village Plaza, LP, and RLV Vista Plaza, LP hereby concur, and join in all respects, with the Landlords' Motion for Rehearing and/or Reconsideration and/or to Alter or Amend the Judgment Regarding Payment of November Rent, and Memorandum in Support Thereof, dated January 2, 2009 [Docket 1347].

Kaufman & Canoles, a                             Kupelian Ormond & Magy, P.C.
professional corporation                         a professional corporation

By:   /s/ Paul K. Campsen                        By:   /s/ David M. Blau
      Paul K. Campsen, Esq.                            Terrance A. Hiller, Jr., Esq.
       VSB No. 18133                                    Michigan Bar No. P55699
      Kaufman & Canoles, a                             David M. Blau, Esq.
       professional corporation                         Michigan Bar No. P52542
      150 West Main Street, Suite 2100                 Kupelian Ormond & Magy, P.C.
      Norfolk, VA 23510                                25800 Northwestern Highway, Suite 950
      Tele:   (757) 624-3000                           Southfield, MI 48075
                                                       Tele:   (248) 357-0000

Co-Counsel for Ramco West Oaks I, LLC, RLV
Village Plaza, LP, and RLV Vista Plaza, LP

1098-1400/150584

Paul K. Campsen, Esq.                            Terrance A. Hiller, Esq.
 VSB No. 18133                                   Michigan Bar No. P55699
Kaufman & Canoles, a                             David M. Blau, Esq.
 professional corporation                         Michigan Bar No. P52542
150 West Main Street (23510)                     Kupelian Ormond & Magy, P.C.
Post Office Box 3037                             25800 Northwestern Highway, Suite 950
Norfolk, VA 23514                                Southfield, MI 48075
Tele:   (757) 624-3000                           Tele:   (248) 357-0000
Fax:    (757) 624-3169                           Fax:    (248) 357-7488

*Co-Counsel for Ramco West Oaks I, LLC, RLV Village Plaza, LP, and RLV Vista Plaza, LP*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing *Joinder of Ramco West Oaks I, LLC, RLV Village Plaza, LP, and RLV Vista Plaza, LP to Landlords' Motion for Rehearing and/or Reconsideration and/or to Alter or Amend the Judgment Regarding Payment of November Rent, and Memorandum in Support Thereof* was sent in accordance with the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures.

Dated: January 14, 2009       By:    /s/ Paul K. Campsen

:1439594\1