ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF VIRGINIA (RICHMOND) RICHMOND DIVISION

FILED   JAN 1 3 2009   FILED
CLERK
U.S. BANKRUPTCY COURT

| | |
|---|---|
| IN RE | Chapter 11 |
| CIRCUIT CITY STORES, INC. et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

## VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION PURSUANT

## TO BANKRUPTCY RULE 2019

I, Kenneth Miller, declare and state as follows:

1.     I am an attorney at law licensed to practice law in the State of California and a partner with the law firm of Moldo Davidson Fraioli Seror & Sestanovich LLP ("Moldo Davidson").  I have personal knowledge of the facts set forth in this Statement and if called upon as a witness to testify, I could and would testify competently to the facts set forth below.

2.     I, along with Byron Moldo, a Partner with Moldo Davidson, are the attorneys primarily responsible for representing the following creditors (collectively, the "Landlords") in connection with the above entitled case:

> (A)   KB Columbus I-CC, LLC,
> c/o Charles Dunn
> Real Estate Services, Inc.
> 800 West Sixth Street, Fifth Floor
> Los Angeles, California 90017-2709
> Attn.:  Florence Kang

> (B)   The City Portfolio TIC, LLC
> c/o Red Mountain Retail Group, Inc.
> 1234 East 17th Street
> Santa Ana, California 92701
> Attn: Carl Roude

(C)   KJF/Faris TIC, LLC
c/o Red Mountain Retail Group, Inc.
1234 East 17th Street
Santa Ana, California 92701
Attn: Carl Roude

(D)   Descanso TIC, LLC
c/o Red Mountain Retail Group, Inc.
1234 East 17th Street
Santa Ana, California 92701
Attn: Carl Roude

(E)   Centre At 38th Street TIC, LLC
c/o Red Mountain Retail Group, Inc.
1234 East 17th Street
Santa Ana, California 92701
Attn: Carl Roude

(F)   RMRG Portfolio TIC, LLC
c/o Red Mountain Retail Group, Inc.
1234 East 17th Street
Santa Ana, California 92701
Attn: Carl Roude

3.   The Landlords currently hold unsecured pre-petition claims, unsecured rejection claims and/or post-petition administrative claims for unpaid rent and other charges. The full amount of each of the Landlords' claims is undetermined at this time.

4.   The Landlords have all retained Moldo Davidson to represent them with respect to their interests in connection with the above captioned case. All parties are being billed on a monthly basis at Moldo Davidson's normal hourly rates for its partners, of counsel, associates and legal assistants for time spent and costs incurred in providing legal services.

5.   The Landlords are aware of, and have consented to, Moldo Davidson's joint representation of the other clients in this case.

108862.1   14510.00014

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed this 7th day of January, 2009 at Los Angeles, California.

DATED:  01/07/09

MOLDO DAVIDSON FRAIOLI
SEROR & SESTANOVICH LLP


By: _____
KENNETH MILLER (CA SBN 126083)
MOLDO DAVIDSON FRAIOLI
SEROR & SESTANOVICH LLP
2029 Century Park East, 21st Floor
Los Angeles, CA 90067
Tel: (310) 551-3100
Fax: (310) 551-0238
Email: kmiller@mdfslaw.com
Attorneys for The City Portfolio TIC, LLC, KJF/Faris TIC,
LLC, Descanso TIC, LLC, Centre at 38th Street TIC, LLC
and RMRG Portfolio TIC, LLC

108862.1   14510.00014

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

      I am employed in the County of Los Angeles, State of California; I am over the age of 18

4

years and am not a party to the within action. I am employed by the law firm of Moldo Davidson Fraioli Seror & Sestanovich LLP, located at 2029 Century Park East, 21st Floor, Los Angeles, California 90067, Telephone: (310) 551-3100, Facsimile: (310) 551-0238.

5

      On **January 12, 2009**, I served the document(s) described as: **VERIFIED STATEMENT**

6

**OF MULTIPLE CREDITOR REPRESENTATION PURSUANT TO BANKRUPTCY RULE 2019**, on the interested parties in said action by enclosing the document(s) in a sealed envelope

7

addressed as follows:

8

### SEE ATTACHED SERVICE LIST

9 ☒ **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and

10 processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California

11 in the ordinary course of business.

12 ☐ **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

13

14 ☐ **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐ **BY EMAIL:** I caused said document(s) to be sent via email.

15

☐ **ELECTRONICALLY MAILED:** Said document(s) were electronically served on the

16 person(s) as indicated on the attached Notice of Electronic Filing.

17 ☐ **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

18

19 ☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

20 ☐ **[State]**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21

22 ☒ **[Federal]**    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

23

24     Executed on **January 12, 2009**, at Los Angeles, California.

25

26

27     Lina Yi

28

1

**SERVICE LIST**

2

***Debtor***
Circuit City Stores, Inc.

3   9950 Mayland Drive
Richmond, VA  23233

4   Attn:  Bruce H. Besanko,
            Debtor Designee

5

***United States Trustee***

6   W. Clarkson McDow, Jr.
c/o Robert B. Van Arsdale, Esq.

7   Office of the U. S. Trustee
701 E. Broad Street, Suite 4304

8   Richmond, VA  23219
T:  804/771-2310

9   F:  804/771-2330
E:  robert.b.van.arsdale@usdoj.gov

10

***Counsel for Creditors, The City Portfolio TIC,***

11  ***LLC, KJF/Faris TIC, LLC, Descanso TIC,***
***LLC, Centre at 38th Street TIC, LLC and***

12  ***RMRG Portfolio TIC, LLC***
Byron Z. Moldo, Esq.

13  Moldo Davidson Fraioli

14  Seror & Sestanovich LLP
2029 Century Park East, 21st Floor

15  Los Angeles, CA  90067
T:  310/551-3100

16  F:  310/551-0238

17  E:  bmoldo@mdfslaw.com

18

19  ***Counsel for Official Committee of Unsecured***
***Creditors***

20  Brad R. Godshall, Esq.
Jeffrey N. Pomerantz, Esq.

21  Pachulski Stang Ziehl & Jones
10100 Santa Monica Blvd., 11th Floor

22  Los Angeles, CA  90067-4100
T:  310/277-6910

23  F:  310/201-0760
E:  bgodshall@pszjlaw.com;

24  jpomerantz@pszjlaw.com

25  John D. Fiero, Esq.
Pachulski Stang Ziehl & Jones LLC

26  150 California Street, 15th Floor
San Francisco, CA  9411-4500

27  T:  415/263-7000
E:  jfiero@pszjlaw.com

28

***Counsel for Debtor***
Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
World Trade Center
101 W. Main Street, Suite 9000
Norfolk, VA  23510
T:  757/640-3700
F:  757/640-3701
E:  dblanks@mcguirewoods.com;
dfoley@mcguirewoods.com

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
T:  804/775-1000
F:  804/775-1061
E:  dhayes@mcguirewoods.com;
jsheerin@mcguirewoods.com;
sboehm@mcguirewoods.com

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P. O. Box 636
Wilmington, DE  19899
T:  302/651-3000

***Counsel for Official Committee of Unsecured***
***Creditors***
Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017
T:  212/561-7710
E:  rfeinstein@pszjlaw.com

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 N. Eighth Street, 2nd Floor
Richmond, VA  23219
T:  804/783-8300
F:  804/783-0178
E:  ltavenner@tb-lawfirm.com;
pberan@tb-lawfirm.com