# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc.

*Debtor(s)* /

Case No. 08-35653-KRH
Chapter 11

## REQUEST FOR SERVICE

**Creditor, Miami-Dade County Tax Collector, through the Miami Dade County Paralegal Unit**, files this request to be added to the mailing matrix maintained by the clerk of the Bankruptcy Court, and further requests that copies of all notices, pleadings, and other documents filed in this case be sent to the Miami-Dade County Tax Collector in care of the Miami-Dade County Paralegal Unit.

### CERTIFICATE OF SERVICE

**I HEREBY** certify that a true and correct copy of the foregoing has been provided by U.S. Mail and/or Email to:
U.S. Trustee: W. Clarkson McDow, Jr., Office of the U. S. Trustee, 701 E. Broad St., Suite 4304, Richmond, VA 23219
Attorney for the Debtor: Daniel F. Blanks, McGuireWoods LLP, 9000 World Trade Center, 101 W. Main St., Norfolk, VA 23510

> Fernando Casamayor, Tax Collector
> Miami-Dade County, FL
> This 31st day of December 2008
>
> By: _____/S/_____
> Alberto Burnstein
> Paralegal Collection Specialist
> Miami Dade Bankruptcy Unit
> 140 West Flagler Street, Suite 1403
> Miami, FL 33130-1575
> (305) 375-4679   FAX (305) 375-1142
> E-Mail: alberto@miamidade.gov
>           MDTCBKC@miamidade.gov



RICHMOND DIVISION
FILED JAN 1 3 2009
CLERK
U.S. BANKRUPTCY COURT