UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In Re: Circuit City Stores, Inc
Jonathan Lee Riches d/b/a Shakir Stewart, movant
Chapter 11

08-35653

RICHMOND DIVISION
FILED JAN 13 2009
U.S. BANKRUPTCY COURT CLERK

Motion to Object to Settlement
Motion to Intervene as Plaintiff under rule 7042, rule 24(A)(B)
Motion for Request for Admission Rule 36

Comes now, the Intervenor, Plaintiff Jonathan Lee Riches, moves this court to intervene as a Plaintiff under Fed. R. Civ P rule 24(A)2- as a unconditional matter of right. Zuber v. Allen, under rule 24(B) - Permissive Intervention, Nevilles v. EEOC, under rule 7042 under Bankruptcy Procedure. I have a vested interest in this case, and I move to object to settlement offer. I was a former Circuit City employee in 2002 before I went to Federal prison for computer fraud. I worked in the Electronics Dept., I invested in Circuit City's 401K plan and bought stock options. This case effects me as I lost all of my pension and was treated unfairly. Circuit City Stores violated my civil rights. I have documents, exhibits, and newly discovered evidence related to this case and can be reached or contacted at the below address. I pray this honorable Bankruptcy Court will grant my motions for relief.

respectfully,

Jonathan Lee Riches #40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

1-1-09