IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-------------------------------------------x
In re:                              Chapter 11

CIRCUIT CITY STORES, et al.,        Case No. 08-35653 (KRH)

            Debtors.                Jointly Administered
-------------------------------------------x

RICHMOND DIVISION
FILED
JAN 1 2 2009
CLERK
U.S. BANKRUPTCY COURT

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that request is made by counsel for LC White Plains Retail LLC ("LC White Plains"), a party in interest in the above-referenced bankruptcy case, hereby appears in the above-captioned bankruptcy pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests, pursuant to Sections 342 and 1109(b) of the Bankruptcy Code Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b), that copies of all notices, pleadings, motions and applications given or filed in this bankruptcy case and/or in any adversary proceeding or contested matter filed in connection herewith, be given to and served upon:

> DelBello Donnellan Weingarten
> Wise & Wiederkehr, LLP
> One North Lexington Avenue
> White Plains, New York 10601
> (914) 681-0200
> fjh@ddw-law.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and the papers referred to in the above-mentioned rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, demands, disclosure statements and plans of

reorganization, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, facsimile, electronic mail or otherwise filed or made in regard to the above-referenced bankruptcy case and any proceeding related thereto.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and demand for notices and papers shall not be deemed or construed to be a waiver of any of the rights of LC White Plains (1) to have final orders in none-core matters entered only after de novo review by a United States District Court Judge; (2) to invoke the right to a trial by jury in any proceeding so triable in this bankruptcy case or in any other case, controversy, or proceeding related to this bankruptcy case; (3) to ask the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to contend that jurisdiction or venue in this Court over any matter is improper or inappropriate; or (5) of any other rights, claims or actions, setoffs, or recoupments to which LC White Plains is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments LC White Plains expressly reserves.

Dated: White Plains, New York
January 9, 2009

                        DelBello Donnellan Weingarten
                        Wise & Wiederkehr, LLP

                        By: _/s/ Frank J. Haupel_
                             Frank J. Haupel
                        One North Lexington Avenue
                        White Plains, New York 10601
                        (914) 681-0200
                        fjh@ddw-law.com

                        Counsel for LC White Plains Retail LLC

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 9th day of January, 22009, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers to be served by Federal Express Overnight Delivery on the following:

Richard McDaniel
Ricman Equities Corporation
1121 Ocean Forest Lane
Seabrook, South Carolina 29455

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899

Timothy G. Pohl, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois 60606

Dion W. Hayes
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Office of the United States Trustee
Richmond Virginia Office
600 East Main Street, Suite 301
Richmond, Virginia 23219

Circuit City Stores, Inc., et al.
Claims Processing Dept.
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Frank J. Haupel, Esq.

# DelBello Donnellan Weingarten
## Wise & Wiederkehr, LLP

COUNSELLORS AT LAW

THE GATEWAY BUILDING
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601

(914) 681-0200
FACSIMILE (914) 684-0288

THOMAS R. BEIRNE
BRIAN T. BELOWICH°
RICHARD BEMPORAD
ANN FARRISSEY CARLSON°
ALFRED B. DELBELLO
ALFRED E. DONNELLAN†
JANET J. GIRIS▼
FRANK J. HAUPEL
PAUL I. MARX†
FAITH G. MILLER
KEVIN J. PLUNKETT■
PATRICK M. REILLY
BRADLEY D. WANK★
JAMES J. SULLIVAN
MARK P. WEINGARTEN°
LEE S. WIEDERKEHR
PETER J. WISE, AICP †

JACOB E. AMIR
STEFANIE A. BASHAR°
MATTHEW A. BAVOSO▲
NICHOLAS CAPUANO°
MATTHEW S. CLIFFORD†
JENNIFER M. JACKMAN°
JENNIFER A. LOFARO°
SUSAN CURRIE MOREHOUSE
PERRY M. OCHACHER
BIANCA L. RESMINI°
MICHAEL J. SCHWARZ°
DANIEL G. WALSH
EVAN WIEDERKEHR
KRISTEN KELLEY WILSON°
HEIDI WINSLOW

ANDREW J. BALINT
RICHARD A. KATZIVE
BRANDON R. SALL★
ELIOT M. SCHUMAN
DAVID R. SELZNICK & CO., LLP

COUNSEL

°MEMBER OF NY & CT BARS
†MEMBER OF NY & NJ BARS
✱MEMBER OF NY & DC BARS
▲MEMBER OF NY, CT & NJ BARS
▼MEMBER OF NY, NJ & MA BARS
■MEMBER OF NY & FL BARS
★MEMBER OF NY, NJ, CT & FL BARS

January 9, 2009

**FEDERAL EXPRESS**

Clerk's Office
U.S. Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, Virginia 23219

    Re:    **In re: Circuit City Stores, et al.., Debtors**
            **Case No. 08-35653 (KRH)**

Dear Sir/Madam:

       Enclosed for filing please find original Notice of Appearance And Request For Service of Notices And Papers with respect to the above-referenced matter.. Also enclosed is a copy of same. Please stamp the copy "Filed" or "Received" and return to me in the self-addressed, stamped envelope provided herein.

                                   Very truly yours,

                                   Frank J. Haupel

FJH:sk
Enclosures

1269924
0027520-044