# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653 |
| et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

COMES NOW Gary V. Fulghum and the law firm of Seigfreid, Bingham, Levy, Selzer and Gee, P.C. and enters his appearance on behalf of Lang Construction, Inc., creditor herein, and request to receive notice as counsel for creditor Lang Construction, Inc. in the above captioned matter.

Respectfully submitted,

SEIGFREID, BINGHAM, LEVY,
SELZER & GEE

By:/s/ Gary V. Fulghum
Gary V. Fulghum, KS #09114
2800 Commerce Tower, 911 Main
Kansas City, MO  64105
(816)421-4460
(816)474-3447 fax
gfulghum@sblsg.com

**ATTORNEYS FOR CREDITOR**
LANG CONSTRUCTION, INC.

473099v1

## CERTIFICATE OF SERVICE

  I hereby certify that on the 14th day of January, 2009, I electronically filed the foregoing with the Clerk of the Bankruptcy Court by using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

            /s/ Gary V. Fulghum
            Attorneys for Creditor
            Lang Construction, Inc.

473099v1