UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 11 |
| Circuit City Stores, Inc., *et al.*, | ) Case No. 08-35653 KRH |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Frank F. McGinn, hereby certify that on January 14, 2009, I served a copy of the Request for Special Notice and Service of Papers, in the manner specified below to the parties on the attached service list.

Dated: January 14, 2009        /s/ Frank F. McGinn
                                Frank F. McGinn (Massachusetts BBO# 564729)
                                ffm@bostonbusinesslaw.com
                                Bartlett Hackett Feinberg P.C.
                                155 Federal Street, 9th Floor
                                Boston, MA 02110
                                Tel. (617) 422-0200
                                Fax. (617) 422-0383

## BY EMAIL

- Robin S. Abramowitz    abramowitz@larypc.com
- Angela Sheffler Abreu    aabreu@mccarter.com, rowan20@excite.com
- Christopher M. Alston    alstc@foster.com, muelk@foster.com
- Mark K. Ames    mark@taxva.com
- Heather Lynn Anderson    Heather.Anderson@dol.lps.state.nj.us
- Henry P. Baer    CSommer@fdh.com, csommer@fdh.com
- Peter Barrett    peter.barrett@kutakrock.com,
  lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;elenora.allen@kutakrock.com
- Raymond William Battaglia    rbattaglia@obht.com
- Philip C. Baxa    phil.baxa@mercertrigiani.com, liz.camp@mercertrigiani.com
- Christopher R. Belmonte    cbelmonte@ssbb.com,
  asnow@ssbb.com,pbosswick@ssbb.com
- Paula S. Beran    pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com
- Jason B. Binford    jason.binford@haynesboone.com
- Ron C. Bingham    rbingham@stites.com, dclayton@stites.com
- Patrick M. Birney    pbirney@rc.com, ccanty@rc.com
- Daniel F. Blanks    dblanks@mcguirewoods.com
- Paul S. Bliley    pbliley@williamsmullen.com,
  rcohen@williamsmullen.com;hpollard@williamsmullen.com
- Sarah Beckett Boehm    sboehm@mcguirewoods.com, kcain@mcguirewoods.com
- Wanda Borges    borgeslawfirm@aol.com
- Anne Elizabeth Braucher    anne.braucher@dlapiper.com
- John P. Brice    lexbankruptcy@wyattfirm.com
- William A. Broscious    wbroscious@kbbplc.com
- Timothy Francis Brown    brownt@arentfox.com, giaimo.christopher@arentfox.com
- Mark E. Browning    bk-mbrowning@oag.state.tx.us, sherri.simpson@oag.state.tx.us
- Andrew M. Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com
- William A. Burnett    aburnett@williamsmullen.com
- Aaron R. Cahn    cahn@clm.com
- Paul K. Campsen    pkcampsen@kaufcan.com
- William H. Casterline    wcasterlinejr@blankeith.com, bford@bklawva.com
- Eugene Chang    echang@steinlubin.com
- Sara L. Chenetz    schenetz@sonnenschein.com
- Dominic L. Chiariello    dc@chiariello.com
- Charles W. Chotvacs    chotvacsc@ballardspahr.com,
  aconway@taubman.com;Pollack@ballardspahr.com
- Anthony J. Cichello    acichello@kb-law.com
- James E. Clarke    vaecf@drapgold.com, ryanb@drapgold.com;danield@drapgold.com
- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
- Andrew Lynch Cole    acole@fandpnet.com
- Ken Coleman    Ken.Coleman@allenovery.com
- Michael A. Condyles    michael.condyles@kutakrock.com,
  lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com

