## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2009, a true and correct copy of the Reply of TomTom, Inc., to the Debtor's Objection to the Motion for an Order Under Sections 105, 362, and 363 Modifying the Automatic Stay to Permit the Exercise of Setoff and/or Recoupment Rights and the Debtors was served via overnight class mail on:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
*Counsel for Bank of America, NA., as Agent*

Dion W. Hayes
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
*Counsel for the Debtors*

Greg M. Galardi
Jan S. Fredericks
Skadden, Asps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE l9899
*Counsel for the Debtors*

I also hereby certify that I caused a copy of the foregoing document to be delivered in PDF format, by e-mai1, to:

circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com

   /s/ Christopher M. Desiderio
Christopher M. Desiderio

12349536.2