Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            – and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

             IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       : Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   : Case No. 08-35653
et al.,                      :
                             :
             Debtors.        :
                             : Jointly Administered
- - - - - - - - - - - - - - x


        **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
           **JANUARY 16, 2009 AT 10:00 A.M. (EASTERN)**

        Set forth below are the matters previously
scheduled to be heard before the Honorable Kevin Huennekens,
United States Bankruptcy Judge, in the United States
Bankruptcy Court for the Eastern District of Virginia, U.S.
Courthouse, 701 East Broad Street, Room 5000, Richmond, VA
23219-1888, on January 16, 2009 beginning at 10:00 a.m.
Eastern.

## I.    PRETRIAL CONFERENCE ON ADVERSARY PROCEEDING NO. 08-03150

1.    Complaint for Declaratory Judgment, Imposition of
      Constructive Trust and Turnover of Funds Held in Trust
      Filed by Greystone Data Systems, Inc.

      Response
      Filed:          Motion to Dismiss Adversary Proceeding by
                      Circuit City

      Status:         The pre-trial conference is going
                      forward.

## II.   RESOLVED MATTERS

2.    Motion and Supporting Memorandum of Law of PrattCenter,
      LLC and Valley Corners Shopping Center, LLC for an Order
      Compelling Debtors to Immediately Pay Administrative
      Rent Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b)
      and Granting Related Relief (Docket No. 984)

      Related
      Documents:

      a.    Exhibit D to Motion and Supporting Memorandum of
            Law of PrattCenter, LLC and Valley Corners Shopping
            Center, LLC (Docket No. 985)

      b.    Notice of Motion and Hearing (Docket No. 986)

      Objection
      Deadline:       December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Second Omnibus Objection To The Motions
            Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
            Compel Allowance And Payment Of Post-Petition
            Rental Obligations As Administrative Expenses
            (Docket No. 1100)

      Status:         No hearing is necessary.  The parties
                      have resolved this matter.

3.    Motion for Filing Documents Under Seal, by Alliance

Entertainment LLC (Docket No. 1072)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 1073)

    Objection
    Deadline:    January 9, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:    Informal Response of the Debtors

    Status:    No hearing is necessary.  The parties
        have resolved this matter.

4.   Motion by P/A-Acadia Pelham Manor, LLC for an Order
Modifying the Automatic Stay to Permit Movant to
Terminate the Governing Lease between Movant and the
Debtor (Docket No. 1111)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 1301)

    Objection
    Deadline:    January 9, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:    Informal Response of the Debtors

    Status:    No hearing is necessary.  The parties
        will submit an agreed order for the
        Court's approval.

5.   Motion and Supporting Memorandum of Law of Landlords
Listed on Exhibit A for an Order Compelling Debtors to
Immediately Pay Administrative Rent Pursuant to 11
U.S.C. Section 365(D)(3) and 503(B) and Granting Related
Relief, by Acadia Realty Limited Partnership, et al.
(Docket No. 1138)

    Related
    Documents:

a.   Notice of Motion and Hearing (Docket No. 1312)

b.   Amended Notice of Motion and Hearing (Docket No. 1333)

Objection
Deadline:       January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          Informal Response of the Debtors

Status:         No hearing is necessary.  The parties have resolved this matter.

6.   Madison Waldorf, LLC's Motion for Order Compelling Payment of Post-Petition Rent as Administrative Expense (Docket No. 1245)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1246)

Objection
Deadline:       January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          Informal Response of the Debtors

Status:         No hearing is necessary.  The parties have resolved this matter.

**III. CONTINUED/ADJOURNED MATTERS**

7.   Notice of Motion and Motion of Mansfield SEQ 287 & Debbie, Ltd. for Order Under Bankruptcy Code Sections 105, 362, and 363, Federal Bankruptcy Rule 9014, and Local Bankruptcy Rule 4001(a)-1, Modifying the Automatic Stay to (I) Permit the Administrative Freeze of Certain Funds, and (II) to Permit the Exercise of Setoff and Recoupment, or for Adequate Protection and Supporting Memorandum of Law (Docket No. 449)

Related
Documents:

    a.   Exhibits to Motion for an Order Granting Adequate
Protection Pursuant to 11 U.S.C. §§ 361 and 363
(Docket Nos. 460, 461, 462, 477, 478, 479, 480,
481, 482, 483, 484, 485 and 486)

Objection
Deadline:      January 23, 2009 at 4:00 p.m.

