CA733336

Dated:    04/25/08



NOV 0 7 2008

# CALIFORNIA PRELIMINARY NOTICE

### In accordance with sections 3097 and 3098, California Civil Code

**This is not a Lien, This is not a reflection on the integrity of any contractor or subcontractor**

1 - You are hereby notified that

ENGINEERED STRUCTURES INC
12400 W OVERLAND RD
BOISE ID 83709

**Reputed Owner**

GMS GOLDEN VALLEY RANCH LLC
5973 AVENIDA ENCINAS #300
CARLSBAD CA 92008

2 - Has furnished or will furnish labor,
services, equipment, or materials of
the following general description:
LABOR MATERIALS &/OR SERVICES

**Reputed Construction Lender or Lessee**

LESSEE FINANCED BY:
CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND VA 23233-1464

3 - An estimate of the total price of the
labor, services, equipment, or materials
furnished or to be furnished is:
$ 1,880,529.00

**Reputed Original Contractor**

ENGINEERED STRUCTURES INC
12400 W OVERLAND RD
BOISE ID 83709

4 - The building, structure or other work of
improvement is located at:
CIRCUIT CITY #3745
19037 GOLDEN VALLEY RD
SANTA CLARITA CA 91321

A.D.C.   UNKNOWN

5 - The name of the person or firm who contracted
for the purchase of such labor, services,
equipment or material is:
CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND VA 23233-1464

6 - Name and address of Trust Funds to which
Supplemental Fringe Benefits are payable
(if applicable):

### NOTICE TO PROPERTY OWNER

IF BILLS ARE NOT PAID IN FULL FOR THE LABOR, SERVICES, EQUIPMENT, OR MATERIALS FURNISHED OR TO BE FURNISHED, A MECHANICS' LIEN LEADING TO THE LOSS, THROUGH COURT FORECLOSURE PROCEEDINGS, OF ALL OR PART OF YOUR PROPERTY BEING SO IMPROVED MAY BE PLACED AGAINST THE PROPERTY EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL.  YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS CONSEQUENCE BY (1) REQUIRING YOUR CONTRACTOR TO FURNISH A RELEASE SIGNED BY THE PERSON OR FIRM GIVING YOU THIS NOTICE BEFORE MAKING FINAL PAYMENT TO YOUR CONTRACTOR OR (2) ANY OTHER METHOD OR DEVICE THAT IS APPROPRIATE UNDER THE CIRCUMSTANCES.  OTHER THAN RESIDENTIAL HOMEOWNERS OF DWELLINGS CONTAINING FEWER THAN 5 UNITS, PRIVATE PROJECT OWNERS MUST NOTIFY THE ORIGINAL CONTRACTOR AND ANY LIEN CLAIMANT WHO HAS PROVIDED THE OWNER WITH A PRELIMINARY 20-DAY LIEN NOTICE IN ACCORDANCE WITH SECTION 3097 OF THE CIVIL CODE THAT A NOTICE OF COMPLETION OR NOTICE OF CESSATION HAS BEEN RECORDED WITHIN 10 DAYS OF ITS RECORDATION.  NOTICE SHALL BE BY REGISTERED MAIL, CERTIFIED MAIL, OR FIRST-CLASS MAIL, EVIDENCED BY A CERTIFICATE OF MAILING.  FAILURE TO  NOTIFY WILL EXTEND THE DEADLINES TO RECORD A LIEN.

7 - Jobsite is Federal Public Work Title 40 USC
Sec. 270A-270E.
Contract #
Bond Co:

Signed
Authorized Agent          *John C Gray*

# SERVICE OF
# PRE-LIEN

NOV-24-2008  10:53    ( STRUCTION NOTICE SRVS                                    P.001

# CNS
Over 18,000 Contractors and Suppliers getting paid has built our business for the past 24 years!

### Construction Notice Services, Inc.

| To: | Crystal Jones | From: | Myrna Geronimo |
|---|---|---|---|
|  | Engineered Structures, Inc. | Date: | 11/24/2008 |
| Fax: | 208-947-5813 | Pages: | 3 |

## PROOF OF SERVICE

Following is the proof of service you requested on Prelim# CA733336. There were no records of returned mail in our office for this prelim so I must request the proof of delivery signature from the post office showing who signed for the certified mailings and when it was signed for. There is a charge of $5.50 per signature request. There were 2 mailings on this prelim so there will be a charge of $11.00, there's also a charge of $25.00 for rush fee. With the total of $36.00 fee made to your account for this service. I should receive the results back from the post office within 2-4 weeks upon which I will fax them to you. Please give me a call if you have any questions regarding this service.

Toll Free: 800-366-5660 • Phone: 858-693-8871 • Fax: 858-693-0276
www.CNSLien.com

NOV-24-2008  10:53       ( STRUCTION NOTICE SRVS                          P.002

**Private Works**
**Declaration of Service**
**(Section 3097.1 (c) California Civil Code)**

I, Valerie Burcks, as Unit Supervisor, declare that we, Construction Notice Services, Inc., served copies of this Preliminary Notice by first class certified mail, postage prepaid, on the evening of April 25, 2008 at the San Diego/Mira Mesa California Post Office.

Copies of this Preliminary Notice were mailed to the Reputed Owner, Reputed Original Contractor, and if applicable, the Reputed Lender at the names and addresses listed on the attached certified mail page.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on November 24, 2008 at San Diego, California.

*Valerie Burcks*

Valerie Burcks, Supervisor

NOV-24-2008   10:53        STRUCTION NOTICE SRVS                          P.003

Page: 3

CERTIFIED MAIL

Contruction Notice Services, Inc.
9520 Padgett Street, Suite 208
San Diego, CA 92126-4447
Telephone: 800-366-5660

| LN# | CERT# | ADDRESSEE NAME, ADDRESS, CITY, STATE, ZIP | POSTAGE | FEE | PLN# | CUSTOMER |
|---|---|---|---|---|---|---|
| 1 | 7114 7389 6621 1696 8298 | GERMAIN CONSTRUCTION 26451 BRIDGES CT LAKE FOREST CA 92630 | 0.41 | 2.65 | CA733333 | 714-491-4677 |
| 2 | 7114 7389 6621 1696 8304 | 47TH ST & AVE R LLC C/O HAL-FERTY DEVELOPMENT CO 199 S LOS ROBLES AVE #840 PASADENA CA 91101 | 0.41 | 2.65 | CA733335 | 602-268-0785 |
| 3 | 7114 7389 6621 1696 8311 | C.G. CONSTRUCTION 15632 EL PRADO RD. CHINO, CA 91710 | 0.41 | 2.65 | CA733335 | 602-268-0785 |
| 4 | 7114 7389 6621 1696 8328 | GMS GOLDEN VALLEY RANCH LLC 6973 AVENIDA ENCINAS #300 CARLSBAD CA 92008 | 0.41 | 2.65 | CA733336 | 208-362-3040 |
| 5 | 7114 7389 6621 1696 8335 | LESSEE FINANCED BY: CIRCUIT CITY STORES INC 9950 MAYLAND DR RICHMOND VA 23233-1464 | 0.41 | 2.65 | CA733336 | 208-362-3040 |
| 6 | 7114 7389 6621 1696 8342 | 3043 ROSEWOOD LLC A CALIFORNIA CORPORATION 3176 GLENDALE BLVD LOS ANGELES CA 90039 | 0.41 | 2.65 2.15 | CA733337 | 949-261-9244 |
| 7 | 7114 7389 6621 1696 8359 | FIRST REGIONAL BANK 1801 CENTURY PARK E #800 LOS ANGELES CA 90067 | 0.41 | 2.65 2.15 | CA733337 | 949-261-9244 |
| 8 | 7114 7389 6621 1696 8366 | SILVER LAKE CONTRACTORS, INC. A CALIFORNIA CORPORATION 3176 GLENDALE BLVD LOS ANGELES, CA 90039 | 0.41 | 2.65 2.15 | CA733337 | 949-261-9244 |
| 9 | 7114 7389 6621 1696 8373 | FREE COURT-MCMORAN COPPER AND GOLD 1 NORTH CENTRAL AVE PHOENIX AZ 85004 | 0.41 | 2.65 | CA733338 | 714-635-1130 |
| 10 | 7114 7389 6621 1696 8380 | AKER KVAERNER FCA PHELPS DODGE0-BAGDAD MINE MINE SHOP ROAD BAGDAD AZ 86321 | 0.41 | 2.65 | CA733338 | 714-635-1130 |
| 11 | 7114 7389 6621 1696 8397 | 7605 SAN FERNANDO RD LLC 7605 N SAN FERNANDO RD #7 BURBANK CA 91503 | 0.41 | 2.65 | CA733339 | 562-463-6088 |
| 12 | 7114 7389 6621 1696 8403 | LESSEE FINANCED BY: DETECTION LOPGIC 7605 N SAN FERNANDO RD BURBANK CA 91505 | 0.41 | 2.65 | CA733339 | 562-463-6088 |
| 13 | 7114 7389 6621 1696 8410 | CHATSWORTH ELECTRIC 10446 VARIEL AVE CHATSWORTH CA 91311 | 0.41 | 2.65 | CA733339 | 562-463-6088 |
| 14 | 7114 7389 6621 1696 8427 | CALIFORNIA AMERICAN WATER CO 611 FOREST LODGE RD #100 PACIFIC GROVE CA 93950 | 0.41 | 2.65 | CA733340 | 714-921-2600 |
| 15 | 7114 7389 6621 1696 8434 | AA-1 SERVICES INC 15117 ILLINOIS AVENUE PARAMOUNT CA 90723 | 0.41 | 2.65 | CA733340 | 714-921-2600 |
| 16 | 7114 7389 6621 1696 8441 | EMERY STATION LLC 1120 NYE ST #400 SAN RAFAEL CA 94901 | 0.41 | 2.65 | CA733341 | 925-931-9801 |
| 17 | 7114 7389 6621 1696 8458 | LESSEE FINANCED BY: ERNEST GALLO CLINIC & RESEARCH 5858 HORTON ST #200 EMERYVILLE CA 94608 | 0.41 | 2.65 | CA733341 | 925-931-9801 |

TOTAL NUMBER OF PIECES LISTED BY SENDER:        17

TOTAL NUMBER OF PIECES RECEIVED AT POST OFFICE:

POSTMASTER, PER (RECEIVING EMPLOYEE) _____

TOTAL P.003

RECORDING REQUESTED BY:
Engineered Structures, Inc.

AND WHEN RECORDED MAIL TO:
Engineered Structures, Inc.

12400 W. Overland Road
Boise, ID 83709



COPY ......... .... Recorded
11/24/08
Has n[
Origin..... 20082074055
processing has been compl......
LOS ANGELES COUNTY REGISTRAR · RECORDER

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANICS' LIEN

The undersigned, Engineered Structures, Inc. claimant, claims a mechanic's lien upon the following described real property: City of Santa Clarita, County of Los Angeles, California, "Circuit City" at The Plaza at Golden Valley, 19037 Golden Valley Road, Santa Clarita, CA.

The sum of $753,620.93 together with interest thereon at the rate of 10.00 percent per annum from November 21, 2008, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: General contractor services/plumbing, electrical, site work, interior & ***.
***exterior, labor and materials

Claimant furnished the work and/or materials at the request of, or under contract with: Circuit City, 9950 Mayland Drive, Richmond, VA 23233.

The owners and reputed owners of the property are: GMS Golden Valley Ranch, LLC, 5973 Avenida Encinas, #300, Carlsbad, CA 92008 (owner), Circuit City, 9950 Mayland Drive, Richmond, VA 23233 (lessee).

COPY

Firm Name: Engineered Structures, Inc.

By: _____

Danielle Olivas / Authorized Agent

## VERIFICATION

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanic's lien; I have read said claim of mechanic's lien and know the contents thereof; the same is true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2008, at San Diego, California.

_____

Danielle Olivas / Authorized Agent

COPYRIGHT 1994, CONSTRUCTION NOTICE SERVICES, INC. (800)995-5920

EXHIBIT "B"
AFF. OF ROB SHOCKLEY

CT Corporation

**Service of Process Transmittal**
12/23/2008
CT Log Number 514237441

TO:    Rob Shockley
       Engineered Structures, Inc.
       12400 W. Overland Rd.
       Boise, ID 83709

RE:    Process Served in California

FOR:   ENGINEERED STRUCTURES, INC. (Domestic State: ID)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | California Commercial Wiring Systems, Inc., etc., Pltf. vs. Engineered Structures, Inc., et al., Dfts |
| DOCUMENT(S) SERVED: | Summons, Complaint, Notice |
| COURT/AGENCY: | Los Angeles County, Superior Court, Hill Street, CA Case # BC404333 |
| NATURE OF ACTION: | Foreclosure Litigation - Mechanics Lien - County of Los Angeles, State of California |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 12/22/2008 at 14:10 |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service |
| ATTORNEY(S) / SENDER(S): | Creighton A. Stephens Law Offices of Creighton A. Stephens 179 Cindy Avenue Newbury Park, CA 91320 805-504-2816 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex Standard Overnight , 791198352869 |
| SIGNED: | C T Corporation System |
| PER: | Nancy Flores |
| ADDRESS: | 818 West Seventh Street Los Angeles, CA 90017 |
| TELEPHONE: | 213-337-4615 |

Page 1 of 1 / MS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT "C"
AFF. OF ROB SHOCKLEY

*6:10*

*ENGINEERED STRUCTURES INC*

*12-22-08*

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

ENGINEERED STRUCTURES, INC. ; GMS GOLDEN VALLEY
RANCH LLC ; WESTERN SURETY COMPANY and
DOES 1 through 20, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC. a California
Corporation

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

DEC 22 2008

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* BC404333 |

LOS ANGELES COUNTY SUPERIOR COURT
Central District; Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, California 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
CREIGHTON A. STEPHENS, ESQ. CALIFORNIA BAR# 106377
179 CINDY AVENUE, NEWBURY PARK, CA 91320 TELEPHONE: 805.504.2816

| DATE: *(Fecha)* DEC 22 | JOHN A. CLARKE, Clerk, by | M. GARCIA | , Deputy *(Adjunto)* |
|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (POS-010)).
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]
Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.
www.USCourtForms.com

SUMMONS

CREIGHTON A. STEPHENS, ESQ. CALIFORNIA SB# 106377
LAW OFFICES OF CREIGHTON A. STEPHENS
179 CINDY AVENUE
NEWBURY PARK, CA 91320
TELEPHONE: 805.504.2816
TELE-COPIER: 805.830.1112
E-MAIL: CASESQ@VERIZON.NET

ATTORNEYS FOR CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC.

