**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

_____Richmond_____ **Division**

**In re**   Circuit City Stores, Inc.                                        **Case No.**  08-35653-KRH

**Debtor(s)**                                                **Chapter**  11

**Plaintiff(s)**                                             **AP No.** *[If applicable]*

**v.**

**Defendant(s)**

## ORDER STRIKING PLEADING

A ___Motion for Relief from Stay_____, having been filed by
Christi M. Carrano_____, on _____January 6, 2009_____, and proponent
having failed to timely cure the deficiencies as set forth in the

Notice to Cure Filing Fee Deficiency pursuant to the provisions of LBR 1006-3

it is, therefore

     **ORDERED** that the above pleading(s) is/are stricken from the record in the above-referenced case or adversary proceeding.

                           WILLIAM C. REDDEN
                           Clerk of Court

Date:  _January 12, 2009_____          By _/s/ Jennifer A. Jafarbay_____
                                   Deputy Clerk

                          NOTICE OF JUDGMENT OR ORDER
                          ENTERED ON DOCKET  January 12, 2009___

[ostrkpldg ver. 8/2007]

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: jafarbayj        Page 1 of 1         Date Rcvd: Jan 12, 2009
Case: 08-35653              Form ID: pdforder      Total Served: 1


The following entities were served by first class mail on Jan 14, 2009.
aty          +Christi M. Carrano,   270 Quinnipiac Avenue,   North Haven, CT 06473-3716

The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 14, 2009**                    **Signature:** _____