UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| In re: Circuit City Stores, Inc. | Case No. 08-35653-krh |
| Debtor. | Chapter 11 |

NOTICE OF TRANSFER OF CLAIM (APPEARING IN THE DEBTORS SCHEDULES) PURSUANT TO F.R.B.P. 3001(E)(1) or (3)

To: (Transferor)

Impressions Marketing Group
7951 Angleton Ct
Lorton, VA 22079

Your claim, in the amount of $61,457.02 has been transferred, unless previously expunged by court order to:

Riverside Claims LLC
Post Office Box 626
Planetarium Station
New York, NY 10024-0540

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:

UNITED STATES BANKRUPTCY COURTS
US BANKRUPTCY COURT- EASTERN DISTRICT OF VIRGINIA (RICHMOND)
100 EAST MAIN STREET, ROOM 310
RICHMOND, VA 23219

-- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE

Refer to Internal Control No._____ in your objection.
If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

CLERK

FOR CLERK USE ONLY: THIS NOTICE WAS MAILED TO THE FIRST NAMED PARTY BY FIRST CLASS MAIL, POSTAGE PAID ON _____, 2009.

INTERNAL CONTROL NO._____
Claims Agent Noticed: (Name of Outside Agent)_____
Copy to Transferee:_____
Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

**Impressions Marketing Group**, a ___VIRGINIA___ corporation, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Riverside Claims LLC, with a mailing address of PO Box 626, Planetarium Station, New York, New York 10024, its successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the aggregate amount of **$61,457.02** [as stated in the Proof of Claim/ Debtor's Schedules] against **Circuit City Stores, Inc.** (the "Claim") in the United States Bankruptcy Court for the **Eastern District of Virginia Case No. 08-35653** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the __7__ day of __JANUARY__ 2008. 2009.

WITNESS:

_(Signature)_

By: _(Signature of authorized corporate officer)_

ERIC T. GERBER
(Print name and title of authorized corporate officer)

KEVIN R. GOODALE CFO
(Print name and title of witness)

703.550.2211
(Telephone number of corporate officer)