# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| **CIRCUIT CITY STORES, INC.** ) | |
| ) | Case No. 08-35653-KRH |
| ) | |
| ) | Chapter 11 |
| **Debtor.** ) | |

## WITHDRAWAL OF APPEARANCE

Gary & Regenhardt, PLLC, and Linda D. Regenhardt, Esq., hereby withdraw their appearance and request for notice as filed on behalf of Safeway.

Dated: January 15, 2009

Respectfully submitted,

GARY & REGENHARDT, PLLC

By: /s/ Linda D. Regenhardt
Linda D. Regenhardt (VA Bar No. 27455)
8500 Leesburg Pike, Suite 7000
Vienna, Virginia 22182-2409
Tel: (703) 848-2828
Fax: (703) 893-9276
Email: lregenhardt@garyreg.com
Counsel to Safeway

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of January, 2008, a copy of the foregoing was served on everyone entitled to service via electronic means pursuant to the Court's order concerning service in this case.

/s/ Linda D. Regenhardt
Linda D. Regenhardt (VA Bar No. 27455)