William H. Schwarzschild, III - VSB No. 15274
Paul S. Bliley, Jr. – VSB No. 13973
**WILLIAMS, MULLEN**
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.783.6489
FAX: 804.783.6507
tschwarz@williamsmullen.com

Scott R. Kipnis, Esq.
Rachel N. Greenberger, Esq.
Nicholas B. Malito, Esq.
**HOFHEIMER GARTLIR & GROSS, LLP**
530 Fifth Avenue
New York, NY 10036
Phone: (212) 818-9000
FAX: (212) 869-4930

*Counsel for Dollar Tree Stores, Inc
And Torrington Triplets, LLC.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

-----------------------------------------------------x
                                                     :
In re:                                               :   Chapter 11
                                                     :
CIRCUIT CITY STORES, INC., *et al.*,                 :   Case No. 08-35653 (KRH)
                                                     :
          Debtors.                                   :   (Jointly Administered)
                                                     :
-----------------------------------------------------x

**JOINDER OF DOLLAR TREE STORES, INC. AND TORRINGTON TRIPLETS LLC
TO LANDLORDS' MOTION FOR REHEARING AND/OR RECONSIDERATION
AND/OR TO ALTER OR AMEND THE JUDMENT REGARDING PAYMENT
OF NOVEMBER RENT AND MEMORANDUM IN SUPPORT THEREOF**

Dollar Tree Stores, Inc. ("Dollar Tree") and Torrington Triplets LLC ("Torrington Triplets"), by their undersigned counsel, hereby join in the motion of certain landlords for rehearing and/or reconsideration and/or to alter or amend the judgment regarding payment of post-petition November rent obligations due to the Landlords under their respective lease with the Debtors (defined below) ("Landlord's Motion", Docket No. 1347) filed with this Court on January 2, 2009. In support of this Joinder, Dollar Tree and Torrington Triplets state as follows:

1.      On November 10, 2008 ("Petition Date"), the debtors and debtors-in-possession in the above–captioned cases (collectively, the "Debtors"), filed voluntary petitions for relief

under chapter 11 of the Bankruptcy Code. The Debtors' cases are being jointly administered in this case.

2. The Debtors continue to manage and operate their businesses as debtors-in-possession pursuant to Bankruptcy Code sections 1107 and 1108.

3. Dollar Tree is the sublessee of five premises, three of which have previously been the subject of a motion to reject unexpired leases of non-residential real property, "the Dollar Tree Subleases") to wit: (i) Location No. 6044 (Dollar Tree Store No. 630) in Fredericksburg, Virginia, (ii) Location No. 6552 (Dollar Tree Store No. 2935) in Odessa, Texas, and (iii) Location No. 6564 (Dollar Tree Store No. 761) in Cape Girardeau, Missouri, (collectively, the "Dollar Tree Premises").

4. Torrington Triplets is a landlord for the premises located in Torrington, Connecticut (Circuit City Store No. 4336), for which the Debtors are a tenant (the "Torrington Lease").

5. The Debtors have failed to comply with their obligations under the Dollar Tree Subleases for the post-petition portion of the month of November (the "Stub Rent"). Dollar Tree paid the Debtors, and the Debtors accepted the rents for October and November of 2008. Upon information and belief, the Debtors retained Dollar Tree's rental payments and did not make any rental payments to the Landlords for this time period. This failure to pay the October or November rents, as the case may be, has made negotiations with the overlandlords for Dollar Tree's continued occupancy more difficult.

6.   Likewise, the Debtors failed to comply with their obligations under the Torrington Lease for the Stub Rent.

7.   Dollar Tree and Torrington Triplets hereby join in the Landlord's Motion and, for reasons set forth therein, requests timely payment of the unpaid Stub Rent, in no event later than sixty (60) days after the Petition Date.

WHEREFORE, Dollar Tree and Torrington Triplets respectfully request that this Court (i) grant the Landlords' Motion and Dollar Tree's and Torrington Triplets' Joinder therein; and (ii) grant such further relief as this Court deems just and appropriate.

Dated: January 15, 2009  
       Richmond, Virginia

Respectfully submitted,  
DOLLAR TREE STORES, INC.  
TARRINGTON TRIPLETS, LLC

/s/ Paul S. Bliley, Jr.  
By Counsel

William H. Schwarzschild, III, Esq. - VSB No. 15274  
Paul S. Bliley, Jr., Esq. – VSB No. 13973  
**WILLIAMS MULLEN**  
Two James Center, 16th Floor  
1021 East Cary Street  
Post Office Box 1320  
Richmond, Virginia 23218-1320  
Phone: 804.783.6448  
FAX: 804.783.6507  
pbliley@williamsmullen.com  
-and-  
Scott R. Kipnis, Esq.  
Rachel N. Greenberger, Esq.  
Nicholas B. Malito, Esq.  
**HOFHEIMER GARTLIR & GROSS, LLP**  
530 Fifth Avenue  
New York, NY 10036  
Phone: (212) 818-9000  
FAX: (212) 869-4930  
Counsel for Dollar Tree Stores, Inc.  
And Torrington Triplets LLC  
1705613v1

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 15th day of January, 2009 caused the service of a copy of the foregoing Objection of Dollar Tree Stores, Inc. to the Order Pursuant to 11 U.S.C. §§ 105(A), and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date to be sent to those on the annexed Service List, by first class mail, postage prepaid, at the address designated by them for service of papers and electronically to the parties set forth on the Court's ECF Service List, in this case.

/s/ *Paul S. Bliley, Jr.*
_____

## SERVICE LIST

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
*Proposed Counsel for the Debtors*
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
*Proposed Counsel for the Debtors*
One James Center
901 East Cary Street
Richmond, Virginia 23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Proposed Counsel for the Debtors*
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Proposed Counsel for the Debtors*
333 West Wacker Drive
Chicago, Illinois 60606

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
*Proposed Counsel for the Official Committee of Unsecured Creditors*
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*
780 Third Avenue, 36th Floor
New York, New York  10017-2024

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, Virginia  23219