| | |
|---|---|
| Andrea Sheehan, Esq. | A. Carter Magee, Jr., Esq. |
| Law Office of Robert E. Luna, P.C. | W. Joel Charboneau, Esq. |
| 4411 N. Central Expressway | Magee, Foster, Goldstein & Sayers, P.C. |
| Dallas, Texas 75205 | Post Office Box 404 |
| (214) 521-8000 | Roanoke, Virginia 24003 |
| (214) 521-1738 FAX | (540) 343-9800 |
| sheehan@txschoollaw.com | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **CIRCUIT CITY STORES, INC., et al.** | § | **CASE NO. 08-35653-KRH-11** |
| | § | |
| | § | **Jointly Administered** |
| **Debtors.** | § | |

### NOTICE OF APPEARANCE

Please take notice that the undersigned appear in the above-referenced cases on behalf of Lewisville Independent School District pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code and request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

| | |
|---|---|
| Andrea Sheehan | A. Carter Magee, Jr. |
| Law Office of Robert E. Luna, P.C. | W. Joel Charboneau |
| 4411 N. Central Expressway | Magee, Foster, Goldstein & Sayers, P.C. |
| Dallas, Texas 75205 | Post Office Box 404 |
| (214) 521-8000 | Roanoke, Virginia 24003 |
| (214) 521-1738 FAX | (540) 343-9800 |
| sheehan@txschoollaw.com | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions,

petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, telephone, facsimile, or otherwise, in this case.

Date: January 15, 2009               Respectfully submitted,

                                     /s/ A. Carter Magee, Jr.

                                     A. Carter Magee, Jr., Esq. (VSB #20284)
                                     W. Joel Charboneau (VSB#68025)
                                     Magee, Foster, Goldstein & Sayers, P.C.
                                     Post Office Box 404
                                     Roanoke, Virginia 24003
                                     540-343-9800
                                     540-343-9898 (f)
                                     cmagee@mfgs.com

                                     /s/ Andrea Sheehan
                                     Andrea Sheehan, Esq.
                                     Texas State Bar No. 24002935
                                     LAW OFFICES OF ROBERT E. LUNA, P.C.
                                     4411 North Central Expressway
                                     Dallas, Texas  75205
                                     (214) 521-8000 Phone
                                     (214) 521-1738 Fax

CERTIFICATE OF SERVICE

I certify that on January 15, 2009, I served copies of the above Objection to the Sale Motion by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

By: /s/ W. Joel Charboneau

U:\A CLIENTS\Lewisville Independent School District et al. 7868\02-Circuit City\notice of appearance\Sheehan Notice of Appearance.doc