**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| **CIRCUIT CITY STORES, INC.** ) | **Case No. 08-35653-KRH** |
| ) | |
| ) | **Chapter 11** |
| **Debtor.** ) | |

**SECOND AMENDED NOTICE OF APPEARANCE OF D-LINK SYSTEMS,
INC. AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE, that D-Link Systems, Inc., a party in interest and creditor of the debtor herein, hereby appears in this case by its counsel, Linda D. Regenhardt and the law firm of Gary & Regenhardt PLLC, and the law firm of Sheppard Mullin Richter & Hampton, LLP, and such counsel hereby enters their appearance, pursuant to § 1109 of the United States Bankruptcy Code ("Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 9010(b), and such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and §§ 342 and 11 09(b) of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in this case be served upon them at the following address:

> Linda D. Regenhardt
> Gary & Regenhardt PLLC
> 8500 Leesburg Pike, Suite 7000
> Vienna, Virginia 22182-2409
> Email: lregenhardt@garyreg.com

> -and-

_____
Linda D. Regenhardt, Esquire
*lregenhardt@garyreg.com*
GARY & REGENHARDT PLLC
8500 Leesburg Pike, Suite 7000
Vienna, Virginia 22182-2409
703.848.2828 | 703.893.9276 (fax)

        Blanka Wolfe
        Margaret Mann
        Sheppard Mullin Richter & Hampton, LLP
        30 Rockefeller Plaza, Suite 2400
        New York, NY 10112
        Telephone: 212-332-3800
        Fax: 212-332-3888
        Email: bwolfe@sheppardmullin.com
        Email: MMann@sheppardmullin.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

THIS ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF DOCUMENTS is without prejudice to the remedies and claims of D-Link Systems, Inc. against other entities, or any objection that may be made to the jurisdiction or venue of this Court, and shall not be deemed or construed to be a waiver of D-Link Systems, Inc.'s rights to (1) have final orders in noncore matters entered only after de novo review by a district judge, (2) trial by jury in any proceeding related to this case, (3) have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which D-Link Systems, Inc. is, or may be entitled, in law or in equity, all of which rights D-Link Systems, Inc. expressly reserves.

Dated: January 15, 2009                      Respectfully submitted,

                                                 GARY & REGENHARDT, PLLC

                                                 By: /s/ Linda D. Regenhardt
                                                 Linda D. Regenhardt (VA Bar No. 27455)
                                                 8500 Leesburg Pike, Suite 7000
                                                 Vienna, Virginia 22182-2409

                                           Tel: (703) 848-2828
                                           Fax: (703) 893-9276
                                           Email: lregenhardt@garyreg.com
                                           Counsel to D-Link Systems, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2009, a copy of the foregoing Amended Notice of Appearance of D-Link Systems, Inc. and Request for Service of Notices and Documents to be served via electronic means pursuant to the Court's order concerning service in this case.

                                           */s/* Linda D. Regenhardt
                                           Linda D. Regenhardt (VA Bar No. 27455)