## EXHIBIT A

### TRACT I

That certain lot, tract or parcel of land containing 1.62 acres,
more or less, part of the ROBERT FLETCHER SURVEY, A-359, in
Tyler, Smith County, Texas, more particularly described as Lot 4-
D, New City Block 1293, Pavillion Addition, according to
corrected Final Plat recorded in Cabinet C, Slide 112-D, Plat
Records of Smith County, Texas.

### TRACT II

Easements set out and defined in (a) Reciprocal Easement and
Operation Agreement between Broadway Pavilion Partners, Ltd., and
Circuit City Stores, Inc., recorded in Volume 3535, page 284 and
(b) Restrictive Covenants recorded in Volume 3523, page 395, as
assigned in Volume 3535, page 326.

\circuit\staubach\legal.ttx

## EXHIBIT B

1.    Basic Rent for the initial term shall be at the annual rate of TWO HUNDRED THIRTY THOUSAND THREE HUNDRED FORTY AND 00/100 DOLLARS ($230,340.00).


2.    Basic Rent for the first renewal term shall be at the annual rate of TWO HUNDRED FIFTY-THREE THOUSAND THREE HUNDRED SEVENTY-FOUR AND 00/100 DOLLARS ($253,374.00).


3.    Basic Rent for the second renewal term shall be at the annual rate of TWO HUNDRED SEVENTY-SIX THOUSAND FOUR HUNDRED EIGHT AND 00/100 DOLLARS ($276,408.00).

| "A" MONTHS | "B" PRINCIPAL BALANCE |
|---|---|
| 1 | $2,200,000 |
| 2 | $2,197,342 |
| 3 | $2,194,664 |
| 4 | $2,191,965 |
| 5 | $2,189,247 |
| 6 | $2,186,508 |
| 7 | $2,183,748 |
| 8 | $2,180,968 |
| 9 | $2,178,166 |
| 10 | $2,175,344 |
| 11 | $2,172,500 |
| 12 | $2,169,635 |
| 13 | $2,166,749 |
| 14 | $2,163,841 |
| 15 | $2,160,911 |
| 16 | $2,157,959 |
| 17 | $2,154,985 |
| 18 | $2,151,988 |
| 19 | $2,148,969 |
| 20 | $2,145,927 |
| 21 | $2,142,862 |
| 22 | $2,139,775 |
| 23 | $2,136,664 |
| 24 | $2,133,529 |
| 25 | $2,130,372 |
| 26 | $2,127,190 |
| 27 | $2,123,984 |
| 28 | $2,120,755 |
| 29 | $2,117,501 |
| 30 | $2,114,223 |
| 31 | $2,110,920 |
| 32 | $2,107,592 |
| 33 | $2,104,239 |
| 34 | $2,100,861 |
| 35 | $2,097,458 |
| 36 | $2,094,028 |
| 37 | $2,090,574 |
| 38 | $2,087,093 |
| 39 | $2,083,586 |
| 40 | $2,080,053 |
| 41 | $2,076,493 |
| 42 | $2,072,906 |
| 43 | $2,069,293 |
| 44 | $2,065,652 |
| 45 | $2,061,984 |
| 46 | $2,058,288 |
| 47 | $2,054,565 |
| 48 | $2,050,814 |
| 49 | $2,047,034 |
| 50 | $2,043,226 |
| 51 | $2,039,389 |
| 52 | $2,035,524 |
| 53 | $2,031,629 |
| 54 | $2,027,705 |
| 55 | $2,023,752 |
| 56 | $2,019,769 |
| 57 | $2,015,756 |
| 58 | $2,011,713 |
| 59 | $2,007,639 |
| 60 | $2,003,535 |
| 61 | $1,999,400 |

