WAYNE R. TERRY - STATE BAR NO. 134685
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436-2829
(818) 501-3800 telephone
(818) 501-2985 facsimile

Attorneys for
M & M Berman Enterprises

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

| | |
|---|---|
| In Re: ) | Case No. 08-35653-KRH |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Chapter 11 |
| ) | |
| ) | **SUPPLEMENTAL NOTICE OF CURE** |
| Debtor. ) | **AMOUNTS KNOWN TO LESSOR** |
| ) | **M&M BERMAN ENTERPRISES** |
| ) | **(STORE NO. 1602) AND DEMAND FOR** |
| ) | **CURE OF KNOWN AND UNKNOWN** |
| ) | **LEASE DEFAULTS AS A CONDITION** |
| ) | **OF ANY PURPORTED ASSUMPTION** |
| ) | |
| ) | Hearing Date: January 16, 2009 |
| ) | Hearing Time: 10:00 a.m. |
| ) | |
| _____ ) | |

M&M Berman Enterprises ("Lessor") hereby submits its SUPPLEMENTAL NOTICE OF CURE AMOUNTS KNOWN TO LESSOR M&M BERMAN ENTERPRISES (STORE NO. 1602) AND DEMAND FOR CURE OF KNOWN AND UNKNOWN LEASE DEFAULTS AS A CONDITION OF ANY PURPORTED ASSUMPTION ("Supplemental Cure Notice") in

1

ORIGINAL

connection with the proposed sale of assets of the debtors herein (collectively, "Debtor"), and any purported assumption and assignment of Lessor's leases, and respectfully represents as follows:

1. Lessor previously filed its cure demand in connection with Debtor's store designated No. 4510 in Lubbock, Texas ("Lubbock Property") and Debtor's store designated No. 1602 in Tyler, Texas ("Tyler Property"). Lessor lacked certain information regarding tax defaults on the Tyler Property, and hereby supplements its demand with that information.

2. Monthly Base Rent on the Tyler Property is $19,195 for the initial term under the applicable Lease.

3. Rent Defaults. Base Rent defaults under the Tyler Property Lease equal not less than $25,529.35 for October and a portion of November, 2008. Lessor is unable to calculate Additional Rent owing under the Leases, since Debtor is in possession of the records from which the payment would be calculated, and has not shared its information with Lessor. Lessor reserves its right to have and receive Additional Rent to the extent any Additional Rent is now, or later becomes, owed, and to audit the records of Debtor and any purported assignee for purposes of calculating same.

4. Tax Defaults. Taxes are owed but unpaid by Debtor with respect to the Tyler Property in an amount not less than $29,973.52, with additional penalties arising in February and thereafter if the taxes are not paid in January, 2009. See the "2008 Tax Statement" attached

2

as Exhibit "D."

5. <u>Minimum Cure, Tyler Property</u>. Based on the information available to Lessor, **total known cure amounts as to the Tyler Property equal not less than $55,502.87** as set forth hereinabove, and such amount may be higher as a result of tax, maintenance, insurance, Additional Rent, attorneys fees, damages to the premises, and other triple net or similar claims existing but unknown to the Lessor. Lessor demands as a condition of any assignment that the cure amount be paid in full immediately, and that the assignee acknowledge its responsibilities for the other enumerated potential claims according to the terms of the Lease.

Dated: January 13, 2009

HEMAR, ROUSSO & HEALD, LLP

By: _____
WAYNE R. TERRY
Attorneys for Creditor,
M and M BERMAN ENTERPRISES

3

January 2nd, 2009

CIRCUIT CITY PAVILION
724 WSW LOOP 323
TYLER, TX 75701

Circuit City Store #01602

**SUBJECT:    Circuit City Stores, Inc. and affiliated debtors
Chapter 11 Bankruptcy – Lead Case Number 08-35653
Notice of non-payment of pre-petition tax**

To Whom It May Concern:

Please be advised that on November 10, 2008 (the "Petition Date"), Circuit City Stores, Inc. and 17 affiliated debtors (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Bankruptcy Code in the Bankruptcy Court of the Eastern District of Virginia (the "Bankruptcy Court").

All or part of the attached real estate tax bill which we have received, and which may be currently due, has been classified as a "pre-petition" obligation. Generally the Debtors are not allowed to make payments based on pre-petition liabilities. However, a payment for the "post-petition" period, that period after and including November 10, 2008, can be paid by Circuit City. Accordingly, this letter is to advise that no payment is enclosed at this time. Hence, it has become the landlord's obligation to pay these taxes. For reimbursement for the "post-petition" amount, please direct all billing to Circuit City Stores, Inc. Attention: Tax Department, PO Box 42304, Richmond, VA 23242.

