IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------ x
In re:                                              :      Chapter 11
                                                    :
CIRCUIT CITY STORES, INC.,                          :      Case No. 08-35653-KRH
et al.,                                             :
                                                    :      Jointly Administered
                    Debtors.                        :
------------------------------------------------------------ x

**STATEMENT OF CURE AMOUNT PURSUANT TO BANKRUPTCY CODE
SECTIONS 365(b)(1)(A) & (B) AND 365(f)(2)(A) BY COFAL PARTNERS, L.P.**

COFAL Partners, L.P. ("COFAL"), by and through its counsel, Reed Smith LLP, files this Statement of Cure Amount Pursuant to Bankruptcy Code Sections 365(b)(1)(A) & (B) and 365(f)(2)(A) (the "Statement") and in support thereof states as follows:

1.   COFAL, as the landlord, and Circuit City Stores, Inc. (the "Debtor"), as the tenant, are parties to that certain ground lease ("Lease") identified by the Debtor as Store No. 3619, located at Ross Park SS, 7219 McKnight Road, Ross Towne Shopping Center, Pittsburgh, PA 15237.

2.   The expiration date for the Lease is January 31, 2018.

3.   The Debtor is in default of its obligations under the Lease. As of January 16, 2009, the amount due and owing under the Lease necessary to cure the default is $43,246.22 (the "Cure Amount"), consisting of the following:

Linda S. Broyhill VSB 22989
Reed Smith LLP
3110 Fairview Park Dr., Ste. 1400
Falls Church, VA  22042
703.641.4328
lbroyhill@reedsmith.com

US_ACTIVE-101039405.1-LSBROYHI

| | |
|---|---|
| November 2008 Rent: | $26,405.54 |
| November 2008 CAM: | $3,689.84 |
| November 2008 R.E. Taxes: | $2,884.61 |
| 2007 CAM and R.E. Tax Reconciliation: | $3,624.57 |
| 2008 CAM and R.E. Tax Reconciliation: | $6,641.66 |
| **TOTAL:** | **$43,246.22** |

4.  To the extent the Debtor seeks to assume and/or assign the Lease, the Debtor is required to pay the Cure Amount to COFAL promptly as a precondition to the assumption and/or assignment of the Lease.  See 11 U.S.C. § 365(b)(1)(A) & (B) and 11 U.S.C. § 365(f)(2)(A).

5.  COFAL does not consent to payment of less than the full Cure Amount before the Lease may be assumed and/or assigned by the Debtor.

Dated: January 15, 2009

Respectfully submitted,

COFAL Partners, L.P.

By Counsel

**REED SMITH LLP**

By: /s/ Linda S. Broyhill
Linda S. Broyhill
Virginia Bar No. 22989
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
TEL:    (703) 641-4328
FAX:    (703) 641-4340
Email: lbroyhill@reedsmith.com

*Counsel to COFAL Partners, L.P.*

Paul M. Singer
Jeanne S. Lofgren
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
TEL:    (412) 288-3131
FAX:    (412) 288-3063
Email:    psinger@reedsmith.com
            jlofgren@reedsmith.com

*Co-Counsel to COFAL Partners, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2009, a copy of the foregoing Statement of Cure Amount Pursuant to Bankruptcy Code Sections 365(b)(1)(A) & (B) and 365(f)(2)(A) by Cofal Partners, L.P. is to be served by electronic means via the Court's ECF/CM.

                                    By:  /s/ Linda S. Broyhill
                                    Linda S. Broyhill