IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

In Re:

CIRCUIT CITY STORES, INC., *et al.*

Debtors

Case No. 08-35653-KRH

(Chapter 11)

## MADISON WALDORF, LLC'S JOINDER IN LANDLORDS' MOTION FOR RECONSIDERATION TO ALTER OR AMEND THE JUDGMENT REGARDING PAYMENT OF NOVEMBER RENT AND MEMORANDUM IN SUPPORT THEREOF

(Store No. 704)

Madison Waldorf, LLC ("Landlord"), by and through its counsel, Bean Kinney & Korman, PC, hereby joins in Landlords' Motion for Rehearing and/or Reconsideration and/or to Alter or Amend the Judgment Regarding Payment of November Rent and Memorandum in Support Thereof" [Docket No. 1347] filed on January 2, 2009 (the "Landlords' Motion").

1. Jurisdiction to consider this matter is vested in the Court pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is prescribed by 28 U.S.C. §§ 1408 and 1409.

2. On March 27, 1990, Debtor Circuit City Stores, Inc. ("Debtor"), and Landlord's predecessor in interest, Madison Waldorf Retail Limited Partnership, entered into a Lease

Mitchell B. Weitzman, VSB 28434
Counsel for Madison Waldorf, LLC
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
Tel: (703) 525-4000; Fax: (703) 525-2207

Agreement, pursuant to which Debtor occupies approximately 15,442 square feet at the Festival at Waldorf Shopping Center in Waldorf, Maryland.(the "Lease").

3. Present monthly base and additional rent under the Lease total $34,422.06 per month, as shown on the Aged Delinquencies annexed as Exhibit 1.

4. Landlord filed a Motion for Order Compelling Payment of Post-Petition Rent as an Administrative Expense on December 23, 2008 and related notice. (Docket Nos. 1245 and 1246). The hearing on such request is set for January 16, 2009 at 10:00 a.m. The request stems from Debtors' withholding of all rent for November 2008.

5. Pursuant to agreement with counsel for Debtors, Landlord stipulated that the Court's prior ruling with respect to similar requests by lessors for November 2008 rent would, in the first instance, be applicable to Landlord's foregoing motion filed on December 23, 2008, subject, however, to Landlord's right to seek reconsideration of such order and reservation of all appeal rights.

6. Madison Waldorf, LLC accordingly hereby joins in the Landlords' Motion [Docket No. 1347] and, for the reasons set forth therein, requests payment of unpaid rent for November 2008 in the amount of $34,422.06.

WHEREFORE, Madison Waldorf, LLC requests an order granting the request for reconsideration and order allowing and compelling payment of unpaid post-petition rent as an administrative expense, plus its reasonable counsel fees and costs, as administrative expenses, and such other relief deemed appropriate by the Court.

Dated:   January 15, 2009

           Respectfully submitted,

           /s/ Mitchell B .Weitzman
           Mitchell B. Weitzman
           Virginia Bar No. 28434
           Bean, Kinney & Korman, P.C.
           2300 Wilson Boulevard, 7th Floor
           Arlington, Virginia 22201
           Phone:       (703) 525-4000
           Facsimile:   (703) 525-2207
           MWeitzman@beankinney.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2009, a copy of the foregoing Joinder in Landlords' Motion for Reconsideration is be served by electronic means via the Court's ECF/CM system and to the following:

           Daniel F. Blanks
           McGuire Woods LLP
           9000 World Trade Center
           101 W. Main Street
           Norfolk, VA 23510

           Dion W. Hayes
           Douglas M. Foley
           McGuire Woods LLP
           One James Center
           901 East Cary Street
           Richmond, VA 23219

           Greg M. Galardi
           Ian S. Fredericks
           Skadden, Arps, Slate, Meagher & Flom, LLP
           One Rodney Square
           PO Box 636
           Wilmington, DE 19899-0636

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

/s/ Mitchell B. Weitzman
Mitchell B. Weitzman

| Database: | MMRS2A | | | Aged Delinquencies | | | Page: | 1 |
|---|---|---|---|---|---|---|---|---|
| | | | | Madison Marquette | | | Date: | 11/10/2008 |
| BLDG: | WAL003 | | | The Shops at Waldorf | | | Time: | 03:25 PM |
| | | | | Period: 11/08 | | | | |

| Invoice Date | Category | | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
|---|---|---|---|---|---|---|---|---|---|
| WAL003-000505 | Circuit City | | | Master Occupant Id: 00000318-1 | | Day Due: 1 | Delq Day: | | |
| | Rick Nesterak | | | 327   Current | | Last Payment: | 9/29/2008 | 34,422.06 | |
| | (301) 932-9100 | | | | | | | | |
| 4/15/2008 | CAY | Prior Yr CAM Reimburse | NC | -118.63 | 0.00 | 0.00 | 0.00 | 0.00 | -118.63 |
| 11/1/2008 | BMR | Base/Minimum Rent | CH | 29,768.75 | 29,768.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11/1/2008 | CAM | Common Area Maintenance | CH | 4,653.31 | 4,653.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BMR | Base/Minimum Rent | | 29,768.75 | 29,768.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 4,653.31 | 4,653.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAY | Prior Yr CAM Reimburse | | -118.63 | 0.00 | 0.00 | 0.00 | 0.00 | -118.63 |
| | Circuit City Total: | | | 34,303.43 | 34,422.06 | 0.00 | 0.00 | 0.00 | -118.63 |
| | BMR | Base/Minimum Rent | | 29,768.75 | 29,768.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 4,653.31 | 4,653.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAY | Prior Yr CAM Reimburse | | -118.63 | 0.00 | 0.00 | 0.00 | 0.00 | -118.63 |
| | BLDG WAL003 Total: | | | 34,303.43 | 34,422.06 | 0.00 | 0.00 | 0.00 | -118.63 |
| | BMR | Base/Minimum Rent | | 29,768.75 | 29,768.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAM | Common Area Maintenance | | 4,653.31 | 4,653.31 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAY | Prior Yr CAM Reimburse | | -118.63 | 0.00 | 0.00 | 0.00 | 0.00 | -118.63 |
| | | Grand Total: | | 34,303.43 | 34,422.06 | 0.00 | 0.00 | 0.00 | -118.63 |

EXHIBIT 1