IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| CIRCUIT CITY STORES, INC., | Case No. 08-35653-KRH |
| *et al*., | Jointly Administered |
| Debtors. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Paul A. Driscoll and Pender & Coward, P.C., give notice of the withdrawal of their appearance on behalf of Landmark Communications, Inc. d/b/a The Virginian-Pilot.

Date: January 15, 2009

LANDMARK COMMUNICATIONS, INC.
d/b/a THE VIRGINIAN-PILOT

/s/ *Paul A. Driscoll*
By:_____
Of Counsel

Paul A. Driscoll
Virginia State Bar No. 33476
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA  23462
(757) 490-6261
Facsimile: (757) 497-1914
pdriscol@pendercoward.com
*Counsel for Landmark Communications, Inc.*
*d/b/a The Virginian-Pilot*

### CERTIFICATE OF SERVICE

I certify a digital version of this document was filed electronically with the court on January 15, 2009, and copies thereof will be transmitted via ECF to counsel for the debtor and all parties noting an appearance.

/s/ *Paul A. Driscoll*