## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

|  |  |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

### AMENDED VERIFIED STATEMENT OF LECLAIRRYAN, A PROFESSIONAL CORPORATION, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure,

LeClairRyan, A Professional Corporation ("LeclairRyan") hereby discloses the

following:

1.     LeClairRyan is counsel to the following claimants (collectively, the

"Claimants") in the above-referenced bankruptcy cases:

        a.   Bank of America, as Agent

        b.   Cardinal Capital Partners, Inc.

        c.   Benenson Capital Company

        d.   Brandywine Grande C, L.P.

        e.   CC Kingsport 98, LLC

        f.   The Balogh Companies

        g.   Westfield, LLC

        h.   CK Richmond Business Services #2, LLC

Christopher L. Perkins (VSB No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 783-7550
(804) 783-7686 facsimile

     i.   Schimenti Construction Company, LLC

     j.   FM Facility Maintenance f/k/a IPT, LLC

2.      Each of the Claimants holds a claim against the above-captioned debtor

(the "Debtor").

3.      LeClairRyan has no claims against or interests in the Debtors.


I, Christopher Perkins, Esq. declare under penalty of perjury that I have read the

foregoing statement and that it is true and correct to the best of my knowledge,

information and belief.

Dated: January 15, 2009
Richmond, Virginia

                LeClairRyan, A Professional Corporation


                By:____/s/ Christopher L. Perkins_____
                     Counsel

Christopher L. Perkins (VSB No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Post Office Box 2499
Richmond, Virginia 23218-2499
Phone: (804) 783-2003
Fax:    (804) 783-7686
Christopher.perkins@leclairryan.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

/s/ Christopher L. Perkins

## SERVICE LIST

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510
*Counsel for the Debtors*

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm,
Esq.
McGuire Woods LLP
One James One James
Center
901 East Cary Street
Richmond, Virginia
23219
*Counsel for the Debtors*

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
*Counsel for the Debtors*

Robert V. Van Arsdale, Esquire
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219