UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**WITHDRAWAL OF RITZ MOTEL COMPANY'S VERIFIED MOTION FOR AN ORDER COMPELLING DEBTORS TO IMMEDIATELY PAY POSTPETITION RENT AND OTHER POSTPETITION OBLIGATIONS**

Ritz Motel Company, by its undersigned counsel, hereby withdraws Ritz Motel Company's Verified Motion For An Order Compelling Debtors to Immediately Pay Postpetition Rent and Other Postpetition Obligations (the "Motion").  The Motion is withdrawn without prejudice.

Respectfully submitted,

By:   */s/ John D. McIntyre*

John D. McIntyre (VSB No. 35925)
WILLCOX & SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
*Local Counsel for Ritz Motel Company*

Seth A. Drucker (Mich. Bar #P65641)
Adam K. Keith (Mich. Bar #P71167)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
*Lead Counsel for Ritz Motel Company*

I-857088.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2009, a true and complete copy of the foregoing was served using the Court's ECF System to all registered users of the ECF system that have filed notices of appearances in this case and sent by first class mail, postage prepaid to the parties set forth below:

| | |
|---|---|
| Greg M. Galardi, Esquire<br>Skadden, Arps, Slate, Meagher & Flom<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>*Counsel for the Debtors* | Dion W. Hayes, Esquire<br>McGuire Woods, LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219<br>*Counsel for the Debtors* |
| Lynn L. Tavenner, Esquire<br>Tavenner & Beran, PLC<br><br>20 North Eighth Street<br>Second Floor<br>Richmond, VA 23219<br>*Counsel for the Creditors Committee* | Robert J. Feinstein, Esquire<br>Pachulski Stang Ziehl &<br>Jones LLP<br>780 Third Avenue<br>36th Floor<br>New York, NY 10017<br>*Counsel for the Creditors Committee* |
| Robert B. Van Arsdale, Esquire<br>Office of the United States Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219<br>*Assistant United States Trustee* | |

                                                                       */s/ John D. McIntyre*

I-857088.1