UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION FOR ADMISSION
## PRO HAC VICE OF PETER E. STRNISTE, JR.

Tara L. Elgie ("Movant") hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing Peter E. Strniste, Jr., ("Mr. Strniste"), an attorney with the law firm of Robinson & Cole, to appear pro hac vice in the referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Case") to represent Schimenti Construction Company, LLC and in support of this Motion, the Movant states as follows:

1. Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Mr. Strniste is a member in good standing of the State Bar of Connecticut and is an attorney admitted to practice before the United States District Court for the District of Connecticut. There are no disciplinary proceedings pending against Mr. Strniste in any jurisdiction in which he is admitted to practice.

_____
Christopher L. Perkins (Va. Bar No. 41783)
Martha E. Hulley (Va. Bar No. 73052)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003

3. Movant requests that this Court authorize Mr. Strniste to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of Schimenti Construction Company, LLC.

4. Movant shall serve as co-counsel with Mr. Strniste in the Bankruptcy Case (and related proceedings).

5. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Peter E. Strniste, Jr. to appear pro hac vice in the Bankruptcy Case in substantially the same form as Exhibit A attached hereto and grant such other and further relief as is just.

/s/ Tara L. Elgie
Movant

Tara L. Elgie (Va. Bar No. 48259)
Martha E. Hulley (Va. Bar No. 73052)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile: (703) 647-5982
tara.elgie@leclairryan.com
martha.hulley@leclairryan.com

*Counsel for Schimenti Construction Company, LLC*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 15th day of January 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons appearing below:

    Daniel F. Blanks, Esquire
    Douglas M. Foley, Esquire
    McGuire Woods LLP
    9000 World Trade Center
    101 W. Main Street
    Norfolk, VA  23510
    *Counsel for Debtors*

    Dion W. Hayes, Esquire
    James S. Sheerin, Esquire
    Sarah Beckett Boehm, Esquire
    McGuire Woods LLP
    Ones James Center
    901 E. Cary Street
    Richmond, VA  23219
    *Counsel for Debtors*

    Gregg M. Galardi, Esquire
    Skadden Arps Slate Meagher & Flom, LLC
    One Rodney Square
    Post Office Box 636
    Wilmington, Delaware  19899-0636
    *Counsel for Debtors*

    Chris L. Dickerson, Esquire
    Skadden Arps Slate Meagher & Flom, LLC
    333 West Wacker Drive
    Chicago, IL  60606
    *Counsel for Debtors*

    Robert Van Arsdale, Esquire
    Assistant U.S. Trustee
    Office of the U.S. Trustee
    701 East Broad Street, Suite 4304

Richmond, VA 23219
*Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClairRyan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
*Counsel for the Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esquire
Pachulski Strang Ziehl & Jones LLP
780 Third Aenue, 26th Floor
New York, New York 10017
*Counsel for the Creditors Committee*

/s/  Tara L. Elgie
Tara L. Elgie (Va. Bar No. 48259)
Martha E. Hulley (Va. Bar No. 73052)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile: (703) 647-5982
tara.elgie@leclairryan.com
martha.hulley@leclairryan.com

4