Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

- - - - - - - - - - - - - x  
In re:                    :  Chapter 11  
                          :  
                          :  Case No. 08-35653 (KRH)  
CIRCUIT CITY STORES, INC.,:  
et al.,                   :  Jointly Administered  
                          :  
        Debtors.          :  
- - - - - - - - - - - - - x  

**AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF Kennerly, Lamishaw  
& Rossi LLP AS A PROFESSIONAL UTILIZED IN THE ORDINARY  
COURSE OF BUSINESS**

STATE OF California    )  
                       ) ss:  
COUNTY OF Los Angeles  )  

Matthew I. Lamishaw being duly sworn, deposes and says:

1

i)   I am a [member] of the firm Kennerly, Lamishaw & Rossi LLP (the "Firm"), which has been employed by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") in the ordinary course of their business.  The Debtors wish to retain the Firm to continue providing such ordinary-course services during their chapter 11 cases.  This Affidavit is submitted in compliance with the Order Granting Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(A), 327, 330 And 331 Authorizing Debtors To Employ Professionals Utilized In The Ordinary Course Of Business (the "OCB Professionals Order").

1.   The Firm was provided with a list of interested parties, a copy of which is annexed hereto as Exhibit 1, and conducted a search of Firm's records for the names identified thereon.  Based on that search, neither I, the Firm, nor any member, counsel, or

associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or stockholders, or any party in interest herein, except as set forth hereinafter:

    a) In the ordinary course of business the Firm has done legal work for Bank of America (Prepetition and post-petition secured lenders) and Carmax Business Services LLC (Sublesses).

2. The Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the engagement for which we are to be retained.

3. Since the Firm's inception (February 2004) we have represented in Debtor in real estate matters including the acquisition and leasing of space.

4. This Firm and certain of its members, counsel, and associates may have in the past represented, currently represent, and may in the future represent entities that are claimants or equity security holders of the Debtors in matters totally unrelated to the Debtors' chapter 11 cases. None of those past or

current representations are material. This Firm will be in a position to identify with specificity all such persons or entities when lists of all creditors of the Debtors have been prepared and will make any further disclosures as may be appropriate at that time. The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases directly to the Debtors, in accordance with the OCB Professionals Order, with such application to request compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The principal [attorneys and paralegals/other professionals] designated to represent the Debtors and their current standard rates are:

    5.    Matthew Lamishaw – Partner

          Hourly Rate $395.00

          Elana Luber – Associate

          Hourly Rate $295.00

          Charlene Marshall – Legal Assistant

          Hourly Rate – $95.00

6. The rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its [attorneys and paralegals/other professionals] and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, Federal Express, messenger or courier, photocopy charges, filing fees, and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

7. Except as provided in the OCB Professionals Order, no representations or promises have been received by the Firm [nor by any member, counsel, or associate thereof] as to compensation in connection with these cases other than in accordance with the

provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases.

WHEREFORE, affiant respectfully submits this Affidavit in Support of Employment of as a Professional Utilized in the Ordinary Course of Business.

*[signature]*

Matthew I. Lamishaw
Co-managing Partner
707 Wilshire Blvd, Suite 1400
Los Angeles, CA   90017

Sworn to before me this 13 day of January, 2009

*[signature]* Nancy J P Salit    # 1820338
Notary Public
My Commission Expires: 10.28.2012

*[Notary seal: NANCY J.P. SALIT, Commission # 1820338, Notary Public – California, Los Angeles County, My Comm. Expires Oct 28, 2012]*