IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------ x
In re:                                                       :       Chapter 11
                                                             :
CIRCUIT CITY STORES, INC.,                                   :       Case No. 08-35653-KRH
et al.,                                                      :
                                                             :       Jointly Administered
                        Debtors.                             :
------------------------------------------------------------ x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, on January 15, 2009, I caused a true and correct copy of the **STATEMENT OF CURE AMOUNT PURSUANT TO BANKRUPTCY CODE SECTIONS 365(b)(1)(A) & (B) AND 365(f)(2)(A) BY COFAL PARTNERS, L.P.** to be served on the parties listed on the Core Group Service List and on the Rule 2002 List by email where an email address is indicated or by U.S. First Class Mail, postage prepaid, where no email address is indicated.

Dated:  January _15_, 2009                    Respectfully submitted,

                                                                                COFAL Partners, L.P.
                                                                                By Counsel

**REED SMITH LLP**

By:  _/s/ Linda S. Broyhill_____
Linda S. Broyhill
Virginia Bar No. 22989
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia 22042
TEL:             (703) 641-4328
FAX:             (703) 641-4340
Email: lbroyhill@reedsmith.com
*Counsel to COFAL Partners, L.P.*

Linda S. Broyhill VSB 22989
Reed Smith LLP
3110 Fairview Park Dr., Ste. 1400
Falls Church, VA  22042
703.641.4328
lbroyhill@reedsmith.com

US_ACTIVE-101041055.1 1/15/09 5:43 PM