| | |
|---|---|
| Brian T. Hanlon | A. Carter Magee, Jr., Esq. (VSB #20284) |
| Post Office Box 3715 | W. Joel Charboneau, Esq. (VSB #68025) |
| West Palm Beach, Florida 33402 | Magee, Foster, Goldstein & Sayers, P.C. |
| 561-355-2266 | Post Office Box 404 |
| 561-355-6879 FAX | Roanoke, Virginia 24003-0404 |
| bhanlon@pbcgov.org | (540) 343-9800 |
| | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

ATTORNEY FOR PALM BEACH COUNTY TAX COLLECTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et al. | | |
| | | Case No. 08-35653-KRH |
| | § | |
| | § | |
| Debtors. | | Jointly Administered |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned appear in the above-referenced cases on behalf of Palm Beach County (Florida) Tax Collector ("Tax Collector") pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code and request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

| | |
|---|---|
| Brian T. Hanlon | A. Carter Magee, Jr., Esq. (VSB #20284) |
| Post Office Box 3715 | W. Joel Charboneau, Esq. (VSB #68025) |
| West Palm Beach, Florida 33402 | Magee, Foster, Goldstein & Sayers, P.C. |
| 561-355-2266 | Post Office Box 404 |
| 561-355-6879 FAX | Roanoke, Virginia 24003-0404 |
| bhanlon@pbcgov.org | (540) 343-9800 |
| | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, telephone, facsimile, or otherwise, in this case.

Date: January 15, 2009                    Respectfully submitted,

/s/ A. Carter Magee, Jr.

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mfgs.com
jcharboneau@mfgs.com

PALM BEACH COUNTY TAX COLLECTOR
Attorneys for Claimants

/s/  Brian T. Hanlon
Brian T. Hanlon
Post Office Box 3715
West Palm Beach, Florida 33402
561-355-2266
561-355-6879 FAX
bhanlon@pbcgov.org

CERTIFICATE OF SERVICE

I certify that on January 15, 2009, I served copies of the above Objection to the Sale Motion by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

By: /s/ W. Joel Charboneau

U:\A CLIENTS\Arlington ISD, et al. 9298\Palm Beach\Notice of Appearance.doc