Brian T. Hanlon
Post Office Box 3715
West Palm Beach, Florida 33402
561-355-2266
561-355-6879 FAX
bhanlon@pbcgov.org

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

ATTORNEY FOR PALM BEACH COUNTY TAX COLLECTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE: § § CIRCUIT CITY STORES, INC., et al. § § Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>Jointly Administered |

**MOTION OF A. CARTER MAGEE, JR. FOR AN ORDER
AUTHORIZING BRIAN T. HANLON TO APPEAR *PRO HAC VICE*
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

A. Carter Magee, Jr. (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia, an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), and a partner with Magee, Foster, Goldstein & Sayers, P.C., hereby moves this Court to enter an order authorizing, Brian T. Hanlon, General Counsel for the Palm Beach County Tax Collector, secured creditors and administrative claimants, pursuant to ad valorem property taxes in the above-captioned chapter 11 bankruptcy cases pursuant to Rule 2090-1 (E)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"). In support of the Motion, the Movant states as follows:

1. Brian T. Hanlon is admitted, practicing, and in good standing as a member of the bar of the State of Florida, Massachusetts, and Texas (Inactive) and the United States District Court for the Southern District of Florida.  Mr. Hanlon has been practicing law since 1977.  There are no disciplinary proceedings pending against him.

## WAIVER OF MEMORANDUM OF LAW

2. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

## NO PRIOR REQUEST

3. No prior request for the relief sough herein has been made to this Court in these bankruptcy cases or to any other court.

4. I, A. Carter Magee, Jr., am a member of this bar and I, or another attorney in my firm that is a member of the bar of this Court, will appear with Mr. Hanlon at all hearings he attends.

**WHEREFORE**, A. Carter Magee, Jr., respectfully requests that this Court enter an order (i) authorizing Brian T. Hanlon to appear *pro hac vice* in association with the Movant as attorney for the Palm Beach Tax Collector in connection with the above-captioned chapter 11 cases and (ii) granting such other and further relief as is just and proper.

Dated: January 15, 2009             Respectfully submitted,

/s/ A. Carter Magee, Jr.
A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
Phone: 540-343-9800
Fax: 540-343-9898

## CERTIFICATE OF SERVICE

    I certify that on January 15, 2009, I served copies of the above Objection to the Sale Motion by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

                                                    By: /s/ W. Joel Charboneau

U:\A CLIENTS\Arlington ISD, et al. 9298\Palm Beach\Pro Hac Vice Motion-1 (2).doc