**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re ) | |
| ) | |
| **CIRCUIT CITY STORES, INC.**, *et al.*, ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| _____) | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*
FOR STEVEN T. HOORT AND HEATHER J. ZELEVINSKY**

I, Lisa Taylor Hudson, an attorney and a member in good standing of the bars of the State of Virginia and the United States District Court for the Eastern District of Virginia (the "Movant") hereby moves the Court to enter an order (the "Motion"), the proposed form of which is attached

_____
Steven T. Hoort, Esquire (SH-9486)
Heather J. Zelevinsky, Esquire (HZ-2131)
**ROPES & GRAY LLP**
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Amy E. Craig, Esquire
**ROPES & GRAY LLP**
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4736
Facsimile: (202) 383-8358

and

Lisa Taylor Hudson, Esquire (VSB# 45484)
William A. Gray, Esquire (VSB# 46911)

**SANDS ANDERSON MARKS & MILLER, P.C.**
801 E. Main Street, Suite 1800
(P.O. Box 1998)
Richmond, VA 23219-1998
Phone: (804) 648-1636
Fax: (804) 783-7291

*Counsel for T.J. Maxx of CA, LLC*

hereto as **Exhibit A**, permitting Steven T. Hoort and Heather J. Zelevinsky (collectively, the "Admittees"), both with Ropes & Gray LLP ("Ropes") to practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Virginia for the purpose of representing **T.J. Maxx of CA, LLC**, in the above-captioned Chapter 11 cases and any related adversary proceedings pursuant to Rule 2090-1(E) of the *Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia* (the "*Local Bankruptcy Rules*"). In support of this Motion, the Movant respectfully represents as follows:

    1. Steven T. Hoort is a partner in the Bankruptcy and Business Restructuring Group of Ropes resident in its Massachusetts office. Mr. Hoort is admitted to practice before the Bars of the State of Massachusetts and the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the Second Circuit. Mr. Hoort is a member in good standing and eligible to practice in every jurisdiction in which he has been admitted to practice. There are no disciplinary proceedings pending against Mr. Hoort in any jurisdiction and he has never been suspended or disbarred in any jurisdiction.

    2. Heather J. Zelevinsky is an associate in the Bankruptcy and Business Restructuring Group of Ropes resident in its Massachusetts office. Ms. Zelevinsky is admitted to practice before the Bars of the State of Massachusetts and the United States District Court for the District of Massachusetts. Ms. Zelevinsky is a member in good standing and eligible to practice in every jurisdiction in which she has been admitted to practice. There are no disciplinary proceedings pending against Ms. Zelevinsky in any jurisdiction and she has never been suspended or disbarred in any jurisdiction.

    3. The Movant requests that this Court grant this Motion so that these Admittees may appear and be heard at hearings in these chapter 11 cases.

## WAIVER OF MEMORANDUM OF LAW

4. Pursuant to *Local Bankruptcy Rule* 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

## NO PRIOR REQUEST

5. No prior request for relief sought herein has been made to this Court in these bankruptcy cases or to any other Court.

WHEREFORE, the Movant respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit A**, (i) authorizing the Admittees to practice *pro hac vice* and (ii) granting such other and further relief as is just and proper.

**Respectfully Submitted,**

**T.J. MAXX OF CA, LLC**

**By Counsel**

/s/ Lisa Taylor Hudson
_____
Lisa Taylor Hudson, Esquire (VSB# 45484)
William A. Gray, Esquire (VSB# 46911)

**SANDS ANDERSON MARKS & MILLER, P.C.**
801 E. Main Street, Suite 1800
(P.O. Box 1998)
Richmond, VA 23219-1998
Phone: (804) 648-1636
Fax: (804) 783-7291

and

Steven T. Hoort, Esquire (SH-9486)
Heather J. Zelevinsky, Esquire (HZ-2131)
**ROPES & GRAY LLP**
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Amy E. Craig, Esquire
**ROPES & GRAY LLP**
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone: (202) 508-4736
Facsimile: (202) 383-8358
*Counsel for T.J. Maxx of CA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2009, a true and accurate copy of the foregoing was electronically filed with Clerk of the Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached service list.

