# CANTORARKEMA, P.C.
## ATTORNEYS & COUNSELORS AT LAW

Bank of America Center
1111 East Main Street
P.O. Box 561
Richmond, Virginia
23218-0561
www.cantorarkema.com

Telephone (804) 644-1400

Neil E. McCullagh
Direct Dial (804) 343-4363
Fax (804) 225-8706
E-Mail: nmccullagh@cantorarkema.com
www.cantorarkema.com

November 28, 2008

BY FEDERAL EXPRESS

Circuit City Stores, Inc., et al.
Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA  90245

Re:    **RECLAMATION DEMAND OF CORMARK INC.**

Dear Debtor and Counsel:

Our firm represents Cormark Inc. ("Cormark"), which in the ordinary course of its business sold certain goods to debtor Circuit City Purchasing Company, LLC ("Circuit City").  Please take notice that pursuant to § 2-702 of the Uniform Commercial Code and 11 U.S.C. § 546(c), Cormark hereby demands reclamation of all goods delivered to Circuit City by Cormark within the timeframes afforded under the aforementioned statutes (the "Goods").

The Goods are curved cabinets, pods, brackets, cabinet extenders, peghook extenders, and graphics, all of which are used for the display of Circuit City's MP3 merchandise (the "Goods").  I have enclosed a spreadsheet detailing the invoices relating to this reclamation demand.  As you will see, the aggregate dollar amount of the Goods is $217,571.39.

Cormark has not yet asserted an administrative claim pursuant to Bankruptcy Code section 503(b)(9) for the value of goods Cormark provided to the Debtors within twenty (20) days immediately prior to the Petition Date, but it will do so to the extent it has such a claim.  Cormark does not know at this time the amount of any section 503(b)(9) claim it may have.

Please contact me promptly regarding return of the Goods to Cormark.  I look forward to hearing from you.

Sincerely,

Neil E. McCullagh

**EXHIBIT A**

November 28, 2008
Page 2

NEM
Enclosure

cc: (all by Federal Express)

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn: Sarah Baker, Esquire

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attn: Reginald D. Hedgebeth

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attn: Daniel W. Ramsey

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Attn: Sarah B. Boehm, Esq.

Comark Inc.
Circuit City Cash Flow Analysis
October 22, 2008

| Customer | Invoice # | Invoice Date | Original Invoice Amount | Amount Paid | Check # | Sales Tax Credited | Balance Due | Due Date | 10/20/2008 | 10/27/2008 | 11/3/2008 | 11/10/2008 | 11/17/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CIRCUITCITY | 33705 | 9/26/2008 | $ 73,698.86 | $ - | | | $ 73,698.86 | 10/31/2008 | | $ 73,698.86 | | | |
| CIRCUITCITY | 33706 | 9/26/2008 | $ 45,470.46 | $ - | | | $ 45,470.46 | 10/31/2008 | | $ 45,470.46 | | | |
| CIRCUITCITY | 33752 | 9/29/2008 | $ 35,516.32 | $ - | | | $ 35,516.32 | 11/3/2008 | | | $ 35,516.32 | | |
| CIRCUITCITY | 33753 | 9/29/2008 | $ 46,090.32 | $ - | | | $ 46,090.32 | 11/3/2008 | | | $ 46,090.32 | | |
| CIRCUITCITY | 33803 | 9/30/2008 | $ 15,692.06 | $ - | | | $ 15,692.06 | 11/4/2008 | | | $ 15,692.06 | | |
| CIRCUITCITY | 33804 | 9/30/2008 | $ 85.27 | $ - | | | $ 85.27 | 11/4/2008 | | | $ 85.27 | | |
| CIRCUITCITY | 33913 | 10/3/2008 | $ 239.29 | $ - | | | $ 239.29 | 11/7/2008 | | | $ 239.29 | | |
| CIRCUITCITY | 33998 | 10/7/2008 | $ 150.38 | $ - | | | $ 150.38 | 11/11/2008 | | | | $ 150.38 | |
| CIRCUITCITY | 33999 | 10/7/2008 | $ 148.78 | $ - | | | $ 148.78 | 11/11/2008 | | | | $ 148.78 | |
| CIRCUITCITY | 34126 | 10/13/2008 | $ 32.35 | $ - | | | $ 32.35 | 11/17/2008 | | | | | $ 32.35 |
| CIRCUITCITY | 34252 | 10/17/2008 | $ 447.30 | $ - | | | $ 447.30 | 11/21/2008 | | | | | $ 447.30 |

11/26/2008 4:39 PM

# CANTORARKEMA, P.C.
## ATTORNEYS & COUNSELORS AT LAW

Bank of America Center
1111 East Main Street
P.O. Box 561
Richmond, Virginia
23218-0561
www.cantorarkema.com

