## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

---------------------------------------------------- x

In re:

CIRCUIT CITY STORES, INC.,
et al.,

                Debtors.[1]

---------------------------------------------------- x

: Chapter 11

: Case No. 08-35653 (KRH)

: Jointly Administered

### AFFIDAVIT OF SERVICE

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 22, 2008, copies of the following document were served via 1) first class mail upon the parties set forth on the service lists attached hereto as **Exhibit A**; 2) electronic mail upon the parties set forth on the service list attached hereto as **Exhibit B**; 3) facsimile upon the parties set forth on the service lists attached hereto as **Exhibit C**; and 4) overnight mail upon the parties set forth on the service lists attached hereto as **Exhibit D**:

1. Stipulated Order Regarding Payment of Certain Taxes Under Supplemental Order Pursuant to Bankruptcy Code Sections 105(a), 506(a), 507(a)(8), 541 and 1129 Authorizing the Debtors to Pay Prepetition Sales, Use, Trust Fund and Other Taxes and Related Obligations (Docket No. 1188)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Dated: January 15, 2009

Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 15th day of January, 2009, by
Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature:

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

# EXHIBIT A

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|------|-----------|----------|----------|----------|------|-------|-----|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | | RICHMOND | VA | 23233 |
| COMMONWEALTH OF VIRGINIA | STATE CORPORATION COMMISSION | TYLER BUILDING | 1300 E. MAIN STREET | | RICHMOND | VA | 23219 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 3600 WEST BROAD STREET | | | RICHMOND | VA | 23230-4915 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 |
| ENVIRONMENTAL PROTECTION AGENCY | | 1650 ARCH STREET | | | PHILADELPHIA | PA | 19103-2029 |
| ENVIRONMENTAL PROTECTION AGENCY | DIANA SAENZ | 1200 PENNSYLVANIA AVENUE NW | SUITE 4209 | | WASHINGTON | DC | 20004 |
| ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL | U.S. EPA MAILCODE 2377R | 1300 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20004 |
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | MR. STEPHEN COULOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 400 N 8TH STREET BOX 76 | | | RICHMOND | VA | 23219 |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | 200 E RANDOLPH DR | | | CHICAGO | IL | 60601 |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W., 8TH FLOOR | | WASHINGTON | DC | 20036 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 |
| OFFICE OF THE SECRETARY OF THE COMMONWEALTH | | 1111 EAST BROAD STREET, 4TH FLOOR | | | RICHMOND | VA | 23219 |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219-1888 |
| OFFICE OF THE UNITED STATES TRUSTEE | RICHMOND, VIRGINIA OFFICE | 600 EAST MAIN STREET, SUITE 301 | | | RICHMOND | VA | 23219 |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | 10100 SANTA MONICA BLVD 11TH FL | | | LOS ANGELES | CA | 90067-4100 |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | 780 THIRD AVE 36TH FL | | | NEW YORK | NY | 10017 |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 233 BROADWAY | NEW YORK | NY | 10279 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 |

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|------|-----------|----------|----------|----------|------|-------|-----|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | CHRIS L. DICKERSON, ESQ. | 333 WEST WACKER DRIVE | SUITE 2000 | CHICAGO | IL | 60606 |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ PAULA S BERAN ESQ | 20 N EIGHTH ST 2ND FL | | | RICHMOND | VA | 23219 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|------|-------------|-----------|-----------|------|-------|-----|
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Attorney General of the US | Richard F Stein | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahaoma City | OK | 73102 |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 |
| Eaton Corporation | David J Persichetti | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 |
| Texas Attorney Generals Office | Mark Browning | Bankruptcy & Collections Division | PO Box 12548 | Austin | TX | 78711-2548 |
| Panattoni Law Firm | Fredrick Albert | 34 Tesla Ste 100 | | Irvine | CA | 92618 |
| Allen & Overy LLP | Ken Coleman | | | | | |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall Thomas A Connop Melissa S Hayward | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 600 Travis St Ste 3400 | | Houston | TX | 77002 |
| Bronwen Price | Gail B Price Esq | 2600 Mission St Ste 206 | | San Marino | CA | 91108 |

1/15/2009 3:52 PM
Rule 2002 - First Class

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|------|-------------|-----------|-----------|------|-------|-----|
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |
| Bernstein Law Firm PC | Stacey Suncine | Ste 2200 Gulf Tower | | Pittsburgh | PA | 15219 |
| Receivable Management Services | Phyllis A Hayes | PO Box 5126 | | Timonium | MD | 21094 |

1/15/2009 3:52 PM
Rule 2002 - First Class

Circuit Sity Stores, Inc.
State Attorney General List

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Fax |
|------|-------------|-----------|-----------|-----------|------|-------|-----|-----|
| Arkansas Dept. of Finance | Sales & Use Tax Section | 1816 West Seventh Street | Room 1350 | Ledbetter Building | Little Rock | AR | 72201 | 501-682-7904 |
| Dusin Mcdaniel | Office Of The Attorney General | State Of Arkansas | 200 Tower Bldg. | 323 Center Street | Little Rock | AR | 72201-2610 | 501-682-8084 |
| Terry Goddard | Office Of The Attorney General | State Of Arizona | 1275 W. Washington St. | | Phoenix | AZ | 85007 | 602-542-4085 |
| Edmond G. Jerry Brown, Jr. | Office Of The Attorney General | State Of California | 1300 I Street, Suite 1740 | | Sacramento | CA | 95814 | 916-324-5205 |
| Linda Singer | Office Of The Attorney General | District Of Columbia | John A. Wilson Building | 1350 Pa Avenue, NW, Suite 409 | Washington | DC | 20009 | 202-347-8922 |
| Richard Amato | District of Columbia Attorney General | District Of Columbia | 441 4th St NW Ste 1060 N | | Washington | DC | 20001 | 202-347-8922 |
| Mark J. Bennett | Office Of The Attorney General | State Of Hawaii | 425 Queen Street | | Honolulu | HI | 96813 | 808-587-1488 |
| Michael Cox | Office Of The Attorney General | State Of Michigan | PO Box 30212 | 525 W. Ottawa St. | Lansing | MI | 48909-0212 | 517-373-3042 |

