## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., et al., ) | Case No. 08-35653-KRH |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

**JOINT OBJECTION BY LANDLORDS TO DEBTORS' MOTION FOR ORDERS PURSUANT TO 11 U.S.C. §§ 105, 363 AND 364 (I)(A) APPROVING PROCEDURES IN CONNECTION WITH SALE OF ALL OR SUBSTANTIALLY ALL OF THE BUSINESS OR ADDITIONAL POST-PETITION FINANCING FOR THE BUSINESS, (B) AUTHORIZING DEBTORS TO ENTER INTO STALKING HORSE OR FINANCING AGREEMENTS IN CONNECTION WITH GOING CONCERN TRANSACTIONS OR STALKING HORSE AGREEMENTS IN CONNECTION WITH STORE CLOSING AND MISCELLANEOUS ASSET SALES, (C) APPROVING THE PAYMENT OF TERMINATION FEES IN CONNECTION THEREWITH, AND (D) SETTING AUCTION AND HEARING DATES, (II) APPROVING SALE OF DEBTORS' ASSETS FREE AND CLEAR OF ALL INTERESTS AND (III) GRANTING RELATED RELIEF**

Cardinal Capital Partners, Inc., 680 S. Lemon Ave. Co., LLC, Benenson Capital

Company, Fayetteville Developers, LLC, Westfield, LLC, The Balogh Companies, and

Rossmoor Shops, LLC (collectively, the "Landlords"), by counsel, and for their objection

to The Debtors' Motion for Orders Pursuant to Bankruptcy Code §§ 105, 363 and 364

Christopher L. Perkins (VSB No. 41783)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 783-7550
(804) 783-7686 facsimile

Niclas A. Ferland, Esq.  (Admitted pro hac vice)
Ilan Markus, Esq.
LeClairRyan, A Professional Corporation
555 Long Wharf Drive, 8th Floor
New Haven, Connecticut 06511
(203) 773-5026
(203) 773-5027 facsimile

Counsel for the Landlords

(I)(A) Approving Procedures In Connection With Sale Of All Or Substantially All Of

The Business Or Additional Post-Petition Financing For The Business, (B) Authorizing

Debtors To Enter Into Stalking Horse Or Financing Agreements In Connection With

Going Concern Transactions Or Stalking Horse Agreements In Connection With Store

Closing And Miscellaneous Asset Sales, (C) Approving The Payment Of Termination

Fees In Connection Therewith, And (D) Setting Auction And Hearing Dates, (II)

Approving Sale Of Debtors' Assets Free And Clear Of All Interests And (III) Granting

Related Relief ("Motion") (Docket No. 1423), represent as follows:

1.      On November 10, 2008 (the "Petition Date"), the above-captioned debtors

(the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the

United States Code, as amended (the "Bankruptcy Code") with the United States

Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the

"Bankruptcy Court").

2.      The Landlords lease nonresidential real property to one of the Debtors

under unexpired leases for premises located within "shopping centers" as that term is

used in Bankruptcy Code § 365(b)(3).

3.      In the Motion, the Debtors seek, *inter alia*, to sell their assets on

undisclosed terms under an extraordinarily accelerated and abridged process. On January

9, 2009, the Court entered an Order approving the bidding procedures and requiring,

among other things, the Debtors to post the Potential Purchaser Notice on the noticing

agent's website.

4.      As of the filing of this Objection, the auction has not concluded.  Various

landlords have filed objections to the Motion given the lack of notice regarding the relief

sought to by the Debtors at the hearing tomorrow morning, January 16, 2009.

5.      The Landlords join in the objections of the other landlords to the Motion.

**WHEREFORE**, the Landlords request that this Court enter an order sustaining

this Objection, denying the Motion, and granting the Landlords such other and further

relief as the Court deems appropriate.


Dated: January 15, 2009
       Richmond, Virginia


                              LeClairRyan, A Professional Corporation


                              /s/ Christopher L. Perkins
                              Christopher L. Perkins (VSB No. 41783)
                              Riverfront Plaza, East Tower
                              951 East Byrd Street, Eighth Floor
                              Richmond, Virginia 23219
                              Tel:  (804) 783-7550
                              Fax:  (804) 783-7686
                              christopher.perkins@leclairryan.com

                              - and -

                              Niclas A. Ferland (NAF-5367)
                              Ilan Markus (IM-7174)
                              555 Long Wharf Drive, 8th Floor
                              New Haven, CT  06511
                              Tel:  (203) 773-5026
                              Fax:  (203) 773-5027
                              niclas.ferland@leclairryan.com
                              ilan.markus@leclairryan.com

                              *Counsel for the Landlords*

## CERTIFICATE OF SERVICE

That on the 19th day of January 2009, I caused the foregoing to be (i)

electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF System,

which causes notices of the electronic filing to be served all registered users of the

CM/ECF System that have filed notices of appearance, and (ii) electronically mailed to

all parties on the "Rule 2002 Service List" maintained on the website of the Debtors'

Court-approved noticing agent in accordance with the Order Pursuant to Bankruptcy

Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy

Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and

Administrative Procedures.

/s/ Christopher L. Perkins
Christopher L. Perkins