Kevin A. Lake, Esquire (VSB# 34286)
VANDEVENTER BLACK LLP
P.O. BOX 1558
Richmond, Virginia 23218-1558
T:      (804) 237-8811
F:      (804) 237-8801

*Local Counsel to Local Texas Tax Authorities*

-and-

Elizabeth Weller, Esquire
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 Bryan St. #1600
Dallas, TX 75201
(469)221-5075 phone
(469)221-5002 fax

*Lead Attorneys for Local Texas Tax Authorities*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:   CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653-KRH<br>Jointly Administered<br>Chapter    11    Proceedings |
| Debtor(s). | |

**MOTION FOR ADMISSION OF**
**<u>ELIZABETH WELLER *PRO HAC VICE*</u>**

Kevin A. Lake ("Movant"), a member in good standing of the Bar of the State of Virginia, an attorney admitted to practice before the United States District and Bankruptcy Courts of the Eastern District of Virginia, and a partner with the Richmond, Virginia office of the law firm of Vandeventer Black, LLP and local counsel in this case for Tax Appraisal District of Bell County, County of Brazos, County of Comal, County of Denton, Longview Independent School District, City of Waco/Waco Independent School District, Midland Central Appraisal District, Central Appraisal District of Taylor County, County of Williamson, Bexar County, Cameron County, Cypress-Fairbanks ISD,

Dallas County, Ector CAD, El Paso, Fort Bend County, Frisco, Grayson County, Gregg County, Harris County, Irving ISD, Jefferson County, McAllen, McAllen ISD, McLennan County, Montgomery County, Nueces County, Rockwall CAD, Rockwall County, Round Rock ISD, San Patricio County, Smith County, South Texas College, South Texas ISD, Tarrant County and Tom Green CAD ("Local Texas Tax Authorities"), hereby moves the Court to enter an Order permitting Elizabeth Weller, with the Dallas, Texas office of the law firm of Linebarger Goggan Blair & Sampson, LLP (the "Admittee"), to practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, to represent the interests of Local Texas Tax Authorities, pursuant to Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2), in the above-captioned proceeding. In support of this motion, the Movant states as follows:

1. The Admittee is a member in good standing of the bar of the State of Texas, admitted to practice before the Texas Supreme Court and the U.S. District Court for the Northern, Southern and Eastern Districts of Texas. There are no disciplinary proceedings pending against the Admittee. The Admittee understand that if she is admitted *pro hac vice*, she will be subject to the disciplinary jurisdiction of this Court.

2. Movant requests that the Court grant this Motion so that the Admittee may file pleadings and appear and be heard at hearings in this chapter 11 case in accordance with the requirements of Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2).

3. Movant and his law firm shall serve as local counsel with the Admittee in these cases.

4. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, Movant requests that the requirements that all motions be accompanied by written memorandum be waived.

5. Notice of this Motion has been given to the Office of the United States Trustee for the Eastern District of Virginia, to local counsel for the above-captioned debtors, to local counsel for the unsecured creditors committee, and to all parties receiving electronic notice in this case. Due to the administrative nature of the relief requested herein, Movant submits that no other or further notice need be given.

WHEREFORE the Movant respectfully requests that the Court enter an Order (i) permitting the Admittee to appear *pro hac vice* in association with the Movant as counsel for Local Texas Tax Authorities in these cases and (ii) granting such other further relief as is just and proper.

Dated: _January 15, 2009_

Respectfully submitted,

Vandeventer Black, LLP

By: _/s/ Kevin A. Lake_

Kevin A. Lake (Virginia Bar Number: 34286)
Vandeventer Black, LLP
707 E. Main Street, Suite 1700
Richmond, VA 23218
Telephone: (804) 237-8800
Facsimile: (804) 237-8801

-- and --

Elizabeth Weller, Esquire
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 Bryan St. #1600
Dallas, TX 75201
(469)221-5075 phone

(469)221-5002 fax

*Lead Attorneys for Local Texas Tax Authorities*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January, 2009, a true and correct coy of the foregoing Motion for Admission Pro Hac Vice was served on all persons receiving electronic notice in these cases, including the following:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

| | |
|---|---|
| Daniel F. Blanks, Esq. | Dion W. Hayes, Esq. |
| Douglas M. Foley, Esq. | Joseph S. Sheerin, Esq. |
| McGuire Woods LLP | Sarah Beckett Boehm, Esq. |
| 9000 World Trade Center | McGuire Woods LLP |
| 101 W. Main Street | 901 East Cary Street |
| Norfolk, VA 23510 | Richmond, Virginia 23219 |

/s/  Kevin A. Lake
Kevin A. Lake