Kevin A. Lake, Esquire (VSB# 34286)
VANDEVENTER BLACK LLP
P.O. BOX 1558
Richmond, Virginia 23218-1558
T:       (804) 237-8811
F:       (804) 237-8801

*Local Counsel to Old Republic Insurance*

-and-

Margaret M. Anderson, Esquire
Fox, Hefter, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: 312-224-1224
Facsimile 312-224-1201

*Lead Attorneys for Old Republic Insurance,*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:  CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653-KRH<br>Jointly Administered<br>Chapter 11 Proceedings |
| Debtor(s). | |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* (the "Motion"), filed by Kevin A. Lake ("Movant"), a member in good standing of the Bar of the State of Virginia, an attorney admitted to practice before the United States District and Bankruptcy Courts of the Eastern District of Virginia, and a partner with the Richmond, Virginia office of the law firm of Vandeventer Black, LLP and local counsel in this case for Old Republic Insurance, requesting the Court to admit *pro hac vice* Margaret M. Anderson, with the Chicago, Illinois office of the law firm of Fox, Hefter, Swibel, Levin & Carroll, LLP (the "Admittee"), to represent the interests of Old Republic Insurance in connection with these Chapter 11 cases.

The Court, having jurisdiction to consider the Motion, finding that due and sufficient notice having been given, and sufficient cause appearing, hereby ORDERS that:

1. The Motion is GRANTED.

2. Margaret M. Anderson is permitted to appear *pro hac vice* to represent the interests of Old Republic Insurance in these cases in accordance with Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2).

Date:_____                    _____
                                          Kevin R. Huennekens, Judge
                                          United States Bankruptcy Court
                                            For the Eastern District of Virginia

                                          Entered on Docket: _____

WE ASK FOR THIS:

 /s/ Kevin A. Lake_____
Kevin A. Lake (Virginia Bar Number: 34286)
Vandeventer Black, LLP
707 E. Main Street, Suite 1700
Richmond, VA  23218
Telephone:  (804) 237-8800
Facsimile:  (804) 237-8801

-- and --

Margaret M. Anderson, Esquire
Fox, Hefter, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: 312-224-1224
Facsimile 312-224-1201
*Lead Attorneys for Old Republic Insurance,*
*in its capacity as Administrative Agent*

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 15th day of January, 2009 a true and correct coy of the foregoing proposed Order Granting Admission *Pro Hac Vice* was served on all persons receiving electronic notice in these cases, including the following:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

| | |
|---|---|
| Dion W. Hayes, Esq. | Daniel F. Blanks, Esq. |
| John H. Maddock, III, Esq. | Douglas M. Foley, Esq. |
| McGuireWoods LLP | McGuire Woods LLP |
| One James Center | 9000 World Trade Center |
| 901 East Cary Street | 101 W. Main Street |
| Richmond, Virginia 23219 | Norfolk, VA 23510 |
| *Counsel for the Debtors* | |

               /s/  Kevin A. Lake
               Kevin A. Lake