# EXHIBIT C

**TJX**
*THE TJX COMPANIES, INC.*

February 22, 1998

*VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED*

CIRCUIT CITY STORES WEST COAST INC.
9950 MAYLAND DRIVE
RICHMOND VA 23233

RE:   T.J. MAXX #402
      SAN MATEO, CA

Re: T.J. Maxx Internal Reorganization

Dear Landlord:

This will serve to advise you that, effective on January 30, 1998, the Lease for the T.J. Maxx location referenced above was assigned by The TJX Companies, Inc. to one of its subsidiary companies, T.J. Maxx of CA, LLC, a Delaware limited liability company. This transaction was part of an internal corporate restructuring involving the assignment by The TJX Companies, Inc. of its leasehold interest in substantially all of the T.J. Maxx locations in California, to T.J. Maxx of CA, LLC.

As a result of the aforesaid assignment, the Tenant's interest in its Lease with you for the above-referenced location is vested in T.J. Maxx of CA, LLC. Please revise your insurance policies so that T.J. Maxx of CA, LLC is named as an additional insured thereon and send us a copy of the new certificate containing this revision.

All notices under the Lease should continue to be sent to the following address:

   770 Cochituate Road
   Framingham, MA 01701
   Attn:   Vice President - Real Estate

Included with this letter is a copy of an Assignment and Assumption Agreement confirming that the assignee has assumed the obligations of Tenant under the Lease with you.

Yours truly,
T.J. MAXX OF CA, LLC

*[signature]*

Joan Brassil
Manager of Real Estate Administration
and Location Research

Enc.

## ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS ASSIGNMENT AND ASSUMPTION AGREEMENT is made as of the 30th day of January, 1998 by and between The TJX Companies, Inc., a Delaware corporation ("Assignor") and T.J. Maxx of CA, LLC, a Delaware limited liability company ("Assignee").

WHEREAS, Assignor is the current tenant under the leases for each of those locations set forth on Schedule A attached hereto (collectively, the "Leases"); and

WHEREAS, Assignor desires to assign to Assignee all of Assignor's right, title and interest in and to the Leases and Assignee desires to accept such assignment and assume the obligations of Tenant under the Leases from and after the Effective Date (hereinafter defined) on the terms and conditions hereinafter set forth; and

WHEREAS, Assignee is ultimately owned and controlled by Assignor.

NOW, THEREFORE, in consideration of the mutual covenants herein contained, the parties agree for themselves, their successors and assigns, as follows:

1. Assignor, hereby assigns and transfers to Assignee as of January 30, 1998, at 11:59 P.M. EDT (the "Effective Date") all of Assignor's right, title and interest in and to the Leases.

2. Assignee hereby accepts such assignment and assumes to and agrees with the respective landlords under the Leases that, from and after the Effective Date, Assignee will perform and observe all of the terms and conditions in the Leases contained on the part of the Tenant to be performed and observed.

3. Assignor and Assignee each hereby agree, effective as of the Effective Date, to indemnify and hold the other harmless of, from and against any and all costs, claims, obligations, damages, penalties, causes of action, losses, injuries, liabilities and expenses, including without limitation, reasonable attorneys' fees, arising by reason of or in connection with their respective failure to perform the Tenant's obligations under, or in any way related to the Leases arising or accruing (x) on and after the Effective Date as to the Assignee and (y) prior to the Effective Date with respect to the Assignor.

4. The terms of this Assignment and Assumption Agreement, from and after the Effective Date, shall be and hereby are deemed to be binding upon Assignee, its successors and assigns and, from and after the Effective Date, shall inure to the benefit of the landlords under the Leases, their respective successors and assigns.

IN WITNESS WHEREOF, the undersigned have executed this Assignment and Assumption Agreement as of the date first written above.

THE TJX COMPANIES, INC.
a Delaware corporation

By: _____
Jay H. Meltzer, as Secretary,
and not individually

By: _____
Steven R. Wishner, as Treasurer,
and not individually

T.J. MAXX OF CA, LLC,
a Delaware limited liability company

By: _____
Jay H. Meltzer, as Secretary,
and not individually

By: _____
Steven R. Wishner, as Treasurer,
and not individually

C/F

## SCHEDULE A

| | | |
|---|---|---|
| 065 | Torrance | CA |
| 107 | Canyon Country | CA |
| 125 | Los Angeles | CA |
| 131 | Palm Desert | CA |
| 137 | Mission Viejo | CA |
| 140 | Encinitas | CA |
| 166 | Fair Oaks | CA |
| 188 | Ontario | CA |
| 383 | Roseville | CA |
| 397 | Granada Hills | CA |
| 399 | Orange | CA |
| 401 | San Jose (Hillsdale) | CA |
| 402 | San Mateo | CA |
| 403 | Dublin | CA |
| 404 | Newark | CA |
| 406 | Escondido | CA |
| 413 | San Diego (Navajo Road) | CA |
| 418 | Redwood City | CA |
| 425 | Cerritos | CA |
| 426 | San Dimas | CA |
| 507 | Irvine | CA |
| 600 | Upland | CA |
| 608 | San Diego (Pt. Loma) | CA |
| 618 | San Diego (Claremont) | CA |
| 628 | Cupertino | CA |
| 631 | Rolling Hills Estate | CA |
| 654 | Brea | CA |
| 659 | Tustin | CA |
| 660 | Fountain Valley | CA |
| 664 | La Habra | CA |
| 670 | Whittier | CA |
| 671 | Oxnard | CA |
| 681 | Fresno | CA |
| 682 | West Covina | CA |
| 686 | Moraga | CA |
| 687 | Concord | CA |
| 689 | Laguna Niguel | CA |
| 700 | Bakersfield | CA |
| 701 | Long Beach | CA |
| 702 | Temecula | CA |
| 715 | Corona | CA |
| 725 | Temple City | CA |
| 730 | Culver City | CA |
| 739 | Chino | CA |
| 772 | Anaheim | CA |
| 777 | Pleasant Hill | CA |
| 789 | Simi Valley | CA |
| 790 | La Canada | CA |