Gregg M. Galardi, Esq.                  Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                 Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

             IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
             Debtors.         :
                              : Jointly Administered
- - - - - - - - - - - - - - x


**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
       JANUARY 16, 2009 AT 10:00 A.M. (EASTERN)**

        Set forth below are the matters previously
scheduled to be heard before the Honorable Kevin Huennekens,
United States Bankruptcy Judge, in the United States
Bankruptcy Court for the Eastern District of Virginia, U.S.
Courthouse, 701 East Broad Street, Room 5000, Richmond, VA
23219-1888, on January 16, 2009 beginning at 10:00 a.m.
Eastern.

I.    **PRETRIAL CONFERENCE ON ADVERSARY PROCEEDING NO. 08-03150**

1.    Complaint for Declaratory Judgment, Imposition of
      Constructive Trust and Turnover of Funds Held in Trust
      Filed by Greystone Data Systems, Inc.

      Response
      Filed:          Motion to Dismiss Adversary Proceeding by
                      Circuit City

      Status:         The pre-trial conference is going
                      forward.

II.   **RESOLVED MATTERS**

2.    Motion and Supporting Memorandum of Law of PrattCenter,
      LLC and Valley Corners Shopping Center, LLC for an Order
      Compelling Debtors to Immediately Pay Administrative
      Rent Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b)
      and Granting Related Relief (Docket No. 984)

      Related
      Documents:

      a.    Exhibit D to Motion and Supporting Memorandum of
            Law of PrattCenter, LLC and Valley Corners Shopping
            Center, LLC (Docket No. 985)

      b.    Notice of Motion and Hearing (Docket No. 986)

      Objection
      Deadline:       December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Second Omnibus Objection To The Motions
            Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
            Compel Allowance And Payment Of Post-Petition
            Rental Obligations As Administrative Expenses
            (Docket No. 1100)

      Status:         No hearing is necessary.  The parties
                      have resolved this matter.

3.    Motion for Filing Documents Under Seal, by Alliance
      Entertainment LLC (Docket No. 1072)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1073)

      Objection
      Deadline:        January 9, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Informal Response of the Debtors

      Status:          No hearing is necessary.  The parties
                       have resolved this matter.

4.    Motion and Supporting Memorandum of Law of Landlords
      Listed on Exhibit A for an Order Compelling Debtors to
      Immediately Pay Administrative Rent Pursuant to 11
      U.S.C. Sections 365(D)(3) and 503(B) and Granting
      Related Relief, by Acadia Realty Limited Partnership, et
      al. (Docket No. 1138)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1312)

      b.    Amended Notice of Motion and Hearing (Docket No.
            1333)

      Objection
      Deadline:        January 9, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Informal Response of the Debtors

      Status:          No hearing is necessary.  The parties
                       have resolved this matter.

5.    Madison Waldorf, LLC's Motion for Order Compelling
      Payment of Post-Petition Rent as Administrative Expense
      (Docket No. 1245)

      Related

Documents:

a.   Notice of Motion and Hearing (Docket No. 1246)

Objection
Deadline:        January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Informal Response of the Debtors

Status:          No hearing is necessary.  The parties
                 have resolved this matter.

6.   Motion of Port Arthur Holdings, III, Ltd. for an Order
     Compelling Debtor to Immediately Pay Pre-Petition and
     Post-Petition Real Estate Taxes due Under the Lease
     Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(B) and
     Granting Related Relief (Docket No. 1402)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1403)

     Objection
     Deadline:        January 14, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           Informal Response of the Debtors

     Status:          No hearing is necessary.  The parties
                      have resolved this matter.

**III. CONTINUED/ADJOURNED MATTERS**

7.   Notice of Motion and Motion of Mansfield SEQ 287 &
     Debbie, Ltd. for Order Under Bankruptcy Code Sections
     105, 362, and 363, Federal Bankruptcy Rule 9014, and
     Local Bankruptcy Rule 4001(a)-1, Modifying the Automatic
     Stay to (I) Permit the Administrative Freeze of Certain
     Funds, and (II) to Permit the Exercise of Setoff and
     Recoupment, or for Adequate Protection and Supporting
     Memorandum of Law (Docket No. 449)

     Related
     Documents:

      a.   Exhibits to Motion for an Order Granting Adequate
           Protection Pursuant to 11 U.S.C. §§ 361 and 363
           (Docket Nos. 460, 461, 462, 477, 478, 479, 480,
           481, 482, 483, 484, 485 and 486)

      Objection
      Deadline:     January 23, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:        None at the time of filing this agenda.

      Status:       This matter has been adjourned until
                 January 29, 2009 at 10:00 a.m.

8.   Navarre Distribution Services, Inc.'s Motion for an
    Order Granting Adequate Protection Pursuant to 11 U.S.C.
    §§ 361 and 363 (Docket No. 958)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 959)

      Objection
      Deadline:     December 18, 2008 at 4:00 p.m., extended
                 for the Debtors until December 19, 2008
                 at 1:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Debtors' Objection To Navarre Distribution
           Services, Inc.'s Motion For Adequate Protection And
           Response To Limited Objection Of Navarre To
           Debtors' Dip Motion (Docket No. 1126)

      Status:       This matter has been adjourned until
                 February 13, 2009 at 10:00 a.m.

