| | |
|---|---|
| Martha E. Romero | A. Carter Magee, Jr., Esq. (VSB #20284) |
| Romero Law Firm | W. Joel Charboneau, Esq. (VSB #68025) |
| BMR Professional Building | Magee, Foster, Goldstein & Sayers, P.C. |
| 6516 Bright Avenue | Post Office Box 404 |
| Whittier, California 90601 | Roanoke, Virginia 24003-0404 |
| 562-907-6800 | (540) 343-9800 |
| 562-907-6820 FAX | (540) 343-9898 FAX |
| romero@mromerolawfirm.com | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

ATTORNEY FOR RIVERSIDE, CALIFORNIA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et al. | | |
| | | Case No. 08-35653-KRH |
| | § | |
| | § | |
| Debtors. | | Jointly Administered |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned appear in the above-referenced cases on behalf of Riverside, California ("Riverside") pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code and request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

| | |
|---|---|
| Martha E. Romero | A. Carter Magee, Jr., Esq. (VSB #20284) |
| Romero Law Firm | W. Joel Charboneau, Esq. (VSB #68025) |
| MNR Professional Building | Magee, Foster, Goldstein & Sayers, P.C. |
| 6516 Bright Avenue | Post Office Box 404 |
| Whittier, California 90601 | Roanoke, Virginia 24003-0404 |
| 562-907-6800 | (540) 343-9800 |
| 562-907-6820 FAX | (540) 343-9898 FAX |
| romero@mromerolawfirm.com | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, telephone, facsimile, or otherwise, in this case.

Date: January 15, 2009                    Respectfully submitted,

/s/ A. Carter Magee, Jr.

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mfgs.com
jcharboneau@mfgs.com

RIVERSIDE, CALIFORNIA
Attorneys for Claimants

/s/ Martha E. Romero
Martha E. Romero
Romero Law Firm
MNR Professional Building
6516 Bright Avenue
Whittier, California 90601
562-907-6800
562-907-6820 FAX
romero@mromerolawfirm.com

### CERTIFICATE OF SERVICE

I certify that on January 15, 2009, I served copies of the above Objection to the Sale Motion by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

By: /s/ W. Joel Charboneau

U:\A CLIENTS\Arlington ISD, et al. 9298\Riverside\Notice of Appearance.doc