| | |
|---|---|
| Martha E. Romero #12844 Calif | A. Carter Magee, Jr., Esq. (VSB #20284) |
| Romero Law Firm | W. Joel Charboneau, Esq. (VSB #68025) |
| 6516 Bright Avenue | Magee, Foster, Goldstein & Sayers, P.C. |
| Whittier, CA 90601 | Post Office Box 404 |
| 562 907-6800 | Roanoke, Virginia 24003-0404 |
| 562 907-6820 fax | (540) 343-9800 |
| Romero@mromerolawfirm.com | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

ATTORNEY FOR RIVERSIDE, CALIFORNIA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| § | |
| CIRCUIT CITY STORES, INC., et al. | |
| | Case No. 08-35653-KRH |
| § | |
| § | |
| Debtors. | Jointly Administered |

**ORDER GRANTING MOTION OF A. CARTER MAGEE, JR. FOR AN ORDER AUTHORIZING MARTHA E. ROMERO TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-2(E)(2)**

The matter before the Court is the Motion of A. Carter Magee, Jr. For an Order Authorizing Martha E. Romero to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the "Motion"). Having reviewed the Motion and the Court's dockets, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) no party in interest filed an objection to the relief requested in the Motion; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion. It is accordingly

ORDERED

that the Motion is GRANTED and Martha E. Romero shall be and is permitted to appear *pro hac vice* as counsel for the County of Riverside, California in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-2(E)(2).

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ A. Carter Magee, Jr.
A. Carter Magee, Jr., Esq. (VSB #20284)
Magee, Foster, Goldstein & Sayers, P.C.
P.O. Box 404
Roanoke, VA  24003-0404
(540) 343-9800
U:\A CLIENTS\Arlington ISD, et al. 9298\Riverside\Pro Hac Vice Order.doc

**CERTIFICATE OF SERVICE**

I certify that copies of the proposed order were served via electronic delivery and/or first class mail the 15th day of January, 2009, on all necessary parties pursuant to the Order establishing notice procedures in this case.

/s/ A. Carter Magee, Jr.

Serve:
All parties that have filed notices of appearance in this case by electronic mail.

2