MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
(562) 907-6800
(562)907-6820 Facsimile
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITOR
COUNTY OF RIVERSIDE, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY


A. Carter Magee, Jr. (SVB #20294)
W. Joel Charboneau, Esq. (VSB 68025)
Magee, Foster, Goldstein and Sayers PC
Post office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(549) 34309898 FAX
cmagee@mfgs.com
jcharboneaue@mfgs.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | Case No. 08-35653 KRH |
| ) | |
| CIRCUIT CITY STORES, INC. ) | Chapter 11 |
| ) | |
| Debtor(s). ) | |
| ) | **OBJECTION OF RIVERSIDE COUNTY, CALIFORNIA TAXING AUTHORITY TO DEBTOR'S MOTION FOR ORDERS (1)(A) APPROVE PROCEDURES INC ONNECTION WITH SALE OF ALL OR SUBSTATNIALLY ALL OF THE BUSINESS OR ADDITIONAL POST PETITION FINANCING FOR THE BUSINESS ET AL** |
| | **Date: January 16, 2009** |

1

Riverside County, California, a California Taxing Authority and hereby files its joinder with the objections filed by the Texas Taxing Authorities (Banda) and the Florida Taxing Authorities (Hanlon)

Riverside, California is a local subdivision of the State of California.  It has the right to assess local taxes.

### I. INTRODUCTION.

At issue are two parcels of property owned by the debtor. The property located at 12530 Day Street, Moreno Valley, California currently has $69,592.70 in current secured real property taxes due and owing. The property at 40480 Winchester Rd. Temecula, California, currently has $50,561.78 due and owing. The grand total is $120,154.48 and is subject to interest once delinquent.

The secured real property taxes are a first priority lien on the property and must be paid upon sale/transfer as explained below.

### II. CALIFORNIA TAXES ARE A FIRST PRIORITY LIEN.

California Revenue and Taxation Code Section 2192.1 states:

> Every tax declared in this chapter to be a lien on real property . . . have priority over all other liens on the property, regardless of the time of their creation.  Any tax . . . described in the preceding sentence shall be given priority over matters including but not limited to any recognizance, deed, judgment, debt, obligation, or responsibility with respect to which the subject real property may become charged or liable.

### III. REAL PROPERTY TAX ASSESSMENTS ARE MANDATED UNDER CALIFORNIA LAW

Under California State Law, every piece of real property is

2

subject to taxation.[1] California Revenue and Taxation Code section 401 states: "Every assessor shall assess all property subject to general property taxation at its full value."

The Treasurer and Tax Collector is the governmental agency that collects taxes. The Office of the Assessor determines the value upon which the taxes are based.

Under California State Law, real property is to be assessed at the same percentage of fair market value.[2]

California Revenue and Taxation Code Section 401.3 provides that: "The assessor shall assess all property subject to general property taxation on the lien date as provided in Articles XIII and XIIIA of the Constitution. . . ."

Real property taxes are assessed as of January 1 ("lien date") of the year in which taxes become due.[3]

In California, property taxes are <u>in rem</u> and are payable only

---

[1] California Revenue and Taxation Code section 104 states: "Real estate or real property includes: (a) The possession of, claim to, ownership of or right to the possession of land."

[2] In California, property tax assessments consist of two components. The first component is the assessed value. The second is the tax rate. The latter is applied against the former to calculate the amount of taxes due. This equation is sometimes known as the tax ratio. For taxable real property, the assessed value is determined at the same percentage of fair market value. California Constitution Article XIII section 1.

[3] California Revenue and Taxation Code, section 117 states: "Lien date is the time when taxes for any fiscal year become a lien on the property." California Revenue and Taxation Code Section 118 defines assessment year as "the period beginning with a lien date and ending immediately prior to the succeeding lien date for taxes levied by the same agency."

Revenue and Taxation Code section 2192 states:" . . . all tax liens attach annually as of 12:01 a.m. on the first day of January preceding the fiscal year for which the taxes are levied..."

3

through sale proceeds. California Revenue and Taxation Code Section 2187 states: " Every tax on real property is a lien against the property assessed." See <u>Long Beach v. Aistrap,</u> 164 Cal. App. 2d 41 (1958).

### IV. CALIFORNIA TAXES MUST BE PAID AT TRANSFER AND SALE.

California Revenue and Taxation Code Section 2192.2 states:

> **<u>Upon the sale</u>**. . . conducted under judicial process or otherwise by any sheriff, constable, trustee, receiver, or other ministerial officer, **of any real property upon which ad valorem property taxes . . . are due and unpaid at the time of sale**, the proceeds from that shall, after the payment of necessary and incidental sale expenses, **be first applied to the amount of those ad valorem property taxes** . . . and be transmitted by the conducting officer to the office responsible for the collection of those taxes and assessments. Emphasis added.

Under these circumstances it would be appropriate to require Debtor to immediately pay the tax liens or at minimum segregate funds as adequate protection for the California Taxing Authority.

Like Texas and Florida Taxing Authorities the 2009 secured real property taxes have become a statutory lien on the real property as well.

                              Respectfully submitted

Dated: January 15, 2009       ROMERO LAW FIRM

                              By <u>/s/ MARTHA E. ROMERO</u>
                              MARTHA E. ROMERO
                              Attorney for Secured Creditor
                              County of Riverside, CA
                              A California Taxing Authority

|    |    |
|----|----|
| 1  | MARTHA E. ROMERO, State Bar No. 128144 |
| 2  | ROMERO LAW FIRM |
|    | BMR Professional Building |
| 3  | 6516 Bright Avenue |
|    | Whittier, California 90601 |
| 4  | (562) 907-6800 |
|    | (562)907-6820 Facsimile |
| 5  | Email: Romero@mromerolawfirm.com |
| 6  | By /s/ W. Joel Charboneau |
|    | A. Carter Magee, Jr. (SVB #20294) |
| 7  | W. Joel Charboneau, Esq. (VSB 68025) |
| 8  | Magee, Foster, Goldstein and Sayers PC |
| 9  | Post office Box 404 |
|    | Roanoke, Virgina 24003-0404 |
| 10 | (540) 343-9800 |
|    | (549) 34309898 FAX |

5