IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | |
| | ) | |

**AMENDED VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION PURSUANT TO BANKRUPTCY RULE 2019**

COMES NOW the law firm Magee, Foster, Goldstein & Sayers, P.C. ("MFGS") as counsel for the creditors listed on Exhibit A, attached hereto and incorporated herein by reference (collectively, the "Creditors"), asserting claims against Circuit City Stores, Inc. and certain of its affiliated debtors (collectively, the "Debtors"), and make the following statements pursuant to Federal Rule of Bankruptcy Procedure 2019(a):

1. The creditors' names and addresses are attached as Exhibit A.

2. The creditors are all governmental divisions located in the state of California, Texas, or Florida, and are taxing authorities with outstanding *ad valorem* real and/or business personal property taxes secured by the Debtors' real and/or business personal property. The approximate amount of each creditor's claim is listed on Exhibit A.

3. The facts and circumstances relating to the employment of MFGS are that MFGS serves as local counsel to the Creditors in the Debtors' jointly administered bankruptcy cases. Lead

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

counsel for Lewisville Independent School District is Andrea Sheehan of Law Office of Robert Luna, P.C.  Lead counsel for Arlington Independent School District *et al.*[1] is Elizabeth Banda of Perdue, Brandon, Fielder, Collins & Mott, L.L.P.  Lead counsel for Palm Beach County Tax Collector is Brian T. Hanlon, general counsel for Palm Beach County Tax Collector.  Lead counsel for Riverside, California is Martha E. Romero.

4.  The creditors are billed monthly at MFGS's standard hourly rates for its shareholders, counsel, associates, paralegals, and legal assistants for time spent and for costs incurred in providing legal services, pursuant to MFGS's standard terms of engagement.

5.  MFGS does not hold a claim against the Debtors.

Dated: January 15, 2009    Respectfully submitted,

MAGEE, FOSTER,
GOLDSTEIN & SAYERS, P.C.

/s/ A. Carter Magee, Jr.
A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau (VSB#68025)
Garren R. Laymon (VSB #75112)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
*Local Counsel for Lewisville ISD, Arlington ISD* et al. *, Palm Beach County Tax Collector, and Riverside, California*

---

[1] Consisting of every creditor listed on Exhibit A other than Lewisville Independent School District, Palm Beach County Tax Collector, and Riverside, California.

2

## CERTIFICATE OF SERVICE

   I certify that on January 15, 2009, I served copies of the above Objection to the Sale Motion by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

By: /s/ W. Joel Charboneau

U:\A CLIENTS\Arlington ISD, et al. 9298\Riverside\Amended Statement regarding representation of multiple creditors.doc