# Exhibit A

| Creditor | Claim | Creditor | Claim |
|---|---|---|---|
| Alief ISD<br>P.O. Box 368<br>Alief, TX 77411 | $16,729.00 | Humble ISD<br>P.O. Box 4020<br>Houston, TX 77210 | $16,483.79 |
| Arlington ISD<br>1203 W. Pioneer Pkwy.<br>Arlington, Tx 76013 | $31,007.93 | Hurst, City of<br>1505 Precinct Line Road<br>Hurst, Texas 76054 | $12,445.88 |
| Baybrook MUD #1<br>P.O. Box 1368<br>Friendswood, TX 77549-1368 | $16,937.71 | Lubbock Central Appraisal District<br>1715 26th Street<br>Lubbock, TX 79411 | $40,408.33 |
| Brazoria County<br>111 East Locust Rm 100-A<br>Angleton, TX 77515 | $42,485.79 | Lake Worth, City of<br>3805 Adam Grubb<br>Lake Worth, Texas 76135 | $6,476.96 |
| Brazoria County MUD #6<br>P.O. Box 1368<br>Friendswood, TX 77549-1368 | $12,981.40 | Lewisville ISD<br>P.O. Box 217<br>Lewisville, TX 75067-0217 | $32,090.89 |
| Burleson ISD<br>1160 SW Wilshire Blvd.<br>Burleson, TX 76028 | $33,953.06 | Midland County Tax Office<br>2110 N. A Street<br>Midland, Texas 79705 | $3,695.85 |
| Carroll ISD<br>Administration Center<br>3051 Dove Road<br>Grapevine, Texas 76051 | $32,857.80 | Potter County Tax Office<br>P.O. Box 2289<br>Amarillo, Texas 79105 | $43,343.60 |
| Cedar Hill, City of<br>285 Uptown Blvd.<br>Cedar Hill, TX 75104 | $11,934.85 | Tyler ISD, c/o Tab Beall<br>Perdue Brandon Fielder Collins & Mott, LLP<br>PO Box 2007<br>Tyler, TX 75710-2007 | $17,033.18$^{(P)}$<br>$19,817.38$^{(R)}$ |
| Clear Creek ISD<br>P.O. Box 799<br>League City, TX 77574 | $34,150.77$^{(P)}$<br>$27,093.63$^{(R)}$ | Wichita County<br>900 7th Street<br>Wichita Falls, TX 76301 | $7,055.12 |
| Fort Bend ISD<br>500 Liberty Street, Suite 101<br>Richmond, TX 77469-3500 | $25,140.79 | Wichita Falls, City of<br>P. O. Box 1431<br>1300 7th Street<br>Wichita Falls, TX 76307 | $9,742.68 |
| Fort Bend LID 2<br>11111 Katy Freeway<br>Suite 725<br>Houston, TX 77079 | $2,870.41 | Wichita Falls ISD<br>1104 Broad Street<br>Wichita Falls, TX 76301 | $19,624.15 |
| Fort Worth ISD<br>100 N University Dr.<br>Fort Worth TX 76107 | $21,476.21 | Woodlands Metro MUD<br>2455 Lake Robbins Drive<br>The Woodlands, TX 77380 | $3,528.42$^{(P)}$<br>$2,333.14$^{(R)}$ |
| Galena Park ISD<br>P.O. Box 113<br>Galena Park, TX 77547 | $27,742.03 | Woodlands RUD #1<br>400 North San Jacinto<br>Conroe, TX 77301 | $8,798.77$^{(P)}$<br>$5,818.12$^{(R)}$ |
| Hidalgo County &<br>Hidalgo County Drainage District #1<br>c/o Hidalgo County Tax Office<br>P.O. Box 178<br>Edinburg, TX 78540 | $17,427.73 | Palm Beach County Tax Collector<br>Post Office Box 3715<br>West Palm Beach, Florida 33402 | $42,176.63<br>(estimated) |

(P) and (R): Creditors with multiple claims have both a real and a personal property tax claim, as designated.

# Exhibit A

| | | |
|---|---|---|
| Riverside, California<br>c/o Martha E. Romero<br>BMR Professional Building<br>6516 Bright Avenue<br>Whittier, California 90601 | $120,154.48 | Total: $733,725.59 |

(P) and (R): Creditors with multiple claims have both a real and a personal property tax claim, as designated.