Kevin A. Lake
VANDEVENTER BLACK LLP
Eighth & Main Building
707 E. Main Street, Suite 1700
P.O. Box 1558
Richmond, VA 23218-1558
Tel: 804.237.8811
Fax: 804.3l47.8801
klake@vanblk.com

**UNITED STATES BANKRUTPCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| | ) | |

**JOINDER OF HAGAN PROPERTIES, INC. TO LANDLORDS' MOTION FOR REHEARING AND/OR CONSIDERATION AND/OR TO ALTER OR AMEND THE JUDGMENT REGARDING PAYMENT OF STUB RENT AND <u>MEMORANDUM IN SUPPORT THEREOF</u>**

Hagan Properties, Inc. ("HPI") hereby joins in the motion of the Landlords (the "Motion")(Docket Entry No. 1347)[1] to rehear and/or reconsider and/or alter or amend the Court's December 22, 2008 oral ruling as to whether 11 U.S.C. § 365(d)(3) requires Circuit City Stores, Inc. and its related entities (collectively, "Debtor") to make timely payment of November administrative rent to HPI pursuant to its lease with Debtor.[2]  HPI further joins in similar and consistent requests that have been or may be filed by other landlords in this case.

**WHEREFORE,** HPI respectfully request the entry of an order (i) granting a rehearing and/or reconsideration of the Court's December 22, 2008 ruling which would deny HPI

---

[1] The Landlords being those creditors listed in Exhibit A of the Motion.
[2] A true and complete copy of the Lease is attached to HPI's motion to compel payment of the Stub Rent, previously filed herein.

immediate payment of the Stub Rent; (ii) authorizes and directs Debtor to immediately pay the Stub Rent owed to HPI pursuant to the § 365(d)(3) of the Code; (iii) authorizes and directs Debtor to reimburse HPI for all its attorney's fees and costs in preparing and prosecuting this Motion (as a result of Debtor's default under the Lease and failure to pay the Stub Rent in accordance with the Code; (iv) authorizes and directs the Debtor to make all future monthly payments of administrative rent and related charges to HPI in full and as when due under the Lease; and, (v) grants other such relief as the Court may deem just and proper.

Respectfully Submitted,

Dated:  January 15, 2009

**VANDEVENTER BLACK LLP**

/s/ Kevin A. Lake
Kevin A. Lake
Eighth & Main Building
707 E. Main Street, Suite 1700
P.O. Box 1558
Richmond, VA  23218-1558
Tel: 804.237.8811
Fax: 804.3l47.8801
klake@vanblk.com

*Counsel for Hagan Properties, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion and Notice of Motion and Hearing to all parties receiving notice via ECF on January 15, 2009:

/s/  Kevin A. Lake
Kevin A. Lake

2