Gregg M. Galardi, Esq.     Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.    Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP             One James Center
One Rodney Square       901 E. Cary Street
PO Box 636           Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:            : Chapter 11
               :
CIRCUIT CITY STORES, INC., : Case No. 08-35653
et al.,          :
               :
        Debtors.   :
               : Jointly Administered
- - - - - - - - - - - - - - - x

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JANUARY 16, 2009 AT 11:00 A.M. (EASTERN)**

     Set forth below are the matters previously scheduled to
be heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on January
16, 2009 beginning at 11:00 a.m. Eastern.

     **PLEASE NOTE THE HEARING TIME HAS CHANGED TO 11:00 A.M.**

I.    **PRETRIAL CONFERENCE ON ADVERSARY PROCEEDING NO. 08-03150**

1.    Complaint for Declaratory Judgment, Imposition of
      Constructive Trust and Turnover of Funds Held in Trust
      Filed by Greystone Data Systems, Inc.

      Response
      Filed:         Motion to Dismiss Adversary Proceeding by
                     Circuit City

      Status:        The pre-trial conference is going
                     forward.

II.   **RESOLVED MATTERS**

2.    Motion and Supporting Memorandum of Law of PrattCenter,
      LLC and Valley Corners Shopping Center, LLC for an Order
      Compelling Debtors to Immediately Pay Administrative
      Rent Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b)
      and Granting Related Relief (Docket No. 984)

      Related
      Documents:

      a.    Exhibit D to Motion and Supporting Memorandum of
            Law of PrattCenter, LLC and Valley Corners Shopping
            Center, LLC (Docket No. 985)

      b.    Notice of Motion and Hearing (Docket No. 986)

      Objection
      Deadline:      December 18, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Second Omnibus Objection To The Motions
            Pursuant To 11 U.S.C. §§ 365(A) And 503(B) To
            Compel Allowance And Payment Of Post-Petition
            Rental Obligations As Administrative Expenses
            (Docket No. 1100)

      Status:        No hearing is necessary.  The parties
                     have resolved this matter.

3.    Motion for Filing Documents Under Seal, by Alliance
      Entertainment LLC (Docket No. 1072)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1073)

      Objection
      Deadline:        January 9, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Informal Response of the Debtors

      Status:          No hearing is necessary.  The parties
                       have resolved this matter.

4.    Motion and Supporting Memorandum of Law of Landlords
      Listed on Exhibit A for an Order Compelling Debtors to
      Immediately Pay Administrative Rent Pursuant to 11
      U.S.C. Sections 365(D)(3) and 503(B) and Granting
      Related Relief, by Acadia Realty Limited Partnership, et
      al. (Docket No. 1138)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1312)

      b.    Amended Notice of Motion and Hearing (Docket No.
            1333)

      Objection
      Deadline:        January 9, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Informal Response of the Debtors

      Status:          No hearing is necessary.  The parties
                       have resolved this matter.

5.    Madison Waldorf, LLC's Motion for Order Compelling
      Payment of Post-Petition Rent as Administrative Expense
      (Docket No. 1245)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1246)

Objection
Deadline:        January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Informal Response of the Debtors

Status:          No hearing is necessary.  The parties
                 have resolved this matter.

6.    Motion of Port Arthur Holdings, III, Ltd. for an Order
      Compelling Debtor to Immediately Pay Pre-Petition and
      Post-Petition Real Estate Taxes due Under the Lease
      Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(B) and
      Granting Related Relief (Docket No. 1402)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1403)

Objection
Deadline:        January 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Informal Response of the Debtors

Status:          No hearing is necessary.  The parties
                 have resolved this matter.

## III. CONTINUED/ADJOURNED MATTERS

7.    Notice of Motion and Motion of Mansfield SEQ 287 &
      Debbie, Ltd. for Order Under Bankruptcy Code Sections
      105, 362, and 363, Federal Bankruptcy Rule 9014, and
      Local Bankruptcy Rule 4001(a)-1, Modifying the Automatic
      Stay to (I) Permit the Administrative Freeze of Certain
      Funds, and (II) to Permit the Exercise of Setoff and
      Recoupment, or for Adequate Protection and Supporting
      Memorandum of Law (Docket No. 449)

Related
Documents:

a.    Exhibits to Motion for an Order Granting Adequate
      Protection Pursuant to 11 U.S.C. §§ 361 and 363
      (Docket Nos. 460, 461, 462, 477, 478, 479, 480,
      481, 482, 483, 484, 485 and 486)

Objection
Deadline:       January 23, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          None at the time of filing this agenda.

Status:         This matter has been adjourned until
                January 29, 2009 at 10:00 a.m.

8.    Navarre Distribution Services, Inc.'s Motion for an
      Order Granting Adequate Protection Pursuant to 11 U.S.C.
      §§ 361 and 363 (Docket No. 958)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 959)

Objection
Deadline:       December 18, 2008 at 4:00 p.m., extended
                for the Debtors until December 19, 2008
                at 1:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Objection To Navarre Distribution
      Services, Inc.'s Motion For Adequate Protection And
      Response To Limited Objection Of Navarre To
      Debtors' Dip Motion (Docket No. 1126)

Status:         This matter has been adjourned until
                February 13, 2009 at 10:00 a.m.

