**Circuit City II**
**Exhibit 3.1(c)**

### Merchandise Threshold Schedule

| Cost Value | Adjustment Points | Adjusted Guaranty |
|---|---|---|
| 1,350,000,000 | 0.35% | 60.95% |
| 1,345,000,000 | 0.35% | 61.30% |
| 1,340,000,000 | 0.35% | 61.65% |
| 1,335,000,000 | 0.35% | 62.00% |
| 1,330,000,000 | 0.35% | 62.35% |
| 1,325,000,000 | 0.35% | 62.70% |
| 1,320,000,000 | 0.35% | 63.05% |
| 1,315,000,000 | 0.35% | 63.40% |
| 1,310,000,000 | 0.35% | 63.75% |
| 1,305,000,000 | 0.35% | 64.10% |
| 1,300,000,000 | 0.35% | 64.45% |
| 1,295,000,000 | 0.30% | 64.80% |
| 1,290,000,000 | 0.30% | 65.10% |
| 1,285,000,000 | 0.30% | 65.40% |
| 1,280,000,000 | 0.30% | 65.70% |
| 1,275,000,000 | 0.30% | 66.00% |
| 1,270,000,000 | 0.30% | 66.30% |
| 1,265,000,000 | 0.30% | 66.60% |
| 1,260,000,000 | 0.30% | 66.90% |
| 1,255,000,000 | 0.30% | 67.20% |
| 1,250,000,000 |  | 67.50% |
| 1,050,000,000 |  | 67.50% |
| 1,045,000,000 | 0.20% | 67.30% |
| 1,040,000,000 | 0.20% | 67.10% |
| 1,035,000,000 | 0.20% | 66.90% |
| 1,030,000,000 | 0.20% | 66.70% |
| 1,025,000,000 | 0.20% | 66.50% |
| 1,020,000,000 | 0.20% | 66.30% |
| 1,015,000,000 | 0.20% | 66.10% |
| 1,010,000,000 | 0.20% | 65.90% |
| 1,005,000,000 | 0.20% | 65.70% |
| 1,000,000,000 | 0.20% | 65.50% |
| 995,000,000 | 0.23% | 65.27% |
| 990,000,000 | 0.23% | 65.04% |
| 985,000,000 | 0.23% | 64.81% |
| 980,000,000 | 0.23% | 64.58% |
| 975,000,000 | 0.23% | 64.35% |
| 970,000,000 | 0.23% | 64.12% |
| 965,000,000 | 0.23% | 63.89% |
| 960,000,000 | 0.23% | 63.66% |
| 955,000,000 | 0.23% | 63.43% |
| 950,000,000 | 0.23% | 63.20% |

*Note(s):*

*1. Adjustments between the increments shall be on a prorata basis.*

*2. Adjustments below $950,000,000 & above $1,350,000,000 to be mutually agreed upon.*

Hilco Merchant Resources, LLC

Printed 1/16/2009