# Circuit City II
# Exhibit 12.1(m)

## Cost Factor

| Cost Factor | Adjustment Points | Adjusted Guaranty |
|---|---|---|
| **64.90%** | | **67.50%** |
| 65.00% | 0.20% | 67.30% |
| 65.10% | 0.20% | 67.10% |
| 65.20% | 0.20% | 66.90% |
| 65.30% | 0.20% | 66.70% |
| 65.40% | 0.20% | 66.50% |
| 65.50% | 0.20% | 66.30% |
| 65.60% | 0.20% | 66.10% |
| 65.70% | 0.20% | 65.90% |
| 65.80% | 0.20% | 65.70% |
| 65.90% | 0.20% | 65.50% |
| 66.00% | 0.20% | 65.30% |
| 66.10% | 0.20% | 65.10% |
| 66.20% | 0.20% | 64.90% |
| 66.30% | 0.20% | 64.70% |
| 66.40% | 0.20% | 64.50% |
| 66.50% | 0.20% | 64.30% |
| 66.60% | 0.20% | 64.10% |
| 66.70% | 0.20% | 63.90% |
| 66.80% | 0.20% | 63.70% |
| 66.90% | 0.20% | 63.50% |

*Note(s):*

*1. Adjustments between the increments shall be on a prorata basis.*
*2. In the event that the cost factor exceeds 66.90% it shall be deemed an Event of Default under the Agreement.*

Hilco Merchant Resources, LLC            Printed 1/16/2009