# Circuit City II
# Exhibit 12.1(n)

## Store Entertainment Threshold

| Store Entertainment % Total Cost Inventory | Adjustment Points | Adjusted Guaranty |
|---|---|---|
| **18.50%** | | **67.50%** |
| 19.00% | 0.38% | 67.12% |
| 19.50% | 0.38% | 66.74% |
| 20.00% | 0.38% | 66.36% |
| 20.50% | 0.38% | 65.98% |
| 21.00% | 0.38% | 65.60% |
| 21.50% | 0.38% | 65.22% |
| 22.00% | 0.38% | 64.84% |
| 22.50% | 0.38% | 64.46% |
| 23.00% | 0.38% | 64.08% |
| 23.50% | 0.38% | 63.70% |

*Note(s):*

*1. Adjustments between the increments shall be on a prorata basis.*

*2. Agent and Merchant shall mutually agree upon a remedy should Store Entertainment inventory exceed 23.50%.*