# EXHIBIT 12.1(l)

### MERCHANDISE CEILING ($000's)

| Incremental Dollars in Inventory | Cost Value of Merchandise | Guarantee % | Guarantee $ | Guarantee Increase / (Decrease) | Decremental Percent in Guarantee |
|---|---|---|---|---|---|
| 10,000 | 1,500,000 | 60.00% | 900,000 | (8,900) | -1.000% |
| 10,000 | 1,490,000 | 61.00% | 908,900 | (7,960) | -0.950% |
| 10,000 | 1,480,000 | 61.95% | 916,860 | (7,035) | -0.900% |
| 10,000 | 1,470,000 | 62.85% | 923,895 | (6,125) | -0.850% |
| 10,000 | 1,460,000 | 63.70% | 930,020 | (5,230) | -0.800% |
| 10,000 | 1,450,000 | 64.50% | 935,250 | (4,350) | -0.750% |
| 10,000 | 1,440,000 | 65.25% | 939,600 | (3,485) | -0.700% |
| 10,000 | 1,430,000 | 65.95% | 943,085 | (2,635) | -0.650% |
| 10,000 | 1,420,000 | 66.60% | 945,720 | (1,800) | -0.600% |
| 10,000 | 1,410,000 | 67.20% | 947,520 | (980) | -0.550% |
| 10,000 | 1,400,000 | 67.75% | 948,500 | (175) | -0.500% |
| 10,000 | 1,390,000 | 68.25% | 948,675 | 615 | -0.450% |
| 10,000 | 1,380,000 | 68.70% | 948,060 | 1,390 | -0.400% |
| 10,000 | 1,370,000 | 69.10% | 946,670 | 2,150 | -0.350% |
| 10,000 | 1,360,000 | 69.45% | 944,520 | 2,895 | -0.300% |
| 10,000 | 1,350,000 | 69.75% | 941,625 | 3,625 | -0.250% |
| 10,000 | 1,340,000 | 70.00% | 938,000 | 4,340 | -0.200% |
| 10,000 | 1,330,000 | 70.20% | 933,660 | 5,040 | -0.150% |
| 10,000 | 1,320,000 | 70.35% | 928,620 | 5,725 | -0.100% |
| 10,000 | 1,310,000 | 70.45% | 922,895 | 6,395 | -0.050% |
| **CEILING** | **1,300,000** | **70.50%** | **916,500** | | |

### MERCHANDISE THRESHOLD ($000's)

| Decremental Dollars in Inventory | Cost Value of Merchandise | Guarantee % | Guarantee $ | Guarantee Increase / (Decrease) | Decremental Percent in Guarantee |
|---|---|---|---|---|---|
| **THRESHOLD** | **1,150,000** | **70.50%** | **810,750** | | |
| 10,000 | 1,140,000 | 70.45% | 803,130 | (7,620) | -0.050% |
| 10,000 | 1,130,000 | 70.35% | 794,955 | (8,175) | -0.100% |
| 10,000 | 1,120,000 | 70.20% | 786,240 | (8,715) | -0.150% |
| 10,000 | 1,110,000 | 70.00% | 777,000 | (9,240) | -0.200% |
| 10,000 | 1,100,000 | 69.75% | 767,250 | (9,750) | -0.250% |
| 10,000 | 1,090,000 | 69.45% | 757,005 | (10,245) | -0.300% |

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 10,000 | 1,080,000 | 69.10% | 746,280 | (10,725) | -0.350% |
| 10,000 | 1,070,000 | 68.70% | 735,090 | (11,190) | -0.400% |
| 10,000 | 1,060,000 | 68.25% | 723,450 | (11,640) | -0.450% |
| 10,000 | 1,050,000 | 67.75% | 711,375 | (12,075) | -0.500% |
| 10,000 | 1,040,000 | 67.20% | 698,880 | (12,495) | -0.550% |
| 10,000 | 1,030,000 | 66.60% | 685,980 | (12,900) | -0.600% |
| 10,000 | 1,020,000 | 65.95% | 672,690 | (13,290) | -0.650% |
| 10,000 | 1,010,000 | 65.25% | 659,025 | (13,665) | -0.700% |
| 10,000 | 1,000,000 | 64.50% | 645,000 | (14,025) | -0.750% |
| 10,000 | 990,000 | 63.70% | 630,630 | (14,370) | -0.800% |
| 10,000 | 980,000 | 62.85% | 615,930 | (14,700) | -0.850% |
| 10,000 | 970,000 | 61.95% | 600,915 | (15,015) | -0.900% |
| 10,000 | 960,000 | 61.00% | 585,600 | (15,315) | -0.950% |
| 10,000 | 950,000 | 60.00% | 570,000 | (15,600) | -1.000% |