| | |
|---|---|
| **Mark Stromberg, Esq.**<br>**STROMBERG & ASSOCIATES, P. C.**<br>Two Lincoln Centre<br>5420 LBJ Freeway, Suite 300<br>Dallas, Texas  75240<br>(972) 458-5353 | **P. Matthew Roberts, VSB70259**<br>**BERKELEY & DEGAETANI**<br>1301 N. Hamilton Street, Suite 200<br>Richmond, Virginia 23230<br>Phone: (804) 644-0345 |
| **Counsel to CDB Falcon Sunland Plaza, L. P.** | Local Counsel to CDB Falcon Sunland Plaza, LP |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

| | |
|---|---|
| In re<br>　　　**CIRCUIT CITY STORES, INC.,** *et al.*,<br>　　　　　　　　Debtor. | Case No. 08-35653-KRH<br>CHAPTER 11 |

### STATEMENT OF CDB FALCON SUNLAND PLAZA, L.P. OF CURE UNDER LEASE OF NON-RESIDENTIAL REAL PROPERTY

**COMES NOW, CDB FALCON SUNLAND PLAZA, L.P.** ("Landlord"), who through the undersigned counsel, hereby files its Statement of Cure Under a Lease of Non-residential Real Property, and would show as follows:

1.　On November 10, 2008, Debtors filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

2.　This Court has jurisdiction over this matter in accordance with 11 U.S.C. §365, and 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. §157(b).

3.　On or about April 5, 2007, Circuit City Stores, Inc. entered into a written lease agreement for commercial space at Sunland Plaza Shopping Center in El Paso, Texas ("the Lease").  The initial term of the Lease was ten (10) years.

4.　On or about January 9, 2009, Debtor filed a motion for authority to sell assets outside the ordinary course of business; that motion was granted on the same day pursuant

to an order that authorized landlords to file statements reflecting the amount necessary to cure arrearages under 11 U.S.C. §§ 365(b)(1)(A) and (B), and §365(f)(2).

5. The cure obligations through the date hereof, and exclusive of any lease rejection or other, related claims, but inclusive of taxes and insurance, are as follows:

| | |
|---|---|
| 2008 Property Taxes: | $43,471.29 |
| 2008 Unpaid Rents: | $39,063.87 (Rent, CAM, Ins. for Nov. 2008) |
| <u>2009 Taxes (est.)</u> | <u>$41,482.58</u> (Incurred on 1/01/09, but due at end of 2009) |
| **TOTAL CURE:** | **$124,017.74** |

DATE: 01/16/2009

/s/ Mark Stromberg
Mark Stromberg, Esq.
STROMBERG & ASSOCIATES, P. C.
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, Texas 75240
Phone: (972) 458-5353


/s/ P. Matthew Roberts
P. Matthew Roberts, VSB70259
BERKELEY & DEGAETANI
1301 N. Hamilton Street, Suite 200
Richmond, Virginia 23230
Phone: (804) 644-0345
Fax: (804) 648-1909

## **CERTIFICATE OF SERVICE**

This is to certify that on January 16, 2009, a copy of the foregoing Statement of Cure Under Non-Residential Real Property Lease is to be served by electronic means via the Court's ECF/CM system and to the following:

>Douglas M. Foley
>McGuire Woods, LLP
>One James Center
>901 East Cary St.
>Richmond, VA   23219
>
>Ian S. Fredericks and Kellan Grant
>Skadden, Arps, Slate, Meagher & Flom, LLP
>One Rodney Square
>P. O. Box 636
>Wilmington, DE   19899-0636
>
>Chris L. Dickerson
>Skadden, Arps, Slate, Meagher & Flom, LLP
>333 West Wacker Dr.
>Chicago, IL   60606

>**/s/ P. Matthew Roberts**
>P. MATTHEW ROBERTS