LATHAM & WATKINS LLP
J. Christian Word (VSB No. 46008)
11955 Freedom Drive
Reston, VA  20190-5651
Tel:  (703) 456-1000
Facsimile: (703) 456-1001
Email: christian.word@lw.com

and

Caroline A. Reckler
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
Tel: (312) 876-7700
Facsimile: (312) 993-9767
Email: caroline.reckler@lw.com

COUNSEL TO A JOINT VENTURE COMPOSED OF
HILCO MERCHANT SERVICES, LLC AND
GORDON BROTHERS RETAIL PARTNERS, LLC

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
Circuit City Stores, Inc., et al.,                             :
                                                               :    Case No. 08-35653 (KRH)
                                   Debtors.                    :
                                                               :    [Joint Administration pending]
                                                               :
                                                               :
---------------------------------------------------------------

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF CAROLINE A. RECKLER**

UPON the motion of J. Christian Word, dated December 4, 2008, in support of the admission

of Caroline A. Reckler *pro hac vice*, it is hereby

ORDERED, that Caroline A. Reckler is admitted *pro hac vice* in the above-captioned jointly administered cases.

Dated: _____, 2009
Richmond, VA

_____
United States Bankruptcy Judge

I ASK FOR THIS:

**LATHAM & WATKINS LLP**
By: /s/ Christian Word
J. Christian Word (VSB No. 46008)
11955 Freedom Drive
Reston, VA  20190-5651
Tel:  (703) 456-1000
Facsimile: (703) 456-1001
Email: christian.word@lw.com

Counsel for a Joint Venture composed of Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC

### Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Christian Word