LATHAM & WATKINS LLP
J. Christian Word (VSB No. 46008)
11955 Freedom Drive
Reston, VA  20190-5651
Tel:  (703) 456-1000
Facsimile: (703) 456-1001
Email: christian.word@lw.com

and

Josef S. Athanas
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
Tel: (312) 876-7700
Facsimile: (312) 993-9767
Email: josef.athanas@lw.com

COUNSEL TO A JOINT VENTURE COMPOSED OF
HILCO MERCHANT SERVICES, LLC AND
GORDON BROTHERS RETAIL PARTNERS, LLC

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---------------------------------------------------------------x
                                                                :
In re:                                                          :       Chapter 11
                                                                :
Circuit City Stores, Inc., et al.,                              :
                                                                :       Case No. 08-35653 (KRH)
                                    Debtors.   :
                                                                :       [Joint Administration pending]
                                                                :
                                                                :
---------------------------------------------------------------

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOSEF S. ATHANAS**

UPON the motion of J. Christian Word, dated November 10, 2008, in support of the

admission of Josef S. Athanas *pro hac vice*, it is hereby

ORDERED, that Josef S. Athanas is admitted *pro hac vice* in the above-captioned jointly administered cases.

Dated: _____, 2009
Richmond, VA

_____
United States Bankruptcy Judge

I ASK FOR THIS:

**LATHAM & WATKINS LLP**
By: /s/ Christian Word
J. Christian Word (VSB No. 46008)
11955 Freedom Drive
Reston, VA  20190-5651
Tel:  (703) 456-1000
Facsimile: (703) 456-1001
Email: christian.word@lw.com

Counsel for a Joint Venture composed of Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC

### Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Christian Word