# 1UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, et al. | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtor | ) | |

## ORDER GRANTING MOTION FOR ADMISSION
## *PRO HAC VICE* OF SETH GOLDMAN

This matter came before the Court on the Motion of Gregory D. Grant for the admission *pro hac vice* of Seth Goldman in the above-captioned matter on behalf of Hamilton Chase – Santa Maria LLC.  Upon consideration of the motion, and the record in this case, and finding that cause exists for the relief requested in the motion, it is hereby ORDERED that the Motion is GRANTED.  Seth Goldman may appear *pro hac vice* as counsel for Hamilton Chase – Santa Maria LLC in the above-captioned bankruptcy case.

Dated: January ___, 2009

_____
Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/  Gregory D. Grant
Gregory D. Grant (VSB No. 31784)
Courtney R. Sydnor (VSB No. 45911)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852-2743
Telephone:  (301) 230-5200 or
          (703) 684-5200
Facsimile:  (301) 230-2891
ggrant@srgpe.com
csydnor@srgpe.com

*Counsel for Hamilton Chase – Santa Maria LLC*

**Local Rule 9022-1(C) Certification**

      The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

      /s/  Gregory D. Grant
      Gregory D. Grant (VSB No. 31784)
      Courtney R. Sydnor (VSB No. 45911)
      Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
      11921 Rockville Pike, Third Floor
      Rockville, Maryland 20852-2743
      Telephone:  (301) 230-5200 or
                       (703) 684-5200
      Facsimile:  (301) 230-2891
      ggrant@srgpe.com
      csydnor@srgpe.com

      *Counsel for Hamilton Chase – Santa Maria LLC*