**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(RICHMOND DIVISION)**

| | |
|---|---|
| *In re:* | Chapter 11 |
| Circuit City Stores, Inc. *et al.,* | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

# AFFIDAVIT OF SERVICE OF STATEMENT OF CURE AMOUNTS OF AT&T AND ITS AFFILIATES

DANIELLE E. BRAUN, being duly sworn on her oath according to law, deposes and says:

1. I am a legal assistant employed by the law firm of Lowenstein Sandler PC, counsel to AT&T Corp. ("AT&T"), SBC Global Services, Inc ("SBC"), SBC Long Distance, LLC. ("SLD"), BellSouth Telecommunications, Inc. d/b/a AT&T Southeast ("Bellsouth"), AT&T Capital Services, Inc. ("AT&T Capital") and Sterling Commerce, Inc. ("Sterling", and collectively with AT&T, SBC, SLD, Bellsouth, and AT&T Capital, the "AT&T Entities"), in the above captioned matter.

2. I certify that on January 15, 2009, I served upon the parties on the attached service list, in the manner indicated therein, the following documents:

    a.  *Statement of Cure Amounts of AT&T and its Affiliates*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 15, 2009        /s/Danielle E. Braun_____
                               Danielle E. Braun


Sworn to before me this
15th day of January, 2009

Elizabeth Lawler_____
Notary Public
State of New Jersey
My commission expires 4/21/11

12459/1282
01/15/2009 5528302.1

-2-

Filed by:

By:_____/s/ Julie Quagliano____
Julie Quagliano (VSB # 37119)
Local Counsel for AT&T
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax:    (202) 822-6982
Email: quagliano@quagseeg.com

-3-

## SERVICE LIST

*Via Electronic Mail*

Gregg M. Galardi, Esq.
Gregg.galardi@skadden.com

Ian S. Fredericks, Esq.
Ian.fredericks@skadden.com

Kellan Grant, Esq.
t.kellan.grant@skadden.com

All parties who have requested and are receiving notice in these cases through the Court's electronic filing system.

*Via Regular Mail*

**See attached Exhibit A**