LATHAM & WATKINS LLP
J. Christian Word (VSB No. 46008)
11955 Freedom Drive
Reston, VA  20190-5651
Tel:  (703) 456-1000
Facsimile: (703) 456-1001
Email: christian.word@lw.com

and

Josef S. Athanas
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois  60606
Tel: (312) 876-7700
Facsimile: (312) 993-9767
Email: josef.athanas@lw.com

COUNSEL TO A JOINT VENTURE COMPOSED OF
HILCO MERCHANT SERVICES, LLC AND
GORDON BROTHERS RETAIL PARTNERS, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

---------------------------------------------------------------x
                                          :
In re:                                    :    Chapter 11
                                          :
Circuit City Stores, Inc., et al.,        :
                                          :    Case No. 08-35653 (KRH)
                        Debtors.          :
                                          :    [Joint Administration pending]
                                          :
                                          :
---------------------------------------------------------------

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOSEF S. ATHANAS**

UPON the motion of J. Christian Word, dated November 10, 2008, in support of the

admission of Josef S. Athanas *pro hac vice*, it is hereby

ORDERED, that Josef S. Athanas is admitted *pro hac vice* in the above-captioned jointly administered cases.

Dated: <u>Jan 14 2009</u>, 2009
Richmond, VA

Entered on docket January 16 2009

/s/ Kevin R. Huennekens
_____
United States Bankruptcy Judge

I ASK FOR THIS:

**LATHAM & WATKINS LLP**
By: /s/ Christian Word
J. Christian Word (VSB No. 46008)
11955 Freedom Drive
Reston, VA  20190-5651
Tel:  (703) 456-1000
Facsimile: (703) 456-1001
Email: christian.word@lw.com

Counsel for a Joint Venture composed of Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC

**Rule 9022-1 Certification**

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Christian Word

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1              Date Rcvd: Jan 16, 2009
Case: 08-35653                 Form ID: pdforder          Total Served: 1
```

The following entities were served by first class mail on Jan 18, 2009.
       +Josef. S. Athanas,   Sears Tower,   233 South Wacker Drive, # 5800,   Chicago, IL 60606-6362

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2009**                    **Signature:** _Joseph Speetjens_