# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **IN RE:** | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC., et al.** | **Chapter 11 (Jointly administered)** |
| **Debtors,** | |

## ORDER

Paul K. Campsen previously filed in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division ("Bankruptcy Court"), a motion for admission <u>pro hac vice</u> ("Motion") in which he sought the entry of an order admitting Terrance A. Miller, Jr. and David M. Blau before the Bankruptcy Court for the purpose of representing Ramco West Oaks I, LLC, a Delaware limited liability company, Ramco JW, LLC, a Delaware limited liability company, RLV Village Plaza, LP, a Delaware limited partnership, RLV Vista Plaza, LP, a Delaware limited partnership, and Rebs Muskegon, LLC, a Delaware limited liability company, Pelkar Muskegon, LLC, a Delaware limited liability company, and Faram Muskegon, LLC, a Delaware limited liability company, as tenants in common (collectively, the "Landlords") in the bankruptcy proceeding styled *In Re: Circuit City Stores, Inc., et al.*, Bankruptcy Case No. 08-35653-KRH ("Case").

**IT APPEARING** to the Bankruptcy Court, and the Bankruptcy Court finds, that:

---

| | |
|---|---|
| Paul K. Campsen, Esq. | Terrance A. Hiller, Esq. |
| VSB No. 18133 | Michigan Bar No. P55699 |
| Kaufman & Canoles, a | David M. Blau, Esq. |
| professional corporation | Michigan Bar No. P52542 |
| 150 West Main Street (23510) | Kupelian Ormond & Magy, P.C. |
| Post Office Box 3037 | 25800 Northwestern Highway, Suite 950 |
| Norfolk, VA 23514 | Southfield, MI 48075 |
| Tele: (757) 624-3000 | Tele: (248) 357-0000 |
| Fax: (757) 624-3169 | Fax: (248) 357-7488 |

*Co-Counsel for Ramco West Oaks I, LLC, Ramco JW, LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, and Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and Faram Muskegon, LLC, as Tenants in Common*

1. Paul K. Campsen is in good standing with the United States Bankruptcy Court for the Eastern District of Virginia and with the Virginia State Bar as an attorney and counselor of law; and

2. For good cause the Motion should be granted.

It is therefore, **ADJUDGED, ORDERED** and **DECREED** that:

A. Terrance A. Hiller, Jr. and David M. Blau be, and are, permitted to appear before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, for the purpose of representing the Landlords in the Case.

B. After entry, the Clerk shall send a copy of this order to:

Paul K. Campsen, Esq.
Kaufman & Canoles
150 West Main Street, Suite 2100
Norfolk, VA 23510

Terrance A. Hiller, Jr.
David M. Blau, Esq.
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, MI 48075

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

        W. Clarkson McDow, Jr.
        Office of the U.S. Trustee
        701 E. Broad St., Suite 4304
        Richmond, VA 23219

Entered on docket: January 16 2009

                          ENTERED this ____ day of January, 2009.
                          Jan 14 2009

                        /s/ Kevin R. Huennekens
                        _____

                        Judge, United States Bankruptcy Court

**WE ASK FOR THIS:**

 /s/ Paul K. Campsen
Paul K. Campsen, Esq.
VSB No. 18133
Kaufman & Canoles, a
 professional corporation
150 West Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3000

Terrance A. Hiller, Esq.
Michigan Bar No. P55699
David M. Blau, Esq.
Michigan Bar No. P52542
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, MI 48075
Tele: (248) 357-0000

*Co-Counsel for Ramco West Oaks I, LLC, Ramco JW LLC, RLV Village Plaza LP, RLV Vista Plaza, LP, and Rebs Muskegon, LLC, Pelkar Muskegon, LLC and Faram Muskegon, LLC, as Tenants in Common*

3

## **CERTIFICATE**

Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that all necessary parties to this action have endorsed the foregoing order.

*/s/ Paul K. Campsen*

//mnt/orders/Attachments/doctopdf/alldocs/08-35653~11420091622854.DOC

4

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1              Date Rcvd: Jan 16, 2009
Case: 08-35653                 Form ID: pdforder          Total Served: 2
```

The following entities were served by first class mail on Jan 18, 2009.
       +David M. Blau,   Kupelian Ormond & Magy,   25800 Northwestern Highway,   Suite 950,
        Southfield, MI 48075-6116
       +Terrance A. Hiller,   Kupelian Ormond & Magy,   25800 Northwestern Highway,   Suite 950,
        Southfield, MI 48075-6116

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2009**                          **Signature:** _Joseph Speetjens_