IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | CASE NO. 08-35653-KRH-11 |
| CIRCUIT CITY STORES, INC., | ) | |
| | ) | |
| Debtor(s). | ) | |
| ------------------------------------------------------------- | ) | |
| | ) | |
| SAFEWAY INC., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Motion No. _____ |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | |
| and | ) | |
| W. CLARKSON MCDOW, JR., Trustee, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER GRANTING
MOTION FOR ADMISSION OF DAVID A. NEWBY AS
FOREIGN ATTORNEY *PRO HAC VICE***

Upon the Motion of Safeway Inc. and Steven L. Higgs, pursuant to Local Bankruptcy Rule 2090-1(E)(2)(Effective October 15, 2007), and for reasons apparent to the Court, it is hereby ORDERED that David A. Newby, a member of the Illinois State Bar, is admitted to practice before this court *pro hac vice* in this matter styled above.  Mr. Higgs shall serve as local counsel as provided by the Local Bankruptcy Rules.  Pleadings and notices may be addressed as indicated below the following endorsement(s).

STEVEN L. HIGGS, P.C. (VSB # 90566)
Steven L. Higgs (VSB # 22720)
9 Franklin Road, S.W.
Roanoke, Virginia  24011-2403
(540) 400-7990 Telephone
(540) 400-7999 Facsimile
Counsel for «MAT_Plaint»
higgs@higgslawfirm.com

Jan 14 2009

ENTER this _____ day of _____, 2009.

Entered on docket: January 16 2009

/s/ Kevin R. Huennekens
_____
KEVIN R. HUENNEKENS , JUDGE

WE ASK FOR THIS:

SAFEWAY INC. and
STEVEN L. HIGGS

By  /s/ Steven L. Higgs
        Of Counsel

STEVEN L. HIGGS, P.C. (VSB # 90566)
Steven L. Higgs (VSB # 22720)
9 Franklin Road, S.W.
Roanoke, Virginia  24011-2403
(540) 400-7990 Telephone
(540) 400-7999 Facsimile

and

David A. Newby, Esq. (Ill. Bar # 6191580)
Johnson & Newby, LLC
39 S. LaSalle Street, Suite 820
Chicago, Illinois 60603
(312) 345-1306, ext. 102 Telephone
(312) 345-1308 Facsimile

Counsel for Safeway Inc.

Order Copyright © 2009 by Steven L. Higgs, P.C.  All rights reserved.
Our File No. 07119.003\\FILES\07119.003\Pro Hac Vice Motion\01/14/09

STEVEN L. HIGGS, P.C. (VSB # 90566)
Steven L. Higgs (VSB # 22720)
9 Franklin Road, S.W.
Roanoke, Virginia  24011-2403
(540) 400-7990 Telephone
(540) 400-7999 Facsimile
Counsel for «MAT_Plaint»
higgs@higgslawfirm.com

**Certification Pursuant to Locan Bankruptcy Rule 9022-1(C)**

    The foregoing Order was served upon all necessary parties purusant to Local Bankruptcy Rule 9022-1(C).

                                                   /s/ Steven L. Higgs
                                                         Of Counsel

Order Copyright © 2009 by Steven L. Higgs, P.C.  All rights reserved.
Our File No. 07119.003\\FILES\07119.003\Pro Hac Vice Order\01/14/09

STEVEN L. HIGGS, P.C. (VSB # 90566)
Steven L. Higgs (VSB # 22720)
9 Franklin Road, S.W.
Roanoke, Virginia  24011-2403
(540) 400-7990 Telephone
(540) 400-7999 Facsimile
Counsel for «MAT_Plaint»
higgs@higgslawfirm.com

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Jan 16, 2009
Case: 08-35653                Form ID: pdforder          Total Served: 2

The following entities were served by first class mail on Jan 18, 2009.
aty            Steven L. Higgs,   Steven L. Higgs, P.C.,   9 Franklin Road, S.W.,   Roanoke, VA   24011-2403
              +David A. Newby,   39 S. LaSalle Street,   Suite 820,   Chicago, IL 60603-1616
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2009**                       **Signature:** _Joseph Speetjens_