UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                          )
                                                )
CIRCUIT CITY STORES, INC., et al.,              )    Case No. 08-35653-KRH
                                                )    Chapter 11
                    Debtors.                    )    (Jointly Administered)

**AMENDED VERIFIED STATEMENT OF
REPRESENTATION BY HIRSCHLER FLEISCHER, P.C.**

Hirschler Fleischer, P.C., pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, hereby submits the following disclosure as counsel for multiple parties in the above-styled bankruptcy proceedings:

1.  Hirschler Fleischer, P.C. has been retained by various interested parties, landlords and/or creditors to represent their interests in this bankruptcy proceeding, which interests include, but are not limited to, resolving issues relating to the landlords' respective nonresidential leases and filing appropriate claims for all clients.

2.  Hirschler Fleischer, P.C. serves as counsel for the following parties:

| **Name** | **Address** | **Interest** |
| --- | --- | --- |
| Altamonte Springs Real Estates Associates, LLC | 501 Washington Ave. Pleasantville, NY 10570 | Landlord |
| Basile Limited Liability Company | c/o Victor J. Basile 43 Ridgecrest Lane Bristol, CT 06010-2910 | Landlord |
| 502-12 86th Street LLC | c/o Century 21 22 Cortlandt St. New York, NY 10007 | Landlord |

---

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

| | | |
|---|---|---|
| Woodlawn Trustees, Incorporated | 1020 N. Bancroft Parkway 2nd Floor Wilmington, DE 19805 | Landlord |
| Remount Road Associates Limited Partnership | 5815 Westpark Drive Charlotte, NC 28217-3554 | Landlord |
| Cottonwood Corners – Phase V, LLC | c/o David Smoak 4801 Lang Ave., NE Suite 210 Albuquerque, NM 87109 | Landlord |
| Spring Hill Development Partners, GP, Dickson Management Associates, LLC and Gallatin Management Associates, LLC | c/o Spring Hill Development Partners, GP 201 Summit View Dr. Suite 110 Brentwood, TN 37027 | Landlord |
| RTS Marketing, Inc. | 23 W. Broad Street Suite 303 Richmond, VA 23220 | Creditor |

3.  Hirschler Fleischer, P.C. was retained by the general counsel or other counsel for each of the aforementioned clients, or directly by the clients.

4.  At the time of Hirschler Fleischer, P.C.'s employment, it did not own claims or interests against the debtors in the instant bankruptcy proceedings.

5.  Hirschler Fleischer, P.C. is employed only as counsel and is not authorized to otherwise act on behalf the aforementioned clients pursuant to any instruments.

6.  Under the penalty of perjury, this statement is made by Sheila deLa Cruz, an attorney of the law firm of Hirschler Fleischer, P.C. and who is duly admitted to the bar of the Commonwealth of Virginia. This statement is made to the best of her knowledge and belief and is verified to be true and correct as of the date hereof

Dated: January 16, 2009　　　　　　　　　　HIRSCHLER FLEISCHER, P.C.

　　　　　　　　　　　　　　　　　　　　By:　　/s/ Sheila deLa Cruz　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

*Counsel for Altamonte Springs Real Estate
Asssociates, LLC, Basile Limited Liability
Company, 502-12 86th Street, LLC,
Woodlawn Trustees, Incorporated, Remount
Road Associates Limited Partnership,
Cottonwood Corners – Phase V, LLC, RTS Marketing
LLC, Spring Hill Development Partners, GP,
Dickson Partners, GP, Management Associates, LLC and
Gallatin Management Associates, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

　　　　　　　　　　　　　　　　　　　　　　/s/ Sheila deLa Cruz　　　　
　　　　　　　　　　　　　　　　　　　　　　Sheila deLa Cruz

#2355394v1