IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No. 08-35653  (KRH) |
| CIRCUIT CITY STORES, INC.,<br>et al., | )<br>)<br>) Jointly Administered )<br>) |
| Debtors. | ) |

AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF McCANDLISH HOLTON,
PC AS A PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF
BUSINESS

STATE OF VIRGINIA        )
                         )
CITY OF RICHMOND         )

Helen L. Konrad, being duly sworn, deposes and says:

i)    I am a Helen L. Konrad of the firm McCandlish Holton, PC (the "Firm"), which has been employed by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] in the ordinary course of their business. The Debtors wish to retain the Firm to continue providing such ordinary-course services during their chapter 11 cases. This Affidavit is submitted in compliance with the Order Granting Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(A), 327, 330 And 331 Authorizing Debtors To Employ Professionals Utilized In The Ordinary Course Of Business (the "OCB Professionals Order").

1.    The Firm was provided with a list of interested parties, a copy of which is

---

[1] The Debtors are the following entities: Tweeter Home Entertainment Group, Inc. ("Tweeter"), Hillcrest High Fidelity, Inc., NEA Delaware, Inc., New England Audio Co., Inc., Sound Advice, Inc., Sound Advice of Arizona, Inc., Sumarc Electronics, Inc., and THEG USA, L.P.

770044.1                                                                    000000.00000

1

annexed hereto as Exhibit 1, and conducted a search of Firm's records for the names identified thereon. Based on that search, neither I, the Firm, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or stockholders, or any party in interest herein, except as set forth hereinafter:

(a)    The Firm has claim against the Debtors in the amount of $35,170 for services rendered prepetition.

(b)    The Firm has a vendor/vendee relationship with the below entities. The Firm's relationship with such entities will not effect its representation of the Debtor as described in paragraphs 3 - 7 and does not create a conflict of interest under the Rules of Professional Conduct.

| | |
|---|---|
| American Express | AON Risk Services |
| AT&T | Avaya, Inc. |
| Bank of America | CDW Direct, LLC |
| Chase Visa | City of Jacksonville |
| City of Richmond | County of Henrico, Virginia |
| Fairfax County Circuit Court | Hewlett-Packard Company |
| Insight Direct USA, Inc. | Insight Physicians, P.C. |
| InterCall | Internal Revenue Service |
| Metro Reporters, Inc. | Research In Motion Corporation |
| Specialty Risk Services | Sprint (Corp. Acct.) |
| Sprint (Data Services) | Sprint Conferencing Services |
| Sprint PCS | Staples |
| Suntrust Bank | Target |
| T-Mobile | Verizon Wireless Services, LLC |

(c)    The Firm currently represents the below entities in matters unrelated to the Debtors or the pending Bankruptcy proceedings. The Firm's concurrent representation of such entities will not effect its representation of the Debtor as described in paragraphs 3 - 7 and does not create a conflict of interest under the Rules of

770044.1                                                                                                              000000.00000

2

Professional Conduct.

| | |
|---|---|
| NiSource Inc. | The Brink's Company |
| Bank of America, N.A. | SunTrust Bank |
| Vanguard Products Group Inc. | Great American Insurance Company |
| Specialty Risk Services | Carmax Auto Superstores, Inc. |
| DHL Global Business Services | Golf Galaxy |
| Bank of America | SunTrust |
| Wachovia Bank & Securities | Millennium Retail Partners |
| Merrill Lynch Global Institutional Advisory Division | |

(d)   The Firm previously represented other entities on the attached list in matters unrelated to the Debtors and/or the pending bankruptcy proceedings. The Firm's prior representation of such entities will not effect its representation of the Debtor as described in paragraph 3 - 7 and does not create a conflict of interest under the Rules of Professional Conduct.

2.   The Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the engagement for which we are to be retained.

3.   The Firm provides immigration advice and processing of temporary work visas and permanent resident green cards for international personnel working for the Debtors. This includes processing of H1B visa petitions, PERM labor certification, I-140 Petitions for Immigrant Workers, and I-485 Applications to Adjust Status and related documentation.

