UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al. | § | |
| | § | CHAPTER 11 |
| DEBTORS | § | (Jointly Administered) |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
AND REQUEST FOR ALL NOTICES, PAPERS, AND PLEADINGS

Please take notice that AMERICAN NATIONAL INSURANCE COMPANY, a creditor in the above-captioned case, hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through its undersigned counsel and further requests that duplicate notices of all hearings, proceedings, and reports, given or required to be served, be given to and served upon it through its attorneys:

> Frederick Black
> Tara B. Annweiler
> Greer, Herz & Adams, LLP
> One Moody Plaza, 18th Floor
> Galveston, Texas 77550
> tannweiler@greerherz.com

The foregoing request includes all notices, copies, and pleadings referred to in Bankruptcy Rules 2002, 3016, 3017, 4004, 4007, and 9007, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

Dated: January 19, 2008

222092.1                                    1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Tara B. Annweiler |
|  | Frederick Black |
| OF COUNSEL: | State Bar No. 02371100 |
|  | Tara B. Annweiler |
| GREER, HERZ & ADAMS, LLP | State Bar No. 00783547 |
| One Moody Plaza, 18th Floor | One Moody Plaza, 18th Floor |
| Galveston, Texas 77550 | Galveston, Texas 77550 |
| (409) 797-3200 | Email: tannweiler@greerherz.com |
| Fax: (409) 766-6424 |  |
|  | ATTORNEYS FOR AMERICAN NATIONAL INSURANCE COMPANY |

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was served on the parties listed on the attached Service List via first class mail and/or electronic mail by the CM-ECF system on this 19th day of January, 2008.

      /s/ Tara B. Annweiler
      Tara B. Annweiler

SERVICE LIST

Debtor:
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Debtor's Counsel:
Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510
dblanks@mcguirewoods.com; dfoley@mcquirewoods.com

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods, LLP
One James Center
901 E. Cary St.
Richmond, VA 23219
dhayes@mcguirewoods.com; jsheerin@mcguirewoods.com

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Debtor Designee:
Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233

U.S. Trustee:
W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

Counsel for U.S. Trustee:
Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov

Counsel for Official Committee of Unsecured Creditors:
Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100
bgodshall@pszjlaw.com; jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
jfiero@pszjlaw.com;

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com; pberan@tb-lawfirm.com

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Ave., 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

Committee of Unsecured Creditors:

Hewlett-Packard Company
Attn: Ramona Neal/Chris Patafio
11307 Chinden Blvd., MS 314
Boise, ID 83714

Samsung Electronics America, Inc.
Attn: Joseph McNamara
105 Challenger Rd.
Ridgefield Park, NJ 07660

222092.1                                    4

LG Electronics USA, Inc.
Attn: Brian Wehr
c/o H. Jason Gold
Wiley Rein LLP
7925 Jones Branch Drive
McLean, VA 22102

Alliance Entertainment
Attn: Douglas J. Bates
27500 Riverview Center Blvd.
Bonita Springs, FL 34134

Garmin International, Inc.
Attn: Lisa Brauch
1200 East 151st Street
Olathe, KS 66062

Simon Property Group, Inc.
Attn: Ronald M. Tucker
225 W. Washington St.
Indianapolis, IN 46204

Weidler Settlement Class
Attn: Christopher Jones and Martin Fletcher
Whiteford Taylor & Preston LLP
3190 Fairview Park Drive, Suite 300
Falls Church, VA 22042

Developers Diversified Realty Corp.
Attn: Eric C. Cotton
3300 Enterprise Parkway
Beachwood, OH 44122

Pension Benefit Guarantee Corporation
Attn: Sara Eagle
Office of General Counsel
1200 K St. NW
Washington, DC 20005

Toshiba America Consumer Products, LLC
Attn: Judy Oliver and Joe Shedlock
82 Totowa Road
Wayne, NJ 07470

Paramount Home Entertainment
Attn: Andi Marygold
5555 Melrose Ave.
Bluhdorn #213
Hollywood, CA 90038