Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

- - - - - - - - - - - - - - - - x
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | 1Case No. 08-35653-KRH |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

- - - - - - - - - - - - - - - - x

**SUPPLEMENTAL ORDER UNDER BANKRUPTCY CODE SECTIONS 105(a),363, AND 366, AND BANKRUPTCY RULE 6003 (I) APPROVING DEBTORS' ADEQUATE ASSURANCE OF PAYMENT, (II) ESTABLISHING PROCEDURES FOR RESOLVING REQUESTS BY UTILITY COMPANIES FOR ADDITIONAL ASSURANCE OF PAYMENT, (III) SCHEDULING A HEARING WITH RESPECT TO CONTESTED ADEQUATE ASSURANCE OF PAYMENT REQUESTS, AND (IV) AUTHORIZING DEBTORS TO PAY CLAIMS OF A THIRD PARTY VENDOR**

Upon the motion (D.I. 8); and the Court having entered the *Order Under Bankruptcy Code Sections 105(A),363, And 366, And Bankruptcy Rule 6003 (I)*

*Approving Debtors' Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Requests By Utility Companies For Additional Assurance Of Payment, (III) Scheduling A Hearing With Respect To Contested Adequate Assurance Of Payment Requests, And (Iv) Authorizing Debtors To Pay Claims Of A Third Party Vendor* (D.I. 117; the "Order"), which approved the relief requested in the Motion; and the Court having corrected certain aspects of the Order by entering the *Corrected Order Under Bankruptcy Code Sections 105(A),363, And 366, And Bankruptcy Rule 6003 (I) Approving Debtors' Adequate Assurance Of Payment, (II) Establishing Procedures For Resolving Requests By Utility Companies For Additional Assurance Of Payment, (III) Scheduling A Hearing With Respect To Contested Adequate Assurance Of Payment Requests, And (IV) Authorizing Debtors To Pay Claims Of A Third Party Vendor* (D.I. 832; the "Corrected Order") and together with the Order, the "Orders"); and the Debtors having advised the Court that, at their request, certain Utility Companies should be excluded from application of the Orders; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

Except to the extent expressly set forth herein, the Corrected Order shall remain in full force and effect.

1. The following Utility Companies are excluded from the application of the Orders:

    i. Florida Power & Light Company,
    ii. Potomac Electric Power Company,
    iii. Delmarva Power & Light Company,
    iv. Atlantic City Electric Company,
    v. Central Maine Power Company,
    vi. Alabama Power Company and
    vii. Baltimore Gas and Electric Company
    collectively, the "Excluded Utilities").

2. The agreements between the Debtors and each of the Excluded Utilities under Section 366 of the Bankruptcy Code are hereby authorized.

Dated:  Richmond, Virginia
        January ___, 2009


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –
Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                     /s/ Douglas M. Foley