### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re ) | |
| ) | |
| **CIRCUIT CITY STORES, INC.**, *et al.*, ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

### ORDER GRANTING MOTION TO PRACTICE *PRO HAC VICE* FOR STEVEN T. HOORT AND HEATHER J. ZELEVINSKY PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 (E) (2)

This matter came before the Court upon the Motion to Practice *Pro Hac Vice* (the "Motion") filed by Lisa Taylor Hudson of Sands, Anderson, Marks & Miller, P.C., seeking admission *pro hac vice* for Steven T. Hoort and Heather J. Zelevinsky, of the law firm of Ropes & Gray LLP, in the above-captioned bankruptcy proceeding on behalf of T.J. Maxx of CA, LLC pursuant to *Local Bankruptcy Rule* 2090-1(E)(2). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is required, and it is appropriate that Steven T. Hoort and Heather J. Zelevinsky be authorized to practice *pro hac vice* before the Court in the aforementioned bankruptcy proceeding, it is hereby accordingly,

**ORDERED, ADJUDGED, AND DECREED** that the Motion is hereby **GRANTED**;

It is further **ORDERED, ADJUDGED, AND DECREED** that Steven T. Hoort, may appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on behalf of T.J. Maxx of CA, LLC; and

It is further **ORDERED, ADJUDGED AND DECREED** that Heather J. Zelevinsky, may appear and *practice pro hac vice* in the above-captioned matter and any related proceedings on behalf of T.J. Maxx of CA, LLC.

ENTERED ON THE DOCKET:

_____      _____
                                                                            The Honorable Kevin R. Huennekens
                                                                            United States Bankruptcy Judge

**WE ASK FOR THIS:**

/s/ Lisa Taylor Hudson
Lisa Taylor Hudson, Esquire (VSB #45484)
William A. Gray, Esquire (VSB No. 46911)
Sands Anderson Marks & Miller
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23218-1998
Phone:  (804) 648-1636
Fax:      (803) 783-7291
lhudson@sandsanderson.com
bgray@sandsanderson.com
*Local Counsel for TJ Maxx of CA, LLC*

**COPIES TO:**

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
   *Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
   *Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
   *Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
   *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
   *Office of the U.S. Trustee*


Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
   *Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
   *Counsel for Bank of America, N.A.*

3

Bruce Matson, Esquire
LeClair Ryan, P.C.
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
   *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
   *Counsel for the Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
   *Counsel for the Creditors Committee*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
   *Counsel for the Creditors Committee*

## *LOCAL BANKRUPTCY RULE* 9022-1(C) CERTIFICATION

Pursuant to *Local Bankruptcy Rule* 9022-1 (C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Lisa Taylor Hudson