**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CIRCUIT CITY STORES, INC., et al.,** | * | Case No: 08-35653-KRH<br>Chapter 11<br>(Jointly Administered) |
| **Debtors.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**STATEMENT OF CURE AMOUNT UNDER THE NON-RESIDENTIAL
REAL PROPERTY LEASE WITH ANNAPOLIS PLAZA LLC**

Annapolis Plaza LLC ("Annapolis Plaza"), by and through its counsel, Whiteford, Taylor & Preston L.L.P., hereby submits this Statement of Cure Amount Under the Non-Residential Real Property Lease with Annapolis Plaza LLC.

1. On November 10, 2008 (the "Petition Date"), each of the above-referenced debtors (the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division.

2. Jurisdiction is vested in this Court pursuant to 28 U.S.C. §§ 157 and 1334. This proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue in proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

WHITEFORD, TAYLOR & PRESTON L.L.P.
Aryeh E. Stein (VSB # 45895)
Kevin G. Hroblak (MD # 26180)
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700
(410) 223-4302 (facsimile)

*Counsel for Annapolis Plaza LLC*

3. Circuit City Stores, Inc., one of the above-captioned Debtors, and Annapolis Plaza entered into a lease agreement (the "Lease") dated March 1, 1996 with regard to Store No. 785 located in the Annapolis Plaza Shopping Center, Annapolis, Maryland.

4. Annapolis Plaza hereby files its Statement of Cure pursuant to the Notice of Approval of Order (I) Approving Procedures in Connection with Sale of All or Substantially All of the Business, (II) Authorizing Debtors to Enter Into Stalking Horse Agreements in Connection with Store Closing and Miscellaneous Asset Sales or Stalking Horse or Financing Agreements in Connection with Going Concern Transactions, (III) Approving the Payment of Termination Fees in Connection Therewith, (IV) Setting Auction and Hearing Dates Pursuant to Bankruptcy Code Sections 105 and 363 and (V) Granting Related Relief (Docket No. 1454) which allows all cure amounts to be submitted to the Court with respect to a possible assumption or assignment of the Lease.

5. The cure amount for Annapolis Plaza as of January 16, 2009, exclusive of any lease rejection or other, related claims, but inclusive of taxes and insurance is:

**Pre-Petition:**
Rent for November 1 – 9, 2008                                      $12,375.00
CAM for November 1 – 9, 2008                                      $ 1,700.70
CAM Reconciliation for January 1 – November 9, 2008      $ 2,514.10

**Post-Petition:**
Rent for November 10 – 30, 2008                                    $28,875.00
CAM for November 10 – 30, 2008                                    $ 3,968.30
CAM Reconciliation for November 10 – December 31, 2008   $    416.35

**Legal Fees**                                                              $ 9,285.00

                                          **Total   $59,134.45**

Dated: January 20, 2009    Respectfully submitted,

/s/ Aryeh E. Stein
WHITEFORD, TAYLOR & PRESTON L.L.P.
Aryeh E. Stein, Esq. (VSB # 45895)
Kevin G. Hroblak, Esq. (MD # 26180)
Seven Saint Paul Street
Baltimore, Maryland 21202
410.347.8700
410.223.4302 (facsimile)

*Counsel for Annapolis Plaza LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2009, a copy of the foregoing Statement of Cure Amount Under Non-Residential Real Property Lease with Annapolis Plaza was served electronically via the Court's ECF/CM system and to the following via first class mail:

>Douglas M. Foley
>McGuire Woods, LLP
>One James Center
>901 East Cary St.
>Richmond, VA 23219
>
>Ian S. Fredericks and Kellan Grant
>Skadden, Arps, Slate, Meagher & Flom, LLP
>One Rodney Square
>P. O. Box 636
>Wilmington, DE 19899-0636
>
>Chris L. Dickerson
>Skadden, Arps, Slate, Meagher & Flom, LLP
>333 West Wacker Dr.
>Chicago, IL 60606

>>/s/ Aryeh E. Stein
>>Counsel

*1835135*