IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In Re: | : | CASE NO.: 08-35653 (KRH) |
|  | : |  |
| **CIRCUIT CITY STORES, INC.,** | : | **CHAPTER 11** |
| <u>et</u> <u>al</u>. | : |  |
|  | : | **Jointly Administered** |
| **DEBTORS.** | : |  |
|  | : |  |

**NOTICE OF APPEARANCE AND REQUEST FOR COPIES OF ALL NOTICES**

Cleveland Towne Center, LLC ("CTC"), a party in interest in the above-referenced bankruptcy case, files this Notice of Appearance and Request for Copies of All Notices pursuant to Bankruptcy Rule 2002(i), and requests that all notices which must be noticed to creditors, any creditor's committees, and any other parties-in-interest under these rules, whether sent by the Court, the debtor, or any other party in the case, be sent to the undersigned. CTC further requests that the following be added to the Court's Master Mailing List pursuant to Rule 2002(g):

> Cleveland Towne Center, LLC
> c/o Nicholas W. Whittenburg
> Miller & Martin PLLC
> Suite 1000, Volunteer Building
> 832 Georgia Avenue
> Chattanooga, TN  37402-2289

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive the (i) right to have final orders in non-core matters entered only after <u>de novo</u> review by a district court judge; (ii) right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) right to have the reference

withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which these parties may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

This 20th day of January, 2009.

                                        Respectfully Submitted,

/s/ Nicholas W. Whittenburg_____
    Nicholas W. Whittenburg
BPR # 14524
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, Tennessee 37402-2289
(423) 756-6600

*Attorney for Cleveland Towne Center, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned does hereby certify that a copy of the foregoing Notice of Appearance and Request for Copies of All Notices has been sent by electronic mail to those shown on the Notice of Electronic Filing receipt issued by the Clerk of the Court, and/or by placing a copy of the same in the United States Mail with sufficient postage affixed thereto to insure prompt delivery:

Circuit City Stores, Inc., et al.
9950 Mayland Drive
Richmond, VA 23233

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meaghen & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esq.
Scakken, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

*U.S. Trustee*
W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

                                                        /s/ Nicholas W. Whittenburg_____
                                                             Nicholas W. Whittenburg

This 20th day of January, 2009.