Malcolm M. Mitchell, Jr. (VSB No. 18098)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA 22314
Telephone:  703-837-6999
Facsimile:  703-549-4492
Email:  MMMitchell@vorys.com

and

Tiffany Strelow Cobb (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
Facsimile: 614-719-4663
Email:  tscobb@vorys.com

*Counsel for AOL LLC and Platform-A Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Judge Kevin R. Huennekens |
| | | |
| AOL LLC and PLATFORM-A INC. | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | |
| | ) | |
| Respondent. | ) | |

**AFFIDAVIT OF SERVICE OF MOTION OF AOL LLC AND PLATFORM-A INC. FOR RELIEF FROM THE AUTOMATIC STAY, TO THE EXTENT NECESSARY, FOR AUTHORITY TO TERMINATE CERTAIN ADVERTISING AGREEMENTS IN ACCORDANCE WITH THEIR TERMS, AND OF NOTICE OF MOTION**

On January 19, 2009, AOL LLC ("AOL") and its related entity, Platform-A Inc., formerly known as Advertising.com ("Platform-A") (AOL and Platform-A are collectively referred to as "Movants") filed their Motion with the Court pursuant to Sections 105 and 362(d)(1) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 4001(a) of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 4001(a)-1, for relief from the automatic stay, to the extent necessary, for authority to terminate certain advertising agreements by and between the Movants and one or more of the above-captioned debtors ("Circuit City" or "Debtors"), Docket No. 1661 (the "Motion"). Also on January 19, 2009, Movants filed their Notice of the Motion, Docket No. 1663 (the "Notice").

I hereby certify that on the 19th of January, 2009, the Motion and Notice were served by e-mail on those entities on the Core Service List that have not opted out of e-mail service, as defined in the Order Pursuant to Bankruptcy Code Section 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules ;2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures ("CMO").

I further certify that on the 20th of January, 2009, the Motion and Notice were served by e-mail on those entities on the 2002 Service List (as reflected on the Circuit City webpage of Kurtzman Carson Consultants as of January 19, 2009) that have not opted out of e-mail service, as defined in the CMO.

I further certify that on the 20th of January, 2009, the Motion and Notice were served by first class mail, postage prepaid upon those having no e-mail address listed on the Core Service

2

List and the 2002 Service List (as listed on the Circuit City webpage of Kurtzman Carson Consultants as of January 19, 2009). A listing of those entities are attached to this certification.

Dated: January 20, 2009                              Respectfully submitted,


/s/ Malcolm M. Mitchell, Jr.
Malcolm M. Mitchell, Jr. (VSB No. 18098)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, Virginia 22314
E-mail: mmmitchell@vorys.com

and

Tiffany Strelow Cobb, Esq. (OH-0067516)
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, Ohio 43216
Phone: (614) 464-8322
Fax:    (614) 719-4663
E-mail: tscobb@vorys.com

*Counsel for AOL LLC and Platform-A Inc.*