Attorney General of the United States
Robert P McIntosh
Main Justice Building Rm 5111
10th St and Constitution Ave NW
Washington, DC  20530

Attorney General of the US
Richard F Stein
Main Justice Building Rm 5111
10th St and Constitution Ave NW
Washington, DC  20530

Attorney General of the US
Robert K Coulter
Main Justice Building Rm 5111
10th St and Constitution Ave NW
Washington, DC  20530

Bronwen Price
Gail B Price Esq
2600 Mission St Ste 206
San Marino, CA  91108

Broward County
Jeffrey J Newton
Government Center
115 S Andrews Ave
Ft Lauderdale, FL  33301

Chatham County Tax Commissioner
Daniel T Powers
PO Box 8321
Savannah, GA  31412

Draper & Goldberg PLLC
Adam Hiller
1500 N French St 2nd Fl
Wilmington, DE  19801

Draper & Goldberg PLLC
James E Clarke
L Darren Goldberg
803 Sycolin Rd Ste 301
Leesburg, VA  20175

Eaton Corporation
David J Persichetti
Eaton Center
Eaton Ctr 1111 Superior Ave
Cleveland, OH  44114-2584

Gay McCall Isaacks Gordon & Roberts PC
David McCall
777 E 15th St
Plano, TX  75074

Griffith McCague & Wallace PC
Judy Gawlowski
200 Allegheny Center Mall
Pittsburgh, PA  15212

IBM Corporation
Vicky Namken
13800 Diplomat Dr
Dallas, TX  75234

Locke Lord Bissell & Liddell LLP
Elizabeth C Freeman
600 Travis St Ste 3400
Houston, TX  77002

Locke Lord Bissell & Liddell LLP
Thomas G Yoxall
Thomas A Connop
Melissa S Hayward
2200 Ross Ave Ste 2200
Dallas, TX  75201

Nicholls & Crampton PA
Kevin L Sink
PO Box 18237
Raleigh, NC  27619

Oklahoma County Treasurer
Tammy Jones Pro Se
320 Robert S Kerr Rm 307
Oklahaoma City, OK  73102

Ornelas Castillo & Ornelas PLLC
Sylvia M Ornelas
Mario A Castillo Jr
401 E Hillside Rd 2nd Fl
Laredo, TX  78041

Panattoni Law Firm
Fredrick Albert
34 Tesla Ste 100
Irvine, CA  92618

Pasadena Independent School District
Dexter D Joyner
4701 Preston Ave
Pasadena, TX  77505

Pennsylvania Dept of Revenue
Robert C Edmundson
5th Fl Manor Complex
564 Forbes Ave
Pittsburgh, PA  15219

Pentiuk Couvreur & Kobiljak PC
Kurt M Kobiljak
Edelson Building Ste 200
Wyandotte, MI  48192

Receivable Management Services
Phyllis A Hayes
PO Box 5126
Timonium, MD  21094

Tennessee Department of Revenue
TN Attorney Generals Office
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

UrbanCal Oakland II LLC
c o Urban Retail Properties LLC
900 N Michigan Ave Ste 900
Chicago, IL  60611

Walter Wilhelm Law Group
Michael L Wilhelm Esq
7110 N Fresno St Ste 400
Fresno, CA  93720