## EXHIBIT B

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - x
                              :
                              :  Chapter 11
In re:                        :
                              :  Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,    :
et al.,                       :  Jointly Administered
                              :
            Debtors.          :
- - - - - - - - - - - - - x

**AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF PETER E. GLICK,
ATTORNEY AT LAW AS A PROFESSIONAL UTILIZED IN THE
ORDINARY COURSE OF BUSINESS**

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF SACRAMENTO     )

PETER E. GLICK, being duly sworn, deposes and says:

1

i)    I am an attorney at law, and sole
proprietor of the firm of Peter E. Glick, Attorney at
Law (the "Firm"), which has been employed by the debtors
and debtors in possession in the above-captioned cases
(collectively, the ``Debtors'')[1] in the ordinary course
of their business.  The Debtors wish to retain the Firm
to continue providing such ordinary-course services
during their chapter 11 cases.  This Affidavit is
submitted in compliance with the Order Granting Debtors'
Motion For Order Pursuant To Bankruptcy Code Sections
105(A), 327, 330 And 331 Authorizing Debtors To Employ
Professionals Utilized In The Ordinary Course Of
Business (the "OCB Professionals Order").

---

[1]    The Debtors and the last four digits of their respective
taxpayer identification numbers are as follows: Circuit City
Stores, Inc. (3875), Circuit City Stores West Coast, Inc.
(0785), InterTAN, Inc. (0875), Ventoux International, Inc.
(1838), Circuit City Purchasing Company, LLC (5170), CC
Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Properties, LLC (3353), Kinzer
Technology, LLC (2157), Abbott Advertising Agency, Inc.
(4659), Patapsco Designs, Inc.(6796), Sky Venture Corp.
(0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC
(6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360),
and Circuit City Stores PR, LLC (5512).  The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan
Boulevard, Westminster, Colorado 80031.  For all other
Debtors, the address is 9950 Mayland Drive, Richmond, Virginia
23233.

2

1.    The Firm was provided with a list of
interested parties, a copy of which is annexed hereto as
Exhibit 1, and conducted a search of Firm's records for
the names identified thereon.  Based on that search,
neither I, the Firm, nor any member, counsel, or
associate thereof, insofar as I have been able to
ascertain, has any connection with the Debtors, their
creditors or stockholders, or any party in interest
herein, except as set forth hereinafter:

(a)   I am owed the sum of $19,346.81 for
services provided to the Debtors by the Firm
prior to the Debtors' filing of the Petition
("Pre-petition Claims").

2.    The Firm does not represent or hold any
interest adverse to the Debtors or their estates with
respect to the engagement for which we are to be
retained.

3.    I am owed the sum of $19,346.81 for
services provided to the Debtors by the Firm prior to
the Debtors' filing of the Petition ("Pre-petition
Claims").

3

4.    This Firm and certain of its members, counsel, and associates may have in the past represented, currently represent, and may in the future represent entities that are claimants or equity security holders of the Debtors in matters totally unrelated to the Debtors' chapter 11 cases. None of those past or current representations are material. This Firm will be in a position to identify with specificity all such persons or entities when lists of all creditors of the Debtors have been prepared and will make any further disclosures as may be appropriate at that time. The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases directly to the Debtors, in accordance with the OCB Professionals Order, with such application to request compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The principal [attorneys and paralegals/other professionals] designated to represent the Debtors and their current standard rates are:

4

5.    (a) Peter E. Glick, Attorney at Law,
California State Bar #127979.  Standard Hourly Rate:
$375.00.

(b) Roxanne Balison-White, Legal
Assistant.  Standard Hourly Rate: $100.00.

6.    The rates set forth above are subject to
periodic adjustments to reflect economic and other
conditions.  Such rates are the Firm's standard rates
for work of this nature.  The rates are set at a level
designed to fairly compensate the Firm for the work of
its [attorneys and paralegals/other professionals] and
to cover fixed and routine overhead expenses.  It is the
Firm's policy to charge its clients in all areas of
practice for all other expenses incurred in connection
with a client's case.  The expenses charged to clients
include, among other things, travel and lodging expenses
(including mileage, tolls, public transportation and
parking) where required, printing and reproduction
expenses; court filing and appearance fees and fees for
recording documents;  fees for electronic or facsimile
filing of documents;  service of process fees, federal
express, express mail, and postage fees and, in general,

5

all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

7. Except as provided in the OCB Professionals Order, no representations or promises have been received by the Firm [nor by any member, counsel, or associate thereof] as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

OCB Affidavit rev v2

WHEREFORE, affiant respectfully submits this Affidavit in Support of Employment of Peter E. Glick, Attorney at Law as a Professional Utilized in the Ordinary Course of Business.

Peter E. Glick, Ca. State Bar 127979
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA  95814
Tel: (916) 558-6182
Fax: (916) 448-2434
pglick@pglick.com

Sworn to before me this 16th day of January, 2008. 2009

Notary Public
My Commission Expires: 11/22/2009

ROXANE BALISON
COMM. # 1623689
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
My Commission Expires
November 22, 2009

7

OCB Affidavit rev v2