## EXHIBIT B

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MC GUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

-and-

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------x
                                    :   Chapter 11
In re:                              :
                                    :   Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, Inc.,          :
Et al.,                             :   Jointly Administered
                                    :
                       Debtors.     :
------------------------------------x

AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF
EUGENE L. GRIFFIN & ASSOCIATES, LTD. AS A
PROFESSIONAL UTILIZED IN THE ORDINARY
COURSE OF BUSINESS

STATE OF ILLINOIS    )
                     ) SS:
COUNTY OF COOK       )

TERRENCE J. GRIFFIN, being duly sworn, deposes and says:

i) I am a member of the firm of EUGENE L. GRIFFIN & ASSOCIATES, LTD. (the "Firm"), which has been employed by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] in the ordinary-course services during their chapter 11 cases. This Affidavit is submitted in compliance with the Order Granting Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(A), 327, 330 And 331 Authorizing Debtors To Employ Professionals Utilized In The Ordinary Course Of Business (the "OCB Professionals Order").

1. The Firm was provided with a list of interested parties, a copy of which is annexed hereto as Exhibit 1, and conducted a search of Firm's records for the names identified thereon. Based on that search, neither I, the Firm, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or stockholders, or any party in interest herein, except as set forth hereinafter:

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0-311), Prahs, Inc. (N/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

2

PAGE 3/6 * RCVD AT 1/20/2009 12:29:02 PM [Eastern Standard Time] * SVR:RIGHTFAX/3 * DNIS:2255 * CSID: * DURATION (mm-ss):01-14

a) <u>Sublessees</u>

i) GE Transportation Systems

Represented Sublessee in regard to tax assessment appeal matters at 6300 Muirfield Drive, Hanover Park, IL, DuPage County, Tax Parcel No. 02-05-101-001

ii) Toys R Us, Inc.

Representing Toys R Us for tax assessment appeal purposes at various locations in Illinois.

iii) Carmax Business Services, LLC

Representing Carmax Auto Superstores for tax assessment appeal purposes at various locations in Illinois and Indiana.

2. The Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the engagement for which we are to be retained.

3. The Firm has represented Debtor with regard to real estate tax related matters at locations in Illinois, Wisconsin and Minnesota since 1992.

4. This Firm and certain of its members, counsel, and associates may have in the past represented, currently represent and may in the future represent entities that are claimants or equity security holders of the Debtors in matters

3

totally unrelated to the Debtors' chapter 11 cases. None of those past or current representations are material. This Firm will be in a position to identify with specificity all such persons or entities when lists of all creditors of the Debtors have been prepared and will make any further disclosures as may be appropriate at that time. The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases directly to the Debtors, in accordance with the OCB Professionals Order, with such application to request compensation for services based on the hourly rates set forth below, plus reimbursement for actual and necessary expenses and other charges incurred by the Firm. The principal [attorneys and paralegals/other professionals] designated to represent the Debtors and their current standard rates are:

5.  This firm handles property tax appeals for Debtor on a Contingent/Flat Rate Basis and submits all invoices on an annual basis or when refunds are issued to Debtor.

6.  The rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its [attorneys and paralegals/other professionals] and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, filing fees, fees for obtaining assessment records and express mail delivery and, in general all

4

identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

7.  Except as provided in the OCB Professionals Order, no representations or promises have been received by the Firm [nor by any member, counsel, or associate thereof] as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases.

WHEREFORE, affiant respectfully submits this Affidavit in Support of Employment of Eugene L. Griffin & Associates, Ltd. as a Professional Utilized in the Ordinary Course of Business.

EUGENE L. GRIFFIN & ASSOCIATES, LTD.

By: _____
Terrence L. Griffin
29 N. Wacker Drive, Suite 650
Chicago, Illinois 60606

Sworn to before me this 20th day
of January, 2009.

_____
Notary Public
My Commission Expires:

OFFICIAL SEAL
LORRAINE HIELD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/05/12