**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CIRCUIT CITY STORES, INC., et al.,** | * | Case No: 08-35653-KRH |
| | | **Chapter 11** |
| **Debtors,** | * | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \*

**STIPULATION AND ORDER GRANTING MOTION TO PERMIT THE FILING OF A CLASS PROOF OF CLAIM**

Movants Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron ("Movants") have filed a Motion to Permit the Filing of a Class Proof of Claim (the "Motion") [Docket No. 1381]. It appears to the Court that proper notice was given, no objections have been filed, and that cause exists to grant the Motion. Accordingly, it is hereby **ORDERED** that:

1. The Motion is granted; and

2. The Movants shall be permitted to file one proof of claim for the Weidler Settlement Class for the amounts payable under the Settlement Agreement approved in the class action styled *Daniel E. Weidler, Michael F. Yezback, and Eloise Garcia v. Circuit City Stores, Inc.*

Entered: _____

_____
United States Bankruptcy Judge

---

Christopher A. Jones (VSB # 40064)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
703.280.9263
703.280.8942 (facsimile)

*Counsel for the Movants*

I ASK FOR THIS:

/s/ Christopher A. Jones
Christopher A. Jones (VSB # 40064)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
703.280.9263
703.280.8942 (facsimile)

*Counsel for the Movants*

SEEN AND CONSENTED TO:


/s/ Douglas M. Foley
Douglas M. Foley, Esq.
MCGUIREWOODS LLP
One James Center
901 East Cary St.
Richmond, Virginia 23219
804.775.1000
804.775.1061 (facsimile)

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
302.651.3028
888.329.9475 (facsimile)

*Counsel for the Debtors*

## Rule 9022 Certification

      I hereby certify that all necessary parties have been mailed a copy of or have endorsed this order.

                                      /s/ Christopher A. Jones
                                      Counsel