WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer, Esq.
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

-and-

KUTAK ROCK LLP
Michael A. Condyles, Esq. (Va. Bar No. 27807)
1111 East Main Street, Suite 800
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192

*Attorneys for Chase Bank USA, National Association*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

------------------------------------------------------------x
| | | |
|---|---|---|
| **In re** | : | Chapter 11 |
| | : | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

**ORDER GRANTING EXPEDITED HEARING AND SHORTENED NOTICE PERIOD**

**THIS MATTER** comes before the Court upon a request for an expedited hearing and shortened notice period by Chase Bank USA, National Association, as successor by merger with Bank One Delaware, National Association ("Chase"), to consider the *Motion of Chase Bank USA, National Association to Compel Rejection of Consumer Credit Card Program Agreement Pursuant to 11 U.S.C. 365(d)(2) and to Obtain Limited Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)* (the "Motion") and it appearing that good cause exists as alleged therein, it is **ORDERED, ADJUDGED AND DECREED** that:

4837-2372-7875.1

2

1. The request for an expedited hearing is granted.

2. The Motion shall be heard on the omnibus hearing date set for January 29, 2009 at 10:00 a.m. and the deadline for filing an objection to the Motion shall be January 27, 2009 at 5:00 p.m. Eastern Standard Time.

ENTERED:_____    _____
                    UNITED STATES BANKRUPTCY COURT JUDGE

Order submitted by:

/s/_____
Michael A. Condyles, Esq. (Va. Bar No. 27807)
KUTAK ROCK, LLP
1111 East Main Street, Suite 800
Richmond, Virginia  23219
(804) 644-1700

-and-

WEIL, GOTSHAL & MANGES LLP
Gary T. Holtzer, Esq.
767 Fifth Avenue
New York, New York  10153
(212) 310-8000

*Attorneys for Chase Bank USA, National Association*

4837-2372-7875.1                    2

**CERTIFICATE OF SERVICE**

  Pursuant to rule 9022-1(c), I hereby certify under penalty of perjury that on January 20, 2009, a true and exact copy of the foregoing proposed order was forwarded via electronic means or by overnight delivery to the following necessary parties defined as the Core Group in the case management order entered November 13, 2008: (i) the Debtors and counsel for the Debtors, (ii) the Office of the United States Trustee for the Eastern District of Virginia, (iii) counsel to the Official Committee of Unsecured Creditors, (iv) counsel to the agents for the Debtors' pre-petition lenders, and (v) counsel to the agents for the Debtors' post-petition lenders.

Dated: Richmond, Virginia   Respectfully submitted,
    January 20, 2009

               By: /s/ Michael A. Condyles
               Michael A. Condyles, Esq. (Va. Bar No. 27807)
               KUTAK ROCK, LLP
               1111 East Main Street, Suite 800
               Richmond, Virginia  23219
               (804) 644-1700

               -and-

               WEIL, GOTSHAL & MANGES LLP
               Gary T. Holtzer, Esq.
               767 Fifth Avenue
               New York, New York  10153
               (212) 310-8000

               *Attorneys for Chase Bank USA, National Association*