**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>ET AL.</u>, | Case No. 08-35653 (KRH) |
| Debtors | Jointly Administered |

**VERIFIED STATEMENT OF GIBBONS P.C.**
**PURSUANT TO FED. R. BANKR. P. 2019(a)**

Gibbons P.C. ("Gibbons") hereby submits this verified statement ("Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and states as follows:

1.    On or about November 10, 2008 (the "Petition Date"), Circuit City Stores, Inc. and certain of its affiliates (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11, title 11 of the United States Code.

2.    Gibbons appears in these cases on behalf of the following entities:

    a.    Bond-Circuit IV Delaware Business Trust ("Bond-Circuit IV")
        c/o Wilmington Trust Company
        1100 North Market Street
        Wilmington, DE 19890

    b.    Chelmsford Realty Associates ("Chelmsford" and with Bond Circuit, the "Entities")
        200 East 61st Street
        Suite 29F
        New York, NY 10065-8576

3.    The claims and/or interests of Bond-Circuit IV arise out of a lease from Bond-Circuit IV for certain non-residential real property located in West Palm Beach, Florida leased to the Debtors and amounts due and owing to Bond-Circuit IV under such lease.

4.      The claims and/or interests of Chelmsford arise out of a lease from Chelmsford for certain non-residential real property located in Blasdell, New York leased to the Debtors and amounts due and owing to Chelmsford under such lease.

5.      Each of the Entities separately requested that Gibbons represent it in connection with the Debtors' chapter 11 cases.

6.      As of the date hereof, Gibbons does not hold a claim against the Debtors.

7.      The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Gibbons reserves the right to revise and supplement this statement.

Dated:  Newark, New Jersey
        January 13, 2009

                                        GIBBONS P.C.

                                        BY:___/S/ MARK B. CONLAN_____
                                            Mark B. Conlan, Esq.
                                            One Gateway Center
                                            Newark, NJ 07102-5310
                                            Telephone: (973) 596-4500
                                            Facsimile: (973) 596-0545
                                            mconlan@gibbonslaw.com



ROGER A. FITZGERALD
Senior Paralegal

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4537 Fax: (973) 639-6228
rfitzgerald@gibbonslaw.com

January 13, 2009

William C. Redden
Clerk of Court
United States Bankruptcy Court for the Eastern District of Virginia
Spottswood W. Robinson III & Robert R. Merhige, Jr., U.S. Courthouse
701 East Broad Street, Suite 4000
Richmond, VA 23219-1888

**Re:  In re Circuit City Stores, Inc., et al.; Case No. 08-35653 (KRH)**

Dear Mr. Redden:

This firm represents Bond-Circuit IV Delaware Business Trust and Chelmsford Realty
Associates in the above-captioned case.  As per the guidance offered by the Clerk's office,
enclosed for filing find an original and one (1) copy of the Verified Statement of Gibbons P.C.
Pursuant to Fed. R. Bankr.P. 2019(a).  Kindly file the original with the Court and return a "file"
stamped copy in the enclosed, stamped, self-addressed envelope.  As the limited use CM/ECF
login and password assigned to attorney Mark B. Conlan is this case does not permit us to file
this document electronically, we have been advised by the Clerk's office to file it conventionally.

Thank you for your attention to this matter.

Sincerely,

Roger A. Fitzgerald

Roger A. Fitzgerald
Senior Paralegal

Enclosure

cc:      Mark B. Conlan, Esq.