## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

FILED JAN 2 0 2009
CLERK U.S. BANKRUPTCY COURT

In Re:

Circuit City Stores, Inc.,                BKY. 08-35653

Debtor.                Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Fed. R. Bankr. P. 9010(b), 2002(g) and 2002(i) and 11 U.S.C. § 1109(b), the undersigned herein provides notice of appearance in the above-captioned case, and requests that a copy of all notices given and all papers (including, but not limited to, pleadings, motions, applications, orders and reports) served or filed in this case, be served upon:

Christopher A. Camardello
Winthrop & Weinstine, P.A.
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
Phone: 612-604-6400 - Fax: 612-604-6800
ccamardello@winthrop.com

Neither this Notice, nor any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any case, controversy or proceeding; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments.

Dated: January 7, 2009                WINTHROP & WEINSTINE, P.A.

By: /e/ *Christopher A. Camardello*
Christopher A. Camardello
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629
(612) 604-6400

Attorneys for CC Plaza Joint Venture, LLP

4249275v1



# WINTHROP WEINSTINE

ATTORNEYS AND COUNSELORS AT LAW

January 13, 2009

Christopher A. Camardello
Direct Dial: (612) 604-6649
Direct Fax: (612) 604-6949
ccamardello@winthrop.com

U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

RE:   In Re: Circuit City Stores, Inc.
      Bankruptcy Court File No. 08-35653

Dear Clerk:

Enclosed please find for filing the Notice of Appearance and Request for Notice regarding the above-referenced matter. This is being mailed in as we are not registered to file electronically with the Eastern District of Virginia.

Please contact us with any questions or comments.

Thank you.

Sincerely,

WINTHROP & WEINSTINE, P.A.

Christopher A. Camardello

CAC/ja:13945.3
Enclosure

4261160v1