**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CIRCUIT CITY STORES, INC, et al., | § | CASE NO. 08-35653 |
| | § | |
| Debtor. | § | Jointly Administered Chapter 11 |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY
RULE 9010(b) COMBINED WITH REQUEST FOR NOTICES PURSUANT
TO BANKRUPTCY RULE 2002(a) AND (b) AND PLEADINGS
PURSUANT TO BANKRUPTCY RULE 3016 AND 3017 (a)**

CIRCUIT SPORTS, L.P., landlord and creditor in the above-numbered cause, hereby requests that all notices given or required to be given in this case, be given to and served upon it through its counsel, at the following address:

> Edward L. Rothberg
> Jessica L. Hickford
> Weycer, Kaplan, Pulaski & Zuber, P.C.
> 11 East Greenway Plaza, Suite 1400
> Houston, Texas  77046
> Telephone:  713-961-9045
> Facsimile:  713-961-5341
> Email:  erothberg@wkpz.com
> jhickford@wkpz.com

This request includes all notices, copies of pleadings referred to in Section 1109(b) of Title 11, United States Bankruptcy Code or in Rules 2002, 3016, 3017(a) or 9007 of the Bankruptcy Rules including without limitation notice of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this court in this case, whether formal or informal, whether written or oral, or transmitted or conveyed by mail, delivery, telephone or otherwise.

DATED:  January 21, 2009.

Respectfully submitted,

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.


By: ___*/s/ Edward L. Rothberg*_____
    EDWARD L. ROTHBERG
    State Bar No. 17313990
    JESSICA L. HICKFORD
    State Bar No. 24055661
    11 East Greenway Plaza, Suite 1400
    Houston, Texas 77046
    Telephone:  713.961.9045
    Facsimile:   713.961.5341

ATTORNEYS FOR CIRCUIT SPORTS, L.P.

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing Notice of Appearance Under Bankruptcy rule 9010(b), combined with Request for Notices Pursuant to Bankruptcy Rule 2002(a) and (b) and Pleadings Pursuant to Bankruptcy Rule 3016 and 3017 was mailed on January 21, 2009 to counsel for the Debtor:

Daniel F. Blanks
Dion W. Hayes
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

                          ___*/s/ Jessica L. Hickford*___
                              Jessica L. Hickford