UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION
FILED
JAN 20 2009
CLERK
U.S. BANKRUPTCY COURT

| | |
|---|---|
| In Re: | Chapter 11 |
| CIRCUIT CITY STORES, INC. | Case No: 08-35653 |
| Debtor, | Judge Kevin R. Hennekens |

**NOTICE OF OBJECTION TO PROPOSED TRANSFER OF CLAIM**

I, MELANIE FINCH, do hereby advise the court of my objection to the transfer of my claim, as proposed by Transferee UNITED STATES DEBT RECOVERY, LLC., and do not permit this court to transfer my claim to Transferee or any other entity.

Dated: January 13, 2009

*Melanie Finch*
MELANIE J. FINCH

# PROOF OF SERVICE

I am a claimant in this bankruptcy action and proposed transferor and I do hereby declare and certify that I am over the age of 18 and my address is 22056 Gilmore Street, Woodland Hills, California 91364-2338.

On January 14, 2009, I served the foregoing document described as **NOTICE OF OBJECTION TO PROPOSED TRANSFER OF CLAIM,** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main Street
Richmond, VA 23219-3538
*Bankruptcy Court*

United States Debt Recovery, LLC
940 Southwood Blvd., Suite 101
Incline Village, NV 89451
*Proposed Transferee*

[✓]    BY MAIL

I mailed the attached document to the above listed interested parties on January 14, 2009.

Executed on January 14, 2009, at Woodland Hills, California.

I declare under penalty of perjury that the above is true and correct.

MELANIE JEAN FINCH
Type or print name

*(signature: Melanie Finch)*
Signature