Martha E. Romero #12844 Calif
Romero Law Firm
6516 Bright Avenue
Whittier, CA 90601
562 907-6800
562 907-6820 fax
Romero@mromerolawfirm.com

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

ATTORNEY FOR RIVERSIDE COUNTY, CALIFORNIA TREASURER AND TAX COLLECTOR CALIFORNIA TAXING AUTHORITY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | § | Case No. 08-35653-KRH |
| | § | |
| | § | |
| Debtors. | | Jointly Administered |

**MOTION OF A. CARTER MAGEE, JR. FOR AN ORDER
AUTHORIZING MARTHA E. ROMERO TO APPEAR *PRO HAC VICE*
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

A. Carter Magee, Jr. (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia, an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), and a partner with Magee, Foster, Goldstein & Sayers, P.C., hereby moves this Court to enter an order authorizing, Martha E. Romero, General Counsel for the Riverside County, California Treasurer and Tax Collector, secured creditors and administrative claimants, pursuant to ad valorem property taxes in the above-captioned chapter 11 bankruptcy cases pursuant to Rule 2090-1 (E)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"). In support of the Motion, the Movant states as follows:

1. Martha E. Romero is admitted, practicing, and in good standing as a member of the bar of the State of California and Arizona. Ms. Romero has been practicing law since 1987. There are no disciplinary proceedings pending against her.

## WAIVER OF MEMORANDUM OF LAW

2. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

## NO PRIOR REQUEST

3. No prior request for the relief sough herein has been made to this Court in these bankruptcy cases or to any other court.

4. I, A. Carter Magee, Jr., am a member of this bar and I, or another attorney in my firm that is a member of the bar of this Court, will appear with Ms. Romero at all hearings she attends.

**WHEREFORE**, A. Carter Magee, Jr., respectfully requests that this Court enter an order substantially in the form of the proposed order attached as Exhibit A: (i) authorizing Martha E, Romero to appear *pro hac vice* in association with the Movant as attorney for the Riverside County, California Treasurer and Tax Collector in connection with the above-captioned chapter 11 cases and (ii) granting such other and further relief as is just and proper.

Dated: January 21, 2009                    Respectfully submitted,

/s/ A. Carter Magee, Jr.
A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
Phone: 540-343-9800
Fax: 540-343-9898

CERTIFICATE OF SERVICE

I certify that on January 15, 2009, I served copies of the foregoing by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

By: /s/ A. Carter Magee, Jr.

U:\A CLIENTS\Arlington ISD, et al. 9298\Riverside\Pro Hac Vice Motion-mer.doc

Martha E. Romero #12844 Calif
Romero Law Firm
6516 Bright Avenue
Whittier, CA 90601
562 907-6800
562 907-6820 fax
Romero@mromerolawfirm.com

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

ATTORNEY FOR RIVERSIDE, CALIFORNIA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | § | Case No. 08-35653-KRH |
| | § | |
| | § | |
| Debtors. | | Jointly Administered |

### ORDER GRANTING MOTION OF A. CARTER MAGEE, JR. FOR AN ORDER AUTHORIZING MARTHA E. ROMERO TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-2(E)(2)

The matter before the Court is the Motion of A. Carter Magee, Jr. For an Order Authorizing Martha E. Romero to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the "Motion"). Having reviewed the Motion and the Court's dockets, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) no party in interest filed an objection to the relief requested in the Motion; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion. It is accordingly

ORDERED


EXHIBIT A

that the Motion is GRANTED and Martha E. Romero shall be and is permitted to appear *pro hac vice* as counsel for the County of Riverside, California in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-2(E)(2).

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ A. Carter Magee, Jr.
_____
A. Carter Magee, Jr., Esq. (VSB #20284)
Magee, Foster, Goldstein & Sayers, P.C.
P.O. Box 404
Roanoke, VA 24003-0404
(540) 343-9800
U:\A CLIENTS\Arlington ISD, et al. 9298\Riverside\Pro Hac Vice Order.doc

### CERTIFICATE OF SERVICE

I certify that copies of the proposed order were served via electronic delivery and/or first class mail the 15th day of January, 2009, on all necessary parties pursuant to the Order establishing notice procedures in this case.

/s/ A. Carter Magee, Jr.

Serve:
All parties that have filed notices of appearance in this case by electronic mail.

2