# ECF PASSWORDS

## LIVE DATABASE:
[https://ecf.vaeb.uscourts.gov/cgi-bin/login.pl]

## TRAINING DATABASE:
[https://ecf-train.vaeb.uscourts.gov/cgi-bin/login.pl]