**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____ **Division**

**In re**                                                                                     Case No. _____

                                                                                              Adv. Proceeding No. _____

                    **Debtor(s)**

**TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on _____.

The parties included in the Appeal to the District Court:
    APPELLANT(S):  _____
                                       _____
                                       _____

    ATTORNEY:        _____
                                         _____
                                       _____

    APPELLEE (S):   _____
                                       _____
                                       _____

    ATTORNEY:        _____
                                       _____
                                       _____

Brief Description of Judgment/Order Appealed: _____
_____
_____

Date Judgment/Order Entered: _____

1. Filing Fees:   A.  Notice of Appeal - Filing Fee $5.00         ( ) Paid      ( ) Not Paid
                     B.  Appeal Docket Fee - $250.00                ( ) Paid      ( ) Not Paid     ( ) Deferred. See attached Request
2. ( ) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

                                                                         WILLIAM C. REDDEN, Clerk of the Court
Date: _____                                           By: _____, Deputy Clerk
..........................................................................................................................................................................
**CERTIFICATION TO APPELLATE COURT**
    It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within ten (10) days after the filing of the notice of appeal.

                                                                         WILLIAM C. REDDEN, Clerk of the Court
                                                                         By: _____, Deputy Clerk
..........................................................................................................................................................................
**District Clerk - Please complete and return second copy.**

DISTRICT COURT CASE NUMBER_____            Date _____

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                                                                                     [apptrans ver. 11/01/03]