| | |
|---|---|
| Brian T. Hanlon | A. Carter Magee, Jr., Esq. (VSB #20284) |
| Post Office Box 3715 | W. Joel Charboneau, Esq. (VSB #68025) |
| West Palm Beach, Florida 33402 | Magee, Foster, Goldstein & Sayers, P.C. |
| 561-355-2266 | Post Office Box 404 |
| 561-355-6879 FAX | Roanoke, Virginia 24003-0404 |
| bhanlon@pbcgov.org | (540) 343-9800 |
| | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

ATTORNEY FOR PALM BEACH COUNTY TAX COLLECTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | § | Case No. 08-35653-KRH |
| | § | |
| Debtors. | | Jointly Administered |

### ORDER GRANTING MOTION OF A. CARTER MAGEE, JR. FOR AN ORDER AUTHORIZING BRIAN T. HANLON TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-2(E)(2)

The matter before the Court is the Motion of A. Carter Magee, Jr. For an Order Authorizing Brian T. Hanlon to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(E)(2) (the "Motion"). Having reviewed the Motion and the Court's dockets, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) no party in interest filed an objection to the relief requested in the Motion; (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion. It is accordingly

ORDERED

that the Motion is GRANTED and Brian T. Hanlon shall be and is permitted to appear *pro hac vice* as counsel for the Palm Beach County (Florida) Tax Collector in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-2(E)(2).

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/  A. Carter Magee, Jr.
A. Carter Magee, Jr., Esq. (VSB #20284)
Magee, Foster, Goldstein & Sayers, P.C.
P.O. Box 404
Roanoke, VA  24003-0404
(540) 343-9800
//mnt/orders/Attachments/doctopdf/alldocs/08-35653~1212009125430422.doc

**CERTIFICATE OF SERVICE**

I certify that copies of the proposed order were served via electronic delivery and/or first class mail the 16th day of January, 2009, on all necessary parties pursuant to the Order establishing notice procedures in this case.

/s/ A. Carter Magee, Jr.

Serve:
All parties that have filed notices of appearance in this case by electronic mail.

2