UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., ET AL., | Case No. 08-35653 |
| Debtors. | Jointly Administered |

## ORDER AUTHORIZING ADMISSION PRO HAC VICE

This matter came before the Court on the Motion for Admission Pro Hac Vice (the "Motion") filed by Louis E. Dolan, Jr.,  a member in good standing of the bars of the State of Virginia, the United States District Court for the Eastern District of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, and finding (i) that proper notice of the Motion was given; and (ii) that Dennis J. Drebsky is a member in good standing and eligible to practice before the United States District Court for the Southern and Eastern Districts of  New York, and the Supreme Court of the State of New York,

IT IS HEREBY ORDERED that:

1.      The Motion is allowed; and

2.      Dennis J. Drebsky is hereby authorized to appear  *pro hac vice* in and in connection with this Chapter 11 case and any related adversary proceedings.

_____
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/ Louis E. Dolan
Louis E. Dolan, Jr. (Bar # 34437)
401 9th Street NW, Suite 900
Washington, DC 20004-2128
Tel.: (202) 585-8818
Email: ldolan@nixonpeabody.com

and

/s/ Christopher M. Desiderio
Dennis J. Drebsky (*pro hac vice* admission pending)
Christopher M. Desiderio (admitted pro hac vice)
437 Madison Avenue
New York, New York  10022
Tel.:  (212) 940-3000
Email: cdesiderio@nixonpeabody.com

Counsel to TomTom, Inc.


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(c)**

Pursuant to Local Bankruptcy Rule 9022-1(c), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

  /s/ Christopher M. Desiderio
Christopher M. Desiderio

- 2 -