Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

              - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - x
                             :
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   1Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND
365(a) AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF
CERTAIN EXECUTORY CONTRACTS**

          Upon the motion (the "Motion")[1] of the Debtors

for entry of an order, under Bankruptcy Code sections

105(a) and 365(a) and Bankruptcy Rule 6006, authorizing

the Debtors to reject certain executory contracts,

---

[1]    Capitalized terms not otherwise defined herein shall have the
    meanings ascribed to such terms in the Motion.

including any amendments or modifications thereto, as
set forth on the attached <u>Exhibit A</u> (collectively, the
"Contracts"), and any guaranties thereof; and the Court
having reviewed the Motion; and the Court having
determined that the relief requested in the Motion is in
the best interests of the Debtors, their estates, their
creditors, and other parties in interest; and it
appearing that proper and adequate notice of the Motion
has been given and that no other or further notice is
necessary; and upon the record herein; and after due
deliberation thereon; and good and sufficient cause
appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

The Motion is GRANTED.

1.    The Contracts and any guaranties thereof
are hereby rejected.  Nothing in this paragraph 2 shall
preclude a counterparty from seeking rejection damages
against a guarantor of a rejected guaranty, in addition
to such counterparty's right to seek rejection damages
under the Bankruptcy Code.

2.    Each counterparty to a Contract or any
guaranty thereof shall have until thirty (30) days from

the date this Order is entered on the docket to file a
proof of claim on account any and all claims (as defined
in the Bankruptcy Code) arising from or related to
rejection of its Contract or guaranty.

     3.    The requirement under Local Bankruptcy
Rule 9013-1(G) to file a memorandum of law in connection
with the Motion is hereby waived.

     4.    The Court retains jurisdiction to hear
and determine all matters arising from or related to the
implementation or interpretation of this Order.

Dated:  Richmond, Virginia
       January __, 2009

                     _____
                     UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I
hereby certify that the foregoing order has been
endorsed by or served upon all necessary parties.

                              /s/ Douglas M. Foley

4

**EXHIBIT A**
**Executory Contracts**

| Contract Counterparty | Contract | Contract Date |
|---|---|---|
| Capital Infrastructure, LLC<br>5625 Dillard Dr., S-105<br>Cary, NC 27511<br>Attn:  Jim Hunniford | Services Agreement | Oct. 8, 2006 |
| TRG Georgia City Place LLC<br>3477 Kingsboro Rd., NE<br>Atlanta, GA 30326<br>Attn:  Shannon Kiln | Bulk Sales Agreement | Oct. 9, 2007 |
| Camina Design<br>165 Fox Hollow Rd.<br>Pinehurst, NC 28374<br>Attn:  Noel Tuck | Bulk Sales Agreement | Signed May 17, 2007 by Circuit City. Not signed by Camina. |
| Brentwood Custom Homes<br>270 Northlake Blvd., S-1004<br>Altamonte, FL 32701<br>Attn:  Mark Herring | Subcontractor Base Agreement | Oct. 9, 2006 |
| American Heartland Homebuilder<br>22525 Hall Rd., Suite A<br>Macomb, MI 48042<br>Attn:  Rick Merlini | Bulk Sales Agreement | Dec. 28, 2006 |
| RL Vogel<br>605 Butler St.<br>Windermere, FL 34786<br>Attn:  Dean Vogel | Bulk Sales Agreement | Sep. 11, 2006 |
| McNally Construction Group<br>P.O. Box 818<br>Windermere, FL 34786<br>Attn:  Laine McBride | Subcontractor Agreement | N/A |
| McNally Construction Group<br>P.O. Box 818<br>Windermere, FL 34786<br>Attn:  Laine McBride | Bulk Sales Agreement | Nov. 16, 2007 |
| Dominion Partners<br>8601 Six Forks Rd., S-270<br>Raleigh, NC 27615<br>Attn:  Christopher Del | Bulk Sales Agreement | Signed May 2, 2007 by Circuit City. Not signed by Dominion. |
| Cousins Properties, Inc.<br>191 Peachtree St., NE S-3600<br>Atlanta, GA 30303<br>Attn:  Jason Frost | Bulk Sales Agreement | Signed Jun. 29, 2007 by Circuit City. Not signed by Cousins. |
| Park Condominiums<br>11508 Providence Rd., S-H211<br>Charlotte, NC 28277<br>Attn:  Terry Tolbert | Bulk Sales Agreement | Last signed on Jul. 10, 2007. |
| Daugherty Custom Homes LLC<br>1315 Daugherty Rd.<br>China Grove, NC 28023<br>Attn:  Jim Daugherty | Bulk Sales Agreement | Last signed on Jul. 25, 2007. |

