David W. Cranshaw, Esq.
MORRIS, MANNING & MARTIN, LLP
3343 Peachtree Road, NE
1600 Atlanta Financial Center
Atlanta, Georgia 30326
(404) 233-7000
(404) 365-9532 (facsimile)

Counsel to Industriaplex, Inc.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 |
| | : | |
| Debtors. | : | Jointly Administered |

## NOTICE OF APPEARANCE OF COUNSEL AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to Bankruptcy Rule 9010(b), the undersigned firm of Morris, Manning & Martin, LLP hereby enters its appearance as counsel in this case on behalf of Industriaplex, Inc., and further requests service of all papers pursuant to Bankruptcy Rule 2002 at the following address, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to the Bankruptcy Code or to their authorized agents, and that the undersigned be added to the master mailing list in these cases:

David W. Cranshaw, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
dhp@mmmlaw.com

2416478 v01

-2-

All parties in interest are hereby put on notice that the aforementioned creditor is represented by the undersigned and it is hereby requested that the undersigned be provided with copies of all notices, pleadings and other filings made in the above-styled cases, including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

This 15th day of January, 2009.

Respectfully submitted,

**MORRIS, MANNING & MARTIN, LLP**

By: _____
David W. Cranshaw
Georgia Bar No. 193450
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 233-7000

Counsel for Industriaplex, Inc.

-3-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 |
| | : | |
| Debtors. | : | Jointly Administered |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing Notice of Appearance of Counsel and Request for Service of Papers upon:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Dion W. Hayes, Esq.
Douglas M. Foley
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

by mailing a copy of same via United States Mail with sufficient postage to ensure delivery.

This 15th day of January, 2009.

_____
David W. Cranshaw
Georgia Bar No. 193450

Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
(404) 233-7000
Counsel for Industriaplex, Inc.

-3-