IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC. | Case No. 08-35653- KRH |
| Debtor | |
| WAYNE VF, LLC AND VORNADO REALTY TRUST | |
| Movants | |
| v. | |
| CIRCUIT CITY STORES, INC. | |
| Respondent | |

## ORDER

This matter having been opened to the United States Bankruptcy Court for the Eastern District of Virginia by the Movants, Wayne VF, LLC and Vornado Realty Trust, to apply for Order for Relief of Stay of Proceedings under 11 U.S.C. § 362 (d)(1), and having considered this matter and for good cause having been shown:

It is on this _____ day of _____, 2009

**ORDERED** that the Automatic Stay of Proceedings of James Fouskey v. Circuit City Stores, Inc. in the Superior Court of New Jersey, Bergen County, Law Division under Docket No. BER-L-3271-08 be and this same is hereby terminated; and it is

118486.1

**FURTHER ORDERED**, that Movants, Wayne VF, LLC and Vornado Realty Trust, will proceed only against the available insurance proceeds of Debtor.

ENTERED ON THE DOCKET   /   /

_____
The Honorable Kevin R. Huennekens
United States Bankruptcy Judge
Eastern District of Virginia
Richmond, Virginia

Service List

| | |
|---|---|
| Daniel F. Blanks, Esq.<br>Douglas M. Foley, Esq.<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510 | ATTORNEY FOR DEBTORS |
| Dion W. Hayes, Esq.<br>James S. Sheerin, Esq.<br>Sarah Beckett Boehm, Esq.<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | ATTORNEY FOR DEBTORS |
| Gregg M. Galardi, Esq.<br>Skadden, Arps, Slate, Meagher & From LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636 | ATTORNEY FOR DEBTORS |
| Charles L. Dickerson, Esq.<br>Skadden Arps, Slate, Meagher & From LLP<br>33 West Wacker Drive<br>Chicago, IL 60606 | ATTORNEY FOR DEBTORS |

2

118486.1

| | |
|---|---|
| Claudio M. Stanziola, Esq.<br>Monte, & Rudolph<br>800 The Plaza<br>PO Box 255<br>Sea Girt, New Jersey 08750 | ATTORNEY FOR DEBTORS<br>"New Jersey Superior Court" |
| Robert Van Arsdale, Esq.<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>600 E. Main Street, Suite 301<br>Richmond, VA 23219 | OFFICE OF U.S. TRUSTEE |
| Alisa Nunno DiChiara, Esq.<br>LAW OFFICES OF WILLIAM R. NUNNO<br>45 Essex Street<br>Hackensack, New Jersey 07601 | ATTORNEY FOR JAMES FOUSKEY |
| Matthew C. Simon, Esq.<br>Offices of John Tierney, LLC<br>1259 Route 46 East<br>Building 2, Suite 133<br>Parsippany, New Jersey 07054 | ATTORNEY FOR INDUSTRIAPLEX |
| The Honorable Menelaos W. Toskos<br>J.S.C. Bergen County Justice Center<br>10 Main Street<br>Hackensack, NJ 07101 | NEW JERSEY SUPERIOR COURT |

3

118486.1