# EXHIBIT F

Our File No.: 57976
MONTE & RUDOLPH
Counsellors at Law, P.A.
800 The Plaza
P.O. Box 255
Sea Girt, NJ 08750
TEL # (732) 449-0190 • FAX # (732) 974-9252
Attorneys for defendant, Circuit City Stores, Inc.

SUPERIOR COURT BERGEN COUNTY
FILED
NOV 26 2008



| | |
|---|---|
| JAMES FOUSKEY<br>Plaintiff<br>v.<br>CIRCUIT CITY STORES INC., WAYNE VF, LLC, VORNADO TRUST, STAR UNIVERSAL LLC, INDUSTRIAPLEX, INC., JOHN DOES 1-20 AND ABC CORPS. 1-20 (fictitious names)<br>Defendants | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>BERGEN COUNTY<br><br>DOCKET NO: BER-L-3271-08<br><br>CIVIL ACTION<br><br>SUGGESTION OF BANKRUPTCY AND NOTICE OF OPERATION OF AUTOMATIC STAY |

PLEASE BE ADVISED that on November 10, 2008, Circuit City Stores, Inc., and certain of its direct and indirect subsidiaries (collectively the "Debtors"),[1] filed voluntary petitions for reorganization relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, as amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250

"Bankruptcy Court"). The Debtors' bankruptcy cases are being jointly administered under In re Circuit City Stores, Inc., Case No. 08-35653 (E.D. Va.). As a result of the filing, any further action against the Debtors is stayed under Bankruptcy Code section 362.

PLEASE BE FURTHER ADVISED that any action taken against the Debtors or their property without first obtaining relief from the automatic stay from the Bankruptcy Court may be subject to findings of contempt and the assessment by the Bankruptcy Court of penalties, fines, and/or sanction, as may be appropriate.

        MONTE & RUDOLPH
        Counselors at Law, P.A.
        Attorneys for defendant,
        Circuit City Stores, Inc.

        STEPHEN A. RUDOLPH

Dated: November 25, 2008

---

Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.