# EXHIBIT G

Hon. Menelaos W. Toskos, J.S.C.
SUPERIOR COURT OF NEW JERSEY
Bergen County Justice Center
10 Main Street
Hackensack, New Jersey 07601

**FILED**
DEC 2 4 2008
MENELAOS W. TOSKOS
J.S.C.

DEC 2 6 2008

This Order is prepared and filed by the Court

| | |
|---|---|
| JAMES FOUSKEY,<br><br>Plaintiff,<br><br>vs.<br><br>CIRCUIT CITY STORES, INC.; WAYNE VF, LLC; VORNADO TRUST; STAR UNIVERSAL LLC,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION - BERGEN COUNTY<br>DOCKET NO. BER-L-3271-08<br><br>Civil Action<br><br>ORDER OF DISPOSITION<br>ON ACCOUNT OF<br>BANKRUPTCY PROCEEDING |

The court has been advised that CIRCUIT CITY STORES, INC. has filed a petition in bankruptcy. Accordingly, all claims pending herein against such petitioner in bankruptcy are dismissed, without prejudice and without costs, subject to restoration as allowed for below.

Any party making a claim against the petitioner in bankruptcy must within thirty (30) days from this date, file a formal application in the bankruptcy court to obtain permission to proceed with this pending matter, subject to any terms or conditions that the bankruptcy court may impose. Then, within thirty (30) days after receiving such permission to proceed from the bankruptcy court, the party making a claim against the bankrupt must file a formal motion to vacate this **ORDER OF DISPOSITION ON ACCOUNT OF BANKRUPTCY PROCEEDING** and to restore to the active calendar all claims against the petitioner in bankruptcy.

Failure of the party claiming against the petitioner in bankruptcy to follow the procedure outlined above shall be considered as a waiver of all rights to proceed under this caption.

Additionally, formal application shall be made, <u>no later than sixty (60) days</u> after the pending bankruptcy proceedings are concluded, to vacate this **ORDER OF DISPOSITION ON ACCOUNT OF BANKRUPTCY PROCEEDING** and restore the claim(s) made against the bankrupt if the pending bankruptcy proceedings do not fully dispose of all claims between the parties <u>and</u> one of the parties still wishes to pursue this matter under this caption. Again, failure to timely follow the above procedure shall be considered as a waiver of all rights to proceed by and/or against the bankrupt under this caption.

<u>PLEASE NOTE</u>: This Order does not in any way affect and/or stay proceedings in this caption as between any other party to the case. Counsel for **CIRCUIT CITY STORES, INC.** is hereby directed to serve a copy of this Order on all other parties/counsel within seven (7) days of receipt of this Order.

Dated: December 24, 2008

_____
MENELAOS W. TOSKOS, J.S.C.

This Order is prepared and filed by the Court
Copies have been mailed as indicated below

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION BERGEN COUNTY

JAMES FOUSKEY

Plaintiff(s)

v.

CIRCUIT CITY STORES, ET.AL.

Defendant(s)

Docket No. L-3271-08

CIVIL ACTION

ORDER
OF DISPOSITION ON ACCOUNT
OF
BANKRUPTCY PROCEEDING

SUPERIOR COURT BERGEN COUNTY
FILED
DEC 2 4 2008
DEPUTY CLERK

RECEIVED DEC 2 9 2008

The court has been advised that the party listed below has filed a petition in bankruptcy. Accordingly, all claims pending herein against such petitioner in bankruptcy are dismissed, without prejudice and without costs, subject to restoration as allowed for below.

Any party making claim against the petitioner in bankruptcy must, within 30 days from this date, file a formal application in the bankruptcy court to obtain permission to proceed with this pending matter, subject to any terms or conditions that the bankruptcy court may impose. Then, within 30 days after receiving such permission to proceed from the bankruptcy court, either the bankrupt party defendant or the party making claim against the bankrupt party must file a formal motion to vacate this **ORDER OF DISPOSITION ON ACCOUNT OF BANKRUPTCY PROCEEDING** and to restore to the active calendar all claims by and/or against the petitioner in bankruptcy.

Failure of either the bankrupt party or the party claiming against the petitioner in bankruptcy to follow the procedure outlined above shall be considered as a waiver of all rights to proceed under this caption.

Additionally, formal application shall be made, no later than 60 days after the pending

bankruptcy proceedings are concluded, to vacate this **ORDER OF DISPOSITION ON ACCOUNT OF BANKRUPTCY PROCEEDING** and restore the claim(s) made by and/or against the bankrupt party if the pending bankruptcy proceedings do not fully dispose of all claims between the parties and either the bankrupt plaintiff and/or the claimant then still wishes to pursue this matter under this caption. Again, failure to timely follow the above procedure shall be considered as a waiver of all rights to proceed by and/or against the bankrupt party under this caption.

PLEASE NOTE: This Order does not in any way affect and/or stay proceedings in this caption as between any other party to the case. Counsel for plaintiff and/or the bankrupt party is hereby directed to serve a copy of this Order on all other parties/counsel within seven (7) days of receipt of this Order.

Dated: DEC. 24, 2008

_____
ELIJAH L. MILLER JR., P.J.S.C.

BANKRUPT PARTY:

(1) <u>CIRCUIT CITY STORES INC</u>        (2) _____

(3) _____    (4) _____

ELM/cf
cc: Kathleen Stylianou