Bradley S. Copeland, OSB #87196
ARNOLD GALLAGHER SAYDACK
    PERCELL ROBERTS & POTTER, P.C.
P.O. Box 1758
Eugene, OR 97440-1758
Telephone: (541) 484-0188
Facsimile: (541) 484-0536
Of Attorneys for Creditor Washington Green TIC

RICHMOND DIVISION
FILED JAN 21 2009
CLERK
U.S. BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re | ) Case No. 08-35653-KRH |
| | ) |
| CIRCUIT CITY STORES, INC., et al | ) REQUEST FOR RULE 2002 |
| | ) NOTICES AND ALL OTHER |
| | ) NOTICES TO CREDITORS |
| | ) |
| Debtors. | ) |
| | ) |

Notice is hereby given that Washington Green TIC, creditor herein, requests that the following named party to be added to the matrix list in the above-captioned case in order to be served with all pleadings and papers, and all regular and special notices to creditors, including, without limitation, copies of all notices to creditors pursuant to Bankruptcy Rule 2002:

Washington Green TIC
c/o Bradley S. Copeland
P.O. Box 1758
Eugene, OR 97440-1758

DATED this 14th day of January, 2009.

ARNOLD GALLAGHER SAYDACK
PERCELL ROBERTS & POTTER, P.C.

By _____
Bradley S. Copeland, OSB #87196
Of Attorneys for Washington Green TIC

ARNOLD GALLAGHER SAYDACK PERCELL ROBERTS & POTTER
A PROFESSIONAL CORPORATION
800 Willamette Suite 800
P.O. Box 1758
Eugene, Oregon 97440-1758
541/484-0188

- Page 1 - REQUEST FOR RULE 2002 NOTICES AND ALL OTHER NOTICES TO CREDITORS

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing letter with a copy of the **Request for Rule 2002 Notices and All Other Notices to Creditors** on:

Gregg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate et al
P.O. Box 636
Wilmington, Delaware 19899-0636

Dion W. Hayes
Douglas M. Foley
McGuirewoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Chris Dickerson
Skadden, Arps, Slate et al
333 West Wacker Drive
Chicago, IL 60606

Proposed Counsel for Debtors and Debtors-In-Possession

by mailing, postage paid, a true copy to the above parties at the above parties' mailing addresses on the 14th day of January, 2009.

ARNOLD GALLAGHER SAYDACK
PERCELL ROBERTS & POTTER, P.C.

By _____
Bradley S. Copeland, OSB #87196
Of Attorneys for Washington Green TIC

# ARNOLD GALLAGHER SAYDACK
# PERCELL ROBERTS & POTTER

*A Professional Corporation*
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 800 Willamette Street<br>Suite 800<br>Eugene, OR 97401 | Telephone: (541) 484-0188<br>Facsimile: (541) 484-0536<br>E-Mail: bcopeland@agsprp.com<br>www.arnoldgallagher.com | Correspondence:<br>P.O. Box 1758<br>Eugene, OR 97440-1758 |

BRADLEY S. COPELAND

January 14, 2009

Clerk of the Court
US Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219-1888

    Re:    In re Circuit City Stores, Inc.
             US Bankruptcy Court Case No.: 08-35653-KRH

Dear Court Clerk:

    Enclosed herein for filing is Creditor Washington Green TIC's Request For Rule 2002 Notice and All Other Notices to Creditors. Thank you.

                                Yours truly,

                                Bradley S. Copeland /by bdd

BSC:bdd
Enclosure
cc:    Counsel on Certificate of Service