# MOREHEAD
**Howard & Martha Jane**
10712 Calaveras Cove
Belton, Texas 76513
(254) 780-3198
Email: HSM1@prodigy.net

January 15, 2009

Honorable Judge Kevin Huennekens
U.S. Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Suite 4000
Richmond, VA 23219

```
RICHMOND DIVISION
FILED  JAN 2 1 2009  FILED
CLERK
U.S. BANKRUPTCY COURT
```

REF: Circuit City Case No. 08-35653

Honorable Judge Huennekens,

I am seeking information concerning Circuit City bankruptcy. If Circuit City does go completely Out of Business? What would be the status of their "Service Contracts" with customers? Would those funds be set aside, and returned to customers; or will the service contracts be transferred (with funding from Circuit City remaining funds) to a three party like GE Service Company, Sears Service, or etc. and be honored for the reminder of the contact period?

The reason I am inquiring about the service contract, I just purchased a Digital T.V. with a five year service contract from Circuit City. If there is a possibility I will lose my money if they go completely out of business, I can cancel the contract before the end of the month.

Please reply with an answer as soon as possible. I appreciate your time in this matter. And thank you for your response to my inquiry.

Sincerely,

*[signature]*
Howard Morehead