**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **CIRCUIT CITY STORES, INC., <u>et al.</u>,** | * | Case No: 08-35653-KRH |
| | | **Chapter 11** |
| Debtors, | * | (Jointly Administered) |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTION TO EXPEDITE HEARING ON MOTION TO PERMIT THE FILING OF A CLASS PROOF OF CLAIM WITH SUPPORTING MEMORANDUM**

Movants Maria G. Moncayo and Luetta Smith ("Movants" or "Plaintiffs"), by and through their undersigned attorneys, and pursuant to Rules 9013(N) of the Local Rules of Bankruptcy Procedure, file this Motion to Expedite Hearing on Motion to Permit the Filing of a Class Proof of Claim (the "Motion"), which seeks entry of an order allowing the Movants to file one (1) Proof of Claim for the a certain class of plaintiffs (the "Moncayo Settlement Class"), as certified in the class action proceeding in the Los Angeles County Superior Court, Case No. BC368793, styled *Maria G. Moncayo et al. v. v. Circuit City, Inc.* The grounds for the Motion are as follows:

1. The Court has jurisdiction over the Motion under 28 U.S.C. §§ 157 and 1334.

2. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief sought herein are, *inter alia*, §§ 105, 361 and 362(d)(1) of the Bankruptcy Code, and Bankruptcy Rules 4001 and 9014.

---

WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones (VSB # 40064)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
703.280.9263
703.280.8942 (facsimile)

*Counsel for the Movants*

### Parties

4.On November 10, 2008 (the "Petition Date"), the Debtor and several related entities filed Petitions under Chapter 11 of the Bankruptcy Code.

5.The Debtor is in possession of its assets and is acting as a "debtor-in-possession" under 11 U.S.C. § 1107.

6.The Movants are the class representatives of a class of former employees of the Debtor.

### The Litigation

7.On April 5, 2007, the Plaintiffs filed a proposed class action complaint in Los Angeles County Superior Court, Case No. BC369011, styled styled *Maria G. Moncayo et al. v. v. Circuit City, Inc.* (the "California Litigation").

8.In August 2008, Plaintiffs and the Debtor reached a settlement of the California Litigation, which was documented in a Joint Stipulation of Settlement Agreement and Release of Class Action Claims (the "Settlement Agreement").

9.On or about October 31, 2008, the Los Angeles County Superior Court entered an Order Granting Preliminary Approval of Class Action Settlement and set a hearing for January 14, 2009 to consider final approval of the Settlement Agreement, which hearing did not occur because of the Debtor's bankruptcy filing.

### Relief Requested

10.In the Motion, Movants seek the entry of an order permitting them to file one (1) Proof of Claim on behalf Moncayo Settlement Class.  The claim bar date is January 30, 2009.  In order for the Motion to be heard and timely ruled upon, the Motion needs to be set on the

January 29, 2009 omnibus hearing docket.  The Debtors have agreed to the Motion being scheduled on the January 29, 2009 docket.  Movants hereby certify that the requirements of Local Rule 9013-1(N) are satisfied.

WHEREFORE, the Movants request an Order setting the Motion for hearing on the January 29, 2009 omnibus hearing docket and granting such other relief as this Court deems just and proper.

Dated:   January 22, 2009                                   Respectfully submitted,

                                                            WHITEFORD, TAYLOR & PRESTON, LLP,


                                                            /s/ Christopher A. Jones
                                                            Christopher A. Jones (VSB # 40064)
                                                            3190 Fairview Park Drive, Suite 300
                                                            Falls Church, Virginia 22042
                                                            703.280.9263
                                                            703.280.8942 (facsimile)

                                                            *Counsel for the Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2009, a copy of the foregoing Motion was filed and served via the Court's Electronic Case Filing System on all parties receiving such notice and on all parties on the attached Service List.

/s/ Christopher A. Jones
Counsel