IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*,[1] | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**CONSENT MOTION OF THE PENSION BENEFIT GUARANTY CORPORATION FOR ENTRY OF STIPULATION AND ORDER REGARDING FILING OF CLAIMS BY <u>PENSION BENEFIT GUARANTY CORPORATION</u>**

With the consent of the Debtors, the Pension Benefit Guaranty Corporation ("PBGC") respectfully moves the Court for entry of a Stipulation and Order to allow each proof of claim filed by PBGC in Case No. 08-35653 to be deemed filed separately for Circuit City Stores, Inc. and all other debtors and debtors in possession jointly administered under Case No. 08-35653 (collectively, the "Debtors"). The Stipulation and Order, attached as Exhibit A, is intended solely for the purpose of administrative convenience to the Debtors, the PBGC and the Debtors' claims agent and shall not affect the substantive rights of the parties or any other party in interest.

Respectfully submitted,

/s/ Sara B. Eagle
Sara B. Eagle, Attorney
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005
(202) 326-4020, ext. 3881

---

[1] The Debtors in the jointly administered cases include: Circuit City Stores, Inc.; Abbott Advertising Agency, Inc.; Circuit City Stores West Coast, Inc.; CC Distribution Company of Virginia, Inc.; Circuit City Properties, LLC; Patapsco Designs, Inc.; Ventoux International, Inc.; Sky Venture Corporation; PRAHS, Inc.; XSStuff, LLC; Kinzer Technology, LLC; Circuit City Purchasing Company, LLC; Orbyx Electronics, LLC; InterTAN, Inc.; CC Aviation, LLC; Courchevel, LLC; Circuit City Stores PR, LLC; Mayland MN, LLC.