**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January, a true and correct copy of the foregoing consent motion and attached exhibit was served on all persons receiving electronic notice in these cases and served on the 23rd of January on all parties on the Primary Service List as indicated in the order entered on the docket on November 13, 2008 establishing notice, case management, and administrative procedures.

/s/ Sara B. Eagle
Sara B. Eagle