Louis E. Dolan, Jr. (Bar # 34437)
401 9th Street NW, Suite 900
Washington, DC 20004-2128
Tel.: (202) 585-8818
Email: ldolan@nixonpeabody.com

and

Dennis J. Drebsky (*pro hac vice* admission pending)
Christopher M. Desiderio (admitted pro hac vice)
437 Madison Avenue
New York, New York 10022
Tel.: (212) 940-3000
Email: cdesiderio@nixonpeabody.com

*Counsel for TomTom, Inc.*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) ) | Jointly Administered |
| _____ | ) | |

## ORDER SETTING AN EXPEDITED HEARING ON TOMTOM, INC.'S EMERGENCY MOTION TO SEAL EXHIBIT FILED BY THE DEBTORS

Upon the motion (the "Motion") of TomTom, Inc. ("TomTom") for an Order, pursuant to Bankruptcy Code section 105, Rules 2002, 9006, 9007 of the Federal Rules of Bankruptcy Procedure and Rules 9013-1(N) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Eastern District of Virginia, requesting an expedited hearing; the court having review the Motion, and the Court having determined that the relief requested in the Motion is in the best interest of TomTom and the Debtors; it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; after due deliberation thereon; and good and sufficient cause appearing therefore; and upon the record herein; it is hereby;

12351385.1

**ORDERED, ADJUDGED, AND DECREED that**:

1. The Motion is GRANTED.

2. The notice period is shortened and a hearing will be held on January 16, 2009 at 10:00 a.m., Eastern Time, to hear and consider TomTom, Inc.'s Emergency Motion to Seal Exhibit Filed By The Debtors.

3. Adequate notice of the relief sought in the Motion has been given and no further notice is required.

4. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: Richmond, Virginia
      January __, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ Louis E. Dolan
Louis E. Dolan, Jr. (Bar # 34437)
401 9th Street NW, Suite 900
Washington, DC 20004-2128
Tel.: (202) 585-8818
Email: ldolan@nixonpeabody.com

and

/s/ Christopher M. Desiderio
Dennis J. Drebsky (*pro hac vice* admission pending)
Christopher M. Desiderio (admitted pro hac vice)
437 Madison Avenue
New York, New York  10022
Tel.:  (212) 940-3000
Email: cdesiderio@nixonpeabody.com

Counsel to TomTom


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(c)

Pursuant to Local Bankruptcy Rule 9022-1(c), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

 /s/ Christopher M. Desiderio
Christopher M. Desiderio