Louis E. Dolan, Jr. (Bar # 34437)
401 9th Street NW, Suite 900
Washington, DC 20004-2128
Tel.: (202) 585-8818
Email: ldolan@nixonpeabody.com

and

Dennis J. Drebsky (*pro hac vice* admission pending)
Christopher M. Desiderio (admitted pro hac vice)
437 Madison Avenue
New York, New York  10022
Tel.:  (212) 940-3000
Email: cdesiderio@nixonpeabody.com

*Counsel for TomTom, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653 |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**ORDER AUTHORIZING DEBTORS TO FILE**
**CERTAIN DOCUMENTS UNDER SEAL**

Upon the motion (the "Motion")[1] of TomTom, Inc. ("TomTom") for an Order, pursuant to section 107(b) (1) of the Bankruptcy Code and Rule 9018 of the Federal Rules of Bankruptcy Procedure, wherein TomTom requested authority to seal a certain exhibit filed by the above-captioned debtors (the "Debtors"); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby,

**ORDERED, ADJUDGED, AND DECREED that**:

---

[1] Capitalized terms used herein shall have the meanings ascribed to such terms in the Motion.

12351385.2

1.The Motion is GRANTED.

2.The Clerk of the Court shall immediately seal "Exhibit A" to the Debtor's *Objection to the Motion of TomTom, Inc. For an Order Under Sections 105, 362 and 363 Modifying the Automatic Stay to Permit the Exercise of Setoff and/or Recoupment Rights Against the Debtors* (the "<u>Setoff Objection</u>")[Dkt No. 1475].

3.This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated: Richmond, Virginia
January __, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

12351385.2

WE ASK FOR THIS:

/s/ Louis E. Dolan
Louis E. Dolan, Jr. (Bar # 34437)
401 9th Street NW, Suite 900
Washington, DC 20004-2128
Tel.: (202) 585-8818
Email: ldolan@nixonpeabody.com

and

/s/ Christopher M. Desiderio
Dennis J. Drebsky (*pro hac vice* admission pending)
Christopher M. Desiderio (admitted pro hac vice)
437 Madison Avenue
New York, New York  10022
Tel.:  (212) 940-3000
Email: cdesiderio@nixonpeabody.com

Counsel to TomTom, Inc.


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(c)

Pursuant to Local Bankruptcy Rule 9022-1(c), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

     /s/ Christopher M. Desiderio
Christopher M. Desiderio

12351385.1