Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

              - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   1Case No. 08-35653 (KRH)
et al.,                       :
                              :
             Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - - x

**SUPPLEMENTAL ORDER PURSUANT TO BANKRUPTCY CODE
SECTIONS 105(a) AND 365(a) AND BANKRUPTCY RULE 6006
AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order, under Bankruptcy Code sections 105(a) and 365(a) and Bankruptcy Rule 6006, authorizing the Debtors to reject certain executory contracts

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

(Docket No. 995), including any amendments or modifications thereto and any guaranties thereof, which was approved, except as to certain parties as set forth in this Court's Order Pursuant to Bankruptcy Code Sections (a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contracts (Docket No. 1260); and the Court having reviewed the Motion and the objections thereto; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

Any objections to the Motion are OVERRULED and the Motion is GRANTED.

1. The Contracts set forth on Exhibit A and any guaranties thereof are hereby rejected. Nothing in this paragraph 2 shall preclude a counterparty from

seeking rejection damages against a guarantor of a rejected guaranty, in addition to such counterparty's right to seek rejection damages under the Bankruptcy Code.

    2.    Each counterparty to a Contract or any guaranty thereof shall have until the later of (i) thirty (30) days of date this Order is entered on the docket and (ii) January 30, 2008, to file a proof of claim on account any and all claims (as defined in the Bankruptcy Code) arising from or related to rejection of its Contract or guaranty.

    3.    The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

        4.    The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:   Richmond, Virginia
          January \_\_, 2009

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      /s/ Douglas M. Foley

# EXHIBIT A
## Executory Contracts

| Contract Counterparty | Contract | Contract Date |
|---|---|---|
| Savitri I. Cohen<br>53 Innsbrook Blvd<br>Hopewell Junction, NY 12533 | Enforcement of Employment Agreement Letter and Employment Agreement | 6/2/08 |
| Robyn Davis<br>901 Jamerson Ln<br>Glen Allen, VA   23060 | Settlement and General Release Agreement | 8/12/08 |
| Victor M. Engesser<br>5216 Willane Rd.<br>Glen Allen, VA   23060 | Enforcement of Employment Agreement Letter and Employment Agreement | 8/22/08 |
| Patrick S. Longood<br>8124 Hampton Springs Rd<br>Chesterfield, VA   23832 | Enforcement of Employment Agreement Letter and Employment Agreement | 11/7/08 |
| Leigh Ann Moore<br>2030 Chartstone Dr.<br>Midlothian, VA   23113 | Termination of Employment Separation Agreement and General Release letter, and Severance Agreement and General Release for Change in Control | 8/12/08 |
| James M. Stacia<br>8651 Riverview Dr.<br>Richmond, VA   23229 | Termination of Employment Separation Agreement and General Release letter | 9/2/08 |
| David Steinbach<br>1402 Water Lily Court<br>Midlothian, VA   23114 | Separation Agreement and Release of Claims | 5/22/08 |