IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------ x
                                                :

In re:                                    :        Chapter 11

CIRCUIT CITY STORES, INC., et al.     :        Case No. 08-35653-KRH

                Debtors.            :        Jointly Administered
                                                :        Judge Kevin R. Huennekens
------------------------------------------------------ x:

## NOTICE OF FILING OF REPORTS OF THE CANADIAN MONITOR

**PLEASE TAKE NOTICE** that on January 22, 2009, Alvarez & Marsal Canada ULC, the court-appointed Monitor and foreign representative of InterTAN Canada Ltd. and Tourmalet Corp. (the "Monitor"), Canadian subsidiaries of the above-captioned debtors, in proceedings pending before the Ontario Superior Court of Justice under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36, as amended (the "Canadian Proceedings"), by its undersigned U.S. counsel, filed, in the above-captioned cases, a copy of the Third Report of the Monitor, dated January 10, 2009 (the "Third Report"), and the Supplementary Third Report of

J.R. Smith [VSB # 41913]
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

and

Ken Coleman [NY Bar # 1775139]
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

Counsel for Alvarez & Marsal Canada ULC

the Monitor (the "<u>Supplementary Report</u>"), dated January 13, 2009.  A copy of the Third Report and the Supplementary Report are annexed hereto as Exhibits A and B respectively.

**PLEASE TAKE FURTHER NOTICE** that copies of the Third Report and the Supplementary Report are available online, along with the other pleadings, orders, notices and documents filed in the Canadian Proceedings, on the Monitor's website, http://www.alvarezandmarsal.com/en/canada/intertan/, or upon request to the Monitor's counsel addressed to:

> Allen & Overy LLP
> 1221 Avenue of the Americas
> New York, New York  10020
> Telephone: (212) 610-6300
> Facsimile: (212) 610-6399
> Attention: Bethany Kriss
> Bethany.Kriss@allenovery.com

Dated:  January 22, 2009
Richmond, Virginia

 /s/ J.R. Smith
J.R. Smith [VSB # 41913]
**HUNTON & WILLIAMS LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218

 - and -

Ken Coleman [NY Bar # 1775139]
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, New York  10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Counsel for Alvarez and Marsal Canada ULC as Monitor and Foreign Representative*

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2009, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

Counsel for the Debtors

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

U.S. Trustee for the Eastern District of Virginia

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Counsel for the Creditor's Committee

/s/ J.R Smith