**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|                                    |     |                                |
|------------------------------------|-----|--------------------------------|
|                                    | )   |                                |
| **In re**                          | )   |                                |
|                                    | )   |                                |
| **CIRCUIT CITY STORES, INC.,** *et al.,* | )   | **Case No. 08-35653-KRH**      |
|                                    | )   | **Chapter 11**                 |
|                                    | )   |                                |
| **Debtors.**                       | )   | **Jointly Administered**       |
|                                    | )   |                                |

**ORDER GRANTING MOTION TO PRACTICE *PRO HAC VICE*
FOR STEVEN T. HOORT AND HEATHER J. ZELEVINSKY
<u>PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 (E) (2)</u>**

This matter came before the Court upon the Motion to Practice *Pro Hac Vice* (the

"Motion") filed by Lisa Taylor Hudson of Sands, Anderson, Marks & Miller, P.C., seeking

admission *pro hac vice* for Steven T. Hoort and Heather J. Zelevinsky, of the law firm of Ropes

& Gray LLP, in the above-captioned bankruptcy proceeding on behalf of T.J. Maxx of CA, LLC

pursuant to *Local Bankruptcy Rule* 2090-1(E)(2). After review of the Motion and statements

therein, the Court finds that adequate notice of the Motion has been provided, no other or further

notice is required, and it is appropriate that Steven T. Hoort and Heather J. Zelevinsky be

authorized to practice *pro hac vice* before the Court in the aforementioned bankruptcy

proceeding, it is hereby accordingly,

**ORDERED, ADJUDGED, AND DECREED** that the Motion is hereby **GRANTED**;

It is further **ORDERED, ADJUDGED, AND DECREED** that Steven T. Hoort, may

appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on

behalf of T.J. Maxx of CA, LLC; and

It is further **ORDERED, ADJUDGED AND DECREED** that Heather J. Zelevinsky,

may appear and *practice pro hac vice* in the above-captioned matter and any related proceedings

on behalf of T.J. Maxx of CA, LLC.

Date:        Jan 16 2009

ENTERED ON THE DOCKET:
  1/20/09                                                          /s/ Kevin Huennekens
_____                    _____
                                                             The Honorable Kevin R. Huennekens
                                                             United States Bankruptcy Judge

**WE ASK FOR THIS:**

/s/ Lisa Taylor Hudson
Lisa Taylor Hudson, Esquire (VSB #45484)
William A. Gray, Esquire (VSB No. 46911)
Sands Anderson Marks & Miller
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23218-1998
Phone:  (804) 648-1636
Fax:      (803) 783-7291
lhudson@sandsanderson.com
bgray@sandsanderson.com
*Local Counsel for TJ Maxx of CA, LLC*

**COPIES TO:**

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
  *Counsel for Debtors*

2

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
　*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
　*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
　*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
　*Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
　*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
　*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan, P.C.
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
    *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
    *Counsel for the Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
    *Counsel for the Creditors Committee*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
    *Counsel for the Creditors Committee*

## *LOCAL BANKRUPTCY RULE* 9022-1(C) CERTIFICATION

Pursuant to *Local Bankruptcy Rule* 9022-1 (C), I hereby certify that the foregoing

proposed order has been endorsed by or served upon all necessary parties.


/s/ Lisa Taylor Hudson

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1          Date Rcvd: Jan 20, 2009
Case: 08-35653                Form ID: pdforder        Total Served: 5


The following entities were served by first class mail on Jan 22, 2009.
aty          +David S. Berman,   Riemer & Braunstein, LLP,   Three Center Plaza,   6th Floor,
              Boston, MA 02108-2003
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
             +Chris L. Dickerson, Esq.,   Skadden Arps et al,   333 West Wacker Dr.,   Chicago, IL 60606-1220
             +Linda K. Myers, Esq.,   Kirkland & Ellis, LLP,   200 E. Randolph Dr.,   Chicago, IL 60601-6611
             +Office of the US Trustee,   Robert Van Arsdale, Esq.,   701 E. Broad St., Ste. 4304,
              Richmond, VA 23219-1849

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2009**                    **Signature:**   _Joseph Speetjens_