UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.,* ) | |
| ) | Jointly Administered Chapter 11 |
| Debtors. ) | |
| ) | |

NOTICE OF APPEARANCE UNDER BANKRUPTCY
RULE 9010(b) COMBINED WITH REQUEST FOR NOTICES PURSUANT
TO BANKRUPTCY RULE 2002(a) AND (b) AND PLEADINGS
PURSUANT TO BANKRUPTCY RULE 3016 AND 3017(a)

Giant Eagle, Inc., guarantor of the Debtor's Obligations to Sierra North Associates L.P., landlord at Store No. 1683 (Altoona, PA), and creditor in the above-numbered cause, hereby requests that all notices given or required to be given in this case, be given to and served upon it through its counsel, at the following address:

Darlene M. Nowak
Marcus & Shapira LLP
35th Floor, One Oxford Center
301 Grant Street
Pittsburgh, PA  15219
Telephone:  (412) 471-3490
Facsimile:  (412) 391-8758
Email:  nowak@marcus-shapira.com

This request includes all notices, copies of pleadings referred to in Section 1109(b) of Title 11, United States Bankruptcy Code or in Rules 2002, 3016, 3017(a) or 9007 of the Bankruptcy Rules including without limitation notice of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this court in this case, whether formal or informal, whether written or oral, or transmitted

or conveyed by mail, delivery, telephone or otherwise.

Dated:   January 23, 2009

>Respectfully submitted,
>
>MARCUS & SHAPIRA LLP
>
> /s/  Darlene M. Nowak
>Darlene M. Nowak
>Pa I.D. No. 37093
>35th Floor, One Oxford Center
>301 Grant Street
>Pittsburgh, PA  15219
>Telephone:  (412) 471-3490
>Facsimile:  (412) 391-8758
>
>Attorneys for Giant Eagle, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance Under Bankruptcy Rule 9010(b), combined with Request for Notices Pursuant to Bankruptcy Rule 2002(a) and (b) and Pleadings Pursuant to Bankruptcy Rule 3016 and 3017 was mailed on January 23, 2009 to counsel for Debtor:

Daniel F. Blanks
Dion W. Hayes
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

Joseph S. Sheerin
Sarah Becket Boehm
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA  23219


/s/  Darlene M. Nowak