**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

In re:                                              *

**CIRCUIT CITY STORES, INC., <u>et al</u>.,**        *          **Case No:  08-35653-KRH**
                                                               **Chapter 11**
            **Debtors,**                            *          **(Jointly Administered)**

      *     *     *     *     *     *     *     *     *     *     *

<u>**ORDER GRANTING MOTION TO EXPEDITE HEARING ON MOTION TO PERMIT**</u>
<u>**THE FILING OF A CLASS PROOF OF CLAIM WITH SUPPORTING**</u>
<u>**MEMORANDUM**</u>

Movants Maria G. Moncayo and Luetta Smith ("Movants") have filed a Motion to

Expedite Hearing on Motion to Permit the Filing of a Class Proof of Claim (the "Motion to

Expedite Hearing") [Docket No. 1719].  It appears to the Court that cause exists to grant the

Motion to Expedite Hearing.  Accordingly, it is hereby **ORDERED** that the Motion to Permit

the Filing of a Class Proof of Claim [Docket No. 1718] will be heard on January 29, 2009 at

10:00 a.m. before the Honorable Kevin R. Huennekens, U.S. Bankruptcy Court, Room 5000,

United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

Movants shall file a Notice of Hearing and serve it on all necessary parties under the

service procedures applicable in these chapter 11 cases.

Entered:  _____


_____
United States Bankruptcy Judge


_____
WHITEFORD, TAYLOR & PRESTON, LLP
Christopher A. Jones (VSB # 40064)
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
703.280.9263
703.280.8942 (facsimile)

*Counsel for the Movants*

I ASK FOR THIS:


/s/ Christopher A. Jones
Christopher A. Jones (VSB # 40064)
WHITEFORD, TAYLOR & PRESTON, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, Virginia 22042
703.280.9263
703.280.8942 (facsimile)

*Counsel for the Movants*

## **Rule 9022 Certification**

I hereby certify that all necessary parties have been mailed a copy of or have endorsed this order.

/s/ Christopher A. Jones
Counsel