Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                                  :
In re:                            :
                                  :
CIRCUIT CITY STORES, INC.,        :
et al.,                           :
                                  :
            Debtors.              :
- - - - - - - - - - - - - - x

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

**AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF SUTHERLAND ASBILL
& BRENNAN LLP AS A PROFESSIONAL UTILIZED IN THE ORDINARY
COURSE OF BUSINESS**

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

David J. Rabinowitz, being duly sworn, deposes
and says:

1

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                            :    Chapter 11
In re:                      :
                            :    Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,  :
et al.,               :    Jointly Administered
                            :
             Debtors.    :
- - - - - - - - - - - - - - x

**AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF SUTHERLAND ASBILL
& BRENNAN LLP AS A PROFESSIONAL UTILIZED IN THE ORDINARY
COURSE OF BUSINESS**

STATE OF NEW YORK     )
                          ) ss:
COUNTY OF NEW YORK    )

       David J. Rabinowitz, being duly sworn, deposes
and says:

1

8168808.2

i)    I am a partner of the firm Sutherland

Asbill & Brennan LLP (the "Firm"), which has been

employed by the debtors and debtors in possession in the

above-captioned cases (collectively, the "Debtors")[1] in

the ordinary course of their business.  The Debtors wish

to retain the Firm to continue providing such ordinary-

course services during their chapter 11 cases.  This

Affidavit is submitted in compliance with the Order

Granting Debtors' Motion For Order Pursuant To

Bankruptcy Code Sections 105(A), 327, 330 And 331

Authorizing Debtors To Employ Professionals Utilized In

The Ordinary Course Of Business (the "OCB Professionals

Order").

1.    The Firm was provided with a list of

interested parties, a copy of which is annexed hereto as

Exhibit 1, and conducted a search of Firm's records for

the names identified thereon.  Based on that search,

neither I, the Firm, nor any member, counsel, or

---

[1]    The Debtors are the following entities: Tweeter Home
Entertainment Group, Inc. ("Tweeter"), Hillcrest High
Fidelity, Inc., NEA Delaware, Inc., New England Audio Co.,
Inc., Sound Advice, Inc., Sound Advice of Arizona, Inc.,
Sumarc Electronics, Inc., and THEG USA, L.P.

2

8168808.2

associate thereof, insofar as I have been able to

ascertain, has any connection with the Debtors, their

creditors or stockholders, or any party in interest

herein, except as set forth hereinafter:

(a)   See Exhibit 2 annexed hereto.

2.   The Firm does not represent or hold any

interest adverse to the Debtors or their estates with

respect to the engagement for which we are to be

retained.

3.   The Firm represents the Debtors on

various real estate matters including, but not limited

to, general real estate advice and leasing (such as new

leases, lease dispositions, lease modifications and

lease disputes).

4.   This Firm and certain of its members,

counsel, and associates may have in the past

represented, currently represent, and may in the future

represent entities that are claimants or equity security

holders of the Debtors in matters totally unrelated to

the Debtors' chapter 11 cases.  None of those past or

current representations are material.  This Firm will be

in a position to identify with specificity all such

3

8168808.2

persons or entities when lists of all creditors of the

Debtors have been prepared and will make any further

disclosures as may be appropriate at that time.   The

Firm intends to apply for compensation for professional

services rendered in connection with these chapter 11

cases directly to the Debtors, in accordance with the

OCB Professionals Order, with such application to

request compensation for services based on the hourly

rates set forth below, plus reimbursement of actual and

necessary expenses and other charges incurred by the

Firm.   The principal attorneys and paralegals designated

to represent the Debtors and their current standard

rates are:

5.     See Exhibit 3 annexed hereto.

6.     The rates set forth above are subject to

periodic adjustments to reflect economic and other

conditions.   Such rates are the Firm's standard (i.e.,

discounted) rates for work of this nature.   The rates

are set at a level designed to fairly compensate the

Firm for the work of its attorneys and paralegals and to

cover fixed and routine overhead expenses.   It is the

Firm's policy to charge its clients in all areas of

4

8168808.2

practice for all other expenses incurred in connection with a client's case.  The expenses charged to clients include, among other things, photocopying, delivery services, travel, printing and necessary secretarial overtime and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client.  The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

7.   Except as provided in the OCB Professionals Order, no representations or promises have been received by the Firm [nor by any member, counsel, or associate thereof] as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases.

