IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC. | Case No. 08-35653- KRH |
| Debtor | |
| ——————— | |
| WAYNE VF, LLC AND VORNADO REALTY TRUST | |
| Movants | |
| v. | |
| CIRCUIT CITY STORES, INC. | |
| Respondent | |

## AMENDED NOTICE OF HEARING RE MOTION FOR RELIEF FROM AUTOMATIC STAY

Notice is hereby given that a Hearing on the motion by Wayne VF, LLC and Vornado Realty Trust to lift the automatic stay against the debtor, which was previously Noticed for February 18, 2009 at 9:30 a.m., has now been scheduled for the **Omnibus Hearing Date on February 13, 2009, at 10:00 am.** The Hearing will be held at Courtroom 5000 for the Honorable Kevin R. Huennekens at the United States Bankruptcy Court, 701 E. Broad Street, Richmond, Virginia 23219.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

118057.1

If you do not wish the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the Court no later than fifteen (15) days from the date of service of this motion, you must file a written response explaining your position with the Court and serve a copy on the movant. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the fifteen day period. Your response should be sent to the following address: Clerk of Court, United States Bankruptcy Court, 701 E. Broad Street, Richmond, Virginia 23219.

- Attend the hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, at 10:00 a.m. on the 13th day of February, 2009, at the United States Bankruptcy Court, Courtroom 5000, 701 E. Broad Street, Richmond, Virginia 23219. **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion.**

- A copy of any written response must be mailed to the following persons:

> Walter L. Williams, Esquire
> WILSON ELSER MOSKOWITZ
> EDELMAN & DICKER LLP
> 8444 Westpark Drive – Ste. 510
> McLean, VA 22102

118057.1

Dated January 23, 2009                Respectfully submitted,

                                      WAYNE VF, LLC and VORNADO REALTY TRUST
                                      By Counsel

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

*/s/*

Walter L. Williams, Esquire (VSB# 39037)
8444 Westpark Drive - Suite 510
McLean, Virginia 22102
(703) 245-9300
(703) 245-9301 (facsimile)
*Counsel for Wayne VF, LLC and Vornado Realty Trust*


### PROOF OF SERVICE

I HEREBY CERTIFY, pursuant to Local Bankruptcy Rule 5005-1(C)(8), that a true and correct copy of the foregoing Notice of Motion, with accompanying Motion For Relief From Automatic Stay was mailed, postage pre-paid, on this 23rd day of January, 2006 to:

| | |
|---|---|
| Daniel F. Blanks, Esq.<br>Douglas M. Foley, Esq.<br>McGuire Woods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510 | ATTORNEY FOR DEBTORS |
| Dion W. Hayes, Esq.<br>James S. Sheerin, Esq.<br>Sarah Beckett Boehm, Esq.<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | ATTORNEY FOR DEBTORS |
| Gregg M. Galardi, Esq.<br>Skadden, Arps, Slate, Meagher & From LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636 | ATTORNEY FOR DEBTORS |

118057.1

| | |
|---|---|
| Charles L. Dickerson, Esq.<br>Skadden Arps, Slate, Meagher & From LLP<br>33 West Wacker Drive<br>Chicago, IL 60606 | ATTORNEY FOR DEBTORS |
| Claudio M. Stanziola, Esq.<br>Monte, & Rudolph<br>800 The Plaza<br>PO Box 255<br>Sea Girt, New Jersey 08750 | ATTORNEY FOR DEBTORS<br>"New Jersey Superior Court" |
| Robert Van Arsdale, Esq.<br>Assistant U.S. Trustee<br>Office of U.S. Trustee<br>600 E. Main Street, Suite 301<br>Richmond, VA 23219 | OFFICE OF U.S. TRUSTEE |
| Alisa Nunno DiChiara, Esq.<br>LAW OFFICES OF WILLIAM R. NUNNO<br>45 Essex Street<br>Hackensack, New Jersey 07601 | ATTORNEY FOR JAMES FOUSKEY |
| Matthew C. Simon, Esq.<br>Offices of John Tierney, LLC<br>1259 Route 46 East<br>Building 2, Suite 133<br>Parsippany, New Jersey 07054 | ATTORNEY FOR INDUSTRIAPLEX |
| The Honorable Menelaos W. Toskos<br>J.S.C. Bergen County Justice Center<br>10 Main Street<br>Hackensack, NJ 07101 | NEW JERSEY SUPERIOR COURT |

_____
Walter L. Williams

118057.1