U. S. Bankruptcy Court                         January 20, 2009

701 East Board Street

Richmond, Virginia 23219-1888

Ref: Circuit City Bankruptcy

To Whom it Concern:

    I am receiving a pension from Circuit City Stores.

Will I lose this pension by CC filing this Bankruptcy?

I need to file a claim to keep receiving my pension.

James C. Blair, Sr.   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

1921 Whitelake Drive

Fredericksburg, Virginia 22407

Thanks for any help you can give..

Thank You,

*James C. Blair, Sr.*

James C. Blair, Sr.

RICHMOND DIVISION
FILED
JAN 2 3 2009
U.S. BANKRUPTCY COURT