RICHMOND DIVISION

FILED
JAN 22 2009
CLERK
U.S. BANKRUPTCY COURT

January 13, 2009

To whom it may concern:

    My name is Patricia Shapiro; my case number is 08-35653, claim number 1643. I object the settlement of $444.22 from the USDR as a fraction payment of the $1,269.20 that I am owed from Circuit City Stores, Inc. First off, I received this letter on January 12, 2009, and the expiration of the settlement offer is January 15, 2009. That is not a decent amount of time to send off the paperwork to receive the offer. I would also like to inform the USDR that the settlement contract sent to me is written incorrectly, so even if I wanted to settle for the fraction of what I am owed, it seems as though filling out this form wouldn't get me any of the money that is owed to me in the first place. I enclosed a copy of the letter that was sent to me. In the second paragraph, second row, it states "I represent and warrant that the claim is not less than $ and has not been previously objected to, sold or satisfied." The $ should state the amount that this company is offering to me, $444.22. Continuing on in the paragraph it states that if I am notified by the USDR, that I agree to reimburse the USDR a pro-rata portion if the claim is reduced. In absolutely no circumstance should I have to reimburse the USDR any portion of the money owed to me for Circuit City's mistake of not getting my checks to me on time because they are so unorganized. This paperwork makes it clear that this debt company is trying to scam me and anyone else that has filed this claim, and it is completely unfair. I am owed the full amount from Circuit City fairly, in bankruptcy or not in bankruptcy.

    This company treats their employees very poorly, as not only did I get my checks weeks late, but I was also not always given meal breaks, but then scolded for going over 5 hours of work without a break. There was a great deal of problems involving the managers not knowing how to run their store and treat their employees with decency. I won't settle for anything less than the exact amount I am owed for their lack of organization of getting the money I earned to me at the time they should have.

    If there are any questions, do not hesitate to contact me. 818-456-6589. Thank you for your time.

    Patricia Shapiro

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) Case No.: 08-35653 |
| CIRCUIT CITY STORES, INC., | ) Judge Kevin R. Huennekens |
| Debtor. | ) TRANSFER OF CLAIM |
|  | ) BANKRUPTCY RULE 3001(E)(2) |

PLEASE TAKE NOTICE that the priority claim of Patricia Shapiro (underlying creditor or "Transferor") against the above captioned Debtor in the amount of $$1,269.20, as listed within the debtor's Schedule of Liabilities filed by the debtor and all priority claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to United States Debt Recovery LLC., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. I represent and warrant that the claim is not less than $ and has not been previously objected to, sold, or satisfied. If notified by USDR, I agree to reimburse USDR a pro-rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or in part by the Debtor, the Court, or any other party. Other that as stated above, USDR assumes all risks associated with the debtor's ultimate payment, if any upon the claims. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials (if requested by USDR) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:**

Print Name:                          Title:
Signature:                           Date:
Corrected Address (if req.)
Phone:                  E-Mail:

**TRANSFEREE:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101,
Incline Village NV 89451


Signature. _____
             Nathan E. Jones, Managing Director