IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | Jointly Administered |

---

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that request is made by counsel for Park National Bank ("PNB"), a party-in-interest in the above-referenced case, in accordance with 11 U.S.C. § 1109(b) and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure ("Rules"), that all paper pleadings, motions and applications served or required to be served in these cases, be given to and served upon:

> Woods Rogers PLC
> Richard C. Maxwell
> 10 South Jefferson Street, Suite 1400
> P.O. Box 14125
> Roanoke, Virginia 24038-4125
> Telephone: 540-983-7600
> Facsimile: 540-983-7711
> E-mail:  rmaxwell@woodsrogers.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint of demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interest of creditors with respect to the debtor or any related entity, or property or proceeds thereof in which the debtor may claim an interest.

{#1149483-1, 022315-00000-01}

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice is made without prejudice to PNB's rights, remedies and claims against other entities.  All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: January 23, 2009
       Roanoke, Virginia

By:    /s/ Richard C. Maxwell
             Of Counsel

WOODS ROGERS PLC
ATTORNEYS AT LAW

2

{#1149483-1, 022315-00000-01}