Malcolm M. Mitchell, Jr. (VSB No. 18098)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA  22314
Telephone:  703-837-6999
Facsimile:  703-549-4492
Email:  MMMitchell@vorys.com

and

Tiffany Strelow Cobb (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio  43215
Telephone: 614-464-8322
Facsimile:  614-719-4663
Email:  tscobb@vorys.com

*Counsel for AOL LLC*

**Objection Deadline: 2/6/09**
**Hearing: 2/13/09 @ 10:00 a.m.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

-----------------------------------------------------x
In re:                                              )    Chapter 11
                                                    )
CIRCUIT CITY STORES, INC., *et al.*,                )    Case No. 08-35653-KRH
                                                    )
            Debtors.                                )    Jointly Administered
                                                    )    Judge Kevin R. Huennekens
-----------------------------------------------------x

### NOTICE OF MOTION OF AOL LLC FOR PAYMENT OF
### ADMINISTRATIVE EXPENSE CLAIM

On this the 23rd day of January, 2009, AOL LLC ("AOL" or "Movant"), filed its Motion pursuant to Section 503 of title 11 of the United States Code (the "Bankruptcy Code") to compel payment of AOL's administrative claim.

## **NOTICE**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not wish the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before February 6, 2009, you must file a written response, explaining your position, with the Court and serve a copy on the Movant. Unless a written response is filed and served on or before February 6, 2009, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before February 6, 2009.

If you file a response to the motion, a hearing will be held on February 13, 2009 at 10:00 a.m.

Dated: January 23, 2009                    Respectfully submitted,

/s/ Malcolm M. Mitchell, Jr.
Malcolm M. Mitchell, Jr. (VSB No. 18098)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, Virginia 22314
E-mail: mmmitchell@vorys.com
and

Tiffany Strelow Cobb, Esq. (OH-0067516)
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, Ohio 43216
Phone: (614) 464-8322
Fax:    (614) 719-4663
E-mail: tscobb@vorys.com
*Counsel for AOL LLC and Platform-A Inc.*