Malcolm M. Mitchell, Jr. (VSB No. 18098)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA 22314
Telephone:  703-837-6999
Facsimile:   703-549-4492
Email:  MMMitchell@vorys.com

and

Tiffany Strelow Cobb (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
Facsimile: 614-719-4663
Email:  tscobb@vorys.com

*Counsel for AOL LLC and Platform-A Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

------------------------------------------------------------x
                                                 )
In re:                                    )         Chapter 11
                                                 )
CIRCUIT CITY STORES, INC., *et al.*,    )         Case No. 08-35653-KRH
                                                 )
                Debtors.               )         Jointly Administered
                                                 )         Judge Kevin R. Huennekens
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF MOTION OF AOL LLC FOR PAYMENT OF**
**ADMINISTRATIVE EXPENSE CLAIM**

On January 23, 2009, AOL LLC ("AOL" or "Movant"), files its Motion  pursuant to

Section 503 of title 11 of the United States Code (the "Bankruptcy Code") to compel payment of

AOL's administrative claim, Docket No. 1760 (the "Motion"). Also on January 23, 2009,

Movant filed its Notice of the Motion, Docket No.1761 (the "Notice").

I hereby certify that on the 23rd day of January, 2009, the Motion and Notice were served by e-mail on those entities on the Core Service List and the 2002 Service List that have not opted out of e-mail service (as reflected on the Circuit City webpage of Kurtzman Carson Consultants as of January 23, 2009), as defined in the Order Pursuant to Bankruptcy Code Section 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules; 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures ("CMO").

I further certify that on the 23rd day of January, 2009, the Motion and Notice were served by first class mail, postage prepaid upon those having no e-mail address listed on the Core Service List and the 2002 Service List (as listed on the Circuit City webpage of Kurtzman Carson Consultants as of January 23, 2009).

Dated:  January 23, 2009

Respectfully submitted,

/s/ Malcolm M. Mitchell, Jr.
Malcolm M. Mitchell, Jr. (VSB No. 18098)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, Virginia 22314
E-mail: mmmitchell@vorys.com

and

Tiffany Strelow Cobb, Esq. (OH-0067516)
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, Ohio 43216
Phone: (614) 464-8322
Fax:    (614) 719-4663
E-mail:  tscobb@vorys.com

*Counsel for AOL LLC and Platform-A Inc.*