Malcolm M. Mitchell, Jr. (VSB No. 18098)      **Objection Deadline: 2/6/09**Vorys, Sater,
Seymour and Pease LLP                          **Hearing: 2/13/09 @ 10:00 a.m.**
277 South Washington Street, Suite 310
Alexandria, VA  22314
Telephone:  703-837-6999
Facsimile:   703-549-4492
Email:  MMMitchell@vorys.com

and

Tiffany Strelow Cobb (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio  43215
Telephone: 614-464-8322
Facsimile:  614-719-4663
Email:  tscobb@vorys.com

*Counsel for Platform-A Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

------------------------------------------------------------x
                                                            )
In re:                                                      )     Chapter 11
                                                            )
CIRCUIT CITY STORES, INC., *et al.*,                        )     Case No. 08-35653-KRH
                                                            )
        Debtors.                                            )     Jointly Administered
                                                            )     Judge Kevin R. Huennekens
------------------------------------------------------------x

**MOTION OF PLATFORM-A INC. FOR PAYMENT OF
<u>ADMINISTRATIVE EXPENSE CLAIM</u>**

Platform-A Inc., formerly known as Advertising.com ("Platform-A" or "Movant"),

respectfully moves the Court pursuant to Sections 364 and 503 of title 11 of the United States

Code (the "Bankruptcy Code") to compel payment of Platform-A's administrative claim. In support of this Motion, Platform-A states as follows:

## BACKGROUND

1. On or about February 13, 2008, Platform-A and one or more of the above-captioned debtors ("Circuit City" or "Debtors") entered into that certain Add-on Insertion Order Contract (the "Search I/O Agreement") for, among other things, search placement delivered by Platform-A on behalf of Circuit City using Platform-A's Search Engine Service.

2. On or about October 20, 2008, Platform-A and Circuit City entered into certain display Insertion Orders for November 2008 and December 2008 (the "Display Agreements").

3. Post-petition, Platform-A and Circuit City entered into the following advertising agreements: a) Add On Insertion Order #00429 between Platform-A and Circuit City, dated December 22, 2008; and b) Insertion Order #00453 between Platform-A and Circuit City, dated January 8, 2009 (the "Post-Petition Agreements").

4. The Search I/O Agreement, the Display Agreements, and the Post-Petition Agreements are collectively referred to as the Platform-A Agreements.[1]

5. On November 10, 2008 (the "Petition Date"), Debtors commenced the Bankruptcy Cases by filing their voluntary petitions (the "Petitions") for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Virginia (the "Court").

---

[1] Due to the proprietary and confidential nature of the Platform-A Agreements, Platform-A did not attach copies to this Motion. Circuit City is presumably in possession of the Agreements; if not, Movants will provide a copy upon request. Moreover, and to the extent necessary, Movants can provide the Agreements to the Court for *in camera* review or file the Agreements under seal.

2

6. From and after the Petition Date, the Debtors have managed their affairs as debtors-in-possession.

7. Pursuant to the Platform-A Agreements, Platform-A provided certain post-petition advertising services to Circuit City (the "Post-Petition Services"). Specifically, from the Petition Date through January 16, 2009, Platform-A provided Post-Petition Services to the Debtors totaling at least $5,177,126.17, thereby providing a benefit to the Debtors' estate. See Exhibits A, B and C (Invoices for Post-Petition Services).

8. The amounts owed by Circuit City to Platform-A for the Post-Petition Services were actual, necessary costs and expenses of preserving the Debtors' estate and are unsecured debts incurred by Circuit City in the ordinary course of its business.

9. Payment of the first set of the invoices for the Post-Petition Services was due on or before January 22, 2009 (the "Past Due Invoices"). See Exhibit A. As of January 23, 2009, Circuit City has failed to pay Platform-A on account of the Past Due Invoices, notwithstanding Circuit City's assurances that payments would be made timely. See Exhibit A. The Past Due Invoices total $1,846,868.73. Id.

