**EXHIBIT B**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

                    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - -x
                              :    Chapter 11
In re:                        :
                              :    Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,    :
et al.,                       :    Jointly Administered
                              :
            Debtors.          :
- - - - - - - - - - - - - -x

**AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF BAKER & HOSTETLER
LLP AS A PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF
BUSINESS**

STATE OF OHIO            )
                         ) ss:
COUNTY OF CUYAHOGA       )

        Richard M. Knoth, being duly sworn, deposes
and says:

1

i)    I am a member of the firm BAKER &

HOSTETLER LLP (the "Firm"), which has been employed by

the debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors")[1] in the

ordinary course of their business.  The Debtors wish to

retain the Firm to continue providing such ordinary-

course services during their chapter 11 cases.  This

Affidavit is submitted in compliance with the Order

Granting Debtors' Motion For Order Pursuant To

Bankruptcy Code Sections 105(A), 327, 330 And 331

Authorizing Debtors To Employ Professionals Utilized In

The Ordinary Course Of Business (the "OCB Professionals

Order").

---

[1]    The Debtors and the last four digits of their respective
taxpayer identification numbers are as follows: Circuit City
Stores, Inc. (3875), Circuit City Stores West Coast, Inc.
(0785), InterTAN, Inc. (0875), Ventoux International, Inc.
(1838), Circuit City Purchasing Company, LLC (5170), CC
Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Properties, LLC (3353), Kinzer
Technology, LLC (2157), Abbott Advertising Agency, Inc.
(4659), Patapsco Designs, Inc.(6796), Sky Venture Corp.
(0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC
(6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360),
and Circuit City Stores PR, LLC (5512).  The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan
Boulevard, Westminster, Colorado 80031.  For all other
Debtors, the address is 9950 Mayland Drive, Richmond, Virginia
23233.

1.   The Firm was provided with a list of interested parties, a copy of which is annexed hereto as Exhibit 1, and conducted a search of Firm's records for the names identified thereon. Based on that search, neither I, the Firm, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or stockholders, or any party in interest herein, except as set forth hereinafter:

### Prepetition and Post-Petition Secured Lenders

Bank of America, NA
Capital One Leverage Financial Corporation
General Electric Capital Corporation
JPMorgan Chase Bank, NA
National City Business Credit, Inc.
PNC Bank NA
Sun Trust Bank
Textron Financial Corporation
UBS Loan Finance LLC
Wachovia Capital Finance Corporation
Wells Fargo Retail Finance, LLC

### Merchandise Creditors

Apple
Epson America Inc.
Hewlett-Packard Company
Monster Cable Products
Nikon Inc.
Sandisk Corporation
Sony Electronics Inc.

### Vendors and Major Contract Parties

Corporate Express
Quebecor World KRI
Sony

3

Trane

## **Fifty Largest Unsecured Creditors**

IBM
Hewlett-Packard Company
Monster Cable
Nikon Corporation
Sandisk
Sony Electronics
Toshiba America Business Solutions

## **Consignors**

Intuit Inc.

## **Credit Card Companies and/or Processors**

American Express
Chase Bank, USA
MasterCard

## **Insurers**

Chubb
Continental Casualty Company
Fireman's Fund Insurance Company
Great American Insurance Company
Liberty Mutual Fire Insurance Company
Ohio Casualty Insurance Company

## **Third Party Administrators**

Aon Inc.
Assurant Inc.
Hewitt Associates LLC
IBM
Navigant Consulting, Inc.
Wachovia Bank

## **Utility Providers**

AT&T
Chesapeake Utilities
Cincinnati Bell
City and County of Denver, CO
City of Columbus, OH
City of Oxnard, CA
DTE Energy

Duke Energy
Florida Power & Light Company
Granite Telecommunications
Jersey Central Power & Light
National Grid
New Mexico Utilities, Inc.
Nextel Communications
Ohio Edison
Orange County Utilities
Qwest
South Central Power Co. Ohio
Sprint
TPS
Tucson Electric Power Company
Verizon Wireless

**Real Property Lessors**

Centro Watt
DDR (Developers Diversified Realty Corp.)
Greater Orlando Aviation Authority
Home Depot USA Inc.
Kimco Realty Corporation
National Retail Properties, LP
New River Properties
Simon Property Group
Wal-Mart Stores East LP

**Sublessees**

Advance Auto Parts
Consolidated Stores Corporation
Dollar Tree Stores, Inc.
GE Transportation Systems
Golfsmith International
Huntington National Bank
JP Morgan Chase Bank
Solo Cup Company
West Marine Products Inc.

**Personal Property Lessors**

IBM
Hewlett-Packard
Toshiba Corporation

**Banks Utilized in the Company's
Cash Management System**

AmSouth Bancorporation
Banco Popular
Chase Bank
Fifth Third Bank
Fifth Third Securities
UBS Financial Services, Inc.
Wachovia Bank & Securities
Wells Fargo Bank

**Litigation Counterparties**

JP Morgan Chase
Keystone Automotive Industries
MasterCard
Monster Cable
VISA

2.    The Firm does not represent or hold any

interest adverse to the Debtors or their estates

with respect to the engagement for which we are

to be retained.

3.    We have represented the Debtor in

commercial litigation in a variety of

jurisdictions and provided a defense of

governmental investigations concerning

advertising claims/practices in various states.

4.    This Firm and certain of its members,

counsel, and associates may have in the past

represented, currently represent, and may in the

future represent entities that are claimants or

equity security holders of the Debtors in matters totally unrelated to the Debtors' chapter 11 cases.  None of those past or current representations are material.  This Firm will be in a position to identify with specificity all such persons or entities when lists of all creditors of the Debtors have been prepared and will make any further disclosures as may be appropriate at that time.  The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases directly to the Debtors, in accordance with the OCB Professionals Order, with such application to request compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm.  The principal attorneys and paralegals designated to represent the Debtors and their current standard rates are attorneys Richard M. Knoth, Michael J. Montgomery, Breaden M. Douthett, Nicholas White and paralegal Cortney Palm.

5.   The current standard rates for the above
individuals are:  Richard M. Knoth: $365; Michael
J. Montgomery: $225; Breaden M. Douthett: $225;
Nicholas White: $180; and Cortney Palm: $90.

6.   The rates set forth above are subject to
periodic adjustments to reflect economic and
other conditions.  Such rates are the Firm's
standard rates for work of this nature.  The
rates are set at a level designed to fairly
compensate the Firm for the work of its attorneys
and paralegals and to cover fixed and routine
overhead expenses.  It is the Firm's policy to
charge its clients in all areas of practice for
all other expenses incurred in connection with a
client's case.  The expenses charged to clients
include, among other things, reasonable travel
costs, photocopies, record costs and research
related expense and, in general, all identifiable
expenses that would not have been incurred except
for representation of a particular client.  The
Firm will charge the Debtors for these expenses

8

in a manner and at rates consistent with charges made generally to the Firm's other clients.

7.    Except as provided in the OCB Professionals Order, no representations or promises have been received by the Firm nor by any member, counsel, or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases.

WHEREFORE, affiant respectfully submits this
Affidavit in Support of Employment of Baker & Hostetler
LLP as a Professional Utilized in the Ordinary Course of
Business.

Richard M. Knoth
Partner
Baker & Hostetler LLP
3200 National City Center
1900 E. 9th Street
Cleveland, OH  44114
(216) 621-0200
Fax:  (216) 696-0740
Email:  rknoth@bakerlaw.com

Sworn to before me this 20th day of January, 2009.

Notary Public
My Commission Expires: MARCH 19, 2011

LAUREL J. TATSCH, Notary Public
State of Ohio, Lake County
My Commission Expires March 19, 2011

**EXHIBIT 1**
**Parties in Interest List**

**The Debtors**
Abbott Advertising Agency, Inc.
CC Aviation, LLC
CC Distribution Company of Virginia, Inc.
Circuit City Properties, LLC
Circuit City Purchasing Company, LLC
Circuit City Stores, Inc.
Circuit City Stores PR, LLC
Circuit City Stores West Coast, Inc.
Courcheval, LLC
InterTAN, Inc.
Kinzer Technology, LLC
Mayland MN, LLC
Orbyx Electronics, LLC
Patapsco Designs, Inc.
Prahs, Inc.
Sky Venture Corporation
Ventoux International, Inc.
XS Stuff, LLC

**Non-Debtor Affiliates**
Asian Sourcing & Procurement Services Co. Ltd.
Cicuit City Global Sourcing Ltd
Early Adopter Fund, LLC
InterTAN Canada, Ltd
InterTAN France SNC
InterTAN Ontario Ltd.
PlumChoice, Inc.
Sixth Street Marketplace, LP
St. Tammany Oaks Subdivision Association LLC
Theater Xtreme Entertainment Group, Inc.

**Directors and Officers**
Baldyga, Lisa
Barretta, Henry P.
Besanko, Brue H.
Bossin, Alan
Bradley, Brian S.
Breitenbecher, Kelly E.
Brill, Ronald M.
Byrd, Carolyn H.
Cuthbertson, Ron
Daoust, Ean
Dunn, Philip J.
Fairbairn, Ursula O.
Feigin, Barbara S.
Foss, Michael E.
Grove, Jacqueline
Hardymon, James F.
Harlow, John T.
Hedgebeth, Reginald D.
Heidemann, Lyle G.
Jonas, Eric A., Jr.
Kane, Alan
Kelly, John J.
King, Alan B.
Kornstein, Don R.
Ma, Jeric
Marcum, James A.
McDonald, Jeffrey A.
Mosier, Michelle
Mulleady, John
Oakey, John A., III
Owen, Linda M.
Pappas, Steven P.
Ramsey, Daniel W.
Mith, Marlies A.
Salovaara, Mikael
Schoonover, Philip J.
Spainhour, J. Patrick
Spurling, Richard D.
Stone, Jeffrey S.
Swidler, Gerald L.
Turner, Ronald L.
Wahle, Elliot

Wong, Mark J.
Woo, Carolyn Y.

