Kevin A. Lake, Esquire (VSB# 34286)
VANDEVENTER BLACK LLP
P.O. BOX 1558
Richmond, Virginia 23218-1558
T:    (804) 237-8811
F:    (804) 237-8801

*Local Counsel to Local Texas Tax Authorities*

-and-

Elizabeth Weller, Esquire
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 Bryan St. #1600
Dallas, TX 75201
(469)221-5075 phone
(469)221-5002 fax

*Lead Attorneys for Local Texas Tax Authorities,*

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  CIRCUIT CITY STORES, INC., et al.          Case No. 08-35653-KRH
                                                    Jointly Administered
                                                    Chapter 11 Proceedings

                   Debtor(s).

**ORDER GRANTING ADMISSION *PRO HAC VICE***

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* (the "Motion"), filed by Kevin A. Lake ("Movant"), a member in good standing of the Bar of the State of Virginia, an attorney admitted to practice before the United States District and Bankruptcy Courts of the Eastern District of Virginia, and a partner with the Richmond, Virginia office of the law firm of Vandeventer Black, LLP and local counsel in this case for Local Texas Tax Authorities, requesting the Court to admit *pro hac vice* Elizabeth Weller, with the Dallas, Texas office of the law firm of Linebarger Goggan Blair & Sampson, LLP (the "Admittee"), to represent the interests of Local Texas Tax

Authorities (as such term is defined in the Motion) in connection with these Chapter 11 cases.

The Court, having jurisdiction to consider the Motion, finding that due and sufficient notice having been given, and sufficient cause appearing, hereby ORDERS that:

1.      The Motion is GRANTED.

2.      Elizabeth Weller is permitted to appear *pro hac vice* to represent the interests of Local Texas Tax Authorities in these cases in accordance with Eastern District of Virginia Local Bankruptcy Rule 2090-1(E)(2).

Date:_____
        _____

Kevin R. Huennekens, Judge
United States Bankruptcy Court
  For the Eastern District of Virginia

Entered on Docket: _____

WE ASK FOR THIS:

 /s/ Kevin A. Lake
Kevin A. Lake (Virginia Bar Number: 34286)
Vandeventer Black, LLP
707 E. Main Street, Suite 1700
Richmond, VA  23218
Telephone:  (804) 237-8800
Facsimile:  (804) 237-8801

-- and --

Elizabeth Weller, Esquire
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 Bryan St. #1600
Dallas, TX 75201
(469)221-5075 phone
(469)221-5002 fax

Lead Attorneys for Local Texas Tax Authorities

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of January, 2009 a true and correct coy of the foregoing proposed Order Granting Admission *Pro Hac Vice* was served on all persons receiving electronic notice in these cases, including the following:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad St. Suite 4304
Richmond, Virginia 23219
*Assistant United States Trustee*

| | |
|---|---|
| Dion W. Hayes, Esq. | Daniel F. Blanks, Esq. |
| John H. Maddock, III, Esq. | Douglas M. Foley, Esq. |
| McGuireWoods LLP | McGuire Woods LLP |
| One James Center | 9000 World Trade Center |
| 901 East Cary Street | 101 W. Main Street |
| Richmond, Virginia 23219 | Norfolk, VA 23510 |
| *Counsel for the Debtors* | |

/s/  Kevin A. Lake
Kevin A. Lake