Malcolm M. Mitchell, Jr. (VSB No. 18098)     **Objection Deadline: 2/6/09**
Vorys, Sater, Seymour and Pease LLP     **Hearing: 2/13/09 @ 10:00 a.m.**
277 South Washington Street, Suite 310
Alexandria, VA  22314
Telephone:  703-837-6999
Facsimile:  703-549-4492
Email:  MMMitchell@vorys.com

and

Tiffany Strelow Cobb (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio  43215
Telephone: 614-464-8322
Facsimile:  614-719-4663
Email:  tscobb@vorys.com

*Counsel for AOL LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

```
------------------------------------------------------x
In re:                                                )   Chapter 11
                                                      )
CIRCUIT CITY STORES, INC., et al.,                    )   Case No. 08-35653-KRH
                                                      )
                    Debtors.                          )   Jointly Administered
                                                      )   Judge Kevin R. Huennekens
------------------------------------------------------x
```

### NOTICE OF MOTION OF AOL LLC FOR PAYMENT OF
### <u>ADMINISTRATIVE EXPENSE CLAIM</u>

On the 23rd day of January, 2009, AOL LLC ("AOL" or "Movant"), filed its Motion pursuant to Section 503 of title 11 of the United States Code (the "Bankruptcy Code") to compel payment of AOL's administrative claim.

## **NOTICE**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

**If you do not wish the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before February 6, 2009, you must file a written response, explaining your position, with the Court and serve a copy on the Movant. Unless a written response is filed and served on or before February 6, 2009, the Court may deem opposition waived, treat the motion as conceded, without further notice.**

**If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before February 6, 2009.**

**A hearing shall be held on February 13, 2009 at 10:00 a.m at:**

Spottswood W. Robinson III &
Robert R. Merhige, Jr., U.S. Courthouse
Judge Huennekens' Courtroom
701 East Broad Street, Rm. 5000
Richmond, VA 23219-1888

Dated:  January 26, 2009                                  Respectfully submitted,


                                                          /s/ Malcolm M. Mitchell, Jr.
                                                          Malcolm M. Mitchell, Jr. (VSB No. 18098)
                                                          Vorys, Sater, Seymour and Pease LLP
                                                          277 South Washington Street, Suite 310
                                                          Alexandria, Virginia 22314
                                                          E-mail: mmmitchell@vorys.com

                                                          and

2

         Tiffany Strelow Cobb, Esq. (OH-0067516)
         Vorys, Sater, Seymour, and Pease LLP
         52 East Gay Street
         Columbus, Ohio 43216
         Phone: (614) 464-8322
         Fax:    (614) 719-4663
         E-mail:  tscobb@vorys.com
         *Counsel for AOL LLC and Platform-A Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 26, 2009, a true and complete copy of the foregoing Notice was served by the Court's Electronic Noticing System.


         /s/ Malcolm M. Mitchell, Jr.
         Malcolm M. Mitchell, Jr. (VSB No. 18098)
         Vorys, Sater, Seymour and Pease LLP
         277 South Washington Street, Suite 310
         Alexandria, VA 22314
         Telephone:  703-837-6999
         Facsimile:   703-549-4492

         *Counsel for AOL LLC*