| | |
|---|---|
| Kenneth R. Blumer, Esq. (CSB No. 40683) | Russell Johnson, Esq. (VSB No. 31468) |
| TROY & GOULD, P.C. | John M. Craig (VSB No. 32977) |
| 1801 Century Park East, Suite 1600 | LAW OFFICE OF RUSSELL JOHNSON |
| Los Angeles, CA 90067 | 2258 Wheatlands Drive |
| (310) 553-4441 | Manakin-Sabot, VA 23103 |
| Counsel for Chalek Company, LLC, | 804-749-8861 |
| Landlord of Store No. **6552** | |

David W. Meadows, Esq. (CSB 137052)
LAW OFFICES OF DAVID W. MEADOWS
1801 Century Park East, Suite 1250
Los Angeles, CA 90067
(310) 557-8490
Bankruptcy Counsel for Chalek Company, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **CIRCUIT CITY STORES, INC.** | : | **Case No. 08-35653 - KRH** |
| et al., | : | |
| Debtors | : | Jointly Administered |

**NOTICE OF WITHDRAWAL OF RESPONSE OF CHALEK COMPANY, LLC,
(LANDLORD)TO OBJECTION OF DOLLAR TREE STORES, INC. (SUBLESSEE) TO
THE ORDER PURSUANT TO 11 U.S.C. §§ 105(A), AND 554 AND
FED. R. BANKR. P. 6006 AUTHORIZING REJECTION OF UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY AND ABANDONMENT
<u>OF PERSONAL PROPERTY AS OF THE PETITION DATE</u>
[Docket No. 1481]**

Chalek Company, LLC, successor in interest to CC Odessa 1998 Trust, and lessor of that certain property located at 5171 E. 42nd Street, Odessa, Texas 79762 ("Landlord"), by and through its undersigned counsel, hereby withdraws its *Response* (Docket No. 1481) to the *Objection of Dollar Tree Stores, Inc. [a sublessee] to the Order Pursuant to 11 U.S.C. §§*

*105(A), and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property as of The Petition Date* (Docket No. 351) (the "Dollar Tree Objection"), as resolved.

Dated: January 26, 2009

        Kenneth R. Blumer, Esq. (CSB No. 40683)
        TROY & GOULD, P.C.
        1801 Century Park East, Suite 1600
        Los Angeles, CA  90067
        (310) 553-4441
        kblumer@troygould.com

        David W. Meadows, Esq. (CSB 137052)
        LAW OFFICES OF DAVID W. MEADOWS
        1801 Century Park East, Suite 1250
        Los Angeles, CA  90067
        (310) 557-8490
        david@davidwmeadowslaw.com

        – and –

        LAW OFFICE OF RUSSELL JOHNSON, III

        /s/  John M. Craig
        Russell R. Johnson, III (VSB No. 31468)
        John M. Craig (VSB No. 32977)
        2258 Wheatlands Drive
        Manakin-Sabot, VA  23103
        804-749-8861

**CERTIFICATE OF SERVICE**

I, Russell Johnson, III, hereby certify that, on January 26, 2009, I caused a true and correct copy of the foregoing Notice of Withdrawal to be served via email pursuant to Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notices, Case Management, and Administrative Procedures by emailing the Notice of Withdrawal to: circuitcityservice@mcquirewoods.com and proiect.circuitcity@skadden.com. In addition, I caused a copy of the Notice of Withdrawal to be sent through the Court's ECF system, or by email or facsimile, to the following:

William H. Schwarzchild, III
Paul S. Bliley, Jr.
Williams, Mullen
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Fax: 804-783-6489
tschwarz@williamsmullen.com

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
Counsel For Debtors

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
U.S. Trustee Counsel

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Creditor Committee Counsel                          /s/  John M. Craig
                                                          John M. Craig