IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: <br><br> CIRCUIT CITY STORES, INC., ET AL., <br><br> Debtors | Chapter 11 <br><br> Case No. 08-35653 (KRH) <br><br> Jointly Administered |

### NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that request is made by counsel for Parker Bullseye, LLC and Ammon Properties, LC, lessors and creditors in the above-referenced case, in accordance with 11 U.S.C. § 1109(b) and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure ("Rules"), that all papers pleadings, motions and applications served or required to be served in these cases, be given to and served upon:

> Joel T. Marker
> McKAY, BURTON & THURMAN
> 170 South Main, Suite 800
> Salt Lake City, UT 84101
> Telephone No. (801) 521-4135
> Facsimile: (801) 521-4252
> E-mail address: joel@mbt-law.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes orders and notices of any application, motion, petition, pleading, request, or complaint of demand which may affect or seek to affect in any way any rights or interests of the creditors identified herein.

Dated: January 26, 2009

/s/ JOEL T. MARKER
Joel T. Marker

**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Fax: (801) 521-4252
joel@mbt-law.com

*Counsel for Parker Bullseye, LLC and*
*Ammon Properties, LC*