JESSE N. SILVERMAN (VSB #46456)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
silvermanj@ballardspahr.com

--and--

CONSTANTINOS G. PANAGOPOULOS (VSB #33356)
KIRSTEN E. KEATING (VSB #43522)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
keatingk@ballardspahr.com

*Attorneys for CP Management Corp,*
*As management agent for Orland Towne Center, L.L.C.*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

--------------------------------------------------------x
In re:                                            :        Chapter 11
                                                  :
CIRCUIT CITY STORES, INC. *et al.*.   :        Case No. 08-35653-KRH
                                                  :
           Debtors.                           :        Jointly Administered
--------------------------------------------------------x

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

This matter came before the Court on the motion of movants Jesse N. Silverman, Constantinos G. Panagopoulos, and Kirsten E. Keating for the admission *pro hac vice* of Robert D. Tepper in the above-captioned bankruptcy cases on behalf of CP Management Corp, as management agent for Orland Towne Center, L.L.C.  Upon consideration of the motion, and the record in this case, and finding that cause exists for the relief requested in the motion, it is hereby ORDERED that movants' motion is GRANTED.  Robert D. Tepper may appear *pro hac vice* as

counsel for CP Management Corp, as management agent for Orland Towne Center, L.L.C., in the above-captioned bankruptcy cases filed by Debtors.

Dated: _____

Kevin R. Huennekens
United States Bankruptcy Judge

Entered on Docket: _____

We ask for this:

/s/ Jesse N. Silverman
Jesse N. Silverman (VSB #46456)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
silvermanj@ballardspahr.com

--and--

Constantinos G. Panagopoulos (VSB #33356)
Kirsten E. Keating (VSB #43522)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
cgp@ballardspahr.com
keatingk@ballardspahr.com

*Attorneys for CP Management Corp,*
*As management agent for Orland Towne Center, L.L.C.*

## **Local Rule 9022-1(C) Certification**

The foregoing Order was served upon all necessary parties pursuant to Local Rule 9022-1(C).

      /s/ Jesse N. Silverman
Jesse N. Silverman

Copies of the Order shall go to:

Jesse N. Silverman
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Constantinos G. Panagopoulos
Kirsten E. Keating
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005-3807

Robert D. Tepper
SCHENK, ANNES, BROOKMAN, & TEPPER, LTD.
311 S. Wacker Drive, Suite 5125
Chicago, IL 60606

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Assistant United States Trustee*

Dion W. Hayes
Douglas M. Foley
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

Greg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for Debtors*

Timothy G. Pohl
Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtors*