**From:** Beryl_Holzbach@circuitcity.com [mailto:Beryl_Holzbach@circuitcity.com]
**Sent:** Thursday, January 22, 2009 3:22 PM
**To:** Jennifer_Ding@circuitcity.com; Elliot_Becker@circuitcity.com
**Subject:** Circuit City EDI 852 - Last transmission will be January 25 2009

Dear Circuit City Stores, Inc. Supplier:

This is to notify you that we will be sending the final EDI 852 sales and inventory data this coming Sunday, January 25, 2009

I will not be in the office after today. It was a pleasure working with you and I wish all of you success in your future endeavors.

Thank you.

**Beryl Holzbach** | Sr. EDI Analyst | Circuit City Stores, Inc.
EDI@circuitcity.com | 804.486.4405 | Richmond, VA

===============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited. Thank you.

EXHIBIT B