UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In Re: | ) |
| | ) Bankruptcy Case |
| CIRCUIT CITY STORES, INC., *et al.*, | ) No. 08-35653-KRH |
| | ) Chapter 11 |
| Debtors. | ) |

**CERTIFICATION REGARDING REQUEST FOR EXPEDITED HEARING ON EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT TERMINATION OF CONSIGNMENT AGREEMENT AND FOR ENTRY OF AN ORDER DIRECTING THE DEBTORS TO REJECT CONSIGNMENT AGREEMENT**

I HEREBY CERTIFY, as a member of the Bar of this Court, that I have carefully examined this matter and that there is a true necessity for an emergency hearing.

I CERTIFY FURTHER that the necessity for this emergency hearing has not been caused by any lack of due diligence on my part but has been brought about only by the circumstances of this case.

I CERTIFY FURTHER that I have made a *bona fide* effort to resolve this matter and that the matter cannot be resolved without a hearing.

Dated this 26th day of January 2009.

      /s/ Valerie P. Morrison
Valerie P. Morrison, Va. Bar No. 24565
Dylan G. Trache, Va. Bar No. 45939
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800

*Counsel to Lexar Media, Inc.*

12950131.1