UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In Re: | ) |
| | ) Bankruptcy Case |
| CIRCUIT CITY STORES, INC., *et al.*, | ) No. 08-35653-KRH |
| | ) Chapter 11 |
| Debtors. | ) |

**ORDER GRANTING MOTION FOR EXPEDITED HEARING
ON EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO
PERMIT TERMINATION OF CONSIGNMENT AGREEMENT AND FOR ENTRY OF
AN ORDER DIRECTING DEBTORS TO REJECT CONSIGNMENT AGREEMENT**

Upon consideration of the above-captioned motion for entry of an Order authorizing expedited hearing ("Motion to Expedite") on the Emergency Motion of Lexar Media, Inc. for Relief from the Automatic Stay to Permit Termination of Consignment Agreement and for Entry of an Order Directing Debtors to Reject Consignment Agreement ("Motion");

It appearing to the Court that expedited consideration of the Motion is necessary;

IT IS HEREBY ORDERED that the Motion to Expedite is granted; and it is further

ORDERED that a hearing on the Motion will be held on _____, 2009 at _____ a.m., before the Honorable Kevin R. Huennekens at the United States Bankruptcy Court for the Eastern District of Virginia, 701 E. Broad Street, Room 5000, Richmond, Virginia 23219.

Dated: _____                        _____
                                              Kevin R. Huennekens
                                              United States Bankruptcy Judge

PREPARED BY:

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800

By:     /s/ Valerie P. Morrison
      Valerie P. Morrison, Va. Bar No. 24565
      Dylan G. Trache, Va. Bar No. 45939

Counsel to Lexar Media, Inc.


CERTIFICATE PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify that on January 26, 2009, a copy of the foregoing proposed Order was sent by electronic mail or by first class mail, postage prepaid, to the Core Group service list and the 2002 List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.


      /s/ Valerie P. Morrison
      Valerie P. Morrison

12950140.2