IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------ x
                                                    :

In re:                                           :        Chapter 11

CIRCUIT CITY STORES, INC., et al.        :        Case No. 08-35653-KRH

Debtors.             :        Jointly Administered
                                                 :        Judge Kevin R. Huennekens
------------------------------------------------------ x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Jorden Burt LLP and Hunton & Williams LLP, as counsel for Federal Warranty Services Corporation, Sureway, Inc., American Bankers Insurance Company of Florida, United Service Protection, Inc. and Assurant, Inc. (the "_Assurant Companies_"), hereby enter their appearance pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (as amended, the "_Bankruptcy Code_"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "_Bankruptcy Rules_") and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

| | |
|---|---|
| J.R. Smith [VSB No. 41913] | Raul A. Cuervo [DCB No. 463718] |
| **HUNTON & WILLIAMS LLP** | **JORDEN BURT LLP** |
| Riverfront Plaza, East Tower | 1025 Thomas Jefferson St., N.W. |
| 951 East Byrd Street | Suite 400 East |
| Richmond, Virginia 23219-4074 | Washington, DC 20007 |
| Telephone: (804) 788-8200 | Telephone: (202) 965-8100 |
| Facsimile: (804) 788-8218 | Facsimile: (202) 965-8104 |
| *Counsel for American Bankers Insurance Company of Florida, Federal Warranty Service Corporation, Sureway, Inc., United Service Protection, Inc. and Assurant, Inc.* | |

| | |
|---|---|
| Raul A. Cuervo | J.R. Smith |
| **JORDEN BURT LLP** | **HUNTON & WILLIAMS LLP** |
| 1025 Thomas Jefferson St., N.W. | Riverfront Plaza, East Tower |
| Washington, DC 20007 | 951 E. Byrd Street |
| Telephone: (202) 965-8100 | Richmond, VA 23219 |
| Facsimile: (202) 965-8104 | Telephone: (804) 788-8200 |
| rac@wdc.jordenusa.com | Facsimile: (804) 788-8218 |
| | jrsmith@hunton.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization and answering or reply briefs whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Assurant Companies are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  January 26, 2009
     Richmond, Virginia

*/s/ J.R. Smith*_____
J.R. Smith [VSB # 41913]
**HUNTON & WILLIAMS LLP**
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

 - and -

Raul A. Cuervo [DCB No. 463718]
**JORDEN BURT LLP**
1025 Thomas Jefferson St., N.W.
Suite 400 East
Washington, DC 20007
Telephone: (202) 965-8100
Facsimile: (202) 965-8104
*Counsel for American Bankers Insurance Company of Florida, Federal Warranty Service Corporation, Sureway, Inc., United Service Protection, Inc., and Assurant, Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 26, 2009, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Attn: Douglas M. Foley, Esq.

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Attn: Dion W. Hayes, Esq.

Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899
Attn: Gregg Galardi, Esq.

Attorneys for Circuit City Stores, Inc.

Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale, Esq.

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Counsel to the Creditor's Committee

                            /s/ J.R. Smith_____