# PRIORITY HANDLING COVER SHEET

Proponent shall include this cover sheet along with any paper filed within 72 hours prior to a hearing or trial in which the paper is to be considered by the Court pursuant to Local Rule 5005-1(D)(7), or with any motion requesting an expedited hearing pursuant to Local Rule 9013-1(N). In ECF cases, proponent shall also notify the Court telephonically upon filing this document.

## Hearing

Date: **January 29, 2009**

Time: **10:00 a.m.**

Judge: **Hon. Kevin R. Huennekens**

Attorney: **J.R. Smith, Esq.**

for: **Federal Warranty Service Corporation, et al.**

ver. N-07/02]