UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                              )
                                                    )
CIRCUIT CITY STORES, INC., et al.,                  )   Case No. 08-35653-KRH
                                                    )   Chapter 11
                       Debtors.                     )   (Jointly Administered)

**NOTICE OF WITHDRAWAL OF MOTION BY COTTONWOOD CORNERS –
PHASE V, LLC FOR AN ORDER (A) COMPELLING DEBTOR TO IMMEDIATELY
PAY ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. § 365(d)(3) AND 503(b);
AND (B) GRANTING RELATED RELIEF AND SUPPORTING MEMORANDUM**

PLEASE TAKE NOTICE that Cottonwood Corners – Phase V, LLC ("Cottonwood"), by and through its undersigned counsel, hereby withdraws its motion for an order compelling (a) Circuit City Stores, Inc. and its affiliated entities (collectively, the "Debtor") to immediately pay administrative rent pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b); and (b) granting related relief (the "Motion") (Docket No. 1489).

Dated: January 27, 2009                             COTTONWOOD CORNERS – PHASE V,
                                                    LLC


                                                    By:    /s/ Sheila deLa Cruz
                                                                Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500

---

Michael P. Falzone (VSB No. 22324)           Leslie D. Maxwell, Esq.
Sheila deLa Cruz (VSB No. 65395)             Hatch, Allen & Shepherd, P.A.
Hirschler Fleischer, PC                      Post Office Box 94750
Post Office Box 500                          Albuquerque, NM 87199-4750
Richmond, VA 23218-0500                      (505) 341-0110
(804) 771-9500                               (505) 341-3434 (fax)
(804) 644-0957 (fax)

*Counsel for Cottonwood Corners - Phase V, LLC*         *Co-counsel for Cottonwood Corners - Phase V, LLC*

(804) 771-9500
(804) 644-0957 (fax)

Leslie D. Maxwell, Esq.
Hatch, Allen & Shepherd, P.A.
Post Office Box 94750
Albuquerque, NM 87199-4750
(505) 341-0110
(505) 341-3434 (fax)

*Counsel for Cottonwood Corners – Phase V, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Sheila deLa Cruz
Sheila deLa Cruz

#2370182v1