UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC. et al. ) | Chapter 11 |
| ) | Case No. 08-35653-KRH |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | Judge Kevin R. Huennekens |
| ) | |
| ) | |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF MALANI J. CADEMARTORI**

This matter came before the Court upon the Motion for Admission *Pro Hac Vice* of Malani J. Cademartori (the "Motion") filed by Linda D. Regenhardt, seeking admission *pro hac vice* for Malani J. Cademartori of the law firm of Sheppard Mullin Richter & Hampton, LLP in the above-styled bankruptcy cases (the "Bankruptcy Cases"), pursuant to Local Rule 2090-1(E). After review of the Motion and statements therein, and it appearing that the Motion has been served upon counsel for Circuit City Stores, Inc., et al. and the Office of the United States Trustee for the Eastern District of Virginia, and due deliberation and sufficient cause appearing therefore, it is hereby ORDERED as follows:

1. The Motion is granted.

2. Malani J. Cademartori of the law firm of Sheppard Mullin Richter & Hampton, LLP, is hereby admitted to appear and be heard *pro hac vice* in these Bankruptcy Cases and any related proceedings as counsel for ACDI, a creditor and claimant that is represented locally by Gary & Regenhardt, PLLC.

Date Entered: _____    _____
Kevin R. Huennekens, Judge
United States Bankruptcy Court

I ASK FOR THIS:

 /s/ Linda D. Regenhardt

1

Linda D. Regenhardt (VSB No. 27455)
GARY & REGENHARDT, PLLC
8500 Leesburg Pike, Suite 7000
Vienna, VA 22182
Tel: (703) 848-2828
Fax: (703) 893-9276
Email: lregenhardt@garyreg.com

*Local Counsel to American Computer Development, Inc.*

### Rule 9022-1 Certification

    Pursuant to Local Bankruptcy Rule 9022-1 (C), I hereby certify that the foregoing proposed Order has been endorsed by or served upon all necessary parties.

                      /s/ Linda D. Regenhardt
                      Linda D. Regenhardt