**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| ----------------------------------------------------- x | : | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653-KRH |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | Judge Kevin R. Huennekens |
| ----------------------------------------------------- x: | | |

**ORDER GRANTING ADMISSION OF RAUL A. CUERVO *PRO HAC VICE***

This matter comes before the Court on the Motion for Admission of Raul A. Cuervo *Pro Hac Vice* (the "*Motion*"), filed by J.R. Smith of Hunton & Williams LLP. The Court, having jurisdiction to consider the Motion, finding that due and sufficient notice having been given, and sufficient cause appearing, hereby ORDERS that:

1. The Motion is **GRANTED**.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

J.R. Smith [VSB No. 41913]
**HUNTON & WILLIAMS LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

*Counsel for American Bankers Insurance Company of Florida, Federal Warranty Service Corporation, Sureway, Inc., United Service Protection, Inc. and Assurant, Inc.*

Raul A. Cuervo [DCB No. 463718]
**JORDEN BURT LLP**
1025 Thomas Jefferson St., N.W.
Suite 400 East
Washington, DC 20007
Telephone: (202) 965-8100
Facsimile: (202) 965-8104

2

      2.      Raul A. Cuervo is permitted to appear *pro hac vice* in the above-captioned proceeding, in accordance with Rule 2090-1(E)(2) of the Local Rules of the Bankruptcy Court of the Eastern District of Virginia.

      ENTERED in Richmond, Virginia this _____ day of _____, 2009.

      _____
      United States Bankruptcy Judge

2

WE ASK FOR THIS:


/s/ _J.R. Smith_____
J.R. Smith [VSB No. 41913]
**H**UNTON **& W**ILLIAMS **LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

- and -


Raul A. Cuervo [DCB No. 463718]
**J**ORDEN **B**URT **LLP**
1025 Thomas Jefferson St., N.W.
Suite 400 East
Washington, DC 20007
Telephone: (202) 965-8100
Facsimile: (202) 965-8104


*Counsel for American Bankers Insurance*
*Company of Florida, Federal Warranty*
*Service Corporation, Sureway, Inc., United*
*Service Protection, Inc., and Assurant, Inc.*

## **LOCAL RULE 9022-1(C)(1) CERTIFICATION**

I hereby certify that the foregoing has been either endorsed by or served upon all necessary parties, via the Court's CM/ECF system and the following parties via US regular mail, on this 26th day of January, 2009.

McGuireWoods LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Attn: Douglas M. Foley, Esq.

McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Attn: Dion W. Hayes, Esq.

Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899
Attn: Gregg Galardi, Esq.

Attorneys for Circuit City Stores, Inc.

Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Attn: Robert B. Van Arsdale, Esq.

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Counsel to the Creditor's Committee

                                        /s/ J.R. Smith