Brian F. Kenney (VSB #23199)
Miles & Stockbridge, P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102
Telephone: 703-610-8664
Facsimile: 703-610-8686
E-mail: bkenney@milesstockbridge.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 08-35653 - KHR |
| CIRCUIT CITY STORES, INC. ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Brian F. Kenney ("Movant"), a member in good standing of the Bar of the State of Virginia, an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia, and a principal in the firm of Miles & Stockbridge, P.C., hereby moves the Court to enter an Order permitting Patricia A. Borenstein, an associate with the law firm of Miles & Stockbridge, P.C., (the "Admittee") to practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Virginia to represent 44 North Properties, LLC and Maryland Acquisitions, LLC, pursuant to Local Bankruptcy Rule 2090-1. In support of the Motion, Movant states as follows:

1. Patricia A. Borenstein, is a member in good standing of the Bar of the State of Maryland. Ms. Borenstein is admitted to practice in the State of Maryland, the United States Court of Appeals for the Fourth District, and the United States District

2

Court for the District of Maryland. Ms. Borenstein received her J.D. from the University of Maryland School of Law. There are no disciplinary proceedings pending against Ms. Borenstein.

2.   Ms. Borenstein understands that, if she is admitted *pro hac vice*, she will be subject to the disciplinary jurisdiction of this Court.

3.   Notice of this Motion has been given to the Office of the United States Trustee for the Eastern District of Virginia, the Trustee, and Counsel for Circuit City Stores, Inc. Because of the exigency of the circumstances and the administrative nature of the relief requested herein, Movant submits that no other or further notice need be given.

WHEREFORE, Movant respectfully requests that the Court enter an Order, substantially in the form annexed hereto as Exhibit A, (i) permitting Ms. Borenstein to appear *pro hac vice* in association with Movant as counsel for 44 North Properties, LLC, and Maryland Acquisitions, LLC, in this Chapter 11 case, and (ii) granting such other relief as is just.

    Respectfully submitted,

    44 North Properties, LLC; and,
    Maryland Acquisitions, LLC
    By Counsel

**Miles & Stockbridge, P.C.**
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Telephone: 703-610-8664
Facsimile: 703-610-8686
E-mail: bkenney@milesstockbridge.com

By: ___/s/ Brian F. Kenney___
    Brian F. Kenney (VSB #23199)
    *Counsel for 44 North Properties, LLC, and Maryland Acquisitions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served, via U.S. Postal Service, first class mail, postage pre-paid, a true and accurate copy of the foregoing **Motion for Admission *Pro Hac Vice***, on January 27, 2009, to the following:

*Office of the U.S. Trustee:*
Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad St., Ste. 4304
Richmond, VA 23219
Telephone: 804-771-2310
Facsimile: 804-771-2330
E-mail: Robert.B.Van.Arsdale@usdoj.com

*Counsel for Debtor:*
Daniel F. Blanks
McGuireWoods, LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510
Telephone: 757-640-3774
Facsimile: 757-640-3963
E-mail: dblanks@mcguirewoods.com

*Debtor Designee:*
Bruce H. Besanko
9950 Maryland Drive
Richmond, VA 23233

*Official Committee of Unsecured Creditors:*
Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100
Telephone: 310-277-6910
E-mail: bgodshall@pszjlaw.com

/s/ Brian F. Kenney
Brian F. Kenney