Brian F. Kenney (VSB #23199)
Miles & Stockbridge, P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102
Telephone: 703-610-8664
Facsimile: 703-610-8686
E-mail: bkenney@milesstockbridge.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 08-35653 - KHR |
| CIRCUIT CITY STORES, INC. ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Upon consideration of the Motion for Admission *Pro Hac Vice* (the "Motion") of Brian F. Kenney, a principal with the law firm of Miles & Stockbridge, P.C., for the admission *pro hac vice* of Patricia A. Borenstein, Esq.; and it appearing that notice of the Motion having been given to the Office of the United States Trustee for the Eastern District of Virginia, Counsel for Debtor, Debtor's Designee, and the Official Committee of Unsecured Creditors; and it appearing that no other or further notice need be given, and upon all the proceedings had before the court, and after due deliberation and sufficient cause appearing therefore, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, hereby:



Client Documents:4840-8011-1875v1|E613-000017|1/13/2009

1

2

      ORDERED that Patricia A. Borenstein is permitted to appear *pro hac vice* as counsel to 44 North Properties, LLC, and Maryland Acquisitions in the above-captioned Chapter 11 case

Dated:_____           _____
                                                             United States Bankruptcy Judge

**WE ASK FOR THIS:**

**Miles & Stockbridge, P.C.**
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Telephone: 703-610-8664
Facsimile: 703-610-8686
E-mail: bkenney@milesstockbridge.com

By:   */s/ Brian F. Kenney*
       Brian F. Kenney (VSB #23199)
       *Counsel for 44 North Properties, LLC, and*
       *Maryland Acquisitions, LLC*

**Certificate Pursuant to Local Rule 9022-1(C)(1)**

      The undersigned counsel, being a member of the bar of this Court, certifies that all necessary parties have endorsed this Order.

                                                   */s/ Brian F. Kenney*
                                                   Brian F. Kenney