**NAME AND ADDRESS OF ATTORNEY:**
VINCENT E. RHYNES
1514 W. Manchester AVE # 5
Los Angeles CALIF, 90047

**TELEPHONE NO.:** (310)329-4254

**FOR COURT USE ONLY**

**ATTORNEY FOR:**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

FILED
RICHMOND DIVISION
JAN 2 6 2009
CLERK
U.S. BANKRUPTCY COURT

**PLAINTIFF(S)/PETITIONER(S):** Vincent E. Rhynes

**DEFENDANT(S)/RESPONDENT(S):** Circuit City Stores, INC et al

**PROOF OF SERVICE BY MAIL**

**CASE NUMBER:** 08-35653

Hearing: Date N/A.
Time xx
Dept. (KH).

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1514 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Proof Of Claim
************    & CERT. INFO(CERT Received).
***

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 01-21-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Pension Benefit Guarantee Corporation
1200 K Street. NW
Washington, DC 20005

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 01-21-2009, at (place) Los Angeles, California

Linda Jones
Type or Print Name

*Linda Jones*
Signature

**ACIS Code**
33208(02)

**PROOF OF SERVICE BY MAIL**

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: (310)329-4254 | FOR COURT USE ONLY |
|---|---|---|
| VINCENT E. RHYNES<br>1514 W. Manchester AVE # 5<br>Los Angeles CALIF, 90047 | | |

ATTORNEY FOR:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

FILED RICHMOND DIVISION
JAN 2 6 2009
CLERK U.S. BANKRUPTCY COURT

PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes

DEFENDANT(S)/RESPONDENT(S): Circuit City Stores, INC et al

**PROOF OF SERVICE BY MAIL**

CASE NUMBER: 08-35653

Hearing: Date N/A.
Time xx
Dept. (KH).

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1514 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Proof Of Claim
************    & CERT. INFO(CERT Received).
***

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 01-21-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: United States Trustee
701 East Broad Street Suite# 4304
Richmond, VA 23219-1888
ATTN: Robert B. Van Arsdale, ESQ.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 01-21-2009 , at (place) Los Angeles , California

Linda Jones                                   *Linda Jones* (Signature)
Type or Print Name

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: (310)329-4254 | FOR COURT USE ONLY |
|---|---|---|
| VINCENT E. RHYNES<br>1514 W. Manchester AVE # 5<br>Los Angeles CALIF, 90047 | | |
| ATTORNEY FOR: | | RICHMOND DIVISION<br>FILED<br>JAN 2 6 2009<br>CLERK<br>U.S. BANKRUPTCY COURT |
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF VIRGINIA | | |
| PLAINTIFF(S)/PETITIONER(S): Vincent E. Rhynes | | |
| DEFENDANT(S)/RESPONDENT(S): Circuit City Stores, INC et al | | |
| PROOF OF SERVICE BY MAIL | | CASE NUMBER:<br>08-35653 |

Hearing: Date N/A.
Time xx
Dept. (KH).

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1514 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Proof Of Claim
\*\*\*\*\*\*\*\*\*\*\*\*  & CERT. INFO(CERT Received).
\*\*\*
by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 01-21-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Skadden, ARPS, Slate, Meagher
& Flom, LLP
333 west Wacker Drive
Chicago, Illinois 60606
ATTN: Chris Dickerson, ESQ.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) 01-21-2009 , at (place) Los Angeles , California.

Linda Jones                                    *Linda Jones*
Type or Print Name                             Signature

ACIS Code
33208(02)                        PROOF OF SERVICE BY MAIL

| NAME AND ADDRESS OF ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| VINCENT E. RHYNES<br>1514 W. Manchester AVE # 5<br>Los Angeles CALIF, 90047 | (310)329-4254 | |

| ATTORNEY FOR: | | RICHMOND DIVISION |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF VIRGINIA | | FILED<br>JAN 2 6 2009<br>CLERK<br>U.S. BANKRUPTCY COURT |

| PLAINTIFF(S)/PETITIONER(S): | Vincent E. Rhynes |
|---|---|
| DEFENDANT(S)/RESPONDENT(S): | Circuit City Stores, INC et al |

| PROOF OF SERVICE BY MAIL | CASE NUMBER: 08-35653 |
|---|---|

Hearing:  Date  N/A.
Time  xx
Dept.  (KH).

