**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:

CIRCUIT CITY STORES, INC., et al.,           Case No. 08-35653-KRH
                                                            Chapter 11
                Debtors.                        Jointly Administered

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Pursuant to Rule 9010(b), F.R.B.P., the law firm of Roussos, Lassiter, Glanzer & Marcus, P.L.C., enters its appearance on behalf of Citrus Park CC, L.L.C. ("Citrus Park"), a creditor and party in interest in the above-captioned, jointly-administered, cases.

Pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002(g), F.R.B.P., Citrus Park requests that all notices given or required to be given, and all notices served or required to be served, in these cases, or otherwise directed to or affecting interested parties, including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following:

> Lawrence H. Glanzer, Esquire
> Roussos, Lassiter, Glanzer & Marcus, P.L.C.
> 580 East Main Street, Suite 300
> Norfolk, VA 23510
> 757-622-9005 (voice); 757-624-9257 (fax)
> Internet e-mail: glanzer@rlglegal.com

Lawrence H. Glanzer (VSB No. 15831)
Roussos, Lassiter, Glanzer & Marcus, P.L.C.
580 East Main Street, Suite 300
Norfolk, VA 23510
757-622-9005 (voice); 757-624-9257 (fax)
Internet e-mail: glanzer@rlglegal.com
Of counsel for Citrus Park CC, L.L.C.

Citrus Park further requests that copies of all disclosure statements and plans of reorganization, together with any accompanying notices, be mailed to it as set forth above, pursuant to Rule 3017, F.R.B.P.

Dated:  January 27, 2009

      /s/ *Lawrence H. Glanzer*
Lawrence H. Glanzer, Esquire
Roussos, Lassiter, Glanzer & Marcus, P.L.C.
580 East Main Street, Suite 300
Norfolk, VA 23510
757-622-9005 (voice); 757-624-9257 (fax)
Internet e-mail:  glanzer@rlglegal.com
Of counsel for Citrus Park CC, L.L.C.

PROOF OF SERVICE

I hereby certify that on January 27, 2009, I will cause the foregoing Notice of Appearance and Request for Service to be filed via the Court's ECF system, which will then send a Notice of Electronic Filing to all parties to the captioned cases who are registered participants, which shall constitute completed service upon those parties.

      /s/ *Lawrence H. Glanzer*
Lawrence H. Glanzer