IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

### AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF MARTINEZ, ODELL & CALABRIA AS A PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS

STATE OF PUERTO RICO    )
                        )  ss.
COUNTY OF SAN JUAN      )

Alberto Rodríguez Ramos, being duly sworn, deposes and says:

i) I am a Partner of the firm Martinez, Odell & Calabria (the "Firm"), which has been employed by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") in the ordinary course of their business. The Debtors wish to retain the Firm to continue providing such ordinary-course services during their chapter 11 cases. This Affidavit is submitted in compliance with the Order Granting Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(A), 327, 330 and 331 Authorizing Debtors to Employ Professionals Utilized in the Ordinary Course of Business (the "ACB Professionals Order").

1. The Firm was provided with a list of interested parties, a copy of which is annexed hereto as Exhibit 1, and conducted a search of Firm's records for the names identified

Affidavit in Support of Employment ...
Case No. 08-35653 (KRH)
Page 2

thereon. Based on that search, neither I, the Firm, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or stockholders, or any party in interest herein, except as set forth hereinafter:

    (a)    None.

2.    The Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the engagement for which we are to be retained.

3.    The Firm has represented Circuit City Stores PR, LLC. in matters related to compliance with local laws, cases related to consumer claims and pre and post bankruptcy matters.

4.    This Firm and certain of its members, counsel, and associates may have in the past represented, currently represent, and may in the future represent entities that are claimants or equity security holders of the Debtors in matters totally unrelated to the Debtors' chapter 11 case. None of those past or current representations are material. This Firm will be in a position to identify with specificity all such persons or entities when lists of all creditors of the Debtors have been prepared and will make any further disclosures as may be appropriate at that time. The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases directly to the Debtors, in accordance with the OCB Professionals Order, with such application to request compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The principal designated to represent the Debtors and their current standard rates are:

Affidavit in Support of Employment ...
Case No. 08-35653 (KRH)
Page 3

| | | |
|---|---|---|
| 5. | Senior Partners | $250.00 |
| | Junior Partners | $185.00 |
| | Senior Associates | $150.00 |
| | Associates | $100.00 |
| | Senior Paralegals | $70.00 |
| | Paralegals | $50.00 |
| | Law Clerks | $55.00 |

6. The rates set forth above are subject to periodic adjustment to reflect economic and other conditions. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its (attorneys and paralegals/other professionals) and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, court filing fees, photocopies and related expenses and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

7. Except as provided in the OCB Professionals Order, no representations or promises have been received by the Firm (nor by any member, counsel, or associate thereof) as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases.

Affidavit in Support of Employment ...
Case No. 08-35653 (KRH)
Page 4

WHEREFORE, affiant respectfully submits this Affidavit in Support of Employment of Martinez, Odell & Calabria as a Professional Utilized in the Ordinary Course of Business.

_____
Alberto Rodriguez Ramos
Managing Partner
P.O. Box 190998
San Juan, Puerto Rico 00919-0998

Affidavit Number __- 283 -__

Sworn to before me in this 22nd day of January, 2009.

_____
Notary Public
My Commission is for life