EXHIBIT B

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
                              :   Chapter 11
In re:                        :
                              :   Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,    :
et al.,                       :   Jointly Administered
                              :
            Debtors.          :
- - - - - - - - - - - - - - - x
```

**AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF BLEAKLEY PLATT & SCHMIDT, LLP AS A PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF WESTCHESTER    )

MATTHEW G. PARISI, being duly sworn, deposes and says:

i)  I am a member of the law firm of Bleakley Platt & Schmidt, LLP (the "Firm"), which has been employed by the debtors and

1

debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] in the ordinary course of their business. The Debtors wish to retain the Firm to continue providing such ordinary-course services during their chapter 11 cases. This Affidavit is submitted in compliance with the Order Granting Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(A), 327, 330 And 331 Authorizing Debtors To Employ Professionals Utilized In The Ordinary Course Of Business (the "OCB Professionals Order").

1. The Firm was provided with a list of interested parties, a copy of which is annexed hereto as Exhibit 1, and conducted a search of Firm's records for the names identified thereon. Based on that search, neither I, the Firm, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, has any

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

connection with the Debtors, their creditors or stockholders, or any party in interest herein, except as set forth hereinafter:

(a) The firm has been involved with litigation and/or other legal matters with the following entities:

| Name | Connection |
|---|---|
| General Electric Capital Corporation | Legal Representation |
| JPMorgan Chase Bank, N.A. | Legal Representation |
| SunTrust Bank | Legal Representation |
| Eastman Kodak Company | Legal Representation |
| IBM | Legal Representation |
| American Home Assurance Company | Legal Representation |
| Arch Insurance Group | Adversary/Legal Representation |
| Chubb | Legal Representation |
| CNA Global Specialties | Legal Representation |
| Essex Insurance Company | Legal Representation |
| Fireman's Fund Insurance Company | Legal Representation |
| Great American Assurance Company | Legal Representation |
| Great American Insurance Company | Legal Representation |
| Lexington Insurance Company | Legal Representation |
| Liberty Mutual Fire Insurance Company | Legal Representation |
| Lloyds of London | Legal Representation |
| National Union Fire Insurance Company | Legal Representation |
| St. Paul Mercury Insurance Company | Legal Representation |
| Zurich American Insurance Company | Legal Representation |

| | |
|---|---|
| Aetna Life Insurance Company | Legal Representation |
| Wachovia Bank, N.A. | Legal Representation |
| Orange and Rockland Utilities | Legal Representation |
| Qwest | Legal Representation |
| Triangle Equities Junction LLC | Legal Representation |
| Blockbuster Inc. | Legal Representation |
| JP Morgan Chase Bank | Legal Representation |

2.   The Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the engagement for which we are to be retained.

3.   Bleakley Platt & Schmidt, LLP has represented Circuit City Stores, Inc. with respect to several lawsuits and administrative hearings since July 1997.

4.   This Firm and certain of its members, counsel, and associates may have in the past represented, currently represent, and may in the future represent entities that are claimants or equity security holders of the Debtors in matters totally unrelated to the Debtors' chapter 11 cases. None of those past or current representations are material. This Firm will be in a position to

4

identify with specificity all such persons or entities when lists of all creditors of the Debtors have been prepared and will make any further disclosures as may be appropriate at that time.  The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases directly to the Debtors, in accordance with the OCB Professionals Order, with such application to request compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm.  The principal attorneys and paralegals/other professionals designated to represent the Debtors and their current standard rates are:

5. <u>Litigation Matters</u>

| | |
|---|---|
| Matthew G. Parisi | 285.00 per hour |
| Partners | 285.00 per hour |
| Associates | 180.00 per hour |
| Paralegals | 80.00 per hour |

<u>Administrative Matters</u>:

| | |
|---|---|
| Matthew G. Parisi | 225.00 per hour |
| Partners | 225.00 per hour |
| Associates | 160.00 per hour |
| Paralegals | 60.00 per hour |

5

6. The rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals/other professionals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, postage, travel, legal research, photocopies, court and administrative fee, etc. and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

7. Except as provided in the OCB Professionals Order, no representations or promises have been received by the Firm nor by any member, counsel, or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to

share with such entity any compensation received by the Firm in connection with these chapter 11 cases.

WHEREFORE, affiant respectfully submits this Affidavit in Support of Employment of Bleakley Platt & Schmidt, LLP as a Professional Utilized in the Ordinary Course of Business.

BLEAKLEY PLATT & SCHMIDT, LLP

_____
Matthew G. Parisi
One North Lexington Avenue
White Plains, New York  10601

Sworn to before me this 27th day of JANUARY, 2009.

_____
Notary Public
My Commission Expires: 2/6/11

CLARE R. FOX
Notary Public, State of New York
No. 01FO4946852
Qualified in Westchester County
Commission Expires 2/6/11

7