**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

------------------------------------------------------------------------x
In re:                                                                  : Chapter 11
                                                                        :
CIRCUIT CITY STORES, Inc., *et al*.,                                    : Case No. 08-35653 (KRH)
                                                                        :
                        Debtors.                                        : (Jointly Administered)
                                                                        :
------------------------------------------------------------------------x

**CONSENT MOTION FOR
ENTRY OF STIPULATION AND ORDER REGARDING FILING OF CLAIMS BY
<u>CANADIAN SUBSIDIARIES</u>**

With the consent of the Debtors, Alvarez & Marsal Canada ULC, the Monitor appointed in proceedings for InterTAN Canada Limited and Tourmalet Corporation, Canadian subsidiaries of the Debtors (the "**Canadian Subsidiaries**") under Canada's Companies Creditors Arrangement Act, respectfully moves the Court for entry of a Stipulation and Order to extend the claims bar date for claims of the Canadian Subsidiaries against the debtors and debtors in possession jointly administered under Case No. 08-35653 (collectively, the "**Debtors**"). The Stipulation and Order is attached as Exhibit A hereto.

Dated:  January 27, 2009               /s/ J.R. Smith
        Richmond, Virginia            J.R. Smith [VSB # 41913]
                                      **HUNTON & WILLIAMS LLP**
                                      Riverfront Plaza, East Tower
                                      951 E. Byrd Street
                                      Richmond, VA 23219
                                      Telephone: (804) 788-8479
                                      Facsimile: (804) 788-8218

                                       - and -

                                      Ken Coleman [NY Bar # 1775139]
                                      **ALLEN & OVERY LLP**
                                      1221 Avenue of the Americas
                                      New York, New York  10020
                                      Telephone: (212) 610-6300
                                      Facsimile: (212) 610-6399

                                      COUNSEL FOR ALVAREZ & MARSAL
                                      CANADA ULC

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2009, a true and complete copy of the foregoing was filed and served electronically using the Court's ECF System and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

Counsel for the Debtors

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

U.S. Trustee for the Eastern District of Virginia

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Counsel for the Creditor's Committee

                                        /s/ J.R Smith__