IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA



GREGORY LEE MCCALL,
    Plaintiff,

v.                            Civil Action No. 04-CV-2240
                              Case No. 08-35653

CIRCUIT CITY STORES, INC., et al.
    Defendants.

## ENTRY OF APPEARANCE BY CLAIMANT TO BANKRUPTCY PROCEEDING

**COMES NOW** Gregory Lee McCall by special visitation pro se in the above entitled bankruptcy proceeding and hereby gives his notice of ENTRY OF APPEARANCE as an unsecured creditor. McCall has a vested interest in the outcome of the proceedings based upon his standing as a Plaintiff against CIRCUIT CITY STORES, INC. from actions by Circuit City and its authorized agents alleging violations of trespass, conversion and theft.

McCall states that he has been in a civil dispute with Circuit City Stores and its agents since February 15, 2002. The matter was in litigation filed in a civil action in the Johnson County Kansas District Court under case number 04-CV-2240. This action was filed prior to Circuit City Stores, Inc., filing for bankruptcy in 2008.

In order to protect his interests in the outcome of the bankruptcy proceedings, TRAVELERS, the insurance carrier for Circuit City has informed McCall that until this Court lifts the stay by order of the Court, it will not be able to settle the claim as it pretains to the suit filed in Johnson County Kansas.

McCall therefore respectfully moves this Honorable Court to enter

him in the bankruptcy proceedings as a party of interest in the proceedings before it and secure his right as a secured party to the TRAVELERS insurance file # AJC3434 which Circuit City Stores, Inc. has coverage to cover the claim brought by McCall.

**WHEREFORE,** McCall prays the Court will grant his request and issue an order granting him his rights under the law.

> Respectfully Submitted
>
> By: *[signature]*
> Gregory Lee McCall(c)1976
> Secured Party/Creditor

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was placed in the internal mail system of FCI Forrest City Low postage prepaid first class mail on or about January 16, 2009, addressed to:

Virginia Money
Claim Representative
TRAVELERS
P.O. Box 10893
Chantilly, VA [20153-9835]

BATY, HOLM & NUMRICH, P.C.
210 Plaza West Building
4600 Madison Avenue
Kansas City, Missouri [64112]

> Respectfully
>
> By: *[signature]*
> Gregory Lee McCall S.P.C



P.O. Box 10893
Chantilly, VA 20153-9835

**Virginia Money**
*Claim Representative*
*Commercial Lines, Washington, DC*
*571-287-6095*
*877-389-4685(fax)*

## CERTIFIED LETTER

January 4, 2009
Gregory Lee McCall
U.S.M. #15064-045
F.C.I. Forrest City-Low
P.O. Box 9000
Forrest City, Arkansas 72336

Our Insured            Circuit City Stores, Inc. etal
Our file #             AJC3434
Date of loss           2/15/05
Claimant               Gregory Lee McCall

Dear Mr. McCall:

This will confirm receipt of your recent letter making a settlement demand of $18,000,000. Please be advised I sent a letter to you on November 20, 2008 advising of the Chapter 11 Bankruptcy filed in the Eastern District of Virginia. Please contact the U.S. Bankruptcy Court under docket number 08-35653. The petition operates as an injunction; therefore, you must contact the U.S. Bankruptcy Court regarding this matter. Until the stay is lifted by order of the Bankruptcy Court we are unable to authorize or make any payments or settlements.

Sincerely,

*Virginia Money*
Virginia Money
Claims Representative
Commercial Claims