

133 N.E.91th St.
Kansas City, MO 64155
816-420-0400



RICHMOND DIVISION
FILED
JAN 27 2009
CLERK
U.S. BANKRUPTCY COURT

January 20, 2009

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richmond, VA 23219-3538

Dear Sirs:

On January 20, 2009, I received a letter from United States Debt Recovery referring to the Circuit City bankruptcy case 08-35653 regarding a Transfer of Claim. Please accept this as my Objection to the transfer. I **do not** wish to have this transferred into their name.

If you have any questions, please don't hesitate to call.

Sincerely,

Franciso Moreno
Owner

RICHMOND DIVISION
FILED
JAN 27 2009
U.S. ... COURT

RICHMOND DIVISION
FILED
JAN 27 2009
CLERK
U.S. BANKRUPTCY COURT

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

CIRCUIT CITY STORES, INC.,

        Debtor.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Hennekens
)

*Reject*

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(1)**

**Name of Proposed Transferor:**
Audio Innovations Inc
133 NE 91 St
Kansas City MO 64155

**Name of Transferee:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOUR MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on

INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____    Debtor's Attorney_____

Deputy Clerk