**EXHIBIT B**

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - -x
                             :    Chapter 11
In re:                       :
                             :    Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,   :
et al.,                      :    Jointly Administered
                             :
              Debtors.       :
- - - - - - - - - - - - - - -x
```

**AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF CARLOS J.
BURRUEZO, ESQ. OF LITTLER MENDELSON, P.C. AS A
PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

```
STATE OF FLORIDA      )
                      ) ss:
COUNTY OF ORANGE      )
```

CARLOS J. BURRUEZO, being duly sworn, deposes and says:

1

i)  I am a Shareholder of the firm of LITTLER MENDELSON, P.C., which has been employed by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] in the ordinary course of their business.  The Debtors wish to retain the Firm to continue providing such ordinary-course services during their chapter 11 cases.  This Affidavit is submitted in compliance with the Order Granting Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(A), 327, 330 And 331 Authorizing Debtors To Employ Professionals Utilized In The Ordinary Course Of Business (the "OCB Professionals Order").

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

2

1. The Firm was provided with a list of interested parties, a copy of which is annexed hereto as Exhibit 1, and conducted a search of Firm's records for the names identified thereon. Based on that search, neither I, the Firm, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or stockholders, or any party in interest herein, except as set forth hereinafter:

> (a) Littler Mendelson, P.C., has represented, or currently represents, the following parties in interest. We will supplement this information when necessary or appropriate.

Aetna Life Insurance Company
Alameda County Water District
Aon Corporation
Apple
AT&T
Bally Total Fitness Corporation
Bank of America
Blockbuster
Centex Corporation
Circuit City Stores, Inc.
City of Concord
City of Fayetteville
City of Mesa
City of Oxnard
City of Phoenix
City of Portland
City of Santa Monica
City of Santa Rosa

3

```
City of Torrance
City of Yuma
CNA Global Specialty Lines
Connecticut Natural Gas Corporation
Corporate Express
Cox Communications
CTSI
Dollar General Corporation
Dollar Tree Stores, Inc.
Eastman Kodak Company
Ernst & Young
Fifth Third Bank
Fireman's Fund Insurance Company
GE Transportation
Great American Insurance Company
Hewlett-Packard
Home Depot USA, Inc.
Huntington National Bank
IBM
JP Morgan Chase
Kaiser Permanente
Lenovo
Lexington Insurance Company
McGuireWoods, LLP
Microsoft Corporation
Monster Cable
Pacific Gas & Electric
RBC Dain Rauscher
Servicemaster Company, The
Sony Electronics, Inc.
Sports Authority, The
Staples
State National Insurance Company
Sunoco, Inc.
T-Mobile
Toshiba America Consumer Products
Toys "R" Us, Inc.
Trane
True Value Company
VF Corporation
Visa
Weather Channel
Wells Fargo
```

Zurich American Insurance Company

2. The Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the engagement for which we are to be retained.

3. Past representation of the Debtors included employment litigation and/or advice and counsel.

4. This Firm and certain of its members, counsel, and associates may have in the past represented, currently represent, and may in the future represent entities that are claimants or equity security holders of the Debtors in matters totally unrelated to the Debtors' chapter 11 cases. None of those past or current representations are material. This Firm will be in a position to identify with specificity all such persons or entities when lists of all creditors of the Debtors have been prepared and will make any further disclosures as may be appropriate at that time. The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases directly to the Debtors, in accordance with the

OCB Professionals Order, with such application to request compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The principal attorneys and paralegals/other professionals designated to represent the Debtors and their current standard rates are:

5. The attorneys who did work for Debtors are as follows, as well as their hourly rates:

| | |
|---|---|
| Allan G. King, Esq. | - $545/hourly |
| James N. Boudreau, Esq. | - $500/hourly |
| William H. Weissman, Esq. | - $395/hourly |
| Kimberly J. Gost, Esq. | - $380/hourly |
| Michael A. Moffatt, Esq. | - $355/hourly |
| Kevin M. Kraham, Esq. | - $335/hourly |
| Carlos J. Burruezo, Esq. | - $330/hourly |
| Matthew Hank, Esq. | - $305/hourly |
| Noah G. Lipschultz, Esq. | - $280/hourly |
| Kysha A. Daniel, Esq. | - $155/hourly |
| Paul J. Sopher, Esq. | - $150/hourly |

6. The rates set forth above are subject to periodic adjustments to reflect economic and other

6

conditions. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals/other professionals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, employment litigation and/or advice and counsel regarding employment matters and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

7. Except as provided in the OCB Professionals Order, no representations or promises have been received by the Firm nor by any member, counsel, or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any

compensation received by the Firm in connection with these chapter 11 cases.

WHEREFORE, affiant respectfully submits this Affidavit in Support of Employment of Carlos J. Burruezo of LITTLER MENDELSON, P.C., as a Professional Utilized in the Ordinary Course of Business.

_____
CARLOS J. BURRUEZO, Esq.
Florida Bar No. 0843458
LITTLER MENDELSON, P.C.
111 North Magnolia Avenue, Suite 1250
Orlando, FL  32801
407-393-2935

Sworn to before me and personally known this 28th day of January 2009.

_____
Notary Public  Sabrina Sarber
My Commission Expires: 10/13/12


SABRINA SARBER
MY COMMISSION # DD 830688
EXPIRES: October 13, 2012
Bonded Thru Notary Public Underwriters

Firmwide:88276826.1 055014.1000

8