**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

------------------------------------------------------------x
IN RE:                                            :    CHAPTER 11
                                                  :
CIRCUIT CITY STORES, INC.                         :    CASE NO. 08-35653(KRH)
et al.,                                           :
                                                  :    Jointly Administered
                    Debtors.                      :
------------------------------------------------------------x

## APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION:

Please enter my appearance for the creditors, State of Connecticut, Department of Revenue Services and State of Connecticut, Department of Labor, in the above-entitled case. We also request, pursuant to Bankruptcy Rules 2002 and 90070, that copies of all pleadings, motions, filings, and notices in the case be sent to:

>   Denise Mondell
>   Assistant Attorney General
>   P.O. Box 120
>   55 Elm Street, Fourth Floor
>   Hartford, CT 06141-0120
>   Tel.: (860) 808-5150
>   Fax: (860) 808-5383
>   Denise.Mondell@po.state.ct.us

Dated: Hartford, Connecticut
January 28, 2009

          THE CREDITORS,
          STATE OF CONNECTICUT
          DEPARTMENT OF REVENUE SERVICES
          AND DEPARTMENT OF LABOR

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

By: /s/ Denise Mondell
    Denise Mondell (#CT11727)
    Assistant Attorney General
    Office of the Attorney General
    55 Elm Street  P.O. Box 120
    Hartford, CT 06106
    Tel.: (860) 808-5150
    Fax: (860) 808-5383
    Denise.Mondell@po.state.ct.us

## CERTIFICATION OF SERVICE

I hereby certify that on this 28th day of January, 2009, a copy of the foregoing Appearance and Request For Notice was served through the Court's Electronic Case Filing System or by first class mail, postage prepaid, to the following:

**Attorneys for Debtors**

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps Slate Meagher
& Flom LLP
One Rodney Sq.
P.O. Box 636
Wilmington, DE 19899

**Counsel for the Official Committee**
**Of Unsecured Creditors**

Brad R. Godshall, Esq.
Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067-4100

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219

**U.S. Trustee**
W. Clarkson McDow, Jr., Esq.
Office of the U. S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

John D. Fiero, Esq.
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

**/s/ Denise Mondell**
Denise Mondell (#CT11727)
Assistant Attorney General