<u>**EXHIBIT B**</u>

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
                              :    Chapter 11
In re:                        :
                              :    Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,    :
et al.,                       :    Jointly Administered
                              :
            Debtors.          :
- - - - - - - - - - - - - - - x
```

**AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF SMART Business
Advisory and Consulting, LLC/ AS A PROFESSIONAL UTILIZED
IN THE ORDINARY COURSE OF BUSINESS**

```
STATE OF Illinois          )
                           ) ss:
COUNTY OF Cook             )
```

Philip J. Olzen, being duly sworn, deposes and
says:

1

i)    I am a Managing Director of the firm

SMART Business Advisory and Consulting, LLC (the

"Firm"), which has been employed by the debtors and

debtors in possession in the above-captioned cases

(collectively, the "Debtors")[1] in the ordinary course of

their business.   The Debtors wish to retain the Firm to

continue providing such ordinary-course services during

their chapter 11 cases.   This Affidavit is submitted in

compliance with the Order Granting Debtors' Motion For

Order Pursuant To Bankruptcy Code Sections 105(A), 327,

330 And 331 Authorizing Debtors To Employ Professionals

Utilized In The Ordinary Course Of Business (the "OCB

Professionals Order").

---

[1]     The Debtors and the last four digits of their respective
        taxpayer identification numbers are as follows: Circuit City
        Stores, Inc. (3875), Circuit City Stores West Coast, Inc.
        (0785), InterTAN, Inc. (0875), Ventoux International, Inc.
        (1838), Circuit City Purchasing Company, LLC (5170), CC
        Aviation, LLC (0841), CC Distribution Company of Virginia,
        Inc. (2821), Circuit City Properties, LLC (3353), Kinzer
        Technology, LLC (2157), Abbott Advertising Agency, Inc.
        (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp.
        (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC
        (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360),
        and Circuit City Stores PR, LLC (5512).   The address for
        Circuit City Stores West Coast, Inc. is 9250 Sheridan
        Boulevard, Westminster, Colorado 80031.   For all other
        Debtors, the address is 9950 Mayland Drive, Richmond, Virginia
        23233.

2

1.   The Firm was provided with a list of interested parties, a copy of which is annexed hereto as Exhibit 1, and conducted a search of Firm's records for the names identified thereon.  Based on that search, neither I, the Firm, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or stockholders, or any party in interest herein, except as set forth hereinafter:

    (a)   Bally Total Fitness Holding Corporations – Provide Personal Property Tax Compliance Services;

    (b)   Home Depot International – Provide Real Estate Tax Consulting Services;

    (c)   SunTrust Bank – Provide Sales Tax Consulting Services;

    (d)   Olympus Corporation – Provide Personal Property Tax Compliance Services;

2.   The Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the engagement for which we are to be retained.

3.   [PLACEHOLDER FOR STATEMENT OF PAST REPRESENTATION OF THE DEBTORS]

4.   This Firm and certain of its members, counsel, and associates may have in the past represented, currently represent, and may in the future represent entities that are claimants or equity security holders of the Debtors in matters totally unrelated to the Debtors' chapter 11 cases.  None of those past or current representations are material.  This Firm will be in a position to identify with specificity all such persons or entities when lists of all creditors of the Debtors have been prepared and will make any further disclosures as may be appropriate at that time.  The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases directly to the Debtors, in accordance with the OCB Professionals Order, with such application to request compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm.  The principal [attorneys and paralegals/other professionals] designated to represent the Debtors and their current standard rates are:

4

5.    Payment is contingency fee based upon a

percentage of the tax savings achieved for successful

real estate tax appeals.

6.    The rates set forth above are subject to

periodic adjustments to reflect economic and other

conditions.  Such rates are the Firm's standard rates

for work of this nature.  The rates are set at a level

designed to fairly compensate the Firm for the work of

its [attorneys and paralegals/other professionals] and

to cover fixed and routine overhead expenses.  It is the

Firm's policy to charge its clients in all areas of

practice for all other expenses incurred in connection

with a client's case.  The expenses charged to clients

include, among other things, [PLACEHOLDER FOR

DESCRIPTION OF EXPENSES] and, in general, all

identifiable expenses that would not have been incurred

except for representation of a particular client.  The

Firm will charge the Debtors for these expenses in a

manner and at rates consistent with charges made

generally to the Firm's other clients.

7.    Except as provided in the OCB

Professionals Order, no representations or promises have

5

been received by the Firm [nor by any member, counsel,

or associate thereof] as to compensation in connection

with these cases other than in accordance with the

provisions of the Bankruptcy Code.  The Firm has no

agreement with any other entity to share with such

entity any compensation received by the Firm in

connection with these chapter 11 cases.

WHEREFORE, affiant respectfully submits this

Affidavit in Support of Employment of SMART Business

Advisory and Consulting, LLC as a Professional Utilized

in the Ordinary Course of Business.

Philip J. Olzen
Managing Director
SMART Business Advisory and Consulting,
LLC.
1700 E. Golf Road
Suite 1122
Schaumburg, IL 60173
(847)558-5679

Sworn to before me this 28th day of January, 2009.

Notary Public
My Commission Expires: 3/20/12

Official Seal
Paula Kelley
Notary Public State of Illinois
My Commission Expires 03/20/2012

713025-Chicago Server 2A - MSW