IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>JOINTLY ADMINISTERED |

**AFFIDAVIT IN SUPPORT OF
JORGE P. SALA, ON BEHALF OF LAW OFFICES OF
JORGE P. SALA AND SALA, HERNANDEZ & GARCIA, CSP
AS A PROFESSIONAL UTILIZED IN THE ORDINARY
COURSE OF BUSINESS**

STATE OF Puerto Rico        )
                            ) ss:
MUNICIPALITY OF Ponce       )

Jorge P. Sala, being duly sworn, upon his oath, deposes and says:

i) I am a member and principal of the Law Offices of Jorge P. Sala, located at 8169 Concordia Street, San Vicente Building, Suite 102, Ponce, Puerto Rico 00717-1556 (the "Firm"), which has been employed by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") in the ordinary course of their business. The Firm will, as of January 1, 2009, continue its operations under the corporate name of SALA, HERNANDEZ & GARCIA, CSP. The Debtors wish to retain the Firm to continue providing such ordinary-course services during their chapter 11 cases. This Affidavit is submitted in compliance with the Order Granting Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(A), 327, 330 And 331 Authorizing Debtors To Employ

Professionals Utilized In The Ordinary Course Of Business (the "OCB Professionals Order").

1. The Firm was provided with a list of interested parties, a copy of which was annexed thereto as Exhibit 1, and conducted a search of Firm's records for the names identified thereon. Based on that search, neither I, the Firm, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or stockholders, or any party in interest therein.

2. The Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the engagement for which we are to be retained.

3. The Firm has in the past and since approximately June 2008 represented the Debtors in consultations regarding wage and hour matters for their business in Puerto Rico.

4. This Firm and certain of its members, counsel, and associates may have in the past represented, currently represent, and may in the future represent entities that are claimants or equity security holders of the Debtors in matters totally unrelated to the Debtors' chapter 11 cases. None of those past or current representations are material. This Firm will be in a position to identify with specificity all such persons or entities when lists of all creditors of the Debtors have been prepared and will make any further disclosures as may be appropriate at that time. The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases directly to the Debtors, in accordance with the OCB Professionals Code, with such application

to request compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm. The principal and attorneys designated to represent the Debtors and their current standard rates are:

5.  | | |
    |---|---|
    | Jorge P. Sala: | $155.00 |
    | Víctor M. Hernández: | $150.00 |
    | Polonio J. García: | $150.00 |
    | Associate: | $115.00 |
    | Junior Associate: | $ 75.00 |

6. The rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Such rates are the Firm's standard rates for work of this nature. The rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, tolls and mileage, photocopies, long distance telephone calls and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients.

7. Except as provided in the OCB Professionals Order, no representations or promises have been received by the Firm nor by any member, counsel, or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no

3

agreement with any other entity to share with such entity any compensation received by the Firm in connection with these chapter 11 cases.

**WHEREFORE**, affiant respectfully submits this Affidavit in Support of Employment of Jorge P. Sala, Esq. and the Firm of Sala, Hernández & García, CSP, as a Professional Utilized in the Ordinary Course of Business.

JORGE P. SALA, ESQ.
8169 Concordia Street
San Vicente Bldg, Suite 102
Ponce, PR 00717-1556
Tel.: 787-844-8940
Fax: 787-844-8960
E-mail: salalawyers@yahoo.com
jpsala@prtc.net

AFFIDAVIT NO.: 157

Subscribed and sworn to before me by Jorge P. Sala, of legal age, attorney at law, married and resident of Ponce, Puerto Rico, to me personally known at Ponce, Puerto Rico this 7 day of ~~December, 2008.~~ January, 2009.



NOTARY PUBLIC

4