Gregg M. Galardi, Esq.            Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.           Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - x
                             :   Chapter 11
In re:                       :
                             :   Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,   :
et al.,                      :   Jointly Administered
                             :
            Debtors.         :
- - - - - - - - - - - - - - x

**AFFIDAVIT IN SUPPORT OF EMPLOYMENT OF OGLETREE DEAKINS
AS A PROFESSIONAL UTILIZED IN THE ORDINARY COURSE OF
BUSINESS**

STATE OF TENNESSEE       )
                         ) ss:
COUNTY OF DAVIDSON       )

        John G. Harrison, Esq., being duly sworn,
deposes and says:

        I am a shareholder of the firm Ogletree,

Deakins, Nash, Smoak & Stewart, P.C. (the "Firm"), which

has been employed by the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") in the ordinary course of their business. The Debtors wish to retain the Firm to continue providing such ordinary-course services during their chapter 11 cases.  This Affidavit is submitted in compliance with the Order Granting Debtors' Motion For Order Pursuant To Bankruptcy Code Sections 105(A), 327, 330 And 331 Authorizing Debtors To Employ Professionals Utilized In The Ordinary Course Of Business (the "OCB Professionals Order").

   The Firm was provided with a list of interested parties and conducted a search of Firm's records for the names identified thereon.  Based on that search, neither I, the Firm, nor any member, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors or stockholders, or any party in interest herein, except to the extent that the Firm has regularly served as labor and employment counsel to Circuit City Stores, Inc. and related entities, AON Corporation, Centex Corporation, The Home Depot, Lexmark

International, Sunoco, The Brinks Company, The Servicemaster Company, VF Corporation, and HBK Investments, among others.

1.    The Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the engagement for which we are to be retained.

2.    This Firm and certain of its members, counsel, and associates may have in the past represented, currently represent, and may in the future represent entities that are claimants or equity security holders of the Debtors in matters totally unrelated to the Debtors' chapter 11 cases.  None of those past or current representations are material based on information currently under review.  The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases directly to the Debtors, in accordance with the OCB Professionals Order, with such application to request compensation for services based on the hourly rates set forth below, plus reimbursement of actual and necessary expenses and other charges incurred by the Firm.  The

attorneys designated to represent the Debtors and their

current standard rates are set forth on the list

attached as Exhibit A.

       3.   Timekeepers who have regularly

represented the Debtor are John G. Harrison

(Dallas/Nashville), Ron Chapman (Dallas), Andrew Turner

(Dallas/Little Rock), Alicia Voltmer (Dallas), William

Rutchow (Nashville), Todd Kaiser (Indianapolis), Bruce

Hearey (Cleveland), Linda Claxton (Los Angeles) and

Brandyn Stedfield (Los Angeles).  Ogletree Deakins has

offered, and will continue to offer, discounts to the

standard hourly rates of these timekeepers and other

attorneys in the Firm.

       4.   The rates set forth above are subject to

periodic adjustments to reflect economic and other

conditions.  Such rates are the Firm's standard rates

for work of this nature.  The rates are set at a level

designed to fairly compensate the Firm for the work of

its attorneys and paralegals and to cover fixed and

routine overhead expenses.  It is the Firm's policy to

charge its clients in all areas of practice for all

other expenses incurred in connection with a client's

case.  The expenses charged to clients include, among
other things, photocopying, messenger and delivery, air
freight, computerized research, videotape recording,
travel (including mileage, parking, airfare, lodging,
meals, and ground transportation), long distance
telephone, telecopying, word processing, court costs and
filing fees and, in general, all identifiable expenses
that would not have been incurred except for
representation of a particular client.  The Firm will
charge the Debtors for these expenses in a manner and at
rates consistent with charges made generally to the
Firm's other clients.

     5.    Except as provided in the OCB
Professionals Order, no representations or promises have
been received by the Firm as of the date of this
Affidavit as to compensation in connection with these
cases other than in accordance with the provisions of
the Bankruptcy Code.  The Firm has no agreement with any
other entity to share with such entity any compensation
received by the Firm in connection with these chapter 11
cases.

WHEREFORE, affiant respectfully submits this Affidavit in Support of Employment of Ogletree Deakins as a Professional Utilized in the Ordinary Course of Business.

John G. Harrison, Esq.
Ogletree, Deakins, Nash, Smoak &
Stewart, PC
700 Preston Commons
8117 Preston Road
Dallas, TX 75225

Nashville Office:
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN  37219
(615) 687-2233

Sworn to before me this _28th_ day of _January_, 2009.

Notary Public
My Commission Expires: _1/23/2010_

6969782.1 (OGLETREE)

STATE
OF
TENNESSEE
NOTARY
PUBLIC

LYNN ROBERTSON
DAVIDSON COUNTY, TENN.

