Richard I. Hutson, Esq., VSB# 71097
Fullerton & Knowles, P.C.
12644 Chapel Road, Suite # 206
Clifton, VA 20124
(703) 818-2600
FAX: (703) 818-2602
rhutson@fullertonlaw.com
*Counsel for US Signs, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtor. | ) | |
| | ) | |

**546(b) NOTICE OF LIEN IN LIEU**
**OF COMMENCEMENT OF STATUTORY LIEN ACTION**

**TO: CIRCUIT CITY STORES, INC., DEBTOR HEREIN, AND ALL OTHER PARTIES ENTITLED TO NOTICE PURSUANT TO THE ORDER ESTABLISHING ADMINISTRATIVE AND NOTICE PROCEDURES:**

COMES NOW US SIGNS, INC. (hereinafter "US Signs"), by counsel, and HEREBY GIVES NOTICE to Debtor Circuit City Stores, Inc. (hereinafter "Circuit" or "Debtor"), and to all other parties in interest, pursuant to Section 546(b) of the Bankruptcy Code, 11 USC §§ 101, et seq., in lieu of commencing civil action in the states courts of Alabama, Georgia, Texas, New York, Virginia, Florida and Kansas to enforce US Signs' statutory liens. In support of this notice, US Signs states as follows:

1

1. US Signs is a Texas corporation engaged in business as a national full service sign company.

2. Circuit is engaged in business in the Commonwealth of Virginia as an electronics retailer.

3. Circuit entered into an open account agreement with US Signs (hereinafter referred to as "the Contract") whereby US Signs agreed to manufacture, supply and install signs for Circuit and Circuit agreed to pay for said labor or materials (hereinafter referred to as the "Work") necessary to construct signs at various Circuit City retail store locations throughout the country (hereinafter referred to as the "Projects").

4. Pursuant to the Contract, US Signs provided substantial Work which was incorporated into the Projects and added substantial value thereto.

5. Circuit breached the Contract by failing or refusing to pay a balance due to US Signs for Work supplied to Circuit.

6. Circuit filed its Bankruptcy Petition under Chapter 11 of the Bankruptcy Code in this Court on or about November 10, 2008 ("Petition Date").

7. As of the Petition Date, US Signs was owed in the following amounts by Circuit on the Projects:

| Circuit City Retail Store Number | Store Location | Amount of Claim |
|---|---|---|
| 4227 | Spanish Fort, AL | $52,614.80 |
| 3885 | Macon, GA | $28,804.36 |
| 1624 | College Station, TX | $1,715.76 |
| 3809 | Mansfield, TX | 26,395.48 |
| 3810 | Harlingen, TX | $5,480.10 |
| 4237 | Houston, TX | $27,534.18 |
| 4323 | Brooklyn, NY | $34,929.26 |
| 4321 | Richmond, VA | $3,000 |
| 4276 | Port St. Lucie, FL | $7,846.75 |
| 4232 | Fort Myers, FL | $18,223.68 |
| 4275 | Bradenton, FL | $5,610.00 |
| 4141 | Homestead, FL | $24,441.81 |
| 4201 | Melbourne, FL | $695.36 |
| 4220 | Merriam, KS | $34,866.69 |

8. The respective debts are secured by liens on the underlying properties and Circuit's leasehold interests therein pursuant to: Alabama Code §§ 35-11-210 et seq., Georgia Code §§ 44-14-360 et seq., Chapter 53 of the Property Code of Texas, New York CLS Lien Law §§ 3 et seq., Virginia Code §§ 43-1 et seq., Florida Statutes §§ 713.001 et seq., and Kansas Statutes §§ 60-1101 et seq.

