



BALDWIN COUNTY, ALABAMA
JUDGE ADRIAN T. JOHNS
Filed/cert. 12/18/2008 8:00 AM
TOTAL          $   19.00
3 Pages

## STATEMENT OF LIEN



STATE OF ALABAMA      :
COUNTY OF BALDWIN     :

    US Signs, Inc., a Texas corporation, files this Statement of Lien in writing and verified by the oath of Timothy O'Donnell, who has personal knowledge of the facts set forth herein. US Signs, Inc. claims a lien upon the following property located in Spanish Fort Town Center in Spanish Fort, Baldwin County, Alabama and more particularly described as follows:

    Circuit City Store #4227
    Spanish Fort Town Center
    31000 Bass Pro Shop Drive
    Spanish Fort, Alabama 36527

The property is also shown on the Spanish Fort Town Center site plan attached hereto as Exhibit A.

    This lien is claimed, separately and severally, as to both the buildings and improvements thereon, and the said land. The lien is claimed to secure an indebtedness of $52,614.80 with interest, from October 7, 2008 for the supply and installation of store signage. The proprietor of the property is Circuit City Stores, Inc., a Virginia corporation. The owner the property is Cypress/Spanish Fort I, L.P., a Texas limited partnership.

              US SIGNS, INC

              By: _____
                     Timothy O'Donnell
            Its:    President & Chief Executive Officer

STATE OF __TEXAS__           :
COUNTY OF __DENTON__         :

    I, the undersigned, a Notary Public in and for said County in said State, do hereby certify that Timothy O'Donnell, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of said instrument, he executed the same voluntarily.

    Given under my hand and seal this __15__ day of December, 2008.

                            _____
                            NOTARY PUBLIC
                            My Commission Expires: __8-28-2012__

This instrument prepared by:
Louis C. Norvell, Esq.
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511



JOLEEN R MARLOW
Notary Public, State of Texas
My Commission Expires
August 28, 2012

# Exhibit A

Exhibit A



Site Plan — SPANISH FORT TOWN CENTER, Spanish Fort, Alabama