

```
FILED
Doc ID:   005711400003  Type: LEN
Filed: 12/31/2008 at 03:49:00 PM
Fee Amt: $9.00 Page 1 of 3
Bibb County Superior Court
Dianne Brannen Clerk
BK 302   PG 263-265
```

After recording please
return original document to:
Walker, Hulbert, Gray & Byrd, LLP
P.O. Box 1770
Perry, Georgia 31069

STATE OF GEORGIA
COUNTY OF HOUSTON

### CLAIM OF LIEN (Leasehold Interests)

US SIGNS, INC. who, as a materialman and contractor, engages in the business of improving real estate by performing services and furnishing building materials, claims a lien in the amount of TWENTY EIGHT THOUSAND, EIGHT HUNDRED FOUR AND 36/100 DOLLARS ($28,804.36), plus interest as allowed by law, upon a certain building or structure on the premises or real estate upon which is erected the structure of CIRCUIT CITY STORES, INC., as their interests may appear, including any leasehold interests, for satisfaction of a claim which became due on October 3, 2008, for furnishing materials at said building or structure on said premises or real estate, which is commonly known as Circuit City Store #3885, 5080 Riverside Drive, Macon, Bibb County, which is more fully described as follows:

### SEE EXHIBIT "A" ATTACHED HERETO
### AND INCORPORATED HEREIN BY REFERENCE

And now, within three (3) months since material furnished, the undersigned records this lien therefore in the Office of the Clerk of the Superior Court Bibb County, Georgia, where said property is situated as aforesaid, pursuant to the provisions of O.C.G.A. § 44-14-360 et seq.

Dated this 31st day of December, 2008.

By: John W. Hulbert
John W. Hulbert, Attorney-at-Law and
Attorney-in-Fact for
US Signs, Inc.

Sworn to and subscribed before me
this 31st day of December, 2008.

