```
                                        Doc          Bk    Vol    Pg
                                        01015342     OR    8883   122
```

| | |
|---|---|
| **Owner:** | § |
| | § |
| INLAND WESTERN COLLEGE | § |
| STATION GATEWAY II LIMITED | § |
| PARTNERSHIP and/or DELMAR | § |
| BARONHEAD I, LTD. and/or | § |
| CIRCUIT CITY STORES, INC. | § |
| | § |
| **General Contractor:** | § |
| | § |
| U.S. SIGNS, INC. | § |
| | § |
| **DEBTOR:** | § |
| | § |
| CIRCUIT CITY STORES, INC. | § |
| | § |
| **Claimant:** | § |
| | § |
| U.S. SIGNS, INC. | § |



## AFFIDAVIT CLAIMING MECHANIC'S AND MATERIALMAN'S LIEN

STATE OF TEXAS        §
                      §
COUNTY OF BRAZOS      §

BEFORE ME, a notary public in and for the State of Texas, on this day personally appeared the undersigned, who being by me duly sworn, on oath states:

1.  My name is **TIM O'DONNELL**. I am the President and CEO of **U.S. Signs, Inc.**, ("Claimant") and am authorized to make this affidavit on its behalf as the sworn statement of its claim.

2.  Claimant furnished materials for the improvement of real property in Brazos County, Texas described as the Circuit City Store No. 1624 located at 1505 University Drive East, College Station, Brazos County, Texas 77840 and is more particularly described as: The Gateway No. One (1), Block One (1), Lot 1AR-1 (Part of).

3.  The material was furnished for the improvement of the said real property to **Circuit City Stores, Inc.** whose last known address is 9954 Mayland Drive, Richmond, Virginia 23233. The material was furnished pursuant to an oral contract part of which are invoices to **Circuit City Stores, Inc.** for the month of November 2008, who had a construction contract with the owner.

L:\BLA\US Signs\Circuit City 1624\LienAffid.wpd

```
                                                   Doc        Bk      Vol    Pg
                                                 01015342     OR      2883   123
```

4.   U.S. Signs, Inc. is the original contractor for such improvement, whose last known address is 1800 Bering Drive, Suite 700, Houston, Texas 77057.

5.   **Inland Western College Station Gateway II Limited Partnership and/or Delmar Baronhead I, Ltd. and/or Circuit City Stores, Inc.** are the owners or reputed owners of the land and improvements thereon, whose last known addresses are 2901 Butterfield Road, Oak Brook, Illinois 60523, 4645 North Central Expressway, Suite 200, Dallas, Texas 75202, and 9950 Mayland Drive, Richmond, Virginia 23233, respectively.

6.   The installation services and the materials furnished by claimant are electric cable, switches and other electrical building materials for the erection of improvements upon the property herein described and consists of the items described on the attached Exhibit "A", incorporated by reference, which is a true and correct statement of the items furnished and the prices thereof are just and reasonable, and reflects the dates of delivery.

7.   The amount due, owing and unpaid to claimant for such material is **$1,715.76** which is true, correct, and just, and all just and lawful offsets, payments, and credits known to the undersigned affiant have been allowed.

8.   Claimant's mailing address is 1800 Bering Drive, Suite 700, Houston, Texas 77057. Claimant's physical address is 1800 Bering Drive, Suite 700, Houston, Texas 77057.

9    Claimant sent notices to the reputed owner by certified mail, return receipt requested, on at least November 26, 2008.

Claimant claims a lien, and also a constitutional lien, if applicable, upon all the above described property and improvements thereon in the amount shown above pursuant to Chapter 53 of the Property Code of the State of Texas, and makes this sworn statement of the claim in support thereof.

U.S. SIGNS, INC.

By: _____
TIM O'DONNELL
1800 Bering Drive, Suite 700
Houston, Texas 77057

Subscribed and sworn to before me by the said TIM O'DONNELL on November 25, 2008, to certify which witness my hand and seal of office.

_____
Notary Public in and for the
STATE OF TEXAS

L:\BLA\US Signs\Circuit City 1624\LienAffid.wpd



JOLEEN R MARLOW
Notary Public, State of Texas
My Commission Expires
August 28, 2012

```
Doc        Bk    Vol    Pg
01015342   OR    8883   124
```

## U.S. SIGNS, INC.

By: _____
TIM O'DONNELL
1800 Bering Drive, Suite 700
Houston, Texas 77057

STATE OF TEXAS              §
                            §
COUNTY OF HARRIS            §

BEFORE ME, the undersigned authority, on this day personally appeared TIM O'DONNELL, President and CEO of U.S. SIGNS, INC., known to me to be the person whose name is subscribed to the foregoing instrument, who after being by me duly sworn acknowledged and stated that the statements contained above are true and correct, that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated, and as the act and deed of said entity.

Given under my hand and seal of office, on November 25, 2008.

_____
Notary Public in and for the
STATE OF TEXAS



JOLEEN R MARLOW
Notary Public, State of Texas
My Commission Expires
August 28, 2012

AFTER RECORDING, PLEASE RETURN TO:

BEN L. ADERHOLT
LOOPER, REED & MCGRAW
1300 POST OAK BLVD., SUITE 2000
HOUSTON, TEXAS 77056

L:\BLA\US Signs\Circuit City 1624\LienAffid.wpd