| | |
|---|---|
| Owner: | § |
| MANSFIELD SEQ 287 & DEBBIE, LTD. and/or CIRCUIT CITY STORES, INC. | § § § § |
| General Contractor: | § § |
| U.S. SIGNS, INC. | § § |
| DEBTOR: | § § |
| CIRCUIT CITY STORES, INC. | § § |
| Claimant: | § § |
| U.S. SIGNS, INC. | § |



## AFFIDAVIT CLAIMING MECHANIC'S AND MATERIALMAN'S LIEN

STATE OF TEXAS          §
                        §
COUNTY OF TARRANT       §

BEFORE ME, a notary public in and for the State of Texas, on this day personally appeared the undersigned, who being by me duly sworn, on oath states:

1. My name is **TIM O'DONNELL**. I am the President and CEO of **U.S. Signs, Inc.**, ("Claimant") and am authorized to make this affidavit on its behalf as the sworn statement of its claim.

2. Claimant furnished materials for the improvement of real property in Tarrant County, Texas described as the Circuit City Store No. 3809 located at 1551 North Highway 287, Mansfield, Tarrant County, Texas 76063 and more particularly described in Exhibit "B", attached hereto and incorporated by reference.

3. The material was furnished for the improvement of the said real property to **Circuit City Stores, Inc.** whose last known address is 9954 Mayland Drive, Richmond, Virginia 23233. The material was furnished pursuant to an oral contract part of which are invoices to **Circuit City Stores, Inc.** for the months of September and November 2008, who had a construction contract with the owner.

4. **U.S. Signs, Inc.** is the original contractor for such improvement, whose last known address is 1800 Bering Drive, Suite 700, Houston, Texas 77057.

L:\BLA\US Signs\Circuit City 3809\LienAffid.wpd

Exhibit(s) D    Page 2 of 4

5.  **Mansfield SEQ 287 & Debbie Ltd. and/or Circuit City Stores, Inc.** are the owners or reputed owners of the land and improvements thereon, whose last known addresses are 2525 McKinnon Street, Suite 700, Dallas, Texas 75201 and 9950 Mayland Drive, Richmond, Virginia 23233, respectively.

6.  The installation services and the materials furnished by claimant are electric cable, switches and other electrical building materials for the erection of improvements upon the property herein described and consists of the items described on the attached Exhibit "A", incorporated by reference, which is a true and correct statement of the items furnished and the prices thereof are just and reasonable, and reflects the dates of delivery.

7.  The amount due, owing and unpaid to claimant for such material is **$26,395.48** which is true, correct, and just, and all just and lawful offsets, payments, and credits known to the undersigned affiant have been allowed.

8.  Claimant's mailing address is 1800 Bering Drive, Suite 700, Houston, Texas 77057. Claimant's physical address is 1800 Bering Drive, Suite 700, Houston, Texas 77057.

9   Claimant sent notices to the reputed owner by certified mail, return receipt requested, on at least November 26, 2008.

Claimant claims a lien, and also a constitutional lien, if applicable, upon all the above described property and improvements thereon in the amount shown above pursuant to Chapter 53 of the Property Code of the State of Texas, and makes this sworn statement of the claim in support thereof.

U.S. SIGNS, INC.

By: _____
TIM O'DONNELL
1800 Bering Drive, Suite 700
Houston, Texas 77057

Subscribed and sworn to before me by the said TIM O'DONNELL on November 25, 2008, to certify which witness my hand and seal of office.

_____
Notary Public in and for the
STATE OF TEXAS



JOLEEN R MARLOW
Notary Public, State of Texas
My Commission Expires
August 28, 2012

L:\BLA\US Signs\Circuit City 3809\LienAffid.wpd

U.S. SIGNS, INC.

By: _____
TIM O'DONNELL
1800 Bering Drive, Suite 700
Houston, Texas 77057

STATE OF TEXAS          §
                        §
COUNTY OF HARRIS        §

BEFORE ME, the undersigned authority, on this day personally appeared TIM O'DONNELL, President and CEO of U.S. SIGNS, INC., known to me to be the person whose name is subscribed to the foregoing instrument, who after being by me duly sworn acknowledged and stated that the statements contained above are true and correct, that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated, and as the act and deed of said entity.

Given under my hand and seal of office, on November 25, 2008.

_____
Notary Public in and for the
STATE OF TEXAS

JOLEEN R MARLOW
Notary Public, State of Texas
My Commission Expires
August 28, 2012

AFTER RECORDING, PLEASE RETURN TO:

BEN L. ADERHOLT
LOOPER REED & MCGRAW, P.C.
1300 POST OAK BLVD., SUITE 2000
HOUSTON, TEXAS  77056

L:\BLA\US Signs\Circuit City 3809\LienAffid.wpd

BEING a tract of land situated in the S.S. CALLENDER SURVEY, ABSTRACT No. 359, Tarrant County, Texas and being all those certain called 0.15 acre, 1.61 acre and 17.029 acre tracts of land described in deeds to MANSFIELD/SAM, LTD. As recorded in Volume 14798, at Pages 102, 103, 104, and 106, respectively, of the Deed Records of Tarrant County, Texas, containing approximately 18.783 acres.



EXHIBIT B