| | |
|---|---|
| **Owner:** | § |
| | § |
| MACERICH VALLE VISTA | § |
| HOLDINGS LLC and/or | § |
| CIRCUIT CITY STORES, INC. | § |
| | § |
| **General Contractor:** | § |
| | § |
| U.S. SIGNS, INC. | § |
| | § |
| **DEBTOR:** | § |
| | § |
| CIRCUIT CITY STORES, INC. | § |
| | § |
| **Claimant:** | § |
| | § |
| U.S. SIGNS, INC. | § |

00053454

EXHIBIT E
Blumberg No. 5118

## AFFIDAVIT CLAIMING MECHANIC'S AND MATERIALMAN'S LIEN

STATE OF TEXAS    §
                  §
COUNTY OF CAMERON §

BEFORE ME, a notary public in and for the State of Texas, on this day personally appeared the undersigned, who being by me duly sworn, on oath states:

1. My name is **TIM O'DONNELL**. I am the President and CEO of **U.S. Signs, Inc.,** ("Claimant") and am authorized to make this affidavit on its behalf as the sworn statement of its claim.

2. Claimant furnished materials for the improvement of real property in Cameron County, Texas described as the Circuit City Store No. 3810 located at 2020 South Expressway 832, Harlingen, Cameron County, Texas 78550 and is more particularly described in Exhibit "B" attached hereto and incorporated by reference.

3. The material was furnished for the improvement of the said real property to **Circuit City Stores, Inc.** whose last known address is 9954 Mayland Drive, Richmond, Virginia 23233. The material was furnished pursuant to an oral contract part of which are invoices to **Circuit City Stores, Inc.** for the month of November 2008, who had a construction contract with the owner.

4. U.S. Signs, Inc. is the original contractor for such improvement, whose last known address is 1800 Bering Drive, Suite 700, Houston, Texas 77057.

L:\BLA\US Signs\Circuit City 3810\LienAffid.wpd

5.  **Macerich Valle Vista Holdings LLC and/or Circuit City Stores, Inc.** are the owners or reputed owners of the land and improvements thereon, whose last known addresses are 401 Wilshire Boulevard, Suite 700, Santa Monica, California 90401, c/o Thompson Property Tax Services, 2235 Faraday Avenue, Suite O, Carlsbad, California 92008, and 9950 Mayland Drive, Richmond, Virginia 23233, respectively.

6.  The installation services and the materials furnished by claimant are electric cable, switches and other electrical building materials for the erection of improvements upon the property herein described and consists of the items described on the attached Exhibit "A", incorporated by reference, which is a true and correct statement of the items furnished and the prices thereof are just and reasonable, and reflects the dates of delivery.

7.  The amount due, owing and unpaid to claimant for such material is **$5,480.10** which is true, correct, and just, and all just and lawful offsets, payments, and credits known to the undersigned affiant have been allowed.

8.  Claimant's mailing address is 1800 Bering Drive, Suite 700, Houston, Texas 77057. Claimant's physical address is 1800 Bering Drive, Suite 700, Houston, Texas 77057.

9.  Claimant sent notices to the reputed owner by certified mail, return receipt requested, on at least November 26, 2008.

Claimant claims a lien, and also a constitutional lien, if applicable, upon all the above described property and improvements thereon in the amount shown above pursuant to Chapter 53 of the Property Code of the State of Texas, and makes this sworn statement of the claim in support thereof.

U.S. SIGNS, INC.

By: _____
TIM O'DONNELL
1800 Bering Drive, Suite 700
Houston, Texas 77057

Subscribed and sworn to before me by the said TIM O'DONNELL on November 25, 2008, to certify which witness my hand and seal of office.

_____
Notary Public in and for the
STATE OF TEXAS

JOLEEN R MARLOW
Notary Public, State of Texas
My Commission Expires
August 28, 2012

L:\BLA\US Signs\Circuit City 3810\LienAffid.wpd

U.S. SIGNS, INC.

By: _____
TIM O'DONNELL
1800 Bering Drive, Suite 700
Houston, Texas 77057

STATE OF TEXAS         §
                       §
COUNTY OF HARRIS       §

BEFORE ME, the undersigned authority, on this day personally appeared TIM O'DONNELL, President and CEO of U.S. SIGNS, INC., known to me to be the person whose name is subscribed to the foregoing instrument, who after being by me duly sworn acknowledged and stated that the statements contained above are true and correct, that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated, and as the act and deed of said entity.

Given under my hand and seal of office, on November __25__, 2008.

_____
Notary Public in and for the
STATE OF TEXAS



JOLEEN R MARLOW
Notary Public, State of Texas
My Commission Expires
August 28, 2012

AFTER RECORDING, PLEASE RETURN TO:

BEN L. ADERHOLT
LOOPER REED & MCGRAW, P.C.
1300 POST OAK BLVD., SUITE 2000
HOUSTON, TEXAS 77056

L:\BLA\US Signs\Circuit City 3810\LienAffid.wpd

TRACT I:

Being Lot 1, in Block 1, of MERVYN'S TRACT SUBDIVISION, an Addition to CITY OF HARLINGEN, Texas, according to the Map thereof recorded in Cabinet I, Page 1033-A, of the Map Records of CAMERON County, Texas.

TRACT II:

Non-exclusive easement rights created in Reciprocal Easement between Harlingen Mall Company and J.C. Penny Properties, Inc. recorded in Volume 1353, Page 334, Deed Records, Cameron County, Texas. Amended on 03/24/1962, recorded in Volume 1914, Page 239, Official Records, Cameron County, Texas. Assignment and Assumption Agreement dated 12/01/1993 between Harlingen Mall Company Limited Partnership and Simon Property Group [Texas], L.P., a Texas limited partnership, recorded in Volume 2701, Page 24, Official Records, Cameron County, Texas. Amendment dated 10/08/2001, recorded in Volume 7709, Page 114, Official Records, Cameron County, Texas, thereafter assigned by instrument dated 09/02/2004, from Mervyn's LLC to MDS Texas Realty I, L.P., recorded in Volume 10582, Page 46, Official Records, Cameron County, Texas. Thereafter assigned by instrument dated 05/01/2007 from Simon Property Group [Texas], L.P., a limited partnership to Mall at Valle Vista, LLC, a limited liability company, recorded in Volume 13818, Page 283, Official Records, Cameron County, Texas.

LEGAL_US_E # 76879661.1

