A 365—Notice of mechanic's lien affidavits of service, individual, partnership or corporation—to be filed with County Clerk. Lien Law 13 et seq. 9-96

**EXHIBIT G**

Blumberg No. 5118

## NOTICE OF MECHANIC'S LIEN

To the Clerk of the County of ...... KINGS ...... and all others whom it may concern:

**Please Take Notice,** that ...... U.S. Signs, Inc. ......

...... as lienor(s) have and claim a lien on the real property hereinafter described as follows:

(1) The names and residences of the lienor(s) are ...... U.S. Signs, Inc. ......

being a (partnership) (corporation) composed of ......

whose business address is at ......
and whose principal place of business is at ...... 1800 Bering Dr., Suite 700, Houston, Texas 77057

(1a) The name and address of lienor's attorney, if any ...... Bart Klein
...... 2066 Millburn Avenue, Maplewood, New Jersey 07040

(2) The owner of the real property is ...... Circuit City Stores, Inc. - Lessee
and the interest of the owner as far as known to the lienor(s) is ...... Lessee to Lessor Triangle Equities Junction, LLC

(3) The name of the person by whom the lienor(s) was (were) employed is ...... Circuit City Stores, Inc.
The name of the person to whom the lienor(s) furnished or is (are) to furnish materials or for whom the lienor(s) performed or is (are) to perform professional services is ...... Circuit City Stores, Inc.
The name of the person with whom the contract was made is ...... Circuit City Stores, Inc.
The name of the person for whom professional services were rendered is ...... Circuit City Stores, Inc.

(4) The labor performed was ...... installation of flex face LED illuminated cabinet sign and lettering

The material furnished was ...... flex face LED illuminated cabinet sign and lettering

The materials actually manufactured for but not delivered to the real property are ......

The agreed price and value of the labor performed is $11,617.80
The agreed price and value of the material furnished is $23,311.46
The agreed price and value of the material actually mfd. for but not delivered to the real prop. is $ 0
Total agreed price and value $34,929.26

(5) The amount unpaid to the lienor(s) for said labor performed is $11,617.80
The amount unpaid to the lienor(s) for said material furnished is $23,311.46
The amount unpaid to lienor(s) for material actually mfd. for but not delivered to the real prop. is $ 0
Total amount unpaid $34,929.26
The total amount claimed for which this lien is filed is $34,929.26

(6) The time when the first item of work was performed was ...... August 20   2008
The time when the first item of material was furnished was ...... August 20   2008
The time when the last item of work was performed was ...... September 17   2008
The time when the last item of material was furnished was ...... September 17   2008

(7) The property subject to the lien is situated in City of New York, County of Kings, Block 7576, Lot 33 and is known as 2209 Nostrand Avenue, Brooklyn, N.Y. also known as Circuit City Store # 4323, 1610 Flatbush Avenue, Brooklyn Triangle Junction, Brooklyn, N.Y. 11210

That said labor and materials were performed and furnished for and used, and that the professional services rendered were used, in the improvement of the real property hereinbefore described. That 8 months (4 months if a single family dwelling) have not elapsed dating from the last item of work performed, or from the last items of materials furnished, or since the completion of the contract, or since the final performance of the work, or since the final furnishing of the materials for which this lien is claimed.

U.S. SIGNS, INC.

Dated December 10, 2008

The name signed must be printed beneath
Tim O'Donnell

## Verification

STATE OF NEW YORK, COUNTY OF                                    SS.:                    INDIVIDUAL OR PARTNER

_____ being duly sworn, says that deponent is (one of the co-partnership named in the within notice of lien and) the lienor(s) mentioned in the foregoing notice of lien; that deponent has read the said notice and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

Sworn to before me on                                           ........................................................................

STATE OF TEXAS, COUNTY OF DENTON                                SS.:                    FOREIGN            CORPORATION

Tim O'Donnell
_____ being duly sworn, says that deponent is the President                         of U.S. Signs, Inc.
herein, that deponent has read the foregoing notice of lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is an officer, to wit, the        President                    of U.S. Signs, Inc.
which is a   foreign (Texas)   corporation, and deponent is familiar with the facts and circumstances herein.
The sources of deponent's information and the grounds of deponent's belief as to all matters not therein stated upon deponent's knowledge are as follows:

The books and records of the corporation.

Sworn to before me on                                           ........................................................................
                                                                Tim O'Donnell

10TH DAY OF DECEMBER 2008

*[signature]*
Notary Public

[Notary Seal:  
JOLEEN R MARLOW  
Notary Public, State of Texas  
My Commission Expires  
August 28, 2012]

Editor's note: Notice of Mechanic's Lien may be filed at any time during the progress of the work and the furnishing of the materials, or, within eight months (four months if a single family dwelling) after the completion of the contract, or the final performance of the work, or the final furnishing of the materials. The Notice of Mechanic's Lien must be filed in the Clerk's office of the county where the property is situated. If such property is situated in two or more counties, file the Notice of Mechanic's Lien in the office of the Clerk of each county. See Lien Law §10.

Affidavit of Service by Certified Mail*



STATE OF NEW JERSEY, COUNTY OF ESSEX      ss.:
                                                    Bart J. Klein
The undersigned, being duly sworn, deposes and says that deponent is over 18 years of age and

on December 18, 2008                  the undersigned served the within Notice of Lien on Circuit City Stores, Inc., the lessee at  9950 Mayland Drive, Richmond, VA. 23233  and upon Triangle Equities Junction, LLC, the owner and lessor at 30-56 Whitestone Expressway, ~~the~~~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx~~   Whitestone, New York 11354
~~xx~~

by depositing a true copy of same, enclosed in a certified mail, postpaid, properly addressed wrapper, in an official depository of the United State Postal Service.

Sworn to before me on
18TH DAY OF DECEMBER, 2008

Notary JOAN P. MAZZOLA
A Notary Public of New Jersey
My Commission Expires Sept. 2, 2009

Bart Klein

DOCKETED
JAN -7 2009
KINGS COUNTY CLERK

*Editor's note: Serve a copy of Notice of Mechanic's Lien on contractor or subcontractor simultaneously or within 30 days after filing Notice of Mechanic's Lien. File proof of service with County Clerk within 35 days after Notice of Mechanic's Lien is filed. See Lien Law §11-b.

---

**Mechanic's Lien**

U.S. SIGNS, INC. _____ Claimant

Residence _____

Business Address  1800 Bering Drive

Houston, Texas 77057

against

CIRCUIT CITY STORES, INC. _____ Owner

U.S. SIGNS, INC. _____ Contractor

**Notice of Lien**

Amount $ 34,929.26

Filed  December 17, 2008

Premises known as  Block 7576
                   Lot 33

BART J. KLEIN
Attorney(s) for Lienor

Post Office Address and Telephone Number
2066 Millburn Avenue
Maplewood, N.J. 07040
(973) 763-6060