LR 200800049330 12/29/2008 8:34:00 AM

BK 4588 PG 1664

Instrument Control Number

# Commonwealth of Virginia
## Land Record Instruments
## Cover Sheet - Form A

[ILS VLR Cover Sheet Agent 1.0.93]

EXHIBIT H

| | |
|---|---|
| Date of Instrument: | [12/24/2008 ] |
| Instrument Type: | [LM     ] |
| Number of Parcels | [  1] |
| Number of Pages | [  2] |
| City ☐ County [x] | [Henrico County    ] |

TAX EXEMPT
CORP

(Box for Deed Stamp Only)

### First and Second Grantors

| | Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|---|
| [x] | [Laburnum Investment, ] | [ ] | [ ] | [ ] |
| [x] | [Circuit City Stores, Inc. ] | [ ] | [ ] | [ ] |

### First and Second Grantees

| | Last Name | First Name | Middle Name or Initial | Suffix |
|---|---|---|---|---|
| [x] | [US Signs, Inc. ] | [ ] | [ ] | [ ] |
| | [ ] | [ ] | [ ] | [ ] |

| Grantee Address | (Name) | [US Signs, Inc. |
|---|---|---|
| | (Address 1) | [1800 Bering Drive, Suite 700 |
| | (Address 2) | [ |
| | (City, State, Zip) | [Houston                    ] [TX ] [77057    ] |

Consideration [0.00    ] Existing Debt [0.00    ] Assumption Balance [0.00    ]

| | | | |
|---|---|---|---|
| Prior Instr. Recorded at: City ☐ County [x] | [Henrico County  ] | Percent. in this Juris. | [  100] |
| Book [4185 ] Page | [1319 ] | Instr. No [ | ] |

Parcel Identification No (PIN) [
Tax Map Num. (if different than PIN) [815-718-5710      *See Instrument*
Short Property Description [4531 S. Laburnum Avenue, Suite 700, Richmond, VA 23231 ]
[
Current Property Address (Address 1) [4531 S. Laburnum Avenue, Suite 700
(Address 2) [
(City, State, Zip) [Richmond                 ] [VA ] [23231   ]

Instrument Prepared By      [Fullerton & Knowles, P.C.
Recording Paid for By       [
Return Recording To (Name)  [Fullerton & Knowles, P.C.
(Address 1)                 [12644 Chapel Road, Suite 206
(Address 2)                 [
(City, State, Zip)          [Clifton                  ] [VA ] [20124   ]
Customer Case ID            [            ] [        ] [        ]

Cover Sheet Page # 1 of 1

# MEMORANDUM OF MECHANIC'S LIEN

BK 4588 PG 1665

| | |
|---|---|
| Name of Fee Owners:<br>Address of Fee Owners: | **Laburnum Investment, LLC**<br>c/o CT Corporation System, R/A<br>4701 Cox Road, Suite 301<br>Glen Allen, VA 23060 |
| Name of Lessee:<br>Address of Lessee: | **Circuit City Stores, Inc.**<br>4531 S. Laburnum Ave., Ste 700<br>Richmond, VA 23231 |
| Name of Claimant:<br>Address of Claimant: | **US Signs, Inc.**<br>1800 Bering Dr., Suite 700<br>Houston, TX 77057 |

1. Type of materials or services furnished: Manufacture and delivery of signs.

2. Amount claimed:    $3,000.00

3. Type of structure on which work done or materials furnished: Commercial building for use as a shopping center known as The Shops at White Oak Village, including premises for Circuit City retail store # 4321.

4. Brief description and location of real property:

   Some or all of that certain parcel of land as described with greater particularity in Deed Book # 4185, Page # 1319, recorded among the land records of Henrico County, Virginia. Also known as 4531 S. Laburnum Ave., Ste 700, Richmond, VA 23231. Tax Map No. 815-718-5710.

5. Date from which interest on above amount is claimed:
   November 5, 2008.

It is the intention of Claimant to claim the benefit of a Mechanic's Lien.

Date: December 16, 2008

                                US SIGNS, INC.

Return to:
Fullerton & Knowles, P.C.
12644 Chapel Road, Suite # 206
Clifton, VA 20124
(703) 818-2600

US SIGNS, INC.          BK4588PG1666

By: _____
Tim O'Donnell, President, Chief Executive Officer and Authorized Agent for US Signs, Inc.

AFFIDAVIT

STATE OF __TEXAS__
CITY/COUNTY OF __DENTON__; to-wit:

I, __Joleen Marlow__, notary public for the State and County aforesaid do certify that Tim O'Donnell, President, Chief Executive Officer and Authorized Agent for Claimant, this day made oath before me in my city/county aforesaid that Circuit City Stores, Inc., is justly indebted to claimant in the sum of $3,000.00 for the consideration stated in the foregoing memorandum, and that the same is payable as therein stated.

Given under my hand this __16__ day December, 2008.

_____
Notary Public

My commission expires: __8-28-2012__.
My Registration No. _____



JOLEEN R MARLOW
Notary Public, State of Texas
My Commission Expires
August 28, 2012

Certificate of Mailing

I hereby certify that a copy of the foregoing Memorandum was mailed on __December 24__ 2008, postage prepaid first class mail to the Owner of the Property at the Owner's Last Known Address as shown on the Memorandum.

_____
Richard I. Hutson

BK 4588 PG 1667

## CLERK'S CERTIFICATE

### DO NOT REMOVE FROM DOCUMENT

```
INSTRUMENT #49330
RECORDED IN THE CLERK'S OFFICE OF
HENRICO COUNTY ON
DECEMBER 29, 2008 AT 08:34AM

YVONNE G. SMITH, CLERK
RECORDED BY: TDC
```