
EXHIBIT
I

This Instrument Prepared By:
Jon E. Kane, Esq.
Mateer & Harbert, P.A.
P. O. Box 2854
Orlando, FL 32802

## WARNING!
THIS LEGAL DOCUMENT REFLECTS THAT A CONSTRUCTION LIEN HAS BEEN PLACED ON THE REAL PROPERTY LISTED HEREIN. UNLESS THE OWNER OF SUCH PROPERTY TAKES ACTION TO SHORTEN THE TIME PERIOD, THIS LIEN MAY REMAIN VALID FOR ONE YEAR FROM THE DATE OF RECORDING, AND SHALL EXPIRE AND BECOME NULL AND VOID THEREAFTER UNLESS LEGAL PROCEEDINGS HAVE BEEN COMMENCED TO FORECLOSE OR TO DISCHARGE THIS LIEN.

## CLAIM OF LIEN
STATE OF TEXAS
COUNTY OF DENTON

BEFORE ME, the undersigned notary public, personally appeared Tim O'Donnell, who was duly sworn and says that he is the President, CEO, and authorized agent for the lienor herein, US Signs, Inc., whose address is 1800 Bearing Drive, Suite 700, Houston, TX 77057; and that in accordance with a contract with Circuit City Stores, Inc., lienor furnished labor, services, or materials consisting of rentals, sales, service, repairs, and related items, on the following described real property in St. Lucie County, Florida:

1763 NW ST. LUCIE WEST BLVD., ST. LUCIE WEST TOWN CENTER, PORT ST. LUCIE, FL.

OWNED BY: BENDERSON DEVELOPMENT CO. INC., DONALD ROBINSON, 570 Delaware Avenue, Buffalo, NY 14202; Leasehold interest owned by Circuit City Stores, Inc., 9954 Mayland Drive, Richmond, Virginia 23233

For a total value of $7,846.75 of which there remains unpaid principal of $7,846.75, for which US Signs, Inc. claims a lien on the above-described real property.

He further states that the lienor furnished the first of same on 11/11/2008, and the last of the items on 11/11/08; Lienor is in privity with the owner.

Under penalties of perjury I declare that I have read the foregoing and the facts alleged are true, to the best of my knowledge and belief.

_____
Tim O'Donnell, President and CEO
and Authorized Agent for US Signs, Inc.

SWORN TO AND SUBSCRIBED before me on December 19, 2008 by Tim O'Donnell, President, CEO, and Authorized Agent for US Signs, Inc. He is personally known to me or has produced _____ as identification and did take an oath.

Notary Signature
My Commission Expires: 8-28-2012

ND: 4820-6212-1987, v. 1