

## MECHANICS LIEN STATEMENT
### Case No. 08ML906

08ML906

| | |
|---|---|
| **AMOUNT OF CLAIM:** | $34,866.69 |
| **NAME OF OWNER:** | Coventry II DDR Merriam Village LLC<br>3300 Enterprise Pkwy.<br>Beachwood, OH 44122 |
| **NAME OF CONTRACTOR AND TENANT:** | Circuit City Stores, Inc.<br>9954 Mayland Drive<br>Richmond, VA 23233 |
| **NAME OF CLAIMANT AND SUBCONTRACTOR** | US Signs, Inc.<br>1800 Bering Drive, Suite 700<br>Houston, TX 77057-3172<br>(713) 977-7900 |
| **DESCRIPTION OF PROPERTY:** | Lots 9, 10, 11, Merriam Village, Second Plat, a subdivision in the City of Merriam, Johnson County, Kansas legally described as: (See Exh A attached hereto). |

US Signs, Inc., as Subcontractor, claims a lien upon the above-described property for materials and labor used in the construction, shipment and installation of signage which actually entered into and were used on said premises under a contract with the Contractor and Tenant, Circuit City Stores, Inc. A statement of labor and materials provided is attached hereto as Exhibit B. Invoices showing the charges for the labor and materials provided are attached hereto as Exhibits C1, C2 and C3.

The Subcontractor has not been paid by the Contractor for the above described labor and materials, and the entire amount stated above is currently due and owing.

The date upon which work was first performed and materials first furnished by the Subcontractor was July 30, 2008 and the date upon which work was last performed and materials last furnished by the Subcontractor was September 30, 2008.

Tim O'Donnell,
President and CEO,
US Signs, Inc.

CLERK OF DISTRICT COURT
JOHNSON COUNTY, KS

2009 JAN -8 PM 3: 19

STATE OF TEXAS       )
                     ) SS:
COUNTY OF HARRIS     )

Tim O'Donnell, of lawful age, upon his oath, being first duly sworn, state: that he is the President and Chief Executive Officer and authorized agent of US Signs, Inc., the Subcontractor herein, that he has read the above and foregoing Mechanics Lien Statement, knows the contents thereof, and that the statements therein contained are true and correct and that the sum of $34,866.69 is due and owing to US Signs, Inc.

Tim O'Donnell,
President and CEO
US Signs, Inc.

Subscribed and sworn to before me this 7 day of January, 2009.

Notary Public

My Commission Expires: 4/2/12

KIMBERLY BLINKA
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP: 04-02-2012

F:\US Signs, Inc\Mechanics Lien Statement 010909.wpd

Real Estate: 6030 Eby Street, Merriam Kansas 66202

Legally described as:

Lots 9, 10, 11, Merriam Village, Second Plat, a subdivision in the City of Merriam, Johnson County, Kansas previously described as follows:

