UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF MOTION AND HEARING REGARDING
MOTION OF PLUMCHOICE, INC. FOR ORDER DIRECTING
DEBTORS TO PAY ADMINISTRATIVE EXPENSES PURSUANT TO
11 U.S.C. §§ 503(b) AND 507(a) AND REQUEST FOR RELATED RELIEF**

PLEASE TAKE NOTICE that PlumChoice, Inc. ("PlumChoice"), by its counsel, Choate, Hall & Stewart LLP and Gregory Kaplan, PLC, has filed with the Court its Motion of PlumChoice, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. §§ 503(b) and 507(a) and Request for Related Relief (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**  If you do not want the court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **February 11, 2009**, you or your attorney must:

1.      File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your request for response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

GREGORY KAPLAN, PLC
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA   23218-2470
Phone: (804) 423-7921
Fax: (804) 230-0024

- and –

CHOATE, HALL & STEWART LLP
John F. Ventola, Esq.
Sean M. Monahan, Esq.
Two International Place
Boston, Massachusetts 02110
Tel:  (617) 248-5000
Fax:  (617) 248-4000

*Counsel to PlumChoice, Inc.*

William C. Redden
Clerk of the United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

2.      Send a copy to all necessary parties and to:

GREGORY KAPLAN, PLC
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, Virginia 23218-2470
Fax: (804) 230-0024
tsavenko@gregkaplaw.com
lskiba@gregkaplaw.com

CHOATE, HALL & STEWART LLP
John F. Ventola, Esq.
Sean M. Monahan, Esq.
Two International Place
Boston, Massachusetts 02110
Fax:  (617) 248-4000
jventola@choate.com
smonahan@choate.com

3.      Attend the hearing on the Motion before the Honorable Kevin R. Huennekens scheduled to be held on **February 13, 2009 at 10:00 a.m.** at the United States Bankruptcy Court, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219,

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated:  January 28, 2009

Respectfully submitted,

/s/ Troy Savenko
GREGORY KAPLAN, PLC
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, Virginia 23218-2470
Phone: (804) 423-7921
Fax: (804) 230-0024

  - and –

CHOATE, HALL & STEWART LLP
John F. Ventola, Esq.
Sean M. Monahan, Esq.
Two International Place
Boston, Massachusetts 02110
Tel:  (617) 248-5000
Fax:  (617) 248-4000

*Counsel to PlumChoice, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2009, I caused a copy of the foregoing to be served to all parties receiving notice via the Court's CM/ECF Noticing System and by electronic mail to: (i) Counsel to the Debtors (circuitcityservice@mcguirewoods.com & project.circuitcity@skadden.com), (ii) the Office of the United States Trustee for the Eastern District of Virginia, Richmond Division (Robert.B.Van.Arsdale@usdoj.gov), and (iii) Counsel for the Official Committee of Unsecured Creditors (bgodshall@pszjlaw.com, jfiero@pszjlaw.com, rfeinstein@pszjlaw.com, jpomerantz@pszjlaw.com, ltavenner@tb-lawfirm.com, & pberan@tb-lawfirm.com)

/s/ Troy Savenko