**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| **In Re:** | : |
| | : |
| **CIRCUIT CITY STORES, INC.** | : Case No.: 08-35653-KRH |
| | : Chapter 11 |
| | : |
| **Debtor.** | : |

## PRAECIPE

AMERICAN COMPUTER DEVELOPMENT, INCORPORATED, by and through counsel, WITHDRAWS its (I) Objection to Debtors' Motion for an Order under Bankruptcy Rules 6004 and 6006 Authorizing and Approving (A) Assumption and Assignment of Certain Unexpired Leases of Nonresidential Real Property; and (B) Sale of Certain Nonresidential Real Property Leases Free and Clear of Liens, Claims and Encumbrances to Maryland Acquisition, LLC or Its Nominee; and (II) Offer to Purchase the Leases for a Higher Amount.

DATE:  January 28, 2009                    Respectfully Submitted,

                                           AMERICAN COMPUTER
                                           DEVELOPMENT INCORPORATED
                                           By Counsel


                                            /s/ Linda D. Regenhardt, Esq.
                                           Linda D. Regenhardt, Esquire
                                           GARY & REGENHARDT, PLLC
                                           8500 Leesburg Pike, Suite 7000
                                           Vienna, VA 22182-2409
                                           Telephone: (703) 848-2828
                                           Fax: (703) 893-9276

                                           -and-

        Edward H. Tillinghast, III
        Malani J. Cademartori
        SHEPPARD MULLIN RICHTER &
        HAMPTON, LLP
        30 Rockefeller Plaza, 24th Floor
        New York, NY 10112
        Telephone: (212) 332-3847

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2009, a copy of the foregoing Praecipe was served via electronic means pursuant to the Court's order concerning service in this case.

        */s/* Linda D. Regenhardt
        Linda D. Regenhardt (VA Bar No. 27455)