Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
          Debtors.            :
                              : Jointly Administered
- - - - - - - - - - - - - - - x
```

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 29, 2009 AT 10:00 A.M. (EASTERN)**

      Set forth below are the matters previously scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on January 29, 2009 beginning at 10:00 a.m. Eastern.

**I.  RESOLVED MATTERS**

1. Motion and Supporting Memorandum of CCDC Marion Portfolio, L.P. for an Order Compelling Performance of an Agreement Regarding Emergency Motion for Order Compelling Payment of Post-Petition Rent and for Payment of Reasonable Attorneys' Fees (Docket No. 1342)

    Related Documents:

    a.  Notice of Motion and Hearing (Docket No. 1343)

    Objection Deadline:    January 22, 2009 at 4:00 p.m.

    Objections/ Responses Filed:    Informal Response of the Debtors

    Status:    No hearing is necessary.  The parties have resolved this matter.

2. Motion of Cole CC Taunton MA, LLC for an Order Compelling the Debtors to Perform Timely All Lease Obligations Including the Payment of Post-Petition Rent Pursuant to 11 U.S.C. Section 365(d)(3) (Docket No. 1465)

    Related Documents:

    a.  Notice of Motion and Hearing (Docket No. 1466)

    Objection Deadline:    January 27, 2009 at 4:00 p.m.

    Objections/ Responses Filed:    Informal Response of the Debtors

    Status:    No hearing is necessary.  The parties have resolved this matter.

3. Motion by Cottonwood Corners - Phase V, LLC for an Order (A) Compelling Debtor to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. Section 365(d)(3) and 503(b); and (B) Granting Related Relief and Supporting Memorandum (Docket No. 1489)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1490)

b.   Notice of Withdrawal of Motion by Cottonwood Corners –
     Phase V, LLC (Docket No. 1797)

Objection
Deadline:         January 27, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            Informal Response of the Debtors

Status:           No hearing is necessary. The parties have
                  resolved this matter.

## II.  CONTINUED/ADJOURNED MATTERS

4.   Motion for Order Under 11 U.S.C. Sections 105, 362 and 541
     and Fed. R. Bankr. P. 3001 and 3002 Establishing Notice,
     Hearing, and Sell-Down Procedures for Trading in Equity
     Securities and Claims Against the Debtors' Estates (Docket
     No. 20)

     Related
     Documents:

     a.   Interim Order Under 11 U.S.C. 105, 362 And 541 And Fed.
          R. Bankr. P. 3001 And 3002 Establishing Notice,
          Hearing, And Sell-Down Procedures For Trading In Equity
          Securities And Claims Against The Debtors Estates And
          Setting Hearing (Docket No. 135)

     Objection
     Deadline:         November 22, 2008 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Informal Response of the Securities Exchange Commission

     b.   Informal Response of the Official Committee of
          Unsecured Creditors

     Status:           The Debtors have resolved the SEC's response
                       with modifications to the final order. The
                       Debtors are working to resolve the

3

> Committee's response. This matter is adjourned until February 13, 2009 at 10:00 a.m.

5. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 21)

   Related Documents:

   a. Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 81)

   Objection Deadline: December 18, 2008 at 4:00 p.m.

   Objections/Responses Filed:

   a. Limited Objection by Dick's Sporting Goods, Inc. to Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 275)

      Status: This matter has been adjourned until February 13, 2009 at 10:00 a.m.

   b. Limited Objection by Golf Galaxy, Inc. to Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 277)

      Status: This matter has been adjourned until February 13, 2009 at 10:00 a.m.

   c. Objection of Dollar Tree Stores, Inc. to the Order Pursuant to 11 U.S.C. Sections 105(A), and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment

4

of Personal Property Effective as of the Petition Date (Docket No. 351)

Related Documents:

(i) Response of Chalek Company, LLC, (Landlord) to Objection of Dollar Tree Stores, Inc. (Sublessee) to the Order Pursuant to 11 U.S.C. §§ 105(A), and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection Of Unexpired Leases And Subleases Of Nonresidential Real Property And Abandonment Of Personal Property as of the Petition Date (Docket No. 1481)

(ii) Notice of Withdrawal of Response of Chalek Company, LLC (Docket No. 1778)

Status: This matter has been adjourned until February 13, 2009 at 10:00 a.m.

d. Joinder of Landlord, 120 Orchard, 427 Orchard LLC and FT Orchard LLC in Limited Objection to Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 354)

Related Documents:

(i) Landlords' 120 Orchard, 427 Orchard LLC and FT Orchard LLC Motion and Supporting Memorandum for an Order Compelling Payment of Post-Petition Rent and Granting Related Relief and Supplement to Joinder in Limited Objection (Dkt. Nos. 277 and 354) (Docket No. 949)

Status: This matter has been adjourned until February 13, 2009 at 10:00 a.m.

e. Joinder Of Galleria Plaza, Ltd. To Limited Objection Of Dick's Sporting Goods, Inc. To Order Pursuant To 11 U.S.C. Sections L05(a), 365(a) And 554 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Unexpired Leases And Subleases Of Nonresidential Real Property And Abandonment Of Personal Property Effective As Of The Petition Date (Docket No. 719)

5

Related
