| | |
|---|---|
| **Mark Stromberg, Esq.** | **P. Matthew Roberts, VSB70259** |
| **STROMBERG & ASSOCIATES, P. C.** | **BERKELEY & DEGAETANI** |
| Two Lincoln Centre | 1301 N Hamilton St, Ste 200 |
| 5420 LBJ Freeway, Suite 300 | Richmond, Virginia 23230 |
| Dallas, Texas 75240 | Phone: (804) 644-0345 |
| Phone: (972) 458-5353 | |
| | |
| **Counsel to CDB Falcon Sunland Plaza, LP** | **Local Counsel to CDB Falcon Sunland Plaza, LP** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | | |
|---|---|---|
| **In re** | § | |
| | § | |
| **CIRCUIT CITY STORES, INC.,** *et al.,* | § | Case No. 08-35653-KRH |
| | § | CHAPTER 11 |
| Debtor. | § | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of January, 2009, an original Proof of Claim and Addendum to Proof of Claim on behalf of CDB Falcon Sunland Plaza, L.P., a copy of which (absent exhibits) is attached hereto, was served per the Court's Notice of Deadline for Filing Proofs of Claim via Federal Express next day delivery to:

Circuit City Stores, Inc., et al.
Claims Processing Dept.
Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA  90245

and a copy was sent via regular first class United States mail, postage prepaid, to:

Skadden, Arps, Slate, Meagher & Flom, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
PO Box 636
Wilmington, DE  19899-0636

Skadden, Arps, Slate, Meagher & Flom, LLP
Chris L. Dickerson, Esq.
333 W Wacker Dr
Chicago, IL  60606

McGuirewoods LLP
Dion W. Hayes
Douglas M. Foley
One James Center
901 E Cary St
Richmond, VA  23219

          By:     /s/ Mark Stromberg
                Mark Stromberg, Esquire (Bar #19408830)
                STROMBERG & ASSOCIATES, P.C.
                Two Lincoln Centre
                5420 LBJ Freeway, Suite 300
                Dallas, TX  75240
                Telephone:  (972) 458-5353
                Facsimile:  (972) 770-2156
                Email:  mark@stromberglawfirm.com

                Attorneys for SunTrust Bank