B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted :   (Check only one box below):**

☑ Circuit City Stores, Inc. (Case No. 08-35653) ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659) ☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654) ☐ Circuit City Stores PR, LLC (Case No. 08-35660) ☐ Mayland MN, LLC (Case No. 08-35666)
☐ InterTAN, Inc. (Case No. 08-35655) ☐ Circuit City Properties, LLC (Case No. 08-35661) ☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Ventoux International, Inc. (Case No. 08-35656) ☐ Orbyx Electronics, LLC (Case No. 08-35662) ☐ Sky Venture Corporation (Case No. 08-35668)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657) ☐ Kinzer Technology, LLC (Case No. 08-35663) ☐ XSStuff, LLC (Case No. 08-35669)
☐ CC Aviation, LLC (Case No. 08-35658) ☐ Courchevel, LLC (Case No. 08-35664) ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
CDB Falcon Sunland Plaza, L.P.

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
17400 Dallas Parkway
Suite 216
Dallas, TX 75248

Telephone number: (972) 407-1925

**Court Claim Number:** _____
(If known)

Filed on: _____

**Name and address where payment should be sent (if different from above):**

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 592,784.18 as of Proof of Claim filing date.

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** COMMERCIAL LEASE (10YR.) SUNLAND PLAZA SHOPPING CENTER
(See instruction #2 on reverse side.) LEASE EXECUTED APRIL 5, 2007   I-10 and SUNLAND PARK DRIVE, EL PASO, TEXAS

**3. Last four digits of any number by which creditor identifies debtor:** _____

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☑ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(2).

Amount entitled to priority:

$ 110,996.45

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**Date:** 28 JAN 2009

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. STROMBERG & ASSOCIATES, COUNSEL FOR CDB FALCON SUNLAND PLAZA, L.P.
Two Lincoln Centre, 5420 LBJ Frwy., Suite 300
Dallas, Texas 75240
(972) 458-5353

/s/ Mark Stromberg

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| | |
|---|---|
| Mark Stromberg, Esq.<br>STROMBERG & ASSOCIATES, P. C.<br>Two Lincoln Centre<br>5420 LBJ Freeway, Suite 300<br>Dallas, Texas 75240<br>(972) 458-5353 | P. Matthew Roberts, VSB70259<br>BERKELEY & DEGAETANI<br>1301 N. Hamilton Street, Suite 200<br>Richmond, Virginia 23230<br>Phone: (804) 644-0345 |
| **Counsel to CDB Falcon Sunland Plaza, L. P.** | **Local Counsel to CDB Falcon Sunland Plaza, LP** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re<br>CIRCUIT CITY STORES, INC., *et al.*,<br>Debtor. | §<br>§<br>§<br>§<br>§ | Case No. 08-35653-KRH<br>CHAPTER 11 |

## ADDENDUM TO PROOF OF CLAIM
## CDB FALCON SUNLAND PLAZA, L. P.
## CALCULATION OF CLAIM AMOUNTS

**Gross Unsecured Claim Calculation:**

| | |
|---|---|
| Rent due Nov. 1, 2008: | $39,063.87 |
| 2008 Property Taxes billed Dec. 1, 2008 | $43,471.29 |
| 2009 Property Taxes accruing Jan. 1, 2009 (est.) | $41,482.58 |
| Anticipated Rejection Damage Claim - 11 U.S.C. §502(b)(6) | $468,766.44[1] |
| **TOTAL:** | **$592,784.18** |

**Calculation of 11 U.S.C. §507(a)(2) Priority[2] Claims:**

| | |
|---|---|
| Unpaid Administrative Rents (accruing in post-petition period) | $26,042.58[3] |
| 2008 Property Taxes billed Dec. 1, 2008 | $43,471.29 |
| 2009 Property Taxes accruing Jan. 1, 2009 (est.) | $41,482.58 |
| **TOTAL:** | **$110,996.45** |

---

[1] Calculated based on monthly rent of $39,063.87 x 12 months.

[2] These claims are taken from, and are not in addition to, the Gross Unsecured Claims. In addition, the tax claim calculations are without regard to any adjustment by the Bankruptcy Court based upon what portion, if any or all, shall ultimately be entitled to priority treatment under 11 U.S.C. §§503 and 507.

[3] Monthly rent of $39,063.87 was divided by 30 days and multiplied by 20 to get this figure, based on November 1, 2008 rent and a November 10, 2008 bankruptcy filing date.