IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

---------------------------------------------------------------------------x
In re:                                                  : Chapter 11
                                                        :
CIRCUIT CITY STORES, Inc., *et al*.,                    : Case No. 08-35653 (KRH)
                                                        :
             Debtors.                                   : (Jointly Administered)
                                                        :
---------------------------------------------------------------------------x

**STIPULATION AND CONSENT ORDER BY AND AMONG THE DEBTORS AND
CERTAIN CANADIAN SUBSIDIARIES REGARDING BAR DATE**

This stipulation and agreement (the "**Stipulation**") is made this 26th date of January 2009 by and among Circuit City Stores Inc. and certain of its subsidiaries (together, the "**Debtors**") and InterTAN Canada Limited and Tourmalet Corporation, Canadian subsidiaries of the Debtors (the "**Canadian Subsidiaries**"), to extend the date by which any and all proofs of claim of the Canadian Subsidiaries against the Debtors must be filed in these chapter 11 proceedings.

**Background**

WHEREAS, on November 10, 2008, the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Eastern District of Virginia (the "**Bankruptcy Court**"). On the same day, the Bankruptcy Court ordered joint administration of the Debtors' cases under *Circuit City Stores, Inc., et al.*, Case No. 08-35653 (KRH) (Docket No. 77).

WHEREAS, on November 10, 2008, the Canadian Subsidiaries commenced proceedings under Canada's *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. c-36, as amended (the "**Canadian Proceedings**"), in the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**").

J.R. Smith [VSB No. 41913]
**H**UNTON **& W**ILLIAMS **LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

Ken Coleman [DCB No. 463718]
**A**LLEN **O**VERY **LLP**
1221 Avenue of the Americas
New York, New York
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

Counsel for Alvarez & Marsal Canada ULC

WHEREAS, on November 12, 2008, the Bankruptcy Court granted the Debtors' motion for an order authorizing the retention of Kurtzman Carson Consultants LLC as claims, noticing, and balloting agent for the Debtors (Docket No. 108).

WHEREAS, on December 12, 2008, the Bankruptcy Court entered the Order (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (the "**Bar Date Order**," Docket No. 890). The Bar Date Order established January 30, 2009 at 5:00 P.M. Pacific Time as the deadline by which proofs of claim filed against the Debtors must be received by Kurtzman Carson Consultants LLC or by the Bankruptcy Court (the "**Bar Date**").

WHEREAS, the Canadian Court has not yet established a date for the filings of claims in the Canadian Proceedings.

WHEREAS, the Debtors are investigating the nature and extent of claims they may have against the Canadian Subsidiaries.

WHEREAS, the Canadian Subsidiaries are investigating the nature and extent of claims they may have against the Debtors and believe that the bar dates for the claims of the Canadian Subsidiaries in these proceedings should coincide with the bar date for claims of the Debtors herein in the Canadian Proceedings, which claims process has not yet been established in the Canadian Proceedings. Accordingly, the Canadian Subsidiaries have requested, and the Debtors have agreed, to provide additional time for the Canadian Subsidiaries to file proofs of claim.

NOW THEREFORE, it is hereby stipulated and agreed, upon order of the Bankruptcy Court:

1. The Bar Date Order is hereby modified and amended to extend the time by which any and all proofs of claim of the Canadian Subsidiaries must be filed to the earlier of (a) March 31, 2009 at 5:00 p.m. Pacific Time, and (b) the date established by the Canadian Court as the last day to file claims against the Canadian Subsidiaries in the Canadian Proceedings, provided, however that the Debtors and the Canadian Subsidiaries can further extend the Bar Date by written agreement with notice to the Official Committee of Unsecured Creditors and Alvarez & Marsal Canada ULC as Monitor appointed in the Canadian Proceedings but without the need for any other notice or order of this Court.  Other than extending the Bar Date, this Stipulation shall not affect the requirements of the Bar Date Order, any other Order of the Bankruptcy Court, or any other requirement applicable to the claims of the Canadian Subsidiaries against the Debtors.  The Debtors fully reserve their rights to object to any such proofs of claim that may be filed.

2. The Bankruptcy Court shall retain jurisdiction over all matters or disputes concerning this Stipulation.

Dated:  Richmond, Virginia
        January ___, 2009

_____
United States Bankruptcy Judge

WE ASK FOR THIS:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware  19899-0636  (302) 651-3000

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois  60606
(312) 407-0700

    - and -

MCGUIREWOODS LLP

 /s/ Douglas M. Foley_____
Dion M. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia  23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

    - and -

INTERTAN, INC., the sole shareholder of InterTAN Canada Ltd.,
on behalf of InterTAN Canada Ltd. in accordance
with the power vested in the shareholder by virtue
of the Unanimous Shareholder Declaration made as of October 7, 2008.

By:     /s/ Reginald D. Hedgebeth_
        Name:  Reginald D. Hedgebeth
        Title:   Director, Vice President and Secretary

ALLEN & OVERY LLP
 /s/ Ken Coleman_____
Ken Coleman
1221 Avenue of the Americas
New York, New York  10020
(212) 610-6300

Attorneys for Alvarez & Marsal Canada ULC,
as Monitor appointed in the Canadian Proceedings

4

## **LOCAL RULE 9022-1 CERTIFICATION**

I hereby certify that the foregoing has been either endorsed or served upon all necessary parties.

_/s/ J.R. Smith_____