



January 22, 2009

United States Bankruptcy Court
Eastern District of Virginia
310 Unites States Court House Annex
1100 East Main St
Richmond VA 23219 – 3538

Re: Circuit City Stores, Inc (Case No: 08-35653)

To Whom It May Concern:

I am responding to the objection for the transferring of our claim against Circuit City Stores, Inc. We Do Not want to accept this transfer which has been proposed for the debt which was left with our company. Thank you for your time.

Sincerely,

Patty Smith, Customer Service Rep

Copy not provided for reform

P.O. Box 467, Burlington, VT 05402-0467 • 85 Swift Street, South Burlington, VT 05403
802-863-4511 • 800-639-8081 • www.vermontgas.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No.: 08-35653<br>)<br>) Judge Kevin R. Hennekens<br>) |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(1)**

**Name of Proposed Transferor:**
Vermont Gas Systems Inc
PO Box 1722
Brattleboro VT 05302

**Name of Transferee:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOUR MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on

INTERNAL CONTROL NO._____
Copy (check)    Claims Agent_____    Transferee_____    Debtor's Attorney_____

Deputy Clerk



United States Debt Recovery
LIMITED LIABILITY COMPANY

Vermont Gas Systems Inc
PO Box 1722
Brattleboro VT 05302

January 15, 2009

Dear Sir or Madam:

    Circuit City Stores, Inc. has filed for Chapter 11 bankruptcy protection and all pre-existing debts cannot be paid until the bankruptcy court approved a plan of reorganization or other means of payment. Even then, the payment is not guaranteed. Your administrative priority claim account balance is still listed as outstanding. Bankruptcy court records show you are owed **$ 629.22** for your unpaid priority claims.

Since September 15, 2008 the funds owed to you by Circuit City Stores, Inc. has been tied up in federal bankruptcy court. United States Debt Recovery LLC ("USDR") is prepared to offer immediate payment of **$ $220.23** for your account balance. This [offer amount] is yours even if there is no payout on the debt from the bankruptcy process. The advantages to you include:

- No waiting for a bankruptcy recovery.
- No need to hire counsel and accountants.
- Immediate cash for your company

    USDR is a bankruptcy investment firm that specializes in distressed debt recovery and dealing with Chapter 11 bankruptcy. We retain the bankruptcy professionals such as attorneys and accountants and seek to collect more on the claim that the offer price. We reserve the right to terminate this offer at any time and may request your written *documentation of amounts you are owed.*

To arrange for payment, simply fill out and sign the "Transferor" section of the attached Claim Assignment Form and return it to USDR via fax (775-832-5085) or to the following address:

United States Debt Recovery LLC
940 Southwood Bl. Suite 101
Incline Village, NV 89451

A check in the amount of $ **$220.23** will be mailed within three business days following the receipt of the enclosed Claim Assignment Form. This offer shall expire on January 30, 2009.

Should you have any questions, please call our Finance Department at 775 832-5250 or info@usdrllc.com . If you have general questions about Chapter 11 bankruptcy, selling your claim or bankruptcy factoring our web site is www.usdrllc.com and answers most common questions.

Yours truly,

Nathan Jones, General Counsel
United States Debt Recovery LLC