

# FLORENCE COUNTY
Treasurer's Office / Delinquent Tax Division

January 26, 2009



RICHMOND DIVISION
FILED
JAN 2 9 2009
CLERK
U.S. BANKRUPTCY COURT

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richard, VA 23219-3535

**RE: Objection to Transfer of Claim for Circuit City Stores, Inc.**
**Case No.: 08-35653**

To Whom It May Concern:

On 1/26/09, our office received an offer from the United States Debt Recovery LLC ("USDR") company for a settlement of $1092.57 in lieu of the $3121.63 debt owed by Circuit City to the Florence County Treasurer for taxes.

This letter is to notify the court that we are <u>not</u> accepting this offer from United States Debt Recovery LLC.

Thank you.

Sincerely,

Glenda Montrose
STS

cc:   United States Debt Recovery LLC
      940 Southwood Bl., Suite 101
      Incline Village, NV 89451