SATCHIDANANDA MIMS a.k.a. Satchi Mims
P.O. BOX 19304
OAKLAND, CA 94619

510-530-6345

(CREDITOR) IN PRO SE



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:

CIRCUIT CITY STORES, INC., et al.

Debtor(s).

Case No.: 08-35653-KRH

Chapter 11

**CREDITOR'S AMENDED NOTICE OF HEARING FOR MOTION FOR RELEIF FROM AUTOMATIC STAY**

DATE: February 13, 2009
TIME: 10:00 a.m.
DEPT: Room 5000
JUDGE: Honorable Kevin R. Huennekens

## *AMENDED NOTICE OF MOTION AND HEARING*

To ALL PARTIES HEREIN AND THEIR ATTORNEY OF RECORD:

**PLEASE TAKE NOTICE** that the original scheduled date February 18, 2009 has changed to comply with the U.S. Bankruptcy court omnibus hearing date, on February 13, 2009, or as soon as possible thereafter that the matter may be heard in the above-mentioned court. Satchidananda Mims a.k.a. Satchi Mims ("Creditor") will move the court for an order to terminate the automatic stay of 11 U.S.C. § 362(a) with respect to pending litigation. Said motion is based on the grounds that the Satchidananda Mims a.k.a. Satchi Mims ("Creditor") has "cause" to seek relief from the automatic stay in order to complete state court litigation ("Action") that was pending when debtor, Circuit City Stores, Inc. ("Debtor"), commenced this bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

AMENDED NOTICE OF PRELIMINARY HEARING FOR MOTION FOR RELIEF FROM STAY- 1

1  If you do not wish the Court to grant the relief sought in this motion, or if you want the
2  Court to consider your views on the motion, then within fifteen (15) days from the date of
3  service of this motion, you must file a written response explaining your position with the Court
4  at the following address: **Clerk of Court, United States Bankruptcy Court, 701 East Broad**
5
6  **Street, Richmond, VA 23219-3515**, and serve a copy on the movant. Unless a written response
7  is filed and served within this fifteen day period, the Court may deem opposition waived, treat
8  the motion as conceded, and issue an order granting the requested relief.
9  If you mail your response to the Court for filing, you must mail it early enough so that the
10  Court will receive in on or before the expiration of the fifteen day period.
11
12  Attend the preliminary hearing scheduled to be held on: *Date:* ***February 13, 2009 and***
13  *Time:* ***10:00a.m. (ET)*** ; **in the Courtroom, Room 5000, United States Bankruptcy Court,**
14  **U.S. Courthouse Annex, 701 East Broad Street, Richmond, Virginia 23219-3515.**
15
16  If you or your attorney do not take these steps, the Court may decide that you do not oppose the
17  relief sought in the motion and may enter an order granting that relief.
18
19  Dated this 27th day of January, 2008
20
21                                                                                        _____
                                                                                          SATCHIDANANDA MIMS
22
...
28

AMENDED NOTICE OF PRELIMINARY HEARING FOR MOTION FOR RELIEF FROM STAY- 2

SATCHIDANANDA MIMS
P.O. BOX 19304
OAKLAND, CA 94619

510-530-6345

("Creditor") In Pro Se

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

In re:

CIRCUIT CITY STORES, INC., et al.

Debtor(s).

Case No.: 08-35653-KRH

Chapter 11

*Declaration of Service by Mail*
**[Proof of Service]**

DATE:  February 13, 2009
TIME:  10:00 a.m.
DEPT:  Room 5000
JUDGE:  Honorable Kevin R. Huennekens

**Proof Service**

Ms. Akenduca Beasley, the undersigned, hereby declares:

I am a citizen of the United States. I am over the age of 18 years and not a party to within action. My mailing address is P.O. Box 19304, Oakland, CA 94619. On January 27, 2009, at the direction of Satchidananda Mims a.k.a Satchi Mims, ("Creditor") in Pro Se, I served a copy of this Amended Notice of Hearing for Motion for Relief from Stay, upon each party required to receive notice under Local Bankruptcy Rule 4001(a)-1(E) (1), postage thereon fully prepaid, a true copy of thereof as follows:

| Counsel to the Debtors | Counsel to the Debtors |
|---|---|
| Dion W. Hayes, Esq.<br>Douglas M. Foley, Esq.<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, DE 19899-0636 |

1

| | |
|---|---|
| Counsel to the Debtors<br>Timothy G. Pohl, Esq.<br>Chris L. Dickerson, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive Suite 2000<br>Chicago, IL 60606 | United States Trustee<br>Robert B. Van Arsdale, Esq.<br>Office of the United States Trustee<br>Richmond, Virginia Office<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219-1888 |
| Official Committee of Unsecured Creditors<br><br>Alan J. Kornfeld, Esq.<br>Brad R. Godshall, Esq.<br>Gillian N. Brown, Esq.<br>Jeffrey N. Pomerantz, Esq.<br>Pachulski Stang Ziehl & Jones, LLP<br>10100 Santa Monica blvd, 11th Floor,<br>Los Angeles, CA 90067-4100 | Official Committee of Unsecured Creditors<br><br>John D. Fiero, Esq<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 9411-4500 |
| Official Committee of Unsecured Creditors<br><br>John A. Morris, Esq.<br>Lynn L. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>Tavenner & Beran, PLC<br>20 North Eighth Street, Second Floor<br>Richmond, VA 23219 | Official Committee of Unsecured Creditors<br><br>Robert J. Feinstein, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Ave. 36th Floor<br>New York, NY 10017 |

I declare under penalty of perjury that the foregoing is true and correct.

Service Executed at Oakland, California on January 27, 2009.

Dated this 27th day of January, 2009

AKENDUCA BEASLEY

2

# SATCHIDANANDA MIMS
P.O. BOX 19304 ~ Oakland, California 94619

(510) 530-6345                                                                   smims21@hotmail.com

January 27, 2009

Attn: William C. Redden, Clerk of the Court
U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

**Re: In re: Circuit City Stores, Inc., et al.**

Dear sir or madam:

Please submit the $150.00 check already in court clerks possession, and file the enclosed Amended notice for motion for relief from automatic stay and proof of service along with other documents already in clerks possession, endorse the copy and place it in the return addressed envelope with postage prepaid already in your possession. Also please schedule the motion preliminary hearing date for February 13, 2009.

If you have questions or concerns feel free to contact me. Thanks to you for your prompt attention to this matter and your time.

Very truly yours,

Satchidananda Mims