Paul J. Laurin (State Bar No. 136287)
Stephen M. Astor (205596)
LAURIN & ASSOCIATES
280 South Beverly Drive
Suite 304
Beverly Hills, California   90212

Telephone No.:  (888) 558-8338
Facsimile No.:    (310) 270-4602

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF VIRGINIA

## RICHMOND DIVISION

| | |
|---|---|
| In re; | NO. 08-35653 |
| CIRCUIT CITY STORES, INC., et al., | REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS |
| Debtors. | |

**TO THE UNITED STATES BANKRUPTCY COURT, THE U.S. TRUSTEE, AND ALL PARTIES IN INTEREST:**

Laurin & Associates, for purposes of receiving notice, hereby requests special notice of all pleadings, ex parte applications, court notices, motions, statements, schedules and other documents and papers pertaining to the above-captioned case, or any adversary proceeding connected therewith, including all notices required by the Bankruptcy Code, the Rules of the Bankruptcy Procedure or any other rule or law

to be noticed and served on creditors, creditors' committees or other parties-in-interest.

Laurin & Associates further requests that all such pleadings, notices and other documents be sent to:

>Paul J. Laurin, Esq.
>Stephen M. Astor, Esq.
>Laurin & Associates
>280 South Beverly Drive
>Suite 304
>Beverly Hills, California 90212

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of any party's:

i. right to have any and all final orders in any and all non-core matters entered only after *de novo* reviewed by a United States District Court Judge;

ii. right to trial by jury in any proceeding as to any and all matters so Triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S. C. § 157(b)(2);

iii. right to have interference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

iv. other rights, claims, actions, defenses, set offs, recoupments or other matters to which the above party is entitled under any agreements or at law or inequity or under the United States Constitution.

\\\

\\\

\\\

All of the above rights are expressly reserved and preserved unto the self-described parties without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED:    January 7, 2009

LAURIN & ASSOCIATES

By: _____
Paul J. Laurin

**PROOF OF SERVICE**
*In re Circuit City Stores, Inc., et al.* Case **No. 08-35653**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 280 S. Beverly Dr. Ste 304, Beverly Hills, CA 90212

On January 7, 2009, I served the foregoing document described **REQUEST FOR SPECIAL NOTICE** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

See attached list

( x ) (By Mail) I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on January 7, 2009 at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Susan Agrava

**SERVICE LIST**
*In re Circuit City Stores, Inc., et al. Case* **No. 08-35653**

**United States Trustee**
**W. Clarkson McDow, Jr.**
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

**Brad R. Godshall**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100

**Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

**Gregg M. Galardi**
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, Delaware  19899