## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.*, | ) Bankruptcy Case |
| | ) No. 08-35653-KRH |
| Debtors. | ) Chapter 11 |
| | ) |

### NOTICE OF AMENDED MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT TERMINATION OF CONSIGNMENT AGREEMENT AND FOR ENTRY OF AN ORDER DIRECTING DEBTORS TO REJECT CONSIGNMENT AGREEMENT AND NOTICE OF HEARING THEREON

PLEASE TAKE NOTICE that Lexar Media, Inc., by counsel, has filed an Amended Motion for Relief from the Automatic Stay to Permit Termination of Consignment Agreement and for Entry of an Order Directing Debtors to Reject Consignment Agreement ("Motion").

A hearing on the Motion will be held at:

| **Place of Hearing:** | **Date and Time of Hearing:** |
|---|---|
| United States Bankruptcy Court | February 13, 2009 |
| 701 East Broad Street, Courtroom 5000 | at 10:00 a.m. |
| Richmond, Virginia 23219 | |

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case (If you do not have an attorney, you may wish to consult one). If you do not wish the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, you or your attorney must:

- On or before February 11, 2009 by 5:00 p.m., file with the Court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the**

---

Valerie P. Morrison, Va. Bar No. 24565
Dylan G. Trache, Va. Bar No. 45939
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800

*Counsel to Lexar Media, Inc.*

> **date specified, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court **will receive** it at or before the date specified above.

- Clerk of the Court
  United States Bankruptcy Court
  701 East Broad Street
  Richmond, Virginia  23219

- You must **also** serve a copy of your response to the persons listed below.

  > Valerie P. Morrison, Esquire
  > Dylan G. Trache, Esquire
  > WILEY REIN LLP
  > 7925 Jones Branch Drive, Suite 6200
  > McLean, Virginia 22102
  >
  > United States Trustee, Region 4
  > 701 East Broad Street, Suite 4304
  > Richmond, Virginia 23219
  >
  > And to all other parties as identified in the Case Management Order entered on November 13, 2008.

- You (or your attorney if you have one) must also attend the hearing at the place and on the date shown above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: January 29, 2009

> Respectfully submitted
>
> LEXAR MEDIA, INC.
>
> By Counsel

2

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
Telephone: (703) 905-2800
Facsimile: (703) 905-2820


By:   /s/ Dylan G. Trache
      Valerie P. Morrison, Va. Bar No. 24565
      Dylan G. Trache, Va. Bar No. 45939

*Counsel to Lexar Media, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January 2009, a copy of the foregoing Amended Motion was sent by electronic mail or by first class mail, postage prepaid, to the Core Group service list and the 2002 List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.


  /s/ Dylan G. Trache
Dylan G. Trache


12953015.1