**Debtors**
Abbott Advertising Agency, Inc.
CC Aviation, LLC
CC Distribution Company of Virginia, Inc.
Circuit City Properties, LLC
Circuit City Purchasing Company, LLC
Circuit City Stores PR, LLC
Circuit City Stores West Coast, Inc.
Circuit City Stores, Inc.
Courcheval, LLC
Digital Video Express, LP
InterTAN, Inc.
Kinzer Technology, LLC
Mayland MN, LLC
Northern National Insurance, Ltd
Orbyx Electronics, LLC
Patapsco Designs, Inc.
Prahs, Inc.
Sky Venture Corporation
Tourmalet Corp.
Ventoux International, Inc.
XS Stuff, LLC

**Non-Debtor Affiliates**

587255 Ontario Ltd.
American Computer Development Inc.
Asian Sourcing & Procurement Services Co. Ltd.
Cicuit City Global Sourcing Limited
Early Adopter Fund, LLC
InterTAN Canada, Ltd
InterTAN France SNC
InterTAN Ontario Ltd.
PlumChoice, Inc.
Sixth Street Marketplace, LP
St. Tammany Oaks Subdivision Association LLC
Theater Xtreme Entertainment Group, Inc.

## Directors and Officers

Appleby Corporate Services, Ltd.
Lisa Baldyga
Henry P. Barretta
Bruce H. Besanko
Alan Bossin
Brian S. Bradley
Kelly E. Breitenbecher
Ronald M. Brill
Carolyn H. Byrd
Consec Services Limited (HK)
Ron Cuthbertson
Ean Daoust
Philip J. Dunn
Ursula O. Fairbairn
Timothy C. Faries
Barbara S. Feigin
Michael E. Foss
Jacqueline Grove
James F. Hardymon
John T. Harlow
Reginald D. Hedgebeth
Lyle G. Heidemann
Eric A. Jonas, Jr.
Alan Kane
John J. Kelly
Allen B. King
Don R. Kornstein
Jeric Ma
James A. Marcum
Jeffrey A McDonald
Michelle Mosier
John Mulleady
John A. Oakey, III
Linda M. Owen
Steven P. Pappas
Danny W. Ramsey
Mikael Salovaara
Philip J. Schoonover
Marlies A. Smith
J. Patrick Spainhour
Richard D. Spurling
Jeffrey S. Stone
Gerald L. Swider
Ronald L. Turner
Elliott Wahle
Mark J. Wong
Carolyn Y. Woo

**Secured Lenders**

Bank of America, N.A.
Burdale Finance Ltd.
Capital One Leverage Finance Corp.
Fifth Third Bank
General Electric Capital Corporation
GMAC Commercial Finance LLC
JPMorgan Chase Bank, N.A.
National City Business Credit, Inc.
PNC Bank, N.A.
SunTrust Bank
Textron Financial Corporation
UBS Loan Finance LLC
UPS Capital Corporation
Wachovia Capital Finance Corporation
Webster (Webster Bank/Webster Financial Corporation)
Wells Fargo Retail Finance, LLC

## Significant Merchandise Creditors

Alliance Entertainment
Audiovox
Belkin Logistics Inc
Buena Vista Home Video
Columbia Tristar Home Video
Dlink Systems
Eastman Kodak Co
Electronic Arts
Epson America Inc
Fox Home Entertainment
Fuji Photo Film Usa
Garmin International Inc
Hewlett-Packard  US Operations
Hisense Usa Corporation
Kingston Technologies
Klipsch Audio Technologies LLC
Lenovo, Inc.
Lexmark International Inc
Linksys
Logitech Inc
Microsoft Corp
Microsoft Xbox
Mitsubishi Digital Electronics
Monster Cable Products
Nikon Inc
Olympus Corporation
Omnimount Systems Inc
Oncorp US, Inc
Onkyo USA Corp
Panasonic Company Nationalacct
Panasonic North America
Paramount Home Video
Pioneer Electronics (USA) Inc
Samsung Electronics Amer Inc.
Samsung Opto Electronics Inc
Sandisk Corporation
Sharp Electronics Corp
Sony Computer Entertainment
Sony Electronics Inc
Stillwater Designs Inc
THQ Inc
Tomtom Inc
Toshiba America Consumer Produ
Toshiba Computer Systems Div
Universal Distribution Records
Vizio
Warner Home Video
Western Digital Technologies
Zenith Electronics Corp

## Significant Vendors

Aetna Life Insurance Company
Alpha Security Products
American Express Travel Related Services Co
American Express Trust Co
American Systems Corp
Andrews Electronics Inc.
Bailiwick Data Systems Inc
CDW Direct LLC
Clay Inc, Bruce
Clickit Inc
Cormark Inc
Corporate Express
Corporate Facilities Group
Cosco
DC Power Solutions
Eastern Security Corp
Eleets Logistics
Empire Blue Cross Blue Shield
Ereplacements LLC
Fire Materials Group LLC
Gorilla Nation Media
Graphic Communications
Hewitt Associates LLC
Illinois Wholesale Cash Register
Innerworkings LLC
J&F Mfg Inc
JLG Industries Inc
Kaiser Permanente
Medco
Mid-Atlantic Vision Service Plan, Inc.
Nextag
NFL Enterprises LLC
North American Roofing Sys Inc
Northern Wire Productions
Orbis Corporation
Pricegrabber Com LLC
PTR Compactor & Baler Co
Quebecor World KRI
Retail Maintenance Services LLC
Samsung Electronics America
Shopping.Com Inc
Shopzilla Inc
Sony
Specialty Risk Services
Specificmedia Inc
Standard Electric
Streater Inc
Swiff Train Company
Trane
Tremor Media
Universal Fixtures & Display

US Signs
USIS Commercial Services Inc
Vance Baldwin
Vanguard Products Group Inc
Vector Security
Virginia Electronic Components
Wayne Dalton Corp
Weather Channel Interactive, The

**Consignment Vendors**

ValuSoft (THQ, Inc.)
foneGear
INTUIT Inc.
Pinnacle Systems, Inc. (Avid Tech, Inc.)
Memorex Products, Inc.
Panasonic Consumer Electronics Company
Navarre Corporation

**5% or Greater Shareholders**

J Richard Atwood
Classic Fund Management Aktiengesellschaft
First Pacific Advisors LLC
HBK Investments LP
HBK Management LLC
HBK Master Fund
HBK Master Fund LP
HBK Partners II LP
HBK Services LLC
Robert L Rodriguez
Mark J Wattles

**Insurance Carriers**

American Empire Excess & Surplus Lines
American Home Assurance Company
Arch Insurance Group
Axis Reinsurance Company
Axis Surplus Insurance Company
Beecher Carlson Insurance Services
Chubb (Federal Insurance Co)
CNA Global Specialty Lines
Continental Casualty Company
Essex Insurance Co
Executive Risk Indemnity Inc
Fireman's Fund Insurance Company
Glacier Re
Global Aerospace, Inc.
Global Excess Partners
Great American Assurance Company
Great American Insurance Company
Industrial Risk Insurers
Integon Specialty Insurance Co
Lancashire Insurance Co (UK) Ltd
Landmark American Insurance Co
Lexington Insurance Company
Liberty Mutual Fire Insurance Company
Lloyds of London
Marsh USA, Inc.
National Liability & Fire Insurance Company
National Union Fire Insurance Company
Northern National Insurance Co
Ohio Casualty Insurance Company
Old Republic Risk Management Inc.

Princeton Excess & Surplus Lines Insurance Co
RSUI Indemnity Company
St. Paul Mercury Insurance Company
State National Ins Co
Westchester Surplus Lines Insurance Co
XL Specialty Insurance Company
Zurich American Insurance Company

**Credit Card Companies and Processors**

Chase Bank, USA, N.A.Visa

MasterCard

Discovery

American Express

IPS Card Solutions, Inc

ValueLink

**Utility Companies**

Accent Energy/CA
AEP/24002-Ohio Power
Alabama Gas Corporation (Alagasco)
Alabama Power
Alameda County Water District
Albemarle County Service Authority
Albuquerque Bernalillo County Water
Alderwood Water District
Allegheny Power - Acct Numbers1
Alliant Energy/WP&L
Alltel
Altoona City Authority
Ameren CIPS/66878
Ameren UE/66301
AmerenCILCO - 66826
AmerenIP
American Water & Energy Savers
American Water Service, Inc
Anne Arundel County Water and Wastewter
Anniston Water Works, AL
APS/Arizona Public Service
Aqua New Jersey/299
Aquarion Water Company of CT
Aquila, Inc.
Arch Wireless
Arkansas Oklahoma Gas Corp (AOG)
Arkansas Western Gas Company
Artesian Water Company, Inc.
Ashwaubenon Water & Sewer Utility
AT&T
AT&T (Ameritech)
AT&T (Bellsouth)
AT&T (Pacific Bell)
AT&T (SNET)
AT&T (Southwestern Bell)
AT&T Mobility
Athens Clarke County, GA
Athens-Clarke County Stormwater Utility
Atlantic City Electric  /4875
Atmos Energy/79073
Augusta Utilities Department
Aurora Water
Austell Natural Gas System
Autoridad de Acueductos y Alcantarillado
Autoridad de Energia Electrica
Avaya
Avista Utilities
Bangor Gas, ME
Bangor Hydro Electric Company
Bangor Water District
Bay State Gas

Bell South
Bellevue City Treasurer, WA
Belmont County Sanitary Sewer Dist, OH
Bexar County WCID #10
BGE - Baltimore Gas & Electric
Board of Public Utilities-Cheyenne, WY
Board of Water Supply/HI
Board of Water Works of Pueblo, CO
Borough of Chambersburg, PA
Braintree Electric Light Department
Braintree Water & Sewer Dept
Brazoria County MUD #6
Brick Township Municipal Utilities
Brighthouse Networks
Brownsville Public Utilities Board
Brunswick-Glynn County, GA
Bucks County Water & Sewer Authority(1)
California Water Service-Bakersfield
California-American Water Company
Canton Township Water Dept, MI
Cape Fear Public Utility Authority
Cascade Natural Gas
Center Township Water & Sewer Authority
CenterPoint Energy Services Inc
Central Georgia EMC  (elec)
Central Hudson Gas & Electric Co
Central Maine Power (CMP)
CenturyTel
Charleston Water System
Charlotte County Utilities
Charter Communications
Charter Township of Bloomfield, MI
Charter Township of Meridian, MI
Chattanooga Gas Company/11147
Chesapeake Utilities
Chesterfield County Utilities Department
Cheyenne Light, Fuel & Power
Cincinnati Bell
Citizens Gas & Coke Utility
Citrus Heights Water District
City and County of Denver, CO
City of Abilene, TX
City of Alcoa Utilities, TN
City of Alexandria, LA
City of Altamonte Springs, FL
City of Amarillo, TX
City of Ammon, ID
City of Ann Arbor Treasurer, MI
City of Ardmore, OK
City of Arlington, TX
City of Asheville, NC
City of Atlanta, GA-Dept of Watershed Mg

City of Austin, TX
City of Avondale, AZ
City of Baltimore, MD (metered water)
City of Batavia, IL
City of Beaumont, TX
City of Berwyn, IL
City of Bethlehem, PA
City of Bloomington, IL
City of Bloomington, MN
City of Boca Raton, FL
City of Boulder, CO
City of Boynton Beach, FL/Utilities Dept
City of Brea, CA
City of Bridgeport, WV
City of Brighton, MI
City of Brockton, MA
City of Brookfield, WI
City of Buford, GA
City of Burbank, CA
City of Burnsville, MN
City of Calumet City, IL
City of Cape Coral, FL
City of Carmel, IN
City of Cedar Hill, TX
City of Cedar Park, TX
City of Chandler, AZ
City of Charlottesville, VA
City of Chicago, IL- Dept. of Water
City of Clearwater, FL
City of Cocoa, FL
City of Colonial Heights, VA
City of Columbia, MO
City of Columbia, SC - Water
City of Columbus, OH (Water/Sewer)
City of Concord, NC
City of Concord, NH
City of Coon Rapids, MN
City of Coral Springs, FL
City of Corpus Christi, TX-Utility Busin
City of Countryside, IL
City of Covina, CA
City of Crystal Lake, IL
City of Cuyahoga Falls, OH
City of Dallas, TX
City of Daly City, CA
City of Danbury, CT
City of Daphne, AL
City of Daytona Beach, FL
City of Dearborn, MI
City of Decatur, IL
City of Denton, TX
City of Dover, DE

