1  Valerie L. Marciano (Arizona State Bar #009187)
   **JABURG & WILK, P.C.**
2  3200 N. Central Avenue, Suite 2000
   Phoenix, Arizona 85012
3  vlm@jaburgwilk.com
   (602) 248-1000
4
5  Attorneys for Orange Grove Apartments, LLC, dba Camelback Center Properties

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF VIRGINIA

# RICHMOND DIVISION

| In re: | Case No. 08-35653 (KRH) |
|---|---|
| CIRCUIT CITY STORES, INC., et. al., | **REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULES 2002(A) & (B)** |
| (Circuit City Stores West, Inc.) | |

PLEASE TAKE NOTICE that Orange Grove Apartments, LLC, dba Camelback Center Properties, as successor in interest to Orix Alliant Phoenix Camelback Venture, hereby requests that all notices given or required in this bankruptcy proceeding, including without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 & 9007, **be given and served via email** upon:

> Valerie L. Marciano, Esq.
> Jaburg & Wilk, P.C.
> vlm@jaburgwilk.com
> Steven P. Schubert (Paralegal)
> sps@jaburgwilk.com

/ / /

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

9999-999/SPS/SPS/700479_v1

DATED this 30th day of January, 2009.

**JABURG & WILK, P.C.**

/s/ Valerie L. Marciano
Valerie L. Marciano
Attorneys for Orange Grover Apartments,
LLC, dba Camelback Venture Properties

**ORIGINAL E-FILED** and **COPY** of the
foregoing mailed this 30th day of January,
2009 to:

U.S. Bankruptcy Court, Eastern District of Virginia
Richmond Division
701 E. Broad Street, Suite 4000
Richmond, VA 23219


**COPY** of the foregoing mailed
this 30th day of January, 2009 to:

Gregg M. Galardi
Skadden, Arps, Slate, et. al.
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Attorneys for Debtors

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attorneys for Debtors

Chris L. Dickerson
Skadden, Arps, Slate, et. al.
333 W. Wacker Drive
Suite 2000
Chicago, IL 60606
Attorneys for Debtors

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219


/s/ Debra A. Sexton

2

9999-999/SPS/SPS/700479_v1