# EXHIBIT B

Cohen Companies  
Agent For: Cong. North Assoc LP  
2701 Tower Oaks Boulevard, Suite 200  
Rockville, MD 20852  
(301) 692-1900

Cong. North Assoc LP  
c/o Greater Atlantic Bank  
P.O. Box 2365  
Reston, VA 20195-0365

# Statement of Account
### 11/10/08 - 11/30/08 (Post-Petition)

\* **Circuit City Store, Inc.**  
9950 Mayland Drive  
DRI, 4th Floor, Store #866  
Richmond, VA 23233

---

**All correspondence must be sent to the Rockville, Maryland address above.**

Make checks payable to:  
Cong. North Assoc LP  
c/o Greater Atlantic Bank  
P.O. Box 2365  
Reston, VA 20195-0365

Rental Premises:  
**Circuit City**  
**1501 Rockville Pike**  
**Rockville, MD 20852**

| Unit | Due Date | Description | Amount |
|---|---|---|---|
| 300 | 11/10/08 | Rent | 42,859.03 |
| 300 | 11/10/08 | Cam | 4,237.10 |
| | **Total Amount Due** | | **$47,096.13** |