# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

---

In re:

CIRCUIT CITY STORES, INC. *et al.*

      Debtors

Chapter 11

Case No. 08-35653-KRH

Jointly Administered
Judge Kevin R. Huennekens

---

**ORDER GRANTING MOTION OF CONGRESSIONAL NORTH ASSOCIATES, LIMITED PARTNERSHIP FOR AN ORDER APPROVING ADMINISTRATIVE RENT CLAIM PURSUANT TO 11 U.S.C. §§ 365(d)(3) AND 503(b)**

This matter having come before the Court upon the Motion of Congressional North Associates, Limited Partnership for an Order Approving Administrative Rent Claim pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b) filed in the bankruptcy case of the above-captioned debtors and debtors in possession, the Court finds that (i) it has jurisdiction over the matters raised in the Motion, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given and no other or further notice is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due consideration upon the Motion and the arguments presented at any hearing had thereupon.  Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED.**

2. Congressional North Associates Limited Partnership shall have an administrative rent claim against the Debtor, Circuit City Stores, Inc., for the post-petition period

commencing November 10, 2008 and ending on November 30, 2008, in the total aggregate amount of $47,096.13.

3. The Debtor is authorized and directed to pay to Congressional the November Administrative Rent claim at the same time and to the same extent as all other administrative rent claimants.

4. The Debtor is directed to make all future payments of administrative rent and related charges to Congressional in full as become due under the Lease.

**ENTERED** in Richmond, Virginia, this _____ day of _____, 2009.

_____
United States Bankruptcy Judge