Craig M. Palik [VSB No. 45728]
**MCNAMEE HOSEA ET AL.**
6411 Ivy Lane
Suite 200
Greenbelt, Maryland 20770
Telephone:  301.441.2420
Facsimile: 301.982-9450
*Counsel for Congressional North*
*Associates, Limited Partnership*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

---------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC. *et al.* | Case No. 08-35653-KRH |
| Debtors | Jointly Administered |
| | Judge Kevin R. Huennekens |

---------------------------------------------------------------

## CERTIFICATE OF SERVICE OF MOTION FOR APPROVAL OF <u>ADMINISTRATIVE RENT CLAIM</u>

I hereby certify that on January 30, 2009, a true and complete copy of the foregoing Motion for Approval of Administrative Claim was served by either First Class Mail, postage prepaid and/or electronic delivery to all of the parties on the attached service list in accordance with the Order entered in this case on November 13, 2008, Establishing Certain Notice, Case Management and Administrative Procedures.

| | |
|---|---|
| Dated: January 30, 2009 | /s/ Craig M. Palik |
| | Craig M. Palik (VSB No. 45728) |
| | McNamee Hosea et al. |
| | 6411 Ivy Lane, Suite 200 |
| | Greenbelt, Maryland 20770 |
| | Telephone: 301-441-2420 |
| | Facsimile: 301-982-9450 |
| | cpalik@mhlawyers.com |
| | *Counsel for Congressional North Associates Limited Partnership* |