Craig M. Palik [VSB No. 45728]
**MCNAMEE HOSEA ET AL.**
6411 Ivy Lane
Suite 200
Greenbelt, Maryland 20770
Telephone: 301.441.2420
Facsimile: 301.982-9450
*Counsel for Congressional North*
*Associates, Limited Partnership*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

----------------------------------------------------------------
In re:

CIRCUIT CITY STORES, INC. *et al.*

       Debtors

----------------------------------------------------------------

Chapter 11

Case No. 08-35653-KRH

Jointly Administered
Judge Kevin R. Huennekens

**Hearing Date: March 3, 2009**
**Hearing Time: 10:00 a.m.**

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that Congressional North Associates Limited Partnership ("Congressional") has filed a Motion for Approval of Administrative Rent Claim (the "Motion"). A true and complete copy of the Motion has been filed with the Court and forwarded to you.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motion carefully and then discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one).**

**PLEASE TAKE FURTHER NOTICE THAT** Congressional has requested that the Court conduct a hearing on the Motion on **March 3, 2009** at **10:00 a.m.** in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

Any objection to the Motion shall be filed with the Clerk of the United States Bankruptcy Court, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219, two business days prior to the above-scheduled hearing on the Motion, and shall be served on counsel for Congressional and the U.S. Trustee so that it is actually received two business days prior to the above-scheduled hearing. Unless a written response is filed and served before the objection deadline, the Court may deem the opposition waived, treat the Motion as conceded, and issue an order granting the requested relief. If you may your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the expiration of the objection deadline.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion any may enter an order granting the relief requested in the Motion.

Dated: January 30, 2009

/s/ Craig M. Palik
Craig M. Palik (VSB No. 45728)
McNamee Hosea et al.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
Telephone: 301-441-2420
Facsimile: 301-982-9450
cpalik@mhlawyers.com
*Counsel for Congressional North Associates Limited Partnership*