Craig M. Palik [VSB No. 45728]
**McNamee Hosea et al.**
6411 Ivy Lane
Suite 200
Greenbelt, Maryland 20770
Telephone:  301.441.2420
Facsimile: 301.982-9450
*Counsel for Congressional North*
*Associates, Limited Partnership*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

-------------------------------------------------------------

CIRCUIT CITY STORES, INC. *et al.*

             Debtors

-------------------------------------------------------------

In re:
Chapter 11

Case No. 08-35653-KRH

Jointly Administered
Judge Kevin R. Huennekens

## CERTIFICATE OF SERVICE OF NOTICE OF MOTION FOR
## <u>APPROVAL OF ADMINISTRATIVE RENT CLAIM</u>

      I hereby certify that on January 30, 2009, a true and complete copy of the foregoing Notice of Motion for Approval of Administrative Claim was served by either First Class Mail, postage prepaid and/or electronic delivery to all of the parties on the attached service list in accordance with the Order entered in this case on November 13, 2008, Establishing Certain Notice, Case Management and Administrative Procedures.

Dated: January 30, 2009

      /s/ Craig M. Palik
      Craig M. Palik (VSB No. 45728)
      McNamee Hosea et al.
      6411 Ivy Lane, Suite 200
      Greenbelt, Maryland 20770
      Telephone: 301-441-2420
      Facsimile: 301-982-9450
      cpalik@mhlawyers.com
      *Counsel for Congressional North Associates*
      *Limited Partnership*