IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: § | | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., § | | Case No. 08-35653 |
| Debtors § | | Jointly Adminstered |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Dennis Morgan, creditor in the above-entitled and numbered cause, and files this, his Notice of Appearance and Request for Notice, and show:

1. Dennis Morgan, at this time, is an unsecured creditor of the Debtor, Circuit City Stores, Inc., and will appear in this action by and through his attorney of record:

>R. Chase Palmer
>State Bar I.D. #24010287
>PALMER LAW FIRM, INC.
>P. O. Drawer M
>Marshall, TX  75671
>(903) 935-9303 - telephone
>(903) 935-0822 - telefax

2. Movant requests that all notices in this matter be served upon his attorney of record at the above address.

>Respectfully submitted,
>
>/s/R. Chase Palmer
>R. Chase Palmer
>PALMER LAW FIRM, INC.
>P. O. Drawer M
>Marshall, TX  75671
>(903) 935-9303 - telephone
>(903) 935-0822 - telefax
>State Bar I.D. #24010287
>ATTORNEYS FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of January, 2009 mailed a true and corect copy of the above document to:

Skadden, Arps, Slate, Meagher & Flom, LLP
Gregg M. Galdari, Esq.
Ian S. Fredericks, Esq.
P. O. Box 636
Wilmington, Delaware 19899-0636

Skadden, Arps, Slate, Meagher & Flom, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, IL 60606

McGuirewoods LLP
Dion W. Hayes
Douglas M. Foley
One James Center
901 E. Cary Street
Richmond, VA 23219

                                              */s/R. Chase Palmer*
                                              R. Chase Palmer