# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In Re:                                                                 Chapter 11

**CIRCUIT CITY STORES, INC., *et al.*,**          Case No. 08-35653
                                                                              (Jointly Administered)

    Debtors.
                                                                              Hon. Kevin R. Huennekens

_____/

## CERTIFICATE OF SERVICE

    The Marketplace of Rochester Hills Paracel B, LLC, by its lead counsel, hereby certifies and declares that copies of the following documents were served as follows:

1. Document Served:   Proof of Claim of The Marketplace of Rochester Hills Parcel B LLC

2. Served Upon:   Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

3. Method of Service:   Via Federal Express

4. Date Served:   January 27, 2009


John D. McIntyre (VSB No. 35925)
WILLCOX & SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
*Local Counsel for The Marketplace of Rochester Hills Parcel B, LLC*

Adam K. Keith (MI Bar #P71167)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7460
Facsimile: (313) 465-7461
*Lead Counsel for The Marketplace of Rochester Hills Parcel B, LLC*

2

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 30, 2009            By:         /s/ John D. McIntyre

John D. McIntyre (VSB No. 35925)
WILLCOX & SAVAGE, P.C.
One Commercial Place, Suite 1800
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
*Local Counsel for The Marketplace of Rochester Hills Parcel B, LLC*

Adam K. Keith (MI Bar #P71167)
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
Telephone:  (313) 465-7460
Facsimile:  (313) 465-7461
*Lead Counsel for The Marketplace of Rochester Hills Parcel B, LLC*