**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

## AFFIDAVIT OF SERVICE

I, Isidro N. Panizales, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On January 12, 2009, copies of the following documents were served via 1) first class mail upon the parties set forth on the service lists attached hereto as **Exhibit A**; and 2) electronic mail upon the parties set forth on the service list attached hereto as **Exhibit B**:

1. Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief (Docket No. 1423)

2. Order (I) Approving Procedures in Connection With Sale of all or Substantially all of the Business, (II) Authorizing Debtors to Enter Into Stalking Horse or Financial

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

      Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales or, (III) Approving the Payment of Termination fee in Connection Therewith, (IV) Setting Auction and Hearing Dates Pursuant to Bankruptcy Code Sections 105 and 363 and (V) Granting Related Relief (Docket No. 1460)

3. Withdrawal of Debtors' Objection to Application for Entry of an Order Authorizing and Approving the Employment of Growling Lafleur Henderson LLP as Canadian Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to November 18, 2008 (Docket No. 1473)

4. Notice to Counterparties to Contracts and Leases That the Debtors Have Identified one or More Potential Purchaser of Executory Contracts and Unexpired Personal Property and Nonresidential Real Property Leases (Docket No. 1474)

5. Debtors' Objection To Tomtom, Inc.'s Motion For An Order Under Sections 105, 362 And 363 Modifying The Automatic Stay To Permit The Exercise Of Setoff And/Or Recoupment Rights Against The Debtors (Docket No. 1475)

6. Notice To Proposed Auction Schedule And Extension of Bid Deadline (Docket No. 1476)

On January 12, 2009, copies of the following document were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit C**:

1. Notice to Counterparties to Contracts and Leases That the Debtors Have Identified one or More Potential Purchaser of Executory Contracts and Unexpired Personal Property and Nonresidential Real Property Leases (Docket No. 1474)

Dated: January 19, 2009

                                                                          Isidro N. Panizales

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 19th day of January, 2009, by Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: Vanessa R Quinones

VANESSA RAE QUINONES
Commission # 1732826
Notary Public - California
Los Angeles County
My Comm. Expires Mar 20, 2011

# EXHIBIT A

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | MR. STEPHEN COULOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | ONE RODNEY SQUARE | P.O. BOX 636 | | WILMINGTON | DE | 19899-0636 |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | 10100 SANTA MONICA BLVD 11TH FL | | | LOS ANGELES | CA | 90067-4100 |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W., 8TH FLOOR | | WASHINGTON | DC | 20036 |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | 200 E RANDOLPH DR | | | CHICAGO | IL | 60601 |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ PAULA S BERAN ESQ | 20 N EIGHTH ST 2ND FL | | | RICHMOND | VA | 23219 |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | 780 THIRD AVE 36TH FL | | | NEW YORK | NY | 10017 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | TIMOTHY G. POHL, ESQ. | CHRIS L. DICKERSON, ESQ. | 333 WEST WACKER DRIVE | SUITE 2000 | CHICAGO | IL | 60606 |
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | | RICHMOND | VA | 23233 |
| COMMONWEALTH OF VIRGINIA | STATE CORPORATION COMMISSION | TYLER BUILDING | 1300 E. MAIN STREET | | RICHMOND | VA | 23219 |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 3600 WEST BROAD STREET | | | RICHMOND | VA | 23230-4915 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 |
| ENVIRONMENTAL PROTECTION AGENCY | | 1650 ARCH STREET | | | PHILADELPHIA | PA | 19103-2029 |
| ENVIRONMENTAL PROTECTION AGENCY | DIANA SAENZ | 1200 PENNSYLVANIA AVENUE NW | SUITE 4209 | | WASHINGTON | DC | 20004 |
| ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL | U.S. EPA MAILCODE 2377R | 1300 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20004 |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 400 N 8TH STREET BOX 76 | | | RICHMOND | VA | 23219 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 |
| OFFICE OF THE SECRETARY OF THE COMMONWEALTH | | 1111 EAST BROAD STREET, 4TH FLOOR | | | RICHMOND | VA | 23219 |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219-1888 |

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | RICHMOND, VIRGINIA OFFICE | 600 EAST MAIN STREET, SUITE 301 | | | RICHMOND | VA | 23219 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 100 F ST NE | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 3 WORLD FINANCIAL CTR STE 400 | NEW YORK | NY | 10281-1022 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| Allen & Overy LLP | Ken Coleman | | | | | |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Attorney General of the US | Richard F Stein | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Attorney General of the US | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 |
| Bernstein Law Firm PC | Stacey Suncine | Ste 2200 Gulf Tower | | Pittsburgh | PA | 15219 |
| Bronwen Price | Gail B Price Esq | 2600 Mission St Ste 206 | | San Marino | CA | 91108 |
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| Eaton Corporation | David J Persichetti | Eaton Center | Eaton Ctr 1111 Superior Ave | Cleveland | OH | 44114-2584 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 777 E 15th St | | Plano | TX | 75074 |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 600 Travis St Ste 3400 | | Houston | TX | 77002 |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall Thomas A Connop Melissa S Hayward | 2200 Ross Ave Ste 2200 | | Dallas | TX | 75201 |
| Nicholls & Crampton PA | Kevin L Sink | PO Box 18237 | | Raleigh | NC | 27619 |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahaoma City | OK | 73102 |
| Panattoni Law Firm | Fredrick Albert | 34 Tesla Ste 100 | | Irvine | CA | 92618 |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | Edelson Building Ste 200 | | Wyandotte | MI | 48192 |
| Receivable Management Services | Phyllis A Hayes | PO Box 5126 | | Timonium | MD | 21094 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP |
|---|---|---|---|---|---|---|
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | 7110 N Fresno St Ste 400 | | Fresno | CA | 93720 |
| Tennessee Department of Revenue | TN Attorney Generals Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas Mario A Castillo Jr | 401 E Hillside Rd 2nd Fl | | Laredo | TX | 78041 |

