UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: ) | |
| ) | |
| Circuit City Stories, INC., et al. ) | Case No. 08-35653 |
| ) | Chapter 11 Proceedings |
| ) | |
| Debtors. ) | |

**ENTRY OF APPEARANCE AND REQUEST FOR COPIES OF
ALL NOTICES, PLEADINGS, AND ORDERS**

COMES NOW Chris Koster, Attorney General of the State of Missouri, and Jeff Klusmeier, Assistant Attorney General, and, pursuant to Bankruptcy Rule 9010(b), enters his appearance on behalf of the Missouri Attorney General's Office in the above-styled action.

Pursuant to Bankruptcy Rule 2002, counsel further requests that all correspondence, notices, pleadings, proposed orders, orders, and all other documents related to this case be directed to Jeff Klusmeier at the address below.

Respectfully submitted,

JEREMIAH W. (JAY) NIXON
Attorney General
 /s/ Jeff Klusmeier
JEFF KLUSMEIER
Assistant Attorney General
Missouri Bar No. 59601
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-0284
(573) 751-4254 (facsimile)
**Jeff.klusmeier@ago.mo.us**
ATTORNEYS FOR MOAGO

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing document was electronically filed with the United States Bankruptcy Court, Eastern District of Missouri, on January 30, 2009, and thereby electronically served on debtor's counsel, the Bankruptcy/U.S. Trustee, and other parties in interest.

        /s/  Jeff Klusmeier
Assistant Attorney General
Missouri Bar No. 59601
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, Missouri 65102
(573) 751-0284
(573) 751-4254 (facsimile)
**Jeff.klusmeier@ago.mo.us**
ATTORNEYS FOR MOAGO