Constantinos G. Panagopoulos (VA 33356)
Jesse N. Silverman, Esquire (VA 46456)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 – 13th Street, N.W., Suite 1000 South
Washington, DC 20005-3807
 Telephone: (202) 661-2200
Facsimile: (202) 661-2299

-and-

Ivan M. Gold, Esquire
ALLEN MATKINS LECK GAMBLE MALLORY
 & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 273-7431
Facsimile: (415) 837-1516

Attorneys for GMS Golden Valley Ranch, LLC

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re | Case No. 08-35653-KRH |
| | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: March 3, 2009 @ 10:00 a.m. ET** |

### NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that GMS Golden Valley Ranch, LLC (the "Santa Clarita Landlord"), the former lessor of Debtors with respect to a partially constructed store location in Santa Clarita, California , by and through its undersigned counsel, have filed with the Court in the above-captioned bankruptcy case, a Motion of GMS Golden Valley Ranch, LLC For Order Allowing and Compelling Payment of Administrative Rent and Granting Related Relief (the "Motion").

DMEAST #10198703 v1

**PLEASE TAKE FURTHER NOTICE THAT** the Santa Clarita Landlord has requested that the Court conduct a hearing on the Motion on **March 3, 2009** at **10:00 a.m.** in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)** If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then or before February 24, 2009, you or your attorney must:

1. File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

> William C. Redden
> Clerk of Court
> United States Bankruptcy Court
> Eastern District of Virginia, Richmond Division
> 701 East Broad Street, Suite 4000
> Richmond, VA  23219

You must also mail a copy to:

> Constantinos G. Panagopoulso
> Jesse N. Silverman
> BALLARD SPAHR BALLARD SPAHR ANDREWS & INGERSOLL, LLP
> 601 13th Street, N.W.
> Suite 1000 South
> Washington, D.C.  20005
>
>      and
>
> Ivan M. Gold, Esquire
> ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
> Three Embarcadero Center, 12th Floor
> San Francisco, CA 94111

2.   Attend the hearing on the Motion scheduled to be held on **March 3, 2008 at 10:00 a.m.** in Chief Judge Huennekens' Courtroom at the U.S. Bankruptcy Court, 701 East Broad Street, Room 5000, Richmond, VA 23219.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sough in the Motion and may enter an order granting that relief.

# NOTICE

**Under Local Bankruptcy Rule 9013-1, unless a written response to this Motion and supporting memorandum are filed with the Clerk of the Court and served on the moving party within five (5) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

Dated: January 30, 2009          Respectfully submitted,

/s/ *Jesse N. Silverman*
Constantinos G. Panagopoulos (VA 33356)
Jesse N. Silverman, Esquire (VA XXXXX)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 – 13th Street, N.W., Suite 1000 South
Washington, DC 20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
E-mail: silvermanj@ballardspahr.com

-and-

Ivan M. Gold, Esquire
ALLEN MATKINS LECK GAMBLE MALLORY
 & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 273-7431
Facsimile: (415) 837-1516
Email: igold@allenmatkins.com

Attorneys for GMS Golden Valley Ranch LLC

## **CERTIFICATE OF SERVICE**

I, hereby certify that on the 30th day of January, 2009, a true and accurate copy of the foregoing Notice of Motion and Hearing was electronically filed with the Clerk of the Court using the CM/ECF system, which shall cause notice of electronic filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

      /s/  Jesse N. Silverman
      Jesse N. Silverman