# Exhibit A

RECORDING REQUESTED BY:
Engineered Structures, Inc.

AND WHEN RECORDED MAIL TO:
Engineered Structures, Inc.

12400 W. Overland Road
Boise, ID 83709

DOC # 2008-0619424
11/21/2008

Customer Copy Label
The paper to which this label is
affixed has not been compared
with the recorded document

Larry W Ward
County of Riverside
Assessor, County Clerk & Recorder

USE

## MECHANICS' LIEN

The undersigned, Engineered Structures, Inc. claimant, claims a mechanic's lien upon the following described real property: City of Palm Desert, County of Riverside, California, Circuit City, 34660 Monterey Avenue, Palm Desert, CA.

The sum of $828,383.12 together with interest thereon at the rate of 10.00 percent per annum from November 20, 2008, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: General contractor services-plumbing, electrical, sitework, interior & exterior*.
*labor and materials, etc.

Claimant furnished the work and/or materials at the request of, or under contract with: Circuit City, 9950 Mayland Drive, Richmond, VA 23233.

The owners and reputed owners of the property are: RJ Ventures, LLC, 1801 Avenue of the Stars, #920, Los Angeles, CA 80067 (owner), Circuit City Stores, Inc., 9950 Mayland Drive, Richmond, VA 23233 (lessee).

COPY

Firm Name: Engineered Structures, Inc.

By: _____
Angela Darling / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanic's lien; I have read said claim of mechanic's lien and know the contents thereof: the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 20, 2008, at San Diego, California.

_____
Angela Darling / Authorized Agent

COPYRIGHT 1994, CONSTRUCTION NOTICE SERVICES, INC. (808)385-5690

# Exhibit B

RECORDING REQUESTED BY:
Engineered Structures, Inc.

AND WHEN RECORDED MAIL TO:
Engineered Structures, Inc.

12400 W. Overland Road
Boise, ID 83709



COPY — Recorded 11/24/08
20082074055
LOS ANGELES COUNTY REGISTRAR - RECORDER

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# MECHANICS' LIEN

The undersigned, Engineered Structures, Inc. claimant, claims a mechanic's lien upon the following described real property: City of Santa Clarita, County of Los Angeles, California, "Circuit City" at The Plaza at Golden Valley, 19037 Golden Valley Road, Santa Clarita, CA.

The sum of $753,620.93 together with interest thereon at the rate of 10.00 percent per annum from November 21, 2008, is due claimant (after deducting all just credits and offsets) for the following work and/or material furnished by claimant: General contractor services/plumbing, electrical, site work, interior & ***.
***exterior, labor and materials
Claimant furnished the work and/or materials at the request of, or under contract with: Circuit City, 9950 Mayland Drive, Richmond, VA 23233.

The owners and reputed owners of the property are: GMS Golden Valley Ranch, LLC, 5973 Avenida Encinas, #300, Carlsbad, CA 92008 (owner), Circuit City, 9950 Mayland Drive, Richmond, VA 23233 (lessee).

COPY

Firm Name: Engineered Structures, Inc.

By: _____
Danielle Olivas / Authorized Agent

### VERIFICATION

I, the undersigned, say: I am the Authorized Agent of the claimant of the foregoing mechanic's lien; I have read said claim of mechanic's lien and know the contents thereof; the same is true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 21, 2008, at San Diego, California.

_____
Danielle Olivas / Authorized Agent

COPYRIGHT 1994, CONSTRUCTION NOTICE SERVICES, INC. (800)366-5980

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj            Page 1 of 1           Date Rcvd: Jan 29, 2009
Case: 08-35653                Form ID: pdforder          Total Served: 4

The following entities were served by first class mail on Jan 31, 2009.
aty          +David S. Berman,   Riemer & Braunstein,   Three Center Plaza, 6th Floor,   Boston, MA 02108-2003
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
             +Linda K. Myers, ESq.,   Kirkland & Ellis LLP,   200 E. Randolph Dr.,   Chicago, IL 60601-6611
             +Office of the US Trustee,   Robert Van Arsdale, Esq.,   701 E. Broad St., Ste. 4304,
               Richmond, VA 23219-1849

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2009          Signature: _Joseph Speetjens_