# EXHIBIT B

## STATEMENT OF TAXES
### SCHOOL TAX LEVY.
TOWN OF OYSTER BAY - COUNTY OF NASSAU

BILL NUMBER

**2008-09**

**2008-09**   1706037006

IF THE WORD "ARREARS"
IS PRINTED HERE SEE
REVERSE SIDE

MAKE FUNDS PAYABLE TO
**JAMES J. STEFANICH**
**RECEIVER OF TAXES**
**74 AUDREY AVE**
**OYSTER BAY NY 11771-1539**

OFFICE HOURS
9:00 A.M. to 4:45 P.M.
MON. - FRI.

(516) 624-6400

EST. STATE AID - SCHOOL DISTRICT          $15,560,943.00
TOTAL TAXES LEVIED - SCHOOL DISTRICT       $84,905,241.40
ASSESSED VALUATION - SCHOOL DISTRICT       $27,189,439.00
LIBRARY RATE
(INCLUDED IN TOTAL TAX RATE)

FISCAL YEAR 07/01/08 THRU 06/30/09

| | PROPERTY DESCRIPTION | | | EXEMPTION DESCRIPTION | CONSOLIDATED TAX CODE | TAX RATE | TAXABLE VALUE |
|---|---|---|---|---|---|---|---|
| S.D. CODE | SECTION | BLOCK | LOT | | | | |
| [X] 017 | 12 | 360 | 0020 | NON-EXEMPT | | 341.3750 | $41,679 |
| | | | | EXEMPT | | 0.0000 | $4,493 |

LOCATION>   **217 BETHPAGE RD**

CLASS> **48414**  ROLL SECTION>  **01**  STATE S.D. CODE>  **273**

SIZE>   **2.740 COMPUTED ACRE**

TAX SERVICE CODE      TAXPAYER CODE       ACCOUNT

FULL VALUE PER DEPARTMENT
OF ASSESSMENT
**4,617,200**
UNIFORM PCT OF VALUE
**1.000**

LAND ASSESSMENT   TOTAL ASSESSMENT
**$40,306**      **$46,172**

CIRCUIT CITY STORES INC
TAX DEPT
PO BOX 42304
RICHMOND VA 23242-2304

## DUPLICATE BILL

| LEVY DESCRIPTION | PCT CHANGE FROM LAST YEAR | TAXABLE VALUE | TAX RATE PER $100 | TAX AMOUNT |
|---|---|---|---|---|
| HICKSVILLE SCHOOL | 4.1520 | $41,679 | $325.42 | 135631.39 |
| HICKSVILLE LIBRARY | | $41,679 | $15.96 | 6650.3 |

| FIRST HALF TAX >> $71,140.85 | SECOND HALF TAX >> $71,140.84 | TOTAL TAX >>> $145,127.32 |
|---|---|---|
| PENALTY THRU    2845.63 | PENALTY THRU DISCOUNT | PAY THIS AMOUNT IF TOTAL TAX IS PAID ON OR BEFORE 11/10/08 |
| TOTAL >>> 73986.48 | TOTAL >>> 71140.84 | $141,570.28 |
| FIRST HALF TAX PAID | PENALTY INCLUDED     SECOND HALF TAX PAID | DISCOUNT ALLOWED (-) PENALTY INCLUDED (+) |

THIS IS YOUR SCHOOL TAX BILL
THE BOARD OF EDUCATION IN EACH SCHOOL DISTRICT IS THE RESPONSIBLE BODY FOR SCHOOL
AFFAIRS OVER WHICH THE TOWN OF OYSTER BAY HAS NO CONTROL. THE TOWN THROUGHT THIS
OFFICE ACTS AS AN AGENCY FOR THE COLLECTION AND DISTRIBUTION OF SCHOOL TAXES.

FOR INFORMATION ABOUT TAX RATES AND AMOUNTS, CONTACT YOUR LOCAL SCHOOL DISTRICT AT
THE ADDRESS PROVIDED ON THE REVERSE SIDE OF THIS BILL.

PAYOR (other than owner)                    PAYOR (other than owner)

2008-09 **S C H O O L   T A X - S E C O N D   H A L F** 2008-09

| SECOND HALF - SCHOOL TAXES |
| :---: |
| **DUE APRIL 1** |
| SECOND HALF TAX PAYABLE |
| WITHOUT PENALTY TO MAY 10 |

When paying by mail, detach and return this stub with payment of the second half tax. If paying TOTAL TAX, return both first and second half stubs with payment.
When paying in person bring in entire bill. Do not detach stubs.

SCHOOL TAXES- TOWN OF OYSTER BAY

| S.D. CODE | SECTION | BLOCK | LOT |
| :---: | :---: | :---: | :---: |
| 017 | 12 | 360 | 0020 |

**PAY**        $71,140.84

PAYOR

(other than owner) |  _____

DO NOT WRITE BELOW THIS LINE

**CIRCUIT CITY STORES INC**

☒  Check here if receipt requested

1706037060922

3  1706037006  09220007114084

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

2008-09 **S C H O O L   T A X - F I R S T   H A L F** 2008-09

| FIRST HALF - SCHOOL TAXES |
| :---: |
| **DUE OCTOBER 1** |
| FIRST HALF TAX PAYABLE |
| WITHOUT PENALTY TO NOVEMBER 10 |

When paying by mail, detach and return this stub with payment of the first half tax. If paying TOTAL TAX, return both first and second half stubs with payment.
When paying in person bring in entire bill. Do not detach stubs.

SCHOOL TAXES - TOWN OF OYSTER BAY

| S.D. CODE | SECTION | BLOCK | LOT |
| :---: | :---: | :---: | :---: |
| 017 | 12 | 360 | 0020 |

**PAY**        $71,140.85

PAYOR

(other than owner) ⌐ |  _____

DO NOT WRITE BELOW THIS LINE

**CIRCUIT CITY STORES INC**

1706037060921

3  1706037006  09210007114085

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -