# EXHIBIT C

## STATEMENT OF TAXES
### GENERAL TAX LEVY
### TOWN OF OYSTER BAY - COUNTY OF NASSAU

**BILL NUMBER:** 1706037006
**2009**

IF THE WORD "ARREARS" IS PRINTED HERE SEE REVERSE SIDE

MAKE FUNDS PAYABLE TO
**JAMES J. STEFANICH**
RECEIVER OF TAXES
74 AUDREY AVE
OYSTER BAY NY 11771-1539

OFFICE HOURS
9:00 A.M. to 4:45 P.M.
MON. - FRI.
(516) 624-6400

EST. STATE AID - COUNTY   $230,340,743.00
EST. STATE AID - TOWN   $16,773,992.00
COUNTY SALES TAX CREDIT   $16,367,104.00

| PROPERTY DESCRIPTION | | | | EXEMPTION DESCRIPTION | CONSOLIDATED TAX CODE | TAX RATE | TAXABLE VALUE |
|---|---|---|---|---|---|---|---|
| S.D. CODE | SECTION | BLOCK | LOT | | | | |
| 017 | 12 | 360 | 0020 | NON-EXEMPT | 611 | 257.6160 | $41,679 |
| | | | | TRANSITION | 611T | 0.0000 | $4,493 |

LOCATION> 217 BETHPAGE RD
CLASS> 48414   ROLL SECTION> 01   STATE S.D. CODE> 273
SIZE> 2.740 COMPUTED ACRE
TAX SERVICE CODE   TAXPAYER CODE   ACCOUNT

FULL VALUE PER DEPARTMENT OF ASSESSMENT   4,617,200
UNIFORM PCT OF VALUE   1.000

LAND ASSESSMENT   $40,306
TOTAL ASSESSMENT   $46,172

CIRCUIT CITY STORES INC
TAX DEPT
PO BOX 42304
RICHMOND VA 23242-2304

**DUPLICATE BILL**

| LEVY DESCRIPTION | TOTAL TAXES LEVIED | PCT CHANGE FROM LAST YEAR | EXEMPTION CODE | TAXABLE VALUE | TAX RATE PER $100 | TAX AMOUNT |
|---|---|---|---|---|---|---|
| COUNTY GENERAL PURPOSES | 7576964.920 | 1.7120 | T | $41,679.00 | 13.732 | $5,723.36 |
| NASSAU COMMUNITY COLLEGE | 2754527.940 | 0.8790 | T | $41,679.00 | 4.992 | $2,080.62 |
| GENERAL TOWN | 4626363.530 | 9.8790 | T | $41,679.00 | 8.276 | $3,449.35 |
| COUNTY POLICE HEADQUARTERS | 15408065.620 | 0.3520 | T | $41,679.00 | 27.924 | $11,636.44 |
| FIRE PREVENTION | 832086.700 | -3.4160 | T | $41,679.00 | 1.508 | $628.52 |
| COUNTY ENVIRONMENTAL BOND FUND | 270364.400 | -34.8720 | T | $41,679.00 | .49 | $204.23 |
| COUNTY POLICE | 29632115.300 | 5.9360 | T | $41,679.00 | 55.504 | $23,133.51 |
| SEWAGE COLLECTION DIST 3-H | 896344.640 | 5.6310 | T | $41,679.00 | 5.973 | $2,489.49 |
| COUNTY SEWAGE DISP DIST 3 | 6438656.940 | 7.0550 | T | $41,679.00 | 13.243 | $5,519.55 |
| BLDG ZONING PLANNING MEM DAY | 675715.410 | -17.4440 | T | $41,679.00 | 1.321 | $550.58 |
| TOWN HIGHWAY | 9288145.660 | 5.8510 | T | $41,679.00 | 18.158 | $7,568.07 |
| UNINCORP AREA PUB PKING DIST | 913403.870 | -0.3230 | T | $41,679.00 | 1.811 | $754.81 |
| TOWN LIGHTING DIST | 1793519.700 | 2.1560 | T | $41,679.00 | 3.556 | $1,482.11 |
| HICKSVILLE WATER DIST | 1716774.900 | -2.2250 | T | $41,679.00 | 16.158 | $6,734.49 |
| GARBAGE DIST 1 | 11112408.750 | 8.2520 | T | $41,679.00 | 29.88 | $12,453.69 |
| SOLID WASTE DISPOSAL DIST | 6285923.690 | 7.7260 | T | $41,679.00 | 12.277 | $5,116.93 |
| HICKSVILLE PARK DIST | 1423360.210 | 33.5480 | T | $41,679.00 | 13.192 | $5,498.29 |
| HICKSVILLE FIRE DIST | 2668396.860 | 0.0630 | T | $41,679.00 | 24.812 | $10,341.39 |
| UNINCORP DRAINAGE DIST 1 | 2425488.260 | -16.3320 | T | $41,679.00 | 4.809 | $2,004.34 |

FIRST HALF TAX >> $53,685.89
PENALTY THRU
TOTAL >>> 53685.89
FIRST HALF TAX PAID   PENALTY INCLUDED

SECOND HALF TAX >> $53,685.88
PENALTY THRU DISCOUNT
TOTAL >>> 53685.88
SECOND HALF TAX PAID

TOTAL TAX >>> $107,371.77
PAY THIS AMOUNT IF TOTAL TAX IS PAID ON OR BEFORE 2/10/09
$106,834.91
DISCOUNT ALLOWED (-)
PENALTY INCLUDED (+)

PAYOR (other than owner)   PAYOR (other than owner)

## 2009 GENERAL TAX - SECOND HALF 2009

**SECOND HALF - GENERAL TAXES**
**DUE JULY 1**
SECOND HALF TAX PAYABLE
WITHOUT PENALTY TO AUGUST 10

When paying by mail, detach and return this stub with payment of the second half tax. If paying TOTAL TAX, return both first and second half stubs with payment.
When paying in person bring in entire bill. Do not detach stubs.

GENERAL TAXES - TOWN OF OYSTER BAY

| S.D. CODE | SECTION | BLOCK | LOT |
|---|---|---|---|
| 017 | 12 | 360 | 0020 |

PAY    $53,685.88

PAYOR
(other then owner)
DO NOT WRITE BELOW THIS LINE

**CIRCUIT CITY STORES INC**

☐ Check here if receipt requested

17060370060912

3  1706037006  09120005368588

---

## 2009 GENERAL TAX - FIRST HALF 2009

**FIRST HALF - GENERAL TAXES**
**DUE JANUARY 1**
FIRST HALF TAX PAYABLE
WITHOUT PENALTY TO FEBUARY 10

When paying by mail, detach and return this stub with payment of the first half tax. If paying TOTAL TAX, return both first and second half stubs with payment.
When paying in person bring in entire bill. Do not detach stubs.

GENERAL TAXES - TOWN OF OYSTER BAY

| S.D. CODE | SECTION | BLOCK | LOT |
|---|---|---|---|
| 017 | 12 | 360 | 0020 |

PAY    $53,685.89

PAYOR
(other then owner)
DO NOT WRITE BELOW THIS LINE

**CIRCUIT CITY STORES INC**

17060370060911

3  1706037006  09110005368589