# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| ) |  |
| CIRCUIT CITY STORES, INC, et al., ) | Case No. 08-35653-KRH |
| ) | Jointly Administered |
| Debtors. ) |  |
| ) |  |

### NOTICE OF HEARING ON MOTION OF RICMAC EQUITIES CORPORATION TO COMPEL PAYMENT OF POSTPETITION REAL ESTATE TAXES AND MEMORANDUM OF LAW IN SUPPORT THEREOF

PLEASE TAKE NOTICE that on February 2, 2009, the Motion of Ricmac Equities Corporation to Compel Payment of Postpetition Real Estate Taxes and Memorandum of Law in Support Thereof was filed by Janet M. Meiburger, counsel to Ricmac Equities Corporation, a party in interest in the above-captioned bankruptcy case. A copy of the Motion is being served on you with this notice. **A hearing on the Motion will be held on February 13, 2009, at 10:00 a.m.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** If you do not wish the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney **must**:

- File with the Court (United States Bankruptcy Court for the Eastern District of Virginia (Richmond Division)), 701 East Broad Street, Suite 4000, Richmond, VA 23219, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting**

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Attorneys for Ricmac Equities Corporation

**memorandum are filed on or before Wednesday, February 11, 2009, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing**.  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.  You must also provide a copy to the persons listed below so that these persons receive your response on or before Wednesday, February 11, 2009.

- Attend the hearing scheduled to be held on **February 13, 2009, at 10:00 a.m.** at Judge Huennekens' Courtroom, 701 E. Broad Street, Room 5000, Richmond, Virginia 23219.

- Provide a copy of any written response to the following persons:

   Janet M. Meiburger, Esq.
   The Meiburger Law Firm, P.C.
   1493 Chain Bridge Road, Suite 201
   McLean, VA 22101

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: February 2, 2009            By: /s/ Janet M. Meiburger
                                   Janet M. Meiburger, Esq., (VSB No. 31842)
                                   The Meiburger Law Firm, P.C.
                                   1493 Chain Bridge Road, Suite 201
                                   McLean, Virginia 22101
                                   (703) 556-7871

                                   Attorneys for RicMac Equities Corporation

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2009, (1) a true and correct copy of the foregoing Notice of Hearing on Motion of Ricmac Equities Corporation to Compel Payment of Postpetition Real Estate Taxes and Memorandum of Law in Support Thereof will be served by ECF e-mail pursuant to the applicable Standing Order of the Court; and (2) I caused a true and correct copy of the foregoing Notice of Hearing on Motion of Ricmac Equities Corporation to Compel Payment of Postpetition Real Estate Taxes and Memorandum of Law in Support Thereof to be sent by e mail to circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com.

      /s/ Janet M. Meiburger
      Janet M. Meiburger