IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.*, | )    Case No.:    08-35653-KRH |
| Debtors. | )    Chapter 11 |

**STATEMENT OF ATTORNEYS FOR CREDITORS PURSUANT
TO *FEDERAL RULE OF BANKRUPTCY PROCEDURE* 2019**

COME NOW William A. Gray, Esquire; C. Thomas Ebel, Esquire; Peter M. Pearl, Esquire; and Lisa Taylor Hudson, Esquire and the law firm of Sands, Anderson, Marks & Miller, P.C. ("Sands, Anderson"), as counsel for the parties in interest and/or creditors listed on **EXHIBIT A** attached hereto and incorporated herein by reference (collectively, the "Parties"), asserting claims against Circuit City Stores., *et al.*, and certain of its affiliated Debtors (collectively, the "Debtors"), and make the following statements pursuant to *Federal Rule of Bankruptcy Procedure* 2019.

---

Lisa Taylor Hudson, Esquire – VSB #45484
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Local Counsel for Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually; Cynthia Olloway, Individually and as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor; Monument Consulting, LLC; McAlister Square Partners, Ltd; Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; Encinitas PFA, LLC; Cardinal Court, LLC; Phyllis M. Pearson; T.J.Maxx of CA, LLC; Baker Natick Promenade LLC; BPP-Conn LLC, f/k/a WEC 95B Manchester Limited Partnership; BPP-Muncy, LLC; BPP-NY LLC; BPP-OH LLC; BPP-Redding LLC; BPP-SC LLC; The Stop & Shop Supermarket Company; BPP-VA, LLC; BPP-WB LLC; Colonial Heights Holdings, LLC; E&A Northeast Limited Partnership; Ray Mucci's, Inc,; Interstate Augusta, LLC; NPP Development, LLC; Route 146 Millbury, LLC; Alexander's of Rego Park Center, Inc.; Amherst VF LLC; BevCon I, LLC; Vornado Caguas LP; East Brunswick VF LLC; Green Acres Mall, LLC; Vornado Gun Hill Road LLC; Marlton VF, LLC; North Bergen Tonnelle Plaza, LLC; North Plainfield VF, LLC; Star Universal, LLC; Towson VF LLC; VNO Mundy Street LLC; VNO Tru Dale Mabry, LLC; Christopher Borglin; Paul Schaapman; CSI Construction Company; Hilton Ellis Epps, Sr.; Chatham County, Georgia Tax Commissioner; DEV Limited Partnership; and Kelly Breitenbecher*

1.      The Parties addresses, and the general nature and approximate amount of their claims and dates of acquisition therefore, are set forth on **EXHIBIT A** attached hereto and incorporated herein by reference.

2.      The facts and circumstances relating to the employment of Sands, Anderson by the Parties are that Sands, Anderson serves as bankruptcy counsel to the Parties to represent their interests in the Debtors' jointly-administered bankruptcy cases.

3.      The Parties are billed monthly at the Sands, Anderson's normal hourly rates for its shareholders, counsel, associates, and legal assistants for time spent and for costs incurred in providing legal services, pursuant to Sands, Anderson's standard terms and engagement.

4.      Each of the Parties has been advised of and has consented to Sands, Anderson's representation of the others.

**Respectfully Submitted,**

**SANDS, ANDERSON, MARKS & MILLER, P.C.**

  /s/  Lisa Taylor Hudson
Lisa Taylor Hudson, Esquire – VSB #45484
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Peter M. Pearl, Esquire – VSB #22344
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Local Counsel for Reverend Dwayne Funches, individually, and as Independent Executor of the Estates of Travis Funches, Dione Funches, and Dwayne Funches, Jr., Emily Funches, Lovera S. Funches, and Shatira Funches, individually; Cynthia Olloway, Individually and as a Special Administrator of the Estate of Cedric Coy Langston,*

