Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Telephone:  (202) 799-4000
Facsimile:  (202) 799-5000

Timothy W. Brink (ARDC #06215802)
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601-1293
Telephone:  (312) 368-4000
Facsimile:  (312) 235-7516

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **CIRCUIT CITY STORES, INC., et al.,** ) | **Case No. 08-35653 (KRH)** |
| ) | |
| **Debtors** ) | **Jointly Administered** |
| ) | |

**SUPPLEMENTAL VERIFIED STATEMENT OF DLA PIPER LLP (US)
PURSUANT TO BANKRUPTCY RULE 2019**

DLA Piper LLP (US) ("DLA"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, makes the following supplemental disclosure as counsel for multiple parties in the above referenced Chapter 11 bankruptcy cases.  This statement supplements the original Verified Statement of DLA Piper LLP (US) Pursuant to Bankruptcy Rule 2019, filed on December 16, 2008:

1. DLA is serving as counsel for the below-listed creditors (collectively, the "Creditors") whose names and addresses are as follows:

| Name | Address |
| --- | --- |
| Manufacturers and Traders Trust Company ("M&TTC"), as Trustee under (I) the Collateral Trust Indenture from Bond Lease Corporation VI, dated February 1, 1993 and (II) the Collateral Trust Indenture from Secured Lease Finance Corporation II, dated February 24, 1994 | 25 South Charles Street<br>16th Floor<br>Mail Code: MD2-CS58<br>Baltimore, MD 21201 |
| InnerWorkings, Inc. | 600 W. Chicago Ave.<br>Suite 850<br>Chicago, IL 60610 |
| West Marine Products, Inc. | 500 Westridge Drive<br>Watsonville, CA 95076 |
| D.L. Peterson Trust as assignee of PHH Vehicle Management Services, LLC | 940 Ridgebrook Road<br>Sparks, Maryland 21152 |

2. Each of the Creditors may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors. The specific amounts of the claims held by the creditors will be set forth in the proofs of claims filed in these cases. The Creditors may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall with the scope of DLA's representation of such entities.

3. Except as set forth below, each of the Creditors has separately requested that DLA represent it in connection with the Debtors' chapter 11 cases. DLA also may represent the Creditors on matters unrelated to these cases. Aegon USA Investment Management, LLC, which holds more than 83% of each of the relevant indentures identified in paragraph 1 above (the "Indenture"), directed M&TTC to employ DLA to pursue available rights and remedies under the Indentures.

4. At the time of DLA's employment by the creditors, no amount of the claims and/or interests identified herein were owned by DLA. DLA is employed only as counsel and is not authorized by instrument or otherwise to act for any client except in that capacity.

5. This statement is made by Anne Braucher, an attorney at law duly admitted to the bar of the State of Virginia and an attorney in the law firm of DLA Piper LLP (US), under penalty of perjury, and is verified to be true and correct as of the date hereof to the best of her knowledge and belief.

Dated: February 2, 2009

Respectfully submitted,

/s/ Anne Braucher

Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000

Timothy W. Brink (ARDC #06215802)
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601-1293
Telephone:  (312) 368-4000
Facsimile:  (312) 236-7516

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Supplemental Verified Statement of DLA Piper LLP (US) Pursuant to Bankruptcy Rule 2019 has been served on the parties receiving electronic notice via the Court's CM/ECF system and electronic means and the following parties via first-class United States mail, postage prepaid, on this the 2nd day of February, 2009.

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA  23510
Counsel for the Debtors

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA  23219
Counsel for the Debtors

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899
Counsel for the Debtors

Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA  23219
Counsel for the Committee

/s/ Anne Braucher