## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

**COMES NOW** Anne Braucher, counsel to InnerWorkings, Inc. in this case and a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of Ann Marie Bredin of the firm DLA Piper LLP (US), Chicago, Illinois. In support thereof, Movant states as follows:

1. Ms. Bredin graduated from Northwestern University Law School in 1998. Ms. Bredin is a member in good standing of the State Bar of Illinois. Ms. Bredin is admitted to practice in the United States District Court for the Northern District of Illinois.

2. Ms. Bredin's admittance to practice law has never been revoked and she is not the subject of any disciplinary proceedings.

3. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

4. No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Movant requests this Court enter an order admitting Ann Marie Bredin of the firm DLA Piper LLP (US) *pro hac vice* to the bar of this Court for the conduct of this case.

Respectfully submitted this 2nd day of February, 2009.

/s/ Anne Braucher
Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000
Counsel for InnerWorkings, Inc.

## CERTIFICATE OF SERVICE

I hereby certify on this 2nd day of February, 2009, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

circuitcityservice@mcquirewoods.com
project.circuitcity@skadden.com


/s/ Anne Braucher