**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., <u>et al.</u>,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |
| | ) | |

**NOTICE OF APPEARANCE AND
<u>REQUEST FOR SERVICE OF PAPERS</u>**

Pursuant to Fed. R. Bankr. Proc. 2002(g) and 9010(b), the undersigned enter their appearance for West Marine Products, Inc., a creditor in the above-captioned jointly-administered cases.

The undersigned hereby requests that all notices given or required to be given, and all papers served or required to be served, in these proceedings be served at the following addresses:

> Timothy W. Brink, Esq.
> Illinois ARDC No. 06215802
> DLA Piper LLP (US)
> 203 North LaSalle Street, Suite 1900
> Chicago, IL  60601
> Phone:  (312) 368-6802
> Fax:  (312) 251-2170
> Email:  timothy.brink@dlapiper.com
>
> Ann Marie Bredin, Esq.
> Illinois ARDC No. 06255663
> DLA Piper LLP (US)
> 203 North LaSalle Street, Suite 1900
> Chicago, IL  60601
> Phone:  (312) 368-8913
> Fax:  (312) 251-5868
> Email:  ann.bredin@dlapiper.com

Anne Braucher, Esq.
VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone:  (202) 799-4000
Fax: (202) 799-5000
Email:  anne.braucher@dlapiper.com

This request includes not only the notices and papers required to be served pursuant to Federal Rule of Bankruptcy Procedure 2002, but additionally includes, without limitation, notices of any application, disclosure statement, plan of reorganization, complaint, demand, notice of hearing, motion, petition, pleading or request, whether formal or informal, whether transmitted or conveyed electronically, by mail, delivery, telephone or otherwise.

The foregoing request constitutes a request for service only and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial. Counsel also requests inclusion on any limited notice list as ordered by this Court.

Respectfully submitted this 2nd day of February, 2009.


/s/ Anne Braucher
Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000

Counsel for West Marine Products, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify on this 2nd day of February, 2009, a copy of the foregoing Notice of

Appearance and Request for Service of Papers was delivered by electronic means to all parties

who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail

to the following pursuant to the Order Establishing Certain Notice, Case Management and

Administrative Procedures entered in this case.

circuitcityservice@mcquirewoods.com
project.circuitcity@skadden.com

/s/ Anne Braucher