**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| ) |  |
| CIRCUIT CITY STORES, INC, et al., ) | Case No. 08-35653-KRH |
| ) | Jointly Administered |
| Debtors. ) |  |

**SUPPLEMENTAL CERTIFICATE OF SERVICE FOR DOCKET NO. 1914**

I HEREBY certify that on this 3rd day of February, 2009, I caused a true and correct copy of the Notice of Hearing on Motion of Ricmac Equities Corporation to Compel Payment of Postpetition Real Estate Taxes and Memorandum of Law in Support Thereof (Docket No. 1914) to be served by first class mail, postage prepaid on the following:

Circuit City Stores, LLC
Attention: Reginald D. Hedgebeth
9950 Maryland Drive
Richmond, VA 23233

Riemer & Braunstein LLP
Attention: David S. Berman
Three Center Plaza, 6th Floor
Boston, MA 02108

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: February 3, 2009

By: /s/ Janet M. Meiburger
Janet M. Meiburger
(VSB No. 31842)
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Attorneys for Ricmac Equities Corporation

---

Janet M. Meiburger, VA Bar No. 31842
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, VA 22101
(703) 556-7871
Attorneys for Ricmac Equities Corporation

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 3rd day of February, 2009, (1) a true and correct copy of the foregoing Supplemental Certificate of Service for Docket No. 1914 will served by ECF e-mail pursuant to the applicable Standing Order of the Court; (2) I caused a true and correct copy of the foregoing Supplemental Certificate of Service for Docket No. 1914 to be sent by e mail to circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com; and (3) I caused a true and correct copy of the foregoing Supplemental Certificate of Service for Docket No.1914 to be sent by first class mail, postage prepaid, to:

Circuit City Stores, LLC
Attention:  Reginald D. Hedgebeth
9950 Maryland Drive
Richmond, VA  23233

Riemer & Braunstein LLP
Attention:  David S. Berman
Three Center Plaza, 6th Floor
Boston, MA  02108

/s/ Janet M. Meiburger
Janet M. Meiburger