IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No.:    08-35653-KRH |
| | ) | |
| Debtors. | ) | Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that William A. Gray, Esquire; C. Thomas Ebel, Esquire; Peter M. Pearl, Esquire; Lisa Taylor Hudson, Esquire; and the law firm of Sands, Anderson, Marks, & Miller, P.C. ("Sands, Anderson") enter their appearance on behalf of DEV Limited Partnership, pursuant to *Bankruptcy Code* § 1109 and *Federal Rules of Bankruptcy Procedure* 2002 and 9010, and request that copies of all notices, pleadings, and other papers given or filed in this case be served at the following addresses:

> William A. Gray, Esquire (VSB #46911)
> Lisa Taylor Hudson, Esquire (VSB #45484)
> Peter M. Pearl, Esquire (VSB #22344)
> C. Thomas Ebel, Esquire (VSB #18637)
> Sands Anderson Marks & Miller, P.C.
> 801 E. Main Street
> Richmond, VA 23219
> (804) 648-1636 Telephone
> (804) 783-7291 Facsimile

---

William A. Gray, Esquire – VSB #46911
Lisa Taylor Hudson, Esquire – VSB #45484
Peter M. Pearl, Esquire – VSB #22344
C. Thomas Ebel, Esquire – VSB #18637
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Counsel for DEV Limited Partnership*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, notices, pleadings, and any other papers relating to any application, complaint, demand, hearing, motion, order, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, or otherwise filed with regard to the above-mentioned case or proceedings therein.

**Respectfully Submitted,**

**SANDS, ANDERSON, MARKS & MILLER, P.C.,**

**By Counsel**

  /s/  Lisa Taylor Hudson
William A. Gray, Esquire – VSB #46911
Lisa Taylor Hudson, Esquire – VSB #45484
Peter M. Pearl, Esquire – VSB #22344
C. Thomas Ebel, Esquire – VSB #18637
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Counsel for DEV Limited Partnership*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

      /s/ Lisa Taylor Hudson

## SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
    *Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
    *Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
    *Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
    *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
    *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
    *Special Counsel for Debtors*

3

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
    *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
    *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
    *Counsel for the Official Committee of*
    *Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
    *Counsel for the Creditors Committee*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, New York 10017
    *Counsel for the Creditors Committee*