# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| CIRCUIT CITY STORES, INC., et al., | § | Case No. 08-35653 |
| Debtor. | § | Chapter 11 |

## NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICES

TO THE HONORABLE BANKRUPTCY JUDGE OF SAID COURT:

This is to notify the Court and parties pursuant to Bankruptcy Rule 9010(b) that the undersigned attorneys represents PARKDALE VILLAGE, LP, a creditor in this proceeding.

Counsel for PARKDALE VILLAGE, LP, request that all copies of all notices on all matters and all papers served or required to be served in this case, including all documents required to be served upon all creditors, pursuant to Bankruptcy Rules 2002 and 3017, be given to and served upon said counsel at the undersigned address.

PLEASE TAKE FURTHER NOTICE that PARKDALE VILLAGE, LP, requests that the Debtor and the Clerk of the Court place the names and addresses of the undersigned attorneys on any mailing matrix to be prepared or existing in this cause, and on any list of creditors or service list to be prepared or existing in this cause.

Respectfully submitted,

By: _____
Brian D. Womac
Texas State Bar No. 21873600
Womac & Associates
Two Memorial City Plaza
820 Gessner, Suite 1540
Houston, Texas 77024
(713) 751-9200 - telephone
(713) 751-0808 - facsimile

ATTORNEYS FOR CREDITOR,
PARKDALE VILLAGE, LP

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Appearance of Counsel and Request for Notices has been served on the following parties via certified mail, return receipt requested, on this the 28th day of January, 2009:

**DEBTOR BY AND THROUGH ITS COUNSEL**

CIRCUIT CITY STORES, INC.
9950 Mayland Drive
Richmond, VA 23233

**COUNSEL FOR DEBTOR**

Gregg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2000
Chicago, IL 60606

Dion W. Hayes
Douglas M. Foley
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

**UNITED STATES TRUSTEE**

Robert B. Van Arsdale
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888

_____
Brian D. Womac

NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR NOTICES - Page 2 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: §
§
CIRCUIT CITY STORES, INC., et al., § Case No. 08-35653
§
§
Debtor. § Chapter 11

## AFFIDAVIT OF PAPER FILING

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared Brian D. Womac, who, being first duly sworn, states on her oath that she is duly competent and qualified to make this affidavit from his own personal knowledge; and further states on his oath as follows:

1. "My name is Brian D. Womac and I am the attorney representing PARKDALE VILLAGE, LP, a creditor in the above-styled and numbered bankruptcy matter;

2. that I do not customarily practice in the Eastern District of Virginia and therefore, do not have a user identification number or password in order to electronically file in the Eastern District of Virginia;

3. that I do not foresee the necessity for filing any additional documents in this bankruptcy matter other than a proof of claim, and

4. that all of the above is true and correct within my personal knowledge."

FURTHER AFFIANT SAITH NOT.

_____
Brian D. Womac

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared Brian D. Womac, individually, known to me to be the person and officer whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, and in the capacity therein stated, on this the ___ day of January, 2009.

CHRISTINA M. EUGENIO
MY COMMISSION EXPIRES
JANUARY 28, 2012

_____
Notary Public, State of Texas

**AFFIDAVIT OF PAPER FILING** - Solo

BRIAN DOUGLAS WOMAC
Board Certified Commercial Real Estate
Texas Board of Legal Specialization

WOMAC & ASSOCIATES
ATTORNEYS AT LAW
TWO MEMORIAL CITY PLAZA
820 GESSNER, SUITE 1540
HOUSTON, TEXAS 77024
(713) 751-9200 • Fax (713) 751-0808
brianwomac@aol.com

*[FILED stamp: RICHMOND DIVISION, FEB -3 2009, CLERK U.S. BANKRUPTCY COURT]*

January 28, 2009

**VIA REGULAR U.S. MAIL**

United States Bankruptcy Court Clerk
United States Bankruptcy Court, Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219

Re:  Cause No. 08-35653;  In re: Circuit City Stores, Inc., et al.; In the
United States Bankruptcy Court for the Eastern District of
Virginia Richmond Division ("Bankruptcy")

Dear Clerk:

Please find enclosed for filing with the Court in the above-referenced matter the following documents:

1) *Parkdale Village, LP's, Notice of Appearance of Counsel and Request for Notices*;

2) *Affidavit of Paper Filing.*

Please return a file-stamped copy of this instrument to this office in the enclosed self-addressed postage-paid envelope. Thank you for your time and cooperation in this matter.

Sincerely,

Brian D. Womac

Enclosures