# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

## ORDER APPROVING ADMISSION PRO HAC VICE OF ANN MARIE BREDIN

This matter comes before the Court upon the Motion of Anne Braucher requesting entry of an order approving the admission *pro hac vice* of Ann Marie Bredin of the firm of DLA Piper LLP (US), Chicago, Illinois, to represent the interests of InnerWorkings, Inc. in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT Ann Marie Bredin be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

DATE:

_____
HON. KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

ENTERED ON DOCKET:

I ASK FOR THIS:

/s/ Anne Braucher
Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000

Counsel for InnerWorkings, Inc.

## LOCAL RULE CERTIFICATION

I hereby certify that the foregoing has been endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

/s/      Anne      Braucher
_____

**PARTIES TO RECEIVE COPIES**

Anne Braucher
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004

Ann Marie Bredin
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636