Hearing Date: March 3, 2009 at 10:00 a.m.
Objection/Response Deadline: February 24, 2009

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653-KRH** |
| | ) | **Chapter 11** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

### APPLICATION FOR ALLOWANCE
### AND PAYMENT OF ADMINISTRATIVE EXPENSE

Holyoke Crossing Limited Partnership II, a Massachusetts limited partnership ("Holyoke Crossing"), by counsel, respectfully submits its Application for Allowance and Payment of Administrative Expense. In support thereof, Holyoke Crossing respectfully states as follows:

### JURISDICTION, VENUE AND STATUTORY BASIS FOR RELIEF

1. This Court has jurisdiction over the subject matter of this Application pursuant to 28 U.S.C. §§157(b) and 1334(b). This is a core proceeding arising pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested in this Application are §§365(d)(3) and 503(b)(1)(A) of the United States Bankruptcy Code (the "Code").

---

Local Counsel for Holyoke Crossing Limited Partnership II
David R. Ruby, Esquire (VSB #22703)
McSweeney, Crump, Childress & Temple, P.C.
Post Office Box 1463 (23218)
11 South 12th Street
Richmond, Virginia 23219
Telephone: (804) 783-6811
Facsimile: (804) 782-2130
E-Mail: druby@mcsweeneycrump.com

## BACKGROUND

3. By Lease dated December 12, 1995, as amended by that certain First Amendment to Lease dated November 9, 2007 and as corrected by that certain Affidavit of Landlord and Tenant Correcting Lease dated March 6, 2008 (collectively, the "Lease"), between Circuit City Stores, Inc. (the "Debtor") and O'Connell Properties, Inc. (the "Original Landlord"), the Debtor leased from the Original landlord certain premises located in the Holyoke Crossing Shopping Center in Holyoke, Massachusetts, specifically Unit #5 with an address of 33 Holyoke Street, Holyoke, Massachusetts (the "Premises").  A true and correct copy of the Lease is attached hereto as **Exhibit "A"**.

4. Holyoke Crossing (hereinafter, the "Landlord"), is the successor in interest to the Original Landlord under the Lease.

5. On November 10, 2008 (the "Petition Date"), the Debtor, together with a number of related entities, filed voluntary petitions for relief under Chapter 11 of the Code.  The Debtor continues to operate its businesses pursuant to §§ 1107 and 1108 of the Code.

6. The Debtor remains in possession of the Premises and continues to conduct business operations from the Premises.  The Lease has neither been rejected nor assumed.

### DEBTOR'S ONGOING OBLIGATIONS TO LANDLORD UNDER THE LEASE AND LANDLORD'S ENTITLEMENTS TO IMMEDIATE PAYMENT AND ADMINISTRATIVE CLAIM TREATMENT

7. Pursuant to § 365(d)(3) of the Code, the Debtor is obligated to pay and maintain on a current basis all of its obligations under unexpired leases of nonresidential real property, including the Lease.

8. The Debtor's obligations under the Lease (the "Lease Obligations") include, but are not limited to, the payment of rent, common area maintenance ("CAM") charges, taxes, insurance, interest and attorneys' fees and related costs.

9. The Debtor has failed to meet a number of its Lease Obligations post-petition.

10. The Landlord's claims against the Debtor on account of the Lease Obligations are entitled to treatment as administrative expense claims pursuant to § 365(d)(3) of the Code and the Landlord is entitled to immediate payment. See *In Re: Shangra-La, Inc.,* 167 F.3d 843 (4th Cir. 1999); *In Re: Trak Auto Corp.,* 277 B.R. 655 (Bankr. E.D. Va. 2002), *rev'd on other grounds*; *In Re: Geonex Corp.,* 258 B.R. 336 (Bankr. D. Md. 2001); *In Re: Exchange Resources, Inc.,* 214 B.R. 366 (Bankr. D. Minn. 1997); *In Re: Slim Life Weight Loss Centers Corp.*, 182 B.R. 701 (Bankr. D. N.J. 1995); *In Re: Telesphere Communications,* 148 B.R. 525 (Bankr. N.D. Ill. 1992); *In Re: Worth Stores Corp.*, 135 B.R. 112 (Bankr. E.D. Mo. 1991).

11. The Landlord's claims against the Debtor on account of the Lease Obligations also are entitled to treatment as administrative expense claims pursuant to § 503(b)(1)(A) of the Code.

