Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' MOTION FOR ORDER SHORTENING NOTICE PERIOD AND
LIMITING NOTICE OF DEBTORS' MOTION FOR ORDER PURSUANT TO
BANKRUPTCY CODE SECTIONS 105 AND 363 (A) AUTHORIZING DEBTORS
TO ENTER INTO AGREEMENT IN CONNECTION WITH SALE OF AIRCRAFT,
SUBJECT TO HIGHER OR OTHERWISE BETTER BIDS, (B) APPROVING
SALE OF AIRCRAFT FREE AND CLEAR OF ALL INTERESTS, AND
(C) GRANTING RELATED RELIEF**

The debtors and debtors in possession in the

above-captioned jointly administered cases (collectively,

the "Debtors")[1] hereby move this Court (the "Motion to

Shorten Notice") for an order under section 102 of the title

11 of the United States Code (the "Bankruptcy Code") and

Rules 2002, 9006 and 9007 of the Federal Rules of Bankruptcy

Procedures (the "Bankruptcy Rules") approving shortened and

limited notice for Debtors' motion for an order the pursuant

to sections 105 and 363 of the Bankruptcy Code and

Bankruptcy Rules 4001, 6004 and 6006 of the Federal Rules of

Bankruptcy Procedure for entry of an order (A) authorizing

the Debtors to enter into an agreement for sale of the

Debtors' Learjet aircraft (the "Aircraft") subject to higher

or otherwise better proposals, (B) approving the sale of the

Aircraft free and clear of all interests, and (C) granting

related relief (the "Aircraft Sale Motion").  In support of

the Motion to Shorten Notice, the Debtors respectfully

represent as follows:

---

[1]   The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc.
(3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc.
(0875), Ventoux International, Inc. (1838), Circuit City Purchasing
Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company
of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer
Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659),
Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC.
(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC
(n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC
(5512).  The address for Circuit City Stores West Coast, Inc. is 9250
Sheridan Boulevard, Westminster, Colorado 80031.  For all other
Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

**JURISDICTION AND VENUE**

1.     This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2.     The statutory predicates for the relief requested herein are Bankruptcy Code section 102 and Bankruptcy Rules 2002, 9006 and 9007.

**BACKGROUND**

3.     On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

4.     The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

5.     On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

6.     On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of

3

business sales at the Debtors' remaining 567 stores pursuant
to an agency agreement (the "Agency Agreement") between the
Debtors and a joint venture, as agent (the" Agent").   On
January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors
remaining stores.

### RELIEF REQUESTED

7.     By this Motion to Shorten Notice, the
Debtors request entry of an order shortening the notice
period and limiting notice of the Aircraft Sale Motion so
that it can be heard, considered and ruled upon by the Court
at the omnibus hearing on February 13, 2009.

### BASIS FOR RELIEF

8.     Concurrently herewith, the Debtors filed the
Aircraft Sale Motion, asking the Court to (A) authorize the
Debtors to enter into an agreement in connection the sale of
the Aircraft, subject to higher or otherwise better
proposals, (B) approve the sale of the Aircraft free and
clear of all interests, and (C) grant related relief.

9.     The Debtors believe it is in the best
interests of the Debtors' estates, creditors and other
parties in interest for the Aircraft Sale Motion to be heard
at the hearing currently scheduled for February 13, 2009 at

4

10:00 a.m.  The Debtors are seeking authorization and
approval of the Aircraft Sale Motion as soon as possible in
order to save the Debtors continued accrual of
administrative expenses, which in turn will maximize the
benefits to the Debtors and their estates.

       10.  Moreover, the Debtors propose to provide
notice of the Aircraft Sale Motion to those parties who have
requested notice pursuant to Bankruptcy Rule 2002 and the
Core Group (as defined in the Order Pursuant to Bankruptcy
Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007,
and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing
Certain Notice, Case Management, and Administrative
Procedures (Docket No. 130; the "Case Management Order")),
as well as (a) all entities known to have expressed an
interest in a transaction regarding the Aircraft during the
past three (3) months; and (b) all federal, state, and local
regulatory or taxing authorities or recording offices that
have a reasonably known interest in the relief requested
through the Motion.  The Debtors submit that, under the
circumstances, no other or further notice need be given and
in light of the circumstances, such notice is reasonably
calculated to provide timely and adequate notice to the
Debtors' major creditor constituencies, those parties most

interested in these cases, those parties potentially interested in bidding on the Aircraft and others whose interests are potentially implicated by the proposed Sale.

## WAIVER OF MEMORANDUM OF LAW

11.   Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion to Shorten Notice and all applicable authority is set forth in the Motion to Shorten Notice, the Debtors request that the requirement that all motions be accompanied by a separate memorandum of law be waived.

## NO PRIOR REQUEST

12.   No previous request for the relief sought herein has been made to this Court or any other court.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request that

the Court (i) enter an Order, substantially in the form

annexed hereto, granting the relief requested

herein, and (ii) such other and further relief as may be

just and proper.

Dated: February 3, 2009
       Richmond, Virginia      SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                      - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Chris L. Dickerson, Esq.
                               333 West Wacker Drive
                               Chicago, Illinois 60606
                               (312) 407-0700

                                      - and -

                               MCGUIREWOODS LLP

                               _/s/ Douglas M. Foley_____
                               Dion W. Hayes (VSB No. 34304)
                               Douglas M. Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession

7

**[Proposed Order]**

Gregg M. Galardi, Esq.                  Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                 Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :    Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :    Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER GRANTING DEBTORS' MOTION FOR ORDER SHORTENING NOTICE
PERIOD AND LIMITING NOTICE OF DEBTORS' MOTION
FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105
AND 363 (A) AUTHORIZING DEBTORS TO ENTER INTO AGREEMENT IN
CONNECTION WITH SALE OF AIRCRAFT, SUBJECT
TO HIGHER OR OTHERWISE BETTER BIDS,
(B) APPROVING SALE OF AIRCRAFT FREE AND CLEAR OF ALL
INTERESTS, AND (C) GRANTING RELATED RELIEF**

Upon consideration of the Debtors' Motion for Order

Shortening Notice Period and Limiting Notice (the "Motion")

9

of Debtor's Motion for Order Pursuant to Bankruptcy Code

Sections 105 and 363 (A) Authorizing Debtors to Enter into

Agreement in Connection with Sale of Aircraft, Subject to

Higher or Otherwise Better Bids, (B) Approving Sale of

Aircraft Free and Clear of All Interets, and (C) Granting

Related Relief (the "Aircraft Sale Motion"); and the Court

having reviewed the Motion; and the Court having determined

that the relief requested in the Motion is in the best

interests of the Debtors, their estates, their creditors,

and other parties in interest; and it appearing that proper

and adequate notice of the Motion has been given and that no

other or further notice is necessary; and upon the record

herein; and after due deliberation thereon; and good and

sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.    The Motion is GRANTED.

2.    Notice of the Aircraft Sale Motion is shortened so

that it may be heard, considered and ruled upon by the Court

at the hearing currently scheduled for February 13, 2009.

3.    Notice of the Aircraft Sale Motion is limited to

the parties as set forth in the Motion.

4.    This Court will retain jurisdiction with respect

to any dispute concerning the relief granted hereunder.

10

Dated:   Richmond, Virginia
         February___, 2009

                    _____
                    UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

  /s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                              /s/ Douglas M. Foley_____
\7364295.1