Michael A. Condyles (VSB 27807)
Loc Pfeiffer  (VA 39632)
Peter J. Barrett (VSB 46179)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone:  (804) 644-1700
*Counsel to Sony Electronics Inc., Bank One Delaware, National Association*
*n/k/a Chase Bank, USA, National Association, Schottenstein Property Group, Inc.,*
*CBL & Associates Management, Inc., Shopping.com, Inc., Cole Capital Partners, LLC, and GE Fleet*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| | Chapter 11 |
| Debtors. | Jointly Administered |

### VERIFIED STATEMENT OF KUTAK ROCK LLP PURSUANT TO RULE 2019

Michael A. Condyles of Kutak Rock LLP ("Kutak Rock") hereby submits this Verified Statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and represents to the Court as follows:

1. I am a partner in the law firm of Kutak Rock, 1111 East Main Street, Suite 800, Richmond, Virginia 23219.

2. Kutak Rock currently represents the creditors whose names, addresses and brief explanation of the nature of the interests are as follows (collectively, the "Creditors"):

   a. Sony Electronics, Inc.
      Lloyd Sarakin, Esquire
      1 Sony Drive

---

[1] The Debtors in these proceedings are:  Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Stores PR, LLC, Circuit City Properties, LLC, Orbyx Electronics, LLC, Kinzer Technology, LLC, Courchevel, LLC, Abbott Advertising Agency, Inc., Mayland MN, LLC, Patapsco Designs, Inc., Sky Venture Corp., XSStuff, LLC and Prahs, Inc.

4830-5997-1587.2

Park Ridge, NJ 07656
Nature of Interest: Rights and remedies in connection with pre-petition and post-petition shipments of inventory and related agreements. The amount of any claim against the Debtors has not yet been determined.

b. Bank One Delaware, National Association
n/k/a Chase Bank, USA, National Association
JB Morgan/Chase & Co.
Deborah J. Stipick, Sr. Vice President
Associate General Counsel – Legal & Compliance Dept.
201 North Walnut Street, Floor 10
Wilmington, DE 19801-2920
Nature of Interest: Rights and remedies with regard to a certain Consumer Credit Card Program Agreement, dated as of January 16, 2004. The amount of any claim against the Debtors has not yet been determined.

c. Schottenstein Property Group, Inc.
Tod H. Friedman, Esquire
Legal Department
1800 Moler Road
Columbus, OH 43207
Nature of Interest: Rights and remedies with regard to certain commercial leases. The amount of any claim against the Debtors has not yet been determined.

d. CBL & Associates Management, Inc.
c/o Scott M. Shaw, Esquire
Husch Blackwell Sanders LLP
2030 Hamilton Place Boulevard
Chattanooga, TN 37421-6000
Nature of Interest: Rights and remedies with regard to certain commercial leases. The amount of any claim against the Debtors has not yet been determined.

e. Shopping.com, Inc.
Jessica Rossman, Esquire, Litigation Counsel
eBay Inc.
2145 Hamilton Avenue
San Jose, CA 95125
Nature of Interest: Rights and remedies with regard to a certain Merchant Participation Agreement for services provided to the Debtors dated May 14, 2003. The amount of any claim against the Debtors has not yet been determined.

f. Cole Capital Partners, LLC
Attn: Todd Weiss

> 2555 E, Camelback Road, Suite 400
> Phoenix, AZ
> Nature of Interest:  Rights and remedies with regard to certain commercial leases.  The amount of any claim against the Debtors has not yet been determined.
>
> g. GE Fleet
> Attn:  Keith Bergquist
> 3 Capital Drive
> Eden Prairie, MN 55344
> Nature of Interest:  Lessor of a fleet of motor vehicles and a provider of financial accomodations and ancillary services relating to the vehicle fleet.  The amount of any claim against the Debtors has not yet been determined.

3. The following are the facts and circumstances in connection with Kutak Rock's employment by the Creditors named in the foregoing paragraph 2:

> a. Sony Electronics, Inc. – Sony Electronics, Inc. is a recent client of Kutak Rock.  Kutak Rock has entered into a written contract of representation with Sony Electronics, Inc.
>
> b. Bank One Delaware, National Association, n/k/a Chase Bank, USA, National Association - Kutak Rock has been retained as local counsel to represent Bank One Delaware, National Association, n/k/a Chase Bank, USA, National Association.
>
> c. Schottenstein Property Group, Inc. –  Schottenstein Property Group, Inc. is a current and former client of Kutak Rock on various matters.  Kutak Rock has entered into a written contract of representation with Schottenstein Property Group, Inc.
>
> d. CBL & Associates Management, Inc. – Kutak Rock has been retained as local counsel to represent CBL & Associates Management, Inc.
>
> e. Shopping.com, Inc. - Kutak Rock has been retained as local counsel to represent Shopping.com, Inc.
>
> f. Cole CC Groveland FL, LLC and Cole CC Aurora CO, LLC - Cole CC Groveland FL, LLC and Cole CC Aurora CO, LLC are recent clients of Kutak Rock.  Kutak Rock has entered into a written contract of representation with Cole CC Groveland FL, LLC and Cole CC Aurora CO, LLC.
>
> g. GE Fleet - GE Fleet is a recent client of Kutak Rock.  Kutak Rock has entered into a written contract of representation with GE Fleet.

4.　　Kutak Rock does not own, nor has it ever owned, any claims against the Debtor, nor does it own any equity securities of the Debtor.

5.　　Kutak Rock reserves the right to supplement and/or amend this statement at any time in the future.

I, Michael A. Condyles, a partner in the law firm of Kutak Rock, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

**KUTAK ROCK LLP**

By: /s/ Michael A. Condyles

**KUTAK ROCK LLP**
Michael A. Condyles (VSB 27807)
Loc Pfeiffer  (VA 39632)
Peter J. Barrett (VSB 46179)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
Telephone:  (804) 644-1700
*Counsel to Sony Electronics Inc., Bank One Delaware, National Association n/k/a Chase Bank, USA, National Association, Schottenstein Property Group, Inc., CBL & Associates Management, Inc., Shopping.com, Inc., Cole Capital Partners, LLC, and GE Fleet*

## CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury that on February 4, 2009, a true and exact copy of the foregoing Rule 2019 Statement was forwarded via ECF notification to the following necessary parties or their counsel as set forth in the Order Establishing Certain Notice, Case Management, and Administrative Procedures entered November 13, 2008: (i) the Office of the United States Trustee for the Eastern District of Virginia, (ii) the Debtors and bankruptcy co-counsel, (iii) counsel to the Official Committee of Unsecured Creditors, (iv) counsel to the agents for the Debtors' pre-petition lenders, and (v) counsel to the agents for the Debtors' post-petition lenders.

                                                 By:   /s/ Michael A. Condyles