# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

CIRCUIT CITY STORES, INC.,

Debtor.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Huennekens
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(2)**

PLEASE TAKE NOTICE that the priority claim of Plasti Cart Inc (underlying creditor or "Transferor") against the above captioned Debtor in the amount of $2693.94, as listed within the debtor's Schedule of Liabilities filed by the debtor and all priority claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to United States Debt Recovery LLC., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. I represent and warrant that the claim is not less than $2693.94 and has not been previously objected to, sold, or satisfied. If notified by USDR, I agree to reimburse USDR a pro-rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or in part by the Debtor, the Court, or any other party. Other that as stated above, USDR assumes all risks associated with the debtor's ultimate payment, if any upon the claims. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials (if requested by USDR) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:**

Print Name: Steve Porter    Title: General Manager

Signature: [signed]    Date: 1-26-09

Corrected Address (if req.) _____

Phone: 804-594-0501    E-Mail: StevePorter@Plasti-cart.com

**TRANSFEREE:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signed]
Nathan E. Jones, Managing Director