# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

_____

In re:

CIRCUIT CITY STORES, INC.,

          Debtor.

_____

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Hennekens
)
)
)
)

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(2)**

**Name of Proposed Transferor:**
Plasti Cart Inc  Admin Priority Claim #1191
116B Walton Park Ln
Midlothian VA, 23114

**Name of Transferee:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOUR MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

    **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Eastern District of Virginia
    310 United States Courthouse Annex
    1100 East Main St.
    Richmond,VA 23219-3538

    **SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)   Claims Agent_____   Transferee_____   Debtor's Attorney_____

_____
Deputy Clerk