**2**

1 COUNTY OF KERN, STATE OF CALIFORNIA
c/o Treasurer/Tax Collector's Office
Attn: Bankruptcy Division
2 P.O. Box 579
Bakersfield, CA 93302-0579
3 Telephone: 868-3438
4 E-Mail: bankruptcy@co.kern.ca.us
5 Creditor

RICHMOND DIVISION
FILED
FEB - 4 2009
FILED
CLERK
U.S. BANKRUPTCY COURT

6 UNITED STATES BANKRUPTCY COURT
7 Eastern District of Virginia

8 In re                                    )    Case No.
                                           )    08-35653
9 Debtor                                   )
  Circuit City Stores Inc.                 )    Chapter 11
10                         Debtor.         )
                                           )
11 Address: p.o. box 42304                 )    REQUEST FOR NOTICE OF ALL
   Richmond, VA 23242                      )    PLEADINGS AND HEARINGS
12 City, State Zip:                        )
                                           )
13                                         )
   Tax ID:
14

15 NOTICE IS HEREBY GIVEN that Jackie Denney, Treasurer/Tax Collector for the

16 County of Kern, by Angelica Leon, Fiscal Support Technician, serves as claims

17 representative for the County of Kern, a creditor and a party in interest in the above

18 captioned bankruptcy case. This office hereby requests that the Office of the

19 Treasurer/Tax Collector be added to the master mailing list. Pursuant to the provisions

20 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, including without

21 limitation 11 U.S.C. section 1109(b) and Rules 2002, 3017, 4001, 7004, 9007, 9013 and

22 9022, the undersigned hereby requests that special notice of all matters that may come

23 before the Court be made as follows:

24

25

26                                          1

27

28

1  **KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE**
   **ATTN: BANKRUPTCY DIVISION**
2  **c/o Angelica Leon**
   **P.O. BOX 579**
3  **BAKERSFIELD, CA 93302-0579**
   **Email: bankruptcy@co.kern.ca.us**
4

5  The foregoing request includes all mailing lists, matrices, notices and papers referred to in Rule 2002, 3017, 4001, 7004, and 9007, and any other documents brought before the Court in this case, including, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, plans, disclosure statements.

This Request for Notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments and orders in this case. By submitting this notice of appearance and request for notice, the County of Kern is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and the County of Kern expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which the County of Kern may be a party. This notice shall not be deemed or construed to be a waiver of rights to any action, defense, setoff or recoupment that may be available in law or in equity and any such rights are expressly reserved.

Dated: January 29, 2009                           Respectfully submitted,

                                                  JACKIE DENNEY, TREASURER/TAX COLLECTOR

                                              By  _____
                                                  Angelica Leon
                                                  Fiscal Support Technician
                                                  Kern County Treasurer and Tax Collector Office

- 2 -

**2**

1  COUNTY OF KERN, STATE OF CALIFORNIA
c/o Treasurer/Tax Collector's Office
Attn: Bankruptcy Division
2  P.O. Box 579
Bakersfield, CA 93302-0579
3  Telephone: 868-3438
E-Mail: bankruptcy@co.kern.ca.us
4

5  **Creditor**

**UNITED STATES BANKRUPTCY COURT**
6
**Eastern District of Virginia**
7

8  **In re**                                          )   Case No.
                                                      )   08-35653
9  **Debtor**                                         )
   Circuit City Stores Inc.                           )   **Chapter 11**
10                          **Debtor.**               )
                                                      )   **PROOF OF SERVICE OF**
11  Address: p.o. box 42304                           )   **REQUEST FOR NOTICE OF ALL**
    Richmond, VA 23242                                )   **PLEADINGS AND HEARINGS**
12                                                    )
   _____)
13                                                    )
                                                      )
14  Tax ID:

15

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21
22  / / /

23  / / /

24  / / /

25  / / /

26
                                    1
27

28

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and am employed in the County of Kern. I am over the age of eighteen years and not a party to the within action; my business address is 1115 Truxtun Avenue, 2nd Floor, Bakersfield, California 93301-4639.

On January 29, 2009, I served the within REQUEST FOR NOTICE OF ALL PLEADINGS AND HEARINGS on the interested parties in said action by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Bakersfield, California addressed to those parties on the attached sheet.

__X__ **BY REGULAR MAIL:** I am "readily familiar" with the county's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on the same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I, Jordan Kaufman, declare that I am employed in the office of the Tax Collector, a creditor in the matter, at whose direction the service was made. Executed on January 29, 2009, at Bakersfield, California.

_/s/ Jordan Kaufman_
Jordan Kaufman
Assistant Treasurer and Tax Collector
Kern County Treasurer and Tax Collector Office

**Service List**

**Attorney**
Kurtzman Carson Consultants
2335 Alaska Avenue
El Segundo, CA 90245

**Attorney**
McGuire Woods LLP
901 East Cary Street
Richmond, VA 23219

- 2 -