IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-35653 |
| | § | (JOINTLY ADMINISTERED) |
| CIRCUIT CITY STORES, INC., et al., | § | |
| | § | |
| | § | |
| DEBTORS | § | CHAPTER 11 |



### TRAVIS COUNTY'S NOTICE OF TAX LIEN

**TO ALL PARTIES IN INTEREST:**

Notice is hereby given to all interested parties and creditors that Nelda Wells Spears, Tax Assessor-Collector for Travis County for and on behalf of the following taxing authorities: Travis County, City of Austin, Austin Independent School District, Austin Community College, and Travis County Hospital District (hereinafter referred to as "Travis County") by and through her attorney of record, David Escamilla, Travis County Attorney, holds a statutory lien against the Debtors' **Personal** properties as listed below:

BILLING NO.: 502677
PERSONAL PROPERTY COMMERCIAL CIRCUIT CITY #598

BILLING NO.: 502848
PERSONAL PROPERTY COMMERCIAL CIRCUIT CITY #0597

BILLING NO.: 799131
PERSONAL PROPERTY COMMERCIAL CIRCUIT CITY #3588

The lien of Travis County takes priority over the claims and interests of any other creditor in this proceeding under §32.05 of the Texas Property Tax Code.

By this Notice Travis County hereby claims an interest in the proceeds of the

196981-1

sale of the same.  Texas Property Tax Code §32.01.

                                                          **Respectfully submitted,**

                                                          **DAVID ESCAMILLA**
                                                          **Travis County Attorney**
                                                          P. O. Box 1748
                                                          Austin, Texas  78767
                                                          (512) 854-9513 Telephone
                                                          (512) 854-4808 Telecopier

By: _____
                                                          **KARON Y. WRIGHT**
                                                          Assistant County Attorney
                                                          Texas Bar No. 22044700
                                                          karon.wright@co.travis.tx.us

196981-1

## CERTIFICATE OF SERVICE

I, Karon Y. Wright, Assistant County Attorney, hereby certify that a true and correct copy of the foregoing **Travis County's Notice of Tax Lien** has been sent by United States First Class Mail to the parties listed below on this **28th** day of **January 2009.**

**ATTORNEYS FOR DEBTORS**
Daniel F. Blanks
McGuireWoods, LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois 60606

Gregg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899

Dion W. Hayes
Douglas M. Foley
McGuireWoods, LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

196981-1

**UNITED STATES TRUSTEE**
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

196981-1



**DAVID A. ESCAMILLA**
COUNTY ATTORNEY

**RANDY T. LEAVITT**
FIRST ASSISTANT

JAMES W. COLLINS
EXECUTIVE ASSISTANT

314 W. 11TH, STE. 420
P.O. BOX 1748
AUSTIN, TEXAS 78767

(512) 854-9513
FAX: (512) 854-9316

**COLLECTIONS DIVISION**

J. ELLIOTT BECK
JAMES E. PRITCHARD
KARON Y. WRIGHT†
URSULA MANN

†MEMBER OF THE COLLEGE
OF THE STATE BAR

Tuesday, May 22, 2007

United States Bankruptcy Court
1100 E. Main Street, #310
Richmond, VA 23219

RE:   *In re Circuit City Stores, Inc;* Case No. 08-35653, Chapter 11 in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division

Dear Clerk:

Enclosed please find an original and 4 copies of Travis County's Notice of Tax Lien. Please file the enclosed and return a file-marked copy of the document to our office. I have enclosed a self addressed, stamped envelope for your convenience.

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

Antoinette Nickler
Clerk to Karon Y. Wright

KYW/an

Enclosures

197600-1

http://www.co.travis.tx.us/departments/county_attorney.htm