H. Slayton Dabney Jr., Esq.,
(VSB No. 14145)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
sdabney@kslaw.com

Counsel for Applied
Predictive Technologies, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

-------------------------------------------------------x

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **CIRCUIT CITY STORES, INC., et al.,** ) | **Case No. 08-35653-KRH** |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Judge Kevin R. Huennekens |
| ) | |
| ) | **Hearing Date: March 3, 2009** |
| ) | **Hearing Time: 10:00 a.m.** |

-------------------------------------------------------x

### NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that Applied Predictive Technologies, Inc. ("APT") has filed a Motion for Payment of Administrative Expense Claim (the "Motion"). A true and complete copy of the Motion has been filed with the Court and forwarded to you.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Motion carefully and then discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

**PLEASE TAKE FURTHER NOTICE** that APT has requested that the Court conduct a hearing on the Motion on **March 3, 2009** at **10:00 a.m.** in the United States Bankruptcy Court

683109.1

2

for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

Any objection to the Motion shall be filed with the Clerk of the United States Bankruptcy Court, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219, two business days prior to the above-scheduled hearing on the Motion, and shall be served on counsel for APT and the U.S. Trustee so that it is actually received two business days prior to the above-scheduled hearing. Unless a written response is filed and served before the objection deadline, the Court may deem the opposition waived, treat the Motion as conceded, and issue an order granting the requested relief. If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the expiration of the objection deadline.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested in the Motion.

DATED: February 3, 2009

Respectfully submitted,

/s/ H. Slayton Dabney Jr., Esq.,
(VSB No. 14145)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

**COUNSEL FOR APPLIED PREDICITIVE TECHNOLOGIES**

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 3, 2009, a true and complete copy of the foregoing was filed and served using the Court's ECF System and was sent by first class mail, postage prepaid to the parties set forth below:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
gregg.galardi@skadden.com

*Counsel for the Debtors*

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com

*Counsel for the Debtors*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

*Counsel for the Creditors Committee*

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

*Counsel for the Creditors Committee*

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304

4

Richmond, VA 23219
Robert.b.van.arsdale@usdog.gov
*Assistant United States Trustee*

/s/ H. Slayton Dabney Jr., Esq.,
(VSB No. 14145)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

4