# **EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| Debtors. | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| **PRINCIPAL LIFE INSURANCE COMPANY,** | ) ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

This matter having come before the Court upon the Motion and Supporting Memorandum of Principal Life Insurance Company ("Principal") for the Entry of an Order Determining That the Automatic Stay is Inapplicable to the Commencement and Prosecution of a Certain Foreclosure Action, or, in the Alternative, Granting Relief From the Automatic Stay Pursuant to § 362(d)(2) (the "Motion") filed in the bankruptcy cases of the above-captioned debtors and

Lauren Lonergan Taylor, Esquire
Matthew E. Hoffman, Esquire
**Duane Morris LLP**
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1503/1524
Facsimile:  (215) 689-4434/4922
E-mail: LLTaylor@duanemorris.com
E-mail: MEHoffman@duanemorris.com

and

Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867
E-mail: DSabagh@duanemorris.com

*Counsel for Principal Life Insurance Company*

DM3\919387.1

debtors in possession (collectively the "Debtors"), the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G); (iii) venue is proper in this Court pursuant to 28 U.S.C. § 1409; (iv) proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given and no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and the arguments presented at any hearing had thereupon. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED**.

2. Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Motion.

3. The automatic stay of 11 U.S.C. § 362 is inapplicable to any notification to the Tenant of the commencement and completion of any Foreclosure or the exercise of any Foreclosure Remedies.

4. This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and to resolve any and all disputes related thereto.

ENTERED in Richmond, Virginia this _____ day of _____, 2009.

                                                        _____
                                                        KEVIN R. HUENNEKENS
                                                       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

DUANE MORRIS LLP

By: /s/ *Denyse Sabagh*
Denyse Sabagh (Va. I.D. No. 17003)
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867

and

Lauren Lonergan Taylor, Esquire (*admitted pro hac vice*)
Matthew E. Hoffman, Esquire (*admitted pro hac vice*)
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1503/1524
Facsimile:  (215) 689-4434/4922

ATTORNEYS FOR PRINCIPAL LIFE
INSURANCE COMPANY

## LOCAL BANKRUPTCY RULE 9022-1 CERTIFICATION

   Pursuant to Local Bankruptcy Rule 9022-1 (C), I hereby certify that the forgoing proposed Order has been endorsed by or served upon all necessary parties (i) electronically upon all registered users of the ECF system that have filed notices of appearance in this matter, and (ii) by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

              /s/ *Denyse Sabagh*
              Denyse Sabagh

## SERVICE LIST

Circuit City Stores, Inc.
9950 Mayland Dr.
Richmond, Virginia 23233
Attn: Reginald D. Hedgebeth
*Debtor*

Circuit City Stores, Inc.
9950 Mayland Dr.
Richmond, Virginia 23233
Attn: Daniel W. Ramsey
*Debtor*

Daniel F. Blanks, Esq.
Douglas M. Foely, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtor*

Dion W. Hayes, Esq.
James S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtor*

Gregg M. Galardi, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for Debtor*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtor*

Linda K. Myers, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
*Special Counsel for Debtor*

Robert Van Arsdale, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4303
Richmond, VA 23219
*Office of the U.S. Trustee*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Counsel for the Official Committee
 of Unsecured Creditors*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, NY 10017
*Counsel for the Official Committee
of Unsecured Creditors*