# CERTIFICATE OF SERVICE

I, Matthew E. Hoffman, certify that I am not less than 18 years of age, and that on the date set forth below, a true and accurate copy of the foregoing Notice of and Motion and Supporting Memorandum of Principal Life Insurance Company for the Entry of an Order Determining that the Automatic Stay is Inapplicable to the Commencement and Prosecution of a Certain Mortgage Foreclosure Action, Or, In the Alternative, for Relief From the Automatic Stay Pursuant to § 362(d)(2) was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

Dated: February 4, 2009

*/s/ Matthew E. Hoffman*
Matthew E. Hoffman, Esquire
**Duane Morris LLP**
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA  19103-4196
Telephone: (215) 979-1524
Facsimile:  (215) 689-4922
E-mail: mehoffman@duanemorris.com

*Counsel for Principal Life Insurance Company*

DM3\910812.6

## SERVICE LIST

Circuit City Stores, Inc.
9950 Mayland Dr.
Richmond, Virginia 23233
Attn: Reginald D. Hedgebeth
*Debtor*

Circuit City Stores, Inc.
9950 Mayland Dr.
Richmond, Virginia 23233
Attn: Daniel W. Ramsey
*Debtor*

Daniel F. Blanks, Esq.
Douglas M. Foely, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtor*

Dion W. Hayes, Esq.
James S. Sheerin, Esq.
Sarah Beckett Boehm, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtor*

Gregg M. Galardi, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for Debtor*

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher
& Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtor*

Linda K. Myers, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
*Special Counsel for Debtor*

Robert Van Arsdale, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4303
Richmond, VA 23219
*Office of the U.S. Trustee*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
*Counsel for the Official Committee
 of Unsecured Creditors*

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 26th Floor
New York, NY 10017
*Counsel for the Official Committee
of Unsecured Creditors*

DM3\910812.6