

**Edward Jones**

**MAKING SENSE OF INVESTING**

FILED FEB 04 2009 U.S. BANKRUPTCY COURT

12/18/08

ATTN: NICOLE MARCHESKI
CORPORATE ACTIONS & DISTRIBUTIONS
700 MARYVILLE CENTER DRIVE
ST.LOUIS, MO 63141

IMPORTANT INFORMATION
SECURITY DESCRIPTION: CIRCUIT CITY STORES INC

CUSIP#: 172737108
ACCOUNT#: 800140-08436-190000
QUANTITY: 660

*************AUTO**3-DIGIT 628
HAROLD L PATTON &
AUDREY PATTON
5178 OLD NORTH ROAD
CHRISTOPHER IL 62822-2307

Harold L Patton
5178 OLD N. Rd.
CHRISTOPHER, ILL 62822

Dear Client,

We have been requested to forward you the enclosed material. Please refer to the attached documents for instructions on completing & submitting your claim. If you have any questions pertaining to this notice, please contact your financial institution.
The deadline to submit your claim is 1/30/09 @ 5:00pm pacific time.

There's a warehouse within 30 miles: Its it very big and worth million-$$$ That why I invested in Circuit City. Any Co. with a warehouse this large could never fail.

Harold L Patton

JOB NUMBER: E43828 057 CONTROL#: 885250260289