**Exhibit 2**

5491 - CIRCUIT CITY STORES, INC

VMS - Units 1-13-09

| Unit # | Client Asset Id | Breakdown | Contract Type | VIN | Year | Make | Model | Cap Cost | Book Value |
|---|---|---|---|---|---|---|---|---|---|
| 07019 | THE CITY | 07-0000-4061 | CARIBBEAN | 1GCFG15XX81138488 | 2008 | CHEV | EXPRESS CGO 1500 RW | $27,695.18 | $22,145.06 |
| 07020 | THE CITY | 07-0000-4061 | CARIBBEAN | 1GCFG15X98I138384 | 2008 | CHEV | EXPRESS CGO 1500 RW | $27,694.18 | $22,144.30 |
| 07026 | | 02-0000-1590 | CARIBBEAN | 1G1ZG57B98F165070 | 2008 | CHEV | MALIBU | $23,568.78 | $17,912.22 |
| 07027 | | 02-0000-1590 | CARIBBEAN | 1G1ZG57B28420I841 | 2008 | CHEV | MALIBU | $23,704.58 | $19,350.02 |
| 02016 | EAST BRUNSWICK | 01-8149-0073 | LEASE | 1FTNE24252HA33790 | 2002 | FORD | E 250 CARGO COMM | $21,270.01 | $0.00 |
| 02017 | EAST BRUNSWICK | 01-8149-0073 | LEASE | 1FTNE24282HA37194 | 2002 | FORD | E 250 CARGO COMM | $21,400.76 | $0.00 |
| 02031 | MODESTO | 01-8146-1454 | LEASE | 1FTNE242X2HA37186 | 2002 | FORD | E 250 CARGO COMM | $21,600.05 | $0.00 |
| 02086 | DENVER | 01-8146-1454 | LEASE | 1FTNE24202HA56796 | 2002 | FORD | E 250 CARGO COMM | $22,409.11 | $0.00 |
| 03032 | EAST BRUNSWICK | 01-8149-0073 | LEASE | 1GCDM19X53B114466 | 2003 | CHEV | ASTRO CARGO RWD | $20,112.26 | $0.00 |
| 03043 | LOS ANGELES | 01-8146-1454 | LEASE | 1FTNE24223HA29746 | 2003 | FORD | E 250 CARGO COMM | $22,714.82 | $0.00 |
| 03051 | EAST BRUNSWICK | 01-8149-0073 | LEASE | 1FTNE24283HA29752 | 2003 | FORD | E 250 CARGO COMM | $20,773.01 | $0.00 |
| 03112 | CHICAGO | 01-8149-0073 | LEASE | 1FTNE24293HA69354 | 2003 | FORD | E 250 CARGO COMM | $21,717.01 | $0.00 |
| 03122 | DALLAS | 01-8146-1454 | LEASE | 1FTNE24273HA80840 | 2003 | FORD | E 250 CARGO COMM | $21,421.91 | $280.24 |
| 03128 | MODESTO | 01-8146-1454 | LEASE | 1FTNE24293HA83321 | 2003 | FORD | E 250 CARGO COMM | $20,519.65 | $554.25 |
| 03130 | LOS ANGELES | 01-8146-1454 | LEASE | 1FTNE24203HA83319 | 2003 | FORD | E 250 CARGO COMM | $20,362.69 | $266.85 |
