James M. Lewis, Esquire, VA Bar No. 14118
Holland & Knight LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
Direct Dial: (703) 720-8638
Facsimile: (703) 720-8610
e-mail: james.lewis@hklaw.com
Attorney for Plaza Las Americas, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH (Jointly Administered) |
| Debtors. | |

### NOTICE OF APPEAL

Plaza Las Americas, Inc. (the "Landlord"), by and through its attorneys, Holland & Knight LLP, hereby appeals, pursuant to 28 U.S.C. §158(a)(1), from each and every part of (a) the Bankruptcy Court's decision rendered on the record on December 22, 2008, (Docket No.'s 1230 and 1232) and (b) its Findings of Fact and Conclusions of Law from hearing held December 22, 2008, on Motions to Compel Payment of Post petition Rent, dated January 26, 2009 (Docket No. 1781), denying the various motions for an Order compelling the Debtors to immediately pay post-petition rent pursuant to Sections 365(d) and 503(b)(1)(A) of the Bankruptcy Code.[1]

---

[1] Docket No. 1414 is the Landlord's Joinder to Motion for Rehearing and/or Reconsideration which was denied pursuant to the Court's oral ruling on the record on January 16, 2009.

The names of the parties to this appeal, and the names, addresses and telephone numbers of their respective attorneys are as follows:

Appellants:

| | |
|---|---|
| Plaza Las Americas | James M. Lewis, Esquire<br>Holland & Knight LLP<br>1600 Tysons Boulevard, Suite 700<br>McLean, Virginia 22102<br>Telephone: (703) 720-8638 |

Appellees:

| | |
|---|---|
| Circuit City Stores, Inc., et al.,<br>Debtors-in-possession | Gregg M. Galardi, Esquire.<br>Ian S. Fredericks, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>Wilmington, Delaware 19899<br>Telephone: (302) 651-3000<br><br>Timothy G. Pohl, Esquire<br>Chris L. Dickerson, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2000<br>Chicago, Illinois 60606<br>Telephone: (312) 408-0700<br><br>Dion W. Hayes, Esquire<br>Douglas M. Foley, Esquire<br>McGuireWoods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>Telephone: (804) 775-1000 |

Interested Parties:

| | |
|---|---|
| Official Committee of Unsecured Creditors | Richard M. Pachulski, Esquire<br>Robert J. Feinstein, Esquire<br>Jeffrey N. Pomerantz, Esquire<br>Pachulski, Stang, Ziehl & Jones, LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 227-6910 |

|  |  |
|---|---|
|  | Lynn L. Tavenner, Esquire<br>Paula S. Beran, Esquire<br>Tavenner & Beran, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: (804) 783-8300 |
| United States Trustee | Robert B. Van Arsdale, Esquire<br>Office of the United States Trustee<br>Richmond, Virginia Office<br>701 East Main Street, Suite 4304<br>Richmond, Virginia 23219<br>Telephone: (804) 771-2310 |
|  | HOLLAND & KNIGHT LLP |
| Dated: McLean, Virginia<br>February 5, 2009 | By: /s/ James M. Lewis<br>James M. Lewis, Esq.<br>(VSB No. 14118)<br>1600 Tysons Boulevard, Suite 700<br>McLean, Virginia 22102<br>Telephone: (703) 720-8638<br>Fax: (703) 720-8610<br>Attorney for Plaza Las Americas, Inc. |

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 5th day of February, 2009, a true and complete copy of the foregoing (a) was filed and served using the Courts ECF System and (b) was sent by first class mail, postage prepaid, to the each of the appellees and interested parties set forth in this Notice of Appeal

/s/ James M. Lewis
James M. Lewis, Esquire
(VSB No. 14118)
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
Telephone: (703) 720-8638
Fax: (703) 720-8610
Attorney for Plaza Las Americas, Inc.

# 5969742_v1