UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | Chapter 11 |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF APPEAL

502-12 86th Street LLC, Cottonwood Corners – Phase V, LLC and Woodlawn Trustees, Incorporated (collectively, the "Landlords" or "Appellants"), by counsel, hereby appeal, pursuant to 28 U.S.C. § 158(a)(1), from the Bankruptcy Court's Findings of Fact and Conclusions of Law From Hearing Held December 22, 2008 On Motions to Compel Payment of Postpetition Rent entered on January 26, 2009 (Docket No. 1781), denying the various motions[1] requesting an Order compelling the Debtors to immediately pay post-petition rent pursuant to sections 365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code.

The names of the parties to this appeal, and the names, addresses and telephone numbers of their respective attorneys are as follows:

Appellants:

502-12 86th Street LLC
Cottonwood Corners – Phase V, LLC
Woodlawn Trustees, Incorporated

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
HIRSCHLER FLEISCHER, PC
Post Office Box 500
Richmond, Virginia 23218-0500
(804) 771-9500

---

[1] The Landlords' respective Motions to Compel are located at Docket Nos. 390, 396 and 1489.

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for 502-12 86th Street LLC, Cottonwood Corners – Phase V, LLC
and Woodlawn Trustees, Incorporated*

(804) 644-0957 (fax)

Appellees:

Circuit City Stores, Inc., et al.,
Debtors-in-possession

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
P.O. Box 636
Wilimington, Delaware 19899
(302) 651-3000

Timothy G. Pohl, Esq.
Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 408-0700

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
(804) 775-1000

Interested Parties:

Official Committee of Unsecured
Creditors

Richard M. Pachulski, Esq.
Jeffrey N. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES
LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, California 90067
(310) 277-6910

Robert J. Feinstein, Esq.
PACHULSKI STANG ZIEHL & JONES
LLP
780 Third Ave. 36th Floor
New York, New York 10017
(212) 561-7710

|  |  |
|---|---|
|  | Lynn L. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300 |
| United States Trustee | Robert Van Arsdale, Esq.<br>Office of the United States Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, Virginia 23219<br>(804) 771-2310 |
| Dated: February 5, 2009 | HIRSCHLER FLEISCHER, PC<br><br>By: ___/s/ Sheila deLa Cruz___<br>         Counsel |

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

___/s/ Sheila deLa Cruz___
Sheila deLa Cruz

#2391288v1