# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No: 08-35653-KRH** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

## NOTICE OF APPEAL

The Landlords listed on Exhibit A hereto, creditors in this chapter 11 bankruptcy, appeal under 28 U.S.C. § 158(a) from the Memorandum Opinion and Order entered on the docket of this adversary proceeding on January 26, 2009 (Docket No. 1781).

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Appellants:

See Exhibit A                                          Augustus C. Epps, Jr., Esquire
                                                       Michael D. Mueller, Esquire
                                                       Jennifer M. McLemore, Esquire
                                                       Noelle M. James, Esquire
                                                       CHRISTIAN & BARTON, L.L.P.
                                                       909 East Main Street, Suite 1200
                                                       Richmond, Virginia 23219
                                                       Telephone: (804) 697-4104

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB No. 76001)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4104
Facsimile: (804) 697-6104

Counsel to Landlords Listed on Exhibit A

Appellees:

| | |
|---|---|
| Circuit City Stores, Inc., et al., Debtors-in-possession | Gregg M. Galardi, Esquire<br>Ian S. Fredericks, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>Wilmington, Delaware 19899<br>Telephone: 302-651-3000 |
| | Timothy G. Pohl, Esquire<br>Chris L. Dickerson, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>333 West Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: 312-408-0700 |
| | Dion W. Hayes, Esquire<br>Douglas M. Foley, Esquire<br>MCGUIRE WOODS LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219<br>Telephone: 804-775-1000 |

Interested Parties:

| | |
|---|---|
| Official Committee of Unsecured Creditors | Richard M. Pachulski, Esquire<br>Robert J. Feinstein, Esquire<br>Jeffrey N. Pomerantz, Esquire<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California 90067<br>Telephone: 310-277-6910 |
| | Lynn L. Tavenner, Esquire<br>Paula S. Beran, Esquire<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>Telephone: 804-783-8300 |

| | |
|---|---|
| United States Trustee | Robert B. Van Arsdale, Esquire |
| | Office of the United States Trustee |
| | Richmond, Virginia Office |
| | 701 East Broad Street Suite 4304 |
| | Richmond, Virginia 23219 |
| | Telephone: 804-771-2310 |

Dated:  February 5, 2009                    /s/ Augustus C. Epps, Jr.
                                            Augustus C. Epps, Jr., Esquire (VSB No. 13254)
                                            Michael D. Mueller, Esquire (VSB No. 38216)
                                            Jennifer M. McLemore, Esquire (VSB No. 47164)
                                            Noelle M. James, Esquire (VSB No. 76001)
                                            CHRISTIAN & BARTON, L.L.P.
                                            909 East Main Street, Suite 1200
                                            Richmond, Virginia 23219
                                            Telephone: (804) 697-4104
                                            Facsimile:  (804) 697-6104

                                            *Counsel for Landlords Listed on Exhibit A*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

                                            /s/ Augustus C. Epps, Jr.
                                            Augustus C. Epps, Jr.

# EXHIBIT A

|  | **Landlord** |
|---|---|
| **1.** | Brighton Commercial LLC |
| **2.** | Carousel Center Company, L.P. |
| **3.** | Cedar Development Ltd. |
| **4.** | Drexel Delaware Limited Partnership |
| **5.** | Fingerlakes Crossing, LLC |
| **6.** | Generation H One and Two, LP |
| **7.** | GRI-EQY (Sparkleberry Square) LLC |
| **8.** | Hamilton Crossing I, LLC |
| **9.** | Inland American Retail Management LLC |
| **10.** | Inland Commercial Property Management, Inc. |
| **11.** | Inland Continental Property Management Corp. |
| **12.** | Inland Pacific Property Services LLC |
| **13.** | Inland Southwest Management LLC |
| **14.** | Inland US Management LLC |
| **15.** | Kimco Realty Corporation |
| **16.** | La Habra Imperial, LLC |
| **17.** | Madison Waldorf LLC |
| **18.** | Myrtle Beach Farms Co., Inc. |
| **19.** | N.P. Huntsville Limited Liability Company |
| **20.** | Rancon Realty Fund IV |
| **21.** | Sangertown Square, LLC |
| **22.** | Starpoint Property Management, LLC |
| **23.** | UnCommon, Ltd. |

924460