# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

```
-------------------------------------------------------------x
In re:                                           :    Chapter 11
                                                 :
CIRCUIT CITY STORES, INC., et al.,               :    Case No. 08-35653-KRH
                                                 :
                                                 :    Jointly Administered
                     Debtors.                    :
-------------------------------------------------------------x
```

## NOTICE OF MOTION

The Landlords listed on Exhibit A hereto (the "Landlords"), by and through their undersigned counsel, have filed a Motion for Leave to File Interlocutory Appeal From the Order of the Bankruptcy Court Dated January 26, 2009, Styled "Findings of Fact and Conclusions of Law From Hearing Held December 22, 2008 on Motion to Compel Payment of Postpetition Rent" and Memorandum in Support Thereof (the "Motion") seeking leave to appeal this Court's Findings of Fact and Conclusions of Law and Order (docket no. 1781) entered January 26, 2009, and granting related relief.

A copy of the Motion can be obtained from the undersigned.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then on or before **February 17, 2009**, you or your attorney must:

  _X_  File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB No. 76001)
CHRISTIAN & BARTON, LLP
909 E. Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4104
(804) 697-6104 (facsimile)

Counsel to the Landlords on Exhibit A

Clerk of Court
United States Bankruptcy Court
701 East Broad Street
Richmond, Virginia 23219

You must also mail a copy to:

Augustus C. Epps, Jr., Esquire
Michael D. Mueller, Esquire
Jennifer M. McLemore, Esquire
Noelle M. James, Esquire
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219

**If no timely response has been filed opposing the relief requested, the Court may grant the relief requested without holding a hearing.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief.

Dated: February 5, 2009                Respectfully submitted,


                                       /s/ Augustus C. Epps, Jr.
                                       Augustus C. Epps, Jr., Esquire (VSB No. 13254)
                                       Michael D. Mueller, Esquire (VSB No. 38216)
                                       Jennifer M. McLemore, Esquire (VSB No. 47164)
                                       Noelle M. James, Esquire (VSB No. 76001)
                                       CHRISTIAN & BARTON, LLP
                                       909 East Main Street, Suite 1200
                                       Richmond, Virginia 23219
                                       Telephone: (804) 697-4104
                                       Facsimile:  (804) 697-6104

                                       Counsel to Landlords on Exhibit A

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

# EXHIBIT A

|  | **Landlord** |
|---|---|
| **1.** | Brighton Commercial LLC |
| **2.** | Carousel Center Company, L.P. |
| **3.** | Cedar Development Ltd. |
| **4.** | Drexel Delaware Limited Partnership |
| **5.** | Fingerlakes Crossing, LLC |
| **6.** | Generation H One and Two, LP |
| **7.** | GRI-EQY (Sparkleberry Square) LLC |
| **8.** | Hamilton Crossing I, LLC |
| **9.** | Inland American Retail Management LLC |
| **10.** | Inland Commercial Property Management, Inc. |
| **11.** | Inland Continental Property Management Corp. |
| **12.** | Inland Pacific Property Services LLC |
| **13.** | Inland Southwest Management LLC |
| **14.** | Inland US Management LLC |
| **15.** | Kimco Realty Corporation |
| **16.** | La Habra Imperial, LLC |
| **17.** | Madison Waldorf LLC |
| **18.** | Myrtle Beach Farms Co., Inc. |
| **19.** | N.P. Huntsville Limited Liability Company |
| **20.** | Rancon Realty Fund IV |
| **21.** | Sangertown Square, LLC |
| **22.** | Starpoint Property Management, LLC |
| **23.** | UnCommon, Ltd. |

925595.1