**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc.<br>*et. al.*,<br><br>　　　　Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that on the 5th day of February 2009, I caused to be served the Statement Of Issues On Appeal And Designation Of Items To Be Included In The Record On Appeal, in accordance with the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures.

　　　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP

　　　　　　　　　　　　　　　　　　　　By: /s/ *Robert L. LeHane*　　　　　　
　　　　　　　　　　　　　　　　　　　　James S. Carr (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Robert L. LeHane (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Howard S. Steel (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10178-0002
　　　　　　　　　　　　　　　　　　　　Tel: (212) 808-7800
　　　　　　　　　　　　　　　　　　　　Fax: (212) 808-7897

　　　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP
　　　　　　　　　　　　　　　　　　　　David J. Ervin (VSB No. 34719)
　　　　　　　　　　　　　　　　　　　　Washington Harbour, Suite 400
　　　　　　　　　　　　　　　　　　　　3050 K Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20007-5108
　　　　　　　　　　　　　　　　　　　　Tel: (202) 342-8436
　　　　　　　　　　　　　　　　　　　　Fax: (202) 342-8451

　　　　　　　　　　　　　　　　　　　　COUNSEL FOR APPELLANTS