UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF MOTION
FOR 2004 EXAMINATION OF NORTH PLAINFIELD VF LLC
AND REQUEST FOR PRODUCTION OF DOCUMENTS**

**PLEASE TAKE NOTICE** that Creditor, Schimenti Construction Company, LLC ("Movant" or "Schimenti Construction"), by counsel, has filed with the Court a Motion for 2004 Examination and Request for Production of Documents seeking an Order directing Creditor, North Plainfield VF LLC ("N Plainfield VF"), to appear for examination and produce documents pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Motion").

**YOUR RIGHTS MAY BE AFFECTED.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**No Hearing has yet been set to consider this Motion.**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within **five (5) business days** you or your attorney must:

[X]    Send to the parties listed below at least 15 days written notice of a hearing, which may be set on any regularly-scheduled motion day of the judge assigned to the case. If necessary, you may obtain a list of such dates by telephone from the clerk's office. The original and one copy of the notice must be filed with the clerk, accompanied by a motion day cover sheet, a copy of which may be obtained from the clerk. If you are not represented by an attorney, you may instead file with the clerk a written request for hearing. If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before **February 12, 2009**. The address of the clerk's office is as follows:

---

Tara L. Elgie (Va. Bar No. 48259)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile: (703) 647-5982
tara.elgie@leclairryan.com

*Counsel for Schimenti Construction Company, LLC*

U.S. Bankruptcy Court  
701 East Broad Street  
Richmond, VA  
23219-1888

[X]    File with the Court, at the address shown above, a written response with supporting memorandum pursuant to Local Bankruptcy Rules 9013-1(H).  **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before **February 12, 2009**.

1.    You must also mail a copy to:

> Tara L. Elgie  
> LeCLAIR RYAN, A Professional Corporation  
> 225 Reinekers Lane, Suite 700  
> Alexandria, VA 22314

If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the request as conceded, approve the Motion, and enter an Order granting the requested relief without further notice or hearing.

> CREDITOR,  
> SCHIMENTI CONSTRUCTION  
> COMPANY, LLC
>
> /s/ Tara L. Elgie  
> Tara L. Elgie (Va. Bar No. 48259)  
> LeClairRyan, A Professional Corporation  
> 225 Reinekers Lane, Suite 700  
> Alexandria, VA 22314  
> Telephone: (703) 684-8007  
> Facsimile: (703) 647-5982  
> tara.elgie@leclairryan.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 5th day of February 2009, a true and accurate copy of the foregoing *Notice of Motion for 2004 Examination of North Plainfield VF, LLC* was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons appearing below:

    William A. Gray, Esquire
    Lisa Taylor Hudson, Esquire
    SANDS ANDERSON MARKS & MILLER
    801 E. Main Street, Suite 1800
    Richmond, Va 23219-1998

    Stephanie Goldstein, Esquire
    Kalman Ochs, Esquire
    FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
    One New York Plaza
    New York, NY 10004
    *Counsel for North Plainfield VF LLC*

    Daniel F. Blanks, Esquire
    Douglas M. Foley, Esquire
    McGuire Woods LLP
    9000 World Trade Center
    101 W. Main Street
    Norfolk, VA  23510
    *Counsel for Debtors*

    Dion W. Hayes, Esquire
    James S. Sheerin, Esquire
    Sarah Beckett Boehm, Esquire
    McGuire Woods LLP
    Ones James Center
    901 E. Cary Street
    Richmond, VA  23219
    *Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware  19899-0636
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL  60606
*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
*Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL  60601
*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts  02108
*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClairRyan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia  23219
*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
*Counsel for the Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esquire
Pachulski Strang Ziehl & Jones LLP
780 Third Aenue, 26th Floor
New York, New York  10017
*Counsel for the Creditors Committee*

/s/  Tara L. Elgie
Tara L. Elgie (Va. Bar No. 48259)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5982
tara.elgie@leclairryan.com