# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**  
James Lewis, Esq.

**In re:** Circuit City Stores, Inc.

**Case Number** 08–35653–KRH  
**Chapter** 11

**IN RE:**

*1971* – Notice of Appeal (Re: related document(s)[1781] Order on Motion to Reconsider,,,,,,,,,,,,,,, ) filed by James M. Lewis of Holland & Knight, LLP on behalf of Plaza Las Americas, Inc.. Appellant Designation due by 2/17/2009. (Lewis, James)

**INQUIRY:**

__ Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $ 9, plus 50 ¢ per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

__ The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

__ Your inquiry has been received. Please submit a search fee in the amount of $26, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched** .

__ Your request for photocopies has been received. Photocopies are provided by an on–site or an off–site copy service. Your check payable to the Clerk is returned. Please contact the appropriate vendor directly:  
**Richmond:** Contact the Clerk´s Office directly at 701 East Broad St., Suite 4000, Richmond, VA 23219 or (804) 916–2400

__ Your inquiry as to the status of a case has been received. A copy of your inquiry has been forwarded to the Trustee (or Attorney for the Debtor) with a request that he respond and forward a copy thereof to the Court.

__ The name and address of the Trustee or (Attorney for Debtor) in this case is:  
[Name and Address of Trustee or Attorney for Debtor]

__ This case was closed on _____ . [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $45, payable to "Clerk, U. S. Bankruptcy Court", or you may contact the Clerk's Office for additional options.]

__ The following papers are returned to you:

**X** Notice of Appeal on behalf of Plaza Las Americas , Inc. filed 2/5/09. Filing Fee of $255.00 due.

Date: February 6, 2009

CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Jenni Jafarbay , Deputy Clerk  
Direct Dial Telephone No. 804–916–2411

[genchksht_Inquiry.jsp ver. 10/2008]