UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| **CIRCUIT CITY STORES, INC., et. al.** | Case No. 08-35653 |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 cases as counsel on behalf of Convergys Customer Management Group Inc. ("Convergys") and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, fax or otherwise, which affects Convergys or these chapter 11 cases to be served upon:

> Michael J. O'Grady, Esq.
> Frost Brown Todd LLC
> 201 E. Fifth Street
> Suite 2200
> Cincinnati, OH 45202
> (513) 651-6800   Telephone
> (513) 651-6981   Facsimile
> mjogrady@fbtlaw.com   E-mail

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Convergys, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo*

1

reviewed by a district judge, (ii) its right to a trial by jury in any proceeding to triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Convergys is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated:   February 6, 2009

Respectfully submitted,

**FROST BROWN TODD LLC**

By:   */s/ Michael J. O'Grady*
Michael J. O'Grady
201 E. Fifth Street
Suite 2200
Cincinnati, OH 45202
(513) 651-6800   Telephone
(513) 651-6981   Facsimile
mjogrady@fbtlaw.com  E-mail

**COUNSEL FOR CONVERGYS CUSTOMER MANAGEMENT GROUP INC.**