**Exhibit 2: February Leases**

| Store # | Location Name | Landlord Name |
|---|---|---|
| 34 | Dallas Service | Dematteo Management Inc. |
| 45 | Philadelphia Service & Home Delivery | Little Britain Holding, Llc |
| 325 | Boston Home Delivery | Gre Grove Street One, Llc |
| 335 | Mid-Atlantic Distribution, Landover Home Delivery | Cc Brandywine Investors 1998, Llc |
| 353 | Industry Distribution | 680 S. Lemon Avenue Company Llc |
| 379 | Walnut Distribution, Service & Home Delivery | Catellus Development Corporation |
| 754 | Kearny Home Delivery | Amb Property, L.P. |
| 755 | Marion Distribution, Ecommerce | Ccdc Marion Portfolio, L.P. |
| 775 | Orlando Distribution, Tampa Home Delivery | Cole Cc Groveland Fl, Llc |
| 843 | Rivergate Superstore | The Village At Rivergate Lp |
| 1603 | Longview Micro-Superstore | Campbell Properties L.P. |
| 1610 | Waco Mini-Superstore | Cc Investors 1995-2 |
| 1624 | College Station Superstore | Inland Western College Station Gateway Ii, Lp |
| 1627 | Florence Mini-Superstore | Bpp-Sc Llc |
| 1638 | Cheyenne Micro-Superstore | Millman 2000 Charitable Trust |
| 3189 | Dayton 2 Superstore | Macy'S Central |
| 3196 | Dayton 3 Superstore | Shoppes Of Beavercreek, Llc |
| 3202 | Gainesville Mini-Superstore | Circuit Investors #2 Ltd. |
| 3226 | Cool Springs Superstore | Thoroughbred Village Gp |
| 3229 | Midland Mini-Superstore | Cc Investors 1995-5 |
| 3230 | High Point Superstore | Cc - Investors 1996-12 |
| 3244 | Rocky Mount Micro-Superstore | Cobb Corners Ii, L. P. |
| 3252 | Kingsport Micro-Superstore | Cc Kingsport 98, Llc |
| 3260 | Tulsa North Micro-Superstore | Southroads, Llc |
| 3276 | Clarksville Micro-Superstore | Craig-Clarksville Tennessee, Llc |
| 3428 | San Luis Obispo Superstore | Irish Hills Plaza West Ii Llc |
| 3508 | CroSuperstoreroads Superstore | Inland American Oklahoma City Penn, Llc |
| 3510 | Tulsa South Superstore | Trc Associates, Llc |
| 3515 | Bellevue Superstore | Cci Trust 1994-I; Lloyd Draper - Trustee |
| 3521 | Jackson Superstore | Cc Ridgeland 98 L.L.C. |
| 3564 | Quail Springs Superstore | Memorial Square 1031, Llc |
| 3606 | Lakeside Superstore | Bond-Circuit X Delaware Business Trust |
| 3607 | Roseville Superstore | Cc Roseville, Llc |
| 3608 | Novi Superstore | Ramco West Oaks I Llc |
| 3611 | Taylor Superstore | Cc Investors 1996-14 |
| 3613 | Westland Superstore | Wmi/Mpi Business Trust |
| 3621 | Evansville Superstore | Evansville Developers Llc, G.B. |
| 3630 | Saginaw Superstore | Somerville Saginaw Limited Partnership |
| 3631 | Flint Superstore | Daniel G. Kamin Flint, Llc |
| 3635 | Lansing West Superstore | Covington Lansing Acquisition Llc |
| 3705 | Spring Meadows Mini-Superstore | Suemar Realty, Inc |
| 3733 | Steubenville Micro-Superstore | Landman, Deborah, Eli Landman, Zoltan Schwartz & Anna Schwar |
| 3734 | Franklin Park Superstore | Suemar Realty, Inc. |
| 3740 | Bangor Mini-Superstore | Sacco Of Maine, Llc |
| 3748 | Yuma Las Palimillas Superstore | Wcc Properties Llc |
| 3750 | St. Clairsville Micro-Superstore | Thf St. Clairsville Parcel C.C. Development, L.L.C. |
| 3774 | Decatur Mini-Superstore | Decatur Plaza I, Llc |
| 3776 | Brighton Superstore | Brighton Commercial, Llc |
| 3830 | Glynn Isles Superstore | Cap Brunswick, Llc |
| 3851 | Madison Heights Superstore | Mds Realty Ii, Llc |
| 3863 | Troy Hills Shopping Center | Federal Realty Investment Trust |
| 3865 | Fingerlakes Crossing "The City" Superstore | Fingerlakes Crossing, Llc |
| 4246 | Baton Rouge Superstore | Ggp Mall Of Louisiana, Lp |
| 4309 | Alexandria Mall Superstore | Alexandria Main Mall Llc |
| 9039 | Ccs Office (Westmoreland Telecenter) | Brandywine Grande C, Lp |
| 9101 | Circuit City Corporate Headquarters (Dr1) | Lexington Corporate Properties, Inc. |