KUTAK ROCK LLP
Peter J. Barrett (Va. Bar No. 46179)
Kimberly A. Pierro (Va. Bar No. 71362)
1111 East Main Street, Suite 800
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
*Co-counsel for Magna Trust Company, Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 08-35653-KRH |
| | ) | |
| Circuit City Stores, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the below listed attorneys in the above-captioned case on behalf of Magna Trust Company (n.k.a. Regions Bank), Trustee under Trust Agreement dated January 26, 1995 and known as Trust No. 01-90-0182-00 (Charles Robbins Realtor/Circuit City Partnership), and pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

R. Lee Allen, Esq.
Emily B. Cour, Esq.
Sorling, Northrup, Hanna, Cullen & Cochran, Ltd.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, Illinois 62705
Telephone: 217-544-1144
Email: rlallen@sorlinglaw.com
Email: ebcour@sorlinglaw.com

4847-9078-6563.2

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute consent to the jurisdiction of the Bankruptcy Court or a waiver of the right to a jury trial.

Dated: Richmond, Virginia  
       February 6, 2009

Respectfully submitted,

 /s/  Kimberly A. Pierro  
Kimberly A. Pierro (VSB No. 71362)  
Kutak Rock LLP  
Bank of America Center  
1111 East Main Street, Suite 800  
Richmond, VA 23219-3500  
Phone: (804) 644-1700  
Fax: (804) 783-6192  
*Co-counsel for Magna Trust Company, Trustee*

## **CERTIFICATE OF SERVICE**

       I hereby certify under penalty of perjury that on February 6, 2009, a true and exact copy of the foregoing notice was forwarded via ECF notification or by first class, postage prepaid, to the following necessary parties as set forth in the Order Establishing Certain Notice, Case Management, and Administrative Procedures entered November 13, 2008: (i) the Office of the United States Trustee for the Eastern District of Virginia, (ii) the Debtors and bankruptcy co-counsel, (iii) counsel to the Official Committee of Unsecured Creditors, (iv) counsel to the agents for the Debtors' pre-petition lenders, and (v) counsel to the agents for the Debtors' post-petition lenders.

      /s/ Kimberly A. Pierro
Kimberly A. Pierro (VSB No. 71362)
Kutak Rock LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
Phone: (804) 644-1700
Fax: (804) 783-6192
*Co-counsel for Magna Trust Company, Trustee*