## *North Attleboro Marketplace II, LLC*
1414 Atwood Avenue
Johnston, RI 02919
(401) 273-6800

February 3, 2009

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex
1100 East Main St.
Richmond, VA 23219-3538

RE: Circuit City Stores, Inc. Bankruptcy

Dear Sir/Madame:

On January 15, 2009 we received the attached letter stating the United States Debt Recovery would be reassigned our claim with Circuit City Stores, Inc. *unless we sent in a written objection within 20 days*. Please accept this letter as formal notification that we **object** to transferring our claim to the United States Debt Recovery, LLC. Furthermore, we have never sent in a transfer of claim form or indicated to the United States Debt Recovery we were interested in reassigning our claim to them.

This attempt by the United States Debt Recovery to transfer our claim without our knowledge or consent was fraudulent and a blatant misrepresentation. We strongly advise the clerk of this case to review all claims transferred to United States Debt Recovery to ensure their validity.

Sincerely,

Shannon Hibbert
Senior Accountant
UPS Tracking #1A 984 V6V 01 9917 0643

CC: United States Debt Recovery, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:                                        ) Chapter 11
                                              )
CIRCUIT CITY STORES, INC.,                    ) Case No.: 08-35653
                                              )
                Debtor.                       ) Judge Kevin R. Hennekens
                                              )
                                              )
                                              )

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(e)(1)**

**Name of Proposed Transferor:**
North Attleboro Marketplace II LLc
Mark Briggs C/O Carpionato Properties
1414 Atwood Ave
Ste 260
Johnston RI 02919

**Name of Transferee:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOUR MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

   **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
   United States Bankruptcy Court
   Eastern District of Virginia
   310 United States Courthouse Annex
   1100 East Main St.
   Richmond, VA 23219-3538

   **SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO. _____
Copy (check)  Claims Agent_____  Transferee_____  Debtor's Attorney_____

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

CIRCUIT CITY STORES, INC.,

Debtor.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Huennekens
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(2)**
)
)

PLEASE TAKE NOTICE that the priority claim of North Attleboro Marketplace II LLc (underlying creditor or "Transferor") against the above captioned Debtor in the amount of $47307.58, as listed within the debtor's Schedule of Liabilities filed by the debtor and all priority claims of Transferor associated with such claim have been transferred and assigned (absolutely and not for security) to United States Debt Recovery LLC., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(1).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. I represent and warrant that the claim is not less than $47307.58 and has not been previously objected to, sold, or satisfied. If notified by USDR, I agree to reimburse USDR a pro-rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or in part by the Debtor, the Court, or any other party. Other that as stated above, USDR assumes all risks associated with the debtor's ultimate payment, if any upon the claims. I agree that upon request, I will deliver to USDR any correspondence, payment received after the date of this agreement and any supporting materials (if requested by USDR) documenting the claim. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:**

Print Name _____  Title: _____

Signature: _____  Date: _____

Corrected Address (if req.) _____

Phone: _____  E-Mail: _____

**TRANSFEREE:**
United States Debt Recovery LLC
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director

*United States Debt Recovery*
LIMITED LIABILITY COMPANY

North Atteboro Marketplace II LLc
Mark Briggs C/O Carpionato Properties
1414 Atwood Ave
Ste 260
Johnston RI 02919

January 15, 2009

Dear Sir or Madam:

Circuit City Stores, Inc. has filed for Chapter 11 bankruptcy protection and all pre-existing debts cannot be paid until the bankruptcy court approved a plan of reorganization or other means of payment. Even then, the payment is not guaranteed. Your administrative priority claim account balance is still listed as outstanding. Bankruptcy court records show you are owed $ 47307.58 for your unpaid priority claims.

Since September 15, 2008 the funds owed to you by Circuit City Stores, Inc. has been tied up in federal bankruptcy court. United States Debt Recovery LLC ("USDR") is prepared to offer immediate payment of $ 16,557.65 for your account balance. This [offer amount] is yours even if there is no payout on the debt from the bankruptcy process. The advantages to you include:

- No waiting for a bankruptcy recovery.
- No need to hire counsel and accountants.
- Immediate cash for your company

USDR is a bankruptcy investment firm that specializes in distressed debt recovery and dealing with Chapter 11 bankruptcy. We retain the bankruptcy professionals such as attorneys and accountants and seek to collect more on the claim that the offer price. We reserve the right to terminate this offer at any time and may request your written documentation of amounts you are owed.

To arrange for payment, simply fill out and sign the "Transferor" section of the attached Claim Assignment Form and return it to USDR via fax (775-832-5085) or to the following address:

United States Debt Recovery LLC
940 Southwood Bl. Suite 101
Incline Village, NV 89451

A check in the amount of $ 16,557.65 will be mailed within three business days following the receipt of the enclosed Claim Assignment Form. This offer shall expire on January 30, 2009.

Should you have any questions, please call our Finance Department at 775 832-5250 or info@usdrllc.com . If you have general questions about Chapter 11 bankruptcy, selling your claim or bankruptcy factoring our web site is www.usdrllc.com and answers most common questions.

Yours truly,

Nathan Jones, General Counsel
United States Debt Recovery LLC

940 Southwood • Suite 101 • Incline Village, NV, 89451 • Tel (775) 832.5250 • Toll Free (877) 689.4656 • Fax (775) 832.5085
USDRLLC.COM