UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:        CIRCUIT CITY STORES, INC. et al.
                     Debtors                                              Case #08-35653-KRH
                                                                              Jointly Administered
                                                                              Chapter 11

**<u>AMENDED</u>**
**COLUMBIA PLAZA SHOPPING CENTER VENTURE**
**<u>NOTICE OF MOTION</u>**

      Columbia Plaza Shopping Center Venture ("Columbia Plaza"), by its counsel, has filed papers with the Court Requesting the Court to enter an Order Compelling Payment of Post-Petition Rent Pursuant to 11 U.S. C § 365 (d)(3).

      **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

      If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **<u>February 24, 2009</u>** of this notice, you or your attorney must:

    <u>XXX</u>  File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013- (H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Ste 4000
        Richmond, VA 23219

    You must also mail a copy to:

        Robert B. Hill, Esquire
        Hill & Rainey, Attorneys
        2425 Boulevard, Ste 9
        Colonial Heights, VA  23834

<u>XXX</u>   Attend a hearing to be held on **<u>March 3, 2009 @ 2:00pm</u>**, U.S. Courthouse, Rm 5000, 701 East Broad Street, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  2/6/09

Signature, name, address and telephone number
of person giving notice:


 /s/ ROBERT B. HILL
Robert B. Hill, Esquire
George P. Eliades, Co-Counsel SBA #38314
Hill & Rainey, Attorneys
Counsel for Columbia Plaza Shopping Center Venture
SBA #18751
2425 Boulevard, Suite 9
Colonial Heights, VA  23834
(804) 526-8300


CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 6th of February, 2009, a true copy of the foregoing Notice of Motion and the Motion of Columbia Plaza Shopping Center Venture for entry of an Order Compelling Payment of Post-Petition Rent Pursuant to 11 U.S. C. §365(d)(3) to the following attached Service list and ELECTRONICALLY FILED WITH THE Clerk of Court using CM/ECF system, which shall cause notice of electronic filing to be served on all registered user of the ECF system that have filed notices of appearance in this case:


 /S/ROBERT B. HILL

Robert B. Hill, Esquire

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:        CIRCUIT CITY STORES, INC. et al.
              Debtors                                    Case #08-35653-KRH
                                                         Jointly Administered
                                                         Chapter 11

**AMENDED**
**MOTION OF COLUMBIA PLAZA SHOPPING CENTER VENTURE**
**FOR AN ORDER COMPELLING PAYMENT OF**
**POST-PETITION RENT PURSUANT TO 11 U.S.C. §365(d)(3)**

Columbia Plaza Shopping Center Venture, ("Columbia Plaza"), by and through is

undersigned counsel, hereby moves for the entry of an Order compelling the above mentioned

debtor ("Debtor") to pay post-petition rent.  In support of this Motion, Columbia Plaza,

respectfully states as follows:

**BACKGROUND**

1.      On November 10, 2008, the Debtor filed a voluntary petition for relief under

Chapter 11 of Title 11 of the United State Code.

2.      Columbia Plaza is a party of a Lease Agreement ("Lease") with one or more of

the debtors at the following address: Columbia Plaza Shopping Center, 1901 Bernadette Drive

No. 2, Columbia , Missouri 65201.  The foregoing premises is hereinafter referred to as the

"Leased Premises."

3.      The debtors have been in possession of the Leased Premises since the filing of the

Petitions in this case.

Robert B. Hill, Esquire
George P. Eliades, II Co-Counsel SBA: 18751
HILL & RAINEY, ATTORNEYS
Counsel for Columbia Plaza Shopping Center Venture
SBA: 18751
2425 Boulevard, Suite 9
Colonial Heights, VA  23834
(804) 526-8300

4.      The debtors have failed to pay rent to Columbia Plaza for the Leased Premises for

the post-petition period beginning November 10, 2008 through November 30, 2008 in the

amount of Twenty Nine Thousand Nine Hundred Eighty Three and 91/100 Dollars

($29,983.91).  The Foregoing amount is hereinafter referred to as the "Stub Rent."

## RELIEF REQUESTED

5.     Columbia Plaza respectfully requests the Court enter an Order that compels the

debtors to immediately pay the Stub Rent to Landlord.

6.     In addition, Columbia Plaza, is entitled to be paid post-petition rent on an

ongoing basis on the first day of each month, said rent being paid in advance.

7.     Section 365(d)(3) of the Bankruptcy Code states that the debtor-in- possession

must "timely perform all the obligations of the debtor...arising from and after the order for

relief under any unexpired lease or nonresidential real property, until such lease is assumed or

rejected.." 11 U.S. C. §365 (d)(3).  In enacting section 365 (d)(3) of the Bankruptcy Code,

Congress intended to address the plight of landlords who, unlike professionals and other

providers of goods and services to a debtor-in-possession in the ordinary course of business,

are compelled to extend credit.

