Linda J. Brame
P.O. Box 700
Marion, IL 62959
Phone: (618) 997-5611
Fax: (618) 997-6522
lbrame@winterslaw.com

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | § | |
| | § | Case No. 08-35653-KRH |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appear in the above-referenced cases on behalf of William Gower, Name ID: 5000072 and 5000073 and Pack ID: 374710 and 374711 and Kina Thompson Name ID:5059815, 5059816 and 5059817 and Pack ID:433493, 433494 and 433495 (the "Creditors") pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code and request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

Linda J. Brame
P.O. Box 700
Marion, IL 62959
Phone: (618) 997-5611
Fax: (618) 997-6522
lbrame@winterslaw.com

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, telephone, facsimile, or otherwise, in this case.

Date: February 6, 2009

Respectfully submitted,

/s/ W. Joel Charboneau

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mfgs.com
jcharboneau@mfgs.com

Winters, Brewster, Crosby and Schafer LLC

/s/ Linda J. Brame
Linda J. Brame
P.O. Box 700
Marion, IL 62959
Phone: (618) 997-5611
Fax: (618) 997-6522
brame@winterslaw.com

1

## CERTIFICATE OF SERVICE

I certify that on February 6, 2009, I served copies of the above Notice of Appearance by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

By: /s/ W. Joel Charboneau

U:\A CLIENTS\Winters, Brewster\Notice of Appearance.doc

2