Linda J. Brame
P.O. Box 700
Marion, IL 62959
Phone: (618) 997-5611
Fax: (618) 997-6522
lbrame@winterslaw.com

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS |
| | ) | UNDER CHAPTER 11 |
| CIRCUIT CITY STORES, INC. et al., | ) | |
| | ) | CASE No. 08-35653 |

## MOTION TO ADMIT LINDA BRAME TO PRACTICE *PRO HAC VICE*

NOW COMES W. Joel Charboneau of Magee, Foster, Goldstein & Sayers, P.C. and moves this Court to admit Linda J. Brame of Winters, Brewster, Crosby and Schafer LLC of Marion, Illinois, to appear of record in the above-entitled cause and participate *pro hac vice* on behalf of Creditor William Gower, Name ID: 5000072 and 5000073 and Pack ID: 374710 and 374711 and Creditor Kina Thompson Name ID:5059815, 5059816 and 5059817 and Pack ID:433493, 433494 and 433495, and in support thereof states and certifies to the Court:

1. That Movant is an attorney licensed to practice law in the State of Virginia and the Unites States Bankruptcy Court for the Eastern District of Virginia.

2. Attorney Linda J. Brame is a licensed attorney in the State of Illinois, State of Missouri, the United States District Court for the Southern District of Illinois and the United States Bankruptcy Court for the Southern District of Illinois.

3. That Movant is a member of good standing in the Virginia Bar and the bar of this Court.

4. That Linda J. Brame does not wish to be admitted generally, but for the purpose of this case only.

5. That Linda J. Brame is familiar with the law, facts and procedures relating to the subject matter of this litigation.

6. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

7. No prior request for the relief sough herein has been made to this Court in these bankruptcy cases or to any other court.

8. I am a member of this bar and I, or another attorney in my firm that is a member of the bar of this Court, will appear with Ms. Brame at all hearings she attends.

THEREFORE, Movant, W. Joel Charbondeau, respectfully requests this Court enter the proposed order attached as <u>Exhibit A</u> granting permission for Linda J. Brame to appear of record and participate *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Virginia.

Magee, Foster, Goldstein & Sayers, P.C.

BY: /s/ W. Joel Charboneau

W. Joel Charboneau (#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
Phone: 540-343-9800
Fax: 540-343-9898

### CERTIFICATE OF SERVICE

I certify that on February 6, 2009, I served copies of the foregoing by electronic mail on the entities comprising the Primary Service List (as defined in Exhibit A to the Order dated November 12, 2008, governing notice procedures).

By: /s/ W. Joel Charboneau

U:\A CLIENTS\Winters, Brewster\Pro Hac Mtn-Word.doc

### CERTIFICATE OF MAILING

The undersigned certifies that a copy of the above and foregoing instrument was served by using the ECF system and by depositing same in a U.S. Post Office Box in the City of Roanoke, Virginia, postage fully prepaid and addressed to:

Circuit City Stores, Inc., et al.
Claims Processing Dept.
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

/s/ W. Joel Charaboneau

# EXHIBIT A

Linda J. Brame
P.O. Box 700
Marion, IL 62959
Phone: (618) 997-5611
Fax: (618) 997-6522
lbrame@winterslaw.com

A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS |
| | ) | UNDER CHAPTER 11 |
| CIRCUIT CITY STORES, INC. et al., | ) | |
| | ) | CASE No. 08-35653 |

### ORDER

This matter comes before the Court to consider the Motion to Admit Linda Brame to Practice *Pro Hac Vice*. The Court, having considered the Motion, and being otherwise sufficiently advised, hereby GRANTS the motion in its entirety, and orders that Linda J. Brame, is admitted to practice *pro hac vice* in this matter before the United States Bankruptcy Court For The Eastern District of Virginia.

Dated this _____ day of _____, 2009.

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ W. Joel Charboneau
W. Joel Charboenau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
P.O. Box 404

Roanoke, VA  24003-0404
(540) 343-9800

## CERTIFICATE OF SERVICE

I certify that copies of the proposed order were served via electronic delivery and/or first class mail the 6th day of February, 2009, on all necessary parties pursuant to the Order establishing notice procedures in this case.

/s/ W. Joel Charboneau

Serve:
    All parties that have filed notices of appearance in this case by electronic mail.

U:\A CLIENTS\Winters, Brewster\Pro Hac Mtn-Word.doc