# EXHIBIT A

|  | **Landlord** |
|---|---|
| **1.** | Brighton Commercial LLC |
| **2.** | Carousel Center Company, L.P. |
| **3.** | Cedar Development Ltd. |
| **4.** | Drexel Delaware Limited Partnership |
| **5.** | Fingerlakes Crossing, LLC |
| **6.** | Generation One and Two, LP |
| **7.** | GRI-EQY (Sparkleberry Square) LLC |
| **8.** | Hamilton Crossing I, LLC |
| **9.** | Inland American Retail Management LLC |
| **10.** | Inland Commercial Property Management, Inc. |
| **11.** | Inland Continental Property Management Corp. |
| **12.** | Inland Pacific Property Services LLC |
| **13.** | Inland Southwest Management LLC |
| **14.** | Inland US Management LLC |
| **15.** | Kimco Realty Corporation |
| **16.** | La Habra Imperial, LLC |
| **17.** | Madison Waldorf LLC |
| **18.** | Myrtle Beach Farms Co., Inc. |
| **19.** | N.P. Huntsville Limited Liability Company |
| **20.** | Rancon Realty Fund IV |
| **21.** | Sangertown Square, LLC |
| **22.** | Starpoint Property Management, LLC |
| **23.** | The Macerich Company |
| **24.** | The Portland Investment Company of America |
| **25.** | UnCommon, Ltd. |

926183