**Exhibit 3: March Leases**

| Store # | Location Name | Landlord Name |
|---|---|---|
| 230 | Almaden Plaza Superstore | Almaden Plaza Shopping Center, Inc. |
| 232 | San Mateo Superstore | Concar Enterprises, Inc. |
| 233 | Sunnyvale Superstore | Eel Mckee Llc |
| 234 | Hayward Superstore | Hayward 880, Llc |
| 237 | Santa Rosa Superstore | Santa Rosa Town Center Llc |
| 239 | Modesto Superstore | Macerich Vintage Faire, L.P. |
| 240 | Emeryville Superstore | Regency Centers, L.P. |
| 241 | Stockton Superstore | Weberstown Mall Llc |
| 242 | Van NeSuperstore Superstore | Van Ness Post Center Llc |
| 247 | Covington Distribution Center | Fr/Cal Gouldsboro Property Holding L.P. |
| 250 | Elk Grove Superstore | Pappas Gateway Lp |
| 251 | Citrus Heights Superstore | Greenback Associates |
| 252 | Arden Way Superstore | Arho Limited Partnership |
| 253 | Daly City Superstore | Daly City Partners I Lp |
| 255 | Bethlehem Distribution | Cc - Investors 1995-6 |
| 270 | Las Vegas Superstore | Boulevard Associates |
| 271 | Firecreek CroSuperstoreing Superstore | Firecreek Crossing Of Reno Llc |
| 272 | Las Vegas Ii Superstore | Becker Trust, Llc |
| 401 | Hollywood Superstore | Cim/Birch St., Inc. |
| 403 | Santa Monica Superstore | 1251 Fourth Street Investors, Llc |
| 404 | Torrance Superstore | Crown Cc 1, Llc |
| 405 | Buena Park Superstore | Coventry Ii Ddr Buena Park Place Lp |
| 406 | Pasadena Superstore | Knp Investments |
| 407 | Orange Superstore | Schiffman, Todd I. |
| 408 | Lakewood Superstore | Macerich Lakewood, Llc |
| 409 | San Bernardino Superstore | Rancon Realty Fund Iv Subsidiary Llc |
| 410 | Northridge Superstore | U.K. - American Properties, Inc. |
| 411 | Palmdale Superstore | Amargosa Palmdale Investments, Llc |
| 414 | Laguna Hills Superstore | Krupp Equity Limited Partnership |
| 416 | Huntington Beach Superstore | Bella Terra Associates Llc |
| 417 | Montclair Superstore | Montclair Plaza Llc |
| 419 | Woodland Hills Superstore | Pacific/Youngman-Woodland Hills |
| 420 | West Covina Superstore | Eastland Shopping Center, Llc |
| 421 | Van Nuys Superstore | 13630 Victory Boulevard Llc |
| 423 | Fresno Superstore | Hallaian Brothers |
| 424 | Bakersfield Superstore | Excel Realty Partners, L.P. |
| 425 | Montebello Plaza Superstore | Excel Realty Partners, L.P. |
| 427 | Norwalk Superstore | W&D - Imperial No. 1/Norwalk |
| 428 | La Cienega Superstore | La Cienega-Sawyer, Ltd. |
| 429 | Ventura Superstore | Centro Watt Property Owner I, Llc |
| 432 | National City Superstore | Sweetwater Associates Limited Partnership |
| 433 | La Mesa Superstore | Nevada Investment Holdings, Inc. |
| 434 | Point Loma Superstore | Ct Retail Properties Finance V Llc |
| 443 | Clairemont Superstore | Clairemont Square |
| 446 | Palos Verdes Superstore | Torrance Towne Center Associates, Llc |
| 450 | Victorville Superstore | Bear Valley Road Partners Llc & Mlantz Llc |
| 505 | Fairview Heights Ss (S/L) | Olp Ccfairview Heights, Llc |
| 506 | St. Peters Superstore | National Retail Properties, Lp |
| 508 | Irving Superstore | Simon Property Group (Texas), L.P. |
| 509 | Valley View Superstore | Wxiii/Pwm Real Estate Limited Partnership |
| 516 | Highland Superstore | Kb Columbus I-Cc |
| 518 | Pembroke Pines Superstore | Prudential Insurance Company Of America, The |
| 519 | Atlantic City Superstore | Bfw/Pike Associates, Llc |
| 522 | Two Notch Superstore | Gri-Eqy (Sparkleberry Square) Llc |
| 530 | St. Louis (South County) Ss (S/L) | Olp Ccst.Louis Llc |
| 532 | Chesterfield Commons Superstore | Thf Chesterfield Two Development, Llc |
| 533 | St. Louis Mills Mall Superstore | St Louis Mills, Lp |
| 535 | Gravois Bluff Superstore | Gravois Bluffs Iii, Llc |
| 538 | Almeda Superstore | Almeda-Rowlett Retail Lp |
| 541 | West Oaks Superstore | Dev Limited Partnership |
| 542 | Willowbrook Superstore | Abrams Willowbrook Three Lp |
| 543 | Plano Superstore | Parker Central Plaza, Ltd. |
| 544 | South Arlington Superstore | Parks At Arlington Lp |
| 545 | Hulen Superstore | Wri Overton Plaza, Lp |
| 546 | Mesquite Superstore | Cole Cc Mesquite Tx, Llc |
| 567 | Ardmore Distribution, Ecommerce (706) | Ardmore Development Authority |
| 569 | Cedar Hill Superstore | Inland Western Cedar Hill Pleasant Run Lp |

## Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 570 | Savannah Superstore | Abercorn Common, Lllp |
| 571 | Brandon Superstore | Bard, Ervin & Suzanne Bard |
| 576 | Reading Superstore | Berkshire West |
| 589 | Hickory Superstore | Valley Corners Shopping Center Llc |
| 593 | Chesapeake Superstore | Inland American Chesapeake Crossroads Llc |
| 597 | Great Hills Superstore | Spg Arbor Walk, L.P. |
| 598 | Sunset Valley Superstore | Ritz Motel Company |
| 700 | Cottman Superstore | Cc Philadelphia 98, L.L.C. |
| 704 | Waldorf Superstore | Madison Waldorf Llc |
| 711 | King Of PruSuperstoreia Superstore | Swedesford Shopping Center Acquisition, Llc |
| 725 | State Road Superstore | Blank Aschkenasy Properties, Llc |
| 734 | Cherry Hill Superstore | East Gate Center V, Tenants In Common |
| 743 | Willow Grove Mini-Superstore | Parkside Realty Associates, L.P. |
| 759 | Barboursville Mini-Superstore | Huntington Mall Company |
| 762 | Charleston Mini-Superstore | Thf Onc Development L.L.C. |
| 766 | Daytona Superstore | International Speedway Square, Ltd |
| 784 | Wheaton Superstore | Wheaton Plaza Regional Shopping Center |
| 785 | Annapolis Superstore | William P. Beatson, Jr. And Jerome B. Trout, Jr. |
| 800 | Augusta Superstore | Kir Augusta I 044, Llc |
| 802 | Springfield Superstore | Ddr Southeast Loisdale, Llc |
| 805 | Chesterfield Superstore | Sea Properties I, L.L.C. |
| 814 | Potomac Mills Superstore | Potomac Festival Ii |
| 815 | Knoxville Superstore | Ddrtc T&C L.L.C. |
| 817 | Virginia Beach | Cc-Virginia Beach, Llc |
| 820 | Greensboro Superstore | Ddr-Sau Wendover Phase Ii, Llc |
| 823 | Spartanburg Superstore | Westgate Village, Llc |
| 824 | Largo Superstore | Capital Centre, Llc |
| 827 | Hoover Superstore | Aig Baker Hoover, L.L.C. |
| 828 | Tampa Superstore | Ddrtc Walks At Highwood Preserve I Llc |
| 830 | Winston-Salem Superstore | Drexel Delaware Trust |
| 831 | Gastonia Superstore | National Retail Properties, Inc. |
| 832 | Pensacola Superstore | Hk New Plan Epr Property Holdings Llc. |
| 835 | Roanoke Superstore | Valley View S.C., Llc |
| 836 | Glen Burnie Superstore | Saul Holdings, L.P. |
| 837 | Orlando South Superstore | Ddrm Skyview Plaza Llc |
| 838 | Orlando Central Superstore | Weingarten Nostat, Inc. |
| 839 | Orlando North Superstore | Altamonte Springs Real Estate Associates, Llc |
| 840 | Raleigh Superstore | Glenmoor Limited Partnership |
| 845 | Independence Superstore | Ddrtc Sycamore Commons Llc |
| 846 | Gaithersburg Superstore | Federal Realty Investment Trust |
| 848 | North Ft. Lauderdale Superstore | 19Th Street Investors, Inc. |
| 849 | Dadeland Superstore | Kendall-77, Ltd. |
| 850 | Durham Superstore | Durham Westgate Plaza Investors, Llc. |
| 851 | Chattanooga Superstore | Bond-Circuit Viii Delaware Business Trust |
| 852 | Fayetteville Superstore | Fayetteville Developers Llc |
| 854 | Baltimore 40 West Superstore | Estate Of Joseph Y. Einbinder |
| 855 | Huntsville Superstore | Np Huntsville Limited Liab Co |
| 856 | Mobile Superstore | 3725 Airport Boulevard, Lp |
| 857 | Dale Mabry Superstore | Vno Tru Dale Mabry, Llc |
| 859 | Aventura Superstore | Promventure L.P. |
| 861 | Hialeah Superstore | Palm Springs Mile Associates, Ltd. |
| 862 | West Palm Beach Super Superstore | Bond-Circuit Iv Delaware Business Trust |
| 863 | Coral Springs Superstore | Kite Coral Springs, Llc |
| 865 | Greenville Superstore | Crosspointe 08 A Llc |
| 866 | Rockville Superstore | Congressional North Associates Limited Partnership |
| 867 | Lakeland Superstore | Rlv Village Plaza Lp |
| 868 | Charleston Superstore | Kimco Realty Corporation |
| 871 | The Commons Superstore | New Plan Of Memphis Commons, Llc |
| 876 | St. Petersburg Superstore | Northwoods L.P. |
| 877 | St. Matthews Superstore | Shelbyville Road Plaza Llc |
| 878 | Florence Ss (S/L) | Olp Cc Florence Llc |
| 888 | South Boulevard Superstore | Dim Vastgoed, N.V. |
| 890 | Baileys CroSuperstoreroads Superstore | Rreef America Reit Ii Corp. Mm |
| 891 | Clearwater Superstore | Chk, Llc |
| 892 | Jacksonville Superstore | Mibarev Development I Llc |
| 896 | Columbia Mini-Superstore | Ddrtc Columbiana Station I Llc |
| 897 | Bradenton Superstore | Ddr Southeast Cortez, L.L.C. |

## Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 910 | Tri-County Superstore | Jubilee-Springdale, Llc |
| 913 | Port Richey Superstore | Kir Piers 716 Llc |
| 921 | Asheville Superstore | Ddr Mdt Asheville River Hills |
| 922 | Ft. Myers Superstore | Jaffe Of Weston Ii Inc. |
| 949 | Allentown Superstore | Dowel-Allentown, Llc |
| 1600 | Harrisonburg Superstore | Thf Harrisonburg Crossings, Llc |
| 1601 | Fredericksburg Superstore | Central Park 1226, Llc |
| 1602 | Tyler Micro-Superstore | M & M Berman Enterprises |
| 1607 | Jacksonville Mini-Superstore | Cc Investors 1995-1 |
| 1608 | Wilmington Mini-Superstore | Cc - Investors 1996-3 |
| 1609 | Winchester Superstore | Trout, Segall, Doyle Winchester Properties, Llc |
| 1614 | Redding Mini-Superstore | Bpp-Redding Llc |
| 1616 | Anderson Mini-Superstore | Bond-Circuit Ii Delaware Business Trust |
| 1618 | Monterey Mini-Superstore | Bond-Circuit Xi Delaware Business Trust |
| 1645 | Salisbury Micro-Superstore | Centro Heritage Innes Street Llc |
| 1681 | Albany Mini-Superstore | Sherwood Properties, Llc |
| 1683 | Altoona Micro-Superstore | Sierra North Associates Limited Partnership |
| 1687 | Houma Superstore | Inland Western Houma Magnolia, Llc |
| 1693 | State College Superstore | Colonnade, Llc |
| 1695 | Victor Mini-Superstore | Msf Eastgate-I, Llc |
| 3100 | West Broad "The City" Superstore | Circuit Investors #3, L.P. |
| 3103 | Oxford Valley Superstore | Lincoln Plaza Associates, L.P. |
| 3104 | Lawrenceville Superstore | Farmingdale-Grocery, Llc |
| 3106 | Southpark Superstore | Colonial Heights Holding, Llc |
| 3108 | Portland Mini-Superstore | Basile Limited Liability Company |
| 3111 | Schaumburg Superstore | Developers Diversified Realty Corp. |
| 3112 | Yorktown Superstore | Circuit Investors - Yorktown, L.P. |
| 3113 | Ford City Superstore | Bedford Park Properties, L.L.C. |
| 3120 | North Riverside Superstore | Cermak Plaza Associates, Llc |
| 3121 | Naperville Superstore | Centro Watt |
| 3125 | Bloomingdale Superstore | Simon Prop. Grp (Il) Lp |
| 3126 | Orland Hills Superstore | Orland Town Center Shopping Center |
| 3127 | Gurnee Mills Superstore | Mall At Gurnee Mills, Llc |
| 3128 | Merrillville Superstore | Cc Merrillville Trust |
| 3129 | Algonquin Superstore | Inland Commercial Property Management, Inc. |
| 3131 | Lincoln Park Superstore | American National Bank & Trust Company Of Chicago |
| 3133 | Burnsville Superstore | Tanurb Burnsville, Lp |
| 3134 | Rosedale Superstore | Tsa Stores, Inc. |
| 3135 | Woodbury Mini-Superstore | Tamarack Village Shopping Center, L.P. |
| 3136 | Southdale Superstore | Djd Partners Ii |
| 3137 | Maplewood Superstore | Cci Trust 1994-I; Lloyd Draper - Trustee |
| 3139 | Ridgedale Superstore | Priscilla J. Rietz, L.L.C. |
| 3140 | St. Cloud Superstore | St. Cloud Associates |
| 3141 | Newington Superstore | Daniel G. Kamin, An Individual And Howard Kadish, Llc |
| 3142 | Buckland Hills Superstore | Bpp-Conn Llc |
| 3143 | Milford/Orange Superstore | Milford Crossing Investors Llc |
| 3144 | North Haven Superstore | Iannucci Development Corporation |
| 3146 | East Springfield Superstore | Basser - Kaufman 222, Llc |
| 3147 | Binghamton Superstore | Parkway Plaza Llc |
| 3149 | Utica Micro-Superstore | Sangertown Square L.L.C. |
| 3150 | Carousel Center Superstore | Carousel Center Company, L.P. |
| 3151 | Cheektowaga Superstore | Ddr Mdt Union Consumer Square, Llc |
| 3152 | Amherst Superstore | Amherst Industries, Inc. |
| 3153 | Hamburg Micro-Superstore | C.C. Hamburg Ny Partners, Llc |
| 3154 | Greece Superstore | Greece Ridge, Llc |
| 3157 | Christiana Superstore | Preit Services, Llc |
| 3158 | Wilmington/Concord Superstore | Woodland Trustees, Inc. |
| 3159 | Holyoke Superstore | Holyoke Crossing Limited Partnership Ii |
| 3160 | Albany Superstore | Necrossgates Commons Newco, Llc |
| 3164 | Salisbury Mini-Superstore | Mayfair - Mdcc Business Trust |
| 3166 | Bel Air Superstore | Bel Air Square Llc |
| 3167 | Peoria/Westlake Superstore | Westlake Limited Partnership |
| 3168 | Bloomington Mini-Superstore | Bond C. C. V Delaware Business Trust |
| 3169 | Springfield Il Superstore | Magna Trust Company, Trustee |
| 3170 | Champaign Superstore | Bond C.C. Iii Delaware Business Trust |
| 3175 | Brookfield Superstore | Continental 64 Fund Llc |
