Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

            - and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

- - - - - - - - - - - - - - - x  
In re:                        :    Chapter 11  
                              :  
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)  
et al.,                       :  
                              :  
          Debtors.            :    Jointly Administered  
- - - - - - - - - - - - - - - x  

**DEBTORS' MOTION FOR ORDER SHORTENING NOTICE PERIOD AND
LIMITING NOTICE OF DEBTORS' MOTION FOR ORDER PURSUANT TO
BANKRUPTCY CODE SECTIONS 105 AND 363 (I) AUTHORIZING DEBTORS
TO ENTER INTO AN AGREEMENT IN CONNECTION WITH SALE OF
FURNITURE, FIXTURES AND EQUIPMENT, SUBJECT TO HIGHER OR
OTHERWISE BETTER PROPOSALS; (II) APPROVING SALE OF FURNITURE,
FIXTURES AND EQUIPMENT FREE AND CLEAR OF ALL INTERESTS; AND
(III) GRANTING RELATED RELIEF**

The debtors and debtors in possession in the

above-captioned jointly administered cases (collectively,

the "Debtors")[1] hereby move this Court (the "Motion to

Shorten Notice") for an order under section 102 of the title

11 of the United States Code (the "Bankruptcy Code") and

Rules 2002, 9006 and 9007 of the Federal Rules of Bankruptcy

Procedures (the "Bankruptcy Rules") approving shortened and

limited notice for Debtors' Motion for Order Pursuant to

Bankruptcy Code Sections 105 and 363 (I) Authorizing Debtors

to Enter into an Agreement in Connection with Sale of

Furniture, Fixtures and Equipment, Subject to Higher or

Otherwise Better Proposals; (II) Approving Sale of Furniture,

Fixtures and Equipment Free and Clear of All Interests; and

(III) Granting Related Relief (the "FF&E Sale Motion").  In

support of the Motion to Shorten Notice, the Debtors

respectfully represent as follows:

---

[1]   The Debtors and the last four digits of their respective taxpayer
      identification numbers are as follows: Circuit City Stores, Inc.
      (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc.
      (0875), Ventoux International, Inc. (1838), Circuit City Purchasing
      Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company
      of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer
      Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659),
      Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC.
      (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC
      (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC
      (5512).  The address for Circuit City Stores West Coast, Inc. is 9250
      Sheridan Boulevard, Westminster, Colorado 80031.  For all other
      Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

**JURISDICTION AND VENUE**

1.    This Court has jurisdiction to consider this

Motion under 28 U.S.C. §§ 157 and 1334.  This is a core

proceeding under 28 U.S.C. § 157(b).  Venue of these cases

and this Motion in this District is proper under 28 U.S.C.

§§ 1408 and 1409.

2.    The statutory predicates for the relief

requested herein are Bankruptcy Code section 102 and

Bankruptcy Rules 2002, 9006 and 9007.

**BACKGROUND**

3.    On November 10, 2008 (the "Petition Date"),

the Debtors filed voluntary petitions in this Court for

relief under chapter 11 of the Bankruptcy Code.

4.    The Debtors continue to manage and operate

their businesses as debtors in possession pursuant to

Bankruptcy Code sections 1107 and 1108.

5.    On November 12, 2008, the Office of the

United States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

6.    On January 16, 2009, the Court authorized

the Debtors, among other things, to conduct going out of

business sales at the Debtors' remaining 567 stores pursuant
to an agency agreement (the "Agency Agreement") between the
Debtors and a joint venture, as agent (the" Agent").   On
January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors
remaining stores.

## RELIEF REQUESTED

7.    By this Motion to Shorten Notice, the
Debtors request entry of an order shortening the notice
period and limiting notice of the FF&E Sale Motion so that
it can be heard, considered and ruled upon by the Court at a
hearing on February 17, 2009.

## BASIS FOR RELIEF

8.    Concurrently herewith, the Debtors filed the
FF&E Sale Motion, asking the Court to authorize the Debtors
to enter into an agreement (the "FF&E Agreement") with the
FF&E Agent (as defined therein) to serve as agent for the
sale (the "Sale") of the Debtors furnishings, trade fixtures
and equipment (collectively, the "FF&E"), subject to higher
or otherwise better proposals; (II) approving the Sale of
the FF&E free and clear of all interests; and (III) granting
related relief.

