**EXHIBIT A**

1

# Appendix B1: Tier I Participants

Circuit City
Management Incentive Plan

| Name | Job Title | Function | Weekly Pay | Incentive Period (wks) | | % of Total | Percent of Maximum Incentive Bonus | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 100% | 75% | 50% |
| Kelly, John | SVP, Chief Merch Officer | Merchandising | $ 9,327 | 26 | Task I | 20% | $ 48,500 | $ 36,375 | $ 24,250 |
| | | | | | Task IIa | 5% | 12,125 | 9,094 | 6,063 |
| | | | | | Task IIb | 10% | 24,250 | 18,188 | 12,125 |
| | | | | | Task IV | 15% | 36,375 | 27,281 | 18,188 |
| | | | | | Task XIII | 50% | 121,250 | 90,938 | 60,625 |
| | | | | | Total | 100% | $ 242,500 | $ 181,875 | $ 121,250 |





# Appendix B2: Tier I Participants

Circuit City
Management Incentive Plan

| Name | Job Title | Function | Weekly Pay | Incentive Period (wks) | | % of Total | Percent of Maximum Incentive Bonus | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 100% | 75% | 50% |
| Marcum, James A. | Chief Executive Officer | Executive | $ 14,423 | 26 | Task I | 10% | $ 37,500 | $ 28,125 | $ 18,750 |
| | | | | | Task IIa | 5% | $ 18,750 | $ 14,063 | $ 9,375 |
| | | | | | Task IIb | 10% | $ 37,500 | $ 28,125 | $ 18,750 |
| | | | | | Task IV | 15% | $ 56,250 | $ 42,187 | $ 28,125 |
| | | | | | Task VIII | 15% | $ 56,250 | $ 42,187 | $ 28,125 |
| | | | | | Task XVI | 15% | $ 56,250 | $ 42,187 | $ 28,125 |
| | | | | | Task XVII | 15% | $ 56,250 | $ 42,187 | $ 28,125 |
| | | | | | Task XVIII | 15% | $ 56,250 | $ 42,187 | $ 28,125 |
| | | | | | Total | 100% | $ 375,000 | $ 281,250 | $ 187,500 |
| Hedgebeth, Reginald D. | SVP, Gen Counsel and Secretary | Executive | $ 8,365 | 26 | Task I | 10% | $ 21,750 | $ 16,313 | $ 10,875 |
| | | | | | Task IIa | 5% | $ 10,875 | $ 8,156 | $ 5,438 |
| | | | | | Task IIb | 10% | $ 21,750 | $ 16,313 | $ 10,875 |
| | | | | | Task IV | 10% | $ 21,750 | $ 16,313 | $ 10,875 |
| | | | | | Task VIII | 10% | $ 21,750 | $ 16,313 | $ 10,875 |
| | | | | | Task XVI | 15% | $ 32,625 | $ 24,469 | $ 16,313 |
| | | | | | Task XVII | 15% | $ 32,625 | $ 24,469 | $ 16,313 |
| | | | | | Task XVIII | 15% | | | |
| | | | | | Task XIX | 15% | | | $ 16,313 |
| | | | | | Total | 100% | $ 217,500 | $ 163,125 | $ 108,750 |