**EXHIBIT B**

1



# Appendix A: Incentive Tasks

**Circuit City**
**Management Incentive Plan - Incentive Tasks**

| | | Target 100% Bonus | 75% Bonus | 50% Bonus |
|---|---|---|---|---|
| Task I | Achieve a guaranteed net recovery based upon the inventory value agreed upon with the liquidators of at least: | 74.5% | 72.5% | 70.5% |
| Task IIa | When compared to current wind down budget, maintain variance of wind-down expenses from sale date through GOB (Week 11) to be no more than: | 10.0% | 5.0% | 0.0% |
| Task IIb | When compared to current wind down budget, maintain variance of wind-down expenses from sale date through Week 26 to be no more than: | 10.0% | 5.0% | 0.0% |
| Task IIc | When compared to current wind down budget, maintain variance of wind-down expenses from sale date through Week 52 to be no more than: | 10.0% | 5.0% | 0.0% |
| Task III | Close the call centers by the following dates in order to position the company to be able to reject the leases reducing rent and utilities by approximately $0.2M per month | 2/14/09 | 2/28/09 | 3/14/09 |
| Task IV | Paydown Senior Lender (excluding cash collaterization of LC's) per the timeline in the wind down budget within: | -14 days | -7 days | 0 days |
| Task V | Close the distribution centers by the following dates in order to position the company to be able to reject the distribution center leases reducing rent and utilities by approximately $2.0M per month | 2/14/09 | 2/28/09 | 3/14/09 |
| Task VI | Close the corporate headquarters building DR1 by the following dates in order to position the company to be able to reject the lease reducing rent and utilities by approximately $0.3M per month | 2/28/09 | 3/15/09 | 3/31/09 |
| Task VII | Close the corporate headquarters building DR3 by the following dates in order to position the company to be able to reject the lease reducing rent and utilities by approximately $0.4M per month | 4/30/09 | 5/31/09 | 6/30/09 |
| Task VIII | Prepare and document exit strategy for key contracts to allow the company to maximize potential benefits (i.e. Chase, IBM, Hewitt) | 3/31/09 | 4/30/09 | 5/31/09 |
| Task IX | Prepare and document exit strategy for the wind down benefit plans (including health plans, 401-K plan, pension plan) to position the company to be able to recapture any overfunded positions by: | 3/31/09 | 4/15/09 | 4/30/09 |
| Task X | Close the service centers by the following dates in order to position the company to be able to reject the leases reducing rent and utilities by approximately $0.3M per month | 2/28/09 | 3/31/09 | 4/30/09 |
| Task XI | Completion of fiscal 2009 tax returns in order enable the company to pursue collections of income tax refund of approx $16M and sales leaseback refund of $50M prior to: | 7/15/09 | 9/15/09 | 11/15/09 |
| Task XII | Prepare and document warranty refund paperwork which results in proceeds of at least: | > $100M | > $75M | > $50M |
| Task XIII | Completion of merchandise chargebacks, refunds, price adjustments etc paperwork against largest 503(b)(9) claims that reduces administrative burden on estate which results in set-offs and/or proceeds of at least: | > $100M | > $75M | > $50M |
| Task XIV | Review listing of administrative expenses as of sale date and research any chargebacks/reductions against these payables which results in set-offs and/or proceeds of at least: | > $10M | > $5M | > $2.5M |
| Task XV | Review and research listing of Letters of Credit as of sale date which results in cancellations of at least: | > $10M | > $5M | > $2.5M |
| Task XVI | Successfully obtain court approval of sale of Canadian assets prior to: | 2/28/09 | 3/31/09 | 4/30/09 |
| Task XVII | Successfully obtain court approval of sale of internet assets prior to: | 2/28/09 | 3/31/09 | 4/30/09 |
| Task XVIII | Market and negotiate sale agreements of other assets such as corporate jets, real estate, leases, FF&E, etc which when consummated will result in proceeds of at least: | > $100M | > $75M | > $50M |
| Task XIX | Successful archival of records complying with documents retention policy to faciliate accessibility to wind down team | 3/31/09 | 4/30/09 | 5/31/09 |
| Task XX | Completion of advertising agreements with 400+ newspapers which could save the company significant advertising penalties prior to: | 2/1/09 | 2/14/09 | 2/28/09 |

**Notes** Individuals who voluntarily resign or are terminated for cause prior to the incentive bonus being fully earned will not be eligible for the bonus.

7