**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

**COMES NOW** Anne Braucher, counsel to D.L. Peterson Trust as assignee of PHH Vehicle Management Services, LLC in this case and a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of Kevin Kobbe of the firm DLA Piper LLP (US), Baltimore, Maryland. In support thereof, Movant states as follows:

1. Mr. Kobbe graduated from the University of Pennsylvania Law School in 1990. Mr. Kobbe is a member in good standing of the State Bar of Maryland. Mr. Kobbe is admitted to practice in the United States Court of Appeals for the Fourth Circuit, the United States District Court for the District of Maryland, and the United States District Court for the District of Columbia.

2. Mr. Kobbe's admittance to practice law has never been revoked and he is not the subject of any disciplinary proceedings.

3. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

2

4. No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Movant requests this Court enter an order admitting Kevin Kobbe of the firm DLA Piper LLP (US) *pro hac vice* to the bar of this Court for the conduct of this case.

Respectfully submitted this 7th day of February, 2009.


/s/ Anne Braucher
Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000
Counsel for D.L. Peterson Trust as assignee of PHH Vehicle Management Services, LLC

## CERTIFICATE OF SERVICE

      I hereby certify on this 7th day of February, 2009, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

circuitcityservice@mcquirewoods.com
project.circuitcity@skadden.com

                                                 /s/ Anne Braucher