IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Bankruptcy Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., ) | Jointly Administered |
| ) | Chapter 11 |
| Debtors. ) | Hon. Kevin R. Huennekens |
| ) | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Jennifer J. West moves this Court for an Order permitting Frank N. White to represent the wholly-owned subsidiaries of Verizon Communications, Inc.[1] ("Verizon"), *pro hac vice* in the above-styled bankruptcy cases and any related adversary litigation and in support of her Motion states as follows:

1.  I am a member in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia. I will be associated with Frank N. White in this matter. My business address and bar number are as follows:

> Jennifer J. West (VSB #47522)
> Spotts Fain PC
> 411 E. Franklin Street, Suite 600
> Richmond, VA 23219

2.  Frank N. White is a member in good standing of the Bar of the State of Georgia, the state of his residence, and is admitted to practice before the United States District Court for the

---

[1] The wholly-owned subsidiaries of Verizon Communications, Inc. include, without limitation, Verizon Corporate Services Group, Inc., Verizon Network Integration Corp., Verizon Business Global LLC, Verizon Business Network Services, Inc., Verizon Select Services, Inc., MCI Communications Services, Inc. f/k/a MCI WorldCom Communications, Inc. and the operating telephone company subsidiaries of Verizon Communications, Inc.

Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB # 47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Tel: (804) 697-2000  Fax: (804) 697-2100
Counsel for Verizon

Northern District of Georgia, and is admitted to practice before the United States Courts of Appeal for the Eleventh Circuit.  His business address is:

> ARNALL GOLDEN GREGORY LLP
> 171 17th Street NW, Suite 2100
> Atlanta, GA 30363-1031

3.Frank N. White has not been the subject of disciplinary action by the Bar or courts of the State of Georgia, or any other state or any Federal Court.

4.Frank N. White has not been denied admission to the courts of any state or to any federal court.

5.Frank N. White is familiar with the Federal Rules of Civil Procedure.  He will become familiar with and at all times abide by the Local Rules of this Court and comply with those Rules so long as this cause is pending.

6.Frank N. White respectfully requests that he be allowed to appear before this Court to represent the interests of Verizon.

WHEREFORE, Jennifer J. West prays that this Court grant her Motion to permit Frank N. White to represent Verizon, *pro hac vice* in this action, to shorten the notice period required pursuant to Rule 9013-1 for such Motion, and for such other and further relief as this Court deems just and proper.

>The wholly-owned subsidiaries of
>VERIZON COMMUNICATIONS, INC.
>
>
>By:/s/ Jennifer J. West
>Counsel

Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB #47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100

OF COUNSEL:


/s/ Frank N. White (by Jennifer J. West with permission via email)
Darryl S. Laddin, Esquire (GA Bar # 460793)
Frank N. White, Esquire (GA Bar #753377)
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031
Phone:  (404) 873-8500

Counsel for Verizon

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served by U.S. Mail, First Class, postage prepaid or electronic means on this the 9th day of February, 2009 to the following constituting all necessary parties:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

/s/ Jennifer J. West