# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

**In re:**                                                   **Case Number**   08−35653−KRH
  Circuit City Stores, Inc.                               **Chapter**    11
                                                                      **Judge**    Kevin R. Huennekens

                                       Debtor(s)

**To:**   Augustus Epps

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

*2000* – Amended Notice of Appeal Amended Exhibit A to Notice of Appeal (Re: related document(s)[1974] Notice of Appeal,,,, filed by Kimco Realty Corporation, Inland Southwest Management LLC, Inland American Retail Management LLC, Inland Pacific Property Services LLC, Inland Continental Property Management Corp., Madison Waldorf, LLC, Carousel Center Company, L.P., Sangertown Square, L.L.C., Fingerlakes Crossing, LLC, Inland US Management LLC, Generation One and Two, LP, N.P. Huntsville Limited Liability Company, Drexel Delaware Limited Partnership, Hamilton Crossing, Starpoint Property Management, LLC, Inland Commercial Property Management, Inc., Brighton Commercial, L.L.C., Cedar Development Ltd., a Florida Limited Partnership, La Habra Imperial, LLC, Rancon Realty Fund IV, UnCommon, Ltd., a Florida Limited Partnership, Myrtle Beach Farms Co., Inc., GRI−EQY (Sparkleberry Square) LLC) filed by Augustus C. Epps Jr. of Christian & Barton, L.L.P. on behalf of Brighton Commercial, L.L.C., Carousel Center Company, L.P., Cedar Development Ltd., a Florida Limited Partnership, Drexel Delaware Limited Partnership, Fingerlakes Crossing, LLC, GRI−EQY (Sparkleberry Square) LLC, Generation One and Two, LP, Hamilton Crossing, Inland American Retail Management LLC, Inland Commercial Property Management, Inc., Inland Continental Property Management Corp., Inland Pacific Property Services LLC, Inland Southwest Management LLC, Inland US Management LLC, Kimco Realty Corporation, La Habra Imperial, LLC, Madison Waldorf, LLC, Myrtle Beach Farms Co., Inc., N.P. Huntsville Limited Liability Company, Portland Investment Company of America, Rancon Realty Fund IV, Sangertown Square, L.L.C., Starpoint Property Management, LLC, The Macerich Company, UnCommon, Ltd., a Florida Limited Partnership. (Epps, Augustus)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **ten (10) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:

- \_    the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- \_    **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]
- \_    **Identification of Attorney:** State Bar number omitted from document/proposed order. {See LBR 5005−1(C)(5) and 9022−1(A)]

### REQUIREMENT OF FORM:

- \_    **Legibility:** not in compliance with LBR 5005−1(C)(1)
- \_    **Caption, Official Forms:** [See LBR 5005−1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,* \_ Case name and number do not match on paper submitted.
- \_    **Signature Required:** not signed by counsel of record, or individual, if *pro se* .
    - \_    *if corporation,* not signed by counsel. [See LBR 5005−1(C)(4)]
    - \_    *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
    - \_    *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe, or a handwritten, scanned signature. [See II.C.1. Administrative Procedures for Filing, Signing, Maintaining and Verifying Pleadings and paper in the CM/ECF System]
- **X**    Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- \_    Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry <u>or</u> redocket to attach the correct document.
- \_    Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

### VOLUNTARY PETITIONS:

- \_    Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2−pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms effective January 1, 2008. A form may be obtained from the court's web site at www.vaeb.uscourts.gov.
- \_    Not accompanied by payment in full of past due amount, if debtor still owes filing fee or portion thereof for a previously filed petition. Amount due: $\_ .

- More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition)*.
- Not accompanied by a properly completed and signed Declaration of Divisional Venue. A form may be obtained from the court's web site at www.vaeb.uscourts.gov . [See LBR 1014–2]
- Not verified by signature of attorney for debtor(s).
- Not verified by unsworn declaration with signature of all debtors.
- **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074–1]
- **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007–1(H)]
- **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005–1(C) and (D)]

Date:  February 10, 2009            Clerk, United States Bankruptcy Court

                                    By /s/ Suzanne French , Deputy Clerk
[ntcdef_filing.jsp 9/2008]          Direct Dial Telephone No. 804–916–2400