UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 08-35653-KRH |
| | ) | |
| Circuit City Stores, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor-in-Possession. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO
LOCAL BANKRUPTCY RULE 2090-1(E)(2)**

THIS MATTER having come before the Court upon the Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1(e)(2) (the "Motion")[1] of Kimberly A. Pierro, an associate with the law firm of Kutak Rock LLP, for the admission *pro hac vice* of R. Lee Allen (a.k.a. Robert Lee Allen, Jr.) the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. R. Lee Allen (a.k.a. Robert Lee Allen, Jr.) is permitted to appear *pro hac vice* as counsel for Magna Trust Company (n.k.a. Regions Bank), Trustee under Trust Agreement dated January 26, 1995 and known as Trust No. 01-90-0182-00 (Charles Robbins Realtor/Circuit City

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

4815-0396-2371.1

Partnership), a creditor in the above-captioned chapter 11 cases in accordance with Local Bankruptcy Rule 2090-1(e)(2).

Entered:_____

United States Bankruptcy Judge

I ask for this:

/s/ Kimberly A. Pierro  
Peter J. Barrett (Va. Bar No. 46179)  
Kimberly A. Pierro (VSB # 71362)  
Kutak Rock LLP  
Bank of America Center  
1111 East Main Street, Suite 800  
Richmond, VA 23219-3500  
Phone: (804) 644-1700  
Fax: (804) 783-6192  
*Co-counsel for Magna Trust Company, Trustee*

## LOCAL RULE 9022-1(C)(2) CERTIFICATION

I hereby certify that on the 6th day of February 2009, the foregoing proposed Order was served upon all necessary parties.

/s/ Kimberly a. Pierro

Error! Unknown document property name.
4815-0396-2371.1