

# STATEMENT

5100 Poplar Avenue, Suite 1000
Memphis, TN 38137
Phone (901) 620-3188   Fax (901) 339-0721.

DATE: February 5, 2009
INVOICE # Nov-08

**BILL TO:**
Circuit City
32399 John R Road
Madison Heights, MI

FOR:   M-229B

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| November Rent - Prorated for 21 days | 1.00 | 33107.67 | 33,107.67 |
| November CAM Estimates - Prorated for 21 days | 1.00 | 2478.34 | 2,478.34 |
| November Insurance Estimates - Prorated for 21 days | 1.00 | 189.19 | 189.19 |
| Payment Received - | | | |

| | | |
|---|---|---|
| SUBTOTAL | $ | 35,775.20 |
| TAX RATE | | 0.00% |
| SALES TAX | | - |
| OTHER | | |
| TOTAL | $ | 35,775.20 |

# CBRE
CB RICHARD ELLIS

# STATEMENT

5100 Poplar Avenue, Suite 1000
Memphis, TN 38137
Phone (901) 620-3188   Fax (901) 339-0721

DATE: February 5, 2009
INVOICE # Dec-08

**BILL TO:**
Circuit City
32399 John R Road
Madison Heights, MI

FOR: M-229B

11,406.00

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| December Rent | 1.00 | 47296.67 | 47,296.67 |
| December CAM Estimates | 1.00 | 3540.49 | 3,540.49 |
| December Insurance Estimates | 1.00 | 270.27 | 270.27 |
| 2008 RE Taxes - Post Petition Portion Only | 1.00 | 11406.95 | 11,406.95 |
| Payment Received - Ck # 4581748 12/5/08 | | | (51,107.43) |
| | | SUBTOTAL | $ 11,406.95 |
| | | TAX RATE | 0.00% |
| | | SALES TAX | - |
| | | OTHER | |
| | | TOTAL | $ 11,406.95 |



# STATEMENT

5100 Poplar Avenue, Suite 1000
Memphis, TN 38137
Phone (901) 620-3188   Fax (901) 339-0721

**DATE:** February 5, 2009
**INVOICE:** Feb-09

**BILL TO:**
Circuit City
32399 John R Road
Madison Heights, MI

**FOR:** M-229B

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| February Rent | 1.00 | 47296.67 | 47,296.67 |
| February CAM Estimates | 1.00 | 3540.49 | 3,540.49 |
| February Insurance Estimates | 1.00 | 270.27 | 270.27 |
| Payment Received - | | | |

| | | |
|---|---|---|
| SUBTOTAL | $ | 51,107.43 |
| TAX RATE | | 0.00% |
| SALES TAX | | - |
| OTHER | | |
| TOTAL | $ | 51,107.43 |