UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER**

In consideration of the Motion of C. Gideon Korrell to allow Lisa Hill Fenning to appear and practice before this Court *pro hac vice* in the above-captioned bankruptcy case and the Court having determined that the representations contained in such Motion are true, and C. Gideon Korrell having entered his appearance as counsel in this case and this application being authorized by the Rules of this Court;

IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that Lisa Hill Fenning, who is a member of the Bars of the States of California, Illinois, the District of Columbia and New York, be admitted to appear and practice before this Court *pro hac vice* only in the above-captioned bankruptcy case and any related adversary litigation on behalf of Hoprock Limonite, LLC.

IT IS FURTHER ORDERED, that in conjunction with such admission *pro hac vice*, and as to matters arising during or pertaining to the above-captioned action, Lisa Hill Fenning will be subject to and submit herself to the full disciplinary powers of this Court to the

253190                                              1

same extent as if they were fully admitted to practice in this Court and the Bar of Virginia.

Entered on docket:

_____
Judge

I ASK FOR THIS:


By: /s/ C. Gideon Korrell
C. Gideon Korrell (VSB #75,090)
DEWEY & LEBOEUF LLP
1101 New York Avenue NW
Washington, DC  20005-4213
Tel:  (202) 346-7939
Facsimile:  (202) 299-1349
Email:  gkorrell@dl.com

Attorneys for *Hoprock Limonite, LLC*

253190                                          2

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2008, the foregoing Order (Motion for Admission to Practice Pro Hac Vice) was filed and served electronically using the Court's CM/ECF system, and that, in addition, true and correct copies of the foregoing were served via facsimile on the following parties:

*Assistant United States Trustee*
Robert B. Van Arsdale
Office of the United States Trustee
701 E. Broad Street, Suite 4304
Richmond, VA  23219
Fax:  (804) 771-2330

*Counsel for Debtors*
Dion W. Hayes
Douglas M. Foley
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
Fax:  (804) 775-1061

*Counsel for Debtors*
Greg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
Fax:  (302) 651-3001

*Counsel for Debtors*
Timothy G. Pohl
Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Chicago, IL  60606
Fax:  (312) 407-0411

*Counsel for Creditor Committee*
Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219
Fax:  804-783-0178

Dated:  November 25, 2008

By:    /s/ C. Gideon Korrell

253190

1