| | |
|---|---|
| Linda J. Brame | A. Carter Magee, Jr., Esq. (VSB #20284) |
| P.O. Box 700 | W. Joel Charboneau, Esq. (VSB #68025) |
| Marion, IL 62959 | Magee, Foster, Goldstein & Sayers, P.C. |
| Phone: (618) 997-5611 | Post Office Box 404 |
| Fax: (618) 997-6522 | Roanoke, Virginia 24003-0404 |
| lbrame@winterslaw.com | (540) 343-9800 |
| | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS |
| | ) | UNDER CHAPTER 11 |
| CIRCUIT CITY STORES, INC. et al., | ) | |
| | ) | CASE No. 08-35653 |

ORDER

This matter comes before the Court to consider the Motion to Admit Linda Brame to Practice *Pro Hac Vice*. The Court, having considered the Motion, and being otherwise sufficiently advised, hereby GRANTS the motion in its entirety, and orders that Linda J. Brame, is admitted to practice *pro hac vice* in this matter before the United States Bankruptcy Court For The Eastern District of Virginia.

Dated this _____ day of _____, 2009.

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

  /s/  W. Joel Charboneau
W. Joel Charboenau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
P.O. Box 404

Roanoke, VA  24003-0404
(540) 343-9800

## **CERTIFICATE OF SERVICE**

I certify that copies of the proposed order were served via electronic delivery and/or first class mail the 6th day of February, 2009, on all necessary parties pursuant to the Order establishing notice procedures in this case.

/s/ W. Joel Charboneau

Serve:
All parties that have filed notices of appearance in this case by electronic mail.

//mnt/orders/Attachments/doctopdf/alldocs/08-35653~262009174013369.doc