IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., ) | Jointly Administered |
| ) | Chapter 11 |
| Debtors. ) | Hon. Kevin R. Huennekens |
| ) | |

## MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE

The wholly-owned subsidiaries of Verizon Communications, Inc.[1] ("Verizon") creditors in the above-captioned chapter 11 cases, by and through their undersigned counsel, and pursuant to the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures, herby moves for leave of Court to attend the February 13, 2009 hearing by telephone. In support thereof, Verizon states as follows:

1. On November 10, 2008 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed voluntary petitions in this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On January 9, 2009, the Debtors filed a motion titled "Debtors' Motion for Order Pursuant to Bankruptcy Code Section 105 and Bankruptcy Rule 9019 Approving Agreement Between Debtors and Verizon Corporate Services Group, Inc." (the "Motion") (Docket No. 1452) in order to obtain this Court's approval of a settlement between the Debtors and Verizon.

---

[1] The wholly-owned subsidiaries of Verizon Communications, Inc. include, without limitation, Verizon Corporate Services Group, Inc., Verizon Network Integration Corp., Verizon Business Global LLC, Verizon Business Network Services, Inc., Verizon Select Services, Inc., MCI Communications Services, Inc. f/k/a MCI WorldCom Communications, Inc. and the operating telephone company subsidiaries of Verizon Communications, Inc.

Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB # 47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Tel: (804) 697-2000  Fax: (804) 697-2100
Counsel for Verizon

3. A hearing on the Motion was originally scheduled in the matter for January 29, 2009.

4. Due to issues raised by another creditor's application for payment of purported administrative expense, the January 29, 2009 hearing on the Motion was adjourned to the February 13, 2009 omnibus hearing date to allow the Debtors to reconsider and/or confirm certain issues related to the settlement set forth in the Motion.

5. Verizon's lead counsel, Darryl S. Laddin and Frank N. White, have been representing Verizon in its negotiations with the Debtors and have a unique and complete understanding of the facts and circumstances related to the issues presented in the Motion.

6. On November 13, 2008, the Court entered an Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (the "Order"). On page 5 of Exhibit A, the Order states:

> (g) Upon request, the Court may allow counsel to listen to a hearing by telephone. If a matter is contested, counsel must attend in person, unless leave of the court is granted on a case by case basis.

7. Mr. Laddin and Mr. White will not be able to appear in person on February 13, 2009 due to prior commitments, and Verizon respectfully asks for leave of Court pursuant to the Order so that one of them may appear and participate by telephone with Virginia counsel present in the courtroom.

8. Based on Mr. Laddin's and Mr. White's unique knowledge of the facts and legal arguments in this case, the ends of justice would be served by allowing Mr. Laddin and Mr. White to appear by telephone.

9. Motions to Appear Pro Hac Vice have also been filed on behalf of Mr. Laddin and Mr. White in this case. As of the date and time of this filing, Orders granting these Motions have not yet been entered.

WHEREFORE, Verizon respectfully requests that this Court grant this motion and enter an Order substantially in the form annexed hereto permitting Darryl S. Laddin and Frank N. White to appear and be heard by telephone at the hearing on February 13, 2009 on behalf of Verizon and granting such other relief as necessary and appropriate.

                The wholly-owned subsidiaries of
                VERIZON COMMUNICATIONS, INC.

                By: /s/ Jennifer J. West
                      Counsel

Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB #47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

OF COUNSEL:

/s/ Frank N. White (by Jennifer J. West with permission via email)
Darryl S. Laddin, Esquire (GA Bar # 460793)
Frank N. White, Esquire (GA Bar #753377)
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031
Phone: (404) 873-8500

Counsel for Verizon

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served by U.S. Mail, First Class, postage prepaid or electronic means on this the 10th day of February, 2009 to the following constituting all necessary parties:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

/s/ Jennifer J. West