IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., | ) | Jointly Administered |
| | ) | Chapter 11 |
| Debtors. | ) | Hon. Kevin R. Huennekens |
| | ) | |

**ORDER GRANTING MOTION FOR LEAVE
OF COURT TO ATTEND HEARING BY TELEPHONE**

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone

filed by Jennifer J. West, and it appearing that the motion having been served upon counsel for

Circuit City Stores, Inc., *et al.* (collectively, the "Debtors"), counsel for the Official Committee

of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of

Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that Verizon Communications, Inc.'s Motion for Leave of Court to Attend

Hearing by Telephone is GRANTED and Darryl S. Laddin and Frank N. White are permitted to

appear and be heard by telephone at the hearing on February 13, 2009 on behalf of Verizon

Communications, Inc.

Enter:              /       /

_____
Judge

We ask for this:


/s/ Jennifer J. West
Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB #47522)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100


OF COUNSEL:


/s/ Frank N. White (by Jennifer J. West with permission via email)
Darryl S. Laddin, Esquire (GA Bar # 460793)
Frank N. White, Esquire (GA Bar #753377)
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031
Phone:  (404) 873-8500

Counsel for Verizon

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Order was served by U.S. Mail, First Class, postage prepaid or electronic means on this the 10th day of February, 2009 to the following constituting all necessary parties, pursuant to LBR 9022:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

/s/ Jennifer J. West

Parties to receive copies:

Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center,
101 W. Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

Robert R. Chappell, III
Jennifer J. West
Spotts Fain PC
411 E. Franklin St., Suite 600
Richmond, VA 23219