# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF ILLINOIS
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC., <u>et</u> <u>al.</u>,** | ) | Case No. 08-35653 (KRH) |
| | ) | |
| <u>             Debtors.                    </u> | ) | Jointly Administered |

## ORDER APPROVING ADMISSION PRO HAC VICE OF KEVIN KOBBE

This matter comes before the Court upon the Motion of Anne Braucher, requesting entry of an order approving the admission *pro hac vice* of Kevin Kobbe of the firm of DLA Piper LLP (US), Baltimore, Maryland, to represent the interests of D.L. Peterson Trust as assignee of PHH Vehicle Management Services, LLC, in these proceedings.  Based upon the representations set forth in the Motion, and finding it otherwise proper, the Court

ORDERS that Kevin Kobbe be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

DATE:

_____
HON. KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE


ENTERED ON DOCKET:

I ASK FOR THIS:

/s/ Anne Braucher
Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000

*Counsel for D.L. Peterson Trust as assignee of PHH Vehicle Management Services, LLC*

## LOCAL RULE CERTIFICATION

I hereby certify that the foregoing has been endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Anne Braucher

**PARTIES TO RECEIVE COPIES**

Anne Braucher, Esq.
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004

Kevin Kobbe
DLA Piper LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD  21209-3600

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636