UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

| | |
|---|---|
| In re | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al. | Chapter 11 |
| | **NOTICE TO CONTINUE PERFECTION OF MECHANIC'S LIEN PURSUANT TO SECTION 546(b)(1)** |
| Debtors. | |
| | The Honorable Kevin R. Huennekens |

TO DEBTOR IN POSSESSION CIRCUIT CITY STORES, INC., OTHER PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that creditor Colorado Structures, Inc. dba CSI Construction Company ("CSI") hereby continues to perfect, pursuant to 11 U.S.C. §§ 546(b)(1) and 362(b)(3), its mechanic's lien rights on the real property located in Los Angeles County, California, including improvements located thereon, described as: Assessor's Parcel Nos. 8506-033-034 and 8506-033-033, located at 725 West Huntington Boulevard and 745 West Huntington Boulevard, Monrovia, California, and commonly known as Circuit City Store number 4176, in which property the Debtor holds a leasehold interest.

A true and correct copy of the mechanic's lien recorded by CSI in the Registrar's Office of Los Angeles County, California, in the total sum of $81,405.85 plus interest, for work, services, labor, equipment and materials furnished to the Debtor, is attached hereto as **Exhibit A** and

| | |
|---|---|
| William A. Gray, Esquire (VSB #46911) | Mary E. Olden (State Bar No. 109373) |
| Lisa Taylor Hudson (VSB #45484) | André K. Campbell (State Bar No. 188585) |
| W. Ashley Burgess (VSB# 67998) | Sean-Thomas P. Thompson (State Bar No. 210529) |
| SANDS, ANDERSON, MARKS & MILLER, P.C. | McDONOUGH HOLLAND & ALLEN PC |
| 801 East Main Street, Suite 1800 | Attorneys at Law |
| P.O. Box 1998 | 555 Capitol Mall, 9th Floor |
| Richmond, Virginia 23218-1998 | Sacramento, CA 95814 |
| Phone: (804) 783-7202 | Phone: (916) 444-3900 |
| Fax: (804) 783-7291 | Fax: (916) 444-0707 |



*Attorneys for Creditor*
*Colorado Structures, Inc., dba CSI Construction Co.*

Notice of Perfection of Mechanic's Lien Pursuant to 546(b)(1)

incorporated by this reference. To the extent that the automatic stay of 11 U.S.C. § 362(a) may have stayed recordation of CSI's mechanic's lien as to property of debtor, CSI gives this notice pursuant to 11 U.S.C. section 546(b) in lieu of any such stayed act.

By this notice, pursuant to 11 U.S.C. § 546(b)(2), CSI also hereby perfects its lien rights which, but for the automatic stay of § 362(a), would require commencement of action against the debtor to foreclose the lien.

PLEASE TAKE FURTHER NOTICE THAT by virtue of 11 U.S.C. § 546(b) and California Civil Code § 3134, the perfection of CSI's mechanic's lien relates back to the date when work commenced, on or about March 3, 2008, a date which precedes the filing of the petition for bankruptcy in this case.

DATED: February 10, 2009         By:         /s/ William A. Gray

William A. Gray, Esquire (VSB #46911)
Lisa Taylor Hudson (VSB #45484)
W. Ashley Burgess (VSB# 67998)
SANDS, ANDERSON, MARKS & MILLER, P.C.
801 East Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23218-1998
Phone: (804) 783-7202
Fax:    (804) 783-7291

Mary E. Olden (State Bar No. 109373)
André K. Campbell (State Bar No. 188585)
Sean-Thomas P. Thompson (State Bar No. 210529)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA 95814
Phone: (916) 444-3900
Fax:    (916) 444-0707

*Attorneys for Creditor Colorado Structures, Inc., dba CSI Construction Co*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February 2009, a true and accurate copy of the foregoing *Notice to Continue Perfection of Mechanic's Lien Pursuant to Section 546(b)(1)* was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons appearing below:

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
    *Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
    *Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899-0636
    *Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
    *Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
    *Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
    *Special Counsel for Debtors*

| | |
|---|---|
| 1 | David S. Berman, Esquire |
|   | Riemer & Braunstein, LLP |
| 2 | Three Center Plaza, 6th Floor |
|   | Boston, Massachusetts 02108 |
| 3 | *Counsel for Bank of America, N.A.* |

1

2

3

4    Bruce Matson, Esquire
     LeClair Ryan
5    Riverfront Plaza, East Tower
     951 East Byrd Street, 8th Floor
6    Richmond, Virginia 23219
         *Counsel for Bank of America, N.A.*

7

8    Lynn L. Tavenner, Esquire
     Tavenner & Beran, PLC
9    20 North Eighth Street, Second Floor
     Richmond, Virginia 23219
10       *Counsel for the Official Committee of
         Unsecured Creditors*

11

12   Robert J. Feinstein, Esquire
     Pachulski Stang Ziehl & Jones LLP
13   780 Third Avenue, 26th Floor
     New York, New York 10017
14       *Counsel for the Creditors Committee*

15

16       /s/ William A. Gray

17

18

19

20

21

22

23

24

25

26

27

28

Recording Requested By and
When Recorded Mail To:
McDonough Holland & Allen PC
Attention: Sean-Thomas P. Thompson
555 Capitol Mall, 9th Floor
Sacramento, CA 95814

## MECHANIC'S LIEN

Colorado Structures, Inc., dba CSI Construction Company ("claimant"), whose address is 9272 Jeronimo Road, Suite 116, Irvine, California 92618, hereby claims a lien upon the real property located in Los Angeles County, California, including improvements located thereon, described as: Assessor's Parcel Nos. 8506-033-034 and 8506-033-033, located at 725 West Huntington Boulevard and 745 West Huntington Boulevard, Monrovia, California, and commonly known as Circuit City Store number 4176.

After deducting all just credits and offsets, the sum of Eighty-One Thousand Four Hundred Five Dollars and 85 cents ($81,405.85), plus interest accrued and accruing thereon at the legal rate of ten percent (10%) per annum, is due claimant for the following work, labor, equipment and/or materials furnished by claimant: construction work, services, labor, equipment, and materials for the work of improvement to construct Circuit Store number 4176.

Claimant furnished the work and materials at the request of and under contract with Circuit City Stores, Inc., 9950 Mayland Drive, Richmond, Virginia, 23233, owner of a leasehold interest in the property.

The owners and/or reputed owners of the property and improvements located thereon are Nationwide Monrovia Marketplace, LLC, CADI Monrovia Marketplace, LLC, Dome Monrovia Marketplace, LLC, all with the address of 120 N. Robertson Blvd., Los Angeles, CA 90048.

Dated: November 12, 2008

COLORADO STRUCTURES, INC., DBA
CSI CONSTRUCTION COMPANY

By_____
   Joe Hall, Vice President

## VERIFICATION

I, the undersigned, say:
I am the Vice President of Colorado Structures, Inc., dba CSI Construction Company, claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.
I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 12, 2008, at Irvine, California.

_____
Joe Hall, Vice President

EXHIBIT A

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

McDonough Holland & Allen PC
Attorneys at Law
Attn: Sean-Thomas P. Thompson
555 Capitol Mall, Ninth Floor
Sacramento, CA 95814



COPY of Document Recorded
11/13/08
Has Orig proc. ...nal.
20082004380
LOS ANGELES COUNTY REGISTRAR - RECORDER

## MECHANIC'S LIEN