## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| | ) | Chapter 11 |
| | ) | |
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## PLAZA LAS AMERICAS, INC.'S STATEMENT OF CURE
## UNDER LEASE OF NON-RESIDENTIAL PROPERTY

Plaza Las Americas, Inc. (the "Landlord"), by its undersigned counsel, James M. Lewis, Holland & Knight LLP, hereby files this Statement of Cure Under Lease of Non-Residential Property.

1.      On November 10, 2008, Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2.      Jurisdiction to consider this matter is vested in the Court pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is prescribed by 28 U.S.C. §§1408 and 1409.

3.      On August 15, 2007, Debtor Circuit City Store PR, Inc. ("Debtor") and Landlord entered into a Lease Agreement, pursuant to which Debtor occupies approximately 30,000 square feet in the San Anton ward of Ponce, Puerto Rico (the "Lease Agreement").

4.      This Statement of Cure is filed pursuant to the Notice of Approval of Order (1) Approving Procedures in Connection with Sale of All or Substantially All of the Business (Docket No. 1454) to reflect the amount necessary to cure under Bankruptcy Code Sections 365(b)(1)(A) and (B) and 365(f)(2) in connection with any proposed assumption or assignment of the Lease.

James M. Lewis, Esquire, VA Bar No. 14118
Holland & Knight LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
(703) 720-8638
Attorney for Plaza Las Americas, Inc.

5.    The Cure Sum through February 6, 2009 totals $236,137.48, consisting of (a) Pre-Petition Debt of $96,868.19 and (b) Post-Petition Debt of $139,269.29, as set forth on Exhibit A.

6.    In addition, in the event that the lease is rejected, the Debtor as tenant will be indebted to Landlord, pursuant to Section 2.9 of the Lease Agreement, to the extent of unamortized tenant allowances, which as of February 6, 2009, is $597,213.00.

Respectfully submitted,

Holland & Knight LLP

Dated:  February 10, 2009

By:  /s/  James M. Lewis
   James M. Lewis, Esq.
   (VSB No. 14118)
   1600 Tysons Boulevard, Suite 700
   McLean, Virginia 22102
   (703) 720-8638
   Attorney for Plaza Las Americas, Inc.

## CERTIFICATE OF SERVICE

I HEREBY certify that on this February 10, 2009, a copy of the foregoing Statement of Cure Under Lease of Non-Residential Property is to be served by electronic means via the Court's ECF/CM system to the follows:

Dion W. Hayes
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL  60606

_/s/  James M. Lewis_____
James M. Lewis, Esquire

# 5991575_v1