Plaza Las Americas, Inc.
Circuit City
Statement of Account
February 6, 2009

**PETITION DATE - NOV.10, 2008**

| **Pre-petition Debt:11-09-2008** | Water & Sewer | Fixed Minimun Rent | Common Area Maintenance | Insurance | Real Estate Taxes | | Total |
|---|---|---|---|---|---|---|---|
| March 1, 2008 | | 0.09 | | | | | 0.09 |
| July 31, 2008 | 255.47 | | | | | | 255.47 |
| September 1, 2008 | | 35.00 | | | | | 35.00 |
| November rent 11/1/08 to 11/9/08 | | 17,816.40 | | | | | 17,816.40 |
| January 1, to November 9, 2008 | | | 49,265.73 | 15,978.75 | 13,516.75 | | 78,761.23 |
| **Sub- Total** | 255.47 | 17,851.49 | 49,265.73 | 15,978.75 | 13,516.75 | | 96,868.19 |
| **Post Petition Debt** | | | | | | | |
| November 11/10/2008 to 11/30/2008 | | 42,396.43 | | | | | 42,396.43 |
| November 10, to December 31, 2008 | | | 10,563.29 | 1,225.61 | 4,641.82 | | 16,430.72 |
| December 15, 2008 | 321.78 | | | | | | 321.78 |
| December 15, 2008 | 306.94 | | | | | | 306.94 |
| December 15, 2008 | 302.27 | | | | | | 302.27 |
| December 15, 2008 | 310.01 | | | | | | 310.01 |
| December 15, 2008 | 294.69 | | | | | | 294.69 |
| January 1, 2009 | | | 6,314.60 | 732.65 | 2,774.82 | | 9,822.07 |
| February 1, 2009 | | 60,212.83 | 5,703.51 | 661.75 | 2,506.29 | | 69,084.38 |
| Unamortized Tenant Allowance | | | | | | 597,213.00 | 597,213.00 |
| **Sub - Total** | 1,535.69 | 102,609.26 | 22,581.40 | 2,620.01 | 9,922.93 | 597,213.00 | 736,482.29 |
| | | | | | | | - |
| **Grand Total** | 1,791.16 | 120,460.75 | 71,847.13 | 18,598.76 | 23,439.68 | 597,213.00 | 833,350.48 |



EXHIBIT A