January 14, 2009



CERTIFIED RETURN RECEIPT REQUESTED

WILLIAM C. REDDEN, CLERK OF COURT
United States Bankruptcy Court
701 E. Broad Street, Suite 4000
Richmond, Virginia 23219

Attn: Case #0835653KRH

RE:  NOTICE OF CHANGE IN LANDLORD'S NOTICE ADDRESS
BURNSVILLE MARKETPLACE, BURNSVILLE, MN
CIRCUIT CITY #3133

*[FILED FEB - 9 2009 CLERK, U.S. BANKRUPTCY COURT RICHMOND DIVISION]*

Dear Tenant:

This letter shall serve as notice of change of Landlord Notice Address effective immediately as follows:

The **Landlord's Notice Address** under the terms of your lease is now:

1. Tanurb Burnsville, LP
   c/o Tanurb Developments
   7th Floor, 56 Temperance Street
   Toronto, ON M5H

2. NorthMarq Real Estate Services
   Attn: Property Management
   3500 American Blvd. W.
   Suite 200
   Minneapolis, MN 55431

3. Mr. Steven Cox
   Fabyanske, Westra, Hart and Thomson, P.A.
   800 LaSalle Avenue
   Suite 1900
   Minneapolis, MN 55402

Please forward all notices accordingly.

Sincerely,

*Emily J. Voss*

Emily J. Voss
Property Manager
EJV:ejv