Malcolm M. Mitchell, Jr. (VSB No. 18098)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA 22314
Telephone:  703-837-6999
Facsimile:  703-549-4492
Email:  MMMitchell@vorys.com

and

Tiffany Strelow Cobb (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
Facsimile: 614-719-4663
Email:  tscobb@vorys.com

*Counsel for AOL LLC and Platform-A Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

-----------------------------------------------------------x
                                                           )
In re:                                                     )          Chapter 11
                                                           )
CIRCUIT CITY STORES, INC., *et al.*,                       )          Case No. 08-35653-KRH
                                                           )
                 Debtors.                                  )          Jointly Administered
                                                           )          Judge Kevin R. Huennekens
-----------------------------------------------------------x

## MOTION FOR ADMISSION *PRO HAC VICE*

Malcolm M. Mitchell, Jr., VSB No.: 18098
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, Virginia 22314
(703) 837-6970 – direct telephone
(703) 518-2754 – direct fax
mmmitchell@vssp.com
Counsel for Vorys, Sater, Seymour and Pease LLP

Pursuant to Local Rule 2090-1(E)(2) of this Court, Malcolm M. Mitchell, Jr., a member of the bar of this Court, moves the admission of Tiffany Strelow Cobb, Esquire ("Ms. Cobb") of Vorys, Sater, Seymour and Pease LLP, to appear *pro hac vice* as lead counsel for AOL LLC and Platform-A Inc. in the above-captioned jointly administered Chapter 11 proceedings and all contested matters, adversary proceedings, and all other matters arising or relating to the above-captioned jointly administered Chapter 11 proceedings.  Malcolm M. Mitchell, Jr. and the proposed admittee respectfully certify as follows:

1.      The proposed admittee is not a member of the Virginia State Bar.

2.      Ms. Cobb is a member in good standing of the Bar of Ohio.

3.      During the twelve months immediately preceding the filing of this Motion, the proposed admittee has not been admitted *pro hac vice* in this Court in any other matters.

4.      The proposed admittee understands that she is subject to the disciplinary jurisdiction of this Court.

5.      Local Co-counsel for the proposed admittee in this proceeding will be the undersigned who is a member of the Bar of this Court.

WHEREFORE, the undersigned prays that the Court enter an order admitting Tiffany Strelow Cobb *pro hac vice* and for such other and further relief as this Court deems proper.

Respectfully submitted,

/s/Malcolm M. Mitchell, Jr.
Malcolm M. Mitchell, Jr., Esquire, VSB No. 18098
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA 22314-3646
(703) 837-6999
(703) 518-2754 – facsimile
mmmitchell@vssp.com
Counsel to AOL LLC and Platform-A Inc.

2

Of counsel:

Tiffany Strelow Cobb (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: 614-464-8322
Email:  tscobb@vorys.com

*Counsel for AOL LLC and Platform-A Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 11th day of February, 2009, a copy of the foregoing
Motion for Admissions *Pro Hac Vice* was served electronically, as available, and by first class
mail, postage prepared upon the following, constituting all necessary parties:

Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Robert B. VanArsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

/s/Malcolm M. Mitchell_____
Malcolm M. Mitchell, Jr.

3

2/11/2009 - Columbus 10570232