IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | Case No: 08-35653-KRH |
| | ) | (Jointly Administered) |
| | ) | |
| **Debtors.** | ) | |

# AMENDED
# NOTICE OF APPEAL

    The Landlords listed on Exhibit A hereto, creditors in this chapter 11 bankruptcy, appeal under 28 U.S.C. § 158(a) from the Memorandum Opinion and Order entered on the docket of this proceeding on January 26, 2009 (Docket No. 1781). This Amended Notice of Appeal is being filed to correct an error on Exhibit A attached hereto.

    The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

<u>Appellants</u>:

| | |
|---|---|
| See Exhibit A | Augustus C. Epps, Jr., Esquire |
| | Michael D. Mueller, Esquire |
| | Jennifer M. McLemore, Esquire |
| | Noelle M. James, Esquire |
| | CHRISTIAN & BARTON, L.L.P. |
| | 909 East Main Street, Suite 1200 |
| | Richmond, Virginia 23219 |
| | Telephone: (804) 697-4104 |

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB No. 76001)
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4104
Facsimile: (804) 697-6104

Counsel to Landlords Listed on Exhibit A

Appellees:

Circuit City Stores, Inc., et al.,
Debtors-in-possession

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
Wilmington, Delaware 19899
Telephone: 302-651-3000

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
333 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-408-0700

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: 804-775-1000

Interested Parties:
Official Committee of Unsecured Creditors

Richard M. Pachulski, Esquire
Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067
Telephone:  310-277-6910

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300

| | |
|---|---|
| United States Trustee | Robert B. Van Arsdale, Esquire<br>Office of the United States Trustee<br>Richmond, Virginia Office<br>701 East Broad Street Suite 4304<br>Richmond, Virginia 23219<br>Telephone: 804-771-2310 |
| Dated: February 11, 2009 | /s/ Augustus C. Epps, Jr.<br>Augustus C. Epps, Jr., Esquire (VSB No. 13254)<br>Michael D. Mueller, Esquire (VSB No. 38216)<br>Jennifer M. McLemore, Esquire (VSB No. 47164)<br>Noelle M. James, Esquire (VSB No. 76001)<br>CHRISTIAN & BARTON, L.L.P.<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219<br>Telephone: (804) 697-4104<br>Facsimile: (804) 697-6104<br><br>*Counsel for Landlords Listed on Exhibit A* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of February, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

3

# EXHIBIT A

|  | **Landlord** |
|---|---|
| 1. | Brighton Commercial LLC |
| 2. | Carousel Center Company, L.P. |
| 3. | Cedar Development Ltd. |
| 4. | Drexel Delaware Limited Partnership |
| 5. | Fingerlakes Crossing, LLC |
| 6. | Generation One and Two, LP |
| 7. | GRI-EQY (Sparkleberry Square) LLC |
| 8. | Hamilton Crossing I, LLC |
| 9. | Inland American Retail Management LLC |
| 10. | Inland Commercial Property Management, Inc. |
| 11. | Inland Continental Property Management Corp. |
| 12. | Inland Pacific Property Services LLC |
| 13. | Inland Southwest Management LLC |
| 14. | Inland US Management LLC |
| 15. | Kimco Realty Corporation |
| 16. | La Habra Imperial, LLC |
| 17. | Madison Waldorf LLC |
| 18. | Myrtle Beach Farms Co., Inc. |
| 19. | N.P. Huntsville Limited Liability Company |
| 20. | Rancon Realty Fund IV |
| 21. | RREEF Management Company |
| 22. | Sangertown Square, LLC |
| 23. | Starpoint Property Management, LLC |
| 24. | The Macerich Company |
| 25. | The Portland Investment Company of America |
| 26. | The Prudential Insurance Company of America |
| 27. | UnCommon, Ltd. |

926725