**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH |
| | Jointly Administered |
| Debtors. | Judge Kevin R. Huennekens |

**NOTICE OF ENTRY OF APPEARANCE OF COMMERCE TECHNOLOGIES, INC.
COMBINED WITH DEMAND FOR SERVICE OF PAPERS**

Please take notice that Commerce Technologies, Inc., a creditor and party-in-interest in the above-captioned bankruptcy case ("Creditor"), hereby appears in the above-captioned bankruptcy case by its counsel, Gordon S. Woodward, Esquire; and such counsel hereby enters his appearance pursuant to Fed. R. Bankr. P. 9010(b); and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 9007, 9010, 9013, 9014, and Section 342 of Title 11 of the United States Code, 11 U.S.C. §101, et seq. (the "Bankruptcy Code"), that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address:

> Gordon S. Woodward, Esquire
> SCHNADER HARRISON SEGAL & LEWIS LLP
> 750 9th Street, NW
> Suite 550
> Washington, DC 20001-4534
> Phone: 202-419-4200
> Fax: 202-419-3454
> gwoodward@schnader.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any notice, application, complaint, demand, motion,

petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced case and all proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which the Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor reserves.

                                                SCHNADER HARRISON SEGAL
                                                  & LEWIS LLP

Dated: February 11, 2009                By: /s/ Gordon S. Woodward
                                                      Gordon S. Woodward (VA Bar 42449)
                                                      750 9th Street, NW
                                                      Suite 550
                                                      Washington, DC 20001-4534
                                                      Phone: 202-419-4200
                                                      Fax: 202-419-3454
                                                      gwoodward@schnader.com

                                                      Attorneys for Commerce Technology, Inc.