**UNITED STATED BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No.: 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |

**ENTRY OF APPEARANCE AND**
**REQUEST FOR NOTICE**

PLEASE TAKE NOTICE THAT THE **MILLMAN 2000 CHARITABLE TRUST,** landlord for the store location at 1840 Dell Range, Cheyenne, Wyoming 82001, (Store # 1638) by and through its attorney, Arthur Lindquist-Kleissler, Esq., of the law firm of Lindquist-Kleissler & Company, LLC, hereby enters its appearance as a Creditor and Landlord and pursuant to Bankruptcy Rules 2002, 9007, and 9010 and Section 1109 (b) of the Bankruptcy Code hereby requests that all notices, pleadings, documents and all other papers filed in this case or in any related adversary proceedings, as well as all notices and orders sent by the Clerk of the Court, be transmitted and forwarded to the undersigned counsel **and** with a copy served upon:

    Millman 2000 Charitable Trust
    Attn:  David Bennett
    2400 Cherry Creek Drive South
    Suite 7002
    Denver, Colorado  80209-3261

In addition, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation save and except as set forth in the last paragraph hereof, order on and notices of

any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, copier, telegraph, email, telex or otherwise, which affects the debtor or property of the Debtor or the estate.

Neither this Entry of Appearance and Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

- a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

- b. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to common law, statute or the United States Constitution;

- c. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal;

- d. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED this 11th day of February 2009

        LINDQUIST-KLEISSLER & COMPANY, LLC
*Original Signature is on File at the Law Firm*
*Of Lindquist-Kleissler & Company, LLC*

  /s/ Arthur Lindquist-Kleissler
Arthur Lindquist-Kleissler, #9822
Lindquist-Kleissler & Company, LLC
950 South Cherry Street, Suite 710
Denver, Colorado 80246
(303) 691-9774 – Phone
(303) 756-8982 - Facsimile
Email: arthurlindquistkleissler@msn.com

**Counsel for The Millman 2000 Charitable Trust**

CERTIFICATE OF MAILING

I hereby certify that on this 11th day of February, 2009, I served a true and correct copy of the foregoing *Entry of Appearance and Request* for Notice via United States Mail, First Class, postage paid and ECF Filing, addressed as follows:

**Linda K. Myers, Esq.**
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601

**Gregg Galardi, Esq. [Counsel to the Debtors]**
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19889-0638

**Chris Dickerson, Esq. [Counsel to the Debtors]**
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
333 West Wacker drive, Suite 2000
Wilmington, Delaware  19889

**Timothy G. Pohl, Esq. [Counsel to the Debtors]**
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
333 West Wacker drive, Suite 2000
Wilmington, Delaware  19889

**Dion W. Hayes, Esq.[Counsel to the Debtors]**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219

**Douglas M. Foley, Esq.**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219

**David S. Berman, Esq.**
Riemer & Y Braunstein LLP
Three Center Plaza
Boston, Massachusetts  02108

**Bruce Matson, Esq.**
Riverfront Plaza, East Tower
952 East Byrd Street, Eighth Floor
Richmond, Virginia  23219

**Lynn L. Tavenner, Esq.**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219

**Paula S. Beran, Esq.**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219

**Robert B. Van Arsdale, Esq.**
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

**Millman 2000 Charitable Trust**
**David Bennett**
2400 Cherry Creek Drive South
Suite 7002
Denver, Colorado  80209-3261

　　　　　　　　　　　　　　　　　　*/s/ Joclyn Pallas*
　　　　　　　　　　　　　　　　　　　Joclyn Pallas

*g:\firm\clients\millman charitable trust \entry of appearance \entry of appearance and request for notice (090211)-Final*