Craig M. Palik [VSB No. 45728]
**MCNAMEE HOSEA ET AL.**
6411 Ivy Lane
Suite 200
Greenbelt, Maryland 20770
Telephone: 301.441.2420
Facsimile: 301.982-9450
*Counsel for Congressional North*
*Associates, Limited Partnership*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

---------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC. *et al.* | Case No. 08-35653-KRH |
| Debtors | Jointly Administered |
| | Judge Kevin R. Huennekens |

---------------------------------------------------------------

**JOINDER OF CONGRESSIONAL NORTH ASSOCIATES LIMITED PARTNERHSIP
TO LIMITED OBJECTION TO DEBTOR'S MOTION FOR ORDERS UNDER
BANKRUPTCY CODE SECTIONS 105, 363 AND 365 (I) APPROVING BIDDING
AND AUCTION PROCEDURES FOR SALE OF UNEXPIRED NONRESIDENTIAL
REAL PROPERTY LEASES, (II) SETTING SALE HEARING DATES AND
(III) AUTHORIZING AND APPROVING (A) SALE OF CERTAIN UNEXPIRED
NONRESIDENTIAL REAL PROPERTY LEASES FREE AND CLEAR OF ALL
INTERESTS, (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN
UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES AND
<u>(C) LEASE REJECTION PROCEDURES</u>**

Congressional North Associates Limited Partnership ("Congressional"), by and through

its counsel, Craig M. Palik and McNamee, Hosea, Jernigan, Kim, Greenan & Lynch P.A.,

respectfully submit this *Joinder to Objecting Landlords'[1] Limited Objection* (<u>Docket No. 2038</u>)

(the "Limited Objection") *to Debtor's Motion (the "Sales Procedure Motion") for Orders*

---

[1] The Limited Objection, to which Congressional hereby joins, was filed by Carousel Center Company, L.P., Sangertown Square, L.L.C., Crossgates Commons NewCo, LLC and Fingerlakes Crossing, LLC.

*Under Bankruptcy Code Sections 105, 363 and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures* filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, on February 10, 2009.  Congressional joins in the Limited Objection (Docket No. 2038) for the reasons set forth more fully therein and for those to be presented at the hearing on said objection.

**WHEREFORE,** Congressional respectfully requests that any final order granting the Debtor's Sales Procedure Motion be modified pursuant to the terms of the Limited Objection, or that the Sales Procedure Motion be denied in its entirety, and that Congressional be granted such other and further relief as the Court may deem just and proper.

Dated: February 11, 2009

/s/ Craig M. Palik
Craig M. Palik (VSB No. 45728)
McNamee Hosea et al.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
Telephone: 301-441-2420
Facsimile: 301-982-9450
cpalik@mhlawyers.com
*Counsel for Congressional North Associates Limited Partnership*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on Febraury 11, 2009, a true and complete copy of the foregoing *Joinder to Objecting Landlords Limited Objection to the Debtor's Motion (the "Sales Procedure Motion") for Orders Under Bankruptcy Code Sections 105, 363 and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures* was served by either First Class Mail, postage prepaid and/or electronic delivery to all of the parties on the attached service list in accordance with the Order entered in this case on November 13, 2008, Establishing Certain Notice, Case Management and Administrative Procedures.

Dated: February 11, 2009                          /s/ Craig M. Palik
                                                    Craig M. Palik (VSB No. 45728)
                                                    McNamee Hosea et al.
                                                    6411 Ivy Lane, Suite 200
                                                    Greenbelt, Maryland 20770
                                                    Telephone: 301-441-2420
                                                    Facsimile: 301-982-9450
                                                    cpalik@mhlawyers.com
                                                    *Counsel for Congressional North Associates Limited Partnership*

