UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., et al., ) | Case No. 08-35653-KRH |
| ) | Chapter 11 |
| Debtors. ) | (Jointly Administered) |

**502-12 86TH STREET, LLC, COTTONWOOD CORNERS – PHASE V, LLC AND WOODLAWN TRUSTEES, INCORPORATED'S JOINDER TO LIMITED OBJECTION TO THE DEBTORS' MOTION FOR ORDERS UNDER BANKRUPTCY CODE SECTIONS 105, 363 AND 365 (I) APPROVING BIDDING AND AUCTION PROCEDURES FOR SALE OF UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES, (II) SETTING SALE HEARING DATES AND (III) AUTHORIZING AND APPROVING (A) SALE OF CERTAIN UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES FREE AND CLEAR OF ALL INTERESTS (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES AND (C) LEASE REJECTION PROCEDURES**

502-12 86th Street LLC, Cottonwood Corners – Phase V, LLC and Woodlawn Trustees, Incorporated (collectively, the "Landlords"), by counsel, hereby join in the limited objection (the "Motion") (Docket No. 2038) of Carousel Center Company, L.P., Sangertown Square, L.L.C., Crossgates Commons NewCo, LLC and Fingerlakes Crossing, LLC to the Debtors' motion seeking orders entered by the Court approving the bidding and auction procedures for the sale of unexpired nonresidential real property leases, setting sale hearing dates and authorizing and approving the sale of unexpired nonresidential real property leases free and clear of all interests, assumption and assignment of certain leases and lease rejection procedures.

The Landlords further join in similar, consistent objections that have been or may be filed by other landlords (the "Objecting Landlords").

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for 502-12 86th Street LLC, Cottonwood Corners – Phase V, LLC and Woodlawn Trustees, Incorporated*

WHEREFORE, the Landlords respectfully request that any order entered by the Court relating to the Motion and in favor of Carousel Center Company, L.P., Sangertown Square, L.L.C., Crossgates Commons NewCo, LLC, Fingerlakes Crossing, LLC or any other Objecting Landlords also be entered in favor of the Landlords, and for such other and further relief as this Court deems just and proper.

Dated: February 11, 2009                                HIRSCHLER FLEISCHER, PC

                                                        By:    /s/ Sheila deLa Cruz
                                                                    Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

*Counsel for 502-12 86th Street LLC,*
*Cottonwood Corners – Phase V, LLC*
*and Woodlawn Trustees, Incorporated*

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

                                                        /s/ Sheila deLa Cruz
                                                        Sheila deLa Cruz

#2401375v1

2