Case 08-35653-KRH   Doc 2056-2   Filed 02/11/09   Entered 02/11/09 15:53:29   Desc
Exhibit(s) Notice of transfer of ownership   Page 1 of 1

Sent By: PENSO & ASSOCIATES;   714 838 4486;   Jul-10-03   8:44AM;   Page 2



**PENSO & ASSOCIATES**
ATTORNEYS AT LAW

EXHIBIT B

CORNERSTONE PLAZA
4000 BARRANCA PARKWAY, SUITE 250
IRVINE, CALIFORNIA 92604

MARC GENTRY PENSO, ESQ.

TELEPHONE
(949) 262-3230

FACSIMILE
(949) 262-3235

July 10, 2003

**FACSIMILE AND MAIL DELIVERY**
804-527-4186

Ms. Belinda Imbese,
Lease Administrator
Circuit City Stores, Inc.
9950 Mayland Drive, 5th Floor
Richmond, Virginia 23233

RE: Circuit City Store No. 3269 located at 6918 Gunn Highway, Citrus Park, Florida

Dear Ms. Imbese:

The purpose of this letter is to advise you that effective as of today, CC Citrus Park, L.L.C., has sold the above-referenced site to Citrus Park CC, L.L.C., a Florida limited liability company. Accordingly, from this date forward Citrus Park CC, L.L.C., will be the Landlord under the Lease between Circuit City Stores, Inc. and CC Citrus Park, LLC.

For your information, the contact information for the new Landlord is as follows:

Citrus Park CC, L.L.C.
Attn: Mr. Donald L. Emerick, Sr.
555 Park Estates Square
Venice, Florida 34293
Telephone: 941-493-8721
Facsimile: 941-493-8481
Email: nwhrzns@earthlink.net

The new Landlord will provide you with instructions on how the rent should be paid from this date forward.

Please contact me should you have any questions or comments or require anything further.

Very truly yours,
CC Citrus Park, L.L.C.

By: *[signature]*
Marc Penso, General Counsel