Neil D. Goldman, Esq. (VSB No. 18352)
John P. Van Beek, Esq. (VSB No. 30897)
Libeau J. Berthelot, III, Esq. (VSB 72730)
Young, Goldman & Van Beek, P.C.
510 King St., Suite 416
Alexandria, Virginia 22313
(703) 684-3260
(703) 548-4742 (facsimile)
ngoldman@ygvb.com
jvanbeek@ygvb.com
bberthelot@ygvb.com

Counsel for Sacco of Maine, LLC, TSA Stores, Inc.,
and WEC 96D Niles Investment Trust

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653 |
| ) | Jointly Administered |
| Circuit City Stores Inc., et al., ) | Chapter 11 |
| ) | Hon. Kevin R. Huennekens |
| Debtors. ) | |
| ) | |

**VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION BY YOUNG, GOLDMAN & VAN BEEK, P.C., PURSUANT TO RULE 2019**

The undersigned, John P. Van Beek, Neil D. Goldman, Libeau J. Berthelot, III, and Young, Goldman & Van Beek, P.C. (collectively "YGVB") hereby file this verified statement in accordance with Bankruptcy Rule 2019, with respect to their legal representation of Sacco of Maine, LLC ("Sacco"), WEC 96D Niles Investment Trust ("Niles") and TSA Stores, Inc. ("TSA"), and states as follows:

1. The names and addresses of the creditors represented by Young, Goldman and Van Beek, P.C., in this matter are as follows:

>Sacco of Maine, LLC
>158-11 Riverside Drive
>Whitestone, New York  11357
>
>TSA Stores, Inc.
>1050 West Hampden Ave.
>Englewood, Colorado 80110
>
>WEC 96D Niles Investment Trust
>158-11 Riverside Drive
>Whitestone, New York  11357

2. Sacco, Niles and TSA are three (3) non-residential landlords and intend to participate, or have already participated in the lease disposition and claims filing process.

3. The claims of Sacco and TSA against the Debtors are unliquidated.

4. The claims held by Niles against the Debtors are for rent and other obligations in the amount of no less than $1,008,343.72 as set forth in a proof of claim filed in this proceeding.

5. Sacco retained YGVB on or about November 21, 2008, Niles retained YGVB on or about January 22, 2009, and TSA retained YGVB on or about February 9, 2009.

6. YGVB does not hold any claim against, or interest in, the Debtors.

7. YGVB expressly reserves the right to supplement or amend this statement.

8. By filing this statement, YGVB does not submit itself to the jurisdiction of the Court for any purpose, other than for the purpose of making the representations set forth in this statement.

I, John P. Van Beek, declare under penalty of perjury that I have read the foregoing and that it is a true and correct to the best of my knowledge, information and belief.

Dated: Alexandria, Virginia                Respectfully submitted,

February 11, 2009

/s/ John P. Van Beek

Neil D. Goldman, Esq. (VSB No. 18352)
John P. Van Beek, Esq. (VSB No. 30897)
Libeau J. Berthelot, III, Esq. (VSB 72730)
Young, Goldman & Van Beek, P.C.
510 King St., Suite 416
Alexandria, Virginia 22313
(703) 684-3260
ngoldman@ygvb.com

Counsel for Sacco of Maine, LLC, TSA Stores, Inc.,
and WEC 96D Niles Investment Trust

**CERTIFICATE OF SERVICE**

I, John P. Van Beek, hereby certify on the 11 day of February, 2009, I caused a true and correct copy of the foregoing Verified Statement of Multiple Creditor Representation by Young, Goldman & Van Beek, P.C., Pursuant to Rule 2019 to be served via email pursuant to Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notices, Case Management, and Administrative Procedures by emailing the Objection to: circuitcityservice@mcquirewoods.com and project.circuitcity@skadden.com, and to all persons receiving service via the Court's ECF System.

/s/ John P. Van Beek
John P. Van Beek