Neil D. Goldman, Esq. (VSB No. 18352)
John P. Van Beek, Esq. (VSB No. 30897)
Libeau J. Berthelot, III, Esq. (VSB 72730)
Young, Goldman & Van Beek, P.C.
510 King St., Suite 416
Alexandria, Virginia 22313
(703) 684-3260
(703) 548-4742 (facsimile)
ngoldman@ygvb.com
jvanbeek@ygvb.com
bberthelot@ygvb.com

Counsel for TSA Stores, Inc.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653 |
| ) | Jointly Administered |
| Circuit City Stores Inc., et al., ) | Chapter 11 |
| ) | Hon. Kevin R. Huennekens |
| Debtors. ) | |
| ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PETER A. CAL

Neil D. Goldman and John P. Van Beek (the "Movants"), members in good standing of the Bar of this Court and are principals of Young, Goldman & Van Beek, P.C., hereby move this Court to enter an order, the proposed form of which is attached hereto, authorizing Peter A. Cal of Sherman & Howard L.L.C., to appear *pro hac vice* before this Court to represent TSA Stores, Inc., ("TSA") with respect to TSA's contractual relationship with Circuit City Stores Inc., et al., ("Debtors") regarding three different locations of non-residential real in the captioned proceeding pursuant to Local Bankruptcy Rule 2090-1(E)(2).  In support of this Motion, the Movants state as follows:

1. Peter A. Cal is a Member of Sherman & Howard L.L.C. and is admitted to practice in the State of Colorado. Mr. Cal has been practicing law since 1987. There are no disciplinary proceedings pending against Mr. Cal.

2. Movants request that this Court admit Peter A. Cal to practice before this Court for the purpose of appearing as counsel for the TSA in the jointly administered bankruptcy cases commenced by Debtors.

3. A copy of this Motion will be served upon all parties that are to receive service under the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notices, Case Management, and Administrative Procedures.

4. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, Movants request waiver of the requirement that all motions be accompanied by written memoranda of law.

**WHEREFORE**, Movants respectfully requests that this Court enter an order, substantially in the form of the proposed order attached hereto, authorizing the Peter A. Cal to appear *pro hac vice* in association with Movants as attorney for TSA in this proceeding.

Dated: Alexandria, Virginia

February 11, 2009

Respectfully submitted,

/s/ John P. Van Beek

John P. Van Beek, Esq. (VSB No. 30897)
Neil D. Goldman, Esq. (VSB No. 18352)
Libeau J. Berthelot, III, Esq. (VSB 72730)
Young, Goldman & Van Beek, P.C.
510 King St., Suite 416
Alexandria, Virginia 22313
(703) 684-3260
jvanbeek@ygvb.com
ngoldman@ygvb.com

Counsel for TSA Stores, Inc.

## CERTIFICATE OF SERVICE

      I, John P. Van Beek, hereby certify on the 11 day of February, 2009, I caused a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Peter A. Cal to be served via email pursuant to Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notices, Case Management, and Administrative Procedures by emailing the Objection to: circuitcityservice@mcquirewoods.com and project.circuitcity@skadden.com, and to all persons receiving service via the Court's ECF System.

                                                                          /s/ John P. Van Beek
                                                                          John P. Van Beek