**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | No. 08-35653-KRH |
| | ) | |
| **Debtor.** | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PAPERS**

Please take notice that pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), WILEY REIN LLP, by its undersigned counsel, hereby enters its appearance as counsel for Lexar Media, Inc. in the above-referenced case. Pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and 11 U.S.C. §§ 342 and 1109(b), counsel requests copies of all notices, pleadings and papers given or filed in this case and in any contested matter or adversary proceeding be given and served upon the parties listed below at the following address, telephone and facsimile numbers and email addresses:

> Valerie P. Morrison, Esquire         vmorrison@wileyrein.com
> Dylan G. Trache, Esquire             dtrache@wileyrein.com
> Wiley Rein LLP
> 7925 Jones Branch Drive, Suite 6200
> McLean, Virginia 22102
> Telephone No.: 703.905.2800
> Telecopier No.: 703.905.2820

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, request, plan of reorganization or disclosure statement, answer or response, whether formal or informal, written

---

Valerie P. Morrison, Va. Bar No. 24565
Dylan G. Trache, Va. Bar No. 45939
WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
(703) 905-2800
Counsel to Lexar Media, Inc.

-2-

or oral, and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex or fax or otherwise filed with regard to the above case or any adversary proceeding therein.

          Respectfully submitted,

          LEXAR MEDIA, INC.

          By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia 22102
703.905.2800


By:    /s/ Valerie P. Morrison
       Valerie P. Morrison, Va. Bar No. 24565
       Dylan G. Trache, Va. Bar No. 45939

Counsel to Lexar Media, Inc.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2009, a copy of the foregoing Notice of Appearance was sent by electronic mail or by first class mail, postage prepaid, to the Core Group service list and the 2002 List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.

    /s/ Valerie P. Morrison
Valerie P. Morrison

12955303.1