UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CIRCUIT CITY STORES, INC., et al.,** | * | Case No: 08-35653-KRH<br>Chapter 11<br>(Jointly Administered) |
| **Debtors.** | * | |

\* \* \* \* \* \* \* \* \* \* \*

**JOINDER OF ANNAPOLIS PLAZA LLC TO
LIMITED OBJECTION TO DEBTOR'S MOTION FOR ORDERS UNDER
BANKRUPTCY CODE SECTIONS 105, 363 AND 365 (I) APPROVING
BIDDING AND AUCTION PROCEDURES FOR SALE OF UNEXPIRED
NONRESIDENTIAL REAL PROPERTY LEASES, (II) SETTING SALE HEARING
DATES AND (III) AUTHORIZING AND APPROVING (A) SALE OF CERTAIN
UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES FREE AND
CLEAR OF ALL INTERESTS, (B) ASSUMPTION AND ASSIGNMENT OF
CERTAIN UNEXPIRED NONRESIDENTIAL REAL PROPERTY LEASES
AND (C) LEASE REJECTION PROCEDURES**

Annapolis Plaza LLC ("Annapolis Plaza"), by and through its counsel, Whiteford, Taylor & Preston L.L.P., hereby submits this Joinder to the Objecting Landlords[1] Limited Objection (Docket No. 2038) (the "Limited Objection") to *Debtor's Motion (the "Sales Procedure Motion") for Orders Under Bankruptcy Code Sections 105, 363 and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting*

---

[1] The Limited Objection, to which Annapolis Plaza, LLC hereby joins, was filed by Carousel Center Company, L.P., Sangertown Square, LLC, Crossgates Commons NewCo, LLC and Fingerlakes Crossing, LLC.

WHITEFORD, TAYLOR & PRESTON L.L.P.
Aryeh E. Stein (VSB # 45895)
Kevin G. Hroblak (MD # 26180)
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700
(410) 223-4302 (facsimile)

*Counsel for Annapolis Plaza LLC*

*Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures* filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, on February 10, 2009.  Annapolis Plaza joins in the Limited Objection (Docket No. 2038) for the reasons set forth more fully therein and for those to be presented at the hearing on said objection.

WHEREFORE, Annapolis Plaza, LLC respectfully requests that any final order granting the Debtors' Sales Procedure Motion be modified pursuant to the terms of the Limited Objection, or that the Sales Procedure Motion be denied in its entirety, and that Annapolis Plaza, LLC be granted such other and further relief as the Court may deem just and proper.

Dated:  February 11, 2009　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Aryeh E. Stein
　　　　　　　　　　　　　　　　　　　　　WHITEFORD, TAYLOR & PRESTON L.L.P.
　　　　　　　　　　　　　　　　　　　　　Aryeh E. Stein, Esq. (VSB # 45895)
　　　　　　　　　　　　　　　　　　　　　Seven Saint Paul Street
　　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　　　　410.347.8700
　　　　　　　　　　　　　　　　　　　　　410.223.4302 (facsimile)

　　　　　　　　　　　　　　　　　　　　　*Counsel for Annapolis Plaza LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2009, a copy of the foregoing pleading was served via first class mail, postage prepaid, to:

Douglas M. Foley, Esquire
McGuire Woods, LLP
One James Center
901 East Cary St.
Richmond, VA 23219

Ian S. Fredericks, Esquire
Kellan Grant, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P. O. Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Dr.
Chicago, IL 60606

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

/s/ Aryeh E. Stein
Counsel

1839569