UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:         CIRCUIT CITY STORES, INC. et al.
               Debtors                                Case #08-35653-KRH
                                                      Jointly Administered
                                                      Chapter 11

**AMENDED HEARING TIME**
**COLUMBIA PLAZA SHOPPING CENTER VENTURE**
**NOTICE OF MOTION**

Columbia Plaza Shopping Center Venture ("Columbia Plaza"), by its counsel, has filed papers with the Court Requesting the Court to enter an Order Compelling Payment of Post-Petition Rent Pursuant to 11 U.S. C § 365 (d)(3).

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before **February 24, 2009** of this notice, you or your attorney must:

XXX   File with the court, at the address shown below, a written request
      for a hearing [or a written response pursuant to Local Bankruptcy Rule
      9013- (H)].  If you mail your request for hearing (or response) to the
      court for filing, you must mail it early enough so the court will **receive**
      it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Ste 4000
        Richmond, VA 23219

    You must also mail a copy to:

        Robert B. Hill, Esquire
        Hill & Rainey, Attorneys
        2425 Boulevard, Ste 9
        Colonial Heights, VA  23834

XXX   Attend a hearing to be held on **March 3, 2009 @ 10:00am**, U.S. Courthouse, Rm 5000, 701 East Broad Street, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  2/11/09

Signature, name, address and telephone number
of person giving notice:

 /s/ ROBERT B. HILL
Robert B. Hill, Esquire
George P. Eliades, Co-Counsel SBA #38314
Hill & Rainey, Attorneys
Counsel for Columbia Plaza Shopping Center Venture
SBA #18751
2425 Boulevard, Suite 9
Colonial Heights, VA  23834
(804) 526-8300

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 11th of February, 2009, a true copy of

the foregoing Notice of Motion and the Motion of Columbia Plaza Shopping Center Venture

for entry of an Order Compelling Payment of Post-Petition Rent Pursuant to 11 U.S. C.

§365(d)(3) to the following attached Service list and ELECTRONICALLY FILED WITH

THE Clerk of Court using CM/ECF system, which shall cause notice of electronic filing to

be served on all registered user of the ECF system that have filed notices of appearance in

this case:

  /S/ROBERT B. HILL

Robert B. Hill, Esquire

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:          CIRCUIT CITY STORES, INC. et al.
                    Debtors                                    Case #08-35653-KRH
                                                               Jointly Administered
                                                               Chapter 11

**AMENDED**
**MOTION OF COLUMBIA PLAZA SHOPPING CENTER VENTURE**
**FOR AN ORDER COMPELLING PAYMENT OF**
**POST-PETITION RENT PURSUANT TO 11 U.S.C. §365(d)(3)**

Columbia Plaza Shopping Center Venture, ("Columbia Plaza"), by and through is undersigned counsel, hereby moves for the entry of an Order compelling the above mentioned debtor ("Debtor") to pay post-petition rent.  In support of this Motion, Columbia Plaza, respectfully states as follows:

**BACKGROUND**

1.      On November 10, 2008, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United State Code.

2.      Columbia Plaza is a party of a Lease Agreement ("Lease") with one or more of the debtors at the following address: Columbia Plaza Shopping Center, 1901 Bernadette Drive No. 2, Columbia , Missouri 65201.  The foregoing premises is hereinafter referred to as the "Leased Premises."

3.      The debtors have been in possession of the Leased Premises since the filing of the Petitions in this case.

Robert B. Hill, Esquire
George P. Eliades, II Co-Counsel SBA: 18751
HILL & RAINEY, ATTORNEYS
Counsel for Columbia Plaza Shopping Center Venture
SBA: 18751
2425 Boulevard, Suite 9
Colonial Heights, VA  23834
(804) 526-8300

4.    The debtors have failed to pay rent to Columbia Plaza for the Leased Premises for the post-petition period beginning November 10, 2008 through November 30, 2008 in the amount of Twenty Nine Thousand Nine Hundred Eighty Three and 91/100 Dollars ($29,983.91).  The Foregoing amount is hereinafter referred to as the "Stub Rent."

### RELIEF REQUESTED

5.    Columbia Plaza respectfully requests the Court enter an Order that compels the debtors to immediately pay the Stub Rent to Landlord.

6.    In addition, Columbia Plaza, is entitled to be paid post-petition rent on an ongoing basis on the first day of each month, said rent being paid in advance.

7.    Section 365(d)(3) of the Bankruptcy Code states that the debtor-in- possession must "timely perform all the obligations of the debtor...arising from and after the order for relief under any unexpired lease or nonresidential real property, until such lease is assumed or rejected.." 11 U.S. C. §365 (d)(3).  In enacting section 365 (d)(3) of the Bankruptcy Code, Congress intended to address the plight of landlords who, unlike professionals and other providers of goods and services to a debtor-in-possession in the ordinary course of business, are compelled to extend credit.

8.    This case presents the circumstances that Congress intended §365(d)(3) of the Bankruptcy Code to address.  The debtors have occupied and possessed the Leased premises post-petition without performing the post-petition obligations under the Lease.

9.    Courts have continually held that a landlord is entitled to immediate payment of post-petition, pre-rejection rental payments, pursuant to 11 U.S. C. §365(d)(3). See in re: *Pudgie's Div. Of New York, Inc.,* 202 B. R. 832 (Bank. S.D.N.Y. 1996); see also In re: *Wingspread Corp.,* 178 B.R. 305 (Bankr.D. Mass. 1995); see also In re: *Manhattan King David Restaurant, Inc. V. Levine,* 163 B. R. 36 (S. D. N.Y. 1993); see also In re: *Rare Coin Galleries of American, Inc.,* 72 B. R. 748 (d. Mass 1987); see also in re: *Matter of the Barristerof Delaware Ltd.,* 49 B.R. 446 (Bankr.D. Del. 1985).  Accordingly, the Court should enter and order that compels the Debtor to immediately pay the Post-Petition Rent to

Burbank to satisfy its obligations under the Lease and §365(d)(3) of the Bankruptcy Code.

10.    Additionally, pursuant to the terms of the Lease, the Debtor is obligated to reimburse Columbia Plaza for the reasonable attorney's fees and cost incurred by Columbia Plaza in connection with debtor's failure to comply with the terms of the Lease. Accordingly, Columbia Plaza respectfully requests the debtors be directed to pay attorney's fees and costs incurred by Columbia Plaza in connection with the filling and prosecution of this Motion.

**WHEREFORE,** Columbia Plaza respectfully requests this Court to enter an Order that compels debtors to immediately pay Columbia Plaza the amount of Twenty Nine Thousand Nine Hundred Eighty Three and 91/100 Dollars ($29,983.91) plus Landlord's reasonable attorney's fees and costs and grant Landlord such other and further relief as the Court deems proper and equitable.

Dated: January 29, 2009

                    COLUMBIA PLAZA SHOPPING CENTER VENTURE
                    BY:  /s/ ROBERT B. HILL
                            Of Counsel

Robert B. Hill, Esquire
George P. Eliades, II Co-Counsel SBA# 38314
HILL & RAINEY, ATTORNEYS
Counsel for Columbia Plaza Shopping Center Venture
SB#18751
2425 Boulevard, Suite 9
Colonial Heights, VA  23834
(804) 526-8300

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on the 11th of February, 2009, a true copy of the foregoing Notice of Motion and the Motion of Columbia Plaza Shopping Center Venture for entry of an Order Compelling Payment of Post-Petition Rent Pursuant to 11 U.S. C. §365(d)(3) to the following attached Service list and ELECTRONICALLY FILED WITH THE Clerk of Court using CM/ECF system, which shall cause notice of electronic filing to be served on all registered user of the ECF system that have filed notices of appearance in this case:

<u>/S/ROBERT B. HILL</u>

Robert B. Hill, Esquire

Label Matrix for local noticing
0422-3
Case 08-35653-KRH
Eastern District of Virginia
Richmond
Thu Jan 29 14:17:18 EST 2009

1890 Ranch Ltd
c/o/ Paul S. Bliley, Jr.
P.O. Box 1320
Richmond, Va 23218-1320

44 North Properties, LLC
Miles & Stockbridge P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

507 Northgate LLC
c/o Christopher M. Alston
1111 Third Ave., #3400
Seattle, WA 98101-3264

ACCO Brands Corporation
c/o William H. Casterline, Jr.
4020 University Drive, #300
Fairfax, VA 22030-6802

Accent Energy California LLC
6065 Memorial Drive
Dublin, OH 43017-8218

Acer American Holdings Corp.
c/o Jeffrey L. Tarkenton
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, N.W.
Seventh Floor
Washington, DC 20005-2225

Albert D, Phelps, Inc.
Agent for Yorkcon Prop., Inc.
401 Merritt 7
PO Box 5101
Norwalk, CT 06856-5101

Alexander H Bobinski, as Trustee under Trust
c/o David R McFarlin
Wolff, Hill, McFarlin & Herron, PA
1851 West Colonial Drive
Orlando, FL 32804-7013

Alexander's Rego Park Center, Inc.
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

Alliance-Rocky Mount LLC
Carroll & Carroll PLLC
831 East Morehead St
Ste 440
Charlotte, NC 28202-2784

Alvarez & Marsal Canada, ULC

AmREIT, a Texas real estate investment trust
c/o James V. Lombardi, III
Ross, Banks, May, Cron & Cavin, P.C.
2 Riverway, Suite 700
Houston, TX 77056-1918

Amcor Sunclipse North America
c/o Jeffrey L. Tarkenton
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, N.W.
Seventh Floor
Washington, DC 20005-2225

American Computer Development, Inc.
Gary & Regenhardt, PLLC
8500 Leesburg Pike
Suite 7000
Vienna, VA 22182-2498

Amherst VF LLC
c/o Lisa Taylor Hudson, Esquire
Sand Anderson Marks & Miller, P.C.
801 E. Main Street, Ste. 1800
Post Office Box 1998
Richmond, VA 23218-1998

Amore Construction Company
c/o John J. Lamoureux
Carlton Fields, P.A.
P. O. Box 3239
Tampa, FL 33601-3239

Arapahoe County Treasurer
c/o County Attorney Office
5334 S. Prince Street
Littleton, CO 80166-0001

Archon Group, L.P.
6011 Connection Drive
Irving, TX 75039-2607

Audio Innovations Inc.
Attn: Francisco Moreno
133 N.E. 91st St.
Kansas City, MO 64155-3329

BB Fonds International 1 USA, L.P.
c/o Jason Binford
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219-7673

BPP Conn LLC f/k/a WEC 95 Manchester Limited
c/o Sands Anderson Marks & Miller
PO Box 1998
Richmond, VA 23218-1998

BPP-NY LLC
c/o Sands Anderson Marks & Miller, P.C.
PO Box 1998
Richmond, VA 23218-1998

BPP-OH LLC
c/o Sands Anderson Marks & Miller, P.C.
PO Box 1998
Richmond, VA 23218-1998

BPP-Redding LLC
c/o Sands Anderson Marks & Miller, P.C.
PO Box 1998
Richmond, VA 23218-1998

BPP-SC LLC
c/o Sands Anderson Marks & Miller, P.C.
PO Box 1998
Richmond, VA 23218-1998

BPP-VA LLC
c/o Sands Anderson Marks & Miller, P.C.
PO Box 1998
Richmond, VA 23218-1998

Baker Natick Promenade LLC
Sands Anderson Marks & Miller, P.C.
Post Office Box 1998
Richmond, VA 23218-1998

Basile Limited Liability Company
c/o Hirschler Fleischer PC
c/o Michael P. Falzone
P.O. Box 500
Richmond, VA 23218-0500

Bedford Properties, L.L.C.
c/o Catherine Guastello
Quarles & Brady LLP
Two North Central Avenue
Phoenix, AZ 85004-2322

BevCon I, LLC
c/o Lisa Taylor Hudson
Sands Anderson Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, VA 23218-1998

Burbank Mall Associates LLC
c/o Paul S. Bliley, Jr.
P.O. Box 1320
Richmond, Va 23218-1320

CBL & Associates Management, Inc.
c/o Kimberly A. Pierro, Esquire
Kutak Rock LLP
1111 East Main Street, Suite 800
Richmond, VA 23219-3521

CC Countryside 98, LLC
c/o Paul S. Bliley, Jr.
P.O. Box 1320
Richmond, Va 23218-1320

CC Indianapolis 98, CC Jackson 98, CC Harper
c/o Deborah H. Devan, Esquire
One South Street, 27th Floor
Baltimore, MD 21202-3298

