Valerie L. Marciano (Arizona State Bar #009187)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
vlm@jaburgwilk.com
(602) 248-1000

Attorneys for Orange Grove Apartments, LLC, dba Camelback Center Properties

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF VIRGINIA

# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et. al.,<br><br>(Circuit City Stores West, Inc.) | Case No. 08-35653 (KRH)<br><br>**AMENDED REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULES 2002(A) & (B) AND REQUEST FOR REMOVAL FROM NOTICE LIST** |

PLEASE TAKE NOTICE that Orange Grove Apartments, LLC, dba Camelback Center Properties, as successor in interest to Orix Alliant Phoenix Camelback Venture, hereby requests that all notices given or required in this bankruptcy proceeding, including without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 & 9007, **be given and served via email** upon:

> Linda Taylor
> Orange Grove Properties
> linda@taylorurns.com

14589-1/SPS/SPS/703999_v1

It is further requested that the following names and addresses be removed from the notice list:

    Valerie L. Marciano, Esq.
    Jaburg & Wilk, P.C.
    vlm@jaburgwilk.com
    Steven P. Schubert (Paralegal)
    sps@jaburgwilk.com

DATED this 11th day of February, 2009.

**JABURG & WILK, P.C.**

/s/ Valerie L. Marciano
Valerie L. Marciano
Attorneys for Orange Grover Apartments,
LLC, dba Camelback Venture Properties

**ORIGINAL E-FILED** and **COPY** of the
foregoing mailed this 11th day of February,
2009 to:

U.S. Bankruptcy Court, Eastern District of Virginia
Richmond Division
701 E. Broad Street, Suite 4000
Richmond, VA 23219

**COPY** of the foregoing mailed
this 30th day of February, 2009 to:

Gregg M. Galardi
Skadden, Arps, Slate, et. al.
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Attorneys for Debtors

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attorneys for Debtors

Chris L. Dickerson
Skadden, Arps, Slate, et. al.
333 W. Wacker Drive
Suite 2000
Chicago, IL 60606
Attorneys for Debtors

2

14589-1/SPS/SPS/703999_v1

| | |
|---|---|
| 1 | Robert B. Van Arsdale<br>Office of the U.S. Trustee |
| 2 | 701 E. Broad Street, Suite 4304<br>Richmond, VA 23219 |
| 3 | |
| 4 | /s/ Debra A. Sexton |

Jaburg & Wilk, P.C.
Attorneys At Law
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 248-1000

3

14589-1/SPS/SPS/703999_v1