UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11<br>Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al. | |
| Debtors. | Jointly Administered<br>Judge Kevin R. Huennekens |

NOTICE OF SUBSTITUTION OF COUNSEL AND
REQUEST FOR CHANGE OF CM/ECF NOTICES

COMES NOW the law firm of Troutman Sanders LLP, and substitutes Richard E. Hagerty, Esq. as counsel of record for Triangle Equities Junction, LLC, Costmo-Eastgate, Ltd., Northcliff Residual Parcel 4 LLC, Mark A. Arensmeyer, David W. Cecil, Richard S. Birnbaum, Benjamin Cummings, William C. Denney, Philip J. Dunn, John A. Fitzsimmons, Kenneth S. Golden, Jerry L. Lawson, Richard B. Lucas, Gary M. Mierenfeld, Peter Douglas, Mario Ramirez, Jeffrey W. Wells, Plantation Point Development, LLC, Carlyle-Cypress Tuscaloosa, LLC and Wal-Mart Stores, Inc., replacing Vivieon E. Kelley, Esq. Mr. Hagerty is to be substituted in lieu of Vivieon E. Kelley, effective immediately. The undersigned hereby officially requests that

---

Richard E. Hagerty
VSB No. 47673
*Attorney for Triangle Equities Junction, LLC, Costmo-Eastgate, Ltd.,*
*Northcliff Residual Parcel 4 LLC, Mark A. Arensmeyer,*
*David W. Cecil, Richard S. Birnbaum, Benjamin Cummings,*
*William C. Denney, Philip J. Dunn, John A. Fitzsimmons,*
*Kenneth S. Golden, Jerry L. Lawson, Richard B. Lucas,*
*Gary M. Mierenfeld, Peter Douglas, Mario Ramirez, Jeffrey W. Wells,*
*Plantation Point Development, LLC, Carlyle-Cypress Tuscaloosa, LLC*
*and Wal-Mart Stores, Inc.*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
703-734-4326
703-448-6520 (fax)

copies of all notices, papers, pleadings and orders filed or served in the above-captioned case be addressed to:

> Richard E. Hagerty, Esq.
> Troutman Sanders LLP
> 1660 International Drive, Suite 600
> McLean, VA 22102

The proper email address for all CM/ECF activity is richard.hagerty@troutmansanders.com.

Respectfully submitted this 11th day of February 2009.

TROUTMAN SANDERS LLP

/s/ Richard E. Hagerty
Richard E. Hagerty

Richard E. Hagerty
VSB No. 47673
*Attorney for Triangle Equities Junction, LLC, Costmo-Eastgate, Ltd.,*
*Northcliff Residual Parcel 4 LLC, Mark A. Arensmeyer,*
*David W. Cecil, Richard S. Birnbaum, Benjamin Cummings,*
*William C. Denney, Philip J. Dunn, John A. Fitzsimmons,*
*Kenneth S. Golden, Jerry L. Lawson, Richard B. Lucas,*
*Gary M. Mierenfeld, Peter Douglas, Mario Ramirez, Jeffrey W. Wells,*
*Plantation Point Development, LLC, Carlyle-Cypress Tuscaloosa, LLC*
*and Wal-Mart Stores, Inc.*
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
(703) 734-4326
(703) 448-6520 (facsimile)
richard.hagerty@troutmansanders.com

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of February 2009, I have served the attached *Notice of Substitution of Counsel and Request for Change of CMECF Notices* (i) electronically on the "2002" and "Core" lists and (ii) through the Court's ECF System.

/s/ Richard E. Hagerty<br>
Richard E. Hagerty, VSB No. 47673

Atlanta01 2034921v1