# EXHIBIT B

Circuit City Center
c/o Grubb & Ellis|Adena Realty Advisors
8800 Lyra Drive, Suite 150
Columbus, OH 43240
(614) 436-9800

INVOICE 

| Circuit City Stores, Inc. Store #3572 | DATE | ACCOUNT NUMBER |
|---|---|---|
| Vice President of Real Estate | 11/1/2008 | Circuit 1 |
| Deep Run I | INVOICE #: 339873 | |
| 9950 Maryland Drive | Circuit City Stores, Inc. Store #3572 | |
| Richmond, VA 23233 | | |

MAKE CHECKS PAYABLE TO: **Circuit City Center
Grubb & Ellis/Adena Realty
Dept. 8502-06, PO Box 30516
Lansing         MI        48909-8016**

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 11/1/2008 | REC | AUTOCHRG @T11/30/2008 | 2,905.00 | 0.00 | 2,905.00 | 11/1/2008 | REC | 2,905.00 |
| 11/1/2008 | RNT | AUTOCHRG @T11/30/2008 | 52,611.00 | 0.00 | 52,611.00 | 11/1/2008 | RNT | 52,611.00 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE | | BALANCE DUE | |
|---|---|---|---|---|---|---|---|---|
| 55,516.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55,516.00 | | 55,516.00 | |

$55,516.00 ÷ 30 days = $1,850.5333

x21

November Administrative Rent: $ 38,861.20

Circuit City Center
c/o Grubb & Ellis|Adena Realty Advisors
8800 Lyra Drive, Suite 150
Columbus, OH 43240
(614) 436-9800

INVOICE 

Circuit City Stores, Inc. Store #3572
Vice President of Real Estate
Deep Run I
9950 Maryland Drive
Richmond, VA 23233

MAKE CHECKS PAYABLE TO: **Circuit City Center
Grubb & Ellis/Adena Realty
Dept. 8502-06, PO Box 30516
Lansing       MI    48909-8016**

| DATE | ACCOUNT NUMBER |
|---|---|
| 1/26/2009 | Circuit    1 |
| INVOICE #: 346988 | |
| Circuit City Stores, Inc. Store #3572 | |

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
|---|---|---|---|---|---|---|---|---|
| 1/26/2009 | PYR | 2008 Full Year Taxes | 75,075.97 | 0.00 | 75,075.97 | 1/26/2009 | PYR | 75,075.97 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 75,075.97 | 0.00 | 0.00 | 0.00 | 0.00 | 75,075.97 |

BALANCE DUE       75,075.97



DALE M. WILGUS
DELAWARE COUNTY TREASURER
140 N. Sandusky St.
Delaware, Ohio 43015

Phone: (740) 833-2480

ADDRESSEE

NP LIMITED/CIRCUIT CITY    58 2 180
C/O GRUBB & ELLIS/ADENA
8800 LYRA DR STE 150
COLUMBUS OH 43240-2148

## STATEMENT OF ACCOUNT                                1

| PERIOD-YEAR | PARCEL NUMBER |
|---|---|
| 1ST HALF 2008 | 318-434-01-024-918 |

| TAX DISTRICT |
|---|
| 45 CITY OF COLUMBUS |

| TAX RATE | HALF YEAR/FULL YEAR |
|---|---|
| 81.91 | HALF YEAR |

| EFFECTIVE TAX RATE | TAXES DUE | PENALTY & INTEREST AFTER |
|---|---|---|
| 54.293078 | 36,543.04 | 02/10/2009 |

| DATE PAID | CHECK NUMBER | AMOUNT PAID |
|---|---|---|
| | | |

NOTICE:
IF TAXES ARE NOT PAID WITHIN ONE YEAR FROM THE DATE THEY ARE DUE, THE PROPERTY IS SUBJECT TO FORECLOSURE FOR TAX DELINQUENCY UNDER CHAPTER 5721 OF THE OHIO REVISED CODE.

