Malcolm M. Mitchell, Jr. (VSB No. 18098)
Suparna Banerjee (VSB No. 67929)
Kara D. Lehman (VSB No. 68359)
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, VA 22314
Telephone: 703-837-6999
Facsimile: 703-549-4492
mmmitchell@vorys.com
*Counsel for Polaris Circuit City, LLC*

## EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

---------------------------------------------------------x
                                                         )
In re:                                                   )    Chapter 11
                                                         )
CIRCUIT CITY STORES, INC., *et al.*,                     )    Case No. 08-35653-KRH
                                                         )
        Debtors.                                         )    Jointly Administered
                                                         )    Judge Kevin R. Huennekens
---------------------------------------------------------x

## ORDER GRANTING MOTION OF POLARIS CIRCUIT CITY, LLC
## FOR AN ORDER (A) COMPELLING DEBTOR TO IMMEDIATELY PAY
## ADMINISTRATIVE RENT PURSUANT TO 11 U.S.C. §§ 365(d)(E) AND 503 (b),
## AND (B) GRANTING RELATED RELIEF

This matter having come before the Court upon the Motion and Supporting Memorandum of Polaris Circuit City, LLC ("Polaris") for an Order (A) Compelling Debtor to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b) and (B) Granting Related Relief (the "Motion") filed in the bankruptcy case of the above-captioned debtors and debtors in possession, including specifically Circuit City Stores, Inc. (the "Debtor"), the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given and no other or

further notice is necessary, and (iv) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and the arguments presented at any hearing had thereupon. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED**.

2. Unless otherwise defined herein each capitalized term shall have the meaning ascribed to it in the Motion.

3. The Debtor is authorized and directed to pay to Polaris within two (2) business days of the entry of this Order, the November and Real Estate Tax Administrative Rent in the amount of $61,692.79 plus real estate taxes of $205.69 per day for each day the Debtor remains in possession of the Leased Premises, plus any other unpaid post-petition Base Rent and CAM due under the Lease.

4. The Debtor shall, within two (2) business days of its receipt of a written request from Polaris therefor, reimburse Polaris for all of its reasonable and actual attorney's fees and costs incurred in preparing and prosecuting the Motion.

5. The Debtor shall make all future monthly payments of administrative rent and related charges to Polaris in full on or before the first day of the month for which such administrative rent and related charges become due under the Lease, and shall pay the real estate taxes, all as required by the Lease.

6. This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and to resolve any and all disputes related thereto.

**ENTERED** in Richmond, Virginia, this _____ day of _____, 2008.

_____
United States Bankruptcy Judge