Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

             - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                     : Chapter 11
                           :
CIRCUIT CITY STORES, INC., : Case No. 08-35653
et al.,                    :
                           :
              Debtors.     :
                           : Jointly Administered
- - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
FEBRUARY 13, 2009 AT 10:00 A.M. (EASTERN)**

     Set forth below are the matters previously scheduled to
be heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on February
13, 2009 beginning at 10:00 a.m. Eastern.

**I.     RESOLVED MATTERS**

1.    Motion of AOL LLC and Platform-A Inc. for Relief from
      the Automatic Stay, to the Extent Necessary, for
      Authority to Terminate Certain Advertising Agreements in
      Accordance with their Terms (Docket No. 1661)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1663)

      Objection
      Deadline:        February 6, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Informal Response of the Debtors

      Status:          No hearing is necessary.  The parties
                       have resolved this matter and have
                       submitted a consent order for the Court's
                       approval.

2.    Hagan Properties, Inc.'s Motion to Compel Debtor to
      Immediately Pay Administrative Rent Pursuant to 11
      U.S.C. Section 365(d)(3) and 503(b) and for Related
      Relief; and Memorandum in Support (Docket No. 1602)

      Objection
      Deadline:        February 6, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           Informal Response of the Debtors

      Status:          No hearing is necessary.  The parties
                       have resolved this matter.

3.    Motion of Ricmac Equities Corporation to Compel Payment
      of Postpetition Real Estate Taxes and Memorandum of Law
      in Support Thereof (Docket No. 1913)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1914)

```
                Objection
                Deadline:        February 11, 2009 at 4:00 p.m.

                Objections/
                Responses
                Filed:           Informal Response of the Debtors

                Status:          No hearing is necessary.  The parties
                                 have resolved this matter.
```

**II.     CONTINUED/ADJOURNED MATTERS**

4.     Circuit City Stores, Inc.'s Motion to Dismiss Complaint
       (Docket No. 7) (In re Greystone Data Systems, Inc. v.
       Circuit City Stores, Inc., Adversary No. 08-3150 (KRH))

```
                Related
                Documents:

                a.     Complaint for Declaratory Judgment, Imposition of
                       Constructive Trust, and Turnover of Funds Held in
                       Trust (Docket No. 1)

                Objection
                Deadline:        February 23, 2009 at 4:00 p.m.

                Objections/
                Responses
                Filed:           None at the time of filing this agenda.

                Status:          This matter has been adjourned until
                                 March 3, 2009 at 10:00 a.m.
```

5.     Motion for Order Under 11 U.S.C. Sections 105, 362 and
       541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
       Notice, Hearing, and Sell-Down Procedures for Trading in
       Equity Securities and Claims Against the Debtors'
       Estates (Docket No. 20)

```
                Related
                Documents:

                a.     Interim Order Under 11 U.S.C. 105, 362 And 541 And
                       Fed. R. Bankr. P. 3001 And 3002 Establishing
                       Notice, Hearing, And Sell-Down Procedures For
                       Trading In Equity Securities And Claims Against The
                       Debtors Estates And Setting Hearing (Docket No.
                       135)
```

Objection
Deadline:        November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Informal Response of the Securities Exchange
      Commission

b.    Informal Response of the Official Committee of
      Unsecured Creditors

Status:          This matter has been adjourned until
                 March 3, 2009 at 10:00 a.m.

6.   Navarre Distribution Services, Inc.'s Motion for an
     Order Granting Adequate Protection Pursuant to 11 U.S.C.
     §§ 361 and 363 (Docket No. 958)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 959)

Objection
Deadline:        December 18, 2008 at 4:00 p.m., extended
                 for the Debtors until December 19, 2008
                 at 1:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Objection To Navarre Distribution
      Services, Inc.'s Motion For Adequate Protection And
      Response To Limited Objection Of Navarre To
      Debtors' DIP Motion (Docket No. 1126)

Status:          This matter has been adjourned until
                 March 30, 2009 at 10:00 a.m.

