Constantinos G. Panagopoulos (VA 33356)
Jesse N. Silverman, Esquire (VA 46456)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 – 13th Street, N.W., Suite 1000 South
Washington, DC 20005-3807
Telephone: (202) 661-2200
Facsimile: (202) 661-2299

-and-

Ivan M. Gold, Esquire
ALLEN MATKINS LECK GAMBLE MALLORY
 & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
Telephone: (415) 273-7431
Facsimile: (415) 837-1516

Attorneys for Bear Valley Road Partners, LLC, Laguna Gateway Phase 2,
 LP, Manteca Stadium Park, L.P., OTR-Clairemont Square,
and Sweetwater Associates, L.P.

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re | Case No. 08-35653-KRH |
| | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2009, a true and accurate copy

of the Objection of Bear Valley Road Partners, LLC, Laguna Gateway Phase 2, LP, Manteca

Stadium Park, L.P., OTR-Clairemont Square and Sweetwater Associates, L.P. to Debtors'

Motion for Orders Under Bankruptcy Code Sections 105, 363 And 365 (I) Approving Bidding

And Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases, (II)

2

Setting Sale Hearing Dates, (III) Authorizing and Approving (A) Sale Of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures [Docket No. 1946] was (i) electronically filed with the Clerk of the Court using the CM/ECF system, which shall cause notice of electronic filing to be served on all registered users of the ECF system that have filed notices of appearance in this case, and (ii) electronically mailed to all parties on the "Core Group Service List" and "Rule 2002 Service List."

      /s/  Jesse N. Silverman
      Jesse N. Silverman