## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
|    CIRCUIT CITY | ) | Chapter 11 |
|    STORES, INC., et al., | ) | |
| | ) | Case No. 08-35653-KRH |
|                  Debtors. | ) | Jointly Administered |
| | ) | |
| DIRECTV, INC., | ) | |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIRCUIT CITY | ) | |
| STORES, INC., | ) | |
| | ) | |
|         Defendant. | ) | |

### DECLARATION OF MICHAEL D. LORENZEN

Michael D. Lorenzen declares as follows:

1. I am a Senior Manager for DIRECTV, Inc. ("DIRECTV").

2. I make this Declaration on personal knowledge and if called as a witness would testify to the facts contained herein.

3. I am familiar with the business relationship between DIRECTV and Debtor Circuit City Stores, Inc. ("Circuit City") under the Authorized Retailer Agreement [Interim] deemed effective as of June 1, 2007, the Authorized Retailer Agreement deemed effective as of October 23, 2007 (collectively the "Retailer Agreement"), and the Master Dealer Agreement made as of April __, 2005 and the Product Addendum dated May 13, 2005 (together with the Retailer Agreement, collectively, the "DIRECTV Agreements").

4.    Under the DIRECTV Agreements, prior to the filing of Circuit City's bankruptcy case, DIRECTV sold goods referred to as DIRECTV Receivers to Circuit City, and Circuit City purchased such DIRECTV Receivers, on credit.

5.    I have in good faith reviewed all the invoices supporting DIRECTV's claim against Circuit City as of the commencement of Circuit City's bankruptcy case under the DIRECTV Agreements (the "DIRECTV Claim"), which are attached as Exhibit 1, and have prepared the schedule attached as Exhibit 2 based upon such review.

6.    Circuit City owes DIRECTV $488,075 for goods sold from DIRECTV to Circuit City prior to November 10, 2008 under the DIRECTV Agreements.

7.    I am authorized to make this Declaration and am competent to testify at trial, if necessary, regarding the statements in this Declaration.

8.    I make this Declaration under penalty of perjury.

_____
Michael D. Lorenzen

Executed on February 10, 2009
in El Segundo, CA

2