

## INVOICE

| | |
|---|---|
| Invoice Number | 90236380 |
| Invoice Date | 10/31/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 105191713 |
| Delivery Date | 10/31/2008 |
| Order No. | 0018897640 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/30/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

**SOLD TO**
CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

**SHIP TO**
CIRCUIT CITY SUPERSTORE 255
STORE MANAGER
4000 TOWNSHIP LINE RD
BETHLEHEM PA  18020

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2179688 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/30/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 127 | EA | 50.00 | 6,350.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 522 | EA | 75.00 | 39,150.00 |
| 30 | R22-100 - DTV BRANDED DVR | | 15 | EA | 75.00 | 1,125.00 |
| | | | 664 | | Sales Total | 46,625.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **46,625.00** |

PLEASE FOLD ALONG PERFORATION,DETACH,AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/31/2008 | HR00000134 | 90236380 | 0018897640 | 46,625.00 | |



☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090236380    0004662500    3



**INVOICE**

| | |
|---|---|
| Invoice Number | 90236381 |
| Invoice Date | 10/31/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 105191714 |
| Delivery Date | 10/31/2008 |
| Order No. | 0018897678 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/30/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 344<br>STORE MANAGER<br>400 LONGFELLOW CT A<br>LIVERMORE CA  94550 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2179689 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/30/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNCA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 95 | EA | 50.00 | 4,750.00 |
| 20 | HR22-100 - HD-DVR - DTV BRANDED | | 13 | EA | 175.00 | 2,275.00 |
| 30 | H21-100 - HIGH DEFINITION IRD - DTV | | 52 | EA | 75.00 | 3,900.00 |
| | | | **160** | | **Sales Total** | **10,925.00** |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **10,925.00** |

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

**REMITTANCE COUPON**



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/31/2008 | HR00000134 | 90236381 | 0018897678 | 10,925.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

**DO NOT WRITE BELOW THIS LINE**

0090236381    0001092500    7



**INVOICE**

| | |
|---|---|
| Invoice Number | 90236382 |
| Invoice Date | 10/31/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 105191834 |
| Delivery Date | 10/31/2008 |
| Order No. | 0018897753 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/30/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

**SOLD TO**
CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

**SHIP TO**
CIRCUIT CITY SUPERSTORE 567
STORE MANAGER
1901 COOPER DR
ARDMORE OK  73401

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2179691 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/30/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 42 | EA | 75.00 | 3,150.00 |
| | | | 42 | Sales Total | | 3,150.00 |
| | | | | Tax Total | | 0.00 |
| | | | | **TOTAL AMOUNT DUE** | | **3,150.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

**REMITTANCE COUPON**



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/31/2008 | HR00000134 | 90236382 | 0018897753 | 3,150.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090236382    0000315000    9

## INVOICE

| | |
|---|---|
| Invoice Number | 90236383 |
| Invoice Date | 10/31/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 105191960 |
| Delivery Date | 10/31/2008 |
| Order No. | 0018897863 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/30/2008 |



DIRECTV
REPRINT

PAGE 1 of 1

**SOLD TO**
CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

**SHIP TO**
CIRCUIT CITY SUPERSTORE 775
STORE MANAGER
19925 INDEPENDENCE BLVD
GROVELAND FL  34736

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2179693 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/30/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNGA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 224 | EA | 50.00 | 11,200.00 |
| 30 | R22-100 - DTV BRANDED DVR | | 55 | EA | 75.00 | 4,125.00 |
| 40 | HR22-100 - HD-DVR - DTV BRANDED | | 123 | EA | 175.00 | 21,525.00 |
| | | | 402 | | Sales Total | 36,850.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **36,850.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/31/2008 | HR00000134 | 90236383 | 0018897863 | 36,850.00 | |


DIRECTV

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090236383    0003685000    3



### INVOICE

| | |
|---|---|
| Invoice Number | 90232801 |
| Invoice Date | 10/03/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104343679 |
| Delivery Date | 10/03/2008 |
| Order No. | 0018311999 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/02/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

