

## INVOICE

| | |
|---|---|
| Invoice Number | 90236445 |
| Invoice Date | 11/03/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 105191961 |
| Delivery Date | 11/03/2008 |
| Order No. | 0018897863 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 12/03/2008 |

DIRECTV REPRINT

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 775<br>STORE MANAGER<br>19925 INDEPENDENCE BLVD<br>GROVELAND FL  34736 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2179693 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/30/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 175 | EA | 75.00 | 13,125.00 |
| | | | 175 | | Sales Total | 13,125.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **13,125.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 11/03/2008 | HR00000134 | 90236445 | 0018897863 | 13,125.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090236445  0001312500  4



### INVOICE

| | |
|---|---|
| Invoice Number | 90237143 |
| Invoice Date | 11/07/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 105373890 |
| Delivery Date | 11/07/2008 |
| Order No. | 0019018268 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 12/07/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 344<br>STORE MANAGER<br>400 LONGFELLOW CT A<br>LIVERMORE CA  94550 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2183365 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 11/06/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 20 | HR22-100 - HD-DVR - DTV BRANDED | | 52 | EA | 175.00 | 9,100.00 |
| | | | 52 | | Sales Total | 9,100.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **9,100.00** |

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 11/07/2008 | HR00000134 | 90237143 | 0019018268 | 9,100.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090237143   0000910000   3



## INVOICE

| | |
|---|---|
| Invoice Number | 90237144 |
| Invoice Date | 11/07/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 105373892 |
| Delivery Date | 11/07/2008 |
| Order No. | 0019018340 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 12/07/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA 23233 | CIRCUIT CITY SUPERSTORE 353<br>STORE MANAGER<br>680 S LEMON AVE<br>WALNUT CA 91789 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2183366 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 11/06/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 40 | HR22-100 - HD-DVR - DTV BRANDED | | 42 | EA | 175.00 | 7,350.00 |
| | | | 42 | | Sales Total | 7,350.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **7,350.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 11/07/2008 | HR00000134 | 90237144 | 0019018340 | 7,350.00 | |



☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA 23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090237144    0000735000    4




| INVOICE | |
|---|---|
| Invoice Number | 90237270 |
| Invoice Date | 11/10/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 105373893 |
| Delivery Date | 11/10/2008 |
| Order No. | 0019018413 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 12/10/2008 |

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 567<br>STORE MANAGER<br>1901 COOPER DR<br>ARDMORE OK  73401 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2183367 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 11/06/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNGA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 8 | EA | 50.00 | 400.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 17 | EA | 75.00 | 1,275.00 |
| 30 | HR22-100 - HD-DVR - DTV BRANDED | | 47 | EA | 175.00 | 8,225.00 |
| | | | 72 | | Sales Total | 9,900.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | 9,900.00 |

PLEASE FOLD ALONG PERFORATION,DETACH,AND RETURN THIS PORTION WITH YOUR PAYMENT.

REMITTANCE COUPON



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 11/10/2008 | HR00000134 | 90237270 | 0019018413 | 9,900.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090237270    0000990000    7



## INVOICE

| | |
|---|---|
| Invoice Number | 90232800 |
| Invoice Date | 10/03/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104343678 |
| Delivery Date | 10/03/2008 |
| Order No. | 0018311958 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/02/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 755<br>STORE MANAGER<br>1100 CIRCUIT CITY RD<br>MARION IL  62959 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2158974 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/02/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 20 | HR22-100 - HD-DVR - DTV BRANDED | | 78 | EA | 175.00 | 13,650.00 |
| | | | 78 | | Sales Total | 13,650.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **13,650.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/03/2008 | HR00000134 | 90232800 | 0018311958 | 13,650.00 | |



☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090232800    0001365000    1



### INVOICE

| | |
|---|---|
| Invoice Number | 90232929 |
| Invoice Date | 10/06/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104343676 |
| Delivery Date | 10/06/2008 |
| Order No. | 0018311917 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/05/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

**SOLD TO**
CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

**SHIP TO**
CIRCUIT CITY SUPERSTORE 775
STORE MANAGER
19925 INDEPENDENCE BLVD
GROVELAND FL  34736

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2158975 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/02/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNGA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 123 | EA | 50.00 | 6,150.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 65 | EA | 75.00 | 4,875.00 |
| 30 | R22-100 - DTV BRANDED DVR | | 24 | EA | 75.00 | 1,800.00 |
| 40 | HR22-100 - HD-DVR - DTV BRANDED | | 86 | EA | 175.00 | 15,050.00 |
| | | | **298** | | **Sales Total** | **27,875.00** |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **27,875.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/06/2008 | HR00000134 | 90232929 | 0018311917 | 27,875.00 | |



☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090232929   0002787500   5



## INVOICE

| | |
|---|---|
| Invoice Number | 90233064 |
| Invoice Date | 10/07/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104445383 |
| Delivery Date | 10/07/2008 |
| Order No. | 0018312131 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/06/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 255<br>STORE MANAGER<br>4000 TOWNSHIP LINE RD<br>BETHLEHEM PA  18020 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2158970 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/02/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 30 | R22-100 - DTV BRANDED DVR | | 69 | EA | 75.00 | 5,175.00 |
| | | | 69 | Sales Total | | 5,175.00 |
| | | | | Tax Total | | 0.00 |
| | | | | **TOTAL AMOUNT DUE** | | **5,175.00** |

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/07/2008 | HR00000134 | 90233064 | 0018312131 | 5,175.00 | |



☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090233064    0000517500    1

## INVOICE

| | |
|---|---|
| Invoice Number | 90233656 |
| Invoice Date | 10/13/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104561110 |
| Delivery Date | 10/13/2008 |
| Order No. | 0018455316 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/12/2008 |



**DIRECTV REPRINT**

PAGE 1 of 1

**SOLD TO**
CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

**SHIP TO**
CIRCUIT CITY SUPERSTORE 755
STORE MANAGER
1100 CIRCUIT CITY RD
MARION IL  62959

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2166040 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/09/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 143 | EA | 50.00 | 7,150.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 47 | EA | 75.00 | 3,525.00 |
| 30 | R22-100 - DTV BRANDED DVR | | 31 | EA | 75.00 | 2,325.00 |
| | | | **221** | | **Sales Total** | **13,000.00** |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **13,000.00** |

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/13/2008 | HR00000134 | 90233656 | 0018455316 | 13,000.00 | |



☐ *Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.*

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

**DO NOT WRITE BELOW THIS LINE**

0090233656    0001300000    4



## INVOICE

| | |
|---|---|
| Invoice Number | 90233820 |
| Invoice Date | 10/14/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104561074 |
| Delivery Date | 10/14/2008 |
| Order No. | 0018455179 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/13/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA 23233 | CIRCUIT CITY SUPERSTORE 255<br>STORE MANAGER<br>4000 TOWNSHIP LINE RD<br>BETHLEHEM PA 18020 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2166036 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/09/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 199 | EA | 50.00 | 9,950.00 |
| 30 | R22-100 - DTV BRANDED DVR | | 61 | EA | 75.00 | 4,575.00 |
| 40 | HR22-100 - HD-DVR - DTV BRANDED | | 115 | EA | 175.00 | 20,125.00 |
| 41 | H21-100 - HIGH DEFINITION IRD - DTV | | 263 | EA | 75.00 | 19,725.00 |
| | | | **638** | | **Sales Total** | **54,375.00** |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **54,375.00** |

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/14/2008 | HR00000134 | 90233820 | 0018455179 | 54,375.00 | |



☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA 23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090233820   0005437500   2



## INVOICE

| | |
|---|---|
| Invoice Number | 90233821 |
| Invoice Date | 10/14/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104561075 |
| Delivery Date | 10/14/2008 |
| Order No. | 0018455203 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/13/2008 |

DIRECTV REPRINT

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 344<br>STORE MANAGER<br>400 LONGFELLOW CT A<br>LIVERMORE CA  94550 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2166037 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/09/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNCA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 50 | EA | 50.00 | 2,500.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 76 | EA | 75.00 | 5,700.00 |
| 30 | HR22-100 - HD-DVR - DTV BRANDED | | 43 | EA | 175.00 | 7,525.00 |
| | | | 169 | | Sales Total | 15,725.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **15,725.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

## REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/14/2008 | HR00000134 | 90233821 | 0018455203 | 15,725.00 | |



☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090233821   0001572500   4



| INVOICE | |
|---|---|
| Invoice Number | 90233822 |
| Invoice Date | 10/14/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104561108 |
| Delivery Date | 10/14/2008 |
| Order No. | 0018455245 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/13/2008 |

