IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
|    CIRCUIT CITY | ) | Chapter 11 |
|    STORES, INC., et al., | ) | |
| | ) | Case No. 08-35653-KRH |
|           Debtors. | ) | Jointly Administered |
| | ) | |
| DIRECTV, INC., | ) | |
| | ) | |
|           Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CIRCUIT CITY | ) | |
| STORES, INC., | ) | |
| | ) | |
|           Defendant. | ) | |

### DECLARATION OF DOUGLAS H. EICHLER

Douglas H. Eichler declares as follows:

1. I am a Senior Director for DIRECTV, Inc. ("DIRECTV").

2. I make this Declaration on personal knowledge and if called as a witness would testify to the facts contained herein.

3. I am familiar with the business relationship between DIRECTV and Debtor Circuit City Stores, Inc. ("Circuit City") under the Authorized Retailer Agreement [Interim] deemed effective as of June 1, 2007, the Authorized Retailer Agreement deemed effective as of October 23, 2007 (collectively the "Retailer Agreement"), and the Master Dealer Agreement made as of April __, 2005 and the Product Addendum dated May 13, 2005 (together with the Retailer Agreement, collectively, the DIRECTV Agreements").

4. As a retailer and Customer Referral Contractor for DIRECTV under the DIRECTV Agreements, prior to the filing of its bankruptcy case, Circuit City marketed

DIRECTV Receivers and subscriptions for DIRECTV Programming Packages and performed other activities for which DIRECTV owed Circuit City commissions and other charges, such as payments for installation services, installation incentives, equipment reimbursement, programming commissions, marketing development funds, and volume incentive rebates.

5. I have in good faith reviewed all the invoices supporting Circuit City's claim against DIRECTV as of the commencement of Circuit City's bankruptcy case under the DIRECTV Agreements (the "Circuit City Claim") and have prepared the schedule attached as Exhibit 1 based upon such review.

6. DIRECTV owes Circuit City $405,000 for services performed by Circuit City under the DIRECTV Agreements prior to the filing of Circuit City's bankruptcy case.

7. I am authorized to make this Declaration and am competent to testify at trial, if necessary, regarding the statements in this Declaration.

8. I make this Declaration under penalty of perjury.

_____
Douglas H. Eichler

Executed on February 10, 2009
in El Segundo, California

## EXHIBIT 1 TO DECLARATION OF DOUGLAS H. EICHLER

| INVOICE NO. | SERVICE | AMOUNT DUE |
|---|---|---|
| Invoice #91607 | NFL Sunday Ticket Signage RedZone and Samsung Endcap | $45,000 |
| Invoice #91850 | NFL Sunday Ticket Signage DIRECTV Jersey Sponsorship | $50,000 |
| Invoice #91501 | NFL Sunday Ticket Signage In-Store POS | $75,000 |
| Invoice #91845 | NFL Sunday Ticket Signage Additional Jersey Sponsorship Amount | $85,000 |
| Invoice #91055 | NFL Sunday Ticket Promotion 2008 HDX Training Event | $150,000 |

**TOTAL: 405,000**

DETROIT.3500176.1