## REQUEST FOR CHECK PAYMENT



**DATE:** *Tuesday, November 04, 2008*

| ☐ MAIL CHECK TO VENDOR | ☐ RETURN CHECK TO: | | Bldg: | M/S: | Ext.: |
|---|---|---|---|---|---|

**PLEASE ISSUE CHECK IN THE AMOUNT OF:** $45,000.00    **DATE CHECK REQUIRED BY:**

**PAYABLE TO:** CIRCUIT CITY SUPERSTORE

**VENDOR NO.:**    134

**ADDRESS:** 9950 MAYLAND DR
RICHMOND    VA    23233

**ATTN:** DANNY CAGWIN

IF REQUESTED CHECK COVERS AN INCOME PAYMENT REQUIRED TO BE REPORTED ON U.S. INFORMATION RETURN (FORM1099) PER HUGHES TAX GUIDE C-532, INCLUDE PAYEES:

*SOCIAL SECURITY*
*OR*
*IDENIFICATION NO:* 134

**PURPOSE:** *Claim Number:* 134-91607

*MARKETING DEVELOPMENT FUND TO BE* ~~*GED*~~ *TO THE*

# Q308 NATIONAL ACCO

*REGIONAL ACCRUAL*

| | APR-08 | MAY-08 | JUN-08 |
|---|---|---|---|
| **1st YR AVDR:** | 0.63% | 0.68% | 0.62% |
| **EPS % Fee Pd:** | 1.86% | 1.65% | 1.34% |

| FINANCE REVIEW | DATE | DEPARTMENT APPROVAL | DATE | REQUESTOR'S SIGNATURE | DATE |
|---|---|---|---|---|---|

| GL ACCOUNT | COST CENTER | INTERNAL ORDER | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 640400 | 53829 | 600256 | MDF | NFL Sunday Ticket Signage - Red Zone/Samsung End Caps | $45,000.00 |

DTV CHKREQ 12/3/98 9:16 AM



Circuit City Stores, Inc.

9954 Mayland Drive

Richmond, VA 23233-1464

08/11/2008

Douglas Eichler
DIRECTV INC
2230 E IMPERIAL HIGHWAY
EL SEGUNDO, 90245

Dear Douglas Eichler,

This is to confirm $45,000.00 committed by Douglas Eichler offered to Circuit City
Stores Inc., effective 07/27/2008. These funds are for This is a draft for DIRECTV NFL
SUNDAY Ticket signage in RedZone and Samsung Endcap- Total costs- $45,000.

Payment is due by 08/05/2008 and will be collected via a deduction from the vendor's
A/P balance for chargeback # 91607.

All other terms and conditions remain the same.

Sincerely,

Gregory Depalma

134-91607
640400\53829\600256

CIRCUIT CITY STORES,INC.
ADVERTISING ACCOUNTING
9954 MAYLAND DRIVE
DEEP RUN III
RICHMOND, VA 23233-1464


ADVERTISING BILLING MEMORANDUM


TO: DIRECTV INC                              DATE:  8/11/08
    2849 PACES FERRY ROAD                    DUE: ASAP
    SUITE 360
    ATLANTA, GA 30339

ATTN: STEPHEN BLACKBURN                      VB #: 91607
--------------------------------------------------------------------------------

To bill you for:

| TRANS DATE | REC TYPE | ALLOW PCT | TRANS TYPE | CODE | DESCRIPTION | AMOUNT |
|------------|----------|-----------|------------|------|-------------|--------|
| 8/05 | AA | | AA | C | 91607DV#1315 | 45,000.00 |

                                     AMOUNT DUE:          45,000.00


PREPARED BY: ADVERTISING ACCOUNTING      LINDSAY JONES

ATTACHMENTS: _____

CC: _____

                <<< C O P P E R >>>

## REQUEST FOR CHECK PAYMENT



**DATE:** _Tuesday, November 04, 2008_

| ☐ MAIL CHECK TO VENDOR | ☐ RETURN CHECK TO: | | Bldg: | M/S: | Ext.: |
|---|---|---|---|---|---|

**PLEASE ISSUE CHECK IN THE AMOUNT OF:**   $50,000.00          **DATE CHECK REQUIRED BY:**

**PAYABLE TO:** CIRCUIT CITY SUPERSTORE          IF REQUESTED CHECK COVERS AN INCOME
                                                 PAYMENT REQUIRED TO BE REPORTED ON U.S.
**VENDOR NO.:**                        134       INFORMATION RETURN (FORM1099)PER
                                                 HUGHES TAX GUIDE C-532, INCLUDE PAYEES:

