William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
**WILLIAMS MULLEN**
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6489
Fax:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

Judy B. Calton (MI Bar #P38733)
Joseph R. Sgroi (MI Bar #P68666)
**HONIGMAN MILLER SCHWARTZ AND COHN LLP**
2290 First National Building
Detroit, Michigan 48226
Tel: (313) 465-7344
Fax: (313) 465-7345
jcalton@honigman.com
jsgroi@honigman.com

*Counsel for DIRECTV, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) ) ) | Chapter 11 |
| Debtors. | ) ) | Case No. 08-35653-KRH Jointly Administered |
| DIRECTV, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CIRCUIT CITY STORES, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER GRANTING MOTION OF DIRECTV, INC. FOR
## RELIEF FROM THE AUTOMATIC STAY TO EFFECT SETOFF

This matter having come on to be considered upon DIRECTV, Inc.'s ("DIRECTV") Motion for Relief From the Automatic Stay to Effect Setoff and Memorandum of Points and Authorities in Support Thereof (the "Motion") under 11 U.S.C. § 362 and 11 U.S.C. § 553; the Court having reviewed the Motion, any exhibits thereto, any objections, argument of counsel, testimony and exhibits offered into evidence, and the record in this case; notice having been given and no further notice or hearing being necessary; the Court being fully advised in the

premises; and capitalized terms not defined in this Order having the meanings given to them in

the Motion;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted.

2.      DIRECTV is granted relief from the automatic stay in the bankruptcy case of

Debtor Circuit City Stores, Inc. to effect the setoff of the Circuit City Claim in the amount of

$405,000 against the DIRECTV Claim in the amount of $488,075.


Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE


We ask for this:

/s/ *W. Alexander Burnett*

_____
William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
FAX:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

and

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (MI Bar #P38733)
Joseph R. Sgroi (MI Bar #P68666)
2290 First National Building
Detroit, MI 48226
Tel: (313) 465-7344
Fax: (313) 465-7345
DETROIT.3482373.2

## Certification Pursuant to Local Bankruptcy Rule 9022-1

The undersigned hereby certifies that the foregoing proposed order was served upon all necessary parties using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and sent by electronic mail or by U.S. Mail, first class, postage prepaid, to the Core Group service list and the 2002 List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.

*/s/ W. Alexander Burnett*
_____