Jesse N. Silverman (VA Bar No. 46456)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8127
Facsimile: (215) 864-9035

- and -

Thomas J. Leanse (Cal. Bar No. 084638)
Dustin P. Branch (Cal. Bar No. 174909)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | ) ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** | ) ) | **Case No. 0835653-KRH** |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of February, 2009, a true and accurate copy of the Objection of the Macerich Company, Cousins Properties Incorporated, Watt Management Company, RREEF Management Company, Fourscore Properties, Inc., KNP Investments, The Prudential Insurance Company of America, and Portland Investment Company of America to the Debtors' Motion For Orders Under Bankruptcy Code Sections 105, 363, And 365 (I) Approving Bidding And Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates And (III) Authorizing And Approving (A) Sale Of Certain Unexpired Nonresidential Real Property Leases Free And Clear Of All Interests, (B) Assumption

- 1 –

- 2 –

And Assignment Of Certain Unexpired Nonresidential Real Property Leases And (C) Lease Rejection Procedures [Docket No. 1946] was (i) electronically filed with the Clerk of the Court using the CM/ECF system, which shall cause notice of electronic filing to be served on all registered users of the ECF system that have filed notices of appearance in this case, and (ii) electronically mailed to all parties on the "Core Group Service List" and "Rule 2002 Service List."

      /s/  Jesse N. Silverman
          Jesse N. Silverman