# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH |
| | Jointly Administered |
| Debtors. | Judge Kevin R. Huennekens |

## CERTIFICATE OF SERVICE

        I, Gordon S. Woodward, herby certify that on February 11, 2009, I caused a true and correct copy of the Notice of Entry of Appearance of Commerce Technologies, Inc., Combined with Demand for Service of Papers, to be served upon the persons listed on the attached service list via first class mail, postage prepaid.

Dated: February 11, 2009        By:   /s/ Gordon S. Woodward
                                                          Gordon S. Woodward