## CIRCUIT CITY MASTER SERVICE LIST

Acxiom Corporation
C B Blackard III
301 E Dave Ward Dr
PO Box 2000
Conway, AR  72033-2000

Akin Gump Strauss Hauer & Feld LLP
Jonathan L Gold
1333 New Hampshire Ave NW
Washington, DC  20036

Akin Gump Strauss Hauer & Feld LLP
Mary A House
1333 New Hampshire Ave NW
Washington, DC  20036

Akin Gump Strauss Hauer & Feld LLP
Catherine E Creely
1333 New Hampshire Ave NW
Washington, DC  20036

Akin Gump Strauss Hauer & Feld LLP
Peter J Gurfein
2029 Century Park E Ste 2400
Los Angeles, CA  90067

Allen & Overy LLP
Ken Coleman
1221 Avenue of the Americas
New York, NY  10020

Andrew S Conway Esq
200 E Long Lake Rd Ste 300
Bloomfield Hills, MI  48304

Arent Fox LLP
Timothy F Brown Esq
1050 Connecticut Ave NW
Washington, DC  20036

Arent Fox LLP
Mary Joanne Dowd Esq
1050 Connecticut Ave NW
Washington, DC  20036

Arent Fox LLP
Christopher J Giaimo Esq
1050 Connecticut Ave NW
Washington, DC  20036

Arnall Golden Gregory LLP
Darryl S Laddin
171 17th St NW Ste 2100
Atlanta, GA  30363-1031

Arnall Golden Gregory LLP
Frank N White
171 17th St NW Ste 2100
Atlanta, GA  30363-1031

Arnold Gallagher Saydack Percell Roberts
& Potter PC
Bradley S Copeland
PO Box 1758
Eugene, OR  97440-1758

Attorney General of New Jersey
Anne Milgram
Richard J Hughes Justice Complex
PO Box 106 25 Market St
Trenton, NJ  08625-0119

Attorney General of the United States
Robert P McIntosh
Main Justice Building Rm 5111
10th St and Constitution Ave NW
Washington, DC  20530

Attorney General of the US
Richard F Stein
Main Justice Building Rm 5111
10th St and Constitution Ave NW
Washington, DC  20530

Attorney General of the US
Dana J Boente
Main Justice Building Rm 5111
10th St and Constitution Ave NW
Washington, DC  20530

Attorney General of the US
Robert K Coulter
Main Justice Building Rm 5111
10th St and Constitution Ave NW
Washington, DC  20530

Ball Janik LLP
Justin D Leonard
101 SW Main St Ste 1100
Portland, OR  97204

Ballard Spahr Andrews & Ingersoll LLP
Constantinos G Panagopoulos Esq
601 13th St NW
Ste 1000 South
Washington, DC  20005

Ballard Spahr Andrews & Ingersoll LLP
Charles W Chotvacs Esq
601 13th St NW
Ste 1000 South
Washington, DC  20005

Ballard Spahr Andrews & Ingersoll LLP
David L Pollack Esq
Mellon Bank Ctr 51st Fl
1735 Market St
Philadelphia, PA  19103

Ballard Spahr Andrews & Ingersoll LLP
Jeffrey Meyers Esq
Mellon Bank Ctr 51st Fl
1735 Market St
Philadelphia, PA  19103

Ballard Spahr Andrews & Ingersoll LLP
Jesse N Silverman Esq
Mellon Bank Ctr 51st Fl
1735 Market St
Philadelphia, PA  19103

Barnes & Thornburg LLP
Michael K McCrory Esq
11 S Meridian St
Indianapolis, IN  46204

Bartlett Hackett Feinberg PC
Frank F McGinn
155 Federal St 9th Fl
Boston, MA  02110

Bean Kinney & Korman PC
Mitchell B Weitzman Esq
2300 Wilson Blvd 7th Fl
Arlington, VA  22201

Bernstein Law Firm PC
Stacey Suncine
Kirk B Burkley
Ste 2200 Gulf Tower
Pittsburgh, PA  15219

Bewley Lassleben & Miller LLP
Ernie Zachary Park
13215 E Penn St Ste 510
Whittier, CA  90602-1797

Binder & Malter LLP
Michael W Malter Esq
2775 Park Ave
Santa Clara, CA  95050

Binder & Malter LLP
Julie H Rome Banks Esq
2775 Park Ave
Santa Clara, CA  95050

Blank Rome LLP
Regina Stango Kelbon Esq
One Logan Sq
130 N 18th St
Philadelphia, PA  19103

Blank Rome LLP
John Lucian Esq
One Logan Sq
130 N 18th St
Philadelphia, PA  19103

Blankingship & Keith PC
William H Casterline Jr Esq
4020 University Dr Ste 300
Fairfax, VA  22030

Blankingship & Keith PC
Jeremy B Root Esq
4020 University Dr Ste 300
Fairfax, VA  22030

Borges & Associates LLC
Wanda Borges Esq
575 Underhill Blvd Ste 118
Syosset, NY  11791

Bracewell & Giuliani LLP
William A Trey Wood III
711 Louisiana St Ste 2300
Houston, TX  77002

Brian T Hanlon
PO Box 3715
West Palm Beach, FL  33402

Bricker & Eckler LLP
Kenneth C Johnson
100 S Third St
Columbus, OH  43215

Bricker & Eckler LLP
Andria M Beckham
100 S Third St
Columbus, OH  43215

Broad and Cassel
Roy S Kobert Esq
390 N Orange Ave Ste 1100
PO Box 4961
Orlando, FL  32801

Bronwen Price
Gail B Price Esq
2600 Mission St Ste 206
San Marino, CA  91108

Broward County
Jeffrey J Newton
Government Center
115 S Andrews Ave
Ft Lauderdale, FL  33301

Brown Connery LLP
Donald K Ludman
6 N Broad St Ste 100
Woodbury, NJ  08096

Buchalter Nemer A Professional
Corporation
Craig C Chiang Esq
333 Market St 25th Fl
San Francisco, CA  94105-2126

Buchalter Nemer A Professional
Corporation
Shawn M Christianson Esq
333 Market St 25th Fl
San Francisco, CA  94105-2126

Canon USA Inc
Ruth Weinstein
1 Canon Plz
Lake Success, NY  11042

Cantor Arkema PC
David K Spiro Esq
PO Box 561
1111 E Main St 16th Fl
Richmond, VA  23218-0561

Cantor Arkema PC
Neil E McCullagh Esq
PO Box 561
1111 E Main St 16th Fl
Richmond, VA  23218-0561

Carlton Fields PA
John J Lamoureux Esq
4221 W Boy Scout Blvd 10th Fl
Tampa, FL  33607-5736

Carmody MacDonald PC
John E Hilton
120 S Central Ste 1800
Clayton, MO  63105

Carroll & Carroll PLLC
Scott P Carroll Esq
831 E Morehead St Ste 440
Charlotte, NC  28202

Carter Ledyard & Milburn LLP
Aaron R Cahn
2 Wall St
New York, NY  10005

Chatham County Tax Commissioner
Daniel T Powers
PO Box 8321
Savannah, GA  31412

Chiariello & Chiariello
Dominic L Chiariello
118 21 Queens Blvd
Forest Hills, NY  11375

