**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |
| SATCHIDANANDA MIMS, Movant, v. CIRCUIT CITY STORES, INC. | Contested Matter No._____ |
| Respondent. | |

**ORDER DENYING
THE MOTION OF SATCHIDANANDA MIMS
FOR LEAVE TO ATTEND HEARING BY TELEPHONE**

This matter came before the Court on the Motion of Satchidananda Mims (the "Movant") for Leave to Attend Hearing by Telephone (the "Motion") in the above-captioned bankruptcy case on February 13, 2009. It appearing to the Court that the Movant has not demonstrated good cause to attend the hearing telephonically,

It is hereby ORDERED that the Motion is DENIED.

ENTERED: _____

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE