# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

----------------------------------------------------------x
)
In re:                                                              )          Chapter 11
)
CIRCUIT CITY STORES, INC., *et al.*,             )          Case No. 08-35653-KRH
)
          Debtors.                                      )          Jointly Administered
)          Judge Kevin R. Huennekens
----------------------------------------------------------x

### ORDER GRANTING MOTION FOR ADMISSIONS *PRO HAC VICE*

Upon the motion of Malcolm M. Mitchell, Jr. for the admission of Tiffany Strelow Cobb, Esquire to appear *pro hac vice* as counsel for AOL LLC and Platform-A Inc. in the above-captioned jointly administered Chapter 11 adversary proceeding and all other matters arising from or related to the above-captioned jointly administered Chapter 11 proceedings ("Motion"). It appearing to the Court after due deliberation and sufficient cause appearing for the granting of the Motion; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that Tiffany Strelow Cobb is admitted as counsel for AOL LLC and Platform-A Inc. in the above-captioned jointly administered Chapter 11 adversary proceeding

Malcolm M. Mitchell, Jr., VSB No.: 18098
Vorys, Sater, Seymour and Pease LLP
277 South Washington Street, Suite 310
Alexandria, Virginia 22314
(703) 837-6970 – direct telephone
(703) 518-2754 – direct fax
mmmitchell@vssp.com
Counsel for Vorys, Sater, Seymour and Pease LLP

and other matters arising from or related to the above-captioned jointly administered Chapter 11 proceedings.

ENTERED:    __/__/2009

_____
Judge

I ASK FOR THIS:

/s/Malcolm M. Mitchell, Jr.
Malcolm M. Mitchell, Jr., VSB No.: 18098
Vorys, Sater, Seymour and Pease, LLP
277 South Washington Street, Suite 310
Alexandria, Virginia 22314
(703) 837-6970 – direct telephone
(703) 518-2754 – direct fax
Counsel for Vorys, Sater, Seymour and Pease, LLP

## CERTIFICATION PURSUANT TO LOCAL RULE 9022-1

I hereby certify that on this 11th day of February, 2009, the foregoing Order Granting Motion for Admission *Pro Hac Vice* was sent via first class mail, postage prepaid, to:

Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Robert B. VanArsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

                                                    /s/Malcolm M. Mitchell, Jr.
                                                  Malcolm M. Mitchell, Jr.

02/11/2009  Columbus 10570233