Neil D. Goldman, Esq. (VSB No. 18352)
John P. Van Beek, Esq. (VSB No. 30897)
Libeau J. Berthelot, III, Esq. (VSB 72730)
Young, Goldman & Van Beek, P.C.
510 King St., Suite 416
Alexandria, Virginia 22313
(703) 684-3260
(703) 548-4742 (facsimile)
ngoldman@ygvb.com
jvanbeek@ygvb.com
bberthelot@ygvb.com

Counsel for TSA Stores, Inc.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-35653 |
| | ) | Jointly Administered |
| Circuit City Stores Inc., et al., | ) | Chapter 11 |
| | ) | Hon. Kevin R. Huennekens |
| Debtors. | ) | |
| _____ | ) | |

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF PETER A. CAL**

THIS MATTER having come before the Court upon the Motion for Admission *Pro Hac Vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) of a partner with the law firm of Young, Goldman & Van Beek, for the admission *pro hac vice* of Peter A. Cal.

Upon consideration of the Motion for Admission *Pro Hac Vice* of Peter A. Cal, filed by Neil D. Goldman, a member of the bar of this Court and it appearing that the Motion having been served upon counsel for Circuit City Stores Inc., *et al.* (collectively, the "Debtors"), and the Office of the United States Trustee for the Eastern District of Virginia; and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED, AND DECREED:** pursuant to Local Bankruptcy Rule 2090-1(E)(2), that Peter A. Cal is hereby permitted to appear and be heard *pro hac vice* as

counsel for TSA Stores, Inc., in the above captioned proceedings.

Dated: February _____, 2009

_____
Hon. Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/ John P. Van Beek
_____

John P. Van Beek, Esq. (VSB No. 30897)
Neil D. Goldman, Esq. (VSB No. 18352)
Libeau J. Berthelot, III, Esq. (VSB 72730)
Young, Goldman & Van Beek, P.C.
510 King St., Suite 416
Alexandria, Virginia 22313
(703) 684-3260
ngoldman@ygvb.com
jvanbeek@ygvb.com

Counsel for TSA Stores, Inc.

**Local Rule 9022-1(C) Certification**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

_____
/s/ John P. Van Beek