James M. Lewis, Esquire, VA Bar No. 14118
Holland & Knight LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
(703) 720-8638
Attorney for Plaza Las Americas, Inc.

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

### JOINDER OF PLAZA LAS AMERICAS, INC. TO DEVELOPERS DIVERSIFIED REALTY CORPORATION, ET AL'S STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Plaza Las Americas, Inc. ("Appellant") (Docket No. 1971), by counsel and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby joins in the Developers Diversified Realty Corporation, et al's ("Developers") "Statement of Issues on Appeal and Designation of Items to be Included in the Record on Appeal" (Docket No. 1981) with respect to this Court's Order of January 26, 2009 ("Order") (Docket No. 1981).

With respect to the Statement of Issues on Appeal, Appellant concurs with and joins in Developers' statement that they are not appealing from that portion of the Order holding that the Stub Rent is entitled to administrative claim priority pursuant to Section 503(b)(1) of the Bankruptcy Code.

Case 08-35653-KRH    Doc 2092    Filed 02/12/09    Entered 02/12/09 15:18:04    Desc Main
Document    Page 2 of 4

PLAZA LAS AMERICAS, INC.

Dated: February 12, 2009

By: /s/ James M. Lewis
    James M. Lewis, Esq.
    (VSB No. 14118)
    1600 Tysons Boulevard, Suite 700
    McLean, Virginia 22102
    (703) 720-8638
    Attorney for Plaza Las Americas, Inc.

2

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 12th day of February, 2009, a true and complete copy of the foregoing (a) was filed and served using the Courts ECF System and (b) was sent by first class mail, postage prepaid, to the each of the following:

Gregg M. Galardi, Esquire.
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, Delaware 19899
Telephone: (302) 651-3000

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois 60606
Telephone: (312) 408-0700

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000

Richard M. Pachulski, Esquire
Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski, Stang, Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067
Telephone: (310) 227-6910

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Telephone: (804) 771-2310

/s/ James M. Lewis
James M. Lewis, Esquire
(VSB No. 14118)
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
Telephone: (703) 720-8638
Fax: (703) 720-8610
Attorney for Plaza Las Americas, Inc.

# 6082440_v1