# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

IN RE:                                              **Case No. 08-35653-KRH**

**CIRCUIT CITY STORES, INC., et al.**               **Chapter 11 (Jointly administered)**

       **Debtors,**

## ORDER

The matter came before the Court upon Motion (the "Motion") filed by Paul K. Campsen seeking admission *pro hac vice* for Wendy W. Smith, of the law firm Binder & Malter LLP, in the above referenced bankruptcy cases (and related proceedings) (the "Bankruptcy Cases") pursuant to Local Bankruptcy Rule 2090-1(E).  After review of the Motion and statements herein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Wendy W. Smith be authorized to practice *pro hac vice* before this Court in these Bankruptcy Cases (and related proceedings), it is hereby

ORDERED as follows:

1.      The Motion be and hereby is granted;

2.      Wendy W. Smith, of the law firm Binder & Malter LLP, is hereby admitted to appear *pro hac vice* in these Bankruptcy Cases and any related proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Google Inc.

ENTERED this ____ day of February, 2009.

_____
Judge, United States Bankruptcy Court

**WE ASK FOR THIS:**

/s/ Paul K. Campsen
Paul K. Campsen
Kaufman & Canoles, P.C.
150 W. Main Street
P.O. Box 3037
Norfolk, VA 23514
E-mail: pkkampsen@kaufcan.com

____/s/ Wendy W. Smith_____
Wendy W. Smith, Esq.
  California Bar No. 133887
Binder & Malter, LLP
2775 Park Avenue
Santa Clara CA 95050
Tele:  (408) 295-1700

## <u>CERTIFICATE</u>

Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that all necessary parties to this action have endorsed the foregoing order.

____/s/ Paul K. Campsen_____

:1447972\1