James M. Lewis, Esquire, VA Bar No. 14118
Holland & Knight LLP
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
(703) 720-8638
Attorney for Plaza Las Americas, Inc.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., et al., ) | Case No. 08-35653-KRH |
| ) | (Jointly Administered) |
| Debtors. ) | |

## JOINDER OF PLAZA LAS AMERICAS, INC. TO LANDLORDS' MOTION FOR LEAVE TO FILE INTERLOCUTORY APPEAL FROM THE ORDER OF THE BANKRUPTCY COURT DATED JANUARY 26, 2009, STYLED "FINDINGS OF FACT AND CONCLUSIONS OF LAW FROM HEARING HELD DECEMBER 22, 2008 ON MOTION TO COMPEL PAYMENT OF POST-PETITION RENT" AND TO LANDLORDS' MEMORANDUM IN SUPPORT THEREOF

Plaza Las Americas, Inc. hereby joins in the motion ("Motion") of the Landlords, to wit: Brighton Commercial LLC, et al, (Docket No. 1976) for leave to file an Interlocutory Appeal pursuant to 28 U.S.C. 158(a) with respect to that certain order docketed January 26, 2009, styled "Findings of Fact and Conclusions of Law from Hearing Held December 22, 2008 on Motion to Compel Payment of Post-petition Rent" (Docket No. 1781) ("Order") and to the Memorandum in support of the Motion.

In support there of Plaza Las Americas states as follows:

1. On August 15, 2007, Debtor Circuit City Store PR, Inc. ("Debtor") as tenant and Plaza Las Americas as landlord ("Landlord") entered into a lease Agreement, pursuant to which Debtor occupies approximately 30,000 square feet in the San Anton ward of Ponce, Puerto Rico.

2. On January 8, 2009, Landlord filed a Joinder (Docket No. 1414) in Landlords' motion for rehearing and reconsideration of the Court's December 22, 2008 oral ruling with respect to compelling Debtor to pay November, 2008 administrative rent ("Stub Rent"). The Court orally denied the motion.

3. This Court subsequently memorialized its oral ruling by entry of the Order on January 26, 2009.

4. Landlord timely filed its Notice of Appeal (Docket No. 1971) of the Order on February 5, 2009.

5. As a curative measure, notwithstanding Bankruptcy Rule 8003 (c), Landlord joins in Landlords' Motion for Leave to Appeal the Order, which is interlocutory, and in the Landlords' Memorandum in support thereof.

WHEREFORE, Plaza Las Americas respectfully asks that this Court (a) grant it leave nunc pro tunc to appeal from the Order of the Bankruptcy Court dated January 26, 2009, and (b) grant such other and further relief as this Court deems just and proper.

PLAZA LAS AMERICAS, INC.

Dated: February 12, 2009

By: /s/ James M. Lewis
James M. Lewis, Esq.
(VSB No. 14118)
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
(703) 720-8638
Attorney for Plaza Las Americas, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 12th day of February, 2009, a true and complete copy of the foregoing (a) was filed and served using the Courts ECF System and (b) was sent by first class mail, postage prepaid, to the each of the following:

Gregg M. Galardi, Esquire.
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, Delaware 19899
Telephone: (302) 651-3000

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois 60606
Telephone: (312) 408-0700

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000

Richard M. Pachulski, Esquire
Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski, Stang, Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067
Telephone: (310) 227-6910

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Robert B. Van Arsdale, Esquire

Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, Virginia 23219
Telephone: (804) 771-2310

/s/ James M. Lewis
James M. Lewis, Esquire
(VSB No. 14118)
1600 Tysons Boulevard, Suite 700
McLean, Virginia 22102
Telephone: (703) 720-8638
Fax: (703) 720-8610
Attorney for Plaza Las Americas, Inc.

# 6082124_v1