IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                                          Case No. 08-35653-KRH

**CIRCUIT CITY STORES, INC., et al.**                           Chapter 11 (Jointly administered)

Debtors,

ENTRY OF APPEARANCE, REQUEST FOR NOTICES
AND REQUEST FOR COPIES OF DISCLOSURE
STATEMENT AND PLANS OF REORGANIZATION

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firms of Kaufman & Canoles, a professional Corporation, and Binder & Malter, LLP, enter their appearance on behalf of Google, Inc., ("Google").

Pursuant to Section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 2002(g), Google requests that notice of all matters specified in Rules 2002(a), 2002(b), 2002(c) and 2002(1) of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties, including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following address:

Paul K. Campsen, Esq.
Kaufman & Canoles
150 West Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3000
Fax: (757) 624-3169
E-mail: pkcampsen@kaufcan.com

Paul K. Campsen, Esq.                          Wendy W. Smith, Esq.
 VSB No. 18133                                  California Bar No. 133887
Kaufman & Canoles, P.C.                        Binder & Malter, LLP
150 West Main Street (23510)                   2775 Park Avenue
Post Office Box 3037                           Santa Clara CA 95050
Norfolk, VA 23514                              Tele: (408) 295-1700
Tele: (757) 624-3000                           Fax: (408) 295-1531
Fax: (757) 624-3169

*Co-Counsel for Google, Inc.*

Wendy W. Smith, Esq.
Binder & Malter, LLP
2775 Park Avenue
Santa Clara CA 95050
Tele: (408) 295-1700
Fax: (408) 295-1531
E-mail: wendy@bindermalter.com

Pursuant to Rule 3017 of Federal Rules of Bankruptcy Procedure, Google further requests that copies of all disclosure statements and plans of reorganization, together with any accompanying notices, be mailed to them as, set forth above.

                                   **Kaufman & Canoles, a
professional corporation**

By: /s/ Paul K. Campsen
                       Of Counsel

Paul K Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
150 West Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3000

Wendy W. Smith, Esq.
 California Bar No. 133887
Binder & Malter, LLP
2775 Park Avenue
Santa Clara CA 95050
Tele: (408) 295-1700

*Co-Counsel for Google, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Entry of Appearance, Request for Notices and Request for Copies of Disclosure Statement and Plans of Reorganiztion was sent on this 12th day of February, 2009, to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

/s/ Paul K. Campsen

:\1448339\1

3