Kevin R. McCarthy, VSB 14273
William Douglas White
MCCARTHY & WHITE PLLC
1751 Pinnacle Drive – Suite 1115
McLean, Virginia 22102
Tel: (703) 770-9261
Fax: (703) 770-9266
krm@mccarthywhite.com



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | ) |
| | ) |
| Florida Power and Light Company, et al. | ) |
| | ) |
| v. | ) Case No. 3:09cv045 |
| | ) (Appeal from Bankruptcy Court) |
| Circuit City Stores, Inc. et al. | ) |

### STIPULATION OF DISMISSAL

WHEREAS, on December 19, 2008, Appellants Florida Power & Light Company, Potomac Electric Power Company ("Pepco"), Delmarva Power & Light Company ("Delmarva"), Atlantic City Electric Company, Central Maine Power Company, Alabama Power Company ("APCO") and Baltimore Gas and Electric Company (hereinafter collectively the "Appellant Utilities") filed a notice of appeal of the Corrected Order Under Bankruptcy Code Sections 105, 363 and 366 and Bankruptcy Rule 6003 (Docket No. 832); and

WHEREAS, the issues on appeal have been resolved by agreements between each of the Appellant Utilities and the Appellees, and pursuant to those agreements, the Appellant Utilities have agreed to dismiss the appeal.

NOW THEREFORE, the parties hereby stipulate, by and through undersigned counsel, that the appeal shall be dismissed, with each party to bear its own costs and attorney fees.

Date: February 6, 2009

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _CMcCracken_
DEPUTY CLERK

/s/Kevin R. McCarthy
Kevin R. McCarthy, VSB 14273
William Douglas White
MCCARTHY & WHITE, PLLC
1751 Pinnacle Drive – Suite 1115
McLean, Virginia 22102
Tel: (703) 770-9261
krm@mccarthywhite.com
Counsel for Appellant Utilities


Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19899
Telephone: (302) 651-3000
    and
Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700

    and


/s/Douglas M. Foley
Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
Counsel for Circuit City Stores, Inc., et al., Debtors-in-possession


IT IS SO ORDERED this 9th day of February, 2009.


                                                /s/
                                  James R. Spencer
                                  Chief United States District Judge