UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | )  Case No. 08-35653-KRH |
| | )  Chapter 11 |
| Debtors. | )  (Jointly Administered) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that 502-12 86th Street LLC, Cottonwood Corners – Phase V, LLC and Woodlawn Trustees, Incorporated, by counsel, have filed a Joinder to the Motion for Leave to File Interlocutory Appeal from the Order of the Bankruptcy Court Dated January 26, 2009, Styled "Findings of Fact and Conclusions of Law from the Hearing Held December 22, 2008 on Motion to Compel Payment of Postpetition Rent" and Memorandum in Support Thereof (the "Motion"). A copy of the Motion is available from the undersigned.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **February 17, 2009**, you or your attorney must:

1. File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

    William C. Redden, Clerk
    United States Bankruptcy Court
    701 East Broad Street, Suite 4000
    Richmond, VA 23219-1888

You must also deliver a copy to all parties on the Certificate of Service below and to:

    Michael P. Falzone (VSB #22324)
    Sheila deLa Cruz (VSB #65395)
    Hirschler Fleischer, P.C.

---

Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

*Counsel for 502-12 86th Street LLC, Cottonwood Corners – Phase V, LLC
and Woodlawn Trustees, Incorporated*

P.O. Box 500
Richmond, Virginia 23218-0500

**If no timely response has been filed that opposes the relief requested, the Court may grant the relief requested without holding a hearing.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the requested relief.

Dated: February 12, 2009                    HIRSCHLER FLEISCHER, PC


By: ___/s/ Sheila deLa Cruz_____
         Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9560
(804) 644-0957 (fax)

*Counsel for 502-12 86th Street LLC,*
*Cottonwood Corners – Phase V, LLC*
*and Woodlawn Trustees, Incorporated*


## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

_____/s/ Sheila deLa Cruz_____
Sheila deLa Cruz

#2401426v1

2