UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al., | ) (Jointly Administered) |
| Debtors, | ) |

**JOINDER OF PORT ARTHUR HOLDINGS, III, LTD.
TO LIMITED OBJECTION TO DEBTOR'S MOTION FOR ORDERS UNDER
BANKRUPTCY CODE SECTIONS 105, 363 AND 365 (I) APPROVING BIDDING AND
AUCTION PROCEDURES FOR SALE OF UNEXPIRED NONRESIDENTIAL REAL
PROPERTY LEASES, (II) SETTING SALE HEARING DATES AND (III)
AUTHORIZING AND APPROVING (A) SALE OF CERTAIN UNEXPIRED
NONRESIDENTIAL REAL PROPERTY LEASES FREE AND CLEAR OF ALL
INTERESTS, (B) ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED
NONRESIDENTIAL REAL PROPERTY LEASES AND
<u>(C) LEASE REJECTION PROCEDURES</u>**

Port Arthur Holdings, III, Ltd. (the "Landlord"), by and through its attorneys, Jackson & Campbell, P.C., hereby submits this Joinder to the Objecting Landlords Limited Objection (Docket No. 2038) (the "Limited Objection") to Debtor's Motion (the "Sales Procedure Motion") for Orders Under Bankruptcy Code Sections 105, 363 and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection

Procedures filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, on February 10, 2009. The Landlord joins in the Limited Objection (Docket No. 2038) for the reasons set forth more fully therein and for those to be presented at the hearing on said objection.

WHEREFORE, the Landlord respectfully requests that any final order granting the Debtor's Sales Procedure Motion be modified pursuant to the terms of the Limited Objection, or that the Sales Procedure Motion be denied in its entirety, and that the Landlord be granted such other and further relief as the Court may deem just and proper.

Dated: February 12, 2009                        JACKSON & CAMPBELL, P.C.

                                                By: /s/ David H. Cox
                                                David H. Cox, Esquire (VSB # 19613)
                                                dcox@jackscamp.com
                                                John Matteo, Esquire (VSB # 35054)
                                                jmatteo@jackscamp.com
                                                1120 Twentieth Street, N.W.
                                                South Tower
                                                Washington, D.C. 20036-3437
                                                (202) 457-1600 – telephone
                                                (202) 457-1678 – facsimile

                                                *Counsel for Port Arthur Holdings, III, LTD*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joinder of Port Arthur Holdings, III, Ltd. has been served on the parties receiving electronic notice via the Court's CM/ECF system, as appropriate, by electronic means and by First Class Mail (postage prepaid) on the following attached Service List and on the following parties via US regular mail, on this the 12th day of February, 2009.

Circuit City Stores, Inc.
Attn: Reginald D. Hedgebeth
Attn: Daniel W. Ramsey
9950 Maryland Drive
Richmond, Virginia 23233

*Debtors*

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510

*Counsel for the Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

*Counsel for the Debtors*

Gregg Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

*Counsel for the Debtors*

Chris L. Dickerson, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esquire
Office of the U. S. Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

*Office of the United States Trustee for
the Eastern District of Virginia, Richmond Division*

Linda K. Myers, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein LLP
Three Center Plaza
Sixth Floor
Boston, Massachusetts 02108

*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street
Eighth Floor
Richmond, Virginia 23219

*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, Virginia 23219

*Counsel for the Official Committee of
Unsecured Creditors*

Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
Twenty-Sixth Floor
New York, New York 10017

*Counsel for the Creditors Committee*

By: /s/ David H. Cox