UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) Case No. 08-35653-KRH <br> ) |
| CIRCUIT CITY STORES, INC., et al., | ) (Jointly Administered) |
| Debtors, | ) |

## NOTICE OF APPEAL

Port Arthur Holdings, III, Ltd. (the "Landlord"), by and through its attorneys, Jackson & Campbell, P.C., hereby appeals, pursuant to 28 U.S.C. §158(a)(1), from each and every part of the Bankruptcy Court's decision rendered on the record on December 22, 2008 (Docket Nos. 1230 and 1232) and its Findings of Fact and Conclusions of Law From Hearing Held December 22, 2008 On Motions to Compel Payment of Post-petition Rent entered on January 26, 2009 (Docket No. 1781), denying the motions requesting an Order compelling the Debtor's to immediately pay post-petition rent pursuant to §§365(d)(3) and 503(b)(1)(A) of the Bankruptcy Code. The Landlord's Motion to Compel is located at Docket No. 1025.

The names of the parties to this appeal, and the names, addresses and telephone numbers of their respective attorneys are as follows:

Appellants:

Port Arthur Holdings, III, Ltd.

David H. Cox (VSB No. 19613)
John Matteo (VSB No. 35054)
Jackson & Campbell, P.C.
1120 20th Street, N.W.
South Tower
Washington, D.C. 20036
(202) 457-1600

Appellees:

Circuit City Stores, Inc., et al.,
Debtors-in-possession

Gregg Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware 19899
Telephone: 302-651-3000

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Telephone: 312-408-0700

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: 804-775-1000

Interested Parties:

Official Committee of Unsecured Creditors

Richard M. Pachulski, Esquire
Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067
Telephone: 310-277-6910

                                                                                Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, Virginia 23219
Telephone: 804-783-8300

<u>United States Trustee:</u>                    Robert B. Van Arsdale, Esquire
Office of the U. S. Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219
Telephone: 804-771-2310

Dated: February 12, 2009                   JACKSON & CAMPBELL, P.C.


By: <u>/s/ David H. Cox</u>
David H. Cox, Esquire (VSB # 19613)
dcox@jackscamp.com
John Matteo, Esquire (VSB # 35054)
jmatteo@jackscamp.com
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437
(202) 457-1600 – telephone
(202) 457-1678 – facsimile

*Counsel for Port Arthur Holdings, III, LTD*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal has been served on the parties receiving electronic notice via the Court's CM/ECF system, as appropriate, by electronic means and by First Class Mail (postage prepaid) on the following attached Service List and on the following parties via US regular mail, on this the 12th day of February, 2009.

Circuit City Stores, Inc.
Attn: Reginald D. Hedgebeth
Attn: Daniel W. Ramsey
9950 Maryland Drive
Richmond, Virginia 23233

*Debtors*

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510

*Counsel for the Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

*Counsel for the Debtors*

Gregg Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

*Counsel for the Debtors*

Chris L. Dickerson, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606

 *Counsel for the Debtors*

Robert B. Van Arsdale, Esquire
Office of the U. S. Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

 *Office of the United States Trustee for*
 *the Eastern District of Virginia, Richmond Division*

Linda K. Myers, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

 *Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein LLP
Three Center Plaza
Sixth Floor
Boston, Massachusetts 02108

 *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street
Eighth Floor
Richmond, Virginia 23219

 *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, Virginia 23219

*Counsel for the Official Committee of
Unsecured Creditors*

Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
Twenty-Sixth Floor
New York, New York 10017

*Counsel for the Creditors Committee*

By: /s/ David H. Cox