UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED
FEB 12 2009
CLERK
U.S. BANKRUPTCY COURT

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., *et al.*, ) | Chapter 11 Bankruptcy |
| ) | |
| ) | Case No. 08-35653-KRH |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## MOTION FOR ADMISSION
## TO APPEAR AND PRACTICE *PRO HAC VICE*

The undersigned, an attorney with the law firm of Lindquist-Kleissler & Company, LLC, Arthur Lindquist-Kleissler, Esq., counsel for The Millman 2000 Charitable Trust, hereby moves this Court for authorization to appear and practice *pro hac vice* in this case and, in support of such application, states as follows:

1. I am a member in the law firm of Lindquist-Kleissler & Company, LLC, whose principle office address is 950 South Cherry Street, Suite 710, Denver, Colorado, 80246. My Colorado State Bar ID No. is 9822.

2. I was admitted to the State Bar of Colorado in 1979, the U.S. District Court for the District of Colorado in 1979, the 10th Circuit Court of Appeals in 1984, and the United States Supreme Court in 1994. I am currently licensed to practice law in the State of Colorado and before the United States Bankruptcy Court for the District of Colorado and the United States District Court for the District of Colorado and the United States Supreme Court.

3. I am a member in good standing in all jurisdictions in which I have been admitted to practice. I am not, nor have I ever been, subject to any disciplinary action of any bar to which I have been admitted.

4. A Certificate of Good Standing from the United States District Court for the District of Colorado is available for filing with this Court.

5. I will review and become familiar with the Local Rules of the United States Bankruptcy Court in the Eastern District of Virginia Richmond Division.

6. I request permission to appear *pro hoc vice, nunc pro tunc* from the date of this Motion, Wednesday, February 11, 2009.

7. Pursuant to Local Bankruptcy Rule 9013-1 (G), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

8. No previous request for the relief sought herein has been made to this Court or any other Court.

9. Arthur Lindquist-Kleissler, Esq. respectfully requests that he be allowed to represent the interests of The Millman 2000 Charitable Trust, landlord for the Debtor's store located at 1840 Dell Range, Cheyenne, Wyoming 82001 (Store #1638).

WHEREFORE, the undersigned respectfully requests this Court's permission to appear in this case *pro hoc vice* on behalf of The Millman 2000 Charitable Trust *nunc pro tunc,* Wednesday, February 11, 2009.

Respectfully submitted this 11th day of February, 2009

LINDQUIST-KLEISSLER & COMPANY, LLC
*Original Signature is on File at the Law Firm
Of Lindquist-Kleissler & Company, LLC*

/s/ Arthur Lindquist-Kleissler
Arthur Lindquist-Kleissler, #9822
Lindquist-Kleissler & Company, LLC
950 South Cherry Street, Suite 710
Denver, Colorado 80246
(303) 691-9774 – Phone
(303) 756-8982 - Facsimile
Email: arthurlindquistkleissler@msn.com

**Counsel for The Millman 2000 Charitable Trust**

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing MOTION FOR ADMISSION TO APPEAR AND PRACTICE *PRO HAC VICE* has been served upon the parties listed below, either by Court's ECF system, U.S. Mail, e-mail, or facsimile, on this 11th day of February, 2009:

**Linda K. Myers, Esq.**
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601

**Gregg Galardi, Esq. [Cousel to the Debtors]**
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19889-0636

**Chris Dickerson, Esq. [Counsel to the Debtors]**
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19889-0636

**Timothy G. Pohl, Esq.[Counsel to the Debtors]**
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000

**Dion W. Hayes, Esq.** [Counsel for the Debtors]
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

**Douglas M. Foley, Esq.**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

**David S. Berman, Esq.**
Riemer & Y Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108

**Bruce Matson, Esq.**
Riverfront Plaza, East Tower
952 East Byrd Street, Eighth Floor
Richmond, Virginia 23219

**Lynn L. Tavenner, Esq.**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219

**Paula S. Beran, Esq.**
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219

**Robert B. Van Arsdale, Esq.**
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

/s/ *Joclyn Pallas*
Joclyn Pallas

G:\firm\clients\Millman Charitable Trust\admission to appear pro hac vice \motion ALK pro hoc vice (09021)- Final

Page 4 of 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-35653-KRH |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

ORDER
GRANTING APPLICATION
TO APPEAR *PRO HAC VICE*

Based upon the Motion of Arthur Lindquist-Kleissler, Esq. of the law firm of Lindquist-Kleissler & Company, LLC. to appear *pro hoc vice* in this case,

IT IS HEREBY ORDERED that Arthur Lindquist-Kleissler, Esq. is hereby granted admission to the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, *nunc pro tunc*, Wednesday, February 11, 2009 for the limited purpose of practicing before this Court in this case on behalf of The Millman 2000 Charitable Trust.

Dated this _____ day of _____, 2009

_____
The Honorable Judge Hunnekens