UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE OF COUNSEL**
**AND REQUEST FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that AmREIT, a Texas Real Estate Investment Trust ("AmREIT"), as a party in interest in the above-captioned case, hereby appears by its counsel, Gregory Kaplan, PLC pursuant to Section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  AmREIT, by and through its counsel, hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and the applicable Local Rules, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

> Troy Savenko, Esquire
> Gregory Kaplan, PLC
> 7 East Second Street (23224-4253)
> Post Office Box 2470
> Richmond, VA   23218-2470
> Phone: (804) 423-7921
> Fax: (804) 230-0024
> E-mail: tsavenko@gregkaplaw.com

---

Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA   23218-2470
Phone: (804) 423-7921
Fax: (804) 230-0024

*Counsel to AmREIT, a Texas Real Estate Investment Trust*

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that that neither this Notice of Appearance and Request for Notice nor any later appearance, pleading, claim or suit shall waive any right shall be deemed or construed to be a waiver of AmREIT's right (1) to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which AmREIT is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments AmREIT expressly reserves.

Dated: February 12, 2009          Respectfully Submitted,

/s/ Troy Savenko
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA   23218-2470
Phone: (804) 423-7921
Fax: (804) 230-0024

*Counsel for AmREIT, a Texas Real Estate Investment Trust*

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 12th day of February, 2009, I caused a copy of the foregoing to be served by electronic mail pursuant to the Court's CM/ECF Noticing System or U.S. Mail, postage pre-paid (only if necessary) to: (i) Counsel to the Debtors, (ii) the Office of the United States Trustee for the Eastern District of Virginia, Richmond Division, (iii) Counsel for the Official Committee of Unsecured Creditors, and (iv) all parties that have requested notice of papers with the Court's CM/ECF Noticing System pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

                                              /s/ Troy Savenko