

February 8, 2009

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

Re: Circuit City Stores, Inc 5653
Chapter 11 Case No. 08-35753-KRH
Jointly Administered

Court Clerk:

I hereby object to the Motion filed on February 3, 2009, by the above debtors and debtors in possession for an order under 11U.S.C. Section 105(a) and Federal R. Bankruptcy P. 9006 (b) extending the time period in which debtors may remove actions (the Motion). The hearing on this matter is scheduled for February 13, 2009.

Respectfully,

Philip S. Allen
4054 Regatta Drive
Discovery Bay, CA 94505

Reference: Superior Court of California
Small Claims Division
County of Contra Costa
Small Claims Number PSC08-0911
Philip S. Allen vs. Circuit City, Inc.
DBA Circuit City Stores
Total Judgment: $2,512.41
Granted 11/06/08

