February 8, 2009

Mark A. Murdock
25590 Noble Dr.
Chesterfield, MI 48051
(586) 598-2880

Honorable Kevin R. Huennekens
U.S. Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219



RE: Circuit City - Chapter 11 - Case No. 08-35653

Dear Honorable Huennekens:

I am filing a formal complaint against Circuit City for fraud and/or computer fraud. I purchased 15 items at Circuit City on 2-7-09. I was overcharged on three of the items. The items I was overcharged on are 2 Mosquito Helicopters and one Flying Bat.

The sale price of each helicopter were $16.77 and the receipt reflects a charge of $25.17. The overcharge difference is $8.40 on each helicopter.

The sale price of the Flying Bat was $8.37 and the receipt reflects a charge of $16.77. The overcharge difference is $8.40.

The receipt shows the helicopters item number is ITC 45071 and the Flying Bat item number is ITC 44026.

I went back to Circuit City today and spoke with Manager Sara Genovese. Ms. Genovese refused to do a price adjustment claiming that the computer does not reflect the sales price as marked. I disagree and would like to be reimbursed.

All three overcharges come to $25.20. I would like to be reimbursed the $25.20 plus the postage of .42 cents for having to make this complaint. Michigan consumer law requires a merchant to refund the overcharge plus an additional 50% of the overcharge up to $10.00.

Enclosed is a copy of the receipt showing the overcharges. Thank you!

Sincerely yours,

Mark A. Murdock
Mark A. Murdock

Enclosure

CC: Robert B. Van Arsdale, Esq., U.S. Trustee
    Kurtzman Carson Consultants LLC



**Circuit City Stores, Inc.**
Store 3606
14105 HALL RD
SHELBY TOWNSHIP, MI 48315-6142
(586) 247-0186                           19:47:28  02/07/09

Sold to:                                 Orig Date 02/07/09
CIRCUIT CITY

                                         Ticket
**CUSTOMER COPY**                        **360602631954**

| Salesperson |         |              |       | Register | Cashier |
| D.DALESSANDRO |       |              |       | 05       | 334663  |
|---|---|---|---|---|---|
| Item | Qty | Model | Description | Tax | Amount |
| 1 SL | 1 | LBD PEGKARPEANU | CANDY / FOOD | Y | 1.43 |
| 2 SL | 1 | LBD PEGKARPEANU | CANDY / FOOD | Y | 1.43 |
| 3 SL | 1 | ITC 45071 | KID'S ELECTRONIC | Y | 25.17 |
| 4 SL | 1 | ITC 45071 | KID'S ELECTRONIC | Y | 25.17 |
| 5 SL | 1 | ITC 44026 | KID'S ELECTRONIC | Y | 16.77 |
| 6 SL | 1 | MOC MPHTS200 | A/V POWER | Y | 14.98 |
| 7 SL | 1 | MOC MPHTS200 | A/V POWER | Y | 14.98 |
| 8 SL | 1 | UPC 043396030640 | VAMP - DVD | Y | 5.99 |
|      |   | VAMPIRES--JOHN CARPEN |        |   |       |
| 9 SL | 1 | UPC 025192022425 | LEEB - DVD | Y | 4.19 |
|      |   | DRAGON: THE BRUCE LE |        |   |       |
| 10 SL | 1 | UPC 024543543510 | X-FI - DVD | Y | 13.19 |
|       |   | X-FILES:I WANT TO BE |        |   |       |
| 11 SL | 1 | UPC 045496901301 | WIIM - GAMES | Y | 29.99 |
|       |   | WII  WII MUSIC |        |   |       |
| 12 SL | 1 | UPC 025192282324 | BRUC - DVD | Y | 5.99 |
|       |   | WIDESCREEN |        |   |       |
| 13 SL | 1 | UPC 085393353421 | RETU - DVD | Y | 5.99 |
|       |   | PART II |        |   |       |
| 14 SL | 1 | UPC 043396148388 | CLIC - DVD | Y | 5.99 |
|       |   | CLICK |        |   |       |
| 15 SL | 1 | UPC 014633158977 | ROCK - GAMES | Y | 23.98 |
|       |   | WII  ROCK BAND |        |   |       |

|                |        |   |        |
|---|---|---|---|
| Non-Taxable    |        | $ | 2.86   |
| Total Taxable  |        | $ | 192.38 |
| Sales Tax      |        | $ | 11.55  |
| TOTAL PURCHASE |        | $ | 206.79 |
| MCG            | 007048 | $ | 206.79 |
| BALANCE        |        | $ | 0.00   |

For manufacturer contact information, please refer to
your owner's manual or visit circuitcity.com

*******ALL SALES FINAL. NO RETURNS OR EXCHANGES.********

Shop with us online at circuitcity.com.

Item

ON ALL SALES ARE FINAL!!! NO RETURNS!!!!

FOR IN-HOME INSTALLATION AND REPAIR
SERVICE OR CONSUMER REPLACEABLE
PARTS CALL: (888) 333-2333

Get a chance to Win One of Five $1,000 Gift Cards!
Take Circuit City's "Customer First" Survey

Queremos saber su opinión
Contéste nuestra encuesta por Internet

We are anxious to hear about your shopping experience!
Get a chance to win one of five $1,000 Circuit City gift
cards by taking a few minutes to answer a short survey at:
www.circuitcity.com/survey
You will need the following customer code
to enter on-line:
VK4 JSTS GR9M
No purchase necessary.
See circuit city stores for details.
Void where prohibited.
Thanks for making your purchase at Circuit City!

Circuit City Stores, Inc.
Store 3606
14105 HALL RD
SHELBY TOWNSHIP, MI 48315-6142
(586) 247-0186
19:47:24  02/07/09

CUSTOMER COPY
Trans #: 360602631954
Merchant#: 090517771    Register#: 05  Cashier: 334663
Mdse Desc: Consumer Electronics / Home Office

| Type | Cardholder/Account# | App Cde | Txn | Amount |
|------|---------------------|---------|-----|--------|
| MCG | MURDOCK/MARK A ************0757 | 007048 | Sale | $ 206.79 |

The cardholder agrees to the credit card amount shown
hereon and agrees to perform the obligations set forth
in the cardholders agreement with the Issuer.

Signature:

