UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In Re: Circuit City Stores, Inc., | Case No. 08-35653-KRH |
| Debtor. | Chapter 11 Proceeding |

| | |
|---|---|
| YVETTE MACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CIRCUIT CITY STORES, INC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY**

Upon consideration of the Motion for Relief from Stay (the "Motion") filed by Yvette Mack, and it appearing that Yvette Mack desires to withdraw the Motion without prejudice, the Motion is hereby withdrawn.

YVETTE MACK

By:  /s/ Erin E. Kessel
Counsel

Robert H. Chappell, III, Esquire (VSB #31698)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000  Fax:  (804) 697-2100
Counsel for Yvette Mack

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Withdrawal was served by first class mail and/or electronic means, this 12th day of February 2009, to:

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899
(302) 651-3000

Doug Foley
Daniel F. Blanks
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

/s/ Erin E. Kessel