UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

**JOINDER OF AMREIT, A TEXAS REAL
ESTATE INVESTMENT TRUST TO LIMITED OBJECTION OF RONUS
MEYERLAND PLAZA, L.P. AND JOHNSON CITY CROSSING, L.P. TO THE
DEBTOR'S MOTION FOR ORDERS UNDER BANKRUPTCY CODE SECTIONS
105, 363 AND 365 (I) APPROVING BIDDING AND AUCTION PROCEDURES
FOR SALE OF UNEXPIRED NONRESIDENTIAL REAL PROPERTY
LEASES, (II) SETTING SALE HEARING DATES AND (III) AUTHORIZING
AND APPROVING (A) SALE OF CERTAIN UNEXPIRED NONRESIDENTIAL REAL
PROPERTY LEASES FREE AND CLEAR OF ALL INTERESTS, (B) ASSUMPTION
AND ASSIGNMENT OF CERTAIN UNEXPIRED NONRESIDENTIAL
<u>REAL PROPERTY LEASES AND (C) LEASE REJECTION PROCEDURES</u>**

AmREIT, a Texas Real Estate Investment Trust ("<u>AmREIT</u>"), by and through its counsel, Gregory Kaplan, PLC, hereby submits this Joinder to the Limited Objection of Ronus Meyerland Plaza, L.P. and Johnson City Crossing, L.P. (the "<u>Limited Objection</u>") [Docket No. 2044] to the Debtor's Motion for Orders Under Bankruptcy Code Sections 105, 363 and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (the "<u>Sales Procedure Motion</u>") [Docket No. 1946] filed with this Court on February

---

Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA  23218-2470
Phone: (804) 423-7921
Fax: (804) 230-0024

*Counsel to AmREIT, a Texas Real Estate Investment Trust*

10, 2009.  AmREIT joins in the Limited Objection for the reasons set forth more fully therein and for those to be presented at the hearing on the Sales Procedure Motion.

WHEREFORE, AmREIT, a Texas Real Estate Investment Trust, respectfully requests that any final order granting the Debtors' Sales Procedure Motion be modified pursuant to the terms of the Limited Objection and that AmREIT be granted such other and further relief as the Court may deem just and proper.

Dated: February 12, 2009                                        Respectfully Submitted,

/s/ Troy Savenko
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA   23218-2470
Phone: (804) 423-7921
Fax: (804) 230-0024

*Counsel for AmREIT, a Texas Real Estate Investment Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February, 2009, I caused a copy of the foregoing to be (i) filed with the Clerk of the Bankruptcy Court using the Court's CM/ECF Noticing System, which causes notices of electronic filing to be served on all registered users of the CM/ECF that have filed notices of appearance, and (ii) electronically served on: (a) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (b) the 2002 List; and (c) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

/s/ Troy Savenko