UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, ) | |
| ) | Case No. 08-35653-KRH |
| Debtors. ) | Jointly Administered |
| ) | |

**ORDER GRANTING MOTION FOR EXPEDITED
HEARING AND TO SHORTEN OBJECTION DEADLINE**

Upon consideration of the *Motion for Expedited Hearing and to Shorten Notice Period* (the "**Motion**") filed by D.L. Peterson Trust as assignee of PHH Vehicle Management Services, LLC f/k/a PHH Vehicle Management Services Corporation ("**PHH**"); and the Court having reviewed and considered the Motion and any response thereto; the Court finding that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding pursuant to 28 U.S.C. 157(b), (iii) it appearing that appropriate notice of the Motion has been provided and that no other or further notice need be provided, and (iv) after due deliberation, and sufficient cause appearing therefor; it is, by the United States Bankruptcy Court for the Eastern District of Virginia, ORDERED as follows:

1. The Motion is hereby **GRANTED**.

2. Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Motion.

3. The request for an expedited hearing is granted and the hearing on the motions to compel rejection of lease agreements and for relief from the automatic stay is set for February 13, 2009 at 10:00 a.m.

4.      The deadline for filing an objection to the motions to compel rejection of lease agreements and for relief from the automatic stay is February 11, 2009 at 5:00 p.m.

5.      This Court shall retain jurisdiction over all matters arising from or relating to the implementation of this Order.

DATE: **Feb 10 2009**

/s/ Kevin Huennekens
HON. KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE


ENTERED ON DOCKET:  2/10/09

I ASK FOR THIS:


/s/ Anne Braucher
Anne Braucher, VSB No. 65294
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004
Phone 202-799-4000
Fax 202-799-5000

*Counsel for D.L. Peterson Trust as Assignee
of PHH Vehicle Management Services, LLC*


**LOCAL RULE CERTIFICATION**


    I HEREBY CERTIFY that, on this the 5th day of February, 2009, the foregoing has been either endorsed by or served upon all necessary parties, by electronic means and/or first-class United States mail, postage prepaid, on the following:

    Gregg M. Galardi, Esquire (gregg.galardi@skadden.com)
    Ian S. Fredericks, Esquire (ian.fredericks@skadden.com)
    Skadden, Arps, Slate, Meagher & Flom, LLP
    One Rodney Square
    Post Office Box 636
    Wilmington, Delaware  19899-0636

    Dion W. Hayes, Esquire (dhayes@mcguirewoods.com)
    Douglas M. Foley, Esquire (dfoley@mcguirewoods.com)
    McGuire Woods LLP
    One James Center
    901 East Carey Street
    Richmond, Virginia  23219

    Lynn L. Tavenner, Esquire (ltavenner@tb-lawfirm.com)
    Paula S. Beran, Esquire (pberan@tb-lawfirm.com)
    Tavenner & Beran, PLC
    20 North Eighth Street, Second Floor
    Richmond, VA  23219

    Robert J. Feinstein (rfeinstein@pszjlaw.com)
    Pachulski, Stang, Ziehl & Jones LLP

780 Third Avenue, 36th Floor
New York, NY 10017

Jeffrey N. Pomerantz (jpomerantz@pszjlaw.com)
Pachulski, Stang, Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

Bruce H. Matson (bruce.matson@leclairryan.com)
LeClair Ryan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
P.O. Box 2499
Richmond, VA 23218-2499

Paul S. Samson (psamson@riemerlaw.com)
David S. Berman (DBerman@riemerlaw.com)
Riemer & Braunstein, LLP
Three Center Plaza
6th Floor
Boston, MA 02108

Gary T. Holtzer (gary.holtzer@weil.com)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Mark P. Naughton (mnaughton@greatamerican.com)
Great American Group, LLC
Nine Parkway North, Suite 300
Deerfield, IL 60015

Robert B. Van Arsdale, Esquire (robert.b.van.arsdale@usdoj.gov)
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

/s/ Anne Braucher

**PARTIES TO RECEIVE COPIES**

Anne Braucher, Esq.
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC  20004

Kevin Kobbe, Esq.
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL  60601

Dion W. Hayes, Esq.
McGuireWoods LLP
901 E. Cary Street
Richmond, VA  23219

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: jafarbayj            Page 1 of 1           Date Rcvd: Feb 10, 2009
Case: 08-35653                 Form ID: pdforder          Total Served: 2

The following entities were served by first class mail on Feb 12, 2009.
aty         +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
            +Kevin Kobbe, Esq.,    DLA Piper LLP (US),   203 North LaSalle St., Ste. 1900,
              Chicago, IL 60601-1263
The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2009**                    **Signature:** *Joseph Speetjens*