UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al. , | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### ORDER GRANTING MOTION FOR
### ADMISSION PRO HAC VICE OF PATRICK M. BIRNEY

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Patrick M. Birney (the "Motion") filed by Tara L. Elgie, seeking admission pro hac vice for Patrick M. Birney, of the law firm of Robinson & Cole, in the above-styled bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E).  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Patrick M. Birney be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

_____
Tara L. Elgie (Va. Bar No. 48259)
Martha E. Hulley (Va. Bar No. 73052)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5982
tara.elgie@leclairryan.com
martha.hulley@leclairryan.com

*Counsel for Schimenti Construction Company, LLC*

2.     Patrick M. Birney, of the law firm of Robinson & Cole, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Schimenti Construction Company, LLC.

ENTERED: Feb 10 2009

/s/ Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

Entered on Docket: 2/10/09

/s/ Tara L. Elgie
Tara L. Elgie (Va. Bar No. 48259)
Martha E. Hulley (Va. Bar No. 73052)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5982
tara.elgie@leclairryan.com
martha.hulley@leclairryan.com

*Counsel for Schimenti Construction Company, LLC*

### Rule 9022-1 Certification

I hereby certify that the foregoing Order Granting Admission *Pro Hac Vice* of Patrick M. Birney has either been served upon all necessary parties.

/s/ Tara L. Elgie
Movant

2

# SERVICE LIST

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510
*Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
Ones James Center
901 E. Cary Street
Richmond, VA  23219
*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware  19899-0636
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL  60606
*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
*Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL  60601

*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts  02108
*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClairRyan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia  23219
*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
*Counsel for the Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esquire
Pachulski Strang Ziehl & Jones LLP
780 Third Aenue, 26th Floor
New York, New York  10017
*Counsel for the Creditors Committee*

/s/  Tara L. Elgie
Tara L. Elgie (Va. Bar No. 48259)
Martha E. Hulley (Va. Bar No. 73052)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5982
tara.elgie@leclairryan.com
martha.hulley@leclairryan.com

4

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj             Page 1 of 1          Date Rcvd: Feb 10, 2009
Case: 08-35653                Form ID: pdforder           Total Served: 4

The following entities were served by first class mail on Feb 12, 2009.
aty        +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
             Wilmington, DE 19899-0636
           +Chris L. Dickerson, Esq.,   Skadden Arps et al,   333 West Wacker Dr.,   Chicago, IL 60606-1220
           +David Berman,   Riemer & Braunstein LLP,   Three Ctr. Plaza, 6th Floor,   Boston, MA 02108-2003
           +Linda K. Meyers, Esq.,   Kirkland & Ellis, LLP,   200 East Randolph Dr.,   Chicago, IL 60601-6611

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2009**                         **Signature:**  *Joseph Speetjens*