| | |
|---|---|
| Linda J. Brame | A. Carter Magee, Jr., Esq. (VSB #20284) |
| P.O. Box 700 | W. Joel Charboneau, Esq. (VSB #68025) |
| Marion, IL 62959 | Magee, Foster, Goldstein & Sayers, P.C. |
| Phone: (618) 997-5611 | Post Office Box 404 |
| Fax: (618) 997-6522 | Roanoke, Virginia 24003-0404 |
| lbrame@winterslaw.com | (540) 343-9800 |
| | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN PROCEEDINGS |
| | ) | UNDER CHAPTER 11 |
| CIRCUIT CITY STORES, INC. et al., | ) | |
| | ) | CASE No. 08-35653 |

ORDER

This matter comes before the Court to consider the Motion to Admit Linda Brame to Practice *Pro Hac Vice*. The Court, having considered the Motion, and being otherwise sufficiently advised, hereby GRANTS the motion in its entirety, and orders that Linda J. Brame, is admitted to practice *pro hac vice* in this matter before the United States Bankruptcy Court For The Eastern District of Virginia.

Dated this ____Feb 10 2009____ day of _____, 2009.

Entered on docket: 2/10/09

ENTER:

/s/ Kevin Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

 /s/  W. Joel Charboneau
W. Joel Charboenau, Esq. (VSB #68025)
Magee, Foster, Goldstein & Sayers, P.C.
P.O. Box 404


Roanoke, VA 24003-0404
(540) 343-9800

## CERTIFICATE OF SERVICE

I certify that copies of the proposed order were served via electronic delivery and/or first class mail the 6th day of February, 2009, on all necessary parties pursuant to the Order establishing notice procedures in this case.

/s/ W. Joel Charboneau

Serve:
All parties that have filed notices of appearance in this case by electronic mail.

//mnt/orders/Attachments/doctopdf/alldocs/08-35653~262009174013369.doc

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1          Date Rcvd: Feb 10, 2009
Case: 08-35653                Form ID: pdforder        Total Served: 1

The following entities were served by first class mail on Feb 12, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2009**                    **Signature:** _Joseph Speetjens_