Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219ggh
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      : Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  : Case No. 08-35653
et al.,                     :
                            :
            Debtors.        :
                            : Jointly Administered
- - - - - - - - - - - - - - x


**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
FEBRUARY 13, 2009 AT 10:00 A.M. (EASTERN)**

     Set forth below are the matters previously scheduled to
be heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on February
13, 2009 beginning at 10:00 a.m. Eastern.

I.    **RESOLVED MATTERS**

1.    Application of Official Committee of Unsecured Creditors
      of Circuit City Stores, Inc. for Order Under 11 U.S.C.
      Sections 1103 and 327 and Fed. R. Bankr. P. 2014 and
      5002, Authorizing and Approving Retention and
      Employment, Nunc Pro Tunc, of Protiviti, Inc. as
      Financial Advisor (Docket No. 1194)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1196)

      b.    Order Authorizing and Approving the Employment of
            Protiviti, Inc. as Financial Advisor to the
            Official Committee of Unsecured Creditors
            Retroactive to November 18, 2008 (Docket No. 1668)

      c.    Supplemental Verified Statement of Guy A. Davis
            (Docket No. 1812)

      d     Corrected Order Authorizing the Employment of
            Protiviti, Inc. as Financial Advisor to the
            Official Committee of Unsecured Creditors
            Retroactive to November 18, 2008 (Docket No. 1907)

      Objection
      Deadline:      January 9, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         Informal Response of the Debtors

      Status:        This matter has been resolved.

2.    Application of Official Committee of Unsecured Creditors
      of Circuit City Stores, Inc. for an Order Pursuant to
      Sections 328 and 1103 of the Bankruptcy Code and
      Bankruptcy Rule 2014 Authorizing the Retention and
      Employment of Jefferies & Company, Inc. as Financial
      Advisors to the Official Committee of Unsecured
      Creditors Nunc Pro Tunc to November 18, 2008 (Docket No.
      1195)

      Related
      Documents:

     a.    Notice of Motion and Hearing (Docket No. 1196)

     b.    Agreed Order Pursuant to Sections 328 and 1103 of
            the Bankruptcy Code and Bankruptcy Rule 2014
            Authorizing the Retention and Employment of
            Jefferies & Company, Inc. as Financial Advisors to
            the Official Committee of Unsecured Creditors Nunc
            Pro Tunc to November 18, 2008 (Docket No. 1682)

Objection
Deadline:         January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Informal Response of the Debtors

Status:          The Committee will submit a second order.
                This matter has been resolved.

3.    Hagan Properties, Inc.'s Motion to Compel Debtor to
       Immediately Pay Administrative Rent Pursuant to 11
       U.S.C. Section 365(d)(3) and 503(b) and for Related
       Relief; and Memorandum in Support (Docket No. 1602)

Objection
Deadline:         February 6, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           Informal Response of the Debtors

Status:          No hearing is necessary.  The parties
                have resolved this matter.

4.    Motion of Ricmac Equities Corporation to Compel Payment
       of Postpetition Real Estate Taxes and Memorandum of Law
       in Support Thereof (Docket No. 1913)

Related
Documents:

     a.    Notice of Motion and Hearing (Docket No. 1914)
Objection
Deadline:         February 11, 2009 at 4:00 p.m.

Objections/
Responses

```
Filed:          Informal Response of the Debtors

Status:         No hearing is necessary.  The parties
                have resolved this matter.
```

## II.  CONTINUED/ADJOURNED MATTERS

5.  Circuit City Stores, Inc.'s Motion to Dismiss Complaint
    (Docket No. 7) (In re Greystone Data Systems, Inc. v.
    Circuit City Stores, Inc., Adversary No. 08-3150 (KRH))

```
    Related
    Documents:

    a.   Complaint for Declaratory Judgment, Imposition of
         Constructive Trust, and Turnover of Funds Held in
         Trust (Docket No. 1)

    Objection
    Deadline:       February 23, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:          None at the time of filing this agenda.

    Status:         This matter has been adjourned until
                    March 3, 2009 at 10:00 a.m.
```

6.  Motion for Order Under 11 U.S.C. Sections 105, 362 and
    541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
    Notice, Hearing, and Sell-Down Procedures for Trading in
    Equity Securities and Claims Against the Debtors'
    Estates (Docket No. 20)

```
    Related
    Documents:

    a.   Interim Order Under 11 U.S.C. 105, 362 And 541 And
         Fed. R. Bankr. P. 3001 And 3002 Establishing
         Notice, Hearing, And Sell-Down Procedures For
         Trading In Equity Securities And Claims Against The
         Debtors Estates And Setting Hearing (Docket No.
         135)

    Objection
    Deadline:       November 22, 2008 at 4:00 p.m.

    Objections/
```

Responses
Filed:

a.   Informal Response of the Securities Exchange
     Commission

b.   Informal Response of the Official Committee of
     Unsecured Creditors

Status:          This matter has been adjourned until
                 March 3, 2009 at 10:00 a.m.

