Gordon S. Woodward, Esquire (Va. Bar No. 42449)
Schnader Harrison Segal & Lewis, LLP
750 9th Street, N.W.
Washington, D.C. 20006
Phone: 202-419-4215
Facsimile: 202-419-3454

Attorneys for Commerce Technologies, Inc.

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH |
| | Jointly Administered |
| Debtors. | Judge Kevin R. Huennekens |

### ORDER GRANTING MOTION FOR ADMISSION
### *PRO HAC VICE* OF MICHAEL J. BARRIE

This matter came before the Court upon the Motion for Admission *Pro Hac Vice* of Michael J. Barrie (the "Motion") filed by Gordon S. Woodward, seeking admission *pro hac vice* for Michael J. Barrie, of the law firm of Schnader Harrison Segal & Lewis, LLP, in the above-captioned bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E).  After review of the Motion and statements therein, the court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Michael J. Barrie be authorized to practice *pro hac vice* before the Court in this Bankruptcy Case, and it is hereby

ORDERED as follows:

1.   The Motion be and hereby is granted.

2.   Michael J. Barrie, of the law firm of Schnader Harrison Segal & Lewis LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Commerce Technologies, Inc.

ENTERED:

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Gordon S. Woodward
Gordon S. Woodward, Esquire (Va. Bar No. 42449)
Schnader Harrison Segal & Lewis, LLP
750 9th Street, N.W.
Washington, D.C.  20006
Phone:  202-419-4215
Facsimile:  202-419-3454

## Rule 9022-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Gordon S. Woodward
Movant