**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

In re:

CIRCUIT CITY STORES, INC. et al.,        Case No. 08-35653-KRH
                                          Chapter 11
Debtors.                                  Jointly Administered

**LIMITED OBJECTION OF ORACLE USA, INC. TO DEBTORS' MOTION FOR
ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 363 (I)
AUTHORIZING DEBTORS TO ENTER INTO AN AGREEMENT IN CONNECTION
WITH SALE OF FURNITURE, FIXTURES AND EQUIPMENT, SUBJECT TO HIGHER
OR OTHERWISE BETTER PROPOSAL; (II) APPROVING SALE OF FURNITURE,
FIXTURES AND EQUIPMENT FREE AND CLEAR OF ALL INTERESTS; AND (III)
GRANTING RELATED RELIEF (DOCKET ENTRY #2004)**

Oracle USA, Inc., as successor in interest to Oracle Corporation, PeopleSoft, Inc., BEA Systems, Inc. and Retek Information Systems, Inc. (collectively, "Oracle"), hereby objects to the Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 (I) Authorizing Debtors to Enter into an Agreement in Connection with Sale of Furniture, Fixtures and Equipment, Subject to Higher or Otherwise Better Proposal; (II) Approving Sale of Furniture, Fixtures and Equipment Free and Clear of All Interests; and (III) Granting Related Relief (Docket Entry #2004) (the "Motion") upon the following grounds:

Roy M. Terry, Jr. VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
804-775-6900
804-775-6911
Local Counsel for Oracle USA, Inc.

1.      On or about November 10, 2008, Circuit City Stores, Inc. ("Circuit City") and certain additional related and affiliated entities (collectively, the "Debtors") filed voluntary petitions under chapter 11 of the Bankruptcy Code, Title 11, United States Code, in the United States Bankruptcy Court for the Eastern District of Virginia (the "Court").

2.      The Debtors are in possession of their respective estates as debtors in possession, pursuant to 11 U.S.C. §§1107 and 1108.

3.      A committee of unsecured creditors has been appointed by the Office of the United States Trustee.

4.      This is an objection to a motion filed by the Debtors and is a contested matter. The Court has jurisdiction to hear and decide the Motion and Oracle's objection thereto (the "Objection") pursuant to 28 U.S.C. §§157 and 1334. It is a core proceeding, pursuant to 28 U.S.C. §157(b)(2)(A), (M) and (N).

5.      On January 16, 2009, the Court authorized the Debtors to conduct going out of business sales at its remaining stores, pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture (the "Agent"). The GOB sales are currently underway.

6.      Oracle and one or more of the Debtors are parties to various software licensing agreements that govern Oracle's provision of software products, program updates, and technical support (the "Agreements"). The Agreements include, but may not be limited to, that certain Software License and Services Agreement, dated as of November 25, 1994, between Oracle Corporation and Circuit City, that certain Software End User License Agreement and Services Agreement, dated as of September 9, 1996, between PeopleSoft, Inc. and Circuit City, that

2

certain Software License Agreement, dated as of April 19, 2002, between BEA Systems, Inc. and Circuit City, and that certain Software License Agreement, dated as of June 28, 2005, between Retek Information Systems, Inc. and Circuit City (and all amendments, supplements and addendums to each of the Agreements).

7.  Through the Motion, the Debtors seek authorization to enter into the FF&E Agreement with the FF&E Agent in connection with the sale of the FF&E (as these term is defined in the motion), and approval of the sale of the FF&E.

8.  In the Motion, the Debtors identify the offices and centers at which the FF&E is located, but fail to describe the FF&E with any particularity. The FF&E proposal, attached as Exhibit A to the Motion, references the liquidation of warehouse equipment, electronics and office equipment.

9.  The Motion does not state specifically that the FF&E includes computers, servers, or other hardware on which Oracle's licensed software may reside. However, because this point is unclear, and the Motion fails to exclude computers or servers, Oracle is compelled to object to the Motion to ensure that all Oracle licensed software will be removed from any equipment that contains Oracle licensed software.

10. Oracle is currently attempting to reach a resolution with the Debtors. However, given the expedited nature of the Motion, Oracle is filing this Objection in order to preserve its rights and to prevent the unauthorized transfer of its software, whether by the Debtors', or the FF&E Agent's, intentional or unintentional acts. Such a transfer would be prohibited by the Agreements, and would constitute a violation of Debtors' obligations thereunder.

11. For all of the good and proper reasons set forth above, Oracle respectfully requests that the Court deny the Motion, to the extent that it seeks to sell computers, servers, or other hardware on which Oracle licensed software may reside unless the Debtors confirm that all Oracle licensed software will be scrubbed, deleted, or otherwise removed.

/s/ Roy M. Terry, Jr.
Roy M. Terry, Jr. VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
600 E. Main Street, 20th Floor
Richmond, Virginia 23219
804-775-6900
804-775-6911
Local Counsel for Oracle USA, Inc.

and

Shawn M. Christianson (CA Bar No. 114707)
Craig C. Chiang (CA Bar No. 209602)
Buchalter Nemer, A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Phone: (415)227-0900
Fax: (415) 227-0770
Email: cchiang@buchalter.com

## CERTIFICATE OF SERVICE

I hereby certify on this 13th day of February, 2009, a true copy of the foregoing Objection was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

circuitcityservice@mcguirewoods.com

project.circuitcity@skadden.com


    /s/ Roy M. Terry, Jr.