Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x
```

## DEBTORS' FIRST OMNIBUS OBJECTION TO
## (I) CERTAIN  DUPLICATIVE 503(b)(9) CLAIMS AND
## (II) CERTAIN AMENDED 503(b)(9) CLAIMS

The debtors and debtors in possession in the above-
captioned cases (collectively, the "Debtors")[1], hereby file
their First Omnibus Objection to (i) Certain Duplicative
503(b)(9) Claims and (ii) Certain Amended 503(b)(9) Claims
(the "Objection"), and hereby move this Court, pursuant to
section 502 of title 11 of the United States Code, 11 U.S.C.
§§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule
3007 of the Federal Rules of Bankruptcy Procedure (the
"Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for
an order, the proposed form of which is attached hereto as
Exhibit A, granting  the relief sought by this Objection,
and in support thereof states as follows:

---

[1]     The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC. (n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031.  For all other Debtors, the address is 9950
Mayland Drive, Richmond, Virginia 23233.

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief requested herein are Bankruptcy Code section 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

5.   On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. §156(c).

6.   On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

## APPLICABLE AUTHORITY

7.   Pursuant to section 502(a) of the Bankruptcy Code, any claim for which a proof of claim has been filed shall be deemed allowed unless a party in interest objects.  If an objection is filed, the Court, upon notice and a hearing, shall determine the proper and appropriate amount of such claim.  See 11 U.S.C. § 502(b).

## OBJECTIONS TO CLAIMS

8.   As more particularly described herein, the Debtors seek in this Objection the disallowance of certain duplicative and amended claims filed pursuant to section

4

503(b)(9) of the Bankruptcy Code, all as further described herein and pursuant to the form of order attached hereto as Exhibit A.

9.   The claims that are the subject of this Objection may be the subject to additional subsequently filed objections.

10.   The Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds.  The Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

11.   Attached as Exhibit B is an alphabetical listing of all claimants included in this Objection, with a cross-reference by claim number, and the exhibit upon which the claimant's claim is located.  See Rule 3007(e)(1) and (2).

### A.   DUPLICATIVE CLAIMS

12.   Exhibit C contains a list of claims that were filed by creditors who filed two (2) or more proofs of claim against the same Debtor, in the same amount, and with the same classification (i.e., 11 U.S.C. § 503(b)(9)) (the "Duplicate Claims").

13.   The Debtors object to the Duplicate Claims

because, among other reasons, the amounts and basis of the

Duplicative Claims are also set forth in another claim filed

by the same claimant.  Such repetitive claims should be

disallowed.  The Duplicate Claims listed on Exhibit C under

"Claim To Be Disallowed" should be disallowed for all

purposes in these bankruptcy cases.  The claims listed under

"Surviving Claim" on Exhibit C (the "Surviving Claims")

shall remain in effect and are not affected by this

Objection; provided, however, that such Surviving Claims may

be the subject of a separate objection subsequently filed

hereinafter.

14.  The Debtors reserve the right to object to the

Duplicate Claims and the Surviving Claims on any other

grounds at any time.

### B.   AMENDED CLAIMS

15.  Exhibit D contains a list of claims that have been

rendered moot by the claimant filing a subsequent "amending"

claim that supersedes the claim listed on Exhibit D (the

"Amended Claims").

16.  The Debtors object to the Amended Claims because,

among other reasons, the same claimant subsequently filed an

amended claim, the amounts and basis of which are the

subject of the Amended Claims.  Such repetitive claims

should be disallowed.  The Amended Claims listed on Exhibit
D under "Claim To Be Disallowed" should be disallowed for
all purposes in these bankruptcy cases.  The claims listed
under "Surviving Claim" on Exhibit D (the "Surviving
Claims") shall remain in effect and are not affected by this
Objection; provided, however, that such Surviving Claims may
be the subject of a separate objection subsequently filed
hereinafter.

17.  The Debtors reserve the right to object to the
Amended Claims and the Surviving Claims on any other grounds
at any time.

**NOTICE AND PROCEDURE**

18.  Notice of this Objection has been provided to all
claimants with claims that are the subject to this Objection
as identified on Exhibit C and Exhibit D (the "Claimants"),
respectively, and to parties-in-interest in accordance with
the Court's Order Pursuant to Bankruptcy Code Sections 102
and 105, Bankruptcy Rules 2002 and 9007, and Local
Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain
Notice, Case Management and Administrative Procedures
(Docket No. 130) (the "Case Management Order").  The Debtors
submit that the following methods of service upon the
Claimants should be deemed by the Court to constitute due

and sufficient service of this Objection: (a) service in
accordance with Federal Rule of Bankruptcy Procedure 7004
and the applicable provisions of Federal Rule of Civil
Procedure 4; (b) to the extent counsel for a Claimant is not
known to the Debtors, by first class mail, postage prepaid,
on the signatory of the Claimant's proof of claim form or
other representative identified in the proof of claim form
or any attachment thereto; or (c) by first class mail,
postage prepaid, on any counsel that has appeared on the
Claimant's behalf in the Debtors' bankruptcy cases.   The
Debtors are serving the Claimant with this Objection and the
Exhibit(s) on which the Claimant's claim is listed.

19.   To the extent any Claimant timely files and
properly serves a response to this Objection by **March 18,
2009** as required by the Case Management Order and under
applicable law, and the parties are unable to otherwise
resolve the Objection, the Debtors request that the Court
conduct a status conference with respect to any such
responding claimant at the March 30, 2009 Omnibus Hearing
date, and thereafter schedule the matter for a future
hearing as to the merits of such claim.   However, to the
extent any Claimant fails to timely file and properly serve
a response to this Objection as required by the Case

Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, disallowing such Claimant's claim in its entirety for all purposes in these bankruptcy cases.

## <u>WAIVER OF MEMORANDUM OF LAW</u>

20.   Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## <u>NO PRIOR RELIEF</u>

21.   No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia
       February 13, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x
```

