**Status Hearing: March 30, 2009 at 10:00 a.m.**
**Objection Deadline: March 18, 2009 at 4:00 p.m.**

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF DEBTORS' FIRST OMNIBUS OBJECTION**
**(I) CERTAIN DUPLICATIVE 503(B)(9) CLAIMS AND**
**(II) CERTAIN AMENDED 503(B)(9) CLAIMS**

**PLEASE TAKE NOTICE** that on February 13, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the First Omnibus Objection to (i) Certain Duplicative 503(b)(9) Claims and (ii) Certain 503(b)(9) Claims (the "Objection").

**NOTICE OF OPPORTUNITY TO REQUEST A HEARING**
**PURSUANT TO LOCAL BANKRUPTCY RULE 3007-1(D)**

**UNDER LOCAL BANKRUPTCY RULE 3007-1, UNLESS A WRITTEN RESPONSE AND A REQUEST FOR HEARING ON THIS OBJECTION ARE FILED WITH THE CLERK OF THE COURT AND SERVED ON THE**

**OBJECTING PARTY AND THOSE PARTIES AS REQUIRED BY THE ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 102 AND 105, BANKRUPTCY RULES 2002 AND 9007, AND LOCAL BANKRUPTCY RULES 2002-1 AND 9013-1 ESTABLISHING CERTAIN NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE PROCEDURES (ENTERED ON NOVEMBER 13, 2008 AT DOCKET NO. 130) (THE "CASE MANAGEMENT ORDER")BY 4:00 P.M. ON MARCH 18, 2009, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED, AND ENTER AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT A HEARING.**

<u>**Your rights may be affected**</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** If you do not want the Court to approve the Objection, or if you want the Court to consider your views on the Objection, then you or you attorney must:

- [X] File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 3007-1(B). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before <u>March 18, 2009 at 4:00 p.m.</u>**

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street, Suite 4000
    Richmond, Virginia 23219

- [X] Pursuant to the Case Management Order, you must also serve a copy of any written response and request for hearing by the foregoing date via electronic mail on the following:(i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

- [X] Attend a status hearing before the Honorable Kevin Huennekens, United States Bankruptcy Judge, **at 10:00 a.m. (Eastern Standard Time) on March 30, 2009** at the

United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.

If your claim is included in the Objection, and if you do not timely file and properly serve a response and request for hearing with respect to your claim, the Court may decide that you do not oppose the relief sought in the Objection and may enter an order granting the relief requested.

Dated: February 13, 2009
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley     .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

\7630788.1