| | |
|---|---|
| **CASE NAME: CIRCUIT CITY STORES, INC., ET AL.**<br>**CASE NUMBER: 08-35653**<br>**JUDGE: KEVIN R. HUENNEKENS** | **ACCRUAL BASIS** |

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF VIRGINIA

# RICHMOND DIVISION

# MONTHLY OPERATING REPORT

## MONTH ENDING: DECEMBER 1, 2008 TO DECEMBER 31, 2008

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

| | |
|---|---|
| /s/ MICHELLE O. MOSIER | VICE PRESIDENT AND CONTROLLER |
| ORIGINAL SIGNATURE OF RESPONSIBLE PARTY | TITLE |
| MICHELLE O. MOSIER | FEBRUARY 13, 2009 |
| PRINTED NAME OF RESPONSIBLE PARTY | DATE |

**PREPARER:**

| | |
|---|---|
| /s/ ANN P. PIETRANTONI | DIRECTOR, FINANCIAL REPORTING |
| ORIGINAL SIGNATURE OF PREPARER | TITLE |
| ANN P. PIETRANTONI | FEBRUARY 13, 2009 |
| PRINTED NAME OF PREPARER | DATE |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-1 |
|---|---|
| CASE NUMBER: 08-35653 | |

## BALANCE SHEET

*(amounts in thousands)*

| | 12/31/2008 |
|---|---:|
| **ASSETS** | |
| **CURRENT ASSETS** | |
| Cash and cash equivalents | 30,023 |
| Short-term investments | 908 |
| Accounts receivable, net | 388,334 |
| Merchandise inventory | 1,138,039 |
| Deferred income taxes, net of valuation allowance | 24,311 |
| Income tax receivable | 86,807 |
| Prepaid expenses and other current assets | 210,884 |
| Intercompany receivables and investments in subsidiaries | 522,273 |
| **TOTAL CURRENT ASSETS** | **2,401,579** |
| Property and equipment | 2,274,135 |
| Accumulated depreciation | (1,703,168) |
| Net property and equipment | 570,967 |
| Other intangible assets, net | 181 |
| Other assets | 141,909 |
| **TOTAL ASSETS** | **3,114,636** |
| | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | |
| **CURRENT LIABILITIES** | |
| Merchandise payable | 67,883 |
| Expenses payable | 163,577 |
| Accrued expenses and other current liabilities | 206,170 |
| Accrued compensation | 37,318 |
| Intercompany payables | 10,634 |
| Accrued income taxes | 1,993 |
| Short-term debt | 375,324 |
| **TOTAL CURRENT LIABILITIES** | **862,899** |
| Accrued straight-line rent | 150,218 |
| Deferred rent credits | 160,555 |
| Deferred income taxes, net of valuation allowance | 23,252 |
| Other liabilities | 33,391 |
| **LIABILITIES NOT SUBJECT TO COMPROMISE** | **1,230,315** |
| **LIABILITIES SUBJECT TO COMPROMISE** | **1,209,751** |
| **TOTAL LIABILITIES** | **2,440,066** |
| **STOCKHOLDERS' EQUITY** | |
| Common stock | 435,612 |
| Additional paid-in capital | 304,885 |
| Retained deficit | (95,636) |
| Accumulated other comprehensive income | 29,709 |
| **TOTAL STOCKHOLDERS' EQUITY** | **674,570** |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | **3,114,636** |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-2 |
|---|---|
| CASE NUMBER: 08-35653 | |

## INCOME STATEMENT

| *(Amounts in thousands)* | **12/1/08 - 12/31/08** |
|---|---:|
| **Net sales** | 1,076,610 |
| Cost of sales, buying and warehousing | 882,807 |
| **Gross profit** | 193,803 |
| Selling, general and administrative expenses | 205,284 |
| Asset impairment charges (1) | 7,982 |
| **Operating loss** | (19,463) |
| Interest income | 59 |
| Interest expense | 4,714 |
| Loss before reorganization items and income taxes | (24,118) |
| Reorganization items, net | 3,074 |
| Income tax benefit | (99) |
| **Net loss** | (20,945) |

(1) The company recorded a non-cash impairment charge of $8.0 million during December 2008. The charge was primarily related to long-lived assets at the company's stores.

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | **ACCRUAL BASIS-2** |
|---|---|
| CASE NUMBER: 08-35653 | |

## INCOME STATEMENT

| *(Amounts in thousands)* | **11/10/08 - 12/31/08** |
|---|---:|
| **Net sales** | 1,776,852 |
| Cost of sales, buying and warehousing | 1,498,936 |
| **Gross profit** | 277,916 |
| Selling, general and administrative expenses | 376,104 |
| Asset impairment charges (1) | 322,509 |
| **Operating loss** | (420,697) |
| Interest income | 79 |
| Interest expense | 23,342 |
| Loss before reorganization items and income taxes | (443,960) |
| Reorganization items, net | 8,571 |
| Income tax benefit | (663) |
| **Net loss** | (434,726) |

(1) As required under generally accepted accounting principles, the company must test its long-lived assets for impairment when circumstances indicate that the carrying value of the asset may exceed its fair value. The testing for the period from 11/10/2008 - 12/31/2008 indicated that certain long-lived assets were impaired, resulting in a non-cash charge of $322.5 million. The charge was primarily related to long-lived assets at the company's stores.

