Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE EASTERN DISTRICT OF VIRGINIA
                              RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
           Debtors.           :
                              : Jointly Administered
- - - - - - - - - - - - - - - x

           **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
               FEBRUARY 17, 2009 AT 10:00 A.M. (EASTERN)**

         Set forth below are the matters previously scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on February 17, 2009 beginning at 10:00 a.m. Eastern.

**I.    CONTESTED MATTERS**

1.  Motion of the Debtors Pursuant 11 U.S.C. §105 and Local Bankruptcy Rule 9013-1(m) for an Order Setting an Expedited Hearing on Debtors' Motion for Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364 and 503 and Fed. R. Bankr. P. 2002, 4001 and 6004 Approving Amendment to Debtor-In Possession Credit Agreement Effective as of January 17, 2009 (Docket No. 2121)

    Related Documents:

    a.    Notice of Motion and Hearing (Docket No. 2122)

    Objection
    Deadline:        February 17, 2009

    Objections/
    Responses
    Filed:           None at the time of filing this agenda

    Status:          This matter is going forward

2.  Debtors' Expedited Motion for Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364 and 503 and Fed. R. Bankr. P. 2002, 4001 and 6004 Approving Amendment to Debtor-In-Possession Credit Agreement Effective as of January 17, 2009 (Docket No. 2120)

    Related Documents:

    a.    Notice of Motion and Hearing (Docket No. 2122)

    Objection
    Deadline:        February 17, 2009

    Objections/
    Responses
    Filed:           None at the time of filing this agenda

    Status:          This matter is going forward

3.  Motion of the Debtors Pursuant to 11 U.S.C. §§ 105, and Local Bankruptcy Rule 9013-1(M) For an Order Setting an Expedited Hearing on Motion of Debtors Under Bankruptcy Code Section 366 to Modify Utility Order (Docket No. 2128)

    Related Documents:

    a.    Notice of Motion and Hearing (Docket No. 2129)

      Objection
      Deadline:         February 17, 2009

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter is going forward

4. Motion of Debtors Under Bankruptcy Code Section 366 to Modify Utility Order (Docket No. 2127)

      Related Documents:

      a. Notice of Motion and Notice of Hearing (Docket No. 2129)

      Objection
      Deadline:         February 17, 2009

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter is going forward

5. Debtors' Motion for Order Shortening Notice Period and Limiting Notice of Debtors' Motion Pursuant to Bankruptcy Code Sections 105 and 363 (I) Authorizing Debtors to Enter into an Agreement in Connection with Sale of Furniture, Fixtures and Equipment, Subject to Higher or Otherwise Better Proposals; (ii) Approving Sale of Furniture, Fixtures and Equipment Free and Clear of All Interests; and (iii) Granting Related Relief (Docket No. 2005)

      Related Documents:

      a. Notice of Motion and Hearing (Docket No. 2007)

      Objection
      Deadline:         February 13, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter is going forward

6. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 (I) Authorizing Debtors to Enter into an Agreement in Connection with Sale of Furniture, Fixtures and Equipment, Subject to Higher or Otherwise Better Proposals; (ii) Approving Sale of Furniture, Fixtures and Equipment Free and Clear of All Interests; and (iii) Granting Related Relief (Docket No. 2004)

    Related Documents:

    a. Notice of Motion and Hearing (Docket No. 2006)

    Objection Deadline:     February 13, 2009 at 4:00 p.m.

    Objections/ Responses Filed:

    a. Objection of OLP CCAntioch, LLC and OLP CCFerguson, LLC to Debtors' Proposed cure Amount for Certain Closing Date Contracts (Docket No. 2110)

    b. Limited Objection of Oracle USA, Inc. to Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363(I) Authorizing Debtors to Enter into an Agreement in Connection with Sale of Furniture, Fixtures and Equipment, Subject to Higher or Otherwise Better Proposal; (II) Approving Sale of Furniture, Fixtures and Equipment Free and Clear of All Interests; and (III) Granting Related Relief (Docket No. 2165)

    Status:     This matter is going forward

7. Motion of D.L. Peterson Trust as Assignee of PHH Vehicle Management Services, LLC to Compel Rejection of Lease Agreements and for Relief from the Automatic Stay (Docket Nos. 1956 and 1969)

    Related Documents:

    a. Motion for Expedited Hearing and to Shorten Objection Deadline (Docket No. 1957)

    b. Order Granting Motion to Expedite (Docket No. 2024)

|  |  |
|---|---|
| Objection Deadline: | February 11, 2009 at 5:00 p.m., extended for the Debtors until February 16, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | None at the time of filing this agenda |
| Status: | This matter is going forward. |

Dated: February 13, 2009      SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia     FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                       - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              333 West Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                       - and -

                              MCGUIREWOODS LLP

                              _/s/ Douglas M. Foley_____
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

\7630541.3