**EXHIBIT A**
**Unexpired Leases of Real Property**

| Store # | Location Name | Landlord | Leaes Type | Rejection Date |
|---|---|---|---|---|
| 34 | Dallas Service Center | Dematteo Management Inc. (landlord) Solo Cup (subtenant) | Service Center | 2/15/09 |
| 45 | Philadelphia Service & Home Delivery Center | Little Britain Holding, LLC, c/o Flynn Company | Service Center | 2/15/09 |
| 843 | Rivergate Superstore | The Village At Rivergate LP | Store | 2/23/09 |
| 1603 | Longview Micro-Superstore | Campbell Properties LP | Store | 2/23/09 |
| 1610 | Waco Mini-Superstore | CC Investors 1995-2 | Store | 2/23/09 |
| 1624 | College Station Superstore | Inland Western College Station Gateway II, LP | Store | 2/23/09 |
| 1627 | Florence Mini-Superstore | BPP-SC LLC | Store | 2/23/09 |
| 1638 | Cheyenne Micro-Superstore | Millman 2000 Charitable Trust | Store | 2/23/09 |
| 3189 | Dayton 2 Superstore | Macy's Central | Store | 2/23/09 |
| 3196 | Dayton 3 Superstore | Shoppes Of Beavercreek, LLC | Store | 2/23/09 |
| 3226 | Cool Springs Superstore | Thoroughbred Village GP | Store | 2/23/09 |
| 3202 | Gainesville Mini-Superstore | Circuit Investors #2 Ltd. | Store | 2/23/09 |
| 3229 | Midland Mini-Superstore | CC Investors 1995-5 | Store | 2/23/09 |
| 3230 | High Point Superstore | CC – Investors 1996-12 | Store | 2/23/09 |
| 3244 | Rocky Mount Micro-Superstore | Cobb Corners II, L. P. | Store | 2/23/09 |
| 3252 | Kingsport Micro-Superstore | CC Kingsport 98, LLC | Store | 2/23/09 |
| 3260 | Tulsa North Micro-Superstore | Southroads, LLC | Store | 2/23/09 |
| 3276 | Clarksville Micro-Superstore | Craig-Clarksville Tennessee, LLC | Store | 2/23/09 |
| 3354 | Pearl Ridge Mall | Watercress Associates LP | Pearl Ridge Mall | 2/27/09 |
| 3428 | San Luis Obispo Superstore | Irish Hills Plaza West II, LLC | Store | 2/23/09 |
| 3508 | Crossroads Superstore | Inland American Oklahoma City Penn, LLC | Store | 2/23/09 |
| 3510 | Tulsa South Superstore | TRC Associates, LLC | Store | 2/23/09 |
| 3515 | Bellevue Superstore | CCI Trust 1994-I; Lloyd Draper – Trustee | Store | 2/23/09 |
| 3521 | Jackson Superstore | CC Ridgeland 98 L.L.C. | Store | 2/23/09 |
| 3564 | Quail Springs Superstore | Memorial Square 1031, LLC | Store | 2/23/09 |
| 3606 | Lakeside Superstore | Bond-Circuit X Delaware Business Trust | Store | 2/23/09 |
| 3607 | Roseville Superstore | CC Roseville, LLC | Store | 2/23/09 |
| 3608 | Novi Superstore | Ramco West Oaks I LLC | Store | 2/23/09 |
| 3611 | Taylor Superstore | CC Investors 1996-14 | Store | 2/23/09 |
| 3613 | Westland Superstore | WMI/MPI Business Trust | Store | 2/23/09 |
| 3621 | Evansville Superstore | Evansville Developers LLC, G.B. | Store | 2/23/09 |
| 3630 | Saginaw Superstore | Somerville Saginaw LP | Store | 2/23/09 |
| 3631 | Flint Superstore | Daniel G. Kamin Flint, LLC | Store | 2/23/09 |
| 3635 | Lansing West Superstore | Covington Lansing Acquisition LLC | Store | 2/23/09 |
| 3705 | Spring Meadows Mini-Superstore | Suemar Realty, Inc | Store | 2/23/09 |
| 3733 | Steubenville Micro-Superstore | Landman, Deborah, Eli Landman, Zoltan Schwartz & Anna Schwar | Store | 2/23/09 |
| 3734 | Franklin Park Superstore | Suemar Realty, Inc. | Store | 2/23/09 |
| 3740 | Bangor Mini-Superstore | Sacco Of Maine, LLC | Store | 2/23/09 |
| 3748 | Yuma Las Palimillas Superstore | WCC Properties LLC | Store | 2/23/09 |
| 3750 | St. Clairsville Micro-Superstore | The St. Clairsville Parcel C.C. Development, LLC | Store | 2/23/09 |
| 3774 | Decatur Mini-Superstore | Decatur Plaza I, LLC | Store | 2/23/09 |
| 3776 | Brighton Superstore | Brighton Commercial, LLC | Store | 2/23/09 |
| 3820 | Greensburg, PA | Walnut Capital Partners – Lincoln Place LP | Constuction Store | 2/15/09 |
| 3830 | Glynn Isles Superstore | Cap Brunswick, LLC | Store | 2/23/09 |
| 3851 | Madison Heights Superstore | MDS Realty II, LLC | Store | 2/23/09 |
| 3863 | Troy Hills Shopping Center | Federal Realty Investment Trust | Constuction Store | 2/15/09 |
| 3865 | Fingerlakes Crossing "The City" Superstore | Fingerlakes Crossing, LLC | Store | 2/23/09 |
| 4141 | Homestead Shopping Center | DDR Homestead LLC, c/o Developers Diversified Realty Corp. | Constuction Store | 2/15/09 |
| 4142 | Marlton | Marlton VF, LLC c/o Vornado Realty Trust | Constuction Store | 2/15/09 |
| 4237 | Bunker Hills Shopping Center | I-10/Bunker Hill Associates, LP, c/o Fidelis Realty Partners, Ltd. | Constuction Store | 2/15/09 |
| 4246 | Baton Rouge Superstore | Ggp Mall Of Louisiana, LP | Store | 2/23/09 |
| 4309 | Alexandria Mall Superstore | Alexandria Main Mall LLC | Store | 2/23/09 |

| 9039 | CCS Office (Westmoreland Telecenter) | Brandywine Grande C, LP | Office Property | 2/28/09 |
| 9101 [1] | Circuit City Corporate Headquarters (Dr1) (Building Lease only) | Lexington Corporate Properties, Inc. | Office Property | 2/28/09 |

[1] This Motion has no force or effect with respect to the Ground Lease nor any sublease associated with the Ground Lease.  The Debtors only seek to reject the Building Lease as of February 28, 2009.