IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |
| SATCHIDANANDA MIMS, Movant, v. CIRCUIT CITY STORES, INC. | Contested Matter No._____ |
| Respondent. | |

### ORDER DENYING
### THE MOTION OF SATCHIDANANDA MIMS
### FOR LEAVE TO ATTEND HEARING BY TELEPHONE

This matter came before the Court on the Motion of Satchidananda Mims (the "Movant") for Leave to Attend Hearing by Telephone (the "Motion") in the above-captioned bankruptcy case on February 13, 2009. It appearing to the Court that the Movant has not demonstrated good cause to attend the hearing telephonically,

It is hereby ORDERED that the Motion is DENIED.

ENTERED: February 12, 2009

                                          /s/ Kevin R. Huennekens
                                    UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 2/12/09

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj           Page 1 of 1              Date Rcvd: Feb 12, 2009
Case: 08-35653                Form ID: pdforder         Total Served: 1

The following entities were served by first class mail on Feb 14, 2009.
cr            +Satchidananda Mims,    PO Box 19304,    Oakland, CA 94619-0304

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 14, 2009**                              **Signature:**    *Joseph Speetjens*