Neil D. Goldman, Esq. (VSB No. 18352)
John P. Van Beek, Esq. (VSB No. 30897)
Libeau J. Berthelot, III, Esq. (VSB 72730)
Young, Goldman & Van Beek, P.C.
510 King St., Suite 416
Alexandria, Virginia 22313
(703) 684-3260
(703) 548-4742 (facsimile)
ngoldman@ygvb.com
jvanbeek@ygvb.com
bberthelot@ygvb.com

Counsel for TSA Stores, Inc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653 |
| ) | Jointly Administered |
| Circuit City Stores Inc., et al.,   ) | Chapter 11 |
| ) | Hon. Kevin R. Huennekens |
| Debtors.   ) | |
| ) | |

ORDER GRANTING ADMISSION *PRO HAC VICE* OF PETER A. CAL

THIS MATTER having come before the Court upon the Motion for Admission *Pro Hac Vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) of a partner with the law firm of Young, Goldman & Van Beek, for the admission *pro hac vice* of Peter A. Cal.

Upon consideration of the Motion for Admission *Pro Hac Vice* of Peter A. Cal, filed by Neil D. Goldman, a member of the bar of this Court and it appearing that the Motion having been served upon counsel for Circuit City Stores Inc., *et al.* (collectively, the "Debtors"), and the Office of the United States Trustee for the Eastern District of Virginia; and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED, AND DECREED:** pursuant to Local Bankruptcy Rule 2090-1(E)(2), that Peter A. Cal is hereby permitted to appear and be heard *pro hac vice* as

counsel for TSA Stores, Inc., in the above captioned proceedings.

Feb 12 2009
Dated: February ____, 2009

/s/ Kevin Huennekens
Hon. Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/ John P. Van Beek

**Entered on Docket: 2/12/09**

John P. Van Beek, Esq. (VSB No. 30897)
Neil D. Goldman, Esq. (VSB No. 18352)
Libeau J. Berthelot, III, Esq. (VSB 72730)
Young, Goldman & Van Beek, P.C.
510 King St., Suite 416
Alexandria, Virginia 22313
(703) 684-3260
ngoldman@ygvb.com
jvanbeek@ygvb.com

Counsel for TSA Stores, Inc.

**Local Rule 9022-1(C) Certification**

    The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ John P. Van Beek

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1          Date Rcvd: Feb 12, 2009
Case: 08-35653                Form ID: pdforder        Total Served: 1

The following entities were served by first class mail on Feb 14, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 14, 2009**               **Signature:** _Joseph Speetjens_