Kevin R. McCarthy, VSB 14273
William Douglas White
MCCARTHY & WHITE PLLC
1751 Pinnacle Drive – Suite 1115
McLean, Virginia 22102
Tel: (703) 770-9261
Fax: (703) 770-9266
krm@mccarthywhite.com



FILED
FEB 10 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | ) |
| | ) |
| Florida Power and Light Company, et al. | ) |
| | ) |
| v. | ) Case No. 3:09cv045 |
| | ) (Appeal from Bankruptcy Court) |
| Circuit City Stores, Inc. et al. | ) |

### STIPULATION OF DISMISSAL

WHEREAS, on December 19, 2008, Appellants Florida Power & Light Company, Potomac Electric Power Company ("Pepco"), Delmarva Power & Light Company ("Delmarva"), Atlantic City Electric Company, Central Maine Power Company, Alabama Power Company ("APCO") and Baltimore Gas and Electric Company (hereinafter collectively the "Appellant Utilities") filed a notice of appeal of the Corrected Order Under Bankruptcy Code Sections 105, 363 and 366 and Bankruptcy Rule 6003 (Docket No. 832); and

WHEREAS, the issues on appeal have been resolved by agreements between each of the Appellant Utilities and the Appellees, and pursuant to those agreements, the Appellant Utilities have agreed to dismiss the appeal.

NOW THEREFORE, the parties hereby stipulate, by and through undersigned counsel, that the appeal shall be dismissed, with each party to bear its own costs and attorney fees.

Date: February 6, 2009

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _McCracken_
DEPUTY CLERK

Case 08-35653-KRH    Doc 2188    Filed 02/14/09    Entered 02/15/09 00:56:50    Desc
Imaged Certificate of Service    Page 2 of 3
Case 3:09-cv-00045-JRS    Document 3    Filed 02/06/2009    Page 2 of 2

/s/Kevin R. McCarthy
Kevin R. McCarthy, VSB 14273
William Douglas White
MCCARTHY & WHITE, PLLC
1751 Pinnacle Drive – Suite 1115
McLean, Virginia 22102
Tel: (703) 770-9261
krm@mccarthywhite.com
Counsel for Appellant Utilities


Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
Wilmington, Delaware 19899
Telephone: (302) 651-3000
      and
Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700

      and


/s/Douglas M. Foley
Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
Counsel for Circuit City Stores, Inc., et al., Debtors-in-possession


IT IS SO ORDERED this ___9th___ day of _February_, 2009.


                                        _____/s/_____
                                        James R. Spencer
                                        Chief United States District Judge

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1              Date Rcvd: Feb 12, 2009
Case: 08-35653                Form ID: pdforder        Total Served: 1

The following entities were served by first class mail on Feb 14, 2009.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 14, 2009**                          **Signature:** _Joseph Speetjens_