WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
Ed Rothberg, Esq.
11 East Greenway Plaza
Suite 1400
Houston, Texas  77046-1104
Telephone:  (713)-961-9045
Facsimile:   (713)-961-5341

-and-

KUTAK ROCK LLP
Michael A. Condyles (Va. Bar No. 27807)
1111 East Main Street, Suite 800
Richmond, Virginia  23219
Telephone:  (804) 644-1700
Facsimile:  (804) 783-6192

*Attorneys for Circuit Sports, L.P.*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| IN RE: | Case No.  08-35653-KRH |
| | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | (Jointly Administered) |
| Debtors. | |

## CIRCUIT SPORTS, L.P.'S  STATEMENT OF CURE AMOUNT
(Relates to Docket #1946 and #2175 (order to be entered))

Circuit Sports, L.P. ("Circuit Sports"), landlord with respect to Debtors' retail lease space located at 13350 I-10 East, Houston, Texas, store #3520, hereby files its Statement of Cure Amount, and would show the court as follows:

### Statement of Cure Amount

Circuit Sports asserts the Debtors owe the following charges under the retail lease:

 a) base rent from November 1 – November 9, 2008 in the amount of $5,917.33;

 b) base rent from November 10 -November 30, 2008 in the amount of $13,807.09;

 c) late charges for November 2008 in the amount of $1,183.47;

 d) late charges for December 2008 in the amount of $1,183.47;

 e) 2008 tax reconciliation in the amount of $55,241.88;

4812-1921-0243.1

    f) 2008 insurance reconciliation in the amount of $3,704.76;

    g) January 2009 tax in the amount of $4,603.19;

    h) January 2009 insurance in the amount of $308.73;

    i) February 2009 tax in the amount of $4,603.19; and

    j) February 2009 insurance in the amount of $308.73.

The total amount to cure the default is $90,862.44.

         Respectfully submitted,

         **CIRCUIT SPORTS, L.P.**

         By: /s/ Michael A. Condyles
          KUTAK ROCK LLP
          Michael A. Condyles (Va. Bar No. 27807)
          1111 East Main Street, Suite 800
          Richmond, Virginia  23219
          Telephone:  (804) 644-1700
          Facsimile:  (804) 783-6192

          - And -

          WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
          Ed Rothberg, Esq.
          11 East Greenway Plaza
          Suite 1400
          Houston, Texas  77046-1104
          Telephone:  (713)-961-9045
          Facsimile:  (713)-961-5341

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 16, 2009, a true and exact copy of the foregoing Statement was forwarded via ECF notification or, on February 17, 2009, via first class mail postage pre-paid to the following necessary parties or their counsel as set forth in the Order Establishing Certain Notice, Case Management, and Administrative Procedures entered November 13, 2008: (i) the Office of the United States Trustee for the Eastern District of Virginia, (ii) the Debtors and bankruptcy co-counsel, (iii) counsel to the Official Committee of Unsecured Creditors, (iv) counsel to the agents for the Debtors' pre-petition lenders, and (v) counsel to the agents for the Debtors' post-petition lenders.

By:   /s/ Michael A. Condyles
KUTAK ROCK LLP
Michael A. Condyles (Va. Bar No. 27807)
1111 East Main Street, Suite 800
Richmond, Virginia  23219
Telephone:  (804) 644-1700
Facsimile:  (804) 783-6192

- And -

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
Ed Rothberg, Esq.
11 East Greenway Plaza
Suite 1400
Houston, Texas  77046-1104
Telephone:  (713)-961-9045
Facsimile:  (713)-961-5341

4812-1921-0243.1