- Mark B. Conlan   mconlan@gibbonslaw.com
- Andrew S. Conway   aconway@taubman.com
- Erin Elizabeth Corbett   ecorbett@spottsfain.com,
  kligon@spottsfain.com;skelly@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com
- Eric C. Cotton   hsmith@ddr.com
- Robert K. Coulter   robert.coulter@usdoj.gov,
  sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov
- David H. Cox   dcox@jackscamp.com,
  phaynes@jackscamp.com;dstewart@jackscamp.com
- John M. Craig   johncraigg@aol.com, russj4478@aol.com
- William C. Crenshaw   WCrenshaw@pogolaw.com,
  michelle.mcmahon@bryancave.com
- Paul McCourt Curley   pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
- Heather D. Dawson   hdawson@kkgpc.com, scarlberg@kkgpc.com
- Gilbert D. Dean   ddean@coleschotz.com
- Christopher M. Desiderio   cdesiderio@nixonpeabody.com
- Deborah H. Devan   dhd@nqgrg.com
- Jaime Sue Dibble   jdibble@stinson.com, lbigus@stinson.com
- Louis E. Dolan   ldolan@nixonpeabody.com, rfullen@nixonpeabody.com
- Jennifer V. Doran   jdoran@haslaw.com
- Paul A. Driscoll   pdriscol@pendercoward.com
- Seth A. Drucker   sdrucker@honigman.com
- Ronald G. Dunn   bstasiak@gdwo.net
- Robert A. Dybing   rdybing@t-mlaw.com, pfemiani@t-mlaw.com
- Sara B. Eagle   eagle.sara@pbgc.gov, efile@pbgc.gov
- Robert C. Edmundson   redmundson@attorneygeneral.gov, agrice@attorneygeneral.gov
- Tara L. Elgie   tara.elgie@leclairryan.com,
  erik.gustafson@leclairryan.com;elizabeth.saladini@leclairryan.com;martha.hulley@leclairryan.com
- Bradford F. Englander   benglander@linowes-law.com, klevie@linowes-law.com;jkneeland@linowes-law.com;gduvall@linowes-law.com;nconstantino@linowes-law.com;bnestor@linowes-law.com;aevert@linowes-law.com
- Augustus C. Epps   aepps@cblaw.com, lthompson@cblaw.com
- David J. Ervin   dervin@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com
- Belkys Escobar   Belkys.Escobar@loudoun.gov,
  Karen.Stapleton@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
- Michael P. Falzone   mfalzone@hf-law.com, stoboz@hf-law.com
- Robert J. Feinstein   rfeinstein@pszjlaw.com,
  rorgel@pszjlaw.com;dharris@pszjlaw.com
- John D. Fiero   jfiero@pszjlaw.com
- Douglas M. Foley   dfoley@mcguirewoods.com
- Jeremy S. Friedberg   jeremy.friedberg@llff.com,
  ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com

- Jeremy S. Friedberg    jsf@llff.com,
  ecf@llff.com;gordon.young@llff.com;steven.leitess@llff.com
- Ellen A. Friedman    efriedman@friedumspring.com,
  ramona.neal@hp.com;ken.higman@hp.com
- Brad R. Godshall    bgodshall@pszjlaw.com
- Douglas R. Gonzales    dgonzales@wsh-law.com
- Anitra D. Goodman Royster    anitra.royster@nelsonmullins.com,
  betsy.burn@nelsonmullins.com;raina.steward@nelsonmullins.com;terri.gardner@nelson
  mullins.com
- Kimbell D. Gourley    kgourley@idalaw.com, sprescott@idalaw.com
- Garry M. Graber    GGraber@HodgsonRuss.com,
  jkreher@hodgsonruss.com;dpiazza@hodgsonruss.com;jrando@hodgsonruss.com;bomall
  ey@hodgsonruss.com
- Jeffrey J. Graham    jgraham@taftlaw.com,
  dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com
- Gregory D. Grant    ggrant@srgpe.com, csydnor@srgpe.com;lsmith@srgpe.com
- William A. Gray    bgray@sandsanderson.com,
  lhudson@sandsanderson.com;tebel@sandsanderson.com;rarrington@sandsanderson.com
  ;kwalters@sandsanderson.com
- William F. Gray    wgray@torys.com, tmartin@torys.com
- Steven H. Greenfeld    steveng@cohenbaldinger.com
- David A. Greer    dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
- Elizabeth L. Gunn    egunn@durrettebradshaw.com, sryan@durrettebradshaw.com
- Jerry Lane Hall    jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com
- Eric A. Handler    ehandler@donahue.com, jane@donahue.com
- Gina Baker Hantel    agbankcal@ag.tn.gov
- David Emmett Hawkins    dhawkins@velaw.com
- Dion W. Hayes    dhayes@mcguirewoods.com
- Melissa S. Hayward    mhayward@lockelord.com
- Steven L. Higgs    higgs@higgslawfirm.com, vest@higgslawfirm.com
- John E. Hilton    jeh@carmodymacdonald.com
- Matthew E. Hoffman    mehoffman@duanemorris.com,
  lltaylor@duanemorris.com;lstopol@levystopol.com
- David D. Hopper    ddhopper@chlhf.com, scilino@chlhf.com
- Mary Angela House    mhouse@akingump.com,
  jgold@akingump.com;bpatrick@akingump.com
- Brian D. Huben    brian.huben@kattenlaw.com,
  carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;donna.carolo@kattenlaw.co
  m
- Lisa Taylor Hudson    lhudson@sandsanderson.com,
  kbice@sandsanderson.com;rbuttis@sandsanderson.com
- Jessica Regan Hughes    jhughes@seyfarth.com,
  swells@seyfarth.com;wdcdocketing@seyfarth.com
- Peter C. Hughes    phughes@dilworthlaw.com
- Martha E. Hulley    martha.hulley@leclairryan.com,
  tara.elgie@leclairryan.com;sarahleitner.kelly@leclairryan.com