Objections/
Responses
Filed:      None at the time of filing this agenda.

Status:      This matter has been adjourned until
January 29, 2009 at 10:00 a.m.

8.   Navarre Distribution Services, Inc.'s Motion for an
Order Granting Adequate Protection Pursuant to 11 U.S.C.
§§ 361 and 363 (Docket No. 958)

Related
Documents:

    a.   Notice of Motion and Hearing (Docket No. 959)

Objection
Deadline:      December 18, 2008 at 4:00 p.m., extended
for the Debtors until December 19, 2008
at 1:00 p.m.

Objections/
Responses
Filed:

    a.   Debtors' Objection To Navarre Distribution
Services, Inc.'s Motion For Adequate Protection And
Response To Limited Objection Of Navarre To
Debtors' Dip Motion (Docket No. 1126)

Status:      This matter has been adjourned until
February 13, 2009 at 10:00 a.m.

9.   Motion of Motorola Inc. for Allowance and Payment of
Administrative Expense Claim Pursuant to 11 U.S.C.
Section 503(b)(9) (Docket No. 1128)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1135)

b.    Amended Notice of Motion and Hearing (Docket No. 1242)

c.    Exhibits to Motion of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)(Docket Nos. 1288, 1289, 1290, 1291, 1292, 1293)

Objection
Deadline:        January 22, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda.

Status:          This matter has been adjourned until January 29, 2009 at 10:00 a.m.

10.  Motion of General Instrument Corporation Doing Business as the Home & Networks Mobility Business of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket No. 1134)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1136)

b.    Amended Notice of Motion and Hearing (Docket No. 1243)

c.    Notice of Filing Exhibit to Motion (Docket No. 1281 through Docket No. 1287)

Objection
Deadline:        January 22, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda.

Status:          This matter has been adjourned until January 29, 2009 at 10:00 a.m.

11.  Debtors' Motion for Order under Bankruptcy Code Sections

6

105, 363 and 365 and Bankruptcy Rules 6004 and 6006
Authorizing and Approving (A) Assumption and Assignment
of Certain Unexpired Leases of Nonresidential Real
Property; and (B) Sale of Certain Nonresidential Real
Property Leases Free and Clean of Liens, Claims and
Encumbrances to Maryland Acquisitions, LLC or Its
Nominee (Docket No. 1266)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1267)

Objection
Deadline:        January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   American Computer Development, Incorporated's (I)
     Objection to Debtors' Motion for Order Under
     Bankruptcy Code Sections 105, 363 and 365 and
     Bankruptcy Rules 6004 and 6006 Authorizing and
     Approving (A) Assumption and Assignment of Certain
     Unexpired Leases of Nonresidential Real Property;
     and (B) Sale of Certain Nonresidential Real
     Property Leases Free and Clear of Liens, Claims and
     Encumbrances to Maryland Acquisition, LLC or Its
     Nominee; and (II) Offer to Purchase the Lease for a
     Higher Amount (Docket No. 1443)

Status:          This matter has been adjourned until
                 January 29, 2009 at 10:00 a.m.

12.  Motion for Order Under 11 U.S.C. Sections 105, 362 and
     541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
     Notice, Hearing, and Sell-Down Procedures for Trading in
     Equity Securities and Claims Against the Debtors'
     Estates (Docket No. 20).

     Related
     Documents:

     a.   Interim Order Under 11 U.S.C. 105, 362 And 541 And
          Fed. R. Bankr. P. 3001 And 3002 Establishing
          Notice, Hearing, And Sell-Down Procedures For
          Trading In Equity Securities And Claims Against The

Debtors Estates And Setting Hearing (Docket No. 135)

Objection
Deadline:          November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Informal response from the Securities Exchange Commission

b.    Informal response from the Official Committee of Unsecured Creditors

Status:            The Debtors have resolved the SEC's response with modifications to the final order.  The Debtors are working to resolve the Committee's response. This matter has been adjourned until January 29, 2009 at 10:00 a.m.

**IV.   UNCONTESTED MATTERS GOING FORWARD**

13.   Motion to Permit the Filing of a Class Proof of Claim with Supporting Memorandum, by Daniel E. Weidler, et al. (Docket No. 1380)

Related
Documents:

a.    Amended Motion to Permit the Filing of a Class Proof of Claim with Supporting Memorandum, by Daniel E. Weidler, et al. (Docket No. 1381)

b.    Notice of Motion and Hearing (Docket No. 1382)

Objection
Deadline:          January 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Informal Response of the Debtors

Status:            This matter is going forward.  Counsel intends to submit a proposed form of consent order.