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

DEC 22 2008

John A. Clarke, Executive Officer/Clerk

BY MARY GARCIA, Deputy

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF LOS ANGELES

|  |  |
|---|---|
| CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC. a California Corporation | Case No.    B C 4 0 4 3 3 3 |
| Plaintiff, | COMPLAINT FOR FORECLOSURE ON MECHANICS LIEN; VOLITIONS OF CALIFORNIA CONTRACTORS LICENSE LAW; BREACH OF CONTRACT; ACCOUNT STATED; OPEN BOOK ACCOUNT; REASONABLE VALUE OF GOODS AND SERVICES; |
| vs. | |
| ENGINEERED STRUCTURES, INC.; GMS GOLDEN VALLEY RANCH LLC; WESTERN SURETY COMPANY and DOES 1 through 20, inclusive, | CLAIM AMOUNT: $70,235.00 + accrued interest, costs and attorney fees. |
| Defendants | |

## GENERAL ALLEGATIONS

1.    Venue is proper in the Superior Court of the State of California for the County of Los Angeles, because the contract was performed within, and the real property, which is the subject of this suit, is located in the County of Los Angeles, filing in the Central District is permissible pursuant to Local Rule 2.0 (e).

-1-
COMPLAINT: CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC.
vs. ESI; GMS GOLDEN VALLEY RANCH

2.    Plaintiff CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC., hereinafter "CCWS" or "Plaintiff" is and at all times herein mentioned was, a California corporation duly organized and existing under and by virtue of the laws of the State of California, with it's principal place of business located at 1543 N. Placentia Ave. in the city of Anaheim, 92806 in the County of Orange.

3.    Plaintiff is informed and believes and thereon alleges that defendant ENGINEERED STRUCTURES, INC., dba IDAHO ESI INC hereinafter "ESI" is and at all times herein mentioned was, IOWA Corporation licensed to do business in California, with its principal place of business at 12400 West Overland Rd. Boise, IDAHO.

4.    Plaintiff is informed and believes and thereon alleges that defendant GMS GOLDEN VALLEY RANCH LLC was and at all times herein mentioned is a Deleware LLC with its principal place of business at 3973 Aveneda Encinas #300 CARLSBAD CA 92008,

5.    Plaintiff is informed and believes and thereon alleges that defendant GMS GOLDEN VALLEY RANCH LLC, was at all times herein mentioned the owner of that certain real property commonly known as Circuit City #3745 situated at 19037 Golden Valley Rd., Santa Clarita, CA 91321

6.    The true names and capacities, whether individual, corporate, associate or otherwise, of defendants named and sued herein as DOES 1 through 20, inclusive, are unknown to plaintiff. Plaintiff in informed and believes, and thereon alleges that each of these fictiously named defendants is in some way liable to plaintiff on the causes of action stated below.  Pursuant to the provisions of California Code of Civil Procedure §474, plaintiff will seek leave to amend this complaint when the true names and capacities of such fictiously named defendants can be ascertained.

7.    Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, each of the defendants sued herein was the agent and employee of each of the

-2-
COMPLAINT: CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC.
VS. ESI, GMS GOLDEN VALLEY RANCH

1   remaining defendants and was at all times acting within the scope of such agency and

2   employment.

3                          FIRST CAUSE OF ACTION
                          (Foreclosure of Mechanics Lien)
4

5   8.   Plaintiff realleges and incorporates herein by reference herein as though fully set forth

6   the allegations contained in paragraphs 1 through 6 above as though again fully set forth.

7   9.   Plaintiff is informed, believes, and on that basis alleges that defendants defendant

8   GMS GOLDEN VALLEY RANCH LLC  and DOES 3 through 20 are now, and at all times

9   mentioned herein were, the owners and developers of that certain real property commonly

10  Circuit City#3745 situated at  19037 Golden Valley Rd., Santa Clarita, CA 91321, the real

11  property.

12  10.  On or about, March 10, 2008 plaintiff and defendants ESI entered into a certain

13  contract evidenced by a written agreement and subsequent written change orders in which

14  plaintiff agreed to furnish certain electrical materials, labor, supplies and services to a work of

15  improvement known and described as Circuit City#3745, the real property.

16  11   In accordance with the agreements at the special instance and request of defendants

17  ESI GMS GOLDEN VALLEY RANCH LLC ., or their agents Plaintiff supplied certain

18  materials, equipment, labor, and services to defendant owners GMS GOLDEN VALLEY

19  RANCH LLC , which were actually used  and incorporated in the in the work of improvement

20  now completed upon the real property.

21  12.  Pursuant to California Civil Code, § 3097, plaintiff gave the required preliminary

22  notice of its intent to assert Californian Mechanics Lien rights by certified mail, return receipt

23  requested to defendants/owners GMS GOLDEN VALLEY RANCH LLC and to ESI.

24  13.  There remains due owing and unpaid for materials and services furnished to be used

25  and which were actually used in the work of improvement after crediting payments made the

26  sum of $70,235.00 together with interest from November 1, 2008.

14. On November 24, 2008 plaintiff duly filed and recorded with the County Recorder's Office for the County of Los Angeles, California, its mechanic's lien claim as Document No. 20082074237 in the amount of $70,235.00.

15. Plaintiff has incurred as additional expense the necessary charge and expense of preparing and recording said lien, as well as recording said notice of extension of lien; these amounts have not been reimbursed to plaintiff.

16. Plaintiff is informed and believes that defendants GMS GOLDEN VALLEY RANCH LLC claim some right, title or interest in and to the real property. Plaintiff is further informed, believes, and alleges that each of the fictitiously named defendants may also claims an interest or estate in the property herein mentioned, the exact nature of such claims is unknown to plaintiff. Said claims, titles or interests of the defendants/owners GMS GOLDEN VALLEY RANCH LLC or any of the fictitiously named defendants in and to the real property are junior, and subject to, plaintiff's claim of lien as set forth above.

## SECOND CAUSE OF ACTION
### (Breach of Contract)

17. Plaintiff re-alleges and incorporates by reference as though fully set forth herein each of the allegations plead in paragraphs 1 through 6 and 8 through 14.

18. Plaintiff has completed the work and fully performed all conditions, covenants and promises required on its part to be performed in accordance with the terms and conditions of the agreement. Plaintiff provided defendant ESI with all materials, labor, supplies and services required to complete the work of improvement.

19. ESI has breached the agreement by failing to fully pay for the electrical materials, labor, supplies and services provided, despite written demand.

20. As a direct and proximate result of ESI breach of the agreement, plaintiff has suffered damage in the sum of $130,073.06 together with interest thereon according to proof from November 1, 2008 until paid.

21.    Plaintiff has been required to retain an attorney, to enforce this agreement and prosecute this action.    Pursuant to the terms of this agreement, and the applicable provisions of the California Civil Code plaintiff is entitled to reasonable attorney's fees and costs in connection with this matter.

### THIRD CAUSE OF ACTION
(Violation of California contractors License Law)

22.    Plaintiff, for a third cause of action against Defendants ESI and WESTERN SURETY COMPANY re-alleges and incorporates by reference as though fully set forth herein each of the allegations plead in paragraphs 1 through 6 and 8 through 14.

23.    Plaintiff has completed the work and fully performed all conditions, covenants and promises required on its part to be performed in accordance with the terms and conditions of the agreement. Plaintiff provided defendants ESI with all materials, labor, supplies and services necessary to complete the work of improvement.

24.    Plaintiff is informed and believes that ESI has breached its statutory obligations to Plaintiff including but not limited to the prompt payment provisions of California's Contractors License Law by failing to promptly pay to Plaintiff funds received from Owner Developers for materials, labor, supplies and services provided by Plaintiffs.

25.    As a direct and proximate result of ESI's conduct as referenced above, plaintiff is informed and believes that it has sustained damages.

26.    Plaintiff makes claim on Western Surety against the statutory bond of ESI posted with the Contactors State License Board to the extent so damaged.

### FOURTH CAUSE OF ACTION
(Account Stated)

27.    Plaintiff, for a fourth cause of action against defendant defendants ESI re-alleges and incorporates by reference as though fully set forth the allegations plead above in paragraphs 1 through 6, 8 through 14 and 17 through 20.

-5-
COMPLAINT: CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC.
vs. ESI, GMS GOLDEN VALLEY RANCH

28.    Within the last two years, at the specific insistence and request of defendants ESI plaintiff has provided certain electrical materials, labor, supplies and services to a work of improvement known and described as Circuit City#3745 situated at 19037 Golden Valley Rd., Santa Clarita, CA 91321, and there remains due owing and unpaid the sum of $70,235.00.

### FIFTH CAUSE OF ACTION
### (Open Book Account)

29.    Plaintiff, for a fifth Cause of Action against defendants ESI re-alleges and incorporates herein by reference as though fully set forth the allegations plead above in paragraphs 1 through 6 and 8 through 14 and 15 and 17 through 20.

30.    Within the last four years last past in the city of Industry, County of Los Angeles, California defendants ESI became indebted to plaintiff on an open book account for the principal sum of $70,235.00 for certain electrical materials, labor, supplies and services to a work of improvement known and described as Circuit City#3745 situated at 19037 Golden Valley Rd., Santa Clarita, CA 91321, and there remains a balance due owing and unpaid in the sum of $70,235.00 together with interest thereon from November 1, 2008 until paid.

31.    Plaintiff alleges that these cause of action are based on an Open Book Account entered into on or after January 1, 1987, as defined in California Civil Code, S 1717.5. As such, plaintiff is entitled to reasonable attorneys' fees.

### SIXTH CAUSE OF ACTION
### (Reasonable Value – QUANTUM MERUIT)

32.    Plaintiff, for a sixth Cause of Action against defendants ESI, re-alleges and incorporates by reference as though fully set forth the allegations plead above in paragraphs 1 through 6 and 8 through 14 and 15 and 17 through 20.

33.    Within the last two years, plaintiff provided electrical and related equipment, labor, material and services to defendants ESI, at the special request of ESI and for which ESI implied

*assumpsit* or promise to pay to plaintiff as much as reasonably deserved (the reasonable value) of such material, equipment, labor, and services provided.

34.    At all times mentioned herein, the total and reasonable value of the above-mentioned electrical and related equipment, labor, materials and related services exceeded the sums paid by the sum of $70,235.00

WHEREFORE, plaintiff prays judgment against defendants and each of them as follows:

ON THE FIRST CAUSE OF ACTION FOR FORECLOSURE OF MECHANICS LIEN

1.  For the principal sum of $70,235.00

2.  For interest thereon according to proof from November 1, 2008 until paid;

3.  For costs of preparing and recording the mechanic's lien;

(a)    That there be adjudged to be a lien on said land and work of improvement on the real periphery described in this Complaint;

(b)    That said real property be adjudged and decreed to be sold by the Sheriff of the County of Los Angeles according to law and the practice of this Court;

(c)    That the proceeds of said sales are applied to satisfy the costs of these proceedings, and plaintiff's claims as aforesaid;

(d)    That if the proceeds of said sales are insufficient to satisfy the aforesaid sums due the plaintiff, that plaintiff have judgment and execution against all the defendants for any deficiency which may arise after the application of proceeds;

(e)    That the interests, estates or claims of all defendants, and each of them, in, to or upon the buildings and land described here, and every part thereof, be adjudged and decreed to be subsequent and subject to plaintiff's lien as aforesaid; and

(f)    that the equity of redemption of each and every of said defendants in or to said premises, and every part thereof, be forever barred and foreclosed;

-7-

COMPLAINT: CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC.
vs. ESI OMS GOLDEN VALLEY RANCH

1   ON THE SECOND, FOURTH, FIFTH AND SIXTH CAUSE OF ACTION AGAINST ESI

2   AND DOES 1 through 20:

3       1.  For the principal sum of $70,235.00

4       2.  For interest thereon according to proof from November 1, 2008 until paid;

5       3.  For reasonable attorneys fees;

6   ON THE THIRD CAUSE AGAINST Defendants ESI and WESTERN SURETY COMPANY

7       4.  For $12,500 the amount of ESI's posted bond.

8   ON ALL CAUSES OF ACTION AGAINST ALL DEFENDANTS:

9       4.  For costs of suit incurred herein; and

10      5.  For such other and further relief as the court deems just and proper.

11                              LAW OFFICES OF CREIGHTON A. STEPHENS

12

13                          By _____
                                CREIGHTON STEPHENS
14                              ATTORNEY FOR PLAINTIFF

15

16

17                              VERIFICATION

18  I declare under penalty of Perjury pursuant to the laws of the State of California the following:

19  I _Vickie Hart_ am the ___CEO___ of CALIFORNIA COMMERCIAL

20  WIRING SYSTEMS, INC. Plaintiff in the within action, I have reviewed the within complaint

21  and the facts stated therein are true and correct of my own personal knowledge and if called upon

22  I could and would competently testify thereto, as to allegations made on information and belief I

23  have made reasonable inquiry and believe the truth of the allegations set forth.