| "A" MONTHS | "B" PRINCIPAL BALANCE |
|---|---|
| 62 | $1,995,234 |
| 63 | $1,991,037 |
| 64 | $1,986,808 |
| 65 | $1,982,547 |
| 66 | $1,978,254 |
| 67 | $1,973,929 |
| 68 | $1,969,572 |
| 69 | $1,965,182 |
| 70 | $1,960,758 |
| 71 | $1,956,302 |
| 72 | $1,951,812 |
| 73 | $1,947,288 |
| 74 | $1,942,730 |
| 75 | $1,938,138 |
| 76 | $1,933,512 |
| 77 | $1,928,850 |
| 78 | $1,924,154 |
| 79 | $1,919,422 |
| 80 | $1,914,655 |
| 81 | $1,909,852 |
| 82 | $1,905,013 |
| 83 | $1,900,137 |
| 84 | $1,895,225 |
| 85 | $1,890,276 |
| 86 | $1,885,289 |
| 87 | $1,880,266 |
| 88 | $1,875,204 |
| 89 | $1,870,104 |
| 90 | $1,864,966 |
| 91 | $1,859,790 |
| 92 | $1,854,574 |
| 93 | $1,849,320 |
| 94 | $1,844,026 |
| 95 | $1,838,692 |
| 96 | $1,833,317 |
| 97 | $1,827,903 |
| 98 | $1,822,448 |
| 99 | $1,816,952 |
| 100 | $1,811,414 |
| 101 | $1,805,835 |
| 102 | $1,800,214 |
| 103 | $1,794,551 |
| 104 | $1,788,845 |
| 105 | $1,783,096 |
| 106 | $1,777,304 |
| 107 | $1,771,469 |
| 108 | $1,765,589 |
| 109 | $1,759,666 |
| 110 | $1,753,698 |
| 111 | $1,747,685 |
| 112 | $1,741,626 |
| 113 | $1,735,523 |
| 114 | $1,729,373 |
| 115 | $1,723,177 |
| 116 | $1,716,935 |
| 117 | $1,710,646 |
| 118 | $1,704,309 |
| 119 | $1,697,925 |
| 120 | $1,691,493 |
| 121 | $1,685,012 |

*Rejectable Offer Schedule-Tyler*

| COLUMN "A" MONTHS | COLUMN "B" PRINCIPAL BALANCE |
|---|---|
| 122 | $1,678,483 |
| 123 | $1,671,905 |
| 124 | $1,665,277 |
| 125 | $1,658,599 |
| 126 | $1,651,872 |
| 127 | $1,645,093 |
| 128 | $1,638,264 |
| 129 | $1,631,383 |
| 130 | $1,624,451 |
| 131 | $1,617,467 |
| 132 | $1,610,430 |
| 133 | $1,603,340 |
| 134 | $1,596,197 |
| 135 | $1,589,000 |
| 136 | $1,581,749 |
| 137 | $1,574,443 |
| 138 | $1,567,083 |
| 139 | $1,559,667 |
| 140 | $1,552,196 |
| 141 | $1,544,668 |
| 142 | $1,537,084 |
| 143 | $1,529,443 |
| 144 | $1,521,744 |
| 145 | $1,513,988 |
| 146 | $1,506,173 |
| 147 | $1,498,300 |
| 148 | $1,490,367 |
| 149 | $1,482,375 |
| 150 | $1,474,322 |
| 151 | $1,466,209 |
| 152 | $1,458,035 |
| 153 | $1,449,800 |
| 154 | $1,441,503 |
| 155 | $1,433,143 |
| 156 | $1,424,721 |
| 157 | $1,416,235 |
| 158 | $1,407,685 |
| 159 | $1,399,071 |
| 160 | $1,390,393 |
| 161 | $1,381,649 |
| 162 | $1,372,839 |
| 163 | $1,363,964 |
| 164 | $1,355,021 |
| 165 | $1,346,012 |
| 166 | $1,336,934 |
| 167 | $1,327,789 |
| 168 | $1,318,574 |
| 169 | $1,309,290 |
| 170 | $1,299,937 |
| 171 | $1,290,513 |
| 172 | $1,281,019 |
| 173 | $1,271,453 |
| 174 | $1,261,815 |
| 175 | $1,252,105 |
| 176 | $1,242,321 |
| 177 | $1,232,465 |
| 178 | $1,222,534 |
| 179 | $1,212,528 |
| 180 | $1,202,447 |
| 181 | $1,192,291 |