You have or will receive an official notice of the Debtor's Chapter 11 filing as well as subsequent notices. These notices will include instructions on how to file a claim for any "pre-petition" amounts owing that have not been paid. Additional information is also available on the Debtor's noticing agent's website at www.kccllc.com.

If you have any questions, please contact us at 804-486-2265.

Respectfully submitted,

Circuit City Stores, Inc.
Tax Department


Enc:    Original tax bill

RETURN THIS PORTION WITH YOUR PAYMENT

| MONTH | PENALTY | AMOUNT DUE | TOTAL AMOUNT DUE |
|---|---|---|---|
| OCT | .00 | 29,973.52 | |
| NOV | .00 | 29,973.52 | 29,973.52 |
| DEC | .00 | 29,973.52 | |
| JAN | | 29,973.52 | |
| 7% FEB | 2,098.15 | 32,071.67 | NOTE: |
| 9% MAR | 2,697.63 | 32,671.15 | PENALTY AND INTEREST IF NOT PAID BY: |
| 11% APR | 3,297.08 | 33,270.60 | |
| 13% MAY | 3,896.55 | 33,870.07 | |
| 15% JUN | 4,496.04 | 34,469.56 | 01/31/2009 |

M & M BERMAN ENTERPRISES
% ADAMS & POLUNSKY
ONE FORUM, SIXTEENTH FLR
8000 I H 10 WEST
SAN ANTONIO     TX 78230-3892

▼ DETACH ▼     1500000129300004040     2008     133119

TO RECEIVE A RECEIPT, ENCLOSE A SELF-ADDRESSED STAMPED ENVELOPE.

RETURN TOP PORTION OF STATEMENT WITH PAYMENT TO INSURE PROPER CREDIT.

TO MAKE A PAYMENT BY CREDIT CARD OR ELECTRONIC CHECK (AVAILABLE AFTER NOV 1ST) GO TO TAX.SMITH-COUNTY.COM SELECT PROPERTY TAX ON-LINE. THERE WILL BE A CONVENIENCE FEE OF 2.50% FOR CREDIT CARDS AND $2.00 FOR ACH.

IF YOU ARE 65 YEARS OF AGE OR OLDER OR ARE DISABLED AND YOU OCCUPY THE PROPERTY DESCRIBED IN THIS DOCUMENT AS YOUR RESIDENCE HOMESTEAD, YOU SHOULD CONTACT THE SMITH COUNTY APPRAISAL DISTRICT OFFICE AT (903) 510-8600 REGARDING ANY ENTITLEMENT YOU MAY HAVE TO A POSTPONEMENT IN THE PAYMENT OF THESE TAXES.

PARTIAL PAYMENTS ARE ACCEPTED. THE SMITH COUNTY TAX OFFICE DOES NOT DETERMINE LEGAL OWNERSHIP OF PROPERTY, ESTABLISH APPRAISED VALUE OF PROPERTY, GRANT EXEMPTIONS OR ADOPT TAX RATES.

## TAX STATEMENT

PLEASE REMIT TO:
GARY B. BARBER
SMITH COUNTY TAX OFFICE
P O BOX 2011
PHONE: (903) 590-2920

RECEIPT NUMBER: 2008  133119

PERSONAL PROP VALUE: 0

| MARKET VALUE LAND | MARKET VALUE IMPROVEMENTS | AGRICULTURE VALUE | NON-AGRICULTURE VALUE | TAXABLE VALUE BEFORE EXEMPTIONS |
|---|---|---|---|---|
| 889,100 | 748,700 | 0 | 889,100 | 1,637,800 |

LIMITED TXBL VALUE---> 1,637,800

PROPERTY ACCOUNT NUMBER 1500000129300004040    PROP TYPE-F10  RATIO OF ASSESSMENT: 100%
PAVILLION ADDN
LT 4D
BL 1293
MAP NUMBER C143A          AGENT- 41B
LOC-004910 S BROADWAY     ACRES- 1.620  2008 133119

| TAXING ENTITY | | | | | TAXABLE VALUE | | TAX DUE |
|---|---|---|---|---|---|---|---|
| SMITH COUNTY | 0 | 0 | 0 | 0 | 1,637,800 | .288940 | 4,732.26 |
| CITY OF TYLER | 0 | 0 | 0 | 0 | 1,637,800 | .204000 | 3,341.11 |
| TYLER ISD | 0 | 0 | 0 | 0 | 1,637,800 | 1.210000 | 19,817.38 |
| TYLER JUNIOR COLLEGE | 0 | 0 | 0 | 0 | 1,637,800 | .127169 | 2,082.77 |