                                                  /s/ Lisa Taylor Hudson

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
       *Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
    Counsel for Debtors

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
    *Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
    *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
    *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
    *Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
    *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
    *Counsel for Bank of America, N.A.*

5

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
    *Counsel for the Official Committee of*
    *Unsecured Creditors*


Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
    *Counsel for the Creditors Committee*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
    ***Counsel for the Creditors Committee***

# EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | Case No. 08-35653-KRH |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

### ORDER GRANTING MOTION TO PRACTICE *PRO HAC VICE*
### FOR STEVEN T. HOORT AND HEATHER J. ZELEVINSKY
### PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 (E) (2)

This matter came before the Court upon the Motion to Practice *Pro Hac Vice* (the

_____
Steven T. Hoort, Esquire (SH-9486)
Heather J. Zelevinsky, Esquire (HZ-2131)
**ROPES & GRAY LLP**
One International Place
Boston, MA 02110-2624
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050

Amy E. Craig, Esquire
**ROPES & GRAY LLP**
One Metro Center
700 12th Street, NW, Suite 900
Washington, DC 20005-3948
Telephone:  (202) 508-4736
Facsimile:  (202) 383-8358

and

Lisa Taylor Hudson, Esquire (VSB# 45484)
William A. Gray, Esquire (VSB# 46911)

**SANDS ANDERSON MARKS & MILLER, P.C.**
801 E. Main Street, Suite 1800
(P.O. Box 1998)
Richmond, VA 23219-1998
Phone:  (804) 648-1636
Fax:  (804) 783-7291

*Counsel for T.J. Maxx of CA, LLC*

"Motion") filed by Lisa Taylor Hudson of Sands, Anderson, Marks & Miller, P.C., seeking admission *pro hac vice* for Steven T. Hoort and Heather J. Zelevinsky, of the law firm of Ropes & Gray LLP, in the above-captioned bankruptcy proceeding on behalf of T.J. Maxx of CA, LLC pursuant to *Local Bankruptcy Rule* 2090-1(E)(2). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is required, and it is appropriate that Steven T. Hoort and Heather J. Zelevinsky be authorized to practice *pro hac vice* before the Court in the aforementioned bankruptcy proceeding, it is hereby accordingly,

**ORDERED, ADJUDGED, AND DECREED** that the Motion is hereby **GRANTED**;

It is further **ORDERED, ADJUDGED, AND DECREED** that Steven T. Hoort, may appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on behalf of T.J. Maxx of CA, LLC; and

It is further **ORDERED, ADJUDGED AND DECREED** that Heather J. Zelevinsky, may appear and *practice pro hac vice* in the above-captioned matter and any related proceedings on behalf of T.J. Maxx of CA, LLC.

ENTERED ON THE DOCKET:
_____        _____

The Honorable Kevin R. Huennekens
United States Bankruptcy Judge

8

**WE ASK FOR THIS:**

<u>/s/ Lisa Taylor Hudson</u>
Lisa Taylor Hudson, Esquire (VSB #45484)
William A. Gray, Esquire (VSB No. 46911)
Sands Anderson Marks & Miller
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23218-1998
Phone:  (804) 648-1636
Fax:     (803) 783-7291
lhudson@sandsanderson.com
bgray@sandsanderson.com
*Local Counsel for TJ Maxx of CA, LLC*

**<u>COPIES TO:</u>**

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
   *Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
   *Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
   *Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
   *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
   *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
   *Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
   *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan, P.C.
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
   *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
   *Counsel for the Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
   *Counsel for the Creditors Committee*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
   *Counsel for the Creditors Committee*

11

12

### *LOCAL BANKRUPTCY RULE* **9022-1(C) CERTIFICATION**

Pursuant to *Local Bankruptcy Rule* 9022-1 (C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Lisa Taylor Hudson