Telephone (804) 644-1400

Neil E. McCullagh
Direct Dial (804) 343-4363
Fax (804) 225-8706
E-Mail: nmccullagh@cantorarkema.com
www.cantorarkema.com

November 28, 2008

BY FEDERAL EXPRESS

Circuit City Stores, Inc., et al.
Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Re:    **RECLAMATION DEMAND OF CORMARK INC.**

Dear Debtor and Counsel:

Our firm represents Cormark Inc. ("Cormark"), which in the ordinary course of its business sold certain goods to debtor Circuit City Stores, Inc. ("Circuit City"). Please take notice that pursuant to § 2-702 of the Uniform Commercial Code and 11 U.S.C. § 546(c), Cormark hereby demands reclamation of all goods delivered to Circuit City by Cormark within the timeframes afforded under the aforementioned statutes (the "Goods").

The Goods are curved cabinets, pods, brackets, cabinet extenders, peghook extenders, and graphics, all of which are used for the display of Circuit City's MP3 merchandise (the "Goods"). I have enclosed a spreadsheet detailing the invoices relating to this reclamation demand. As you will see, the aggregate dollar amount of the Goods is $217,571.39.

Cormark has not yet asserted an administrative claim pursuant to Bankruptcy Code section 503(b)(9) for the value of goods Cormark provided to the Debtors within twenty (20) days immediately prior to the Petition Date, but it will do so to the extent it has such a claim. Cormark does not know at this time the amount of any section 503(b)(9) claim it may have.

Please contact me promptly regarding return of the Goods to Cormark. I look forward to hearing from you.

Sincerely,

Neil E. McCullagh

November 28, 2008
Page 2

NEM
Enclosure

cc: (all by Federal Express)

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn: Sarah Baker, Esquire

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attn: Reginald D. Hedgebeth

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attn: Daniel W. Ramsey

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Attn: Sarah B. Boehm, Esq.

Cormark Inc.
Circuit City Cash Flow Analysis
October 22, 2008

| Customer | Invoice # | Invoice Date | Original Invoice Amount | Amount Paid | Check # | Sales Tax Credited | Balance Due | Due Date | 10/20/2008 | 10/27/2008 | 11/3/2008 | 11/10/2008 | 11/17/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CIRCUITCITY | 33705 | 9/26/2008 | $ 73,698.86 | | | | $ 73,698.86 | 10/31/2008 | | | $ 73,698.86 | | |
| CIRCUITCITY | 33706 | 9/26/2008 | $ 45,470.46 | | | | $ 45,470.46 | 10/31/2008 | | | $ 45,470.46 | | |
| CIRCUITCITY | 33752 | 9/29/2008 | $ 35,516.32 | | | $ | $ 35,516.32 | 11/3/2008 | | | | $ 35,516.32 | |
| CIRCUITCITY | 33753 | 9/29/2008 | $ 46,090.32 | | | $ | $ 46,090.32 | 11/3/2008 | | | | $ 46,090.32 | |
| CIRCUITCITY | 33803 | 9/30/2008 | $ 15,692.06 | | | $ | $ 15,692.06 | 11/4/2008 | | | | $ 15,692.06 | |
| CIRCUITCITY | 33804 | 9/30/2008 | $ 85.27 | | | $ | $ 85.27 | 11/4/2008 | | | | $ 85.27 | |
| CIRCUITCITY | 33913 | 10/3/2008 | $ 239.29 | | | $ | $ 239.29 | 11/7/2008 | | | | $ 239.29 | |
| CIRCUITCITY | 33998 | 10/7/2008 | $ 150.38 | - | | $ | $ 150.38 | 11/11/2008 | | | | | $ 150.38 |
| CIRCUITCITY | 33999 | 10/7/2008 | $ 148.78 | - | | $ | $ 148.78 | 11/11/2008 | | | | | $ 148.78 |
| CIRCUITCITY | 34126 | 10/13/2008 | $ 32.35 | - | | $ | $ 32.35 | 11/17/2008 | | | | | $ 32.35 |
| CIRCUITCITY | 34252 | 10/17/2008 | $ 447.30 | - | | $ | $ 447.30 | 11/21/2008 | | | | | $ 447.30 |

11/26/2008 4:39 PM

# CantorArkema, P.C.
### ATTORNEYS & COUNSELORS AT LAW

Bank of America Center
1111 East Main Street
P.O. Box 561
Richmond, Virginia
23218-0561
www.cantorarkema.com

Telephone (804) 644-1400

Neil E. McCullagh
Direct Dial (804) 343-4363
Fax (804) 225-8706
E-Mail: nmccullagh@cantorarkema.com
www.cantorarkema.com

December 1, 2008

BY HAND AND BY EMAIL (TWU@KCCLLC.COM)

Circuit City Stores, Inc., et al.
Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Re:    **SUPPLEMENT TO RECLAMATION DEMAND OF CORMARK INC.**

Dear Debtor and Counsel:

Our firm represents Cormark Inc. ("Cormark"), which in the ordinary course of its business sold certain goods to debtor Circuit City Stores, Inc. ("Circuit City"). On November 28, 2008, we sent you a Reclamation Demand letter on behalf of Cormark (the "Demand Letter"). This letter supplements the Demand Letter.