1/15/2009 4:16 PM

Circuit City Stores, Inc.
State Taxing Authorities

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Fax |
|------|-------------|-----------|-----------|-----------|------|-------|-----|-----|
| Arkansas Dept. of Finance | Sales & Use Tax Section | 1816 West Seventh Street | Room 1350 | Ledbetter Building | Little Rock | AR | 72201 | 501-682-7904 |
| Arkansas Dept. of Finance | Office of Income Tax Admin | 1816 West Seventh St., Room | 2250 Ledbetter Building | | Little Rock | AR | 72201 | 501-682-1691 |
| Arkansas Employment Security Dept. | | P.O. Box 8007 | | | Little Rock | AR | 72203-8007 | 501-682-7114 |
| State Of Arkansas | Dept Of Finance & Administration | State Clearinghouse | 1515 W. Seventh Street, | Suite 412 P.O. Box 8031 | Little Rock | AR | 72203 | 501-682-5206 |
| Arizona Dept. of Revenue | | P.O. Box 29010 | | | Phoenix | AZ | 85038-9010 | 602-542-4774 |
| Arizona Dept. of Revenue | | P.O. Box 29009 | | | Phoenix | AZ | 85038-9009 | 602-542-4774 |
| Arizona Dept. of Revenue | | P.O. Box 29079 | | | Phoenix | AZ | 85038-9079 | 602-542-4774 |
| Arizona Dept. of Revenue | | 1600 W. Monroe | | | Phoenix | AZ | 85007-2650 | 602-542-4772 |
| AZ Department of Economic Security | PO Box 6123 | 1789 West Jefferson, | Site Code 939A | | Phoenix | AZ | 85005-6123 | 602-542-5339 |
| City of Phoenix | | P.O. Box 29690 | | | Phoenix | AZ | 85038-9690 | 602-262-7151 |
| Maricopa City | Attn: David Schweikert | Treasurer | P.O. Box 78574 | | Phoenix | AZ | 85062-8574 | 602-506-1102 |
| State of Arizona | | P.O. Box 29010 | | | Phoenix | AZ | 85038-9010 | 602-542-4772 |
| California Employer Development Dept. | | P.O. Box 826276 | | | Sacramento | CA | 94230-6276 | 916-654-9211 |
| California Employment | Development Dept. | 800 Capitol Mall, MIC 83 | | | Sacramento | CA | 95814 | 310-320-0488 |
| California Franchise Tax Board | Franchise Tax Board | P.O. Box 1468 | | | Sacramento | CA | 95812-1468 | 916-845-0145 |
| California Franchise Tax Board | Bankruptcy Mail Stop BE A345 | P.O. Box 2952 | | | Sacramento | CA | 95812-2952 | 916-845-9799 |
| California State | Board of Equalization | P.O. Box 942879 | | | Sacramento | CA | 94279-7072 | 916-324-2757 |
| Contra Costa City | Attn:  William Pollacek | Treasurer | P.O. Box 631 | | Martinez | CA | 94553 | 925-957-2898 |
| Marin City | Attn:  Michael Smith | Tax Collector | P.O. Box 4220 | Room 200 | Rafael | CA | 94913-4220 | 415-507-4011 |
| State of Hawaii | Department of Taxation | PO Box 259 | | | Honolulu | HI | 96809-0259 | 808-587-1488 |
| State of Michigan | Department of Treasury | Treasurer | PO Box 15128 | | Lansing | MI | 48901 | 517-636-4520 |