9.   Motion of Motorola Inc. for Allowance and Payment of
    Administrative Expense Claim Pursuant to 11 U.S.C.
    Section 503(b)(9) (Docket No. 1128)

      Related
      Documents:

    a.    Notice of Motion and Hearing (Docket No. 1135)

    b.    Amended Notice of Motion and Hearing (Docket No. 1242)

    c.    Exhibits to Motion of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)(Docket Nos. 1288, 1289, 1290, 1291, 1292, 1293)

Objection
Deadline:    January 22, 2009 at 4:00 p.m.

Objections/
Responses
Filed:    None at the time of filing this agenda.

Status:    This matter has been adjourned until January 29, 2009 at 10:00 a.m.

10.    Motion of General Instrument Corporation Doing Business as the Home & Networks Mobility Business of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket No. 1134)

Related
Documents:

    a.    Notice of Motion and Hearing (Docket No. 1136)

    b.    Amended Notice of Motion and Hearing (Docket No. 1243)

    c.    Notice of Filing Exhibit to Motion (Docket No. 1281 through Docket No. 1287)

Objection
Deadline:    January 22, 2009 at 4:00 p.m.

Objections/
Responses
Filed:    None at the time of filing this agenda.

Status:    This matter has been adjourned until January 29, 2009 at 10:00 a.m.

11.    Debtors' Motion for Order under Bankruptcy Code Sections
       105, 363 and 365 and Bankruptcy Rules 6004 and 6006
       Authorizing and Approving (A) Assumption and Assignment
       of Certain Unexpired Leases of Nonresidential Real
       Property; and (B) Sale of Certain Nonresidential Real
       Property Leases Free and Clean of Liens, Claims and
       Encumbrances to Maryland Acquisitions, LLC or Its
       Nominee (Docket No. 1266)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 1267)

       Objection
       Deadline:        January 9, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    American Computer Development, Incorporated's (I)
             Objection to Debtors' Motion for Order Under
             Bankruptcy Code Sections 105, 363 and 365 and
             Bankruptcy Rules 6004 and 6006 Authorizing and
             Approving (A) Assumption and Assignment of Certain
             Unexpired Leases of Nonresidential Real Property;
             and (B) Sale of Certain Nonresidential Real
             Property Leases Free and Clear of Liens, Claims and
             Encumbrances to Maryland Acquisition, LLC or Its
             Nominee; and (II) Offer to Purchase the Lease for a
             Higher Amount (Docket No. 1443)

       Status:          This matter has been adjourned until
                        January 29, 2009 at 10:00 a.m.

12.    Motion for Order Under 11 U.S.C. Sections 105, 362 and
       541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
       Notice, Hearing, and Sell-Down Procedures for Trading in
       Equity Securities and Claims Against the Debtors'
       Estates (Docket No. 20).

       Related
       Documents:

       a.    Interim Order Under 11 U.S.C. 105, 362 And 541 And
             Fed. R. Bankr. P. 3001 and 3002 Establishing
             Notice, Hearing, And Sell-Down Procedures For

Trading In Equity Securities And Claims Against The
Debtors Estates And Setting Hearing (Docket No.
135)

Objection
Deadline:          November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Informal response from the Securities Exchange
      Commission

b.    Informal response from the Official Committee of
      Unsecured Creditors

Status:            The Debtors have resolved the SEC's
                   response with modifications to the final
                   order.  The Debtors are working to
                   resolve the Committee's response. This
                   matter has been adjourned until January
                   29, 2009 at 10:00 a.m.

**IV.   UNCONTESTED MATTERS GOING FORWARD**

13.  Stipulated Order Regarding Payment of Certain Taxes
     under Supplemental Order Authorizing the Debtors to Pay
     Prepetition Sales, Use, Trust Fund and Other Taxes and
     Related Obligations (Docket No. 1188)

     Related
     Documents:

     a.    Supplemental Motion of the Debtors for Order
           Pursuant to Bankruptcy Code Sections 105(A),
           506(a), 507(a)(8), 541, and 1129 Authorizing the
           Debtors to Pay Prepetition Sales, Use, Trust Fund
           and Other Taxes and Related Obligations (Docket No.
           407).

     b.    Affidavit of Service (Docket No. 1588).

     Objection
     Deadline:          January 13, 2009 at 4:00 p.m.

     Objections/
     Responses

Filed:          None.

Status:         This matter is going forward.

14.   Application for Entry of an Order Authorizing and
      Approving the Employment of Pachulski Stang Ziehl &
      Jones LLP as Counsel to the Official Committee of
      Unsecured Creditors Nunc Pro Tunc to November 18, 2008
      (Docket No. 1192)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1196)

      Objection
      Deadline:       January 9, 2009 at 4:00 p.m.

      Objections/
      Responses       None.
      Filed:

      Status:         This matter is going forward.

15.   Application for Order Authorizing Retention and
      Employment of Tavenner & Beran, PLC, as Local Counsel to
      the Official Committee of Unsecured Creditors (Docket
      No. 1193)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1196)

      Objection
      Deadline:       January 9, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          None.

      Status:         This matter is going forward.

16.   Motion of the Debtors, Pursuant to 11 U.S.C. Section
      105, Bankruptcy Rules 2002, 9006, and 9007 and Local
      Bankruptcy Rule 9013-1(M), for an Order Setting an
      Expedited Hearing on the Debtors' Motion for Order
      Approving Stipulation Between the Debtors and Cellco

Partnership D/B/A/ Verizon Wireless Pursuant to
Bankruptcy Code Section 105 and Bankruptcy Rule 9019 and
for Related Relief (Docket No. 1406)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1407)

Objection
Deadline:       January 16, 2009 at 10:00 a.m.