9.    Motion of Motorola Inc. for Allowance and Payment of
      Administrative Expense Claim Pursuant to 11 U.S.C.
      Section 503(b)(9) (Docket No. 1128)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1135)

b.   Amended Notice of Motion and Hearing (Docket No. 1242)

c.   Exhibits to Motion of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)(Docket Nos. 1288, 1289, 1290, 1291, 1292, 1293)

Objection
Deadline:          January 22, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda.

Status:            This matter has been adjourned until January 29, 2009 at 10:00 a.m.

10.  Motion of General Instrument Corporation Doing Business as the Home & Networks Mobility Business of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket No. 1134)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1136)

b.   Amended Notice of Motion and Hearing (Docket No. 1243)

c.   Notice of Filing Exhibit to Motion (Docket No. 1281 through Docket No. 1287)

Objection
Deadline:          January 22, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda.

Status:            This matter has been adjourned until
                   January 29, 2009 at 10:00 a.m.

11.    Debtors' Motion for Order under Bankruptcy Code Sections
       105, 363 and 365 and Bankruptcy Rules 6004 and 6006
       Authorizing and Approving (A) Assumption and Assignment
       of Certain Unexpired Leases of Nonresidential Real
       Property; and (B) Sale of Certain Nonresidential Real
       Property Leases Free and Clean of Liens, Claims and
       Encumbrances to Maryland Acquisions, LLC or Its
       Nominee (Docket No. 1266)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 1267)

       Objection
       Deadline:          January 9, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    American Computer Development, Incorporated's (I)
             Objection to Debtors' Motion for Order Under
             Bankruptcy Code Sections 105, 363 and 365 and
             Bankruptcy Rules 6004 and 6006 Authorizing and
             Approving (A) Assumption and Assignment of Certain
             Unexpired Leases of Nonresidential Real Property;
             and (B) Sale of Certain Nonresidential Real
             Property Leases Free and Clear of Liens, Claims and
             Encumbrances to Maryland Acquisition, LLC or Its
             Nominee; and (II) Offer to Purchase the Lease for a
             Higher Amount (Docket No. 1443)

       Status:            This matter has been adjourned until
                          January 29, 2009 at 10:00 a.m.

12.    Motion for Order Under 11 U.S.C. Sections 105, 362 and
       541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
       Notice, Hearing, and Sell-Down Procedures for Trading in
       Equity Securities and Claims Against the Debtors'
       Estates (Docket No. 20).

       Related
       Documents:

a.     Interim Order Under 11 U.S.C. 105, 362 And 541 And
       Fed. R. Bankr. P. 3001 and 3002 Establishing
       Notice, Hearing, And Sell-Down Procedures For
       Trading In Equity Securities And Claims Against The
       Debtors Estates And Setting Hearing (Docket No.
       135)

Objection
Deadline:        November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.     Informal response from the Securities Exchange
       Commission

b.     Informal response from the Official Committee of
       Unsecured Creditors

Status:          The Debtors have resolved the SEC's
                 response with modifications to the final
                 order.  The Debtors are working to
                 resolve the Committee's response. This
                 matter has been adjourned until January
                 29, 2009 at 10:00 a.m.

**IV.   UNCONTESTED MATTERS GOING FORWARD**

13.    Stipulated Order Regarding Payment of Certain Taxes
       under Supplemental Order Authorizing the Debtors to Pay
       Prepetition Sales, Use, Trust Fund and Other Taxes and
       Related Obligations (Docket No. 1188)

       Related
       Documents:

       a.     Supplemental Motion of the Debtors for Order
              Pursuant to Bankruptcy Code Sections 105(A),
              506(a), 507(a)(8), 541, and 1129 Authorizing the
              Debtors to Pay Prepetition Sales, Use, Trust Fund
              and Other Taxes and Related Obligations (Docket No.
              407)

       b.     Affidavit of Service (Docket No. 1588)

       Objection
       Deadline:        January 13, 2009 at 4:00 p.m.

```
          Objections/
          Responses
          Filed:        None.

          Status:       This matter is going forward.

14.   Application for Entry of an Order Authorizing and
      Approving the Employment of Pachulski Stang Ziehl &
      Jones LLP as Counsel to the Official Committee of
      Unsecured Creditors Nunc Pro Tunc to November 18, 2008
      (Docket No. 1192)

          Related
          Documents:

          a.   Notice of Motion and Hearing (Docket No. 1196)

          Objection
          Deadline:     January 9, 2009 at 4:00 p.m.

          Objections/
          Responses     None.
          Filed:

          Status:       This matter is going forward.

15.   Application for Order Authorizing Retention and
      Employment of Tavenner & Beran, PLC, as Local Counsel to
      the Official Committee of Unsecured Creditors (Docket
      No. 1193)

          Related
          Documents:

          a.   Notice of Motion and Hearing (Docket No. 1196)

          Objection
          Deadline:     January 9, 2009 at 4:00 p.m.

          Objections/
          Responses
          Filed:        None.

          Status:       This matter is going forward.
```

16.   Motion of the Debtors, Pursuant to 11 U.S.C. Section
      105, Bankruptcy Rules 2002, 9006, and 9007 and Local
      Bankruptcy Rule 9013-1(M), for an Order Setting an
      Expedited Hearing on the Debtors' Motion for Order
      Approving Stipulation Between the Debtors and Cellco
      Partnership D/B/A/ Verizon Wireless Pursuant to
      Bankruptcy Code Section 105 and Bankruptcy Rule 9019 and
      for Related Relief (Docket No. 1406)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1407)

      Objection
      Deadline:      January 16, 2009 at 10:00 a.m.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda.