4.   This Firm and certain of its members, counsel, and associates may have in the past represented, currently represent, and may in the future represent entities that are claimants or equity security holders of the Debtors in matters totally unrelated to the Debtors' chapter 11 cases. None of those past or current representations are material. This Firm will be in a position to identify with specificity all such persons or entities

770044.1                                                                                                                          000000.00000

when lists of all creditors of the Debtors have been prepared and will make any further disclosures as may be appropriate at that time. The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases directly to the Debtors, in accordance with the OCB Professionals Order, with such application to request compensation for services based on the hourly rates and flat fees arrangements set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The principal attorneys and paralegals designated to represent the Debtors and their current standard rates are:

5. Attorneys and Paralegals:

> Helen L. Konrad, attorney
> Helen Skakandy, paralegal
> Madeline Cruz, paralegal
> Kelly Murphy, paralegal

All services are provided on a "fixed fee" basis. The following are fixed fees for visa services:

| | | | |
|---|---|---|---|
| 1. | New H1B visa petitions for temporary workers | $2100 |
| 2. | H-1B Extension petitions for temporary workers | $1600 |
| 3. | PERM applications filed with the US Dept of Labor as the first stage for permanent residence | $3100 |
| 4. | I-140 petitions filed with the immigration service as the second stage for permanent residence | $1100 |
| 5. | I-485 applications filed with the immigration service as the last stage for permanent residence | $1100 |

6. The rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of

770044.1                                                                                    000000.00000

4

its attorneys, paralegals and other professionals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, CIS filing fees for H1B petitions ($2320), CIS filing fees for I-140 ($475), CIS filing fees for I-485 ($1010), classified advertising charges which are variable and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

7. Except as provided in the OCB Professionals Order, no representations or promises have been received by the Firm nor by any member, counsel, or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases.

WHEREFORE, affiant respectfully submits this Affidavit in Support of Employment of McCandlish Holton, PC as a Professional Utilized in the Ordinary Course of Business.

*Helen L. Konrad*

Helen L. Konrad, Esq
Director
McCANDLISH HOLTON, P.C.
1111 East Main Street, Suite 1500
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3825
(804) 775-3800
hkonrad@lawmh.com

STATE OF VIRGINIA          )
                           ) to wit:
CITY OF RICHMOND           )

The foregoing instrument was subscribed and sworn before me this 16 day of January, 2009, by Helen L. Konrad.

*Sharon Pachmayr*
Notary Public

My commission expires: November 30, 2010

My registration number: 7044692

770044.1

My Commission No. 7044692     000000.00000

Embossed Hereon Is My
Commonwealth of Virginia Notary Public Seal
My Commission Expires November 30, 2010
SHARON L. PACHMAYR

6

## Certificate of Service

I certify that on January 19, 2009, a true and correct copy of the foregoing Affidavit in Support of Employment of McCandlish Holton, PC as a Proffessional Utilized in the Ordinary Course of Business was severed via the Court's electronic case filing system or by regular, First-Class United States Mail, postage pre-paid, upon each party required to receive notice including the following:

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219-1888

Bruce Matson, Esq.
LeClair Ryan
951 E. Byrd St. 8th Floor
Richmond VA 23219

David S. Berman
Riemer & Braunstein
Three Center Plaza, 6th Floor
Boston, MA 02108

Jeffery N. Pomerantz
Pachulski Stang Ziehl & Jones
10100 Sata Monica Blvd., 11th Floor
Los Angles, CA 90067-4100

Robert Feinstein
Pachulski Stang Ziehl & Jones
780 Third Ave, 36th Floor
New York, NY 10017

Lynn Tavenner
Tavenner & Berman
20 N. 8th Street
Richmond, VA 23219

By:    /s/ Jeremy W. Martin
      Jeremy W. Martin

Jeremy W. Martin (VSB #73183)
McCANDLISH HOLTON, P.C.
1111 East Main Street, Suite 1500
P.O. Box 796
Richmond, Virginia 23218
(804) 775-3863 (telephone)
(804) 775-7201 (facsimile)

770044.1                                                                                                      000000.00000