| Contract Counterparty | Contract | Contract Date |
|---|---|---|
| Infrastructure Services, LLC<br>1249 Waggle Way<br>Naples, FL 34108<br>Attn:  Bruce Reale | Bulk Sales Agreement | Signed Jan. 9, 2008 by Infrastructure. Not signed by Circuit City. |
| Infrastructure Services, LLC<br>1249 Waggle Way<br>Naples, FL 34108<br>Attn:  Bruce Reale | $12,645.00 Purchase Order | Feb. 2, 2008 |
| TRG Georgia City Place LLC<br>3477 Kingsboro Rd., NE<br>Atlanta, GA 30326<br>Attn:  Shannon Kiln | Bulk Sales Agreement | Oct. 9, 2007 |
| Charles Rinek Construction, Inc.<br>Cypress Point Professional Park<br>50 Cypress Point Parkway, S-A1<br>Palm Coast, FL 32164<br>Attn:  Charles Rinek | Bulk Sales Agreement | Oct. 23, 2006 |
| Celebration Homes, Inc.<br>215 Celebration Place, #500<br>Celebration, FL 34747<br>Attn:  Rich Greco | Bulk Sales Agreement | Signed Feb. 28, 2007 by Circuit City. Not signed by Celebration. |
| CCD 10 Terminus Place, LLC<br>191 Peachtree St. NE, S-3600<br>Atlanta, GA 30303<br>Attn:  Jack Frost | Bulk Sales Agreement | Signed Dec. 28, 2007 by Circuit City. Not signed by CCD 10. |
| Bittle Incorporated<br>409 Fairway Dr.<br>Lake Lure, NC 28746<br>Attn:  John Bittle | Bulk Sales Agreement | Jun. 6, 2007 |
| Arthur Rutenberg Homes<br>402 S. Northlake Blvd., S-1012<br>Altamonte Springs, FL 32701<br>Attn:  Adina Land | Bulk Sales Agreement | Mar. 28, 2007 |
| Merrit Homes<br>9576 Marquette St.<br>Concord, NC 28027<br>Attn:  Scott Abel | Bulk Sales Agreement | Last executed on Dec. 13, 2006 |
| PSG Construction Inc.<br>803 S. Orlando Ave., Suite A<br>Winterpark, FL 32789<br>Attn:  Amy Pusey | Subcontractor Agreement | Nov. 20, 2007 |
| PSG Construction Inc.<br>803 S. Orlando Ave., Suite A<br>Winterpark, FL 32789<br>Attn:  Amy Pusey | Bulk Sales Agreement | Nov. 20, 2007 |
| SE Wyatt Company<br>P.O. Box 5314<br>Concord, NC 28027<br>Attn:  Scott Wyatt | Bulk Sales Agreement | Last signed on Nov. 20, 2006 |

| Contract Counterparty | Contract | Contract Date |
|---|---|---|
| Finney Builders, Inc.<br>1196 Gateway Dr.<br>Mooresville, NC 28115<br>Attn:  Amanda Lomax | Bulk Sales Agreement | Last signed on Nov. 28, 2006 |
| Gunther Development, LLC (a/k/a Imperial Homes)<br>8297 Champions Gate Blvd. #357<br>Champions Gate, FL 33896<br>Attn:  Nichole Riggio | Standard Subcontractor Agreement | Feb. 11, 2008 |
| William Stone Premier Properties, LLC<br>611 Campus St. #180<br>Celebration, FL 34747<br>Attn:  John Busuttil | Subcontractor Agreement | Jun. 13, 2007 |
| William Stone Premier Properties, LLC<br>611 Campus St. #180<br>Celebration, FL 34747<br>Attn:  John Busuttil | Bulk Sales Agreement | Dec. 15, 2006 |
| Hawkins Cyrill Custom Homes<br>190 Iriquois Trail<br>Columbus, NC 28722<br>Attn:  Frank Cyrill | Bulk Sales Agreement | Signed Dec. 7, 2007 by Circuit City. Not signed by Hawkins. |
| Image Builders<br>P.O. Box 2094<br>Windermere, FL 34786<br>Attn:  Sandy Harvey | Bulk Sales Agreement | Signed Dec. 17, 2007 by Circuit City. Not signed by Image. |
| R&S Hoffman Builders and Sons<br>1102 Wilde Dr.<br>Celebration, FL 34747<br>Attn:  Brad Hoffman | Bulk Sales Agreement | Feb. 28, 2007 |
| Palm Coast Builders<br>661 Maplewood Dr., S-22<br>Jupiter, FL 33458<br>Attn:  William Hanson | Bulk Sales Agreement | Signed Jun. 6, 2007 by Circuit City. Not signed by Palm Coast. |
| River Oaks Development Corporation<br>P.O. Box 540022<br>Orlando, FL 32854<br>Attn:  Tracey Smith | Bulk Sales Agreement | Signed Apr. 17, 2007 by Circuit City. Not signed by River Oaks. |
| Silvertree Construction<br>410 Veterans Rd.<br>Columbia, SC 29209<br>Attn:  Sean Reed | Bulk Sales Agreement | Signed Feb. 1, 2007 by Circuit City. Not signed by Silvertree. |
| D.R. Horton, Inc.<br>301 Commerce St., Suite 500<br>Fort Worth, TX 76102 | Master Addendum to Independent Contractor Addendum | Jun. 12, 2007 |
| CityPlace South Tower, LLC<br>550 Okeechobee Blvd.<br>West Palm Beach, FL 33401<br>Attn:  Arturo Pena | Purchasing and Service Agreement for CityPlace South | Signed May 8, 2008 by City-Place. Effective Date left blank |

| Contract Counterparty | Contract | Contract Date |
|---|---|---|
| TRG-500 Brickell Two, Ltd.<br>The Related Group<br>315 S. Biscayne Blvd.<br>Miami, FL 33131<br>Attn:  Jorge Gonzalez | Amended Purchasing and Service Agreement for West Towers | Dec. 5, 2007 |
| CNET Networks, Inc.<br>235 Second Street<br>San Francisco, CA 94105<br>Attn: Legal Department | Master Services Agreement | Oct. 8, 2008 |
| Critical Path, Inc.<br>1840 Gateway Drive, Suite 200<br>San Mateo, CA  94404 | Master Services Agreement | Jun. 7, 2000 |
| Critical Path, Inc.<br>1840 Gateway Drive, Suite 200<br>San Mateo, CA  94404 | Amendment No. 1 to Master Services Agreement | Aug. 19, 2003 |
| Marc J. Sieger<br>3805 Somerbrook Ct.<br>Richmond, VA 23233 | Consulting Agreement | Sep. 27, 2008 |