WHEREFORE, affiant respectfully submits this Affidavit in Support of Employment of Sutherland Asbill

5

& Brennan LLP as a Professional Utilized in the Ordinary

Course of Business.

_____
DAVID J. RABINOWITZ, Esq.
Partner, Sutherland Asbill & Brennan LLP
1114 Avenue of the Americas, 40th Floor
New York, New York 10036-7703


Sworn to before me this 14th day of January, 2009.

_____
Notary Public
My Commission Expires: 12/01/02

APRIL McELWEE
Notary Public, State of New York
No. 01MC6197335
Qualified in New York County
Commission Expires Dec. 01, 2012

713025-Chicago Server 2A - MSW
8168808.2

## EXHIBIT 2
## Parties in Interest Exception

| Position* | Party** | Client*** | Non-Client**** |
|---|---|---|---|
| Banks Utilized in the Company's Cash Management System | AmSouth Bancorporation | yes | yes |
| Banks Utilized in the Company's Cash Management System | Banco Popular | | yes |
| Banks Utilized in the Company's Cash Management System | Bank of America | yes | yes |
| Banks Utilized in the Company's Cash Management System | Chase Bank | yes | yes |
| Banks Utilized in the Company's Cash Management System | JP Morgan Securities Inc | yes | yes |
| Banks Utilized in the Company's Cash Management System | Lehman Brothers | yes | yes |
| Banks Utilized in the Company's Cash Management System | Merrill Lynch Global Institutional Advisory Division | yes | yes |
| Banks Utilized in the Company's Cash Management System | RBC Dain Rauscher | yes | |
| Banks Utilized in the Company's Cash Management System | SunTrust | yes | yes |
| Banks Utilized in the Company's Cash Management System | UBS Financial Services, Inc. | yes | yes |
| Banks Utilized in the Company's Cash Management System | Wachovia Bank & Securities | yes | yes |
| Banks Utilized in the Company's Cash Management System | Wells Fargo | yes | yes |
| Businesses Affiliated with Directors and Officers | AFC Enterprises | | yes |
| Businesses Affiliated with Directors and Officers | Aon Corporation | yes | |
| Businesses Affiliated with Directors and Officers | Bally Total Fitness Holding Corporation | yes | |

61

| Position* | Party** | Client*** | Non-Client**** |
|-----------|---------|-----------|----------------|
| Businesses Affiliated with Directors and Officers | Centex Corporation | | yes |
| Businesses Affiliated with Directors and Officers | Lexmark International Inc. | yes | |
| Businesses Affiliated with Directors and Officers | Nisource Inc. | | yes |
| Businesses Affiliated with Directors and Officers | Pan American Life Insurance | yes | |
| Businesses Affiliated with Directors and Officers | Sunoco Inc. | yes | yes |
| Businesses Affiliated with Directors and Officers | The Brink's Company | | yes |
| Consignors | Intuit Inc. | | yes |
| Credit Card Companies and/or Processors | American Express | yes | yes |
| Credit Card Companies and/or Processors | Discover Card | | yes |
| Credit Card Companies and/or Processors | IPS Card Solutions, Inc. | yes | |
| Credit Card Companies and/or Processors | MasterCard | | yes |
| Credit Card Companies and/or Processors | ValueLink | yes | |
| Credit Card Companies and/or Processors | Visa Inc. | | yes |
| Debtors | Circuit City Stores, Inc. | Yes | yes |
| Fifty Largest Unsecured Creditors | IBM | yes | yes |
| Fifty Largest Unsecured Creditors | Navarre Corporation | yes | |
| Insurers | American Empire Excess & Surplus Lines | | yes |
| Insurers | American Home Assurance Company | yes | yes |
| Insurers | Arch Insurance Group | yes | yes |
| Insurers | Chubb | yes | yes |
| Insurers | CNA Global Specialty Lines | yes | yes |
| Insurers | Essex Insurance Company | | yes |
| Insurers | Federal Insurance Company | yes | yes |
| Insurers | Fireman's Fund Insurance Company | | yes |