10. Subsequent invoices for additional Post-Petition Services reflect due dates of February 12, 2009 and February 19, 2009. See Exhibits B and C. Invoices for Post-Petition Services due on February 12, 2009 total an additional $2,890,194.25. See Exhibit B. The remaining invoices for Post-Petition Services totaling $440,063.19 are not due until February 19, 2009. See Exhibit C.

11. To the extent that Circuit City pays Platform-A in whole or in part on account of the Post-Petition Services prior to the February 13, 2009 omnibus hearing date, Platform-A will amend the relief sought in this Motion to reflect such payment(s).

## JURISDICTION

12. The Court has jurisdiction over this matter under Sections 157 and 1334 of Title 28 of the United States Code ("Title 28"). This is a core proceeding pursuant to Section 157(b)(2) of Title 28. The venue of this case and this Motion is proper under Sections 1408 and 1409 of Title 28.

## RELIEF REQUESTED

13. Pursuant to Sections 364(a) and 503(b)(1)(A) of the Bankruptcy Code, Platform-A is entitled to the allowance of an administrative claim for the Post-Petition Services provided to the Debtors (the "Administrative Claim"). Accordingly, Platform-A respectfully requests that this Court enter an order allowing the Administrative Claim and requiring Debtors to promptly pay Platform-A on account of this Administrative Claim.

## ARGUMENT

14. Section 503(b)(1)(A) of the Bankruptcy Code expressly provides that an administrative claim "shall be allowed" for "the actual, necessary costs and expenses of preserving the estate." 11 U.S.C. § 503(b)(1)(A). Further, unsecured debt that a debtor in possession incurs in the ordinary course of business is allowable under Section 503(b)(1) as an administrative expense. 11 U.S.C. § 364(a).

15. Courts generally apply a two-part test in determining whether a claimant such as Platform-A is entitled to payment of administrative expenses: "(1) the claim must arise out of a post-petition transaction between the creditor and the debtor-in-possession (or trustee) and (2) the consideration supporting the claimant's right to payment must be supplied to and beneficial to the debtor-in-possession in the operation of the business." Devan v. Simon

4

DeBartolo Group, L.P. (In re Merry-Go-Round Enters., Inc.), 180 F.3d 149, 157 (4th Cir.1998); In re Baseline Sports, Inc., 393 B.R. 105, 130 (Bankr. E.D. Va. 2008).

16. Here, the two-part test is readily satisfied. Platform-A and Circuit City continued to engage in business as usual in accordance with the Platform-A Agreements. Further, they entered into post-petition agreements, Add-on Insertion Order Contracts on December 22, 2008, and January 8, 2009, pursuant to which Platform-A continued to provide needed advertising services to Circuit City. The Debtors' estate received direct and indirect benefits from the Post-Petition Services. Moreover, the amounts owed by Circuit City to Platform-A for the Post-Petition Services were actual, necessary costs and expenses of preserving the Debtors' estate and are unsecured debts incurred by Circuit City in the ordinary course of its business. Therefore, Platform-A is entitled to an administrative claim on account of the Post-Petition Services.

## CONCLUSION

WHEREFORE, Platform-A LLC respectfully requests that the Court enter an order allowing the Administrative Claim for $5,177,126.17; requiring Debtors to immediately pay Platform-A on account of the Administrative Claim; and granting such further and other relief as the Court deems just and proper.

DATED:  January 23, 2009                                  Respectfully submitted,

/s/ Malcolm M. Mitchell, Jr.
Malcolm M. Mitchell, Jr. (VSB No. 18098)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, Virginia 22314

E-mail: mmmitchell@vorys.com

and

Tiffany Strelow Cobb, Esq. (OH-0067516)
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, Ohio 43216
Phone: (614) 464-8322
Fax:    (614) 719-4663
E-mail:  tscobb@vorys.com

*Counsel for Platform-A Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 23, 2009, a true and complete copy of the foregoing Motion Of Platform-A Inc. For Payment Of Administrative Expense Claim was served by either First Class Mail, postage prepaid and/or by electronic delivery to all of the parties on the attached Service List in accordance with the Order entered in this case on November 13, 2008, *Establishing Certain Notice, Case Management, and Administrative Procedures*.