**Businesses Affiliated with Directors
and Officers**
AFC Enterprises
Air Products and Chemicals Inc.
Aon Corporation
Bally Total Fitness Holding Corporation
Centex Corporation
Home Depot International
Iconix Brand Group Inc.
Lexmark International Inc.
Nisource Inc.
Pan American Life Insurance
Stride Rite Sourcing International
Sunoco Inc.
Textron Lycoming Corporation
The Brink's Company
The Servicemaster Company
True Value Company
Varsity Brands Inc.
VF Corporation
Wabco Holdings

**Significant Shareholders**
J. Richard Atwood
Classic Fund Management Aktiengesellschaft
First Pacific Advisors LLC
HBK Investments LP
HBK Management LLC
HBK Master Fund
HBK Master Fund LP
HBK Partners II LP
HBK Services LLC
Robert L Rodriguez
Mark J Wattles

**Prepetition and Postpetition
Secured Lenders**
Ableco Finance LLC
Bank of America, N.A.
Burdale Finance Ltd.
Capital One Leverage Finance Corporation
Crystal Capital
Fifth Third Bank
General Electric Capital Corporation
GMAC Commercial Finance LLC
JPMorgan Chase Bank, N.A.
National City Business Credit, Inc.
PNC Bank, N.A.
SunTrust Bank
Textron Financial Corporation
UBS Loan Finance LLC
UPS Capital Corporation
Wachovia Capital Finance Corporation
Webster Financial Corporation
Wells Fargo Retail Finance, LLC

**Merchandise Creditors**
Alliance Entertainment
Apple
Audiovox
Belkin Logistics Inc.
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Company
Electronic Arts
Epson America Inc.
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Hewlett-Packard
Hisense USA Corporation

Kingston Technologies
Klipsch Audio Technologies, LLC
Lenovo, Inc.
Lexmark International Inc.
Linksys
Logitech Inc.
Microsoft Corporation
Microsoft Xbox
Mitsubishi Digital Electronics
Monster Cable Products
Nikon Inc.
Olympus Corporation
Omnimount Systems Inc.
Oncorp US, Inc.
Onkyo USA Corporation
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc
Samsung Electronics America Inc.
Samsung Opto Electronics Inc.
Sandisk Corporation
Sharp Electronics Corporation
Sony Computer Entertainment
Sony Electronics Inc.
Stillwater Designs Inc.
THQ Inc.
Tomtom Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Universal Distribution Records
Vizio
Warner Home Video
Western Digital Technologies
Zenith Electronics Corporation

### Vendors and Major Contract Parties
Alpha Security Products
American Systems Corporation
Andrews Electronics Inc.
Bailiwick Data Systems Inc.
CDW Direct LLC
Clay Inc, Bruce
Clickit Inc.
Cormark Inc.
Corporate Express
Corporate Facilities Group
Cosco
DC Power Solutions
Eastern Security Corporation
Eleets Logistics
Ereplacements LLC
Fire Materials Group LLC
Gorilla Nation Media
Graphic Communications
Illinois Wholesale Cash Register
Innerworkings LLC
J&F Mfg Inc
JLG Industries Inc.
Nextag
NFL Enterprises LLC
North American Roofing Systems Inc.
Northern Wire Productions
Orbis Corporation
Pricegrabber.Com LLC
PTR Compactor & Baler Company
Quebecor World KRI
Retail Maintenance Services LLC
Samsung Electronics America Inc.
Shopping.Com Inc.
Shopzilla Inc.
Sony
Specificmedia Inc.
Standard Electric
Streater Inc.
Swiff Train Company

Trane
Tremor Media
Universal Fixtures & Display
US Signs
USIS Commercial Services Inc.
Vance Baldwin
Vanguard Products Group Inc.
Vector Security
Virginia Electronic Components
Wayne Dalton Corporation
Weather Channel Interactive, The

### Fifty Largest Unsecured Creditors
Advertising.com
Alliance Entertainment
Apex Digital Inc
Audiovox
Belkin Logistics Inc.
Bethesda Softworks
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Company
Fox Home Entertainment
Fuji Photo Film USA
Garmin International Inc.
Graphic Communications
Hewlett-Packard
Hisense USA Corporation
IBM
IBM Strategic Outsourcing Wire
Incomm
Kensington Computer Products Group
Kingston Technologies
Klipsch Audio Technologies LLC
Lenovo, Inc.
Lexar Media Inc.
Lexmark International Inc.
Linksys
Microsoft Corp Consignment
Microsoft Xbox Consignment
Mitac USA Inc.
Mitsubishi Digital Electronics
Monster Cable Products
Navarre Consignment
Navarre Corporation
Nikon Inc.
Olympus Corporation
Omnimount Systems Inc.
Oncorp US, Inc.
Onkyo USA Corporation
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc.
Samsung Electronics America
Sandisk Corporation
Sharp Electronics Corporation
Simpletech
Sony Computer Entertainment
Sony Electronics Inc.
Stillwater Designs Inc.
THQ Inc. (ValuSoft)
Toshiba America Business Solutions Inc.
Toshiba America Consumer Products
Toshiba Computer Systems Division
Vizio
Vtech Communications Inc.
Vtech Electronics
Warner Home Video
Zenith Electronics Corporation

### Consignors
foneGear
Intuit Inc.
Memorex Products, Inc.

Navarre Corporation
Panasonic Consumer Electronics Company
Pinnacle Systems, Inc. (Avid Tech Inc.)
THQ Inc. (ValuSoft)

**Credit Card Companies and/or Processors**
American Express
Chase Bank, USA
Discover Card
IPS Card Solutions, Inc.
MasterCard
ValueLink
Visa Inc.

**Insurers**
American Empire Excess & Surplus Lines
American Home Assurance Company
Arch Insurance Group
Axis Reinsurance Company
Axis Surplus Insurance Company
Chubb
CNA Global Specialty Lines
Continental Casualty Company
Essex Insurance Company
Executive Risk Indemnity Inc.
Federal Insurance Company
Fireman's Fund Insurance Company
Glacier Re
Global Aerospace, Inc.
Global Excess Partners
Great American Assurance Company
Great American Insurance Company
Industrial Risk Insurers
Integon Specialty Insurance Company
Lancashire Insurance Company (UK) Ltd
Landmark American Insurance Company
Lexington Insurance Company
Liberty Mutual Fire Insurance Company
Lloyds of London
National Liability & Fire Insurance Company
National Union Fire Insurance Company
Ohio Casualty Insurance Company
Old Republic Risk Management Inc.
Princeton Excess & Surplus Lines Insurance Co.
RSUI Indemnity Company
St. Paul Mercury Insurance Company
State National Insurance Company
Westchester Surplus Lines Insurance Company
XL Specialty Insurance Company
Zurich American Insurance Company

**Third Party Administrators**
Aetna Life Insurance Company
Alliance Entertainment Corporation
American Express Travel Related Services Company
American Express Trust Company
Aon Inc.
Assurant Inc.
Avista Advantage, Inc.
Beecher Carlson Insurance Services
Computerized Waste Systems
CTSI
E-Count
Empire Blue Cross Blue Shield
Hewitt Associates LLC
IBM
Jardine Lloyd Thompson Canada
Kaiser Permanente
Marsh USA, Inc.
Medco Health Solutions
Mercer Insurance Group
Mid-Atlantic Vision Service Plan, Inc.
Navigant Consulting, Inc
Specialty Risk Services
Tangoe, Inc.

Triple-S Management Corporation
Vision Service Plan
Wachovia Bank, N.A.

**Utility Providers**
Accent Energy
American Electric Power Company
American Water Company
Alabama Gas Corporation
Alabama Power
Alameda County Water District
Albemarle County Service Authority
Albuquerque Bernalillo County Water
Alderwood Water District
Allegheny Power
Alliant Energy/WP&L
Alltel
Altoona City Authority
Ameren CIPS
Ameren UE
Ameren CILCO
Ameren IP
American Water & Energy Savers
American Water Service, Inc.
Anne Arundel County Water and Wastewater
Anniston Water Works, AL
Arizona Public Service
Aqua New Jersey
Aquarion Water Company of CT
Aquila, Inc.
Arch Wireless
Arkansas Oklahoma Gas Corporation
Arkansas Western Gas Company
Artesian Water Company, Inc.
Ashwaubenon Water & Sewer Utility
AT&T
AT&T (Ameritech)
AT&T (Bellsouth)
AT&T (Pacific Bell)
AT&T (SNET)
AT&T (Southwestern Bell)
AT&T Mobility
Athens Clarke County, GA
Athens-Clarke County Stormwater Utility
Atlantic City Electric
Atmos Energy
Augusta Utilities Department
Aurora Water
Austell Natural Gas System
Autoridad de Acueductos y Alcantarillado
Autoridad de Energia Electrica
Avaya
Avista Utilities
Bangor Gas, ME
Bangor Hydro Electric Company
Bangor Water District
Bay State Gas
Bell South
Bellevue City Treasurer, WA
Belmont County Sanitary Sewer District, OH
Bexar County WCID
Baltimore Gas & Electric
Board of Public Utilities-Cheyenne, WY
Board of Water Supply/HI
Board of Water Works of Pueblo, CO
Borough of Chambersburg, PA
Braintree Electric Light Department
Braintree Water & Sewer Dept
Brazoria County MUD #6
Brick Township Municipal Utilities
Brighthouse Networks
Brownsville Public Utilities Board
Brunswick-Glynn County, GA
Bucks County Water & Sewer Authority
California Water Service-Bakersfield