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: 1514 W. Manchester AVE
Los Angeles CALIF, 90047

I served a copy of the following documents (list documents): Proof Of Claim
************    & CERT. INFO(CERT Received).
***

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a. Date of deposit: 01-21-2009

b. Place of deposit (city and state): Los Angeles CALIF.

c. Addressed as follows: Kurtzman Carson Consultants LLC     File Up Date
2335 Alaska Avenue
El Segundo, CALIF, 90245

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed
on (date) 01-21-2009 , at (place) Los Angeles , California

Mike Owne
Type or Print Name

Mike Owen
Signature

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL

226   9007143006570I   N-9012-1100-036

NATIONAL FINANCIAL SERVICES LLC
P.O. BOX 775 BOWLING GREEN STATION
NEW YORK, NY 10274-0775

*FOR YOUR RECORDS AND FOR POSSIBLE INCOME TAX PURPOSES WE SUGGEST THAT YOU FILL IN:*

DATE PURCHASED:

AMOUNT PAID

*DETACH THIS TRANSMITTAL COPY AND PUT IT WITH YOUR TAX RECORDS*

**IMPORTANT INFORMATION SEE REVERSE SIDE**

**YOUR SECURITIES ARE VALUABLE PROTECT THEM**

HEREWITH SECURITIES TRANSFERRED AS PER YOUR INSTRUCTIONS. THE CONTENTS OF THIS PACKAGE ARE INSURED FOR REPLACEMENT IF LOST IN THE MAIL. THE TAXPAYER NUMBER APPEARING ON THIS FORM HAS BEEN SUBMITTED TO THE TRANSFER AGENT AS THE IDENTIFYING NUMBER OF THE NAME APPEARING ON THE CERTIFICATE. WILL YOU PLEASE VERIFY THAT THIS IS THE CORRECT NUMBER FOR THE NAME SHOWN. IN THE EVENT THE NUMBER SHOULD BE CHANGED, PLEASE SEND THE PROPER NUMBER TO THE TRANSFER AGENT SHOWN ON THE SECURITY CERTIFICATE AND HE WILL CORRECT THE RECORDS ACCORDINGLY. SHOULD YOU DESIRE TO SELL YOUR SECURITIES AT ANYTIME, WE WOULD BE PLEASED TO HANDLE THE TRANSACTION FOR YOU.

| CUSIP NUMBER | QUANTITY | DATE ISSUED |
|---|---|---|
| 172737108 | 10200 | 01/08/2009 |

SECURITY DESCRIPTION: CITYGPCOM<

CE NUMBER(S): 28172

REGISTRATION NAME AND ADDRESS

01/15/2009    226

MAIL TO:
VINCENT RHYNES
1514 W MANCHESTER AVE APT 5
LOS ANGELES   CA 90047-5427

T RHYNES
MANCHESTER AVE APT 5
GELES   CA 90047-5427

| REFERENCE NUMBER | TAXPAYER NUMBER |
|---|---|
| 00322 | |



**COMMON STOCK**

SHARES
**10200**

SEE REVERSE FOR CERTAIN DEFINITIONS

INCORPORATED UNDER THE LAWS OF THE COMMONWEALTH OF VIRGINIA

THIS CERTIFICATE IS TRANSFERABLE IN NEW YORK, N.Y. OR IN SOUTH SAINT PAUL, MN.

# CIRCUIT CITY STORES, INC. — CIRCUIT CITY GROUP

CUSIP 172737 10 8

THIS CERTIFIES THAT

VINCENT ANTHES
1614 N WINCHESTER AVE APT 5
LOS ANGELES CA 90047

IS THE OWNER OF TEN THOUSAND TWO HUNDRED AND 00/100

FULLY PAID AND NON-ASSESSABLE SHARES OF THE CIRCUIT CITY STORES, INC. — CIRCUIT CITY GROUP COMMON STOCK OF

Circuit City Stores, Inc., transferable upon the books of the Corporation by the holder hereof in person or by duly authorized attorney upon surrender of this Certificate properly endorsed. This Certificate and the shares represented hereby are issued and shall be held subject to the provisions of the Articles of Incorporation and any amendments thereto of the Corporation to all of which the holder by the acceptance hereof assents. This Certificate is not valid until countersigned and registered by the Transfer Agent and Registrar.

Witness the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

Dated: JANUARY 8, 2009

COUNTERSIGNED AND REGISTERED:
WELLS FARGO BANK, N.A.
TRANSFER AGENT AND REGISTRAR
BY
AUTHORIZED SIGNATURE

SECRETARY

PRESIDENT AND CHIEF EXECUTIVE OFFICER

W 28172