My Commission Expires JAN. 23, 2010

EXHIBIT A

## ATTORNEY RATES BY LOCATION

| Name | Hourly Rate |
|------|-------------|

**ATLANTA OFFICE – IMMIGRATION**

<u>Shareholders</u>

| Name | Rate |
|------|------|
| Johnson, Robert N. | 350 |
| Ruby, Jay C. | 300 |

**ATLANTA OFFICE – PC**

<u>Shareholders</u>

| Name | Rate |
|------|------|
| Broxterman, Christina | 375 |
| Bryan, Joseph W. | 325 |
| Cleland, A. Craig | 350 |

**AUSTIN OFFICE**

<u>Shareholders</u>

| Name | Rate |
|------|------|
| Griggs, Bruce A. | 385 |

<u>Associates</u>

| Name | Rate |
|------|------|
| Davis, Frank | 315 |

**BIRMINGHAM OFFICE – PC**

<u>Shareholders</u>

| Name | Rate |
|------|------|
| Palmer, Timothy A. | 325 |
| Pennington, James C. | 325 |

**BLOOMFIELD HILLS OFFICE**

<u>Shareholders</u>

| Name | Rate |
|------|------|
| Tuyn, Richard M. | 375 |

**CHARLOTTE OFFICE**

<u>Shareholders</u>

| Name | Rate |
|------|------|
| Cole, John D. | 350 |
| Tisdale III, H. Bernard | 350 |

**CHICAGO OFFICE**

<u>Shareholders</u>
| | |
|---|---|
| Cramer, Michael H. | 395 |
| Deer, Thomas E. | 375 |

**CLEVELAND OFFICE**

<u>Shareholders</u>
| | |
|---|---|
| Fricke, Wade M. | 350 |
| Hearey, Bruce G. | 400 |

**DALLAS OFFICE**

<u>Shareholders</u>
| | |
|---|---|
| Buchanan, Michael R. | 375 |
| Chapman, Ronald W. | 375 |
| Harrison, John G. | 350 |
| Voltmer, Alicia S. | 330 |

<u>Associates</u>
| | |
|---|---|
| Bell, Michael H. | 280 |

<u>Of Counsel</u>
| | |
|---|---|
| Turner, Andrew Thomas | 350 |

**HOUSTON OFFICE – PC**

<u>Shareholders</u>
| | |
|---|---|
| Comeaux, David J. | 360 |

**INDIANAPOLIS OFFICE**

<u>Shareholders</u>
| | |
|---|---|
| Ebert, Kim F. | 400 |
| Kaiser, Todd J. | 375 |
| McDermott, Brian L. | 350 |

<u>Associates</u>
| | |
|---|---|
| Brooks, Debra J. | 220 |
| Buhl, Brett E. | 220 |

**JACKSON OFFICE**

<u>Shareholders</u>
| | |
|---|---|
| Ehrhardt, Herbert C. | 340 |

Johnson, Bethany B.                    320

**KANSAS CITY OFFICE**

Shareholders
Hulla, Patrick F.                      340
Morris, Jill A.                        300

**LOS ANGELES OFFICE**

Shareholders
Bowman, Lori A.                        550
Claxton, Linda K.                      470
Magee, Howard L.                       390
McDaniel, Marcus A.                    530
Schreck, Cheryl L.                     470

Associates
Decker, Christopher Williams           315
Fishman, David J.                      355
Stedfield, Brandyn E.                  330

**MEMPHIS OFFICE**

Shareholders
Holmes, Charles V.                     310
Lewis, Frederick J.                    360

**MIAMI OFFICE**

Shareholders
DeMaio, David M.                       385

Of Counsel
Hammon, Christopher P.                 325

**MORRISTOWN OFFICE**

Shareholders
Hughes, Peter O.                       375
Lee, Brian D.                          350
Mariani, Richard C.                    425

**NASHVILLE OFFICE**

<u>Shareholders</u>
| | |
|---|---|
| Harrison, John G. | 350 |
| Rutchow, William S. | 300 |
| Washko, Elizabeth S. | 300 |

<u>Associates</u>
| | |
|---|---|
| Rusie, Jennifer S. | 255 |
| Winfrey, BrianC. | 220 |

<u>Paralegals</u>
| | |
|---|---|
| Ransom, Rachel E. | 145 |

**PHILADELPHIA OFFICE**

<u>Shareholders</u>
| | |
|---|---|
| Moran, Christopher J. | 400 |

**PHOENIX OFFICE**

<u>Shareholders</u>
| | |
|---|---|
| Dowell, L. Eric | 350 |

**PITTSBURGH OFFICE**

<u>Shareholders</u>
| | |
|---|---|
| Glass, Michael D. | 400 |

**RALEIGH OFFICE - IMMIGRATION**

<u>Shareholders</u>
| | |
|---|---|
| Smalley, Stephen H. | 310 |

**RALEIGH OFFICE – PC – Labor**

<u>Shareholders</u>
| | |
|---|---|
| Agraz, Rodolfo R. | 325 |

**SAN ANTONIO OFFICE**

<u>Shareholders</u>
| | |
|---|---|
| Smith, Lawrence D. | 325 |

<u>Associates</u>
| | |
|---|---|
| Boland, Adam D. | 250 |

Knepper, Dawn M.                          305
Ramirez, Sona                            280

**SAN FRANCISCO OFFICE**

<u>Shareholders</u>
Farmer, Douglas J.                        475

**ST. LOUIS OFFICE**

<u>Shareholders</u>
Lemley, Gregg M.                          325

**ST. THOMAS OFFICE**

<u>Shareholders</u>
Francis, Simone R.                        325

**TAMPA OFFICE**

<u>Shareholders</u>
Palladeno, Helen A.                       310

<u>Associates</u>
Garcia, Ignacio J.                        285

**WASHINGTON OFFICE – PC**

<u>Shareholders</u>
Coxson, Jr., Harold P.                    450
Jeweler, Bernard P.                       390

6971842 1 (OGLETREE)