9. In order to continue US Signs' statutory mechanics' liens on the subject properties, US Signs caused claims of liens to be filed on the Projects as follows ("Claims of Liens"):

| Circuit City Retail Store Number | Store Location | Lien Amount |
|---|---|---|
| 4227 | Spanish Fort, AL | $52,614.80 |
| 3885 | Macon, GA | $28,804.36 |
| 1624 | College Station, TX | $1,715.76 |
| 3809 | Mansfield, TX | 26,395.48 |
| 3810 | Harlingen, TX | $5,480.10 |
| 4237 | Houston, TX | $27,534.18 |
| 4323 | Brooklyn, NY | $34,929.26 |
| 4321 | Richmond, VA | $3,000 |
| 4276 | Port St. Lucie, FL | $7,846.75 |
| 4232 | Fort Myers, FL | $18,223.68 |
| 4275 | Bradenton, FL | $5,610.00 |
| 4141 | Homestead, FL | $24,441.81 |
| 4201 | Melbourne, FL | $695.36 |
| 4220 | Merriam, KS | $34,866.69 |

10. True and accurate copies of the Claims of Liens recorded on the respective properties are attached hereto as follows:

>Exhibit A: Lien on Spanish Fort, AL property;
>Exhibit B: Lien on Macon, GA property;
>Exhibit C: Lien on College Station, TX property;
>Exhibit D: Lien on Mansfield, TX property;
>Exhibit E: Lien on Harlingen, TX property;
>Exhibit F: Lien on Houston, TX property;
>Exhibit G: Lien on Brooklyn, NY property;
>Exhibit H: Lien on Richmond, VA property;
>Exhibit I: Lien on Port St. Lucie, FL property;
>Exhibit J: Lien on Fort Myers, FL property;
>Exhibit K: Lien on Bradenton, FL property;
>Exhibit L: Lien on Homestead, FL property;
>Exhibit M: Lien on Melbourne, FL property;
>Exhibit N: Lien on Merriam, KS property;

11. The Claims of Liens were timely filed and notices of each were timely given to necessary parties pursuant to the laws of each respective state.

12. No foreclosure or enforcement actions concerning the Claims of Liens have been commenced and the time fixed by the laws of each respective state to commence such action has not yet expired.

13. To the extent applicable state law requires US Signs to take further action to perfect its Claims of Liens upon the Projects, US Signs recognizes that it may be stayed from commencing such action pursuant to 11 U.S.C. § 362. Accordingly, pursuant to 11 U.S.C. § 546(b), and for the purpose of perfecting US Signs' Lien interests, to the extent that such interest has not been duly perfected previously, US Signs hereby gives notice to Circuit and all parties in interest that US Signs has a valid, secured Lien interest in the Projects reference herein.

14. This notice is being filed in lieu of commencing civil enforcement and/or

foreclosure actions in the courts of each respective state on US Signs' Claims of Liens. All conditions precedent for such actions on US Signs' Claims of Lien have been performed.

        US SIGNS, INC.
        By Counsel

        /s/ Richard I. Hutson
        Richard I. Hutson, Esq.
        VSB# 71097
        Fullerton & Knowles, P.C.
        12644 Chapel Road, Suite 206
        Clifton, VA 20124
        (703) 818-2600
        FAX: (703) 818-2602
        rhutson@fullertonlaw.com
        Counsel for US Signs, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing 546(b) Notice of Lien in Lieu of Commencement of Statutory Lien Action was sent via first class mail, postage prepaid, to the following on this, the 28 day of January 2009:

Office of the U.S. Trustee
701 E. Broad St.
Suite 4304
Richmond, Virginia 23219-1888
Attn: Robert B. Van Arsdale
The United States Trustee

Skadden, Arps, Slate, Meagher
& Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Attn: Gregg M. Galardi, Esq.

Skadden, Arps, Slate, Meagher
& Flom, LLP
333 West Wacker Drive

Chicago, Illinois 60606
Attn: Chris L. Dickerson, Esq.

McGuireWoods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219
Attn: Dion W. Hayes, Esq.

*Counsel for the Debtors and Debtors in Possession*

                                               /s/ Richard I. Hutson
                                               Richard I. Hutson, Esq.