Rebecca Kennedy
Notary Public

3

EXHIBIT A

Legal Description of the Shopping Center

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOTS 297, 316 & 317 OF THE 13TH LAND DISTRICT, BIBB COUNTY, GEORGIA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT A ½ REBAR SET AT THE INTERSECTION OF THE WESTERN RIGHT OF WAY OF RIVERSIDE DRIVE (200' R/W) AND THE NORTHERN RIGHT OF WAY OF SHERATON DRIVE (R/W VARIES), SAID POINT BEING THE POINT OF BEGINNING; THENCE ALONG SAID RIGHT OF WAY S70°45'11"W A DISTANCE OF 237.15 FEET TO A ½ INCH REBAR SET; THENCE S54°14'55"W A DISTANCE OF 51.42 FEET TO A ½ INCH REBAR SET; THENCE S70°45'11"W A DISTANCE OF 332.19 FEET; THENCE S58°51'19"W A DISTANCE OF 54.44 FEET TO A ½ INCH REBAR SET; THENCE S70°45'11"W A DISTANCE OF 121.13 FEET TO A ½ INCH REBAR SET; THENCE ALONG A CURVE TO THE LEFT A DISTANCE OF 414.21 FEET, SUBTENDED BY A CHORD WITH A BEARING OF N73°54'00"W, A CHORD LENGTH OF 413.19 FEET, AND A RADIUS OF 420.00 FEET TO A ½ INCH REBAR SET; THENCE N43°31'14"W A DISTANCE OF 205.60 FEET TO A ½ INCH REBAR SET; THENCE N43°31'11"W A DISTANCE OF 35.40 FEET TO A ½ INCH REBAR SET; THENCE ALONG A CURVE TO THE LEFT A DISTANCE OF 337.85 FEET, SUBTENDED BY A CHORD WITH A BEARING OF N50°17'23"W, A CHORD LENGTH OF 333.33 AND A RADIUS OF 830.00 FEET TO A ½ INCH REBAR SET; THENCE N81°51'42"W A DISTANCE OF 153.81 FEET TO A ½ INCH REBAR SET ON THE EASTERN RIGHT OF WAY OF WESLEYAN DRIVE (R/W VARIES); THENCE ENTERING ALONG SAID RIGHT OF WAY N16°31'42"W A DISTANCE OF 55.66 FEET TO A ½ INCH REBAR SET; THENCE N12°07'39"E A DISTANCE OF 38.13 FEET TO A ½ INCH REBAR SET; THENCE ALONG A CURVE TO THE LEFT A DISTANCE OF 284.18 FEET, SUBTENDED BY A CHORD WITH A BEARING OF N23°59'11"E, A CHORD LENGTH OF 283.69 FEET AND A RADIUS OF 1817.13 FEET TO A ½ INCH REBAR SET; THENCE N19°33'11"E A DISTANCE OF 22.79 FEET TO A ½ INCH REBAR FOUND; THENCE ALONG A CURVE TO THE LEFT A DISTANCE OF 23.22 FEET, SUBTENDED BY A CHORD WITH A BEARING OF N19°52'14"E, A CHORD LENGTH OF 23.22 FEET AND A RADIUS OF 1948.35 FEET TO A ½ INCH REBAR FOUND; THENCE ALONG A CURVE TO THE LEFT A DISTANCE OF 84.84 FEET, SUBTENDED BY A CHORD WITH A BEARING OF N17°43'17"E, A CHORD LENGTH OF 84.83 FEET AND A RADIUS OF 1945.35 FEET TO A ½ INCH REBAR SET; THENCE N01°25'37"E A DISTANCE OF 28.43 FEET TO A ½ INCH REBAR SET; THENCE ALONG A CURVE TO THE LEFT A DISTANCE OF 194.03 FEET, SUBTENDED BY A CHORD WITH A BEARING OF N12°34'20"E, A CHORD LENGTH OF 194.65 FEET AND A RADIUS OF 1930.85 FEET TO A ½ INCH REBAR SET; THENCE ALONG A CURVE TO THE LEFT A DISTANCE OF 434.55 FEET, SUBTENDED BY A CHORD WITH A BEARING OF N05°28'50"E, A CHORD LENGTH OF 434.16 FEET AND A RADIUS OF 2955.60 FEET TO A ½ INCH REBAR SET; THENCE N00°06'44"E A DISTANCE OF 101.30 FEET TO A ½ INCH REBAR SET; THENCE N00°07'39"E A DISTANCE OF 32.09 FEET TO A ½ INCH REBAR SET; THENCE N00°07'45"E A DISTANCE OF 303.05 FEET TO A ½ INCH REBAR SET; THENCE N00°07'45"E A DISTANCE OF 81.15 FEET TO A ½ INCH REBAR SET; THENCE N13°25'57"W A DISTANCE OF 410.17 FEET TO A ½ INCH REBAR SET;

5

Book:302,Page:263

Book:300,Page:151

THENCE N07°08'40"E A DISTANCE OF 100.72 FEET; THENCE N00°16'15"E A DISTANCE OF 200.72 FEET TO A ¾ INCH REBAR SET; THENCE ALONG A CURVE TO THE RIGHT A DISTANCE OF 54.24 FEET, SUBTENDED BY A CHORD WITH A BEARING OF N25°47'12"E, A CHORD LENGTH OF 54.19 FEET AND A RADIUS OF 63.00 FEET TO A ¾ INCH REBAR SET; THENCE LEAVING SAID RIGHT OF WAY S54°54'24"E A DISTANCE OF 208.88 FEET TO A ¾ INCH REBAR FOUND; THENCE S50°54'52"E A DISTANCE OF 209.01 FEET TO A ¾ INCH REBAR FOUND; THENCE S42°57'37"E A DISTANCE OF 201.83 FEET TO A ¾ INCH REBAR FOUND; THENCE S35°04'35"E A DISTANCE OF 166.67 FEET TO A ¾ INCH REBAR FOUND; THENCE S28°45'36"E A DISTANCE OF 187.49 FEET TO A CONCRETE MONUMENT FOUND; THENCE S21°22'51"E A DISTANCE OF 376.77 FEET TO A ¾ INCH REBAR SET; THENCE S21°22'51"E A DISTANCE OF 1408.03 FEET TO A ¾ INCH REBAR SET; THENCE S21°22'51"E A DISTANCE OF 242.20 FEET TO A ¾ INCH REBAR SET, SAID REBAR BEING THE POINT OF BEGINNING.

SAID TRACT OF LAND CONTAINS 2,898,048 SQUARE FEET OR 66.484 ACRES OF LAND MORE OR LESS.

Book:302,Page:263

Book:300,Page:151