Part of Lot 2 and all of Lot 3, MERRIAM VILLAGE, a subdivision in the City of Merriam, Johnson County, Kansas, all being described as follows:
Beginning at the Northwest corner of said Lot 3; Thence North 87 degrees, 20 minutes, 49 seconds East along the North line of said Lot 3, 9.28 feet; Thence South 82 degrees, 43 minutes, 59 seconds East along said North line, 35.54 feet; Thence North 85 degrees, 43 minutes, 48 seconds East along said North line, 114.30 feet; Thence South 48 degrees, 32 minutes, 06 seconds East along said North line, 20.92 feet; Thence South 2 degrees, 47 minutes, 22 seconds East along the East line of said Lot 3, 78.18 feet; Thence Southerly along said East line on a curve to the left with a radius of 415.00 feet and tangent to the last described course, 262.60 feet; Thence south 39 degrees, 02 minutes, 42 seconds East along said East line, 115.10 feet to the Southeast corner of said Lot 3, said corner also being the Northeast corner of said Lot 2; Thence continuing South 39 degrees, 02 minutes, 42 seconds East along the East line of said Lot 2, 69.05 feet; Thence Southerly along said East line on a curve to the right with a radius of 365.53 feet and tangent to the last described course, 235.05 feet; Thence South 2 degrees, 12 minutes, 08 seconds East along said East line, 209.97 feet; Thence Southerly along said East line, on a curve to the right with a radius of 320.00 feet and tangent to the last described course, 107.95 feet; Thence Southerly along said East line, on a curve to the left with a radius of 330.00 feet and tangent to the last described course, 225.73 feet; Thence Southerly along said East line, on a curve to the right with a radius of 320.00 feet and tangent to the last described course, 111.71 feet; Thence South 2 degrees, 03 minutes, 56 seconds East along said East line, 81.93 feet; Thence South 87 degrees, 31 minutes, 25 seconds West along the South line of said Lot 2, 200.74 feet; Thence South 2 degrees, 04 minutes, 58 seconds East along the East line of said Lot 2, 245.11 feet; Thence South 87 degrees, 31 minutes, 25 seconds West along the South line of said Lot 2, 20.00 feet; Thence South 2 degrees, 24 minutes, 53 seconds east along the East line of said Lot 2, 60.00 feet; Thence south 87 degrees, 31 minutes, 25 seconds West along the South line of said Lot 2, 181.21 feet; Thence North 2 degrees, 47 minutes, 22 seconds West along a line that is 355 feet Easterly of and parallel with the West line of said Lot 2, 366.01 feet; Thence South 87 degrees, 31 minutes, 25 seconds West along a line that is 366 feet Northerly of and parallel with the South line of said Lot 2, 350.62 feet to a point on the West line of said Lot 2; Thence Northerly along said West line, on a curve to the right with a radius of 92.00 feet and an initial tangent bearing of North 14 degrees, 57 minutes, 55 seconds East, 18.75 feet; Thence North 26 degrees, 38 minutes, 22 seconds East along said West line, 38.17 feet; Thence Northerly along said West line on a curve to the left with a radius of 83.00 feet and tangent to the last described course, 42.39 feet; Thence North 2 degrees, 37 minutes, 31 seconds West along said West line 67.05 feet; Thence North 2 degrees, 06 minutes, 00 seconds West along said West line, 62.08 feet; Thence North 6 degrees, 56 minutes, 00 seconds East along said West line, 308.56 feet; Thence Northerly along said West line, on a curve to the right with a radius of 517.00 feet and tangent to the last described course, 115.28 feet; Thence North 19 degrees, 42 minutes, 33 seconds East along said West line, 330.68 feet to the Northwest corner of said Lot 2, said corner also being the Southwest corner of said Lot 3; Thence continuing North 19 degrees, 42 minutes, 33 seconds East along the West line of said Lot 3, 146.42 feet; Thence North 2 degrees, 06 minutes, 00 seconds West along said West line, 298.14 feet to the Point of Beginning.

Containing 764,532 square feet, more or less, or 17.551 acres, more or less.



EXHIBIT A

## LABOR AND MATERIALS PROVIDED

Claimant/Subcontractor:    U.S. Signs, Inc.

Contractor/Tenant:    Circuit City Stores, Inc.

Owner:    Coventry II DDR Merriam Village LLC

Property Address: 6030 Eby Street, Merriam Kansas

    The manufacture, shipment and installation of commercial signage, namely : (1) 16' single face, flex face cabinet; (1) set of 2'2" x 12' non illuminated channel letters; (1) set of 2'3" x 12' LED illuminated, raceway mounted "Firedog" channel letters; (1) set of 2'5" LED illuminated channel letters; (1) 2' x 8' non illuminated "car installation" panel; and (6) sets of vinyl on (3) multi-tenant pylon signs. The fees, costs and expenses for the due diligence, permit and acquisition, and freight necessary for the manufacture, shipment and installation of the above-described signage.

EXHIBIT B