Documents:

(i) Amended Joinder Of Galleria Plaza, Ltd. To Limited Objection Of Dick's Sporting Goods, Inc. To Order Pursuant To 11 U.S.C. Sections L05(a), 365(a) And 554 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Unexpired Leases And Subleases Of Nonresidential Real Property And Abandonment Of Personal Property Effective As Of The Petition Date (Docket No. 927)

Status: This matter has been adjourned until February 13, 2009 at 10:00 a.m.

f. Debtors' Omnibus Reply to Objections and in Support of Motion of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 664)

Status: This matter has been adjourned until February 13, 2009 at 10:00 a.m.

6. Motion by Engineered Structures, Inc. to Terminate Automatic Stay and Rule 4001(a)-1 Notice (Docket No. 1070)

Objection
Deadline: January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a. Debtors' Objection to Engineered Structures, Inc. Motion to Terminate Automatic Stay (Docket No. 1448)

b. Reply Brief by Engineered Structures, Inc. in Support of Motion to Terminate Automatic Stay and Rule 4001.2 Notice (Docket No. 1536)

Status: The parties have submitted a consensual form order that partially resolves the motion. The parties will submit a second consensual form order that resolves in part and adjourns in part the remaining relief requested by the motion. The remaining relief will be adjourned to February 13, 2009 at 10:00 a.m.

6

7. Motion of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket No. 1128)

   Related Documents:

   a. Notice of Motion and Hearing (Docket No. 1135)

   b. Amended Notice of Motion and Hearing (Docket No. 1242)

   c. Exhibits to Motion of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket Nos. 1288, 1289, 1290, 1291, 1292, 1293)

   Objection Deadline:   February 6, 2009 at 4:00 p.m.

   Objections/Responses Filed:   None at the time of filing this agenda.

   Status:   This matter has been adjourned until February 13, 2009 at 10:00 a.m.

8. Motion of General Instrument Corporation Doing Business as the Home & Networks Mobility Business of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket No. 1134)

   Related Documents:

   a. Notice of Motion and Hearing (Docket No. 1136)

   b. Amended Notice of Motion and Hearing (Docket No. 1243)

   c. Notice of Filing Exhibit to Motion (Docket Nos. 1281, 1282, 1283, 1284, 1285, 1286, 1287, 1288, 1289, 1290, 1291, 1292, 1293)

   Objection Deadline:   February 6, 2009 at 4:00 p.m.

   Objections/Responses Filed:   None at the time of filing this agenda.

       Status:          This matter has been adjourned until February 13, 2009 at 10:00 a.m.

9.    Debtors' Motion for Order Approving Stipulation by and among the Debtors and International Business Machines Corporation Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 (Docket No. 1419)

       Related Documents:

       a.   Notice of Motion and Hearing (Docket No. 1420)

       b.   Motion for an Order Setting an Expedited Hearing (Docket No. 1421)

       c.   Order Setting an Expedited Hearing (Docket No. 1709)

       Objection Deadline:   January 16, 2009 at 10:00 a.m.

       Objections/Responses Filed:   Informal Response of the Official Committee of Unsecured Creditors

       Status:   This matter has been adjourned until February 13, 2009 at 10:00 a.m.

10.   Motion of Plumchoice, Inc. for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) to Permit Termination of Dispatch Agreement and Request for Related Relief Including Approval of Shortened Notice Period (Docket No. 1498)

       Related Documents:

       Objection Deadline:   January 27, 2009 at 4:00 p.m., extended for the Debtors until February 11, 2009 at 4:00 p.m.

       Objections/Responses Filed:   None at the time of filing this agenda.

       Status:   This matter has been adjourned until February 13, 2009 at 10:00 a.m.

11. Motion of Federal Warranty Services Corporation, Sureway, Inc., American Bankers Insurance Company of Florida, and United Service Protection, Inc. To Compel Assumption Or Rejection Of Agreements Between The Assurant Companies And Circuit City Stores, Inc., Or In The Alternative Motion For Relief From Stay To Terminate Agreements, And Memorandum In Support (Docket Nos. 1794 and 1813)

    Related Documents:

    a.  Notice of Motion and Hearing (Docket Nos. 1796 and 1816)

    Objection Deadline:    February 11, 2009

    Objections/ Responses Filed:    None at the time of filing this agenda.

    Status:    This matter has been adjourned until February 13, 2009 at 10:00 a.m.

### III. UNCONTESTED MATTERS GOING FORWARD

12. Debtors' Motion for Order under Bankruptcy Code Sections 105, 363 and 365 and Bankruptcy Rules 6004 and 6006 Authorizing and Approving (A) Assumption and Assignment of Certain Unexpired Leases of Nonresidential Real Property; and (B) Sale of Certain Nonresidential Real Property Leases Free and Clean of Liens, Claims and Encumbrances to Maryland Acquisitions, LLC or Its Nominee (Docket No. 1266)

    Related Documents:

    a.  Notice of Motion and Hearing (Docket No. 1267)

    b.  Praecipe of American Computer Development, Incorporated Withdrawing Its (I) Objection to Debtors' Motion for an Order under Bankruptcy Rules 6004 and 6006 Authorizing and Approving (A) Assumption and Assignment of Certain Unexpired Leases of Nonresidential Real Property; and (B) Sale of Certain Nonresidential Real Property Leases Free and Clear of Liens, Claims and Encumbrances to Maryland Acquisition, LLC or Its Nominee; and (II) Offer to Purchase the Leases for a Higher Amount (Docket No. 1834)

9