City of Durham, NC (Sewer/Water)
City of East Point, GA
City of Escondido, CA
City of Falls Church, VA
City of Fayetteville, AR
City of Florence, SC
City of Folsom,CA
City of Fort Lauderdale, FL
City of Fort Myers, FL/340
City of Fort Smith, AR
City of Fredericksburg, VA
City of Fresno, CA
City of Frisco, TX
City of Fullerton, CA
City of Garland Utility Services
City of Gastonia, NC
City of Glendale, CA - Water & Power
City of Goodyear, AZ
City of Grand Rapids, MI
City of Grandville, MI
City of Groveland, FL
City of Groveland, FL
City of Gulfport, MS
City of Harrisonburg, VA
City of Hattiesburg, MS
City of Hialeah, FL-Dept of Water & Sewe
City of Hickory, NC
City of High Point, NC
City of Houston, TX - Water/Wastewater
City of Humble, TX
City of Huntington Beach, CA
City of Hurst, TX
City of Independence, MO
City of Jacksonville, NC
City of Joliet, IL
City of Keene, NH
City of Keizer, OR
City of Killeen, TX
City of Kingsport, TN
City of La Habra, CA
City of Lafayette, IN
City of Lake Charles, LA
City of Lake Worth, TX
City of Lakewood, CA
City of Lakewood, CO
City of Laredo, TX
City of League City, TX
City of Leominster, MA
City of Lewisville, TX
City of Livermore, CA
City of Long Beach, CA
City of Longview, TX

City of Lufkin, TX
City of Lynnwood, WA
City of Madison Heights, MI
City of Mansfield, TX
City of Manteca, CA
City of Maple Grove, MN
City of Marion, IL
City of Martinsville, VA
City of McHenry, IL
City of McKinney, TX
City of Melbourne, FL
City of Merced
City of Meriden Tax Collector, CT
City of Mesa, AZ
City of Mesquite, TX
City of Midland, TX
City of Midwest City, OK
City of Millville, NJ
City of Minnetonka, MN
City of Modesto, CA
City of Monrovia, CA
City of Montebello, CA
City of Morgan Hill, CA
City of Muskegon, MI
City of Myrtle Beach, SC
City of Naperville, IL
City of Niles, OH
City of Norman, OK
City of North Canton, OH
City of Norton Shores, MI
City of Norwalk, CA
City of Novi, MI
City of OFallon, IL
City of Oklahoma City, OK
City of Olympia, WA
City of Orange, CA
City of Orem, UT
City of Oxnard, CA
City of Pasadena, CA
City of Pasadena, TX
City of Pembroke Pines, FL
City of Pensacola, FL
City of Peoria, AZ
City of Phoenix, AZ
City of Pittsburg, CA
City of Plano, TX
City of Plantation, FL
City of Pontiac, MI
City of Port Arthur, TX
City of Port Richey, FL
City of Portage, MI
City of Portland, OR

City of Portsmouth, NH
City of Raleigh, NC
City of Rancho Cucamonga, CA
City of Redding, CA
City of Richland, WA
City of Richmond, VA
City of Rochester Hills, MI
City of Rockford, IL
City of Rockwall, TX
City of Roseville, CA
City of Roseville, CA
City of Roseville, MI
City of Round Rock, TX
City of Salisbury, NC
City of San Bernardino, CA - Water
City of San Diego, CA
City of San Luis Obispo, CA
City of Santa Barbara, CA
City of Santa Maria, CA
City of Santa Monica, CA
City of Santa Rosa, CA-Water & Sewer
City of Savannah, GA
City of Sebring, FL
City of Selma, TX
City of Sherman, TX
City of Shreveport, LA-D O W A S
City of Signal Hill, CA
City of Slidell, LA
City of Somerville, MA
City of Southaven, MS
City of Southlake, TX
City of St. Cloud, MN
City of St. Peters, MO
City of Steubenville, OH
City of Sugar Land, TX
City of Summerville, Armuchee
City of Sunnyvale, CA
City of Tallahassee, FL - Util Dept/C
City of Tampa, FL
City of Taunton, MA
City of Taylor, MI
City of Temple, TX
City of Thornton, CO
City of Toledo, OH
City of Torrance, CA
City of Troy, MI
City of Tucson, AZ
City of Tukwila, WA
City of Tulsa, OK
City of Turlock, CA
City of Tuscaloosa, AL
City of Tyler, TX

City of Vero Beach, FL
City of Victorville, CA
City of Vienna, WV
City of Virginia Beach, VA
City of Waco, TX
City of Warner Robins, GA
City of Webster, TX
City of West Jordan, UT
City of West Palm Beach/Utilities
City of Westland, MI - Dept. 180701
City of Wichita Falls, TX
City of Wichita Water Department, KS
City of Wilmington, DE
City of Wilmington, NC
City of Winston-Salem, NC
City of Woodbury, MN
City of Yuma, AZ
City Utilities (Fort Wayne, IN)
City Utilities of Springfield, MO
City Water & Light (CWL)
City Water Light & Power, Springfield IL
Clackamas River Water
Clarksville Department of Electricity
Clarksville Gas & Water Department
Clearwater Enterprises, L.L.C.
Cleco Power LLC
Cleveland Utilities
Coachella Valley Water District
Cobb County Water System
College Station Utilities - TX
Colorado Springs Utilities
Columbia Gas of Kentucky
Columbia Gas of Maryland
Columbia Power & Water Systems (CPWS)
Columbus City Utilities
Columbus Water Works
Com Ed
Comcast
Compton Municipal Water Dept
Con Edison
Con Edison Solutions
Connecticut Light & Power/2960
Connecticut Natural Gas Corp (CNG)
Connecticut Water Company
Connexus Energy
Consolidated Communications
Consolidated Mutual Water
Consolidated Waterworks District #1
Consumers Energy
Contra Costa Water District
County of Henrico, VA
Cox Communications

CPS Energy
Cucamonga Valley Water District
Dakota Electric Association
Davidson Telecom LLC
Dayton Power & Light
Delmarva Power DE/MD/VA/17000
Delta Charter Township, MI
Denver Water
Deptford Township MUA, NJ
Direct Energy, NY/1659
Direct Energy-643249
Division of Water, City of Cleveland OH
Dixie Electric Cooperative
Dominion East Ohio/26225
Dothan Utilities
Douglasville-Douglas County GA
DTE Energy/2859/67-069a
Dublin San Ramon Services District
Duke Energy/70516
Dupage County Public Works
Duquesne Light Company
East Bay Municipal Utility Dist (EBMUD)
East Brunswick Water Utility
Eastern Municipal Water District
Easton Suburban Water Authority
Easylink Services Corporation
El Paso Electric Company
El Paso Water Utilities
El Toro Water District
Electric City Utilities/City of Anderson
Electric Power Board-Chattanooga (EPB)
Elizabethtown Gas
Elmira Water Board  NY
Elyria Public Utilities
Embarq Communications
Emerald Coast Utilities Authority
Entergy Arkansas, Inc./8101
Entergy Gulf States LA, LLC/8103
Equitable Gas Company
Erie County Water Authority
Evansville, IN Waterworks Dept
Everett Utilities
Fairfax Water - VA
Fairfield Municipal Utilities
Fairpoint Communications
Fewtek Inc
First Utility District of Knox County
Flint EMC,GA
Flint Township-Board of Public Works
Florence Water & Sewer Commission
Florida City Gas/11812
Florida Power & Light Company (FPL)

Florida Public Utilities Co, DeBary
Floyd County Water Department
Fontana Water Company
Fort Collins Utilities
Fort Worth Water Dept, TX
Frederick County Division of Utilities
Frontier
Fruitland Mutual Water Company
Gainesville Regional Utilities
Gas South
Geoff Patterson, Receiver of Taxes
Georgia Power
Golden State Water Co.
Grand Chute Utilities
Grand Traverse County Dept of Pub Works
Granite Telecommunications
Greater Augusta Utility District, ME
Greater Cincinnati Water Works
Green Bay Water Utility
Green Mountain Power (GMP)
Greene County - Department of Public Wor
Greenville Utilities Commission, NC
Greenville Water System, SC
GreyStone Power Corporation (elec)
Gulf Power
Gwinnett Co. Water Resources
Hamilton Township
Harker Heights Water Department, TX
Harpeth Valley Utilities District
Harrisonburg Electric Commission
Hawaiian Electric Co., Inc. (HECO)/3978
Hawaiian Telecom
Hayward Water System
Helix Water District
Hernando County Utilities, FL
Hicksville Water District
Highland Sewer & Water Authority
Highland Utilities Dept, IN
Highlands Ranch Metro Districts
Hillsborough County Water Resource Ser.
Holland Board of Public Works
Holland Charter Township, MI
Holyoke Gas & Electric Department
Holyoke Water Works, MA
HRUBAS-Hampton Roads Utility Billing Serv
Huntsville Utilities, AL
Idaho Power
Illinois-American Water Company
Imperial Irrigation District, CA
Indian River County Utilities, FL
Indiana-American Water Company
Indianapolis Power & Light (IPL)

Indianapolis Water Company
Insight
Intercall
Intermountain Gas Company
Intermountain Rural Electric Association
Irvine Ranch Water District
Jackson Electric Membership Corp, GA
Jackson Energy Authority
Jackson Water Collection, MI
JEA/Jacksonville Electric Authority
Jefferson County AL, Sewer Service Fund
Jefferson Parish, LA
Jersey Central Power & Light
Johnson City Power Board
Johnson City Utility System
Kansas City Power & Light Co. - KCPL
Kansas Gas Service
KCMO Water Services Department
Kentucky-American Water Company
Keynote Red Alert
Kissimmee Utility Authority
KUB-Knoxville Utilities Board
KU-Kentucky Utilities Company
Laclede Gas Company
Lafayette Utilities Systems (LUS)
Lake Apopka Natural Gas District,FL
Lake County Dept of Public Works, IL
Lakehaven Utility District
Lakeland Electric/City of Lakeland,FL
Lansing Board of Water & Light
LCEC- Lee County Electric Cooperative
Lincoln Electric System
Long Island American Water, NY
Long Island Power Authority
Los Angeles County Dept. of Public Works
Los Angeles Dept of Water & Power/30808
Loudoun Water
Louisville Water Company
Lubbock Power Light & Water
Lycoming County Water & Sewer Auth-LCWSA
Macon Water Authority
Madison Gas and Electric - WI
Madison Suburban Utility Dist
Madison Water/Sewer/Storm Utilities, WI
Manchester Water Works
Marin Municipal Water District
Martin County Utilities
Maryland-American Water Company
McAllen Public Utilities -TX
MCI
MCUCS-Manatee County Utilities Cust Serv
Medford Water Commission, OR