# EXHIBIT B

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 | | abramowitz@larypc.com |
| Shutts & Bowen LLP | Andrew M Brumby | 300 S Orange Ave Ste 1000 | | Orlando | FL | 32801 | | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | PO Box 4956 | | Orlando | FL | 32802-4956 | | abrumby@shutts.com rhicks@shutts.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | One Logan Sq 27th Fl | | Philadelphia | PA | 19103 | | achan@hangley.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq Thomas D Bielli Esq | One Commerce Sq Ste 1930 | 2005 Market St | Philadelphia | PA | 19103 | | aciardi@ciardilaw.com tbielli@ciardilaw.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 | | acichello@kb-law.com |
| Franklin & Prokopik PC | Andrew L Cole | The B&O Bldg | Two N Charles St Ste 600 | Baltimore | MD | 21201 | | acole@fandpnet.com |
| Andrew S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | | Aconway@taubman.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | 1493 Chain Bridge Rd Ste 201 | | McLean | VA | 22101 | | admin@meiburgerlaw.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq Noelle M James Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | | aepps@cblaw.com mmueller@cblaw.com jmclemore@cblaw.com njames@cblaw.com |
| Foster Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 | | alstc@foster.com |
| K&L Gates LLP | Amy Pritchard Williams | Hearst Tower 47th Fl | 214 N Tryon St | Charlotte | NC | 28202 | | amy.williams@klgates.com |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 | | Andrew.Herenstein@monarchlp.com |
| Vonage Holdings Inc | Angelique Electra | 23 Main St | | Holmdel | NJ | 07733 | | angelique.electra@vonage.com |
| DLA Piper LLP | Anne Braucher Esq | 500 Eighth St NW | | Washington | DC | 20004 | | anne.braucher@dlapiper.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq Heath B Kushnick Esq | 200 Park Ave | | New York | NY | 10166 | | AnsellD@GTLaw.com kushnickh@gtlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Yolanda Humphrey | PO Box 13430 | | Arlington | TX | 76094-0430 | | arlbank@pbfcm.com ebanda@pbfcm.com yhumphrey@pbfcm.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 | | aschmitt@culbert-schmitt.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq Lisa K Omori | 333 Salinas St | PO Box 2510 | Salinas | CA | 93902-2510 | | asecker@nheh.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 | | austin.bankruptcy@publicans.com |
| Hunton & Williams LLP | Benjamin C Ackerly JR Smith Henry Toby P Long III | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | backerly@hunton.com jrsmith@hunton.com hlong@hunton.com |
| Morrison Cohen LLP | Michael R Dal Lago Esq | 909 Third Ave | | New York | NY | 10022 | | bankruptcy@morrisoncohen.com |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | AV Division | 9351 Jeronimo Rd | Irvine | CA | 92656 | | batteberry@mdea.com |
| Loudoun County Attorney | John R Roberts Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 | | Belkys.Escobar@loudoun.gov |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Linowes and Blocher LLP | Bradford F Englander Esq<br>Brian M Nestor Esq | 7200 Wisconsin Ave Ste 800 | | Bethesda | MD | 20814 | | benglander@linowes-law.com<br>bnestor@linowes-law.com |
| Greenberg Traurig LLP | Howard J Berman Esq | 200 Park Ave | | New York | NY | 10166 | | bermanH@gtlaw.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | PO Box 11070 | | Columbia | SC | 29201 | | betsy.burn@nelsonmullins.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | Ste 3100 Promenade II | 1230 Peachtree St NE | Atlanta | GA | 30309 | | bhall@sgrlaw.com |
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | | bill.ray@hamiltonbeach.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo<br>Kenneth Miller Esq | 2029 Century Park E 21st Fl | | Los Angeles | CA | 90067 | | bmoldo@mdfslaw.com<br>kmiller@mdfslaw.com |
| Office of Joe G Tedder CFC | Bonnie Holly | Deliquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 | | bonnieholly@polktaxes.com |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 | | borgeslawfirm@aol.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr<br>Vivieon E Kelley | Bank of America Plz Ste 5200 | 600 Peachtree St NE | Atlanta | GA | 30308-2216 | | bradfute.davenport@troutmansanders.com<br>Vivieon.kelley@troutmansanders.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben<br>c o Thomas J Leanse<br>c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | | brian.huben@kattenlaw.com<br>dustin.branch@kattenlaw.com<br>thomas.leanse@kattenlaw.com |