*Jr., a Deceased Minor; Monument Consulting, LLC; McAlister Square Partners, Ltd.; Mansfield SEQ 287 and Debbie, Ltd.; UTC I, LLC; PrattCenter, LLC; Valley Corners Shopping Center, LLC; Encinitas PFA, LLC; Cardinal Court, LLC; Phyllis M. Pearson; T.J. Maxx of CA, LLC; Baker Natick Promenade LLC; BPP-Conn LLC, f/k/a WEC 95B Manchester Limited Partnership; BPP Muncy, LLC; BPP-NY LLC; BPP-OH LLC; BPP-Redding LLC; BPP-SC LLC; The Stop & Shop Supermarket Company; BPP-VA LLC; BPP-WB LLC; Colonial Heights Holdings, LLC; PrattCenter, LLC; UTC I, LLC; Valley Corner Shopping Center, LLC; E&A Northeast Limited Partnership; Ray Mucci's, Inc.; Interstate Augusta, LLC; NPP Development, LLC; Route 146 Millbury, LLC; Alexander's of Rego Park Center, Inc.; Amherst VF LLC; BevCon I, LLC; Vornado Caguas LP; East Brunswick VF LLC; Green Acres Mall, LLC; Vornado Gun Hill Road LLC; Marlton VF, LLC; North Bergen Tonnelle Plaza, LLC; North Plainfield VF, LLC; Star Universal, LLC; Towson VF LLC; VNO Mundy Street LLC; VNO Tru Dale Mabry, LLC; Hilton Ellis Epps, Sr.; DEV Limited Partnership; Chatham County, Georgia Tax Commissioner; Christopher Borglin; Paul Schaapman; CSI Construction Company; and Kelly Breitenbecher*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

/s/ Lisa Taylor Hudson

3

**SERVICE LIST**

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
    *Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
    *Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
    *Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
    *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
    *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
    *Special Counsel for Debtors*

4

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
    *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
    *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
    *Counsel for the Official Committee of*
    *Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
    *Counsel for the Creditors Committee*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
    *Counsel for the Creditors Committee*

## EXHIBIT A TO RULE 2019 STATEMENT

| Creditor | Address | Nature of Claim | Claim Amount |
|---|---|---|---|
| Reverend Dwayne Funches, Individually | | | |
| Reverend Dwayne Funches as Independent Executor of the Estate of Travis Funches | | | |
| Reverend Dwayne Funches as Independent Executor of the Estate of Dione Funches | | | |
| Reverend Dwayne Funches as Independent Executor of the Estate of Dwayne Funches, Jr. | | | |
| Emily Funches, Individually | | | |
| Lovera S. Funches, Individually | | | |
| Shatira Funches, Individually | | | |
| Cynthia Olloway, Individually | | | |
| Cynthia Olloway, as a Special Administrator of the Estate of Cedric Coy Langston, Jr., a Deceased Minor | | | |
| Monument Consulting, LLC | | | |
| McAlister Square Partners, Ltd. | | | |
| Mansfield SEQ 287 and Debbie, Ltd. | | | |
| UTC I, LLC | | | |
| PrattCenter, LLC | | | |
| Valley Corners Shopping Center, | | | |

| | | | |
|---|---|---|---|
| LLC | | | |
| Encinitas PFA, LLC | | | |
| Cardinal Court, LLC | | | |
| Phyllis M. Pearson | | | |
| T.J. Maxx of CA, LLC | | | |
| Baker Natick Promenade LLC | | | |
| BPP-Conn LLC, f/k/a WEC 95B Manchester Limited Partnership | | | |
| BPP-Muncy, LLC | | | |
| BPP-NY LLC | | | |
| BPP-OH LLC | | | |
| BPP-Redding LLC | | | |
| BPP-SC LLC | | | |
| The Stop & Shop Supermarket Company | | | |
| BPP-VA LLC | | | |
| BPP-WB LLC | | | |
| Colonial Heights Holdings, LLC | | | |
| E&A Northeast Limited Partnership | | | |
| Ray Mucci's, Inc. | | | |
| Interstate Augusta, LLC | | | |
| NPP Development, LLC | | | |
| Route 146 Millbury, LLC | | | |
| Alexander's of Rego Park Center, Inc. | | | |
| Amherst VF LLC | | | |
| BevCon I, LLC | | | |
| Vornado Caguas LP | | | |
| East Brunswick VF LLC | | | |
| Green Acres Mall, LLC | | | |

| | | | |
|---|---|---|---|
| Vornado Gun Hill Road LLC | | | |
| Marlton VF, LLC | | | |
| North Bergen Tonnelle Plaza, LLC | | | |
| North Plainfield VF, LLC | | | |
| Star Universal LLC | | | |
| Towson VF LLC | | | |
| VNO Mundy Street LLC | | | |
| VNO Tru Dale Mabry, LLC | | | |
| Christopher Borglin | | | |
| Paul Schaapman | | | |
| CSI Construction Company | | | |
| Kelly Breitenbecher | | | |
| Hilton Ellis Epps, Sr. | | | |
| DEV Limited Partnership | | | |
| Chatham County, Georgia Tax Commissioner | | | |

**EXHIBIT A**