12. The following Lease Obligations are past-due and entitled to immediate payment:

| | |
|---|---|
| Rent (November 11-30, 2008): | $34,853.39[1] |
| Rent (January, 2009): | $52,280.08 |
| Rent (February, 2009): | $52,280.08 |
| CAM Charges (November 11-30, 2008): | $4,020.88[2] |
| CAM Charges (January, 2009): | $6,071.01 |
| CAM Charges (February, 2009): | $6,071.01 |
| 2008 Real Estate Taxes (November 11-30/December, 2008): | $21,133.40[3] |
| 2009 Real Estate Taxes (January 1 – March 31, 2009): | $40,748.33 |
| Interest charges: | $2,826.08[4] |
| Attorneys' fees: | $7,500.00[5] |
| **Total:** | **$227,784.26** |

## RESERVATION OF RIGHTS

13. The Landlord seeks allowance and payment of its administrative expense claims that have accrued as of the dates specified in this Application. The Landlord expressly reserves its rights to future administrative claims as the claims may accrue.

## NO PRIOR REQUEST

14. The Landlord has not sought the relief requested in this Application previously.

---

[1] Prorated for the twenty (20) day period 11/11/08 – 11/30/08.
[2] Prorated CAM charges for the twenty (20) day period 11/11/08 – 11/30/08.
[3] November portion prorated for the twenty (20) day period 11/11/08 – 11/30/08.
[4] Pursuant to the Lease, interest accrues at the rate of fifteen (15%) per annum on late payments. Interest computed through January 31, 2009. Interest will continue to accrue on late payments until paid.
[5] Attorneys' fees estimated through January 31, 2009.

## **CONCLUSION**

WHEREFORE, the Landlord, respectfully requests that the Court enter an Order (i) granting and allowing the Landlord an administrative expense claim totaling $227,784.26 for unpaid post-petition rent, CAM charges, taxes, insurance, interest and attorneys' fees, as applicable, plus such additional amounts as shall accrue or become due, (ii) compelling the Debtor to pay the amounts granted and allowed within ten (10) days of the entry of the Court's Order and (iii) granting such other and further relief as the Court deems just and proper.

Dated: February 3, 2009

        Respectfully submitted,

        Holyoke Crossing Limited Partnership II

        By:   /s/ David R. Ruby
            Local Counsel

        and

        Paul R. Salvage, Esquire
        Bacon Wilson, P.C.
        33 State Street
        Springfield, Massachusetts  01103
        Telephone: 413-781-0560
        Telefax: 413-739-7740
        Email: PRS@BaconWilson.com

        Counsel for Holyoke Crossing Limited Partnership II

## CERTIFICATE OF SERVICE

   I hereby certify that on the 3rd day of February, 2009, a true and accurate copy of the foregoing Application was served via First Class U.S. Mail (postage prepaid), via e-mail or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties:

Robert B. Van Arsdale, Esquire*
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
[USTPRegion04.NO.ECF@usdoj.gov]

Dion W. Hayes, Esquire*
Joseph S. Sheerin, Esquire*
Sarah Beckett Boehm, Esquire*
McGuireWoods LLP
One James Center,
901 E. Cary St.
Richmond, VA 23219
[Debtors' Counsel]

Daniel F. Blanks, Esquire*
Douglas M. Foley, Esquire*
McGuireWoods LLP
9000 World Trade Center,
101 W. Main St.
Norfolk, VA 23510
[Debtors' Counsel]

Gregg M. Galardi, Esquire*
Ian S. Fredericks, Esquire*
Skadden Arps Slate Meagher & Flom LLP,
PO Box 636
Wilmington, DE 19899
[Debtors' Counsel]

Brad R. Godshall, Esquire*
Jeffrey N. Pomerantz, Esquire*
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100
[Counsel for Unsecured Creditors Committee]

John D. Fiero, Esquire*
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500
[Counsel for Unsecured Creditors Committee]
Robert J. Feinstein, Esquire*
Pachulski Stang Ziehl & Jones LLP

6

780 Third Ave. 36th Floor
New York, NY 10017
[Counsel for Unsecured Creditors Committee]

Lynn L. Tavenner, Esquire*
Paula S. Beran, Esquire*
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
[Counsel for Unsecured Creditors Committee]

Bruce H. Matson, Esquire*
LeClair Ryan, PC
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
[Counsel for DIP Agents]

David S. Berman, Esquire*
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
[Counsel for Prepetition/Postpetition Lenders]

        /s/ David R. Ruby
        David R. Ruby

[*Indicates service by ECF or e-mail.  All others served by First Class U.S. Mail, postage prepaid.]