| 03139 | LOS ANGELES | 01-8146-1454 | LEASE | 1FTNE24273HA83317 | 2003 | FORD | E 250 CARGO COMM | $22,051.61 | $288.69 |
| 03144 | MODESTO | 01-8146-1454 | LEASE | 1FTNE24283HA83360 | 2003 | FORD | E 250 CARGO COMM | $22,042.13 | $594.83 |
| 03149 | LOS ANGELES | 01-8146-1454 | LEASE | 1FTNE24243HA83355 | 2003 | FORD | E 250 CARGO COMM | $22,042.13 | $594.83 |
| 03153 | LOS ANGELES | 01-8146-1454 | LEASE | 1FTNE24253HA83350 | 2003 | FORD | E 250 CARGO COMM | $20,455.02 | $551.92 |
| 03157 | FIREDOG | 07-0000-4061 | LEASE | 1FTNE24213HA83376 | 2003 | FORD | E 250 CARGO COMM | $20,876.41 | $563.81 |
| 03166 | PHILADELPHIA | 01-8149-0073 | LEASE | 1FTNE24253HA94705 | 2003 | FORD | E 250 CARGO COMM | $21,346.39 | $575.99 |
| 03175 | NORTHEAST | 07-0000-4061 | LEASE | 1FTNE24233HB16345 | 2003 | FORD | E 250 CARGO COMM | $20,918.34 | $1,145.98 |
| 03193 | JACKSONVILLE | 01-8149-0073 | LEASE | 1FTNE24293HB15605 | 2003 | FORD | E 250 CARGO COMM | $21,358.21 | $1,784.13 |
| 04005 | EAST BRUNSWICK | 01-8149-0073 | LEASE | 1GCGG25V641175976 | 2004 | CHEV | EXPRESS CGO 2500 RW | $22,679.11 | $4,078.95 |
| 04009 | PHILADELPHIA | 01-8149-0073 | LEASE | 1GCGG25V641176017 | 2004 | CHEV | EXPRESS CGO 2500 RW | $22,222.96 | $3,997.86 |
| 04017 | CHICAGO | 01-8149-0073 | LEASE | 1GCGG25V841175641 | 2004 | CHEV | EXPRESS CGO 2500 RW | $22,158.52 | $3,986.52 |
| 04018 | EAST BRUNSWICK | 01-8149-0073 | LEASE | 1GCGG25V841179575 | 2004 | CHEV | EXPRESS CGO 2500 RW | $22,174.34 | $3,989.36 |
| 04020 | CHICAGO | 01-8149-0073 | LEASE | 1GCGG25V741175677 | 2004 | CHEV | EXPRESS CGO 2500 RW | $22,464.75 | $4,037.93 |
| 04022 | LOS ANGELES | 01-8146-1454 | LEASE | 1GCGG25V241175621 | 2004 | CHEV | EXPRESS CGO 2500 RW | $24,396.45 | $4,728.07 |
| 04024 | CHICAGO | 01-8149-0073 | LEASE | 1GCGG25V841188616 | 2004 | CHEV | EXPRESS CGO 2500 RW | $22,323.44 | $4,326.04 |
| 04028 | JACKSONVILLE | 01-8149-0073 | LEASE | 1GCGG25VX41179772 | 2004 | CHEV | EXPRESS CGO 2500 RW | $22,842.43 | $4,426.85 |