8.     This case presents the circumstances that Congress intended §365(d)(3) of the

Bankruptcy Code to address.  The debtors have occupied and possessed the Leased premises

post-petition without performing the post-petition obligations under the Lease.

9.     Courts have continually held that a landlord is entitled to immediate payment of

post-petition, pre-rejection rental payments, pursuant to 11 U.S. C. §365(d)(3). See in re:

*Pudgie's Div. Of New York, Inc.,* 202 B. R. 832 (Bank. S.D.N.Y. 1996); see also In re:

*Wingspread Corp.,* 178 B.R. 305 (Bankr.D. Mass. 1995); see also In re: *Manhattan King*

*David Restaurant, Inc. V. Levine,* 163 B. R. 36 (S. D. N.Y. 1993); see also In re: *Rare Coin*

*Galleries of American, Inc.,* 72 B. R. 748 (d. Mass 1987); see also in re: *Matter of the*

*Barristerof Delaware Ltd.,* 49 B.R. 446 (Bankr.D. Del. 1985).  Accordingly, the Court should

enter and order that compels the Debtor to immediately pay the Post-Petition Rent to Burbank

to satisfy its obligations under the Lease and §365(d)(3) of the Bankruptcy Code.

10.    Additionally, pursuant to the terms of the Lease, the Debtor is obligated to reimburse Columbia Plaza for the reasonable attorney's fees and cost incurred by Columbia Plaza in connection with debtor's failure to comply with the terms of the Lease.  Accordingly, Columbia Plaza respectfully requests the debtors be directed to pay attorney's fees and costs incurred by Columbia Plaza in connection with the filling and prosecution of this Motion.

**WHEREFORE,** Columbia Plaza respectfully requests this Court to enter an Order that compels debtors to immediately pay Columbia Plaza the amount of Twenty Nine Thousand Nine Hundred Eighty Three and 91/100 Dollars ($29,983.91) plus Landlord's reasonable attorney's fees and costs and grant Landlord such other and further relief as the Court deems proper and equitable.

Dated: January 29, 2009

COLUMBIA PLAZA SHOPPING CENTER VENTURE
BY:  /s/ ROBERT B. HILL
Of Counsel

Robert B. Hill, Esquire
George P. Eliades, II Co-Counsel SBA# 38314
HILL & RAINEY, ATTORNEYS
Counsel for Columbia Plaza Shopping Center Venture
SB#18751
2425 Boulevard, Suite 9
Colonial Heights, VA  23834
(804) 526-8300

CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that on the 6th of February, 2009, a true copy of the foregoing Notice of Motion and the Motion of Columbia Plaza Shopping Center Venture for entry of an Order Compelling Payment of Post-Petition Rent Pursuant to 11 U.S. C. §365(d)(3) to the following attached Service list and ELECTRONICALLY FILED WITH THE Clerk of Court using CM/ECF system, which shall cause notice of electronic filing to be served on all registered user of the ECF system that have filed notices of appearance in this case:

                  /S/ROBERT B. HILL

                  Robert B. Hill, Esquire

## Service List

**Kevin M. Newman**
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498

**Min Park**
Connolly Bove Lodge & Hutz LLP
1875 Eye street, Suite #1100
Washington, DC 20006

**Courtney E. Pozmantier**
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067

**Fred B. Ringel**
Robinson Brog Leinwand Greene, et al.
1345 Avenue of the Americas
31st Floor
New York, NY 10105

**Jeremy Brian Root**
Blankingship & Keith, P.C.
4020 University Dr. Ste. 300
Fairfax, VA 22030

**Jeremy W. Ryan**
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19801

**Scott A. Semenek**
Wildman, Harrold, Allen & Dixion
225 West Wacker Drive
Chicago, IL 60606-1229

**Jesse Silverman**
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

**Scott A. Stengel**
Orrick, Herrington & Sutliffe, LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706

**Roy M. Terry, Jr.**
DurretteBradshaw, PLC
600 E. Main St., 20th Fl.
Richmond, VA 23219

**Constantinos G. Panagopoulos**
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, NW
Suite 1000 South
Washington, DC 20005-3807