| 3176 | Southridge Superstore | Dentici Family Limited Partnership |

**Exhibit 3: March Leases**

| Store # | Location Name | Landlord Name |
|---|---|---|
| 3177 | Racine Superstore | Southland Center Investors, Llc |
| 3184 | Madison West Superstore | Cc Madison, Llc |
| 3185 | Madison East Superstore | Cardinal Court, Llc |
| 3186 | South Bend Superstore | St Indian Ridge Llc |
| 3187 | Canton Superstore | Hk New Plan Exchange Property Owner Ii, Lp |
| 3192 | Greenwood Mini-Superstore | Greenwood Point Lp |
| 3193 | Castleton Superstore | American National Insurance Company |
| 3194 | Columbus In Superstore | Inland Western Columbus Clifty, Llc |
| 3197 | Poughkeepsie Superstore | Bpp-Ny L.L.C. |
| 3198 | Rockford Superstore | Bond C.C. Ii Delaware Business Trust |
| 3200 | Columbus Superstore | Avr Cpc Associates, Llc |
| 3203 | Sarasota Superstore | Circuit Investors #2 Ltd. |
| 3204 | Ft. Walton Mini-Superstore | Hk New Plan Covered Sun, Llc |
| 3205 | Naples Superstore | Community Centers One Llc |
| 3206 | Lafayette Superstore | Cc Lafayette, Llc |
| 3207 | West Dade Superstore | Wal-Mart Stores East, L.P. |
| 3212 | Abilene Mini-Superstore | Novogroder/Abilene, Llc |
| 3215 | Wichita West Superstore | Bldg Retail 2007 Llc & Netarc Llc |
| 3217 | Springfield Mo Superstore | Wec 96D Springfield-1 Investment Trust |
| 3218 | Gateway Mall Superstore | Wea Gateway Llc |
| 3219 | Columbia Superstore | Columbia Plaza Shopping Center Venture |
| 3227 | Cary Mini-Superstore | Ddr Southeast Cary L.L.C. |
| 3233 | San Felipe Superstore (Galleria) | 610 & San Felipe, Inc. |
| 3234 | Ocala Mini-Superstore | Awe-Ocala, Ltd. |
| 3237 | Boynton Beach Superstore | Agree Limited Partnership |
| 3238 | Shreveport Superstore | Hart Kings Crossing, Llc |
| 3241 | Jensen Beach Mini-Superstore | Rlv Vista Plaza Lp |
| 3242 | Greenville Mini-Superstore | Centro Heritage Uc Greenville Llc |
| 3246 | Myrtle Beach Superstore | Myrtle Beach Farms Company, Inc. |
| 3247 | Johnson City CroSuperstoreing Mini-Superstore | Johnson City Crossing (Delaware)Llc |
| 3249 | SawgraSuperstore Super Superstore | Sunrise Plantation Properties Llc |
| 3253 | Woodlands Superstore | Amreit, Texas Real Estate Investment Trust |
| 3254 | Sugar Land Superstore | Inland Western Sugar Land Colony Lp |
| 3255 | Slidell Micro-Superstore | Hv Covington, Llc |
| 3262 | Wichita Falls Micro-Superstore | Cc Wichita Falls 98 Trust |
| 3263 | Round Rock Superstore | La Frontera Village, L.P. |
| 3264 | Frisco Superstore | Teachers Insurance & Annuity Assoc.Of Amer. |
| 3269 | Citrus Park Superstore | Citrus Park Cc Llc |
| 3270 | Gulfport Micro-Superstore | Ddr Crossroads Center Llc |
| 3274 | Lake Charles Micro-Superstore | Wec 99-3 Llc |
| 3281 | Rome Superstore | Ddr Southeast Rome Llc |
| 3283 | Dothan Superstore | Ddr Southeast Dothan Outparcel, Llc |
| 3284 | Hattiesburg Superstore | Sm Newco Hattiesburg, Llc |
| 3285 | Mall At Turtle Creek Superstore | Turtle Creek Partners Llc |
| 3289 | Merritt Island Mini-Superstore | Galleria Partnership |
| 3302 | Palm Desert Superstore | Pru Desert Crossing V, Llc |
| 3304 | Tucson Oracle Superstore | Weingarten Realty Investors |
| 3305 | Tucson Superstore | K-Gam Broadway Craycroft Llc |
| 3306 | Visalia Mini-Superstore | Save Mart Supermarkets |
| 3307 | Albuquerque Superstore | Southwestern Albuquerque, L.P. |
| 3309 | Newport Beach Superstore | The Irvine Company Llc |
| 3310 | Valencia Superstore | Valencia Marketplace I, Llc |
| 3311 | Rancho Cucamonga Superstore | Diamond Square Llc |
| 3313 | Irvine Superstore | Irvine Company Llc, The |
| 3315 | Gateway Superstore | Mayfair - Mdcc Business Trust |
| 3316 | Jantzen Beach Superstore | Jantzen Dynamic Corporation |
| 3317 | Everett Mini-Superstore | Orion Alliance Group, Llc |
| 3318 | Lynwood Superstore | Fglp Company |
| 3319 | Bellevue Superstore | Terranomics Crossroads Associates |
| 3321 | Tacoma Mall Mini-Superstore | Intergrated Real Estate Services Llc |
| 3322 | Chico Mini-Superstore | Chico Crossroads Lp |
| 3323 | Washington Green Superstore | Washington Green Tic |
| 3324 | Clackamas Superstore | Marco Portland General Partnership |
| 3326 | Bellingham Superstore | Meridian Village, Llc |
| 3327 | Carmel Mountain Superstore | Pacific Carmel Mountain Holdings Lp |