9.    The Debtors believe it is in the best

interests of the Debtors' estates, creditors and other

parties in interest for the FF&E Sale Motion to be heard at

a hearing on February 17, 2009 at 10:00 a.m.   The Debtors

are seeking authorization and approval of the FF&E Sale

Motion as soon as possible in order to enable the debtors to

vacate certain locations faster, which saves the estates

occupancy expenses, which in turn will maximize the benefits

to the Debtors and their estates.

10.    Moreover, the Debtors propose to provide

notice of the FF&E Sale Motion to those parties who have

requested notice pursuant to Bankruptcy Rule 2002 and the

Core Group (as defined in the Order Pursuant to Bankruptcy

Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007,

and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing

Certain Notice, Case Management, and Administrative

Procedures (Docket No. 130; the "Case Management Order")),

as well as (a) all entities known to have expressed an

interest in a transaction regarding the FF&E; and (b) all

federal, state, and local regulatory or taxing authorities

that have a reasonably known interest in the relief

requested by the Motion.   The Debtors submit that, under the

circumstances, no other or further notice need be given and

in light of the circumstances, such notice is reasonably
calculated to provide timely and adequate notice to the
Debtors' major creditor constituencies, those parties most
interested in these cases, those parties potentially
interested in bidding on the FF&E and others whose interests
are potentially implicated by the proposed Sale.

**WAIVER OF MEMORANDUM OF LAW**

11.   Pursuant to Local Bankruptcy Rule 9013-1(G),
and because there are no novel issues of law presented in
the Motion to Shorten Notice and all applicable authority is
set forth in the Motion to Shorten Notice, the Debtors
request that the requirement that all motions be accompanied
by a separate memorandum of law be waived.

**NO PRIOR REQUEST**

12.   No previous request for the relief sought
herein has been made to this Court or any other court.

**CONCLUSION**

WHEREFORE, the Debtors respectfully request that

the Court (i) enter an Order, substantially in the form

annexed hereto, granting the relief requested

herein, and (ii) such other and further relief as may be

just and proper.

Dated: February 6, 2009
     Richmond, Virginia   SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                    - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            333 West Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                    - and -

                            MCGUIREWOODS LLP

                            /s/ Douglas M. Foley_____
                            Dion W. Hayes (VSB No. 34304)
                            Douglas M. Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession

**[Proposed Order]**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER GRANTING DEBTORS' MOTION FOR ORDER SHORTENING NOTICE
PERIOD AND LIMITING NOTICE OF DEBTORS' MOTION FOR ORDER
PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 363 (I)
AUTHORIZING DEBTORS TO ENTER INTO AN AGREEMENT IN CONNECTION
WITH SALE OF FURNITURE, FIXTURES AND EQUIPMENT, SUBJECT TO
HIGHER OR OTHERWISE BETTER PROPOSALS; (II) APPROVING SALE OF
FURNITURE, FIXTURES AND EQUIPMENT FREE AND CLEAR OF ALL
INTERESTS; AND (III) GRANTING RELATED RELIEF**

Upon consideration of the Debtors' Motion for Order

Shortening Notice Period and Limiting Notice (the "Motion")

9

of Debtor's Motion for Order Pursuant to Bankruptcy Code

Sections 105 and 363 (I) Authorizing Debtors to Enter into

an Agreement in Connection with Sale of Furniture, Fixtures

and Equipment, Subject to Higher or Otherwise Better

Proposals; (II) Approving Sale of Furniture, Fixtures and

Equipment Free and Clear of All Interests; and (III)

Granting Related Relief (the "FF&E Sale Motion"); and the

Court having reviewed the Motion; and the Court having

determined that the relief requested in the Motion is in the

best interests of the Debtors, their estates, their

creditors, and other parties in interest; and it appearing

that proper and adequate notice of the Motion has been given

and that no other or further notice is necessary; and upon

the record herein; and after due deliberation thereon; and

good and sufficient cause appearing therefor, it is hereby

    **ORDERED, ADJUDGED, AND DECREED that:**

    1.   The Motion is GRANTED.

    2.   Notice of the FF&E Sale Motion is shortened so

that it may be heard, considered and ruled upon by the Court

at a hearing on February 17, 2009.

    3.   Notice of the FF&E Sale Motion is limited to the

parties as set forth in the Motion.

4.    This Court will retain jurisdiction with respect

to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia
        February__, 2009


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley

\7487196.1