Circuit City Stores, Inc.
Core Group Service List

| NAME | ATTENTION | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CIRCUIT CITY STORES, LLC | REGINALD D. HEDGEBETH | 9950 MAYLAND DRIVE | | | RICHMOND | VA | 23233 | | 804-486-4000 | 804-527-4164 | | Debtor |
| COMMONWEALTH OF VIRGINIA | STATE CORPORATION COMMISSION | TYLER BUILDING | 1300 E. MAIN STREET | | RICHMOND | VA | 23219 | | 804-371-9967 | 804-371-9734 | | Government Agency |
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | | | | RICHMOND | VA | 23230-4915 | | 804-367-8037 | 804-254-6111 | | Government Agency |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | 3500 WEST BROAD STREET COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 | | 202-514-7164 | 202-307-0494 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | | 1650 ARCH STREET | | | PHILADELPHIA | PA | 19103-2029 | | 215-814-2625 | 215-814-3005 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | DIANA SAENZ OFFICE OF GENERAL COUNSEL | 1200 PENNSYLVANIA AVENUE NW | SUITE 4209 | | WASHINGTON | DC | 20004 | | 202-272-0167 | 202-501-0461 | | Government Agency |
| ENVIRONMENTAL PROTECTION AGENCY | | U.S. EPA MAILCODE 2377R | 1300 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20004 | | 202-564-4707 | 202-565-2478 | | Government Agency |
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | MR. STEPHEN COULOMBE | 200 STATE STREET, 2ND FLOOR | | BOSTON | MA | 02109 | | 617-897-1500 | 617-897-1510 | | Financial Advisors |
| INTERNAL REVENUE SERVICE | ATTN L LORELLO | 400 N 8TH STREET BOX 76 | | | RICHMOND | VA | 23219 | | 804-916-8064 | 804-916-8198 | | Government Agency |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | 200 E RANDOLPH DR | | | CHICAGO | IL | 60601 | | 312-861-2200 | | | Counsel to Debtors |
| KURTZMAN CARSON CONSULTANTS LLC | EVAN GERSHBEIN | 2335 ALASKA AVENUE | | | EL SEGUNDO | CA | 90245 | | 310-823-9000 | 310-823-9133 | | Claims Agent |
| KUTAK ROCK LLP | PETER J. BARRETT | 1111 EAST MAIN STREET | SUITE 800 | | RICHMOND | VA | 23219 | | 804-343-5237 | 804-783-6192 | peter.barrett@kutakrock.com | Counsel for DIP Agents |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | RIVERFRONT PLAZA E TOWER | 951 E BYRD ST 8TH FL | | RICHMOND | VA | 23219 | | | 804-783-7269 | | Debtor's Local Counsel |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | 901 E CARY ST. | ONE JAMES CENTER | | RICHMOND | VA | 23219 | | 804-775-1000 | 804-775-1061 | | Debtor's Local Counsel |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | NAAG BANKRUPTCY COUNSEL | 2030 M STREET, N.W., 8TH FLOOR | | WASHINGTON | DC | 20036 | | 202-326-6025 | 202-331-1427 | kcordry@naag.org | Government Agency |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 | | 804-786-2071 | 804-786-1991 | | Government Agency |
| OFFICE OF THE SECRETARY OF THE COMMONWEALTH | | 1111 EAST BROAD STREET, 4TH FLOOR | | | RICHMOND | VA | 23219 | | 804-786-2441 | 804-371-0017 | | Government Agency |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | 701 E. BROAD ST. | SUITE 4304 | | RICHMOND | VA | 23219-1888 | | 804-771-2310 | 804-771-2330 | | US Trustee |
| OFFICE OF THE UNITED STATES TRUSTEE | RICHMOND, VIRGINIA OFFICE | 600 EAST MAIN STREET, SUITE 301 | | | RICHMOND | VA | 23219 | | 804-771-2310 | 804-771-2330 | | United States Trustee |
| PACHULSKI STANG ZIEHL & JONES | JEFFREY N POMERANTZ ESQ | 10100 SANTA MONICA BLVD 11TH FL | | | LOS ANGELES | CA | 90067-4100 | | 310-277-6910 | 310-201-0760 | jpomerantz@pszjlaw.com | Counsel for The Official Committee of Unsecured Creditors |
| PACHULSKI STANG ZIEHL & JONES | ROBERT J FEINSTEIN ESQ | 780 THIRD AVE 36TH FL | | | NEW YORK | NY | 10017 | | 212-561-7700 | 212-561-7777 | rfeinstein@pszjlaw.com | Counsel for The Official Committee of Unsecured Creditors |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | THREE CENTER PLAZA, 6TH FLOOR | | | BOSTON | MA | 02108 | | 617-523-9000 | 617-880-3456 | | Counsel to Prepetition Lenders/Counsel to Postpetition Lenders |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | | 202-622-2000 | 202-622-6415 | | Government Agency |
| SECURITIES & EXCHANGE COMMISSION | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 | | 202-942-0800 | 202-942-9625 | | Government Agency |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/REORGANIZATION | 233 BROADWAY | NEW YORK | NY | 10279 | | 646-428-1883 | 646-428-1979 | | Government Agency |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allen & Overy LLP | Ken Coleman | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-610-6300 | 212-610-6399 | Ken.Coleman@allenovery.com | Counsel for Alvarez & Marsal Canada ULC |
| Andrew S Conway Esq | | 200 E Long Lake Rd Ste 300 | | Bloomfield Hills | MI | 48304 | | 248-258-7427 | | Aconway@taubman.com | Counsel for the Taubman Landlords |
| Arent Fox LLP | Timothy F Brown Esq Mary Joanne Dowd Esq Christopher J Giaimo Esq | 1050 Connecticut Ave NW | | Washington | DC | 20036 | | 202-857-6000 | 202-857-6395 | brown.timothy@arentfox.com dowd.mary@arentfox.com giaimo.christopher@arentfox.com | Counsel for F.R.O., L.L.C. IX |
| Arnall Golden Gregory LLP | Darryl S Laddin Frank N White | 171 17th St NW Ste 2100 | | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com frank.white@agg.com | Counsel for Verizon Communications Inc. |
| Attorney General of the United States | | Richard J Hughes Justice Complex | PO Box 106 25 Market St | Trenton | NJ | 08625-0119 | | 609-777-3432 | | | Counsel for the State of New Jersey, Division of Taxation and Department of Labor |
| Attorney General of New Jersey | Anne Milgram | | | | | | | | | | |
| Attorney General of the United States | Richard F Stein | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | | | Counsel for the United States of America |
| Attorney General of the United States | Robert K Coulter | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | | | | Counsel for the United States of America |
| Attorney General of the United States | Robert P McIntosh | Main Justice Building Rm 5111 | 10th St and Constitution Ave NW | Washington | DC | 20530 | | 804-819-5400 | 804-819-7417 | | Counsel for the United States of America |
| Ball Janik LLP | Justin D Leonard | 101 SW Main St Ste 1100 | | Portland | OR | 97204 | | 503-228-2525 | 503-295-1058 | jleonard@balljanik.com | Counsel for Andrews Electronics |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq Charles W Chotvacs Esq David L Pollack Esq | 601 13th St NW | Ste 1000 South | Washington | DC | 20005 | | 202-661-2200 | 202-661-2299 | cgp@ballardspahr.com chotvacsc@ballardspahr.com pollack@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Ballard Spahr Andrews & Ingersoll LLP | Jeffrey Meyers Esq Jesse N Silverman Esq | 1735 Market St | | Philadelphia | PA | 19103 | | 215-864-8325 | 215-864-9473 | meyers@ballardspahr.com silverman@ballardspahr.com | Counsel for Centro Properties Group and Federal Realty Investment Trust |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | 2300 Wilson Blvd 7th Fl | | Arlington | VA | 22201 | | 703-525-4000 | 703-525-2207 | Mweitzman@beankinney.com | Counsel for Tysons 3 LLC; The Ziegler Companies LLC; Madison Waldorf LLC |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | 13215 E Penn St Ste 510 | | Whittier | CA | 90602-1797 | | 562-698-9771 | 562-696-6357 | ernie.park@bewleylaw.com | Counsel for The Irvine Company LLC |