CC Wichita Falls 98, L.L.C.; CC Ridgeland 98
c/o Paul S. Bliley, Jr.
P.O. Box 1320
Richmond, Va 23218-1320

CC-Investors 1996-6
c/o Kamin Realty Company
490 South Highland Avenue
Pittsburgh, PA 15206-4274

CC-Investors 1997-4
c/o Paul S. Bliley, Jr.
P.O. Box 1320
Richmond, Va 23218-1320

CP Management Corp. as agent for Orland Town
c/o Robert D. Tepper
311 South Wacker Dr.
Suite 5125
Chicago, IL 60606-6657

CSI Construction Company
c/o Lisa Taylor Hudson
Sands Anderson Marks & Miller
Post Office Box 1998
18th Floor
Richmond, VA 23218-1998

Cameron Bayonne, LLC
c/o Menter, Rudin & Trivelpiece, P.C.
Attn:  Kevin M. Newman, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1439

Cameron County

Cameron Group Associates LLP
c/o Andrew M. Brumby, Esq.
Shutts & Bowen LLP
300 S. Orange Avenue
Suite 1000
Orlando, FL 32801-5403

CapTech Ventures, Inc.
c/o Richard E. Lear
Holland & Knight LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, DC 20006-6801

Cardinal Court, LLC
c/o Sands, Anderson, Marks & Miller, P.C
Post Office Box 1998
801 E. Main Street
Suite 1800
Richmond, VA 23219-2906

Carmax Business Services, LLC
c/o Paul S. Bliley, Jr.
P.O. Box 1320
Richmond, Va 23218-1320

Carnegie Management and Development Corporat
c/o John D. McIntyre
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Va 23510-2197

Carousel Center Company, L.P.
c/o Menter, Rudin & Trivelpiece, P.C.
Attn:  Kevin M. Newman, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1439

Charlotte (Archdale) UY, LLC
c/o Menter, Rudin & Trivelpiece, P.C.
Attn:  Kevin M. Newman, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1439

Chatham County Tax Commissioner
c/o Daniel T. Powers
P.O. Box 8321
Savannah, GA 31412-8321

Chino South Retail PG, LLC
David K. Spiro, Esq.
Neil E. McCullagh, Esquire
Cantor Arkema, P.C.
P.O. Box 561
Richmond, VA 23218-0561

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233-1463

Citrus Park CC, LLC
c/o Lawrence H. Glanzer, Esq.
580 E. Main Street, Suite 300
Norfolk, VA 23510-2322

City of Cedar Hill, Burleson ISD, Arlington
PO Box 13430
Arlington, TX 76094-0430

City of Homestead, Florida
Weiss Serota Helfman
c/o Douglas R. Gonzales
200 E. Broward Blvd.
Suite 1900
Fort Lauderdale, FL 33301-1949

City of Hurst, Mansfiled ISD, Carroll ISD
PO Box 13430
Arlington, TX 76094-0430

City of Lake Worth
PO Box 13430
Arlington, TX 76094-0430

City of Miramar, FL
Weiss Serota Helfman
c/o Douglas R. Gonzales
200 E. Broward Blvd.
suite 1900
Fort Lauderdale, FL 33301-1949

City of Overland Park, Kansas
Attn: Law Dept.
8500 Santa Fe Drive
Overland Park, KS 66212-2899

City of Taylor Michigan
c/o Kurt M. Kobiljak
Edelson Building, Suite 200
2915 Biddle Avenue
Wyandotte, MI 48192-5267

Cleveland Construction, Inc.
c/o Daniel Wireman, Esq.
5390 Courseview Drive
Mason, OH 45040-2333

Cleveland Town Center, LLC
Miller & Martin PLLC
c/o Nicholas W. Whittenburg
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402-2289

Cobb Corners II, Limited Partnership
214 North Tryon Street
Suite 4700
Attention: Amy Pritchard Williams
Charlotte, NC 28202-2367

Cohesion Products, Inc
c/o Receivable Management Services
PO Box 5126
Timonium, MD 21094-5126

Cole CC Groveland FL, LLC
c/o Peter J. Barrett
Kutak Rock LLP
1111 E. Main Street
Suite 800
Richmond, VA 23219-3521

Cole CC Kennesaw GA, LLC
c/o Kimberly A. Pierro, Esq.
Kutak Rock LLP
1111 East Main Street
Suite 800
Richmond, VA 23219-3521

Cole CC Taunton MA, LLC
c/o Kimberly A. Pierro, Esquire
Kutak Rock LLP
1111 East Main Street, Suite 800
Richmond, VA 23219-3521

Colonial Heights Holdings, LLC
c/o Peter M. Pearl, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
(Post Office Box 1998)
Richmond, VA 23218-1998

Colorado Structures, Inc. dba CSI Constructi
McDonough Holland & Allen PC
c/o Mary E. Olden/Sean Thompson
555 Capitol Mall,9th Floor
Sacramento, CA 95814-4692

Columbia Plaza Joint Venture
Columbia, MO

Columbia State

Condan Enterprises LLC
c/o Siller Wilk LLP
675 Third Avenue
New York, NY 10017

Cormark, Inc.
1701 Winthrop
Des Plaines, IL 60018-1941

County of Loudoun, Virginia
c/o K. Stapleton, Asst. Cty. Atty.
P. O. Box 7000
Leesburg, VA 20177-7000

Cousins Properties Incorporated
c/o Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

Crane-Snead & Associates, Inc.
4914 Fitzhugh Ave, Ste 203
Richmond, VA 23230-3534

Crown CCI, LLC
c/o Paul S. Bliley, Jr.
P.O. Box 1320
Richmond, Va 23218-1320

Cypress-Fairbanks ISD
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

D-Link Systems, Inc.
Gary & Regenhardt, PLLC
8500 Leesburg Pike
Suite 7000
Vienna, VA 22182-2498

DFS SERVICES LLC
c/o Brian Sirower, Esq.
QUARLES & BRADY LLP
Two North Central Avenue
Phoenix, AZ 85004-2322

DIM Vastgoed, N.V.
214 North Tryon Street
Suite 4700
c/o Amy Pritchard Williams
Charlotte, NC 28202-2367

DIRECTV, Inc.
c/o Joseph R. Sgroi
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226-3583

Daniel G. Kamin Baton Rouge LLC
c/o Kamin Realty Company
490 South Highland Avenue
Pittsburgh, PA 15206-4274

Dentici Family Limited Partnership
Neil E. McCullagh, Esquire
David K. Spiro, Esquire
Cantor Arkema, O.C.
P.O. Box 561
Richmond, VA 23218-0561

Developers Realty, Inc.
c/o Christopher L. Perkins
LeClairRyan
951 East Byrd Street, Eighth Floor
PO Box 2499
Richmond, VA 23218-2499

Dickson Management Associates, LLC
Hirschler Fleischer PC
c/o Michael P. Falzone
P.O. Box 500
Richmond, VA 23218-0500

Easley, McCaleb & Associates, Inc.
Attn:  Darwin Embber, VP
Suite 755
3980 DeKalb Technology Pkwy
Atlanta, GA 30340-2768

East Brunswick VF LLC
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

EklecCo NewCo, LLC
c/o Menter, Rudin & Trivelpiece, P.C.
Attn:  Kevin M. Newman, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1439

Encinitas PFA, LLC
214 North Tryon Street
Suite 4700
Attention: Amy Pritchard Williams
Charlotte, NC 28202-2367

Envision Peripherals,Inc
47490 Seabridge Drive
Fremont, CA 94538-6548

Equitable Gas Company LP
Equitable Gas Bankruptcy Dept.
Attn: Judy Gawlowski
200 Allegheny Center Mall
Pittsburgh, PA 15212-5339

F.R.O., L.L.C. IX
703 Palm Island Drive
Palm Beach, FL 33480


Faber Bros., Inc.

Faram Muskegon, LLC
c/o Paul K. Campsen
Kaufman & Canoles, P.C.
P. O. Box 3037
Norfolk, VA 23514-3037

Fayetteville Developers, LLC
c/o Christopher L. Perkins
LeClairRyan
951 East Byrd Street, Eighth Floor
PO Box 2499
Richmond, VA 23218-2499


Fingerlakes Crossing, LLC
c/o Menter, Rudin & Trivelpiece, P.C.
Attn:  Kevin M. Newman, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1439

Fort Bend County
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Four Star International Trade
c/o Wendy M. Mead
11 Pleasant Street
Ste 30
Worcester, MA 01609-3232


Foursquare Properties, Inc.
c/o Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Gallatin Management Associates, LLC
Hirschler Fleischer PC
c/o Michael P. Falzone
P.O. Box 500
Richmond, VA 23218-0500

Gateway, Inc.
c/o Jeffrey L. Tarkenton
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, N.W.
Seventh Floor
Washington, DC 20005-2225


Georgia Pension Associates Realty Corp
60 Cuttermill Road
Suite 303
Great Neck, NY 11021-3104

Giant Eagle, Inc.
101 Kappa Drive
Pittsburgh, PA 15238-2833

Glenmoor Limited Partnership
c/o Kevin L. Sink
P.O. Box 18237
Raleigh, NC 27619-8237


Golfsmith International, L.P.
c/o Sarah Link Schultz
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201-4675

Gordon Brothers Retail Partners, LLC
101 Huntington Avenue, 10th Floor
Boston, MA 02199-7607

Gould Investors, L.P.
60 Cuttermill Road
Suite 303
Great Neck, NJ 11021-3104


Greece Ridge, LLC

Green Acres Mall, LLC
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

Greenwood Point, LP
c/o Jeffrey J. Graham
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023


Hamilton Beach Brands, Inc.
Bill Ray
4421 Waterfront Drive
Glen Allen, VA 23060-3375

Hamilton Chase - Santa Maria LLC
c/o Gregory D. Grant, Esq.
11921 Rockville Pike, #300
Rockville, MD 20852-2737

Harris County, et al
c/o John P. Dillman
Post Office Box 3064
Houston, TX 77253-3064


Hayward 880,LLC
c/o Paul S. Bliley, Jr.
P.O. Box 1320
Richmond, Va 23218-1320

Henrico County, Virginia
County Attorney
P.O. Box 90775
Henrio, VA 23273-0775

Hilco Merchant Resources, LLC
5 Revere Dr., Suite 206
Northbrook, IL 60062-1568


Hillsborough County, FL
Attorney's Office
601 E. Kennedy Blvd.
27th Floor
Tampa, FL 33602-4932

Hillson Electric Incorporated
c/o Gary V. Fulghum
2800 Commerce Tower, 911 Main St.
Kansas City, MO 64105

Hoprock Limonite, LLC
c/o Dewey & LeBoeuf LLC
Attn: Lisa Hill Fenning
333 South Grand Avenue, 26th Floor
Los Angeles, CA 90071-1504

Howland Commons Partnership, an Ohio gen par
Richard T. Davis, Esq.
2445 Belmont Avenue
P.O. Box 2186
Youngstown, OH 44504-0186

IBM Corporation
c/o Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234-8812

InfoPrint Solutions Company
c/o Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234-8812

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

International Business Machines Corporation
c/o Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor
New York, NY 10169-0005

Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110-1610

J&J Court Transcribers, Inc.
268 Evergreen Avenue
Hamilton, NJ 08619-1808

John Rohrer Contracting Company, Inc.
c/o Gary V. Fulghum
2800 Commerce Tower, 911 Main St.
Kansas City, MO 64105

Jurupa Bolingbrook LLC
122 Aspen Lakes Drive
Hailey, ID 83333-5115

Kamin Realty Company
490 South Highland Avenue
Pittsburgh, PA 15206-4274

Ken Burton, Jr., Manatee County Tax Collecto
PO Box 25300
Bradenton, FL 34206-5300

Kepley Broscious & Biggs, PLC
7201 Glen Forest Drive
Suite 102
Richmond, VA 23226-3759

Klipsch, LLC
c/o Barnes & Thornburg LLP
Attn: Michael K. McCrory
11 S. Meridian Street
Indianapolis, IN 46204-3535

Landmark Communications, Inc. d/b/a The Virg
c/o Paul A. Driscoll
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462-3026

Landover (Landover Crossing), LLC
c/o Menter, Rudin & Trivelpiece, P.C.
Attn: Kevin M. Newman, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1439

Lang Construction, Inc.
c/o: Gary V. Fulghum
2800 Commerce Tower, 911 Main St.
Kansas City, MO 64105

LeClair Ryan, A Professional Corporation
951 East Byrd Street
Richmond, VA 23219-4040