# REAL ESTATE

## TAX DISTRICT AND DESCRIPTION

PROPERTY ADDRESS:
8655 LYRA DR COLUMBUS OH 43240
LANDS 18 3 4 12 13    SEE -000 FOR TAX VALUE

| | | |
|---|---|---|
| LAND | 466,240 | ACRES |
| BUILDING | 879,900 | 5.09 |
| TOTAL | 1,346,140 | |

| | |
|---|---|
| School District | 29,676.60 |
| Township | 0.00 |
| Municipal | 6,866.44 |
| Joint Vocational School | 0.00 |
| County | 0.00 |
| Fire | 0.00 |
| Library | 0.00 |
| Special | 0.00 |
| MR/DD | 0.00 |
| Park District | 0.00 |
| 911 | 0.00 |
| Special Asse | 0.00 |

LENDER C(
CAUV REC(
CAUV SAVI
    S
OFFICE H

0 . *

73,086.08+
14,711.80+

002

87,797.88*+

LANDS    87,797.88×   \LUE
         85.51%
         75,075.97*+

NP LIM
C/O GF
8800 L
COLUN

## SUMMARY OF CHARGES

| | 1ST HALF | FULL YEAR |
|---|---|---|
| GROSS REAL ESTATE TAX | 55,131.16 | 110,262.32 |
| - REDUCTION AMOUNT | 18,588.12 | 37,176.24 |
| SUB TOTAL | 36,543.04 | 73,086.08 |
| - 10% ROLLBACK | 0.00 | 0.00 |
| - 2.5% ROLLBACK | 0.00 | 0.00 |
| - HOMESTEAD | 0.00 | 0.00 |
| REAL ESTATE NET | 36,543.04 | 73,086.08 |
| + PENALTY | 0.00 | 0.00 |
| +CURRENT ASSESSMENTS | 0.00 | 0.00 |
| + DELQ ASSESSMENT | 0.00 | 0.00 |
| + DELQ REAL ESTATE | 0.00 | 0.00 |
| LESS: PAYMENTS | 0.00 | 0.00 |
| TOTAL TAX | 36,543.04 | (73,086.08) |

| DUE DATE | TOTAL TAXES DUE |
|---|---|
| 02/10/2009 | 36,543.04 |

* 10% PENALTY IF NOT PAID BY DUE DATE

ENCLOSED ENVELOPE.

| REAL ESTATE | PARCEL NUMBER |
|---|---|
| 73,086.08 FULL YEAR | 318-434-01-024-918 |

| DUE DATE | PAY THIS AMOUNT |
|---|---|
| 02/10/2009 | 36,543.04 |

## MAKE CHECK PAYABLE & REMIT TO:

DALE M. WILGUS/DELAWARE COUNTY TREASURER
140 N. Sandusky St.
Delaware, Ohio 43015

*DO NOT MARK BELOW THIS LINE*
*FOR TREASURER'S OFFICE USE ONLY*

Please DO NOT fold, staple, tape or paper clip your check or bill





19398



DALE M. WILGUS
DELAWARE COUNTY TREASURER
140 N. Sandusky St.
Delaware, Ohio 43015

Phone: (740) 833-2480

**ADDRESSEE**

POLARIS CIRCUIT CITY LLC    58 2 196
C/O GRUBB & ELLIS/ADENA
8800 LYRA DR STE 150
COLUMBUS OH  43240-2148

## STATEMENT OF ACCOUNT                              1

| PERIOD-YEAR | PARCEL NUMBER |
|---|---|
| 1ST HALF  2008 | 318-434-01-024-000 |

| TAX DISTRICT |
|---|
| 45 CITY OF COLUMBUS |

| TAX RATE | HALF YEAR/FULL YEAR |
|---|---|
| 81.91 | HALF YEAR |

| EFFECTIVE TAX RATE | TAXES DUE | PENALTY & INTEREST AFTER |
|---|---|---|
| 54.293078 | 7,355.90 | 02/10/2009 |

| DATE PAID | CHECK NUMBER | AMOUNT PAID |
|---|---|---|
|  |  |  |

NOTICE:
IF TAXES ARE NOT PAID WITHIN ONE YEAR FROM THE DATE THEY ARE DUE, THE PROPERTY IS SUBJECT TO FORECLOSURE FOR TAX DELINQUENCY UNDER CHAPTER 5721 OF THE OHIO REVISED CODE.