7.   Motion of TomTom, Inc. for an Order Under Sections 105,
     362, and 363 Modifying the Automatic Stay to Permit the
     Exercise of Setoff and/or Recoupment Rights Against the
     Debtors, and Notice of Motion (Docket No. 1052)

Related
Documents:

a.    Amended Notice of Motion and Hearing (Docket No.
      1244)

b.    Reply to the Debtor's Objection to the Motion for
      an Order Under Sections 105, 362, and 363 Modifying
      the Automatic Stay to Permit the Exercise of Setoff
      and/or Recoupment Rights Against the Debtors
      (Docket No. 1529)

Objection
Deadline:      January 12, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Objection To Tomtom, Inc.'s Motion For An
      Order Under Sections 105, 362 And 363 Modifying The
      Automatic Stay To Permit The Exercise Of Setoff
      And/Or Recoupment Rights Against The Debtors
      (Docket No. 1475)

Status:        This matter has been adjourned until
               March 3, 2009 at 10:00 a.m.

8.    Motion of Motorola Inc. for Allowance and Payment of
      Administrative Expense Claim Pursuant to 11 U.S.C.
      Section 503(b)(9) (Docket No. 1128)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1135)

      b.    Amended Notice of Motion and Hearing (Docket No.
            1242)

      c.    Exhibits to Motion of Motorola Inc. for Allowance
            and Payment of Administrative Expense Claim
            Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
            Nos. 1288, 1289, 1290, 1291, 1292, 1293)

```
Objection
Deadline:          February 6, 2009 at 4:00 p.m., extended
                   for the Debtors until February 24, 2009
                   at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda.

Status:            This matter has been adjourned until
                   March 3, 2009 at 10:00 a.m.
```

9.    Motion of General Instrument Corporation Doing Business
      as the Home & Networks Mobility Business of Motorola
      Inc. for Allowance and Payment of Administrative Expense
      Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
      No. 1134)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1136)

      b.    Amended Notice of Motion and Hearing (Docket No.
            1243)

      c.    Notice of Filing Exhibit to Motion (Docket Nos.
            1281, 1282, 1283, 1284, 1285, 1286, 1287)

```
      Objection
      Deadline:          February 6, 2009 at 4:00 p.m., extended
                         for the Debtors until February 24, 2009
                         at 4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda.

      Status:            This matter has been adjourned until
                         March 3, 2009 at 10:00 a.m.
```

10.   Application of Official Committee of Unsecured Creditors
      of Circuit City Stores, Inc. for Order Under 11 U.S.C.
      Sections 1103 and 327 and Fed. R. Bankr. P. 2014 and
      5002, Authorizing and Approving Retention and
      Employment, Nunc Pro Tunc, of Protiviti, Inc. as
      Financial Advisor (Docket No. 1194)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1196)

b.    Order Authorizing and Approving the Employment of
      Protiviti, Inc. as Financial Advisor to the
      Official Committee of Unsecured Creditors
      Retroactive to November 18, 2008 (Docket No. 1668)

c.    Supplemental Verified Statement of Guy A. Davis
      (Docket No. 1812)

d     Corrected Order Authorizing the Employment of
      Protiviti, Inc. as Financial Advisor to the
      Official Committee of Unsecured Creditors
      Retroactive to November 18, 2008 (Docket No. 1907)

Objection
Deadline:        January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Informal Response of the Debtors

Status:          This matter has been adjourned until
                 February 25, 2009 at 2:00 p.m.