**SOLD TO**
CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

**SHIP TO**
CIRCUIT CITY SUPERSTORE 567
STORE MANAGER
1901 COOPER DR
ARDMORE OK  73401

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2158973 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/02/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNGA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 14 | EA | 50.00 | 700.00 |
| 20 | HR22-100 - HD-DVR - DTV BRANDED | | 40 | EA | 175.00 | 7,000.00 |
| | | | 54 | | Sales Total | 7,700.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **7,700.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/03/2008 | HR00000134 | 90232801 | 0018311999 | 7,700.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090232801    0000770000    0



## INVOICE

| | |
|---|---|
| Invoice Number | 90233655 |
| Invoice Date | 10/13/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104561109 |
| Delivery Date | 10/13/2008 |
| Order No. | 0018455301 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/12/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

### SOLD TO
CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

### SHIP TO
CIRCUIT CITY SUPERSTORE 567
STORE MANAGER
1901 COOPER DR
ARDMORE OK  73401

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2166039 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/09/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNGA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 129 | EA | 50.00 | 6,450.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 38 | EA | 75.00 | 2,850.00 |
| 30 | HR22-100 - HD-DVR - DTV BRANDED | | 40 | EA | 175.00 | 7,000.00 |
| | | | **207** | | **Sales Total** | **16,300.00** |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **16,300.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/13/2008 | HR00000134 | 90233655 | 0018455301 | 16,300.00 | |



☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090233655    0001630000    7


**DIRECTV REPRINT**

### INVOICE

| | |
|---|---|
| Invoice Number | 90236442 |
| Invoice Date | 11/03/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 105191832 |
| Delivery Date | 11/03/2008 |
| Order No. | 0018897714 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 12/03/2008 |

PAGE 1 of 1

**SOLD TO**
CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

**SHIP TO**
CIRCUIT CITY SUPERSTORE 353
STORE MANAGER
680 S LEMON AVE
WALNUT CA  91789

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2179690 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/30/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNCA |

| ITEM | MATERIAL DESCRIPTION | P.O LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 45 | EA | 50.00 | 2,250.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 211 | EA | 75.00 | 15,825.00 |
| 30 | R22-100 - DTV BRANDED DVR | | 10 | EA | 75.00 | 750.00 |
| 40 | HR22-100 - HD-DVR - DTV BRANDED | | 14 | EA | 175.00 | 2,450.00 |

|   |   |   |
|---|---|---|
| 280 | Sales Total | 21,275.00 |
|  | Tax Total | 0.00 |
|  | **TOTAL AMOUNT DUE** | **21,275.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 11/03/2008 | HR00000134 | 90236442 | 0018897714 | 21,275.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090236442   0002127500   4



## INVOICE

| | |
|---|---|
| Invoice Number | 90236443 |
| Invoice Date | 11/03/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 105191833 |
| Delivery Date | 11/03/2008 |
| Order No. | 0018897753 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 12/03/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

**SOLD TO**
CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

**SHIP TO**
CIRCUIT CITY SUPERSTORE 567
STORE MANAGER
1901 COOPER DR
ARDMORE OK  73401

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2179691 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/30/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNGA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 146 | EA | 50.00 | 7,300.00 |
| | | | 146 | Sales Total | | 7,300.00 |
| | | | | Tax Total | | 0.00 |
| | | | | **TOTAL AMOUNT DUE** | | **7,300.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 11/03/2008 | HR00000134 | 90236443 | 0018897753 | 7,300.00 | |

DIRECTV

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090236443    0000730000    6



### INVOICE

| | |
|---|---|
| Invoice Number | 90236444 |
| Invoice Date | 11/03/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 105191882 |
| Delivery Date | 11/03/2008 |
| Order No. | 0018897802 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 12/03/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 755<br>STORE MANAGER<br>1100 CIRCUIT CITY RD<br>MARION IL  62959 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2179692 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/30/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O.LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 111 | EA | 50.00 | 5,550.00 |
| | | | 111 | | Sales Total | 5,550.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **5,550.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 11/03/2008 | HR00000134 | 90236444 | 0018897802 | 5,550.00 | |

☐ *Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.*

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA  91189-0455

DO NOT WRITE BELOW THIS LINE

0090236444    0000555000    6



## INVOICE

| | |
|---|---|
| Invoice Number | 90234602 |
| Invoice Date | 10/21/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104754857 |
| Delivery Date | 10/21/2008 |
| Order No. | 0018587641 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/20/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 775<br>STORE MANAGER<br>19925 INDEPENDENCE BLVD<br>GROVELAND FL  34736 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2169447 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/16/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNGA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 58 | EA | 50.00 | 2,900.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 112 | EA | 75.00 | 8,400.00 |
| | | | 170 | | Sales Total | 11,300.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **11,300.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/21/2008 | HR00000134 | 90234602 | 0018587641 | 11,300.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090234602    0001130000    3