DIRECTV REPRINT

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 353<br>STORE MANAGER<br>680 S LEMON AVE<br>WALNUT CA  91789 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2166038 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/09/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNCA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 101 | EA | 50.00 | 5,050.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 173 | EA | 75.00 | 12,975.00 |
| 30 | R22-100 - DTV BRANDED DVR | | 12 | EA | 75.00 | 900.00 |
| 40 | HR22-100 - HD-DVR - DTV BRANDED | | 48 | EA | 175.00 | 8,400.00 |
| | | | 334 | | Sales Total | 27,325.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **27,325.00** |

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/14/2008 | HR00000134 | 90233822 | 0018455245 | 27,325.00 | |



☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090233822   0002732500   7



## INVOICE

| | |
|---|---|
| Invoice Number | 90233823 |
| Invoice Date | 10/14/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104561114 |
| Delivery Date | 10/14/2008 |
| Order No. | 0018455343 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/13/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

**SOLD TO**
CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

**SHIP TO**
CIRCUIT CITY SUPERSTORE 775
STORE MANAGER
19925 INDEPENDENCE BLVD
GROVELAND FL  34736

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2166041 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/09/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNGA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 93 | EA | 50.00 | 4,650.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 203 | EA | 75.00 | 15,225.00 |
| 30 | R22-100 - DTV BRANDED DVR | | 32 | EA | 75.00 | 2,400.00 |
| 40 | HR22-100 - HD-DVR - DTV BRANDED | | 78 | EA | 175.00 | 13,650.00 |
| | | | 406 | | Sales Total | 35,925.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **35,925.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/14/2008 | HR00000134 | 90233823 | 0018455343 | 35,925.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090233823    0003592500    2



**INVOICE**

| | |
|---|---|
| Invoice Number | 90234420 |
| Invoice Date | 10/20/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104754939 |
| Delivery Date | 10/20/2008 |
| Order No. | 0018587659 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/19/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 755<br>STORE MANAGER<br>1100 CIRCUIT CITY RD<br>MARION IL  62959 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2169446 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/16/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 92 | EA | 50.00 | 4,600.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 36 | EA | 75.00 | 2,700.00 |
| | | | 128 | | Sales Total | 7,300.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **7,300.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

**REMITTANCE COUPON**



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/20/2008 | HR00000134 | 90234420 | 0018587659 | 7,300.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090234420    0000730000    6



**DIRECTV REPRINT**

| INVOICE | |
|---|---|
| Invoice Number | 90234421 |
| Invoice Date | 10/20/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104755071 |
| Delivery Date | 10/20/2008 |
| Order No. | 0018587690 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/19/2008 |

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 567<br>STORE MANAGER<br>1901 COOPER DR<br>ARDMORE OK  73401 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2169445 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/16/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNGA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 39 | EA | 50.00 | 1,950.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 86 | EA | 75.00 | 6,450.00 |
| | | | 125 | | Sales Total | 8,400.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **8,400.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/20/2008 | HR00000134 | 90234421 | 0018587690 | 8,400.00 | |



☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090234421    0000840000    1

| INVOICE | |
|---|---|
| Invoice Number | 90232930 |
| Invoice Date | 10/06/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104343680 |
| Delivery Date | 10/06/2008 |
| Order No. | 0018312025 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/05/2008 |



**DIRECTV REPRINT**

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 353<br>STORE MANAGER<br>680 S LEMON AVE<br>WALNUT CA  91789 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2158972 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/02/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNCA |

| ITEM | MATERIAL DESCRIPTION | P.O.LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | H21-100 - HIGH DEFINITION IRD - DTV | | 62 | EA | 75.00 | 4,650.00 |
| 20 | R22-100 - DTV BRANDED DVR | | 14 | EA | 75.00 | 1,050.00 |
| 30 | HR22-100 - HD-DVR - DTV BRANDED | | 69 | EA | 175.00 | 12,075.00 |
| | | | 145 | | Sales Total | 17,775.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **17,775.00** |

PLEASE FOLD ALONG PERFORATION,DETACH,AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/06/2008 | HR00000134 | 90232930 | 0018312025 | 17,775.00 | |

☐ *Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.*

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090232930    0001777500    7



**INVOICE**

| | |
|---|---|
| Invoice Number | 90232931 |
| Invoice Date | 10/06/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104343681 |
| Delivery Date | 10/06/2008 |
| Order No. | 0018312075 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/05/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 344<br>STORE MANAGER<br>400 LONGFELLOW CT A<br>LIVERMORE CA  94550 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2158971 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/02/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNCA |

| ITEM | MATERIAL DESCRIPTION | P.O. LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 25 | EA | 50.00 | 1,250.00 |
| | | | 25 | | Sales Total | 1,250.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **1,250.00** |

---

PLEASE FOLD ALONG PERFORATION, DETACH, AND RETURN THIS PORTION WITH YOUR PAYMENT.