  **ADDRESS:** 9950 MAYLAND DR
              RICHMOND          VA    23233       **SOCIAL SECURITY**
                                                  **OR**
  **ATTN:** DANNY CAGWIN                          **IDENIFICATION NO:** 134

**PURPOSE:** _Claim Number:_  134-91850

### MARKETING DEVELOPMENT FUND TO BE [ ]GED TO THE

## Q308 NATIONAL ACCO[ ]

### REGIONAL ACCRUAL

| | APR-08 | M[ ]-08 | JUN-08 |
|---|---|---|---|
| **1st YR AVDR:** | 0.63% | 0.68% | 0.62% |
| **EPS % Fee Pd:** | 1.86% | 1.65% | 1.34% |

|  |  |  |  |
|---|---|---|---|
| FINANCE REVIEW | DATE | DEPARTMENT APPROVAL | DATE | REQUESTOR'S SIGNATURE | DATE |

X                                        _Heatherbruette_ 11/4/08

| GL ACCOUNT | COST CENTER | INTERNAL ORDER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 622900 | 53829 | 600256 | 03 08 MDF NFL Sunday Ticket Jersey Sponsorship | $50,000.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

DTV CHKREQ 12/3/98 9:16 AM



08/25/2008

Douglas Eichler
DIRECTV INC
2230 E IMPERIAL HIGHWAY
EL SEGUNDO, 90245

Dear Douglas Eichler,

This is to confirm $50,000.00 committed by Eric King offered to Circuit City Stores Inc., effective 08/24/2008.
These funds are for This is a draft for DIRECTV NFL SUNDAY TICKET jersey sponsorship of $50K..

Payment is due by 08/25/2008 and will be collected via a deduction from the vendor's A/P balance for chargeback #
91850.

All other terms and conditions remain the same.

Sincerely,


Gregory Depalma

cc: Eric King


134-91850

~~4410~~
4022900 |53829| 400256

CIRCUIT CITY STORES, INC.
ADVERTISING ACCOUNTING
9954 MAYLAND DRIVE
DEEP RUN III
RICHMOND, VA 23233-1464


ADVERTISING BILLING MEMORANDUM


TO: DIRECTV INC                                    DATE:  8/26/08
    2849 PACES FERRY ROAD                          DUE: ASAP
    SUITE 360
    ATLANTA, GA 30339

ATTN: STEPHEN BLACKBURN                            VB #: 91850
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


To bill you for:

| TRANS DATE | REC TYPE | ALLOW PCT | TRANS TYPE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| 8/26 | AA | | AA | C | 91850DV#1315 | 50,000.00 |

AMOUNT DUE:                                        50,000.00


PREPARED BY: ADVERTISING ACCOUNTING       LINDSAY JONES

ATTACHMENTS: _____

CC: _____

                <<< C O P P E R >>>

## REQUEST FOR CHECK PAYMENT



**DATE:**    *Tuesday, November 04, 2008*

| ☐ MAIL CHECK TO VENDOR | ☐ RETURN CHECK TO: | | Bldg: | M/S: | Ext.: |
|---|---|---|---|---|---|

**PLEASE ISSUE CHECK IN THE AMOUNT OF:**    $75,000.00    **DATE CHECK REQUIRED BY:**

**PAYABLE TO:** CIRCUIT CITY SUPERSTORE

**VENDOR NO.:**    134

*IF REQUESTED CHECK COVERS AN INCOME PAYMENT REQUIRED TO BE REPORTED ON U.S. INFORMATION RETURN (FORM1099) PER HUGHES TAX GUIDE C-532, INCLUDE PAYEES:*

**ADDRESS:** 9950 MAYLAND DR
RICHMOND    VA    23233

**ATTN:** DANNY CAGWIN

*SOCIAL SECURITY*
*OR*
*IDENIFICATION NO:* 134

**PURPOSE:**  **Claim Number:** 134-91051

### MARKETING DEVELOPMENT FUND TO BE CHARGED TO THE

## Q308 NATIONAL ACCOU

*REGIONAL ACCRUAL*

| | APR-08 | M... | JUN-08 |
|---|---|---|---|
| **1st YR AVDR:** | 0.63% | 0.68% | 0.62% |
| **EPS % Fee Pd:** | 1.86% | 1.65% | 1.34% |

| FINANCE REVIEW | DATE | X   DEPARTMENT APPROVAL | DATE | *Neatherlotke*   REQUESTOR'S SIGNATURE | 11/4/08   DATE |
|---|---|---|---|---|---|

| GL ACCOUNT | COST CENTER | INTERNAL ORDER | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|
| 640400 | 53829 | 600256 | Q3   MDF   NFL Sunday Ticket Signage | | $75,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DTV CHKREQ 12/3/98 9:16 AM

*Pat Doyle*



Circuit City Stores, Inc.