Christian & Barton LLP
Augustus C Epps Jr Esq
909 E Main St Ste 1200
Richmond, VA  23219

Christian & Barton LLP
Michael D Mueller Esq
909 E Main St Ste 1200
Richmond, VA  23219

Christian & Barton LLP
Jennifer M McLemore Esq
909 E Main St Ste 1200
Richmond, VA  23219

Christian & Barton LLP
Noelle M James Esq
909 E Main St Ste 1200
Richmond, VA  23219

Ciardi Ciardi & Astin PC
Albert A Ciardi III Esq
One Commerce Sq Ste 1930
2005 Market St
Philadelphia, PA  19103

Ciardi Ciardi & Astin PC
Thomas D Bielli Esq
One Commerce Sq Ste 1930
2005 Market St
Philadelphia, PA  19103

City of Fort Worth Sr Assistant City
Attorney
Christopher B Mosley
1000 Throckmorton St
Fort Worth, TX  76102

Cole Schotz Meisel Forman & Leonard PA
G David Dean Esq
300 E Lombard St Ste 2000
Baltimore, MD  21202

Connolly Bove Lodge & Hutz LLP
Karen C Bifferato Esq
PO Box 2207
1007 N Orange St
Wilmington, DE  19899

Connolly Bove Lodge & Hutz LLP
Christina M Thompson Esq
PO Box 2207
1007 N Orange St
Wilmington, DE  19899

Connolly Bove Lodge & Hutz LLP
Min Park Esq
1875 Eye St NW 11th Fl
Washington, DC  20006

Cook Heyward Lee Hopper & Feehan PC
David D Hopper Esq
4551 Cox Rd Ste 210
PO Box 3059
Glen Allen, VA  23058-3059

Cooley Godward Kronish LLP
Gregg S Kleiner
101 California St 5th Fl
San Francisco, CA  94111-5800

Core Properties Inc
James Donaldson
831 E Morehead St Ste 445
Charlotte, NC  28202

County of Henrico Attorneys Office
Rhysa Griffith South Esq
PO Box 90775
Henrico, VA  23273-0775

Cox Castle & Nicholson LLP
Jess R Bressi Esq
19800 MacArthur Blvd Ste 500
Irvine, CA  92612

Culbert & Schmitt PLLC
Ann E Schmitt
30C Catoctin Cir SE
Leesburg, VA  20175

Developers Diversified Realty Corporation
Eric C Cotton Esq
PO Box 227042
3300 Enterprise Pkwy
Beachwood, OH  44122

Developers Diversified Realty Corporation
Eric C Cotton Esq
3300 Enterprise Pkwy
PO Box 228042
Beachwood, OH  44122

Dilworth Paxson LLP
Peter C Hughes Esq
1500 Market St Ste 3500E
Philadelphia, PA  19102

DLA Piper LLP
Anne Braucher Esq
500 Eighth St NW
Washington, DC  20004

DLA Piper LLP
Timothy W Brink Esq
203 N LaSalle St Ste 1900
Chicago, IL  60601

DLA Piper LLP
Nichola M Miller Esq
203 N LaSalle St Ste 1900
Chicago, IL  60601

DLA Piper LLP
Ann Marie Bredin Esq
203 N LaSalle St Ste 1900
Chicago, IL  60601

Donahue Gallagher Woods LLP
William R Hill
300 Lakeside Dr Ste 1900
Oakland, CA  94612

Donahue Gallagher Woods LLP
Eric A Handler
300 Lakeside Dr Ste 1900
Oakland, CA  94612

Donchess Notinger & Tamposi
Peter N Tamposi
547 Amherst St Ste 204
Nashua, NH  03063

Draper & Goldberg PLLC
Adam Hiller
1500 N French St 2nd Fl
Wilmington, DE  19801

Draper & Goldberg PLLC
James E Clarke
803 Sycolin Rd Ste 301
Leesburg, VA  20175

Draper & Goldberg PLLC
L Darren Goldberg
803 Sycolin Rd Ste 301
Leesburg, VA  20175

Duane Morris LLP
Denyse Sabagh
505 9th St NW Ste 1000
Washington, DC  20004-2166

Duane Morris LLP
Lauren Lonergan Taylor
30 S17th St
Philadelphia, PA  19103

Duane Morris LLP
Matthew E Hoffman
30 S17th St
Philadelphia, PA  19103

Duane Morris LLP
Rudolph J Di Massa Jr Esq
30 S 17th St
Philadelphia, PA  19103

Duane Morris LLP
Matthew E Hoffman Esq
30 S 17th St
Philadelphia, PA  19103

Duane Morris LLP
Lauren Lonergan Taylor Esq
30 S 17th St
Philadelphia, PA  19103

Duane Morris LLP
Matthew E Hoffman Esq
30 S 17th St
Philadelphia, PA  19103

Durrette Bradshaw PLC
Roy M Terry Jr Esq
600 E Main St 20th Fl
Richmond, VA  23219

Durrette Bradshaw PLC
John C Smith Esq
600 E Main St 20th Fl
Richmond, VA  23219

Durrette Bradshaw PLC
Elizabeth L Gunn Esq
600 E Main St 20th Fl
Richmond, VA  23219

Eaton Corporation
David J Persichetti
Eaton Center
Eaton Ctr 1111 Superior Ave
Cleveland, OH  44114-2584

Elliott Greenleaf
Rafael X Zahralddin Aravena
1000 W St Ste 1440
Wilmington, DE  19899

Elliott Greenleaf
Neil R Lapinski
1000 W St Ste 1440
Wilmington, DE  19899

Empire Blue Cross Blue Shield
Louis Benza Esq
15 Metro Tech Ctr 6th Fl
Brooklyn, NY  11201

Enterprise Asset Management Inc
Lee Sudakoff
521 Fifth Ave Ste 1804
New York, NY  10175

Envision Peripherals Inc
Gay Richey
Sr Credit Manager
47490 Seabridge Dr
Fremont, CA  94538

Ervin Cohen & Jessup LLP
Michael S Kogan
9401 Wilshire Blvd 9th Fl
Bevery Hills, CA  90212

Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
Paul J Pascuzzi
400 Capitol Mall Ste 1450
Sacramento, CA  95814

Finn Dixon & Herling LLP
Henry P Baer Jr Esq
177 Broad St
Stamford, CT  06901-2048

Ford Parshall & Baker
Jordan M Humphreys
3210 Bluff Creek
Columbia, MO  65201

Foster Pepper PLLC
Christopher M Alston
1111 Third Ave Ste 3400
Seattle, WA  98101

Four Star International Trade
Wendy M Mead PC
11 Pleasant St Ste 30
Worcester, MA  01609

Frank Gecker LLP
Joseph D Frank
325 N LaSalle St Ste 625
Chicago, IL  60654

Frank Gecker LLP
Jeremy C Kleinman
325 N LaSalle St Ste 625
Chicago, IL  60654

Franklin & Prokopik PC
Andrew L Cole
The B&O Bldg
Two N Charles St Ste 600
Baltimore, MD  21201

Friedlander Misler PLLC
Robert E Greenberg Esq
1101 Seventeenth St NW Ste 700
Washington, DC  20036-4704

Friedlander Misler PLLC
Thomas F Murphy Esq
1101 Seventeenth St NW Ste 700
Washington, DC  20036-4704