7.   Navarre Distribution Services, Inc.'s Motion for an
     Order Granting Adequate Protection Pursuant to 11 U.S.C.
     §§ 361 and 363 (Docket No. 958)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 959)

     Objection
     Deadline:        December 18, 2008 at 4:00 p.m., extended
                      for the Debtors until December 19, 2008
                      at 1:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Objection To Navarre Distribution
          Services, Inc.'s Motion For Adequate Protection And
          Response To Limited Objection Of Navarre To
          Debtors' DIP Motion (Docket No. 1126)

     Status:          This matter has been adjourned until
                      March 30, 2009 at 10:00 a.m.

8.   Motion of TomTom, Inc. for an Order Under Sections 105,
     362, and 363 Modifying the Automatic Stay to Permit the
     Exercise of Setoff and/or Recoupment Rights Against the
     Debtors, and Notice of Motion (Docket No. 1052)

     Related
     Documents:

     a.   Amended Notice of Motion and Hearing (Docket No.
          1244)

5

     b.    Reply to the Debtor's Objection to the Motion for an Order Under Sections 105, 362, and 363 Modifying the Automatic Stay to Permit the Exercise of Setoff and/or Recoupment Rights Against the Debtors (Docket No. 1529)

Objection
Deadline:      January 12, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

     a.    Debtors' Objection To Tomtom, Inc.'s Motion For An Order Under Sections 105, 362 And 363 Modifying The Automatic Stay To Permit The Exercise Of Setoff And/Or Recoupment Rights Against The Debtors (Docket No. 1475)

Status:      This matter has been adjourned until March 3, 2009 at 10:00 a.m.

9.    Motion by Engineered Structures, Inc. to Terminate Automatic Stay and Rule 4001(a)-1 Notice (Docket No. 1070)

Related
Documents:

     a.    Corrected Order (Docket No. 1877)

     b.    Order (Docket No. 1895)

Objection
Deadline:      January 9, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

     a.    Debtors' Objection to Engineered Structures, Inc. Motion to Terminate Automatic Stay (Docket No. 1448)

     b.    Reply Brief by Engineered Structures, Inc. in Support of Motion to Terminate Automatic Stay and Rule 4001.2 Notice (Docket No. 1536)

Status:          This matter has been adjourned until
                 March 20, 2009 at 10:00 a.m.

10.    Motion of Motorola Inc. for Allowance and Payment of
       Administrative Expense Claim Pursuant to 11 U.S.C.
       Section 503(b)(9) (Docket No. 1128)

       Related
       Documents:

       a.     Notice of Motion and Hearing (Docket No. 1135)

       b.     Amended Notice of Motion and Hearing (Docket No.
              1242)

       c.     Exhibits to Motion of Motorola Inc. for Allowance
              and Payment of Administrative Expense Claim
              Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
              Nos. 1288, 1289, 1290, 1291, 1292, 1293)

       Objection
       Deadline:        February 6, 2009 at 4:00 p.m., extended
                        for the Debtors until February 24, 2009
                        at 4:00 p.m.

       Objections/
       Responses
       Filed:           None at the time of filing this agenda.

       Status:          This matter has been adjourned until
                        March 3, 2009 at 10:00 a.m.

11.    Motion of General Instrument Corporation Doing Business
       as the Home & Networks Mobility Business of Motorola
       Inc. for Allowance and Payment of Administrative Expense
       Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
       No. 1134)

       Related
       Documents:
       a.     Notice of Motion and Hearing (Docket No. 1136)

       b.     Amended Notice of Motion and Hearing (Docket No.
              1243)

       c.     Notice of Filing Exhibit to Motion (Docket Nos.
              1281, 1282, 1283, 1284, 1285, 1286, 1287)

```
          Objection
          Deadline:     February 6, 2009 at 4:00 p.m., extended
                        for the Debtors until February 24, 2009
                        at 4:00 p.m.

          Objections/
          Responses
          Filed:        None at the time of filing this agenda.

          Status:       This matter has been adjourned until
                        March 3, 2009 at 10:00 a.m.
```