## ORDER SUSTAINING DEBTORS' FIRST OMNIBUS OBJECTION TO (I) CERTAIN DUPLICATIVE 503(b)(9) CLAIMS AND (II) CERTAIN AMENDED 503(b)(9) CLAIMS

THIS MATTER having come before the Court on the

Debtors' First Omnibus Objection to (i) Certain Duplicative

Claims and (ii) Certain Amended Claims (the "Objection"),

which requested, among other things, that the claims

specifically identified on the Exhibits C and D attached to

the Objection be disallowed in their entirety and for all

purposes in these bankruptcy cases for those reasons set

forth in the Objection; and it appearing that due and proper

notice and service of the Objection as set forth therein was

good and sufficient and that no other further notice or

service of the Objection need be given; and it further

appearing that no response was timely filed or properly

served by the Claimants being affected by this Order; and it

appearing that the relief requested on the Objection is in

the best interest of the Debtors, their estates and

creditors and other parties-in-interest; and after due

deliberation thereon good and sufficient cause exists for

the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A – Duplicative

Claims as attached hereto and incorporated herein, are

forever disallowed in their entirety for all purposes in

these bankruptcy cases.

3.    The Claims identified on Exhibit B – Amended

Claims as attached hereto and incorporated herein, are

forever disallowed in their entirety for all purposes in

these bankruptcy cases.