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-3 |
|---|---|
| CASE NUMBER: 08-35653 | |

## CASH RECEIPTS AND DISBURSEMENTS

*(amounts in thousands)*

|  | 12/1/2008 - 12/31/2008 |
|---|---:|
| **Operating Activities:** | |
| Net loss | $ (20,945) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | |
| Net gain from reorganization items | (3,074) |
| Depreciation expense | 9,177 |
| Amortization expense | 2 |
| Asset impairment charges | 7,982 |
| Stock-based compensation expense | 472 |
| Gain on dispositions of property & equipment | (3,346) |
| Provision for deferred income taxes | - |
| Other | (34) |
| Changes in operating assets and liabilities: | |
|   Accounts receivable, net | 204,000 |
|   Merchandise inventory | 191,257 |
|   Prepaid inventory | 50,102 |
|   Prepaid expenses & other current assets | (16,835) |
|   Other assets | (4,242) |
|   Merchandise payable | (32,928) |
|   Expenses payable | 14,266 |
|   Accrued expenses, other current liabilities and accrued income taxes | (22,214) |
|   Intercompany receivables | 2,646 |
|   Other long-term liabilities | 3,097 |
| Net cash provided by operating activities before reorganization items | **379,383** |
| Cash effect of reorganization items (professional fees) | **(339)** |
| Net cash provided by operating activities | **379,044** |
| | |
| **Investing Activities:** | |
| Purchases of property and equipment | (572) |
| Proceeds from sales of property & equipment | 3,369 |
| Net cash provided by investing activities | **2,797** |
| | |
| **Financing Activities:** | |
| Proceeds from DIP borrowings | 1,360,322 |
| Principal payments on DIP borrowings | (1,811,489) |
| Principal payments on other short-term borrowings | - |
| Proceeds from long-term debt | - |
| Principal payments on long-term debt | (326) |
| Change in overdraft balances | 30,335 |
| Net cash used in financing activities | **(421,158)** |
| | |
| Decrease in cash and cash equivalents | (39,317) |
| Cash and cash equivalents at beginning of period | 69,340 |
| Cash and cash equivalents at end of period | $ 30,023 |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-3 |
|---|---|
| CASE NUMBER: 08-35653 | |

## CASH RECEIPTS AND DISBURSEMENTS

*(amounts in thousands)*

| | 11/10/2008 - 12/31/2008 |
|---|---:|
| **Operating Activities:** | |
| Net loss | $ (434,726) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | |
| Net gain from reorganization items | (8,571) |
| Depreciation expense | 18,005 |
| Amortization expense | 4 |
| Asset impairment charges | 322,509 |
| Stock-based compensation expense | (8,477) |
| Gain on dispositions of property & equipment | (3,346) |
| Provision for deferred income taxes | 6,836 |
| Other | (58) |
| Changes in operating assets and liabilities: | |
| Accounts receivable, net | (93,020) |
| Merchandise inventory | 457,036 |
| Prepaid inventory | (66,107) |
| Prepaid expenses & other current assets | (4,234) |
| Other assets | (9,457) |
| Merchandise payable | (5,136) |
| Expenses payable | 71,356 |
| Accrued expenses, other current liabilities and accrued income taxes | 129,424 |
| Intercompany receivables | 174 |
| Other long-term liabilities | (39,822) |
| Net cash provided by operating activities before reorganization items | **332,390** |
| Cash effect of reorganization items (professional fees) | **(1,004)** |
| Net cash provided by operating activities | **331,386** |
| | |
| **Investing Activities:** | |
| Purchases of property and equipment | (658) |
| Proceeds from sales of property & equipment | 3,369 |
| Net cash provided by investing activities | **2,711** |
| | |
| **Financing Activities:** | |
| Proceeds from DIP borrowings | 2,190,672 |
| Principal payments on DIP borrowings | (2,545,939) |
| Principal payments on other short-term borrowings | (198) |
| Proceeds from long-term debt | 401 |
| Principal payments on long-term debt | (1,264) |
| Change in overdraft balances | 30,922 |
| Net cash used in financing activities before reorganization items | **(325,406)** |
| Cash effect of reorganization items (debt issuance costs) | **(26,682)** |
| Net cash used in financing activities | **(352,088)** |
| | |
| Decrease in cash and cash equivalents | (17,991) |
| Cash and cash equivalents at beginning of period | 48,014 |
| Cash and cash equivalents at end of period | $  30,023 |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-4 |
|---|---|
| CASE NUMBER: 08-35653 | |