- Jordan M. Humphreys    jhumphreys@fpb-law.com
- Richard Iain Hutson    rhutson@fullertonlaw.com, pschrader@fullertonlaw.com
- Alexander Xavier Jackins    ajackins@seyfarth.com
- Russell R. Johnson    russ4478@aol.com, peggyfwood2008@aol.com
- Christopher A. Jones    cajones@wtplaw.com, wbatres@wtplaw.com
- Dexter D. Joyner    caaustin@comcast.net
- Gary M. Kaplan    gmkaplan@howardrice.com
- Douglas D. Kappler    dkappler@rdwlawcorp.com
- Lawrence Allen Katz    lakatz@venable.com
- Adam K. Keith    akeith@honigman.com, tsable@honigman.com
- Vivieon E. Kelley    vivieon.kelley@troutmansanders.com,
  bonnie.feuer@troutmansanders.com
- Gerald P. Kennedy    gpk@procopio.com
- Thomas G. King    tking@kech.com, dholmgren@kech.com
- Kurt M. Kobiljak    kkobi@aol.com
- Michael S. Kogan    mkogan@ecjlaw.com, rfraire@ecjlaw.com
- Charles Gideon Korrell    gkorrell@dl.com
- Leonidas Koutsouftikis    lkouts@magruderpc.com, mcook@magruderpc.com
- Darryl S. Laddin    bkrfilings@agg.com
- Kevin A. Lake    klake@vanblk.com,
  lseaborne@vanblk.com,dszabo@vanblk.com,dalessi@vanblk.com
- John J. Lamoureux    jlamoureux@carltonfields.com,
  lmccullough@carltonfields.com;tpaecf@cfdom.net
- Ian S. Landsberg    ilandsberg@lm-lawyers.com
- Stephen E. Leach    sleach@ltblaw.com,
  ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com
- Richard E. Lear    richard.lear@hklaw.com, kimi.odonnell@hklaw.com
- Robert L. Lehane    rlehane@kelleydrye.com
- Stephen K. Lehnardt    skleh@lehnardt-law.com
- Justin D. Leonard    jleonard@balljanik.com
- Fredrick J. Levy    fjlevy@olshanlaw.com,
  mmarck@olshanlaw.com;ssallie@olshanlaw.com
- Dennis T. Lewandowski    dtlewand@kaufcan.com
- James M. Lewis    jmlewis@hklaw.com, dsdunham@hklaw.com
- James V. Lombardi    jvlombardi@rossbanks.com
- Henry Pollard Long    hlong@hunton.com
- John E. Lucian    lucian@blankrome.com
- Donald K. Ludman    dludman@brownconnery.com
- Christine D. Lynch    clynch@goulstonstorrs.com
- Richard M. Maseles    edvaecf@dor.mo.gov
- Bruce H. Matson    bruce.matson@leclairryan.com,
  kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
- David McCall    bankruptcy@ntexas-attorneys.com
- Kevin R. McCarthy    krm@mccarthywhite.com,
  wdw@mccarthywhite.com;clm@mccarthywhite.com
- Michael Keith McCrory    mmcrory@btlaw.com