14.   Stipulated Order Regarding Payment of Certain Taxes
      under Supplemental Order Authorizing the Debtors to Pay
      Prepetition Sales, Use, Trust Fund and Other Taxes and
      Related Obligations (Docket No. 1188)

      Related
      Documents:

      a.   Supplemental Motion of the Debtors for Order
           Pursuant to Bankruptcy Code Sections 105(A),
           506(a), 507(a)(8), 541, and 1129 Authorizing the
           Debtors to Pay Prepetition Sales, Use, Trust Fund
           and Other Taxes and Related Obligations (Docket No.
           407)

      Objection
      Deadline:      January 13, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         None.

      Status:        This matter is going forward.

15.   Application for Entry of an Order Authorizing and
      Approving the Employment of Pachulski Stang Ziehl &
      Jones LLP as Counsel to the Official Committee of
      Unsecured Creditors Nunc Pro Tunc to November 18, 2008
      (Docket No. 1192)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1196)

      Objection
      Deadline:      January 9, 2009 at 4:00 p.m.

      Objections/
      Responses      None.
      Filed:

      Status:        This matter is going forward.

16.   Application for Order Authorizing Retention and
      Employment of Tavenner & Beran, PLC, as Local Counsel to
      the Official Committee of Unsecured Creditors (Docket

No. 1193)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1196)

Objection
Deadline:        January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None.

Status:          This matter is going forward.

17.  Debtors' Motion for Order Approving Stipulation Between
     Debtors and Cellco Partnership D/B/A/ Verizon Wireless
     Pursuant to Bankruptcy Code Section 105 and Bankruptcy
     Rule 9019 (Docket No. 1404)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1405)

     b.   Motion for an Order Setting an Expedited Hearing
          (Docket No. 1406)

     Objection
     Deadline:        January 16, 2009 at 10:00 a.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda.

     Status:          This matter is going forward.

18.  Motion of the Debtors, Pursuant to 11 U.S.C. Section
     105, Bankruptcy Rules 2002, 9006, and 9007 and Local
     Bankruptcy Rule 9013-1(M), for an Order Setting an
     Expedited Hearing on the Debtors' Motion for Order
     Approving Stipulation Between the Debtors and Cellco
     Partnership D/B/A/ Verizon Wireless Pursuant to
     Bankruptcy Code Section 105 and Bankruptcy Rule 9019 and
     for Related Relief (Docket No. 1406)

     Related

Documents:

a.   Notice of Motion and Hearing (Docket No. 1407)

Objection
Deadline:        January 16, 2009 at 10:00 a.m.

Objections/
Responses
Filed:           None at the time of filing this agenda.

Status:          This matter is going forward.

19.   Motion of the Debtors, Pursuant to 11 U.S.C. § 105,
      Bankruptcy Rules 2002, 9006, and 9007 and Local
      Bankruptcy Rule 9013-1(M), for an Order Setting an
      Expedited Hearing on the Debtors' Motion for Order
      Approving Stipulation by and among the Debtors and
      International Business Machines Corporation Pursuant to
      Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule
      9019 and for Related Relief (Docket No. 1421)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1422)

      Objection
      Deadline:        January 16, 2009 at 10:00 a.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda.

      Status:          This matter is going forward.

20.   Debtors' Motion for Order Approving Stipulation by and
      among the Debtors and International Business Machines
      Corporation Pursuant to Bankruptcy Code Sections 105 and
      363 and Bankruptcy Rule 9019 (Docket No. 1419)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1420)

      b.   Motion for an Order Setting an Expedited Hearing
           (Docket No. 1421)

```
Objection
Deadline:       January 16, 2009 at 10:00 a.m.

Objections/
Responses
Filed:          Informal Response of the Debtors

Status:         Assuming the Court grants the motion for
                an expedited and shortens notice of this
                Motion (Docket No. 1421), this matter is
                going forward.
```

**V.    CONTESTED MATTERS**

21.   Debtors' First Omnibus Motion for Order Pursuant to
      Bankruptcy Code Sections 105(a) and 365(a) and
      Bankruptcy Rule 6006 Authorizing Rejection of Certain
      Executory Contracts (Docket No. 995)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 997)

      b.    Order Pursuant to Bankruptcy Code Sections 105(a)
            and 365(a) and Bankruptcy Rule 6006 Authorizing
            Rejection of Certain Executory Contracts (Docket
            No. 1260)

      Objection
      Deadline:       December 18, 2008 at 4:00 p.m.; extended
                      by court order to December 29, 2008 for:
                      Patrick S. Longgood, Victor Engesser,
                      Leigh Anne Moore, Robyn Davis, David
                      Steinbach and Savitri Cohen.