24  DATED: _12-22-08_               _____

25                                  _____

26

                              -8-
                COMPLAINT: CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC.
                    vs. ESI, GMS GOLDEN VALLEY RANCH

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL CASE

Case Number _____

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

BC404333

Your case is assigned for all purposes to the judicial officer indicated below. There is additional information on the reverse side of this form.

| ASSIGNED JUDGE | DEPT | ROOM | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|
| Hon. Gregory Alarcon | 36 | 410 | Hon. Mary H. Strobel | 32 | 406 |
| Hon. Conrad Aragon | 49 | 509 | Hon. Ernest M. Hiroshige | 54 | 512 |
| Hon. Helen I. Bendix | 18 | 308 | Hon. Jane L. Johnson | 56 | 514 |
| Hon. Elihu M. Berle | 42 | 416 | Hon. Ann I. Jones | 40 | 414 |
| Hon. (pending) | 23 | 315 | Hon. Ruth Ann Kwan | 72 | 731 |
| Hon. Kevin C. Brazile | 20 | 310 | Hon. (pending) | 33 | 409 |
| Hon. Soussan G. Bruguera | 71 | 729 | Hon. Malcolm H. Mackey | 55 | 515 |
| Hon. Susan Bryant-Deason | 52 | 510 | Hon. Rita Miller | 16 | 306 |
| Hon. Luis A. Lavin | 13 | 630 | Hon. David L. Minning | 61 | 632 |
| Hon. Victoria Chaney* | 324 | CCW | Hon. Aurelio Munoz | 47 | 507 |
| Hon. Judith C. Chirlin | 19 | 311 | Hon. Mary Ann Murphy | 25 | 317 |
| Hon. Ralph W. Dau | 57 | 517 | Hon. Joanne O'Donnell | 37 | 413 |
| Hon. Maureen Duffy-Lewis | 38 | 412 | Hon. Yvette M. Palazuelos | 28 | 318 |
| Hon. James R. Dunn | 26 | 316 | Hon. Mel Red Recana | 45 | 529 |
| Hon. Mark Mooney | 68 | 617 | Hon. Alan S. Rosenfield | 34 | 407 |
| Hon. William F. Fahey | 78 | 730 | Hon. Teresa Sanchez-Gordon | 74 | 735 |
| Hon. (pending) | 51 | 511 | Hon. John P. Shook | 53 | 513 |
| Hon. Edward A. Ferns | 69 | 621 | Hon. Ronald M. Sohigian | 41 | 417 |
| Hon. Kenneth R. Freeman | 64 | 601 | Hon. Michael C. Solner | 39 | 415 |
| Hon. Richard Fruin | 15 | 307 | Hon. Michael L. Stern | 62 | 600 |
| Hon. Terry A. Green | 14 | 300 | Hon. Rolf M. Treu | 58 | 516 |
| Hon. Elizabeth A. Grimes | 30 | 400 | Hon. Elizabeth Allen White | 48 | 506 |
| Hon. Paul Gutman | 34 | 408 | Hon. John Shepard Wiley Jr. | 50 | 508 |
| Hon. Robert L. Hess | 24 | 314 | Hon. Mary Thornton-House | 17 | 309 |
|  |  |  | Other |  |  |

*Class Actions

Given to the Plaintiff/Cross-Complainant/Attorney of Record on _____   JOHN A. CLARKE, Executive Officer/Clerk

By _____, Deputy Clerk

*1/8/09 2:45p.*

## SUMMONS
### (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
ENGINEERED STRUCTURES, INC. doing business as IDAHO
ESI, INC.;
GMS GOLDEN VALLEY RANCH, LLC, a Delaware limited
liability company; and
DOES 1 through 145, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
INTERIOR EXPERTS GENERAL BUILDERS, INC., a California
corporation,

---

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles County Superior Court

DEC 3 0 2008

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
O. Chavaryan

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>LOS ANGELES COUNTY SUPERIOR COURT, CALIFORNIA<br>9425 Penfield Avenue | **CASE NUMBER:**<br>*(Número del Caso):*<br>PC044374 |

Chatsworth, CA 91311
North Valley District-Chatsworth Courthouse

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Scott Thomas Green, SBN 82220                  805-306-1100        fax 805-306-1300
Nick M. Campbell, SBN 185590
GREEN & CAMPBELL, LLP
1777 E. Los Angeles Ave., Suite 200, Simi Valley, CA 93065

DATE:  DEC 3 0 2008                    Clerk, by _____, Deputy
*(Fecha)*                               *(Secretario)*                  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [X] on behalf of *(specify):* *Engineered Structures, Inc. doing business as IDAHO ESI, Inc.*

   under: [X] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):* *1/8/09*                    Page 1 of 1

[SEAL]

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

EXHIBIT "D"
AFF. OF ROB SHOCKLEY



1  Scott Thomas Green, SBN 82220
   Nick M. Campbell, SBN 185590
2  **GREEN & CAMPBELL, LLP**
   1777 E. Los Angeles Avenue, Ste. 201
3  Simi Valley, California 93065
   Tel.: (805) 306-1100
4  Fax: (805) 306-1300

5  Attorneys for Plaintiff INTERIOR EXPERTS
   GENERAL BUILDERS, INC., a California
6  corporation

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles County Superior Court

DEC 18 2008

John A. Clarke, Executive Officer/Clerk
By_____ Deputy
O. Chapuryan

7

8

9                SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                     FOR THE COUNTY OF LOS ANGELES

11               NORTH VALLEY DISTRICT - CHATSWORTH COURTHOUSE

12  INTERIOR EXPERTS GENERAL          )    CASE NO.:   PC044375
    BUILDERS, INC., a California corporation, )
13                                    )    **UNLIMITED CASE OVER $25,000**
                 Plaintiff,           )
14                                    )    COMPLAINT FOR:
        vs.                           )
15                                    )    1.   BREACH OF CONTRACT
    ENGINEERED STRUCTURES, INC. doing )    2.   FORECLOSURE OF MECHANICS'
16  business as IDAHO ESI, INC.;      )         LIEN
    GMS GOLDEN VALLEY RANCH, LLC, a   )    3.   RECOVERY ON MECHANICS'
17  Delaware limited liability company; and )      LIEN RELEASE BOND
    DOES 1 through 145, inclusive,    )    4.   ENFORCEMENT OF STOP
18                                    )         NOTICE
                 Defendants.          )    5.   RECOVERY ON STOP NOTICE
19                                    )         RELEASE BOND
                                      )    6.   RECOVERY ON CONTRACTOR'S
20                                    )         LICENSE BOND
                                      )    7.   OPEN BOOK ACCOUNT
21                                    )    8.   ACCOUNT STATED
                                      )    9.   QUANTUM MERUIT

22  _____

23      COMES NOW PLAINTIFF, INTERIOR EXPERTS GENERAL BUILDERS, INC., a

24  California corporation (hereinafter "PLAINTIFF" or "INTERIOR EXPERTS"), who sets forth the

25  following causes of action against the Defendants, and each of them, and who alleges as follows:

26                        **GENERAL ALLEGATIONS**

27  1.    PLAINTIFF, at all times mentioned herein, was and now is a California corporation duly

28      organized and existing under the laws of the State of California and authorized and licensed

Green & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

F:\CLIENTS\Interior Experts\Engineered Structures- Santa Clarita\Pleading\Complaint 122308.wpd

- 1 -
COMPLAINT

1      to conduct business in the State of California, as a "contractor" as that term is defined by

2      California Business & Professions Code §7026.

3   2.    PLAINTIFF is informed and believes and based thereon alleges that at all material times

4      mentioned herein, Defendant ENGINEERED STRUCTURES, INC. doing business as

5      IDAHO ESI, INC.(hereinafter "ESI"), was an Idaho corporation doing business in Los

6      Angles County, California.

7   3.    PLAINTIFF is informed and believes and based thereon alleges that if ESI is in fact a

8      corporation, such corporation is in mere form only, has no existence separate and apart

9      from Defendant DOES 1 through 5, inclusive, and there exists and at all times mentioned

10     herein, existed a unity of interest and ownership between Defendant DOES 1 through 5,

11     inclusive, and ESI such that any individuality and separateness between Defendant DOES 1

12     through 5, inclusive, and ESI has ceased, and ESI is the alter ego of Defendant DOES 1

13     through 5, inclusive.

14  4.    PLAINTIFF is informed and believes and based thereon alleges that the assets and

15     properties of ESI are commingled with the separate assets of Defendant DOES 1 through 5,

16     inclusive, such that there is no distinction between individual and corporate assets.

17  5.    PLAINTIFF is informed and believes and based thereon alleges that adherence to the

18     fiction of the separate existence of ESI as an entity distinct from Defendant DOES 1

19     through 5, inclusive, would permit an abuse of the corporate privilege and would permit

20     injustice in that they would succeed in avoiding legally incurred liabilities while

21     maintaining the benefits of the corporation.

22  6.    ESI and DOES 1 through 5, inclusive, are hereinafter jointly and severally referred to as the

23     "CONTRACTOR DEFENDANTS."

24  7.    PLAINTIFF is informed and believes and based thereon alleges that at all material times

25     mentioned herein, Defendant GMS GOLDEN VALLEY RANCH, LLC (hereinafter

26     "GMS") was a Delaware limited liability company doing business in Los Angeles County,

27     California.

28  /////

Green & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

F:\CLIENTS\Interior Experts\Engineered Structures- Santa Clarita\Pleading\Complaint 122308.wpd

- 2 -

COMPLAINT

8.  PLAINTIFF is informed and believes and based thereon alleges that if GMS is in fact a limited liability company, such company is in mere form only, has no existence separate and apart from Defendant DOES 6 through 75, inclusive, and there exists and at all times mentioned herein, existed a unity of interest and ownership between Defendant DOES 6 through 75, inclusive, and GMS such that any individuality and separateness between Defendant DOES 6 through 75, inclusive, and GMS has ceased, and GMS is the alter ego of Defendant DOES 6 through 75, inclusive.

9.  PLAINTIFF is informed and believes and based thereon alleges that the assets and properties of GMS are commingled with the separate assets of Defendant DOES 6 through 75, inclusive, such that there is no distinction between individual and company assets.

10.  PLAINTIFF is informed and believes and based thereon alleges that adherence to the fiction of the separate existence of GMS as an entity distinct from Defendant DOES 6 through 75, inclusive, would permit an abuse of the limited liability company privilege and would permit injustice in that they would succeed in avoiding legally incurred liabilities while maintaining the benefits of the limited liability company.

11.  GMS and DOES 6 through 75, inclusive, are hereinafter jointly and severally referred to as the "OWNER DEFENDANTS."

12.  PLAINTIFF is informed and believes that the OWNER DEFENDANTS are the owners, reputed owners, and/or leasehold owners of the real property commonly known as 19037 Golden Valley Boulevard, in the City of Santa Clarita, County of Los Angeles, State of California (hereinafter the "PROJECT" or the "PROPERTY").

13.  GMS and DOES 76 through 100, inclusive, are hereinafter jointly and severally referred to as the "LENDER DEFENDANTS."

14.  Defendants DOES 101 through 110, inclusive are hereinafter jointly and severally referred to as the "LIEN RELEASE BOND PRINCIPALS."

15.  Defendants DOES 111 through 120, inclusive, are hereinafter jointly and severally referred to as the "LIEN RELEASE BOND SURETIES."

/////

Green & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

F:\CLIENTS\Interior Experts\Engineered Structures- Santa Clarita\Pleading\Complaint 122308.wpd

- 3 -

COMPLAINT

16. Defendants DOES 121 through 130, inclusive, are hereinafter jointly and severally referred to as the "STOP NOTICE RELEASE BOND PRINCIPALS."

17. Defendants DOES 131 through 140, inclusive, are hereinafter jointly and severally referred to as the "STOP NOTICE RELEASE BOND SURETIES.

18. Defendants DOES 141 through 145, inclusive, are hereinafter jointly and severally referred to as the "LICENSE BOND SURETIES."

19. PLAINTIFF is ignorant of the true names and capacities, whether corporate, individual, partnership, associate or otherwise, of Defendants sued herein as fictitious DOES 1 through 145, inclusive, and therefore sues these Defendants by such fictitious names. PLAINTIFF will amend this Complaint to allege their true names and capacities when ascertained.

20. PLAINTIFF is informed and believes, and thereon alleges that, each of the fictitiously named Defendants is indebted to PLAINTIFF as hereinafter alleged, and that PLAINTIFF's rights against such fictitiously named Defendants arise from such indebtedness.

21. PLAINTIFF is informed and believes, and on such information and belief alleges that, at all times mentioned, each of the Defendants was the agent and employee of each of their Co-Defendants and, in doing the things herein mentioned, were acting within the scope of their authority as such agents and employees and with the permission and consent of their Co-Defendants.

22. The allegations sued upon herein arose in Los Angeles County, in the State of California.

23. The within action is not subject to the provisions of Sections 2981, *et seq.*, (Reese-Levering Act) and Section 1801, *et seq.*, (Unruh Act) of the *Civil Code* of the State of California.

### FIRST CAUSE OF ACTION
### BREACH OF CONTRACT
(Against CONTRACTOR DEFENDANTS)

24. PLAINTIFF repeats each and every allegation contained in Paragraphs 1 through 23 inclusive, of this Complaint and incorporates the same by this reference, as though set forth at length herein.

/////

Green & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

F:\CLIENTS\Interior Experts\Engineered Structures- Santa Clarita\Pleading\Complaint 122308.wpd

- 4 -

COMPLAINT

25. On or about March 4, 2008, PLAINTIFF entered into a written agreement with CONTRACTOR DEFENDANTS under which rough carpentry, metal stud drywall, frames/doors/hardware, restroom and toilet partitions and acoustical ceiling services, materials, equipment and labor would be supplied to CONTRACTOR DEFENDANTS at the PROPERTY in exchange for payment. A true and correct copy of the AGREEMENT is attached hereto as Exhibit "A" and incorporated herein by reference.