Rejectable Offer Schedule-Tyler

| COLUMN "A" MONTHS | COLUMN "B" PRINCIPAL BALANCE |
|---|---|
| 182 | $1,182,058 |
| 183 | $1,171,748 |
| 184 | $1,161,361 |
| 185 | $1,150,895 |
| 186 | $1,140,351 |
| 187 | $1,129,728 |
| 188 | $1,119,025 |
| 189 | $1,108,241 |
| 190 | $1,097,377 |
| 191 | $1,086,430 |
| 192 | $1,075,402 |
| 193 | $1,064,290 |
| 194 | $1,053,095 |
| 195 | $1,041,816 |
| 196 | $1,030,452 |
| 197 | $1,019,003 |
| 198 | $1,007,467 |
| 199 | $995,845 |
| 200 | $984,135 |
| 201 | $972,338 |
| 202 | $960,452 |
| 203 | $948,476 |
| 204 | $936,411 |
| 205 | $924,254 |
| 206 | $912,007 |
| 207 | $899,667 |
| 208 | $887,235 |
| 209 | $874,709 |
| 210 | $862,089 |
| 211 | $849,374 |
| 212 | $836,563 |
| 213 | $823,656 |
| 214 | $810,653 |
| 215 | $797,551 |
| 216 | $784,351 |
| 217 | $771,052 |
| 218 | $757,652 |
| 219 | $744,153 |
| 220 | $730,551 |
| 221 | $716,847 |
| 222 | $703,041 |
| 223 | $689,130 |
| 224 | $675,115 |
| 225 | $660,995 |
| 226 | $646,769 |
| 227 | $632,435 |
| 228 | $617,994 |
| 229 | $603,444 |
| 230 | $588,785 |
| 231 | $574,016 |
| 232 | $559,136 |
| 233 | $544,143 |
| 234 | $529,039 |
| 235 | $513,820 |
| 236 | $498,488 |
| 237 | $483,040 |
| 238 | $467,475 |
| 239 | $451,794 |
| 240 | $435,995 |
| 241 | $420,078 |

| COLUMN "A" MONTHS | COLUMN "B" PRINCIPAL BALANCE |
|---|---|
| 242 | $404,040 |
| 243 | $387,882 |
| 244 | $371,603 |
| 245 | $355,201 |
| 246 | $338,676 |
| 247 | $322,027 |
| 248 | $305,252 |
| 249 | $288,352 |
| 250 | $271,324 |
| 251 | $254,169 |
| 252 | $236,884 |
| 253 | $219,470 |
| 254 | $201,924 |
| 255 | $184,247 |
| 256 | $166,437 |
| 257 | $148,493 |
| 258 | $130,414 |
| 259 | $112,200 |
| 260 | $93,848 |
| 261 | $75,359 |
| 262 | $56,730 |
| 263 | $37,961 |
| 264 | $19,052 |
| 265 | $0 |

## EXHIBIT D

### List of Properties Subject to Cross Defaulted Leases

Location

## LUBBOCK

6701 Slide Street
Lubbock, TX  79424
(Lubbock County)

## CLACKAMAS

10722 SE 82nd Avenue
Portland, OR  97266
(Clackamas County)

## TYLER/BROADWAY

4910 S. Broadway
Tyler, TX  75603
(Smith County)

## LONGVIEW

406 N. Loop 281
Longview, TX  75605
(Gregg County)

## MIAMI WAREHOUSE

3245 Meridian Parkway
Ft. Lauderdale, FL  33331
(Broward County)

## CARMAX-COBB

1215 Ernest Barrett Parkway
Marietta, GA
(Cobb County)

45



January 2nd, 2009

M & M BERMAN ENTERPRISES
703 NORTH MAPLE DRIVE
BEVERLY HILLS, CA 90210

Circuit City Store #04510

**SUBJECT:**   **Circuit City Stores, Inc. and affiliated debtors**
**Chapter 11 Bankruptcy – Lead Case Number 08-35653**
**Notice of non-payment of pre-petition tax**

To Whom It May Concern:

Please be advised that on November 10, 2008 (the "Petition Date"), Circuit City Stores, Inc. and
17 affiliated debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title
11 of the United States Bankruptcy Code in the Bankruptcy Court of the Eastern District of
Virginia (the "Bankruptcy Court").