SMITH COUNTY     SALES TAX REDUCED YOUR LEVY -  **2,216.75

M & M BERMAN ENTERPRISES
% ADAMS & POLUNSKY
ONE FORUM, SIXTEENTH FLR
8000 I H 10 WEST
SAN ANTONIO     TX 78230-3892

903 N. MAPLE DR
Beverly ____ ____

| MONTH | PENALTY | AMOUNT DUE | TOTAL AMOUNT DUE |
|---|---|---|---|
| OCT | .00 | 29,973.52 | |
| NOV | .00 | 29,973.52 | 29,973.52 |
| DEC | .00 | 29,973.52 | |
| JAN | | 29,973.52 | |
| 7% FEB | 2,098.15 | 32,071.67 | NOTE: |
| 9% MAR | 2,697.63 | 32,671.15 | PENALTY AND INTEREST IF NOT PAID BY: |
| 11% APR | 3,297.08 | 33,270.60 | |
| 13% MAY | 3,896.55 | 33,870.07 | |
| 15% JUN | 4,496.04 | 34,469.56 | 01/31/2009 |

```
ACCT# 150000129300004040       M & M BERMAN ENTERPRISES         STMT# 2008 133119
      A COMPARISON OF TAXES FOR THE CURRENT TAX YEAR VERSUS THE PRECEDING 5 YEARS
```

| YEAR/ENTITIES | APPRAISED VALUE | TAXABLE VALUE | TAX RATE | ENTITY TAX | % CHANGE FROM PRECEDING YEAR |
|---|---|---|---|---|---|
| **2008** | | | | | |
| SMITH COUNTY | 1,637,800 | 1,637,800 | .0028894 | 4,732.26 | N/A |
| CITY OF TYLER | 1,637,800 | 1,637,800 | .0020400 | 3,341.11 | N/A |
| TYLER ISD | 1,637,800 | 1,637,800 | .0121000 | 19,817.38 | N/A |
| TYLER JUNIOR COLLEGE | 1,637,800 | 1,637,800 | .0012716 | 2,082.77 | N/A |
| **2007** | | | | | |
| SMITH COUNTY | 1,637,800 | 1,637,800 | .0028894 | 4,732.26 | 7.82 |
| CITY OF TYLER | 1,637,800 | 1,637,800 | .0019900 | 3,259.22 | -10.92 |
| TYLER ISD | 1,637,800 | 1,637,800 | .0121500 | 19,899.27 | -18.25 |
| TYLER JUNIOR COLLEGE | 1,637,800 | 1,637,800 | .0012716 | 2,082.77 | .09 |
| **2006** | | | | | |
| SMITH COUNTY | 1,635,900 | 1,635,900 | .0026827 | 4,388.71 | 8.55 |
| CITY OF TYLER | 1,635,900 | 1,635,900 | .0022365 | 3,658.80 | -3.39 |
| TYLER ISD | 1,635,900 | 1,635,900 | .0148800 | 24,342.19 | -.52 |
| TYLER JUNIOR COLLEGE | 1,635,900 | 1,635,900 | .0012720 | 2,080.86 | 2.99 |
| **2005** | | | | | |
| SMITH COUNTY | 1,588,770 | 1,588,770 | .0025447 | 4,042.94 | 2.99 |
| CITY OF TYLER | 1,588,770 | 1,588,770 | .0023837 | 3,787.23 | -1.33 |
| TYLER ISD | 1,588,770 | 1,588,770 | .0154020 | 24,470.24 | 8.21 |
| TYLER JUNIOR COLLEGE | 1,588,770 | 1,588,770 | .0012716 | 2,020.42 | 2.99 |
| **2004** | | | | | |
| SMITH COUNTY | 1,542,500 | 1,542,500 | .0025447 | 3,925.20 | 5.00 |
| CITY OF TYLER | 1,542,500 | 1,542,500 | .0024885 | 3,838.59 | 5.00 |
| TYLER ISD | 1,542,500 | 1,542,500 | .0146600 | 22,613.05 | 4.71 |
| TYLER JUNIOR COLLEGE | 1,542,500 | 1,542,500 | .0012716 | 1,961.58 | 9.18 |
| **2003** | | | | | |
| SMITH COUNTY | 1,469,030 | 1,469,030 | .0025447 | 3,738.24 | |
| CITY OF TYLER | 1,469,030 | 1,469,030 | .0024885 | 3,655.75 | |
| TYLER ISD | 1,469,030 | 1,469,030 | .0147000 | 21,594.74 | |
| TYLER JUNIOR COLLEGE | 1,469,030 | 1,469,030 | .0012230 | 1,796.62 | |

```
          A COMPARISON OF SCHOOL MAINTENANCE AND OPERATIONS RATES FOR PRECEDING 5 YEARS
TYLER ISD
```