The Demand Letter included a spreadsheet detailing the invoices relating to Cormark's reclamation demand. According to that spreadsheet, the aggregate dollar amount of the Goods (as defined in the Demand Letter) is $217,571.39.

Enclosed with this letter is a revised spreadsheet, which takes into account certain credits for sales taxes that, as it turned out, were not actually owed. As shown on the enclosed spreadsheet, the effect of the sales tax credits is to reduce the aggregate dollar amount of the Goods from $217,571.39 to $205,574.28.

Also enclosed with this letter are the invoices and bills of lading relating to the Goods. The Goods were all delivered by UPS Freight and were all received by Circuit City within 45 days before the date of the commencement of Circuit City's bankruptcy case.

Cormark hereby renews its demand, pursuant to § 2-702 of the Uniform Commercial Code and 11 U.S.C. § 546(c), for reclamation of all the Goods.

Cormark has not yet asserted an administrative claim pursuant to Bankruptcy Code section 503(b)(9) for the value of goods Cormark provided to the Debtors within twenty (20) days immediately

December 1, 2008
Page 2

prior to the Petition Date, but it will do so to the extent it has such a claim. Cormark does not know at this time the amount of any section 503(b)(9) claim it may have.

Sincerely,

Neil E. McCullagh

NEM
Enclosure

cc: (all by hand)

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn: Sarah Baker, Esquire

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attn: Reginald D. Hedgebeth

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attn: Daniel W. Ramsey

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Attn: Sarah B. Boehm, Esq.

# CANTORARKEMA, P.C.
ATTORNEYS & COUNSELORS AT LAW

Bank of America Center
1111 East Main Street
P.O. Box 561
Richmond, Virginia
23218-0561
www.cantorarkema.com

Telephone (804) 644-1400

**Neil E. McCullagh**
Direct Dial (804) 343-4363
Fax (804) 225-8706
E-Mail: nmccullagh@cantorarkema.com
www.cantorarkema.com

December 1, 2008

BY HAND AND BY EMAIL (TWU@KCCLLC.COM)

Circuit City Stores, Inc., et al.
Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

    Re:    **SUPPLEMENT TO RECLAMATION DEMAND OF CORMARK INC.**

Dear Debtor and Counsel:

    Our firm represents Cormark Inc. ("Cormark"), which in the ordinary course of its business sold certain goods to debtor Circuit City Purchasing Company, LLC ("Circuit City"). On November 28, 2008, we sent you a Reclamation Demand letter on behalf of Cormark (the "Demand Letter"). This letter supplements the Demand Letter.

    The Demand Letter included a spreadsheet detailing the invoices relating to Cormark's reclamation demand. According to that spreadsheet, the aggregate dollar amount of the Goods (as defined in the Demand Letter) is $217,571.39.

    Enclosed with this letter is a revised spreadsheet, which takes into account certain credits for sales taxes that, as it turned out, were not actually owed. As shown on the enclosed spreadsheet, the effect of the sales tax credits is to reduce the aggregate dollar amount of the Goods from $217,571.39 to $205,574.28.

    Also enclosed with this letter are the invoices and bills of lading relating to the Goods. The Goods were all delivered by UPS Freight and were all received by Circuit City within 45 days before the date of the commencement of Circuit City's bankruptcy case.

    Cormark hereby renews its demand, pursuant to § 2-702 of the Uniform Commercial Code and 11 U.S.C. § 546(c), for reclamation of all the Goods.

    Cormark has not yet asserted an administrative claim pursuant to Bankruptcy Code section 503(b)(9) for the value of goods Cormark provided to the Debtors within twenty (20) days immediately

December 1, 2008
Page 2

prior to the Petition Date, but it will do so to the extent it has such a claim. Cormark does not know at this time the amount of any section 503(b)(9) claim it may have.

Sincerely,

Neil E. McCullagh

NEM
Enclosure

cc: (all by hand)

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn: Sarah Baker, Esquire

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attn: Reginald D. Hedgebeth

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233
Attn: Daniel W. Ramsey

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Attn: Sarah B. Boehm, Esq.