1/15/2009 4:30 PM

Circuit City Stores, Inc.
Local Taxing Authorities

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Washington County Tax Collector | David Ruff | 280 North College Suite 202 | | Fayetteville | AR | 72701 |
| Maricopa County Assessor | Charles Hoskins | Maricopa County Treasurer-301 W Jefferson Rm 100 | | Phoenix | AZ | 85003-2199 |
| Alameda County Treasurer-Tax Collector | Donald R White | 1221 Oak St. Rm137 | | Oakland | CA | 94612 |
| Contra Costa County Assessor | Bill Pollacek | Finance Building 625 Court St Room 100 | | Martinez | CA | 94553 |
| County of SB Treasurer-Tax Collector | Bernice James | PO Box 579 | | Santa Barbara | CA | 93102-0579 |
| Los Angeles County Treasurer and Tax Collector | Mark J Saladino | 500 W Temple St | | Los Angeles | CA | 90012 |
| Marin County Treasurer Tax Collector | Michael Smith | 3501 Civic Center Drive, Room 202 | P.O. Box 4220 | San Rafael | CA | 94913-4220 |
| Merced County Treasurer-Tax Collector | Karen Adams | 2222 M Street | | Merced | CA | 95340 |
| Orange County Treasurer-Tax Collector | Chriss Street | 12 Civic Center Plaza G-76 | | Santa Ana | CA | 92701 |
| Riverside County Assessor-County Clerk-Recorder | Paul McDonnell | PO Box 12005 | | Riverside | CA | 92502-2205 |
| San Bernardino County Assessor | Dick Larson | 172 W 3rd St. 1st Floor | | San Bernardino | CA | 92415-0360 |
| San Diego County Assessor | Dan V McAllister | 1600 Pacific Hwy Rm112 | | San Diego | CA | 92101 |
| San Mateo County-Tax Collector/Treasurer/Revenue Services | Lee Buffington | 555 County Center | | Redwood City | CA | 94063 |
| Santa Clara County Assessor | John V Guthrie | 70 West Hedding East Wing 2nd Floor | | San Jose | CA | 95110 |
| Solano County Assessor | Charles Lomeli | 600 Texas Street | | Farfield | CA | 94533 |
| Ventura County Assessor's Office | Lawrence L Matheney | 800 S Victoria Ave | | Ventura | CA | 93009-1290 |
| District of Columbia Office of Tax and Revenue | Director | 941 N Capitol St NE 8th Fl | | Washington | DC | 20002 |
| Jackson County Treasurer's Office | Treasurer | 120 W Michigan | | Jackson | MI | 49201 |
| Musegon County Treasurer | Treasurer - Tony Moulatsiotis | 900 Terrace St Fl 2 | | Muskegon | MI | 49442 |
| Oakland County Treasurer's Office | Diane Rooark - Bankruptcy Supervisor | 1200 N Telegraph Rd Bldg 12 E | | Pontiac | MI | 48341 |
| Wayne County County Treasurer | Raymond J Wojtowicz - Treasurer | 400 Monroe St Fl 5 | | Detroit | MI | 48226 |

# EXHIBIT B

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 | | abramowitz@larypc.com |
| Shutts & Bowen LLP | Andrew M Brumby | 300 S Orange Ave Ste 1000 | | Orlando | FL | 32801 | | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | PO Box 4956 | | Orlando | FL | 32802-4956 | | abrumby@shutts.com rhicks@shutts.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | One Logan Sq 27th Fl | | Philadelphia | PA | 19103 | | achan@hangley.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq Thomas D Bielli Esq | One Commerce Sq Ste 1930 | 2005 Market St | Philadelphia | PA | 19103 | | aciardi@ciardilaw.com tbielli@ciardilaw.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 | | acichello@kb-law.com |
| Franklin & Prokopik PC | Andrew L Cole | The B&O Bldg | Two N Charles St Ste 600 | Baltimore | MD | 21201 | | acole@fandpnet.com |
| Andrew S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | | Aconway@taubman.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | 1493 Chain Bridge Rd Ste 201 | | McLean | VA | 22101 | | admin@meiburgerlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq Noelle M James Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | | aepps@cblaw.com mmueller@cblaw.com jmclemore@cblaw.com njames@cblaw.com |
| Foster Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 | | alstc@foster.com |
| K&L Gates LLP | Amy Pritchard Williams | Hearst Tower 47th Fl | 214 N Tryon St | Charlotte | NC | 28202 | | amy.williams@klgates.com |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 | | Andrew.Herenstein@monarchlp.com |
| Vonage Holdings Inc | Angelique Electra | 23 Main St | | Holmdel | NJ | 07733 | | angelique.electra@vonage.com |
| DLA Piper LLP | Anne Braucher Esq | 500 Eighth St NW | | Washington | DC | 20004 | | anne.braucher@dlapiper.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq Heath B Kushnick Esq | 200 Park Ave | | New York | NY | 10166 | | AnsellD@GTLaw.com kushnickh@gtlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Yolanda Humphrey | PO Box 13430 | | Arlington | TX | 76094-0430 | | arlbank@pbfcm.com ebanda@pbfcm.com yhumphrey@pbfcm.com |