Objections/
Responses
Filed:          None at the time of filing this agenda.

Status:         This matter is going forward.

17.   Debtors' Motion for Order Approving Stipulation Between
Debtors and Cellco Partnership D/B/A/ Verizon Wireless
Pursuant to Bankruptcy Code Section 105 and Bankruptcy
Rule 9019 (Docket No. 1404)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1405)

b.   Motion for an Order Setting an Expedited Hearing
     (Docket No. 1406)

Objection
Deadline:       January 16, 2009 at 10:00 a.m.

Objections/
Responses
Filed:          None at the time of filing this agenda.

Status:         Assuming Court grants expedited and
                shortened notice of Motion, this matter
                is going forward.

18.   Motion of the Debtors, Pursuant to 11 U.S.C. § 105,
Bankruptcy Rules 2002, 9006, and 9007 and Local
Bankruptcy Rule 9013-1(M), for an Order Setting an
Expedited Hearing on the Debtors' Motion for Order
Approving Stipulation by and among the Debtors and
International Business Machines Corporation Pursuant to

Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule
9019 and for Related Relief (Docket No. 1421)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1422)

Objection
Deadline:      January 16, 2009 at 10:00 a.m.

Objections/
Responses
Filed:         None at the time of filing this agenda.

Status:        This matter is going forward.

19.   Debtors' Motion for Order Approving Stipulation by and
      among the Debtors and International Business Machines
      Corporation Pursuant to Bankruptcy Code Sections 105 and
      363 and Bankruptcy Rule 9019 (Docket No. 1419)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1420)

      b.   Motion for an Order Setting an Expedited Hearing
           (Docket No. 1421)

      Objection
      Deadline:      January 16, 2009 at 10:00 a.m.

      Objections/
      Responses
      Filed:         Informal Response of the Debtors

      Status:        Assuming Court grants expedited and
                     shortened notice of Motion, this matter
                     is going forward.

20.   Motion of Tomtom, Inc. Pursuant to 11 U.S.C. § 105,
      Bankruptcy Rules 2002, 9006, 9007 and Local Bankruptcy
      Rule 9013-(n), for an Order Setting an Expedited Hearing
      on TomTom Inc.'s Emergency Motion to Seal Exhibit Filed
      by the Debtors (Docket No. 1531).

      Related

Documents:

a.    Notice of Motion and Notice of Hearing on (Motion
      of Tomtom, Inc. Pursuant to 11 U.S.C. § 105,
      Bankruptcy Rules 2002, 9006, 9007 and Local
      Bankruptcy Rule 9013-(n), for an Order Setting an
      Expedited Hearing on TomTom Inc.'s Emergency Motion
      to Seal Exhibit Filed by the Debtors)(Docket No.
      1533).

Objection
Deadline:          January 16, 2009 at 10:00 a.m.

Objections/
Responses
Filed:             None.

Status:            This matter is going forward.

21.   Emergency Motion by Tomtom, Inc. to Seal Exhibit Filed
      by the Debtors (Docket No. 1532).

      Related
      Documents:

      a.    Motion for an Order Setting an Expedited Hearing
            (Docket No. 1531)

      Objection
      Deadline:          January 16, 2009 at 10:00 a.m.

      Objections/
      Responses
      Filed:             None.

      Status:            Assuming Court grants the expedited
                         motion, this matter is going forward.

## V.    CONTESTED MATTERS

22.   Debtors' First Omnibus Motion for Order Pursuant to
      Bankruptcy Code Sections 105(a) and 365(a) and
      Bankruptcy Rule 6006 Authorizing Rejection of Certain
      Executory Contracts (Docket No. 995)

      Related
      Documents:

a.   Notice of Motion and Hearing (Docket No. 997)

b.   Order Pursuant to Bankruptcy Code Sections 105(a)
     and 365(a) and Bankruptcy Rule 6006 Authorizing
     Rejection of Certain Executory Contracts (Docket
     No. 1260)

Objection
Deadline:            December 18, 2008 at 4:00 p.m.; extended
                     by court order to December 29, 2008 for:
                     Patrick S. Longgood, Victor Engesser,
                     Leigh Anne Moore, Robyn Davis, David
                     Steinbach and Savitri Cohen.

Objections/
Responses
Filed:

a.   Objection of James M. Stacia to Debtors' Motion to
     Reject His Separation Agreement and Waiver of
     Claims Against Circuit City (Docket No. 1325)

     Related
     Documents:

     (i).    Motion of James M. Stacia to File
             Objection to Debtors' Motion to Reject
             his Separation Agreement and Release of
             Claims (Docket No. 1324)

     Status:   This matter is going forward.

b.   Objection of Jonathan Lee Riches to Debtors' First
     Omnibus Motion for Order Pursuant to Bankruptcy
     Code Sections 105(a) and 365(a) and Bankruptcy Rule
     6006 Authorizing Rejection of Certain Executory
     Contracts (Docket No. 1510)

     Status:   This matter is going forward.

c.   Objection by Savitri Cohen to Motion to Reject
     their Obligations Under an Employment Agreement
     (Docket No. 1204)

     Status:   This matter is going forward.