      Status:        This matter is going forward.

17.   Debtors' Motion for Order Approving Stipulation Between
      Debtors and Cellco Partnership D/B/A/ Verizon Wireless
      Pursuant to Bankruptcy Code Section 105 and Bankruptcy
      Rule 9019 (Docket No. 1404)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1405)

      b.   Motion for an Order Setting an Expedited Hearing
           (Docket No. 1406)

      Objection
      Deadline:      January 16, 2009 at 10:00 a.m.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda.

      Status:        Assuming Court grants expedited and
                     shortened notice of Motion, this matter
                     is going forward.

18.   Motion of the Debtors, Pursuant to 11 U.S.C. § 105,
      Bankruptcy Rules 2002, 9006, and 9007 and Local
      Bankruptcy Rule 9013-1(M), for an Order Setting an
      Expedited Hearing on the Debtors' Motion for Order
      Approving Stipulation by and among the Debtors and
      International Business Machines Corporation Pursuant to
      Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule
      9019 and for Related Relief (Docket No. 1421)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1422)

      Objection
      Deadline:      January 16, 2009 at 10:00 a.m.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda.

      Status:        This matter is going forward.

19.   Debtors' Motion for Order Approving Stipulation by and
      among the Debtors and International Business Machines
      Corporation Pursuant to Bankruptcy Code Sections 105 and
      363 and Bankruptcy Rule 9019 (Docket No. 1419)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1420)

      b.   Motion for an Order Setting an Expedited Hearing
           (Docket No. 1421)

      Objection
      Deadline:      January 16, 2009 at 10:00 a.m.

      Objections/
      Responses
      Filed:         Informal Response of the Debtors

      Status:        Assuming Court grants expedited and
                     shortened notice of Motion, this matter
                     is going forward.

11

20.  Motion of Tomtom, Inc. Pursuant to 11 U.S.C. § 105,
     Bankruptcy Rules 2002, 9006, 9007 and Local Bankruptcy
     Rule 9013-(n), for an Order Setting an Expedited Hearing
     on TomTom Inc.'s Emergency Motion to Seal Exhibit Filed
     by the Debtors (Docket No. 1531)

     Related
     Documents:

     a.   Notice of Motion and Notice of Hearing on (Motion
          of Tomtom, Inc. Pursuant to 11 U.S.C. § 105,
          Bankruptcy Rules 2002, 9006, 9007 and Local
          Bankruptcy Rule 9013-(n), for an Order Setting an
          Expedited Hearing on TomTom Inc.'s Emergency Motion
          to Seal Exhibit Filed by the Debtors)(Docket No.
          1533).

     Objection
     Deadline:      January 16, 2009 at 10:00 a.m.

     Objections/
     Responses
     Filed:         None.

     Status:        This matter is going forward.

21.  Emergency Motion by Tomtom, Inc. to Seal Exhibit Filed
     by the Debtors (Docket No. 1532)

     Related
     Documents:

     a.   Motion for an Order Setting an Expedited Hearing
          (Docket No. 1531)

     Objection
     Deadline:      January 16, 2009 at 10:00 a.m.

     Objections/
     Responses
     Filed:         None.

     Status:        Assuming Court grants the expedited
                    motion, this matter is going forward.

**V.    CONTESTED MATTERS**

22.   Debtors' First Omnibus Motion for Order Pursuant to
      Bankruptcy Code Sections 105(a) and 365(a) and
      Bankruptcy Rule 6006 Authorizing Rejection of Certain
      Executory Contracts (Docket No. 995)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 997)

      b.    Order Pursuant to Bankruptcy Code Sections 105(a)
            and 365(a) and Bankruptcy Rule 6006 Authorizing
            Rejection of Certain Executory Contracts (Docket
            No. 1260)

      Objection
      Deadline:       December 18, 2008 at 4:00 p.m.; extended
                      by court order to December 29, 2008 for:
                      Patrick S. Longgood, Victor Engesser,
                      Leigh Anne Moore, Robyn Davis, David
                      Steinbach and Savitri Cohen.

      Objections/
      Responses
      Filed:

      a.    Objection of James M. Stacia to Debtors' Motion to
            Reject His Separation Agreement and Waiver of
            Claims Against Circuit City (Docket No. 1325)

            Related
            Documents:

            (i).    Motion of James M. Stacia to File
                    Objection to Debtors' Motion to Reject
                    his Separation Agreement and Release of
                    Claims (Docket No. 1324)

            Status:   This matter is going forward.

      b.    Objection of Jonathan Lee Riches to Debtors' First
            Omnibus Motion for Order Pursuant to Bankruptcy
            Code Sections 105(a) and 365(a) and Bankruptcy Rule
            6006 Authorizing Rejection of Certain Executory
            Contracts (Docket No. 1510)

Status:   This matter is going forward.

c.   Objection by Savitri Cohen to Motion to Reject
     their Obligations Under an Employment Agreement
     (Docket No. 1204)

     Status:   This matter is going forward.

General
Status:            This matter is going forward with respect
                   to the objections of James M. Stacia,
                   Jonathan Lee Riches, and Savitri Cohen.

23.  Motion of TomTom, Inc. for an Order Under Sections 105,
     362, and 363 Modifying the Automatic Stay to Permit the
     Exercise of Setoff and/or Recoupment Rights Against the
     Debtors, and Notice of Motion (Docket No. 1052)

     Related
     Documents:

     a.   Amended Notice of Motion and Hearing (Docket No.
          1244)

     b.   Reply to the Debtor's Objection to the Motion for
          an Order Under Sections 105, 362, and 363 Modifying
          the Automatic Stay to Permit the Exercise of Setoff
          and/or Recoupment Rights Against the Debtors
          (Docket No. 1529).