8168808.2

| Position* | Party** | Client*** | Non-Client**** |
|---|---|---|---|
| Insurers | Global Excess Partners | | yes |
| Insurers | Great American Assurance Company | | yes |
| Insurers | Great American Insurance Company | yes | yes |
| Insurers | Lexington Insurance Company | | yes |
| Insurers | Liberty Mutual Fire Insurance Company | | yes |
| Insurers | Lloyds of London | | yes |
| Insurers | National Union Fire Insurance Company | | yes |
| Insurers | St. Paul Mercury Insurance Company | | yes |
| Insurers | State National Insurance Company | yes | yes |
| Insurers | Westchester Surplus Lines Insurance Company | | yes |
| Insurers | XL Specialty Insurance Company | yes | |
| Insurers | Zurich American Insurance Company | yes | yes |
| Litigation Counterparties | Internal Revenue Service | | yes |
| Litigation Counterparties | JP Morgan Chase | yes | yes |
| Litigation Counterparties | Keystone Automotive Industries | | yes |
| Litigation Counterparties | Massachusetts Department of Revenue | | yes |
| Litigation Counterparties | RealSource | | yes |
| Litigation Counterparties | State of Iowa | | yes |
| Litigation Counterparties | Tennesee Department of Revenue | | yes |
| Litigation Counterparties | Visa | | yes |
| Merchandise Creditors | Apple | yes | yes |
| Merchandise Creditors | Audiovox | | yes |
| Merchandise Creditors | Eastman Kodak Company | yes | |
| Merchandise Creditors | Epson America Inc. | | yes |
| Merchandise Creditors | Microsoft Corporation | yes | yes |
| Merchandise Creditors | Pioneer Electronics (USA) Inc | | yes |
| Merchandise Creditors | Sony Electronics Inc. | | yes |
| Personal Property Lessors | Toshiba | yes | |
| Prepetition and Postpetition Secured Lenders | Ableco Finance LLC | | yes |
| Prepetition and | Bank of America, N.A. | yes | yes |

63

| Position* | Party** | Client*** | Non-Client**** |
|-----------|---------|-----------|----------------|
| Postpetition Secured Lenders | | | |
| Prepetition and Postpetition Secured Lenders | Capital One Leverage Finance Corporation | yes | yes |
| Prepetition and Postpetition Secured Lenders | Fifth Third Bank | | yes |
| Prepetition and Postpetition Secured Lenders | General Electric Capital Corporation | yes | yes |
| Prepetition and Postpetition Secured Lenders | GMAC Commercial Finance LLC | yes | yes |
| Prepetition and Postpetition Secured Lenders | JPMorgan Chase Bank, N.A. | yes | yes |
| Prepetition and Postpetition Secured Lenders | PNC Bank, N.A. | yes | yes |
| Prepetition and Postpetition Secured Lenders | Textron Financial Corporation | | yes |
| Prepetition and Postpetition Secured Lenders | Wachovia Capital Finance Corporation | yes | yes |
| Real Property Lessors | Acadia Realty Limited Partnership | | yes |
| Real Property Lessors | Advance Real Estate Management, LLC | | yes |
| Real Property Lessors | AIG Baker Deptford, LLC | yes | yes |
| Real Property Lessors | AMB Property, LP | | yes |
| Real Property Lessors | American National Bank & Trust Company Of Chicago | | yes |
| Real Property Lessors | American National Insurance Company | yes | yes |
| Real Property Lessors | AMLI Land Development- I, LP | | yes |
| Real Property Lessors | Cardinal Capital Partners | | yes |
| Real Property Lessors | Catellus Development Corporation | | yes |
| Real Property Lessors | CBL Terrace Limited Partnership | | yes |
| Real Property Lessors | Century Plaza Development Corporation | | yes |
| Real Property Lessors | CFH Realty III/Sunset Valley LP | | yes |