            /s/ Malcolm M. Mitchell, Jr.
            Malcolm M. Mitchell, Jr. (VSB No. 18098)
            Vorys, Sater, Seymour and Pease LLP
            277 South Washington Street, Suite 310
            Alexandria, VA 22314
            Telephone:  703-837-6999
            Facsimile:   703-549-4492

            *Counsel for Platform-A Inc.*



# Invoice

| | |
|---|---|
| Invoice Number: | INV33706 |
| Date: | 12/23/2008 |
| Payment Terms: | Net 30 |
| IO Number: | 1-D7CKY |
| FIN#: | 52-2121493 |

**To:**
Circuit City
Chrystal Pope
CC Direct, 9954 Mayland Drive

Plymouth, VA  23233
USA

**SEND PAYMENT TO:**
Advertising.com, Inc.
24143 Network Place
Chicago, IL  60673-1241

| Advertising.com Rep. | Client Ref. # | Campaign Flight Dates | Payment Due Date |
|---|---|---|---|
| Mark Failla | | 11/10/2008 to 11/30/2008 | 01/22/2009 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 1 | SEARCH ENGINE SERVICES<br>11/10/2008 - 11/30/2008 Circuit City, Circuit City Branded, Circuit City Branded | $5410.95000 | $5,410.95 |
| 1 | SEARCH ENGINE SERVICES<br>11/10/2008 - 11/30/2008 Circuit City, Circuit City Branded, Circuit City Branded | $270547.44000 | $270,547.44 |
| 1 | SEARCH ENGINE SERVICES<br>11/10/2008 - 11/30/2008 Circuit City, Circuit City Non Branded, Circuit City Non Branded | $228677.38000 | $228,677.38 |
| 1 | SEARCH ENGINE SERVICES<br>11/10/2008 - 11/30/2008 Circuit City, Circuit City Non Branded, Circuit City Non Branded | $1143386.89000 | $1,143,386.89 |

Post

Please make checks payable to: Advertising.com, Inc. and send to address listed above. Make sure to include your invoice # on your check. Finance charges of 1.5% will accrue on a monthly basis on accounts 30 days past due. If you have any questions, please call Accounting at 410-244-1370

**Total Due**     $1,648,022.66

**THANK YOU FOR YOUR BUSINESS**



EXHIBIT A



# Invoice

| | |
|---|---|
| Invoice Number: | INV33708 |
| Date: | 12/23/2008 |
| Payment Terms: | Net 30 |
| IO Number: | 1-D7CKY |
| FIN#: | 52-2121493 |

**To:**
Circuit City
Chrystal Pope
CC Direct, 9954 Mayland Drive

Plymouth, VA  23233
USA

**SEND PAYMENT TO:**

Advertising.com, Inc.
24143 Network Place
Chicago, IL  60673-1241

| Advertising.com Rep. | Client Ref. # | Campaign Flight Dates | Payment Due Date |
|---|---|---|---|
| Mark Failla | | 11/10/2008  to   11/30/2008 | 01/22/2009 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 1 | SEARCH ENGINE SERVICES<br>11/10/2008 - 11/30/2008 Circuit City, Circuit City Search Admin B2B | $0.00000 | $0.00 |
| 1 | SEARCH ENGINE SERVICES<br>11/10/2008 - 11/30/2008 Circuit City, Circuit City Search Admin B2B | $5435.29000 | $5,435.29 |