Canton Township Water Dept, MI
Cape Fear Public Utility Authority
Cascade Natural Gas
Center Township Water & Sewer Authority
CenterPoint Energy Services Inc.
Central Georgia EMC
Central Hudson Gas & Electric Company
Central Maine Power
CenturyTel
Charleston Water System
Charlotte County Utilities
Charter Communications
Charter Township of Bloomfield, MI
Charter Township of Meridian, MI
Chattanooga Gas Company
Chesapeake Utilities
Chesterfield County Utilities Department
Cheyenne Light, Fuel & Power
Cincinnati Bell
Citizens Gas & Coke Utility
Citrus Heights Water District
City and County of Denver, CO
City of Abilene, TX
City of Alcoa Utilities, TN
City of Alexandria, LA
City of Altamonte Springs, FL
City of Amarillo, TX
City of Ammon, ID
City of Ann Arbor Treasurer, MI
City of Ardmore, OK
City of Arlington, TX
City of Asheville, NC
City of Atlanta, GA-Dept of Watershed Mg
City of Austin, TX
City of Avondale, AZ
City of Baltimore, MD
City of Batavia, IL
City of Beaumont, TX
City of Berwyn, IL
City of Bethlehem, PA
City of Bloomington, IL
City of Bloomington, MN
City of Boca Raton, FL
City of Boulder, CO
City of Boynton Beach, FL/Utilities Dept
City of Brea, CA
City of Bridgeport, WV
City of Brighton, MI
City of Brockton, MA
City of Brookfield, WI
City of Buford, GA
City of Burbank, CA
City of Burnsville, MN
City of Calumet City, IL
City of Cape Coral, FL
City of Carmel, IN
City of Cedar Hill, TX
City of Cedar Park, TX
City of Chandler, AZ
City of Charlottesville, VA
City of Chicago, IL Dept. of Water
City of Clearwater, FL
City of Cocoa, FL
City of Colonial Heights, VA
City of Columbia, MO
City of Columbia, SC
City of Columbus, OH
City of Concord, NC
City of Concord, NH
City of Coon Rapids, MN
City of Coral Springs, FL
City of Corpus Christi, TX-Utility Busing
City of Countryside, IL
City of Covina, CA
City of Crystal Lake, IL

City of Cuyahoga Falls, OH
City of Dallas, TX
City of Daly City, CA
City of Danbury, CT
City of Daphne, AL
City of Daytona Beach, FL
City of Dearborn, MI
City of Decatur, IL
City of Denton, TX
City of Dover, DE
City of Durham, NC
City of East Point, GA
City of Escondido, CA
City of Falls Church, VA
City of Fayetteville, AR
City of Florence, SC
City of Folsom,CA
City of Fort Lauderdale, FL
City of Fort Myers, FL/340
City of Fort Smith, AR
City of Fredericksburg, VA
City of Fresno, CA
City of Frisco, TX
City of Fullerton, CA
City of Garland Utility Services
City of Gastonia, NC
City of Glendale, CA - Water & Power
City of Goodyear, AZ
City of Grand Rapids, MI
City of Grandville, MI
City of Groveland, FL
City of Groveland, FL
City of Gulfport, MS
City of Harrisonburg, VA
City of Hattiesburg, MS
City of Hialeah, FL-Dept of Water & Sewer
City of Hickory, NC
City of High Point, NC
City of Houston, TX - Water/Wastewater
City of Humble, TX
City of Huntington Beach, CA
City of Hurst, TX
City of Independence, MO
City of Jacksonville, NC
City of Joliet, IL
City of Keene, NH
City of Keizer, OR
City of Killeen, TX
City of Kingsport, TN
City of La Habra, CA
City of Lafayette, IN
City of Lake Charles, LA
City of Lake Worth, TX
City of Lakewood, CA
City of Lakewood, CO
City of Laredo, TX
City of League City, TX
City of Leominster, MA
City of Lewisville, TX
City of Livermore, CA
City of Long Beach, CA
City of Longview, TX
City of Lufkin, TX
City of Lynnwood, WA
City of Madison Heights, MI
City of Mansfield, TX
City of Manteca, CA
City of Maple Grove, MN
City of Marion, IL
City of Martinsville, VA
City of McHenry, IL
City of McKinney, TX
City of Melbourne, FL
City of Merced
City of Meriden Tax Collector, CT

City of Mesa, AZ
City of Mesquite, TX
City of Midland, TX
City of Midwest City, OK
City of Millville, NJ
City of Minnetonka, MN
City of Modesto, CA
City of Monrovia, CA
City of Montebello, CA
City of Morgan Hill, CA
City of Muskegon, MI
City of Myrtle Beach, SC
City of Naperville, IL
City of Niles, OH
City of Norman, OK
City of North Canton, OH
City of Norton Shores, MI
City of Norwalk, CA
City of Novi, MI
City of OFallon, IL
City of Oklahoma City, OK
City of Olympia, WA
City of Orange, CA
City of Orem, UT
City of Oxnard, CA
City of Pasadena, CA
City of Pasadena, TX
City of Pembroke Pines, FL
City of Pensacola, FL
City of Peoria, AZ
City of Phoenix, AZ
City of Pittsburg, CA
City of Plano, TX
City of Plantation, FL
City of Pontiac, MI
City of Port Arthur, TX
City of Port Richey, FL
City of Portage, MI
City of Portland, OR
City of Portsmouth, NH
City of Raleigh, NC
City of Rancho Cucamonga, CA
City of Redding, CA
City of Richland, WA
City of Richmond, VA
City of Rochester Hills, MI
City of Rockford, IL
City of Rockwall, TX
City of Roseville, CA
City of Roseville, CA
City of Roseville, MI
City of Round Rock, TX
City of Salisbury, NC
City of San Bernardino, CA - Water
City of San Diego, CA
City of San Luis Obispo, CA
City of Santa Barbara, CA
City of Santa Maria, CA
City of Santa Monica, CA
City of Santa Rosa, CA-Water & Sewer
City of Savannah, GA
City of Sebring, FL
City of Selma, TX
City of Sherman, TX
City of Shreveport, LA-D O W A S
City of Signal Hill, CA
City of Slidell, LA
City of Somerville, MA
City of Southaven, MS
City of Southlake, TX
City of St. Cloud, MN
City of St. Peters, MO
City of Steubenville, OH
City of Sugar Land, TX
City of Summerville, Armuchee

City of Sunnyvale, CA
City of Tallahassee, FL - Util Dept
City of Tampa, FL
City of Taunton, MA
City of Taylor, MI
City of Temple, TX
City of Thornton, CO
City of Toledo, OH
City of Torrance, CA
City of Troy, MI
City of Tucson, AZ
City of Tukwila, WA
City of Tulsa, OK
City of Turlock, CA
City of Tuscaloosa, AL
City of Tyler, TX
City of Vero Beach, FL
City of Victorville, CA
City of Vienna, WV
City of Virginia Beach, VA
City of Waco, TX
City of Warner Robins, GA
City of Webster, TX
City of West Jordan, UT
City of West Palm Beach/Utilities
City of Westland, MI - Dept. 180701
City of Wichita Falls, TX
City of Wichita Water Department, KS
City of Wilmington, DE
City of Wilmington, NC
City of Winston-Salem, NC
City of Woodbury, MN
City of Yuma, AZ
City Utilities (Fort Wayne, IN)
City Utilities of Springfield, MO
City Water & Light
City Water Light & Power, Springfield IL
Clackamas River Water
Clarksville Department of Electricity
Clarksville Gas & Water Department
Clearwater Enterprises, L.L.C.
Cleco Power LLC
Cleveland Utilities
Coachella Valley Water District
Cobb County Water System
College Station Utilities - TX
Colorado Springs Utilities
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Power & Water Systems
Columbus City Utilities
Columbus Water Works
Com Ed
Comcast
Compton Municipal Water Dept
Con Edison
Con Edison Solutions
Connecticut Light & Power
Connecticut Natural Gas Corporation
Connecticut Water Company
Connexus Energy
Consolidated Communications
Consolidated Mutual Water
Consolidated Waterworks District #1
Consumers Energy
Contra Costa Water District
County of Henrico, VA
Cox Communications
CPS Energy
Cucamonga Valley Water District
Dakota Electric Association
Davidson Telecom LLC
Dayton Power & Light
Delmarva Power DE/MD/VA
Delta Charter Township, MI