```
             Objection
             Deadline:       January 9, 2009 at 4:00 p.m.

             Objections/
             Responses
             Filed:

             a.   American Computer Development, Incorporated's (I)
                  Objection to Debtors' Motion for Order Under Bankruptcy
                  Code Sections 105, 363 and 365 and Bankruptcy Rules
                  6004 and 6006 Authorizing and Approving (A) Assumption
                  and Assignment of Certain Unexpired Leases of
                  Nonresidential Real Property; and (B) Sale of Certain
                  Nonresidential Real Property Leases Free and Clear of
                  Liens, Claims and Encumbrances to Maryland Acquisition,
                  LLC or Its Nominee; and (II) Offer to Purchase the
                  Lease for a Higher Amount (Docket No. 1443)

             Status:         The parties have resolved the objection of
                             American Computer Development, Incorporated.
                              This matter is going forward.

      13.    Debtors' Motion for Order Pursuant to Bankruptcy Code
             Section 105 and Bankruptcy Rule 9019 Approving Agreement
             between Debtors and Verizon Corporate Services Group, Inc.
             (Docket No. 1452)

             Related
             Documents:

             a.   Notice of Motion and Hearing (Docket No. 1453)

             Objection
             Deadline:       January 22, 2009 at 4:00 p.m.

             Objections/
             Responses
             Filed:          None at the time of filing this agenda.

             Status:         This matter is going forward.
```

**IV.  CONTESTED MATTERS**

```
      14.    Notice of Motion and Motion of Mansfield SEQ 287 & Debbie,
             Ltd. for Order Under Bankruptcy Code Sections 105, 362, and
             363, Federal Bankruptcy Rule 9014, and Local Bankruptcy Rule
             4001(a)-1, Modifying the Automatic Stay to (I) Permit the
             Administrative Freeze of Certain Funds, and (II) to Permit
             the Exercise of Setoff and Recoupment, or for Adequate
```

        Protection and Supporting Memorandum of Law (Docket No. 449)

        Related Documents:

        a.    Exhibits to Motion for an Order Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361 and 363 (Docket Nos. 460, 461, 462, 477, 478, 479, 480, 481, 482, 483, 484, 485, 486)

        Objection Deadline:    January 23, 2009 at 4:00 p.m.

        Objections/ Responses Filed:    Informal Response of the Debtors

        Status:    The parties are working to resolve this matter and anticipate submitting a consensual form of order. This matter is going forward.

15.    Motion by Reverend Dwayne Funches for Relief from Automatic Stay of 11 U.S.C. Section 362(a) with Supporting Memorandum of Law and Request for Shortened Notice and Expedited Hearing (Docket No. 487)

        Related Documents:

        a.    Amended Motion to Expedite Hearing (Docket No. 566)

        b.    Agreed Order (Docket No. 639)

        Objection Deadline:    December 1, 2008 at 4:00 p.m.

        Objections/ Responses Filed:

        a.    Debtors' Response and Objection to Motion for Relief from Automatic Stay of 11 U.S.C. Section 362(a) with Supporting Memorandum of Law and Request for Shortened Notice and Expedited Hearing (Docket No. 558)

        Status:    This matter is going forward.

16.    Application of Official Committee of Unsecured Creditors of Circuit City Stores, Inc. for Order Under 11 U.S.C. Sections 1103 and 327 and Fed. R. Bankr. P. 2014 and 5002,

11

```
          Authorizing and Approving Retention and Employment, Nunc Pro
          Tunc, of Protiviti, Inc. as Financial Advisor (Docket No.
          1194)

          Related
          Documents:

          a.   Notice of Motion and Hearing (Docket No. 1196)

          b.   Order Authorizing and Approving the Employment of
               Protiviti, Inc. as Financial Advisor to the Official
               Committee of Unsecured Creditors Retroactive to
               November 18, 2008 (Docket No. 1668)

          Objection
          Deadline:       January 9, 2009 at 4:00 p.m.