Memphis Light, Gas & Water Division
Merced Irrigation District
Merchantville - Pennsauken
Met-Ed/3687
Metro
Metro Technology, Inc. (AL)
Metro Water Services TN
Metropolitan St. Louis Sewer District
Miami-Dade Water and Sewer Dept
MidAmerican Energy Company
Mid-Carolina Electric Cooperative
Middle Tennessee Electric Membership/Fra
Milwaukee Water Works
Mishawaka Utilities
Mississippi Power
Missouri American Water/94551
Missouri Gas Energy (MGE)
Mobile Area Water & Sewer System-MAWSS
Modesto Irrigation District
Monroe County Water Authority
Monte Vista Water District
Montgomery Water Works
Mount Laurel Municipal Utilities
Mount Pleasant Waterworks, SC
Mountaineer Gas
Nashville Electric Service
National Fuel
National Grid - Brooklyn/020690/29212
Nevada Power Company
New Braunfels Utilities, TX
New England Gas Company
New England Water Utility Services, Inc.
New Hampshire Gas Corporation (NH Gas)
New Jersey American Water/371476
New Jersey Natural Gas Company (NJR)
New Mexico Utilities, Inc.
Newport News Waterworks
Nextel Communications
Nicor Gas Transportation/632
Nicor Gas/2020/416
NIPSCO - Northern Indiana Public Serv Co
North Attleborough Electric
North Attleborough Public Works
North Little Rock Electric
North Shore Gas
North State Communications
North Wales Water Authority
Northampton Borough Municipal Authority
Northern Utilities Natural Gas
Northern Virginia Electric Cooperative
NSTAR/4508
NW Natural

NYC Water Board
NYSEG-New York State Electric & Gas
O.C.W.S. Okaloosa County
Ocala Electric Utility,FL
Oceanic Time Warner Cable
OCWA-Onondaga County Water Authority
OG&E -Oklahoma Gas & Electric Service
Ohio Edison
Oklahoma Natural Gas Co: Oklahoma
Olivenhain Municipal Water District-OMWD
Ontario Water Works
Orange and Rockland Utilities (O&R)
Orange County Utilities
Orlando Utilities Commission
Orwell Natural Gas Company
Ozarks Electric Cooperative Corporation
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Paducah Power System
Panama City Utilities Department , FL
Parker Water & Sanitation District
Paulding County Water, GA
Pearl River Valley EPA
Peco Energy Company/37632
Pedernales Electric Cooperative, Inc.
Penelec/3687
Pennichuck Water Works, Inc.
Pennsylvania-American Water Company
Peoples Energy/Peoples Gas
PEPCO (Potomac Electric Power Company)
Philadelphia Gas Works
Piedmont Natural Gas-Nashville Gas
Pinellas County, FL-Utilities
PlazaMill Limited
PNM Electric & Gas Services
Portland General Electric (PGE)
Portland Water District - ME
PPL Utilities/Allentown/25222
Prattville Water Works Board
Progress Energy Carolinas, Inc
Progress Energy Carolinas, Inc
Providence Water
PSE&G-Public Service Elec & Gas Co
PSNC Energy (Public Service Co. of NC)
Public Service of New Hampshire
Public Works Comm. City of Fayetteville
Puerto Rico Telephone
Puget Sound Energy
PWCSA - Prince William County Services
Questar Gas
Qwest
Racine Water & Wastewater Utilities, WI

Rancho California Water District
Regional Water Authority, CT
Research In Motion
RG&E - Rochester Gas & Electric
Ritter Communications
Riverdale City Corporation
Riverside Public Utilities, CA
Roanoke Gas Company
Rocky Mount Public Utilities
Sacramento County Utilities
Sacramento Municipal Utility District
Saddleback Communications
Saint Paul Regional Water Services
Salt Lake City Corporation
San Angelo Water Utilities
San Antonio Water System
San Diego Gas & Electric
San Jose Water Company
Santa Buckley Energy
Santa Cruz Municipal Utilities
Santa Margarita Water District-SMWD
Santee Cooper
Sarasota County Environmental Services
Sawnee EMC
SCE&G-South Carolina Electric & Gas
Sebring Gas System Inc.
Second Taxing District Water Department
Semco Energy Gas Company
Sempra Energy Solutions
SFPUC-Water Department, CA
Shelby Township Dept of Public Works
Sierra Pacific Power Company-NV
Silverdale Water District # 16
Simplenet
Skytel
SMECO (Southern Maryland Electric Coop)
Snapping Shoals EMC
Snohomish County PUD
South Bend Water Works
South Central Power CO, OH
South Jersey Gas Company
South Louisiana Electric Cooperative
Southern California Edison
Southern California Gas (The Gas Co.)
Southwest Gas Corporation
Southwestern VA Gas Company
Spartanburg Water System
Spectrum Utilities Solutions
Spokane County Utilities
Spokane County Water Dist #3
Spring Hill Water Works, TN
Springfield Utility Board

Springfield Water & Sewer Commission
Sprint
SRP -Salt River Project
St. Lucie West Services District
Suburban East Salem Water District
Suburban Natural Gas
Suddenlink
Suez Energy Resources NA
Suffolk County Water Authority - NY
Summit Township Water Authority
Sumter Electric Cooperative, Inc.,FL
Surewest
Sweetwater Authority
T Mobile
Tacoma Public Utilities
Taunton Municipal Lighting Plant (TMLP)
TDS Telecom
Teco Tampa Electric Company
Tennessee-American Water Company
Terrebonne Parish Consolidated Govt.
Texas Gas Service
The Illuminating Company
The Metropolitan District CT
The Torrington Water Company
Thoroughbred Village
Toledo Edison / 3638
Tombigbee Electric Power Assoc-Tupelo
Town of Apex, NC
Town of Aurelius - Water & Sewer, NY
Town of Burlington, MA
Town of Cary, NC
Town of Collierville, TN
Town of Cortlandt, NY
Town of Danvers, MA-Electric Division
Town of Dartmouth, MA
Town of Foxborough, MA
Town of Gilbert, AZ
Town of Hanover, MA-Tax Collector
Town of Manchester, CT
Town of Natick, MA
Town of Plymouth, MA
Town of Queen Creek Water, AZ
Town of Salem, NH
Town of Schererville, IN
Town of Vestal, NY - Utility Fund
Town of Victor, NY
Town of Wallkill, NY
Township of Freehold, NJ
Township of Livingston, NJ
Township of Roxbury, NJ
Township of Wayne, NJ
TPS

Tri-County Electric Cooperative/TX
Trinsic Spectrum Business
Truckee Meadows Water Authority, NV
Trumbull County Water & Sewer Dept.
Trussville Utilities Board, AL
Tucows Com
Tucson Electric Power Company
Tupelo Water & Light Dept
Turlock Irrigation District
TXU Energy/100001
Tylex Inc./TX
UGI Energy Services, Inc.
UGI Penn Natural Gas
United Illuminating Company
United Power
United Water Idaho
United Water New Jersey/Harrington Park
United Water Pennsylvania
Unitil Concord Electric Company/2013
USA Mobility
UTE Water Conservancy District
Utilities Inc. of Louisiana
Utility Billing Services-AR
Utility Payment Processing, Baton Rouge
Valencia Water Company,CA
VCCDD Utility
Vectren Energy Delivery/North 6248
Verizon (BA)
Verizon (GTE)
Verizon Online
Verizon Wireless
Vermont Gas Systems, Inc.
Village of Algonquin, IL
Village of Arlington Heights, IL
Village of Bedford Park, IL
Village of Bloomingdale, IL
Village of Downers Grove, IL
Village of Elmwood Park, IL
Village of Gurnee, IL
Village of Matteson, IL
Village of Niles, IL
Village of Norridge, IL
Village of Nyack Water Dept., NY
Village of Schaumburg, IL
Village of Wellington, FL
Virginia Natural Gas
Vista Irrigation District
Walnut Valley Water District
Walton EMC PO Box 1347/260
Warrington Township Water & Sewer Dept.
Washington Gas/9001036
Washington Suburban Sanitary Commission

Water Gas & Light Commission
Water Revenue Bureau, PA
WaterOne
WE Energies/Wisconsin Electric/Gas
West View Water Authority
West Virginia-American Water Company
Westar Energy/KPL
Western Allegheny County MUA
Western Massachusetts Electric/2959/2962
Westminster Finance - CO
Wilkinsburg-Penn Joint Water Authority
Williston Water Department
Willmut Gas Company
Windstream
Wisconsin Public Service Corp
Withlacoochee River Electric Cooperative
Wright-Hennepin Coop Electric
Xcel Energy:Southwestern Public Service
Yankee Gas Services
Youngstown Water Dept., OH

**Significant Real Property Leases (Landlords)**

Benderson Development Co
Cardinal Capital Partners
Circuit Investors #2 Ltd
Developers Diversified Realty Corp
Forest City Ratner Co
Immobilien Verwaltung Gmbh
Inland American Retail Management
Kamin Realty Co
Kimco Relaty Corp
Lucknow Associates
New Plan Excel Realty Trust
One Liberty Properties
Red Mountain Retail Group
Saunders Hotel Group
Simon Property Group
Terra Enterprises
Vornado Realty Trust
Weingarten Realty Investors
Wilmington Trust Co

## Rejected Real Property Leases (Landlords)

| |
|---|
| 120 ORCHARD LLC |
| 44 North Properties, LLC |
| 5035 Associates, L.P. |
| Alliance - Rocky Mount, L.L.C. |
| Almonesson Associates, L.P. |
| AR Investments, L.P. |
| Barbara L. Goldsmith |
| BARD, ERVIN & SUZANNE BARD |
| Bc Portland Partners, Inc. |
| BOND C.C. IV DELAWARE BUSINESS TRUST |
| BPP-MUNCY L.L.C. |
| Bpp-Wb, L.L.C. |
| BY-PASS DEVELOPMENT COMPANY LLC |
| Carrollton Arms |
| CC - INVESTORS 1996-1 |
| CC - Investors 1996-17 |
| Cc Colonial Trust |
| CC EAST LANSING 98, L.L.C. |
| CC FT. SMITH INVESTORS 1998, LLC |
| CC GREEN BAY 98, LLC |
| CC HARPER WOODS 98, LLC |
| Cc Indianapolis, LLC |
| CC INVESTORS 1995-3 |
| Cc Jackson 98 LLC |
| Cci Trust 1994-I; Lloyd Draper - Trustee |
| Cci Trust 1994-I; Lloyd Draper - Trustee |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| Cc-Investors 1997-2 |
| CHALEK COMPANY LLC |
| Charlotte (Archdale) Uy LLC |
| Chehalis Hawaii Partners, LLC |
| Circuit Distribution - Illinois |
| Circuit IL Corporation |
| Circuit Investers #2 Ltd. |
| Circuit Investors #2 Ltd. |
| CIRCUIT OKLA PROPERTY INVESTOR |
| Circuit Tax Property Investors L.P. |
| CK RICHMOND BUSINESS SERVICES #2, L.L.C. |
| CLAY TERRACE PARTNERS, LLC |
| Cole Cc Kennesaw GA, LLC |
| DANIEL G. KAMIN ELMWOOD PARK LLC |
| DDR Highland Grove LLC |
| DDRTC MCFARLAND PLAZA LLC |
| Ddrtc McFarland Plaza, LLC |
| Developers Diversified Realty Corperation |
| DMC Properties, Inc. |
| DRURY LAND DEVELOPMENT, INC. |
| E&A NORTHEAST LIMITED PARTNERSHIP |
| Fairfax Court Lp |
| Feil, Dba - F&M Properties, Louis |