| Arent Fox LLP | Timothy F Brown Esq<br>Mary Joanne Dowd Esq<br>Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 | | brown.timothy@arentfox.com<br>dowd.mary@arentfox.com<br>giaimo.christopher@arentfox.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | | Bruce.Matson@leclairryan.com |
| Quarles & Brady LLP | Brian Sirower Esq<br>Lori L Winkelman Esq<br>Catherine M Guastello Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 | | bsirower@quarles.com<br>lwinkelm@quarles.com<br>cguastel@quarles.com |
| Vinson & Elkins LLP | William L Wallander<br>Angela B Degeyter | 2001 Ross Ave Ste 3700 | | Dallas | TX | 75201-2975 | | bwallander@velaw.com<br>adegeyter@velaw.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | 259 N Meyer Ave | | Tuscon | AZ | 85701 | | bwhinery@mcrazlaw.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | 2 Wall St | | New York | NY | 10005 | | cahn@clm.com |
| Miami Dade County Attorneys Office | Erica S Zaron | 2810 Stephen P Clark Ctr | 111 NW First St | Miami | FL | 33128-1993 | | cao.bkc@miamidade.gov |
| Regency Centers | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd Ste 520 | Cincinnati | OH | 45236 | | catherinestrauss@regencycenters.com |
| Acxiom Corporation | C B Blackard III | 301 E Dave Ward Dr | PO Box 2000 | Conway | AR | 72033-2000 | | cbblac@acxiom.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq<br>Pamela A Bosswick Esq<br>Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 | | cbelmonte@ssbb.com<br>pbosswick@ssbb.com<br>asnow@ssbb.com |
| Winthrop & Weinstine PA | Christopher A Camardello | 225 S Sixth St Ste 3500 | | Minneapolis | MN | 55402 | | ccamardello@winthrop.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 | | cchiang@buchalter.com |
| Nixon Peabody LLP | Dennis J Drebsky<br>Christopher M Desiderio | 437 Madison Ave | | New York | NY | 10022 | | cdesiderio@nixonpeabody.com |
| McCarter & English LLP | Clement J Farley<br>Angela Sheffler Abreu | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 | | cfarley@mccarter.com<br>aabreu@mccarter.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq<br>Charles W Chotvacs Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | | cgp@ballardspahr.com<br>chotvacsc@ballardspahr.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | Two N Central Ave | | Phoenix | AZ | 85004 | | cguastel@quarles.com |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | 1000 Throckmorton St | | Fort Worth | TX | 76102 | | Chris.Mosley@fortworthgov.org |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Attorney General of New Jersey | Anne Milgram | Richard J Hughes Justice Complex | PO Box 106 25 Market St | Trenton | NJ | 08625-0119 | | citizens.services@lps.state.nj.us |
| Recovery Management Systems Corp | Ramesh Singh | GE Money Bank | 25 SE 2nd Ave Ste 1120 | Miami | FL | 33131-1605 | | claims@recoverycorp.com |
| Goulston & Storrs PC | Christine D Lynch Esq Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | | clynch@goulstonstorrs.com pbilowz@goulstonstorrs.com |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr W Joel Charboneau | PO Box 404 | | Roanoke | VA | 24003 | | cmagee@mfgs.com jcharboneau@mfgs.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | dallas.bankruptcy@publicans.com |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 | | dave@glassandreynolds.com |
| Moore & Van Allen PLLC | David B Wheeler Esq | 40 Calhoun St Ste 300 | PO Box 22828 | Charleston | SC | 29413-2828 | | davidwheeler@mvalaw.com |
| Riemer & Braunstein LLP | David S Berman | Three Ctr Plz 6th Fl | | Boston | MA | 02108 | | Dberman@riemerlaw.com |
| Chiariello & Chiariello | Dominic L Chiariello | 118 21 Queens Blvd | | Forest Hills | NY | 11375 | | dc@chiariello.com |
| Jackson & Campbell PC | David H Cox Esq John J Matteo Esq | 1120 20th St NW | S Tower | Washington | DC | 20036 | | dcox@jackscamp.com jmatteo@jackscamp.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | 300 E Lombard St Ste 2000 | | Baltimore | MD | 21202 | | ddean@coleschotz.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | 4551 Cox Rd Ste 210 | PO Box 3059 | Glen Allen | VA | 23058-3059 | | ddhopper@chlhf.com |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | 200 E Broward Blvd St 1900 | | Ft Lauderdale | FL | 33301 | | dgonzales@wsh-law.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | 500 E Main St Ste 1225 | | Norfolk | VA | 23510 | | dgreer@davidgreerlaw.com |
| Vinson & Elkins LLP | David E Hawkins | The Willard Office Bldg | 1455 Pennsylvania Ave NW | Washington | DC | 20004-1008 | | dhawkins@velaw.com |