5491 - CIRCUIT CITY STORES, INC

VMS - Units 1-13-09

| Unit # | Client Asset Id | Breakdown | Contract Type | VIN | Year | Make | Model | Cap Cost | Book Value |
|---|---|---|---|---|---|---|---|---|---|
| 04030 | MODESTO | 01-8146-1454 | LEASE | 1GCGG25V941179777 | 2004 | CHEV | EXPRESS CGO 2500 RW | $22,252.86 | $4,002.98 |
| 04033 | DALLAS | 01-8146-1454 | LEASE | 1GCGG25V741175646 | 2004 | CHEV | EXPRESS CGO 2500 RW | $23,685.50 | $4,260.93 |
| 04036 | JACKSONVILLE | 01-8149-0073 | LEASE | 1GCGG25V841211182 | 2004 | CHEV | EXPRESS CGO 2500 RW | $22,843.66 | $5,332.41 |
| 04037 | JACKSONVILLE | 01-8149-0073 | LEASE | 1GCGG25V241209718 | 2004 | CHEV | EXPRESS CGO 2500 RW | $22,665.38 | $5,652.68 |
| 04038 | JACKSONVILLE | 01-8149-0073 | LEASE | 1GCGG25V041210074 | 2004 | CHEV | EXPRESS CGO 2500 RW | $22,810.40 | $5,371.55 |
| 04044 | JACKSONVILLE | 01-8149-0073 | LEASE | 1GCGG25V341217360 | 2004 | CHEV | EXPRESS CGO 2500 RW | $22,787.15 | $5,366.45 |
| 04046 | JACKSONVILLE | 01-8149-1454 | LEASE | 1GCGG25V341225470 | 2004 | CHEV | EXPRESS CGO 2500 RW | $22,838.15 | $5,060.63 |
| 04050 | DENVER | 01-8146-1454 | LEASE | 1GCGG25VX41217372 | 2004 | CHEV | EXPRESS CGO 2500 RW | $24,919.01 | $6,215.03 |
| 04089 | MODESTO | 06-0000-0353 | LEASE | 1VA81E24A000436 | 2004 | OTTA | OTTAWA | $74,665.37 | $19,659.32 |
| 04050 | 890517 | 02-0000-8538 | LEASE | 2CNDL23F256090069 | 2005 | CHEV | EQUINOX AWD | $22,821.00 | $6,643.29 |
| 05014 | | 02-0000-8510 | LEASE | 2CNDL23F956103254 | 2005 | CHEV | EQUINOX AWD | $23,715.89 | $7,233.39 |
| 05017 | | 02-0000-1590 | LEASE | 1G1ZS52F35F184697 | 2005 | CHEV | MALIBU | $18,701.14 | $3,085.64 |
| 05018 | | 02-0000-8141 | LEASE | 1G1ZS52F35F185139 | 2005 | CHEV | MALIBU | $18,689.14 | $3,083.64 |
| 05022 | | 02-0000-8585 | LEASE | 1G1ZS52F25F184669 | 2005 | CHEV | MALIBU | $18,876.43 | $2,799.19 |