**David M. Poitras**
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

**Michael Reed**
McCreary, Veselka, Bragg & Allen
700 Jeffrey Way, Suite 100
Round Rock, TX 78680

**Philip M. Roberts**
Berkeley & Degaetani
1301 N. Hamilton St., #200
Richmond, VA 23220

**Paul Rubin**
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

**Michael J. Sage**
O'Melveny & Myers LLP
7 Times Square
Times Square Towers
New York, NY 10036

**John L. Senica**
Miller,Canfield,Paddock and Stone, PLC
225 W. Washington, Suite 2600
Chicago, IL 60606

**Stephen W. Spence**
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806

**Mark Stromberg**
Stromberg & Associates, PC
Two Lincoln Centre
5420 LBJ Freeway, Suite 300
Dallas, TX 75240

**Dylan G. Trache**
Wiley Rein LLP
7925 Jones Branch Drive
Suite 6200
McLean, VA 22102

**Ernie Zachary Park**
Bewley,Lassleben & Miller, LLP
13215 E. Penn Street, Suite 510
Whittier, CA 90602-1797

**David L. Pollack**
Ballard Spahr Andrews & Ingersoll LLP
51st Fl-Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

**David G. Reynolds**
Glass & Reynolds
P.O. Box 1700
Corrales, NM 87048

**Julie H. Rome-Banks**
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

**Eric Christopher Rusnak**
K&L Gates LLP
1601 K Street N.W.
Washington, DC 20006

**Jeffrey Scharf**
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294

**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

**Richard F. Stein**
Special Assis. U. S. Attorney
600 East Main Street, Ste 1601
Richmond, VA 23219-2430

**Jeffrey L. Tarkenton**
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, N.W.,
Seventh Floor
Washington, DC 20005

**Ronald M. Tucker**
Simon Property Group
225 W. Washington Street
Indianapolis, IN 46204

## Service List

**Eric D. Goldberg**
Stutman, Treister & Glatt, P.C.
1901 Ave of the Stars-12th Floor
Los Angeles, CA 90067

**David A. Greer**
Law Offices of David A. Greer PLC
500 East Main Street Ste 1200
Norfolk, VA 23510

**Eric A. Handler**
Donahue Gallagher Woods LLP
300 Lakeside Drive, Suite 1900
Oakland, CA 94612

**Brian D. Huben**
Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-6042

**Scott R. Kipnis**
Hofheimer Gartlir & Gross LLP
530 Fifth Ave.
New York, NY 10036

**Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th St. N.W. Suite 2100
Atlanta, GA 30363-1031

**James V. Lombardi**
Ross, Banks, May Cron & Cavin, P.C.
2 Riverway, Suite 700
Houston, TX 77056

**Christine D. Lynch**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

**Bruce H. Matson**
LeClair Ryan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
P.O. Box 2499
Richmond, VA 23218-2499

**Jennifer McLain McLemore**
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219

**William A. Gray**
Sands Anderson Marks & Miller
P.O. Box 1998
Richmond, VA 23218-1998

**Elizabeth L. Gunn**
DurretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, VA 23219

**Dion W. Hayes**
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

**Kenneth C. Johnson**
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215

**Leonidas Koutsouftikis**
Magruder & Associates
1889 Preston White Drive
Suite 200
Reston, VA 20191

**John J. Lamoureux**
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239

**Henry Pollard Long, III**
Hunton & Williams, LLP
951 East Byrd Street
Riverfront Plaza East Tower
Richmond, VA 23219-4074

**Michael W. Malter**
Binder & Malter
2775 Park Ave.
Santa Clara, CA 95050

**Robert P. McIntosh**
U.S. Attorney's Office
600 East Main St., Suite 1800
Richmond, VA 23219

**Jeffrey Meyers**
Ballard Spahr Andrews & Ingersoll
51st Fl- Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

**Steven H. Greenfeld**
Cohen Baldinger & Greenfeld, LLC
7910 Woodmont Avenue
Suite 760
Bethesda, MD 20814

**Brian P. Hall**
Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592

**Neil E. Herman**
Morgan, Lewis & Bockius, LLP
101 Park Ave.
New York, NY 10178-0600

**Regina Stango Kelbon**
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

**Jeffrey Kurtzman**
Klehr, Harrison, Harvey, Branzburg & Ell
260 South Broad Street
Philadelphia, PA 19102-5003

**Richard E. Lear**
Holland & Knight LLP
2099 Pennsylvania Ave.,NW #100
Washington, DC 20006

**John E. Lucian**
Blank Rome LLP
One Logan Square
130 N. 18th St
Philadelphia, PA 19103-6998

**Richard M. Maseles**
Missouri Department of Revenue
301 W. High St.
P.O. Box 475
Jefferson City, MO 65102

**John G. McJunkin**
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

**Michael D. Mueller**
Christian & Barton, L.L.P.
909 East Main St., Ste. 1200
Richmond, VA 23219

## Service List

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Elizabeth Weller
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

J. Christian Word
Latham & Watkins LLP
11955 Freedom Drive, Suite 500
Reston, VA 20190-5651

Nancy A. Washington
Saiber LLC
One Gateway Center 13th Floor
Newark, NJ 07102

Robert S. Westermann
Hunton & Williams LLP
951 East Byrd Street
Richmond, VA 23219

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Chicago, IL 60606-1229

Mitchell B. Weitzman
Bean, Kinney & Korman, P.C.
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201

Lori L. Winkelman
Quarles & Brady LLP
2 North Central Avenue
Phoenix, AZ 85004-2391

Sheila G. deLa Cruz
Hirschler Fleischer, P.C.
P.O. Box 500
Richmond, VA 23218-0500