| 3329 | Encinitas Superstore | Encinitas Pfa, Llc |
| 3331 | Northside Mini-Superstore | Larry J. Rietz, Mp, Llc |

## Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 3332 | Eugene Superstore | Garden City Center |
| 3333 | Medford Micro-Superstore | Kimco Pk Llc |
| 3334 | Boise Towne Plaza Superstore | Boise Towne Plaza Llc |
| 3336 | South Center Superstore | Gladwyne Investors, L.P. |
| 3338 | Olympia Superstore | Ddr Southeast Olympia Dst |
| 3339 | Westminster Superstore | Excel Westminster Marketplace, Inc. |
| 3340 | Colorado Springs Superstore | Cc Springs, Llc |
| 3342 | Silverdale Mini-Superstore | Silverdale K-Four |
| 3343 | Denver Superstore | Cc-Investors 1997-4 |
| 3344 | Aurora Superstore | Cole Cc Aurora Co, Llc |
| 3345 | Highlands Ranch Superstore | Ddr Southeast Highlands Ranch, Llc |
| 3346 | Southwest Plaza Superstore | Ccc Realty, Llc |
| 3347 | Lakewood/Homestead Superstore | Ten Pryor Street Building, Ltd. |
| 3348 | Boulder Mini-Superstore | Jwc/Loftus Llc |
| 3349 | Ogden Superstore | Ddr Family Centers Lp |
| 3350 | Sugarhouse Superstore | Cc Investors 1996-10 |
| 3351 | Fort Union Superstore | Fourels Investment Company, The |
| 3352 | Orem Superstore | Boyer Lake Pointe, Lc |
| 3353 | Jordan Landing Superstore | Plaza At Jordan Landing Llc |
| 3354 | Pearl Ridge Mega-Superstore | Watercress Associates, Lp, Lllp |
| 3360 | Culver City Superstore | Ddr Southeast Culver City Dst |
| 3361 | Glendale Superstore | Alameda Associates |
| 3364 | Fullerton Superstore | Orangefair Marketplace, Llc |
| 3365 | Henderson Superstore | Hip Stephanie, Llc |
| 3366 | Ponce Mall "The City" Superstore | Plaza Las Americas, Inc |
| 3369 | San Patricio "The City" Superstore | Caparra Center Associates, S.E. |
| 3372 | Aercibo Superstore | Ddr Norte Llc, S.E. |
| 3373 | Long Beach Superstore | Cp Venture Two Llc |
| 3375 | Roseville Superstore | Kobra Properties |
| 3376 | Ft. Collins Mini-Superstore | Generation H One And Two Limited Partnership |
| 3377 | Idaho Falls Micro-Superstore | Ammon Properties Lc |
| 3378 | Cottonwood Superstore | Cottonwood Phase V Llc |
| 3379 | Grand Junction Micro-Superstore | Cc Grand Junction Investors 1998, Llc |
| 3381 | Pueblo Micro-Superstore | Eagleridge Associates (Pueblo) Llc |
| 3382 | Valley Mall Mini-Superstore | Hanson Industries, Inc. |
| 3390 | Thornton Superstore | Site A Llc |
| 3401 | Temecula Mini-Superstore | Inland Western Temecula Commons Llc |
| 3403 | Port Charlotte Mini-Superstore | Hudson Realty Trust, Hersom Realty Trust Lorimar Realty Trus |
| 3405 | Boca Raton Superstore | Uncommon Ltd. |
| 3409 | Avenues Superstore | Property Management Support Inc |
| 3418 | Sanford Superstore | Wri Seminole Marketplace, Llc |
| 3425 | Nw Las Vegas Superstore | Centennial Holdings Llc |
| 3502 | Exchange Plaza Superstore | Inland Western San Antonio Hq Ltd Parnership |
| 3504 | Corpus Christi Superstore | South Padre Drive L.P. |
| 3505 | North Richland Superstore | Krg Market Street Village Lp |
| 3512 | Mcallen Superstore | Daniel G. Kamin Mcallen Llc |
| 3513 | Brownsville Superstore | Pacific Harbor Equities  Ltd Liability Co |
| 3514 | Amarillo Superstore | Kir Amarillo L.P. |
| 3516 | Southlake Superstore | Inland Western Southlake Corners, Lp |
| 3518 | Raleigh Superstore | Plantation Point Development, Llc |
| 3520 | Northshore Superstore | Circuit Sports, L.P. |
| 3522 | Garland Superstore | Simon Property Group Texas Lp |
| 3525 | Wellington Superstore | Cedar Development, Ltd |
| 3527 | Silverlake Superstore | Principal Real Estate Holding Co., Llc |
| 3529 | Exton Superstore | Main Street At Exton, L.P. |
| 3549 | Short Pump Superstore | Short Pump Town Center Llc |
| 3550 | Greenville Point Superstore | Ddr-Sau Greenville Point, Llc |
| 3554 | Bainbridge Superstore | Bainbridge Shopping Center Ii Llc |
| 3556 | Whitman Square Superstore | Boulevard North Associates, L.P. |
| 3560 | Spring Hill Superstore | Coastal Way, Llc |
| 3561 | Millenia Mall Superstore | Cameron Group Associates, Llp |
| 3562 | Concord Mills Superstore | Concord Mills Limited Partnership |
| 3569 | Midtown Miami Superstore | Ddr Miami Ave Llc |
| 3570 | Hyattsville Superstore | Prince George'S Station Retail, Llc |
| 3572 | Polaris Superstore | Polaris Circuit City Llc |