| Bickel & Brewer | Michael W Malter Julie H Rome Banks Esq | 2775 Park Ave | | Santa Clara | CA | 95050 | | 714-994-5131 | | michael@bindermalter.com julie@bindermalter.com | Counsel for Envision Peripherals, Inc.; Daity City Partners I, LP |
| Binder & Malter LLP | Regina Stango Kelbon Esq | | | | | | | | | | |
| Blank Rome LLP | John Lucian Esq | One Logan Sq | | Philadelphia | PA | 19103 | | 215-569-5507 | 215-832-5507 | Kelbon@blankrome.com Lucian@blankrome.com | Counsel for Cellco Partnership, Affiliated license holders dba Verizon Wireless |
| Blankingship & Keith PC | William H Casterline Jr Esq Jeremy B Root Esq | 4020 University Dr Ste 300 | | Fairfax | VA | 22030 | | 703-691-1235 | 703-691-3913 | wcasterline@bklawva.com jroot@bklawva.com | Counsel for ACCO Brands Corporation |
| Borges & Associates LLC | Wanda Borges Esq | 575 Underhill Blvd Ste 118 | | Syosset | NY | 11791 | | 516-677-8200x225 | | borgeslawfirm@aol.com | Counsel for Sharp Electronics Corporation |
| Bricker & Eckler LLP | Kenneth C Johnson Andria M Beckham | 100 S Third St | | Columbus | OH | 43215 | | 614-227-2300 | 614-227-2390 | kjohnson@bricker.com abeckham@bricker.com | Counsel for Expesite LLC |
| Brown Connery LLP | Donald K Ludman | 6 N Broad St Ste 100 | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel for SAP Retail, Inc. and Business Objects |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | 333 Market St 25th Fl | | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | cchiang@buchalter.com | Counsel for Premier Retail Networks, Inc. |
| Canon USA Inc | Ruth Weinstein | 1 Canon Plz | | Lake Success | NY | 11042 | | 516-328-5121 | 516-328-5129 | rweinstein@cusa.canon.com | Canon U.S.A., Inc. |
| Carlton Fields PA | David K Spiro Esq Neil E McCullagh Esq | PO Box 561 | 1111 E Main St 16th Fl | Richmond | VA | 23218-0561 | | 804-644-1400 | 804-225-8706 | dspiro@carltonfields.com nmccullagh@carltonfields.com | Counsel for Dentist Family Limited Partnership |
| Carlton Fields PA | John C Lamoureux Esq | 4221 W Boy Scout Blvd 10th Fl | | Tampa | FL | 33607-5736 | | 813-223-7000 | 813-229-4133 | jlamoureux@carltonfields.com | Counsel for Amore Construction Company |
| Carroll & Carroll PLLC | Scott P Carroll Esq | 831 E Morehead St Ste 440 | | Charlotte | NC | 28202 | | 704-332-5654 | 704-332-6238 | | Counsel for Faber Bros. Inc. |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 | | 912-652-7110 | 912-652-7101 | | Chatham County Tax Commissioner |
| Christian & Barton LLP | Augustus C Epps Jr Esq Michael D Mueller Esq Jennifer M McLemore Esq Noelle M James Esq | 909 E Main St Ste 1200 | | Richmond | VA | 23219 | | 804-697-4104 804-697-4100 804-697-4129 | 804-697-4104 804-697-4112 804-697-4129 | aepps@cblaw.com mmueller@cblaw.com jmclemore@cblaw.com njames@cblaw.com | Counsel for Lexmark International, Inc.; Gateway Center Properties III, LLC; SMR Gateway III, LLC; Union Square Retail Trust; Whitestone Development Partners, LP.; CC-Investors 1995-6; M.I.A Brookhaven, LLC |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq Thomas D Bielli Esq | One Commerce Sq Ste 1930 | 2005 Market St | Philadelphia | PA | 19103 | | 215-557-3550 | 215-557-3551 | aciardi@ciardilaw.com tbielli@ciardilaw.com | Counsel for Little Britain Holding, LLC |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | 300 E Lombard St Ste 2000 | | Baltimore | MD | 21202 | | 410-528-2972 | 410-230-0667 | ddean@coleschotz.com | Counsel for Inland Western Retail Real Estate Trust, Inc.; Inland American Retail Management LLC; Inland Southwest Management LLC; Inland Pacific Property Services LLC; Inland Commercial Property Management, Inc.; and Inland US Management LLC |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq Christina M Thompson Esq | PO Box 2207 | 1007 N Orange St | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | kbifferato@cblh.com cthompson@cblh.com | Continental Property Management Corp. |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | 1875 Eye St NW 11th Fl | | Washington | DC | 20006 | | 202-331-7111 | 202-283-6229 | mpark@cblh.com | Counsel for Inland Southwest Management LLC; Inland American Retail Management LLC; Inland US Management LLC; Inland Pacific Property Services LLC; Inland Commercial Property Management, Inc.; and Inland Continental Property Management Corp. |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | 4551 Cox Rd Ste 210 | PO Box 3059 | Glen Allen | VA | 23058-3059 | | 804-747-4500 | 804-782-9608 | ddhopper@chlhf.com | Counsel for Rio Associates Limited Partnership |
| Core Properties Inc | James Donaldson | 831 E Morehead St Ste 445 | | Charlotte | NC | 28202 | | 704-342-0410 | 704-342-0704 | | Counsel for Alliance-Rocky Mount, LLC |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | 19800 MacArthur Blvd Ste 500 | | Irvine | CA | 92612 | | 949-476-2111 | 949-476-0256 | jbressi@coxcastle.com | Counsel for RJ Ventures, LLC and K&G Dearborn LLC |
| Culbert & Schmitt PLLC | Ann E Schmitt | 30C Catoctin Cir SE | | Leesburg | VA | 20175 | | 703-737-7797 | 703-737-8470 | aschmitt@culbert-schmitt.com | Counsel for Plaza Las Palmas LLC |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | PO Box 227042 | 3300 Enterprise Pkwy | Beachwood | OH | 44122 | | 212-755-5500 | | ecotton@ddrc.com | Corporate Counsel |
| Donahue Gallagher Woods LLP | William R Hill Eric A Handler | 300 Lakeside Dr Ste 1900 | | Oakland | CA | 94612 | | 510-451-0544 | 510-832-1486 | rock@dbonehue.com ehandler@donahue.com | Counsel for Monte Vista Crossings, LLC |
| Donchess Notinger & Tamposi | Peter N Tamposi | 547 Amherst St Ste 204 | | Nashua | NH | 03063 | | 603-886-7266 | | Peter@dnlpc.com ntrustee@dnlpc.com | Counsel for Eastman Kodak Company |
| Duane Morris LLP | Rudolph J DI Massa Jr Esq Matthew E Hoffman Esq | 30 S 17th St | | Philadelphia | PA | 19103 | | 215-979-1506 215-979-1524 | 215-689-2138 215-689-4922 | DiMassa@duanemorris.com MEHoffman@duanemorris.com | Counsel for Audiovox Corporation |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq John C Smith Esq Elizabeth L Gunn Esq | 600 E Main St 20th Fl | | Richmond | VA | 23219 | | 804-775-6900 | 804-775-6911 | rterry@durrettebradshaw.com jsmith@durrettebradshaw.com egunn@durrettebradshaw.com | Counsel for Hewlett Packard Company |
| Enterprise Asset Management Inc | Les Sudakoff Gay Richey Sr Credit Manager | 521 Fifth Ave Ste 1804 | | New York | NY | 10175 | | 212-824-1151 | 212-824-1102 | Les.Sudakoff@eaassets.com | Counsel for South Shields #1, Ltd. |
| Envision Peripherals Inc | | 47490 Seabridge Dr | | Fremont | CA | 94538 | | | | gay@epius.com | Envision Peripherals, Inc. |
| EOS Cohen & Jessup LLP | Michael S Kogan | 9401 Wilshire Blvd 9th Fl | | Beverly Hills | CA | 90212 | | 310-273-6333 | 310-859-2325 | mkogan@ecjlaw.com | Counsel for Ditan Distribution LLC |
| Federstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall Ste 1450 | | Sacramento | CA | 95814 | | 916-329-7400x222 | 916-329-7435 | ppascuzzi@ffwplaw.com | Counsel for 507 Northgate, LLC |
| Foster Pepper PLLC | Christopher M Alston | 1111 Third Ave Ste 3400 | | Seattle | WA | 98101 | | 206-447-4400 | | | |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | 150 Spear St Ste 1600 | | San Francisco | CA | 94105 | | 415-834-3800 | 415-834-1044 | efriedman@friedumspring.com | Counsel for Hewlett-Packard Company |
| Glass & Reynolds | David G Reynolds Esq | PO Box 1700 | | Corrales | NM | 87048 | | 505-899-5019 | 505-792-9095 | dave@glassandreynolds.com | Counsel for Homero Mata |
| Goulston & Storrs PC | Christine D Lynch Esq Peter D Bilowz Esq | 400 Atlantic Ave | | Boston | MA | 02110-3333 | | 617-482-1776 | 617-574-4112 | | Counsel for E&A Northeast Limited Partnership; Route 146 Millbury LLC; Interstate Augusta Properties LLC; SR Weiner & Associates Inc; Ray Mucci's Inc; NPP Development LLC |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | 1900 Avenue of the Stars Ste 2100 | | Los Angeles | CA | 90067-4590 | | 310-553-3610 | 310-553-0587 | jkrieger@ggfirm.com | Counsel for Southwinds Ltd |
| Greenberg Traurig LLP | Daniel J Ansell Esq | 200 Park Ave | | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | AnsellD@GTLaw.com | Counsel for Gateway Center Properties III, LLC; SMR Gateway III, LLC; Union Square Retail Trust; Whitestone Development Partners, L.P. |
| Greenberg Traurig LLP | Howard J Berman Esq | 200 Park Ave | | New York | NY | 10166 | | 212-801-9200 | 212-801-6400 | bermanh@gtlaw.com | Counsel for CC-Investors 1995-6 |
| Hamilton Beach Brands Inc | Bill Ray | 4421 Waterfront Dr | | Glen Allen | VA | 23060 | | | | bill.ray@hamiltonbeach.com | Credit Manager for Hamilton Beach Brands, Inc. |
| Herrick Feinstein LLP | Paul Rubin | Two Park Ave | | New York | NY | 10016 | | 212-592-1400 | 212-592-1500 | prubin@herrick.com | Counsel for Canon U.S.A., Inc. |
| Hewitt & O Neil LLP | Lawrence J Hilton | 19900 MacArthur Blvd Ste 1050 | | Irvine | CA | 92612 | | 949-798-0500 | 949-798-0511 | jdoran@hasllaw.com | Counsel for Targus Inc |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | 28 State St | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@haslaw.com | Counsel for DeMatteo Management, Inc. |
| Hirschler Fletscher PC | Michael P Falzone Esq Sheila deLa Cruz Esq | PO Box 500 | | Richmond | VA | 23218-0500 | | 804-771-9530 804-771-9560 | 804-644-0957 | mfalzone@hf-law.com sdelacruz@hf-law.com | Counsel for Altamonte Springs Real Estate Associates, 502; 12 86th Street LLC; Woodlawn Trustees, Incorporated; Bastis Limited Liability Company |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hodgson Russ LLP | Garry M Graber Esq | The Guaranty Bldg | 140 Pearl St Ste 100 | Buffalo | NY | 14202 | | 716-856-4000 | 716-849-0349 | ggraber@hodgsonruss.com | Counsel for Manufacturers & Traders Trust Company |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq; Rachel N Greenberger Esq; Nicholas B Melillo Esq | 530 Fifth Ave | | New York | NY | 10036 | | 212-818-9000 | 212-869-4830 | skipnis@hgg.com; rgreenberger@hgg.com; nmelillo@hgg.com | Counsel for Dollar Tree Stores, Inc. |
| Holland & Knight LLP | Richard E Lear | 2099 Pennsylvania Ave NW Ste 100 | | Washington | DC | 20006 | | 202-457-7049 | 202-955-5564 | richard.lear@hklaw.com | CapTech Ventures, Inc. |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq; Benjamin C Ackerly JR Smith | 2290 First National Bldg | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com; backerly@hunton.com | Counsel for McGinley, Inc.; Ritz Motel Company |
| Hunton & Williams LLP | Henry Toby P Long III | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | 804-788-8479 | 804-788-8218 | irsmith@hunton.com; hlong@hunton.com | Counsel for Panasonic Corporation of North America; Taubman Auburn Hills Associates Limited Partnership |
| Hunton & Williams LLP | J Eric Crupi | 1900 K St NW | | Washington | DC | 20006 | | 202-419-2143 | | ecrupi@hunton.com | Counsel for Taubman Auburn Hills Associates Limited Partnership |
| Hunton & Williams LLP | Michael S Held Esq | 1445 Ross Ave Ste 3700 | | Dallas | TX | 75202-2799 | | 214-468-3334 | 214-468-3599 | mheld@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP |
| Hunton & Williams LLP | Robert S Westermann Esq | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23219-4074 | | 804-788-8200 | 804-788-8218 | rwestermann@hunton.com | Counsel for Harvest HPE LP; Cypress CC Marion I LP; COMSYS Information Technology Services, Inc. and COMSYS Services, LLC |
| IBM Corporation | Vicky Namken | 13800 Diplomat Dr | | Dallas | TX | 75234 | | | | | Counsel for IBM Corporation, InfoPrint Solutions Company |
| Jackson & Campbell PC | David H Cox Esq | 1120 20th St NW S Tower | | Washington | DC | 20036 | | 202-457-1600 | 202-457-1678 | dcox@jackscamp.com; jmatteo@jackscamp.com | Counsel for Microsoft Corporation |
| Jackson & Campbell PC | John J Matteo Esq | | | | | | | | | | |
| Jipen Schlesinger LLP | Hale Yazicioglu Esq | 300 Garden City Plz | | Garden City | NY | 11530 | | 516-746-8000 | 516-393-8282 | hyazicioglu@jaspanllc.com | Counsel for AVR CPC Associates LLC |
| Katsky Korins LLP | Steven H Newman Esq | 605 Third Ave 16th Fl | | New York | NY | 10158 | | 212-953-6000 | 212-953-6899 | snewman@katskykorins.com | Counsel for THQ, Inc. |
| John Marshall Collins PC | David M Poitras PC | 1900 Avenue of the Stars 7th Fl | | Los Angeles | CA | 90067 | | 310-203-8080 | 310-712-8571 | dpoitras@jmbm.com | Counsel for THQ, Inc. |
| Jenn Marshall Collins PC | John Marshall Collins Esq | 50 W San Fernando St Ste 400 | | San Jose | CA | 95113 | | | | johnslaw@gmail.com | Counsel for Daly City Partners I, L.P. |
| K&L Gates LLP | Eric C Rusnak | 1601 K St NW | | Washington | DC | 20006-1600 | | 202-778-9000 | 202-778-9100 | eric.rusnak@klgates.com | Counsel for Microsoft Corporation |
| K&L Gates LLP | Marc Barreca | 925 Fourth Ave Ste 2900 | | Seattle | WA | 98104-1158 | | 206-623-7580 | 206-623-7022 | marc.barreca@klgates.com; bankruptcyecf@klgates.com | Counsel for Microsoft Corporation |
| Kaufman & Canoles | Paul K Campsen Esq | 150 W Main St Ste 2100 | | Norfolk | VA | 23510 | | 757-624-3000 | 757-624-3169 | pkcampsen@kaufcan.com | Counsel for 502-12 LLC; 502-12 66th St LLC |
| Keaton Muchin Rosenman LLP | c o Brian D Huben; c o Thomas J Leanse; c o Dustin P Branch | 2029 Century Park E Ste 2600 | | Los Angeles | CA | 90067-3012 | | 310-788-4400 | | | Counsel for The Macerich Company; PREEF Property Management, Watt Companies, Cousins Properties, Portland Investment Company of America, and Prudential Insurance Company of America |
| Kelley Drye & Warren LLP | James S Carr Esq; Robert L LeHane Esq | 101 Park Ave | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com | Counsel for Developers Diversified Realty Corporation; Weingarten Realty Investors; Basser-Kaufman; General Growth Properties, Inc.; Jones Lang LaSalle Americas, Inc.; Phillips International; S.J. Collins Enterprises, Goodman Enterprises; DeHart Holdings; Weeks Properties CG Holdings; FW CA-BREA Marketplace LLC; Regency Centers, L.P.; RC CA Santa Barbara, LLC |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | 7201 Glen Forest Dr Ste 102 | | Richmond | VA | 23226 | | 804-288-3446 | 804-288-3661 | wbroscious@kbbplc.com | Counsel for Kamin Realty Company |