Little Britain Holding, LLC

LumiSource, Inc.
c/o John M. Brom
QUERREY & HARROW, LTD.
175 West Jackson Blvd. - Ste 1600
Chicago, IL 60604-2686

MD-GSI Associates
c/o Polsinelli Shalton Flanigan Suelthau
1152 15th Street, NW
Suite 800
Washington, DC 20005-1723

Macon Telegraph

Madison County, Alabama Tax Collector
Attn: Lynda Hall, Tax Collector
Madison County Courthouse
100 Northside Square
Huntsville, AL 35801-4876

Madison Waldorf, LLC
c/o Madison Marquette Realty Service
c/o Mitchell B. Weitzman, Esq.
2001 Pennsylvania Ave., N.W., 10th Floor
Washington, DC 20006-1851

Mallview Plaza Company, Ltd.
c/o John D. McIntyre
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Va 23510-2197

Mansfield SEQ 287 and Debbie, Ltd.
c/o William A. Gray, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

Manufacturers & Traders Trust Company, as Tr
c/o Hodgson Russ LLP
Garry M. Graber, Esq.
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4004

Marlton VF LLC
c/o William A. Gray, Esq.
Post Office Box 1998
Richmond, VA 23218-1998

Maryland Acquisitions, LLC
Miles & Stockbridge P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

McAlister Square Partners, Ltd.
c/o William A. Gray, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

McCandlish Holton, PC
P.O. Box 796
Richmond, VA 23218-0796

McKinley, Inc.
320 N. Main Street
Suite 200
Ann Arbor, MI 48104-1100

Mines Corporation
111 W. San Antonio Street
Suite 200
New Braunfels, TX 78130-5156

Mio Technology USA Ltd. also known as MiTAC
c/o Orrick Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005-1723

Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO 65105-0475

Mitsubishi Digital Electronics America, Inc.
c/o James A. Pardo, Jr.
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309-3531

Mitsubishi Electric & Electronics USA, Inc.
c/o James A. Pardos, Jr.
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309-3531

Monarch Alternative Capital, LP
c/o Andrew Herenstein
535 Madison Ave.
New York, NY 10022-4212

Montgomery County
c/o Joh P. Dillman
Post Office Box 3064
Houston, TX 77253-3064

Monument Consulting, LLC
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

Mount Berry Square, LLC
c/o Kevin M. Newman, Esq.
308 Maltbie Street
Suite 200
Syracuse, NY 13204-1444

Nintendo of America, Inc.
Attn: Elizabeth Aurelio, VP
-Credit, 4820-150th Ave. NE
Redmond, WA 98052-5115

North Bergen Tonnelle Plaza, LLC
c/o Lisa Taylor Hudson
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
Post Office Box 1998
Richmond, VA 23218-1998

North Plainfield VF LLC
c/o Lisa Taylor Hudson
Sands Anderson Marks & Miller, P.C.
801 East Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

OLP 6609 Grand, LLC
60 Cuttermill Road
Suite 303
Great Neck, NY 11021-3104

OLP CCAntioch, LLC
60 Cuttermill Road
Suite 303
Great Neck, NY 11021-3104

OLP CCFairview Heights, LLC
60 Cuttermill Road
Suite 303
Great Neck, NY 11021-3104

OLP CCFerguson, LLC
60 Cuttermill Road
Suite 303
Great Neck, NY 11021-3104

OLP CCFlorence, LLC
60 Cuttermill Road
Suite 303
Great Neck, NY 11021-3104

OLP CCSt.Louis, LLC
60 Cuttermill Road
Suite 303
Great Neck, NY 11021-3104

ON Corp US, Inc. & ON Corp

Office of Unemployment Compensation Tax Svcs
Dept. of Labor & Industry, Commonwealth
of PA, Reading Bankruptcy & Compl. Unit
Attn: Timothy Bortz, UC Tax Agent
625 Cherry St. - Room 203
Reading, PA 19602-1152

Oklahoma County Treasurer
c/o Tammy Jones
320 Robert S. Kerr
Room 307
Oklahoma City, OK 73102-3441

Old Republic Insurance Company

Oracle USA, Inc.
Buchalter Nemer
Shawn M. Christianson
333 Market St., 25th Fl.
San Francisco, CA 94105-2126

PNY Technologies, Inc.
c/o Angela Abreu
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

Palm Beach County Tax Collector
PO Box 3715
West Palm Beach, FL 33402-3715

Pan Am Equities
c/o David A. Greer PLC
500 East Main St Ste 1225
Norfolk, VA 23510-2274

Panattoni Development Company, Inc. as Agent
David K. Spiro, Esquire
Neil E. McCullagh, Esquire
Cantor Arkema, P.C.
P.O. Box 561
Richmond, VA 23218-0561

Parago, Inc.

Paramount Home Entertainment
c/o Michael L. Tuchin
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067-6049

Pasadena Independent School District
c/o Dexter D. Joyner
Law Office of Dexter D. Joyner
4701 Preston Avenue
Pasadena, TX 77505-2050

Pellar Muskegon LLC
c/o Paul K. Campsen
Kaufman & Canoles, P.C.
P. O. Box 3037
Norfolk, VA 23514-3037

Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4030

Philips International

Phoenix Property Company
c/o Jason Binford
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219-7673

Pima County
Pima County, Arizona
c/o Pima County Attorney's Office
32 N. Stone Ave., Ste. 2100
Tucson, AZ 85701-1416

Plaza Las Palmas, LLC
Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, VA 20175-3614

Polaris Circuit City, LLC
8800 Lyra Drive, Suite 550
Attn: Franz A. Geiger
Columbus, OH 43240-2107

Port Arthur Holdings, III, Ltd.
c/o David H. Cox, Esquire
Jackson & Campbell, PC
1120 20th Street, NW, Suite 300-S
Washington, DC 20036-3437

Portland Investment Company of America
c/o Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

PrattCenter, LLC
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

Prince George's Station Retail, LLC
c/o Taylor Development and Land
7201 Wisconsin Avenue
Suite 500
Bethesda, MD 20814-4848

Prudential Insurance Company of America
c/o Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

RJ Ventures LLC, K&G Dearborn LLC
c/o Jess R Bressi Esq
Cox Castle & Nicholson LLP
19800 MacArthur Blvd Ste 500
Irvine, CA 92612-2480

RLV Village Plaza, LP
c/o Paul K. Campsen
Kaufman & Canoles, P.C.
P. O. Box 3037
Norfolk, VA 23514-3037

RLV Vista Plaza, LP
c/o Paul K. Campsen, Esq.
Kaufman & Canoles, P.C.
P. O. Box 3037
Norfolk, VA 23514-3037

RREEF Management Company
c/o Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

RTS Marketing, Inc.
c/o Michael P. Falzone, Esq.
Hirschler Fleischer PC
P.O. Box 500
Richmond, VA 23218-0500

Ramco JW, LLC
c/o Paul K. Campsen
Kaufman & Canoles, P.C.
P. O. Box 3037
Norfolk, VA 23514-3037

Ramco West Oaks 1, LLC
c/o Paul K. Campsen
Kaufman & Canoles P.C.
P. O. Box 3037
Norfolk, VA 23514-3037

Rancon Realty Fund IV

Raymond & Main Retail, LLC
David K. Spiro, Esquire
Neil E. McCullagh, Esq.
Cantor Arkema, P.C.
P.O. Box 561
Richmond, VA 23218-0561

Rebs Muskegon, LLC
c/o Paul K. Campsen
Kaufman & Canoles, P.C.
P. O. Box 3037
Norfolk, VA 23514-3037

Recovery Management Systems Corporation
25 SE 2nd Ave Ste 1120
Miami, FL 33131-1605

Remount Road Associates Limited Partnership
c/o Michael P. Falzone
Hirschler Fleischer PC
P.O. Box 500
Richmond, VA 23218-0500

Ricmac Equities Corporation
430-440 Plainview Road
Hicksville, NY 11801-4372

Rio Associates Limited Partnership
c/o David D. Hopper, Esquire
4551 Cox Road, Suite 210
P. O. Box 3059
Glen Allen, VA 23058-3059

Ritz Motel Company
6735 Telegraph Road
Suite 110
Bloomfield Hills, MI 48301-3143

Riverside County California
California Taxing Authority
c/o Martha E. Romero
Romero Law Firm
6516 Bright Avenue
Whittier, CA 90601-4503

Riverside, California
c/o Martha E. Romero
6516 Bright Ave
Whittier, CA 90601-4503

SAP Retail Inc. and Business Objects
c/o Brown & Connery LLP
Attn: Donald K. Ludman
6 North Broad Street
Suite 100
Woodbury, NJ 08096-4635

Sacra de Maine, LLC
Young, Goldman & Van Beek, P.C.
c/o John P. Van Beek, Esq.
510 King Street, Suite 416
Alexandria, VA 22314-3142

Safeway Inc.
Gary & Regenhardt, PLLC
8500 Leesburg Pike
Suite 7000
Vienna, VA 22182-2498

Salem Rockingham LLC
c/o The MEG Companies
25 Orchard View Drive
Londonderry, NH 03053-3324

Samsung Electronics America, Inc.
c/o Akerman Senterfitt
8100 Boone Blvd., Suite 700
Vienna, VA 22182-2683

Sangertown Square, L.L.C.
c/o Menter, Rudin & Trivelpiece, P.C.
Attn: Kevin M. Newman, Esq.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1439

Saul Holdings Limited Partnership
c/o Stephen A. Metz, Esquire
Shulman Rogers Gandal Pordy & Ecker, PA
11921 Rockville Pike, 3rd Floor
Rockville, MD 20852-2737

Save Mart Supermarkets
c/o Paul S. Bliley, Jr.
P.O. Box 1320
Richmond, Va 23218-1320

Schottenstein Property Group, Inc.
c/o Loc Pfeiffer, Esquire
Kutak Rock LLP
1111 East Main Street, Suite 800
Richmond, VA 23219-3521

Sharp Electronics Corporation
c/o Borges & Associates, LLC
575 Underhill Blvd
Syosset, NY 11791-3426

Shopping.com, Inc.
c/o Michael A. Condyles, Esq.
Kutak Rock LLP
1111 East Main Street
Suite 800
Richmon, VA 23219-3521

Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 W. Washington Street
Indianapolis, IN 46204-3438

Sir Barton Place, LLC
2517 Sir Barton Way
Suite 210
Lexington, KY 40509-2275

Sony Electronics, Inc.
c/o Peter J. Barrett, Esquire
Kutak Rock LLP
1111 East Main Street, Suite 800
Richmond, VA 23219-3521

Southland Acquisitions, LLC
c/o Thomas G. King / DS Holmgren
Kreis, Enderle, et al
PO Box 4010
Kalamazoo, MI 49003-4010

Spring Hill Development Partners, GP
Hirschler Fleischer, PC
c/o Michael P. Falzone, Esq.
P.O. Box 500
Richmond, VA 23218-0500

Star Universal, LLC
Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, VA 23218-1998

State of Connecticut, Departments of Labor a
Office of the Attorney General
55 Elm Street
Hartford, CT 06106-1746

State of Michigan, Department of Treasury
Cadillac Place
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202-6030

State of New Jersey, Division of Taxation
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market St., POB 106
Trenton, NJ 08625-0106

State of Wisconsin - Office of the State Tre
P. O. Box 7857
Madison, WI 53707-7857

Symantec Corp
c/o Rafael X. Zahralddin-Aravena
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, DE 19801-1051

T. J. Maxx of CA, LLC
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, VA 23218-1998

TARGUS, INC.
Lawrence J. Hilton, Esq.
HEWITT & O'NEIL LLP
19900 MacArthur Blvd
Suite 1050
Irvine, CA 92612-8414

THQ, Inc.
c/o David M. Poitras, P.C.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Ave. of the Stars, 7th Fl.
Los Angeles, CA 90067-4308

TKG Coffee Tree, L.P.
c/o Eugene Chang
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111-2716

Taubman Landlords
c/o The Taubman Company
Attn. Andrew S. Conway
200 East Long Lake Road
Suite 300
Bloomfield Hills, MI 48304-2324

Tax Collector For Polk County, FL
Of Joe G. Tedder
PO Box 2016
Bartow, FL 33831-2016

Tennessee Dept. Of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
POB 20207
Nashville, TN 37202-4015

The Irvine Company
Bewley, Lassleben & Miller, LLP
13215 E. Penn Street
Suite 510
Whittier, CA 90602-1797

The Macerich Company
c/o Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Thirty & 141, L.P.
John E. Hilton
Carmody MacDonald
120 S. Central Ave., Ste. 1800
Clayton, MO 63105-1726