# REAL ESTATE

### TAX DISTRICT AND DESCRIPTION

PROPERTY ADDRESS:
8655 LYRA DR COLUMBUS OH 43240
18 3 4 12,13    1.692 IN LOT 12    3.398 IN LOT 13    SEE
-918 FOR TIF VAL

| | | |
|---|---|---|
| LAND | 270,970 | ACRES |
| BUILDING | 0 | 5.09 |
| TOTAL | 270,970 | |

| | |
|---|---|
| School District | 5,973.99 |
| Township | 0.00 |
| Municipal | 264.52 |
| Joint Vocational School | 310.49 |
| County | 423.33 |
| Fire | 0.00 |
| Library | 5.42 |
| Special | 0.00 |
| MR/DD | 277.98 |
| Park District | 80.17 |
| 911 | 0.00 |
| Special Assessments | 0.00 |

LENDER CODE
CAUV RECOUP    0.00
CAUV SAVINGS    0.00

SEE REVERSE SIDE FOR PAYMENT INSTRUCTIONS
OFFICE HOURS: MONDAY THROUGH FRIDAY 8:30 A.M. TO 4:30 P.M.

### SUMMARY OF CHARGES

| | 1ST HALF | FULL YEAR |
|---|---|---|
| GROSS REAL ESTATE TAX | 11,097.58 | 22,195.16 |
| - REDUCTION AMOUNT | 3,741.68 | 7,483.36 |
| SUB TOTAL | 7,355.90 | 14,711.80 |
| - 10% ROLLBACK | 0.00 | 0.00 |
| - 2.5% ROLLBACK | 0.00 | 0.00 |
| - HOMESTEAD | 0.00 | 0.00 |
| REAL ESTATE NET | 7,355.90 | 14,711.80 |
| + PENALTY | 0.00 | 0.00 |
| +CURRENT ASSESSMENTS | 0.00 | 0.00 |
| + DELQ ASSESSMENT | 0.00 | 0.00 |
| + DELQ REAL ESTATE | 0.00 | 0.00 |
| LESS: PAYMENTS | 0.00 | 0.00 |
| TOTAL TAX | 7,355.90 | (14,711.80) |

| DUE DATE | TOTAL TAXES DUE |
|---|---|
| 02/10/2009 | 7,355.90 |

* 10% PENALTY IF NOT PAID BY DUE DATE

---

TO INSURE PROPER CREDIT, DETACH AND RETURN THIS PORTION IN THE ENCLOSED ENVELOPE.

### LEGAL DESCRIPTION

18 3 4 12,13    1.692 IN LOT 12    3.398 IN LOT 13
SEE -918 FOR TIF VAL

POLARIS CIRCUIT CITY LLC
C/O GRUBB & ELLIS/ADENA
8800 LYRA DR SUITE 150
COLUMBUS OH  43240

| REAL ESTATE | PARCEL NUMBER |
|---|---|
| 14,711.80 FULL YEAR | 318-434-01-024-000 |

| DUE DATE | PAY THIS AMOUNT |
|---|---|
| 02/10/2009 | 7,355.90 |

### MAKE CHECK PAYABLE & REMIT TO:

DALE M. WILGUS/DELAWARE COUNTY TREASURER
140 N. Sandusky St.
Delaware, Ohio 43015

DO NOT MARK BELOW THIS LINE
FOR TREASURER'S OFFICE USE ONLY
Please DO NOT fold, staple, tape or paper clip your check or bill

    

19414

Calculation of
Post Petition Accrued
Real Estate
Taxes Owed Polaris
Circuit City, LLC
By
Circuit City Stores, Inc.

For Store No. 3572

Annual Real Estate Taxes for 2008 = $75,075.97
    $75,075.97 ÷ 365 days = $205.69 per day

| | |
|---|---:|
| November 10, 2008 through December 31, 2008 is<br>52 days x $205.69 per day | 10,695.88 |
| January 1, 2009 through February 28, 2009 is<br>59 days x $205.69 per day | 12,135.72 |
| | 22,831.59* |

*Plus $205.69 per day for each day after February 28, 2009 until the Lease is rejected and the Premises are returned to the Landlord.