11.  Application of Official Committee of Unsecured Creditors
     of Circuit City Stores, Inc. for an Order Pursuant to
     Sections 328 and 1103 of the Bankruptcy Code and
     Bankruptcy Rule 2014 Authorizing the Retention and
     Employment of Jefferies & Company, Inc. as Financial
     Advisors to the Official Committee of Unsecured
     Creditors Nunc Pro Tunc to November 18, 2008 (Docket No.
     1195)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 1196)

     b.    Agreed Order Pursuant to Sections 328 and 1103 of
           the Bankruptcy Code and Bankruptcy Rule 2014
           Authorizing the Retention and Employment of
           Jefferies & Company, Inc. as Financial Advisors to
           the Official Committee of Unsecured Creditors Nunc
           Pro Tunc to November 18, 2008 (Docket No. 1682)

Objection
Deadline:          January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             Informal Response of the Debtors

Status:            This matter has been adjourned until
                   February 25, 2009 at 2:00 p.m.

12.   Debtors' Motion for Order Approving Stipulation by and
      among the Debtors and International Business Machines
      Corporation Pursuant to Bankruptcy Code Sections 105 and
      363 and Bankruptcy Rule 9019 (Docket No. 1419)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1420)

      b.    Motion for an Order Setting an Expedited Hearing
            (Docket No. 1421)

      c.    Order Setting an Expedited Hearing (Docket No.
            1709)

      Objection
      Deadline:          January 16, 2009 at 10:00 a.m.

      Objections/
      Responses
      Filed:             Informal Response of the Official
                         Committee of Unsecured Creditors

      Status:            This matter has been adjourned until
                         March 3, 2009 at 10:00 a.m.

13.   Motion of Federal Warranty Services Corporation,
      Sureway, Inc., American Bankers Insurance Company of
      Florida, and United Service Protection, Inc. To Compel
      Assumption Or Rejection Of Agreements Between The
      Assurant Companies And Circuit City Stores, Inc., Or In
      The Alternative Motion For Relief From Stay To Terminate
      Agreements, And Memorandum In Support (Docket Nos. 1794
      and 1813)

```
Related
Documents:

a.   Notice of Motion and Hearing (Docket Nos. 1796 and
     1816)

Objection
Deadline:        February 11, 2009 at 4:00 p.m. extended
                 for the Debtors until February 20, 2009
                 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda.

Status:          This matter has been adjourned until
                 March 3, 2009 at 10:00 a.m.
```

### III.   UNCONTESTED MATTERS GOING FORWARD

```
14.  Debtors' Motion for Orders Pursuant to Bankruptcy Code
     Sections 105, 363 and 364 (I)(A) Approving Procedures in
     Connection with Sale of All or Substantially All of the
     Business or Additional Post-petition Financing for the
     Business, (B) Authorizing Debtors to Enter into Stalking
     Horse or Financing Agreements in Connection with Going
     Concern Transactions or Stalking Horse Agreements in
     Connection with Store Closing and Miscellaneous Asset
     Sales, (C) Approving the Payment of Termination Fees in
     Connection Therewith, and (D) Setting Auction and
     Hearing Dates, (II) Approving Sale of Debtors' Assets
     Free and Clear of All Interests, and (III) Granting
     Related Relief (Docket No. 1423)

     Related
     Documents:

     a.   Amended Order (1) Approving Sale Of Aircraft Free
          And Clear Of All Liens, Claims, Interests And
          Encumbrances; And (2) Granting Related Relief
          (Docket No. 1740)

     Objection
     Deadline:        January 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:
```

   a.   Limited Objection of Henrico County, Virginia to
        Debtors' Motion for Orders Approving Sale of
        Debtors' Assets Free and Clear of All Interests and
        Related Relief (Docket No. 1572)

   Status:        The limited objection has been resolved
                  by separate stipulation.  The Debtors
                  will be presenting a further amended
                  order to approve an amendment to the
                  underlying aircraft purchase agreement.

15.  Debtors' Motion for Order Pursuant to Bankruptcy Code
     Section 105 and Bankruptcy Rule 9019 Approving Agreement
     between Debtors and Verizon Corporate Services Group,
     Inc. (Docket No. 1452)

   Related
   Documents:

   a.   Notice of Motion and Hearing (Docket No. 1453)

   Objection
   Deadline:      January 22, 2009 at 4:00 p.m.