## INVOICE

| | |
|---|---|
| Invoice Number | 90234603 |
| Invoice Date | 10/21/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104755511 |
| Delivery Date | 10/21/2008 |
| Order No. | 0018587768 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/20/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

**SOLD TO**
CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

**SHIP TO**
CIRCUIT CITY SUPERSTORE 353
STORE MANAGER
680 S LEMON AVE
WALNUT CA  91789

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2169444 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/16/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNCA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 28 | EA | 50.00 | 1,400.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 45 | EA | 75.00 | 3,375.00 |
| | | | 73 | | Sales Total | 4,775.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **4,775.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/21/2008 | HR00000134 | 90234603 | 0018587768 | 4,775.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090234603    0000477500    3



## INVOICE

| | |
|---|---|
| Invoice Number | 90234604 |
| Invoice Date | 10/21/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104755584 |
| Delivery Date | 10/21/2008 |
| Order No. | 0018587829 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/20/2008 |

DIRECTV REPRINT

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 344<br>STORE MANAGER<br>400 LONGFELLOW CT A<br>LIVERMORE CA  94550 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2169443 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/16/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNCA |

| ITEM | MATERIAL DESCRIPTION | P.O LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 14 | EA | 50.00 | 700.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 67 | EA | 75.00 | 5,025.00 |
| | | | 81 | | Sales Total | 5,725.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **5,725.00** |

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/21/2008 | HR00000134 | 90234604 | 0018587829 | 5,725.00 | |



☐ *Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.*

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090234604    0000572500    5

| INVOICE | |
|---|---|
| Invoice Number | 90234605 |
| Invoice Date | 10/21/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104755585 |
| Delivery Date | 10/21/2008 |
| Order No. | 0018587959 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/20/2008 |



DIRECTV
REPRINT

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 255<br>STORE MANAGER<br>4000 TOWNSHIP LINE RD<br>BETHLEHEM PA  18020 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2169442 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/16/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT. PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 83 | EA | 50.00 | 4,150.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 114 | EA | 75.00 | 8,550.00 |
| | | | 197 | | Sales Total | 12,700.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **12,700.00** |

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

REMITTANCE COUPON



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/21/2008 | HR00000134 | 90234605 | 0018587959 | 12,700.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090234605  0001270000  6

## INVOICE

| | |
|---|---|
| Invoice Number | 90235313 |
| Invoice Date | 10/27/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104981101 |
| Delivery Date | 10/27/2008 |
| Order No. | 0018747648 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/26/2008 |



**DIRECTV REPRINT**

PAGE 1 of 1

**SOLD TO**
CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

**SHIP TO**
CIRCUIT CITY SUPERSTORE 755
STORE MANAGER
1100 CIRCUIT CITY RD
MARION IL  62959

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2173010 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/23/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 64 | EA | 50.00 | 3,200.00 |
| | | | 64 | | Sales Total | 3,200.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **3,200.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/27/2008 | HR00000134 | 90235313 | 0018747648 | 3,200.00 | |



☐ *Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.*

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090235313    0000320000    8

| INVOICE | |
|---|---|
| Invoice Number | 90235314 |
| Invoice Date | 10/27/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104981102 |
| Delivery Date | 10/27/2008 |
| Order No. | 0018747672 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/26/2008 |



DIRECTV REPRINT

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 567<br>STORE MANAGER<br>1901 COOPER DR<br>ARDMORE OK  73401 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2173009 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/23/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNGA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 28 | EA | 50.00 | 1,400.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 42 | EA | 75.00 | 3,150.00 |
| | | | 70 | | Sales Total | 4,550.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | 4,550.00 |

PLEASE FOLD ALONG PERFORATION,DETACH,AND RETURN THIS PORTION WITH YOUR PAYMENT.

REMITTANCE COUPON



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/27/2008 | HR00000134 | 90235314 | 0018747672 | 4,550.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090235314    0000455000    3