**REMITTANCE COUPON**

| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/06/2008 | HR00000134 | 90232931 | 0018312075 | 1,250.00 | |



☐ *Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.*

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090232931    0000125000    7



## INVOICE

| | |
|---|---|
| Invoice Number | 90232932 |
| Invoice Date | 10/06/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104343756 |
| Delivery Date | 10/06/2008 |
| Order No. | 0018312131 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/05/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 255<br>STORE MANAGER<br>4000 TOWNSHIP LINE RD<br>BETHLEHEM PA  18020 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2158970 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/02/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O LINE | QUANTITY | UNITS | UNIT PRICE | EXT PRICE |
|---|---|---|---|---|---|---|
| 10 | D12-100 - DTV BRANDED STANDARD IRD | | 72 | EA | 50.00 | 3,600.00 |
| 20 | H21-100 - HIGH DEFINITION IRD - DTV | | 107 | EA | 75.00 | 8,025.00 |
| 40 | HR22-100 - HD-DVR - DTV BRANDED | | 61 | EA | 175.00 | 10,675.00 |
| | | | **240** | | **Sales Total** | **22,300.00** |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **22,300.00** |

PLEASE FOLD ALONG PERFORATION,DETACH,AND RETURN THIS PORTION WITH YOUR PAYMENT.

### REMITTANCE COUPON



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/06/2008 | HR00000134 | 90232932 | 0018312131 | 22,300.00 | |

☐ *Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.*

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090232932    0002230000    3



**INVOICE**

| | |
|---|---|
| Invoice Number | 90232933 |
| Invoice Date | 10/06/2008 |
| Customer Number | HR00000134 |
| Delivery No. | 104445384 |
| Delivery Date | 10/06/2008 |
| Order No. | 0018311958 |
| Order Type | HARDWARE SALES (RTL) |
| Due Date | 11/05/2008 |

**DIRECTV REPRINT**

PAGE 1 of 1

| SOLD TO | SHIP TO |
|---|---|
| CIRCUIT CITY SUPERSTORE<br>ATTN: MERCHANDISE PAYABLES DR3, FL6<br>9950 MAYLAND DR<br>RICHMOND VA  23233 | CIRCUIT CITY SUPERSTORE 755<br>STORE MANAGER<br>1100 CIRCUIT CITY RD<br>MARION IL  62959 |

| SHIP VIA | ORDERED BY | P.O. No. |
|---|---|---|
| PALLETIZED-LESS THAN TRK LOAD | | 2158974 |

| ORDER DATE | TERMS | PLANT |
|---|---|---|
| 10/02/2008 | NET 30 DAYS, NO CASH DISCOUNT | KNPA |

| ITEM | MATERIAL DESCRIPTION | P.O.LINE | QUANTITY | UNITS | UNIT PRICE | EXT.PRICE |
|---|---|---|---|---|---|---|
| 10 | R22-100 - DTV BRANDED DVR | | 8 | EA | 75.00 | 600.00 |
| | | | 8 | | Sales Total | 600.00 |
| | | | | | Tax Total | 0.00 |
| | | | | | **TOTAL AMOUNT DUE** | **600.00** |

PLEASE FOLD ALONG PERFORATION,DETACH,AND RETURN THIS PORTION WITH YOUR PAYMENT.

**REMITTANCE COUPON**



| INVOICE DATE | CUSTOMER NUMBER | INVOICE NUMBER | ORDER NUMBER | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|---|
| 10/06/2008 | HR00000134 | 90232933 | 0018311958 | 600.00 | |

☐ Check here if address or phone number has changed. Please make corrections below. Do not write other comments on this form.

CIRCUIT CITY SUPERSTORE
ATTN: MERCHANDISE PAYABLES DR3, FL6
9950 MAYLAND DR
RICHMOND VA  23233

Please indicate amount enclosed.
Please include Directv account number on payment.
Make check or money order payable to:

DIRECTV
P.O. BOX 100455
PASADENA, CA 91189-0455

DO NOT WRITE BELOW THIS LINE

0090232933    0000060000    0