9954 Mayland Drive

Richmond, VA  23233-1464

08/11/2008

Douglas Eichler
DIRECTV INC
2230 E IMPERIAL HIGHWAY
EL SEGUNDO,  90245

Dear Douglas Eichler,

This is to confirm $75,000.00 committed by Douglas Eichler offered to Circuit City
Stores Inc., effective 07/27/2008.  These funds are for This is a draft for DIRECTV NFL
Sunday Ticket Signage- Total costs- $75,000..

Payment is due by 08/01/2008 and will be collected via a deduction from the vendor's
A/P balance for chargeback # 91051.

All other terms and conditions remain the same.

Sincerely,

Gregory Depalma

134-91051
440400|53829|600256

CIRCUIT CITY STORES,INC.
ADVERTISING ACCOUNTING
9954 MAYLAND DRIVE
DEEP RUN III
RICHMOND, VA 23233-1464


## ADVERTISING BILLING MEMORANDUM


TO: DIRECTV INC                                  DATE:  8/11/08
    2849 PACES FERRY ROAD
    SUITE 360                                    DUE : ASAP
    ATLANTA, GA 30339

ATTN: STEPHEN BLACKBURN                          VB #: 91051
------------------------------------------------------------------------

To bill you for:

| TRANS DATE | REC TYPE | ALLOW PCT | TRANS TYPE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| 8/01 | AA | | AA | C | 91051DV#1315 | 75,000.00 |

                                      AMOUNT DUE:        75,000.00


PREPARED BY: ADVERTISING ACCOUNTING      LINDSAY JONES

ATTACHMENTS: _____

CC: _____

<<< C O P P E R >>>

# REQUEST FOR CHECK PAYMENT



**DATE:** *Tuesday, November 04, 2008*

| ☐ MAIL CHECK TO VENDOR | ☐ RETURN CHECK TO: | | Bldg: | M/S: | Ext.: |
|---|---|---|---|---|---|

**PLEASE ISSUE CHECK IN THE AMOUNT OF:** $85,000.00

**PAYABLE TO:** CIRCUIT CITY SUPERSTORE

**VENDOR NO.:**                     134

**ADDRESS:** 9950 MAYLAND DR

RICHMOND          VA     23233

**ATTN:** DANNY CAGWIN

**PURPOSE:** *Claim Number:* 134-91845

**DATE CHECK REQUIRED BY:**

*IF REQUESTED CHECK COVERS AN INCOME PAYMENT REQUIRED TO BE REPORTED ON U.S. INFORMATION RETURN (FORM1099)PER HUGHES TAX GUIDE C-532, INCLUDE PAYEES:*

*SOCIAL SECURITY*
*OR*
*IDENIFICATION NO:* 134

*MARKETING DEVELOPMENT FUND* ▓▓▓ *CHARGED TO THE*

# Q308 NATIONAL AC▓▓▓S

*REGIONAL ACCRUAL*

| | APR-08 | ▓▓▓8 | JUN-08 |
|---|---|---|---|
| *1st YR AVDR:* | 0.63% | 0.68% | 0.62% |
| *EPS % Fee Pd:* | 1.86% | 1.65% | 1.34% |

| FINANCE REVIEW | DATE | DEPARTMENT APPROVAL | DATE | REQUESTOR'S SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | *X [signature]* | | *[signature]* 11/4/08 | |

| GL ACCOUNT | COST CENTER | INTERNAL ORDER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 622900 | 53829 | 600256 | MDF | $85,000.00 |
| | | | 2008 NFL Sunday Ticket Sponsorships | |

DTV CHKREQ 12/3/08 9:16 AM

Pat Doyle

should be applied against what they owe us.



08/25/2008

Douglas Eichler
DIRECTV INC
2230 E IMPERIAL HIGHWAY
EL SEGUNDO, 90245

Dear Douglas Eichler,

This is to confirm $85,000.00 committed by Eric King offered to Circuit City Stores Inc., effective 08/24/2008.
These funds are for Support for additional NFL SUNDAY TICKET funding through future programs..

Payment is due by 08/25/2008 and will be collected via a deduction from the vendor's A/P balance for chargeback #
91845.

All other terms and conditions remain the same.