Friedman Dumas & Springwater LLP
Ellen A Friedman Esq
150 Spear St Ste 1600
San Francisco, CA  94105

Fullerton & Knowles PC
Richard I Hutson Esq
12644 Chapel Rd Ste 206
Clifton, VA  20124

Gary & Regenhardt PLLC
Linda D Regenhardt
8500 Leesburg Pike Ste 7000
Vienna, VA  22182-2409

Gay McCall Isaacks Gordon & Roberts PC
David McCall
777 E 15th St
Plano, TX  75074

Gibbons PC
Mark B Conlan Esq
One Gateway Ctr
Newark, NJ  07102-5310

Glass & Reynolds
David G Reynolds Esq
PO Box 1700
Corrales, NM  87048

Gleason Dunn Walsh & O Shea
Ronald G Dunn Esq
40 Beaver St
Albany, NY  12207

Goodwin & Goodwin LLP
Suzanne Jett Trowbridge
300 Summers St., Suite 1500
Charleston, WV  25301

Goulston & Storrs PC
Christine D Lynch Esq
Peter D Bilowz Esq
400 Atlantic Ave
Boston, MA  02110-3333

Greenberg Glusker Fields Claman &
Machtinger LLP
Jeffrey A Krieger Esq
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA  90067-4590

Greenberg Traurig LLP
Daniel J Ansell Esq
200 Park Ave
New York, NY  10166

Greenberg Traurig LLP
Heath B Kushnick Esq
200 Park Ave
New York, NY  10166

Greenberg Traurig LLP
Howard J Berman Esq
200 Park Ave
New York, NY  10166

Greer Herz & Adams LLP
Frederick Black
One Moody Plaza 18th Fl
Galveston, TX  77550

Greer Herz & Adams LLP
Tara B Annweiler
One Moody Plaza 18th Fl
Galveston, TX  77550

Gregory Kaplan PLC
Troy Savenko Esq
7 E 2nd St
PO Box 2470
Richmond, VA  23218-2470

Gregory Lee McCall
FCI Forrest City Low
PO Box 9000
Forrest City, AR  72336

Griffith McCague & Wallace PC
Judy Gawlowski
200 Allegheny Center Mall
Pittsburgh, PA  15212

Gust Rosenfeld PLC
Madeleine C Wanslee
201 E Washington St Ste 800
Phoenix, AZ  85004-2327

Hamburg Karic Edwards & Martin LLP
J Bennett Friedman Esq
1900 Avenue of the Stars, Suite 1800
Los Angeles, CA  90067

Hamilton Beach Brands Inc
Bill Ray
4421 Waterfront Dr
Glen Allen, VA  23060

Hangley Aronchick Segal & Pudlin
Ashely M Chan Esq
One Logan Sq 27th Fl
Philadelphia, PA  19103

Hatch Allen & Shepherd PA
Leslie D Maxwell Esq
PO Box 94750
Albuquerque, NM  87199-4750

Haynes and Boone LLP
Jason Binford
2323 Victory Ave Ste 700
Dallas, TX  75219

Hemar Rousso & Heald LLP
Wayne R Terry
15910 Ventura Blvd 12th Fl
Encino, CA  91436-2829

Herrick Feinstein LLP
Paul Rubin
Two Park Ave
New York, NY  10016

Hewitt & O Neil LLP
Lawrence J Hilton
19900 MacArthur Blvd., Suite 1050
Irvine, CA  92612

Hinckley Allen & Snyder LLP
Jennifer V Doran Esq
28 State St
Boston, MA  02109

Hirschler Fleischer PC
Michael P Falzone Esq
PO Box 500
Richmond, VA  23218-0500

Hirschler Fleischer PC
Sheila deLa Cruz Esq
PO Box 500
Richmond, VA  23218-0500

Hodgson Russ LLP
Garry M Graber Esq
The Guaranty Bldg
140 Pearl St Ste 100
Buffalo, NY  14202

Hofheimer Gartlir & Gross LLP
Scott R Kipnis Esq
530 Fifth Ave
New York, NY  10036

Hofheimer Gartlir & Gross LLP
Rachel N Greenberger Esq
530 Fifth Ave
New York, NY  10036

Hofheimer Gartlir & Gross LLP
Nicholas B Malito Esq
530 Fifth Ave
New York, NY  10036

Holland & Knight LLP
James H Rollins
One Atlantic Ctr
1201 W Peachtree St., Suite 2000
Atlanta, GA  30309-3400

Holland & Knight LLP
Richard E Lear
2099 Pennsylvania Ave NW, Suite 100
Washington, DC  20006

Honigman Miller Schwartz and Cohn LLP
Seth A Drucker Esq
2290 First National Bldg.
660 Woodward Ave., Suite 2290
Detroit, MI  48226

Honigman Miller Schwartz and Cohn LLP
Adam K Keith Esq
2290 First National Bldg.
660 Woodward Ave., Suite 2290
Detroit, MI  48226

Honigman Miller Schwartz and Cohn LLP
Joseph R Sgroi Esq
2290 First National Bldg.
660 Woodward Ave., Suite 2290
Detroit, MI  48226

Howard Rice Nemerovski Canady Falk &
Rabkin
Gary M Kaplan Esq
Three Embarcadero Ctr 7th Fl
San Francisco, CA  94111-4065

Hunton & Williams LLP
Benjamin C Ackerly
Riverfront Plz E Tower
951 E Byrd St
Richmond, VA  23219-4074

Hunton & Williams LLP
JR Smith
Riverfront Plz E Tower
951 E Byrd St
Richmond, VA  23219-4074

Hunton & Williams LLP
Henry Toby P Long III
Riverfront Plz E Tower
951 E Byrd St
Richmond, VA  23219-4074

Hunton & Williams LLP
J Eric Crupi
1900 K St NW
Washington, DC  20006

Hunton & Williams LLP
Michael S Held Esq
1445 Ross Ave Ste 3700
Dallas, TX  75202-2799

Hunton & Williams LLP
Robert S Westermann Esq
Riverfront Plz E Tower
951 E Byrd St
Richmond, VA  23219-4074

IBM Corporation
Vicky Namken
13800 Diplomat Dr
Dallas, TX  75234

J Scott Douglass
909 Fannin Ste 1800
Houston, TX  77010

Jaburg & Wilk PC
Valerie L Marciano Esq
3200 N Central Ave Ste 2000
Phoenix, AZ  85012

Jaburg & Wilk PC
Steven P Schubert
3200 N Central Ave Ste 2000
Phoenix, AZ  85012

Jackson & Campbell PC
David H Cox Esq
1120 20th St NW
S Tower
Washington, DC  20036

Jackson & Campbell PC
John J Matteo Esq
1120 20th St NW
S Tower
Washington, DC  20036

Jaspan Schlesinger LLP
Hale Yazicioglu Esq
300 Garden City Plz
Garden City, NY  11530

Jay T Blount
300 Industry Dr
RIDC Park W
Pittsburgh, PA  15275

Jeffer Mangels Butler & Marmaro LLP
David M Poitras PC
1900 Avenue of the Stars 7th Fl
Los Angeles, CA  90067

John Marshall Collins PC
John Marshall Collins Esq
50 W San Fernando St Ste 400
San Jose, CA  95113