12.   Debtors' Motion for Order Approving Stipulation by and
      among the Debtors and International Business Machines
      Corporation Pursuant to Bankruptcy Code Sections 105 and
      363 and Bankruptcy Rule 9019 (Docket No. 1419)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1420)

      b.    Motion for an Order Setting an Expedited Hearing
            (Docket No. 1421)

      c.    Order Setting an Expedited Hearing (Docket No.
            1709)

```
          Objection
          Deadline:     January 16, 2009 at 10:00 a.m.

          Objections/
          Responses
          Filed:        Informal Response of the Official
                        Committee of Unsecured Creditors

          Status:       This matter has been adjourned until
                        March 3, 2009 at 10:00 a.m.
```

13.   Motion of Plumchoice, Inc. for Relief from the Automatic
      Stay Pursuant to 11 U.S.C. 362(d)(1) to Permit
      Termination of Dispatch Agreement and Request for
      Related Relief Including Approval of Shortened Notice
      Period (Docket No. 1498)

          Objection

Deadline:          January 27, 2009 at 4:00 p.m., extended
                   for the Debtors until February 11, 2009
                   at 7:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Objection to Motion of Plumchoice, Inc.
     for Relief from the Automatic Stay Pursuant to 11
     U.S.C. 362(d)(1) to Permit Termination of Dispatch
     Agreement and Request for Related Relief Including
     Approval of Shortened Notice Period (Docket No.
     2069)

Status:            This matter has been adjourned until
                   February 25, 2009 at 2:00 p.m.

14.   Motion by Chase Bank USA, National Association to Compel
      Rejection of Consumer Credit Card Program Agreement
      Pursuant to 11 U.S.C. § 365(d)(2) and to Obtain Limited
      Relief from the Automatic Stay Pursuant to 11 U.S.C. §
      362(d) (Docket No. 1687)

      Related
      Documents:

      a.   Motion for Expedited Hearing (Docket No. 1688)

      b.   Order Granting Expedited Hearing and Shortened
           Notice Period (Docket No. 1742)

      Objection
      Deadline:          January 27, 2009 at 5:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Debtors' Preliminary Objection to Chase Bank USA,
           National Association's Motion to Compel Rejection
           of Consumer Credit Card Program Agreement Pursuant
           to 11 U.S.C. § 365(d)(2) and to Obtain Relief from
           the Automatic Stay Pursuant to 11 U.S.C. § 362(d)
           (Docket No. 1818)

Status:              This matter has been adjourned to a date
                     and time to be agreed upon by the parties
                     and the Court.

15.   Motion of AOL LLC for Payment of Administrative Expense
      Claim (Docket No. 1760)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1761)

      b.    Corrected Notice of Motion and Hearing (Docket No.
            1776)

      Objection
      Deadline:        February 6, 2009 at 4:00 p.m., extend for
                       the Debtors until February 23, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda.

      Status:          This matter has been adjourned until
                       February 25, 2009 at 2:00 p.m.

16.   Corrected Motion of Platform-A for Payment of
      Administrative Expense Claim (Docket No. 1763)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1757)
      b.    Corrected Notice of Motion and Hearing (Docket No.
            1777)

      Objection
      Deadline:        February 6, 2009 at 4:00 p.m., extend for
                       the Debtors until February 23, 2009 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda.

      Status:          This matter has been adjourned until
                       February 25, 2009 at 2:00 p.m.

17.   Motion of Federal Warranty Services Corporation,
      Sureway, Inc., American Bankers Insurance Company of
      Florida, and United Service Protection, Inc. To Compel
      Assumption Or Rejection Of Agreements Between The
      Assurant Companies And Circuit City Stores, Inc., Or In
      The Alternative Motion For Relief From Stay To Terminate
      Agreements, And Memorandum In Support (Docket Nos. 1794
      and 1813)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket Nos. 1796 and
            1816)

      Objection
      Deadline:        February 11, 2009 at 4:00 p.m. extended
                       for the Debtors until February 20, 2009
                       at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda.

      Status:          This matter has been adjourned until
                       March 3, 2009 at 10:00 a.m.

18.   Motion of Plumchoice, Inc. for Order Directing Debtors
      to Pay Administrative Expenses Pursuant to 11 U.S.C.
      Sections 503(b) and 507(a) and Request for Related
      Relief (Docket No. 1832)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1833)

      b.    Affidavit of Daniel Baker in Support of Motion of
            Plumchoice, Inc. for Order Directing Debtors to Pay
            Administrative Expenses Pursuant to 11 U.S.C.
            Sections 503(b) and 507(a) and Request for Related
            Relief (Docket No. 1942)

      Objection
      Deadline:        February 11, 2009 at 7:00 p.m.