Dated: Richmond, Virginia
       March ____, 2009


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        _/s/ Douglas M. Foley_____
                        Douglas M. Foley


\7520167.1


4

Exhibit B - Claimants And Related Claims Subject To First Omnibus Objection To 503(b)(9) Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ARNEL COMPRESSOR CO | 664 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| AUDIOVOX CORPORATION | 1120 | EXHIBIT D - AMENDED 503(b)(9) CLAIMS |
| BETHESDA SOFTWORKS LLC | 1244 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| BISSELL HOMECARE INC | 1277 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| CHATTANOOGA PUBLISHING CO INC | 2678 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| CHECKPOINT SYSTEMS INC & CHECKPOINT SYSTEMS INC DBA ALPHA SECURITY PRODUCTS | 4545 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| COCA COLA ENTERPRISES INC | 952 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| D LINK SYSTEMS INC | 1259 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| DAILY PROGRESS, THE | 863 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| EXCEL BEST INDUSTRIES LIMITED | 701 | EXHIBIT D - AMENDED 503(b)(9) CLAIMS |
| EXPEDITER SERVICES INC | 419 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| FUJIFILM USA INC | 512 | EXHIBIT D - AMENDED 503(b)(9) CLAIMS |
| FUJIFILM USA INC | 52 | EXHIBIT D - AMENDED 503(b)(9) CLAIMS |
| GENERAL INSTRUMENT CORPORATION DBA HOME & NETWORKS MOBILITY BUSINESS OF MOTOROLA INC | 2051 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| GREENE COUNTY DEPARTMENT OF PUBLIC WOR | 1090 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| GREENE COUNTY SANAITARY DEPT | 1211 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| HERNANDO COUNTY | 888 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| KRON TV | 2676 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| MOTOROLA INC | 2052 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| NEW JORDAN LANES INC, THE | 992 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| OMNIMOUNT SYSTEMS INC | 1366 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| RETAIL MDS INC | 632 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| SDI TECHNOLOGIES INC | 401 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| SONY ELECTRONICS INC | 1052 | EXHIBIT D - AMENDED 503(b)(9) CLAIMS |
| SONY ELECTRONICS INC | 1266 | EXHIBIT D - AMENDED 503(b)(9) CLAIMS |
| T&T ENTERPRISES LP | 207 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| TELECO INC | 2375 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| UNIVERSAL PROTECTION SERVICE | 474 | EXHIBIT D - AMENDED 503(b)(9) CLAIMS |
| US SIGNS INC | 1352 | EXHIBIT D - AMENDED 503(b)(9) CLAIMS |
| WARNER HOME VIDEO A DIVISION OF WARNER HOME ENTERTAINMENT INC | 911 | EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS |
| WIRELESS SOLUTIONS LLC | 137 | EXHIBIT D - AMENDED 503(b)(9) CLAIMS |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