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH 11/30/2008 | MONTH 12/31/2008 | MONTH |
|---|---|---|---|---|
| 1. 0-30 | | $ 549,170,282 | 278,092,708 | |
| 2. 31-60 | | 24,661,230 | 73,257,954 | |
| 3. 61-90 | | 7,287,020 | 20,395,564 | |
| 4. 91+ | | 14,135,691 | 19,527,539 | |
| 5. TOTAL ACCOUNTS RECEIVABLE | | $ 595,254,223 | $ 391,273,765 | |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | 2,920,247 | 2,939,299 | |
| 7. ACCOUNTS RECEIVABLE (NET) | | $ 592,333,976 | $ 388,334,466 | |

| AGING OF POSTPETITION TAXES AND PAYABLES | | | | MONTH: | 12/1/2008 - 12/31/2008 | |
|---|---|---|---|---|---|---|
| **TAXES PAYABLE** | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | | TOTAL |
| 1. FEDERAL | $ 9,958,896 | $ - | $ - | $ - | $ | 9,958,896 |
| 2. STATE | 53,437,052 | 888,972 | - | | | 54,326,024 |
| 3. LOCAL | 44,548 | - | - | | | 44,548 |
| 4. OTHER (SEE APPENDIX A) | 6,872,964 | 3,021,053 | - | - | | 9,894,017 |
| 5. TOTAL TAXES PAYABLE | $ 70,313,460 | $ 3,910,025 | $ - | $ - | $ | 74,223,485 |
| 6. MERCHANDISE PAYABLE | $ 49,891,597 | $ 3,939,090 | $ - | $ - | $ | 53,830,687 |
| EXPENSES PAYABLE | $ 129,871,747 | $ 24,052,205 | $ - | $ - | $ | 153,923,952 |

| STATUS OF POSTPETITION TAXES | | MONTH: | 12/1/2008 - 12/31/2008 | |
|---|---|---|---|---|
| **FEDERAL** | BEGINNING TAX LIABILITY* | AMOUNT WITHHELD AND/ OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
| 1. WITHHOLDING** | $ 2,465,965 | $ 9,790,326 | $ (8,854,709) | $ 3,401,582 |
| 2. FICA-EMPLOYEE** | 1,727,046 | 6,215,810 | (5,600,148) | 2,342,708 |
| 3. FICA-EMPLOYER** | 3,971,660 | 5,595,872 | (5,583,295) | 3,984,237 |
| 4. UNEMPLOYMENT | 86,408 | 143,961 | | 230,369 |
| 5. INCOME | - | | | - |
| 6. OTHER (ATTACH LIST) | - | | | - |
| 7. TOTAL FEDERAL TAXES | $ 8,251,079 | $ 21,745,969 | $ (20,038,152) | $ 9,958,896 |
| **STATE AND LOCAL & OTHER** | | | | |
| 8. WITHHOLDING | $ 696,112 | $ 2,782,260 | $ (2,484,094) | $ 994,278 |
| 9. SALES | 31,922,844 | 72,562,214 | (52,030,080) | 52,454,978 |
| 10. EXCISE | - | | | - |
| 11. UNEMPLOYMENT | 336,246 | 588,176 | (3,106) | 921,316 |
| 12. REAL PROPERTY | - | | | - |
| 13. PERSONAL PROPERTY | - | | | - |
| 14. OTHER (SEE APPENDIX A) | 5,900,453 | 7,282,292 | (3,288,728) | 9,894,017 |
| 15. TOTAL STATE & LOCAL & OTHER | $ 38,855,655 | $ 83,214,942 | $ (57,806,008) | $ 64,264,589 |
| 16. TOTAL TAXES | $ 47,106,734 | $ 104,960,911 | $ (77,844,160) | $ 74,223,485 |

\*   The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.

\*\*  Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | APPENDIX A |
|---|---|
| CASE NUMBER: 08-35653 | |

**OTHER TAXES PAYABLE**

| | 0-30 days | 31-60 days | 61-90 days | 91+ days | Total |
|---|---|---|---|---|---|
| State & Local Income Taxes | 1,278,305 | - | - | - | 1,278,305 |
| Franchise Taxes | 812,750 | - | - | - | 812,750 |
| Business Licenses and Gross Receipts Taxes | 299,421 | 219,301 | - | - | 518,723 |
| Other Taxes | 142,659 | - | - | - | 142,659 |
| Real Estate Taxes (passed through by landlord) | 4,339,828 | 2,801,752 | - | - | 7,141,580 |
| Other Taxes Payable | 6,872,964 | 3,021,053 | - | - | 9,894,017 |

**STATUS OF POSTPETITION TAXES - OTHER TAXES**

| | Beginning Tax Liability | Amount Withheld and/or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Other Taxes** | | | | |
| State & Local Income Taxes (1) (2) | $ 1,278,186 | $ 119 | $ - | $ 1,278,305 |
| Franchise Taxes (1) | 689,550 | 123,200 | - | 812,750 |
| Business Licenses and Gross Receipts Taxes | 322,210 | 696,235 | (499,723) | 518,723 |
| Other Taxes | 26,877 | 209,263 | (93,481) | 142,659 |
| Real Estate Taxes (passed through by landlord) | 3,583,630 | 6,253,474 | (2,695,524) | 7,141,580 |
| Total Other Taxes | $ 5,900,453 | $ 7,282,292 | $ (3,288,728) | $ 9,894,017 |

(1) Income/Franchise taxes related to the fiscal year ending 2/28/09 are considered "postpetition" taxes because the ending date of the period on which the returns are based is postpetition.
(2) The company only records a provision for income taxes during the last month of its fiscal quarters. Therefore, the ending tax liability does not include an additional accrual for December.