- Neil E. McCullagh    nmccullagh@cantorarkema.com
- W. Clarkson McDow, Jr.    USTPRegion04.RH.ECF@usdoj.gov
- David R. McFarlin    dmcfarlin@whmh.com, psmith@whmh.com;mbretana@whmh.com;lde@whmh.com
- Annemarie G. McGavin    annemarie.mcgavin@bipc.com
- Robert P. McIntosh    Robert.McIntosh@usdoj.gov
- John D. McIntyre    jmcintyre@wilsav.com, wedwards@wilsav.com
- John G. McJunkin    jmcjunkin@mckennalong.com, sparson@mckennalong.com
- Jennifer McLain McLemore    jmclemore@cblaw.com, avaughn@cblaw.com
- Janet M. Meiburger    admin@meiburgerlaw.com
- Stephen A. Metz    smetz@srgpe.com
- Kalina Boyanova Miller    kmiller@wileyrein.com, rours@wileyrein.com
- Malcolm M. Mitchell    mmmitchell@vorys.com, sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
- Byron Z. Moldo    bmoldo@mdfslaw.com, tmelendez@mdfslaw.com
- Joseph T. Moldovan    bankruptcy@morrisoncohen.com
- Michael D. Mueller    mmueller@cblaw.com, avaughn@cblaw.com
- Mona M. Murphy    mona.murphy@akerman.com, tammy.scott@akerman.com;michael.goldberg@akerman.com;phil.landau@akerman.com
- Thomas Francis Murphy    tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com
- Linda Lemmon Najjoum    lnajjoum@hunton.com
- Kevin M. Newman    knewman@menterlaw.com
- Steven H. Newman    snewman@katskykorins.com
- Alan Michael Noskow    anoskow@pattonboggs.com, tbryan@pattonboggs.com
- Samuel S. Oh    sam.oh@limruger.com
- Mary E. Olden    molden@mhalaw.com, akauba@mhalaw.com
- Laura Otenti    lotenti@pbl.com
- Min Park    mpark@cblh.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com
- Peter M. Pearl    ppearl@sandsanderson.com
- Frank T. Pepler    fpepler@peplermastromonaco.com
- Christopher L. Perkins    christopher.perkins@leclairryan.com, stacie.wetzler@leclairryan.com;stacy.beaulieu@leclairryan.com
- Loc Pfeiffer    loc.pfeiffer@kutakrock.com, lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
- Kimberly A. Pierro    kimberly.pierro@kutakrock.com, sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
- David M. Poitras    dmp@jmbm.com
- Jeffrey N. Pomerantz    jpomerantz@pszjlaw.com
- Courtney E. Pozmantier    cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
- Julie Ann Quagliano    quagliano@quagseeg.com, zisa@quagseeg.com;frazier@quagseeg.com;greene@quagseeg.com;elawler@lowenstein.com;DACarapella@trenam.com;LVaughan@trenam.com
- William H. Ramsey    ramseywh@doj.state.wi.us, gurholtks@doj.state.wi.us

- Victoria A. Reardon    reardonv@michigan.gov, jacksonst@michigan.gov
- Michael Reed    danielle.goff@mvbalaw.com
- Linda Dianne Regenhardt    lregenhardt@garyreg.com,
  jtadlock@garyreg.com;chall@garyreg.com
- Thomas W. Repczynski    trepczynski@beankinney.com, bsockwell@beankinney.com
- Fred B. Ringel    fbr@robinsonbrog.com
- Philip M. Roberts    mroberts@bdlaw.org
- Terri A. Roberts    pcaocvbk@pcao.pima.gov
- James H. Rollins    jim.rollins@hklaw.com, avis.francis@hklaw.com
- Martha E. Romero    romero@mromerolawfirm.com
- Jeremy Brian Root    jroot@bklawva.com, tmartin@bklawva.com
- Michael F. Ruggio    mruggio@polsinelli.com,
  cdancy@polsinelli.com;ahatch@polsinelli.com;tbackus@polsinelli.com
- Eric Christopher Rusnak    eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
- Jeremy W. Ryan    jryan@saul.com
- Denyse Sabagh    dsabagh@duanemorris.com
- Travis Aaron Sabalewski    tsabalewski@reedsmith.com, shicks@reedsmith.com
- Michael J. Sage    msage@omm.com, kzeldman@omm.com;bwajda@omm.com
- Rebecca L. Saitta    rsaitta@wileyrein.com, rours@wileyrein.com
- Troy Savenko    tsavenko@gregkaplaw.com, hivey@gregkaplaw.com
- Jeffrey Scharf    jeff@taxva.com, tacspc@gmail.com
- Ann E. Schmitt    aschmitt@culbert-schmitt.com
- William H. Schwarzschild    tschwarz@williamsmullen.com
- Sheila L. Shadmand    slshadmand@jonesday.com
- Glenn H. Silver    ctbghs@aol.com
- Jesse Silverman    silvermanj@ballardspahr.com, pollack@ballardspahr.com
- Kevin L. Sink    ksink@nichollscrampton.com
- John Ronald Smith    jrsmith@hunton.com
- Eric J. Snyder    esnyder@sillerwilk.com
- Rhysa Griffith South    sou06@co.henrico.va.us
- David K. Spiro    dspiro@cantorarkema.com, sharris@cantorarkema.com
- Aryeh E. Stein    astein@wtplaw.com
- Richard F. Stein    richard.f.stein@irscounsel.treas.gov
- Peter E. Strniste    pstrniste@rc.com, kcooper@rc.com
- Mark Stromberg    mark@stromberglawfirm.com, sschild@stromberglawfirm.com
- Jeffrey L. Tarkenton    jtarkenton@wcsr.com, toross@wcsr.com
- Lynn L. Tavenner    ltavenner@tb-lawfirm.com, dleadbeater@tb-
  lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com
- Robert D. Tepper    rtepper@sabt.com, pcoover@sabt.com
- Roy M. Terry    rterry@durrettebradshaw.com, sryan@durrettebradshaw.com
- Dylan G. Trache    dtrache@wileyrein.com, rours@wileyrein.com
- Suzanne J. Trowbridge    sjt@goodwingoodwin.com
- Ronald M. Tucker    rtucker@simon.com,
  cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,shclark@simon.co
  m,dgrimes@simon.com