      Objections/
      Responses
      Filed:

      a.    Objection of James M. Stacia to Debtors' Motion to
            Reject His Separation Agreement and Waiver of
            Claims Against Circuit City (Docket No. 1325)

            Related
            Documents:

       (i).       Motion of James M. Stacia to File
Objection to Debtors' Motion to Reject
his Separation Agreement and Release of
Claims (Docket No. 1324)

       Status:   This matter is going forward.

b.     Objection of Jonathan Lee Riches to Debtors' First
Omnibus Motion for Order Pursuant to Bankruptcy
Code Sections 105(a) and 365(a) and Bankruptcy Rule
6006 Authorizing Rejection of Certain Executory
Contracts (Docket No. 1510)

       Status:   This matter is going forward.

c.     Objection by Savitri Cohen to Motion to Reject
their Obligations Under an Employment Agreement
(Docket No. 1204)

       Status:   This matter is going forward.

General
Status:       This matter is going forward with respect
to the objections of James M. Stacia,
Jonathan Lee Riches, and Savitri Cohen.

22.  Motion of TomTom, Inc. for an Order Under Sections 105,
362, and 363 Modifying the Automatic Stay to Permit the
Exercise of Setoff and/or Recoupment Rights Against the
Debtors, and Notice of Motion (Docket No. 1052)

Related
Documents:

a.     Amended Notice of Motion and Hearing (Docket No.
1244)

b.     Reply to the Debtor's Objection to the Motion for
an Order Under Sections 105, 362, and 363 Modifying
the Automatic Stay to Permit the Exercise of Setoff
and/or Recoupment Rights Against the Debtors
(Docket No. 1529).

Objection
Deadline:     January 12, 2009 at 4:00 p.m.

Objections/
Responses

Filed:

a.   Debtors' Objection To Tomtom, Inc.'s Motion For An
     Order Under Sections 105, 362 And 363 Modifying The
     Automatic Stay To Permit The Exercise Of Setoff
     And/Or Recoupment Rights Against The Debtors
     (Docket No. 1475)

Status:        This matter is going forward as a
               preliminary hearing and the parties will
               present legal argument.

23.   Motion to Terminate Automatic Stay and Rule 4001(a)-1
      Notice, by Engineered Structures, Inc. (Docket No. 1070)

      Related
      Documents:     None

      Objection
      Deadline:      January 9, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Debtors' Objection to Engineered Structures, Inc.
           Motion to Terminate Automatic Stay (Docket No.
           1448)

      Status:        This matter is going forward as a
                     preliminary hearing and the parties will
                     present legal argument.

24.   Ritz Motel Company's Verified Motion for an Order
      Compelling Debtors to Immediately Pay Postpetition Rent
      and Other Postpetition Obligations (Docket No. 1102)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1354)

      Objection
      Deadline:      January 14, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         Informal Response of the Debtors

Status:          This matter is going forward solely with
                 respect to payment of attorney's fees.

25.  Motion of North Plainfield VF LLC and Marlton VF LLC to
     Compel the Debtors to Perform Postpetition Obligations
     Pursuant to 11 U.S.C. Section 365(d)(3) (Docket No.
     1142)

     Related
     Documents:

     a.   Exhibits to Motion of North Plainfield VF LLC and
          Marlton VF LLC to Compel the Debtors to Perform
          Postpetition Obligations Pursuant to 11 U.S.C.
          Section 365(d)(3)(Dockets Nos. 1143, 1144, 1145,
          1146, 1147)

     b.   Notice of Motion and Hearing (Docket No. 1147)

     c.   Joinder of Schimenti Construction Company, LLC in
          Motion of North Plainfield VF LLC and Marlton VF
          LLC to Compel the Debtors to Perform Postpetition
          Obligations Pursuant to 11 U.S.C. Section 365(d)(3)
          (Docket No. 1451)

     Objection
     Deadline:        January 9, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Objection to Motion of North Plainfield VF
          LLC and Marlton VF LLC to Compel the Debtors to
          Perform Postpetition Obligations Pursuant to 11
          U.S.C. Section 365(d)(3) (Docket No. 1449)

     Status:          This matter is going forward.