26. Subsequently thereto, the CONTRACTOR DEFENDANTS and PLAINTIFF entered into a series of agreements modifying certain terms of the AGREEMENT, including without limitation, terms regarding the scope of work to be performed by PLAINTIFF and the payments to be made for the adjustments in the scope of work. These written modifications to the AGREEMENT are referred to herein collectively as the CHANGE ORDERS. The CHANGE ORDERS and the AGREEMENT are referred to herein collectively as the AGREEMENT.

27. PLAINTIFF performed all conditions, covenants, and promises required on its part to be performed in accordance with the terms of the AGREEMENT except for those conditions, covenants, and promises which were excused by the CONTRACTOR DEFENDANTS and/or conditions, covenants, and promises which PLAINTIFF was prevented from performing by the acts or omissions to act on the part of the CONTRACTOR DEFENDANTS.

28. CONTRACTOR DEFENDANTS, and each of them, have subsequently breached the AGREEMENT by failing to pay PLAINTIFF its invoices in the amount of $196,630.25.

29. Although demand therefor has been made for payment in accordance with the AGREEMENT, no part of the outstanding invoices have been paid, and there is now due and owing to PLAINTIFF the total sum of at least $196,630.25.

30. Pursuant to California Civil Code § 3287 and 3289, PLAINTIFF is entitled to interest at the rate of 10% per annum on the unpaid amount of $196,630.25 from November 7, 2008, plus attorneys' fees, penalties, costs and interest pursuant to California Civil Code §§ 3260 and 3260.1 and Business & Professions Code § 7108.5, at the rate of 2% per month on the

Green & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

F:\CLIENTS\Interior Experts\Engineered Structures- Santa Clarita\Pleading\Complaint 122308.wpd

- 5 -

COMPLAINT

1    unpaid amount of at least $196,630.25 from November 7, 2008. The daily rate of interest

2    and penalties on the unpaid balance is $177.57.

3    ## SECOND CAUSE OF ACTION

4    ## FORECLOSURE OF MECHANICS' LIEN

5    (Against OWNER DEFENDANTS and

6    LENDER DEFENDANTS)

7    31.    PLAINTIFF repeats and realleges each and every allegation contained in Paragraphs 1

8    through 30 inclusive of this complaint and incorporates the same by this reference, as

9    though set forth at length herein.

10    32.    PLAINTIFF is informed and believes, and based thereon alleges, that at all times

11    mentioned, OWNER DEFENDANTS and LENDER DEFENDANTS claim to have some

12    estate, lien, right, title or interest in or upon the PROPERTY or some part thereof, which

13    said claim or claims are subject, subsequent and subordinate to the lien of PLAINTIFF as

14    set forth herein.

15    33.    The whole of said PROPERTY is required for the use and convenient occupancy of the

16    buildings and improvements situated thereon and more particularly described herein.

17    34.    In order to secure its claim of lien, PLAINTIFF caused to be recorded within the time

18    prescribed by law, in the office of the County Recorder of the county where the

19    PROPERTY is located, a verified claim of lien against the PROPERTY.

20    35.    PLAINTIFF served a Preliminary 20-Day Notice on the CONTRACTOR DEFENDANTS

21    which PLAINTIFF reasonably and in good faith believed to be the general contractor on

22    the job, or the reputed general contractor, and on the OWNER DEFENDANTS, which

23    PLAINTIFF reasonably and in good faith believed to be the owner, or reputed owner of the

24    PROPERTY where the labor and materials were supplied, and on the LENDER

25    DEFENDANTS, which PLAINTIFF reasonably and in good faith believed to be the

26    construction lenders on the PROPERTY. OWNER DEFENDANTS had actual knowledge

27    of the work of improvement on the PROPERTY and PLAINTIFF's provision of materials

28    and labor intended to be used on and used in the PROPERTY.

Green & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

F:\CLIENTS\Interior Exports\Engineered Structures- Santa Clarita\Pleading\Complaint 122308.wpd

- 6 -

COMPLAINT

36.    At the time of the recording of the claim of lien, the amount of at least $196,630.25 was due, owing and unpaid for materials and services provided by PLAINTIFF to the OWNER DEFENDANTS and intended to be used on and used in the PROPERTY referred to in this Cause of Action. The cost to PLAINTIFF of verifying and recording the claim of lien was $19.00. A true and correct copy of the mechanics' lien recorded by PLAINTIFF is attached hereto as Exhibit "B" and incorporated herein by this reference.

37.    No valid notice of completion of said work of improvement and/or cessation of labor thereon was filed in the office of the County Recorder of Los Angeles County, California, and ninety (90) days has not elapsed or expired since the completion of said work of improvement, or any cessation of labor therein, and the recording of PLAINTIFF's notice and claim of lien for recording as aforesaid.

## THIRD CAUSE OF ACTION

## RECOVERY ON MECHANICS' LIEN RELEASE BOND

(Against the LIEN RELEASE BOND PRINCIPALS

and the LIEN RELEASE BOND SURETIES)

38.    PLAINTIFF repeats each and every allegation contained in Paragraphs 1 through 37, inclusive, of this Complaint and incorporates the same by this reference, as though set forth at length herein.

39.    PLAINTIFF is informed and believes and based thereon alleges that the LIEN RELEASE BOND PRINCIPALS, and each of them, as principals, and the LIEN RELEASE BOND SURETIES, and each of them, as Surety, made, executed and delivered a Mechanics' Lien Release Bond, in which event:

(a)    The liens against the PROPERTY were discharged; and

(b)    The Mechanics' Lien Release Bond became the substitute for the liens against the PROPERTY, and the LIEN RELEASE BOND SURETIES became the proper parties against whom the rights of the mechanics' lien claimant must be asserted.

/////

Green & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

F:\CLIENTS\Interloc Experts\Engineered Structures- Santa Clarita\Pleading\Complaint 122308.wpd

- 7 -

COMPLAINT

40.   By reason of the foregoing, the LIEN RELEASE BOND SURETIES, and each of them, are indebted to PLAINTIFF in the sum of at least $196,630.25, plus interest thereon at the maximum rate allowed by law on the unpaid amount of $196,630.25 from November 7, 2008.

## FOURTH CAUSE OF ACTION

### ENFORCEMENT OF STOP NOTICE

(Against LENDER DEFENDANTS)

41.   PLAINTIFF repeats each and every allegation contained in Paragraphs 1 through 40 inclusive, of this Complaint and incorporates the same by this reference, as though set forth at length herein.

42.   On or about December 24, 2008, which is within the time allowed by law, PLAINTIFF filed its Bonded Stop Notice relating to the PROPERTY, a true and correct copy of which is attached hereto as Exhibit "C."

43.   In the Stop Notice, PLAINTIFF demanded that the LENDER DEFENDANTS withhold sufficient funds to answer the PLAINTIFF's claims contained in the Stop Notice for the sum of $196,630.25, which total sum remains unpaid under the Agreement.

44.   Plaintiff is informed and believes and thereon alleges that when the LENDER DEFENDANTS received the Stop Notice as alleged above, they had in their possession sufficient funds due or to become due to PLAINTIFF to answer the PLAINTIFF's claim stated in such Stop Notice.

45.   By reasons of the foregoing, the Defendants, and each of them, are indebted to PLAINTIFF in the sum of $196,630.25, plus interest thereon at the maximum rate allowed by law from November 7, 2008.

## FIFTH CAUSE OF ACTION

### RECOVERY ON STOP NOTICE RELEASE BOND

(Against the STOP NOTICE RELEASE BOND PRINCIPALS

and the STOP NOTICE RELEASE BOND SURETIES)

46.   Plaintiff repeats each and every allegation contained in Paragraphs 1 through 45, inclusive,

Green & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

F:\CLIENTS\Interior Experts\Engineered Structures- Santa Clarita\Pleading\Complaint 122308.wpd

- 8 -

COMPLAINT

1    of this Complaint and incorporates the same by this reference, as though set forth at length

2    herein.

3    47.    Plaintiff is informed and believes and based thereon alleges that the STOP NOTICE

4    RELEASE BOND PRINCIPALS, and each of them, as principals, and the STOP NOTICE

5    RELEASE BOND SURETIES, and each of them, as Sureties, made, executed and

6    delivered a Stop Notice Release Bond and that the LENDER DEFENDANTS have

7    accepted the Stop Notice Release Bond and have released the money that was being held

8    pursuant to the aforementioned Stop Notice, in which event:

9    (a)  The duty of the LENDER DEFENDANTS to withhold money pursuant to the

10    Stop Notice was discharged;

11    (b)  The Stop Notice Release Bond became the substitute for the money previously

12    withheld pursuant to the Stop Notice, and the STOP NOTICE RELEASE BOND

13    SURETIES became the proper parties against whom the rights of the Stop Notice

14    claimant must be asserted; and

15    (c)  The cause of action against the LENDER DEFENDANTS on the Stop Notice

16    no longer exists.

17    48.    By reasons of the foregoing, the STOP NOTICE RELEASE BOND SURETIES, and each

18    of them, are indebted to Plaintiff in the sum of $196,630.25, plus interest thereon at the

19    maximum rate allowed by law from November 7, 2008.

20    **SIXTH CAUSE OF ACTION**

21    **RECOVERY ON CONTRACTOR'S LICENSE BOND**

22    (Against CONTRACTOR DEFENDANTS

23    and LICENSE BOND SURETIES)

24    49.    PLAINTIFF repeats each and every allegation contained in Paragraphs 1 through 48,

25    inclusive, of this Complaint and incorporates the same by this reference, as though set forth

26    at length herein.

27    50.    PLAINTIFF is informed and believes and based thereon alleges that CONTRACTOR

28    DEFENDANTS, and each of them, as principals, and LICENSE BOND SURETIES, and

Green & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

1   each of them, as sureties, made, executed and delivered to the State of California, their

2   bond and obligation (the "LICENSE BOND") in writing pursuant to Section 7071.5 of the

3   California Business and Professions Code.  Pursuant to said section, each bond is for the

4   benefit of any person damaged as a result of any violation of Chapter 9 of Division 3 of the

5   Business and Professions Code.

6   51.   Said CONTRACTOR DEFENDANTS, and each of them, failed to comply with the

7   provisions of Chapter 9 of Division 3 of the Business and Professions Code in that

8   CONTRACTOR DEFENDANTS diverted funds received and/or failed substantially to

9   account for the application or use of such funds and failed to pay for the construction

10   materials and services furnished by PLAINTIFF for said CONTRACTOR DEFENDANTS

11   in violation of Sections 7108, 7108.5 and 7120 of the Business and Professions Code, and

12   PLAINTIFF has been damaged as a result thereof in an amount exceeding the penal sum of

13   the LICENSE BOND.

14   52.   By reasons of the foregoing, CONTRACTOR DEFENDANTS and LICENSE BOND

15   SURETIES, and each of them, are indebted to PLAINTIFF in the sum of $12,500.00.

16                          SEVENTH CAUSE OF ACTION

17                              OPEN BOOK ACCOUNT

18                          (Against CONTRACTOR DEFENDANTS)

19   53.   PLAINTIFF repeats each and every allegation contained in Paragraphs 1 through 23,

20   inclusive, of this Complaint and incorporates the same by this reference, as though set forth

21   at length herein.

22   54.   Within the last four years in the State of California, the CONTRACTOR DEFENDANTS,

23   and each of them, became indebted to PLAINTIFF on an open book account for money due

24   in the sum of at least $196,630.25 for the provision of materials, equipment and labor

25   provided by PLAINTIFF to the CONTRACTOR DEFENDANTS, and each of them,

26   pursuant to their special request and for which said CONTRACTOR DEFENDANTS, and

27   each of them, agreed to pay the principal amount of $196,630.25.

28   /////

Green & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 358-1100

F:\CLIENTS\Interior Experts\Engineered Structures- Santa Clarita\Pleading\Complaint 122308.wpd

- 10 -

COMPLAINT

55. No part of the outstanding sums due have been paid, and no part of the interest accrued or attorneys' fees incurred due to the refusal and delay by CONTRACTOR DEFENDANTS in paying monies due have been paid, although demand therefor has been made.

56. Pursuant to California Civil Code § 1717.5, California Civil Code §§ 3260 and 3260.1, California Civil Code §§ 3287 and 3289, and Business & Professions Code § 7108.5, PLAINTIFF is entitled to attorneys' fees, costs, interest, and penalties at the rate of 2% per month on the on the unpaid amount of at least $196,630.25 from November 7, 2008. Such attorneys' fees are at this time unknown, and PLAINTIFF reserves the right to amend this Complaint to allege same with certainty when ascertained.

## EIGHTH CAUSE OF ACTION

## ACCOUNT STATED

### (Against CONTRACTOR DEFENDANTS)

57. PLAINTIFF repeats each and every allegation contained in Paragraphs 1 through 23, inclusive, of this Complaint and incorporates the same by this reference, as though set forth at length herein.

58. Within the last four years in the State of California, an account was stated by and between PLAINTIFF and the CONTRACTOR DEFENDANTS, and each of them, wherein it was agreed that CONTRACTOR DEFENDANTS, and each of them, were indebted to PLAINTIFF in the sum of at least $196,630.25 for materials, equipment and labor provided by PLAINTIFF to said CONTRACTOR DEFENDANTS and each of them.

59. No part of the outstanding sums due have been paid, and no part of the interest accrued or attorneys' fees incurred due to the refusal and delay by CONTRACTOR DEFENDANTS in paying monies due have been paid, although demand therefor has been made.

60. Pursuant to California Civil Code §§ 3260 and 3260.1, California Civil Code §§ 3287 and 3289, and Business & Professions Code § 7108.5, PLAINTIFF is entitled to attorneys' fees, costs, interest, and penalties at the rate of 2% per month on the on the unpaid amount of at least $196,630.25 from November 7, 2008. Such attorneys' fees are at this time unknown, and PLAINTIFF reserves the right to amend this Complaint to allege same with certainty

Green & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

F:\CLIENTS\Interior Experts\Engineered Structures- Santa Clarita\Pleading\Complaint 122308.wpd

- 11 -

COMPLAINT

when ascertained.