All or part of the attached real estate tax bill which we have received, and which may be
currently due, has been classified as a "pre-petition" obligation. Generally the Debtors are not
allowed to make payments based on pre-petition liabilities. However, a payment for the "post-
petition" period, that period after and including November 10, 2008, can be paid by Circuit City.
Accordingly, this letter is to advise that no payment is enclosed at this time. Hence, it has
become the landlord's obligation to pay these taxes. For reimbursement for the "post-petition"
amount, please direct all billing to Circuit City Stores, Inc. Attention: Tax Department, PO Box
42304, Richmond, VA 23242.

You have or will receive an official notice of the Debtor's Chapter 11 filing as well as subsequent
notices. These notices will include instructions on how to file a claim for any "pre-petition"
amounts owing that have not been paid. Additional information is also available on the
Debtor's noticing agent's website at www.kccllc.com.

If you have any questions, please contact us at 804-486-2265.

Respectfully submitted,

Circuit City Stores, Inc.
Tax Department

Enc:    Original tax bill

MAKE CHECKS PAYABLE TO:
**LUBBOCK CENTRAL APPRAISAL DISTRICT**
PO BOX 10568 - 1715 26TH STREET
LUBBOCK, TEXAS 79408-3568
(806) 762-5000 EXT: 503
www.lubbockcad.org

**2008 TAX STATEMENT**

| | |
|---|---|
| QUICKREF: | **R124693** |

| | |
|---|---|
| D E S C R I P P R O P E R T Y O N | OWNER ID: 0036548<br>OWNER % : 100.00<br><br>FIESTA AUTOLAND CNT L 2-A-1 |
| S I T U S | 6701 SLIDE RD<br>LUBBOCK |

DBA: CIRCUIT CITY

**QUICKREF: R124693**   OWNER ID: 0036548
****AUTO**MIXED AADC 793          139 48438
M & M BERMAN ENTERPRISES
% CIRCUIT CITY #4510
ATTN TAX DEPT
PO BOX 42304
RICHMOND VA  23242-2304

| TO RECEIVE A RECEIPT<br>CHECK BOX ☐ | **TAX DUE** |
|---|---|
| | **43,926.34** |

PLEASE RETURN THIS PORTION WITH PAYMENT

RETAIN THIS PORTION FOR YOUR RECORDS

**2008 TAX STATEMENT**
**VALUATION BREAKDOWN**

| LAND-HS | LAND-NHS | AG-MKT | AG-USE | IMPV-HS | IMPV-NHS / PERS PROP | APPRAISED |
|---|---|---|---|---|---|---|
| 870,714 | 0 | 0 | 0 | | 1,185,560 | 2,056,274 |

| JURISDICTION | HOMESTEAD CAP | TOTAL ASSESSED | EXEMPTIONS | TAXABLE VALUE | TAX RATE | TAX AMOUNT BEFORE PENALTY | | TAX AMOUNT |
|---|---|---|---|---|---|---|---|---|
| City Of Lubbock | | 2,056,274 | 0 | 2,056,274 | 0.4464000 | 9,179.21 | | 9,179.21 |
| Lubbock County | | 2,056,274 | 0 | 2,056,274 | 0.3262000 | 6,707.57 | | 6,707.57 |
| Lubb Cnty Hospital | | 2,056,274 | 0 | 2,056,274 | 0.1206700 | 2,481.31 | | 2,481.31 |
| Lubbock ISD | | 2,056,274 | 0 | 2,056,274 | 1.2350000 | 25,394.98 | | 25,394.98 |
| Hi Plains Water | | 2,056,274 | 0 | 2,056,274 | 0.0079400 | 163.27 | | 163.27 |
| | | | | | | | | |

| EXEMPTION CODES: | ** CITY TAXES REDUCED BY ADDITIONAL SALES TAX: 2436.89<br>** COUNTY TAXES REDUCED BY ADDITIONAL SALES TAX: 2698.65 | TOTAL DUE | **43,926.34** |
|---|---|---|---|

**DAVE KIMBROUGH**

| | |
|---|---|
| QUICKREF: | **R124693** |

| | |
|---|---|
| D E S C R I P P R O P E R T Y : O N | OWNER ID: 0036548<br>OWNER % : 100.00<br><br>FIESTA AUTOLAND CNT L 2-A-1 |
| S I T U S | 6701 SLIDE RD<br>LUBBOCK |