| YEAR | M&O RATE | M&O TAX | PCT CHG | I&S RATE | I&S TAX | PCT CHG |
|---|---|---|---|---|---|---|
| 2008 | .0102470 | 16,782.53 | -.48 | .0018530 | 3,034.85 | |
| 2007 | .0102970 | 16,864.42 | -20.88 | .0018530 | 3,034.85 | .27 |
| 2006 | .0130300 | 21,315.77 | -5.81 | .0018500 | 3,026.42 | 64.63 |
| 2005 | .0142450 | 22,632.03 | 2.99 | .0011570 | 1,838.21 | 187.15 |
| 2004 | .0142450 | 21,972.91 | 4.37 | .0004150 | 640.14 | 17.77 |
| 2003 | .0143300 | 21,051.19 | | .0003700 | 543.55 | |

```
ESTIMATE OF SCHOOL DISTRICT MAINTENANCE AND OPERATIONS PROPERTY TAX SAVINGS ATTRIBUTABLE TO HOUSE BILL NO. 1, ACTS OF
THE 79TH LEGISLATURE, 3RD CALLED SESSION, 2006, AND APPROPRIATIONS OF STATE FUNDS BY THE 80TH LEGISLATURE.
2005 M&O RATE X 2007 TXBLE VALUE =   22,632.02  2007 M&O RATE X 2007 TXBLE VALUE =    16,864.42  SAVINGS =     5,767.60
```

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is Hemar, Rousso & Heald, , LLP ("the business") 15910 Ventura Blvd., 12th Floor, Encino, CA 91436-2829.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On January 13, 2009, I served the following document described as **SUPPLEMENTAL NOTICE OF CURE AMOUNTS KNOWN TO LESSOR M&M BERMAN ENTERPRISES (STORE NO. 1602) AND DEMAND FOR CURE OF KNOWN AND UNKNOWN LEASE DEFAULTS AS A CONDITION OF ANY PURPORTED ASSUMPTION** on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

### PLEASE SEE ATTACHED SERVICE LIST

XX  **(By First Class Mail)** At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

___  **(Via Hand Delivery)** I delivered such envelope(s) by hand to the offices of the addressees.

___  **(Via E-Mail)** I caused such copies to be emailed to the person(s) set forth.

___  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XX  (Federal) I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 13, 2009, at Encino, California.

_____
MARY ANN GRANZOW

## SERVICE LIST
*In re Circuit City Stores, Inc., Case No. 08-35653-KRH*

**Office of the United States Trustee**
W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

**Debtor's Counsel**
Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

**Debtor**
Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, VA 23233

# HEMAR, ROUSSO & HEALD, LLP

ATTORNEYS AT LAW

15910 VENTURA BOULEVARD

12TH FLOOR

ENCINO, CALIFORNIA 91436-2829

(818) 501-3800

FAX (818) 501-2985

RICHARD P. HEMAR
MARTIN J. ROUSSO
DANIEL A. HEALD
STEPHEN E. JENKINS
WAYNE R. TERRY

MARY A. LAZARAN
ROBERT V. McKENDRICK*
MARTINA A. PORTER
SANDRA I. TIBERI†
JENNIFER W. CRASTZ
JEANNINE DEL MONTE-KOWAL
PETER J. VEIGUELA**
NATHAN H. HARRIS
IRWIN M. WITTLIN
RAFFI KHATCHADOURIAN
PAUL N. ANDONIAN°
NINETTE R. WASSEF
PAMELA L. COX
EDWARD S. KIM
MATTHEW R. RUNGAITIS††
DAVID M. KRITZER

*ALSO ADMITTED IN UTAH
ALSO ADMITTED IN NEVADA
**ALSO ADMITTED IN ILLINOIS
††ALSO ADMITTED IN ARIZONA

IN REPLY REFER TO:

January 13, 2009

**VIA OVERNIGHT DELIVERY**

Clerk of Court
U.S. BANKRUPTCY COURT
Eastern District of Virginia
701 East Broad Street, Suite 4000
Richmond, VA 23219

    In Re:  **Circuit City Stores, Inc.**
             **Chapter 11, Case No. 08-35653-KRH**

Dear Clerk of Court:

    Enclosed please find original and three copies of **SUPPLEMENTAL NOTICE OF CURE AMOUNTS KNOWN TO LESSOR M&M BERMAN ENTERPRISES (STORE NO. 1602) AND DEMAND FOR CURE OF KNOWN AND UNKNOWN LEASE DEFAULTS AS A CONDITION OF ANY PURPORTED ASSUMPTION**, for filing in the above-captioned matter. Please return a conformed copy to our office in the self-addressed stamped envelope provided herein for your convenience.

    Additionally, please kindly forward a courtesy to chambers of Judge KRH.

    Thank you in advance for your assistance.

                  Very truly yours,

                  HEMAR, ROUSSO & HEALD, LLP

                  By: *Mary Ann Granzow*
                  MARY ANN GRANZOW
                  Assistant to Wayne R. Terry, Esq.

WRT/mag
*enclosures*
F:\USERS\WTerry\CASES\Resnikoff, Bruce\Ltr to Clerk 1-13-09.wpd