1/15/2009 4:50 PM
Rule 2002 - Email

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| Culbert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 | | aschmitt@culbert-schmitt.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 | | austin.bankruptcy@publicans.com |
| Hunton & Williams LLP | Benjamin C Ackerly<br>JR Smith<br>Henry Toby P Long III | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | backerly@hunton.com<br>jrsmith@hunton.com<br>hlong@hunton.com |
| Morrison Cohen LLP | Michael R Dal Lago Esq | 909 Third Ave | | New York | NY | 10022 | | bankruptcy@morrisoncohen.com |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | AV Division | 9351 Jeronimo Rd | Irvine | CA | 92656 | | batteberry@mdea.com |
| Loudoun County Attorney | John R Roberts<br>Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 | | Belkys.Escobar@loudoun.gov |
| Linowes and Blocher LLP | Bradford F Englander Esq<br>Brian M Nestor Esq | 7200 Wisconsin Ave Ste 800 | | Bethesda | MD | 20814 | | benglander@linowes-law.com<br>bnestor@linowes-law.com |
| Greenberg Traurig LLP | Howard J Berman Esq | 200 Park Ave | | New York | NY | 10166 | | bermanH@gtlaw.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | Ste 3100 Promenade II | 1230 Peachtree St NE | Atlanta | GA | 30309 | | bhall@sgrlaw.com |
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | | bill.ray@hamiltonbeach.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo | 2029 Century Park E 21st Fl | | Los Angeles | CA | 90067 | | bmoldo@mdfslaw.com |
| Office of Joe G Tedder CFC | Bonnie Holly | Deliquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 | | bonnieholly@polktaxes.com |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 | | borgeslawfirm@aol.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr<br>Vivieon E Kelley | Bank of America Plz Ste 5200 | 600 Peachtree St NE | Atlanta | GA | 30308-2216 | | bradfute.davenport@troutmansanders.com<br>Vivieon.kelley@troutmansanders.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben<br>c o Thomas J Leanse<br>c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | | brian.huben@kattenlaw.com<br>dustin.branch@kattenlaw.com<br>thomas.leanse@kattenlaw.com |
| Arent Fox LLP | Timothy F Brown Esq<br>Mary Joanne Dowd Esq<br>Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 | | brown.timothy@arentfox.com<br>dowd.mary@arentfox.com<br>giaimo.christopher@arentfox.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | | Bruce.Matson@leclairryan.com |
| Quarles & Brady LLP | Brian Sirower Esq<br>Lori L Winkelman Esq<br>Catherine M Guastello Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 | | bsirower@quarles.com<br>lwinkelm@quarles.com<br>cguastel@quarles.com |
| Vinson & Elkins LLP | William L Wallander<br>Angela B Degeyter | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201-2975 | | bwallander@velaw.com<br>adegeyter@velaw.com |
| Miami Dade County Attorneys Office | Erica S Zaron | 2810 Stephen P Clark Ctr | 111 NW First St | Miami | FL | 33128-1993 | | cao.bkc@miamidade.gov |
| Regency Centers | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd Ste 520 | Cincinnati | OH | 45236 | | catherinestrauss@regencycenters.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq<br>Pamela A Bosswick Esq<br>Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 | | cbelmonte@ssbb.com<br>pbosswick@ssbb.com<br>asnow@ssbb.com |
| Winthrop & Weinstine PA | Christopher A Camardello | 225 S Sixth St Ste 3500 | | Minneapolis | MN | 55402 | | ccamardello@winthrop.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 | | cchiang@buchalter.com |
| Nixon Peabody LLP | Dennis J Drebsky<br>Christopher M Desiderio | 437 Madison Ave | | New York | NY | 10022 | | cdesiderio@nixonpeabody.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| McCarter & English LLP | Clement J Farley Angela Sheffler Abreu | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 | | cfarley@mccarter.com aabreu@mccarter.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq Charles W Chotvacs Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | | cgp@ballardspahr.com chotvacsc@ballardspahr.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | Two N Central Ave | | Phoenix | AZ | 85004 | | cguastel@quarles.com |
| Attorney General of New Jersey | Anne Milgram | Richard J Hughes Justice Complex | PO Box 106 25 Market St | Trenton | NJ | 08625-0119 | | citizens.services@lps.state.nj.us |
| Recovery Management Systems Corp | Ramesh Singh | GE Money Bank | 25 SE 2nd Ave Ste 1120 | Miami | FL | 33131-1605 | | claims@recoverycorp.com |
| Goulston & Storrs PC | Christine D Lynch Esq Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | | clynch@goulstonstorrs.com pbilowz@goulstonstorrs.com |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr W Joel Charboneau | PO Box 404 | | Roanoke | VA | 24003 | | cmagee@mfgs.com jcharboneau@mfgs.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | dallas.bankruptcy@publicans.com |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 | | dave@glassandreynolds.com |
| Moore & Van Allen PLLC | David B Wheeler Esq | 40 Calhoun St Ste 300 | PO Box 22828 | Charleston | SC | 29413-2828 | | davidwheeler@mvalaw.com |
| Riemer & Braunstein LLP | David S Berman | Three Ctr Plz 6th Fl | | Boston | MA | 02108 | | Dberman@riemerlaw.com |
| Jackson & Campbell PC | David H Cox Esq John J Matteo Esq | 1120 20th St NW | S Tower | Washington | DC | 20036 | | dcox@jackscamp.com jmatteo@jackscamp.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | 300 E Lombard St Ste 2000 | | Baltimore | MD | 21202 | | ddean@coleschotz.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | 4551 Cox Rd Ste 210 | PO Box 3059 | Glen Allen | VA | 23058-3059 | | ddhopper@chlhf.com |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | 200 E Broward Blvd St 1900 | | Ft Lauderdale | FL | 33301 | | dgonzales@wsh-law.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | 500 E Main St Ste 1225 | | Norfolk | VA | 23510 | | dgreer@davidgreerlaw.com |
| Vinson & Elkins LLP | David E Hawkins | The Willard Office Bldg | 1455 Pennsylvania Ave NW | Washington | DC | 20004-1008 | | dhawkins@velaw.com |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | One South St 27th Fl | | Baltimore | MD | 21202-3282 | | dhd@nqgrg.com |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq Matthew E Hoffman Esq Lauren Lonergan Taylor Esq Matthew E Hoffman Esq | 30 S 17th St | | Philadelphia | PA | 19103 | | DiMassa@duanemorris.com MEHoffman@duanemorris.com LLTaylor@duanemorris.com MEHoffman@duanemorris.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | 1888 Century Park E Ste 1500 | | Los Angeles | CA | 90067 | | dkappler@rdwlawcorp.com |