General

Status:            This matter is going forward with respect
                   to the objections of James M. Stacia,
                   Jonathan Lee Riches, and Savitri Cohen.

23.   Motion of TomTom, Inc. for an Order Under Sections 105,
      362, and 363 Modifying the Automatic Stay to Permit the
      Exercise of Setoff and/or Recoupment Rights Against the
      Debtors, and Notice of Motion (Docket No. 1052)

      Related
      Documents:

      a.   Amended Notice of Motion and Hearing (Docket No.
           1244)

      b.   Reply to the Debtor's Objection to the Motion for
           an Order Under Sections 105, 362, and 363 Modifying
           the Automatic Stay to Permit the Exercise of Setoff
           and/or Recoupment Rights Against the Debtors
           (Docket No. 1529).

      Objection
      Deadline:          January 12, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Debtors' Objection To Tomtom, Inc.'s Motion For An
           Order Under Sections 105, 362 And 363 Modifying The
           Automatic Stay To Permit The Exercise Of Setoff
           And/Or Recoupment Rights Against The Debtors
           (Docket No. 1475)

      Status:            This matter is going forward as a
                         preliminary hearing and the parties will
                         present legal argument.

24.   Motion to Terminate Automatic Stay and Rule 4001(a)-1
      Notice, by Engineered Structures, Inc. (Docket No. 1070)

      Related
      Documents:         Reply Brief by Engineered Structures,
                         Inc. in Support of Motion to Terminate
                         Automatic Stay and Rule 4001.2 Notice
                         (Docket No. 1536).

      Objection

Deadline:            January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Objection to Engineered Structures, Inc.
     Motion to Terminate Automatic Stay (Docket No.
     1448)

Status:              This matter is going forward as a
                     preliminary hearing and the parties will
                     present legal argument.

25.  Motion of North Plainfield VF LLC and Marlton VF LLC to
     Compel the Debtors to Perform Postpetition Obligations
     Pursuant to 11 U.S.C. Section 365(d)(3) (Docket No.
     1142).

     Related
     Documents:

     a.   Exhibits to Motion of North Plainfield VF LLC and
          Marlton VF LLC to Compel the Debtors to Perform
          Postpetition Obligations Pursuant to 11 U.S.C.
          Section 365(d)(3)(Dockets Nos. 1143, 1144, 1145,
          1146, 1147)

     b.   Notice of Motion and Hearing (Docket No. 1147)

     c.   Joinder of Schimenti Construction Company, LLC in
          Motion of North Plainfield VF LLC and Marlton VF
          LLC to Compel the Debtors to Perform Postpetition
          Obligations Pursuant to 11 U.S.C. Section 365(d)(3)
          (Docket No. 1451)

     Objection
     Deadline:            January 9, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Objection to Motion of North Plainfield VF
          LLC and Marlton VF LLC to Compel the Debtors to
          Perform Postpetition Obligations Pursuant to 11
          U.S.C. Section 365(d)(3) (Docket No. 1449)

Status:          This matter is going forward.

26.   Application of Official Committee of Unsecured Creditors
      of Circuit City Stores, Inc. for Order Under 11 U.S.C.
      Sections 1103 and 327 and Fed. R. Bankr. P. 2014 and
      5002, Authorizing and Approving Retention and
      Employment, Nunc Pro Tunc, of Protiviti, Inc. as
      Financial Advisor (Docket No. 1194)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1196)

      Objection
      Deadline:        January 9, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Informal Response of the Debtors

      Status:          The parties are working to resolve this
                       matter.  This matter is going forward.

27.   Application for an Order Pursuant to Sections 328 and
      1103 of the Bankruptcy Code and Bankruptcy Rule 2014
      Authorizing the Retention and Employment of Jefferies &
      Company, Inc. as Financial Advisors to the Official
      Committee of Unsecured Creditors Nunc Pro Tunc to
      November 18, 2008 (Docket No. 1195)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1196)

      Objection
      Deadline:        January 9, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Informal Response of the Debtors

      Status:          The parties are working to resolve this
                       matter.  This matter is going forward.

28.   Application for Entry of an Order Authorizing and
      Approving the Employment of Gowling Lafleur Henderson

LLP as Canadian Counsel to the Official Committee of
Unsecured Creditors Nunc Pro Tunc to November 18, 2008
(Docket No. 1197)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1198)

Objection
Deadline:       January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Objection to Application for Entry of an
     Order Authorizing and Approving the Employment of
     Gowling Lafleur Henderson LLP as Canadian Counsel
     to the Official Committee of Unsecured Creditors
     Nunc Pro Tunc to November 18, 2008 (Docket No.
     1450)

     Related
     Documents:

     (i).    Notice of Withdrawal of Debtors Objection
             (Docket No. 1473)

Status:       The parties will submit a revised form of
              consent order. This matter will go
              forward.