     Objection
     Deadline:          January 12, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Objection To Tomtom, Inc.'s Motion For An
          Order Under Sections 105, 362 And 363 Modifying The
          Automatic Stay To Permit The Exercise Of Setoff
          And/Or Recoupment Rights Against The Debtors
          (Docket No. 1475)

     Status:            This matter is going forward as a
                        preliminary hearing and the parties will
                        present legal argument.

14

24.   Motion to Terminate Automatic Stay and Rule 4001(a)-1
      Notice, by Engineered Structures, Inc. (Docket No. 1070)

      Related
      Documents:         Reply Brief by Engineered Structures,
                         Inc. in Support of Motion to Terminate
                         Automatic Stay and Rule 4001.2 Notice
                         (Docket No. 1536).

      Objection
      Deadline:          January 9, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Debtors' Objection to Engineered Structures, Inc.
           Motion to Terminate Automatic Stay (Docket No.
           1448)

      Status:            This matter is going forward as a
                         preliminary hearing and the parties will
                         present legal argument.

25.   Motion of North Plainfield VF LLC and Marlton VF LLC to
      Compel the Debtors to Perform Postpetition Obligations
      Pursuant to 11 U.S.C. Section 365(d)(3) (Docket No.
      1142)

      Related
      Documents:

      a.   Exhibits to Motion of North Plainfield VF LLC and
           Marlton VF LLC to Compel the Debtors to Perform
           Postpetition Obligations Pursuant to 11 U.S.C.
           Section 365(d)(3)(Dockets Nos. 1143, 1144, 1145,
           1146, 1147)

      b.   Notice of Motion and Hearing (Docket No. 1147)

      c.   Joinder of Schimenti Construction Company, LLC in
           Motion of North Plainfield VF LLC and Marlton VF
           LLC to Compel the Debtors to Perform Postpetition
           Obligations Pursuant to 11 U.S.C. Section 365(d)(3)
           (Docket No. 1451)

      d.   Reply to Debtors' Objection to Motion of North
           Plainfield VF LLC and Marlton VF LLC to Compel

Debtors to Perform Postpetition Obligations
Pursuant to 11 U.S.C. § 365(d)(3) (Docket No. 1601)

Objection
Deadline:        January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Objection to Motion of North Plainfield VF
      LLC and Marlton VF LLC to Compel the Debtors to
      Perform Postpetition Obligations Pursuant to 11
      U.S.C. Section 365(d)(3) (Docket No. 1449)

Status:          This matter is going forward.

26.  Application of Official Committee of Unsecured Creditors
     of Circuit City Stores, Inc. for Order Under 11 U.S.C.
     Sections 1103 and 327 and Fed. R. Bankr. P. 2014 and
     5002, Authorizing and Approving Retention and
     Employment, Nunc Pro Tunc, of Protiviti, Inc. as
     Financial Advisor (Docket No. 1194)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 1196)

     Objection
     Deadline:        January 9, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           Informal Response of the Debtors

     Status:          The parties are working to resolve this
                      matter.  This matter is going forward.

27.  Application for an Order Pursuant to Sections 328 and
     1103 of the Bankruptcy Code and Bankruptcy Rule 2014
     Authorizing the Retention and Employment of Jefferies &
     Company, Inc. as Financial Advisors to the Official
     Committee of Unsecured Creditors Nunc Pro Tunc to
     November 18, 2008 (Docket No. 1195)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1196)

Objection
Deadline:         January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            Informal Response of the Debtors

Status:           The parties are working to resolve this
                  matter.  This matter is going forward.

28.   Application for Entry of an Order Authorizing and
      Approving the Employment of Gowling Lafleur Henderson
      LLP as Canadian Counsel to the Official Committee of
      Unsecured Creditors Nunc Pro Tunc to November 18, 2008
      (Docket No. 1197)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1198)

      Objection
      Deadline:         January 9, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Debtors' Objection to Application for Entry of an
           Order Authorizing and Approving the Employment of
           Gowling Lafleur Henderson LLP as Canadian Counsel
           to the Official Committee of Unsecured Creditors
           Nunc Pro Tunc to November 18, 2008 (Docket No.
           1450)

           Related
           Documents:

           (i).      Notice of Withdrawal of Debtors Objection
                     (Docket No. 1473)

Status:          The parties will submit a revised form of
                 consent order. This matter will go
                 forward.