64

| Position* | Party** | Client*** | Non-Client**** |
|---|---|---|---|
| Real Property Lessors | Cohab Realty LLC | | yes |
| Real Property Lessors | Cypress/Spanish Fort I LP | yes | |
| Real Property Lessors | Dayton Hudson Corporation | | yes |
| Real Property Lessors | DDR   Southeast Loisdale LLC | yes | yes |
| Real Property Lessors | ERP of Midway, LLC | | yes |
| Real Property Lessors | Evergreen Mcdowell And Pebble Creek LLC | | yes |
| Real Property Lessors | Excel Realty Partners LP | | yes |
| Real Property Lessors | Federal Realty Investment Trust | | yes |
| Real Property Lessors | Forest City Ratner Company | | yes |
| Real Property Lessors | FW CA Brea Marketplace LLC | | yes |
| Real Property Lessors | GGP Mall of Louisiana LP | | yes |
| Real Property Lessors | Goodmill LLC | | yes |
| Real Property Lessors | Greater Orlando Aviation Authority | | yes |
| Real Property Lessors | Greece Ridge LLC | | yes |
| Real Property Lessors | Green 521 5th Avenue LLC | | yes |
| Real Property Lessors | Gunning Investments, LLC | | yes |
| Real Property Lessors | Hamilton Crossing I LLC | | yes |
| Real Property Lessors | Johnson City Crossing (Delaware) LLC | yes | |
| Real Property Lessors | Kimco Realty Corporation | | yes |
| Real Property Lessors | Mall of Georgia LLC | yes | |
| Real Property Lessors | Meyerland Plaza (De) LLC | | yes |
| Real Property Lessors | Montclair Plaza LLC | | yes |
| Real Property Lessors | National Retail Properties, LP | | yes |
| Real Property Lessors | Nazario Family Partnership | | |
| Real Property Lessors | Necrossgates Commons Newco, LLC | | yes |
| Real Property Lessors | New Plan Excel Realty Trust | | yes |
| Real Property Lessors | Northern Trust Bank of California | | yes |
| Real Property Lessors | One Liberty Properties | | yes |
| Real Property Lessors | OTR | | yes |
| Real Property Lessors | Panattoni Development Company LLC | | yes |
| Real Property Lessors | Pappas Gateway LP | | yes |
| Real Property Lessors | Principal Real Estate Holding Company LLC | | yes |
| Real Property Lessors | Prudential Insurance Company Of America | yes | yes |
| Real Property Lessors | Ramco-Gershenson Properties | | yes |

8168808.2

| Position* | Party** | Client*** | Non-Client**** |
|---|---|---|---|
| | LP | | |
| Real Property Lessors | Regency Centers LP | yes | yes |
| Real Property Lessors | RREEF America REIT II Corporation VVV | | yes |
| Real Property Lessors | Simon Debartolo Group LP | yes | |
| Real Property Lessors | Simon Property Group | yes | |
| Real Property Lessors | Stop & Shop Supermarket Company LLC | | yes |
| Real Property Lessors | Target Corporation | yes | yes |
| Real Property Lessors | Teachers Insurance & Annuity Assoc.Of Amer. | yes | yes |
| Real Property Lessors | The Macerich Company | | yes |
| Real Property Lessors | Torrington Triplets LLC | | yes |
| Real Property Lessors | Triangle Equities Junction LLC | | yes |
| Real Property Lessors | U.S. 41 & I-285 Company | | yes |
| Real Property Lessors | Vestar Arizona XXXI LLC | | yes |
| Real Property Lessors | VNO Mundy Street LLC | | yes |
| Real Property Lessors | Vornado Realty Trust | | yes |
| Real Property Lessors | Wal-Mart Stores East LP | yes | yes |
| Real Property Lessors | Weingarten Miller Sheridan LLC | | yes |
| Real Property Lessors | Weingarten Realty Investors | | yes |
| Real Property Lessors | Westgate Village LLC | | yes |
| Real Property Lessors | Wheaton Plaza Regional Shopping Center | | yes |
| Real Property Lessors | WMI/MPI Business Trust | | yes |
| Restructuring and Other Professionals | Ernst & Young | yes | |
| Restructuring and Other Professionals | Goldman, Sachs and Company | yes | yes |
| Restructuring and Other Professionals | McGuireWoods, LLP | yes | |
| Restructuring and Other Professionals | Ogilvy Renault LLP | yes | |
| Restructuring and Other Professionals | Wilmer, Cutler, Pickering Hale, & Dorr LLP | | yes |
| Sublessees | Advance Auto Parts | | yes |
| Sublessees | Blockbuster Inc. | | yes |
| Sublessees | Books A Million | | yes |
| Sublessees | Borders Inc. | | yes |
| Sublessees | Carmax Business Services LLC | yes | |
| Sublessees | Casto | | yes |