*Post*

Please make checks payable to: Advertising.com, Inc. and send to address listed above.  Make sure to include your invoice # on your check.  Finance charges of 1.5% will accrue on a monthly basis on accounts 30 days past due.  If you have any questions, please call Accounting at 410-244-1370

| Total Due | $5,435.29 |
|---|---|

**THANK YOU FOR YOUR BUSINESS**



# Invoice

| | |
|---|---|
| Invoice Number: | INV33710 |
| Date: | 12/23/2008 |
| Payment Terms: | Net 30 |
| IO Number: | 1-D7CKY |
| FIN#: | 52-2121493 |

**To:**
Circuit City
Chrystal Pope
CC Direct, 9954 Mayland Drive

Plymouth, VA  23233
USA

**SEND PAYMENT TO:**

Advertising.com, Inc.
24143 Network Place
Chicago, IL  60673-1241

| Advertising.com Rep. | Client Ref. # | Campaign Flight Dates | Payment Due Date |
|---|---|---|---|
| Mark Failla | | 11/10/2008  to    11/30/2008 | 01/22/2009 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 1 | SEARCH ENGINE SERVICES<br>11/10/2008 - 11/30/2008 Circuit City, Circuit City B2C | $1587.69000 | $1,587.69 |
| 1 | SEARCH ENGINE SERVICES<br>11/10/2008 - 11/30/2008 Circuit City, Circuit City B2C | $7938.44000 | $7,938.44 |

Post

Please make checks payable to: Advertising.com, Inc. and send to address listed above. Make sure to include your invoice # on your check. Finance charges of 1.5% will accrue on a monthly basis on accounts 30 days past due. If you have any questions, please call Accounting at 410-244-1370

| Total Due | $9,526.13 |
|---|---|

**THANK YOU FOR YOUR BUSINESS**



# Invoice

| | |
|---|---|
| Invoice Number: | INV33712 |
| Date: | 12/23/2008 |
| Payment Terms: | Net 30 |
| IO Number: | 1-D7CKY |
| FIN#: | 52-2121493 |

**To:**
Circuit City
Chrystal Pope
CC Direct, 9954 Mayland Drive

Plymouth, VA  23233
USA

**SEND PAYMENT TO:**
Advertising.com, Inc.
24143 Network Place
Chicago, IL  60673-1241

| Advertising.com Rep. | Client Ref. # | Campaign Flight Dates | Payment Due Date |
|---|---|---|---|
| Mark Failla | | 11/10/2008 to 11/30/2008 | 01/22/2009 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 1 | SEARCH ENGINE SERVICES<br>11/10/2008 - 11/30/2008 Circuit City, Circuit City Bankruptcy Terms | $10.51000 | $10.51 |
| 1 | SEARCH ENGINE SERVICES<br>11/10/2008 - 11/30/2008 Circuit City, Circuit City Bankruptcy Terms | $525.27000 | $525.27 |

*Post*

*R317 Customer Aging*

Please make checks payable to: Advertising.com, Inc. and send to address listed above.  Make sure to include your invoice # on your check.  Finance charges of 1.5% will accrue on a monthly basis on accounts 30 days past due.  If you have any questions, please call Accounting at 410-244-1370

| Total Due | $535.78 |
|---|---|

**THANK YOU FOR YOUR BUSINESS**



# Invoice

| | |
|---|---|
| Invoice Number: | INV33697 |
| Date: | 12/22/2008 |
| Payment Terms: | Net 30 |
| IO Number: | 1-B24Y9 |
| FIN#: | 52-2121493 |

**To:**
Circuit City
Julie Borill
CC Direct, 9954 Mayland Drive

Plymouth, VA  23233
USA

**SEND PAYMENT TO:**

Advertising.com, Inc.
24143 Network Place
Chicago, IL  60673-1241

| Advertising.com Rep. | Client Ref. # | Campaign Flight Dates | Payment Due Date |
|---|---|---|---|
| Mark Failla | | 11/10/2008 to 11/29/2008 | 01/21/2009 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 138,570 | WEB NETWORK<br>11/10/2008 - 11/29/2008 Circuit City, Circuit City CPC | $0.86000 | $119,170.20 |
| 7,130,963 | WEB NETWORK<br>11/10/2008 - 11/29/2008 Circuit City, Circuit City Pointroll | $0.00900 | $64,178.67 |