Denver Water
Deptford Township MUA, NJ
Direct Energy
Division of Water, City of Cleveland OH
Dixie Electric Cooperative
Dominion East Ohio
Dothan Utilities
Douglasville-Douglas County GA
DTE Energy
Dublin San Ramon Services District
Duke Energy
Dupage County Public Works
Duquesne Light Company
East Bay Municipal Utility District
East Brunswick Water Utility
Eastern Municipal Water District
Easton Suburban Water Authority
Easylink Services Corporation
El Paso Electric Company
El Paso Water Utilities
El Toro Water District
Electric City Utilities/City of Anderson
Electric Power Board-Chattanooga
Elizabethtown Gas
Elmira Water Board NY
Elyria Public Utilities
Embarq Communications
Emerald Coast Utilities Authority
Entergy Arkansas, Inc.
Entergy Gulf States LA, LLC
Equitable Gas Company
Erie County Water Authority
Evansville, IN Waterworks Dept
Everett Utilities
Fairfax Water - VA
Fairfield Municipal Utilities
Fairpoint Communications
Fewtek Inc.
First Utility District of Knox County
Flint EMC, GA
Flint Township-Board of Public Works
Florence Water & Sewer Commission
Florida City Gas
Florida Power & Light Company
Florida Public Utilities Co, DeBary
Floyd County Water Department
Fontana Water Company
Fort Collins Utilities
Fort Worth Water Dept, TX
Frederick County Division of Utilities
Frontier
Fruitland Mutual Water Company
Gainesville Regional Utilities
Gas South
Geoff Patterson, Receiver of Taxes
Georgia Power
Golden State Water Company
Grand Chute Utilities
Grand Traverse County Dept of Pub Works
Granite Telecommunications
Greater Augusta Utility District, ME
Greater Cincinnati Water Works
Green Bay Water Utility
Green Mountain Power
Greene County - Department of Public Wor
Greenville Utilities Commission, NC
Greenville Water System, SC
GreyStone Power Corporation
Gulf Power
Gwinnett Co. Water Resources
Hamilton Township
Hampton Roads Utility Billing Services
Harker Heights Water Department, TX
Harpeth Valley Utilities District
Harrisonburg Electric Commission

Hawaiian Electric Company, Inc.
Hawaiian Telecom
Hayward Water System
Helix Water District
Hernando County Utilities, FL
Hicksville Water District
Highland Sewer & Water Authority
Highland Utilities Dept, IN
Highlands Ranch Metro Districts
Hillsborough County Water Resource Ser.
Holland Board of Public Works
Holland Charter Township, MI
Holyoke Gas & Electric Department
Holyoke Water Works, MA
Huntsville Utilities, AL
Idaho Power
Imperial Irrigation District, CA
Indian River County Utilities, FL
Indianapolis Power & Light
Indianapolis Water Company
Insight
Intercall
Intermountain Gas Company
Intermountain Rural Electric Association
Irvine Ranch Water District
Jackson Electric Membership Corp, GA
Jackson Energy Authority
Jackson Water Collection, MI
Jacksonville Electric Authority
Jefferson County AL, Sewer Service Fund
Jefferson Parish, LA
Jersey Central Power & Light
Johnson City Power Board
Johnson City Utility System
Kansas City Power & Light Company
Kansas Gas Service
KCMO Water Services Department
Keynote Red Alert
Kissimmee Utility Authority
Knoxville Utilities Board
Kentucky Utilities Company
Laclede Gas Company
Lafayette Utilities Systems
Lake Apopka Natural Gas District, FL
Lake County Dept of Public Works, IL
Lakehaven Utility District
Lakeland Electric/City of Lakeland,FL
Lansing Board of Water & Light
Lee County Electric Cooperative
Lincoln Electric System
Long Island American Water, NY
Long Island Power Authority
Los Angeles County Dept. of Public Works
Los Angeles Dept of Water & Power
Loudoun Water
Louisville Water Company
Lubbock Power Light & Water
Lycoming County Water & Sewer Authority
Macon Water Authority
Madison Gas and Electric - WI
Madison Suburban Utility District
Madison Water/Sewer/Storm Utilities, WI
Manchester Water Works
Marin Municipal Water District
Martin County Utilities
McAllen Public Utilities -TX
MCI
Manatee County Utilities Cust Serv
Medford Water Commission, OR
Memphis Light, Gas & Water Division
Merced Irrigation District
Merchantville - Pennsauken
Met-Ed
Metro
Metro Technology, Inc. (AL)

Metro Water Services TN
Metropolitan St. Louis Sewer District
Miami-Dade Water and Sewer Dept.
MidAmerican Energy Company
Mid-Carolina Electric Cooperative
Middle Tennessee Electric Membership
Milwaukee Water Works
Mishawaka Utilities
Mississippi Power
Missouri Gas Energy
Mobile Area Water & Sewer System
Modesto Irrigation District
Monroe County Water Authority
Monte Vista Water District
Montgomery Water Works
Mount Laurel Municipal Utilities
Mount Pleasant Waterworks, SC
Mountaineer Gas
Nashville Electric Service
National Fuel
National Grid
Nevada Power Company
New Braunfels Utilities, TX
New England Gas Company
New England Water Utility Services, Inc.
New Hampshire Gas Corporation
New Jersey Natural Gas Company
New Mexico Utilities, Inc.
Newport News Waterworks
Nextel Communications
Nicor Gas Transportation
Nicor Gas
Northern Indiana Public Service Company
North Attleborough Electric
North Attleborough Public Works
North Little Rock Electric
North Shore Gas
North State Communications
North Wales Water Authority
Northampton Borough Municipal Authority
Northern Utilities Natural Gas
Northern Virginia Electric Cooperative
NSTAR/
NW Natural
NYC Water Board
New York State Electric & Gas
O.C.W.S. Okaloosa County
Ocala Electric Utility, FL
Oceanic Time Warner Cable
Onondaga County Water Authority
Oklahoma Gas & Electric Service
Ohio Edison
Oklahoma Natural Gas Company
Olivenhain Municipal Water District
Ontario Water Works
Orange and Rockland Utilities
Orange County Utilities
Orlando Utilities Commission
Orwell Natural Gas Company
Ozarks Electric Cooperative Corporation
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Paducah Power System
Panama City Utilities Department , FL
Parker Water & Sanitation District
Paulding County Water, GA
Pearl River Valley EPA
Peco Energy Company
Pedernales Electric Cooperative, Inc.
Penelec
Pennichuck Water Works, Inc.
Peoples Gas
PEPCO (Potomac Electric Power Company)
Philadelphia Gas Works
Piedmont Natural Gas-Nashville Gas

Pinellas County, FL-Utilities
Plaza Mill Limited
PNM Electric & Gas Services
Portland General Electric
Portland Water District - ME
PPL Utilities
Prattville Water Works Board
Progress Energy Carolinas, Inc
Providence Water
Public Service Electric & Gas Company
PSNC Energy (Public Service Company of NC)
Public Service of New Hampshire
Public Works Commission, City of Fayetteville
Puerto Rico Telephone
Puget Sound Energy
Prince William County Services
Questar Gas
Qwest
Racine Water & Wastewater Utilities, WI
Rancho California Water District
Regional Water Authority, CT
Research In Motion
Rochester Gas & Electric
Ritter Communications
Riverdale City Corporation
Riverside Public Utilities, CA
Roanoke Gas Company
Rocky Mount Public Utilities
Sacramento County Utilities
Sacramento Municipal Utility District
Saddleback Communications
Saint Paul Regional Water Services
Salt Lake City Corporation
San Angelo Water Utilities
San Antonio Water System
San Diego Gas & Electric
San Jose Water Company
Santa Buckley Energy
Santa Cruz Municipal Utilities
Santa Margarita Water District-SMWD
Santee Cooper
Sarasota County Environmental Services
Sawnee EMC
South Carolina Electric & Gas
Sebring Gas System Inc.
Second Taxing District Water Department
Semco Energy Gas Company
Sempra Energy Solutions
SFPUC-Water Department, CA
Shelby Township Dept of Public Works
Sierra Pacific Power Company-NV
Silverdale Water District # 16
Simplenet
Skytel
Southern Maryland Electric Cooperative
Snapping Shoals EMC
Snohomish County PUD
South Bend Water Works
South Central Power CO, OH
South Jersey Gas Company
South Louisiana Electric Cooperative
Southern California Edison
Southern California Gas
Southwest Gas Corporation
Southwestern VA Gas Company
Spartanburg Water System
Spectrum Utilities Solutions
Spokane County Utilities
Spokane County Water Dist #3
Spring Hill Water Works, TN
Springfield Utility Board
Springfield Water & Sewer Commission
Sprint
Salt River Project
St. Lucie West Services District

Suburban East Salem Water District
Suburban Natural Gas
Suddenlink
Suez Energy Resources NA
Suffolk County Water Authority - NY
Summit Township Water Authority
Sumter Electric Cooperative, Inc., FL
Surewest
Sweetwater Authority
T Mobile
Tacoma Public Utilities
Taunton Municipal Lighting Plant
TDS Telecom
Tampa Electric Company
Terrebonne Parish Consolidated Govt.
Texas Gas Service
The Illuminating Company
The Metropolitan District CT
The Torrington Water Company
Thoroughbred Village
Toledo Edison
Tombigbee Electric Power Assoc-Tupelo
Town of Apex, NC
Town of Aurelius - Water & Sewer, NY
Town of Burlington, MA
Town of Cary, NC
Town of Collierville, TN
Town of Cortlandt, NY
Town of Danvers, MA-Electric Division
Town of Dartmouth, MA
Town of Foxborough, MA
Town of Gilbert, AZ
Town of Hanover, MA-Tax Collector
Town of Manchester, CT
Town of Natick, MA
Town of Plymouth, MA
Town of Queen Creek Water, AZ
Town of Salem, NH
Town of Schererville, IN
Town of Vestal, NY - Utility Fund
Town of Victor, NY
Town of Wallkill, NY
Township of Freehold, NJ
Township of Livingston, NJ
Township of Roxbury, NJ
Township of Wayne, NJ
TPS
Tri-County Electric Cooperative/TX
Trinsic Spectrum Business
Truckee Meadows Water Authority, NV
Trumbull County Water & Sewer Dept.
Trussville Utilities Board, AL
Tucows Com
Tucson Electric Power Company
Tupelo Water & Light Dept
Turlock Irrigation District
TXU Energy
Tylex Inc./TX
UGI Energy Services, Inc.
UGI Penn Natural Gas
United Illuminating Company
United Power
United Water Idaho
United Water New Jersey/Harrington Park
United Water Pennsylvania
Unitil Concord Electric Company
USA Mobility
UTE Water Conservancy District
Utilities Inc. of Louisiana
Utility Billing Services-AR
Utility Payment Processing, Baton Rouge
Valencia Water Company, CA
VCCDD Utility
Vectren Energy Delivery
Verizon (BA)