          Objections/
          Responses
          Filed:          Informal Response of the Debtors

          Status:         This matter is going forward on a limited
                          basis to address certain aspects of the
                          Debtors' informal objection, which were noted
                          on the record at the hearing on January 16,
                          2009.

    17.   Application of Official Committee of Unsecured Creditors of
          Circuit City Stores, Inc. for an Order Pursuant to Sections
          328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014
          Authorizing the Retention and Employment of Jefferies &
          Company, Inc. as Financial Advisors to the Official
          Committee of Unsecured Creditors Nunc Pro Tunc to November
          18, 2008 (Docket No. 1195)

          Related
          Documents:

          a.   Notice of Motion and Hearing (Docket No. 1196)

          b.   Agreed Order Pursuant to Sections 328 and 1103 of the
               Bankruptcy Code and Bankruptcy Rule 2014 Authorizing
               the Retention and Employment of Jefferies & Company,
               Inc. as Financial Advisors to the Official Committee of
               Unsecured Creditors Nunc Pro Tunc to November 18, 2008
               (Docket No. 1682)

          Objection
          Deadline:       January 9, 2009 at 4:00 p.m.
```

>    Objections/
>    Responses
>    Filed:            Informal Response of the Debtors
>
>    Status:           This matter is going forward on a limited
>                      basis to address certain aspects of the
>                      Debtors' informal objection, which were noted
>                      on the record at the hearing on January 16,
>                      2009.

18. Motion by Chase Bank USA, National Association to Compel Rejection of Consumer Credit Card Program Agreement Pursuant to 11 U.S.C. Section 365(d)(2) and to Obtain Limited Relief from the Automatic Stay Pursuant to 11 U.S.C. Section 362(d) (Docket No. 1687)

    Related
    Documents:

    a.   Motion for Expedited Hearing (Docket No. 1688)

    b.   Order Granting Expedited Hearing and Shortened Notice Period (Docket No. 1742)

    Objection
    Deadline:         January 27, 2009 at 5:00 p.m.

    Objections/
    Responses
    Filed:

    a.   Debtors' Preliminary Objection to Chase Bank USA, National Association's Motion to Compel Rejection of Consumer Credit Card Program Agreement Pursuant to 11 U.S.C. § 365(d)(2) And To Obtain Relief From The Automatic Stay Pursuant to 11 U.S.C. §362(d) (Docket No. 1818)

    Status:           This matter is going forward.

19. Motion of Federal Warranty Services Corporation, Sureway, Inc., American Bankers Insurance Company of Florida, and United Service Protection, Inc. For Expedited Hearing On The Motion of Federal Warranty Services Corporation, Sureway, Inc., American Bankers Insurance Company of Florida, and United Service Protection, Inc. To Compel Assumption Or Rejection Of Agreements Between The Assurant Companies And Circuit City Stores, Inc., Or In The Alternative Motion For Relief From Stay To Terminate Agreements, And Memorandum In Support (Docket Nos. 1795 and 1815)

```
Related
Documents:

a.   Notice of Motion and Hearing (Docket Nos. 1796 and
     1816)

Objection
Deadline:       January 28, 2009 at 11:59 p.m. (Requested)

Objections/
Responses
Filed:          None at the time of filing this agenda.

Status:         The underlying motion has been adjourned to
                February 13, 2009.  The motion for expedited
                hearing is going forward.
```

Dated: January 28, 2009     SKADDEN, ARPS, SLATE, MEAGHER &
     Richmond, Virginia     FLOM, LLP
                                        Gregg M. Galardi, Esq.
                                        Ian S. Fredericks, Esq.
                                        P.O. Box 636
                                        Wilmington, Delaware 19899-0636
                                        (302) 651-3000

                                        – and –

                                        SKADDEN, ARPS, SLATE, MEAGHER &
                                        FLOM, LLP
                                        Chris L. Dickerson, Esq.
                                        333 West Wacker Drive
                                        Chicago, Illinois 60606
                                        (312) 407-0700

                                        – and –

                                        MCGUIREWOODS LLP


                                        /s/ Douglas M. Foley          .
                                        Dion W. Hayes (VSB No. 34304)
                                        Douglas M. Foley (VSB No. 34364)
                                        One James Center
                                        901 E. Cary Street
                                        Richmond, Virginia 23219
                                        (804) 775-1000

                                        Counsel for Debtors and Debtors
                                        in Possession