| |
|---|
| FOGG-SNOWVILLE, L.L.C. |
| GALILEO CMBS T2 NC LP |
| GALLERIA PLAZA, LTD. |
| Greater Orlando Aviation Auth. |
| GUNNING INVESTMENTS, LLC |
| Harold and Lucille Chaffee Trust |
| Hayden Meadows Jv |
| Hkk Investments |
| Hollingsworth Capital Partners - Intermodal, LLC |
| HRI/LUTHERVILLE STATION, LLC |
| Inland Us Management, LLC |
| Kc Benjamin Realty LLC |
| Kimco PkLLC |
| KIR ARBORETUM CROSSING L.P. |
| Kolo Enterprises |
| Kroustalis Investments |
| Leben, Robert L. &  Mary C. |
| LESTER DEVELOPMENT CORPORATION |
| Lexington Lion Weston I  LP |
| MELVILLE WALTON HONE TRUSTEE OF HONE FAMILY |
| MID-AMERICA ASSET MANAGEMENT |
| Millstein Industries,LLC |
| Montevideo Investments, LLC |
| MONTGOMERY TOWNE CENTER STATION, INC |
| MR KEENE MILL 1 LLC |
| Oates, Marvin L. |
| Olp 6609 Grand LLC |
| Pacific Castle Groves LLC |
| Paige Exchange Corp. |
| Parkdale Village LP |
| Point West Investors II |
| PR BEAVER VALLEY L.P. |
| Provo Group, The, As Agent For |
| Remount Road Associates, L.P. |
| RIVERGATE STATION SHOPPING CENTER LP |
| RREEF AMERICA REIT II CORP VVV |
| Rvip Valley Central LP |
| SCC SAN ANGELO PARTNERS, LTD |
| Silverstein - Trustee, Raymond |
| Sonnet Investments, LLC |
| SOUTH SHIELDS #1 LTD. |
| Southland Investors, L.P. |
| Southwind Ltd. |
| SPG TENNESSEE, L.P. |
| STATION LANDING, LLC |
| STOP & SHOP SUPERMARKET COMPANY, LLC |
| Sullivan Crosby Trust |
| Tam Stockton, LLC |
| TEPLIS, NATHAN; DR. PAUL TEPLIS; MRS. BELLE TEPLIS; FRANK & |
| URBANCAL OAKLAND II LLC |
| WATER TOWER SQUARE, L.P. |

| |
|---|
| Watkins Houston Investments, L.P. |
| WAYSIDE COMMONS INVESTORS LLC |
| WEC 96D Niles Investment |
| WEC 97G-Syracuse Investment Trust |
| WHITESTONE REIT |

## Other Real Property Leases (Landlords)

| |
|---|
| 1030 W. NORTH AVENUE BLDG., LLC |
| 120 ORCHARD LLC |
| 1251 FOURTH STREET INVESTORS, LLC |
| 13630 VICTORY BOULEVARD LLC |
| 1890 RANCH, LTD |
| 1965 RETAIL LLC |
| 19TH STREET INVESTORS, INC. |
| 36 MONMOUTH PLAZA LLC |
| 3725 AIRPORT BOULEVARD, LP |
| 380 TOWNE CROSSING, LP |
| 4 NEWBURY DANVERS LLC |
| 44 NORTH PROPERTIES, LLC |
| 444 CONNECTICUT AVENUE LLC |
| 502-12 86TH STREET, LLC |
| 5035 ASSOCIATES, L.P. |
| 601 PLAZA, L.L.C. |
| 610 & SAN FELIPE, INC. |
| 680 S. LEMON AVENUE COMPANY LLC |
| 700 JEFFERSON ROAD II, LLC |
| A.D.D. HOLDINGS, L.P. |
| AAC CROSS COUNTY LEASEHOLD OWNER, LLC |
| ABERCORN COMMON, LLLP |
| ABRAMS WILLOWBROOK THREE LP |
| ACADIA REALTY LIMITED PARTNERSHIP |
| ACCENT HOMES, INC |
| ACPG MANAGEMENT, LLC |
| ADVANCE REAL ESTATE MANAGEMENT, LLC |
| AGREE LIMITED PARTNERSHIP |
| AIG BAKER DEPTFORD, L.L.C. |
| AIG BAKER HOOVER, L.L.C. |
| ALAMEDA ASSOCIATES |
| ALEXANDER'S OF REGO PARK CENTER, INC. |
| ALEXANDRIA MAIN MALL LLC |
| ALLIANCE - ROCKY MOUNT, L.L.C. |
| ALMADEN PLAZA SHOPPING CENTER, INC. |
| ALMEDA-ROWLETT RETAIL LP |
| ALMONESSON ASSOCIATES, L.P. |
| |
| ALTAMONTE SPRINGS REAL ESTATE ASSOCIATES, LLC |
| AMARGOSA PALMDALE INVESTMENTS, LLC |
| AMB PROPERTY, L.P. |
| AMCAP ARBORLAND LLC |
| AMCAP NORTHPOINT LLC |
| AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO |
| AMERICAN NATIONAL INSURANCE COMPANY |
| AMHERST INDUSTRIES, INC. |
| AMLI LAND DEVELOPMENT- I, L.P. |
| AMMON PROPERTIES LC |
| AMREIT, TEXAS REAL ESTATE INVESTMENT TRUST |
| AR INVESTMENTS, L.P. |

ARBORETUM OF SOUTH BARRINGTON LLC
ARDMORE DEVELOPMENT AUTHORITY
ARGYLE FOREST RETAIL I, LLC
ARHO LIMITED PARTNERSHIP
ARROWHEAD NET LEASE, LP

ARUNDEL MILLS MARKETPLACE LIMITED PARTNERSHIP
ATLANTIC CENTER FORT GREENE ASSOCIATES, L.P.
AVENUE FORSYTH LLC
AVR CPC ASSOCIATES, LLC
AWE-OCALA, LTD.
BAINBRIDGE SHOPPING CENTER II LLC
BAKER NATICK PROMENADE LLC
BARBARA L. GOLDSMITH
BARBERIO, JANET
BARD, ERVIN & SUZANNE BARD
BARD, ERVIN & SUZANNE BARD
BARNES AND POWERS NORTH LLC
BASILE LIMITED LIABILITY COMPANY
BASSER - KAUFMAN 222, LLC
BASSER-KAUFMAN INC.
BATTLEFIELD FE LIMITED PARTNERSHIP
BBD ROSEDALE, LLC
BB-LINCOLN-US-PROPERTIES, L.P.
BC PORTLAND PARTNERS, INC.
BEAR VALLEY ROAD PARTNERS LLC & MLANTZ LLC
BECKER INVESTMENT COMPANY
BECKER TRUST, LLC
BEDFORD PARK PROPERTIES, L.L.C.
BEL AIR SQUARE LLC
BELLA TERRA ASSOCIATES LLC
BENDERSON PROPERTIES & DONALD ROBINSON
BENDERSON PROPERTIES INC/WRI ASSOCIATES LTD
BENENSON COLUMBUS - OH TRUST
BERKSHIRE WEST
BERKSHIRE-AMHERST, LLC
BERKSHIRE-HYANNIS, LLC
BFLO-WATERFORD ASSOCIATES, LLC
BFW/PIKE ASSOCIATES, LLC
BG WALKER, LLC
BK PROPERTIES LP
BLANK ASCHKENASY PROPERTIES, LLC
BLDG RETAIL 2007 LLC & NETARC LLC
BL-NTV I, LLC
BOISE TOWNE PLAZA LLC
BOND C. C. V DELAWARE BUSINESS TRUST
BOND C.C. II DELAWARE BUSINESS TRUST
BOND C.C. III DELAWARE BUSINESS TRUST
BOND C.C. IV DELAWARE BUSINESS TRUST
BOND-CIRCUIT II DELAWARE BUSINESS TRUST
BOND-CIRCUIT IV DELAWARE BUSINESS TRUST
BOND-CIRCUIT IX DELAWARE BUSINESS TRUST

BOND-CIRCUIT V DELAWARE BUSINESS TRUST
BOND-CIRCUIT VIII DELAWARE BUSINESS TRUST
BOND-CIRCUIT X DELAWARE BUSINESS TRUST
BOND-CIRCUIT XI DELAWARE BUSINESS TRUST
BOULEVARD ASSOCIATES
BOULEVARD NORTH ASSOCIATES, L.P.
BOYER LAKE POINTE, LC
BPP-CONN LLC
BPP-MUNCY L.L.C.
BPP-NY L.L.C.
BPP-OH LLC
BPP-REDDING LLC
BPP-SC LLC
BPP-VA, L.L.C.
BPP-WB, L.L.C.
BRANDYWINE GRANDE C, LP
BRE/LOUIS JOLIET, LLC

BRIANTREE PROPERTY ASSOC LIMITED PARTNERSHIP
BRICK 70, LLC
BRIGHTON COMMERCIAL, LLC
BROADACRE SOUTH LLC
BROADSTONE CROSSING LLC
BT BLOOMINGTON LLC
BURBANK MALL ASSOCIATES, LLC
BY-PASS DEVELOPMENT COMPANY LLC
C.C. HAMBURG NY PARTNERS, LLC
C.J.M. MANAGEMENT COMPANY
CA NEW PLAN ASSET PARTNERSHIP IV, LLP
CAFARO GOVERNORS SQUARE PARTNERSHIP
CAMELBACK CENTER PROPERTIES
CAMERON GROUP ASSOCIATES, LLP
CAMPBELL PROPERTIES L.P.
CAP BRUNSWICK, LLC
CAPARRA CENTER ASSOCIATES, S.E.
CAPITAL CENTRE, LLC
CARDINAL COURT, LLC
CARLYLE-CYPRESS TUSCALOOSA I, LLC
CAROUSEL CENTER COMPANY, L.P.
CARRIAGE CROSSING MARKET PLACE, LLC
CARROLLTON ARMS
CATELLUS DEVELOPMENT CORPORATION
CATELLUS OPERATING LP
CBC - WILBUR PROPERTIES
CBL TERRACE LIMITED PARTNERSHIP
CC - INVESTORS 1995-6
CC - INVESTORS 1996-1
CC - INVESTORS 1996-12
CC - INVESTORS 1996-17
CC - INVESTORS 1996-3
CC BRANDYWINE INVESTORS 1998, LLC
CC COLONIAL TRUST

| |
|---|
| CC COUNTRYSIDE 98 LLC |
| CC EAST LANSING 98, L.L.C. |
| CC FREDERICK 98, L.L.C. |
| CC FT. SMITH INVESTORS 1998, LLC |
| CC GRAND JUNCTION INVESTORS 1998, LLC |
| CC GREEN BAY 98, LLC |
| CC HARPER WOODS 98, LLC |
| CC INDEPENDENCE, LLC |
| CC INDIANAPOLIS 98, L.L.C. |
| CC INVESTORS 1995-1 |
| CC INVESTORS 1995-2 |
| CC INVESTORS 1995-3 |
| CC INVESTORS 1995-5 |
| CC INVESTORS 1996-10 |
| CC INVESTORS 1996-14 |
| CC JACKSON 98 LLC |
| CC KINGSPORT 98, LLC |
| CC LA QUINTA LLC |
| CC LAFAYETTE, LLC |
| CC MADISON, LLC |
| CC MERRILLVILLE TRUST |
| CC PHILADELPHIA 98, L.L.C. |
| CC RIDGELAND 98 L.L.C. |
| CC ROSEVILLE, LLC |
| CC SPRINGS, LLC |
| CC WICHITA FALLS 98 TRUST |
| CCC REALTY, LLC |
| CCDC MARION PORTFOLIO, L.P. |
| CCI LOUISIANA TRUST |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CCI TRUST 1994-I; LLOYD DRAPER - TRUSTEE |
| CC-INVESTORS 1996-6 |
| CC-INVESTORS 1996-7 |
| CC-INVESTORS 1997-10 |
| CC-INVESTORS 1997-12 |
| CC-INVESTORS 1997-2 |
| CC-INVESTORS 1997-3 |
| CC-INVESTORS 1997-4 |
| CC-VIRGINIA BEACH, LLC |
| CDB FALCON SUNLAND PLAZA LP |
| CEDAR DEVELOPMENT, LTD |
| CENTENNIAL HOLDINGS LLC |
| CENTRAL INVESTMENTS, LLC |
| CENTRAL PARK 1226, LLC |
| CENTRAL PARK PROPERTY OWNERS ASSOCIATION |
| CENTRO BRADLEY SPE 7 LLC |
| CENTRO HERITAGE COUNTY LINE LLC |