| Neuberger Quinn Gielen Rubin & Gibber PA | Deborah H Devan Esq | One South St 27th Fl | | Baltimore | MD | 21202-3282 | | dhd@nqgrg.com |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq Matthew E Hoffman Esq Lauren Lonergan Taylor Esq Matthew E Hoffman Esq | 30 S 17th St | | Philadelphia | PA | 19103 | | DiMassa@duanemorris.com MEHoffman@duanemorris.com LLTaylor@duanemorris.com MEHoffman@duanemorris.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | 1888 Century Park E Ste 1500 | | Los Angeles | CA | 90067 | | dkappler@rdwlawcorp.com |
| Arnall Golden Gregory LLP | Darryl S Laddin Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | | dladdin@agg.com frank.white@agg.com |
| Brown Connery LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 | | dludman@brownconnery.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | 1851 W Colonial Dr | | Orlando | FL | 32804 | | dmcfarlin@whmh.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 | | dpoitras@jmbm.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | 500 N Akard St Ste 3800 | | Dallas | TX | 75201 | | drukavina@munsch.com |
| Duane Morris LLP | Denyse Sabagh | 505 9th St NW Ste 1000 | | Washington | DC | 20004-2166 | | dsabagh@duanemorris.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | 605 W 47th St Ste 350 | | Kansas City | MO | 64112-1905 | | dscott@mcdowellrice.com |
| Cantor Arkema PC | David K Spiro Esq Neil E McCullagh Esq | PO Box 561 | 1111 E Main St 16th Fl | Richmond | VA | 23218-0561 | | dspiro@cantorarkema.com nmccullagh@cantorarkema.com |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 | | eagle.sara@pbgc.gov efile@pbgc.gov |
| Saul Ewing LLP | Edith K Altice Esq | Lockwood Pl | 500 E Pratt St Ste 900 | Baltimore | MD | 21202-3171 | | ealtice@saul.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Weltman Weinberg & Reis Co LPA | Scott D Fink | 323 W Lakeside Ave Ste 200 | | Cleveland | OH | 44113-1099 | | ecfndoh@weltman.com |
| Stein & Lubin LLP | Eugene Chang | TKG Coffee Tree LP | 600 Montgomery St 14th Fl | San Francisco | CA | 94111 | | echang@steinlubin.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | 3300 Enterprise Pkwy | PO Box 228042 | Beachwood | OH | 44122 | | ecotton@ddrc.com |
| Hunton & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 | | ecrupi@hunton.com |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | edvaecf@dor.mo.gov |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | | efriedman@friedumspring.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | 1901 Avenue of the Stars 12th Fl | | Los Angeles | CA | 90067 | | egoldberg@stutman.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | 675 Third Ave 31st Fl | | New York | NY | 10017 | | eobrien@sbchlaw.com |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | | eric.rusnak@klgates.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | | ernie.park@bewleylaw.com |
| Siller Wilk LP | Eric J Snyder | 675 Third Ave | | New York | NY | 10017-5704 | | esnyder@sillerwilk.com |
| Quarles & Brady LLP | Faye B Feinstein Esq Christopher Combest Esq | 500 W Madison St Ste 3700 | | Chicago | IL | 60661 | | fbf@quarles.com ccombest@quarles.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 | | fbr@robinsonbrog.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq Joseph W Gelb Esq | 767 Fifth Ave | | New York | NY | 10153 | | gary.holtzer@weil.com joseph.gelb@weil.com |
| Envision Peripherals Inc | Gay Richey Sr Credit Manager | 47490 Seabridge Dr | | Fremont | CA | 94538 | | gay@epius.com |
| Michael A Cardozo | Gabriela P Cacuci Esq | 100 Church St Rm 5 223 | | New York | NY | 10007 | | gcacuci@law.nyc.gov |
| Hodgson Russ LLP | Garry M Graber Esq | The Guaranty Bldg | 140 Pearl St Ste 100 | Buffalo | NY | 14202 | | Ggraber@HodgsonRuss.com |
| Howard Rice Nemerovski Canady Falk & Rabkin | Gary M Kaplan Esq | Three Embarcadero Ctr 7th Fl | | San Francisco | CA | 94111-4065 | | gmkaplan@howardrice.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | 530 B St Ste 2100 | | San Diego | CA | 92101 | | gpk@procopio.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 | | graicht@mwe.com |
| The Arapahoe County Treasurer | George Rosenberg Esq | 5334 S Prince St | | Littleton | CO | 80166 | | grosenberg@co.arapahoe.co.us jholmgren@co.arapahoe.co.us |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | 177 Broad St | | Stamford | CT | 06901-2048 | | hbaer@fdh.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 | | hdawson@kkgpc.com |