| 05023 | | 02-0000-8642 | LEASE | 1G1ZS52F35F184616 | 2005 | CHEV | MALIBU | $18,788.76 | $3,100.26 |
| 05027 | | 02-0000-8589 | LEASE | 1G1ZS52F55F185123 | 2005 | CHEV | MALIBU | $18,767.74 | $2,469.90 |
| 05031 | | 02-0000-8587 | LEASE | 1G1ZS52F85F194418 | 2005 | CHEV | MALIBU | $18,728.74 | $3,090.24 |
| 05038 | | 02-0000-8510 | LEASE | 2CNDL23F056127538 | 2005 | CHEV | EQUINOX AWD | $22,010.39 | $7,019.33 |
| 05041 | | 02-0000-8141 | LEASE | 2CNDL23F756143784 | 2005 | CHEV | EQUINOX AWD | $22,001.39 | $7,627.85 |
| 05043 | | 02-0000-8064 | LEASE | 2CNDL23F056149295 | 2005 | CHEV | EQUINOX AWD | $22,221.44 | $7,704.08 |
| 05044 | | 02-0000-8642 | LEASE | 2CNDL23F756157586 | 2005 | CHEV | EQUINOX AWD | $21,821.64 | $7,565.60 |
| 05045 | | 02-0000-8587 | LEASE | 1G1ZS52F35F249356 | 2005 | CHEV | MALIBU | $18,781.74 | $4,039.72 |
| 05046 | | 02-0000-8585 | LEASE | 1G1ZS52FX5F251752 | 2005 | CHEV | MALIBU | $18,680.24 | $4,330.08 |
| 05048 | | 02-0000-8510 | LEASE | 1G1ZS52F35F249843 | 2005 | CHEV | MALIBU | $18,717.64 | $4,025.91 |
| 05054 | | 02-0000-8642 | LEASE | 1G1ZS52F45F249253 | 2005 | CHEV | MALIBU | $18,868.44 | $4,373.84 |
| 05056 | | 02-0000-8642 | LEASE | 1G1ZS52F65F254258 | 2005 | CHEV | MALIBU | $18,643.09 | $4,321.45 |
| 05058 | | 02-0000-8137 | LEASE | 2CNDL23F556164150 | 2005 | CHEV | MALIBU | $19,535.42 | $4,202.14 |
| 05059 | | 02-0000-8137 | LEASE | 2CNDL23F556164150 | 2005 | CHEV | EQUINOX AWD | $21,986.39 | $7,928.33 |
| 05061 | | 02-0000-8642 | LEASE | 1G1ZS52F75F249280 | 2005 | CHEV | MALIBU | $19,527.43 | $4,526.37 |
| 05062 | | 02-0000-8587 | LEASE | 1G1ZS52FX5F249995 | 2005 | CHEV | MALIBU | $18,644.34 | $4,321.78 |
| 05063 | | 02-0000-8642 | LEASE | 2CNDL23F756163551 | 2005 | CHEV | EQUINOX AWD | $23,645.23 | $8,526.41 |