| 3576 | Lake Worth Superstore | Inland Western Lake Worth Towne Crossing |
| 3577 | Rockwall Superstore | Rockwall Crossing, Ltd |

## Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 3579 | Meyerland Superstore | Meyerland Plaza (De) Llc |
| 3581 | Stapleton Superstore | Stapleton North Town, Llc |
| 3582 | La Quinta Superstore | Cc La Quinta Llc |
| 3584 | New Braunfels Superstore | Sinay Family Llc And Trust |
| 3586 | Santa Margarita Superstore | Tis Equities Ix Llc |
| 3587 | Bethlehem Superstore | Morris Bethlehem Associates, L.P. |
| 3588 | Southpark Meadows Superstore | Inland Western Austin Southpark Meadows Ii Ltd Partnership |
| 3589 | Southaven Superstore | Southhaven Center Ii, Llc |
| 3590 | Meriden Superstore | Galileo Northeast, Llc |
| 3591 | Warrington Superstore | Village Square I, L.P. |
| 3592 | Colony Place Superstore | Colony Place Plaza, Llc |
| 3595 | Waterford Lakes Superstore | Deno P Dikeou |
| 3597 | Apex Superstore | Ddr/1St Carolina Crossings South, Llc |
| 3599 | South Bay Superstore | E&A Northeast Limited Partnership |
| 3601 | North Attleboro Superstore | North Attleboro Marketplace Ii, L.L.C. |
| 3602 | Millbury Superstore | Route 146 Millbury Llc |
| 3603 | Ann Arbor Mini-Superstore | Amcap Arborland Llc |
| 3614 | Sawmill Mini-Superstore | Plazamill Limited Partnershp |
| 3615 | Easton Superstore | Cc-Investors 1997-12 |
| 3616 | Brice Superstore | Benenson Columbus - Oh Trust |
| 3617 | West Mifflin (Century) Superstore | Inland Western West Mifflin Century Iii Dst |
| 3618 | Monroeville Superstore | Wmi/Mpi Business Trust |
| 3619 | RoSuperstore Park Superstore | Cofal Partners, L.P. |
| 3622 | Fields-Ertel Road Superstore | Hartman 1995 Ohio Property Trust |
| 3624 | Northtown Superstore | Bl-Ntv I, Llc |
| 3625 | Schererville Superstore | The Shoppes At Schererville, Llc |
| 3626 | Niles Superstore | Howland Commons Partnership |
| 3627 | Arundel Mills Superstore | Arundel Mills Marketplace Limited Partnership |
| 3628 | Frederick Mini-Superstore | Cc Frederick 98, L.L.C. |
| 3629 | Boardman Superstore | Bond-Circuit V Delaware Business Trust |
| 3632 | Grand Rapids Superstore | Bg Walker, Llc |
| 3633 | 28Th Street Superstore | Wilmington Trust Company |
| 3634 | Kalamazoo Superstore | Southland Acquisitions, Llc |
| 3638 | Hagerstown Superstore | Washington Re Investment Trust |
| 3639 | Oyster Point Superstore | Lea Company |
| 3640 | Greenbrier Superstore | Crossways Financial Associates, Llc |
| 3641 | Keene Superstore | Mb Keene Monadnock, L.L.C. |
| 3645 | Laredo Superstore | Laredo/Mdn Ii Limited Partnership |
| 3648 | Augusta Marketplace Mini-Superstore | Interstate Augusta Properties, Llc |
| 3654 | Appleton Superstore | Wec 96D Appleton-1 Investment Trust |
| 3659 | Leesburg Superstore | Battlefield Fe Limited Partnership |
| 3662 | Trumbull Superstore | Trumbull Shopping Center #2 Llc |
| 3663 | Gateway Mini-Superstore | Gateway Center Properties Iii, Llc |
| 3664 | Atlantic Center Mini-Superstore | Atlantic Center Fort Greene Associates, L.P. |
| 3666 | Parkersburg Mini-Superstore | 601 Plaza, L.L.C. |
| 3668 | Danbury Mini-Superstore | Forecast Danbury Limited Partnership |
| 3669 | East Brunswick Superstore | Vornado Finance, L.L.C. |
| 3670 | Eatontown Superstore | 36 Monmouth Plaza Llc |
| 3672 | Westbury Super Superstore | W&S Associates, L.P. |
| 3674 | Hicksville Superstore | Ricmac Equities Corp |
| 3675 | Greeley Superstore | Greeley Shopping Center, Llc |
| 3677 | Lady Lake Superstore | Tmw Weltfonds Rolling Acres Plaza |
| 3679 | Union Square Superstore | Otr |
| 3680 | 80Th & Broadway Mini-Superstore | Friedland, Lawrence And Melvin |
| 3682 | Middletown Mini-Superstore | Cc-Investors 1997-10 |
| 3684 | Paramus Superstore | Faber Bros., Inc |
| 3686 | Rego Park/Queens Superstore | Alexander'S Of Rego Park Center, Inc. |
| 3687 | Ledgewood Mini-Superstore | Acadia Realty Limited Partnership |
| 3688 | Bergen Superstore | Fc Treeco Columbia Park, Llc |
| 3689 | Somerville Superstore | Enid Two, L.L.C. |
| 3690 | Norwalk Superstore | 444 Connecticut Avenue Llc |
| 3691 | Staten Island Superstore | Fc Richmond Associates, L.P. |
| 3692 | Bricktown Mini-Superstore | Brick 70, Llc |
| 3693 | Union Superstore | Ddr Southeast Union, L.L.C. |