| King & Spalding LLP | James A Pardo Jr; Thaddeus D Wilson | 1180 Peachtree St | | Atlanta | GA | 30309 | | 404-572-4600 | 404-572-5129 | jpardo@kslaw.com; thadwilson@kslaw.com | Counsel for Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics America, Inc. |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | 11 Piedmont Ctr Ste 900 | 3495 Piedmont Rd NE | Atlanta | GA | 30305 | | 404-237-4100 | 404-364-0126 | hdawson@kkgpc.com | Counsel for Westgate Village LP |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | 1999 Avenue of the Stars 39th Fl | | Los Angeles | CA | 90067-6049 | | | | mtuchin@ktbslaw.com | Counsel for Paramount Home Entertainment |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | 260 S Broad St | | Philadelphia | PA | 19102 | | 215-569-4493 | 215-568-6603 | jkurtzma@klehr.com | Counsel for The Goldenberg Group |
| Kroklas & Bluestein LLP | Anthony J Cichello Esq | 600 Atlantic Ave | | Boston | MA | 02210 | | | | | Counsel for Loop West LLC, by its Managing Agent The Wilder Companies, Ltd. |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq; David M Blau Esq | 25800 Northwestern Hwy Ste 950 | | Southfield | MI | 48075 | | 248-357-0000 | 248-357-7488 | tah@kompc.com; dmb@kompc.com | Counsel for Ramco West Oaks I, LLC; Ramco JW, LLC; RLV Village Plaza, LP; RLV Vista Plaza, LP; Rebs Muskegon, LLC; Pelkar Muskegon, LLC; Feram Muskegon, LLC |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kutak Rock LLP | Michael A Condyles Esq, Loc Pfeiffer Esq, Peter J Barrett Esq | 1111 E Main St Ste 800 | | Richmond | VA | 23219-3500 | | 804-644-1700 | 804-783-6192 | michael.condyles@kutakrock.com; loc.pfeiffer@kutakrock.com; peter.barrett@kutakrock.com | Counsel for Sony Electronics Inc.; Schottenstein Property Group, Inc. |
| Landsberg Margulies LLP | Ian S Landsberg Esq | 16030 Ventura Blvd Ste 470 | | Encino | CA | 91436 | | 818-705-2777 | 808-705-3777 | | Counsel for Englerdge Associates, LLC; Torrance Towne Center Associates, LLC; NMC Stratford, LLC and FJL-MVP, LLC |
| Latham & Watkins LLP | Josef S Athanas | Sears Tower Ste 5800 | 233 S Wacker Dr | Chicago | IL | 60606 | | 312-876-7700 | 312-993-9767 | josef.athanas@lw.com | Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC |
| Law Office of Robert E Luna PC | Andrea Sheehan | 4411 N Central Expressway | | Dallas | TX | 75205 | | 214-521-8000 | 214-521-1738 | sheehan@txschoollaw.com | Counsel for Lewisville Independent School District |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | 901 Dove St Ste 120 | | Newport Beach | CA | 92660 | | 949-250-3322 | 949-250-3387 | rkbrownjr@aol.com | Counsel for Pacific Castle Groves, LLC |
| Lazar Apotheker Rosella & Yedid PC | Robin S Abramowitz | Melville Law Ctr | 225 Old Country Rd | Melville | NY | 11747-2712 | | 631-761-0800 | | abramowitz@laryopc.com | Merrivlle Trust; Bond Circuit VIII Delaware Trust; CC Colonial Trust; CC Joliet Trust; CC |
| LeClairRyan A Professional Corporation | Bruce H Matson | Riverfront Plz E Tower | 951 E Byrd St | Richmond | VA | 23218-2499 | | 804-783-2003 | 804-783-2294 | Bruce.Matson@leclairryan.com | Counsel for Bank of America, N.A., as Agent |
| Lehnardt & Lehnardt LLC | Detlef G Lehnardt, Stephen K Lehnardt | 20 Westwoods Dr | | Liberty | MO | 64068-3519 | | 816-407-1400 | 816-407-9088 | sklehr@lehnardt-law.com | Counsel for 3725 Airport Blvd LP |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq, Gordon S Young Esq | One Corporate Ctr | 10451 Mill Run Cir Ste 1000 | Owings Mills | MD | 21117 | | 410-581-7400 | 410-581-7410 | jeremy.friedberg@lit.com; gordon.young@lit.com | Counsel for Toshiba America Consumer Products, L.L.C. and Toshiba America Information Systems, Inc. |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | 1425 RexCorp Plz | | Uniondale | NY | 11556-1425 | | 516-802-7008 | 516-802-7008 | lstopol@levystopol.com | Counsel for Audiovox Corporation |
| Lint Ruger & Kim LLP | Samuel S Oh Esq | 1055 W Seventh St Ste 2600 | | Los Angeles | CA | 90017 | | 213-955-9500 | 213-955-9511 | sam.oh@lintruger.com | Counsel for Avante/Trigem USA |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | PO Box 17428 | 1949 S IH 35 78741 | Austin | TX | 78760 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel for City of Round Rock; McLennan County; South Texas ISD; Cameron County; Nueces County |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan St Ste 1600 | | Dallas | TX | 75201 | | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel for Cypress-Fairbanks Independent School District; Montgomery County |
| Lowes and Blocher LLP | Bradford F Englander Esq, Brian M Nestor Esq | 7200 Wisconsin Ave Ste 800 | | Bethesda | MD | 20814 | | 301-961-5125 | 301-654-2601 | benglander@linowes-law.com; bnestor@linowes-law.com | Counsel for Alliance Entertainment Corporation and Source Interlink Media, LLC |
| Lionel J Postic PC | John R Roberts | 125 Townpark Dr Ste 300 | | Kennesaw | GA | 30144 | | 770-977-8767 | | | Counsel for Sun Belt General Contractors, Inc. |
| Loudoun County Attorney | Belkys Escobar | One Harrison St SE | MSC No 06 | Leesburg | VA | 20175-3102 | | 703-777-0307 | 703-771-5025 | Belkys.Escobar@loudoun.gov | Counsel for Loudoun County |
| Lowenstein Sandler PC | Vincent A D'Agostino Esq | 65 Livingston Ave | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel for AT&T |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | 86 Farmington Ave | | Hartford | CT | 06105 | | 860-278-1800 | 860-547-1191 | mstiebel@mrglaw.com | Counsel for Bastie Limited Liability Company |
| Madison County Alabama Tax Collector | Lynda Hall | Madison County Courthouse | 100 Northside Sq | Huntsville | AL | 35801 | | 256-532-3369 | 256-531-3368 | | Counsel for Tax Collector of Madison County, Alabama |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr, W Joel Charboneau | PO Box 404 | | Roanoke | VA | 24003 | | 540-343-9800 | 540-343-9898 | cmagee@mfgs.com; jcharboneau@mfgs.com | Counsel for Lewisville Independent School District; Arlington ISD; Aller ISD; Baytown ISD; Brazoria County; Brazoria County MUD #5; Burleson ISD; Carroll ISD; City of Cedar Hill; City of Hurst; City of Lake Worth; City of Wichita Falls; Clear Creek ISD; Fort Bend ISD; Fort Bend LID 2; Fort Worth ISD; Galena Park ISD; Hidalgo County & H.C. Drainage District #1; Humble ISD; Lubbock CAD; Midland County Tax Office; Potter County Tax Office; Tyler ISD; Wichita County; Wichita Falls ISD; Woodlands Metro MUD; Woodlands RUD #1 |
| Magruder Cook Carmody & Koutsouflakis | Anne M Magruder Esq, Leon Koutsouflakis Esq, Clement J Farley | 1889 Preston White Dr Ste 200 | | Reston | VA | 20191 | | 703-766-4400 | 703-766-4408 | lloyds@magruderpc.com; cfarley@mccarter.com | Counsel for Washington Real Estate Investment Trust |