Toshiba America Consumer Products, L.L.C.
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, MD 21117-5519

Toys R Us - Delaware, Inc.
c/o Wolff & Samson PC
Attn:  Karen L. Gilman, Esq.
One Boland Drive
West Orange, NJ 07052-3687

Tysons 3, LLC
c/o Mitchell B. Weitzman, Esq.
Bean Kinney & Korman, PC
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201-5424

United Parcel Service, Inc.
c/o Christopher Combest
Quarles & Brady LLP
500 W. Madison Street
Suite 3700
Chicago, IL 60661-2589

VNO TRU Dale Mabry, LLC
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

Virginia Electric and Power Company d/b/a Do

Vornado Finance, LLC
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, VA 23218-1998

Washington Corner, LP
c/o Jeffrey J. Graham
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

The Marketplace of Rochester Hills Parcel B,
c/o John D. McIntyre
Willcox & Savage, P.C.
One Commercial Place, Suite 1800
Norfolk, Va 23510-2197

TomTom, Inc.
c/o Nixon Peabody LLP
Attn: Dennis J. Drebsky
437 Madison Ave.
New York, NY 10022-7039

Toshiba America Information Systems, Inc.
Leitess Leitess Friedberg + Fedder PC
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, MD 21117-5519

Travelers
One Tower Square, 5MN
Hartford, CT 06183-0002

UPS Ground Freight, Inc.
c/o Christopher Combest
Quarles & Brady LLP
500 W. Madison Street
Suite 3700
Chicago, IL 60661-2589

UrbanCal Oakland, II LLC
c/o Baker & Hostetler, LLP
ATTN: Laura Lawton Gee
1000 Louisiana Street
Suite 2000
Houston, TX 77002-5018

Valley Corners Shopping Center, LLC
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

Vonage Marketing Inc.
c/o Angelique Electra
Vice President - Law
23 Main Street
Holmdel, NJ 07733-2136

Vornado Gun Hill Road, LLC
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

Watercress Associates, LP, LLP dba Pearlridg
c/o Douglas D. Kappler, Esq.
Robinson, Diamant & Wolkowitz, APC
1888 Century Park East
Suite 1500
Los Angeles, CA 90067-1719

The McClatchy Company
c/o Paul J. Pascuzzi
Felderstein Fitzgerald
Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

Torrington Tripletts, LLC
c/o Paul S. Bliley, Jr.
P.O. Box 1320
Richmond, Va 23218-1320

Towson VF LLC
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

Tritronics, Inc.
c/o Ronald S. Gellert
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801-1670

UTC I, LLC
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
P.O. Box 1998
801 E. Main Street, Suite 1800
Richmond, VA 23219-2906

VNO Mundy Street, LLC
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

Vance Baldwin, Inc.
c/o Robert S. Gellert
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801-1670

Vornado Caguas LP
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
Post Office Box 1998
Richmond, VA 23218-1998

Vornado Realty Trust
210 Route 4 East
Paramus, NJ 07652-5108

Watt Management Company
c/o Katten Muchin Rosenman LLP
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012

Wayne VF LLC
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23218-1998

Westrate Village, LP
c/o Heather D. Dawson
Kitchens Kelley Gaynes, P.C.
Eleven Piedmont Center, Suite 900
3495 Piedmont Rd. N.E.
Atlanta, GA 30305-1773

Williamson County et al
co Michael Reed
Round Rock, TX 78680

United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

3725 Airport Boulevard, LP
20 Westwoods Drive
Liberty, MO 64068-3519

44 North Properties, LLC
c/o Miles & Stockbridge P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

507 Northgate LLC
c/o Christopher M. Alston
1111 - 3rd Ave., #3400
Seattle, WA 98101-3264

553 Retail, Inc.
c/o Peter C. Hughes, Esquire
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102-2101

ACCO Brands Corporation
Wildman, Harrold, Allen & Dixion
225 West Wacker Dr.
Chicago, IL 60606-1349

AOL LLC
c/o Tiffany Strelow Cobb
VOrys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215-3161

AOL LLC
c/o Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

AT&T
Attn: Julie Quagliano, Esq.
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington DC 20007-3062

AT&T
c/o Julie Quagliano, Esq.
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington DC 20007-3062

ATMOS ENERGY CORPORATION
PO BOX 650205
DALLAS TX 75265-0205

AVR CPC Associates, LLC
C/O Jaspan Schlesinger LLP
   300 Garden City Plaza
   Garden City, New York 11530-3302
   (516) 746-8000

Accent Energy California LLC
6065 Memorial Drive
Dublin, Ohio 43017-8218

Alexander H Bobinski, as Trustee
under Trust No. 1001
c/o David R McFarlin
1851 West Colonial Drive
Orlando, FL 32804-7013

Alliance Entertainment
Attn: Douglas J. Bates
27500 Riverview Center Blvd.
Bonita Springs, FL 34134-4325

AmREIT, a Texas real estate investment trust
c/o James V. Lombardi, III
Ross,Banks,May,Cron & Cavin, P.C.
2 Riverway, Suite 700
Houston, Texas 77056-1918

Ammon Properties LC
c/o Joel T. Marker
McKay, Burton & Thurman
170 South Main St., Suite 800
Salt Lake City, UT 84101-1656

Andrews Electronics
c/o Justin D. Leonard
Ball Janik LLP
101 SW Main, Ste. 1100
Portland, OR 97204-3219

Arapahoe County Treasurer
c/o Arapahoe County Attorney Office
Attn: George Rosenberg
5334 S. Prince Street
Littleton, CO 80166-0001

Audiovox Corporation
c/o Duane Morris LLP
Rudolph J. Di Massa, Jr., Esquire
Matthew E. Hoffman, Esquire
30 South 17th Street
Philadelphia, Pennsylvania 19103-4001

Audiovox Corporation
c/o Levy, Stopol & Camelo, LLP
Larry Stopol, Esquire
1425 RexCorp Plaza
Uniondale, NY 11556-1425

Averatec/Trigem USA
c/o Samuel S. Oh
1055 West 7th Street - Suite 2800
Los Angeles, CA 90017-2554

Bank of America
c/o Bruce Matson
951 East Byrd St.
Richmond, VA 23219-4040

Barbara O. Cararway, City Treasurer
City of Chesapeake
P.O. Box 16495
Chesapeake, VA 23328-6495

Basile Limited Liability Company
c/o Michael P. Falzone
Hirschler Fleischer PC
P.O. Box 500
Richmond, VA 23218-0500

Basser-Kaufman aka Basser
c/o James S. Carr
Kelley Dryer & Warren
101 Park Avenue
New York, NY 10178-0062

Basser-Kaufman aka Basser
c/o Robert L. LeHane
Kelley Dryer & Warren
101 Park AVe.
New York, NY 10178-0062

Bell'O International Corp.
Henry P. Baer, Jr., Esq.
Finn Dixon & Herling LLP
177 Broad Street, 15th Floor
Stamford, CT 06901-5002

Bona Circuit VIII Delaware Business Trust
c/o Lazer, Aptheker, Rosella & Yedid
Attn: Robin S. Abramowitz
225 Old Country Road
Melville, NY 11747-2719

Bush Industries, Inc.
c/o Olshan Grundman Frome Rosenzweig & W
65 East 55th Street
New York, New York 10022-3219

CC Colonial Trust
c/o Lazer, Aptheker, Rosella & Yedid, P.
Attn: Robin S. Abramowitz
225 Old Country Road
Melville, NY 11747-2719

CC Joliet Trust
c/o Lazer, Aptheker, Rosella & Yedid
Attn: Robin S. Abramowitz
225 Old Country Road
Melville, NY 11747-2719

CC Merrilville Trust
c/o Lazer, Aptheker, Rosella & Yedid
Attn: Robin S. Abramowitz
225 Old Country Road
Melville, NY 11747-2719

CIT Technology Financing Services, Inc.
10201 Centurion Parkway N. #100
Jacksonville, OH 32256-4114

COLE CC GROVELAND FL, LLC
c/o Jeffrey T. Wegner, Esquire
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2104

CPS Energy - Bankruptcy Section
145 Navarro - Mail Drop 101013
San Antonio, TX   78205

Cameron Group Associates, LLP
c/o Andrew M. Brumby, Esq.
Shutts & Bowen LLP
300 S. Orange Avenue, Suite 1000
Orlando, FL 32801-5403

Carlyle-Cypress Tuscaloosa, LLC
c/o Lyndel Anne Mason
CAVAZOS HENDRICKS POIROT & SMITHAM P.C.
900 Jackson St. - Ste 570, Founders Sq.
Dallas, TX 75202-2413

Centro Properties Group
c/o Ballard Spahr Andrews & Ingersoli
51st Floor-Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7501

Charlotte Co Tax Collector
Vickie L Potts, Tax Collector
18500 Murdock Circle
Port Charlotte FL 33948-1068

City Hurst, Mansfiled ISD, Carroll ISD
c/o Elizabeth Banda
PO Box 13430
Arlington, TX 76094-0430

City of Cedar Hill, Burleson ISD, Arlington
c/o Elizabeth Banda
PO Box 13430
Arlington, TX 76094-0430

City of Frisco
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

City of Homestead, FL
c/o Douglas R. Gonzales, Esq.
Weiss Serota Helfman
200 E. Broward Blvd., Suite 1900
Fort Lauderdale, FL 33301-1949
954-763-4242

City of Lake Worth
c/o Elizabeth Banda
PO Box 13430
Arlington,TX 76094-0430

City of Memphis
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

City of Miramar, FL
c/o Douglas R. Gonzales
Weiss Serota Helfman
200 E. Broward Blvd., Suite 1900
Fort Lauderdale, FL 33301-1949
954-763-4242

City of Newport News
Office of the City Attorney
2400 Washington Ave.
Newport News, VA 23607-4301

City of Philadelphia
c/o Ashley M. Chan
One Logan Sq. 27th Floor
Philadelphia, PA 19103-6910

City of Richmond
Department of Public Utilities
730 E. Broad Street, 5th Floor
Richmond, Virginia 23219-1861

Cleveland Towne Center, LLC
c/o Miller & Martin PLLC
Attn:  Nicholas W. Whittenburg
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402-2289

Cobb Corners II, LP
c/o Amy Pritchard Williams
214 North Tryon Street
Suite 4700
Charlotte, NC 28202-2367

Colorado Structures, Inc. dba CSI Constr. Co
c/o Mary E. Olden
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814-4692

Colorado Structures, Inc., dba CSI Construct
c/o Mary E. Olden; Andre K. Campbell; Se
McDonough Holland & Allen PC
555 Capitol Mall, 9th Floor
Sacramento, CA 95814-4692

Columbia Plaza

Columbia Plaza Joint Venture
% Jordan Humphreys, Attorney
3210 Bluff Creek
Columbia, MO 65201-3525
573-449-2503
jhumphreys@fpb-law.com

Commonwealth of VA Dept. of Taxation
c/o Jeffrey Scharf
PO Box 771476
Richmond, VA 23255

Commonwealth of VA, Dept. of Taxation
c/o Mark Ames
PO Box 2156
Richmond, VA 23218-2156

Commonwealth of Virginia
Department of Taxation
PO Box 2156
Richmond VA 23218-2156

Comptroller of Public Accounts of State of T
c/o Mark Browning, Asst. Atty. General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711-2548

Condan Enterprises LLC
c/o Siller Wilk LLP
675 Third Avenue
New York, NY 10017
Attention: Eric J. Snyder, Esq.