   Objections/
   Responses
   Filed:         None at the time of filing this agenda.

   Status:        This matter is going forward.

16.  Motion of AOL LLC for Payment of Administrative Expense
     Claim (Docket No. 1760)

   Related
   Documents:

   a.   Notice of Motion and Hearing (Docket No. 1761)

   b.   Corrected Notice of Motion and Hearing (Docket No.
        1776)

   Objection
   Deadline:      February 6, 2009 at 4:00 p.m., extend for
                  the Debtors until February 23, 2009 at
                  4:00 p.m.

Objections/
Responses
Filed:              None at the time of filing this agenda.

Status:             This matter is going forward.

17.  Corrected Motion of Platform-A for Payment of
     Administrative Expense Claim (Docket No. 1763)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1757)

     b.   Corrected Notice of Motion and Hearing (Docket No.
          1777)

     Objection
     Deadline:          February 6, 2009 at 4:00 p.m., extend for
                        the Debtors until February 23, 2009 at
                        4:00 p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda.

     Status:            This matter is going forward.

18.  Debtors' Motion for an Order Under 11 U.S.C. Section
     105(a) and Fed. R. Bankr. P. 9006(b) Extending the Time
     Period Within Which the Debtors May Remove Actions
     Pursuant to 11 U.S.C. Section 1452 and Fed. R. Bankr. P.
     9027 (Docket No. 1926)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1927)

     b.   Bridge Order Granting Debtors' Motion (Docket No.
          2022)

     Objection
     Deadline:          February 11, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda.

Status:          This matter is going forward.

19.   Debtors' Motion for Orders Pursuant to Bankruptcy Code
      Sections 105 and 363 and Bankruptcy Rule 6004(I)
      Approving Procedures in Connection with Sale of Excluded
      Defective Inventory, (II) Approving Sale of Such
      Inventory Free and Clear of all Interests and (III)
      Granting Related Relief (Docket No. 1944)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1945)

      Objection
      Deadline:         February 11, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda.

      Status:          This matter is going forward.

20.   Debtors' Motion for Order Shortening Notice Period and
      Limiting Notice of Debtors' Motion for Order Pursuant to
      Bankruptcy Code Sections 105 and 363 (A) Authorizing
      Debtors to Enter into Agreement in Connection with Sale
      of Aircraft, Subject to Higher or Otherwise Better Bids,
      (B) Approving Sale of Aircraft Free and Clear of all
      Interests, and (C) Granting Related Relief (Docket No.
      1950)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 1951)

      Objection
      Deadline:         February 11, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda.

      Status:          This matter is going forward.

21.   Debtors' Motion for Order Pursuant to Bankruptcy Code
      Sections 105 and 363 (A) Authorizing Debtors to Enter

into Agreement in Connection with Sale of Aircraft,
Subject to Higher or Otherwise Better Bids, (B)
Approving Sale of Aircraft Free and Clear of all
Interests, and (C) Granting Related Relief (Docket No.
1948)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1949)

b.    Debtors' Motion for Order Shortening Notice Period
      and Limiting Notice (Docket No. 1950)

Objection
Deadline:        February 11, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda.

Status:          The Debtors have received competing bids
                 and will hold an auction on February 12,
                 2009.

22.   Motion of D.L. Peterson Trust as Assignee of PHH Vehicle
      Management Services, LLC to Compel Rejection of Lease
      Agreements and for Relief from the Automatic Stay
      (Docket Nos. 1956 and 1969)

Related
Documents:

a.    Motion for Expedited Hearing and to Shorten
      Objection Deadline (Docket No. 1957)

b.    Order Granting Motion to Expedite (Docket No. 2024)

Objection
Deadline:        February 11, 2009 at 5:00 p.m., extended
                 for the Debtors until February 12, 2009
                 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda.