Sincerely,

Gregory Depalma

cc: Eric King

*2008 NFL Sponsorships*

*134-91845*

*622900 | 53829 | 600254*

CIRCUIT CITY STORES,INC.
ADVERTISING ACCOUNTING
9954 MAYLAND DRIVE
DEEP RUN III
RICHMOND, VA 23233-1464


## ADVERTISING BILLING MEMORANDUM


TO: DIRECTV INC                                    DATE:  8/26/08
    2849 PACES FERRY ROAD                          DUE: ASAP
    SUITE 360
    ATLANTA, GA 30339

ATTN: STEPHEN BLACKBURN                            VB #: 91845
-------------------------------------------------------------------------


To bill you for:

| TRANS DATE | REC TYPE | ALLOW PCT | TRANS TYPE | CODE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|
| 8/26 | AA | | AA | C | 91845DV#1315 | 85,000.00 |
| | | | | | AMOUNT DUE: | 85,000.00 |


PREPARED BY: ADVERTISING ACCOUNTING     LINDSAY JONES

ATTACHMENTS: _____

CC: _____

<<< C O P P E R >>>

## REQUEST FOR CHECK PAYMENT



**DATE:**   *Tuesday, November 04, 2008*

| ☐ MAIL CHECK TO VENDOR | ☐ RETURN CHECK TO: | | *Bldg:* | *M/S:* | *Ext.:* |
|---|---|---|---|---|---|

**PLEASE ISSUE CHECK IN THE AMOUNT OF:**   $150,000.00     **DATE CHECK REQUIRED BY:**

**PAYABLE TO:** CIRCUIT CITY SUPERSTORE

**VENDOR NO.:**                                    134

**ADDRESS:** 9950 MAYLAND DR
RICHMOND                    VA     23233

**ATTN:** DANNY CAGWIN

*IF REQUESTED CHECK COVERS AN INCOME PAYMENT REQUIRED TO BE REPORTED ON U.S. INFORMATION RETURN (FORM1099)PER HUGHES TAX GUIDE C-532, INCLUDE PAYEES:*

**SOCIAL SECURITY**
**OR**
**IDENIFICATION NO:** 134

**PURPOSE:** *Claim Number:* 134-91055

### MARKETING DEVELOPMENT FUND TO BE CHARGED TO THE

# Q308 NATIONAL ACC

*REGIONAL ACCRUAL*

| | APR-08 | 08 | JUN-08 |
|---|---|---|---|
| *1st YR AVDR:* | 0.63% | 0.68% | 0.62% |
| *EPS % Fee Pd:* | 1.86% | 1.65% | 1.34% |

| FINANCE REVIEW | DATE | DEPARTMENT APPROVAL | DATE | REQUESTOR'S SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | *Heather Doyle* 11/4/08 | |

| GL ACCOUNT | COST CENTER | INTERNAL ORDER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 622900 | 53829 | 600256 | Q3 MDF 2008 HDX Training Event | $150,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DTV CHKREQ 12/3/98 9:16 AM

*Pat Doyle*



08/25/2008

Douglas Eichler
DIRECTV INC
2230 E IMPERIAL HIGHWAY
EL SEGUNDO, 90245

Dear Douglas Eichler,

This is to confirm $150,000.00 committed by Douglas Eichler offered to Circuit City Stores Inc., effective 08/11/2008.  These funds are for for DIRECTV participation in the 2008 HDX Training Event.

Payment is due by 08/25/2008 and will be collected via a deduction from the vendor's A/P balance for chargeback # 91055.

All other terms and conditions remain the same.

Sincerely,

Gregory Depalma

134-91055
~~125000~~/53829/600256
622900/

CIRCUIT CITY STORES,INC.
ADVERTISING ACCOUNTING
9954 MAYLAND DRIVE
DEEP RUN III
RICHMOND, VA 23233-1464


                    ADVERTISING BILLING MEMORANDUM


TO: DIRECTV INC                          DATE:  8/26/08
    2849 PACES FERRY ROAD                DUE: ASAP
    SUITE 360
    ATLANTA, GA 30339

ATTN: STEPHEN BLACKBURN                  VB #: 91055
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


To bill you for:

| TRANS DATE | REC TYPE | ALLOW PCT | TRANS TYPE | CODE | DESCRIPTION | AMOUNT |
|------------|----------|-----------|------------|------|-------------|--------|
| 8/26 | AA | | AA | C | 91055DV#1315 | 150,000.00 |

                                         AMOUNT DUE:        150,000.00


PREPARED BY: ADVERTISING ACCOUNTING    · LINDSAY JONES

ATTACHMENTS: _____

CC: _____

                  <<< C O P P E R >>>