Jones Day
Jeffrey B Ellman
1420 Peachtree St NE Ste 800
Atlanta, GA  30309-3053

Jones Day
Brett J Berlin
1420 Peachtree St NE Ste 800
Atlanta, GA  30309-3053

Jones Day
Sheila L Shadmand Esq
51 Louisiana Ave NW
Washington, DC  20001-2113

Jorden Burt LLP
Raul A Cuervo
1025 Thomas Jefferson St NW Ste 400 E
Washington, DC  20007

K&L Gates LLP
Amy Pritchard Williams
Hearst Tower 47th Fl
214 N Tryon St
Charlotte, NC  28202

K&L Gates LLP
Eric C Rusnak
1601 K St NW
Washington, DC  20006-1600

K&L Gates LLP
Marc Barreca
925 Fourth Ave Ste 2900
Seattle, WA  98104-1158

Katsky Korins LLP
Steven H Newman Esq
605 Third Ave 16th Fl
New York, NY  10158

Katten Muchin Rosenman LLP
c o Brian D Huben
2029 Century Park E Ste 2600
Los Angeles, CA  90067-3012

Katten Muchin Rosenman LLP
c o Thomas J Leanse
2029 Century Park E Ste 2600
Los Angeles, CA  90067-3012

Katten Muchin Rosenman LLP
c o Dustin P Branch
2029 Century Park E Ste 2600
Los Angeles, CA  90067-3012

Kaufman & Canoles
Paul K Campsen Esq
150 W Main St Ste 2100
Norfolk, VA  23510

Kelley Drye & Warren LLP
James S Carr Esq
101 Park Ave
New York, NY  10178

Kelley Drye & Warren LLP
Robert L LeHane Esq
101 Park Ave
New York, NY  10178

Kepley Broscious & Biggs PLC
William A Broscious Esq
2211 Pump Rd
Richmond, VA  23233

Khang & Khang LLP
Joon M Khang
1901 Avenue of the Stars 2nd Fl
Los Angeles, CA  90067

King & Spalding LLP
James A Pardo Jr
1180 Peachtree St
Atlanta, GA  30309

King & Spalding LLP
Thaddeus D Wilson
1180 Peachtree St
Atlanta, GA  30309

Kitchens Kelly Gaynes PC
Heather D Dawson Esq
11 Piedmont Ctr Ste 900
3495 Piedmont Rd NE
Atlanta, GA  30305

Klee Tuchin Bogdanoff & Stern LLP
Michael L Tuchin
1999 Avenue of the Stars 39th Fl
Los Angeles, CA  90067-6049

Klehr Harrison Harvey Branzburg & Ellers
LLP
Jeffrey Kurtzman Esq
260 S Broad St
Philadelphia, PA  19102

Krokidas & Bluestein LLP
Anthony J Cichello Esq
600 Atlantic Ave
Boston, MA  02210

Kupelian Ormond & Magy PC
Terrance A Hiller Jr Esq
25800 Northwestern Hwy Ste 950
Southfield, MI  48075

Kupelian Ormond & Magy PC
David M Blau Esq
25800 Northwestern Hwy Ste 950
Southfield, MI  48075

Kutak Rock LLP
Michael A Condyles Esq
1111 E Main St Ste 800
Richmond, VA  23219-3500

Kutak Rock LLP
Loc Pfeiffer Esq
1111 E Main St Ste 800
Richmond, VA  23219-3500

Kutak Rock LLP
Peter J Barrett Esq
1111 E Main St Ste 800
Richmond, VA  23219-3500

Landsberg Margulies LLP
Ian S Landsberg Esq
16030 Ventura Blvd Ste 470
Encino, CA  91436

Latham &  Watkins LLP
Josef S Athanas
Sears Tower Ste 5800
233 S Wacker Dr
Chicago, IL  60606

Laurin & Associates
Paul J Laurin Esq
280 S Beverly Dr Ste 304
Beverly Hills, CA  90212

Laurin & Associates
Stephen M Astor Esq
280 S Beverly Dr Ste 304
Beverly Hills, CA  90212

Law Office of Robert E Luna PC
Andrea Sheehan
4411 N Central Expressway
Dallas, TX  75205

Law Offices of Ronald K Brown Jr
Ronald K Brown Jr
901 Dove St Ste 120
Newport Beach, CA  92660

Lazer Aptheker Rosella & Yedid PC
Robin S Abramowitz
Melville Law Ctr
225 Old Country Rd
Melville, NY  11747-2712

Leach Travell Britt PC
Stephen E Leach Esq
8270 Greensboro Dr Ste 1050
McLean, VA  22102

Leach Travell Britt PC
D Marc Sarata Esq
8270 Greensboro Dr Ste 1050
McLean, VA  22102

LeClairRyan A Professional Corporation
Bruce H Matson
Riverfront Plz E Tower
951 E Byrd St
Richmond, VA  23218-2499

Lehnardt & Lehnhardt LLC
Detlef G Lehnardt
20 Westwoods Dr
Liberty, MO  64068-3519

Lehnardt & Lehnhardt LLC
Stephen K Lehnardt
20 Westwoods Dr
Liberty, MO  64068-3519

Leitess Leitess Friedberg & Fedder PC
Jeremy S Friedberg Esq
One Corporate Ctr
10451 Mill Run Cir Ste 1000
Owings Mills, MD  21117

Leitess Leitess Friedberg & Fedder PC
Gordon S Young Esq
One Corporate Ctr
10451 Mill Run Cir Ste 1000
Owings Mills, MD  21117

Levy Stopol & Camelo LLP
Larry Stopol Esq
1425 RexCorp Plz
Uniondale, NY  11556-1425

Lim Ruger & Kim LLP
Samuel S Oh Esq
1055 W Seventh St Ste 2800
Los Angeles, CA  90017

Linebarger Goggan Blair & Sampson LLP
David G Aelvoet
711 Navarro Ste 300
San Antonio, TX  78205

Linebarger Goggan Blair & Sampson LLP
Diane W Sanders
PO Box 17428
1949 S IH 35 78741
Austin, TX  78760

Linebarger Goggan Blair & Sampson LLP
Elizabeth Weller
2323 Bryan St Ste 1600
Dallas, TX  75201

Linebarger Goggan Blair & Sampson LLP
John P Dillman
PO Box 3064
Houston, TX  77253-3064

Linowes and Blocher LLP
Bradford F Englander Esq
7200 Wisconsin Ave Ste 800
Bethesda, MD  20814

Linowes and Blocher LLP
Brian M Nestor Esq
7200 Wisconsin Ave Ste 800
Bethesda, MD  20814

Lionel J Postic PC
Lionel J Postic Esq
125 Townpark Dr Ste 300
Kennesaw, GA  30144

Locke Lord Bissell & Liddell LLP
Elizabeth C Freeman
600 Travis St Ste 3400
Houston, TX  77002

Locke Lord Bissell & Liddell LLP
Thomas G Yoxall
2200 Ross Ave Ste 2200
Dallas, TX  75201

Locke Lord Bissell & Liddell LLP
Thomas A Connop
2200 Ross Ave Ste 2200
Dallas, TX  75201

Locke Lord Bissell & Liddell LLP
Melissa S Hayward
2200 Ross Ave Ste 2200
Dallas, TX  75201

Loudoun County Attorney
John R Roberts
One Harrison St SE
MSC No 06
Leesburg, VA  20175-3102