      Objections/

Responses
Filed:

a.      Debtors' Preliminary Objection to Motion of
        Plumchoice, Inc. for Order Directing Debtors to Pay
        Administrative Expenses Pursuant to 11 U.S.C.
        Sections 503(b) and 507(a) and Request for Related
        Relief (Docket No. 2068)

Status:          This matter has been adjourned until
                 February 25, 2009 at 2:00 p.m.

19.  Motion of D.L. Peterson Trust as Assignee of PHH Vehicle
     Management Services, LLC to Compel Rejection of Lease
     Agreements and for Relief from the Automatic Stay
     (Docket Nos. 1956 and 1969)

     Related
     Documents:

     a.      Motion for Expedited Hearing and to Shorten
             Objection Deadline (Docket No. 1957)

     b.      Order Granting Motion to Expedite (Docket No. 2024)

     Objection
     Deadline:        February 11, 2009 at 5:00 p.m., extended
                      for the Debtors until February 16, 2009
                      at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda.

     Status:          This matter has been adjourned until
                      February 17, 2009 at 10:00 a.m.

**III.   UNCONTESTED MATTERS GOING FORWARD**

20.  Debtors' Motion for Orders Pursuant to Bankruptcy Code
     Sections 105, 363 and 364 (I)(A) Approving Procedures in
     Connection with Sale of All or Substantially All of the
     Business or Additional Post-petition Financing for the
     Business, (B) Authorizing Debtors to Enter into Stalking
     Horse or Financing Agreements in Connection with Going
     Concern Transactions or Stalking Horse Agreements in
     Connection with Store Closing and Miscellaneous Asset
     Sales, (C) Approving the Payment of Termination Fees in

Connection Therewith, and (D) Setting Auction and
Hearing Dates, (II) Approving Sale of Debtors' Assets
Free and Clear of All Interests, and (III) Granting
Related Relief (Docket No. 1423)

Related
Documents:

a.    Amended Order (1) Approving Sale Of Aircraft Free
      And Clear Of All Liens, Claims, Interests And
      Encumbrances; And (2) Granting Related Relief
      (Docket No. 1740)

Objection
Deadline:        January 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Limited Objection of Henrico County, Virginia to
      Debtors' Motion for Orders Approving Sale of
      Debtors' Assets Free and Clear of All Interests and
      Related Relief (Docket No. 1572)

Status:          The limited objection has been resolved
                 by separate stipulation.  The Debtors
                 will be presenting a further amended
                 order to approve an amendment to the
                 underlying aircraft purchase agreement.

21.  Debtors' Motion for Order Pursuant to Bankruptcy Code
     Section 105 and Bankruptcy Rule 9019 Approving Agreement
     between Debtors and Verizon Corporate Services Group,
     Inc. (Docket No. 1452)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 1453)

     Objection
     Deadline:        January 22, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda.

13

Status:          This matter is going forward.

22.  Debtors' Motion for an Order Under 11 U.S.C. Section
     105(a) and Fed. R. Bankr. P. 9006(b) Extending the Time
     Period Within Which the Debtors May Remove Actions
     Pursuant to 11 U.S.C. Section 1452 and Fed. R. Bankr. P.
     9027 (Docket No. 1926)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1927)

     b.   Bridge Order Granting Debtors' Motion (Docket No.
          2022)
     Objection
     Deadline:      February 11, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Objection by Phillip S. Allen to Debtors' Motion
          (Docket No. 2113)

     Status:          This matter is going forward.

23.  Debtors' Motion for Orders Pursuant to Bankruptcy Code
     Sections 105 and 363 and Bankruptcy Rule 6004(I)
     Approving Procedures in Connection with Sale of Excluded
     Defective Inventory, (II) Approving Sale of Such
     Inventory Free and Clear of all Interests and (III)
     Granting Related Relief (Docket No. 1944)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1945)
     Objection
     Deadline:      February 11, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda.

     Status:          This matter is going forward.

24.  Debtors' Motion for Order Shortening Notice Period and

Limiting Notice of Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 (A) Authorizing Debtors to Enter into Agreement in Connection with Sale of Aircraft, Subject to Higher or Otherwise Better Bids, (B) Approving Sale of Aircraft Free and Clear of all Interests, and (C) Granting Related Relief (Docket No. 1950)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1951)

Objection
Deadline:       February 11, 2009 at 4:00 p.m.
Objections/
Responses
Filed:          None at the time of filing this agenda.