First Omnibus Objection To 503(b)(9) Claims

### EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS

| CLAIM TO BE DISALLOWED | SURVIVING CLAIM |
|---|---|
| Claim: 664 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>ARNEL COMPRESSOR CO<br>114 N SUNSET AVE<br>CITY OF INDUSTRY, CA 91744<br>Secured:<br>Priority:<br>Administrative: $327.99<br>Unsecured:<br>Total: $327.99 | Claim: 1495 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>ARNEL COMPRESSOR CO<br>114 N SUNSET AVE<br>CITY OF INDUSTRY, CA 91744<br>Secured:<br>Priority:<br>Administrative: $327.99<br>Unsecured:<br>Total: $327.99 |
| Claim: 1244 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>BETHESDA SOFTWORKS LLC<br>1370 PICCARD DR NO 120<br>ROCKVILLE, MD 20850<br>Secured:<br>Priority:<br>Administrative: $3,838,606.40<br>Unsecured:<br>Total: $3,838,606.40 | Claim: 1861 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/22/2008<br>Creditor's Name and Address:<br>BETHESDA SOFTWORKS LLC<br>1370 PICCARD DR NO 120<br>ROCKVILLE, MD 20850<br>Secured:<br>Priority:<br>Administrative: $3,838,606.40<br>Unsecured:<br>Total: $3,838,606.40 |
| Claim: 1277 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>BISSELL HOMECARE INC<br>2345 WALKER RD<br>GRAND RAPIDS, MI 49544<br>Secured:<br>Priority:<br>Administrative: $48,916.54<br>Unsecured:<br>Total: $48,916.54 | Claim: 1293 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>BISSELL HOMECARE INC<br>2345 WALKER RD<br>GRAND RAPIDS, MI 49544<br>Secured:<br>Priority:<br>Administrative: $48,916.54<br>Unsecured:<br>Total: $48,916.54 |
| Claim: 2678 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>CHATTANOOGA PUBLISHING CO INC<br>PO BOX 190<br>RETAIL ADVERTISING<br>CHATTANOOGA, TN 37401<br>Secured:<br>Priority:<br>Administrative: $15,168.96<br>Unsecured:<br>Total: $15,168.96 | Claim: 757 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/12/2008<br>Creditor's Name and Address:<br>CHATTANOOGA PUBLISHING CO INC<br>PO BOX 190<br>RETAIL ADVERTISING<br>CHATTANOOGA, TN 37401<br>Secured:<br>Priority:<br>Administrative: $15,168.96<br>Unsecured:<br>Total: $15,168.96 |
| Claim: 4545 — Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Date Filed: 01/20/2009<br>Creditor's Name and Address:<br>CHECKPOINT SYSTEMS INC & CHECKPOINT SYSTEMS INC DBA ALPHA SECURITY PRODUCTS<br>101 WOLF DR<br>THOROFARE, NJ 08086<br>Secured:<br>Priority:<br>Administrative: $108,797.44<br>Unsecured:<br>Total: $108,797.44 | Claim: 915 — Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>CHECKPOINT SYSTEMS INC & CHECKPOINT SYSTEMS INC DBA ALPHA SECURITY PRODUCTS<br>101 WOLF DR<br>THOROFARE, NJ 8086<br>Secured:<br>Priority:<br>Administrative: $108,797.44<br>Unsecured:<br>Total: $108,797.44 |

In re: Circuit City Stores, Inc, et al.

First Omnibus Objection To 503(b)(9) Claims

Case No. 08-35653-KRH

### EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS

| CLAIM TO BE DISALLOWED | SURVIVING CLAIM |
|---|---|
| Claim: 952 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>COCA COLA ENTERPRISES INC<br>C O RICHARD W STITELER<br>521 LAKE KATHY DR<br>BRANDON, FL 33510-2010<br>Secured:<br>Priority:<br>Administrative: $208,875.36<br>Unsecured:<br>Total: $208,875.36 | Claim: 1022 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>COCA COLA ENTERPRISES INC<br>C O RICHARD W STITELER<br>521 LAKE KATHY DR<br>BRANDON, FL 33510-2010<br>Secured:<br>Priority:<br>Administrative: $208,875.36<br>Unsecured:<br>Total: $208,875.36 |
| Claim: 1259 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>D LINK SYSTEMS INC<br>17595 MT HERRMANN ST<br>FOUNTAIN VALLEY, CA 92709<br>Secured:<br>Priority:<br>Administrative: $1,041,711.25<br>Unsecured:<br>Total: $1,041,711.25 | Claim: 913 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>D LINK SYSTEMS INC<br>NANCY LEMM<br>17595 MT HERRMANN ST<br>FOUNTAIN VALLEY, CA 92708<br>Secured:<br>Priority:<br>Administrative: $1,041,711.25<br>Unsecured:<br>Total: $1,041,711.25 |
| Claim: 863 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>DAILY PROGRESS, THE<br>PO BOX 25819<br>RICHMOND, VA 23260-5819<br>Secured:<br>Priority:<br>Administrative: $16,323.45<br>Unsecured:<br>Total: $16,323.45 | Claim: 1187 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/15/2008<br>Creditor's Name and Address:<br>DAILY PROGRESS, THE<br>PO BOX 25819<br>RICHMOND, VA 23260-5819<br>Secured:<br>Priority:<br>Administrative: $16,323.45<br>Unsecured:<br>Total: $16,323.45 |
| Claim: 419 — Debtor: CIRCUIT CITY STORES PR, LLC (08-35660)<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>EXPEDITER SERVICES INC<br>URB LOS COLOBOS PARK<br>618 ALMENDRO ST<br>CAROLINA, PR 987<br>Secured:<br>Priority:<br>Administrative: $3,635.50<br>Unsecured:<br>Total: $3,635.50 | Claim: 937 — Debtor: CIRCUIT CITY STORES PR, LLC (08-35660)<br>Date Filed: 12/16/2008<br>Creditor's Name and Address:<br>EXPEDITER SERVICES INC<br>URB LOS COLOBOS PARK<br>618 ALMENDRO ST<br>CAROLINA, PR 987<br>Secured:<br>Priority:<br>Administrative: $3,635.50<br>Unsecured:<br>Total: $3,635.50 |
| Claim: 2051 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/22/2008<br>Creditor's Name and Address:<br>GENERAL INSTRUMENT CORPORATION<br>DBA HOME & NETWORKS MOBILITY<br>BUSINESS OF MOTOROLA INC<br>101 TOURNAMENT DR<br>HORSHAM, PA 19044<br>Secured:<br>Priority:<br>Administrative: $85,321.74<br>Unsecured:<br>Total: $85,321.74 | Claim: 1321 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/19/2008<br>Creditor's Name and Address:<br>GENERAL INSTRUMENT CORPORATION DBA<br>THE HOME & NETWORKS MOBILITY<br>BUSINESS OF MOTOROLA INC<br>101 TOURNAMENT DR<br>HORSHAM, PA 19044<br>Secured:<br>Priority:<br>Administrative: $85,321.74<br>Unsecured:<br>Total: $85,321.74 |