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-5 |
|---|---|
| CASE NUMBER: 08-35653 | |

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

MONTH: 12/1/2008 - 12/31/2008

| BANK RECONCILIATIONS | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|
| A.   BANK: | see APPENDIX B | | | |
| B.   ACCOUNT NUMBER: | | | | TOTAL |
| C.   PURPOSE (TYPE): | | | | |
| 1. BALANCE PER BANK STATEMENT | | | | |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | | | | |
| 3. SUBTRACT: OUTSTANDING CHECKS | | | | |
| 4. OTHER RECONCILING ITEMS | | | | |
| 5. MONTH END BALANCE PER BOOKS | | | | $ 21,525,083 |
| 6. NUMBER OF LAST CHECK WRITTEN | | | | |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. Overnight repos on depository accounts | 12/31/2008 | repo | $ 5,370,948 | $ 5,370,948 |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | $ 5,370,948 | $ 5,370,948 |

| CASH | |
|---|---|
| 12. CURRENCY ON HAND | $ 3,126,698 |
| 13. TOTAL CASH - END OF MONTH | $ 30,022,729 |

CASE NAME: CIRCUIT CITY STORES, INC., ET AL.　　　　　　　　　　　　　　　　　　　　　　　　　APPENDIX B
CASE NUMBER: 08-35653

| G/L Acct # | Account Name | Bank Acct # | Debtor | Description | Bank Balance | G/L Balance | As of Date | Reconciled as of 12/31/08 |
|---|---|---|---|---|---|---|---|---|
| 101003 | Wachovia Circuit City Master | 2055275431509 | Circuit City Stores, Inc. | Funding Account | 37,666 | - | 12/31/2008 | Y |
| 101003 | Wachovia Circuit City Main Disbursement | 2000045277427 | Circuit City Stores, Inc. | Funding Account | 992,893 | - | 12/31/2008 | Y |
| 101015 | Wachovia Vendor Disbursement | 2079920046733 | Circuit City Stores, Inc. | Disbursement Account | - | - | 12/31/2008 | Y |
| 101046 | Wachovia American Express | 2055302199620 | Circuit City Stores, Inc. | Depository Account | - | - | 12/31/2008 | Y |
| 101063 | Wachovia Sublease Lockbox | 2055303192189 | Circuit City Stores, Inc. | Depository Account | - | - | 12/31/2008 | Y |
| 101082 | BOA CC WC Licensing | 1257401034 | Circuit City West Coast | Transfer Account | - | - | 12/31/2008 | Y |
| 101089 | Wachovia Fifth Third Bankcard | 2055304684528 | Circuit City Stores, Inc. | Depository Account | - | - | 12/31/2008 | Y |
| 101092 | BOA Data Mailer (Payroll) | 7313200844 | Circuit City West Coast | Payroll Account | - | (2,087,011) | 12/31/2008 | Y |
| 101092 | Payroll - Data Mailer Shadow | 1233557748 | Circuit City West Coast | Payroll Account | - | - | 12/31/2008 | Y |
| 101095 | BOA CC W.C. P/R Main Concentration | 1257501029 | Circuit City West Coast | Funding Account | 17,717 | 17,717 | 12/31/2008 | Y |
| 101100 | Suntrust Concentration | 88001883706 | Circuit City Stores, Inc. | Funding Account | 38,917 | - | 12/31/2008 | Y |
| 101104 | Wachovia Store Depository | 2010008835100 | Circuit City Stores, Inc. | Depository Account | 406,577 | - | 12/31/2008 | Y |
| 101117 | Chase Store Depository | 744447244 | Circuit City Stores, Inc. | Depository Account | 1,028,373 | 5,857,589 | 12/31/2008 | Y |
| 101150 | Wachovia Warranty Sales Deposits | 2055303237073 | Circuit City Stores, Inc. | Depository Account | - | - | 12/31/2008 | Y |
| 101159 | Wachovia Fifth Third Check Collection | 2055304993099 | Circuit City Stores, Inc. | Depository Account | - | - | 12/31/2008 | Y |
| 101164 | Regions/AmSouth Store Depository | 0001933210 | Circuit City Stores, Inc. | Depository Account | - | - | 12/31/2008 | Y |
| 101200 | Wachovia Reverse Affiliates Lockbox | 2000023001107 | Circuit City Stores, Inc. | Depository Account | - | - | 12/31/2008 | Y |
| 101207 | Bank of America Sky Venture | 1257555447 | Circuit City Stores, Inc. | Depository Account | 100 | 100 | 12/31/2008 | Y |
| 101210 | Wachovia Trading Circuit | 2000022979133 | Circuit City Stores, Inc. | Depository Account | 8,520 | - | 12/31/2008 | Y |