- Robert B. Van Arsdale   Robert.B.Van.Arsdale@usdoj.gov,
  USTPRegion04.RH.ECF@usdoj.gov
- John P. Van Beek   jvanbeek@ygvb.com,
  awinokurzew@ygvb.com;ematthews@ygvb.com;hcurrier@ygvb.com
- Madeleine C. Wanlsee   mwanslee@gustlaw.com
- Mitchell B. Weitzman   mweitzman@beankinney.com, npeele@beankinney.com
- Jennifer J. West   jwest@spottsfain.com,
  rchappell@spottsfain.com;kligon@spottsfain.com;skelly@spottsfain.com;tmoore@spotts
  fain.com;ecorbett@spottsfain.com;eanderson@spottsfain.com
- Robert S. Westermann   rwestermann@hunton.com
- David B. Wheeler   davidwheeler@mvalaw.com
- Brenda M. Whinery   bwhinery@mcrazlaw.com
- Michael L. Wilhelm   ecf@W2LG.com
- Amy Pritchard Williams   amy.williams@klgates.com, hailey.andresen@klgates.com
- William A. Wood   trey.wood@bgllp.com, gale.gattis@bgllp.com
- J. Christian Word   chefiling@lw.com;robert.klyman@lw.com
- Hale Yazicioglu   hyazicioglu@jshllp.com
- German Yusufov   pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
- Erica S. Zaron   cao.bkc@miamidade.gov
- Sheila G. deLa Cruz   sdelacruz@hf-law.com, jbsmith@hf-law.com

## BY FIRST CLASS MAIL

Scott L. Adkins
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Albert D, Phelps, Inc.
Agent for Yorkcon Prop., Inc.
401 Merritt 7
PO Box 5101
Norwalk, CT 06856

Kyra E. Andrassy
Weiland, Golden. Smiley et al
Suite 950
650 Town Center Drive
Costa Mesa, CA 92626

~~Arlington ISD, et al.~~

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott
4025 Woodland Park Blvd Suite 300
Arlington, TX 76013

Andria M. Beckham
Bricker & Eckler, LLP
100 South Third Street
Columbus, OH 43215

David S. Berman
Riemer & Braunstein
Three Center Plaza, 6th Floor
Boston, MA 02108

David S. Berman
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

Thomas D. Bielli
Ciardi Ciardi & Astin, PC
One Commerce Sq.
Suite 1930
2005 Market Square
Philadelphia, PA 19103

C. B. Blackard
301 E. Dave Ward Drive
PO Box 2000
Conway, AR 72033-2000

Jess R. Bressi
Cox, Castle & Nicholson LLP
19800 MacArthur Blvd. Suite 500
Irvine, CA 92612-2435