26.  Application of Official Committee of Unsecured Creditors
     of Circuit City Stores, Inc. for Order Under 11 U.S.C.
     Sections 1103 and 327 and Fed. R. Bankr. P. 2014 and
     5002, Authorizing and Approving Retention and
     Employment, Nunc Pro Tunc, of Protiviti, Inc. as
     Financial Advisor (Docket No. 1194)

     Related

Documents:

a.   Notice of Motion and Hearing (Docket No. 1196)

Objection
Deadline:        January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Informal Response of the Debtors

Status:          The parties are working to resolve this
                 matter.  This matter is going forward.

27.  Application for an Order Pursuant to Sections 328 and
     1103 of the Bankruptcy Code and Bankruptcy Rule 2014
     Authorizing the Retention and Employment of Jefferies &
     Company, Inc. as Financial Advisors to the Official
     Committee of Unsecured Creditors Nunc Pro Tunc to
     November 18, 2008 (Docket No. 1195)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1196)

     Objection
     Deadline:        January 9, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           Informal Response of the Debtors

     Status:          The parties are working to resolve this
                      matter.  This matter is going forward.

28.  Application for Entry of an Order Authorizing and
     Approving the Employment of Gowling Lafleur Henderson
     LLP as Canadian Counsel to the Official Committee of
     Unsecured Creditors Nunc Pro Tunc to November 18, 2008
     (Docket No. 1197)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1198)

     Objection

Deadline:          January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Objection to Application for Entry of an
      Order Authorizing and Approving the Employment of
      Gowling Lafleur Henderson LLP as Canadian Counsel
      to the Official Committee of Unsecured Creditors
      Nunc Pro Tunc to November 18, 2008 (Docket No.
      1450)

      Related
      Documents:

      (i).    Notice of Withdrawal of Debtors Objection
              (Docket No. 1473)

Status:          The parties will submit a revised form of
                 consent order. This matter will go
                 forward.

29.   Landlords' Motion for Rehearing and/or Reconsideration
      and/or to Alter or Amend the Judgment Regarding Payment
      of November Rent, and Memorandum in Support Thereof, by
      Acadia Realty Limited Partnership, et al. (Docket No.
      1347)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1348)

      b.    Joinder to Landlords' Motion for Rehearing and/or
            Reconsideration and/or to Alter or Amend the
            Judgment Regarding Payment of November Rent, and
            Memorandum in Support Thereof, by Carousel Center
            Company, L.P., Fingerlakes Crossing, LLC and
            Charlotte (Archdale) UY, LLC (Docket No. 1363)

            Related
            Documents:

            (i).    Notice of Motion and Hearing (Docket No.
                    1368)

c.    Joinder of 502-12 86th Street to Landlords' Motion
for Rehearing and/or Reconsideration and/or to
Alter or Amend the Judgment Regarding Payment of
November Rent and Memorandum in Support Thereof, by
502-12 86th Street LL (Docket No. 1365)

Related
Documents:

(i).    Notice of Motion and Hearing (Docket No.
1366)

d.    Joinder of Eatontown Commons Shopping Center ,
AmCap NorthPoint LLC, and AmCap Arborland LLC to
Landlord's Motion for Rehearing and/or
Reconsideration and/or to Alter to Amend the
Judgment Regarding Payment of November Rent, and
Memorandum in Support Thereof (Docket No. 1370)

e.    Joinder to Landlord's Motion for Rehearing and/or
Reconsideration and/or to Alter to Amend the
Judgment Regarding Payment of November Rent, and
Memorandum in Support Thereof, by International
Speedway Square, Ltd., Kite Coral Springs, LLC and
KRG Market Street Village, LP (Docket No. 1375)

Related
Documents:

(i).    Notice of Motion and Hearing (Docket No.
1376)

f.    Port Arthur Holdings, III, Ltd Joinder to
Landlord's Motion for Rehearing and/or
Reconsideration and/or to Alter to Amend the
Judgment Regarding Payment of November Rent, and
Memorandum in Support Thereof (Docket No. 1384)

Related
Documents:

(i).    Notice of Motion and Hearing (Docket No.
1385)

g.    Joinder to Landlord's Motion for Rehearing and/or
Reconsideration and/or to Alter to Amend the
Judgment Regarding Payment of November Rent, and