## NINTH CAUSE OF ACTION

### QUANTUM MERUIT

(Against CONTRACTOR DEFENDANTS)

61. PLAINTIFF repeats and realleges each and every allegation contained in Paragraphs 1 through 23, inclusive, of this Complaint and incorporates the same by this reference, as though set forth at length herein.

62. Within the last two years, in Los Angeles County, California, the CONTRACTOR DEFENDANTS became indebted to PLAINTIFF in the sum of at least $196,630.25 at the Defendants' special instance. The reasonable value of PLAINTIFF's services is at least $196,630.25.

63. No part of the above outstanding sum has been paid, notwithstanding the fact that PLAINTIFF has demanded payment therefor, and there is now due, owing and unpaid from CONTRACTOR DEFENDANTS, and each of them, to PLAINTIFF the sum of at least $196,630.250 plus interest thereon at the maximum allowable rate, from November 7, 2008.

64. Pursuant to California Civil Code §§ 3260 and 3260.1, California Civil Code §§ 3287 and 3289, and Business & Professions Code § 7108.5, PLAINTIFF is entitled to attorneys' fees, costs, interest, and penalties at the rate of 2% per month on the on the unpaid amount of at least $196,630.25 from November 7, 2008. Such attorneys' fees are at this time unknown, and PLAINTIFF reserves the right to amend this Complaint to allege same with certainty when ascertained.

### PRAYER

WHEREFORE, PLAINTIFF prays for judgment against Defendants, and each of them as follows:

ON THE FIRST CAUSE OF ACTION:

1. For the sum of at least $196,630.25; plus interest thereon at a rate of 10% per annum from November 7, 2008 pursuant to California Civil Code §§ 3287 and 3289; and

Green & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

F:\CLIENTS\Interior Experts\Engineered Structures- Santa Clarita\Pleading\Complaint 122308.wpd

- 12 -

COMPLAINT

2. For interest, penalties, based upon the principal sum of $196,630.25 at 2% per month from November 7, 2008 pursuant to California Civil Code § 1717, California Civil Code §§ 3260 and 3260.1 and Business and Professions Code § 7108.5.

ON THE SECOND CAUSE OF ACTION:

3. For the sum of at least $196,630.25 plus interest thereon at a rate of 10% per annum from November 7, 2008 to be declared a lien against the PROPERTY referred to herein in the second Cause of Action superior to the claim, title, lien, or interest of any other Defendant, and that the real property be decreed sold by the Sheriff of Los Angeles County, California, according to the law, and all proceeds of said sale be applied to PLAINTIFF's claim and to the costs of these proceedings, and the sale of the PROPERTY;

4. That PLAINTIFF may have execution against Defendants above-named, and each of them, for any deficiency remaining after said sale and the application of the proceeds thereof toward the payment of PLAINTIFF's claim with all costs and expenses of sale;

5. That it be decreed that the claim of the Defendants above-named, and each of them, if any they have, are subsequent to, subject to, and junior to the claim of PLAINTIFF herein; and

6. The sum of $19.00 expended for the purpose of verifying and recording said claims of lien.

ON THE THIRD CAUSE OF ACTION:

7. For the sum of at least $196,630.25 plus interest thereon at a rate of 10% per annum from November 7, 2008.

ON THE FOURTH CAUSE OF ACTION:

8. For the sum of $196,630.25 plus interest thereon at the maximum rate allowed by law from November 7, 2008.

ON THE FIFTH CAUSE OF ACTION:

9. For the sum of $196,630.25 plus interest thereon at the maximum rate allowed by law from November 7, 2008.

ON THE SIXTH CAUSE OF ACTION:

10. For the sum of $12,500.00.

/////

Gronn & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

F:\CLIENTS\Interior Experts\Engineered Structures- Santa Clarita\Pleading\Complaint 122308.wpd

- 13 -

COMPLAINT

1       **ON THE SEVENTH CAUSE OF ACTION:**

2   11.   For the sum of at least $196,630.25 plus interest thereon at a rate of 10% per annum from

3       November 7, 2008, plus penalties and fees pursuant to California Civil Code § 1717.5,

4       California Civil Code §§ 3260 and 3260.1, California Civil Code §§ 3287 and 3289, and

5       Business & Professions Code § 7108.5.

6       **ON THE EIGHTH CAUSE OF ACTION:**

7   12.   For the sum of at least $196,630.25 plus interest thereon at a rate of 10% per annum from

8       November 7, 2008, plus penalties and fees pursuant to California Civil Code §§ 3260 and

9       3260.1, California Civil Code §§ 3287 and 3289, and Business & Professions Code §

10      7108.5.

11      **ON THE NINTH CAUSE OF ACTION:**

12  13.   For the sum of at least $196,630.25 plus interest thereon at a rate of 10% per annum from

13      November 7, 2008, plus penalties and fees pursuant to California Civil Code §§ 3260 and

14      3260.1, California Civil Code §§ 3287 and 3289, and Business & Professions Code §

15      7108.5.

16      **ON ALL CAUSES OF ACTION:**

17  14.   For costs of suit herein incurred, attorneys' fees; and

18  15.   For such other and further relief as the Court deems just and proper.

19   Dated: December 29, 2008       GREEN & CAMPBELL, LLP

20

21                     By:_____

22                       Scott Thomas Green
                             Nick M. Campbell

23                       Attorneys for Plaintiff, INTERIOR EXPERTS
                             GENERAL BUILDERS, INC., a California
                             corporation

24

25

26

27

28

Green & Campbell, LLP
Suite 201
1777 E. Los Angeles Ave.
Simi Valley, CA 93065
(805) 306-1100

F:\CLIENTS\Interior Experts\Engineered Structures- Santa Clarita\Pleading\Complaint 122308.wpd

- 14 -

COMPLAINT

NOV-10-2008  08:54        CONSTRUCTION NOTICE SRVS                        P.002

Dated:  04/28/08

CA733786

# CALIFORNIA PRELIMINARY NOTICE
### In accordance with sections 3097 and 3098, California Civil Code
#### This is not a Lien, This is not a reflection on the integrity of any contractor or subcontractor

1 - You are hereby notified that

ENGINEERED STRUCTURES INC
12400 W OVERLAND RD
BOISE ID 83709

Reputed Owner

RJ VENTURES
1801 AVE OF THE STARS #920
LOS ANGELES CA 90067

2 - Has furnished or will furnish labor,
services, equipment, or materials of
the following general description:
LABOR MATERIALS &/OR SERVICES

Reputed Construction Lender or Lessee

LESSEE FINANCED BY:
CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND VA 23233-1464

3 - An estimate of the total price of the
labor, services, equipment, or materials
furnished or to be furnished is:
$ 1,648,307.00

Reputed Original Contractor

ENGINEERED STRUCTURES INC
12400 W OVERLAND RD
BOISE ID 83709

4 - The building, structure or other work of
improvement is located at:
CIRCUIT CITY #3396
620/34660 MONTEREY AVE
PALM DESERT CA 92211

A.D.C.  UNKNOWN

5 - The name of the person or firm who contracted
for the purchase of such labor, services,
equipment or material is:

CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND VA 23233-1464

6 - Name and address of Trust Funds to which
Supplemental Fringe Benefits are payable
(if applicable):

7 - Jobsite is Federal Public Work Title 40 USC
Sec. 270A-270E.
Contract #
Bond Co:

Signed
Authorized Agent   _Julie C. Gray_

### NOTICE TO PROPERTY OWNER

IF BILLS ARE NOT PAID IN FULL FOR THE LABOR, SERVICES,
EQUIPMENT, OR MATERIALS FURNISHED OR TO BE
FURNISHED, A MECHANICS' LIEN LEADING TO THE LOSS,
THROUGH COURT FORECLOSURE PROCEEDINGS, OF ALL
OR PART OF YOUR PROPERTY BEING SO IMPROVED MAY
BE PLACED AGAINST THE PROPERTY EVEN THOUGH YOU
HAVE PAID YOUR CONTRACTOR IN FULL.  YOU MAY WISH
TO PROTECT YOURSELF AGAINST THIS CONSEQUENCE BY
(1) REQUIRING YOUR CONTRACTOR TO FURNISH A RELEASE
SIGNED BY THE PERSON OR FIRM GIVING YOU THIS NOTICE
BEFORE MAKING FINAL PAYMENT TO YOUR CONTRACTOR
OR (2) ANY OTHER METHOD OR DEVICE THAT IS
APPROPRIATE UNDER THE CIRCUMSTANCES.  OTHER THAN
RESIDENTIAL HOMEOWNERS OF DWELLINGS CONTAINING
FEWER THAN 5 UNITS, PRIVATE PROJECT OWNERS MUST
NOTIFY THE ORIGINAL CONTRACTOR AND ANY LIEN
CLAIMANT WHO HAS PROVIDED THE OWNER WITH A
PRELIMINARY 20-DAY LIEN NOTICE IN ACCORDANCE WITH
SECTION 3097 OF THE CIVIL CODE THAT A NOTICE OF
COMPLETION OR NOTICE OF CESSATION HAS BEEN
RECORDED WITHIN 10 DAYS OF ITS RECORDATION.  NOTICE
SHALL BE BY REGISTERED MAIL, CERTIFIED MAIL, OR FIRST-
CLASS MAIL, EVIDENCED BY A CERTIFICATE OF MAILING.
FAILURE TO NOTIFY WILL EXTEND THE DEADLINES TO
RECORD A LIEN.

Construction Notice Services, Inc.

1-800-366-5600

TOTAL P.002
EXHIBIT "E"
AFF. OF ROB SHOCKLEY

# SERVICE OF
# PRE-LIEN

NOV-24-2008  11:14        CONSTRUCTION NOTICE SRVS                        P.001


**CNS**  *Over 18,000 Contractors and Suppliers getting paid has built our business for the past 24 years!*

*Construction Notice Services, Inc.*

| To: | Crystal Jones | From: | Myrna Geronimo |
|-----|---------------|-------|----------------|
|     | Engineered Structures, Inc. | Date: | 11/24/2008 |
| Fax: | 208-947-5813 | Pages: | 3 |

## PROOF OF SERVICE

Following is the proof of service you requested on Prelim# CA733786.  There were no records of returned mail in our office for this prelim so I must request the proof of delivery signature from the post office showing who signed for the certified mailings and when it was signed for.  There is a charge of $5.50 per signature request.  There were 2 mailings on this prelim so there will be a charge of $11.00, there's also a charge of $25.00 for rush fee.  With the total of $36.00 fee made to your account for this service.  I should receive the results back from the post office within 2-4 weeks upon which I will fax them to you.  Please give me a call if you have any questions regarding this service.

**Private Works**
**Declaration of Service**
**(Section 3097.1 (c) California Civil Code)**

I, Valerie Burcks, as Unit Supervisor, declare that we, Construction Notice Services, Inc., served copies of this Preliminary Notice by first class certified mail, postage prepaid, on the evening of April 28, 2008 at the San Diego/Mira Mesa California Post Office.

Copies of this Preliminary Notice were mailed to the Reputed Owner, Reputed Original Contractor, and if applicable, the Reputed Lender at the names and addresses listed on the attached certified mail page.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on November 24, 2008 at San Diego, California.

*Valerie Burcks*

Valerie Burcks, Supervisor

NOV-24-2008  11:14    CONSTRUCTION NOTICE SRVS                          P.003

Page: 2

CERTIFIED MAIL

Contruction Notice Services, Inc.
9520 Padgett Street, Suite 208
San Diego, CA  92126-4447
Telephone: 800-366-5660