M & M BERMAN ENTERPRISES
% CIRCUIT CITY #4510
ATTN TAX DEPT
PO BOX 42304
RICHMOND VA  23242-2304

**PAYMENT SCHEDULE**

| IF TAXES ARE PAID IN | | LESS (-) DISCOUNT OR PLUS (+) PENALTY/INTEREST | | TOTAL TAX DUE |
|---|---|---|---|---|
| OCT | 2008 | | .00 | 43,926.34 |
| NOV | 2008 | | .00 | 43,926.34 |
| DEC | 2008 | | .00 | 43,926.34 |
| JAN | 2009 | | .00 | 43,926.34 |
| FEB | 2009 | 7% | 3,074.85 | 47,001.19 |
| MAR | 2009 | 9% | 3,953.36 | 47,879.70 |
| APR | 2009 | 11% | 4,831.91 | 48,758.25 |
| MAY | 2009 | 13% | 5,710.43 | 49,636.77 |
| JUN | 2009 | 15% | 6,588.94 | 50,515.28 |
| JUL | 2009 | 18%+20% | 18,273.39 | 62,199.73 |

| THIS IS YOUR CITY TAX<br>CEILING ON OVER 65 OR DISABLED HOMESTEAD | | FOR TOTAL TAX DUE<br>REFER TO THE PAYMENT<br>SCHEDULE ABOVE |
|---|---|---|
| THIS IS YOUR COUNTY TAX<br>CEILING ON OVER 65 OR DISABLED HOMESTEAD | | |
| THIS IS YOUR SCHOOL TAX<br>CEILING ON OVER 65 OR DISABLED HOMESTEAD | | |

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND THE PROPERTY DESCRIBED IN THIS DOCUMENT IS YOUR HOMESTEAD, YOU SHOULD
CONTACT THE APPRAISAL DISTRICT REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

YOUR CHECK MAY BE CONVERTED INTO AN ELECTRONIC FUND TRANSFER

IF YOU HAVE QUESTIONS PLEASE CALL (806) 762-5000.  TAXES BECOME DELINQUENT ON FEBRUARY 1, 2009.
AFTER JUNE AN ADDITIONAL PENALTY OF 20% WILL BE IMPOSED ON THE AMOUNT OF TAXES, PENALTY AND INTEREST DUE.
AFTER JULY AN ADDITIONAL 1% INTEREST WILL BE APPLIED.

#128419

Five Year Value History and Comparison - Required by Senate Bill 18

STMT #: 000058313
PRINT DATE: 10/13/2008
QUICKREF: R124693
OWNER ID: O036548

Property Legal Description:
FIESTA AUTOLAND CNT L 2-A-1

| | APPRAISED | TAXABLE | RATE | TAX | * %CHANGE | ** % CHANGE CURRENT TO FIRST AVAILABLE | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | TYPE | YEARS COMPARED | CHANGE |

**City Of Lubbock**

| Year | APPRAISED | TAXABLE | RATE | TAX | * %CHANGE | TYPE | YEARS COMPARED | CHANGE |
|---|---|---|---|---|---|---|---|---|
| 2008 | 2,056,274 | 2,056,274 | 0.4464000 | 9,179.21 | -2.09 | Appraised: | 2003 to 2008 | 7.64 |
| 2007 | 2,060,241 | 2,060,241 | 0.4550500 | 9,375.12 | 1.28 | Taxable: | 2003 to 2008 | 7.64 |
| 2006 | 2,003,594 | 2,003,594 | 0.4619900 | 9,256.40 | 3.98 | Tax Rate: | 2003 to 2008 | -18.20 |
| 2005 | 1,990,684 | 1,990,684 | 0.4472000 | 8,902.34 | 1.37 | Taxes: | 2003 to 2008 | -11.95 |
| 2004 | 1,910,334 | 1,910,334 | 0.4597000 | 8,781.80 | -15.76 | | | |
| 2003 | 1,910,343 | 1,910,343 | 0.5457000 | 10,424.74 | N/A | | | |