1/15/2009 4:50 PM
Rule 2002 - Email

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|------------|-----------|-----------|------|-------|-----|---------|-------|
| Arnall Golden Gregory LLP | Darryl S Laddin Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | | dladdin@agg.com frank.white@agg.com |
| Brown Connery LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 | | dludman@brownconnery.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | 1851 W Colonial Dr | | Orlando | FL | 32804 | | dmcfarlin@whmh.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 | | dpoitras@jmbm.com |
| Duane Morris LLP | Denyse Sabagh | 505 9th St NW Ste 1000 | | Washington | DC | 20004-2166 | | dsabagh@duanemorris.com |
| Cantor Arkema PC | David K Spiro Esq Neil E McCullagh Esq | PO Box 561 | 1111 E Main St 16th Fl | Richmond | VA | 23218-0561 | | dspiro@cantorarkema.com nmccullagh@cantorarkema.com |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 | | eagle.sara@pbgc.gov efile@pbgc.gov |
| Saul Ewing LLP | Edith K Altice Esq | Lockwood Pl | 500 E Pratt St Ste 900 | Baltimore | MD | 21202-3171 | | ealtice@saul.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | 3300 Enterprise Pkwy | PO Box 228042 | Beachwood | OH | 44122 | | ecotton@ddrc.com |
| Hunton & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 | | ecrupi@hunton.com |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | edvaecf@dor.mo.gov |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | | efriedman@friedumspring.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | 1901 Avenue of the Stars 12th Fl | | Los Angeles | CA | 90067 | | egoldberg@stutman.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | 675 Third Ave 31st Fl | | New York | NY | 10017 | | eobrien@sbchlaw.com |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | | eric.rusnak@klgates.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | | ernie.park@bewleylaw.com |
| Siller Wilk LLP | Eric J Snyder | 675 Third Ave | | New York | NY | 10017-5704 | | esnyder@sillerwilk.com |
| Quarles & Brady LLP | Faye B Feinstein Esq Christopher Combest Esq | 500 W Madison St Ste 3700 | | Chicago | IL | 60661 | | fbf@quarles.com ccombest@quarles.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 | | fbr@robinsonbrog.com |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 | | gay@epius.com |
| Michael A Cardozo | Gabriela P Cacuci Esq | 100 Church St Rm 5 223 | | New York | NY | 10007 | | gcacuci@law.nyc.gov |
| Hodgson Russ LLP | Garry M Graber Esq | The Guaranty Bldg | 140 Pearl St Ste 100 | Buffalo | NY | 14202 | | Ggraber@HodgsonRuss.com |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | Three Embarcadero Ctr 7th Fl | | San Francisco | CA | 94111-4065 | | gmkaplan@howardrice.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | 530 B St Ste 2100 | | San Diego | CA | 92101 | | gpk@procopio.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 | | graicht@mwe.com |
| The Arapahoe County Treasurer | George Rosenberg Esq | 5334 S Prince St | | Littleton | CO | 80166 | | grosenberg@co.arapahoe.co.us jholmgren@co.arapahoe.co.us |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | 177 Broad St | | Stamford | CT | 06901-2048 | | hbaer@fdh.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 | | hdawson@kkgpc.com |
| Troutman Sanders LLP | Hollace Topol Cohen Vivieon E Kelley | 405 Lexington Ave | | New York | NY | 10174 | | hollace.cohen@troutmansanders.com vivieon.kelley@troutmansanders.com |

1/15/2009 4:50 PM
Rule 2002 - Email

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | houston_bankruptcy@publicans.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | 300 Garden City Plz | | Garden City | NY | 11530 | | hyazicioglu@jaspanllp.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | | ilandsberg@lm-lawyers.com |
| Haynes and Boone LLP | Jason Binford | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 | | jason.binford@haynesboone.com |
| Jay T Blount | | 300 Industry Dr | RIDC Park W | Pittsburgh | PA | 15275 | | jay.blount@dcsg.com |
| Jones Day | Jeffrey B Ellman Brett J Berlin | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-3053 | | jbellman@jonesday.com bjberlin@jonesday.com |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird Amy E Hatch | 700 W 47th St Ste 1000 | | Kansas City | MO | 64112 | | jbird@polsinelli.com ahatch@polsinelli.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | 19800 MacArthur Blvd Ste 500 | | Irvine | CA | 92612 | | jbressi@coxcastle.com |
| Querrey & Harrow Ltd | John M Brom | 175 W Jackson Blvd | Ste 1600 | Chicago | IL | 60604-2827 | | jbrom@querrey.com |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks Marc S Wasserman | 100 King St W 1 First Canadian Pl | Ste 6100 PO Box 50 | Toronto | ON | M5X 1B8 | Canada | jdacks@osler.com mwasserman@osler.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble | 1150 18th St NW Ste 800 | | Washington | DC | 20036-3816 | | jdibble@stinson.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | | jdoran@haslaw.com |
| Carmody MacDonald PC | John E Hilton | 120 S Central Ste 1800 | | Clayton | MO | 63105 | | jeh@carmodymacdonald.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq Gordon S Young Esq | One Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 | | jeremy.friedberg@llff.com gordon.young@llff.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | 1900 Avenue of the Stars Ste 1800 | | Los Angeles | CA | 90067 | | jfriedman@hkemlaw.com |
| Akin Gump Strauss Hauer & Feld LLP | Jonathan L Gold Mary A House Catherine E Creely | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | jgold@akingump.com mhouse@akingump.com ccreely@akingump.com |
| Wiley Rein LLP | H Jason Gold Esq Dylan G Trache Esq Rebecca L Saitta Esq | 7925 Jones Branch Dr Ste 6200 | | McLean | VA | 22102 | | jgold@wileyrein.com dtrache@wileyrein.com rsaitta@wileyrein.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | One Indiana Sq Ste 3500 | | Indianapolis | IN | 46204 | | jgraham@taftlaw.com |
| Seyfarth Shaw LLP | Jessica Hughes Esq Rhett Petcher Esq Alexander Jackins Daniel P Wierzba | 975 F St NW | | Washington | DC | 20004 | | jhughes@seyfarth.com rpetcher@seyfarth.com ajackins@seyfarth.com dwierzba@seyfarth.com |
| Ford Parshall & Baker | Jordan M Humphreys | 3210 Bluff Creek | | Columbia | MO | 65201 | | jhumphreys@fpb-law.com |
| Weingarten Realty Investors | Jenny J Hyun Esg | 2600 Citadel Plz Dr | | Houston | TX | 77008 | | jhyun@weingarten.com |
| Core Properties Inc | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 | | jim@coreproperties.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | 1900 Avenue of the Stars Ste 2100 | | Los Angeles | CA | 90067-4590 | | jkrieger@ggfirm.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 | | jkurtzma@klehr.com |
| Carlton Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | | jlamoureux@carltonfields.com |
| Ball Janik LLP | Justin D Leonard | 101 SW Main St Ste 1100 | | Portland | OR | 97204 | | jleonard@balljanik.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 | | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | John G McJunkin Esq J David Folds | 1900 K St NW | | Washington | DC | 20006 | | jmcjunkin@mckennalong.com dfolds@mckennalong.com |