29.   Landlords' Motion for Rehearing and/or Reconsideration
      and/or to Alter or Amend the Judgment Regarding Payment
      of November Rent, and Memorandum in Support Thereof, by
      Acadia Realty Limited Partnership, et al. (Docket No.
      1347)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1348)

      b.   Joinder to Landlords' Motion for Rehearing and/or
           Reconsideration and/or to Alter or Amend the
           Judgment Regarding Payment of November Rent, and
           Memorandum in Support Thereof, by Carousel Center

Company, L.P., Fingerlakes Crossing, LLC and
Charlotte (Archdale) UY, LLC (Docket No. 1363)

Related
Documents:

(i).     Notice of Motion and Hearing (Docket No.
         1368)

c.   Joinder of 502-12 86th Street to Landlords' Motion
     for Rehearing and/or Reconsideration and/or to
     Alter or Amend the Judgment Regarding Payment of
     November Rent and Memorandum in Support Thereof, by
     502-12 86th Street LL (Docket No. 1365)

     Related
     Documents:

     (i).     Notice of Motion and Hearing (Docket No.
              1366)

d.   Joinder of Eatontown Commons Shopping Center ,
     AmCap NorthPoint LLC, and AmCap Arborland LLC to
     Landlord's Motion for Rehearing and/or
     Reconsideration and/or to Alter to Amend the
     Judgment Regarding Payment of November Rent, and
     Memorandum in Support Thereof (Docket No. 1370)

e.   Joinder to Landlord's Motion for Rehearing and/or
     Reconsideration and/or to Alter to Amend the
     Judgment Regarding Payment of November Rent, and
     Memorandum in Support Thereof, by International
     Speedway Square, Ltd., Kite Coral Springs, LLC and
     KRG Market Street Village, LP (Docket No. 1375)

     Related
     Documents:

     (i).     Notice of Motion and Hearing (Docket No.
              1376)

f.   Port Arthur Holdings, III, Ltd Joinder to
     Landlord's Motion for Rehearing and/or
     Reconsideration and/or to Alter to Amend the
     Judgment Regarding Payment of November Rent, and
     Memorandum in Support Thereof (Docket No. 1384)

     Related

Documents:

(i).        Notice of Motion and Hearing (Docket No.
            1385)

g.   Joinder to Landlord's Motion for Rehearing and/or
     Reconsideration and/or to Alter to Amend the
     Judgment Regarding Payment of November Rent, and
     Memorandum in Support Thereof, by Polaris Circuit
     City, LLC (Docket No. 1392)

     Related
     Documents:

     (i).        Notice of Motion and Hearing (Docket No.
                 1393)

h.   Joinder of Plaza Las Americas Inc. to Landlord's
     Motion for Rehearing and/or Reconsideration and/or
     to Alter to Amend the Judgment Regarding Payment of
     November Rent, and Memorandum in Support Thereof,
     by Polaris Circuit City, LLC (Docket No. 1414)

     Related
     Documents:

     (i)         Notice of Motion and Hearing (Docket No.
                 1413)

i.   Joinder to Landlords' Motion for Rehearing and/or
     Reconsideration and/or to Alter or Amend the
     Judgment Regarding Payment of November Rent, and
     Memorandum in Support Thereof, by Hayward 880 LLC,
     Save Mart Supermarkets, Crown CCI, LLC and Burbank
     Mall Associates, LLC (Docket No. 1437)

j.   Morgan Hill Retail Venture, LP's Joinder to
     Landlords' Motion for Rehearing and/or to Alter or
     Amend the Judgment Regarding Payment of November
     Rent, and Memorandum in Support Thereof (Docket No.
     1438)

k.   Joinder of 120 Orchard LLC, 427 Orchard LLC and FT
     Orchard LLC to Landlords' Motion for Rehearing
     and/or to Alter or Amend the Judgment Regarding
     Payment of November Rent, and Memorandum in Support
     Thereof (Docket No. 1447)

l.    Joinder of Amherst VF LLC; East Brunswick VF LLC;
      North Plainfield VF LLC; Star Universal, LLC;
      Alexander's of Rego Park Center, Inc.; Towson VF
      LLC; Green Acres Mall, LLC; VNO Mundy Street, LLC;
      VNO Tru Dale Mabry,LLC; BevCon I, LLC; Vornado
      Caguas LP; Marlton VF, LLC; Vornado Finance, LLC;
      North Bergen Tonnelle Plaza, LLC; Wayne VF, LLC;
      and Vornado Gun Hill Road, LLC to Landlords' Motion
      for Rehearing and/or to Alter or Amend the Judgment
      Regarding Payment of November Rent, and Memorandum
      in Support Thereof (Docket No. 1455)

      Related
      Documents:

      (i)         Notice of Motion and Hearing (Docket No.
                  1501)

m.    Joinder of Developers Diversified Realty
      Corporation, General Growth Properties, Inc.,
      Weingarten Realty Investors, Basser-Kaufman, Inc.,
      Philips International Holding Corp., Regency
      Centers, L.P., AAC Management Corp., Jones Lang
      LaSalle Americas, Inc., Continental Properties
      Company, Inc., and Benderson Development Company,
      LLC to Landlords' Motion for Rehearing and/or to
      Alter or Amend the Judgment Regarding Payment of
      November Rent, and Memorandum in Support Thereof
      (Docket No. 1484)

n.    Joinder of First Industrial Realty Trust, Inc. to
      Landlords' Motion for Rehearing, and/or
      Reconsideration and/or to Alter or Amend the
      Judgment Regarding Payment of November Rent and
      Memorandum in Support Thereof (Docket No. 1487)

o.    Joinder of Plantation Point Development, LLC and
      Carlyle-Cypress Tuscaloosa, LLC to Landlords'
      Motion for Rehearing and/or to Alter or Amend the
      Judgment Regarding Payment of November Rent, and
      Memorandum in Support Thereof (Docket No. 1488)

p.    Joinder of Cottonwood Corners-Phase V, LLC to
      Landlords' Motion for Rehearing and/or
      Reconsideration and/or to Alter or Amend the
      Judgment Regarding Payment of November Rent and
      Memorandum in Support Thereof (Docket No. 1492)