29.   Landlords' Motion for Rehearing and/or Reconsideration
      and/or to Alter or Amend the Judgment Regarding Payment
      of November Rent, and Memorandum in Support Thereof, by
      Acadia Realty Limited Partnership, et al. (Docket No.
      1347)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1348)

      b.    Joinder to Landlords' Motion for Rehearing and/or
            Reconsideration and/or to Alter or Amend the
            Judgment Regarding Payment of November Rent, and
            Memorandum in Support Thereof, by Carousel Center
            Company, L.P., Fingerlakes Crossing, LLC and
            Charlotte (Archdale) UY, LLC (Docket No. 1363)

            Related
            Documents:

            (i).    Notice of Motion and Hearing (Docket No.
                    1368)

      c.    Joinder of 502-12 86th Street to Landlords' Motion
            for Rehearing and/or Reconsideration and/or to
            Alter or Amend the Judgment Regarding Payment of
            November Rent and Memorandum in Support Thereof, by
            502-12 86th Street LL (Docket No. 1365)

            Related
            Documents:

            (i).    Notice of Motion and Hearing (Docket No.
                    1366)

      d.    Joinder of Eatontown Commons Shopping Center ,
            AmCap NorthPoint LLC, and AmCap Arborland LLC to
            Landlord's Motion for Rehearing and/or
            Reconsideration and/or to Alter to Amend the
            Judgment Regarding Payment of November Rent, and
            Memorandum in Support Thereof (Docket No. 1370)

e.   Joinder to Landlord's Motion for Rehearing and/or
     Reconsideration and/or to Alter to Amend the
     Judgment Regarding Payment of November Rent, and
     Memorandum in Support Thereof, by International
     Speedway Square, Ltd., Kite Coral Springs, LLC and
     KRG Market Street Village, LP (Docket No. 1375)

     Related
     Documents:

     (i).    Notice of Motion and Hearing (Docket No.
             1376)

f.   Port Arthur Holdings, III, Ltd Joinder to
     Landlord's Motion for Rehearing and/or
     Reconsideration and/or to Alter to Amend the
     Judgment Regarding Payment of November Rent, and
     Memorandum in Support Thereof (Docket No. 1384)

     Related
     Documents:

     (i).    Notice of Motion and Hearing (Docket No.
             1385)

g.   Joinder to Landlord's Motion for Rehearing and/or
     Reconsideration and/or to Alter to Amend the
     Judgment Regarding Payment of November Rent, and
     Memorandum in Support Thereof, by Polaris Circuit
     City, LLC (Docket No. 1392)

     Related
     Documents:

     (i).    Notice of Motion and Hearing (Docket No.
             1393)

h.   Joinder of Plaza Las Americas Inc. to Landlord's
     Motion for Rehearing and/or Reconsideration and/or
     to Alter to Amend the Judgment Regarding Payment of
     November Rent, and Memorandum in Support Thereof,
     by Polaris Circuit City, LLC (Docket No. 1414)

     Related
     Documents:

     (i)     Notice of Motion and Hearing (Docket No.
             1413)

i.   Joinder to Landlords' Motion for Rehearing and/or
     Reconsideration and/or to Alter or Amend the
     Judgment Regarding Payment of November Rent, and
     Memorandum in Support Thereof, by Hayward 880 LLC,
     Save Mart Supermarkets, Crown CCI, LLC and Burbank
     Mall Associates, LLC (Docket No. 1437)

j.   Morgan Hill Retail Venture, LP's Joinder to
     Landlords' Motion for Rehearing and/or to Alter or
     Amend the Judgment Regarding Payment of November
     Rent, and Memorandum in Support Thereof (Docket No.
     1438)

k.   Joinder of 120 Orchard LLC, 427 Orchard LLC and FT
     Orchard LLC to Landlords' Motion for Rehearing
     and/or to Alter or Amend the Judgment Regarding
     Payment of November Rent, and Memorandum in Support
     Thereof (Docket No. 1447)

l.   Joinder of Amherst VF LLC; East Brunswick VF LLC;
     North Plainfield VF LLC; Star Universal, LLC;
     Alexander's of Rego Park Center, Inc.; Towson VF
     LLC; Green Acres Mall, LLC; VNO Mundy Street, LLC;
     VNO Tru Dale Mabry,LLC; BevCon I, LLC; Vornado
     Caguas LP; Marlton VF, LLC; Vornado Finance, LLC;
     North Bergen Tonnelle Plaza, LLC; Wayne VF, LLC;
     and Vornado Gun Hill Road, LLC to Landlords' Motion
     for Rehearing and/or to Alter or Amend the Judgment
     Regarding Payment of November Rent, and Memorandum
     in Support Thereof (Docket No. 1455)

     Related
     Documents:

     (i)      Notice of Motion and Hearing (Docket No.
              1501)

m.   Joinder of Developers Diversified Realty
     Corporation, General Growth Properties, Inc.,
     Weingarten Realty Investors, Basser-Kaufman, Inc.,
     Philips International Holding Corp., Regency
     Centers, L.P., AAC Management Corp., Jones Lang
     LaSalle Americas, Inc., Continental Properties
     Company, Inc., and Benderson Development Company,
     LLC to Landlords' Motion for Rehearing and/or to
     Alter or Amend the Judgment Regarding Payment of

November Rent, and Memorandum in Support Thereof
(Docket No. 1484)

n.  Joinder of First Industrial Realty Trust, Inc. to
Landlords' Motion for Rehearing, and/or
Reconsideration and/or to Alter or Amend the
Judgment Regarding Payment of November Rent and
Memorandum in Support Thereof (Docket No. 1487)

o.  Joinder of Plantation Point Development, LLC and
Carlyle-Cypress Tuscaloosa, LLC to Landlords'
Motion for Rehearing and/or to Alter or Amend the
Judgment Regarding Payment of November Rent, and
Memorandum in Support Thereof (Docket No. 1488)

p.  Joinder of Cottonwood Corners-Phase V, LLC to
Landlords' Motion for Rehearing and/or
Reconsideration and/or to Alter or Amend the
Judgment Regarding Payment of November Rent and
Memorandum in Support Thereof (Docket No. 1492)

Related
Documents:

(i).     Notice of Motion and Hearing (Docket No.
1494)

q.  Joinder of Ramco West Oaks I, LLC , RLV Village
Plaza, LP, RLV Vista Plaza, LP to Landlords' Motion
for Rehearing and/or Reconsideration and/or to
Alter or Amend the Judgment Regarding Payment of
November Rent and Memorandum in Support Thereof
(Docket No. 1505)

r.  Joinder of Cardinal Court, LLC to the Landlords'
Motion for Rehearing and/or Reconsideration and/or
to Alter or Amend the Judgment Regarding Payment of
November Rent and Memorandum in Support Thereof
(Docket No. 1511)

s.  Joinder of Dollar Tree Stores, Inc. and Torrington
Triplets LLC to Landlords' Motion for Rehearing
and/or Reconsideration and/or to Alter or Amend the
Judgment Regarding Payment of November Rent and
Memorandum in Support (Docket No. 1542)

t.  Joinder of Annapolis Plaza LLC to Landlord's Motion
for Reconsideration and/or to Alter or Amend the

Judgment Regarding Payment of November Rent and Memorandum in Support Thereof (Docket No. 1543)

u.    Madison Waldorf, LLC's Joinder in Landlords' Motion for Reconsideration to Alter or Amend the Judgment Regarding the Payment of November Rent and Memorandum in Support (Docket 1554)

v.    Joinder of Hagan Properties, Inc. to Landlords' Motion for Rehearing and/or Consideration and/or to Alter or Amend the Judgment Regarding Payment of Stub Rent and Memorandum in Support Thereof (Docket No. 1603)

Objection
Deadline:        January 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Objection by the Debtors to the Motion for Rehearing and/or Reconsideration to Alter or Amend the Judgment Regarding Payment of the November Rent (Docket No. 1514)

Status:        This matter is going forward.

30.   Debtors' Second Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contracts (Docket No. 1386)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1387)

Objection
Deadline:        January 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        None.

Status:        This matter is going forward.

31.   Debtors' Second Omnibus Motion for Order Pursuant to
      Bankruptcy Code Sections 105(a), 365(a) and 554 and
      Bankruptcy Rule 6006 Authorizing Rejection of Certain
      Unexpired Leases of Nonresidential Real Property and
      Abandonment of Personal Property (Docket No. 1388)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1389)

      Objection
      Deadline:        January 14, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Response of North Plainfield VF LLC to Debtors'
           Second Omnibus Motion for Order Pursuant to
           Bankruptcy Code Sections 105(a), 365(a)and 554 and
           Bankruptcy Rule 6006 Authorizing Rejection of
           Certain Unexpired Leases of Nonresidential Real
           Property and Abandonment of Personal Property
           (Docket No. 1544)

      b.   Limited Objection of Cellco Partnership d/b/a
           Verizon Wireless to Debtor's Second Omnibus Motion
           for Order Authorizing Rejection of Certain
           Unexpired Leases of Nonresidential Real Property
           and Abandonment of Personal Property (Docket No.
           1587)

      Status:          This matter is going forward.

32.   Debtors' Motion for Orders Pursuant to Bankruptcy Code
      Sections 105, 363 and 364 (I)(A) Approving Procedures in
      Connection with Sale of All or Substantially All of the
      Business or Additional Post-petition Financing for the
      Business, (B) Authorizing Debtors to Enter into Stalking
      Horse or Financing Agreements in Connection with Going
      Concern Transactions or Stalking Horse Agreements in
      Connection with Store Closing and Miscellaneous Asset
      Sales, (C) Approving the Payment of Termination Fees in
      Connection Therewith, and (D) Setting Auction and
      Hearing Dates, (II) Approving Sale of Debtors' Assets
      Free and Clear of All Interests, and (III) Granting

Related Relief (Docket No. 1423)

Related
Documents:

a.    Motion for an Order Setting an Expedited Hearing
      (Docket No. 1424)

b.    Notice of Motion and Hearing (Docket No. 1425)

c.    Order Setting an Expedited Hearing on the Debtors'
      Sale Motion and Granting Related Relief (Docket No.
      1430)

d.    Notice of Approval of Order (I) Approving
      Procedures in Connection with Sale of All or
      Substantially All of the Business, (II) Authorizing
      Debtors to Enter into Stalking Horse Agreements in
      Connection with Store Closing and Miscellaneous
      Asset Sales or Stalking Horse or Financing
      Agreements in Connection with Going Concern
      Transactions, (III) Approving Payment of
      Termination Fees in Connection Therewith, (IV)
      Setting Auction and Hearing Dates Pursuant to
      Bankruptcy Code Sections 105 and 363 and (V)
      Granting Related Relief (Docket No. 1454)

e.    Order (I) Approving Procedures In Connection With
      Sale Of All Or Substantially All Of The Business,
      (II) Authorizing Debtors To Enter Into Stalking
      Horse Or Financing Agreements In Connection With
      Going Concern Transactions Or Stalking Horse
      Agreements In Connection With Store Closing And
      Miscellaneous Asset Sales Or, (III) Approving The
      Payment Of Termination Fee In Connection Therewith,
      (IV) Setting Auction And Hearing Dates Pursuant To
      Bankruptcy Code Sections 105 And 363 And (V)
      Granting Related Relief (Docket No. 1460)

f.    Notice to Counterparties to Contracts and Leases
      that the Debtors Have Identified One or More
      Potential Purchaser(s) of Executory Contracts and
      Unexpired Personal Property and Nonresidential Real
      Property Leases (Docket No. 1474)

g.    Notice of Proposed Auction Schedule and Extension
      of Bid Deadline (Docket No. 1476)

h.    Notice of Resumed Auction with Respect To Sale of
      Debtors' Aircraft (Docket No. 1502)

Objection
Deadline:         January 16, 2009 at 10:00 a.m.