66

8168808.2

| Position* | Party** | Client*** | Non-Client**** |
|---|---|---|---|
| Sublessees | CEC Entertainment, Inc. | | yes |
| Sublessees | DHL Global Business Services | | yes |
| Sublessees | Dick's Sporting Goods Inc. | yes | yes |
| Sublessees | Dollar Tree Stores Inc. | | yes |
| Sublessees | Food Lion LLC | | yes |
| Sublessees | Golf Galaxy | | yes |
| Sublessees | International House Of Pancakes | | yes |
| Sublessees | JP Morgan Chase Bank | yes | yes |
| Sublessees | La-Z-Boy Showcase Shoppes | yes | yes |
| Sublessees | Lifeway Christian Resources | | yes |
| Sublessees | O'Charleys, Inc. | | yes |
| Sublessees | Ruby Tuesday's | yes | yes |
| Sublessees | Staples, The Office Superstore Inc. | | yes |
| Sublessees | Toys R US Inc. | | yes |
| Sublessees | Viacom Outdoor | yes | yes |
| Sublessees | West Marine Products Inc. | | yes |
| Third Party Administrators | Aetna Life Insurance Company | yes | yes |
| Third Party Administrators | American Express Travel Related Services Company | yes | yes |
| Third Party Administrators | Assurant Inc. | | yes |
| Third Party Administrators | E-Count | | yes |
| Third Party Administrators | Mercer Insurance Group | yes | |
| Third Party Administrators | Navigant Consulting, Inc | | yes |
| Third Party Administrators | Wachovia Bank, N.A. | yes | yes |
| Utility Providers | Accent Energy | | yes |
| Utility Providers | Alabama Gas Corporation | | yes |
| Utility Providers | Albuquerque Bernalillo County Water | | yes |
| Utility Providers | Allegheny Power | | yes |
| Utility Providers | Alliant Energy/WP&L | | yes |
| Utility Providers | Alltel | yes | yes |
| Utility Providers | Ameren CILCO | yes | yes |
| Utility Providers | American Electric Power Company | | yes |
| Utility Providers | Aquila, Inc. | yes | yes |

67

| Position* | Party** | Client*** | Non-Client**** |
|---|---|---|---|
| Utility Providers | Arizona Public Service | | yes |
| Utility Providers | Artesian Water Company, Inc. | | yes |
| Utility Providers | AT&T | yes | yes |
| Utility Providers | AT&T (Bellsouth) | | yes |
| Utility Providers | Athens Clarke County, GA | | yes |
| Utility Providers | Atmos Energy | | yes |
| Utility Providers | Avaya | yes | |
| Utility Providers | Avista Utilities | | yes |
| Utility Providers | Baltimore Gas & Electric | | yes |
| Utility Providers | Bell South | | yes |
| Utility Providers | Brownsville Public Utilities Board | | yes |
| Utility Providers | Cascade Natural Gas | | yes |
| Utility Providers | CenterPoint Energy Services Inc. | | yes |
| Utility Providers | Central Georgia EMC | yes | yes |
| Utility Providers | Central Hudson Gas & Electric Company | | yes |
| Utility Providers | Charter Communications | yes | yes |
| Utility Providers | Chesapeake Utilities | | yes |
| Utility Providers | City of Alexandria, LA | | yes |
| Utility Providers | City of Atlanta, GA-Dept of Watershed Mg | Yes | yes |
| Utility Providers | City of Austin, TX | | yes |
| Utility Providers | City of Baltimore, MD | | yes |
| Utility Providers | City of Boulder, CO | | yes |
| Utility Providers | City of Boynton Beach, FL/Utilities Dept | | yes |
| Utility Providers | City of Buford, GA | | yes |
| Utility Providers | City of Burbank, CA | | yes |
| Utility Providers | City of Charlottesville, VA | | yes |
| Utility Providers | City of Chicago, IL Dept. of Water | | yes |
| Utility Providers | City of Columbus, OH | | yes |
| Utility Providers | City of Garland Utility Services | | yes |
| Utility Providers | City of Groveland, FL | | yes |
| Utility Providers | City of Houston, TX – Water/Wastewater | | yes |
| Utility Providers | City of Lake Charles, LA | | yes |
| Utility Providers | City of Mansfield, TX | | yes |
| Utility Providers | City of Pasadena, CA | | yes |
| Utility Providers | City of Redding, CA | | yes |