*Post*

Please make checks payable to: Advertising.com, Inc. and send to address listed above.  Make sure to include your invoice # on your check.  Finance charges of 1.5% will accrue on a monthly basis on accounts 30 days past due.  If you have any questions, please call Accounting at 410-244-1370

| Total Due | $183,348.87 |
|---|---|

**THANK YOU FOR YOUR BUSINESS**



# Invoice

Invoice: **INV33774**
Date: **01/13/2009**
Payment Terms: **Net 30**
IO Number: **1-B24Y9**
FIN#: **52-2121493**

**To:**
Circuit City
Julie Borill
CC Direct, 9954 Mayland Drive

Plymouth, VA  23233
USA

**Send Payment to:**
Advertising.com, Inc.
24143 Network Place
Chicago, IL 60673-1241

| Advertising.com Rep | Client Ref. # | Campaign Flight Dates | Payment Due Date |
|---|---|---|---|
| Mark Failla | | 11/30/2008 to 01/03/2009 | 02/12/2009 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 13,333,333 | WEB NETWORK 11/30/2008 - 01/03/2009 Circuit City, Circuit City Pointroll | $0.00900 | $120,000.00 |
| 209,302 | WEB NETWORK 11/30/2008 - 01/03/2009 Circuit City, Circuit City CPC | $0.86000 | $179,999.72 |

**Total Due**    $299,999.72

Please make checks payable to: Advertising.com, Inc. and send to address listed above. Make sure to include your invoice # on your check. Finance charges of 1.5% will accrue on a monthly basis on accounts 30 days past due. If you have any questions please call Accounting at 410-244-1370

**THANK YOU FOR YOUR BUSINESS**

EXHIBIT
B



# Invoice

| | |
|---|---|
| Invoice: | INV33776 |
| Date: | 01/13/2009 |
| Payment Terms: | Net 30 |
| IO Number: | 1-D7CKY |
| FIN#: | 52-2121493 |

**To:**
Circuit City
Chrystal Pope
CC Direct, 9954 Mayland Drive

Plymouth, VA  23233
USA

**Send Payment to:**

Advertising.com, Inc.
24143 Network Place
Chicago, IL 60673-1241

| Advertising.com Rep | Client Ref. # | Campaign Flight Dates | Payment Due Date |
|---|---|---|---|
| Mark Failla | | 12/01/2008  to  12/10/2008 | 02/12/2009 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 1 | SEARCH ENGINE SERVICES<br>12/01/2008 - 12/10/2008 Circuit City, Circuit City Search Admin B2B | $0.00000 | $0.00 |
| 1 | SEARCH ENGINE SERVICES<br>12/01/2008 - 12/10/2008 Circuit City, Circuit City Search Admin B2B | $2649.24000 | $2,649.24 |

**Total Due** $2,649.24

Please make checks payable to: Advertising.com, Inc. and send to address listed above.  Make sure to include your invoice # on your check.  Finance charges of 1.5% will accrue on a monthly basis on accounts 30 days past due.  If you have any questions please call Accounting at 410-244-1370