Verizon (GTE)
Verizon Online
Verizon Wireless
Vermont Gas Systems, Inc.
Village of Algonquin, IL
Village of Arlington Heights, IL
Village of Bedford Park, IL
Village of Bloomingdale, IL
Village of Downers Grove, IL
Village of Elmwood Park, IL
Village of Gurnee, IL
Village of Matteson, IL
Village of Niles, IL
Village of Norridge, IL
Village of Nyack Water Dept., NY
Village of Schaumburg, IL
Village of Wellington, FL
Virginia Natural Gas
Vista Irrigation District
Walnut Valley Water District
Walton EMC PO Box 1347/260
Warrington Township Water & Sewer Dept.
Washington Gas
Washington Suburban Sanitary Commission
Water Gas & Light Commission
Water Revenue Bureau, PA
WaterOne
Wisconsin Electric
Wisconsin Gas
West View Water Authority
Westar Energy/KPL
Western Allegheny County MUA
Western Massachusetts Electric
Westminster Finance - CO
Wilkinsburg-Penn Joint Water Authority
Williston Water Department
Willmut Gas Company
Windstream
Wisconsin Public Service Corporation
Withlacoochee River Electric Cooperative
Wright-Hennepin Coop Electric
Xcel Energy: Southwestern Public Service
Yankee Gas Services
Youngstown Water Dept., OH

**Real Property Lessors**
1030 W. North Avenue Bldg., LLC
120 Orchard LLC
1251 Fourth Street Investors, LLC
13630 Victory Boulevard LLC
1890 Ranch, Ltd
1965 Retail LLC
19th Street Investors, Inc.
36 Monmouth Plaza LLC
3725 Airport Boulevard, LP
380 Towne Crossing, LP
4 Newbury Danvers LLC
44 North Properties, LLC
444 Connecticut Avenue LLC
502-12 86th Street, LLC
5035 Associates, LP
601 Plaza, LLC
610 & San Felipe, Inc.
680 S. Lemon Avenue Company LLC
700 Jefferson Road Ii, LLC
ADD Holdings, LP
AAC Cross County Leasehold Owner, LLC
Abercom Common, LLP
Abrams Willowbrook Three LP
Acadia Realty Limited Partnership
Accent Homes, Inc
ACPG Management, LLC
Advance Real Estate Management, LLC
Agree Limited Partnership
AIG Baker Deptford, LLC

AIG Baker Hoover, LLC
Alameda Associates
Alexander's Of Rego Park Center, Inc.
Alexandria Main Mall LLC
Alliance - Rocky Mount, LLC
Almaden Plaza Shopping Center, Inc.
Almeda-Rowlett Retail LP
Almonesson Associates, LP
Altamonte Springs Real Estate Associates, LLC
Amargosa Palmdale Investments, LLC
AMB Property, LP
Amcap Arborland LLC
Amcap Northpoint LLC
American National Bank & Trust Company Of
Chicago
American National Insurance Company
Amherst Industries, Inc.
AMLI Land Development- I, LP
Ammon Properties LLC
AM REIT Texas Real Estate Investment Trust
AR Investments, LP
Arboretum of South Barrington LLC
Ardmore Development Authority
Argyle Forest Retail I, LLC
Arho LP
Arrowhead Net Lease, LP
Arundel Mills Marketplace LP
Atlantic Center Fort Greene Associates LP
Avenue Forsyth LLC
Avr Cpc Associates, LLC
Awe-Ocala, Ltd.
Bainbridge Shopping Center II LLC
Baker Natick Promenade LLLC
Barberio, Janet
Bard, Ervin & Suzanne
Barnes and Powers North LLC
Basile LLC
Basser - Kaufman 222, LLC
Basser-Kaufman Inc.
Battlefield Fe LP
BBD Rosedale, LLC
BC Portland Partners, Inc.
Bear Valley Road Partners LLC & M Lantz LLC
Beatson, William P. Jr.
Becker Investment Company
Becker Trust, LLC
Bedford Park Properties, LLC
Bel Air Square LLC
Bella Terra Associates LLC
Benderson Development Company
Benderson Properties Inc.
Benenson Columbus - OH Trust
Berkshire West
Berkshire-Amherst, LLC
Berkshire-Hyannis, LLC
BFLO-Waterford Associates, LLC
BFW/Pike Associates, LLC
BG Walker, LLC
BK Properties LP
Blank Aschkenasy Properties LLC
Building Retail 2007 LLC & Netarc LLC
Bl-NTY I, LLC
Boise Towne Plaza LLC
Bond CC. V Delaware Business Trust
Bond CC II Delaware Business Trust
Bond CC III Delaware Business Trust
Bond CC IV Delaware Business Trust
Bond-Circuit II Delaware Business Trust
Bond-Circuit IV Delaware Business Trust
Bond-Circuit IX Delaware Business Trust
Bond-Circuit V Delaware Business Trust
Bond-Circuit VIII Delaware Business Trust
Bond-Circuit X Delaware Business Trust
Bond-Circuit XI Delaware Business Trust
Boulevard Associates

Boulevard North Associates, LP
Boyer Lake Pointe, Lc
BPP-Connecticutt LLC
BPP-Muncy LLC
BPP-Ny LLC
BPP-Oh LLC
BPP-Redding LLC
BPP-Sc LLC
BPP-Va, LLC
BPP-Wb, LLC
Brandywine Grande C, LP
Bre, Louis Joliet, LLC
Briantree Property Association LP
Brick 70 LLC
Brighton Commercial LLC
Broadacre South LLC
Broadstone Crossing LLC
BT Bloomington LLC
Burbank Mall Associates LLC
Burnham Pacific Properties
By-Pass Development Company LLC
CC. Hamburg NY Partners, LLC
CJM. Management Company
CA New Plan Asset Partnership IV, LLP
Cafaro Governors Square Partnership
Camelback Center Properties
Cameron Group Associates LLP
Campbell Properties LP
Cap Brunswick LLC
Caparra Center Associates, S.E.
Capital Centre LLC
Cardinal Capital Partners
Cardinal Court, LLC
Carlyle-Cypress Tuscaloosa I, LLC
Carousel Center Company, LP
Carriage Crossing Market Place, LLC
Carrollton Arms
Catellus Development Corporation
Catellus Operating LP
CBC - Wilbur Properties
CBL Terrace Limited Partnership
CC - Investors 1995-6
CC - Investors 1996-1
CC - Investors 1996-12
CC - Investors 1996-17
CC - Investors 1996-3
CC Brandywine Investors 1998 LLC
CC Colonial Trust
CC Countryside 98 LLC
CC East Lansing 98 LLC
CC Frederick 98 LLC
CC Ft. Smith Investors 1998 LLC
CC Grand Junction Investors 1998 LLC
CC Green Bay 98 LLC
CC Harper Woods 98 LLC
CC Independence LLC
CC Indianapolis 98 LLC
CC Indianapolis LLC
CC Investors 1995-1
CC Investors 1995-2
CC Investors 1995-3
CC Investors 1995-5
CC Investors 1996-10
CC Investors 1996-14
CC Investors 1996-6
CC Investors 1996-7
CC Investors 1997-10
CC Investors 1997-12
CC Investors 1997-2
CC Investors 1997-3
CC Investors 1997-
CC Jackson 98 LLC
CC Kingsport 98 LLC
CC La Quinta LLC
CC Lafayette LLC

CC Madison LLC
CC Merrillville Trust
CC PhiladeLPhia 98 LLC
CC Ridgeland 98 LLC
CC Roseville, LLC
CC Springs LLC
CC Wichita Falls 98 Trust
CCC Realty, LLC
CCDC Marion Portfolio LP
CCI Louisiana Trust
CCI Trust 1994-I
CC-Virginia Beach LLC
CDB Falcon Sunland Plaza LP
Cedar Development, Ltd
Centennial Holdings LLC
Central Investments, LLC
Central Park 1226, LLC
Central Park Property Owners Association
Centro Bradley Spe 7 LLC
Centro Heritage County Line LLC
Centro Heritage Innes Street LLC
Centro Heritage UC Greenville LLC
Centro Properties Group
Centro Watt
Century Plaza Development Corporation
Cermak Plaza Associates LLC
CFH Realty III/Sunset Valley LP
Chalek Company LLC
Chambersburg Crossing LP
Chandler Gateway Partners LLC
Chapel Hills - West LLC
Chapman And Main Center
Charbonnet Family Ltd et. al
Charlotte (Archdale) UY LLC
Chehalis Hawaii Partners LLC
Chico Crossroads LP
Chino South Retail PG LLC
CHK LLC
Cim/Birch St., Inc.
Circuit Distribution - Illinois
Circuit II Corporation
Circuit Investors - Fairfield, LP
Circuit Investors - Vernon Hills, LP
Circuit Investors - Yorktown, LP
Circuit Investors #2 Ltd
Circuit Investors #3 LP
Circuit Investors #4 - Thousand Oaks LP
Circuit Oklahoma Property Investor
Circuit Pennsylvania Corporation
Circuit Sports LP
Circuit Tax Property Investors LP
Circuitville LLC
Citrus Park CC LLC
City View Center LLC
CK Richmond Business Services #2, LLC
Clairemont Square
Clay Terrace Partners LLC
Cleveland Towne Center LLC
Coastal Way LLC
Cobb Corners II LP
Cofal Partners LP
Cohab Realty LLC
Coldwater Development LLC
Cole CC Aurora Co, LLC
Cole CC Groveland Fl, LLC
Cole CC Kennesaw Ga, LLC
Cole CC Mesquite Tx, LLC
Cole CC Taunton Ma, LLC
Colonial Heights Holding, LLC
Colonial Heights Land Association
Colonial Square Associates LLC
Colonnade LLC
Colony Place Plaz, LLC
Columbia Plaza Shopping Center Venture
Community Centers One LLC