CENTRO HERITAGE INNES STREET LLC
CENTRO HERITAGE UC GREENVILLE LLC
CENTRO PROPERTIES GROUP
CENTRO WATT
CENTRO WATT OPERATING PARTNERSHIP 2, LLC
CENTRO WATT PROPERTY OWNER I, LLC
CENTURY PLAZA DEVELOPMENT CORPORATION
CERMAK PLAZA ASSOCIATES, LLC
CFH REALTY III/SUNSET VALLEY LP
CHALEK COMPANY LLC
CHAMBERSBURG CROSSING, LP
CHANDLER GATEWAY PARTNERS, LLC
CHAPEL HILLS - WEST LLC
CHAPMAN AND MAIN CENTER
CHARBONNET FAMILY LTD ET ALS, THE
CHARLOTTE (ARCHDALE) UY, LLC
CHEHALIS HAWAII PARTNERS, LLC
CHICO CROSSROADS LP
CHINO SOUTH RETAIL PG LLC
CHK, LLC
CIM/BIRCH ST., INC.
CIRCUIT DISTRIBUTION - ILLINOIS
CIRCUIT IL CORPORATION
CIRCUIT INVESTORS - FAIRFIELD, L.P.
CIRCUIT INVESTORS - VERNON HILLS, L.P.
CIRCUIT INVESTORS - YORKTOWN, L.P.
CIRCUIT INVESTORS #2 LTD.
CIRCUIT INVESTORS #2 LTD.
CIRCUIT INVESTORS #2 LTD.
CIRCUIT INVESTORS #2 LTD.
CIRCUIT INVESTORS #2 LTD.
CIRCUIT INVESTORS #2 LTD.
CIRCUIT INVESTORS #3, L.P.
CIRCUIT INVESTORS #4 - THOUSAND OAKS, LP
CIRCUIT OKLA PROPERTY INVESTOR
CIRCUIT PA CORPORATION
CIRCUIT SPORTS, L.P.
CIRCUIT TEX PROPERTY INVESTORS L.P.
CIRCUITVILLE LLC
CITRUS PARK CC LLC
CITY VIEW CENTER, LLC
CK RICHMOND BUSINESS SERVICES #2, L.L.C.
CLAIREMONT SQUARE
CLAY TERRACE PARTNERS, LLC
CLEVELAND TOWNE CENTER LLC
COASTAL WAY, LLC
COBB CORNERS II, L. P.
COFAL PARTNERS, L.P.
COHAB REALTY LLC
COLDWATER DEVELOPMENT, L.L.C
COLE CC AURORA CO, LLC
COLE CC GROVELAND FL, LLC

COLE CC KENNESAW GA, LLC
COLE CC MESQUITE TX, LLC
COLE CC TAUNTON MA, LLC
COLONIAL HEIGHTS HOLDING, LLC
COLONIAL HEIGHTS LAND ASSOCIATION
COLONIAL SQUARE ASSOCIATES, LLC
COLONNADE, LLC
COLONY PLACE PLAZA, LLC
COLUMBIA PLAZA SHOPPING CENTER VENTURE
COMMUNITY CENTERS ONE LLC

COMPTON COMMERCIAL REDEVELOPMENT COMPANY
CONCAR ENTERPRISES, INC.
CONCORD MILLS LIMITED PARTNERSHIP
CONDAN ENTERPRISES, L.L.C.
CONGRESSIONAL NORTH ASSOCIATES LIMITED
PARTNERSHIP
CONTINENTAL 45 FUND LLC.
CONTINENTAL 64 FUND LLC
CORTLANDT B., L.L.C.
COSMO-EASTGATE, LTD
COTTONWOOD PHASE V LLC
COVENTRY II DDR BUENA PARK PLACE LP
COVENTRY II DDR MERRIAM VILLAGE LLC
COVINGTON LANSING ACQUISITION LLC
CP VENTURE TWO LLC
CP VENTURE TWO LLC
CRAIG-CLARKSVILLE TENNESSEE, LLC
CROSSPOINTE 08 A LLC
CROSSWAYS FINANCIAL ASSOCIATES, LLC
CROWN CC 1, LLC
CT RETAIL PROPERTIES FINANCE V LLC
CYPRESS/SPANISH FORT I, L.P.
DALY CITY PARTNERS I LP
DANIEL G. KAMIN BATON ROUGE LLC
DANIEL G. KAMIN BURLINGTON LLC
DANIEL G. KAMIN ELMWOOD PARK LLC
DANIEL G. KAMIN FLINT, LLC
DANIEL G. KAMIN MCALLEN LLC
DANIEL G. KAMIN, AN INDIVIDUAL AND HOWARD KADISH,
LLC
DARTMOUTH MARKETPLACE ASSOCIATES
DAYTON HUDSON CORPORATION ("TARGET")
DDR  SOUTHEAST LOISDALE, LLC
DDR CROSSROADS CENTER LLC
DDR FAMILY CENTERS LP
DDR HIGHLAND GROVE LLC
DDR HOMESTEAD LLC
DDR HORSEHEADS LLC
DDR MDT ASHEVILLE RIVER HILLS
DDR MDT FAIRFAX TOWNE CENTER LLC
DDR MDT GRANDVILLE MARKETPLACE LLC

| |
|---|
| DDR MDT MONACA TOWNSHIP MARKETPLACE LLC |
| DDR MDT UNION CONSUMER SQUARE, LLC |
| DDR MIAMI AVE LLC |
| DDR NORTE LLC, S.E. |
| DDR SOUTHEAST CARY L.L.C. |
| DDR SOUTHEAST CORTEZ, L.L.C. |
| DDR SOUTHEAST CULVER CITY DST |
| DDR SOUTHEAST DOTHAN OUTPARCEL, LLC |
| DDR SOUTHEAST HIGHLANDS RANCH, LLC |
| DDR SOUTHEAST OLYMPIA DST |
| DDR SOUTHEAST ROME LLC |
| DDR SOUTHEAST SNELLVILLE, LLC |
| DDR SOUTHEAST UNION, L.L.C. |
| DDR SOUTHEAST VERO BEACH, L.L.C. |
| DDR/1ST CAROLINA CROSSINGS SOUTH, LLC |
| DDRA ARROWHEAD CROSSING LLC |
| DDRM HILLTOP PLAZA LP |
| DDRM SKYVIEW PLAZA LLC |
| DDR-SAU GREENVILLE POINT, LLC |
| DDR-SAU WENDOVER PHASE II, LLC |
| DDRTC CC PLAZA LLC |
| DDRTC COLUMBIANA STATION I LLC |
| DDRTC CREEKS AT VIRGINIA CENTER LLC |
| DDRTC MCFARLAND PLAZA LLC |
| DDRTC MCFARLAND PLAZA, LLC |
| DDRTC NEWNAN PAVILION LLC |
| DDRTC SOUTHLAKE PAVILION LLC |
| DDRTC SYCAMORE COMMONS LLC |
| DDRTC T&C L.L.C. |
| DDRTC WALKS AT HIGHWOOD PRESERVE I LLC |
| DECATUR PLAZA I, LLC |
| DEERBROOK ANCHOR ACQUISITION LLC |
| DEMATTEO MANAGEMENT INC. |
| DENO P DIKEOU |
| DENTICI FAMILY LIMITED PARTNERSHIP |
| DERITO PAVILIONS 140 LLC |
| DESERT HOME COMMUNITIES OF OKLAHOMA, LLC |
| DEV LIMITED PARTNERSHIP |
| DEVELOPERS DEIVERSIFIED REALTY CORPORATION |
| DEVELOPERS DIVERSIFIED REALTY CORP. |
| DEVELOPERS DIVERSIFIED REALTY CORPORATION |
| DIAMOND SQUARE LLC |
| DICKER/WARMINGTON PROPERTIES |
| DICKER/WARMINGTON PROPERTIES |
| DICKER/WARMINGTON PROPERTIES |
| DICKER/WARMINGTON PROPERTIES |
| DIM VASTGOED, N.V. |
| DJD PARTNERS II |
| DMC PROPERTIES, INC. |
| DOLLINGER LOST HILLS ASSOCIATES |
| DONAHUE SCHRIBER REALTY GROUP, L.P |
| DOWEL CONSHOHOCKEN LLC |

| |
|---|
| DOWEL-ALLENTOWN, LLC |
| DREXEL DELAWARE TRUST |
| DRURY LAND DEVELOPMENT, INC. |
| DURHAM WESTGATE PLAZA INVESTORS, LLC. |
| E&A NORTHEAST LIMITED PARTNERSHIP |
| E&A NORTHEAST LIMITED PARTNERSHIP |
| EAGLERIDGE ASSOCIATES (PUEBLO) LLC |
| EAST GATE CENTER V, TENANTS IN COMMON |
| EASTCHASE MARKET CENTER, LLC |
| EASTLAND SHOPPING CENTER, LLC |
| EASTRIDGE SHOPPING CENTER L.L.C. |
| EEL MCKEE LLC |
| EKLECCO NEWCO LLC |
| ELPF SLIDELL, LLC |
| EMPORIUM ON LBJ OWNERS ASSOCIATION |
| ENCINITAS PFA, LLC |
| ENID TWO, L.L.C. |
| ERP OF MIDWAY, LLC |
| ESTATE OF JOSEPH Y. EINBINDER |
| EVANSVILLE DEVELOPERS LLC, G.B. |
| EVERGREEN MCDOWELL AND PEBBLE CREEK LLC |
| EXCEL REALTY PARTNERS, L.P. |
| EXCEL REALTY PARTNERS, L.P. |
| EXCEL WESTMINSTER MARKETPLACE, INC. |
| F.R.O., L.L.C. IX |
| FABER BROS., INC |
| FAIRFAX COURT LP |
| FAIRVIEW HEIGHTS INVESTORS, LLC |
| FAIRWAY CENTRE ASSOCIATES, L.P. |
| FARMINGDALE-GROCERY, LLC |
| FAYETTEVILLE DEVELOPERS LLC |
| FC JANES PARK, LLC |
| FC RICHMOND ASSOCIATES, L.P. |
| FC TREECO COLUMBIA PARK, LLC |
| FC WOODBRIDGE CROSSING, LLC |
| FEDERAL REALTY INVESTMENT TRUST |
| FEDERAL REALTY INVESTMENT TRUST |
| FEIL, DBA - F&M PROPERTIES, LOUIS |
| FGLP COMPANY |
| FINGERLAKES CROSSING, LLC |
| FIRECREEK CROSSING OF RENO LLC |
| FIRST BERKSHIRE PROPERTIES, LLC |
| FJL MVP LLC |
| FLINTLOCK NORTHRIDGE LLC |
| FOGG-SNOWVILLE, L.L.C. |
| FOOTHILL BUSINESS ASSOCIATION |
| FOOTHILL PACIFIC TOWNE CENTER |
| FORECAST DANBURY LIMITED PARTNERSHIP |
| FOREST CITY COMMERCIAL GROUP, LLC |
| FOURELS INVESTMENT COMPANY, THE |
| FR/CAL GOULDSBORO PROPERTY HOLDING L.P. |
| FRIEDLAND, LAWRENCE AND MELVIN |