| Troutman Sanders LLP | Hollace Topol Cohen Vivieon E Kelley | 405 Lexington Ave | | New York | NY | 10174 | | hollace.cohen@troutmansanders.com vivieon.kelley@troutmansanders.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | houston_bankruptcy@publicans.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | 300 Garden City Plz | | Garden City | NY | 11530 | | hyazicioglu@jaspanllp.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | | ilandsberg@lm-lawyers.com |
| Haynes and Boone LLP | Jason Binford | 2323 Victory Ave Ste 700 | | Dallas | TX | 75219 | | jason.binford@haynesboone.com |
| Jay T Blount | | 300 Industry Dr | RIDC Park W | Pittsburgh | PA | 15275 | | jay.blount@dcsg.com |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Jones Day | Jeffrey B Ellman<br>Brett J Berlin | 1420 Peachtree St NE Ste 800 | | Atlanta | GA | 30309-3053 | | jbellman@jonesday.com<br>bjberlin@jonesday.com |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird<br>Amy E Hatch | 700 W 47th St Ste 1000 | | Kansas City | MO | 64112 | | jbird@polsinelli.com<br>ahatch@polsinelli.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | 19800 MacArthur Blvd Ste 500 | | Irvine | CA | 92612 | | jbressi@coxcastle.com |
| Querrey & Harrow Ltd | John M Brom | 175 W Jackson Blvd | Ste 1600 | Chicago | IL | 60604-2827 | | jbrom@querrey.com |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks<br>Marc S Wasserman | 100 King St W 1 First Canadian Pl | Ste 6100 PO Box 50 | Toronto | ON | M5X 1B8 | Canada | jdacks@osler.com<br>mwasserman@osler.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble | 1150 18th St NW Ste 800 | | Washington | DC | 20036-3816 | | jdibble@stinson.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | | jdoran@haslaw.com |
| Carmody MacDonald PC | John E Hilton | 120 S Central Ste 1800 | | Clayton | MO | 63105 | | jeh@carmodymacdonald.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq<br>Gordon S Young Esq | One Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 | | jeremy.friedberg@llff.com<br>gordon.young@llff.com |
| Frank Gecker LLP | Joseph D Frank<br>Jeremy C Kleinman | 325 N LaSalle St Ste 625 | | Chicago | IL | 60654 | | jfrank@fgllp.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | 1900 Avenue of the Stars Ste 1800 | | Los Angeles | CA | 90067 | | jfriedman@hkemlaw.com |
| Akin Gump Strauss Hauer & Feld LLP | Jonathan L Gold<br>Mary A House<br>Catherine E Creely | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | jgold@akingump.com<br>mhouse@akingump.com<br>ccreely@akingump.com |
| Wiley Rein LLP | H Jason Gold Esq<br>Dylan G Trache Esq<br>Rebecca L Saitta Esq | 7925 Jones Branch Dr Ste 6200 | | McLean | VA | 22102 | | jgold@wileyrein.com<br>dtrache@wileyrein.com<br>rsaitta@wileyrein.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | One Indiana Sq Ste 3500 | | Indianapolis | IN | 46204 | | jgraham@taftlaw.com |
| Seyfarth Shaw LLP | Jessica Hughes Esq<br>Rhett Petcher Esq<br>Alexander Jackins | 975 F St NW | | Washington | DC | 20004 | | jhughes@seyfarth.com<br>rpetcher@seyfarth.com<br>ajackins@seyfarth.com |
| Ford Parshall & Baker | Jordan M Humphreys | 3210 Bluff Creek | | Columbia | MO | 65201 | | jhumphreys@fpb-law.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | 2600 Citadel Plz Dr | | Houston | TX | 77008 | | jhyun@weingarten.com |
| Holland & Knight LLP | James H Rollins | One Atlantic Ctr | 1201 W Peachtree St Ste 2000 | Atlanta | GA | 30309-3400 | | jim.rollins@hklaw.com |
| Core Properties Inc | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 | | jim@coreproperties.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | 1900 Avenue of the Stars Ste 2100 | | Los Angeles | CA | 90067-4590 | | jkrieger@ggfirm.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 | | jkurtzma@klehr.com |
| Carlton Fields PA | John J Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | | jlamoureux@carltonfields.com |
| Ball Janik LLP | Justin D Leonard | 101 SW Main St Ste 1100 | | Portland | OR | 97204 | | jleonard@balljanik.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 | | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | John G McJunkin Esq<br>J David Folds | 1900 K St NW | | Washington | DC | 20006 | | jmcjunkin@mckennalong.com<br>dfolds@mckennalong.com |
| John Marshall Collins PC | John Marshall Collins Esq | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 | | johnolaw@gmail.com |
| Khang & Khang LLP | Joon M Khang | 1901 Avenue of the Stars 2nd Fl | | Los Angeles | CA | 90067 | | joon@khanglaw.com |
| Latham & Watkins LLP | Josef S Athanas | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 | | josef.athanas@lw.com |