5491 - CIRCUIT CITY STORES, INC.

VMS - Units 1-13-09

| Unit # | Client Asset Id | Breakdown | Contract Type | VIN | Year | Make | Model | Cap Cost | Book Value |
|---|---|---|---|---|---|---|---|---|---|
| 05064 | | 02-0000-8642 | LEASE | 1G1ZS52F35F258848 | 2005 | CHEV | MALIBU | $18,908.80 | $4,067.14 |
| 05066 | | 02-0000-8585 | LEASE | 1G1ZS52FX5F259284 | 2005 | CHEV | MALIBU | $19,202.43 | $4,451.15 |
| 05068 | | 02-0000-8059 | LEASE | 2CNDL23F25S168589 | 2005 | CHEV | EQUINOX AWD | $23,804.09 | $8,583.61 |
| 05069 | | 02-0000-8642 | LEASE | 1G1ZS52F25F267525 | 2005 | CHEV | MALIBU | $18,796.74 | $4,670.79 |
| 05070 | | 02-0000-8137 | LEASE | 2CNDL23F56617L017 | 2005 | CHEV | EQUINOX AWD | $22,511.39 | $8,743.35 |
| 05072 | | 02-0000-8587 | LEASE | 2CNDL23FX56180117 | 2005 | CHEV | EQUINOX AWD | $22,392.35 | $8,386.10 |
| 05078 | | 02-0000-8510 | LEASE | 1G1ZS52F25F281151 | 2005 | CHEV | MALIBU | $18,688.24 | $4,644.19 |
| 05081 | | 02-0000-8137 | LEASE | 2CNDL23F056196925 | 2005 | CHEV | EQUINOX AWD | $22,067.99 | $6,220.77 |
| 05083 | | 02-0000-8510 | LEASE | 1G1ZS52F25F282148 | 2005 | CHEV | MALIBU | $18,768.74 | $4,977.38 |
| 05086 | | 07-0000-4052 | LEASE | 1G1ZS52F35F306333 | 2005 | CHEV | MALIBU | $18,798.74 | $5,299.32 |
| 05089 | WEST COAST RFM | 02-0000-8141 | LEASE | 1G1ZS52885F222770 | 2005 | CHEV | MALIBU | $20,592.45 | $5,805.18 |
| 06001 | | 02-0000-8137 | LEASE | 1G1ZS51876F155310 | 2006 | CHEV | MALIBU | $19,304.42 | $4,633.00 |
| 06003 | | 02-0000-8042 | LEASE | 2CNDL23F966080429 | 2006 | CHEV | EQUINOX AWD | $23,086.59 | $11,213.29 |
| 06004 | | 02-0000-8042 | LEASE | 2CNDL23F166074608 | 2006 | CHEV | EQUINOX AWD | $22,014.06 | $10,692.06 |
| 06005 | | 02-0000-8042 | LEASE | 2CNDL23F066075748 | 2006 | CHEV | EQUINOX AWD | $23,084.45 | $11,212.26 |
| 06006 | | 02-0000-8598 | LEASE | 2CNDL23F866076209 | 2006 | CHEV | EQUINOX AWD | $22,018.56 | $11,000.40 |
| 06007 | | 02-0000-8059 | LEASE | 2CNDL23F966076302 | 2006 | CHEV | EQUINOX AWD | $23,687.27 | $11,205.33 |
| 06008 | | 02-0000-8141 | LEASE | 2CNDL23F366075789 | 2006 | CHEV | EQUINOX AWD | $23,750.27 | $11,505.02 |
| 06009 | | 02-0030-8064 | LEASE | 1G1ZS51846F177569 | 2006 | CHEV | MALIBU | $19,758.50 | $5,137.21 |
| 06013 | | 02-0000-8079 | LEASE | 1G1ZS51866F155346 | 2006 | CHEV | MALIBU | $18,682.33 | $4,483.63 |
| 06016 | | 02-0000-8642 | LEASE | 1G1ZS51876F163715 | 2006 | CHEV | MALIBU | $18,721.68 | $4,493.34 |
| 06019 | | 02-0000-8137 | LEASE | 1G1ZS51866F161066 | 2006 | CHEV | MALIBU | $19,224.63 | $4,614.01 |
| 06025 | | 02-0000-8510 | LEASE | 1G1ZS51846F156480 | 2006 | CHEV | MALIBU | $18,836.83 | $4,520.71 |
| 06026 | | 02-0000-8589 | LEASE | 1G1ZS51866F156053 | 2006 | CHEV | MALIBU | $18,828.33 | $4,895.24 |
| 06028 | | 02-0000-8059 | LEASE | 2CNDL23FX66081492 | 2006 | CHEV | EQUINOX AWD | $23,413.06 | $11,371.78 |
| 06029 | | 02-0000-8589 | LEASE | 1G1ZS51826F156686 | 2006 | CHEV | MALIBU | $18,828.33 | $4,518.67 |
| 06031 | | 02-0000-8510 | LEASE | 1G1ZS51846F157581 | 2006 | CHEV | MALIBU | $18,699.58 | $4,861.95 |
| 06032 | | 02-0000-8538 | LEASE | 1G1ZS51896F162842 | 2006 | CHEV | MALIBU | $18,824.33 | $4,894.20 |
| 06033 | | 02-0000-8642 | LEASE | 2CNDL23F866074699 | 2006 | CHEV | EQUINOX AWD | $22,434.99 | $10,896.54 |
| 06034 | | 02-0000-8585 | LEASE | 1G1ZS51856F159291 | 2006 | CHEV | MALIBU | $19,646.50 | $4,715.16 |
| 06035 | | 02-0000-8585 | LEASE | 1G1ZS51826F158731 | 2006 | CHEV | MALIBU | $19,651.29 | $4,716.15 |