| 3694 | Valley Stream Mini-Superstore | Green Acres Mall, Llc |
| 3695 | Wayne Superstore | Star Universal, L.L.C. |
| 3696 | White Plains Superstore | Lc White Plains Retail, L.L.C. |

## Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 3697 | Whitestone Superstore | Whitestone Development Partners A, Lp |
| 3698 | Woodbridge Superstore | Fc Woodbridge Crossing, Llc |
| 3699 | Yonkers Superstore | Aac Cross County Leasehold Owner, Llc |
| 3700 | Cortlandt Mini-Superstore | Cortlandt B., L.L.C. |
| 3701 | Ft. Wayne Mini-Superstore | Coldwater Development, L.L.C |
| 3702 | Terre Haute Micro-Superstore | Northern Trust Bank Of California N.A. |
| 3706 | Harrisburg East Superstore | Prgl Paxton, L.P. |
| 3707 | Lancaster Superstore | Red Rose Commons Condominium Association |
| 3708 | York Superstore | Meadowbrook Village Limited Partnership |
| 3710 | Robinson Mini-Superstore | Stor-All New Orleans, L.L.C |
| 3711 | Muskegon Superstore | Heritage-Lakes Crossing, Llc |
| 3713 | Holland Micro-Superstore | Geenen Dekock Properties, L.L.C. |
| 3720 | Harrisburg West Superstore | Bond-Circuit Ix Delaware Business Trust |
| 3721 | Sterling Superstore | Potomac Run, Llc |
| 3724 | Saugus Superstore | Saugus Plaza Associates |
| 3725 | Dover "The City" Superstore | Cohab Realty Llc |
| 3731 | Bay Ridge Superstore | 502-12 86Th Street, Llc |
| 3732 | Williston Mini-Superstore | Taft Corners Associates, Inc. |
| 3735 | Tysons Corner West Ss | Tysons 3, Llc |
| 3736 | Puyallup Superstore | The Cafaro Northwest Partnership |
| 3738 | Vineland Superstore | Goodmill, Llc |
| 3742 | Clarksburg Micro-Superstore | Thf Clarksburg Development One |
| 3743 | Maple Grove Superstore | Kimco Arbor Lakes S.C., Llc |
| 3744 | Erie Mini-Superstore | Gs Erie Llc |
| 3746 | Johnstown Superstore | Richland Town Centre, Llc |
| 3752 | Va Center Commons Superstore | Ddrtc Creeks At Virginia Center Llc |
| 3754 | Kennewick Superstore | Karns Real Estate Holdings Ii, Llc |
| 3764 | Phillipsburg Superstore | Inland Us Management, Llc |
| 3767 | Brentwood Superstore | Pace-Brentwood Partners, L.L.C |
| 3768 | Leominster Superstore | Walton Whitney Investors V, L.L.C. |
| 3769 | Concord Superstore | Ggp-Steeplegate, Inc. |
| 3770 | Taunton Superstore | Cole Cc Taunton Ma, Llc |
| 3771 | Folsom | Broadstone Crossing Llc |
| 3779 | Enfield Superstore | Galileo Freshwater/Stateline, Llc |
| 3780 | Hamburg Superstore | Sir Barton Place, Llc |
| 3783 | Plymouth Meeting Superstore | Dowel Conshohocken Llc |
| 3792 | Mchenry Superstore | Advance Real Estate Management, Llc |
| 3797 | Grandville Marketplace Superstore | Ddr Mdt Grandville Marketplace Llc |
| 3810 | Harlingen Tx Superstore | Mall At Valle Vista, Llc |
| 3815 | Katy Mills "The City" Superstore | Katy Mills Mall Limited Partnership |
| 3831 | Market Square Shopping Center (Former St. 03155) | 700 Jefferson Road Ii, Llc |
| 3832 | Township Marketplace Superstore | Ddr Mdt Monaca Township Marketplace Llc |
| 3844 | Fairfax "The City" | Ddr Mdt Fairfax Towne Center Llc |
| 3845 | Deptford Landing Superstore | Aig Baker Deptford, L.L.C. |
| 3846 | East Chase Superstore | Eastchase Market Center, Llc |
| 3847 | Midtown Village Superstore | Carlyle-Cypress Tuscaloosa I, Llc |
| 3848 | Boranda Superstore | T And T Enterprises Lp |
| 3849 | Norridge Commons Superstore | Irving Harlem Venture, Limited Partnership |
| 3850 | Promenade "The City" Superstore | Fc Janes Park, Llc |
| 3852 | Keizer Station "The City" Superstore | Donahue Schriber Realty Group, L.P |
| 3853 | Target Center Superstore | Knoxville Levcal Llc |
| 3854 | Parkdale Superstore | Parkdale Mall Associates Lp |
| 3855 | Sun Land Superstore | Cdb Falcon Sunland Plaza Lp |
| 3856 | Baybrook Superstore | Np/Ssp Baybrook, L.L.C. |
| 3857 | Deerbrook "The City" Superstore | Deerbrook Anchor Acquisition Llc |
| 3858 | San Antonio " The City" | Swq 35/Forum, Ltd |
| 3859 | Ashwaubenon Superstore | Palmetto Investors, Llc |
| 3862 | Brockton Superstore | Ray Mucci'S, Inc. |
| 3864 | Manhattan Broadway At 66Th Street | 1965 Retail Llc |
| 3878 | Brea "The City" | Fw Ca Brea Marketplace Llc |
| 3882 | Kileen Tx -Superstore | Market Heights, Ltd |
| 3883 | Lycoming Crossing (Former Store 1630) | Viwy, L.P. |
| 4101 | Montgomeryville Superstore | Circuit Pa Corporation |