| McCarter & English LLP | Angela Sheffler Abreu | Four Gateway Ctr | 100 Mulberry St | Newark | NJ | 07102-4096 | | 973-622-4444 | 973-624-7070 | aabreu@mccarter.com | Counsel for PNY Technologies, Inc. |
| McCreary Veselka Bragg & Allen PC | Michael Reed | PO Box 1269 | | Round Rock | TX | 78680 | | 512-323-3200 | | | Attorney for Williamson County, Texas, et al. |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | 340 Madison Ave | | New York | NY | 10173-1922 | | 212-547-5400 | 212-547-5444 | graicht@mwe.com | Counsel for Altamonte Springs Real Estate Associates |
| McDermott Will & Emery LLP | Karla L Palmer Esq | 600 13th St NW | | Washington | DC | 20005-3096 | | 202-756-8000 | 202-756-8087 | kpalmer@mwe.com | Counsel for Altamonte Springs Real Estate Associates |
| McDonough Holland & Allen PC | Mary E Olden Esq, Andre K Campbell Esq, Sean Thomas Thompson Esq | 555 Capitol Mall Ste 950 | | Sacramento | CA | 95814 | | 916-444-3900 | 916-444-8334 | molden@mhalaw.com; acampbell@mhalaw.com; sthompson@mhalaw.com | Counsel for Colorado Structures, Inc., dba CSI Construction Company |
| McKenna Long & Aldridge LLP | John G McJunkin Esq | 1900 K St NW | | Washington | DC | 20006 | | 202-496-7312 | 202-496-7094 | jmcjunkin@mckennalong.com | Counsel for Bethesda Softworks, LLC |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| McKenna Long & Aldridge LLP | John G McLurkin Esq J David Folds | 1900 K St NW | | Washington | DC | 20006 | | 202-496-7312 202-496-7521 | 202-496-7094 202-496-7756 | jmclurkin@mckennalong.com dfolds@mckennalong.com | Counsel for 120 Orchard LLC; 427 Orchard LLC; FT Orchard LLC; Marc Realty |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | 308 Maltbie St Ste 200 | | Syracuse | NY | 13204-1498 | | 315-474-7541 | 315-474-4040 | knewman@menterlaw.com | Counsel for Carrousel Center Company, LP.; Sangertown Square, L.L.C.; EklecdeCo NewCo, LLC; Landover, LLC; Charlotte UY, LLC; Cameron Bayonne, LLC; and Fingerlakes Crossing, LLC |
| Mercer/Triglani LLP | Philip C Baxa Esq | 16 S Second St | | Richmond | VA | 23219 | | 804-782-8691 | 804-644-0209 | phil.baxa@mercertriglani.com | Counsel for JWCLoftus, LLC |
| Michael J Sawyer | Quincy Ctr Plaza | PO Box 55968 | 1385 Hancock St | Quincy | MA | 02169 | | 617-770-6003 | 617-770-6091 | msawyer@stopandshop.com | Counsel for Giant of Maryland LLC and The Stop & Shop Supermarket Company LLC |
| Michelle Leeson CFCA | | PO Box 25300 | | Bradenton | FL | 34206-5300 | | 941-741-4835 | 941-741-4865 | michellel@taxcollector.com | Counsel for Ken Burton Jr., Manatee County Tax Collector |
| Michelle Leeson CFCA | | 819 US 301 Blvd W | | Bradenton | FL | 34205 | | 941-741-4835 | 941-741-4865 | michellel@taxcollector.com | Counsel for Ken Burton Jr., Manatee County Tax Collector |
| Miller Canfield Paddock and Stone PLC | John L Senica | 225 W Washington Ste 2600 | | Chicago | IL | 60606 | | 312-460-4215 | 312-460-4201 | senica@millercanfield.com | Counsel for Evergreen Plaza Associates Limited Partnership; Evergreen Plaza Associates I, LP; and TPG Management Inc. |
| Missouri Department of Revenue | Attn Richard M Maseles | Bankruptcy Unit | PO Box 475 | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | dhd@dor.mo.gov | Counsel for Department of Revenue |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | AV Division | 9351 Jeronimo Rd | Irvine | CA | 92656 | | 949-465-6079 | 949-609-4924 | batteberry@mdea.com | Counsel for Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics America, Inc. |
| Monarch Alternative Capital LP | Andrew Herenstein | 535 Madison Ave | | New York | NY | 10022 | | 212-554-1742 | 212-554-1742 | Andrew.Herenstein@monarchlp.com | Monarch Alternative Capital LLP |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq | 101 Park Ave | | New York | NY | 10178-0600 | | 212-309-6699 | 212-309-6001 | nherman@morganlewis.com | Counsel for Kimco Realty Corporation |
| Neuberger Quinn Gielen Rubin & Gibber | Deborah H Devan Esq | One South St 27th Fl | | Baltimore | MD | 21202-3282 | | 410-332-8550 | 410-332-8505 | dhd@nqgrg.com | Counsel for Circuit City Indianapolis 98, LLC; Circuit City Jackson 98 LLC; Circuit City Harper Woods 98, LLC; Circuit City Green Bay 98, LLC; Circuit City East Lansing 98, LLC |
| Nixon Peabody LLP | Michael J Sage Esq Karyn B Zeldman Esq | Times Square Tower | 7 Times Square | New York | NY | 10036 | | 212-326-2000 | 212-326-2061 | msage@nixonpeabody.com kzeldman@nixonpeabody.com | Counsel for Pan Am Equities, Inc. |
| Office of Joe G Tedder CFC | Bonnie Holly | Delinquency and Enforcement | PO Box 2016 | Bartow | FL | 33831-2016 | | 863-534-4745/5718 | 863-534-4741 | bonnieholly@polktaxes.com | Counsel for the Tax Collector for Polk County, Florida |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | Dept of Labor and Industry Reading Bankruptcy & Compliance Unit | 625 Cherry St Rm 203 | Reading | PA | 19602-1184 | | 610-378-4044 | 610-378-4459 | tbortz@state.pa.us | Office of Unemployment Compensation Tax Services |
| Oklahoma County Treasurer | Tammy Jones Pro Se | 320 Robert S Kerr Rm 307 | | Oklahoma City | OK | 73102 | | 405-713-1323 | | | Counsel for the Oklahoma County Treasurer |
| Olsen Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq Frederick J Levy Esq | Park Avenue Tower | 65 E 55th St | New York | NY | 10022 | | 212-451-2300 | | mfox@olshanlaw.com flevy@olshanlaw.com | Counsel for Bush Industries, Inc.; ON Corp US Inc; ON Corp |
| Ordermeier Blend Harrison & Tate Inc | Raymond W Battaglia | 711 Navarro 6th Fl | | San Antonio | TX | 78205 | | 210-224-2000 | 210-224-7540 | Rbattaglia@obht.com | Counsel for The Miner Corporation |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq Jonathan P Guy Esq | Columbia Ctr | 1152 15th St NW | Washington | DC | 20005-1706 | | 202-339-8400 | 202-339-8500 | sstengel@orrick.com jguy@orrick.com | Counsel for MiTAC USA Inc. |
| Osler Hoskin & Harcourt LLP | Jeremy Dacks Marc S Wasserman | 100 King St W 1 First Canadian Pl | Ste 6100 PO Box 50 | Toronto | ON | M5X 1B8 | Canada | 416-362-4923 416-862-4908 | 416-862-6666 | jdacks@osler.com mwasserman@osler.com | Counsel for MiTAC USA Inc. |
| Patton Boggs LLP | R Timothy Bryan Alan M Noskow | 8484 Westpark Dr 9th Fl | | McLean | VA | 22102 | | 703-744-8000 | 703-744-8001 | tbryan@pattonboggs.com anoskow@pattonboggs.com | Counsel for Navarre Distribution Services, Inc. |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | Office of the Chief Counsel | 1200 K St NW | Washington | DC | 20005-4026 | | 202-326-4020x3881 800-400-7242x3881 | 202-326-4112 | eagle.sara@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Yolanda Humphrey | PO Box 13430 | | Arlington | TX | 76094-0430 | | 817-461-3344 | 817-860-6509 | ebanda@pbfcm.com yhumphrey@pbfcm.com arlbankr@pbfcm.com | Counsel for the City of Cedar Hill; Burleson ISD; Arlington ISD; City of Hurst; Mansfield ISD; Carroll ISD; City of Lake Worth; Arlington ISD; Alief ISD; Baybrook MUD 1; Brazoria County, Brazoria County MUD #6; Burleson ISD; Carroll ISD; City of Cedar Hill; City of Hurst; City of Lake Worth; City of Wichita Falls; Clear Creek ISD; Fort Bend ISD; Fort Bend LID 2; Fort Worth ISD; Galena Park ISD; Hidalgo County & H.C. Drainage District #1; Humble ISD; Lubbock CAD; Midland County Tax Office; Potter County Tax Office; Tyler ISD; Wichita County; Wichita Falls ISD; Woodlands Metro MUD; Woodlands RUD #1 |