Crossways Financial Associates, LLC
Paul K. Campsen
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1681

Cypress Fairbanks ISD
c/o John P Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx. 77253-3064

DIM Vastgoed, N.V.
c/o Amy Pritchard Williams
214 North Tryon Street
Suite 4700
Charlotte, NC 28202-2367

Dallas County
Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2637

Dallas County and Tarrant County
% Linebarger Goggan Blair & Sampson
Attn:  Elizabeth Weller, Esq.
2323 Bryan St., Ste. 1600
Dallas, TX 75201-2637

DeMatteo Management, Inc.
c/o Jennifer V. Doran, Esq.
Hinckley Allen & Snyder LLP
28 State Street
Boston, MA 02109-1776

Developers Diversified Realty Corp.
Attn:  Eric C. Cotton
3300 Enterprise Parkway
Beachwood, OH 44122-7200

Developers Diversified Realty Corp.
c/o Eric Cotton
3300 Enterprise Parkway
PO Box 227042
Beachwood, OH 44122-7200

Developers Diversified Realty Corp.-DDR
c/o James Carr
Kelley Drye & Warren
101 Park Ave.
New York, NY 10178-0062

Developers Diversified Realty Corp.-DDR
c/o Robert L. LeHane
Kelley Drye & Warren
101 Park Ave.
New York, NY 10178-0062

Dicker-Warmington Properties
c/o Stephen Spence & Scott Adkins
1200 North Broom Street
Wilmington, DE 19806-4204

Discovery Communications, Inc. (4109)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

Ditan Distribution LLC
c/o Michael S. Kogan, Esq.
Ervin, Cohen & Jessup LLP
9401 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212-2974

Dollar Tree Store, Inc.
% Scott Kipnis, Rachel Greenberger
Nicholas Malito Esqs, Hofheimer Gartlir
530 Fifth Ave.
New York, NY 10036-5101

Dunwell, Donovan
c/o Chiariello & Chiariello
118-21 Queens Boulevard, Ste. 603
Forest Hills, NY 11375-7206

Duquesne Light Company
c/o Kirk B. Burkley, Esquire
Bernstein Law Firm, P.C.
Suite 2200, Gulf Tower
Pittsburgh, PA 15219

E&A Northeast Limited Partnership
c/o Christine D. Lynch, Esq.
Peter D. Bilowz, Esq.
Goulston & Storrs, PC
400 Atlantic Avenue
Boston, MA 02110-3333

Edwin Watts Golf Shops, LLC
c/o Stephen E. Scarce
6802 Paragon Place, Suite 300
Richmond, VA 23230-1655

Eel McKee LLC
c/o Howard, Rice et al.
Attn: Gary M. Kaplan, Esq.
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4078

Embarq
PO Box 7971
Shawnee Mission, KS 66207-0971

Encinitas PFA, LLC
c/o Amy Pritchard Williams
214 North Tryon Street
Suite 4700
Charlotte, NC 28202-2367

Engineered Structures, Inc
c/o Kimbrell Gourley
The 9th & Idaho Center
225 N. 9th St. # 820
PO Box 1097
Boise, ID 83701-1097

Engineered Structures, Inc.
c/o Rob Shockley
12400 W. Overland Rd.
Boise, ID 83709-0021

Entergy Arkansas Inc
c/o Robert W. Mallard
1105 North Market St. # 1600
Wilimington, DE 19801-1201

Entergy Gulf States Louisiana
c/o Robert W. Mallard
1105 North Market St. # 1600
Wilimington, DE 19801-1201

Entergy Louisiana, LLC
c/o Robert W. Mallard
1105 North Market St. # 1600
Wilmington, DE 19801-1201

Entergy Mississippi
c/o Robert W. Mallard
1105 North Market St. # 1600
Wilimington, DE 19801-1201

Entergy Texas, Inc
c/o Robert W. Mallard
1105 North Market St. # 1600
Wilimington, DE 19801-1201

Envision Peripherals, Inc
c/o Gay Richey, Sr. Creidt Manager
47490 Seabridge Drive
Fremont, CA 94538-6548


Equitable Gas Bankruptcy Department
Attn: Judy Gawlowski
200 Allegheny Center Mall
Pittsburgh, Pa 15212-5339

Evergreen Plaza Associates
c/o John L. Senica
225 W. Washington, Suite 2600
Chicago, IL 60606-2418

Expesite, LLC
c/o Andria Beckham & Kenneth Johnson
100 S. Third Street
Columbus, OH 43215-4236


F&M Properties, Inc.
% Fred B. Ringel, Esq.
Robinson Brog Leinwand Greene et al
1345 Ave. of the Americas
New York, NY 10105-0302

F.R.O., LLC IX
c/o Timothy F. Brown
Arent Fox LLP
1050 Connecticut Ave. NW
Washington, DC 20036-5303

Faram Muskegon, LLC
c/o Paul K. Campsen, Esq.
Kaufman & Canoles, P.C.
P. O. Box 3037
Norfolk, VA 23514-3037


Federal Realty Investment Trust
c/o Ballard Spahr Andrews & Ingersoli
51st Floor-Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7501

Food Lion LLC
c/o Linda Lemmon Najjoum
Hunton & Williams LLP
1751 Pinnacle Drive, Suite 1700
McLean, Virginia 22102-3836

Fort Bend County
c/o John P Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx. 77253-3064


Four Star International Trade
c/o Wendy M. Mead
11 Pleasant St. # 30
Worcester, MA 01609-3232

Garmin International, Inc.
Attn:  Andrew Etkind
1200 East 151st Street
Olathe, KS 66062-3426

General Growth Properties, Onc
c/o Robert L. LeHane
101 Park Ave.
New York, NY 10178-0002


Giant Eagle, Inc.
c/o Darlene M. Nowak, Esq.
Marcus & Shapira LLP
35th Floor One Oxford Centre
Pittsburgh PA  15219

Greece Ridge, LLC
c/o Thomas W. Daniels
1265 Scottsville Rd.
Rochester, NY 14624-5104

Green 521 5th Avenue LLC
c/o Stempel Bennett Claman & Hochberg, P
675 Third Avenue, 31st floor
New York, New York 10017
Attn: Edmond P. O'Brien, Esq.


Gregg County
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Gregg County
c/o Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

HENRICO COUNTY
P.O. BOX 90775
HENRICO, VIRGINIA 23273-0775


Hallaian
Walter Wilhelm Law Group
Attn: Michael L. Wilhelm, Esq.
7110 N. Fresno Street, Suite 400
Fresno, CA 93720-2933

Hallaian
c/o Walter Wilhelm Law Group
Attention: Michael L. Wilhelm, Esq.
7110 N. Fresno Street, Suite 400
Fresno, CA 93720-2933

Harris County et al
c/o John P Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx. 77253-3064


Heartland Regional Medical Center
c/o Michael I. Mossman, Attorney at Law
P.O. Box 330129
Nashville, TN 37203-7501

Hewlett Packard Company
c/o Roy Terry, Jr.
600 E. Main Street, 20th Floor
Richmond, VA 23219-2430

Hewlett-Packard Company
Attn:  Ramona Neal/Chris Patafio
11307 Chinden Blvd., MS 314
Boise, ID 83714-1021


Hillson Electric Incorporated
C/o: Gary V. Fulghum
Seigfreid, Bingham
2800 Commerce Tower, 911 Main Street
Kansas City, MO  64105

Home Depot USA, Inc.
c/o Elizabeth C. Freeman
LOCKE LORD BISSELL & LIDDELL LLP
600 Travis Street, Suite 3400
Houston, Texas 77002-2926

Home Depot USA, Inc.
c/o Melissa S. Hayward
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-2748

Homero Alonso Mata
c/o David G. Reynolds, Esq.
PO Box 1700
Corrales, NM 87048-1700

Homero Mata
c/o David G. Reynolds, Esq.
PO Box 1700
Corrales, NM 87048-1700

Illinois Dept. of Employment Security
Attorney General Section - 9th Floor
33 S. State St.
Chicago, IL 60603-2804


Impressions Marketing Group
7951 Angleton Ct.
Lorton, VA 22079-1012

InfoPrint Solutions Company
c/o IBM Corporation
ATTN: Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234-8812

Interstate Augusta Properties LLC
c/o Christine D. Lynch, Esq.
Peter D. Bilowz, Esq.
Gouslton & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333


Interstate Waste Services
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

Irving ISD
Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2637

JWC/Loftus LLC
2595 Canyon Blvd. Suite 250
Boulder, CO 80302-6744


James Donaldson
Core Properties, Inc.
831 East Morehead St. Ste 445
Charlotte, NC 28202-2784

John Rohrer Contracting Company, Inc.
c/o: Gary V. Fulghum
Seigfreid, Bingham
2800 Commerce Tower, 911 Main Street
Kansas City, MO  64105

K&G/Dearborn, LLC
c/o Jess R Bressi Esq
19800 MacArthur Blvd Ste 500
Irvine CA 92612-2480


KPNX-TV (367)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

KSDK-TV (0361)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

KTNV Television (0869)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394


KTVD-TV (8982)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

KTVI Television (372)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

KTVK/KASW Television (7070)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394


KUSA-TV (0295)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

KXTV-TV (1475)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

Katsky Korins LLP
Attn:  Steven H. Newman, Esquire
605 Third Avenue
New York, NY 10158-0180


Kina Thompson
c/o Linda J. Brame
111 W. Main St. P.O. box 700
Marion, IL 62959-0700

Klipsch, LLC
c/o Michael K. McCrory
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204-3535

L.G. Electronics USA, Inc
Attn:  Brian Wehr ℅ H. Jason Gold
Wiley Rein LLP
7925 Jones Branch Dr.
McLean, VA 22102-3365


LA Dept of Revenue
PO Box 66658
Baton Rouge, LA 70896-6658

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Landmark Communications, Inc.
c/o Paul A. Driscoll
Pender & Coward, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462-3026


Lang Construction, Inc.
c/o: Gary V. Fulghum
Seigfreid, Bingham
2800 Commerce Tower, 911 Main Street
Kansas City, MO  64105

Lexington Lion Weston I LP
c/o Brian P. Hall
1230 Peachtree St., N.E.
Suite 3100, Promenade II
Atlanta, GA 30309-3574

Madison Waldorf, LLC
c/o Madison Marquette Realty Services
c/o Mitchell B. Weitzman, Esq.
Bean Kinney & Korman, PC
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201-5424

Mall Properties and U.S. 41 & I-285 Company
c/o Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0002
Attn: Neil E. Herman

Maryland Acquisitions, LLC
c/o Miles & Stockbridge P.C.
1751 Pinnacle Drive
Suite 500
McLean, VA 22102-3833

Mike B. Dohrmann
34945 N Karan Swiss Circle
Queen Creek, AZ 85243-4856

NPP Development LLC
c/o Christine D. Lynch, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
P.O. BOX 530, COLUMBUS, OH. 43216

Oklahoma County Treasurer
c/o Tammy Jones
320 Robert S. Kerr
Oklahoma City, OK 73102-3457

Pan Am Equities, Inc.
c/o Michael J. Sage
O'Melveny & Myers
7 Times Square
New York, NY 10036-6524

Pasadena Independent School District
c/o Dexter D. Joyner
Law Office of Dexter D. Joyner
4701 Preston Avenue
Pasadena, Texas 77505-2050

Pima County Treasurer & Pima County, Arizona
c/o Pima County Attorney's Office
32 N. Stone Avenue, Ste 2100
Tucson, AZ 85701-1416

Plaza Las Americas, Inc.
c/o Holland & Knight LLP
James H. Rollins, Esq.
Suite 2000, One Atlantic Center
1201 West Peachtree Street, N.E.
Atlanta, GA 30309-3400

Malpiter Plaza Company Ltd.
c/o Carnegie Management and Development
27500 Detroit Rd., Ste. 300
Westlake, Ohio 44145-5913

McKinley, Inc.
c/o Seth A. Drucker, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3516

Monte Vista Crossings, LLC
c/o Donahue Gallagher Woods LLP
attn:  William R. Hill, Esq.
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570

National Glass & Gate
c/o Coface North America, Inc.
50 Millstone Rd., Bldg. 100, Ste. 360
East Windsor, NJ 08520-1415

ON Corp US, Inc.
ON Corp
c/o Olshan Grundman Frome Rosenzweig & W
65 East 55th Street
New York, New York 10022-3219

Oracle USA, Inc.
c/o Shawn M. Christianson
Buchalter Nemer
333 Market St., 25th Floor
San Francisco, CA 94105-2126

Parago, Inc.
c/o Melissa S. Hayward
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-2748

Patrick S. Longood
8124 Hampton Spring Road
Chesterfield, Virginia 23832-2030

Plantation Point Development, LLC
c/o Lyndel Anne Mason
CAVAZOS HENDRICKS POIROT & SMITHAM P.C.
900 Jackson St.,Ste 570, Founders Sq.
Dallas, TX 75202-2413

Polaris Circuit City, LLC
8800 Lyra Drive, Suite 550
Columbus, Ohio 43240-2107
Attn:  Franz A. Geiger

Mark Browning
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, TX 78711 2548

Middle Tennessee Electric Membership Corpora
555 New Salem Road
Murfreesboro, TN 37129-3390

Montgomery County
c/o John P Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx. 77253-3064

Newport News Shopping Center, LLC
Paul K. Campsen
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1681

(p)OHIO BUREAU OF WORKERS COMPENSATION
LAW SECTION BANKRUPTCY UNIT
P O BOX 15567
COLUMBUS OH 43215-0567

Pamela Gale Johnson
Baker & Hostetler, LLP
1000 Louisiana, Ste. 2000
Houston, TX 77002-5018