Status:         This matter is going forward as a
                preliminary hearing.  The parties are
                attempting to resolve this matter.

## IV.   CONTESTED MATTERS

23.  Motion by Engineered Structures, Inc. to Terminate
     Automatic Stay and Rule 4001(a)-1 Notice (Docket No.
     1070)

     Related
     Documents:

     a.    Corrected Order (Docket No. 1877)

     b.    Order (Docket No. 1895)

     Objection
     Deadline:        January 9, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.    Debtors' Objection to Engineered Structures, Inc.
           Motion to Terminate Automatic Stay (Docket No.
           1448)

     b.    Reply Brief by Engineered Structures, Inc. in
           Support of Motion to Terminate Automatic Stay and
           Rule 4001.2 Notice (Docket No. 1536)

     Status:         This matter is going forward as an
                     evidentiary hearing and the parties will
                     present oral argument.

24.  Motion of Plumchoice, Inc. for Relief from the Automatic
     Stay Pursuant to 11 U.S.C. 362(d)(1) to Permit
     Termination of Dispatch Agreement and Request for
     Related Relief Including Approval of Shortened Notice
     Period (Docket No. 1498)

     Objection
     Deadline:        January 27, 2009 at 4:00 p.m., extended
                      for the Debtors until February 11, 2009
                      at 7:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Objection to Motion of Plumchoice, Inc.
      for Relief from the Automatic Stay Pursuant to 11
      U.S.C. 362(d)(1) to Permit Termination of Dispatch
      Agreement and Request for Related Relief Including
      Approval of Shortened Notice Period (Docket No.
      2069)

Status:        This matter is going forward.

25.   Motion of Plumchoice, Inc. for Order Directing Debtors
      to Pay Administrative Expenses Pursuant to 11 U.S.C.
      Sections 503(b) and 507(a) and Request for Related
      Relief (Docket No. 1832)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1833)

b.    Affidavit of Daniel Baker in Support of Motion of
      Plumchoice, Inc. for Order Directing Debtors to Pay
      Administrative Expenses Pursuant to 11 U.S.C.
      Sections 503(b) and 507(a) and Request for Related
      Relief (Docket No. 1942)

Objection
Deadline:      February 11, 2009 at 7:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Preliminary Objection to Motion of
      Plumchoice, Inc. for Order Directing Debtors to Pay
      Administrative Expenses Pursuant to 11 U.S.C.
      Sections 503(b) and 507(a) and Request for Related
      Relief (Docket No. 2068)

Status:        This matter is going forward.

26.   Notice of Yvette Mack of and Motion for Relief from
      Automatic Stay (Docket No. 1527)

Objection

Deadline:            February 6, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Response And Objection To Yvette Mack's
      Motion For Relief From Automatic Stay (Docket No.
      2002)

Status:              This matter is going forward as a
                     preliminary hearing.

27.   Motion by Chase Bank USA, National Association to Compel
      Rejection of Consumer Credit Card Program Agreement
      Pursuant to 11 U.S.C. § 365(d)(2) and to Obtain Limited
      Relief from the Automatic Stay Pursuant to 11 U.S.C. §
      362(d) (Docket No. 1687)

      Related
      Documents:

      a.    Motion for Expedited Hearing (Docket No. 1688)

      b.    Order Granting Expedited Hearing and Shortened
            Notice Period (Docket No. 1742)

      Objection
      Deadline:            January 27, 2009 at 5:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Preliminary Objection to Chase Bank USA,
            National Association's Motion to Compel Rejection
            of Consumer Credit Card Program Agreement Pursuant
            to 11 U.S.C. § 365(d)(2) and to Obtain Relief from
            the Automatic Stay Pursuant to 11 U.S.C. § 362(d)
            (Docket No. 1818)

      Status:              This matter is going forward.