Loudoun County Attorney
Belkys Escobar
One Harrison St SE
MSC No 06
Leesburg, VA  20175-3102

Lowenstein Sandler PC
Vincent A D Agostino Esq
65 Livingston Ave
Roseland, NJ  07068

Macdermid Reynolds & Glissman PC
Michael S Stiebel
86 Farmington Ave
Hartford, CT  06105

Madison County Alabama Tax Collector
Lynda Hall
Madison County Courthouse
100 Northside Sq
Huntsville, AL  35801

Magee Foster Goldstein & Sayers PC
A Carter Magee Jr
PO Box 404
Roanoke, VA  24003

Magee Foster Goldstein & Sayers PC
W Joel Charboneau
PO Box 404
Roanoke, VA  24003

Magruder Cook Carmody & Koutsouftikis
Anne M Magruder Esq
1889 Preston White Dr Ste 200
Reston, VA  20191

Magruder Cook Carmody & Koutsouftikis
Leon Koutsouftikis Esq
1889 Preston White Dr Ste 200
Reston, VA  20191

McCarter & English LLP
Clement J Farley
Four Gateway Ctr
100 Mulberry St
Newark, NJ  07102-4096

McCarter & English LLP
Angela Sheffler Abreu
Four Gateway Ctr
100 Mulberry St
Newark, NJ  07102-4096

McCreary Veselka Bragg & Allen PC
Michael Reed
PO Box 1269
Round Rock, TX  78680

McDermott Will & Emery LLP
Geoffrey T Raicht Esq
340 Madison Ave
New York, NY  10173-1922

McDermott Will & Emery LLP
Karla L Palmer Esq
600 13th St NW
Washington, DC  20005-3096

McDonough Holland & Allen PC
Mary E Olden Esq
555 Capitol Mall Ste 950
Sacramento, CA  95814

McDonough Holland & Allen PC
Andre K Campbell Esq
555 Capitol Mall Ste 950
Sacramento, CA  95814

McDonough Holland & Allen PC
Sean Thomas Thompson Esq
555 Capitol Mall Ste 950
Sacramento, CA  95814

McDowell Rice Smith & Buchanan PC
Donald G Scott
605 W 47th St Ste 350
Kansas City, MO  64112-1905

McKay Burton & Thurman
Joel T Marker
170 S Main Ste 800
Salt Lake City, UT  84101

McKenna Long & Aldridge LLP
John G McJunkin Esq
1900 K St NW
Washington, DC  20006

McKenna Long & Alridge LLP
J David Folds
1900 K St NW
Washington, DC  20006

McSweeney Crump Childress & Temple PC
David R Ruby Esq
PO Box 1463
11 S 12th St
Richmond, VA  23219

Menter Rudin & Trivelpiece PC
Kevin M Newman Esq
308 Maltbie St Ste 200
Syracuse, NY  13204-1498

MercerTrigiani LLP
Philip C Baxa Esq
16 S Second St
Richmond, VA  23219

Mesch Clark & Rothschild PC
Brenda Moody Whinery Esq
259 N Meyer Ave
Tuscon, AZ  85701

Miami Dade County Attorneys Office
Erica S Zaron
2810 Stephen P Clark Ctr
111 NW First St
Miami, FL  33128-1993

Miami Dade County Paralegal Unity
Alberto Burnstein
140 W Flagler St Ste 1403
Miami, FL  33130-1575

Michael A Cardozo
Gabriela P Cacuci Esq
100 Church St Rm 5 223
New York, NY  10007

Michael J Sawyer
Quincy Ctr Plaza
PO Box 55888
1385 Hancock St
Quincy, MA  02169

Michelle Leeson CFCA
PO Box 25300
Bradenton, FL  34206-5300

Michelle Leeson CFCA
819 US 301 Blvd W
Bradenton, FL  34205

Miller & Martin PLLC
Nicholas W Whittenburg
Volunteer Building Ste 1000
832 Georgia Ave
Chattanooga, TN  37402-2289

Miller Canfield Paddock and Stone PLC
John L Senica
225 W Washington Ste 2600
Chicago, IL  60606

Missouri Attorney General Office
Chris Koster
PO Box 899
Jefferson City, MO  65102

Missouri Attorney General Office
Jeff Klusmeier
PO Box 899
Jefferson City, MO  65102

Missouri Department of Revenue
Attn Richard M Maseles
Bankruptcy Unit
PO Box 475
Jefferson City, MO  65105-0475

Mitsubishi Digital Electronics America Inc
Brian Atteberry
AV Division
9351 Jeronimo Rd
Irvine, CA  92656

Moldo Davidson Fraioli Seror &
Sestanovich LLP
Byron Z Moldo
2029 Century Park E 21st Fl
Los Angeles, CA  90067

Moldo Davidson Fraioli Seror &
Sestanovich LLP
Kenneth Miller Esq
2029 Century Park E 21st Fl
Los Angeles, CA  90067

Monarch Alternative Capital LP
Andrew Herenstein
535 Madison Ave
New York, NY  10022

Moore & Van Allen PLLC
David B Wheeler Esq
40 Calhoun St Ste 300
PO Box 22828
Charleston, SC  29413-2828

Morgan Lewis & Bockius LLP
Neil E Herman Esq
101 Park Ave
New York, NY  10178-0600

Morgan Lewis & Bockius LLP
Menachem O Zelmanovitz Esq
101 Park Ave
New York, NY  10178-0600

Morris Manning & Martin LLP
David W Cranshaw Esq
1600 Atlanta Financial Ctr
3343 Peachtree Rd NE
Atlanta, GA  30326

Morrison Cohen LLP
Michael R Dal Lago Esq
909 Third Ave
New York, NY  10022

Mullins Riley & Scarborough LLP
Betsy Johnson Burn
PO Box 11070
Columbia, SC  29201

Munsch Hardt Kopf & Harr PC
Davor Rukavina Esq
500 N Akard St Ste 3800
Dallas, TX  75201

Nelson Mullins Riley & Scarborough LLP
Terri L Gardner
4140 Parklake Ave
Raleigh, NC  27612

Nelson Mullins Riley & Scarborough LLP
Anitra Goodman Royster
4140 Parklake Ave
Raleigh, NC  27612

Neuberger Quinn Gielen Rubin & Gibber
PA
Deborah H Devan Esq
One South St 27th Fl
Baltimore, MD  21202-3282

Nicholls & Crampton PA
Kevin L Sink
PO Box 18237
Raleigh, NC  27619

Nixon Peabody LLP
Dennis J Drebsky
437 Madison Ave
New York, NY  10022

Nixon Peabody LLP
Christopher M Desiderio
437 Madison Ave
New York, NY  10022

Noland Hamerly Etienne & Hoss PC
Anne Secker Esq
333 Salinas St
PO Box 2510
Salinas, CA  93902-2510

Noland Hamerly Etienne & Hoss PC
Lisa K Omori
333 Salinas St
PO Box 2510
Salinas, CA  93902-2510

O Melveny & Myers LLP
Michael J Sage Esq
Times Square Tower
7 Times Square
New York, NY  10036

O Melveny & Myers LLP
Karyn B Zeldman Esq
Times Square Tower
7 Times Square
New York, NY  10036