Status:         This matter is going forward.

25.  Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 (A) Authorizing Debtors to Enter into Agreement in Connection with Sale of Aircraft, Subject to Higher or Otherwise Better Bids, (B) Approving Sale of Aircraft Free and Clear of all Interests, and (C) Granting Related Relief (Docket No. 1948)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 1949)

b.   Debtors' Motion for Order Shortening Notice Period and Limiting Notice (Docket No. 1950)

Objection
Deadline:       February 11, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          None at the time of filing this agenda.

Status:         The Debtors have received competing bids and held an auction on February 12, 2009. This matter is going forward.

**IV.    CONTESTED MATTERS**

26.  Notice of Wayne VF, LLC and Vornado Realty Trust of
     Hearing and Motion for Relief from Automatic Stay,
     (Docket No. 1710)

     Related
     Documents:

     a.   Amended Notice of Hearing (Docket No. 1747)

     Objection
     Deadline:       February 11, 2009 at 4:00 p.m.
     Objections/
     Responses
     Filed:

     a.   Debtors' Response and Objection to Wayne VF, LLC
          and Vornado Realty Trust's Motion for Relief from
          Automatic Stay with Supporting Memorandum of Law,
          (Docket No. 2070)

     Status:         This matter is going forward as a
                     preliminary hearing.

27.  Creditor Satchidananda Mim's Motion for Relief from the
     Automatic Stay and Notice of Hearing (Docket No. 1822)

     Related
     Documents:

     a.   Amended Notice of Motion and Hearing (Docket No.
          1867)

     Objection
     Deadline:       February 11, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Response And Objection To Satchidananda
          Mim's Motion For Relief From Automatic Stay To
          Complete Pending California State Litigation
          (Docket No. 1986)

      b.    Creditor Satchidananda Mim's Reply Memorandum of
Points and Authorities in Further Support of Motion
for Relief From Stay (Docket No. 2043)

Status:        This matter is going forward as a
preliminary hearing.

28.  Amended Motion of Lexar Media, Inc. for Relief from the
Automatic Stay to Permit Termination of Consignment
Agreement and for Entry of an Order Directing Debtors to
Reject Consignment Agreement (Docket No. 1874)

Related
Documents:

      a.    Emergency Motion of Lexar Media, Inc. for Relief
from the Automatic Stay to Permit Termination of
Consignment Agreement and for Entry of an Order
Directing Debtors to Reject Consignment Agreement,
(Docket No. 1788)

      b.    Motion for Expedited Hearing on Emergency Motion
(Docket No. 1790)

      c.    Notice of Amended Motion and Hearing (Docket No.
1875)

Objection
Deadline:     February 11, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

      a.    Debtors' Objection to Amended Motion of Lexar
Media, Inc. for Relief from the Automatic Stay to
Permit Termination of Consignment Agreement and for
Entry of an Order Directing Debtors to Reject
Consignment Agreement (Docket No. 2066)

Status:        This matter is going forward.

29.  Debtors' Motion for Order Under 11 U.S.C. Sections 105
and 363 Approving Procedures to Sell Certain
Miscellaneous Assets Free and Clear of All Interests
without Further Order of Court (Docket No. 1922)

Related

Documents:

a.    Notice of Motion and Hearing (Docket No. 1924)

Objection
Deadline:        February 11, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Limited Objection Of Plumchoice, Inc. To Debtors'
      Motion For Order Under 11 U.S.C. §§ 105 And 363
      Approving Procedures To Sell Certain Miscellaneous
      Assets Free And Clear Of All Interests Without
      Further Order Of Court (Docket No. 2050)

b.    Objection of Citrus Park CC, LLC, to Debtors'
      Motion for Order Under 11 U.S.C. Sections 105 and
      363 Approving Procedures to Sell Certain
      Miscellaneous Assets Free and Clear of All
      Interests without Further Order of Court (Docket
      No. 2056)

Status:          This matter is going forward.