In re: Circuit City Stores, Inc, et al.

First Omnibus Objection To 503(b)(9) Claims

Case No. 08-35653-KRH

EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS

| CLAIM TO BE DISALLOWED | | | SURVIVING CLAIM | | |
|---|---|---|---|---|---|
| Claim: 1090 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1214 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/15/2008 | Secured: | | Date Filed: 12/17/2008 | Secured: | |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: | |
| GREENE COUNTY DEPARTMENT OF PUBLIC WOR | Administrative: | $167.29 | GREENE COUNTY SANAITARY DEPT | Administrative: | $167.29 |
| 667 DAYTON XENIA RD | Unsecured: | | 667 DAYTON XENIA RD | Unsecured: | |
| XENIA, OH 45385-2665 | | | XENIA, OH 45385-2665 | | |
| | Total: | $167.29 | | Total: | $167.29 |
| Claim: 1211 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1214 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/17/2008 | Secured: | | Date Filed: 12/17/2008 | Secured: | |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: | |
| GREENE COUNTY SANAITARY DEPT | Administrative: | $167.29 | GREENE COUNTY SANAITARY DEPT | Administrative: | $167.29 |
| 667 DAYTON XENIA RD | Unsecured: | | 667 DAYTON XENIA RD | Unsecured: | |
| XENIA, OH 453852665 | | | XENIA, OH 45385-2665 | | |
| | Total: | $167.29 | | Total: | $167.29 |
| Claim: 888 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1706 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/10/2008 | Secured: | | Date Filed: 12/12/2008 | Secured: | |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: | |
| HERNANDO COUNTY | Administrative: | $7,367.88 | HERNANDO COUNTY | Administrative: | $7,367.88 |
| 789 PROVIDENCE BLVD | Unsecured: | | 789 PROVIDENCE BLVD | Unsecured: | |
| BROOKSVILLE, FL 34601 | | | BROOKSVILLE, FL 34601 | | |
| | Total: | $7,367.88 | | Total: | $7,367.88 |
| Claim: 2676 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1170 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/16/2009 | Secured: | | Date Filed: 12/10/2008 | Secured: | |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: | |
| KRON TV | Administrative: | $14,305.50 | KRON TV | Administrative: | $14,305.50 |
| PO BOX 601703 | Unsecured: | | PO BOX 601703 | Unsecured: | |
| CHARLOTTE, NC 28260-1703 | | | CHARLOTTE, NC 28260-1703 | | |
| | Total: | $14,305.50 | | Total: | $14,305.50 |
| Claim: 2052 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1320 | Debtor: | CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/22/2008 | Secured: | | Date Filed: 12/19/2008 | Secured: | |
| Creditor's Name and Address: | Priority: | | Creditor's Name and Address: | Priority: | |
| MOTOROLA INC | Administrative: | $495,963.74 | MOTOROLA INC | Administrative: | $495,963.74 |
| 101 TOURNAMENT DR | Unsecured: | | 101 TOURNAMENT DR | Unsecured: | |
| HORSHAM, PA 19044 | | | HORSHAM, PA 19044 | | |
| | Total: | $495,963.74 | | Total: | $495,963.74 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