| 101219 | Wachovia Corporate Depository | 2055305959993 | Circuit City Stores, Inc. | Depository Account | - | - | 12/31/2008 | Y |
| 101236 | BOA Store Depository | 3750979967 | Circuit City Stores, Inc. | Depository Account | 1,922,828 | 8,482,604 | 12/31/2008 | Y |
| 101245 | Wachovia Direct Deposit | 2000013944038 | Circuit City Stores, Inc. | Payroll Account | - | - | 12/31/2008 | Y |
| 101249 | Wachovia Empire Blue Cross | 2079920015191 | Circuit City Stores, Inc. | Depository Account | - | - | 12/31/2008 | Y |
| 101254 | Wachovia Music Payables | 2079900056031 | Circuit City Stores, Inc. | Disbursement Account | - | - | 12/31/2008 | Y |
| 101255 | Wachovia Service Payables | 2079900056044 | Circuit City Stores, Inc. | Disbursement Account | - | - | 12/31/2008 | Y |
| 101270 | Wachovia Purchasing E/P Disbursement | 2079900470992 | Circuit City Stores Purchasing Co., LLC | Disbursement Account | - | - | 12/31/2008 | Y |
| 101281 | Wachovia Purchasing Co. Concentration | 2000022979175 | Circuit City Stores Purchasing Co., LLC | Funding Account | 199,843 | - | 12/31/2008 | Y |
| 101307 | Chase CC Empire Blue Cross | 475600266 | Circuit City Stores, Inc. | Depository Account | 595,170 | 98,306 | 12/31/2008 | Y |
| 101320 | American Savings Bank Store Depository | 9331006380 | Circuit City Stores, Inc. | Depository Account | 47,811 | 69,344 | 12/31/2008 | Y |
| 101332 | Suntrust EP Disbursement | 8800606660 | Circuit City Stores, Inc. | Disbursement Account | - | - | 12/31/2008 | Y |
| 101345 | Wells Fargo Store Depository | 4121524672 | Circuit City Stores, Inc. | Depository Account | 340,266 | 1,965,751 | 12/31/2008 | Y |
| 101365 | Wachovia Corporate Sales Lockbox | 2000022990950 | Circuit City Stores, Inc. | Depository Account | - | - | 12/31/2008 | Y |
| 101385 | Wachovia Sales Receivables Lockbox | 2000028301048 | Circuit City Stores, Inc. | Depository Account | - | - | 12/31/2008 | Y |
| 101401 | Banco Popular CCS PR LLC Operating | 030475139 | Circuit City Stores PR, LLC | Funding Account | 5,535,319 | 5,535,320 | 12/31/2008 | Y |
| 101402 | Banco Popular Store Depository | 030475120 | Circuit City Stores PR, LLC | Depository Account | - | 65,535 | 12/31/2008 | Y |
| 101403 | Banco Popular Disbursement | 030475147 | Circuit City Stores PR, LLC | Payroll Account | 94,640 | 84,886 | 12/31/2008 | Y |
| 101450 | BOA Fleet Retail Finance Collateral Acct | 9392853301 | Circuit City Stores, Inc. | Collateral Account | 40,700,163 | - | 12/31/2008 | Y |
| 101453 | Solutran Citizens State Bank Parago Funding Acct | 737934 | Circuit City Stores, Inc. | Funding Account | 5,000 | 5,000 | 12/31/2008 | Y |
| 101530 | Wachovia Ventoux International | 2000022979528 | Ventoux International | Depository Account | 1,050,000 | 1,050,000 | 12/31/2008 | Y |
| 101580 | Wachovia Aviation | 2000035264767 | Circuit City Stores, Inc. | Depository Account | 10,000 | - | 12/31/2008 | Y |
| 101600 | Solutran Return Checks | 454248-F | Circuit City Stores, Inc. | Funding Account | 74,301 | 375,456 | 12/31/2008 | Y |
| 115185 | GECAF Promo | 2055305818908 | Circuit City Stores, Inc. | Depository Account | - | - | 12/31/2008 | Y |
| 128065 | Paypal Trading Circuit Account | | Circuit City Stores, Inc. | Depository Account | 19,677 | - | 12/31/2008 | Y |
| 130002 | BOA Letter of Credit Payments | 4426634580 | Circuit City Stores, Inc. | Funding Account | 310,698 | 4,486 | 12/31/2008 | Y |
| | MPS Bankcard | 71706916 | Circuit City Stores, Inc. | Depository Account | - | - | 12/31/2008 | Y |
| | Wachovia Tourmalet Corp | 2000022979858 | Tourmalet Corp | Depository Account | - | - | 12/31/2008 | Y |
| | | | | | 53,436,480 | 21,525,083 | | |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-6 |
|---|---|
| CASE NUMBER: 08-35653 | |