~~John M. Brom~~
~~Querrey & Harrow, Ltd.~~

~~Gillian N. Brown~~

Ronald K. Brown
Law Offices of Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA

Kirk B. Burkley
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Betsy Johnson Burn
PO Box 11070(29211-1070)
Columbia, SC 29201

Lawrence S. Burnat
Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309

CT

David J. Cacciotti
9812 Fernleigh Dr.
Richmond, VA 23235

Garbiela P. Cacuci
Corp. Counsel of the City of New york
100 Church St.
Room 5-223
New York, NY 10007

Christopher A. Camardello
Winthrop & Weinstine, PA
225 South Sixth Street
Suite 3500
Mimmeapolis, MN 55402

Christi M. Carrano
270 Quinnipiac Avenue
North Haven, CT 06473

Scott P. Carroll
Carroll & Carroll, P.L.L.C.
Suite 440
831 East Morehead Street
Charlotte, NC 28202

Meegan B. Casey
Riemer & Branustein, LLP

Three Center Plaza
6th Floor
Boston, MA 02108

Ashley M. Chan
Hangley Aronchick Segal & Pudlin
One Logan Sq.
27th Floor
Philadelphia, PA 19103

Jeffrey Chang
Wildman,Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Chatham County Tax Commissioner
c/o Daniel T. Powers
P.O. Box 8321
Savannah, GA 31412

Craig C. Chiang
Buchalter, Nemer, Fields & Younger
333 Market Street 25th Floor
San Francisco, CA 94105-2130

City of Overland Park, Kansas
Attn: Law Dept.
8500 Santa Fe Drive
Overland Park, KS 66212

Jeffrey Cohen
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7798

Cohesion Products, Inc
c/o Receivable Management Services
PO Box 5126
Timonium, MD 21094

Christopher Combest
Suite 3700
500 West Madison St.
Chicago, IL 60661

Crane-Snead & Associates, Inc.

4914 Fitzhugh Ave, Ste 203
Richmond, VA 23230-3435

Gary H. Cunningham
Giarmarco Mullins & Horton
101 W. Big Beaver Rd
Floor 10
Troy, MI 48084

Thomas W. Daniels
1265 Scottsville, Road
Rochester, NY 14624

Michael J. Darlow
Perdue Brandon Fielder et al
Ste. 600
1235 North Loop West
Houston, TX 77008

Angela B. Degeyter
Vinson & Elkins LLP
2001 Ross Ave. Suite 3700
Dallas, TX 75201-2975

Michael Deitch
Law Offices of Michael Deitch
800 Rio Grande
Austin, TX 78701

John P. Dillman
Linebarge Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253

J. Scott Douglass
909 Fannin, Ste. 1800
Houston, TX 77010

Easley, McCaleb & Associates, Inc.
Attn: Darwin Embser, VP
Suite 755
3980 DeKalb Technology Pkwy
Atlanta, GA 30340

William J. Factor
Seyfarth Shaw LLP

131 S. Dearborn St. Suite 2400
Chicago, IL 60603

Dean Farmer
Hodges, Doughty & Carson
617 Main St.
Knoxville, TN 37901

Scott D. Fink
Weltman, Weinbert & Reis Co., L.P.A.
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113-1099

Four Star International Trade
c/o Wendy M. Mead
11 Pleasant Street
Ste 30
Worcester, MA 01609

Ian S. Fredericks
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

J. Bennett Friedman
Hamburg, Karic, Edwards & Martin, LLP
1900 Ave. of the stars
Suite 1800
Los Angeles, CA 90067

Gregg M. Galardi
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

~~Garmin International, Inc.~~

~~Ivan M. Gold~~

Eric D. Goldberg
Stutman, Treister & Glatt, P.C.
1901 Ave of the Stars-12th Floor
Los Angeles, CA 90067

Golfsmith International, L.P.
c/o Sarah Link Schultz
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201

~~Rachel N. Greenberger~~

Brian P. Hall
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

Gilbert L. Hamberg
1038 Darby Drive
Yardley, PA 19067-4519

Hamilton Beach Brands, Inc.
Bill Ray
4421 Waterfront Drive
Glen Allen, VA 23060

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178-0600

Lawrence J. Hilton
Hewitt & O'Neil LLP
19900 MacArthur Blvd. Suite 1050
Irvine, CA 92612

James B. Holden
Assistant Atty. General
1525 Sherman St. 7th Floor
Denver, CO 80203

Gary T. Holtzer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Howland Commons Partnership, an Ohio gen partnership dba Howland Commons
Richard T. Davis, Esq.