Memorandum in Support Thereof, by Polaris Circuit City, LLC (Docket No. 1392)

Related Documents:

(i).      Notice of Motion and Hearing (Docket No. 1393)

h.   Joinder of Plaza Las Americas Inc. to Landlord's Motion for Rehearing and/or Reconsideration and/or to Alter to Amend the Judgment Regarding Payment of November Rent, and Memorandum in Support Thereof, by Polaris Circuit City, LLC (Docket No. 1414)

Related Documents:

(i)      Notice of Motion and Hearing (Docket No. 1413)

i.   Joinder to Landlords' Motion for Rehearing and/or Reconsideration and/or to Alter or Amend the Judgment Regarding Payment of November Rent, and Memorandum in Support Thereof, by Hayward 880 LLC, Save Mart Supermarkets, Crown CCI, LLC and Burbank Mall Associates, LLC (Docket No. 1437)

j.   Morgan Hill Retail Venture, LP's Joinder to Landlords' Motion for Rehearing and/or to Alter or Amend the Judgment Regarding Payment of November Rent, and Memorandum in Support Thereof (Docket No. 1438)

k.   Joinder of 120 Orchard LLC, 427 Orchard LLC and FT Orchard LLC to Landlords' Motion for Rehearing and/or to Alter or Amend the Judgment Regarding Payment of November Rent, and Memorandum in Support Thereof (Docket No. 1447)

l.   Joinder of Amherst VF LLC; East Brunswick VF LLC; North Plainfield VF LLC; Star Universal, LLC; Alexander's of Rego Park Center, Inc.; Towson VF LLC; Green Acres Mall, LLC; VNO Mundy Street, LLC; VNO Tru Dale Mabry,LLC; BevCon I, LLC; Vornado Caguas LP; Marlton VF, LLC; Vornado Finance, LLC; North Bergen Tonnelle Plaza, LLC; Wayne VF, LLC; and Vornado Gun Hill Road, LLC to Landlords' Motion

for Rehearing and/or to Alter or Amend the Judgment
Regarding Payment of November Rent, and Memorandum
in Support Thereof (Docket No. 1455)

Related
Documents:

(i)      Notice of Motion and Hearing (Docket No.
         1501)

m.   Joinder of Developers Diversified Realty
     Corporation, General Growth Properties, Inc.,
     Weingarten Realty Investors, Basser-Kaufman, Inc.,
     Philips International Holding Corp., Regency
     Centers, L.P., AAC Management Corp., Jones Lang
     LaSalle Americas, Inc., Continental Properties
     Company, Inc., and Benderson Development Company,
     LLC to Landlords' Motion for Rehearing and/or to
     Alter or Amend the Judgment Regarding Payment of
     November Rent, and Memorandum in Support Thereof
     (Docket No. 1484)

n.   Joinder of First Industrial Realty Trust, Inc. to
     Landlords' Motion for Rehearing, and/or
     Reconsideration and/or to Alter or Amend the
     Judgment Regarding Payment of November Rent and
     Memorandum in Support Thereof (Docket No. 1487)

o.   Joinder of Plantation Point Development, LLC and
     Carlyle-Cypress Tuscaloosa, LLC to Landlords'
     Motion for Rehearing and/or to Alter or Amend the
     Judgment Regarding Payment of November Rent, and
     Memorandum in Support Thereof (Docket No. 1488)

p.   Joinder of Cottonwood Corners-Phase V, LLC to
     Landlords' Motion for Rehearing and/or
     Reconsideration and/or to Alter or Amend the
     Judgment Regarding Payment of November Rent and
     Memorandum in Support Thereof (Docket No. 1492)

     Related
     Documents:

     (i).     Notice of Motion and Hearing (Docket No.
              1493)

q.   Joinder of of Ramco West Oaks I, LLC , RLV Village
     Plaza, LP, RLV Vista Plaza, LP to Landlords' Motion

for Rehearing and/or Reconsideration and/or to
Alter or Amend the Judgment Regarding Payment of
November Rent and Memorandum in Support Thereof
(Docket No. 1505)

r.   Joinder of Cardinal Court, LLC to the Landlords'
Motion for Rehearing and/or Reconsideration and/or
to Alter or Amend the Judgment Regarding Payment of
November Rent and Memorandum in Support Thereof
(Docket No. 1511)

Objection
Deadline:        January 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Objection by the Debtors to the Motion
for Rehearing and/or Reconsideration to
Alter or Amend the Judgment Regarding
Payment of the November Rent (Docket No.
1514)

General
Status:          This matter is going forward.