| LN# | CERT# | ADDRESSEE NAME, ADDRESS, CITY, STATE, ZIP | POSTAGE | FEE | PLN# | CUSTOMER |
|---|---|---|---|---|---|---|
| 1 | 7114 7389 6621 1697 7979 | MORRISSEY CONSTRUCTION 3740 OCEANIC WAY #301 OCEANSIDE CA 92056 | 0.41 | 2.65 | CA733780 | 858-586-1412 |
| 2 | 7114 7389 6621 1697 7986 | THOMAS PROPERTIES GROUP 515 S FLOWER ST 6TH FL LOS ANGELES CA 90071 | 0.41 | 2.65 | CA733781 | 310-323-3923 |
| 3 | 7114 7389 6621 1697 7993 | LBA REALTY FUND III CO LLC & LBA REALTY 10089 WILLOW CREEK RD #110 SAN DIEGO CA 92131 | 0.41 | 2.65 | CA733782 | 858-292-6780 |
| 4 | 7114 7389 6621 1697 8005 | BOWLING CONSTRUCTION INC 5735 KEARY VILLA RD #103 SAN DIEGO CA 92123 | 0.41 | 2.65 | CA733783 | 858-292-6780 |
| 5 | 7114 7389 6621 1697 8013 | CP SAN FRANCISCO LLC COPELAND'S PROPERTIES PO BOX 1085 SAN LUIS OBISPO CA 93406 | 0.41 | 2.65 | CA733784 | 650-615-7705 |
| 6 | 7114 7389 6621 1697 8020 | PINE LINE GROUP INC 457 MINNA ST SAN FRANCISCO CA 94103 | 0.41 | 2.65 | CA733784 | 650-615-7705 |
| 7 | 7114 7389 6621 1697 8037 | CITY OF THOUSAND OAKS 2100 E THOUSAND OAKS BLVD THOUSAND OAKS CA 91362 | 0.41 | 2.65 | CA733785 | 818-787-0481 |
| 8 | 7114 7389 6621 1697 8044 | LA BUILDERS INC 15535 SATICOY ST # H VAN NUYS CA 91406 | 0.41 | 2.65 | CA733785 | 818-787-0481 |
| 9 | 7114 7389 6621 1697 8051 | BO VENTURES 1801 AVE OF THE STARS #920 LOS ANGELES CA 90067 | 0.41 | 2.65 | CA733786 | 208-362-3040 |
| 10 | 7114 7389 6621 1697 8068 | LESSEE FINANCED BY: CIRCUIT CITY STORES INC 9950 MAYLAND DR RICHMOND VA 23233-1464 | 0.41 | 2.65 | CA733786 | 208-362-3040 |
| 11 | 7114 7389 6621 1697 8075 | ALLIED SIGNAL INC PO BOX 4900 SCOTTSDALE AZ 85261 | 0.41 | 2.65 | CA733787 | 562-921-2733 |
| 12 | 7114 7389 6621 1697 8082 | LESSEE FINANCED BY: HONEYWELL 2525 W 190TH ST TORRANCE CA 90504 | 0.41 | 2.65 | CA733787 | 562-921-2733 |
| 13 | 7114 7389 6621 1697 8099 | LITTLE FOOT CONSTRUCTION 1336 MOORPARK RD #281 THOUSAND OAKS CA 91360 | 0.41 | 2.65 | CA733787 | 562-921-2733 |
| 14 | 7114 7389 6621 1697 8105 | CITY OF CAMPBELL 70 N 1ST ST CAMPBELL CA 95008 | 0.41 | 2.65 | CA733788 | 916-941-2800 |
| 15 | 7114 7389 6621 1697 8112 | OWNER FINANCED BY: RANDY FLOWERS 133 S 1ST ST CAMPBELL CA 95008 | 0.41 | 2.65 | CA733788 | 916-941-2800 |
| 16 | 7114 7389 6621 1697 8129 | FLOWERS BROTHERS CONSTRUCTION 302 N 2ND ST #1 CAMPBELL CA 95008 | 0.41 | 2.65 | CA733788 | 916-941-2800 |
| 17 | 7114 7389 6621 1697 8136 | LANKIN PROPERTY CO LLC PO BOX 5006 REDWOOD CITY CA 94063 | 0.41 | 2.65 | CA733789 | 415-495-2002 |
| 18 | 7114 7389 6621 1697 8143 | KEEGAN CONST PO BOX 460790 SAN FRANCISCO CA 94146 | 0.41 | 2.65 | CA733789 | 415-495-2002 |
| 19 | 7114 7389 6621 1697 8150 | CP SAN FRANCISCO LLC COPELAND'S PROPERTIES 1028 PEACH ST SAN LUIS OBISPO CA 93401 | 0.41 | 2.65 | CA733790 | 650-615-7705 |

TOTAL NUMBER OF PIECES LISTED BY SENDER:    19

TOTAL NUMBER OF PIECES RECEIVED AT POST OFFICE: _____

POSTMASTER, PER (RECEIVING EMPLOYEE) _____

TOTAL P.003

RECORDING REQUESTED BY:
Engineered Structures, Inc.

AND WHEN RECORDED MAIL TO:
Engineered Structures, Inc.

12400 W. Overland Road
Boise, ID 83709

DOC # 2008-0619424
11/21/2008

Customer Copy Label
The paper to which this label is
affixed has not been compared
with the recorded document
Larry W Ward
County of Riverside
Assessor, County Clerk & Recorder

USE

# MECHANICS' LIEN

The undersigned, Engineered Structures, Inc. claimant, claims a mechanic's lien upon the following described real property: City of Palm Desert, County of Riverside, California, Circuit City, 34660 Monterey Avenue, Palm Desert, CA.

The sum of $828,383.12 together with interest thereon at the rate of 10.00 percent per annum from November 20, 2008, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant General contractor services-plumbing, electrical,sitework,interior & exterior*. *labor and materials, etc.

Claimant furnished the work and/or materials at the request of, or under contract with: Circuit City, 9950 Mayland Drive, Richmond, VA 23233.

The owners and reputed owners of the property are: RJ Ventures, LLC, 1801 Avenue of the Stars, #920, Los Angeles, CA 90067 (owner), Circuit City Stores, Inc., 9950 Mayland Drive, Richmond, VA 23233 (lessee).

COPY

Firm Name: Engineered Structures, Inc.

By: _____

Angela Darling / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanic's lien; I have read said claim of mechanic's lien and know the contents thereof; the same is true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2008, at San Diego, California.

_____

Angela Darling / Authorized Agent

COPYRIGHT 1994, CONSTRUCTION NOTICE SERVICES, INC. (208)385-8880

EXHIBIT "F"
AFF. OF ROB SHOCKLEY

**CT Corporation**

Service of Process
Transmittal
12/23/2008
CT Log Number 514237404

TO:     Rob Shockley
        Engineered Structures, Inc.
        12400 W. Overland Rd.
        Boise, ID 83709

RE:     Process Served in California

FOR:    ENGINEERED STRUCTURES, INC. (Domestic State: ID)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | California Commercial Wiring Systems, Inc., etc., etc., Pltf. vs. Engineered Structures, Inc., et al., Dfts. |
| DOCUMENT(S) SERVED: | Summons, Complaint |
| COURT/AGENCY: | Riverside County, Superior Court, Indio, CA Case # INC082837 |
| NATURE OF ACTION: | Foreclosure Litigation - Mechanics Lien - County of Riverside, State of California |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 12/22/2008 at 14:10 |
| APPEARANCE OR ANSWER DUE: | Within 30 days after service |
| ATTORNEY(S) / SENDER(S): | Creighton A. Stephens Law Offices of Creighton A. Stephens 179 Cindy Avenue Newbury Park, CA 91320 805-504-2816 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex Standard Overnight , 791198352860 |
| SIGNED: | C T Corporation System |
| PER: | Nancy Flores |
| ADDRESS: | 818 West Seventh Street Los Angeles, CA 90017 |
| TELEPHONE: | 213-337-4615 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT "G"
AFF. OF ROB SHOCKLEY

*ENGINEERED STRUCTURES INC*    *Z-10*
*10-22-08*

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

ENGINEERED STRUCTURES, INC. ; R.J. VENTURES,
ROTHBART DEVELOPMENT; WESTERN SURETY COMPANY
and DOES 1 through 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC. a California
Corporation

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

DEC 19 2008

Y. Dominguez

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is: (El nombre y dirección de la corte es): | CASE NUMBER: (Número del Caso): |
|---|---|
| SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE DESERT DIVISION Indio Court 46-200 Oasis Street Indio, Ca. 92201 | **INC** 082837 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
CREIGHTON A. STEPHENS, ESQ. CALIFORNIA BAR# 106377
179 CINDY AVENUE, NEWBURY PARK, CA 91320. TELEPHONE: 805.504.2816

| DATE: (Fecha) | DEC 19 2008 | Clerk, by Y. Dominguez (Secretario) | , Deputy (Adjunto) |
|---|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
         ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
         ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
         ☐ other (specify):
4. ☐ by personal delivery on (date):

(SEAL)

COPY

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. January 1, 2004] | SUMMONS | Page 1 of 1 Code of Civil Procedure §§ 412.20, 465 American LegalNet, Inc. www.USCourtForms.com |

1    CREIGHTON A. STEPHENS, ESQ. CALIFORNIA SB# 106377
     LAW OFFICES OF CREIGHTON A. STEPHENS
2    179 CINDY AVENUE
     NEWBURY PARK, CA 91320
3    TELEPHONE: 805.504.2816
     TELE-COPIER: 805.830.1112
4    E-MAIL: CASESQ@VERIZON.NET

5    ATTORNEYS FOR CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC.

6

7

8

9              SUPERIOR COURT OF CALIFORNIA
10                COUNTY OF RIVERSIDE

11

12                                           Case No.
13   CALIFORNIA COMMERCIAL WIRING               INC  0 8 2 8 3 7
     SYSTEMS, INC. a California Corporation
14                                           COMPLAINT FOR FORECLOSURE ON
        Plaintiff,                           MECHANICS LIEN; VOLITIONS OF
15                                           CALIFORNIA CONTRACTORS LICENSE
             vs.                             LAW; BREACH OF CONTRACT;
16                                           ACCOUNT STATED; OPEN BOOK
     ENGINEERED STRUCTURES, INC.;            ACCOUNT; REASONABLE VALUE OF
17   R.J. VENTURES, ROTHBART                 GOODS AND SERVICES;
     DEVELOPMENT; WESTERN SURETY
18   COMPANY and DOES 1 through 20, inclusive,   CLAIM AMOUNT: $130,073.06 + accrued
                                             interest, costs and attorney fees.
19      Defendants

20

21                   GENERAL ALLEGATIONS

22       1.    Venue is proper in the Superior Court of the State of California for the County of

23   Riverside because the real property commonly known as 34660 Monterey Avenue, Palm Desert,

24   the improvement of which is the subject of this action is situated in the County of Riverside,

25   State of California.

26

     

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

DEC 19 2008

Y. Dominguez

2.    Plaintiff CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC., hereinafter "CCWS" or "Plaintiff" is and at all times herein mentioned was, a California corporation duly organized and existing under and by virtue of the laws of the State of California, with it's principal place of business located at 1543 N. Placentia Ave. in the city of Anaheim, 92806 in the County of Orange.

3.    Plaintiff is informed and believes and thereon alleges that defendant ENGINEERED STRUCTURES, INC., dba IDAHO ESI INC hereinafter "ESI" is and at all times herein mentioned was, IOWA Corporation licensed to do business in California, with its principal place of business at 12400 West Overland Rd. Boise, IDAHO.

4.    Plaintiff is informed and believes and thereon alleges that defendant R.J. VENTURES, LLC was and at all times herein mentioned is a California LLC with its principal place of business at 1801 Ave of the Stars Los Angeles, CA 90067 ;

5.    Plaintiff is informed and believes and thereon alleges that defendant ROTHBART DEVELOPMENT CORPORATION was, and at all times herein mentioned is a California Corporation with its principal place of business at 1801 Ave of the Stars Los Angeles, CA 90067 and that R.J. VENTURES LLC, and ROTHBART DEVELOPMENT were at all times herein mentioned the owners of that certain real property commonly known as Circuit City #3396 situated at 34660 Monterey Avenue, Palm Desert, CA 92211 hereinafter "real property"

6.    The true names and capacities, whether individual, corporate, associate or otherwise, of defendants named and sued herein as DOES 1 through 20, inclusive, are unknown to plaintiff. Plaintiff is informed and believes, and thereon alleges that each of these fictitiously named defendants is in some way liable to plaintiff on the causes of action stated below. Pursuant to the provisions of California Code of Civil Procedure §474, plaintiff will seek leave to amend this complaint when the true names and capacities of such fictitiously named defendants can be ascertained.

7.    Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, each of the defendants sued herein was the agent and employee of each of the remaining defendants and was at all times acting within the scope of such agency and employment.

### FIRST CAUSE OF ACTION
#### (Foreclosure of Mechanics Lien)

8.    Plaintiff realleges and incorporates herein by reference herein as though fully set forth the allegations contained in paragraphs 1 through 6 above as though again fully set forth.

9.    Plaintiff is informed, believes, and on that basis alleges that defendants defendant R.J. VENTURES, ROTHBART DEVELOPMENT  and DOES 3 through 20 are now, and at all times mentioned herein were, the owners and developers of that certain real property commonly Circuit City #3396 situated at 34660 Monterey Avenue, Palm Desert, CA 92211, the real property.

10.    On or about May 12, 2008 plaintiff and defendants ESI entered into a certain contract evidenced by a written agreement and subsequent written change orders in which plaintiff agreed to furnish certain electrical materials, labor, supplies and services to a work of improvement known and described as Circuit City #3396, the real property.

11.    In accordance with the agreements at the special instance and request of defendants ESI, R.J. VENTURES, ROTHBART DEVELOPMENT ., or their agents Plaintiff supplied certain materials, equipment, labor, and services to defendant owners R.J. VENTURES, ROTHBART DEVELOPMENT , which were actually used  and incorporated in the in the work of improvement now completed upon the real property.

12.    Pursuant to California Civil Code  § 3097 plaintiff  gave the required preliminary notice of its intent to assert Californian Mechanics Lien rights  by certified mail, return receipt requested  to defendants/owners R.J. VENTURES, ROTHBART DEVELOPMENT and to ESI

-3-

13.    There remains due owing and unpaid for materials and services furnished to be used and which were actually used in the work of improvement after crediting payments made the sum of $130,073.06 together with interest from November 24, 2008.

14.    On November 24, 2008 plaintiff duly filed and recorded with the County Recorder's Office for the County of Riverside, California, its mechanic's lien claim as Document No. 2008-0623110 in the amount of $$130,073.06.

15.    Plaintiff has incurred as additional expense the necessary charge and expense of preparing and recording said lien, as well as recording said notice of extension of lien; these amounts have not been reimbursed to plaintiff.

16.    Plaintiff is informed and believes that defendants R.J. VENTURES, ROTHBART DEVELOPMENT claim some right, title or interest in and to the real property. Plaintiff is further informed, believes, and alleges that each of the fictitiously named defendants may also claims an interest or estate in the property herein mentioned; the exact nature of such claims is unknown to plaintiff. Said claims, titles or interests of the defendants/owners R.J. VENTURES, ROTHBART DEVELOPMENT or any of the fictitiously named defendants in and to the real property are junior, and subject to, plaintiff's claim of lien as set forth above.

<u>SECOND CAUSE OF ACTION</u>
(Breach of Contract)

17.    Plaintiff re-alleges and incorporates by reference as though fully set forth herein each of the allegations plead in paragraphs 1 through 6 and 8 through 14.

18.    Plaintiff has completed the work and fully performed all conditions, covenants and promises required on its part to be performed in accordance with the terms and conditions of the agreement. Plaintiff provided defendant ESI with all materials, labor, supplies and services required to complete the work of improvement.

19.    ESI has breached the agreement by failing to fully pay for the electrical materials, labor, supplies and services provided, despite written demand.

- 4 -

COMPLAINT; CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC.
VS. ESI, RJ VENTURES, ROTHBART DEVELOPMENT

20. As a direct and proximate result of ESI breach of the agreement, plaintiff has suffered damage in the sum of $130,073.06 together with interest thereon according to proof from November 1, 2008 until paid.