**Lubbock County**

| Year | APPRAISED | TAXABLE | RATE | TAX | * %CHANGE | TYPE | YEARS COMPARED | CHANGE |
|---|---|---|---|---|---|---|---|---|
| 2008 | 2,056,274 | 2,056,274 | 0.3262000 | 6,707.57 | 6.34 | Appraised: | 2003 to 2008 | 7.64 |
| 2007 | 2,060,241 | 2,060,241 | 0.3061480 | 6,307.39 | 10.16 | Taxable: | 2003 to 2008 | 7.64 |
| 2006 | 2,003,594 | 2,003,594 | 0.2857630 | 5,725.53 | 9.94 | Tax Rate: | 2003 to 2008 | 25.68 |
| 2005 | 1,990,684 | 1,990,684 | 0.2616230 | 5,208.09 | 6.55 | Taxes: | 2003 to 2008 | 35.29 |
| 2004 | 1,910,334 | 1,910,334 | 0.2558700 | 4,887.97 | -1.41 | | | |
| 2003 | 1,910,343 | 1,910,343 | 0.2595400 | 4,958.10 | N/A | | | |

**Lubb Cnty Hospital**

| Year | APPRAISED | TAXABLE | RATE | TAX | * %CHANGE | TYPE | YEARS COMPARED | CHANGE |
|---|---|---|---|---|---|---|---|---|
| 2008 | 2,056,274 | 2,056,274 | 0.1206700 | 2,481.31 | 3.28 | Appraised: | 2003 to 2008 | 7.64 |
| 2007 | 2,060,241 | 2,060,241 | 0.1166100 | 2,402.45 | 5.00 | Taxable: | 2003 to 2008 | 7.64 |
| 2006 | 2,003,594 | 2,003,594 | 0.1142000 | 2,288.10 | 4.17 | Tax Rate: | 2003 to 2008 | 10.75 |
| 2005 | 1,990,684 | 1,990,684 | 0.1103400 | 2,196.52 | 7.04 | Taxes: | 2003 to 2008 | 19.21 |
| 2004 | 1,910,334 | 1,910,334 | 0.1074200 | 2,052.08 | -1.41 | | | |
| 2003 | 1,910,343 | 1,910,343 | 0.1089600 | 2,081.51 | N/A | | | |

**Lubbock ISD**

| Year | APPRAISED | TAXABLE | RATE | TAX | * %CHANGE | TYPE | YEARS COMPARED | CHANGE |
|---|---|---|---|---|---|---|---|---|
| 2008 | 2,056,274 | 2,056,274 | 1.2350000 | 25,394.98 | -0.19 | Appraised: | 2003 to 2008 | 7.64 |
| 2007 | 2,060,241 | 2,060,241 | 1.2350000 | 25,443.98 | -18.86 | Taxable: | 2003 to 2008 | 7.64 |
| 2006 | 2,003,594 | 2,003,594 | 1.5650000 | 31,356.25 | -5.05 | Tax Rate: | 2003 to 2008 | -23.08 |
| 2005 | 1,990,684 | 1,990,684 | 1.6589000 | 33,023.46 | 7.67 | Taxes: | 2003 to 2008 | -17.21 |
| 2004 | 1,910,334 | 1,910,334 | 1.6056000 | 30,672.32 | 0.00 | 2008 rate is: M&O 1.0400000 + I&S 0.1950000 = 1.2350000 | | |
| 2003 | 1,910,343 | 1,910,343 | 1.6056000 | 30,672.47 | N/A | 2007 rate is: M&O 1.0400000 + I&S 0.1950000 = 1.2350000 | | |

**Hi Plains Water**

| Year | APPRAISED | TAXABLE | RATE | TAX | * %CHANGE | TYPE | YEARS COMPARED | CHANGE |
|---|---|---|---|---|---|---|---|---|
| 2008 | 2,056,274 | 2,056,274 | 0.0079400 | 163.27 | -0.19 | Appraised: | 2003 to 2008 | 7.64 |
| 2007 | 2,060,241 | 2,060,241 | 0.0079400 | 163.58 | -1.64 | Taxable: | 2003 to 2008 | 7.64 |
| 2006 | 2,003,594 | 2,003,594 | 0.0083000 | 166.30 | 0.65 | Tax Rate: | 2003 to 2008 | -4.34 |
| 2005 | 1,990,684 | 1,990,684 | 0.0083000 | 165.23 | 4.21 | Taxes: | 2003 to 2008 | 2.97 |
| 2004 | 1,910,334 | 1,910,334 | 0.0083000 | 158.56 | 0.00 | | | |
| 2003 | 1,910,343 | 1,910,343 | 0.0083000 | 158.56 | N/A | | | |

* % Change is difference, expressed as a percentage, of tax imposed for the preceding tax year.