1/15/2009 4:50 PM
Rule 2002 - Email

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| John Marshall Collins PC | John Marshall Collins Esq | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 | | johnolaw@gmail.com |
| Latham & Watkins LLP | Josef S Athanas | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 | | josef.athanas@lw.com |
| King & Spalding LLP | James A Pardo Jr Thaddeus D Wilson | 1180 Peachtree St | | Atlanta | GA | 30309 | | jpardo@kslaw.com thadwilson@kslaw.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | PO Box 1266 | 222 Delaware Ave | Wilmington | DE | 19801 | | jryan@saul.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton Todd D Ross | 1401 Eye St NW 7th Fl | Ste 700 | Washington | DC | 20005 | | jtarkenton@wcsr.com toross@wcsr.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 | | jvlombardi@rossbanks.com |
| Wagner Choi & Verbrugge | James A Wagner Esq | 745 Fort St Ste 1900 | | Honolulu | HI | 96813 | | jwagner@wcelaw.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 | | kbifferato@cblh.com cthompson@cblh.com |
| Kelley Drye & Warren LLP | James S Carr Esq Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | | KDWBankruptcyDepartment@kelleydrye.com |
| Blank Rome LLP | Regina Stango Kelbon Esq John Lucian Esq | One Logan Sq | | Philadelphia | PA | 19103 | | Kelbon@blankrome.com Lucian@blankrome.com |
| Allen & Overy LLP | Ken Coleman | 1221 Avenue of the Americas | | New York | NY | 10020 | | ken.coleman@allenovery.com |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | 7 Saint Paul St | | Baltimore | MD | 21202 | | khroblak@wtplaw.com |
| Bricker & Eckler LLP | Kenneth C Johnson Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 | | kjohnson@bricker.com abeckham@bricker.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | San Francisco | CA | 94111-5800 | | kleinergs@cooley.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | | knewman@menterlaw.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 | | kpalmer@mwe.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | 831 E Morehead St Ste 440 | | Charlotte | NC | 28202 | | lawcarroll@aol.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq J Carole Thompson Hord Esq | 1100 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 | | lburnat@swfllp.com chord@swfllp.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq Allison Fridy Arbuckle Esq | 200 N Upper St | | Lexington | KY | 40507 | | ldelcotto@wisedel.com aarbuckle@wisedel.com |
| Enterprise Asset Management Inc | Lee Sudakoff | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 | | Lee.Sudakoff@eassets.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | 650 Town Ctr Dr Ste 950 | | Costa Mesa | CA | 92626 | | lekvall@wgllp.com |
| Wyatt Tarrant & Combs LLP | John P Brice | 250 W Main St Ste 1600 | | Lexington | KY | 40507-1746 | | lexbankruptcy@wyattfirm.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | 19900 MacArthur Blvd Ste 1050 | | Irvine | CA | 92612 | | lhilton@hewittoneil.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq Leon Koutsouftikis Esq | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 | | lkouts@magruderpc.com |
| Sony Electronics Inc | Lloyd B Sarakin | 1 Sony Dr MD No 1E 4 | | Park Ridge | NJ | 07656 | | lloyd.sarakin@am.sony.com |
| Duane Morris LLP | Lauren Lonergan Taylor Matthew E Hoffman | 30 S17th St | | Philadelphia | PA | 19103 | | lltaylor@duanemorris.com mehoffman@duanemorris.com |