Related
Documents:

(i).        Notice of Motion and Hearing (Docket No.
            1494)

q.    Joinder of Ramco West Oaks I, LLC , RLV Village
      Plaza, LP, RLV Vista Plaza, LP to Landlords' Motion
      for Rehearing and/or Reconsideration and/or to
      Alter or Amend the Judgment Regarding Payment of
      November Rent and Memorandum in Support Thereof
      (Docket No. 1505)

r.    Joinder of Cardinal Court, LLC to the Landlords'
      Motion for Rehearing and/or Reconsideration and/or
      to Alter or Amend the Judgment Regarding Payment of
      November Rent and Memorandum in Support Thereof
      (Docket No. 1511)

s.    Joinder of Dollar Tree Stores, Inc. and Torrington
      Triplets LLC to Landlords' Motion for Rehearing
      and/or Reconsideration and/or to Alter or Amend the
      Judgment Regarding Payment of November Rent and
      Memorandum in Support (Docket No. 1542).

t.    Joinder of Annapolis Plaza LLC to Landlord's Motion
      for Reconsideration and/or to Alter or Amend the
      Judgment Regarding Payment of November Rent and
      Memorandum in Support Thereof (Docket No. 1543).

u.    Madison Waldorf, LLC's Joinder in Landlords' Motion
      for Reconsideration to Alter or Amend the Judgment
      Regarding the Payment of November Rent and
      Memorandum in Support (Docket 1554).

Objection
Deadline:        January 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

      a.    Objection by the Debtors to the Motion
            for Rehearing and/or Reconsideration to
            Alter or Amend the Judgment Regarding
            Payment of the November Rent (Docket No.
            1514)

General
Status:              This matter is going forward.

30.  Debtors' Second Omnibus Motion for Order Pursuant to
     Bankruptcy Code Sections 105(a) and 365(a) and
     Bankruptcy Rule 6006 Authorizing Rejection of Certain
     Executory Contracts (Docket No. 1386)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1387)

     Objection
     Deadline:       January 14, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:          None.

     Status:         This matter is going forward.

31.  Debtors' Second Omnibus Motion for Order Pursuant to
     Bankruptcy Code Sections 105(a), 365(a) and 554 and
     Bankruptcy Rule 6006 Authorizing Rejection of Certain
     Unexpired Leases of Nonresidential Real Property and
     Abandonment of Personal Property (Docket No. 1388)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1389)

     Objection
     Deadline:       January 14, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Response of North Plainfield VF LLC to Debtors'
          Second Omnibus Motion for Order Pursuant to
          Bankruptcy Code Sections 105(a), 365(a) and 554 and
          Bankruptcy Rule 6006 Authorizing Rejection of
          Certain Unexpired Leases of Nonresidential Real
          Property and Abandonment of Personal Property
          (Docket No. 1544).

     b.    Limited Objection of Cellco Partnership d/b/a
Verizon Wireless to Debtor's Second Omnibus Motion
for Order Authorizing Rejection of Certain
Unexpired Leases of Nonresidential Real Property
and Abandonment of Personal Property (Docket No.
1587).

    Status:      This matter is going forward.

32.   Debtors' Motion for Orders Pursuant to Bankruptcy Code
Sections 105, 363 and 364 (I)(A) Approving Procedures in
Connection with Sale of All or Substantially All of the
Business or Additional Post-petition Financing for the
Business, (B) Authorizing Debtors to Enter into Stalking
Horse or Financing Agreements in Connection with Going
Concern Transactions or Stalking Horse Agreements in
Connection with Store Closing and Miscellaneous Asset
Sales, (C) Approving the Payment of Termination Fees in
Connection Therewith, and (D) Setting Auction and
Hearing Dates, (II) Approving Sale of Debtors' Assets
Free and Clear of All Interests, and (III) Granting
Related Relief (Docket No. 1423)

    Related
Documents:

     a.    Motion for an Order Setting an Expedited Hearing
(Docket No. 1424)

     b.    Notice of Motion and Hearing (Docket No. 1425)

     c.    Order Setting an Expedited Hearing on the Debtors'
Sale Motion and Granting Related Relief (Docket No.
1430)

     d.    Notice of Approval of Order (I) Approving
Procedures in Connection with Sale of All or
Substantially All of the Business, (II) Authorizing
Debtors to Enter into Stalking Horse Agreements in
Connection with Store Closing and Miscellaneous
Asset Sales or Stalking Horse or Financing
Agreements in Connection with Going Concern
Transactions, (III) Approving Payment of
Termination Fees in Connection Therewith, (IV)
Setting Auction and Hearing Dates Pursuant to
Bankruptcy Code Sections 105 and 363 and (V)
Granting Related Relief (Docket No. 1454).