Objections/
Responses
Filed:

a.    Response to and Partial Objection by Children's
      Discovery Centers of America Inc. to Debtors'
      Prospective Sale of Real Property Subject to Ground
      Lease (Docket No. 1523)

b.    Joint Objection Of Texas Taxing Authorities To
      Debtor's Motion For Orders (I) (A) Approving
      Procedures In Connection With Sale Of All Or
      Substantially All Of The Business Or Additional
      Postpetition Financing For The Business, (B)
      Authorizing Debtors To Enter Into Stalking Horse Or
      Financing Agreements In Connection With Going
      Concern Transactions Or Stalking Horse Agreements
      In Connection With Store Closing And Miscellaneous
      Asset Sales, (C) Approving The Payment Of
      Termination Fees In Connection Therewith, And (D)
      Setting Auction And Hearing Dates, (II) Approving
      Sale Of Debtors' Assets Free And Clear Of All
      Interests And (III) Granting Related Relief (Docket
      No. 1548)

c.    Limited Objection of D. L. Peterson Trust as
      Assignee of PHH Vehicle Management Services, LLC to
      Debtors' Motion for Order Pursuant to Bankruptcy
      Sections 105, 363 and 364 Approving Sale of
      Debtors' Assets Free and Clear of All Interest
      (Docket No. 1561)

d.    CIM/BIRCH ST., Inc.'s Limited Objections to
      Debtors' Motion to Approve Sale of Assets and
      Statement of Cure Under Lease of Non-residential
      Real Property (Docket No. 1563)

e.    Objection by Objecting Landlords to Motion and
      Notice of Hearing on Debtors' Motion for Orders (I)
      (A) Approving Procedures In Connection With Sale Of
      All Or Substantially All Of The Business Or
      Additional Postpetition Financing For The Business,

(B) Authorizing Debtors To Enter Into Stalking
Horse Or Financing Agreements In Connection With
Going Concern Transactions Or Stalking Horse
Agreements In Connection With Store Closing And
Miscellaneous Asset Sales, (C) Approving The
Payment Of Termination Fees In Connection
Therewith, And (D) Setting Auction And Hearing
Dates, (II) Approving Sale Of Debtors' Assets Free
And Clear Of All Interests And (III) Granting
Related Relief (Docket No. 1569)

f.    Limited Objection of Henrico County, Virginia to
Debtors' Motion for Orders Approving Sale of
Debtors' Assets Free and Clear of All Interests and
Related Relief(Docket No. 1572)

g.    Objection of Business Objects Americas to Debtor's
Motion For Orders (I) (A) Approving Procedures In
Connection With Sale Of All Or Substantially All Of
The Business Or Additional Postpetition Financing
For The Business, (B) Authorizing Debtors To Enter
Into Stalking Horse Or Financing Agreements In
Connection With Going Concern Transactions Or
Stalking Horse Agreements In Connection With Store
Closing And Miscellaneous Asset Sales, (C)
Approving The Payment Of Termination Fees In
Connection Therewith, And (D) Setting Auction And
Hearing Dates, (II) Approving Sale Of Debtors'
Assets Free And Clear Of All Interests And (III)
Granting Related Relief (Docket No. 1573)

h.    Objection of SAP Retail Inc. to Debtor's Motion For
Orders (I) (A) Approving Procedures In Connection
With Sale Of All Or Substantially All Of The
Business Or Additional Postpetition Financing For
The Business, (B) Authorizing Debtors To Enter Into
Stalking Horse Or Financing Agreements In
Connection With Going Concern Transactions Or
Stalking Horse Agreements In Connection With Store
Closing And Miscellaneous Asset Sales, (C)
Approving The Payment Of Termination Fees In
Connection Therewith, And (D) Setting Auction And
Hearing Dates, (II) Approving Sale Of Debtors'
Assets Free And Clear Of All Interests And (III)
Granting Related Relief (Docket No. 1574)

i.    Objection of FM Facility Maintenance, LLC f/k/a
IPT, LLC to Debtor's Motion For Orders (I) (A)

Approving Procedures In Connection With Sale Of All
Or Substantially All Of The Business Or Additional
Postpetition Financing For The Business, (B)
Authorizing Debtors To Enter Into Stalking Horse Or
Financing Agreements In Connection With Going
Concern Transactions Or Stalking Horse Agreements
In Connection With Store Closing And Miscellaneous
Asset Sales, (C) Approving The Payment Of
Termination Fees In Connection Therewith, And (D)
Setting Auction And Hearing Dates, (II) Approving
Sale Of Debtors' Assets Free And Clear Of All
Interests And (III) Granting Related Relief (Docket
No. 1575)

j.     Objection of Palm Beach County Tax Collector to
       Debtor's Motion For Orders (I) (A) Approving
       Procedures In Connection With Sale Of All Or
       Substantially All Of The Business Or Additional
       Postpetition Financing For The Business, (B)
       Authorizing Debtors To Enter Into Stalking Horse Or
       Financing Agreements In Connection With Going
       Concern Transactions Or Stalking Horse Agreements
       In Connection With Store Closing And Miscellaneous
       Asset Sales, (C) Approving The Payment Of
       Termination Fees In Connection Therewith, And (D)
       Setting Auction And Hearing Dates, (II) Approving
       Sale Of Debtors' Assets Free And Clear Of All
       Interests And (III) Granting Related Relief (Docket
       No. 1577)