68

8168808.2

| Position* | Party** | Client*** | Non-Client**** |
|-----------|---------|-----------|----------------|
| Utility Providers | City of Richmond, VA | | yes |
| Utility Providers | City of San Diego, CA | | yes |
| Utility Providers | City of Savannah, GA | | yes |
| Utility Providers | City of Tallahassee, FL - Util Dept | | yes |
| Utility Providers | Cobb County Water System | | yes |
| Utility Providers | Columbia Gas of Kentucky | | yes |
| Utility Providers | Columbia Gas of Maryland | | yes |
| Utility Providers | Comcast | yes | yes |
| Utility Providers | Connexus Energy | | yes |
| Utility Providers | Consumers Energy | yes | yes |
| Utility Providers | Cox Communications | yes | |
| Utility Providers | CPS Energy | | yes |
| Utility Providers | Dakota Electric Association | | yes |
| Utility Providers | Dayton Power & Light | | yes |
| Utility Providers | Delmarva Power DE/MD/VA | | yes |
| Utility Providers | Douglasville-Douglas County GA | | yes |
| Utility Providers | DTE Energy | yes | yes |
| Utility Providers | Duke Energy | yes | yes |
| Utility Providers | Duquesne Light Company | | yes |
| Utility Providers | El Paso Electric Company | | yes |
| Utility Providers | Elizabethtown Gas | | yes |
| Utility Providers | Entergy Arkansas, Inc. | yes | yes |
| Utility Providers | Entergy Gulf States LA, LLC | yes | yes |
| Utility Providers | Fairfax Water - VA | | yes |
| Utility Providers | Fairpoint Communications | yes | yes |
| Utility Providers | Flint EMC, GA | yes | yes |
| Utility Providers | Florida Power & Light Company | yes | yes |
| Utility Providers | Georgia Power | | yes |
| Utility Providers | Granite Telecommunications | | yes |
| Utility Providers | Greenville Utilities Commission, NC | | yes |
| Utility Providers | GreyStone Power Corporation | yes | |
| Utility Providers | Gwinnett Co. Water Resources | yes | |
| Utility Providers | Idaho Power | yes | |
| Utility Providers | Indian River County Utilities, FL | | yes |
| Utility Providers | Intercall | | yes |
| Utility Providers | Intermountain Rural Electric Association | | yes |

69

8168808.2

| Position* | Party** | Client*** | Non-Client**** |
|---|---|---|---|
| Utility Providers | Jackson Electric Membership Corp, GA | yes | yes |
| Utility Providers | Jacksonville Electric Authority | | yes |
| Utility Providers | Knoxville Utilities Board | yes | |
| Utility Providers | Madison Gas and Electric - WI | | yes |
| Utility Providers | MCI | yes | |
| Utility Providers | Met-Ed | | yes |
| Utility Providers | MidAmerican Energy Company | | yes |
| Utility Providers | Missouri Gas Energy | | yes |
| Utility Providers | Mountaineer Gas | | yes |
| Utility Providers | National Grid | | yes |
| Utility Providers | Nevada Power Company | | yes |
| Utility Providers | New England Gas Company | | yes |
| Utility Providers | New Jersey Natural Gas Company | | yes |
| Utility Providers | New York State Electric & Gas | | yes |
| Utility Providers | Nextel Communications | | yes |
| Utility Providers | Nicor Gas | | yes |
| Utility Providers | Northern Indiana Public Service Company | | yes |
| Utility Providers | Northern Virginia Electric Cooperative | | yes |
| Utility Providers | Orange and Rockland Utilities | | yes |
| Utility Providers | Pacific Gas & Electric | | yes |
| Utility Providers | Peoples Gas | | yes |
| Utility Providers | PEPCO (Potomac Electric Power Company) | yes | yes |
| Utility Providers | Piedmont Natural Gas-Nashville Gas | | yes |
| Utility Providers | Portland General Electric | | yes |
| Utility Providers | PPL Utilities | | yes |
| Utility Providers | Progress Energy Carolinas, Inc | | yes |
| Utility Providers | Questar Gas | yes | |
| Utility Providers | Qwest | yes | yes |
| Utility Providers | Research In Motion | | yes |
| Utility Providers | Ritter Communications | | yes |
| Utility Providers | Salt River Project | | yes |
| Utility Providers | San Diego Gas & Electric | | yes |
| Utility Providers | Santee Cooper | | yes |