**THANK YOU FOR YOUR BUSINESS**



# Invoice

**Invoice:** INV33813
**Date:** 01/13/2009
**Payment Terms:** Net 30
**IO Number:** 1-D7CKY
**FIN#:** 52-2121493

**To:**
Circuit City
Chrystal Pope
CC Direct, 9954 Mayland Drive

Plymouth, VA  23233
USA

**Send Payment to:**
Advertising.com, Inc.
24143 Network Place
Chicago, IL 60673-1241

| Advertising.com Rep | Client Ref. # | Campaign Flight Dates | Payment Due Date |
|---|---|---|---|
| Mark Failla | | 12/01/2008  to  12/31/2008 | 02/12/2009 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 1 | SEARCH ENGINE SERVICES<br>12/01/2008 - 12/31/2008 Circuit City, Non Branded | $380269.29000 | $380,269.29 |
| 1 | SEARCH ENGINE SERVICES<br>12/01/2008 - 12/31/2008 Circuit City, Circuit City Bankruptcy Terms | $1112.89000 | $1,112.89 |
| 1 | SEARCH ENGINE SERVICES<br>12/01/2008 - 12/31/2008 Circuit City, Non Branded | $1901346.47000 | $1,901,346.47 |
| 1 | SEARCH ENGINE SERVICES<br>12/01/2008 - 12/31/2008 Circuit City, Circuit City Branded | $5629.81000 | $5,629.81 |
| 1 | SEARCH ENGINE SERVICES<br>12/01/2008 - 12/31/2008 Circuit City, Circuit City Branded | $281490.65000 | $281,490.65 |
| 1 | SEARCH ENGINE SERVICES<br>12/11/2008 - 12/31/2008 Circuit City, Circuit City B2B | $0.00000 | $0.00 |



# Invoice

| | |
|---|---|
| Invoice: | INV33813 |
| Date: | 01/13/2009 |
| Payment Terms: | Net 30 |
| IO Number: | 1-D7CKY |
| FIN#: | 52-2121493 |

**To:**
Circuit City
Chrystal Pope
CC Direct, 9954 Mayland Drive

Plymouth, VA  23233
USA

**Send Payment to:**

Advertising.com, Inc.
24143 Network Place
Chicago, IL 60673-1241

| Advertising.com Rep | Client Ref. # | Campaign Flight Dates | Payment Due Date |
|---|---|---|---|
| Mark Failla | | 12/01/2008  to  12/31/2008 | 02/12/2009 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 1 | SEARCH ENGINE SERVICES<br>12/01/2008 - 12/31/2008 Circuit City, Circuit City B2B | $4419.10000 | $4,419.10 |
| 1 | SEARCH ENGINE SERVICES<br>12/01/2008 - 12/31/2008 Circuit City, Circuit City B2C | $2209.14000 | $2,209.14 |
| 1 | SEARCH ENGINE SERVICES<br>12/01/2008 - 12/31/2008 Circuit City, Circuit City B2C | $11045.68000 | $11,045.68 |
| 1 | SEARCH ENGINE SERVICES<br>12/01/2008 - 12/31/2008 Circuit City, Circuit City Bankruptcy Terms | $22.26000 | $22.26 |

**Total Due** $2,587,545.29

Please make checks payable to: Advertising.com, Inc.
and send to address listed above.  Make sure
to include your invoice # on your check.  Finance
charges of 1.5% will accrue on a monthly basis on
accounts 30 days past due.  If you have any questions
please call Accounting at 410-244-1370

**THANK YOU FOR YOUR BUSINESS**



# Invoice

| | |
|---|---|
| Invoice Number: | INV34196 |
| Date: | 01/20/2009 |
| Payment Terms: | Net 30 |
| IO Number: | 1-B24Y9 |
| FIN#: | 52-2121493 |

**To:**
Circuit City
Julie Borill
CC Direct, 9954 Mayland Drive

Plymouth, VA  23233
USA

**SEND PAYMENT TO:**

Advertising.com, Inc.
24143 Network Place
Chicago, IL  60673-1241

| Advertising.com Rep. | Client Ref. # | Campaign Flight Dates | Payment Due Date |
|---|---|---|---|
| Mark Failla | | 01/04/2009 to 01/16/2009 | 02/19/2009 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 4,471,591 | WEB NETWORK<br>01/04/2009 - 01/16/2009 Circuit City, Circuit City CPC, Circuit City Pointroll | $0.00900 | $40,244.32 |
| 70,287 | WEB NETWORK<br>01/04/2009 - 01/16/2009 Circuit City, Circuit City CPC, Circuit City Pointroll | $0.86000 | $60,446.82 |