Compton Commercial Redevelopment Company
Concar Enterprises Inc.
Concord Mills LP
Condan Enterprises LLC
Congressional North Associates LP
Continental 45 Fund LLC.
Continental 64 Fund LLC
Cortlandt B. LLC
Cosmo-Eastgate, Ltd.
Cottonwood Phase V LLC
Coventry II DDR Buena Park Place LP
Coventry II DDR Merriam Village LLC
Covington Lansing Acquisition LLC
CP Venture Two LLC
Craig-Clarksville Tennessee LLC
Crosspointe 08 A LLC
Crossways Financial Associates LLC
Crown CC 1 LLC
CT Retail Properties Finance V LLC
Cypress/Spanish Fort I LP
Daly City Partners I LP
Daniel G. Kamin Baton Rouge LLC
Daniel G. Kamin Burlington LLC
Daniel G. Kamin Elmwood Park LLC
Daniel G. Kamin Flint, LLC
Daniel G. Kamin Mcallen LLC
Daniel G Kamin and Howard Kadish, LLC
Dartmouth Marketplace Associates
Dayton Hudson Corporation
DDR  Southeast Loisdale LLC
DDR Crossroads Center LLC
DDR Family Centers LP
DDR Highland Grove LLC
DDR Homestead LLC
DDR Horseheads LLC
DDR Mdt Asheville River Hills
DDR Mdt Fairfax Towne Center LLC
DDR Mdt Grandville Marketplace LLC
DDR Mdt Monaca Township Marketplace LLC
DDR Mdt Union Consumer Square, LLC
DDR Miami Ave LLC
DDR Norte LLC, S.E.
DDR Southeast Cary LLC
DDR Southeast Cortez, LLC
DDR Southeast Culver City District
DDR Southeast Dothan Outparcel, LLC
DDR Southeast Highlands Ranch LLC
DDR Southeast Olympia District
DDR Southeast Rome LLC
DDR Southeast Snellville LLC
DDR Southeast Union LLC
DDR Southeast Vero Beach LLC
DDR 1st Carolina Crossings South LLC
DDRA Arrowhead Crossing LLC
DDRM Hilltop Plaza LP
DDRM Skyview Plaza LLC
DDR-Sau Greenville Point LLC
DDR-Sau Wendover Phase II, LLC
DDRTC CC Plaza LLC
DDRTC Columbiana Station I LLC
DDRTC Creeks at Virginia Center LLC
DDRTC McFarland Plaza LLC
DDRTC Newnan Pavilion LLC
DDRTC Southlake Pavilion LLC
DDRTC Sycamore Commons LLC
DDRTC T&C LLC
DDRTC Walks at Highwood Preserve I LLC
Decatur Plaza I, LLC
Deerbrook Anchor Acquisition LLC
Dematteo Management Inc.
Dentici Family Limited Partnership
Derito Pavilions 140 LLC
Desert Home Communities of Oklahoma, LLC
DEV LP
Diamond Square LLC

Dicker/Warmington Properties
Dikeou, Deno P.
Dim Vastgoed, N.V.
DJD Partners LP
DMC Properties, Inc.
Dollinger Lost Hills Associates
Donahue Schriber Realty Group LP
Dowel Conshohocken LLC
Dowel-Allentown, LLC
Doyle Winchester Properties, LLC
Drexel Delaware Trust
Drury Land Development Inc.
Durham Westgate Plaza Investors LLC.
E&A Northeast LP
Eagleridge Associates (Pueblo) LLC
East Gate Center V
Eastchase Market Center LLC
Eastland Shopping Center LLC
Eastridge Shopping Center LLC
EEL Mckee LLC
EKLEC Co. Newco LLC
ELPF Slidell, LLC
Emporium on LBJ Owners Association
Encinitas PFA, LLC
Enid Two, LLC
ERP of Midway, LLC
Estate of Joseph Y. Einbinder
Evansville Developers LLC, G.B.
Evergreen Mcdowell And Pebble Creek LLC
Excel Realty Partners LP
Excel Westminster Marketplace, Inc.
F.R.O., LLC Ix
Faber Bros., Inc
Fairfax Court LP
Fairview Heights Investors LLC
Fairway Centre Associate, LP
Faram Muskegon LLC
Farmingdale-Grocery LLC
Fayetteville Developers LLC
FC Janes Park LLC
FC Richmond Associates LP
FC Treeco Columbia Park, LLC
FC Wodbridge Crossing, LLC
Federal Realty Investment Trust
Feil Organization, The
FGP Company
Fingerlakes Crossing LLC
Firecreek Crossing o Reno LLC
First Berkshire Properties LLC
FJL MVP LLC
Flintlock Northridge LLC
F&M Properties
Fogg-Snowville LLC
Foothill Business Association
Foothill Pacific Towne Center
Forecast Danbury LP
Forest City Commercial Group LLC
Forest City Ratner Company
Fourels Investment Company
Fr/Cal Gouldsboro Property Holding LP
Friedland, Lawrence And Melvin
FW CA Brea Marketplace LLC
G&S Livingston Realty Inc.
Gainesville Outdoor Advertising Inc.
Galileo Apollo II Sub, LLC
Galileo CMBS T2 NC LP
Galileo Freshwater/Stateline LLC
Galileo Northeast LLC
Galleria Partnership
Galleria Plaza Ltd.
Garden City Center
Gateway Center Properties III, LLC
Gateway Company LLC
Gateway Woodside Inc.
GC Acquisition Corporation

Geenen Dekock Properties LLC
Generation H One and Two LP
GGP Mall of Louisiana LP
GGP-Steeplegate Inc.
Gladwyne Investors, LP
Glenmoor LP
GMS Golden Valley Ranch LLC
Goldsmith, Barbara L.
Goodmill LLC
Gould Livermore LLC
Grand Hunt Center Oea
Gravois Bluffs III LLC
GRE Grove Street One LLC
GRE Vista Ridge LP
Greater Orlando Aviation Authority
Greece Ridge LLC
Greeley Shopping Center LLC
Green 521 5th Avenue LLC
Green Acres Mall LLC
Greenback Associates
Greenwood Point LP
GRI-EQY (Sparkleberry Square) LLC
GS Erie LLC
GS II Brook Highland LLC
Gunning Investments, LLC
Hallaian Brothers
Hamilton Chase Santa Maria LLC
Hamilton Crossing I LLC
Hampden Commons Condominium Association
Hannon Ranches Ltd
Hanson Industries Inc.
Harold and Lucille Chaffee Trust
Hart Kings Crossing LLC
Hartman 1995 Ohio Property Trust
Harvest/NPE LP
Hayden Meadows JV
Hayward 880, LLC
Heritage Property Investment LP
Heritage-Lakes Crossing LLC
Hickory Hollow Development Inc.
Hickory Ridge Pavilion LLC
Highlands Ranch Community Association
HIP Stephanie, LLC
HK New Plan Covered Sun LLC
HK New Plan EPR Property Holdings LLC.
HK New Plan Exchange Property Owner II LP
HKK Investments
Hollingsworth Capital Partners - Intermodal, LLC
Holyoke Crossing LP II
Home Depot USA Inc.
Hoprock Limonite LLC
Howland Commons Partnership
HRI/Lutherville Station LLC
Hudson Realty Trust
Huntington Mall Company
HV Covington LLC
HWR Kennesaw LLC
I-10/Bunker Hill Associates, LP
I-93 Somerville LLC
Iannucci Development Corporation
Immobilien Verwaltung GMBH
Indian River Mall
Inland American Chesapeake Crossroads LLC
Inland American Oklahoma City Penn, LLC
Inland American Retail Management
Inland Commercial Property Management Inc.
Inland Us Management LLC
Inland Western Austin Southpark Meadows II LP
Inland Western Cedar Hill Pleasant Run LP
Inland Western College Station Gateway II, LP
Inland Western Columbus Clifty LLC
Inland Western Houma Magnolia LLC
Inland Western Lake Worth Towne Crossing
Inland Western Lewisville Lakepointe LP
Inland Western McDowell LLC