| |
|---|
| FW CA BREA MARKETPLACE LLC |
| G&S LIVINGSTON REALTY, INC. |
| GAINESVILLE OUTDOOR ADVERTISING, INC. |
| GALILEO APOLLO II SUB, LLC |
| GALILEO CMBS T2 NC LP |
| GALILEO FRESHWATER/STATELINE, LLC |
| GALILEO NORTHEAST, LLC |
| GALLERIA PARTNERSHIP |
| GALLERIA PLAZA, LTD. |
| GARDEN CITY CENTER |
| GATEWAY CENTER PROPERTIES III, LLC |
| GATEWAY COMPANY LLC |
| GATEWAY WOODSIDE, INC. |
| GC ACQUISITION CORPORATION |
| GEENEN DEKOCK PROPERTIES, L.L.C. |
| |
| GENERATION H ONE AND TWO LIMITED PARTNERSHIP |
| GGP MALL OF LOUISIANA, LP |
| GGP-STEEPLEGATE, INC. |
| GLADWYNE INVESTORS, L.P. |
| GLENMOOR LIMITED PARTNERSHIP |
| GMS GOLDEN VALLEY RANCH LLC |
| GOODMILL, LLC |
| GOULD LIVERMORE LLC |
| GRAND HUNT CENTER OEA |
| GRAVOIS BLUFFS III, LLC |
| GRE GROVE STREET ONE, LLC |
| GRE VISTA RIDGE LP |
| GREATER ORLANDO AVIATION AUTH. |
| GREECE RIDGE, LLC |
| GREELEY SHOPPING CENTER, LLC |
| GREEN 521 5TH AVENUE, LLC |
| GREEN ACRES MALL, LLC |
| GREENBACK ASSOCIATES |
| GREENWOOD POINT LP |
| GRI-EQY (SPARKLEBERRY SQUARE) LLC |
| GS ERIE LLC |
| GS II BROOK HIGHLAND LLC |
| GUNNING INVESTMENTS, LLC |
| HALLAIAN BROTHERS |
| HAMILTON CHASE SANTA MARIA LLC |
| HAMILTON CROSSING I L.L.C. |
| HAMPDEN COMMONS CONDOMINIUM ASSOCIATION |
| HANNON RANCHES LTD |
| HANSON INDUSTRIES, INC. |
| HAROLD AND LUCILLE CHAFFEE TRUST |
| HART KINGS CROSSING, LLC |
| HARTMAN 1995 OHIO PROPERTY TRUST |
| HARVEST/NPE LP |
| HAYDEN MEADOWS JV |
| HAYWARD 880, LLC |
| HERITAGE PROPERTY INVESTMENT LP |

| |
|---|
| HERITAGE-LAKES CROSSING, LLC |
| HICKORY HOLLOW DEVELOPMENT INC. |
| HICKORY RIDGE PAVILION LLC |
| HIGHLANDS RANCH COMMUNITY ASSOCIATION |
| HIP STEPHANIE, LLC |
| HK NEW PLAN COVERED SUN, LLC |
| HK NEW PLAN EPR PROPERTY HOLDINGS LLC. |
| HK NEW PLAN EXCHANGE PROPERTY OWNER II, LP |
| HKK INVESTMENTS |
| HOLLINGSWORTH CAPITAL PARTNERS - INTERMODAL, LLC |
| HOLYOKE CROSSING LIMITED PARTNERSHIP II |
| HOME DEPOT U.S.A. |
| HOME DEPOT U.S.A., INC. |
| HOME DEPOT, THE |
| HOPROCK LIMONITE LLC |
| HOWLAND COMMONS PARTNERSHIP |
| HRI/LUTHERVILLE STATION, LLC |
| HUDSON REALTY TRUST, HERSOM REALTY TRUST LORIMAR REALTY TRUS |
| HUNTINGTON MALL COMPANY |
| HV COVINGTON, LLC |
| HWR KENNESAW, LLC |
| I-10/BUNKER HILL ASSOCIATES, L.P. |
| I-93 SOMERVILLE LLC |
| IANNUCCI DEVELOPMENT CORPORATION |
| INDIAN RIVER MALL |
| INLAND AMERICAN CHESAPEAKE CROSSROADS LLC |
| INLAND AMERICAN OKLAHOMA CITY PENN, LLC |
| INLAND COMMERCIAL PROPERTY MANAGEMENT, INC. |
| INLAND US MANAGEMENT, LLC |
| INLAND US MANAGEMENT, LLC |
| INLAND WESTERN AUSTIN SOUTHPARK MEADOWS II LTD PARTNERSHIP |
| INLAND WESTERN CEDAR HILL PLEASANT RUN LP |
| INLAND WESTERN COLLEGE STATION GATEWAY II, LP |
| INLAND WESTERN COLUMBUS CLIFTY, LLC |
| INLAND WESTERN HOUMA MAGNOLIA, LLC |
| INLAND WESTERN LAKE WORTH TOWNE CROSSING |
| INLAND WESTERN LEWISVILLE LAKEPOINTE LTD PTRSP |
| INLAND WESTERN MCDOWELL LLC |
| INLAND WESTERN OSWEGO GERRY CENTENNIAL, LLC |
| INLAND WESTERN RICHMOND MAYLAND, LLC |
| INLAND WESTERN SAN ANTONIO HQ LTD PARNERSHIP |
| INLAND WESTERN SOUTHLAKE CORNERS, LP |
| INLAND WESTERN SUGAR LAND COLONY LP |
| INLAND WESTERN TEMECULA COMMONS LLC |

INLAND WESTERN WEST MIFFLIN CENTURY III DST
INTERGRATED REAL ESTATE SERVICES LLC
INTERNATIONAL SPEEDWAY SQUARE, LTD
INTERSTATE AUGUSTA PROPERTIES, LLC
INVESTORS BROKERAGE, INC.
IRISH HILLS PLAZA WEST II LLC
IRVINE COMPANY LLC, THE
IRVING HARLEM VENTURE, LIMITED PARTNERSHIP
J&F ENTERPRISES
JAFFE OF WESTON II INC.
JANAF CROSSINGS, LLC
JANTZEN DYNAMIC CORPORATION
JEFFERSON MALL COMPANY II, LLC
JKCG, LLC
JOHNSON CITY CROSSING (DELAWARE)LLC
JOHNSTOWN ZAMIAS LP
JUBILEE-SPRINGDALE, LLC
JURUPA BOLINGBROOK, LLC
JWC/LOFTUS LLC
K&G/DEARBORN LLC.
KARNS REAL ESTATE HOLDINGS II, LLC
KATY MILLS MALL LIMITED PARTNERSHIP
KB COLUMBUS I-CC
KC BENJAMIN REALTY LLC
KELP - ATHENS LLC
KENDALL-77, LTD.
KENTUCKY OAKS MALL
K-GAM BROADWAY CRAYCROFT LLC
KIMCO ACADIANA 670 INC.
KIMCO ARBOR LAKES S.C., LLC
KIMCO PK LLC
KIMCO PK LLC
KIMCO REALTY CORPORATION
KIR AMARILLO L.P.
KIR ARBORETUM CROSSING L.P.
KIR AUGUSTA I 044, LLC
KIR PIERS 716 LLC
KITE CORAL SPRINGS, LLC
KNOXVILLE LEVCAL LLC
KNP INVESTMENTS
KOBRA PROPERTIES
KOLO ENTERPRISES
KRAMONT VESTAL MANAGEMENT LLC
KRG MARKET STREET VILLAGE LP
KROUSTALIS INVESTMENTS
KRUPP EQUITY LIMITED PARTNERSHIP
KSK SCOTTSDALE MALL, L.P.
L. MASON CAPITANI PROPETY & ASSET MGMT. INC
LA CIENEGA-SAWYER, LTD.
LA FRONTERA VILLAGE, L.P.
LA HABRA IMPERIAL LLC
LANDING AT ARBOR PLACE L.P., THE

LANDINGS MANAGEMENT ASSOC.
LANDMAN, DEBORAH, ELI LANDMAN, ZOLTAN SCHWARTZ & ANNA SCHWAR
LAREDO/MDN II LIMITED PARTNERSHIP
LARRY J. RIETZ, MP, LLC

LAS VEGAS LAND AND DEVELOPMENT COMPANY LLC
LB COMMERCIAL MORTGAGE TRUST SERIES 1998 C1
LC WHITE PLAINS RETAIL, L.L.C.
LEA COMPANY
LEAGUE CITY TOWNE CENTER LTD
LEBEN, ROBERT L. &  MARY C.
LESTER DEVELOPMENT CORPORATION
LEXINGTON CORPORATE PROPERTIES, INC.
LEXINGTON LION WESTON I  LP
LINCOLN PLAZA ASSOCIATES, L.P.
LINDEN BUSINESS CENTER ASSOCIATION
LITTLE BRITAIN HOLDING, LLC
LOOP WEST, LLC
LOUIS JOLIET SHOPPINGTOWN L.P.
LUFKIN GKD PARTNERS, LP
M & M BERMAN ENTERPRISES
M & M BERMAN ENTERPRISES
M.I.A. BROOKHAVEN, LLC
MACERICH LAKEWOOD, LLC
MACERICH VINTAGE FAIRE, L.P.
MACY'S CENTRAL
MADISON WALDORF LLC
MAGNA TRUST COMPANY, TRUSTEE
MAIN STREET AT EXTON, L.P.
MALL AT GURNEE MILLS, LLC
MALL AT VALLE VISTA, LLC
MALL OF GEORGIA, LLC
MALLVIEW PLAZA COMPANY LIMITED
MANCO ABBOTT OEA INC
MANSFIELD SEQ 287 AND DEBBIE LTD.
MANTECA STADIUM PARK LP
MARCO PORTLAND GENERAL PARTNERSHIP
MARKET HEIGHTS, LTD
MARLTON VF, LLC
MASS ONE LLC
MAYFAIR - MDCC BUSINESS TRUST
MAYFAIR - MDCC BUSINESS TRUST
MAYFAIR - MDCC BUSINESS TRUST
MB FABYAN RANDALL PLAZA BATAVIA, LLC
MB KEENE MONADNOCK, L.L.C.
MCALISTER SQUARE PARTNERS LTD
MD-GSI ASSOCIATES, L.L.C.
MDS REALTY II, LLC
MEACHAM BUSINESS CENTER, L.L.C.
MEADOWBROOK VILLAGE LIMITED PARTNERSHIP
MELBOURNE-JCP ASSOCIATES, LTD