Email List

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| King & Spalding LLP | James A Pardo Jr<br>Thaddeus D Wilson | 1180 Peachtree St | | Atlanta | GA | 30309 | | jpardo@kslaw.com<br>thadwilson@kslaw.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | PO Box 1266 | 222 Delaware Ave | Wilmington | DE | 19801 | | jryan@saul.com |
| J Scott Douglass | | 909 Fannin Ste 1800 | | Houston | TX | 77010 | | jsdlaw@msn.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton<br>Todd D Ross | 1401 Eye St NW 7th Fl | Ste 700 | Washington | DC | 20005 | | jtarkenton@wcsr.com<br>toross@wcsr.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 | | jvlombardi@rossbanks.com |
| Wagner Choi & Verbrugge | James A Wagner Esq | 745 Fort St Ste 1900 | | Honolulu | HI | 96813 | | jwagner@wcelaw.com |
| PriceGrabber com Inc | Katerina Canyon | 5150 Goldleaf Circle 2nd Fl | | Los Angeles | CA | 90056 | | katerina@pricegrabber.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 | | kbifferato@cblh.com<br>cthompson@cblh.com |
| Kelley Drye & Warren LLP | James S Carr Esq<br>Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | | KDWBankruptcyDepartment@kelleydrye.com |
| Blank Rome LLP | Regina Stango Kelbon Esq<br>John Lucian Esq | One Logan Sq | | Philadelphia | PA | 19103 | | Kelbon@blankrome.com<br>Lucian@blankrome.com |
| Allen & Overy LLP | Ken Coleman | 1221 Avenue of the Americas | | New York | NY | 10020 | | ken.coleman@allenovery.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | 225 N 9th St Ste 820 PO Box 1097 | | Boise | ID | 83701 | | kgourley@idalaw.com |
| Reed Smith LLP | Kurt F Gwynne Esq<br>Kathleen A Murphy Esq | 1201 N Market St Ste 1500 | | Wilmington | DE | 19801 | | kgwynne@reedsmith.com<br>kmurphy@reedsmith.com |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | 7 Saint Paul St | | Baltimore | MD | 21202 | | khroblak@wtplaw.com |
| Bricker & Eckler LLP | Kenneth C Johnson<br>Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 | | kjohnson@bricker.com<br>abeckham@bricker.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | 101 California St 5th Fl | | San Francisco | CA | 94111-5800 | | kleinergs@cooley.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | | knewman@menterlaw.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 | | kpalmer@mwe.com |
| Venable LLP | Lawrence A Katz<br>Kristen E Burgers | 8010 Towers Crescent Dr Ste 300 | | Vienna | VA | 22182-2707 | | lakatz@venable.com<br>keburgers@venable.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | 831 E Morehead St Ste 440 | | Charlotte | NC | 28202 | | lawcarroll@aol.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq<br>J Carole Thompson Hord Esq | 1100 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 | | lburnat@swfllp.com<br>chord@swfllp.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq<br>Allison Fridy Arbuckle Esq | 200 N Upper St | | Lexington | KY | 40507 | | ldelcotto@wisedel.com<br>aarbuckle@wisedel.com |
| Enterprise Asset Management Inc | Lee Sudakoff | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 | | Lee.Sudakoff@eassets.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | 650 Town Ctr Dr Ste 950 | | Costa Mesa | CA | 92626 | | lekvall@wgllp.com |
| Wyatt Tarrant & Combs LLP | John P Brice | 250 W Main St Ste 1600 | | Lexington | KY | 40507-1746 | | lexbankruptcy@wyattfirm.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | 19900 MacArthur Blvd Ste 1050 | | Irvine | CA | 92612 | | lhilton@hewittoneil.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq<br>Leon Koutsouftikis Esq | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 | | lkouts@magruderpc.com |
| Sony Electronics Inc | Lloyd B Sarakin | 1 Sony Dr MD No 1E 4 | | Park Ridge | NJ | 07656 | | lloyd.sarakin@am.sony.com |