5491 - CIRCUIT CITY STORES, INC

VMS - Units 1-13-09

| Unit # | Client Asset Id | Breakdown | Contract Type | VIN | Year | Make | Model | Cap Cost | Book Value |
|---|---|---|---|---|---|---|---|---|---|
| 06036 | | 02-0000-8585 | LEASE | 1G1ZS51866F168775 | 2006 | CHEV | MALIBU | $19,668.72 | $5,114.03 |
| 06037 | | 02-0000-8585 | LEASE | 1G1ZS51816F157537 | 2006 | CHEV | MALIBU | $19,669.55 | $5,114.12 |
| 06040 | | 02-0000-8538 | LEASE | 1G1ZS51846F156396 | 2006 | CHEV | MALIBU | $18,858.06 | $4,525.98 |
| 06041 | | 02-0000-8059 | LEASE | 1G1ZS51806F160820 | 2006 | CHEV | MALIBU | $19,429.33 | $4,662.91 |
| 06042 | | 02-0000-8589 | LEASE | 1G1ZS51816F179733 | 2006 | CHEV | MALIBU | $18,828.33 | $5,271.81 |
| 06043 | | 02-0000-8589 | LEASE | 1G1ZS51866F179311 | 2006 | CHEV | MALIBU | $18,828.33 | $5,273.32 |
| 06045 | | 02-0000-8538 | LEASE | 1G1ZS51866F163561 | 2006 | CHEV | MALIBU | $18,833.08 | $5,273.32 |
| 06047 | | 02-0000-8538 | LEASE | 1G1ZS51866F157535 | 2006 | CHEV | MALIBU | $18,828.33 | $4,895.24 |
| 06048 | | 02-0000-8642 | LEASE | 1G1ZS51X86F155513 | 2006 | CHEV | MALIBU | $18,763.58 | $4,518.67 |
| 06049 | | 02-0000-8642 | LEASE | 1G1ZS51896F177681 | 2006 | CHEV | MALIBU | $18,828.33 | $4,503.32 |
| 06050 | | 02-0000-8589 | LEASE | 1G1ZS51816F155691 | 2006 | CHEV | MALIBU | $18,865.08 | $5,271.81 |
| 08051 | | 02-0000-8141 | LEASE | 2CNDL23F566075079 | 2006 | CHEV | EQUINOX AWD | $22,420.35 | $4,527.68 |
| 06052 | | 02-0000-8642 | LEASE | 2CNDL23F566074353 | 2006 | CHEV | EQUINOX AWD | $21,968.06 | $10,889.67 |
| 06056 | | 02-0000-8141 | LEASE | 1G1ZS51846F161060 | 2006 | CHEV | MALIBU | $18,730.73 | $10,364.38 |
| 06057 | | 02-0000-8642 | LEASE | 2CNDL23F566077110 | 2006 | CHEV | EQUINOX AWD | $22,374.28 | $5,244.41 |
| 06060 | | 02-0000-8642 | LEASE | 2CNDL23F386078322 | 2006 | CHEV | EQUINOX AWD | $22,125.52 | $10,867.28 |
| 06063 | ROCKY MOUNT RFV | 07-0000-4052 | LEASE | 2CNDL23F666070077 | 2006 | CHEV | EQUINOX AWD | $22,409.34 | $10,746.17 |
| 06065 | | 02-0000-8042 | LEASE | 2CNDL23F966079724 | 2006 | CHEV | EQUINOX AWD | $23,213.02 | $10,572.72 |
| 06066 | | 02-0000-8141 | LEASE | 2CNDL23FX76053421 | 2006 | CHEV | EQUINOX AWD | $22,294.05 | $11,274.60 |
| 06074 | | 02-0000-8587 | LEASE | 2CNDL23F966081547 | 2006 | CHEV | EQUINOX AWD | $22,294.05 | $10,828.12 |
| 06076 | | 02-0000-8589 | LEASE | 1G1ZS51846F239004 | 2006 | CHEV | MALIBU | $18,993.92 | $5,698.12 |
| 07000 | | 02-0000-8079 | LEASE | 1G1ZS58N67F182411 | 2007 | CHEV | MALIBU | $19,010.42 | $6,083.28 |
| 07001 | | 02-0000-8079 | LEASE | 1G1ZS58N97F187720 | 2007 | CHEV | MALIBU | $14,879.13 | $7,737.21 |
| 07002 | | 02-0000-8079 | LEASE | 1G1ZS58N3F187720 | 2007 | CHEV | MALIBU | $14,797.48 | $7,102.78 |
| 07003 | | 02-0000-8079 | LEASE | 1G1ZS58NX7F174754 | 2007 | CHEV | MALIBU | $14,783.73 | $7,687.41 |
| 07004 | | 02-0000-8510 | LEASE | 1G1ZS58N57F175049 | 2007 | CHEV | MALIBU | $14,805.98 | $7,106.86 |
| 07005 | | 02-0000-8042 | LEASE | 2CNDL23F76053129 | 2007 | CHEV | EQUINOX AWD | $14,886.88 | $7,443.38 |
| 07006 | | 02-0000-8059 | LEASE | 2CNDL23FX76053421 | 2007 | CHEV | EQUINOX AWD | $20,822.58 | $13,297.40 |
| 07007 | | 02-0000-8141 | LEASE | 2CNDL23FX76053421 | 2007 | CHEV | EQUINOX AWD | $21,771.78 | $13,903.40 |
| 07008 | | 02-0000-8642 | LEASE | 1G1ZS58N67F176677 | 2007 | CHEV | MALIBU | $14,776.13 | $7,092.61 |
| 07009 | | 02-0000-8642 | LEASE | 2CNDL23F176061469 | 2007 | CHEV | EQUINOX AWD | $22,025.88 | $14,371.88 |