| 4105 | Dickson City Mini-Superstore | Centro Properties Group |
| 4106 | Wilkes-Barre Superstore | Vno Mundy Street Llc |
| 4110 | Danvers Superstore | 4 Newbury Danvers Llc |
| 4111 | Somerville Superstore | I-93 Somerville Llc |

## Exhibit 3: March Leases

| Store # | Location Name | Landlord Name |
|---|---|---|
| 4112 | Burlington Superstore | Daniel G. Kamin Burlington Llc |
| 4113 | Seekonk Superstore | Seekonk Equities Inc |
| 4114 | Cranston Superstore | Gateway Woodside, Inc. |
| 4115 | Nashua Superstore | Dicker/Warmington Properties |
| 4116 | Portsmouth Superstore | Dicker/Warmington Properties |
| 4119 | Braintree Superstore | Briantree Property Assoc Limited Partnership |
| 4120 | Salem Superstore | Trustees Of Salem Rockingham, Llc |
| 4121 | Natick Superstore | Baker Natick Promenade Llc |
| 4122 | Hanover Mini-Superstore | Walton Hanover Investors V, Llc |
| 4123 | Dartmouth Mini-Superstore | Dartmouth Marketplace Associates |
| 4124 | Manchester Superstore | Dicker/Warmington Properties |
| 4130 | KiSuperstoreimmee Superstore | Loop West, Llc |
| 4131 | Manteca Superstore | Manteca Stadium Park Lp |
| 4132 | Turlock Superstore | Monte Vista Crossings, Llc |
| 4134 | Towson "The City" Superstore | Towson Vf Llc |
| 4135 | Metairie Ss | Bbd Rosedale, Llc |
| 4136 | Pine Island Superstore | Nap Northpoint Llc |
| 4139 | Signal Hill Superstore | Signal Hill Gateway Llc |
| 4143 | Gloucester Superstore | Town Square Plaza |
| 4144 | Chambersburg Superstore | Chambersburg Crossing, Lp |
| 4147 | Knoxville Tn - Micro | Hamilton Crossing I L.L.C. |
| 4150 | Pasadena Superstore | Fairway Centre Associates, L.P. |
| 4176 | Monrovia Superstore "The City" | Monrovia Marketplace Llc |
| 4179 | Vacaville | Tkg Coffee Tree Lp |
| 4201 | Melbourne Superstore | Melbourne-Jcp Associates, Ltd |
| 4202 | Norfolk "The City" Superstore | Janaf Crossings, Llc |
| 4212 | 5Th Avenue "The City" Superstore | Green 521 5Th Avenue, Llc |
| 4232 | Fort Myers CypreSuperstore Lakes "The City" | Colonial Square Associates, Llc |
| 4233 | Sebring Superstore | Sebring Retail Associates, L.L.C. |
| 4242 | RoSuperstoremoor Center Superstore | Rossmoor Shops Llc |
| 4247 | Denton Superstore | Panattoni Development Co., Llc |
| 4249 | Port Arthur Superstore | Port Arthur Holdings Iii, Ltd. |
| 4256 | Mt. Pleasant Superstore | Developers Diversified Realty Corporation |
| 4261 | Southern Tier CroSuperstoreings Superstore | Ddr Horseheads Llc |
| 4271 | Foxboro Superstore | Npp Development, Llc |
| 4272 | Amherst Superstore | Berkshire-Amherst, Llc |
| 4275 | Sarasota Fl "The City" | Rb-3 Associates |
| 4276 | Port St Lucie "The City" | Benderson Properties & Donald Robinson |
| 4302 | Eastridge Superstore | Eastridge Shopping Center L.L.C. |
| 4305 | Burbank Superstore | Burbank Mall Associates, Llc |
| 4307 | Prattville Superstore | Prattcenter, Llc |
| 4308 | Westbank Superstore | Team Retail Westbank, Ltd |
| 4313 | La Habra | La Habra Imperial Llc |
| 4317 | Power And Barnes Superstore | Barnes And Powers North Llc |
| 4320 | Cleveland "The City" Superstore | Cleveland Towne Center Llc |
| 4321 | Richmond White Oak Superstore | Forest City Commercial Group, Llc |
| 4336 | Torrington "The City" Superstore | Torrington Triplets Llc |
| 4502 | Lewisville Superstore | Inland Western Lewisville Lakepointe Ltd Ptrsp |
| 4503 | Loop 410 Superstore | Bb-Lincoln-Us-Properties, L.P. |
| 4505 | Little Rock 2 West Superstore | Cci Trust 1994-I; Lloyd Draper - Trustee |
| 4506 | North Little Rock Superstore | Cci Trust 1994-I; Lloyd Draper - Trustee |
| 4507 | Santa Cruz Mini-Superstore | Redtree Properties, L.P. |
| 4508 | El Paso East Superstore | A.D.D. Holdings, L.P. |
| 4510 | Lubbock Superstore | M & M Berman Enterprises |
| 9103 | Circuit City Corporate Headquarters (Dr3) | Inland Western Richmond Mayland, Llc |
| 9180 | Chicago Division Office (#0051) | Meacham Business Center, L.L.C. |
| 00335B | Brandywine Parking Lot Lease | Accent Homes, Inc |
| 00406A | Pasadena Roadshop/Parking Lot | Rossiter, Ronald D. & Barbara M. |
| 00830A | Winston-Salem (Add'L Land) | W/S Stratford, Llc |
| 03202A | Gainesville Sign | Gainesville Outdoor Advertising, Inc. |
| 03682A | Middletown Sign Lease | Barberio, Janet |
| 03754A | Kennewick Sign | Signco Inc. |