| Phillips Goldman & Spence PA | Scott L Adkins Esq Stephen W Spence Esq | 1200 N Broom St | | Wilmington | DE | 19806 | | 302-655-4200 | 302-655-4210 | sws@pgslaw.com sla@pgslaw.com | Counsel for Dicker-Warrington Properties |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pima County Attorney Civil Division | German Yusufov | 32 N Stone Ste 2100 | | Tucson | AZ | 85701 | | 520-740-5750 | | gjamnm@pbj.com | Counsel for PIMA County |
| Posternak Blankstein & Lund LLP | Terri A Roberts Robert Somma Esq | Prudential Tower | 800 Boylston St | Boston | MA | 02199 | | 617-973-6100 | 617-367-2315 | rsomma@pbl.com; tolien@pbl.com | |
| Powell Goldstein LLP | Brian A Otenti Esq Laura A Otenti Esq | 901 New York Avenue NW Third Fl | | Washington | DC | 20001 | | 202-624-7380 | 202-624-7222 | wcrenshaw@pogolaw.com | |
| Procopio Cory Hargreaves & Savitch LLP | William C Crenshaw Esq Gerald P Kennedy | 530 B St Ste 2100 | | San Diego | CA | 92101 | | 619-515-3239 | 619-235-0398 | gpk@procopio.com | Counsel for Plaza Las Palmas LLC |
| Quarles & Brady LLP | Lori L Winkelman Esq Catherine M Guastello Esq | Renaissance One | Two N Central Ave | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | lwinkelm@quarles.com; counsel@quarles.com | Counsel for DFS Services LLC |
| Quarles & Brady LLP | Catherine M Guastello Esq | Two N Central Ave | | Phoenix | AZ | 85004 | | 602-229-5200 | 602-229-5690 | counsel@quarles.com | Counsel for United Parcel Service, Inc.; UPS Ground Freight, Inc. and Bedford Properties LLC |
| Quarles & Brady LLP | Faye B Feinstein Esq Christopher Combest Esq | 500 W Madison St Ste 3700 | | Chicago | IL | 60661 | | 312-715-5000 | 312-715-5155 | fbf@quarles.com; gcombest@quarles.com | Counsel for United Parcel Service, Inc.; UPS Ground Freight, Inc. and Bedford Properties LLC |
| Ravich Meyer Kirkman McGrath Neuman & Tansey PA | Michael F McGrath Esq | 4545 IDS Ctr | 80 S Eighth St | Minneapolis | MN | 55402 | | 612-332-8511 | 612-332-8302 | mfmcgrath@ravichmeyer.com | Counsel for Tamarack Village Shopping Center LP |
| Regency Centers | Catherine L Strauss | Regency Corporate Counsel | 8044 Montgomery Rd Ste 520 | Cincinnati | OH | 45236 | | 513-686-1628 | | catherinestrauss@regencycenters.com | Associate Corporate Counsel for Regency Centers |
| Reimer & Braunstein LLP | David S Berman | Three Ctr Plz 6th Fl | | Boston | MA | 02108 | | 617-880-3456 | 617-880-3456 | Dberman@riemerlaw.com | Counsel for Bank of America, N.A., as Agent |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | 1345 Avenue of the Americas | | New York | NY | 10105 | | 212-603-6300 | 212-581-5981 | | Counsel for F&M Properties, Inc. |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | 1888 Century Park E Ste 1500 | | Los Angeles | CA | 90067 | | 310-277-7400 | 310-277-7584 | dkappler@rdwlawcorp.com | Counsel for Watercress Associates LP, LLP, dba Pearlridge Center |
| Romero Law Firm | Martha E Romero | BMR Professional Building | 6516 Bright Ave | Whittier | CA | 90601 | | | | romero@mromerolawfirm.com | Counsel for County of Riverside, CA |
| Ronald M Tucker Esq | | 225 W Washington St | | Indianapolis | IN | 46204 | | 317-263-2346 | 317-263-7901 | rtucker@simon.com | Counsel for Simon Property Group Inc |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | 2 Riverway Ste 700 | | Houston | TX | 77056 | | 713-626-1200 | 713-623-6014 | jvlombardi@rossbanks.com | Counsel for AmREIT |
| Saiber LLC | Nancy A Washington Esq C Thomas Ebel | One Gateway Ctr 13th Fl | | Newark | NJ | 07102 | | 973-622-3333 | 973-622-3349 | new@saiber.com | Counsel for FM Facility Maintenance, f/k/a IPT, LLC |
| Sands Anderson Marks & Miller | William A Gray C Thomas Ebel | PO Box 1998 | 801 E Main St Ste 1800 | Richmond | VA | 23218-1998 | | 804-783-7237 | 804-783-7291 | | Counsel for Monument Consulting, LLC |
| Sands Anderson Marks & Miller PC | Lisa Taylor Hudson Esq | 801 E Main St | | Richmond | VA | 23219 | | 804-648-1636 | 804-783-7291 | cbelmonte@ssbb.com; pboswick@ssbb.com; asnow@ssbb.com | Counsel for Reverend Dwayne Funches, Individually, and as Independent Executor of the Estates of Trafis Funches, Dione Funches, Dwayne Funches, Jr., Emily Funches, Lavera S Funches, Shaltra Funches, Individually, UTC I, LLC; PratiCenter, LLC; Valley Corners Shopping Center, LLC |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq Pamela A Bosswick Esq Abigail Snow Esq | 230 Park Ave | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | eallice@saul.com | Counsel for International Business Machines Corporation |
| Saul Ewing LLP | Edith K Altice Esq | Lockwood Pl | 500 E Pratt St Ste 900 | Baltimore | MD | 21202-3171 | | 410-332-8600 | 410-332-8862 | eallice@saul.com | Counsel for FR E2 Property Holding, L.P. |
| Saul Ewing LLP | Jeremy W Ryan Esq | PO Box 1266 | 222 Delaware Ave | Wilmington | DE | 19801 | | 302-421-6805 | 302-421-5861 | jryan@saul.com | Counsel for FR E2 Property Holding, L.P. |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq J Carole Thompson Hord Esq | 1100 Peachtree St NE | Ste 800 | Atlanta | GA | 30309 | | 404-681-3450 | 404-681-1046 | lburnat@swfllp.com; chord@swfllp.com | Counsel for Turner Broadcasting System, Inc. |
| Schulte Roth & Zabel LLP | Michael L Cook David M Hillman Meghan M Breen | 919 Third Ave | | New York | NY | 10022 | | 212-756-2000 | 212-593-5955 | michael.cook@srz.com; david.hillman@srz.com; meghan.breen@srz.com | Counsel for Panasonic Corporation of North America |
| Seyfarth Shaw LLP | William J Factor Esq | 131 S Dearborn St Ste 2400 | | Chicago | IL | 60603 | | 312-460-5973 | 212-460-7973 | wfactor@seyfarth.com | Counsel for Arboretum of South Barrington, LLC |
| Shulman Rogers Gandal Pordy & Ecker PA | Stephen A Metz Esq | 11921 Rockville Pike Ste 300 | | Rockville | MD | 20852-2743 | | 301-230-6564 | 301-230-2891 | smetz@srgpe.com | Counsel for Saul Holdings Limited Partnership |
| Shutts & Bowen LLP | Andrew M Brumby | 300 S Orange Ave Ste 1000 | | Orlando | FL | 32801 | | 407-835-6901 | 407-849-7201 | abrumby@shutts.com | Counsel for Cameron Group Associates LLP |
| Shutts & Bowen LLP | Andrew M Brumby | PO Box 4956 | | Orlando | FL | 32802-4956 | | 407-835-6901 | 407-849-7201 | abrumby@shutts.com | Counsel for Cameron Group Associates LLP |
| Shutts & Bowen LLP | Brian P Hall Esq | Ste 3100 Promenade II | 1230 Peachtree St NE | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bhall@sgrlaw.com | Counsel for Lexington Lion Weston I LP |
| Smith Gambrell & Russell LLP | F Marion Hughes | 300 E McBee Ave Ste 500 | PO Box 87 | Greenville | SC | 29602-0087 | | 864-242-6440 | 864-240-2474 | marion.hughes@smithmoorelaw.com | Counsel for CAP Brunswick LLC |
| Smith Moore Leatherwood LLP | Lloyd B Sarakin | 1 Sony Dr MD No 1E 4 | | Park Ridge | NJ | 07656 | | 201-730-7493 | | lloyd.sarakin@am.sony.com | Counsel for Sony Electronics Inc. |