Parker Bullseye LLC
c/o Joel T. Marker
McKay, Burton & Thurman
170 South Main St., Suite 800
Salt Lake City, UT 84101-1656

Pelkar Muskegon, LLC
c/o Paul K. Campsen, Esq.
Kaufman & Canoles, P.C.
P. O. Box 3037
Norfolk, VA 23514-3037

Platform-A Inc.
c/o Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215-3161

Port Arthur Holdings, III, Ltd.
c/o David H. Cox, Esq.
Jackson & Campbell, PC
1120 20th Street, NW, Suite 300-S
Washington, DC 20036-3437

PrattCenter, LLC
c/o Amy Pritchard Williams
214 North Tryon Street
Suite 4700
Charlotte, NC 28202-2367

Pretlow & Pretlow, P.C.
200 N. Main Street
Suffolk, VA 23434-4421

Pretlow & Pretlow, PC
200 N. Main Street
Suffolk, VA 23434-4421

PriceGrabber.com, Inc.
c/o Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654-6465

Prince George's Station Office, LLC
c/o Taylor Development and Land
7201 Wisconsin Avenue, Suite 500
Bethesda, MD 20814-4848

Prince George's Station Retail, LLC
c/o Taylor Development and Land
7201 Wisconsin Avenue, Suite 500
Bethesda, MD 20814-4848

Public Service of North Carolina
c/o David B. Wheeler, Esq.
Moore & Van Allen PLLC
P.O. Box 22828
Charleston, SC 29413-2828

RAY FOGG CORPORATE PROPERTIES, LLC.
C/O WELTMAN, WEINBERG & REIS
323 W. LAKESIDE AVE., 2ND FL
CLEVELAND, OH 44113-1009

RLV Village Plaza, LP
c/o Paul K. Campsen, Esq.
Kaufman & Canoles, P.C.
P. O. Box 3037
Norfolk, VA 23514-3037

Ramco JW, LLC
c/o Paul K. Campsen, Esq.
Kaufman & Canoles, P.C.
P. O. Box 3037
Norfolk, VA 23514-3037

Ramco West Oaks I, LLC
c/o Paul K. Campsen, Esq.
Kaufman & Canoles, P.C.
P. O. Box 3037
Norfolk, VA 23514-3037

Ray Mucci's Inc.
c/o Christine D. Lynch, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Rebs Muskegon, LLC
c/o Paul K. Campsen, Esq.
Kaufman & Canoles, P.C.
P. O. Box 3037
Norfolk, VA 23514-3037

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Reliance Figueroa Associates, L.P.
c/o Aaron R. Cahn
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072

Reliance Figueroa Associates, L.P.
c/o Lambert Development LLC
5 Hanover Square
New York, NY 10004-2614

Ritz Motel Company
c/o Seth A. Drucker, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3516

Riverside Claims LLC
P.O. Box 626
New York, NY 10024-0626

Riverside Claims LLC
P.O. Box 626
Planetarium Station
New York, NY 10024-0626

Rockwall CAD
Linebarger Goggan Blair & Samspon, LLP
c/o Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Rockwall County
Linebarger Goggan Blair & Samspon, LLP
c/o Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Route 146 Millbury LLC
c/o Christine D. Lynch, Esq.
Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

S.R. Weiner & Associates Inc.
c/o Christine D. Lynch, Esq.
Peter D. Bilowz, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

SAP Retail, Inc. and Business Objects
c/o Brown & Connery LLP
6 North Broad Street
Woodbury, NJ 08096-4635

Samsung Electronics America, Inc.
Attn:  Joseph McNamara
105 Challenger Rd.
Ridgefield Park, NJ 07660-2113

Samsung Electronics America, Inc.
Phillip J. Landau, Esq.
Akerman Senterfitt
350 E. Las Olas Blvd, Ste. 1600
Ft. Lauderdale, FL 33301-4247

Savitri Cohen
c/o Ronald G. Dunn
40 Beaver St.
Albany, NY 12207-1511

Savitri Cohen
c/o Ronald G. Dunn
Gleason, Dunn, Walsh & O'Shea
40 Beaver Street
Albany, New York 12207-1511

Sharp Electronics Corporation
c/o Borges & Associates, LLC
Counsel for Sharp Electronics
575 Underhill Blvd. - Ste 118
Syosset, NY 11791-3438

Shimenti Construction Company
118 North Bedford Road
Mount Kisco, New York 10549-2553

Simon Property Group, Inc.
Attn:  Ronald M. Tucker
225 W. Washington St.
Indianapolis, IN 46204-3438

Sir Barton Place LLC
c/o John P. Brice
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746

Sirius XM Radio, Inc.
c/o Eric D. Goldberg
Stutman, Treister & Glatt
1901 Avenue of The Stars, 12th Floor
Los Angeles, CA 90067-6001

Smith County
Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Sony Electronic, Inc
c/o Lloyd Sarakin
1 Sony Drive, MD #1E-4
Park Ridge, NJ 07656-8002

Sony Pictures Entertainment Inc.
c/o Sara L. Chenetz, Esq.
Sonnenschein Nath & Rosenthal LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017-5709

South Carolina Electric & Gas Company
c/o David B. Wheeler, Esq.
Moore & Van Allen PLLC
P.O. Box 22828
Charleston, SC 29413-2828

Southland Acquisitions, LLC
c/o Thomas G. King / DS Holmgren
Kreis, Enderle, Hudgins & Borsos
PO Box 4010
Kalamazoo, MI  49003-4010

Sprint Nextel  Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326

State of Michigan, Department of Treasury
3030 W. Grand Blvd.
Suite 10-200
Detroit, MI 48202-6030

THQ, Inc.
c/o Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars 7th Floor
Los Angeles, CA 90067-4308
Attn: David M. Poitras P.C.

TPG Management Inc.
c/o John L. Senica
225 W. Washington, Suite 2600
Chicago, IL 60606-2418

Tarrant County
Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2637

Taubman Landlords
c/o The Taubman Landlords
Attn. Andrew S. Conway
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304-2324

Tax Collector for Polk County, Florida
Office of Joe G. Tedder, CFC
c/o Bonnie Holly
PO Box 2016
Bartow, Florida  33831-2016

Tax Collector of Madison County, AL.
c/o Lynda Hall
100 Northside Sq.
Huntsville, AL 35801-4800

The City of New York
ATTN: Gabriela Cacuci
100 Church St. Room 5/223
New York, NY 10007-2601

The Columbus Dispatch
c/o Weltman, Weinberg & Reis Co.
PO Box 93596
Cleveland, OH 44101-5596

The Goldenberg Group
c/o Jeffrey Kurtzman
260 S. Broad Street
Philadelphia, PA 19102-5021

The McClatchy Company, et al.
c/o Paul J. Pascuzzi
Felderstein Fitzgerald
Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

The Miner Corporation
c/o Ray Battaglia
OPPENHEIMER, BLEND, ET.AL.
711 Navarro, Suite 600
San Antonio, Texas 78205-1892

The Ziegler Companies
c/o Mitchell Weitzman
2300 Wilson Blvd. 7th Floor
Arlington, VA 22201-5424

Tom Green CAD
Linebarger Goggan Blair & Sampson, LLP
c/o Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2644

Toshiba America Consumer Products, LLC
82 Totowa Road
Wayne, NJ 07470-3191

Toshiba America Consumer Products, LLC
c/o Jeremy S. Friedberg
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117-5519

Toshiba America Information Systems, Inc
c/o Jeremy S. Friedberg
One Corporate Center
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland 21117-5519

Toshiba America Information Systems, Inc.
9740 Irvine Blvd.
Irvine, CA 92618-1608

Travelers
One Tower Square, 5MN
Hartford, CT 06183-0002
ATTN: Mike Lynch

Traverse Square Company, Ltd.
c/o Carnegie Management and Development
27500 Detroit Rd., Ste. 300
Westlake, Ohio 44145-5913

Treasurer Chesterfield County
PO Box 70
Chesterfield VA 23832-0001
attn: Laura Glovier
(804) 751-4915

Tysons 1, LLC and its management agent
The Ziegler Companies, LLC
c/o Mitchell B. Weitzman, Esq.
Bean Kinney & Korman, PC
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201-5424

Tysons3, LLC
c/o Mitchell Weitzman
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201-5424

UBI Soft, Inc.
c/o Coface North America, Inc.
50 Millstone Rd., Bldg. 100, Ste. 360
East Windsor, NJ 08520-1415

UPS Ground Freight, Inc.
c/o Faye Feinstein/Christopher Combest
Quarles & Brady LLP
500 W. Madison St., Suite 3700
Chicago, IL 60661-2589

UTC I, LLC
c/o Amy Pritchard Williams
214 North Tryon Street
Suite 4700
Charlotte, NC 28202-2367

United Parcel Service, Inc.
c/o Faye Feinstein/Christopher Combest
Quarles & Brady LLP
500 W. Madison St., Suite 3700
Chicago, IL 60661-2589

Universal Remote Control, Inc.
c/o Rattet Pasternak & Gordon-Oliver, LL
550 Mamaroneck Avenue, Suite 510
Harrison, NY 10528-1609

UrbanCal Oakland, II LLC
c/o Baker & Hostetler, LLP
ATTN: Laura Lawton Gee
1000 Louisiana Street, Suite 2000
Houston, TX 77002-5018

Valley Corners Shopping Center, LLC
c/o Amy Pritchard Williams
214 North Tryon Street
Suite 4700
Charlotte, NC 28202-2367

Verizon Inc.
404 Brock Drive
Bloomington, IL 61701-2654

Vonage Marketing Inc.
Angelique Electra
Vice President - Law
23 Main Street
Holmdel, NJ 07733-2136

WATL-TV (3477)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WBNX-TV (2749)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WEND-FM Radio/WRFX-FM Radio
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WESH Television (72)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WFLA Television (78)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WFTS Television (1742)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WFTX Television (8669)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WGAL-TV (0762)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WHP-TV (5666)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WKCF Television (8783)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WKYC-TV (2038)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WLYH-TV (507)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WMAR Television (158)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WNCN-TV (8602)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WOFL Television (862)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WRBW Television (7079)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WSOC Television (227)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WTSP-TV (6307)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WUSA-TV (0518)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WXIA-TV (0277)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

Water Tower Square Limited Partnership
c/o Carnegie Management and Development
27500 Detroit Rd., Ste. 300
Westlake, Ohio 44145-5913


Watercress Assoc., LP, LLP, dba Pearlridge C
c/o Douglas D. Kappler, Esq.
Robinson, Diamant & Wolkowitz, APC
1888 Century Park East, Suite 1500
Los Angeles, CA 90067-1719

Weidler Settlement Class
Attn: C. Jones & Martin Fletcher
Whiteford Taylor & Preston LLP
3190 Fairview Park Dr., Ste. 300
Falls Church, VA 22042-4559

Weidler Settlement Class
David M. deRubertis, Esq.
The deRubertis Law Firm
21800 Oxnard Street
Suite 1180
Woodland Hills, California 91367-7911


Weingarten Realty Ivestors
c/o Jenny J. Hyun
2600 Citadel Plaza Drive
Houston, TX 77008-1390

Weingarten Realty Ivestors-WRI
c/o James S. Carr
Kelley Drye & Warren
101 Park Ave.
New York, NY 10178-0062

Weingarten Realty Ivestors-WRI
c/o Robert L. LeHane
Kelley Drye & Warren
101 Park Ave.
New York, NY 10178-0062


William Gower
c/o Linda J. Brame
111 W. Main St. P.O. box 700
Marion, IL 62959-0700

Williamson County et al
co Michael Reed
P.O. Box 1269
Round Rock, TX 78680-1269

Woodlawn Trustees, Incorporated
c/o Michael P. Falzone
Hirschler Fleischer, PC
P.O. Box 500
Richmond, VA 23218-0500


Yellow Transporation
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

Yellow Transportation
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094-5126

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233-1463


Cynthia Olloway, Individually and as Special
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
Post Office Box 1998
801 East Main Street, Suite 1800
Richmond, VA 23219-2906

Daniel F. Blanks
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

David J. Cacciotti
9812 Fernleigh Dr.
Richmond, VA 23235-1834


David S. Berman
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108-2003

Dion W. Hayes
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510


Gregg M. Galardi
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899-0636

Gregory Lee McCall
U.S.M. #15064-045
F.C.I. Forest City-Low
PO Box 9000
Forest City, AR 72336-9000