28.   Notice of Wayne VF, LLC and Vornado Realty Trust of
      Hearing and Motion for Relief from Automatic Stay,
      (Docket No. 1710)

      Related

Documents:

a.    Amended Notice of Hearing (Docket No. 1747)

Objection
Deadline:        February 11, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Response and Objection to Wayne VF, LLC
      and Vornado Realty Trust's Motion for Relief from
      Automatic Stay with Supporting Memorandum of Law,
      (Docket No. 2070)

Status:          This matter is going forward as a
                 preliminary hearing.

29.   Creditor Satchidananda Mim's Motion for Relief from the
      Automatic Stay and Notice of Hearing (Docket No. 1822)

      Related
      Documents:

      a.    Amended Notice of Motion and Hearing (Docket No.
            1867)

      Objection
      Deadline:        February 11, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Response And Objection To Satchidananda
            Mim's Motion For Relief From Automatic Stay To
            Complete Pending California State Litigation
            (Docket No. 1986)

      b.    Creditor Satchidananda Mim's Reply Memorandum of
            Points and Authorities in Further Support of Motion
            for Relief From Stay (Docket No. 2043)

      Status:          This matter is going forward as a
                       preliminary hearing.

30.  Amended Motion of Lexar Media, Inc. for Relief from the
     Automatic Stay to Permit Termination of Consignment
     Agreement and for Entry of an Order Directing Debtors to
     Reject Consignment Agreement (Docket No. 1874)

     Related
     Documents:

     a.   Emergency Motion of Lexar Media, Inc. for Relief
          from the Automatic Stay to Permit Termination of
          Consignment Agreement and for Entry of an Order
          Directing Debtors to Reject Consignment Agreement,
          (Docket No. 1788)

     b.   Motion for Expedited Hearing on Emergency Motion
          (Docket No. 1790)

     c.   Notice of Amended Motion and Hearing (Docket No.
          1875)

     Objection
     Deadline:      February 11, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Objection to Amended Motion of Lexar
          Media, Inc. for Relief from the Automatic Stay to
          Permit Termination of Consignment Agreement and for
          Entry of an Order Directing Debtors to Reject
          Consignment Agreement (Docket No. 2066)

     Status:        This matter is going forward.

31.  Debtors' Motion for Order Under 11 U.S.C. Sections 105
     and 363 Approving Procedures to Sell Certain
     Miscellaneous Assets Free and Clear of All Interests
     without Further Order of Court (Docket No. 1922)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1924)

     Objection
     Deadline:      February 11, 2009 at 4:00 p.m.

18

Objections/
Responses
Filed:

a.    Limited Objection Of Plumchoice, Inc. To Debtors'
      Motion For Order Under 11 U.S.C. §§ 105 And 363
      Approving Procedures To Sell Certain Miscellaneous
      Assets Free And Clear Of All Interests Without
      Further Order Of Court (Docket No. 2050)

b.    Objection of Citrus Park CC, LLC, to Debtors'
      Motion for Order Under 11 U.S.C. Sections 105 and
      363 Approving Procedures to Sell Certain
      Miscellaneous Assets Free and Clear of All
      Interests without Further Order of Court (Docket
      No. 2056)

Status:          This matter is going forward.

32.   Debtors' Motion for Orders Under Bankruptcy Code
      Sections 105, 363, and 365 (I) Approving Bidding and
      Auction Procedures for Sale of Unexpired Nonresidential
      Real Property Leases, (II) Setting Sale Hearing Dates
      and (III) Authorizing and Approving (A) Sale of Certain
      Unexpired Nonresidential Real Property Leases Free and
      Clear of All Interests, (B) Assumption and Assignment of
      Certain Unexpired Nonresidential Real Property Leases
      and (C) Lease Rejection Procedures (Docket No. 1946)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1947)

      b.    Notice of Filing of Exhibits 2 and 3 to Proposed
            Form of Order (Docket No. 1989)

      c.    Revised Exhibit 3 to Proposed Form of Order (Docket
            No. 2003)