Office of Joe G Tedder CFC
Bonnie Holly
Deliquency and Enforcement
PO Box 2016
Bartow, FL  33831-2016

Office of the Attorney General
Denise Mondell
PO Box 120
55 Elm St 4th Fl
Hartford, CT  06141-0120

Office of Unemployment Compensation
Tax Services
Timothy A Bortz
Dept of Labor and Industry Reading
Bankruptcy & Compliance Unit
625 Cherry St Rm 203

Oklahoma County Treasurer
Tammy Jones Pro Se
320 Robert S Kerr Rm 307
Oklahoma City, OK  73102

Olshan Grundman Frome Rosenzweig &
Wolosky LLP
Michael S Fox Esq
Park Avenue Tower
65 E 55th St
New York, NY  10022

Olshan Grundman Frome Rosenzweig &
Wolosky LLP
Frederick J Levy Esq
Park Avenue Tower
65 E 55th St
New York, NY  10022

Oppenheimer Blend Harrison & Tate Inc
Raymond W Battaglia
711 Navarro 6th Fl
San Antonio, TX  78205

Ornelas Castillo & Ornelas PLLC
Sylvia M Ornelas
401 E Hillside Rd 2nd Fl
Laredo, TX  78041

Ornelas Castillo & Ornelas PLLC
Mario A Castillo Jr
401 E Hillside Rd 2nd Fl
Laredo, TX  78041

Orrick Herrington & Sutcliffe LLP
Scott A Stengel Esq
Columbia Ctr
1152 15th St NW
Washington, DC  20005-1706

Orrick Herrington & Sutcliffe LLP
Jonathan P Guy Esq
Columbia Ctr
1152 15th St NW
Washington, DC  20005-1706

Osler Hoskin & Hardcourt LLP
Jeremy Dacks
100 King St W 1 First Canadian Pl
Ste 6100 PO Box 50
Toronto, ON  M5X 1B8

Osler Hoskin & Hardcourt LLP
Marc S Wasserman
100 King St W 1 First Canadian Pl
Ste 6100 PO Box 50
Toronto, ON  M5X 1B8

Palmer Law Firm Inc
R Chase Palmer
PO Box Drawer M
Marshall, TX  75671

Panattoni Law Firm
Fredric Albert
34 Tesla Ste 100
Irvine, CA  92618

Pasadena Independent School District
Dexter D Joyner
4701 Preston Ave
Pasadena, TX  77505

Patton Boggs LLP
R Timothy Bryan
8484 Westpark Dr 9th Fl
McLean, VA  22102

Patton Boggs LLP
Alan M Noskow
8484 Westpark Dr 9th Fl
McLean, VA  22102

Pennsylvania Dept of Revenue
Robert C Edmundson
5th Fl Manor Complex
564 Forbes Ave
Pittsburgh, PA  15219

Pension Benefit Guaranty Corporation
Sara B Eagle Esq
Office of the Chief Counsel
1200 K St NW
Washington, DC  20005-4026

Pentiuk Couvreur & Kobiljak PC
Kurt M Kobiljak
Edelson Building Ste 200
Wyandotte, MI  48192

Perdue Brandon Fielder Collins & Mott
LLP
Elizabeth Banda
PO Box 13430
Arlington, TX  76094-0430

Perdue Brandon Fielder Collins & Mott
LLP
Yolanda Humphrey
PO Box 13430
Arlington, TX  76094-0430

Phillips Goldman & Spence PA
Stephen W Spence Esq
1200 N Broom St
Wilmington, DE  19806

Phillips Goldman & Spence PA
Scott L Adkins Esq
1200 N Broom St
Wilmington, DE  19806

Pima County Attorney Civil Division
German Yusufov
32 N Stone Ste 2100
Tucson, AZ  85701

Pima County Attorney Civil Division
Terri A Roberts
32 N Stone Ste 2100
Tucson, AZ  85701

Polsinelli Shalton Flanigan Suelthaus PC
James E Bird
700 W 47th St Ste 1000
Kansas City, MO  64112

Polsinelli Shalton Flanigan Suelthaus PC
Amy E Hatch
700 W 47th St Ste 1000
Kansas City, MO  64112

Polsinelli Shalton Flanigan Suelthaus PC
Michael F Ruggio
1152 15th St NW Ste 800
Washington, DC  20005

Posternak Blankstein & Lund LLP
Robert Somma Esq
Prudential Tower
800 Boylston St
Boston, MA  02199

Posternak Blankstein & Lund LLP
Laura A Otenti Esq
Prudential Tower
800 Boylston St
Boston, MA  02199

Powell Goldstein LLP
William C Crenshaw Esq
901 New York Avenue NW Third Fl
Washington, DC  20001

Poyner Spruill LLP
Shannon E Hoff Esq
301 S College St Ste 2300
Charlotte, NC  28202

PriceGrabber com Inc
Katerina Canyon
5150 Goldleaf Circle 2nd Fl
Los Angeles, CA  90056

Procopio Cory Hargreaves & Savitch LLP
Gerald P Kennedy
530 B St Ste 2100
San Diego, CA  92101

Quarles & Brady LLP
Brian Sirower Esq
Renaissance One
Two N Central Ave
Phoenix, AZ  85004-2391

Quarles & Brady LLP
Lori L Winkelman Esq
Renaissance One
Two N Central Ave
Phoenix, AZ  85004-2391

Quarles & Brady LLP
Catherine M Guastello Esq
Renaissance One
Two N Central Ave
Phoenix, AZ  85004-2391

Quarles & Brady LLP
Catherine M Guastello Esq
Two N Central Ave
Phoenix, AZ  85004

Quarles & Brady LLP
Faye B Feinstein Esq
500 W Madison Ste 3700
Chicago, IL  60661

Quarles & Brady LLP
Christopher Combest Esq
500 W Madison St Ste 3700
Chicago, IL  60661

Querrey & Harrow Ltd
John M Brom
175 W Jackson Blvd
Ste 1600
Chicago, IL  60604-2827

Ravich Meyer Kirkman McGrath Nauman
& Tansey PA
Michael F McGrath Esq
4545 IDS Ctr
80 S Eighth St
Minneapolis, MN  55402

Receivable Management Services
Phyllis A Hayes
PO Box 5126
Timonium, MD  21094

Recovery Management Systems Corp
Ramesh Singh
GE Money Bank
25 SE 2nd Ave Ste 1120
Miami, FL  33131-1605

Reed Smith LLP
Kurt F Gwynne Esq
1201 N Market St Ste 1500
Wilmington, DE  19801

Reed Smith LLP
Kathleen A Murphy Esq
1201 N Market St Ste 1500
Wilmington, DE  19801

Reed Smith LLP
Travis A Sabalewski Esq
901 E Byrd St Ste 1700
Richmond, VA  23219

Regency Centers
Catherine L Strauss
Regency Corporate Counsel
8044 Montgomery Rd Ste 520
Cincinnati, OH  45236

Riemer & Braunstein LLP
David S Berman
Three Ctr Plz 6th Fl
Boston, MA  02108

Righetti Law Firm PC
Matthew Righetti
456 Montgomery St Ste 1400
San Francisco, CA  94104

Robinson & Cole
Peter E Strniste
Patrick M Birney
280 Trumbull St
Hartford, CT  06103