30.   Debtors' Motion for Orders Under Bankruptcy Code
      Sections 105, 363, and 365 (I) Approving Bidding and
      Auction Procedures for Sale of Unexpired Nonresidential
      Real Property Leases, (II) Setting Sale Hearing Dates
      and (III) Authorizing and Approving (A) Sale of Certain
      Unexpired Nonresidential Real Property Leases Free and
      Clear of All Interests, (B) Assumption and Assignment of
      Certain Unexpired Nonresidential Real Property Leases
      and (C) Lease Rejection Procedures (Docket No. 1946)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1947)
      b.    Notice of Filing of Exhibits 2 and 3 to Proposed
            Form of Order (Docket No. 1989)

      c.    Revised Exhibit 3 to Proposed Form of Order (Docket
            No. 2003)

      Objection

18

Deadline:          February 11, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Limited Objection of Carousel Center Company, L.P.,
     Sangertown Square, L.L.C., Crossgates Commons
     NewCo, LLC and Fingerlakes Crossing, LLC to
     Debtors' Motion (Docket No. 2038)

Status:            This objection is going forward.

b.   Limited Objection Of Ronus Meyerland Plaza, L.P.
     And Johnson City Crossing, L.P. To Debtors' Motion
     (Docket No. 2044)

Status:            This objection is going forward.

c.   Objection of Inland Southwest Management LLC,
     Inland American Retail Management LLC, Inland US
     Management LLC, Inland Pacific Property Services
     LLC, Inland Commercial Property Management, Inc.,
     And Inland Continental Property Management Corp. To
     Debtors' Motion (Docket No. 2048)

Status:            This objection is going forward.

d.   Joint Objection by Certain Landlords to Debtors'
     Motion Docket No. (Docket No. 2049)

Status:            This objection is going forward.

e.   Joinder of Congressional North Associates Limited
     Partnership to Limited Objection to Debtors' Motion
     Docket No. (Docket No. 2051)

Status:            This objection is going forward.

f.   Limited Objection of Cardinal Court, LLC, Colonial
     Heights Holdings, LLC, and DEV Limited Partnership
     (the "Objecting Landlords")   to Debtors' Motion
     (Docket No. 2052)

Status:            This objection is going forward.

g.   502-12 86th Street, LLC, Cottonwood Corners – Phase
     V, LLC and Woodlawn Trustees, Incorporated's

Joinder to Limited Objection to the Debtors' Motion
(Docket No. 2053)

Status:          This objection is going forward.

h.    Limited Objection of Ray Mucci's Inc., Route 146
      Millbury, LLC, Interstate Augusta Properties, LLC,
      E & A Northeast Limited Partnership, and NPP
      Development to Debtors' Motion (Docket No. 2054)

Status:          This objection is going forward.

i.    TSA Stores, Inc.'s Objection to Debtors' Motion
      (Docket No. 2055)

Status:          This objection is going forward.

j.    Limited Objection of T.J. Maxx of CA, LLC to
      Debtors' Motion (Docket No. 2058)

Status:          This objection is going forward.

k.    Joinder of Annapolis Plaza LLC to Limited Objection
      to Debtors' Motion (Docket No. 2061)

Status:          This objection is going forward.

l.    Limited Objection of Schottenstein Property Group,
      Inc. to Debtors' Motion (Docket No. 2062)

Status:          This objection is going forward.

m.    Objection of Ricmac Equities Corporation to Motion
      of Debtors for Orders Approving Bidding and Auction
      Procedures, Setting Sale Hearing Dates, and
      Approving Sale of Certain Leases, Assumption and
      Assignment of Certain Leases, and Lease Rejection
      Procedures (Docket No. 2065)

Status:          This objection is going forward.

n.    Objection of CC-Investors 1995-6 et al to Debtors'
      Motion (Docket No. 2073)

Status:          This objection is going forward.

o.    Limited Objection of Archon Group, L. P. to
      Debtors' Motion (Docket No. 2078)

20

Status:          This objection is going forward.

p.    Objection of Bear Valley Road Partners, LLC, Laguna
      Gateway Phase 2, LP< Manteca Stadium Park, L.O.,
      OTR-Clairemont Square and Sweetwater Associates, L.
      P. to Debtors' Motion(Docket No. 2080)

Status:          This objection is going forward.

q.    Objection of Developers Diversified Realty
      Corporation, General Growth Properties, Inc.,
      Weingarten Realty Investors, Basser-Kaufman, Inc.,
      Philips International Holding Corp., Jones Lang
      LaSalle Americas, Inc., Continental Properties
      Company, Inc., and Benderson Development Company,
      LLC to Debtors' Motion (Docket No. 2084)

Status:          This objection is going forward.

General Status:          This matter is going forward.

Dated: February 13, 2009      SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia     FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                       – and –

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              333 West Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                       – and –

                              MCGUIREWOODS LLP

                                /s/ Douglas M. Foley          .
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

\7600516.2