First Omnibus Objection To 503(b)(9) Claims

### EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS

| CLAIM TO BE DISALLOWED | SURVIVING CLAIM |
|---|---|
| **Claim:** 992 — **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 12/16/2008<br>Creditor's Name and Address:<br>NEW JORDAN LANES INC, THE<br>731 JORDAN PKY<br>WHITEHALL, PA 18052<br>Administrative: $1,352.05<br>**Total:** $1,352.05 | **Claim:** 1083 — **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 12/19/2008<br>Creditor's Name and Address:<br>NEW JORDAN LANES INC, THE<br>731 JORDAN PKY<br>WHITEHALL, PA 18052<br>Administrative: $1,352.05<br>**Total:** $1,352.05 |
| **Claim:** 1366 — **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 12/17/2008<br>OMNIMOUNT SYSTEMS INC<br>ATTN RAY NAKANO EXECUTIVE VICE PRESIDENT<br>8201 S 48TH ST<br>PHOENIX, AZ 85044<br>Administrative: $257,696.79<br>**Total:** $257,696.79 | **Claim:** 1334 — **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 12/19/2008<br>OMNIMOUNT SYSTEMS INC<br>ATTN RAY NAKANO EXECUTIVE VICE PRESIDENT<br>8201 S 48TH ST<br>PHOENIX, AZ 85044<br>Administrative: $257,696.79<br>**Total:** $257,696.79 |
| **Claim:** 632 — **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 12/08/2008<br>RETAIL MDS INC<br>2909 SUNSET AVE<br>EAST NORRITON, PA 19403<br>Administrative: $43,173.80<br>**Total:** $43,173.80 | **Claim:** 633 — **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 12/08/2008<br>RETAIL MDS INC<br>2909 SUNSET AVE<br>EAST NORRITON, PA 19403<br>Administrative: $43,173.80<br>**Total:** $43,173.80 |
| **Claim:** 401 — **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 12/02/2008<br>SDI TECHNOLOGIES INC<br>1299 MAIN ST<br>RAHWAY, NJ 07065<br>Administrative: $48,984.00<br>**Total:** $48,984.00 | **Claim:** 651 — **Debtor:** CIRCUIT CITY STORES, INC. (08-35653)<br>**Date Filed:** 12/02/2008<br>SDI TECHNOLOGIES INC<br>1299 MAIN ST<br>RAHWAY, NJ 07065<br>Administrative: $48,984.00<br>**Total:** $48,984.00 |
| **Claim:** 207 — **Debtor:** CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>**Date Filed:** 12/05/2008<br>T&T ENTERPRISES LP<br>ATTN ANTHONY SAMMUT<br>60 D CORRAL DETIERRA RD<br>SALINAS, CA 93908<br>Administrative: $151,829.74<br>**Total:** $151,829.74 | **Claim:** 1033 — **Debtor:** CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>**Date Filed:** 12/10/2008<br>T&T ENTERPRISES LP<br>ATTN ANTHONY SAMMUT<br>60 D CORRAL DETIERRA RD<br>SALINAS, CA 93908<br>Administrative: $151,829.74<br>**Total:** $151,829.74 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