MONTH: 12/1/2008 - 12/31/2008

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| | INSIDERS | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL PAYMENTS TO INSIDERS (1) | | | |

| | PROFESSIONALS | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID * |
| 1. FTI Consulting, Inc. | | | | $ 500,000 | $ 1,383,650 |
| 2. Kirkland & Ellis LLP | | | | | 257,798 |
| 3. KPMG LLP | | | | | 194,422 |
| 4. Kurtzman Carson Consultants LLC | | | $ 338,878 | $ 503,676 | 1,792,166 |
| 5. McGuire Woods, LLP | | | | | 679,748 |
| 6. Rothschild Inc. | | | | | 200,000 |
| 7. Skadden, Arps, Slate, Meagher & Flom, LLP | | | | | 2,134,173 |
| 8. Wilmer Hale | | | | | 44,501 |
| 9. Ernst & Young LLP | | | | | 433,124 |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ - | $ 338,878 | $ 1,003,676 | $ 7,119,582 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. Leases (2) | $ 35,969,728 | $ 62,737,882 | $ 17,866,680 |
| 2. DIP Credit Facility (3) | | 1,811,488,325 | 375,323,680 |
| 3. Adequate Protection Payments for Utilities - see APPENDIX C | | 2,192,763 | - |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $ 35,969,728 | $ 1,876,418,970 | $ 393,190,360 |

(1) Other than salary, fees and benefit payments made in the ordinary course of business and reimbursements for business expenses, no payments have been made to insiders during the reporting period.
(2) The leases line item is made up of hundreds of landlords. As such, only the total amount is reported in this schedule. The amounts paid during December include prepayments for January rent. The unpaid balance remaining at 12/31/2008 represents rent payments due for the period from 11/10/2008 - 11/30/2008; these payments are being held pursuant to a Court order.
(3) The amounts paid during the month under the DIP credit facility represent the amounts swept from the debtors' bank accounts to repay amounts owed under the facility.

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | APPENDIX C |
|---|---|
| CASE NUMBER: 08-35653 | |

| **Provider** | **Payment** |
|---|---|
| Accent Energy/CA | $13,688.00 |
| AEP/24413/24415-American Electric Company | $85,413.00 |
| Bay State Gas | $150.00 |
| Bay State Gas | $605.00 |
| Bay State Gas | $555.00 |
| Bay State Gas | $495.00 |
| Bay State Gas | $660.00 |
| Bay State Gas | $2,650.00 |
| Bay State Gas | $375.00 |
| Boston Gas Company dba National Grid | $2,585.00 |
| Carolina Power & Light Corporation dba Progress Energy Carolina | $45,300.00 |
| Central Georgia EMC | $2,125.00 |
| City of Mesa, AZ | $1,290.00 |
| Clarksville Gas & Water | $1,000.00 |
| Cleveland Electric Illuminating Company | $19,865.00 |
| Com Ed | $36,419.00 |
| Connecticut Light & Power Co | $44,246.00 |
| Connecticut Natural Gas Co | $3,889.00 |
| Consolidated Edison Company of New York, Inc dba Con Edison | $201,880.00 |
| CPS Energy of San Antonio, Texas | $24,872.00 |
| Detroit Edison Company and Michigan Consolidated Gas Co dba DTE | $134,547.00 |
| Dominion East Ohio/2678 | $2,028.00 |
| Dominion Hope/26783 | $661.00 |
| Dominion Peoples/26784 | $3,274.00 |
| Dominion Virginia/NC Power | $77,903.00 |
| Duke Energy/70516 | $66,850.00 |
| Duke Energy/9001076 | $45,398.00 |
| Duke Energy/9001076 | $7,500.00 |
| Duke Energy/9001076 | $29,418.00 |
| Duquesne Light Company | $25,000.00 |
| Emerald Coast Utilities Authority | $14,499.50 |
| EnergyNorth Natural Gas dba National Grid NH | $3,050.00 |
| Entergy Arkansas, Inc./8101 | $14,499.50 |
| Entergy Gulf States LA, LLC/8103 | $14,499.50 |
| Entergy Gulf States LA, LLC/8103 | $14,499.50 |
| Entergy Gulf States LA, LLC/8103 | $14,499.50 |
| Entergy Gulf States LA, LLC/8103 | $14,499.50 |
| Entergy Louisiana, Inc./8108 | $14,499.50 |
| Entergy Louisiana, Inc./8108 | $14,499.50 |
| Entergy Louisiana, Inc./8108 | $14,499.50 |
| Entergy Louisiana, Inc./8108 | $14,499.50 |
| Entergy Mississippi, Inc./8105 | $14,499.50 |
| Entergy Mississippi, Inc./8105 | $14,499.50 |
| Entergy Texas, Inc./8104 | $14,499.50 |
| Entergy Texas, Inc./8104 | $14,499.50 |
| Entergy Texas, Inc./8104 | $14,499.50 |
| Entergy Texas, Inc./8104 | $14,499.50 |
| Florida Power Corporation dba Progress Energy Florida | $76,273.00 |
| Gas South | $16,668.42 |
| Georgia Power | $138,193.00 |
| Granite State Electric dba National Grid - New Hampshire | $8,788.00 |
| Gulf Power | $17,481.42 |
| Jackson EMC | $7,785.00 |