2445 Belmont Avenue
P.O. Box 2186
Youngstown, OH 44504-0186

F. Marion Hughes
Smith Moore Leatherwood, LLP
300 East McBee Ave.
Suite 500
PO Box 87
Greenville, SC 29602-0087

Yolanda M. Humphrey
1235 North Loop West
Suite 600
Houston, TX 77008

IBM Corporation
c/o Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234

InfoPrint Solutions Company
c/o Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234

Kenneth C. Johnson
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

Regina Stango Kelbon
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Walter W. Kelley.
Kelley, Lovett & Blakey, P.C.
PO Box 70879
Albany, GA 31708

Ken Burton, Jr., Manatee County Tax Collector
PO Box 25300
Bradenton, FL 34206-5300

Synde Keywell

Bryan Cave LLP
161 North Clark St.
Ste 4300
Chicago, IL 60601

Joon M. Khang
Khang & Khang, LLC
1901 Avenue of the Stars,
2nd Floor
Los Angeles, CA 90067

Scott R. Kipnis
Hofheimer Gartlir & Gross LLP
530 Fifth Ave.
New York, NY 10036

Gregg S. Kleiner
Cooley Godward LLP
One Maritime Plaza, 20th Floor
San Francisco, CA 94111-3580

Jeremy C. Kleinman
Frank/Gecker LLP
325 North LaSalle St. Suite 625
Chicago, IL 60610

Roy S. Kobert
Broad and Cassell
390 N. Orange Ave, Ste 1100
P.O. Box 4961
Orlando, FL 32802-4961

Alan J. Kornfeld

Jeffrey A. Krieger
Greenberg Glusker Fields, et al
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590

Jeffrey Kurtzman
Klehr, Harrison, Harvey, Branzburg & Ell
260 South Broad Street
Philadelphia, PA 19102-5003

Jeffrey Kurtzman
Klehr, Harrison, Harvey, Branzburg & Ell

260 South Broad Street
Philadelphia, PA 19102-5003

Steven N. Leitess
Leitess Leitess Friedberg & Fedder PC
Owings Mills, MD

James Lubary
3161 Druid Lane
Rossmoor, CA 90720

John E. Lucian
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

~~Nicholas B Malito~~

Robert W. Mallard
Dorsey & Whitney
1105 N. Market St.
Suite 1600
Wilmington, DE 19801

Michael W. Malter
Binder & Malter
2775 Park Ave.
Santa Clara, CA 95050

Michael F. McGrath
Ravich Meyer Kirkman McGrath
4545 IDS Center
80 South Eighth St.
Minneapolis, MN 55402

Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Jeffrey Meyers
Ballard Spahr Andrews & Ingersoll
51st Fl- Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Kenneth Miller
Moldo Davidson Fraioli et al
Suite 2100
2029 Century Park East
Los Angeles, CA 90067

Nicholas M. Miller
DLA Piper LLP
203 North LaSalle St.
Suite 1900
Chicago, IL 60601

Monarch Alternative Capital, LP
c/o Andrew Herenstein
535 Madison Ave.
New York, NY 10022

~~John A. Morris~~

Christopher B. Mosley
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76105

James D. Newell
Buchanan Ingersoll & Rooney
One Oxford Centre
20th Floor
Pittsburgh, PA 15219

Nintendo of America, Inc.
Attn: Elizabeth Aurelio, VP
-Credit, 4820-150th Ave. NE
Redmond, WA 98052-5115

Edmond Patrick O'Brien
Stempel Bennett Claman & Hochberg, P.C.
675 Third Ave. 31st Floor
New York, NY 10017

Office of Unemployment Compensation Tax Svcs.
Dept. of Labor & Industry, Commonwealth
of PA, Reading Bankruptcy & Compl. Unit
Attn: Timothy Bortz, UC Tax Agent
625 Cherry St. - Room 203
Reading, PA 19602-1184

Oklahoma County Treasurer
c/o Tammy Jones
320 Robert S. Kerr
Room 307
Oklahoma City, OK 73102

Constantinos G. Panagopoulos
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005-3807

Constantinos G. Panagopoulos
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005-3807

James A. Pardo
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309
jpardo@kslaw.com