30.   Debtors' Second Omnibus Motion for Order Pursuant to
Bankruptcy Code Sections 105(a) and 365(a) and
Bankruptcy Rule 6006 Authorizing Rejection of Certain
Executory Contracts (Docket No. 1386)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1387)

Objection
Deadline:        January 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Response of North Plainfield VF LLC to
Debtors' Second Omnibus Motin for Order
PUrusant to Bankruptcy Code Sections
105(a) and 554 and Bankrutpcy Rule 6006
Authorizing Rejection of Certain
Unexpired Leases of Nonresidential Real
Property and Abasndonment of Personal
Property (Docket No. 1520).

Status:          This matter is going forward.

31.   Debtors' Second Omnibus Motion for Order Pursuant to
      Bankruptcy Code Sections 105(a), 365(a) and 554 and
      Bankruptcy Rule 6006 Authorizing Rejection of Certain
      Unexpired Leases of Nonresidential Real Property and
      Abandonment of Personal Property (Docket No. 1388)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1389)

      Objection
      Deadline:        January 14, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda.

      Status:          This matter is going forward.

32.   Motion of Port Arthur Holdings, III, Ltd. for an Order
      Compelling Debtor to Immediately Pay Pre-Petition and
      Post-Petition Real Estate Taxes due Under the Lease
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(B) and
      Granting Related Relief (Docket No. 1402)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1403)

      Objection
      Deadline:        January 14, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Informal Response of the Debtors

      Status:          This matter is going forward.

33.  Debtors' Motion for Orders Pursuant to Bankruptcy Code
     Sections 105, 363 and 364 (I)(A) Approving Procedures in
     Connection with Sale of All or Substantially All of the
     Business or Additional Post-petition Financing for the
     Business, (B) Authorizing Debtors to Enter into Stalking
     Horse or Financing Agreements in Connection with Going
     Concern Transactions or Stalking Horse Agreements in
     Connection with Store Closing and Miscellaneous Asset
     Sales, (C) Approving the Payment of Termination Fees in
     Connection Therewith, and (D) Setting Auction and
     Hearing Dates, (II) Approving Sale of Debtors' Assets
     Free and Clear of All Interests, and (III) Granting
     Related Relief (Docket No. 1423)

     Related
     Documents:

     a.   Motion for an Order Setting an Expedited Hearing
          (Docket No. 1424)

     b.   Notice of Motion and Hearing (Docket No. 1425)

     c.   Order Setting an Expedited Hearing on the Debtors'
          Sale Motion and Granting Related Relief (Docket No.
          1430)

     d.   Order (I) Approving Procedures In Connection With
          Sale Of All Or Substantially All Of The Business,
          (II) Authorizing Debtors To Enter Into Stalking
          Horse Or Financing Agreements In Connection With
          Going Concern Transactions Or Stalking Horse
          Agreements In Connection With Store Closing And
          Miscellaneous Asset Sales Or, (III) Approving The
          Payment Of Termination Fee In Connection Therewith,
          (IV) Setting Auction And Hearing Dates Pursuant To
          Bankruptcy Code Sections 105 And 363 And (V)
          Granting Related Relief (Docket No. 1460)

     e.   Notice to Counterparties to Contracts and Leases
          that the Debtors Have Identified One or More
          Potential Purchaser(s) of Executory Contracts and
          Unexpired Personal Property and Nonresidential Real
          Property Leases (Docket No. 1474)

     f.   Notice of Proposed Auction Schedule and Extension
          of Bid Deadline (Docket No. 1476)

g.    Notice of Resumed Auction with Respect To Sale of
      Debtors' Aircraft (Docket No. 1502)

Objection
Deadline:        January 16, 2009 at 10:00 a.m.

Objections/
Responses
Filed:           Response to and Partial Objection by
                 Children's Discovery Centers of America
                 Inc. to Debtors' Prospective Sale of Real
                 Property Subject to Ground Lease (Docket
                 No. 1523).

Status:          This matter is going forward.

Dated: January 14, 2009      SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia    FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                   – and –

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             333 West Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                   – and –

                             MCGUIREWOODS LLP

                             /s/ Douglas M. Foley        .
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

24