21. Plaintiff has been required to retain an attorney, to enforce this agreement and prosecute this action. Pursuant to the terms of this agreement, and the applicable provisions of the California Civil Code plaintiff is entitled to reasonable attorney's fees and costs in connection with this matter.

### THIRD CAUSE OF ACTION
(Violation of California contractors License Law)

22. Plaintiff, for a third cause of action against Defendants ESI and WESTERN SURETY COMPANY re-alleges and incorporates by reference as though fully set forth herein each of the allegations plead in paragraphs 1 through 6 and 8 through 14.

23. Plaintiff has completed the work and fully performed all conditions, covenants and promises required on its part to be performed in accordance with the terms and conditions of the agreement. Plaintiff provided defendants ESI with all materials, labor, supplies and services necessary to complete the work of improvement.

24. Plaintiff is informed and believes that ESI has breached its statutory obligations to Plaintiff including but not limited to the prompt payment provisions of California's Contractors License Law by failing to promptly pay to Plaintiff funds received from Owner Developers for materials, labor, supplies and services provided by Plaintiffs.

25. As a direct and proximate result of ESI's conduct as referenced above, plaintiff is informed and believes that it has sustained damages.

26. Plaintiff makes claim on Western Surety against the statutory bond of ESI posted with the Contactors State License Board to the extent so damaged.

### FOURTH CAUSE OF ACTION
(Account Stated)

-5-

COMPLAINT: CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC.
vs. ESI; RJ VENTURES; ROTHBART DEVELOPMENT

33. Within the last two years, plaintiff provided electrical and related equipment, labor, material and services to defendants ESI, at the special request of ESI and for which ESI implied *assumpsit* or promise to pay to plaintiff as much as reasonably deserved (the reasonable value) of such material, equipment, labor, and services provided

34. At all times mentioned herein, the total and reasonable value of the above-mentioned electrical and related equipment, labor, materials and related services exceeded the sums paid by the sum of $147,427.62

WHEREFORE, plaintiff prays judgment against defendants and each of them as follows:

ON THE FIRST CAUSE OF ACTION FOR FORECLOSURE OF MECHANICS LIEN

1. For the principal sum of $130,073.06

2. For interest thereon according to proof from November 1, 2008 until paid,

3. For costs of preparing and recording the mechanic's lien,

    (a) That there be adjudged to be a lien on said land and work of improvement on the real periphery described in this Complaint;

    (b) That said real property be adjudged and decreed to be sold by the Sheriff of the County of Riverside according to law and the practice of this Court;

    (c) That the proceeds of said sales are applied to satisfy the costs of these proceedings, and plaintiff's claims as aforesaid;

    (d) That if the proceeds of said sales are insufficient to satisfy the aforesaid sums due the plaintiff, that plaintiff have judgment and execution against all the defendants for any deficiency which may arise after the application of proceeds;

    (e) That the interests, estates or claims of all defendants, and each of them, in, to or upon the buildings and land described here, and every part thereof, be adjudged and decreed to be subsequent and subject to plaintiff's lien as aforesaid; and

    (f) that the equity of redemption of each and every of said defendants in or to said

- 7 -
COMPLAINT: CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC.
vs. ESI; RJ VENTURES, ROTHBART DEVELOPMENT

I, Vickie Hart, am the _____CEO_____ of CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC. Plaintiff in the within action, I have reviewed the within complaint and the facts stated therein are true and correct of my own personal knowledge and if called upon I could and would competently testify thereto, as to allegations made on information and belief I have made reasonable inquiry and believe the truth of the allegations set forth.

DATED: 12-22-08

- 8 -
COMPLAINT: CALIFORNIA COMMERCIAL WIRING SYSTEMS, INC.
vs. ESI; RJ VENTURES, ROTHBART DEVELOPMENT

CA734550



Dated: 04/28/08

RECEIVED
NOV 0 7 2008

# CALIFORNIA PRELIMINARY NOTICE
### In accordance with sections 3097 and 3098, California Civil Code
### This is not a Lien, This is not a reflection on the integrity of any contractor or subcontractor

1 - You are hereby notified that

ENGINEERED STRUCTURES INC
12400 W OVERLAND RD
BOISE ID 83709

Reputed Owner

FW CA-BREA MARKET PLACE LLC
121 W FORSYTHE ST #200
JACKSONVILLE FL 32202

2 - Has furnished or will furnish labor,
services, equipment, or materials of
the following general description:
LABOR MATERIALS &/OR SERVICES

Reputed Construction Lender or Lessee

LESSEE FINANCED BY:
CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND VA 23233

3 - An estimate of the total price of the
labor, services, equipment, or materials
furnished or to be furnished is:
$ 612,501.00

Reputed Original Contractor

ENGINEERED STRUCTURES INC
12400 W OVERLAND RD
BOISE ID 83709

4 - The building, structure or other work of
Improvement is located at:
 IRCUIT CITY #3878
 J5 EAST BIRCH STREET
BREA CA 92821

A.D.C.  UNKNOWN

5 - The name of the person or firm who contracted
for the purchase of such labor, services,
equipment or material is:

CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND VA 23233-1464

6 - Name and address of Trust Funds to which
Supplemental Fringe Benefits are payable
(if applicable):

7 - Jobsite Is Federal Public Work Title 40 USC
Sec. 270A-270E.
Contract #
Bond Co:

Signed
Authorized Agent    _John C. Gray_

| NOTICE TO PROPERTY OWNER |
|---|
| IF BILLS ARE NOT PAID IN FULL FOR THE LABOR, SERVICES, EQUIPMENT, OR MATERIALS FURNISHED OR TO BE FURNISHED, A MECHANICS' LIEN LEADING TO THE LOSS, THROUGH COURT FORECLOSURE PROCEEDINGS, OF ALL OR PART OF YOUR PROPERTY BEING SO IMPROVED MAY BE PLACED AGAINST THE PROPERTY EVEN THOUGH YOU HAVE PAID YOUR CONTRACTOR IN FULL.  YOU MAY WISH TO PROTECT YOURSELF AGAINST THIS CONSEQUENCE BY (1) REQUIRING YOUR CONTRACTOR TO FURNISH A RELEASE SIGNED BY THE PERSON OR FIRM GIVING YOU THIS NOTICE BEFORE MAKING FINAL PAYMENT TO YOUR CONTRACTOR OR (2) ANY OTHER METHOD OR DEVICE THAT IS APPROPRIATE UNDER THE CIRCUMSTANCES.  OTHER THAN RESIDENTIAL HOMEOWNERS OF DWELLINGS CONTAINING FEWER THAN 5 UNITS, PRIVATE PROJECT OWNERS MUST NOTIFY THE ORIGINAL CONTRACTOR AND ANY LIEN CLAIMANT WHO HAS PROVIDED THE OWNER WITH A PRELIMINARY 20-DAY LIEN NOTICE IN ACCORDANCE WITH SECTION 3097 OF THE CIVIL CODE THAT A NOTICE OF COMPLETION OR NOTICE OF CESSATION HAS BEEN RECORDED WITHIN 10 DAYS OF ITS RECORDATION.  NOTICE SHALL BE BY REGISTERED MAIL, CERTIFIED MAIL, OR FIRST-CLASS MAIL, EVIDENCED BY A CERTIFICATE OF MAILING.  FAILURE TO  NOTIFY WILL EXTEND THE DEADLINES TO RECORD A LIEN. |

EXHIBIT "H"
AFF OF ROB SHOCKLEY

SERVICE OF

PRE-LIEN



**CNS** *Over 18,000 Contractors and Suppliers getting paid has built our business for the past 24 years!*

*Construction Notice Services, Inc.*

| To: | Crystal Jones | From: | Myrna Geronimo |
|---|---|---|---|
| | Engineered Structures, Inc. | Date: | 11/21/2008 |
| Fax: | 208-947-6813 | Pages: | 3 |

## PROOF OF SERVICE

*BUA*

Following is the proof of service you requested on Prelim# CA734550/A. There were no records of returned mail in our office for this prelim so I must request the proof of delivery signature from the post office showing who signed for the certified mailings and when it was signed for. There is a charge of $5.50 per signature request. There were 4 mailings on this prelim so there will be a charge of $22.00, there's also a charge of $25.00 for rush fee. With the total of $47.00 fee made to your account for this service. I should receive the results back from the post office within 2-4 weeks upon which I will fax them to you. Please give me a call if you have any questions regarding this service.

**Private Works**
**Declaration of Service**
**(Section 3097.1 (c) California Civil Code)**

I, Sandy Mcmackin, as Unit Supervisor, declare that we, Construction Notice Services, Inc., served copies of this Preliminary Notice by first class certified mail, postage prepaid, on the evening of April 28, 2008 at the San Diego/Mira Mesa California Post Office.

Copies of this Preliminary Notice were mailed to the Reputed Owner, Reputed Original Contractor, and if applicable, the Reputed Lender at the names and addresses listed on the attached certified mail page.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on November 21, 2008 at San Diego, California.


Sandy Mcmackin, Supervisor

Page: 3

CERTIFIED MAIL

**Contruction Notice Services, Inc.**
9520 Padgett Street, Suite 208
San Diego, CA 92126-4447
Telephone: 800-366-5660

| LN# | CERT# | ADDRESSEE NAME, ADDRESS, CITY, STATE, ZIP | POSTAGE | FEE | PLN# | CUSTOMER |
|---|---|---|---|---|---|---|
| 1 | 7114 7389 6621 1699 3658 | BERG & BERG DEVELOPERS LP 10050 BANDLEY DR CUPERTINO CA 95014 | 0.41 | 2.65 | CA734549 | 510-670-1690 |
| 2 | 7114 7389 6621 1699 3665 | LESSEE FINANCED BY: STATS CHIP PAC TEST SERVICE 1768 MCCANDLESS DR MILPITAS CA 95035 | 0.41 | 2.65 | CA734549 | 510-670-1690 |
| 3 | 7114 7389 6621 1699 3672 | PW CA-BREA MARKET PLACE LLC 121 W FORSYTHE ST #200 JACKSONVILLE FL 32202 | 0.41 | 2.65 | CA734550 | 208-362-3040 |
| 4 | 7114 7389 6621 1699 3689 | LESSEE FINANCED BY: CIRCUIT CITY STORES INC 9950 MAYLAND DR RICHMOND VA 23233 | 0.41 | 2.65 | CA734550 | 208-362-3040 |
| 5 | 7114 7389 6621 1699 3696 | REGENCY CENTER LLC 915 WILSHIRE BLVD #2200 LOS ANGELES CA 00017 | 0.41 | 2.65 | CA734550A | 208-362-3040 |
| 6 | 7114 7389 6621 1699 3702 | LESSEE FINANCED BY: CIRCUIT CITY STORES INC 9950 MAYLAND DR RICHMOND VA 23233 | 0.41 | 2.65 | CA734550A | 208-362-3040 |
| 7 | 7114 7389 6621 1699 3719 | OMCA STAR LLC/ GEORGE CHRISTIE 25041 LUNA BONITA DR LAGUNA HILLS CA 92653 | 0.41 | 2.65 | CA734551 | 909-974-5500 |
| 8 | 7114 7389 6621 1699 3726 | AKC GENERAL CONSTRUCTION INC 1026 S HOLLENBACK ST WEST COVINA CA 91791 | 0.41 | 2.65 | CA734551 | 909-974-5500 |
| 9 | 7114 7389 6621 1699 3733 | COUNTY OF LOS ANGELES DEPT OF PARKS & RECREATION CONTRACTS DIV/301 BALDWIN AVE RCADIA CA 91007 | 0.41 | 2.65 2.15 | CA734552 | 949-855-3336 |
| 10 | 7114 7389 6621 1699 3740 | FUNDED BY: MUSEUM ASSOCIATES C/O LOS ANGELES COUNTY MUSEUM OF ART/5905 WILSHIRE BLVD LOS ANGELES CA 90036 | 0.41 | 2.65 2.15 | CA734552 | 949-855-3336 |
| 11 | 7114 7389 6621 1699 3757 | SAKAI CONSTRUCTION CORP 1235 W COLLINS AVE ORANGE CA 92857 | 0.41 | 2.65 2.15 | CA734552 | 949-855-3336 |
| 12 | 7114 7389 6621 1699 3764 | MOLAR PROPERTY LP 8907 WARNER AVE #108 HUNTINGTON BEACH CA 92647 | 0.41 | 2.65 | CA734553 | 909-974-5500 |
| 13 | 7114 7389 6621 1699 3771 | HSBC BANK 660 S FIGUEROA #800 LOS ANGELES CA 92647 | 0.41 | 2.65 | CA734553 | 909-974-5500 |
| 14 | 7114 7389 6621 1699 3788 | ANDREW L YOUNGQUIST CONST INC 3187 RED HILL #200 COSTA MESA CA 92626 | 0.41 | 2.65 | CA734553 | 909-974-5500 |
| 15 | 7114 7389 6621 1699 3795 | TOWN OF APPLE VALLEY 14955 DALE EVANS PKWY APPLE VALLEY, CA 92307 | 0.41 | 2.65 | CA734554 | 602-266-0785 |
| 16 | 7114 7389 6621 1699 3801 | COOLEY CONSTRUCTION, INC. 17525 EUCALYPTUS ST #G HESPERIA, CA 92345 | 0.41 | 2.65 | CA734554 | 602-266-0785 |
| 17 | 7114 7389 6621 1699 3818 | LONG POINT DEVELOPMENT LLC 6610 PALOS VERDES DR S #A RANCHO PALOS VERDES CA 90275 | 0.41 | 2.65 | CA734555 | 562-272-0225 |
| 18 | 7114 7389 6621 1699 3825 | CASCADE INVESTMENTS LLC C/O JOHN HUNT LOS ARBOLES MGMT PO BOX 88198 TUKWILA WA | 0.41 | 2.65 | CA734555 | 562-272-0225 |

TOTAL NUMBER OF PIECES LISTED BY SENDER:    18

TOTAL NUMBER OF PIECES RECEIVED AT POST OFFICE:

POSTMASTER, PER (RECEIVING EMPLOYEE) _____

TOTAL P.003

CCTSI

RECORDING REQUESTED BY:

Engineered Structures, Inc.