** % Change Current to First Available is difference, expressed as a percentage, for given type compared to oldest tax year where that type is available.

N/A: Information not available for printing.

#128420

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Hemar, Rousso & Heald, , LLP ("the business") 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On January /2, 2009, I served the following document described as **NOTICE OF CURE AMOUNTS KNOWN TO LESSOR M&M BERMAN ENTERPRISES (STORE NOS. 1602 and 4510) AND DEMAND FOR CURE OF KNOWN AND UNKNOWN LEASE DEFAULTS AS A CONDITION OF ANY PURPORTED ASSUMPTION** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

## PLEASE SEE ATTACHED SERVICE LIST

XX    **(By First Class Mail)** At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

___    **(Via Hand Delivery)** I delivered such envelope(s) by hand to the offices of the addressees.

___    **(Via E-Mail)** I caused such copies to be emailed to the person(s) set forth.

___    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XX    (Federal) I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January /2 , 2009, at Encino, California.

_____
MARY ANN GRANZOW

## SERVICE LIST
*In re Circuit City Stores, Inc., Case No. 08-35653-KRH*

### Office of the United States Trustee
W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

### Debtor's Counsel
Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

### Debtor
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233

RICHARD P. HEMAR
MARTIN J. ROUSSO
DANIEL A. HEALD
STEPHEN E. JENKINS
WAYNE R. TERRY

MARY A. LAZARAN
ROBERT V. McKENDRICK*
MARTINA A. PORTER
SANDRA I. TIBERI'
JENNIFER W. CRASTZ
JEANNINE DEL MONTE-KOWAL
PETER J. VEIGUELA**
NATHAN H. HARRIS
IRWIN M. WITTLIN
RAFFI KHATCHADOURIAN
PAUL N. ANDONIAN'
NINETTE R. WASSEF
PAMELA L. COX
EDWARD S. KIM
MATTHEW R. RUNGAITIS''
DAVID M. KRITZER

# HEMAR, ROUSSO & HEALD, LLP
ATTORNEYS AT LAW
15910 VENTURA BOULEVARD
12ᵀᴴ FLOOR
ENCINO, CALIFORNIA 91436-2829
(818) 501-3800
FAX (818) 501-2985

*ALSO ADMITTED IN UTAH
 ALSO ADMITTED IN NEVADA
**ALSO ADMITTED IN ILLINOIS
'ALSO ADMITTED IN ARIZONA

IN REPLY REFER TO:

January 12, 2009

## VIA OVERNIGHT DELIVERY

Clerk of Court
U.S. BANKRUPTCY COURT
Eastern District of Virginia
701 East Broad Street, Suite 4000
Richmond, VA 23219

     In Re:  **Circuit City Stores, Inc.**
           **Chapter 11, Case No. 08-35653-KRH**

Dear Clerk of Court:

     Enclosed please find original and three copies of **NOTICE OF CURE AMOUNTS KNOWN TO LESSOR M&M BERMAN ENTERPRISES (STORE NOS. 1602 and 4510) AND DEMAND FOR CURE OF KNOWN AND UNKNOWN LEASE DEFAULTS AS A CONDITION OF ANY PURPORTED ASSUMPTION**, for filing in the above-captioned matter. Please return a conformed copy to our office in the self-addressed stamped envelope provided herein for your convenience.

     <u>Additionally, please kindly forward a courtesy to chambers of Judge KRH.</u>

     Thank you in advance for your assistance.

                    Very truly yours,

                    HEMAR, ROUSSO & HEALD, LLP

                    By: _____
                      MARY ANN GRANZOW
                    Assistant to Wayne R. Terry, Esq.

WRT/mag
*enclosures*
F:\USERS\WTerry\CASES\Resnikoff, Bruce\Ltr to Clerk 1-12-09.wpd