1/15/2009 4:50 PM
Rule 2002 - Email

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|------|-------------|-----------|-----------|------|-------|-----|---------|-------|
| Empire Blue Cross Blue Shield | Louis Benza Esq | 15 Metro Tech Ctr 6th Fl | | Brooklyn | NY | 11201 | | louis.benza@empireblue.com |
| Lionel J Postic PC | Lionel J Postic Esq | 125 Townpark Dr Ste 300 | | Kennesaw | GA | 30144 | | lpostic@mindspring.com aarusso@mindspring.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | 1425 RexCorp Plz | | Uniondale | NY | 11556-1425 | | lstopol@levystopol.com |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 | | marc.barreca@klgates.com bankruptcyecf@klgates.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | 300 E McBee Ave Ste 500 | PO Box 87 | Greenville | SC | 29602-0087 | | marion.hughes@smithmoorelaw.com |
| Stromberg & Associates PC | Mark Stromberg | Two Lincoln Ctr | 5420 LBJ Fwy Ste 300 | Dallas | TX | 75240 | | mark@stromberglawfirm.com |
| Taxing Authority Consulting Services PC | Mark K Ames Jeffrey Scharf | PO Box 771476 | | Richmond | VA | 23255 | | mark@taxva.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | 222 Delaware Ave Ste 1501 | | Wilmington | DE | 19801 | | mbusenkell@wcsr.com |
| Hirschler Fleischer PC | Michael P Falzone Esq Sheila deLa Cruz Esq | PO Box 500 | | Richmond | VA | 23218-0500 | | mfalzone@hf-law.com sdelacruz@hf-law.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | 4545 IDS Ctr | 80 S Eighth St | Minneapolis | MN | 55402 | | mfmcgrath@ravichmeyer.com |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq Frederick J Levy Esq | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 | | mfox@olshanlaw.com flevy@olshanlaw.com |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 | | mheld@hunton.com |
| Kutak Rock LLP | Michael A Condyles Esq Loc Pfeiffer Esq Peter J Barrett Esq | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 | | michael.condyles@kutakrock.com loc.pfeiffer@kutakrock.com peter.barrett@kutakrock.com |
| Schulte Roth & Zabel LLP | Michael L Cook David M Hillman Meghan M Breen | 919 Third Ave | | New York | NY | 10022 | | michael.cook@srz.com david.hillman@srz.com meghan.breen@srz.com |
| Binder & Malter LLP | Michael W Malter Esq Julie H Rome Banks Esq | 2775 Park Ave | | Santa Clara | CA | 95050 | | michael@bindermalter.com julie@bindermalter.com |
| Michelle Leeson CFCA | | PO Box 25300 | | Bradenton | FL | 34206-5300 | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | 819 US 301 Blvd W | | Bradenton | FL | 34205 | | michellel@taxcollector.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan | 9401 Wilshire Blvd 9th Fl | | Bevery Hills | CA | 90212 | | mkogan@ecjlaw.com |

1/15/2009 4:50 PM
Rule 2002 - Email

# EXHIBIT C

Circuit Sity Stores, Inc.
State Attorney General List

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Fax |
|---|---|---|---|---|---|---|---|---|
| Arkansas Dept. of Finance | Sales & Use Tax Section | 1816 West Seventh Street | Room 1350 | Ledbetter Building | Little Rock | AR | 72201 | 501-682-7904 |
| Dusin Mcdaniel | Office Of The Attorney General | State Of Arkansas | 200 Tower Bldg. | 323 Center Street | Little Rock | AR | 72201-2610 | 501-682-8084 |
| Terry Goddard | Office Of The Attorney General | State Of Arizona | 1275 W. Washington St. | | Phoenix | AZ | 85007 | 602-542-4085 |
| Edmond G. Jerry Brown, Jr. | Office Of The Attorney General | State Of California | 1300 I Street, Suite 1740 | | Sacramento | CA | 95814 | 916-324-5205 |
| Linda Singer | Office Of The Attorney General | District Of Columbia | John A. Wilson Building | 1350 Pa Avenue, NW, Suite 409 | Washington | DC | 20009 | 202-347-8922 |
| Richard Amato | District of Columbia Attorney General | District Of Columbia | 441 4th St NW Ste 1060 N | | Washington | DC | 20001 | 202-347-8922 |
| Mark J. Bennett | Office Of The Attorney General | State Of Hawaii | 425 Queen Street | | Honolulu | HI | 96813 | 808-587-1488 |
| Michael Cox | Office Of The Attorney General | State Of Michigan | PO Box 30212 | 525 W. Ottawa St. | Lansing | MI | 48909-0212 | 517-373-3042 |

Circuit City Stores, Inc.
State Taxing Authorities

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Fax |
|------|-------------|-----------|-----------|-----------|------|-------|-----|-----|
| Arkansas Dept. of Finance | Sales & Use Tax Section | 1816 West Seventh Street | Room 1350 | Ledbetter Building | Little Rock | AR | 72201 | 501-682-7904 |
| Arkansas Dept. of Finance | Office of Income Tax Admin | 1816 West Seventh St., Room | 2250 Ledbetter Building | | Little Rock | AR | 72201 | 501-682-1691 |
| Arkansas Employment Security Dept. | | P.O. Box 8007 | | | Little Rock | AR | 72203-8007 | 501-682-7114 |
| State Of Arkansas | Dept Of Finance & Administration | State Clearinghouse | 1515 W. Seventh Street, | Suite 412 P.O. Box 8031 | Little Rock | AR | 72203 | 501-682-5206 |
| Arizona Dept. of Revenue | | P.O. Box 29010 | | | Phoenix | AZ | 85038-9010 | 602-542-4774 |
| Arizona Dept. of Revenue | | P.O. Box 29009 | | | Phoenix | AZ | 85038-9009 | 602-542-4774 |
| Arizona Dept. of Revenue | | P.O. Box 29079 | | | Phoenix | AZ | 85038-9079 | 602-542-4774 |
| Arizona Dept. of Revenue | | 1600 W. Monroe | | | Phoenix | AZ | 85007-2650 | 602-542-4772 |
| AZ Department of Economic Security | PO Box 6123 | 1789 West Jefferson, | Site Code 939A | | Phoenix | AZ | 85005-6123 | 602-542-5339 |
| City of Phoenix | | P.O. Box 29690 | | | Phoenix | AZ | 85038-9690 | 602-262-7151 |
| Maricopa City | Attn: David Schweikert | Treasurer | P.O. Box 78574 | | Phoenix | AZ | 85062-8574 | 602-506-1102 |
| State of Arizona | | P.O. Box 29010 | | | Phoenix | AZ | 85038-9010 | 602-542-4772 |
| California Employer Development Dept. | | P.O. Box 826276 | | | Sacramento | CA | 94230-6276 | 916-654-9211 |
| California Employment | Development Dept. | 800 Capitol Mall, MIC 83 | | | Sacramento | CA | 95814 | 310-320-0488 |
| California Franchise Tax Board | Franchise Tax Board | P.O. Box 1468 | | | Sacramento | CA | 95812-1468 | 916-845-0145 |
| California Franchise Tax Board | Bankruptcy Mail Stop BE A345 | P.O. Box 2952 | | | Sacramento | CA | 95812-2952 | 916-845-9799 |
| California State | Board of Equalization | P.O. Box 942879 | | | Sacramento | CA | 94279-7072 | 916-324-2757 |
| Contra Costa City | Attn:  William Pollacek | Treasurer | P.O. Box 631 | | Martinez | CA | 94553 | 925-957-2898 |
| Marin City | Attn:  Michael Smith | Tax Collector | P.O. Box 4220 | Room 200 | Rafael | CA | 94913-4220 | 415-507-4011 |
| State of Hawaii | Department of Taxation | PO Box 259 | | | Honolulu | HI | 96809-0259 | 808-587-1488 |
| State of Michigan | Department of Treasury | Treasurer | PO Box 15128 | | Lansing | MI | 48901 | 517-636-4520 |