e.      Order (I) Approving Procedures In Connection With
        Sale Of All Or Substantially All Of The Business,
        (II) Authorizing Debtors To Enter Into Stalking
        Horse Or Financing Agreements In Connection With
        Going Concern Transactions Or Stalking Horse
        Agreements In Connection With Store Closing And
        Miscellaneous Asset Sales Or, (III) Approving The
        Payment Of Termination Fee In Connection Therewith,
        (IV) Setting Auction And Hearing Dates Pursuant To
        Bankruptcy Code Sections 105 And 363 And (V)
        Granting Related Relief (Docket No. 1460)

f.      Notice to Counterparties to Contracts and Leases
        that the Debtors Have Identified One or More
        Potential Purchaser(s) of Executory Contracts and
        Unexpired Personal Property and Nonresidential Real
        Property Leases (Docket No. 1474)

g.      Notice of Proposed Auction Schedule and Extension
        of Bid Deadline (Docket No. 1476)

h.      Notice of Resumed Auction with Respect To Sale of
        Debtors' Aircraft (Docket No. 1502)

Objection
Deadline:        January 16, 2009 at 10:00 a.m.

Objections/
Responses
Filed:

a.      Response to and Partial Objection by Children's
        Discovery Centers of America Inc. to Debtors'
        Prospective Sale of Real Property Subject to Ground
        Lease (Docket No. 1523)

b.      Joint Objection Of Texas Taxing Authorities To
        Debtor's Motion For Orders (I) (A) Approving
        Procedures In Connection With Sale Of All Or
        Substantially All Of The Business Or Additional
        Postpetition Financing For The Business, (B)
        Authorizing Debtors To Enter Into Stalking Horse Or
        Financing Agreements In Connection With Going
        Concern Transactions Or Stalking Horse Agreements
        In Connection With Store Closing And Miscellaneous
        Asset Sales, (C) Approving The Payment Of
        Termination Fees In Connection Therewith, And (D)
        Setting Auction And Hearing Dates, (II) Approving

24

Sale Of Debtors' Assets Free And Clear Of All
Interests And (III) Granting Related Relief (Docket
No. 1548)

c.    Limited Objection of D. L. Peterson Trust as
Assignee of PHH Vehicle Management Services, LLC to
Debtors' Motion for Order Pursuant to Bankruptcy
Sections 105, 363 and 364 Approving Sale of
Debtors' Assets Free and Clear of All Interest
(Docket No. 1561)

d.    CIM/BIRCH ST., Inc.'s Limited Objections to
Debtors' Motion to Approve Sale of Assets and
Statement of Cure Under Lease of Non-residential
Real Property (Docket No. 1563)

e.    Objection by Objecting Landlords to Motion and
Notice of Hearing on Debtors' Motion for Orders (I)
(A) Approving Procedures In Connection With Sale Of
All Or Substantially All Of The Business Or
Additional Postpetition Financing For The Business,
(B) Authorizing Debtors To Enter Into Stalking
Horse Or Financing Agreements In Connection With
Going Concern Transactions Or Stalking Horse
Agreements In Connection With Store Closing And
Miscellaneous Asset Sales, (C) Approving The
Payment Of Termination Fees In Connection
Therewith, And (D) Setting Auction And Hearing
Dates, (II) Approving Sale Of Debtors' Assets Free
And Clear Of All Interests And (III) Granting
Related Relief (Docket No. 1569)

f.    Limited Objection of Henrico County, Virginia to
Debtors' Motion for Orders Approving Sale of
Debtors' Assets Free and Clear of All Interests and
Related Relief(Docket No. 1572)

g.    Objection of Business Objects Americas to Debtor's
Motion For Orders (I) (A) Approving Procedures In
Connection With Sale Of All Or Substantially All Of
The Business Or Additional Postpetition Financing
For The Business, (B) Authorizing Debtors To Enter
Into Stalking Horse Or Financing Agreements In
Connection With Going Concern Transactions Or
Stalking Horse Agreements In Connection With Store
Closing And Miscellaneous Asset Sales, (C)
Approving The Payment Of Termination Fees In
Connection Therewith, And (D) Setting Auction And

Hearing Dates, (II) Approving Sale Of Debtors'
Assets Free And Clear Of All Interests And (III)
Granting Related Relief (Docket No. 1573)

h.    Objection of SAP Retail Inc. to Debtor's Motion For
Orders (I) (A) Approving Procedures In Connection
With Sale Of All Or Substantially All Of The
Business Or Additional Postpetition Financing For
The Business, (B) Authorizing Debtors To Enter Into
Stalking Horse Or Financing Agreements In
Connection With Going Concern Transactions Or
Stalking Horse Agreements In Connection With Store
Closing And Miscellaneous Asset Sales, (C)
Approving The Payment Of Termination Fees In
Connection Therewith, And (D) Setting Auction And
Hearing Dates, (II) Approving Sale Of Debtors'
Assets Free And Clear Of All Interests And (III)
Granting Related Relief (Docket No. 1574)

i.    Objection of FM Facility Maintenance, LLC f/k/a
IPT, LLC to Debtor's Motion For Orders (I) (A)
Approving Procedures In Connection With Sale Of All
Or Substantially All Of The Business Or Additional
Postpetition Financing For The Business, (B)
Authorizing Debtors To Enter Into Stalking Horse Or
Financing Agreements In Connection With Going
Concern Transactions Or Stalking Horse Agreements
In Connection With Store Closing And Miscellaneous
Asset Sales, (C) Approving The Payment Of
Termination Fees In Connection Therewith, And (D)
Setting Auction And Hearing Dates, (II) Approving
Sale Of Debtors' Assets Free And Clear Of All
Interests And (III) Granting Related Relief (Docket
No. 1575)

j.    Objection of Palm Beach County Tax Collector to
Debtor's Motion For Orders (I) (A) Approving
Procedures In Connection With Sale Of All Or
Substantially All Of The Business Or Additional
Postpetition Financing For The Business, (B)
Authorizing Debtors To Enter Into Stalking Horse Or
Financing Agreements In Connection With Going
Concern Transactions Or Stalking Horse Agreements
In Connection With Store Closing And Miscellaneous
Asset Sales, (C) Approving The Payment Of
Termination Fees In Connection Therewith, And (D)
Setting Auction And Hearing Dates, (II) Approving
Sale Of Debtors' Assets Free And Clear Of All