k.     Joint Objection of Local Texas Tax Authorities to
       Debtor's Motion For Orders (I) (A) Approving
       Procedures In Connection With Sale Of All Or
       Substantially All Of The Business Or Additional
       Postpetition Financing For The Business, (B)
       Authorizing Debtors To Enter Into Stalking Horse Or
       Financing Agreements In Connection With Going
       Concern Transactions Or Stalking Horse Agreements
       In Connection With Store Closing And Miscellaneous
       Asset Sales, (C) Approving The Payment Of
       Termination Fees In Connection Therewith, And (D)
       Setting Auction And Hearing Dates, (II) Approving
       Sale Of Debtors' Assets Free And Clear Of All
       Interests And (III) Granting Related Relief (Docket
       No. 1581)

l.     Old Republic Insurance Company's Limited Objection
       to Debtor's Motion For Orders (I) (A) Approving

Procedures In Connection With Sale Of All Or
Substantially All Of The Business Or Additional
Postpetition Financing For The Business, (B)
Authorizing Debtors To Enter Into Stalking Horse Or
Financing Agreements In Connection With Going
Concern Transactions Or Stalking Horse Agreements
In Connection With Store Closing And Miscellaneous
Asset Sales, (C) Approving The Payment Of
Termination Fees In Connection Therewith, And (D)
Setting Auction And Hearing Dates, (II) Approving
Sale Of Debtors' Assets Free And Clear Of All
Interests And (III) Granting Related Relief (Docket
No. 1582)

m.  Objection of Cormark Inc. to Debtors' Proposed Sale
of Assets or Businesses Free and Clear of Liens,
Claims, Encumbrances, and Interests, and Request
for Adequate Protection of Interest in
Property(Docket No. 1583)

n.  Hagan Properties, Inc.'s Objection to Debtor's
Motion For Orders (I) (A) Approving Procedures In
Connection With Sale Of All Or Substantially All Of
The Business Or Additional Postpetition Financing
For The Business, (B) Authorizing Debtors To Enter
Into Stalking Horse Or Financing Agreements In
Connection With Going Concern Transactions Or
Stalking Horse Agreements In Connection With Store
Closing And Miscellaneous Asset Sales, (C)
Approving The Payment Of Termination Fees In
Connection Therewith, And (D) Setting Auction And
Hearing Dates, (II) Approving Sale Of Debtors'
Assets Free And Clear Of All Interests And (III)
Granting Related Relief (Docket No. 1584)

o.  Limited Objection of Cellco Partnership d/b/a
Verizon Wireless to Debtor's Motion For Orders (I)
(A) Approving Procedures In Connection With Sale Of
All Or Substantially All Of The Business Or
Additional Postpetition Financing For The Business,
(B) Authorizing Debtors To Enter Into Stalking
Horse Or Financing Agreements In Connection With
Going Concern Transactions Or Stalking Horse
Agreements In Connection With Store Closing And
Miscellaneous Asset Sales, (C) Approving The
Payment Of Termination Fees In Connection
Therewith, And (D) Setting Auction And Hearing
Dates, (II) Approving Sale Of Debtors' Assets Free

And Clear Of All Interests And (III) Granting
Related Relief (Docket No. 1585)

p.      Objection and Demand for Adequate Protection of
        T.J. Maxx of CA, LLC Regarding Debtor's Motion For
        Orders (I) (A) Approving Procedures In Connection
        With Sale Of All Or Substantially All Of The
        Business Or Additional Postpetition Financing For
        The Business, (B) Authorizing Debtors To Enter Into
        Stalking Horse Or Financing Agreements In
        Connection With Going Concern Transactions Or
        Stalking Horse Agreements In Connection With Store
        Closing And Miscellaneous Asset Sales, (C)
        Approving The Payment Of Termination Fees In
        Connection Therewith, And (D) Setting Auction And
        Hearing Dates, (II) Approving Sale Of Debtors'
        Assets Free And Clear Of All Interests And (III)
        Granting Related Relief (Docket No. 1586)

q.      Joint Objection by Landlords to Debtors' Motion For
        Orders (I) (A) Approving Procedures In Connection
        With Sale Of All Or Substantially All Of The
        Business Or Additional Postpetition Financing For
        The Business, (B) Authorizing Debtors To Enter Into
        Stalking Horse Or Financing Agreements In
        Connection With Going Concern Transactions Or
        Stalking Horse Agreements In Connection With Store
        Closing And Miscellaneous Asset Sales, (C)
        Approving The Payment Of Termination Fees In
        Connection Therewith, And (D) Setting Auction And
        Hearing Dates, (II) Approving Sale Of Debtors'
        Assets Free And Clear Of All Interests And (III)
        Granting Related Relief (Docket No. 1590)

r.      Objection of Riverside County, California Taxing
        Authority to Debtors' Motion for Orders (1)(A)
        Approve Procedures in Connection with Sale of all
        or Substantially all of the Business or Additional
        Post Petition Financing for the Business et al
        (Docket No. 1599)

Status:         This matter is going forward.

Dated: January 16, 2009    SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia  FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP


/s/ Douglas M. Foley     .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

\7098419