70

8168808.2

| Position* | Party** | Client*** | Non-Client**** |
|---|---|---|---|
| Utility Providers | Sawnee EMC | yes | yes |
| Utility Providers | Sempra Energy Solutions | yes | yes |
| Utility Providers | Sierra Pacific Power Company-NV | | yes |
| Utility Providers | Skytel | | yes |
| Utility Providers | Snapping Shoals EMC | yes | yes |
| Utility Providers | South Jersey Gas Company | | yes |
| Utility Providers | Southern California Edison | | yes |
| Utility Providers | Southern California Gas | | yes |
| Utility Providers | Southwest Gas Corporation | | yes |
| Utility Providers | Sprint | yes | yes |
| Utility Providers | Surewest | | yes |
| Utility Providers | T Mobile | yes | yes |
| Utility Providers | Tacoma Public Utilities | yes | |
| Utility Providers | Texas Gas Service | | yes |
| Utility Providers | Tri-County Electric Cooperative/TX | yes | yes |
| Utility Providers | TXU Energy | yes | yes |
| Utility Providers | UGI Energy Services, Inc. | | yes |
| Utility Providers | United Illuminating Company | | yes |
| Utility Providers | USA Mobility | | yes |
| Utility Providers | Vectren Energy Delivery | yes | yes |
| Utility Providers | Verizon (BA) | yes | yes |
| Utility Providers | Verizon Wireless | yes | yes |
| Utility Providers | Walton EMC PO Box 1347/260 | yes | |
| Utility Providers | Washington Gas | | yes |
| Utility Providers | Westar Energy/KPL | | yes |
| Utility Providers | Western Allegheny County MUA | yes | |
| Utility Providers | Westminster Finance - CO | | yes |
| Utility Providers | Wisconsin Electric | | yes |
| Utility Providers | Wisconsin Public Service Corporation | | yes |
| Utility Providers | Wright-Hennepin Coop Electric | | yes |
| Utility Providers | Xcel Energy: Southwestern Public Service | | yes |
| Vendors and Major Contract Parties | Cosco | | yes |
| Vendors and Major Contract Parties | Graphic Communications | | yes |
| Vendors and Major Contract Parties | Quebecor World KRI | | yes |
| Vendors and Major | Shopzilla Inc. | | yes |

71

8168808.2

| Position* | Party** | Client*** | Non-Client**** |
|---|---|---|---|
| Contract Parties | | | |
| Vendors and Major Contract Parties | Trane | | yes |

* this is the first position for which the entity was listed on the "interested party" exhibit
** information for corporate affiliates and trade styles (i.e. Bank of America, Banc of America, Banc of America Securities, etc.) was also included where possible
*** a yes indicates at least one active Firm client associated with this entity
**** a yes indicates at least one open Firm matter where this party is not the Firm's client

72

8168808.2

## EXHIBIT 3

| Attorney | Discounted Billing Rate |
|---|---|
| **Partners** | |
| David J. Rabinowitz | $550.00 |
| Mark Jackson | $550.00 |
| Eric Sidman | $550.00 |
| **Associates** | |
| Churchill Hoof | $420.00 |
| Erin Payne | $350.00 |
| David Poline | $320.00 |
| Alex DuFour | $300.00 |
| Garland Reid | $260.00 |
| Ted Woodward | $260.00 |
| **Paralegals** | |
| April McElwee | $220.00 |

73

8168808.2