Please make checks payable to: Advertising.com, Inc. and send to address listed above.  Make sure to include your invoice # on your check.  Finance charges of 1.5% will accrue on a monthly basis on accounts 30 days past due.  If you have any questions, please call Accounting at 410-244-1370

| Total Due | $100,691.14 |
|---|---|

**THANK YOU FOR YOUR BUSINESS**

EXHIBIT C



**To:**
Circuit City
Chrystal Pope
CC Direct, 9954 Mayland Drive

Plymouth, VA 23233
USA

# Invoice

| | |
|---|---|
| Invoice Number: | INV34197 |
| Date: | 01/20/2009 |
| Payment Terms: | Net 30 |
| IO Number: | 1-D7CKY |
| FIN#: | 52-2121493 |

**SEND PAYMENT TO:**

Advertising.com, Inc.
24143 Network Place
Chicago, IL  60673-1241

| Advertising.com Rep. | Client Ref. # | Campaign Flight Dates | Payment Due Date |
|---|---|---|---|
| Mark Failla | | 01/01/2009 to 01/16/2009 | 02/19/2009 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 1 | SEARCH ENGINE SERVICES<br>01/01/2009 - 01/16/2009 Circuit City, Circuit City Non Branded, Circuit City Non Branded | $41397.72000 | $41,397.72 |
| 1 | SEARCH ENGINE SERVICES<br>01/01/2009 - 01/16/2009 Circuit City, Circuit City Non Branded, Circuit City Non Branded | $206988.60000 | $206,988.60 |
| 1 | SEARCH ENGINE SERVICES<br>01/01/2009 - 01/16/2009 Circuit City, Circuit City Branded, Circuit City Branded | $1744.80000 | $1,744.80 |
| 1 | SEARCH ENGINE SERVICES<br>01/01/2009 - 01/16/2009 Circuit City, Circuit City Branded, Circuit City Branded | $87239.90000 | $87,239.90 |
| 1 | SEARCH ENGINE SERVICES<br>01/01/2009 - 01/07/2009 Circuit City, Circuit City B2B, Circuit City B2B | $0.00000 | $0.00 |
| 1 | SEARCH ENGINE SERVICES<br>01/01/2009 - 01/07/2009 Circuit City, Circuit City B2B, Circuit City B2B | $1328.12000 | $1,328.12 |
| 1 | SEARCH ENGINE SERVICES<br>01/01/2009 - 01/16/2009 Circuit City, Circuit City Bankruptcy Terms | $13.19000 | $13.19 |



# Invoice

| | |
|---|---|
| Invoice Number: | INV34197 |
| Date: | 01/20/2009 |
| Payment Terms: | Net 30 |
| IO Number: | 1-D7CKY |
| FIN#: | 52-2121493 |

**To:**
Circuit City
Chrystal Pope
CC Direct, 9954 Mayland Drive

Plymouth, VA  23233
USA

**SEND PAYMENT TO:**

Advertising.com, Inc.
24143 Network Place
Chicago, IL  60673-1241

| Advertising.com Rep. | Client Ref. # | Campaign Flight Dates | Payment Due Date |
|---|---|---|---|
| Mark Failla | | 01/01/2009  to    01/16/2009 | 02/19/2009 |

| Quantity | Description | Unit Price | Ext. Price |
|---|---|---|---|
| 1 | SEARCH ENGINE SERVICES<br>01/01/2009 - 01/16/2009 Circuit City, Circuit City Bankruptcy Terms | $659.72000 | $659.72 |

Please make checks payable to: Advertising.com, Inc. and send to address listed above.  Make sure to include your invoice # on your check.  Finance charges of 1.5% will accrue on a monthly basis on accounts 30 days past due.  If you have any questions, please call Accounting at 410-244-1370

| Total Due | $339,372.05 |
|---|---|

**THANK YOU FOR YOUR BUSINESS**