Inland Western Oswego Gerry Centennial LLC
Inland Western Richmond Mayland LLC
Inland Western San Antonio Hq LP
Inland Western Southlake Corners LP
Inland Western Sugar Land Colony LP
Inland Western Temecula Commons LLC
Inland Western West Mifflin Century III District
Intergrated Real Estate Services LLC
International Speedway Square Ltd
Interstate Augusta Properties LLC
Investors Brokerage Inc.
Irish Hills Plaza West II LLC
Irvine Company LLC
Irving Harlem Venture LP
J&F Enterprises
Jaffe of Weston II Inc.
Janaf Crossings, LLC
Jantzen Dynamic Corporation
Jefferson Mall Company II LLC
JKCG LLC
Johnson City Crossing (Delaware)LLC
Johnstown Zamias LP
Jubilee-Springdale LLC
Jurupa Bolingbrook LLC
JWC/Loftus LLC
K&G/Dearborn LLC.
Kamin Realty Co
Karns Real Estate Holdings II, LLC
Katy Mills Mall LP
KB Columbus I-CC
KC Benjamin Realty LLC
K E - Athens LLC
Kendall-77 Ltd.
Kentucky Oaks Mall
K-Gam Broadway Craycroft LLC
Kimco Acadiana 670 Inc.
Kimco Arbor Lakes S.C., LLC
Kimco Pk LC
Kimco Realty Corporation
KIR Amarillo LP
KIR Arboretum Crossing LP
KIR Augusta I 044 LLC
KIR Piers 716 LLC
Kite Coral Springs LLC
Knoxville Levcal LLC
KNP Investments
Kobra Properties
Kolo Enterprises
Kramont Vestal Management LLC
KRG Market Street Village LP
Kroustalis Investment
Krupp Equity Limited Partnership
KSK Scottsdale Mall LP
L. Mason Capitani Propety & Asset Mgmt. Inc
La Cienega-Sawyer Ltd.
La Frontera Village LP
La Habra Imperial LLC
Landing at Arbor Place LP, The
Landings Management Association
Landman, Deborah, Eli Landman, Zoltan Schwartz &
Anna Schwartz
Laredo/MDN II LP
Larry J. Rietz, MP, LLC
Las Vegas Land and Development Company LLC
LB Commercial Mortgage Trust Series 1998 C1
LC White Plains Retail LLC
Lea Company
League City Towne Center Ltd
Leben, Robert L. & Mary C.
Lester Development Corporation
Lexington Corporate Properties Inc.
Lexington Lion Weston I  LP
Lincoln Plaza Associates LP
Lincoln US Properties LP
Linden Business Center Association

Little Britain Holding, LLC
Loop West LLC
Louis Joliet Shoppingtown LP
Lucknow Associates
Lufkin Gkd Partner, LP
M & M Berman Enterprises
MIA Brookhaven LLC
Macerich Lakewood LLC
Macerich Vintage Fair LP
Macy's Central
Madison Waldorf LLC
Magna Trust Company
Main Street At Exton LP
Mall at Gurnee Mills LLC
Mall at Valle Vista LLC
Mall of Georgia LLC
Mallview Plaza Company Ltd.
Manco Abbott OEA Inc.
Mansfield Seq 287 and Debbie Ltd.
Manteca Stadium Park LP
Marco Portland General Partnership
Market Heights Ltd
Marlton VF, LLC
Mass One LLC
Mayfair - MDCC Business Trust
MB Fabyan Randall Plaza Batavia LLC
MB Keene Monadnock LLC
McAlister Square Partners Ltd
MD-GSI Associate, LLC
MDS Realty II, LLC
Meacham Business Center LLC
Meadowbrook Village LP
Melbourne-JCP Associates Ltd.
Melville Walton Hone, Trustee Of Hone Family
Memorial Square 1031 LLC
Meridian Village LLC
Metro Center LLC
Meyerland Plaza (De) LLC
MHW Warner Robins LLC
Mibarev Development I LLC
Mid US LLC
Mid-America Asset Management
Milford Crossing Investors LLC
Millman 2000 Charitable Trust
Millstein Industries LLC
MK Kona Commons LLC
Mobile KPT LLC
Monrovia Marketplace LLC
Montclair Plaza LLC
Monte Vista Crossings, LLC
Montevideo Investments, LLC
Montgomery Towne Center Station, Inc
Morgan Hill Retail Venture LP
Morris Bethlehem Associates LP
Morrison Crossing Shopping Center
Mount Berry Square LLC
Mr Keene Mill 1 LLC
Msf Eastgate-I LLC
Myrtle Beach Farms Company Inc.
Nap Northpoint LLC
National Retail Properties, LP
Nazario Family Partnership
Necrossgates Commons Newco, LLC
Nevada Investment Holdings, Inc.
New Plan Excel Realty Trust
New Plan of Memphis Commons, LLC
New River Properties
NMC Stratford LLC
North Attleboro Marketplace II LLC
North Hill Centre, LLC
North Plainfield VF LLC
Northcliff Residual Parcel 4 LLC
Northern Trust Bank of California
Northwoods LP
Novogroder/Abilene LLC

NP Huntsville LLC
NP I&G Conyers Crossroads LLC
NP/SSP Baybrook LLC
NPP Development LLC
Oak Hollow Mall
Oates, Marvin L.
OLP 6609 Grand LLC
OLP CC Ferguson LLC
OLP CC Florence LLC
OLP CC Antioch LLC
OLP CC Fairview Heights LLC
OLP CC St.Louis LLC
One Liberty Properties
Orangefair Marketplace LLC
Orion Alliance Group LLC
Orland Town Center Shopping Center
OTR
PL Mesa Pavilions LLC
P/A Acadia Pelham Manor LLC
PA 73 South Association
Pace-Brentwood Partners LLC
Pacific Carmel Mountain Holdings LP
Pacific Castle Groves LLC
Pacific Harbor Equities  LLC
Pacific/Youngman-Woodland Hills
Paige Exchange Corporation
Palm Springs Mile Associates Ltd.
Palmetto Investors LLC
Pan Am Equities Inc.
Panattoni Development Company LLC
Pappas Gateway LP
Paragon Affiliates
Parkdale Mall Associates LP
Parkdale Village LP
Parker Bullseye LLC
Parker Central Plaza, Ltd.
Parks at Arlington LP
Parkside Realty Associates, LP
Parkway Centre East LLC
Parkway Plaza LLC
Parkway Terrace Properties Inc.
Paskin, Marc
Peikar Muskegon LLC
Plantation Point Development LLC
Plaza at Jordan Landing LLC
Plaza Las Americas, Inc
Plaza Las Palma, LLC
Plazamill LLP
Plymouth Marketplace Condominium Assoc., Inc.
Point West Investors II
Polaris Circuit City LLC
Pond Road Associates
Port Arthur Holdings III Ltd.
Potomac Festival II
Potomac Run LLC
PR Beaver Valley LP
Prattcenter LLC
Preit Services LLC
PRGL Paxton LP
Prince George's Station Retail LLC
Principal Real Estate Holding Company LLC
Priscilla J. Rietz LLC
Promventure LP
Property Management Support Inc.
Provo Group, The
PRU Desert Crossing V LLC
Prudential Insurance Company Of America
Puente Hills Mall LLC
Ramco West Oaks I LLC
Ramco-Gershenson Properties LP
Rancon Realty Fund IV Subsidiary LLC
Ray Mucci's Inc.
Raymond and Main Retail LLC
RB-3 Associates
RD Bloomfield Associates LP

Realty Income Corporation
Rebs Muskegon LLC
Red Mountain Retail Group
Red Rose Commons Condominium Association
Redtree Properties LP
Regency Centers LP
Regency Petaluma LLC
Reiff & Givertz Texas Prop LLC
Remount Road Associates LP
Richland Town Centre LLC
Ricmac Equities Corporation
Rio Associates LP
Robinson, Donald
RREEF America REIT II Corporation VVV
RVIP Valley Central LP
Shelby Town Center I LLC
Shelbyville Road Plaza LLC
Sherwood Properties LLC
Shoppes At River Crossing, LLC
Shoppes Of Beavercreek LLC
Short Pump Town Center LLC
Sierra Lakes Marketplace LLC
Sierra North Associates LP
Sigmund Sommer Properties
Signal Hill Gateway LLC
Signco Inc.
Silverdale K-Four
Silverstein, Raymond - Trustee
Simon Debartolo Group LP
Simon Property Group
Simon Property Group Texas LP
Simvest Real Estate II LLC
Sinay Family LLC And Trust
Sir Barton Place, LLC
Site A LLC
SJ Collins Enterprises LLC
Goodman Enterprises, LLC
SM Newco Hattiesburg LLC
Somerville Saginaw LP
Sonnet Investments LLC
South Padre Drive LP
South Shields #1 Ltd.
Southhaven Center II LLC
Southland Acquisitions LLC
Southland Center Investors LLC
Southland Investors LP
Southroads LLC
Southwestern Albuquerque LP
Southwind Ltd.
Sparks Galleria Investors LLC
SPG Arbor Walk LP
SPG Independence Center LLC
SPG Tennessee LP
Spitzer Family Investments LLC
Spring Hill Development Partners GP
St. Indian Ridge LLC
St. Louis Mills LP
St. Cloud Associates
St. Tammany Oaks Subdivision Association LLC
Stapleton North Town LLC
Star Universal LLC
Station Landing, LLC
Stop & Shop Supermarket Company LLC
Stor-All New Orleans LLC
Suemar Realty Inc.
Sullivan Crosby Trust
Sunrise Plantation Properties LLC
Swanblossom Investments LP
Swedesford Shopping Center Acquisition LLC
Sweetwater Associates LP
SWQ 35/Forum Ltd.
T And T Enterprises LP
Taft Corners Associates Inc.
Tam Stockton LLC
Tamarack Village Shopping Center LP