MELVILLE WALTON HONE TRUSTEE OF HONE FAMILY
MEMORIAL SQUARE 1031, LLC
MERIDIAN VILLAGE, LLC
METRO CENTER LLC
MEYERLAND PLAZA (DE) LLC
MHW WARNER ROBINS, LLC
MIBAREV DEVELOPMENT I LLC
MID AMERICA ASSET MGT.
MID US LLC
MID-AMERICA ASSET MANAGEMENT
MILFORD CROSSING INVESTORS LLC
MILLMAN 2000 CHARITABLE TRUST
MILLSTEIN INDUSTRIES, L.L.C.
MK KONA COMMONS LLC
MOBILE KPT LLC
MONROVIA MARKETPLACE LLC
MONTCLAIR PLAZA LLC
MONTE VISTA CROSSINGS, LLC
MONTEVIDEO INVESTMENTS, LLC
MONTGOMERY TOWNE CENTER STATION, INC
MORGAN HILL RETAIL VENTURE LP
MORRIS BETHLEHEM ASSOCIATES, L.P.
MORRISON CROSSING SHOPPING CENTER
MOUNT BERRY SQUARE LLC
MR KEENE MILL 1 LLC
MSF EASTGATE-I, LLC
MYRTLE BEACH FARMS COMPANY, INC.
NAP NORTHPOINT LLC
NATIONAL RETAIL PROPERTIES INC.
NATIONAL RETAIL PROPERTIES, INC.
NATIONAL RETAIL PROPERTIES, INC.
NATIONAL RETAIL PROPERTIES, LP
NAZARIO FAMILY PARTNERSHIP
NeCROSSGATES COMMONS NEWCO, LLC
NEVADA INVESTMENT HOLDINGS, INC.
NEW PLAN OF MEMPHIS COMMONS, LLC
NEW RIVER PROPERTIES
NMC STRATFORD LLC
NORTH ATTLEBORO MARKETPLACE II, L.L.C.
NORTH HILL CENTRE, LLC
NORTH PLAINFIELD VF LLC
NORTHCLIFF RESIDUAL PARCEL 4 LLC
NORTHERN TRUST BANK OF CALIFORNIA N.A.
NORTHWOODS L.P.
NOVOGRODER/ABILENE, LLC
NP HUNTSVILLE LIMITED LIAB CO
NP I&G CONYERS CROSSROADS, LLC
NP/SSP BAYBROOK, L.L.C.
NPP DEVELOPMENT, LLC
OAK HOLLOW MALL
OATES, MARVIN L.
OLP 6609 GRAND LLC

| |
|---|
| OLP CC FERGUSON LLC |
| OLP CC FLORENCE LLC |
| OLP CCANTIOCH LLC |
| OLP CCFAIRVIEW HEIGHTS, LLC |
| OLP CCST.LOUIS LLC |
| ORANGEFAIR MARKETPLACE, LLC |
| ORION ALLIANCE GROUP, LLC |
| ORLAND TOWN CENTER SHOPPING CENTER |
| OTR |
| P L MESA PAVILIONS LLC |
| P/A ACADIA PELHAM MANOR, LLC |
| PA 73 SOUTH ASSOCIATION |
| PACE-BRENTWOOD PARTNERS, L.L.C |
| PACIFIC CARMEL MOUNTAIN HOLDINGS LP |
| PACIFIC CASTLE GROVES LLC |
| PACIFIC HARBOR EQUITIES  LTD LIABILITY CO |
| PACIFIC/YOUNGMAN-WOODLAND HILLS |
| PAIGE EXCHANGE CORP. |
| PALM SPRINGS MILE ASSOCIATES, LTD. |
| PALMETTO INVESTORS, LLC |
| PAN AM EQUITIES, INC. |
| PANATTONI DEVELOPMENT CO., LLC |
| PANATTONI DEVELOPMENT COMPANY LLC |
| PAPPAS GATEWAY LP |
| PARKDALE MALL ASSOCIATES LP |
| PARKDALE VILLAGE LP |
| PARKER BULLSEYE LLC |
| PARKER CENTRAL PLAZA, LTD. |
| PARKS AT ARLINGTON LP |
| PARKSIDE REALTY ASSOCIATES, L.P. |
| PARKWAY CENTRE EAST, LLC |
| PARKWAY PLAZA LLC |
| PARKWAY TERRACE PROPERTIES, INC. |
| PASKIN, MARC |
| PLANTATION POINT DEVELOPMENT, LLC |
| PLAZA AT JORDAN LANDING LLC |
| PLAZA LAS AMERICAS, INC |
| PLAZA LAS PALMAS, LLC |
| PLAZAMILL LIMITED PARTNERSHP |
| PLYMOUTH MARKETPLACE CONDOMINIUM ASSOC., INC. |
| POINT WEST INVESTORS II |
| POLARIS CIRCUIT CITY LLC |
| POND ROAD ASSOCIATES |
| PORT ARTHUR HOLDINGS III, LTD. |
| POTOMAC FESTIVAL II |
| POTOMAC RUN, LLC |
| PR BEAVER VALLEY L.P. |
| PRATTCENTER, LLC |
| PREIT SERVICES, LLC |
| PRGL PAXTON, L.P. |
| PRINCE GEORGE'S STATION RETAIL, LLC |

PRINCIPAL REAL ESTATE HOLDING CO., LLC

PRISCILLA J. RIETZ, L.L.C.

PROMVENTURE L.P.

PROPERTY MANAGEMENT SUPPORT INC

PROVO GROUP, THE, AS AGENT FOR

PRU DESERT CROSSING V, LLC

PRUDENTIAL INSURANCE COMPANY OF AMERICA, THE

PUENTE HILLS MALL LC

PURI L.L.C., SUNIL

RAMCO WEST OAKS I LLC

RAMCO-GERSHENSON PROPERTIES, LP

RANCON REALTY FUND IV SUBSIDIARY LLC

RAY MUCCI'S, INC.

RAYMOND AND MAIN RETAIL LLC

RB-3 ASSOCIATES

RD BLOOMFIELD ASSOCIATES LIMITED PARTNERSHIP

REALTY INCOME CORPORATION

REBS MUSKEGON,LLC PEIKAR MUSKEGON, LLC FARAM MUSKEGON, LLC

RED ROSE COMMONS CONDOMINIUM ASSOCIATION

REDTREE PROPERTIES, L.P.

REGENCY CENTERS LP

REGENCY CENTERS LP

REGENCY CENTERS, L.P.

REGENCY PETALUMA LLC

REIFF & GIVERTZ TEXAS PROP LLC

REMOUNT ROAD ASSOCIATES, L.P.

RICHLAND TOWN CENTRE, LLC

RICMAC EQUITIES CORP

RIO ASSOCIATES L.P.

RITZ MOTEL COMPANY

RIVERGATE STATION SHOPPING CENTER LP

RIVERSIDE TOWNE CENTER

RJ VENTURES LLC

RLV VILLAGE PLAZA LP

RLV VISTA PLAZA LP

ROCKWALL CROSSING, LTD

ROSSITER, RONALD D. & BARBARA M.

ROSSMOOR SHOPS LLC

ROUTE 146 MILLBURY LLC

RREEF AMERICA REIT II CORP VVV

RREEF AMERICA REIT II CORP. MM

RVIP VALLEY CENTRAL LP

SACCO OF MAINE, LLC

SAFEWAY INC.

SANGERTOWN SQUARE L.L.C.

SANTA ROSA TOWN CENTER LLC

SANTAN VILLAGE PHASE 2 LLC

SAUGUS PLAZA ASSOCIATES

SAUL HOLDINGS, L.P.

SAVE MART SUPERMARKETS

SCC SAN ANGELO PARTNERS, LTD
SCHIFFMAN, TODD I.
SCOTTSDALE/101 ASSOCIATES LLC
SEA PROPERTIES I, L.L.C.
SEBRING RETAIL ASSOCIATES, L.L.C.
SEEKONK EQUITIES INC
SELIG ENTERPRISES, INC.
SHELBY TOWN CENTER I, L.L.C.
SHELBYVILLE ROAD PLAZA LLC
SHERWOOD PROPERTIES, LLC
SHOPPES AT RIVER CROSSING, LLC
SHOPPES OF BEAVERCREEK, LLC
SHORT PUMP TOWN CENTER LLC
SIERRA LAKES MARKETPLACE LLC
SIERRA NORTH ASSOCIATES LIMITED PARTNERSHIP
SIGNAL HILL GATEWAY LLC
SIGNCO INC.
SILVERDALE K-FOUR
SILVERSTEIN - TRUSTEE, RAYMOND
SIMON DEBARTOLO GROUP, L.P.
SIMON PROP. GRP (IL) LP
SIMON PROPERTY GROUP (TEXAS), L.P.
SIMON PROPERTY GROUP TEXAS LP
SIMON PROPERTY GROUP, L.P.
SIMVEST REAL ESTATE II LLC
SINAY FAMILY LLC AND TRUST
SIR BARTON PLACE, LLC
SITE A LLC
SJ COLLINS ENTERPRISES, LLC GOODMAN
ENTERPRISES, LLC
SM NEWCO HATTIESBURG, LLC
SOMERVILLE SAGINAW LIMITED PARTNERSHIP
SONNET INVESTMENTS, LLC
SOUTH PADRE DRIVE L.P.
SOUTH SHIELDS #1 LTD.
SOUTHHAVEN CENTER II, LLC
SOUTHLAND ACQUISITIONS, LLC
SOUTHLAND CENTER INVESTORS, LLC
SOUTHLAND INVESTORS, L.P.
SOUTHROADS, LLC
SOUTHWESTERN ALBUQUERQUE, L.P.
SOUTHWIND LTD.
SPARKS GALLERIA INVESTORS, LLC
SPG ARBOR WALK, L.P.
SPG INDEPENDENCE CENTER LLC
SPG TENNESSEE, L.P.
SPITZER FAMILY INVESTMENTS, LLC
SPRING HILL DEVELOPMENT PARTNERS GP
ST INDIAN RIDGE LLC
ST LOUIS MILLS, LP
ST. CLOUD ASSOCIATES
ST. TAMMANY OAKS SUBDIVISION ASSOCIATION LLC

| |
|---|
| STAPLETON NORTH TOWN, LLC |
| STAR UNIVERSAL, L.L.C. |
| STATION LANDING, LLC |
| STOP & SHOP SUPERMARKET COMPANY, LLC |
| STOR-ALL NEW ORLEANS, L.L.C |
| SUEMAR REALTY, INC |
| SUEMAR REALTY, INC. |
| SULLIVAN CROSBY TRUST |
| SUNRISE PLANTATION PROPERTIES LLC |
| SWANBLOSSOM INVESTMENTS, LP |
| SWEDESFORD SHOPPING CENTER ACQUISITION, LLC |
| SWEETWATER ASSOCIATES LIMITED PARTNERSHIP |
| SWQ 35/FORUM, LTD |
| T AND T ENTERPRISES LP |
| TAFT CORNERS ASSOCIATES, INC. |
| TAM STOCKTON, LLC |
| TAMARACK VILLAGE SHOPPING CENTER, L.P. |
| TANGLEWOOD PARK, LLC |
| TANURB BURNSVILLE, LP |
| TARGET CORPORATION |
| TARGET STORES |
| TARGET STORES |
| TAUBMAN AUBURN HILLS ASSOCIATES LIMITED PARTNERSHIP |
| TAUNTON DEPOT LLC |
| TAYLOR RETAIL CENTER |
| TEACHERS INSURANCE & ANNUITY ASSOC.OF AMER. |
| TEAM RETAIL WESTBANK, LTD |
| TEN PRYOR STREET BUILDING, LTD. |
| TEPLIS, NATHAN; DR. PAUL TEPLIS; MRS. BELLE TEPLIS; FRANK & |
| TERRANOMICS CROSSROADS ASSOCIATES |
| THE CAFARO NORTHWEST PARTNERSHIP |
| THE CITY OF PORTFOLIO TIC, LLC |
| THE CITY OF PORTFOLIO TIC, LLC |
| THE HOME DEPOT, INC. |
| THE IRVINE COMPANY LLC |
| THE MACERICH COMPANY |
| THE MARKETPLACE OF ROCHESTER HILLS PARCEL B LLC |
| THE SHOPPES AT SCHERERVILLE, LLC |
| THE SHOPS AT KILDEER |
| THE VILLAGE AT RIVERGATE LP |
| THF CHESTERFIELD TWO DEVELOPMENT, LLC |
| THF CLARKSBURG DEVELOPMENT ONE |
| THF HARRISONBURG CROSSINGS, LLC |
| THF ONC DEVELOPMENT L.L.C. |
| |
| THF ST. CLAIRSVILLE PARCEL C.C. DEVELOPMENT, L.L.C. |
| THOROUGHBRED VILLAGE GP |
| TIS EQUITIES IX LLC |
| TKG COFFEE TREE LP |

TMW WELTFONDS ROLLING ACRES PLAZA
TORRANCE TOWNE CENTER ASSOCIATES, LLC
TORRINGTON TRIPLETS LLC
TOURBILLON CORPORATION
TOWER CENTER ASSOCIATES
TOWN SQUARE PLAZA
TOWSON VF LLC
TRAVERSE SQUARE COMPANY, LTD
TRC ASSOCIATES, LLC
TRIANGLE EQUITIES JUNCTION LLC