# EXHIBIT C

Circuit City Stores, Inc.
Landlord Emails

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Allen Matkins | Ivan M Gold | Three Embarcadero Ctr 12th Fl | | San Fransisco | CA | 94111 | USA | igold@allenmatkins.com |
| Arent Fox LLP | Christopher J Giaimo | 1050 Connecticut Ave NW | | Washington | DC | 20036-5339 | USA | Giaimo.Christopher@ARENTFOX.COM |
| Ballard Spahr Andrews & Ingersoll LLP | Charles W Chotvacs | 601 13 St NW Ste 1000 S | | Washington | DC | 20005-3807 | USA | chotvacsc@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos | 601 13th St NW | | Washington | DC | 20005 | USA | cgp@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack | 1735 Market St 51st Fl | | Philadelphia | PA | 19103 | USA | pollack@ballardspahr.com |
| Bracewell & Giuliani | Trey Wood III | 711 Louisiana St | | Houston | TX | 77002 | USA | trey.wood@bgllp.com |
| Broad And Cassel | Roy S Kobert | 390 N Orange Ave | Bank of America Ste 1400 | Orlando | FL | 32801-4961 | USA | rkobert@broadandcassel.com |
| Bryan Cave LLP | Michelle K McMahon | 1290 Avenue of the Americas | | New York | NY | 10104 | USA | Michelle.McMahon@bryancave.com |
| Bryan Cave LLP | Synde B Keywell | 161 N Clark St Ste 4300 | | Chicago | IL | 60601 | USA | Synde.Keywell@bryancave.com |
| Bryan Cave LLP | Synde B Keywell | 161 N Clark St Ste 4300 | | Chicago | IL | 60601-3315 | USA | synde.keywell@bryancave.com |
| Buchanan Ingersoll & Rooney | Annemarie G McGavin | 1700 K St NW Ste 300 | | Washington | DC | 20006-3807 | USA | annemarie.mcgavin@bipc.com |
| Buchanan Ingersoll & Rooney PC | Zakarij O Thomas | 301 Grant St 20th Fl | | Pittsburgh | PA | 15219 | USA | zakarij.thomas@bipc.com |
| Christian & Barton LLP | Augustus C. Epps Jr. | 909 E Main St Ste 1200 | | Richmond | VA | 232219 | USA | aepps@cblaw.com |
| Christian & Barton LLP | Jennifer McLain McLemore | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | USA | Jmclemore@cblaw.com |
| Christian & Barton LLP | Michael D Mueller | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | USA | mmueller@cblaw.com |
| Christopher J Freeman | | 46 Public Sq Ste 200 | | Medina | OH | 44256 | USA | chris@chrisfreemanlaw.com |
| Christopher J Freeman | | PO Box 401 | | Medina | OH | 44258-0401 | USA | chris@chrisfreemanlaw.com |
| Connolly Bove Lodge & Hutz LLP | Christina M Thompson | 1007 N Orange St | | Wilmington | DE | 19899 | USA | CThompson@cblh.com |
| Dewey & LeBoeuf | Lisa Hill Fenning | 333 S Grand Ave Ste 2600 | | Los Angeles | CA | 90071-1530 | USA | lfenning@DeweyLeBoeuf.com |
| DLA Piper | Nicholas M Miller | 203 N LaSalle St Ste 1900 | | Chicago | IL | 60601-1293 | USA | nicholas.miller@dlapiper.com |
| Giarmarco Mullins & Horton PC | Gary H. Cunningham | 101 W Big Beaver Rd Tenth Fl Columbia Ctr | | Troy | MI | 48084 | USA | gcunningham@gmhlaw.com |
| Goldstein Isaacson PC | Nancy Isaacson | 100 Morris Ave 3rd Fl | | Springfield | NJ | 07081 | USA | nisaacson@goldisaac.com |
| GreenbergTraurig | Howard J Berman | 200 Park Ave | | New York | NY | 10166 | USA | bermanh@gtlaw.com |
| Hirschler Fleischer | Michael P Falzone | 2100 E Cary St | | Richmond | VA | 23223 | USA | mfalzone@hf-law.com |
| Hirschler Fleischer | Sheila dela Cruz | 2100 E Cary St | | Richmond | VA | 23223 | USA | sdelacruz@hf-law.com |
| Hodgson Russ LLP | Garry M Graber | 140 Pearl St Ste 100 | | Buffalo | NY | 14202 | USA | ggraber@hodgsonruss.com |
| Hofheimer Gartlir & Gross LLP | Nicholas B Malito | 530 Fifth Ave | | New York | NY | 10036 | USA | nmalito@hgg.com |
| Hofheimer Gartlir & Gross LLP | Rachel Greenberger | 530 Fifth Ave | | New York | NY | 10036 | USA | rgreenberger@hgg.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis | 530 Fifth Ave | | New York | NY | 10036 | USA | skipnis@hgg.com |
| Honigman Miller Schwartz & Cohn LLP | Adam K Keith | 2290 First National Building 660 Woodward Ave | | Detroit | MI | 48226 | USA | AKeith@honigman.com |
| Hunton & Williams | Henry P Long | 951 E Byrd St | | Richmond | VA | 23219 | USA | hlong@hunton.com |
| Hunton & Williams | Lynette R Warman | 14445 Ross Ave Ste 3700 | | Dallas | TX | 75202 | USA | lwarman@hunton.com |
| Hunton & Williams LLP | Eric J Crupi | 1900 K St NW | | Washington | DC | 20006 | USA | ecrupi@hunton.com |
| Jones Day | Sheila L Shadmand | 51 Louisiana Ave NW | | Washington | DC | 20001 | USA | slshadmand@jonesday.com |
| Katsky Korins LLP | Steven H Newman | 605 Third Ave | | New York | NY | 10158 | USA | SNewman@katskykorins.com |
| Katten Muchin Rosenman LLP | Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | USA | dustin.branch@kattenlaw.com |
| Kelley Drye | David J Ervin | 3050 K St NW Ste 400 | | Washington | DC | 20007 | USA | dervin@kelleydrye.com |
| Kelley Drye | Robert L LeHane | 101 Park Ave | | New York | NY | 10178 | USA | RLeHane@KelleyDrye.com |