5491 - CIRCUIT CITY STORES, INC.

VMS - Units 1-13-09

| Unit # | Client Asset Id | Breakdown | Contract Type | VIN | Year | Make | Model | Cap Cost | Book Value |
|---|---|---|---|---|---|---|---|---|---|
| 07010 | | 02-0000-8079 | LEASE | 1G1ZS58N17F181303 | 2007 | CHEV | MALIBU | $14,796.48 | $7,102.30 |
| 07011 | | 02-0000-8642 | LEASE | 2CNDL23F676061385 | 2007 | CHEV | EQUINOX AWD | $20,424.43 | $13,043.03 |
| 07012 | | 02-0000-8042 | LEASE | 2CNDL23F276068656 | 2007 | CHEV | EQUINOX AWD | $20,822.58 | $13,586.83 |
| 07013 | | 02-9000-1590 | LEASE | 2CNDL23F876074008 | 2007 | CHEV | EQUINOX AWD | $23,792.89 | $15,855.61 |
| 07014 | | 02-0000-8642 | LEASE | 2CNDL23FX76090517 | 2007 | CHEV | EQUINOX AWD | $21,895.70 | $14,895.65 |
| 07015 | | 02-0000-8642 | LEASE | 1G1ZS58N67F235551 | 2007 | CHEV | MALIBU | $14,884.13 | $8,037.49 |
| 07017 | | 02-0000-8642 | LEASE | 2CNDL23F976113138 | 2007 | CHEV | EQUINOX AWD | $20,409.28 | $11,837.29 |
| 07021 | MODESTO | 01-8146-1454 | LEASE | 1GCFG15X181183626 | 2008 | CHEV | EXPRESS CGO 1500 RW | $22,339.49 | $19,234.29 |
| 07022 | EAST BRUNSWICK | 01-8149-0073 | LEASE | 1GCFG15X381184230 | 2008 | CHEV | EXPRESS CGO 1500 RW | $22,325.94 | $19,222.64 |
| 07023 | MODESTO | 01-8146-1454 | LEASE | 1GCFG15X381185930 | 2008 | CHEV | EXPRESS CGO 1500 RW | $22,317.81 | $19,215.61 |
| 07024 | MODESTO | 01-8146-1454 | LEASE | 1GCFG15X281185367 | 2008 | CHEV | EXPRESS CGO 1500 RW | $22,325.94 | $19,222.64 |
| 08000 | MODESTO | 02-0000-8042 | LEASE | 2CNDL23F88602675 | 2008 | CHEV | EQUINOX AWD | $25,928.46 | $19,187.05 |
| 08001 | | 02-0000-8059 | LEASE | 2CNDL23FX86038712 | 2008 | CHEV | EQUINOX AWD | $24,392.98 | $19,504.66 |
| 08003 | | 02-0000-8642 | LEASE | 1G1ZG57N88418205B | 2008 | CHEV | MALIBU | $19,384.78 | $15,507.78 |
| 08004 | | 02-0000-8064 | LEASE | 2CNDL23F986325233 | 2008 | CHEV | EQUINOX AWD | $19,566.61 | $17,136.36 |
| 08005 | | 02-0000-8851 | LEASE | 2CNDL23F386281370 | 2008 | CHEV | EQUINOX AWD | $21,614.39 | $18,910.43 |
| 08006 | | 02-0000-8064 | LEASE | 2CNDL13F586064676 | 2008 | CHEV | EQUINOX AWD | $24,126.03 | $21,107.88 |