Circuit City Stores, Inc.
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country | Phone | Fax | Email | Party/Function |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Southwinds Ltd | Paul Resnick | 5900 Wilshire Blvd Ste 2600 | | Los Angeles | CA | 90036 | | 323-933-6400 | 323-933-6440 | prd@southwindsltd.com | Southwinds Ltd |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | 675 Third Ave 31st Fl | | New York | NY | 10017 | | 212-681-6500 | 212-681-4041 | | Counsel for Green 521 5th Avenue LLC |
| Stevens & Lee PC | Steven J Adams Esq | 111 N 6th St | | Reading | PA | 19603 | | 610-478-2000 | 610-376-5610 | | Counsel for Lexmark International, Inc. |
| Stinson Morrison Hecker LLP | Jaime S Dibble | 1150 18th St NW Ste 800 | | Washington | DC | 20036-3816 | | 202-785-9100 | 202-785-9163 | jdibble@stinson.com | Germin International, Inc. |
| Stromberg & Associates PC | Mark Stromberg | Two Lincoln Ctr | 5420 LBJ Fwy Ste 300 | Dallas | TX | 75240 | | 972-458-5353 | 972-770-2156 | mark@strombergfirm.com | Counsel for CDB Falcon Sunland Plaza LP |
| Stutman Treister & Glatt PC | Eric D Goldberg | 1901 Avenue of the Stars 12th Fl | | Los Angeles | CA | 90067 | | 310-228-5600 | 310-228-5788 | egoldberg@stutman.com | Counsel for Sirius XM Radio Inc. and XM Satellite Radio Inc. |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | One Indiana Sq Ste 3500 | | Indianapolis | IN | 46204 | | 317-713-3500 | 317-713-3699 | jgraham@taftlaw.com | Counsel for Greenwood Point, LP and Washington Corner, LP |
| Taxing Authority Consulting Services PC | Mark K Ames Jeffrey Scharf | PO Box 771476 | | Richmond | VA | 23255 | | 804-649-2445 | | mark@lauxa.com | Counsel for Commonwealth of Virginia, Dept of Taxation |
| Texas Attorney Generals Office | Mark Browning | Bankruptcy & Collections Division | PO Box 12548 | Austin | TX | 78711-2548 | | 512-475-4883 | 512-482-8341 | bk.mbrowning@oag.state.tx.us | Counsel for the Texas Comptroller of Public Accounts and Texas Workforce Commission |
| The Cafaro Company | Richard T Davis | PO Box 2186 | 2445 Belmont Ave | Youngstown | OH | 44504-0186 | | 330-747-2661 | 330-743-2902 | rdavis@cafarocompany.com | Counsel for Howland Commons Partnership; Huntington Mall Company; Kentucky Oaks Mall Company; and The Cafaro Northwest Partnership |
| The Law Offices of David A Greer PLC | David A Greer Esq | 500 E Main St Ste 1225 | | Norfolk | VA | 23510 | | 757-227-5155 | 757-227-5158 | dgreer@davidgreerlaw.com | Counsel for Pan Am Equities, Inc. |
| The Meilburger Law Firm PC | Janet M Meilburger Esq | 1493 Chain Bridge Rd Ste 201 | | McLean | VA | 22101 | | 703-556-7871 | 703-556-8609 | admin@meilburgerlaw.com | Counsel for Riomac Equities Corporation |
| Thomas G King | | PO Box 4010 | | Kalamazoo | MI | 49003-4010 | | 269-324-3000 | 269-324-3010 | tking@kech.com | Counsel for Southland Acquisitions, LLC |
| Travelers | Mike Lynch | Account Resolution | One Tower Sq 5MN | Hartford | CT | 06183 | | 860-277-7971 | 860-277-2158 | | Counsel for Travelers |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 | | | | | UrbanCal Oakland II LLC |
| US Securities and Exchange Commission | Susan R Sherrill Beard | Atlanta Regional Office | Ste 1000 3475 Lenox Rd NE | Atlanta | GA | 30326-1232 | | 404-842-7626 | 404-842-5755 | sherrill.beards@sec.gov | US Securities and Exchange Commission |
| Vonage Holdings Inc | Angelique Electra | 23 Main St | | Holmdel | NJ | 07733 | | 732-228-4187 | | angelique.electra@vonage.com | Vonage Marketing Inc. |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr Suparna Banerjee Kara D Lehman | 277 S Washington St Ste 310 | | Alexandria | VA | 22314 | | 703-837-6999 | 703-549-4492 | mmmitchell@vorys.com sbanerjee@vorys.com kdlehman@vorys.com | Counsel for Accent Energy California LLC; Polaris Circuit City, LLC |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | 52 E Gay St | | Columbus | OH | 43215 | | 614-464-8322 | 614-719-4663 | tscobb@vssp.com | Counsel for Platform-A Inc.; Advertising.com Inc. |
| Wayland Golden Smiley Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall Esq | 650 Town Ctr Dr Ste 950 | | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel for Western Digital Technologies, Inc. |
| Weingarten Realty Investors | Jenny J Hyun Esq | 2600 Citadel Plz Dr | | Houston | TX | 77008 | | 713-866-6836 | | jhyun@weingarten.com | Corporate Counsel |
| Whiteford Taylor Preston LLP | Kevin G Hroblak Esq | 7 Saint Paul St | | Baltimore | MD | 21202 | | 410-347-8700 | 410-223-4302 | | Counsel for Annapolis Plaza LLC |
| Whitey Rain LLP | H Jason Gold Esq Dylan G Trache Esq | 7925 Jones Branch Dr Ste 5200 | | McLean | VA | 22102 | | 703-905-2800 | 703-905-2820 | jgold@wileyrein.com dtrache@wileyrein.com | Counsel for LG Electronics USA, Inc. |
| Williams Mullen | William H Schwarzschild III | Two James Ctr 16th Fl | 1021 E Cary St PO Box 1320 | Richmond | VA | 23218-1320 | | 804-783-6489 | 804-783-6507 | tschwarz@williamsmullen.com | Counsel for Vonage Marketing Inc.; Dollar Tree Stores, Inc. |
| Winthrop & Weinstine PA | Christopher A Camardello Laura Day DelCotto Esq | 225 S Sixth St Ste 3500 | | Minneapolis | MN | 55402 | | 612-604-6400 | 612-604-6800 | ccamardello@winthrop.com kdelcotto@wisedel.com | Counsel for Navarre Corporation |
| Wise DelCotto PLLC | Allison Fridy Arbuckle Esq | 200 N Upper St | | Lexington | KY | 40507 | | | | aarbuckle@wisedel.com | Counsel for M.I.A. Brookhaven, LLC |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | 1851 W Colonial Dr | | Orlando | FL | 32804 | | 407-648-0058 | 407-648-0681 | dmcfarlin@whmh.com | Counsel for Alexander H Bobinski |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton Todd D Ross | 1401 Eye St NW 7th Fl | Ste 700 | Washington | DC | 20005 | | 202-261-0050 202-261-0050 | 202-261-0050 | jtarkenton@wcsr.com tdross@wcsr.com | Counsel for Gateway, Inc. and Acer American Holdings Corp.; Amcor Sunclipse North America |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | 222 Delaware Ave Ste 1501 | | Wilmington | DE | 19801 | | 302-252-4324 | 302-661-7724 | mbusenkell@wcsr.com | Counsel for Amcor Sunclipse North America |
| Young Goldman & Van Beek PC | Neil P Goldman Esq John P Van Beek Esq | 510 King St Ste 416 | | Alexandria | VA | 22313 | | 703-684-3260 | 703-548-4742 | ngoldman@ygvb.com | Counsel for Sacco of Maine LLC |