Howard Morehead
10712 Calaveras Cove
Belton, TX 76513-5314


Ian S. Fredericks
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899-0636

Jack Hernandez
Righetti Law Firm,
456 Montgomery Street
#1400
San Francisco, CA 94104-1247

James Lubary
3161 Druid Lane
Rossmoor, CA 90720-5214


James C. Blair Sr.
1921 Whitelake Dr.
Fredericksburg, VA 22407-1483

John E. Lucian
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103-6998

Jonathan Lee Riches
FCI  Williamsburg
PO Box 340
Salters, SC 29590-0340

Jonthan Card
Righetti Law Firm, P.C.
456 Montgomery St
1400
San Francisco, CA 94104-1247

Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4063

Madeleine C. Wanslee
GUST ROSENFELD
201 E. WASHINGTON ST., STE 800
PHOENIX, AZ 85004-2327

Mary J. Radack
14561 Legends Blvd., N 302
Fort Myers, FL 33912-0364

Melanie J. Finch
22056 Gilmore Street
Woodland Hills, CA 91303-2504

Patricia Shapiro
3662 Mountcles Blvd.
Thousand Oaks, CA 91360-2642

Reverend Dwayne Funches
c/o Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller, P.C.
P.O. Box 1998
801 E. Main Street, Suite 1800
Richmond, VA 23219-2906

Robert Gentry
Righetti Law Firm, P.C.
456 Montgomery St.
1400
San Francisco, CA 94104-1247

Robert E. Greenberg Gateway Woodside, Inc.
Friedlander Misler, PLLC
1101 17th Street, NW
Suite 700
Washington, DC 20036-4711

Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219-4063

Satchidananda Mims
PO Box 19304
Oakland, CA 94619-0304

Vincent E. Rhynes
1514 W. Manchester Ave. # 5
LA, CA 90047-5427

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219-1849

Yvette Mack
c/o Spotts Fain PC
P.O. Box 1555
Richmond, VA 23218-1555

c/o Ron C. Bingham Stites & Harbison, PLLC T
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, GA 30308

c/o William A. Wood Panattoni Construction,
Bracewell & Giuliani, LLP
711 Louisiana St., Suite 2300
Houston, TX 77002-2849

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
400 N 8th Street, Box 76
Stop Room 898
Richmond, VA 23219

Ohio Bureau of Workers' Compensation
PO Box 15567
Columbus, Ohio 43215-0567

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)1030 W. North Ave. Bldg. LLC

(u)120 Orchard LLC

(u)13630 Victory Boulevard, LLC

(u)3725 Airport Boulevard, LP

(u)437 Orchard LLC

(u)502-12 86th Street LLC

(u)553 Retail, LLC

(u)601 Plaza LLC

(u)AAC Management Corp.

(u)ACXIOM CORPORATION

(u)AOL LLC

(u)AT&T

(du)AT&T Corp.

(u)AVR CPC Associates, LLC

(u)Acadia Realty Limited Partnership

(u)Advertising.com Inc.

(u)Alliance Entertainment Corporation

(u)Altamonte Springs Real Estate Associates,

(u)AmCap Arborland LLC

(u)AmCap NorthPoint LLC

(u)Amargosa Palmdale Investments, LLC

(u)American Electric Power

(u)American National Insurance Company

(u)Ammon Properties, LC

(u)Andrews Electronics

(u)Annapolis Plaza LLC

(u)Arboretum of South Barrington, LLC

(u)Arlington ISD, et al.

(u)Ashkenazy Management Corp.

(u)Audiovox Corporation

(u)Averatec/Trigem USA

(u)Baltimore Gas and Electric Company

(u)Bank of America, N.A., as Agent

(u)Basser-Kaufman    (u)Bear Valley Road Partners LLC    (u)Bell County, County of Denton, Midland Cen

(u)Bell'O International Corp.    (u)Bella Terra Associates, LLC    (u)Belleville News-Democrat

(u)Bellingham Herald    (u)Benderson Development Company, LLC    (u)Benenson Capital Company

(u)Bethesda Softworks, LLC    (u)Bexar Co., Cameron Co., Dallas Co., El Pas    (u)Biloxi Sun Herald

(u)Bizport, Ltd.    (u)Bond C.C. I Delaware Business Trust    (u)Bond Circuit IV Delaware Business Trust

(u)Bond Circuit VIII Delaware Business Trust    (u)Bond-Circuit IX Delaware Business Trust    (u)Boston Gas Company

(u)Bradenton Herald    (u)Brandywine Grande C, L.P.    (u)Brazoria County Tax Office

(u)Brick-70, LLC    (u)Brighton Commercial, L.L.C.    (u)Brownsville Public Utilities Board

(u)Bush Industries, Inc.    (u)CAP Brunswick, LLC    (u)CC Colonial Trust

(u)CC Joilet Trust    (u)CC Joliet Trust    (u)CC Kingsport 98, LLC

(u)CC Merrilville Trust

(u)CS Plaza Joint Venture, LLP

(u)CC-Investors 1995-6

(u)CCDC Marion Portfolio, L.P.

(u)CDB Falcon Sunland Plaza, LP

(u)CHK, LLC

(u)CIM/Birch St., Inc.

(u)CK Richmond Business Services #2, LLC

(u)COFAL Partners, L.P

(u)COMSYS Information Technology Services, In

(u)CT

(u)Canon U.S.A., Inc

(u)Cardinal Capital Partners

(u)Caribbean Display & Construction, Inc.

(u)Carlyle-Cypress Tuscaloosa, LLC

(u)Carolina Power & Light Company d/b/a Progr

(u)Carriage Crossing Market Place LLC

(u)Carrollton Arms, LLC

(u)Catellus Operating Limited Partnership

(u)Cedar Development Ltd., a Florida Limited

(u)Cellco Partnership d/b/a Verizon Wireless

(u)Cencor Realty

(u)Central Georgia Electric Membership Corpor

(u)Centre Daily Times (State College)

(u)Centre at 38th Street TIC, LLC

(u)Centro Properties Group

(u)Chalek Company LLC

(u)Charlotte Observer

(u)Chase Bank USA, National Association

(u)Chelmsford Realty Associates

(u)Children's Discovery Centers of America

(u)Gwang Hee Kim (Ridgehaven Plaza Shopping C

(u)Circuit City Stores, Inc.

(u)Circuit Sports, L.P.
Weycer, Kaplan, Pulaski & Zuber, PC
c/o Edward L. Rothberg
11 Greenway Plaza, Suite 1400
Houston, Te 77046 United States

(u)City of Fort Worth

(u)City of Garland Tax Assessor/Collector

(u)City of McAllen

(u)City of Philadelphia

(u)City of Round Rock

(u)Cohab Realty, LLC

(u)Collin County Tax Assessor/Collector

(u)Colorado Department of Revenue

(u)Columbia Equities Limited Partnership

(u)Columbus Ledger-Enquier

(u)Commonwealth Edison Company

(u)Commonwealth of Virginia, Department of Ta

(u)Computer Resource Team, Inc.

(u)Connecticut Light and Power Company

(u)Connecticut Natural Gas Company

(u)Connexion Technologies

(u)Consolidated Edison Company of New York, I

(u)Continental Properties Company, Inc.

(u)Cosmo-Eastgate, ltd

(u)Cottonwood Corners-Phase V, LLC

(u)Crossroads Associates, Ltd.

(u)Crossroads Shopping Center

(u)Crossways Financial Associates, LLC

(u)Cypress Equities

(u)Cypress/CC Marion I, L.P.

(u)DL Peterson Trust, as Assignee of PHH Vehi

(u)Dallas County

(u)Daly City Partners I, L.P.

(u)De Rito Partners

(u)De Rito Pavilions 139, LLC

(u)DeMatteo Management, Inc.

(u)Descanso TIC, LLC

(u)Developers Diversified Realty Corporation

(u)Dick's Sporting Goods Inc.

(du)Dick's Sporting Goods, Inc.

(u)Dicker-Warmington Properties

(u)Digital Innovations, LLC

(u)Ditan Distribution LLC

(u)Dollar Tree Stores, Inc.

(u)Dominion East Ohio

(u)Dominion Hope

(u)Dominion Peoples

(u)Drexel Delaware Limited Partnership

(u)Duke Energy Carolinas, LLC

(u)Duke Energy Indiana, Inc.

(u)Duke Energy Kentucky, Inc.

(u)Duke Energy Ohio, Inc.

(u)Duquesne Light Company

(u)E&A Northeast Limited Partnership

(u)ELL MCKEE LLC

(u)Eagleridge Associates, LLC

(u)Eastman Kodak Company

(u)Eatontown Commons Shopping  Center

(u)Empire HealthChoice Assurance, Inc. d/b/a

(u)EnergyNorth Natural Gas, Inc. d/b/a Nation

(u)Engineered Structures, Inc.

| | | |
|---|---|---|
| (u)Entergy Arkansas, Inc. | (u)Entergy Gulf States Louisiana L.L.C. | (u)Entergy Louisiana, LLC |
| (u)Entergy Mississippi, Inc. | (u)Entergy Texas, Inc. | (u)Evergreen Plaza Associates |
| (u)Expesite, LLC | (u)F&M Properties, Inc. | (u)FJL-MVP, LLC |
| (u)FM Facility Maintenance | (u)FM Facility Maintenance, f/k/a IPT, LLC | (u)FR E2 Property Holding, L.P. |
| (u)FT Orchard LLC | (u)FW CA-BREA Marketplace, LLC,  Regency Cent | (u)Federal Realty Investment Trust |
| (u)Federal Warranty Service Corporation | (u)First Industrial Realty Trust, Inc. | (u)Fishers Station Development Co. |
| (u)Flintlock Northridge LLC | (u)Florida Power & Light Company | (u)Florida Power Corporation d/b/a Progress E |
| (u)Food Lion LLC | (u)Fort Bend Independent School District | (u)Fort Steuben Mall |
| (u)Fort Worth Star-Telegram | (u)Fresno Bee | (u)Frisco ISD Tax Assessor/Collector |
| (u)GC Acquisition Corp. | (u)GMS Golden Valley Ranch, LLC | (u)GRI-EQY (Sparkleberry Square) LLC |

(u)Galleria Plaza, Ltd.

(u)Garland ISD Tax Assessor/Collector

(u)Garmin International, Inc.

(u)Gateway Center Properties III, LLC and SMR

(u)General Growth Properties, Inc.

(u)General Instrument Corporation d/b/a Home

(u)Generation One and Two, LP

(u)Golf Galaxy, Inc.

(u)Granite State Electric

(u)Greater Orlando Aviation Authority

(u)Green 521 5th Avenue LLC

(u)Greystone Data Systems, Inc.

(u)Hagan Properties, Inc.

(u)Hamilton County, Tennessee

(u)Hamilton Crossing

(u)Harvest/HPE LP

(u)Hewlett Packard Company

(u)Home Depot USA, Inc.

(u)IKON Office Solutions, Inc.

(u)Idaho Statesman

(u)Industriaplex, Inc.

(u)Inland American Retail Management LLC

(u)Inland Commercial Property Management,  In

(du)Inland Commercial Property Management, In

(u)Inland Continental Property Management Cor

(u)Inland Pacific Property Services LLC

(u)Inland Southwest Management LLC

(u)Inland Southwest Management LLC, Inland Am

(u)Inland US Management LLC

(u)InnerWorkings, Inc.

(u)International Speedway Square, Ltd.

(u)Interstate Augusta Properties LLC

(u)Island Packet

(u)JP Morgan Chase & Co.

(u)JWC Loftus LLC

(u)Jackson EMC

(u)James H. Wimmer, Jr., personally

(u)Jeff Leopold

(u)Jeffrey R. Leopold

(u)Jersey Central Power & Light Company

(u)Jones Lang LaSalle Americas, Inc.

(u)KB Columbus 1-CC, LLC

(u)KNP

(u)KRG Market Street Village, LP

(u)Kansas City Star

(u)KeySpan Gas East Corporation

(u)Kimco Realty Corporation

(u)Kite Coral Springs, LLC

(u)Knoxville Utilities Board

(u)LC White Plains Retail LLC

(u)LG Electronics USA, Inc.

(u)La Habra Imperial, LLC

(u)Laguna Gateway Phase 2, LP

(u)Lea Company, a Virginia general partnershi

(u)Lewisville Independent School District

(u)Lexar Media, Inc.

(u)Lexington Herald-Leader

(u)Lexington Lion Weston I LP

(u)Lexmark International, Inc.