      Objection
      Deadline:        February 11, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

a.    Limited Objection of Carousel Center Company, L.P.,
      Sangertown Square, L.L.C., Crossgates Commons
      NewCo, LLC and Fingerlakes Crossing, LLC to
      Debtors' Motion (Docket No. 2038)

Status:          This objection is going forward.

b.    Limited Objection Of Ronus Meyerland Plaza, L.P.
      And Johnson City Crossing, L.P. To Debtors' Motion
      (Docket No. 2044)

Status:          This objection is going forward.

c.    Objection of Inland Southwest Management LLC,
      Inland American Retail Management LLC, Inland US
      Management LLC, Inland Pacific Property Services
      LLC, Inland Commercial Property Management, Inc.,
      And Inland Continental Property Management Corp. To
      Debtors' Motion (Docket No. 2048)

Status:          This objection is going forward.

d.    Joint Objection by Certain Landlords to Debtors'
      Motion Docket No. (Docket No. 2049)

Status:          This objection is going forward.

e.    Joinder of Congressional North Associates Limited
      Partnership to Limited Objection to Debtors' Motion
      Docket No. (Docket No. 2051)

Status:          This objection is going forward.

f.    Limited Objection of Cardinal Court, LLC, Colonial
      Heights Holdings, LLC, and DEV Limited Partnership
      (the "Objecting Landlords")   to Debtors' Motion
      (Docket No. 2052)

Status:          This objection is going forward.

g.    502-12 86th Street, LLC, Cottonwood Corners – Phase
      V, LLC and Woodlawn Trustees, Incorporated's
      Joinder to Limited Objection to the Debtors' Motion
      (Docket No. 2053)

Status:          This objection is going forward.

h.   Limited Objection of Ray Mucci's Inc., Route 146
     Millbury, LLC, Interstate Augusta Properties, LLC,
     E & A Northeast Limited Partnership, and NPP
     Development to Debtors' Motion (Docket No. 2054)

Status:          This objection is going forward.


i.   TSA Stores, Inc.'s Objection to Debtors' Motion
     (Docket No. 2055)

Status:          This objection is going forward.

j.   Limited Objection of T.J. Maxx of CA, LLC to
     Debtors' Motion (Docket No. 2058)

Status:          This objection is going forward.

k.   Joinder of Annapolis Plaza LLC to Limited Objection
     to Debtors' Motion (Docket No. 2061)

Status:          This objection is going forward.

l.   Limited Objection of Schottenstein Property Group,
     Inc. to Debtors' Motion (Docket No. 2062)

Status:          This objection is going forward.

m.   Objection of Ricmac Equities Corporation to Motion
     of Debtors for Orders Approving Bidding and Auction
     Procedures, Setting Sale Hearing Dates, and
     Approving Sale of Certain Leases, Assumption and
     Assignment of Certain Leases, and Lease Rejection
     Procedures (Docket No. 2065)

Status:          This objection is going forward.

General Status:          This matter is going forward.

Dated: February 11, 2009        SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia        FLOM, LLP
           Gregg M. Galardi, Esq.
           Ian S. Fredericks, Esq.
           P.O. Box 636
           Wilmington, Delaware 19899-0636
           (302) 651-3000

                - and -

           SKADDEN, ARPS, SLATE, MEAGHER &
           FLOM, LLP
           Chris L. Dickerson, Esq.
           333 West Wacker Drive
           Chicago, Illinois 60606
           (312) 407-0700

                - and -

           MCGUIREWOODS LLP


           /s/ Douglas M. Foley            .
           Dion W. Hayes (VSB No. 34304)
           Douglas M. Foley (VSB No. 34364)
           One James Center
           901 E. Cary Street
           Richmond, Virginia 23219
           (804) 775-1000

           Counsel for Debtors and Debtors
           in Possession

\7580121