Robinson Brog Leinwand Greene Genovese
& Gluck PC
Fred B Ringel Esq
1345 Avenue of the Americas
New York, NY  10105

Robinson Diamant & Wolkowitz
Douglas D Kappler Esq
1888 Century Park E Ste 1500
Los Angeles, CA  90067

Romero Law Firm
Martha E Romero
BMR Professional Building
6516 Bright Ave
Whittier, CA  90601

Ronald M Tucker Esq
225 W Washington St
Indianapolis, IN  46204

Ross Banks May Cron & Cavin PC
c o James V Lombardi III
2 Riverway Ste 700
Houston, TX  77056

Roussos Lassiter Glanzer & Marcus PLC
Lawrence H Glanzer Esq
580 E Main St Ste 300
Norfolk, VA  23510

Saiber LLC
Nancy A Washington Esq
One Gateway Ctr 13th Fl
Newark, NJ  07102

Sands Anderson Marks & Miller PC
C Thomas Ebel Esq
801 E Main St Ste 1800
PO Box 1998
Richmond, VA  23218-1998

Sands Anderson Marks & Miller PC
William A Gray Esq
801 E Main St Ste 1800
PO Box 1998
Richmond, VA  23218-1998

Sands Anderson Marks & Miller PC
Peter M Pearl Esq
801 E Main St Ste 1800
PO Box 1998
Richmond, VA  23218-1998

Sands Anderson Marks & Miller PC
Lisa Taylor Hudson Esq
801 E Main St Ste 1800
PO Box 1998
Richmond, VA  23218-1998

Satterlee Stephens Burke & Burke LLP
Christopher R Belmonte Esq
230 Park Ave
New York, NY  10169

Satterlee Stephens Burke & Burke LLP
Pamela A Bosswick Esq
230 Park Ave
New York, NY  10169

Satterlee Stephens Burke & Burke LLP
Abigail Snow Esq
230 Park Ave
New York, NY  10169

Saul Ewing LLP
Edith K Altice Esq
Lockwood Pl
500 E Pratt St Ste 900
Baltimore, MD  21202-3171

Saul Ewing LLP
Jeremy W Ryan Esq
PO Box 1266
222 Delaware Ave
Wilmington, DE  19801

Schenk Annes Brookman & Tepper Ltd
Robert D Tepper Esq
311 S Wacker Dr Ste 5125
Chicago, IL  60606-6657

Schreeder Wheeler & Flint LLP
Lawrence S Burnat Esq
1100 Peachtree St NE
Ste 800
Atlanta, GA  30309

Schreeder Wheeler & Flint LLP
J Carole Thompson Hord Esq
1100 Peachtree St NE
Ste 800
Atlanta, GA  30309

Schulte Roth & Zabel LLP
Michael L Cook
919 Third Ave
New York, NY  10022

Schulte Roth & Zabel LLP
David M Hillman
919 Third Ave
New York, NY  10022

Schulte Roth & Zabel LLP
Meghan M Breen
919 Third Ave
New York, NY  10022

Seyfarth Shaw LLP
Jessica Hughes Esq
975 F St NW
Washington, DC  20004

Seyfarth Shaw LLP
Rhett Petcher Esq
975 F St NW
Washington, DC  20004

Seyfarth Shaw LLP
Alexander Jackins
975 F St NW
Washington, DC  20004

Seyfarth Shaw LLP
Robert W Dremluk Esq
620 Eighth Ave
New York, NY  10018

Seyfarth Shaw LLP
William J Factor Esq
131 S Dearborn St Ste 2400
Chicago, IL  60603

Seyfarth Shaw LLP
David C Christian II
131 S Dearborn St Ste 2400
Chicago, IL  60603

Sheppard Mullin Richter & Hampton LLC
Blanka Wolfe
30 Rockefeller Plaza Ste 2400
New York, NY  10112

Sheppard Mullin Richter & Hampton LLC
Margaret Mann
30 Rockefeller Plaza Ste 2400
New York, NY  10112

Shulman Rogers Gandal Pordy & Ecker PA
Stephen A Metz Esq
11921 Rockville Pike Ste 300
Rockville, MD  20852-2743

Shulman Rogers Gandal Pordy & Ecker PA
Courtney R Sydnor Esq
11921 Rockville Pike Ste 300
Rockville, MD  20852-2743

Shulman Rogers Gandal Pordy & Ecker PA
Gregory D Grant Esq
11921 Rockville Pike Ste 300
Rockville, MD  20852-2743

Shutts & Bowen LLP
Andrew M Brumby
300 S Orange Ave Ste 1000
Orlando, FL  32801

Shutts & Bowen LLP
Andrew M Brumby
PO Box 4956
Orlando, FL  32802-4956

Siegfried Bingham Levy Selzer & Gee
Gary V Fulghum
2800 Commerce Tower 911 Main
Kansas City, MO  64105

Siller Wilk LP
Eric J Snyder
675 Third Ave
New York, NY  10017-5704

Smith Gambrell & Russell LLP
Brian P Hall Esq
Ste 3100 Promenade II
1230 Peachtree St NE
Atlanta, GA  30309

Smith Moore Leatherwood LLP
F Marion Hughes
300 E McBee Ave Ste 500
PO Box 87
Greenville, SC  29602-0087

Sonnenschein Nath & Rosenthal LLP
Sara L Chenetz Esq
601 S Figueroa St Ste 2500
Los Angeles, CA  90017-5704

Sony Electronics Inc
Lloyd B Sarakin
1 Sony Dr MD No 1E 4
Park Ridge, NJ  07656

Southwinds Ltd
Paul Resnick
5900 Wilshire Blvd Ste 2600
Los Angeles, CA  90036

State of Michigan Department of Treasury
Michael A Cox
Cadillac Place Ste 10 200
3030 W Grand Blvd
Detroit, MI  48202

State of Michigan Department of Treasury
Victoria A Reardon
Cadillac Place Ste 10 200
3030 W Grand Blvd
Detroit, MI  48202

Stein & Lubin LLP
Eugene Chang
TKG Coffee Tree LP
600 Montgomery St 14th Fl
San Francisco, CA  94111

Stempel Bennett Claman & Hochberg PC
Edmond P O Brien Esq
675 Third Ave 31st Fl
New York, NY  10017

Stevens & Lee PC
Steven J Adams Esq
111 N 6th St
Reading, PA  19603

Stinson Morrison Hecker LLP
Jaime S Dibble
1150 18th St NW Ste 800
Washington, DC  20036-3816

Stites & Harbison PLLC
Ron C Bingham II
303 Peachtree St NE
2800 SunTrust Plz
Atlanta, GA  30308

Stromberg & Associates PC
Mark Stromberg
Two Lincoln Ctr
5420 LBJ Fwy Ste 300
Dallas, TX  75240

Stutman Treister & Glatt PC
Eric D Goldberg
1901 Avenue of the Stars 12th Fl
Los Angeles, CA  90067

Taft Stettinius & Hollister LLP
Jeffrey J Graham
One Indiana Sq Ste 3500
Indianapolis, IN  46204

Taxing Authority Consulting Services PC
Mark K Ames
PO Box 771476
Richmond, VA  23255

Taxing Authority Consulting Services PC
Jeffrey Scharf
PO Box 771476
Richmond, VA  23255