First Omnibus Objection To 503(b)(9) Claims

### EXHIBIT C - DUPLICATIVE 503(b)(9) CLAIMS

| CLAIM TO BE DISALLOWED | SURVIVING CLAIM |
|---|---|

| | | | |
|---|---|---|---|
| Claim: 2375 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 642 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/05/2009 | | Date Filed: 12/08/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| TELECO INC | Administrative: $23,122.80 | TELECO INC | Administrative: $23,122.80 |
| PO BOX 11364 | Unsecured: | PO BOX 11364 | Unsecured: |
| COLUMBIA, SC 29211-1364 | | COLUMBIA, SC 29211-1364 | |
| | Total: $23,122.80 | | Total: $23,122.80 |
| Claim: 911 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1899 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/19/2008 | | Date Filed: 12/23/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| WARNER HOME VIDEO A DIVISION OF | Administrative: $3,565,348.37 | WARNER HOME VIDEO A DIVISION OF | Administrative: $3,565,348.37 |
| WARNER HOME ENTERTAINMENT INC | Unsecured: | WARNER HOME ENTERTAINMENT INC | Unsecured: |
| ATTN JULIE KELLEY VICE PRESIDENT | | ATTN JULIE KELLEY VICE PRESIDENT | |
| BUSINESS AND LEGAL AFFAIRS | | BUSINESS AND LEGAL AFFAIRS | |
| 4000 WARNER BLVD BLDG 160 RM 11072 | Total: $3,565,348.37 | 4000 WARNER BLVD BLDG 160 RM 11072 | Total: $3,565,348.37 |
| BURBANK, CA 91522 | | BURBANK, CA 91522 | |

**Total Claims To Be Expunged:**     **22**

**Total Asserted Amount To Be Expunged:**     **$9,977,163.88**

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

First Omnibus Objection To 503(b)(9) Claims

### EXHIBIT D - AMENDED 503(b)(9) CLAIMS

| CLAIM TO BE DISALLOWED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim: 1120 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 954 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/15/2008 | Secured: | Date Filed: 12/19/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| AUDIOVOX CORPORATION<br>ATTN LORIANN SHELTON<br>150 MARCUS BLVD<br>HAUPPAUGE, NY 11788 | Administrative: $999,445.65<br>Unsecured: _____<br><br>Total: $999,445.65 | AUDIOVOX CORPORATION<br>ATTN MICHAEL STOEHR<br>150 MARCUS BLVD<br>HAUPPAUGE, NY 11788 | Administrative: $2,901,345.35<br>Unsecured: _____<br><br>Total: $2,901,345.35 |
| Claim: 701 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1064 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/09/2008 | Secured: | Date Filed: 12/19/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| EXCEL BEST INDUSTRIES LIMITED<br>LIN LIM UNIT 1603<br>16/F TOWER 2 SILVERCORD NO 30 CANTON<br>RD<br>TSIMSHATSUI KOWLOON, HONG KONG | Administrative: $35,507.04<br>Unsecured: _____<br><br>Total: $35,507.04 | EXCEL BEST INDUSTRIES LIMITED<br>LIN LIM UNIT 1603<br>16/F TOWER 2 SILVERCORD NO 30 CANTON<br>RD<br>TSIMSHATSUI KOWLOON, HONG KONG | Administrative: $27,967.20<br>Unsecured: _____<br><br>Total: $27,967.20 |
| Claim: 52 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 877 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 11/25/2008 | Secured: | Date Filed: 12/08/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| FUJIFILM USA INC<br>ATTN DENNIS FENNELL DIRECTOR OF<br>CREDIT<br>200 SUMMIT LAKE DR<br>VALHALLA, NY 10595 | Administrative: $255,920.00<br>Unsecured: _____<br><br>Total: $255,920.00 | FUJIFILM USA INC<br>ATTN DENNIS FENNELL DIRECTOR OF<br>CREDIT<br>200 SUMMIT LAKE DR<br>VALHALLA, NY 10595 | Administrative: $962,750.40<br>Unsecured: _____<br><br>Total: $962,750.40 |
| Claim: 512 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 877 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/05/2008 | Secured: | Date Filed: 12/08/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| FUJIFILM USA INC<br>ATTN DENNIS FENNELL DIRECTOR OF<br>CREDIT<br>200 SUMMIT LAKE DR<br>VALHALLA, NY 10595 | Administrative: $255,920.00<br>Unsecured: _____<br><br>Total: $255,920.00 | FUJIFILM USA INC<br>ATTN DENNIS FENNELL DIRECTOR OF<br>CREDIT<br>200 SUMMIT LAKE DR<br>VALHALLA, NY 10595 | Administrative: $962,750.40<br>Unsecured: _____<br><br>Total: $962,750.40 |
| Claim: 1052 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 914 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 11/17/2008 | Secured: | Date Filed: 12/19/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| SONY ELECTRONICS INC<br>1 SONY DR<br>PARK RIDGE, NJ 07656-8003 | Administrative: $81,897,139.07<br>Unsecured: _____<br><br>Total: $81,897,139.07 | SONY ELECTRONICS INC<br>TIM GRIEBERT<br>1 SONY DR<br>PARK RIDGE, NJ 7656 | Administrative: $42,510,747.60<br>Unsecured: _____<br><br>Total: $42,510,747.60 |