| Provider | Payment |
|---|---|
| Jersey Central Power & Light Co | $68,467.00 |
| KeySpan Gas East Corporation dba National Grid | $7,005.00 |
| KUB-Knoxville Utilities Board | $15,199.84 |
| Long Island Power Authority dba LIPA | $31,325.00 |
| Madison Gas and Electric Co. | $15,637.00 |
| Met-Ed/3687 | $5,700.00 |
| Mishawaka Utilities | $6,000.00 |
| Narragansett Electric Company dba National Grid - Rhode Island | $11,061.00 |
| National Grid - Massach | $16,015.00 |
| National Grid - New York | $21,835.00 |
| NIPSCO - Northern India | $19,672.00 |
| Ohio Edison | $18,461.00 |
| Orange and Rockland Utilities | $6,096.00 |
| Pacific Gas & Electric | $116,195.00 |
| PECO/37629 | $90,140.00 |
| Pennsylvania Electric Company | $13,525.00 |
| Piedmont Natural Gas Company | $16,489.00 |
| PNM Electric & Gas Services | $30,499.00 |
| PSE&G-Public Service Electric & Gas Company | $127,343.00 |
| PSNC Energy (Public Service Co. of NC) | $600.00 |
| PSNC Energy (Public Service Co. of NC) | $575.00 |
| PSNC Energy (Public Service Co. of NC) | $265.00 |
| PSNC Energy (Public Service Co. of NC) | $895.00 |
| PSNC Energy (Public Service Co. of NC) | $250.00 |
| PSNC Energy (Public Service Co. of NC) | $895.00 |
| PSNC Energy (Public Service Co. of NC) | $350.00 |
| PSNC Energy (Public Service Co. of NC) | $385.00 |
| Public Service of New Hampshire | $38,750.00 |
| SCE&G-South Carolina Electric & Gas | $15,405.00 |
| SCE&G-South Carolina Electric & Gas | $17,335.00 |
| SCE&G-South Carolina Electric & Gas | $905.00 |
| SCE&G-South Carolina Electric & Gas | $14,015.00 |
| South Louisiana Electric Cooperative | $5,000.00 |
| Southern Connecticut Gas Company | $7,433.00 |
| Southwest Gas Corporation | $9,625.00 |
| The Brooklyn Union Gas Company dba National Grid NY | $7,350.00 |
| Toledo Edison / 3638 | $16,050.00 |
| Tucson Electric Power Company | $1,800.00 |
| Tucson Electric Power Company | $16,200.00 |
| UNITIL | $2,132.00 |
| UNITIL | $5,000.00 |
| UNITIL | $2,132.00 |
| Western Massachusetts Electric | $2,576.00 |
| Yankee Gas Services Company | $9,303.00 |
| Total | **$2,192,762.68** |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-7 |
|---|---|
| CASE NUMBER: 08-35653 | |

MONTH: 12/1/2008 - 12/31/2008

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | X | |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | X | |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | X | |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | X | |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | X | |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | X | |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

3. Intercompany transactions in the ordinary course of business have given rise to postpetition receivables.
4. Payments on prepetition liabilities have been made pursuant to motions granted by the Bankruptcy Court.
5. The debtors entered into a debtor-in-possession revolving credit facility on 11/12/08 and drew on that facility during the period covered by this report.
8. Certain real estate taxes are passed through to the debtors from the landlords. These real estate taxes for the period 11/10/2008 through 11/30/2008 are past due.
9. Certain business license taxes that covered both prepetition and postpetition periods were due on or before 12/31/2008 but were not paid.
10. The rent for active store leases owed for the period 11/10/2008 through 11/30/2008 is past due; these payments are being held pursuant to a Court order.
11. Pursuant to motions granted by the Bankruptcy Court, the debtors have paid prepetition sales and payroll taxes.