Ernie Zachary Park
Bewley,Lassleben & Miller, LLP
13215 E. Penn Street
Suite 510
Whittier, CA 90602-1797

Deborah J. Piazza
Hodgson Russ LLP
140 Pearl St.
Suite 100
Buffalo, NY 14202

David L. Pollack
Ballard Spahr Andrews & Ingersoll LLP
51st Fl-Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Lionel J. Postic
Law Firm Of Lionel J. Postic, PC
125 Townpark Drive

Suite 300
Kennesaw, GA 30144

Gail B. Price
Bronwen Price Attys at Law
2600 Mission St., Ste. 206
San Marino, CA 91108

Jennifer L. Rando
Hodgson Russ LLP
The Guaranty Bldg
140 Pearl Street
Suite 100
Buffalo, NY 14202

Recovery Management Systems Corporation
25 SE 2nd Ave Ste 1120
Miami, FL 33131

Frank F. Rennie
1930 Huguenot Road
P. O. Box 35655
Richmond, VA 23235

David G. Reynolds
Glass & Reynolds
P.O. Box 1700
Corrales, NM 87048

Jonathan Lee Riches
FCI Williamsburg
PO Box 340
Salters, SC 29590

Julie H. Rome-Banks
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Julie H. Rome-Banks
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

George Rosenberg
Arapahoe County Attorney

5334 S. Prince Street
Littleton, CO 80166

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Davor Rukavina
Munsch Hardt Kopt & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

Jeffrey D. Saferstein
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Ave. of the Americas
New York, NY 10019-6064

Paul S. Samson
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Diane W. Sanders
1949 South I.H. 35 (787841)
P.O. Box 17428
Austin, TX 78760

Eric Lopez Schnabel
Dorsey & Whitney
1105 North Market St.
Suite 1600
Wilmington, DE 19801

Donald G. Scott
McDowell Rice et al
605 West 47th St., Ste. 350
Kansas City, MO 64112-1905

Scott A. Semenek
Wildman, Harrold, Allen & Dixion
225 West Wacker Drive
Chicago, IL 60606-1229

John L. Senica
Miller,Canfield,Paddock and Stone, PLC
225 W. Washington, Suite 2600
Chicago, IL 60606

~~Servpro~~

Joseph R. Sgroi
Honigman Miller Schwartz & Cohn LLP
660 Woodward Ave.
2290 First National Building
Detroit, MI

~~Scott Shaw~~

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219
jsheerin@mcguirewoods.com

Stephen W. Spence
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

Scott A. Stengel
Orrick, Herrington & Sutliffe, LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706

Mark Stromberg
Stromberg & Associates, PC
Two Lincoln Centre
5420 LBJ Freeway
Suite 300
Dallas, TX 75240

Peter N. Tamposi

Donchess Notinger & Tamposi, P.C.
547 Amherst St. Suite 204
Nashua, NH 03063

Tax Collector For Polk County, FL
Of Joe G. Tedder
PO Box 2016
Bartow, FL 33831-2016

~~Tax Collector of Madison County, Alabama~~
~~c/o Lynda Hall, Tax Collector~~

~~Lauren Lonergan Taylor~~
~~Duane Morris, LLP~~

Wayne R. Terry
Hemar, Rosusso & Heald, LLP
15910 Venturea Boulevard
12th Floor
Encino, CA 91436-2829

~~The Agency for Workforce Innovation~~

Zakarij O. Thomas
Buchanan Ingersoll & Rooney
One Oxford Centre
20th Floor
Pittsubrgh, PA 15219

Travelers
One Tower Square, 5MN
Hartford, CT 06183

UrbanCal Oakland, II LLC
c/o Baker & Hostetler, LLP
ATTN: Laura Lawton Gee
1000 Louisiana Street
Suite 2000
Houston, TX 77002

S. James Wallace
Griffith, McCague & Wallace, P.C.
The Gulf Tower, #3626
707 Grant Street, 38th Floor
Pittsburgh, PA 15219-1911

William L. Wallander
Vinson & Elkins L.L.P.
3700 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201-2975

Nancy A. Washington
Saiber LLC
One Gateway Center 13th Floor
Newark, NJ 07102

Elizabeth Weller
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Lori L. Winkelman
Quarles & Brady LLP
2 North Central Avenue
Phoenix, AZ 85004-2391
lwinkelman@quarles.com

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius
101 Park Ave.
New York, NY 10178-0600