AND WHEN RECORDED MAIL TO:

Engineered Structures, Inc.

12400 W. Overland Road
Boise, ID 83709

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

║║║║║║║║║║║║║║║║║║║║║║  6.00
2008000526752 01:22pm 11/10/08
119 28 M09 1
0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANICS' LIEN

The undersigned, Engineered Structures, Inc. claimant, claims a mechanic's lien upon the following described real property: City of Brea, County of Orange, California, Circuit City, 835 E. Birch Street, APN: 319-011-67, Brea, CA.

The sum of $119,583.78 together with interest thereon at the rate of 10.00 percent per annum from October 23, 2008, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: General contractor services.

Claimant furnished the work and/or materials at the request of, or under contract with: Circuit City, 9950 Mayland Drive, Richmond, CA 23233.

The owners and reputed owners of the property are: FW CA-Brea Marketplace, LLC/Regency Centers, LP, One Independent Drive, #114, Jacksonville, FL  32202 (owner), Circuit City Stores West Coast, Inc., 9950 Mayland Drive, Richmond, VA 23233 (lessee).

Firm Name:  Engineered Structures, Inc.

By: _____

Angela Darling / Authorized Agent

## VERIFICATION

I, the undersigned, say:  I am the Authorized Agent of the claimant of the foregoing mechanic's lien: I have read said claim of mechanic's lien and know the contents thereof: the same is true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 7, 2008, at San Diego, California.

_____

Angela Darling / Authorized Agent

COPYRIGHT 1994, CONSTRUCTION NOTICE SERVICES, INC. (800)366-5060

EXHIBIT "I"
AFF. OF ROB SHOCKLEY

Dated:    04/22/08

CA731949


RECEIVED
NOV 07 2008

# CALIFORNIA PRELIMINARY NOTICE

### In accordance with sections 3097 and 3098, California Civil Code
### This is not a Lien, This is not a reflection on the integrity of any contractor or subcontractor

1 - You are hereby notified that

ENGINEERED STRUCTURES INC
12400 W OVERLAND RD
BOISE ID 83709

Reputed Owner

LA HABRA IMPERIAL LLC C/O
HOPKINS R/E GROUP
17461 DERIAN AVE #106
IRVINE CA 92614

2 - Has furnished or will furnish labor,
services, equipment, or materials of
the following general description:
LABOR MATERIALS &/OR SERVICES

Reputed Construction Lender or Lessee

LESSEE FINANCED BY:
CIRCUIT CITY STORES
9950 MARYLAND DR
RICHMOND VA 23233

3 - An estimate of the total price of the
labor, services, equipment, or materials
furnished or to be furnished is:
$ 1,274,612.00

Reputed Original Contractor

ENGINEERED STRUCTURES INC
12400 W OVERLAND RD
BOISE ID 83709

4 - The building, structure or other work of
improvement is located at:
CIRCUIT CITY #4313
1020 W IMPERIAL HIGHWAY
LA HABRA CA 90631

A.D.C.   UNKNOWN

5 - The name of the person or firm who contracted
for the purchase of such labor, services,
equipment or material is:

CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND VA 23233-1464

6 - Name and address of Trust Funds to which
Supplemental Fringe Benefits are payable
(if applicable):

7 - Jobsite is Federal Public Work Title 40 USC
Sec. 270A-270E.
Contract #
Bond Co:

Signed
Authorized Agent

## NOTICE TO PROPERTY OWNER

IF BILLS ARE NOT PAID IN FULL FOR THE LABOR, SERVICES,
EQUIPMENT, OR MATERIALS FURNISHED OR TO BE
FURNISHED, A MECHANICS' LIEN LEADING TO THE LOSS,
THROUGH COURT FORECLOSURE PROCEEDINGS, OF ALL
OR PART OF YOUR PROPERTY BEING SO IMPROVED MAY
BE PLACED AGAINST THE PROPERTY EVEN THOUGH YOU
HAVE PAID YOUR CONTRACTOR IN FULL. YOU MAY WISH
TO PROTECT YOURSELF AGAINST THIS CONSEQUENCE BY
(1) REQUIRING YOUR CONTRACTOR TO FURNISH A RELEASE
SIGNED BY THE PERSON OR FIRM GIVING YOU THIS NOTICE
BEFORE MAKING FINAL PAYMENT TO YOUR CONTRACTOR
OR (2) ANY OTHER METHOD OR DEVICE THAT IS
APPROPRIATE UNDER THE CIRCUMSTANCES. OTHER THAN
RESIDENTIAL HOMEOWNERS OF DWELLINGS CONTAINING
FEWER THAN 5 UNITS, PRIVATE PROJECT OWNERS MUST
NOTIFY THE ORIGINAL CONTRACTOR AND ANY LIEN
CLAIMANT WHO HAS PROVIDED THE OWNER WITH A
PRELIMINARY 20-DAY LIEN NOTICE IN ACCORDANCE WITH
SECTION 3097 OF THE CIVIL CODE THAT A NOTICE OF
COMPLETION OR NOTICE OF CESSATION HAS BEEN
RECORDED WITHIN 10 DAYS OF ITS RECORDATION. NOTICE
SHALL BE BY REGISTERED MAIL, CERTIFIED MAIL, OR FIRST-
CLASS MAIL, EVIDENCED BY A CERTIFICATE OF MAILING.
FAILURE TO NOTIFY WILL EXTEND THE DEADLINES TO
RECORD A LIEN.

Construction Notice Services, Inc.

1-800-S

EXHIBIT "J"
AFF. OF ROB SHOCKLEY

# SERVICE OF
# PRE-LIEN

# CNS

Over 18,000 Contractors and Suppliers getting paid has built our business for the past 24 years!

**Construction Notice Services, Inc.**

| To: | Crystal Jones | From: | Myrna Geronimo |
|---|---|---|---|
| | Engineered Structures, Inc. | Date: | 11/21/2008 |
| Fax: | 208-947-5813 | Pages: | 3 |



## PROOF OF SERVICE

Following is the proof of service you requested on Prelim# CA731949.  There were no records of returned mail in our office for this prelim so I must request the proof of delivery signature from the post office showing who signed for the certified mailings and when it was signed for.  There is a charge of $5.50 per signature request.  There were 2 mailings on this prelim so there will be a charge of $11.00, there's also a charge of $25.00 for rush fee.  With the total of $36.00 fee made to your account for this service.  I should receive the results back from the post office within 2-4 weeks upon which I will fax them to you.  Please give me a call if you have any questions regarding this service.

Toll Free: 800-366-5660  •  Phone: 858-693-8871  •  **Fax: 858-693-0276**
www.CNSLien.com

**Private Works**
**Declaration of Service**
**(Section 3097.1 (c) California Civil Code)**

I, Sandy Mcmackin, as Unit Supervisor, declare that we, Construction Notice Services, Inc., served copies of this Preliminary Notice by first class certified mail, postage prepaid, on the evening of **April 22, 2008** at the San Diego/Mira Mesa California Post Office.

Copies of this Preliminary Notice were mailed to the Reputed Owner, Reputed Original Contractor, and if applicable, the Reputed Lender at the names and addresses listed on the attached certified mail page.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on **November 21, 2008** at San Diego, California.


Sandy Mcmackin, Supervisor

Page: 3

CERTIFIED MAIL

Contruction Notice Services, Inc.
9520 Padgett Street, Suite 208
San Diego, CA 92126-4447
Telephone: 800-366-5660

| LN# | CERT# | ADDRESSEE NAME, ADDRESS, CITY, STATE, ZIP | POSTAGE | FEE | PLN# | CUSTOMER |
|---|---|---|---|---|---|---|
| 1 | 7114 7389 6621 1693 9519 | SOUTHERN CALIFORNIA GAS 8101 S ROSEMEAD SC722A PICO RIVERA CA 90660 | 0.41 | 2.65 | CA731937 | 619-262-5171 |
| 2 | 7114 7389 6621 1693 9526 | ARB INC 26000 COMMERCENTRE DR LAKE FOREST CA 92630 | 0.41 | 2.65 | CA731937 | 619-262-5171 |
| 3 | 7114 7389 6621 1693 9533 | KINGSVIEW INDUSTRIAL CENTER 11845 W OLYMPIC BLVD #1200 LOS ANGELES CA 90064 | 0.41 | 2.65 | CA731941 | 310-538-8330 |
| 4 | 7114 7389 6621 1693 9540 | LESSEE FINANCED BY: QUALITY LITHO 16830 AVALON BLVD CARSON CA 90746 | 0.41 | 2.65 | CA731941 | 310-538-8330 |
| 5 | 7114 7389 6621 1693 9557 | PRINTERS ELECTRIC CO INC 13208 A FIGUEROA ST LOS ANGELES CA 90061 | 0.41 | 2.65 | CA731941 | 310-538-8330 |
| 6 | 7114 7389 6621 1693 9564 | MAF PROPERTIES LTD. C/O CAL SELECT PROPERTIES, INC 144 S. BEVERLY DR.-5TH FLOOR BEVERLY HILLS CA 90212 | 0.41 | 2.65 | CA731942 | 310-864-9414 |
| 7 | 7114 7389 6621 1693 9571 | CAL PAC CONTRACTORS 2500 E FOOTHILL BLVD PASADENA CA 91107 | 0.41 | 2.65 | CA731942 | 310-864-9414 |
| 8 | 7114 7389 6621 1693 9588 | VANOWEN INVESTMENT CO C/O G & K MANAGEMETN CO INC 5150 OVERLAND AVE CULVER CITY A 90230 | 0.41 | 2.65 | CA731944 | 662-630-1354 |
| 9 | 7114 7389 6621 1693 9595 | WSC LA HOTEL INVESTORS III LLC 900 N MICHIGAN AVE CHICAGO IL 60611-1542 | 0.41 | 2.65 | CA731945 | 714-641-7488 |
| 10 | 7114 7389 6621 1693 9601 | OWNER FINANCED BY: LH UNIVERSAL HOLDING LLC 333 UNIVERSAL HOLLYWOOD DR UNIVERSAL CITY CA 91608-1001 | 0.41 | 2.65 | CA731945 | 714-641-7488 |
| 11 | 7114 7389 6621 1693 9618 | DYNASTY BUILDERS INC 560 E HOSPITALITY LN #300 SAN BERNARDINO CA 92408 | 0.41 | 2.65 | CA731945 | 714-641-7488 |
| 12 | 7114 7389 6621 1693 9625 | WATERIDGE VA LLC C/O SENTRE PARTNERS 1455 FRAZEE RD #406 SAN DIEGO CA 92108 | 0.41 | 2.65 | CA731947 | 858-625-1100 |
| 13 | 7114 7389 6621 1693 9632 | LA HABRA IMPERIAL LLC C/O HOPKINS R/E GROUP 17461 DERIAN AVE #105 IRVINE CA 92614 | 0.41 | 2.65 | CA731949 | 208-362-3040 |
| 14 | 7114 7389 6621 1693 9649 | LESSEE FINANCED BY: CIRCUIT CITY STORES 9950 MARYLAND DR RICHMOND VA 23233 | 0.41 | 2.65 | CA731949 | 208-362-3040 |

TOTAL NUMBER OF PIECES LISTED BY SENDER:     14

OTAL NUMBER OF PIECES RECEIVED AT POST OFFICE:

POSTMASTER, PER (RECEIVING EMPLOYEE)



This Document was electronically recorded by
Civic Center Title Services, Inc.

Civic Center Title Services
on behalf of
CCTSI

**RECORDING REQUESTED BY:**
Engineered Structures, Inc.

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder

**AND WHEN RECORDED MAIL TO:**
Engineered Structures, Inc.

||||||||||||||||||||||||| 9.00
2008000528972 12:29pm 11/12/08
117 91 M09 2
0.00 0.00 0.00 0.00 3.00 0.00 0.00 0.00

12400 W. Overland Road
Boise, ID 83709

SPACE ABOVE THIS LINE FOR RECORDER'S USE    ----

## MECHANICS' LIEN

The undersigned, Engineered Structures, Inc. claimant; claims a mechanic's lien upon the following described real property: City of La Habra, County of Orange, California, Circuit City, 1020 W. Imperial Highway, APN: 019-171-19, La Habra, CA.

The sum of $252,038.98 together with interest thereon at the rate of 10.00 percent per annum from October 23, 2008, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: General contractor services.

Claimant furnished the work and/or materials at the request of, or under contract with: Circuit City, 9950 Mayland Drive, Richmond, CA 23233.

The owners and reputed owners of the property are: Please see Exhibit 'A'

Firm Name: Engineered Structures, Inc.

By: _____

Angela Darling / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanic's lien: I have read said claim of mechanic's lien and know the contents thereof: the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 11, 2008, at San Diego, California.

_____
Angela Darling / Authorized Agent

COPYRIGHT 1994, CONSTRUCTION NOTICE SERVICES, INC. (800)366-5660

EXHIBIT "K"
AFF OF ROB SHOCKLEY

Exhibit 'A'

Owner: Wells Fargo Bank Northwest, N.A., formerly known as First Security Bank of Utah, N.A., not individually but solely as Remainderman Trustee under Remainder Trust Agreement (1995-1), 201 3rd Street, 8th Floor, San Francisco, CA 94103.

Lessee #1: La Habra-Imperial, LLC, 17461 Derian Avenue, #106, Irvine, CA 92614.

Lessee#2: Circuit City Stores West Coast, Inc., 9950 Mayland Drive, Richmond, VA 23233.