Circuit City Stores, Inc.
State Agencies

| Fax | Name | Notice Name |
|---|---|---|
| 602-542-4772 | Arizona Dept of Revenue | |
| 602-542-4774 | Arizona Dept of Revenue | |
| 501-682-1691 | Arkansas Dept of Finance | Office of Income Tax Admin |
| 501-682-7904 | Arkansas Dept of Finance | Sales & Use Tax Section |
| 501-682-7114 | Arkansas Employment Security Dept | |
| 602-542-5339 | AZ Department of Economic Security | PO Box 6123 |
| 916-654-9211 | California Employer Development Dept | |
| 310-320-0488 | California Employment | Development Dept |
| 916-845-9799 | California Franchise Tax Board | Bankruptcy Mail Stop BE A345 |
| 916-845-0145 | California Franchise Tax Board | Franchise Tax Board |
| 916-324-2757 | California State | Board of Equalization |
| 602-262-7151 | City of Phoenix | |
| 925-957-2898 | Contra Costa City | Attn  William Pollacek |
| 501-682-8084 | Dusin Mcdaniel | Office Of The Attorney General |
| 916-324-5205 | Edmond G Jerry Brown, Jr | Office Of The Attorney General |
| 202-347-8922 | Linda Singer | Office Of The Attorney General |
| 602-506-1102 | Maricopa City | Attn David Schweikert |
| 415-507-4011 | Marin City | Attn  Michael Smith |
| 808-586-1239 | Mark J Bennett | Office Of The Attorney General |
| 517-373-3042 | Michael Cox | Office Of The Attorney General |
| 501-682-5206 | State Of Arkansas | Dept Of Finance & Administration |
| 808 -587-1488 | State of Hawaii | Department of Taxation |
| 517-636-4520 | State of Michigan | Department of Taxation |
| 602-542-4085 | Terry Goddard | Office Of The Attorney General |
| 808-587-1488 | Mark J Bennett | Office Of The Attorney General |

1/15/2009 4:44 PM

# EXHIBIT D

Circuit City Stores, Inc.
Taxing Authorities

| Name | Address 1 | Address 2 | City, State, Zip |
|------|-----------|-----------|------------------|
| Hawaii State Tax Collector | Oahu District Office | P O Box 1425 | Honolulu, HI 96806-14225 |
| Chandler, City of | Mail Stop 701 Sales Tax | P O Box 15001 | Chandler, AZ 85244-5001 |
| Mesa, City of | | P O Box 16350 | Mesa, AZ 85211-6350 |
| Tucson, City of | Collections Section | P O Box 27320 | Tucson, AZ 85726-7320 |
| Arizona Department of Revenue | Transaction Privelege Tax | P O Box 29010 | Phoenix, AZ 85038-9010 |
| Tempe, City of | | P O Box 29618 | Phoenix, AZ 85038-9618 |
| Phoenix, City of | Privelege License Tax Desk | P O Box 29690 | Phoenix, AZ 85038-9690 |
| Salt River Pima-Maricopa | Office of Tax Administrator | P O Box 29844 | Phoenix, AZ 85038-9844 |
| Department of Finance/Admin. | Sales & Use Tax Section | P O Box 3566 | Little Rock, AR 72203-3566 |
| State Board of Equalization | | P O Box 942879 | Sacramento, CA 94279-8041 |
| District of Columbia Treasurer | Office of Tax & Revenue | P O Box 96384 | Washington, DC 20090-6384 |

1/15/2009 4:34 PM

Circuit City Stores, Inc.
Supplemental Taxing Authorities List

| Company | Contact | Address1 | City | State | Zip | Country |
|---|---|---|---|---|---|---|
| Apache Junction, City of | Tax & License Division | 300 E. Supperstition Blvd. | Apache Ju | AZ | 85219 | US |
| Avondale, City of | Sales Tax Dept | 11465 W Civic Center Dr Suite 270 | Avondale | AZ | 85323-6808 | US |
| Peoria, City of | Sales Tax Dept | 8401 W Monroe St, Ste 130 | Peoria | AZ | 85345-6560 | US |
| State of Michigan | | Dept. 77003 | Detroit | MI | 48277-0003 | US |

1/15/2009 4:37 PM