Interests And (III) Granting Related Relief (Docket No. 1577)

k.  Joint Objection of Local Texas Tax Authorities to Debtor's Motion For Orders (I) (A) Approving Procedures In Connection With Sale Of All Or Substantially All Of The Business Or Additional Postpetition Financing For The Business, (B) Authorizing Debtors To Enter Into Stalking Horse Or Financing Agreements In Connection With Going Concern Transactions Or Stalking Horse Agreements In Connection With Store Closing And Miscellaneous Asset Sales, (C) Approving The Payment Of Termination Fees In Connection Therewith, And (D) Setting Auction And Hearing Dates, (II) Approving Sale Of Debtors' Assets Free And Clear Of All Interests And (III) Granting Related Relief (Docket No. 1581)

l.  Old Republic Insurance Company's Limited Objection to Debtor's Motion For Orders (I) (A) Approving Procedures In Connection With Sale Of All Or Substantially All Of The Business Or Additional Postpetition Financing For The Business, (B) Authorizing Debtors To Enter Into Stalking Horse Or Financing Agreements In Connection With Going Concern Transactions Or Stalking Horse Agreements In Connection With Store Closing And Miscellaneous Asset Sales, (C) Approving The Payment Of Termination Fees In Connection Therewith, And (D) Setting Auction And Hearing Dates, (II) Approving Sale Of Debtors' Assets Free And Clear Of All Interests And (III) Granting Related Relief (Docket No. 1582)

m.  Objection of Cormark Inc. to Debtors' Proposed Sale of Assets or Businesses Free and Clear of Liens, Claims, Encumbrances, and Interests, and Request for Adequate Protection of Interest in Property(Docket No. 1583)

n.  Hagan Properties, Inc.'s Objection to Debtor's Motion For Orders (I) (A) Approving Procedures In Connection With Sale Of All Or Substantially All Of The Business Or Additional Postpetition Financing For The Business, (B) Authorizing Debtors To Enter Into Stalking Horse Or Financing Agreements In Connection With Going Concern Transactions Or

Stalking Horse Agreements In Connection With Store Closing And Miscellaneous Asset Sales, (C) Approving The Payment Of Termination Fees In Connection Therewith, And (D) Setting Auction And Hearing Dates, (II) Approving Sale Of Debtors' Assets Free And Clear Of All Interests And (III) Granting Related Relief (Docket No. 1584)

o.    Limited Objection of Cellco Partnership d/b/a Verizon Wireless to Debtor's Motion For Orders (I) (A) Approving Procedures In Connection With Sale Of All Or Substantially All Of The Business Or Additional Postpetition Financing For The Business, (B) Authorizing Debtors To Enter Into Stalking Horse Or Financing Agreements In Connection With Going Concern Transactions Or Stalking Horse Agreements In Connection With Store Closing And Miscellaneous Asset Sales, (C) Approving The Payment Of Termination Fees In Connection Therewith, And (D) Setting Auction And Hearing Dates, (II) Approving Sale Of Debtors' Assets Free And Clear Of All Interests And (III) Granting Related Relief (Docket No. 1585)

p.    Objection and Demand for Adequate Protection of T.J. Maxx of CA, LLC Regarding Debtor's Motion For Orders (I) (A) Approving Procedures In Connection With Sale Of All Or Substantially All Of The Business Or Additional Postpetition Financing For The Business, (B) Authorizing Debtors To Enter Into Stalking Horse Or Financing Agreements In Connection With Going Concern Transactions Or Stalking Horse Agreements In Connection With Store Closing And Miscellaneous Asset Sales, (C) Approving The Payment Of Termination Fees In Connection Therewith, And (D) Setting Auction And Hearing Dates, (II) Approving Sale Of Debtors' Assets Free And Clear Of All Interests And (III) Granting Related Relief (Docket No. 1586)

Status:       This matter is going forward.

Dated: January 15, 2009    SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia   FLOM, LLP
    Gregg M. Galardi, Esq.
    Ian S. Fredericks, Esq.
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    (302) 651-3000

      - and -

    SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM, LLP
    Chris L. Dickerson, Esq.
    333 West Wacker Drive
    Chicago, Illinois 60606
    (312) 407-0700

      - and -

    MCGUIREWOODS LLP


    /s/ Douglas M. Foley      .
    Dion W. Hayes (VSB No. 34304)
    Douglas M. Foley (VSB No. 34364)
    One James Center
    901 E. Cary Street
    Richmond, Virginia 23219
    (804) 775-1000

    Counsel for Debtors and Debtors
    in Possession

\7074772