Tanglewood Park LLC
Tanurb Burnsville LP
Target Corporation
Taubman Auburn Hills Associates LP
Taunton Depot LLC
Taylor Retail Center
Teachers Insurance & Annuity Assoc.Of Amer.
Team Retail Westbank Ltd
Ten Pryor Street Building Ltd.
Teplis, Nathan; Dr. Paul Teplis; Mrs. Belle Teplis; & Frank
Terra Enterprises
Terranomics Crossroads Associates
The Cafaro Northwest Partnership
The City Of Portfolio TIC LLC
The Marketplace Of Rochester Hills Parcel B LLC
The Macerich Company
The Shoppes At Schererville LLC
The Shops At Kildeer
The Village At Rivergate LP
THF Chesterfield Two Development LLC
THF Clarksburg Development One
THF Harrisonburg Crossings LLC
THF One Development LLC
THF St. Clairsville Parcel C.C. Development LLC
Thoroughbred Village GP
TIS Equities IX LLC
TKG Coffee Tree LP
TMW Weltfonds Rolling Acres Plaza
Torrance Towne Center Associates LLC
Torrington Triplets LLC
Tourbillon Corporation
Tower Center Associates
Town Square Plaza
Towson VF LLC
Traverse Square Company Ltd.
TRC Associates LLC
Triangle Equities Junction LLC
Trout, Jerome B. Jr.
Trout, Segall
Trumbull Shopping Center #2 LLC
Trustees Of Salem Rockingham LLC
TSA Stores, Inc.
TUP 430 Company LLC
Turnberry Lakes Business Center
Turtle Creek Partners LLC
Tutwiler Properties Ltd.
Twin Ponds Development LLC
Tysons 3 LLC
Tysons Corner Holdings LLC
U.K. - American Properties Inc.
U.S. 41 & I-285 Company
Uncommon Ltd.
Urbancal Oakland II LLC
UTC I LLC
Valencia Marketplace I LLC
Valley Corners Shopping Center LLC
Valley View S.C. LLC
Van Ness Post Center LLC
Ventura In Manhattan Inc.
Vestar Arizona XXXI LLC
Vestar QCM LLC
Village Square I L.P.
Village Walk Retail LP
Viwy IP
VNO Mundy Street LLC
VNO Tru Dale Mabry LLC
Vornado Caguas LP
Vornado Finance LLC
Vornado Gun Hill Road LLC
Vornado Realty Trust
W&D - Imperial No. 1/Norwalk
W&S Associates LP
W/S Stratford LLC
Waco Investment Group

Wal-Mart Stores East LP
Walton Hanover Investors V LLC
Walton Whitney Investors V LLC
Washington Green TIC
Washington Place Associates LP
Washington Re Investment Trust
Water Tower Square LP
Watercress Associates LP
Watkins Houston Investments LP
Wayside Commons Investors LLC
WCC Properties LLC
WEA Gateway LLC
Weberstown Mall LLC
WEC 96D Appleton-1 Investment Trust
WEC 96D Niles Investment
WEC 96D Springfield-1 Investment Trust
WEC 97G-Syracuse Investment Trust
WEC 99-3 LLC
WEC 99A-2 LLC
WEC 99A-1 LLC
Weingarten Miller Sheridan LLC
Weingarten Nostat Inc.
Weingarten Realty Investors
Welsh Companies Inc.
Wendover South Associates LP
West Campus Square LP
West Oaks Mall LP
Westfork Owners Association
Westgate Village LLC
Westlake Limited Partnership
Wheaton Plaza Regional Shopping Center
Whitestone Development Partners A LP
Whitestone REIT
Wilmington Trust Company
Windsail Properties LLC
WMI/MPI Business Trust
Woodland Trustees Inc.
Woodlands Corporation, The
Woodmont Sherman LP
Worldwide Property Management Inc.
WRI Overton Plaza LP
WRI Camp Creek Marketplace Ii, LLC
WRI Lakeside Marketplace LLC
WRI Seminole Marketplace LLC
WXIII/PWN Real Estate LP

**Sublessees**
$1.00 Stuff Inc.
Academy Alliance LLC
Adams Outdoor Advertising
Advance Auto Parts
American Outdoor Advertising
Arc International Corporation
Autozone Northeast Inc.
Baby Superstore,Inc.
Blockbuster Inc.
Books A Million
Borders Inc.
Carmax Business Services LLC
Casto
CEC Entertainment, Inc.
Chapman & Main
Charlie Brown's Steakhouse
Children's Discovery Centers of America
Circuit Sports LP
Consolidated Stores Corporation
Dan's Big & Tall Shop Inc.
Designs CMAL Retail Store Inc.
DHL Global Business Services
Dick's Sporting Goods Inc.
Dollar General Corporation
Dollar Tree Stores Inc.
Don Sherwood Golf Inc.
Edwin Watts Golf Shop
Empire Education Group

-14-

Entertainmart-Preston Rd LLC
Eyecare Discount Optical Inc.
Eynon Furniture Outlet Inc.
Fabri-Centers of America Inc.
Food Lion LLC
Forecast Danbury LP
GE Transportation Systems
Golf Galaxy
Golfsmith International LP
Great Golf Inc.
Guitar Center Stores Inc.
Homans Associates Inc.
Hughes MRO Ltd.
Huntington National Bank
Inkeeper Properties Inc.
International House Of Pancakes
JR Furniture USA Inc.
Joelle Inc.
JP Morgan Chase Bank
K&G Men's Company Inc.
Katz
Lakeshore Equipment Company
La-Z-Boy Showcase Shoppes
Lifeway Christian Resources
Maggiano's/Corner Bakery Holding Corporation
Mall of Decoration Inc.
Martin, Paul T.
Mayland Cam
Modernage Inc.
Mor Furniture For Less
MRV Wanamaker LLC
New Avenues Lease Ownership LLC
New Colorado Daily, Inc.
North South Partner, LLC
O'Charleys, Inc.
OK Apple Inc.
Oklahoma Gold Realty LLC
Oklahoma Goodwill Industries,Inc.
Orthodontic Centers of Virginia Inc.
Peak Place Holdings, LLC
Pork Place
Pot Luck Enterprises Inc.
Price Chopper Operating Company
Prosound Music Centers Inc.
Quantum Fine Casework Inc.
Quarterdeck Corporate Office
Raymund Garza
Remington Seeds LLC
Restoration Ministries
Ruby Tuesday's
Salem Farm Realty Trust
Salom Sons Inc.
Sam Ash Megastores,LLC
Schiavone, Daniel
Sky Bank
Solo Cup Company
Staples, The Office Superstore Inc.
The Auto Toy Store Inc.
The Floor Store Inc.
The Julia Christy Salon Inc.
The Pep Boys
The Sports Authority
The TJX Operating Companies
Tire Kingdom, Inc.
Topline Appliance Depot Inc.
Toys R US Inc.
Trader Joe's Company
Truong, Se and Ly
Tru Properties Inc.
TVI Inc.
Viacom Outdoor
Visionary Retail Management
Waterbed Emporium of California
West Marine Products Inc.
Winchester Fun Expedition Corporation

Wired Management LLC
Workforce Central Florida

**Personal Property Lessors**
Avaya Financial Services
GE Fleet Services
IBM
Hewlett Packard
Service Power
Toshiba

**Banks Utilized in the Company's**
**Cash Management System**
American Savings
AmSouth Bancorporation
Banco Popular
Bank of America
CRP Securities, LLC
Chase Bank
CRP Securities
Fifth Third Bank
Fifth Third Securities
JP Morgan Securities Inc
Lehman Brothers
Merrill Lynch Global Institutional Advisory Division
RBC Dain Rauscher
SunTrust
UBS Financial Services, Inc.
Wachovia Bank & Securities
Wells Fargo

**Liquidators**
Gordon Brothers Retail Partners LLC
Great American Group
Hilco Merchant Resources LLC
Hudson Capital Partners LLC
SB Capital Group LLC
Tiger Capital Group LLC

**Litigation Counterparties**
Alicea, Ada
Audiobahn
Banker, Michael
Booker, Jamal
Dealtree
DiPirro, Michael
Donnelly, Kenneth
Federal Communications Commission
Foss, Andrew
Harris, William
Holloman, Latia
Ibrahim, Betty
Internal Revenue Service
Iowa AG
JP Morgan Chase
Keystone Automotive Industries
Kobra Properties
Mad Rhino
Maria Moncayo (class action)
Massachusetts Department of Revenue
Mastercard
Micro Electronics
Millennium Retail Partners
Monster Cable
Moxley, Donald
Murphy, Christopher
RealSource
Roberty Gentry (class action)
Securities and Exchange Commission
Snow, Christopher
State of Iowa
Temple, Floyd Edward Jr.
Tennesee Department of Revenue
Unical
Visa

Voegtle, Clayton P.
Weidler, Daniel

**Restructuring and Other Professionals**
Bingham McCutchen LLP
Ernst & Young
FTI Consulting Inc.
Goldman, Sachs and Company
Kirkland & Ellis LLP
Kurtzman Carson Consultants LLC
LeClairRyan
McGuireWoods, LLP
Ogilvy Renault LLP
Osler, Hoskin & Hardcourt LLP
Rothschild, Inc.
Schulte Roth & Zabel LLP
Wilmer, Cutler, Pickering Hale, & Dorr LLP

**U.S. Trustee's Office - Region 4**
Bove, Frank J.
Conlon, Debera F.
Davis, Martha
Early, Dennis J.
Frankel, Jack I.
Franklin, Shannon D.
McDow, W. Clarkson.
Van Arsdale, Robert
Weschler, Cecelia A.
Whitehurst, Kenneth N. III

**District Court Judges (Eastern District
of Virginia)**
Anderson, John F.
Brinkeman, Leonie M.
Buchanan, Theresa C.
Cacheris, James C.
Davis, Ivan D.
Ellis, T.S. III
Hilton, Claude M.
Jones, T. Rawles Jr.
Lee, Gerald Bruce
O'Grady, Liam

**Bankruptcy Court Judges
(Eastern District of Virginia)**
Adams, David H.
Huennekens, Kevin R.
Mayer, Robert
Mitchell, Stephen S.
St. John, Stephen C.
Shelley, Blackwell N.
Tice, Douglas O. Jr.