TROUT, SEGALL, DOYLE WINCHESTER PROPERTIES, LLC
TRUMBULL SHOPPING CENTER #2 LLC
TRUSTEES OF SALEM ROCKINGHAM, LLC
TSA STORES, INC.
TUP 430 COMPANY, LLC
TURNBERRY LAKES BUSINESS CENTER
TURTLE CREEK PARTNERS LLC
TUTWILER PROPERTIES LTD
TWIN PONDS DEVELOPMENT, L.L.C.
TYSONS 3, LLC
TYSONS CORNER HOLDINGS LLC
TYSONS CORNER HOLDINGS LLC
U.K. - AMERICAN PROPERTIES, INC.
U.S. 41 & I-285 COMPANY
UNCOMMON LTD.
URBANCAL OAKLAND II LLC
UTC I, LLC
VALENCIA MARKETPLACE I, LLC
VALLEY CORNERS SHOPPING CENTER LLC
VALLEY VIEW S.C., LLC
VAN NESS POST CENTER LLC
VENTURA IN MANHATTAN, INC.
VESTAR ARIZONA XXXI, LLC
VESTAR QCM LLC
VILLAGE SQUARE I
VILLAGE SQUARE I, L.P.
VILLAGE WALK RETAIL LP
VIWY, L.P.
VNO MUNDY STREET LLC
VNO TRU DALE MABRY, LLC
VORNADO CAGUAS LP
VORNADO FINANCE, L.L.C.
VORNADO GUN HILL ROAD L.L.C.
W&D - IMPERIAL NO. 1/NORWALK
W&S ASSOCIATES, L.P.
W/S STRATFORD, LLC
WACO INVESTMENT GROUP
WAL-MART STORES EAST, L.P.
WALTON HANOVER INVESTORS V, LLC
WALTON WHITNEY INVESTORS V, L.L.C.
WASHINGTON GREEN TIC

| |
|---|
| WASHINGTON PLACE ASSOCIATES, LP |
| WASHINGTON RE INVESTMENT TRUST |
| WATER TOWER SQUARE, L.P. |
| WATERCRESS ASSOCIATES, LP, LLLP |
| WATKINS HOUSTON INVESTMENTS, L.P. |
| WAYSIDE COMMONS INVESTORS LLC |
| WCC PROPERTIES LLC |
| WEA GATEWAY LLC |
| WEBERSTOWN MALL LLC |
| WEC 96D APPLETON-1 INVESTMENT TRUST |
| WEC 96D NILES INVESTMENT TRUST |
| WEC 96D SPRINGFIELD-1 INVESTMENT TRUST |
| WEC 97G-SYRACUSE INVESTMENT TRUST |
| WEC 99-3 LLC |
| WEC 99A-2 LLC |
| WEC99A-1 LLC |
| WEINGARTEN MILLER SHERIDAN LLC |
| WEINGARTEN NOSTAT, INC. |
| WEINGARTEN REALTY INVESTORS |
| WELSH COMPANIES, INC. |
| |
| WENDOVER SOUTH ASSOCIATES LIMITED PARTNERSHIP |
| WEST CAMPUS SQUARE L.P. |
| WEST OAKS MALL L.P. |
| WESTFORK OWNERS ASSOCIATION |
| WESTGATE VILLAGE, LLC |
| WESTLAKE LIMITED PARTNERSHIP |
| WHEATON PLAZA REGIONAL SHOPPING CENTER |
| WHITESTONE DEVELOPMENT PARTNERS A, LP |
| WHITESTONE REIT |
| WILLIAM P. BEATSON, JR. and JEROME B. TROUT, JR. |
| WILMINGTON TRUST COMPANY |
| WILMINGTON TRUST COMPANY |
| WINDSAIL PROPERTIES LLC |
| WMI/MPI BUSINESS TRUST |
| WMI/MPI BUSINESS TRUST |
| WOODLAND TRUSTEES, INC. |
| WOODLANDS CORPORATION, THE |
| WOODMONT SHERMAN, LP |
| WORLDWIDE PROPERTY MANAGEMENT, INC. |
| WRI  OVERTON PLAZA, LP |
| WRI CAMP CREEK MARKETPLACE II, LLC |
| WRI LAKESIDE MARKETPLACE, LLC |
| WRI SEMINOLE MARKETPLACE, LLC |
| WXIII/PWM REAL ESTATE LIMITED PARTNERSHIP |
| |
| |
| |
| |
| |
| |
| |

**Rejected Subleases (Tenants)**

| |
|---|
| ACADEMY ALLIANCE, LLC |
| AMERICAN COMPUTER DEVELOPMENT, INCORPORATED |
| Books A Million |
| DHL GLOBAL BUSINESS SERVICES |
| Dick's Sporting Goods, Inc. |
| DOLLAR TREE STORES, INC. |
| ENTERTAINMART-PRESTON RD, LLC |
| EYNON FURNITURE OUTLET, INC. |
| Fabri-Centers of America, Inc. |
| Food Lion, LLC |
| GE Transporation Systems |
| GOLFSMITH INTERNATIONAL, L.P. |
| Homans Associates, Inc. |
| Hughes MRO, LTD. |
| J. R. FURNITURE USA, INC. |
| K&G MEN'S COMPANY, INC. |
| La-Z-Boy Showcase Shoppes |
| MALL OF DECORATION, INC. |
| Mor Furniture For Less |
| MRV WANAMAKER, LC. |
| New Avenues Lease Ownership, LLC |
| NORTH SOUTH PARTNERS, LLC |
| Oklahoma Goodwill Industries, Inc. |
| PEAK PL HOLDINGS, LLC |
| POT LUCK ENTERPRISES, INC. |
| Quantum Fine Casework, Inc. |
| Remington Seeds, LLC |
| Restoration Ministries |
| SALOM SONS, INC. |
| Sam Ash Megastores, LLC |
| SKY BANK / THE HUNTINGTON NATIONAL BANK |
| TOPLINE APPLIANCE DEPOT, INC. |
| TOYS R US, INC. |
| TRADER JOE'S COMPANY |
| Waterbed Emporium of CA |
| WINCHESTER FUN EXPEDITION CORP |
| WIRED MANAGEMENT, LLC |
| Workforce Central Florida |

**Other Subleases (Tenants)**

| |
|---|
| $1.00 Stuff, Inc. |
| Adams Outdoor Advertising |
| Advance Auto Parts |
| American Outdoor Advertising |
| ARC INTERNATIONAL CORP. |
| AutoZone Northeast, Inc. |
| Baby Superstore, Inc. |
| Blockbuster, Inc. (12327-01) |
| Borders, Inc. |
| CARMAX BUSINESS SERVICES, LLC |
| CASTO |
| CEC Entertainment, Inc. #322 |
| Chapman & Main (Note Payment) |
| Charlie Brown's Steakhouse |
| Children's Discovery Centers of America |
| Circuit Sports, L.P. |
| Consolidated Stores Corp. dba Big Lots |
| Daniel and Deborah Schiavone |
| Dan's Big & Tall Shop, Inc. |
| Designs CMAL Retail Store, Inc. |
| Dollar General Corporation |
| Dollar Tree Stores, Inc. |
| Don Sherwood Golf, Inc. |
| Edwin Watts Golf Shop |
| Empire Education Group |
| EYECARE DISCOUNT OPTICAL INC. |
| Forecast Danbury Ltd. Partnership |
| GOLF GALAXY |
| GREAT GOLF, INC. |
| Guitar Center Stores, Inc. |
| Inkeeper Properties, Inc. |
| Joelle, Inc. dba International House of Pancakes |
| JP MORGAN CHASE BANK |
| Katz (Pylon Sign) |
| Lakeshore Equipment Co. |
| LifeWay Christian Resources |
| Maggiano's/Corner Bakery Holding Corp. |
| Mayland CAM |
| Modernage, Inc. |
| Mr. Paul T. Martin |
| New Colorado Daily, Inc. |
| O'Charleys, Inc. (Mayland CAM) |
| OK Apple, Inc. |
| OKLAHOMA GOLD REALTY, LLC |
| Orthodontic Centers of Virginia, Inc. |
| Pork Place dba Honey Baked Ham Co. & Café |
| Price Chopper Operating Co. |
| Prosound Music Centers, Inc. |
| Quarterdeck Corporate Office |
| Raymund Garza |

| |
|---|
| Ruby Tuesday's |
| Salem Farm Realty Trust |
| Se Truong & Ly Truong |
| SOLO CUP COMPANY |
| STAPLES, THE OFFICE SUPERSTORE, INC. |
| The Auto Toy Store, Inc. |
| The Floor Store, Inc. |
| The Julia Christy Salon, Inc. |
| The Pep Boys |
| The Sports Authority |
| The TJX Operating Companies |
| Tire Kingdom, Inc. |
| Trader Joe's East, Inc. |
| Tru Properties, Inc. |
| TVI, INC. |
| VIACOM OUTDOOR |
| Visionary Retail Management |
| West Marine Products, Inc. |
| |

**Significant Personal Property Leases**

Avaya Financial Services
GE Fleet Services
IBM
Hewlett Packard Company
Service Power
Toshiba

**Professionals**

FTI Consulting Inc.
Kirkland & Ellis LLP
Skadden, Arps, Slate, Meagher & Flom, LLP
McGuireWoods, LLP
Rothschild

**Potential Liquidators**

Gordon Brothers Retail Partners, LLC
Great American Group
Hilco Merchant Resources, LLC
Hudson Capital Partners, LLC
SB Capital Group, LLC
Tiger Capital Group, LLC

**Litigation Parties**
Ada Alicea (class action)
Altamarino (class action)
Audiobahn
Michael Banker (class action)
Jamal Booker (class action)
Davis (class action)
Dealtree
Michael DiPirro (class action)
Kenneth Donnelly (class action)
Federal Communications Commission
Feller (class action)
Andrew Foss
William Harris (class action)
Hilgenberg (class action)
Roberty Gentry (class action)
Betty Ibrahim (class action)
Internal Revenue Service
Iowa AG
Keystone Automotive
Kobra Properties
Location 4500 Eastlake LA
Location 6946 Whitney Bank
Mad Rhino
Paul Mantor
Main Street At Exton, L.P.
Massachusetts Department of Revenue
Mastercard
Micro Electronics
Millennium Retail Partners
Maria Moncayo (class action)
Monster Cable
Donald Moxley
Christopher Murphy (class action)
RealSource
Securities and Exchange Commission
Christopher Snow (class action)
State of Iowa
Floyd Edward Temple Jr. (class action)
Tennesee Department of Revenue
Unical
Visa
Clayton P. Voegtle (class action)
Daniel Weidler (class action)

**Banks**
American Savings
AmSouth/Regions
Banco Popular
Bank of America
Bank of America/CRP Securities, LLC
Chase
Fifth Third Bank
Fifth Third Securities, Inc.
J.P. Morgan Securities, Inc.
Lehman Brothers

Merrill Lynch Global Institutional Advisory Division
RBC Dain Rauscher
Suntrust
UBS Financial Services, Inc.
Wachovia Bank & Securities
Wells Fargo

**District Court Judges**

John F. Anderson
Leonie M. Brinkema
Theresa C. Buchanan
James C. Cacheris
Ivan D. Davis
T.S. Ellis, III
Claude M. Hilton
T. Rawles Jones, Jr.
Gerald Bruce Lee
Liam O'Grady

**Bankruptcy Court Judges**

David H. Adams
Robert Mayer
Stephen S. Mitchell
Stephen C. St. John
Blackwell N. Shelley
Douglas O. Tice, Jr.

## US Trustee's Office Personnel

Frank J. Bove
Debera F. Conlon
Martha Davis
Dennis J. Early
Jack I. Frankel
Shannon D. Franklin
W. Clarkson McDow
Cecelia A. Weschler
Kenneth N. Whitehurst, III
Robert Van Arsdale