Circuit City Stores, Inc.
Landlord Emails

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Email |
|---|---|---|---|---|---|---|---|---|
| Law Offices of David A Greer PLC | David A Greer | 500 E Main St Ste 1225 | | Norfolk | VA | 23510 | USA | Dgreer@davidgreerlaw.com |
| LeClair Ryan PC | Christopher L Perkins | Riverfront Plz E Twr | PO Box 2499 | Richmond | Virginia | 23218-2499 | USA | christopher.perkins@leclairryan.com |
| LeClair Ryan PC | Niclas A Ferland | 555 Long Wharf Drive | | New Haven | CT | 06511 | USA | niclas.ferland@leclairryan.com |
| LeClairRyan | Ilan Markus | 555 Long Wharf Dr Eigth Fl | | New Haven | CT | 06511 | USA | Ilan.Markus@leclairryan.com |
| Levenfeld Pearlstein LLC | Thomas G Jaros | 2 N LaSalle St Ste 1300 | | Chicago | IL | 60602 | USA | tjaros@lplegal.com |
| McKenna Long & Aldridge LLP | John G McJunkin | 1900 K St NW | | Washington | DC | 20006 | USA | jmcjunkin@mckennalong.com |
| Meiburger Law Firm | Janet Meiburger | 121 Chanlon Rd | | New Providence | NJ | 07974 | USA | janetm@meiburgerlaw.com |
| Mener Rudin Trivelpiece PC | Kevin M Newman | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204 | USA | knewman@menterlaw.com |
| Menter Rudin Trivelpiece PC | James C Thoman | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204 | USA | jthoman@menterlaw.com |
| Much Shelist | Colleen E McManus | 191 N Wacker Dr Ste 1800 | | Chicago | IL | 60606 | USA | cmcmanus@muchshelist.com |
| Pachulski Stang Zeihl & Jones | Jeffrey N. Pomerantz | 10100 Santa Monica Blvd 11th Fl | | Los Angeles | CA | 90067 | USA | jpomerantz@pszjlaw.com |
| Pachulski Stang Zeihl & Jones | Robert J Feinstein | 780 Third Ave 36th Fl | | New York | NY | 10017 | USA | rfeinstein@pszjlaw.com |
| Powell Goldstein LLP | William C Crenshaw | 901 New York Ave NW | | Washington | DC | 20001 | USA | wcrenshaw@pogolaw.com |
| Sands Anderson Marks & Miller | Lisa Taylor Hudson | 801 E Main St Ste 1800 | | Richmond | VA | 23219 | USA | lhudson@sandsanderson.com |
| Sands Anderson Marks & Miller | Peter M Pearl | 30 Franklin Rd SW Ste 502 | | Roanoke | VA | 24011 | USA | ppearl@sandsanderson.com |
| Sands Anderson Marks & Miller | William A Gray | 801 E Main St Ste 1800 | PO Box 1998 | Richmond | VA | 23218 | USA | BGray@sandsanderson.com |
| Saul Ewing LLP | Jeremy W Ryan | 222 Delaware Ave | | Wilmington | DE | 19899 | USA | jryan@saul.com |
| Seyfarth Shaw LLP | Rhett E Petcher | 975 F St NW | | Washington | DC | 20004 | USA | rpetcher@seyfarth.com |
| Seyfarth Shaw LLP | Rhett E Petcher | 975 F St NW | | Washington | DC | 20004 | USA | RPetcher@seyfarth.com |
| Seyfarth Shaw LLP | Robert W Dremluk | 620 Eigth Ave | | New York | NY | 10018 | USA | rdremluk@seyfarth.com |
| St James Law PC | Michael St James | 155 Montgomery St Ste 1004 | | San Fransisco | CA | 94104 | USA | michael@stjames-law.com |
| Vinson&Elkins | David E Hawkins | 1455 Pennsylvania Ave NW Ste 600 | | Washington | DC | 20004 | USA | dhawkins@velaw.com |
| Wagner Choi & Verbugge | James A Wagner | 745 Ft St Ste 1900 | | Honolulu | HI | 96813 | USA | jwagner@wcelaw.com |
| Wiley Rein LLP | Rebecca L Saitta | 7925 Jones Branch Dr Ste 6200 | | Mclean | VA | 22102 | USA | rsaitta@wileyrein.com |
| WileyRein LLP | H Jason Gold | 7925 Jones Branch Dr Ste 6200 | | McLean | VA | 22102 | USA | jgold@wileyrein.com |
| WileyRein LLP | Kalina B Miller | 7925 Jones Branch Dr Ste 6200 | | McLean | VA | 22102 | USA | KMiller@wileyrein.com |
| Willcox & Savage | John D McIntyre | One Commercial Place Ste 1800 | | Norfolk | VA | 23510 | USA | jmcintyre@wilsav.com |
| Williams Mullen | William H Schwarzchild III | 1021 E Cary St | | Richmond | VA | 23219 | USA | tschwarz@williamsmullen.com |
| Williams Mullen | Paul Chip S Bliley Jr | James Ctr Two | 1021 E Carry St | Richmond | VA | 23219 | USA | pbliley@williamsmullen.com |
| Young Goldman & VanBeek PC | Libeau J Berthelot III | 510 King St Ste 416 | | Alexandria | VA | 22314 | USA | bberthelot@ygvb.com |
| Giarmarco Mullins & Horton PC | | Tenth Fl Columbia Ctr | 101 W Big Beaver Rd | Troy | MI | 48084-5280 | USA | jmahar@gmhlaw.com |
| Christian & Barton LLP | | 909 E Main St Ste 1200 | | Richmond | VA | 23219-3095 | USA | avaughn@cblaw.com |