| 08008 | | 02-0000-8642 | LEASE | 2CNDL13FX86300142 | 2008 | CHEV | EQUINOX AWD | $24,384.30 | $21,333.84 |
| 08009 | | 02-0000-8538 | LEASE | 2CNDL13F786300888 | 2008 | CHEV | EQUINOX AWD | $24,751.04 | $21,654.68 |
| 08010 | | 02-0000-8642 | LEASE | 2CNDL13F186302538 | 2008 | CHEV | EQUINOX AWD | $21,489.26 | $18,800.96 |
| 08011 | | 02-0000-8642 | LEASE | 2CNDL13F086067694 | 2008 | CHEV | EQUINOX AWD | $24,332.50 | $20,675.35 |
| 08012 | | 02-0000-8642 | LEASE | 2CNDL13F586070591 | 2008 | CHEV | EQUINOX AWD | $22,345.92 | $18,987.30 |
| 08013 | | 02-0000-8642 | LEASE | 1G1ZG57B784242675 | 2008 | CHEV | MALIBU | $21,286.06 | $18,086.74 |
| 08014 | | 02-0000-8137 | LEASE | 2CNDL23FX86003345 | 2008 | CHEV | EQUINOX AWD | $24,540.50 | $21,470.51 |
| 08015 | | 02-0000-8642 | LEASE | 2CNDL23FX86003376 | 2008 | CHEV | EQUINOX AWD | $25,877.34 | $21,219.39 |
| 08016 | | 02-0000-8642 | LEASE | 1G1ZG57N484184776 | 2008 | CHEV | MALIBU | $16,717.70 | $13,708.55 |
| 08017 | | 02-0000-8137 | LEASE | 1G1ZG57NX8F181093 | 2008 | CHEV | MALIBU | $17,364.60 | $14,754.69 |
| 08018 | | 02-0000-8642 | LEASE | 1G1ZG57B28F280190 | 2008 | CHEV | MALIBU | $20,367.99 | $17,516.47 |
| 08019 | | 02-0000-8642 | LEASE | 1G1ZG57N78F179060 | 2008 | CHEV | MALIBU | $19,306.08 | $16,603.24 |
| 08020 | | 02-0000-8589 | LEASE | 1G1ZG57B984259915 | 2008 | CHEV | MALIBU | $20,584.21 | $17,702.45 |
| 08021 | | 02-0000-8141 | LEASE | 2CNDL13F586292256 | 2008 | CHEV | EQUINOX AWD | $25,211.99 | $23,109.29 |

5491 - CIRCUIT CITY STORES, INC.

VMS - Units 1-13-09

| Unit # | Client Asset Id | Breakdown | Contract Type | VIN | Year | Make | Model | Cap Cost | Book Value |
|---|---|---|---|---|---|---|---|---|---|
| 20331 | | 02-8012-8312 | LEASE | 1FTYR10X7YTB08959 | 2000 | FORD | RANGER 2WD | $18,489.91 | $0.00 |
| 70000 | | 02-0000-8510 | LEASE | 1G1ZS58N67F179076 | 2007 | CHEV | MALIBU | $14,818.53 | $7,112.91 |
| 80001 | | 02-0000-1615 | LEASE | 2CNDL13F986288632 | 2008 | CHEV | EQUINOX AWD | $19,469.46 | $15,892.92 |
| 80002 | | 06-0255-6030 | LEASE | 4LMBF21127L019022 | 2007 | CAPA | CAPACITY OF TEXAS | $76,716.07 | $68,185.27 |
| Total # of Units: | | | | | 159 | | | $3,420,552.84 | $1,375,229.29 |