(u)Long Island Lighting Company d/b/a LIPA

(u)Loop West, LLC, by its Managing Agent The

(u)Luckoff Land Company, LLC

(u)M and M Berman Enterprises

(u)M.I.A. Brookhaven, LLC

(u)MHW Warner Robins, LLC

(u)Mall Properties and U.S. 41 & I-285 Compan

(u)Manteca Stadium Park, L.P.

(u)Manufacturers and Traders Trust Company, a

(u)Marc Realty

(u)Massachusetts Electric Company

(u)McAllen ISD

(u)McClatchy Company

(u)McLennan County

(u)Media General, Inc.

(u)Merced Sun Star

(u)Merge Computer Group, Inc.

(u)Metropolitan Edison Company

(u)Miami Herald

(u)Miami-Dade County Tax Collector

(u)Michigan Consolidated Gas Company

(u)Microsoft Corporation

(u)Modesto Bee

(u)Moncayo Settlement Class

(u)Monte Vista Crossings, LLC

(u)Morgan Hill Retail Venture, LP

(u)Morse-Sembler Villages Partnership #4

(u)Motorola Inc.

(u)Mount Berry Square, LLC

(u)Myrtle Beach Farms

(du)Myrtle Beach Farms Co., Inc.

(u)Myrtle Beach Sun News

(u)N.P. Huntsville Limited Liability Company

(u)NBT Bank, N.A.

(u)NMC Stratford, LLC

(u)NPP Development LLC

(u)Narragansett Electric Company

(u)National Retail Properties, Inc.

(u)Navarre Corporation

(u)New River Properties, LLC

(u)New York State Electric and Gas Corporatio

(u)Niagara Mohawk Power Corporation

(u)Northcliff Residual Parcel 4 LLC

(u)Nueces County

(u)OTR-Clairemont Square

(u)Office of Attorney General, Pennsylvania D

(u)Official Committee of Unsecured Creditors

(u)Olympian

(u)Orange and Rockland Utilities

(u)P/A Acadia Pelham Manor, LLC

(u)PECO Energy Company

(u)PL Mesa Pavilions LLC

(u)PM Construction Inc.

(u)PREIT SERVICES, LLC

(u)Pacific Castle Groves, LLC

(u)Panasonic Corporation of North America

(d)Panattoni Development Company, Inc. as Age
David K. Spiro, Esquire
Neil E. McCullagh, Esquire
Cantor Arkema, P.C.
P.O. Box 561
Richmond, VA 23218-0561

(d)Panattoni Development Company, Inc. as Age
David K. Spiro, Esquire
Neil E. McCullagh, Esquire
Cantor Arkema, P.C.
P.O. Box 561
Richmond, VA 23218-0561

(u)Park National Bank

(u)Parker Bullseye, LLC

(u)Pennsylvania Electric Company

(u)Perimeter Mall

(u)Philips International Holding Corp.

(u)Piedmont Natural Gas Company

(u)Plantation Point Development, LLC

(u)Platform-A Inc.

(u)Plaza Las Americas, Inc.

(u)Plaza Las Palmas LLC., Store 449

(u)PlumChoice, Inc.

(u)Premier Retail Interiors, Inc.

(u)Premier Retail Networks, Inc

(u)PriceGrabber.com, Inc.

(u)Principal Life Insurance Company

(u)Public Service Company of New Hampshire

(u)Public Service Electric And Gas Company

(u)RD Bloomfield Associates Limited Partnersh

(u)RMRG Portfolio TIC, LLC

(u)Raleigh News & Observer

(u)Ramco West Oaks I, LLC

(u)Ray Mucci's Inc.

(u)Regency Centers, L.P.

(u)Reliance Figueroa Associates, L.P.

(u)Rolling Acres Plaza Shopping Center

(u)Rossmoor Shops, LLC

(u)Roth Tanglewood LLC

(du)Roth Tanglewood, LLC

(u)Route 146 Millbury LLC

(u)S.J. Collins Enterprises, Goodman Enterpri

(u)S.R. Weiner & Associates Inc.

(u)Sacco of Maine, LLC

(u)Sacramento Bee

(u)Salt River Project

(u)San Luis Obispo Tribune

(u)Schimenti Construction Company LLC

(u)Servpro

(u)Sherwood

(u)Sherwood America, Inc.

(u)Sherwood Properties, LLC

(u)Shops at Kildeer, LLC

(u)SimVest Real Estate II, LLC

(u)Sirius XM Radio, Inc

(u)Sony Pictures Entertainment Inc.

(u)Source Interlink Media, LLC

(u)South Carolina Electric & Gas Company and

(u)South Texas College

(u)South Texas ISD

(u)Southern California Edison Company

(u)Southern Connecticut Gas Company

(u)Southwest Gas Corporation

(u)Southwinds. Ltd.

(u)Sparkleberry Two Notch, LLC

(u)Starpoint Property Management, LLC

(u)Sun Belt General Contractors, Inc

(u)Swanblossom Investments, LP

(u)T & T Enterprises

(u)THE GOLDENBERG GROUP

(u)TPG Management, Inc

(u)Tacoma News, Inc.

(u)Tamarack Village Shopping Center Limited P

(u)Tanglewood Park LLC

(du)Tanglewood Park, LLC

(u)Tanglewood Park, LLC; Roth Tanglewood, LLC

(u)Tarrant County

(u)Taubman Auburn Hills Associates Limited Pa

(u)Tax Collector of Madison County, Alabama c/o Lynda Hall, Tax Collector

(u)Texas Comptroller of Public Accounts

(u)Texas Comptroller of Public Accounts and T

(u)Texas Instruments Incorporated

(u)The Agency for Workforce Innovation

(u)The Balogh Companies

(u)The Brooklyn Union Gas Company d/b/a Natio

(u)The City Portfolio TIC, LLC

(u)The City of New York

(u)The Cleveland Electric Illuminating Compan

(u)The Daniel Group

(u)The Detroit Edison Company

(u)The Hutensky Group

(u)The Leben Family Limited Partnership

(u)The MacNaughton Group

(u)The Morris Companies Affiliates

(u)The PM Company

(u)The Parkes Companies, Inc. d/b/a Parkes Co

(u)The West Campus Square Company, LLC

(u)The Woodmont Company

(u)The Ziegler Companies

(u)Thoroughbred Village Tennessee, GP

(u)Toledo Edison Company

(u)Torrance Towne Center Associates, LLC

(u)Tourboullin Co.

(u)Tri-City Herald

(u)Triangle Equities Junction LLC

(u)Tritronics, Inc.

(u)Turner Broadcasting System, Inc.

(u)Tutwiler Properties, LTD

(u)U.S. 41 & I 285 Company

(u)UBS Realty Investors, LLC

(u)US Signs, Inc.

(u)UnCommon, Ltd., a Florida Limited Partners

(u)Union Square Retail Trust

(u)United States of America

(u)Uniwest Commercial Realty

(u)VIWY, L.P.

(u)Vance Baldwin, Inc.

(u)Ventura In Manhattan, Inc.

(u)Verizon Communications Inc.

(u)WEC 99A-2LLC

(u)Wal-Mart Stores, Inc.

(u)Warner Home Video, a division of Warner Br

(u)Washington Commons Associates

(u)Washington Green TIC

(u)Washington Real Estate Investment Trust

(u)Wayne VF, LLC

(u)Weidler Settlement Class

(u)Weingarten Realty Investors and Its Affili

(u)Wells Fargo Bank Northwest, National Assoc

(u)Western Digital Technologies, Inc.

(u)Western Massachusetts Electric Company

(u)Westfield, LLC

(u)Whitestone Development Partners, L.P.

(u)Wichita Eagle

(u)Windsail Properties

(u)Woodlawn Trustees Incorporated

(u)Yankee Gas Services Company

(d)44 North Properties, LLC
c/o Miles & Stockbridge, P.C.
1751 Pinnacle Drive
Suite 500
Mclean, VA 22102-3833

(d)507 Northgate, LLC
c/o Christopher M. Alston
1111 - 3rd Ave., #3400
Seattle, WA 98101-3264

(du)American National Insurance Company

(d)Amore Construction Company
c/o John J. Lamoureux
Carlton Fields, P.A.
P. O. Box 3239
Tampa, FL 33601-3239

(d)BB Fonds International 1 USA, L.P.
c/o Jason Binford
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219-7673

(d)Bedford Properties, L.L.C.
c/o Catherine Guastello
Quarles & Brady LLP
Two North Central Avenue
Phoenix, AZ 85004-2322

(du)Benderson Development Company, LLC

(u)CCCC

(d)Chatham County Tax Commissioner
c/o Daniel T. Powers
PO Box 8321
Savannah, GA 31412-8321

(d)City of Newport News
Office of the City Attorney
2400 Washington Ave.
Newport News, VA 23607-4301

(d)City of Newport News
Office of the City Attorney
2400 Washington Ave.
Newport News, VA 23607-4301

(d)City of Taylor Michigan
c/o Kurt M. Kobiljak
Edelson Building, Suite 200
2915 Biddle Avenue
Wyandotte, MI 48192-5267

(u)Cleveland Construction, Inc.

(d)Cohesion Products, Inc.
c/o Receivable Management Services
PO Box 5126
Timonium, MD 21094-5126

(du)Continental Properties Company, Inc.

(du)Cosmo-Eastgate, Ltd.

(d)DFS SERVICES LLC
C/O BRIAN SIROWER, ESQ.
QUARLES & BRADY LLP
TWO NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2322

(du)Eagleridge Associates, LLC,

(u)Giant Eagle, Inc.

(d)Giant Eagle, Inc.
101 Kappa Drive
Pittsburgh PA 15238-2833

(d)Hamilton Beach Brands, Inc.
Bill Ray
4421 Waterfront Drive
Glen Allen, VA 23060-3375

(u)Holyoke Crossing Limited Partnership II

(d)IBM Corporation
c/o Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234-8812

(d)Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110-1610

(du)JWC/Loftus, LLC

(d)Ken Burton, Jr., Manatee County Tax Collec
PO Box 25300
Bradenton, FL 34206-5300

(u)Majesco Entertainment Company

(du)McClatchy Company

(d)Monarch Alternative Capital LP
c/o Andrew Herenstein
535 Madison Ave.
New York, NY 10022-4212

(du)PNC Stratford, LLC

(d)National Glass and Gate
c/o Coface North America, Inc.
50 Millstone Rd., Bldg. 100, Ste. 360
East Windsor, NJ 08520-1415

(du)Northcliff Residual Parcel 4 LLC

(d)PNY Technologies, Inc.
c/o Angela Abreu
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

(d)Paramount Home Entertainment
c/o Michael L. Tuchin
Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, 39th Fl.
Los Angeles, CA 90067-6049

(d)Phoenix Property Company
c/o Jason Binford
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219-7673

(d)RLV Vista Plaza, LP
c/o Paul K. Campsen, Esq.
Kaufman & Canoles, P.C.
P. O. Box 3037
Norfolk, VA 23514-3037

(u)Rio Associates Limited Partnership

(d)Shimenti Construction Company LLC
118 North Bedford Road
Mount Kisco, New York 10549-2553

(u)Shimenti Construction Company, LLC

(u)Spring Hill Development Partners, GP, Dick

(d)TKG Coffee Tree, L.P.
c/o Eugene Chang
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111-2716

(d)Thirty & 141, L.P.
John E. Hilton
Carmody MacDonald
120 S. Central Ave., Ste. 1800
Clayton, MO 63105-1726

(u)Torrance Torrance Towne Center Associates,

(u)VVV

(du)Ventura In Manhattan, Inc.

(u)Verizon Wireless

(d)Vonage Marketing Inc.
c/o Angelique Electra
Vice President - Law
23 Main Street
Holmdel, NJ 07733-2136

(d)Vonage Marketing Inc.
c/o Angelique Electra
Vice President - Law
23 Main Street
Holmdel, NJ 07733-2136

(u)colorado structures

(u)Donovan Dunwell

(u)Harry Hallaian

(d)Homero Alonso Mata
c/o David G. Reynolds, Esq.
PO Box 1700
Corrales, NM 87048-1700

(u)J. Scott Douglass

(u)James M. Stacia

(u)Jose Felix Infante Vasques

(u)Judith Rae Minnite

(u)Leon Hallaian

(u)Lilly Hallaian

(u)Melvin Walton Hone                    (u)Pat Winnita                    (u)Ricardo Benjamin Salinas Pliego

(u)Ruby Hallaian                    (u)Savitri Cohen                    (u)William Foster

```
End of Label Matrix
Mailable recipients    585
Bypassed recipients    489
Total                 1074
```