Tennessee Department of Revenue
TN Attorney Generals Office
Bankruptcy Division
PO Box 20207
Nashville, TN  37202-0207

The Arapahoe County Treasurer
George Rosenberg Esq
5334 S Prince St
Littleton, CO  80166

The Cafaro Company
Richard T Davis
PO Box 2186
2445 Belmont Ave
Youngstown, OH  44504-0186

The Law Offices of David A Greer PLC
David A Greer Esq
500 E Main St Ste 1225
Norfolk, VA  23510

The Meiburger Law Firm PC
Janet M Meiburger Esq
1493 Chain Bridge Rd Ste 201
McLean, VA  22101

Thomas G King
PO Box 4010
One Moorsbridge Road
Kalamazoo, MI  49003-4010

Thomas W Daniels
1265 Scottsville Rd
Rochester, NY  14624

Thompson McMullan PC
Robert A Dybing
100 Shockoe Slip
Richmond, VA  23219

Thompson McMullan PC
Robert R Musick
100 Shockoe Slip
Richmond, VA  23219

Torys LLP
William F Gray Jr Esq
237 Park Ave
New York, NY  10017

Torys LLP
Timothy B Martin Esq
237 Park Ave
New York, NY  10017

Travelers
Mike Lynch
Account Resolution
One Tower Sq 5MN
Hartford, CT  06183

Trout Jones Gledhill Fuhrman PA
Kimbell D Gourley
225 N 9th St Ste 820 PO Box 1097
Boise, ID  83701

Troutman Sanders LLP
Bradfute W Davenport Jr
Bank of America Plz Ste 5200
600 Peachtree St NE
Atlanta, GA  30308-2216

Troutman Sanders LLP
Vivieon E Kelley
Bank of America Plz Ste 5200
600 Peachtree St NE
Atlanta, GA  30308-2216

Troutman Sanders LLP
Hollace Topol Cohen
405 Lexington Ave
New York, NY  10174

Troutman Sanders LLP
Vivieon E Kelley
405 Lexington Ave
New York, NY  10174

UrbanCal Oakland II LLC
c o Urban Retail Properties LLC
900 N Michigan Ave Ste 900
Chicago, IL  60611

US Securities and Exchange Commission
Susan R Sherrill Beard
Atlanta Regional Office
Ste 1000 3475 Lenox Rd NE
Atlanta, GA  30326-1232

Venable LLP
Lawrence A Katz
8010 Towers Crescent Dr Ste 300
Vienna, VA  22182-2707

Venable LLP
Kristen E Burgers
8010 Towers Crescent Dr Ste 300
Vienna, VA  22182-2707

Vinson & Elkins LLP
David E Hawkins
The Willard Office Bldg
1455 Pennsylvania Ave NW
Washington, DC  20004-1008

Vinson & Elkins LLP
William L Wallander
2001 Ross Ave Ste 3700
Dallas, TX  75201-2975

Vinson & Elkins LLP
Angela B Degeyter
2001 Ross Ave Ste 3700
Dallas, TX  75201-2975

Vonage Holdings Inc
Angelique Electra
23 Main St
Holmdel, NJ  07733

Vorys Sater Seymour and Pease LLP
Malcolm M Mitchell Jr
277 S Washington St Ste 310
Alexandria, VA  22314

Vorys Sater Seymour and Pease LLP
Suparna Banerjee
277 S Washington St Ste 310
Alexandria, VA  22314

Vorys Sater Seymour and Pease LLP
Kara D Lehman
277 S Washington St Ste 310
Alexandria, VA  22314

Vorys Sater Seymour and Pease LLP
Tiffany Strelow Cobb Esq
52 E Gay St
Columbus, OH  43215

Wagner Choi & Verbrugge
James A Wagner Esq
745 Fort St Ste 1900
Honolulu, HI  96813

Walter Wilhelm Law Group
Michael L Wilhelm Esq
7110 N Fresno St Ste 400
Fresno, CA  93720

Weil Gotshal & Manges LLP
Gary T Holtzer Esq
767 Fifth Ave
New York, NY  10153

Weil Gotshal & Manges LLP
Joseph W Gelb Esq
767 Fifth Ave
New York, NY  10153

Weiland Golden Smiley Wang Ekvall &
Strok LLP
Lei Lei Wang Ekvall Esq
650 Town Ctr Dr Ste 950
Costa Mesa, CA  92626

Weingarten Realty Investors
Jenny J Hyun Esq
2600 Citadel Plz Dr
Houston, TX  77008

Weiss Serota Helfman Pastoriza Cole &
Boniske PL
Douglas R Gonzales
200 E Broward Blvd St 1900
Ft Lauderdale, FL  33301

Weltman Weinberg & Reis Co LPA
Scott D Fink
323 W Lakeside Ave Ste 200
Cleveland, OH  44113-1099

Weycer Kaplan Pulaski & Zuber PC
Edward L Rothberg
11 E Greenway Plz Ste 1400
Houston, TX  77046

Weycer Kaplan Pulaski & Zuber PC
Jessica L Hickford
11 E Greenway Plz Ste 1400
Houston, TX  77046

Whiteford Taylor Preston LLP
Kevin G Hroblak Esq
7 Saint Paul St
Baltimore, MD  21202

Wiley Rein LLP
H Jason Gold Esq
7925 Jones Branch Dr Ste 6200
McLean, VA  22102

Wiley Rein LLP
Dylan G Trache Esq
7925 Jones Branch Dr Ste 6200
McLean, VA  22102

Wiley Rein LLP
Rebecca L Saitta Esq
7925 Jones Branch Dr Ste 6200
McLean, VA  22102

Williams Mullen
William H Schwarzschild III
Two James Ctr 16th Fl
1021 E Cary St PO Box 1320
Richmond, VA  23218-1320

Williams Mullen
W Alexander Burnett
Two James Ctr 16th Fl
1021 E Cary St PO Box 1320
Richmond, VA  23218-1320

Winthrop & Weinstine PA
Christopher A Camardello
225 S Sixth St Ste 3500
Minneapolis, MN  55402

Wise DelCotto PLLC
Laura Day DelCotto Esq
200 N Upper St
Lexington, KY  40507

Wise DelCotto PLLC
Allison Fridy Arbuckle Esq
200 N Upper St
Lexington, KY  40507

Wolff & Samson PC
Karen L Gilman Esq
One Boland Dr
West Orange, NJ  07052

Wolff Hill McFarlin & Herron PA
David R McFarlin Esq
1851 W Colonial Dr
Orlando, FL  32804

Womble Carlyle Sandridge & Rice PLLC
Jeffrey L Tarkenton
1401 Eye St NW 7th Fl
Ste 700
Washington, DC  20005

Womble Carlyle Sandridge & Rice PLLC
Todd D Ross
1401 Eye St NW 7th Fl
Ste 700
Washington, DC  20005

Womble Carlyle Sandridge & Rice PLLC
Michael Busenkell
222 Delaware Ave Ste 1501
Wilmington, DE  19801

Wyatt Tarrant & Combs LLP
John P Brice
250 W Main St Ste 1600
Lexington, KY  40507-1746

Young Goldman & Van Beek PC
Neil P Goldman Esq
510 King St Ste 416
Alexandria, VA  22313

Young Goldman & Van Beek PC
John P Van Beek Esq
510 King St Ste 416
Alexandria, VA  22313