In re: Circuit City Stores, Inc, et al.

First Omnibus Objection To 503(b)(9) Claims

Case No. 08-35653-KRH

EXHIBIT D - AMENDED 503(b)(9) CLAIMS

| CLAIM TO BE DISALLOWED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim: 1266 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 914 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/18/2008 | | Date Filed: 12/19/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| SONY ELECTRONICS INC | Administrative: $42,345,539.70 | SONY ELECTRONICS INC | Administrative: $42,510,747.60 |
| TIM GRIEBERT | Unsecured: | TIM GRIEBERT | Unsecured: |
| 1 SONY DR | | 1 SONY DR | |
| PARK RIDGE, NJ 7656 | | PARK RIDGE, NJ 7656 | |
| | Total: $42,345,539.70 | | Total: $42,510,747.60 |
| Claim: 474 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 5125 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/03/2008 | | Date Filed: 01/22/2009 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| UNIVERSAL PROTECTION SERVICE | Administrative: $59,487.54 | UNIVERSAL PROTECTION SERVICE | Administrative: $66,465.42 |
| PO BOX 512719 | Unsecured: | PO BOX 512719 | Unsecured: |
| LOS ANGELES, CA 90051-0719 | | LOS ANGELES, CA 90051-0719 | |
| | Total: $59,487.54 | | Total: $66,465.42 |
| Claim: 1352 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1309 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/17/2008 | | Date Filed: 12/18/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| US SIGNS INC | Administrative: $103,209.17 | US SIGNS INC | Administrative: $108,844.38 |
| 1800 BERING STE 700 | Unsecured: | 1800 BERING STE 700 | Unsecured: |
| HOUSTON, TX 77057 | | HOUSTON, TX 77057 | |
| | Total: $103,209.17 | | Total: $108,844.38 |
| Claim: 137 | Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) | Claim: 351 | Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| Date Filed: 11/19/2008 | | Date Filed: 11/24/2008 | |
| Creditor's Name and Address: | Secured: | Creditor's Name and Address: | Secured: |
| | Priority: | | Priority: |
| WIRELESS SOLUTIONS LLC | Administrative: $15,000.04 | WIRELESS SOLUTIONS LLC | Administrative: $37,122.64 |
| 2720 E PHILLIPS RD | Unsecured: | 2720 E PHILLIPS RD | Unsecured: |
| GREER, SC 29650 | | GREER, SC 29650 | |
| | Total: $15,000.04 | | Total: $37,122.64 |

Total Claims To Be Expunged: 9

Total Asserted Amount To Be Expunged: $125,967,168.21