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

N/A

| INSTALLMENT PAYMENTS | | | |
|---|---|---|---|
| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
| Commercial General Liability | Old Republic Insurance Co. | 10/1/08 - 10/1/09 | $141,622 paid at inception & $141,292 due on 04/01/09 |
| Auto Liability | Old Republic Insurance Co. | 10/1/08 - 10/1/09 | $181,882 paid at inception & $180,457 due on 04/01/09 |
| Aircraft Liability | Global Aerospace, Inc. | 9/17/08 - 9/17/09 | $78,340 paid at inception |
| Excess Liability - Layer 1 | National Union Fire Ins. Co. | 10/1/08 - 10/1/09 | $513,000 paid at inception |
| Excess Liability - Layer 2 | Lexington Insurance Co. | 10/1/08 - 10/1/09 | $86,912.50 paid at inception |
| Excess Liability - Layer 3 | Great American Insurance Co. | 10/1/08 - 10/1/09 | $60,600 paid at inception |
| Excess Liability - Layer 4 | Fireman's Fund Insurance Co. | 10/1/08 - 10/1/09 | $45,000 paid at inception |
| Excess Liability - Layer 5 | Great American Assurance Co. | 10/1/08 - 10/1/09 | $37,500 paid at inception |
| Excess Liability - Layer 6 | St. Paul Fire and Marine Insurance Co. | 10/1/08 - 10/1/09 | $37,400 paid at inception |
| Excess Liability - Layer 7 | Ohio Casualty Insurance Co. | 10/1/08 - 10/1/09 | $30,805 paid at inception |
| Workers' Compensation & Employer's Liability | Old Republic Insurance Co. | 10/1/08 - 10/1/09 | $464,615 paid at inception & $264,229 due on 04/01/09 |
| Excess Workers' Compensation | Old Republic Insurance Co. | 10/1/08 - 10/1/09 | $63,874 paid at inception & $63,874 due on 04/01/09 |
| Self Insured Workers' Compensation States: | | | |
| California | Department of Industrial Relations - SIP | ongoing | $53,550 paid in July 2008 and $94,830 due in January 2009 |
| Ohio | Ohio Bureau of Workers' Compensation | ongoing | $2,442 est. due in February 2009 |
| Washington | Washington Self-Insured Assessments | ongoing | $89,503 est. paid quarterly ($67,127 paid to date) |
| Monopolistic State Workers' Compensation Policies: | | | |
| Wyoming | Wyoming State WC Premium | ongoing | $14,059 est. paid quarterly ($11,337 paid to date) |
| Foreign Liability Package | National Union Fire Ins. Co. | 10/1/08 - 10/1/09 | $6,158 paid at inception |
| Business Travel Accident | Zurich American | 8/1/08 - 8/1/09 | $41,232 paid at inception |
| Fiduciary | Chubb Group | 12/1/08 - 12/1/09 | $145,000 paid at inception |
| Fiduciary Excess | Arch | 12/1/08 - 12/1/09 | $121,800 paid at inception |
| Crime | Chubb Group | 12/1/08 - 12/1/09 | $75,000 paid at inception |
| Kidnap and Ransom | Chubb Group | 12/1/08 - 12/1/09 | $5,000 paid at inception |
| D&O (Traditional) - Primary | AIG | 12/1/08 - 12/1/09 | $185,000 paid at inception |
| D&O (Traditional) - Layer 1 | ACE | 12/1/08 - 12/1/09 | $166,500 paid at inception |
| D&O (Traditional) - Layer 2 | XL | 12/1/08 - 12/1/09 | $150,000 paid at inception |
| D&O (Traditional) - Layer 3 | Valiant | 12/1/08 - 12/1/09 | $135,000 paid at inception |
| D&O (Traditional) - Layer 4 | AWAC | 12/1/08 - 12/1/09 | $115,000 paid at inception |
| Runoff D&O - Primary | CNA | 12/1/08 - 12/1/14 | $1,177,500 paid at inception |
| Runoff D&O - Layer 1 | Chubb Group | 12/1/08 - 12/1/14 | $487,500 paid at inception |
| Runoff D&O - Layer 2 (Year 1) | Great American | 12/1/08 - 12/1/14 | $240,000 paid at inception |
| Runoff D&O - Layer 2 (Years 2 - 6) | Axis | 12/1/08 - 12/1/14 | $240,000 paid at inception |
| Runoff D&O - Layer 3 | Travelers | 12/1/08 - 12/1/14 | $822,000 paid at inception |
| Runoff D&O - Layer 4 | Axis | 12/1/08 - 12/1/14 | $698,700 paid at inception |
| Runoff D&O - Layer 5 | RSUI | 12/1/08 - 12/1/14 | $589,050 paid at inception |
| Runoff D&O - Layer 6 | Arch | 12/1/08 - 12/1/14 | $540,000 paid at inception |
| Runoff D&O - Layer 7 (Side A DIC) | XL | 12/1/08 - 12/1/14 | $1,275,000 paid at inception |
| Runoff D&O - Layer 8 | Chubb Group | 12/1/08 - 12/1/14 | $375,000 paid at inception |
| Property - Boiler & Machinery | Continental Casualty Company | 8/15/08 - 8/15/09 | $31,734 paid at inception |
| Property - StockThroughput/Ocean Cargo | National Liability & Fire | 9/5/08 - 8/15/09 | $91,845 paid at inception |
| Property - All Risk | Lexington, Axis, Lloyds of London, Liberty, GEP, Glacier Ins AG, State National, Princeton Excess, Industrial Risk, Lancashire, Landmark AmeriCNA, & Integon Specialty | 8/15/08 - 8/15/09 | $2,750,701.66 paid at inception |