Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
          Debtors.            :
                              : Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 17, 2009 AT 10:00 A.M. (EASTERN)**

        Set forth below are the matters previously scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on February 17, 2009 beginning at 10:00 a.m. Eastern.

**I.   CONTINUED/ADJOURNED MATTERS**

1.  Motion of D.L. Peterson Trust as Assignee of PHH Vehicle Management Services, LLC to Compel Rejection of Lease Agreements and for Relief from the Automatic Stay (Docket Nos. 1956 and 1969)

    Related Documents:

    a.  Motion for Expedited Hearing and to Shorten Objection Deadline (Docket No. 1957)

    b.  Order Granting Motion to Expedite (Docket No. 2024)

    Objection Deadline:   February 11, 2009 at 5:00 p.m., extended for the Debtors until February 16, 2009.

    Objections/ Responses Filed:   Debtors' Objection to Motion of D. L. Peterson Trust as Assignee of PHH Vehicle Management Services, LLC to Compel Rejection of Lease Agreements and for Relief from the Automatic Stay (Docket No. 2194)

    Status:   This matter has been adjourned until February 25, 2009 at 2:00 p.m.

**II.  UNCONTESTED MATTERS**

2.  Motion of the Debtors Pursuant 11 U.S.C. §105 and Local Bankruptcy Rule 9013-1(m) for an Order Setting an Expedited Hearing on Debtors' Motion for Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364 and 503 and Fed. R. Bankr. P. 2002, 4001 and 6004 Approving Amendment to Debtor-In Possession Credit Agreement Effective as of January 17, 2009 (Docket No. 2121)

    Related Documents:

    a.  Notice of Motion and Hearing (Docket No. 2122)

    Objection

```
          Deadline:        February 17, 2009

          Objections/
          Responses
          Filed:           None at the time of filing this agenda.

          Status:          This matter is going forward.

     3.   Debtors' Expedited Motion for Order Under 11 U.S.C. §§
          105, 361, 362, 363, 364 and 503 and Fed. R. Bankr. P.
          2002, 4001 and 6004 Approving Amendment to Debtor-In-
          Possession Credit Agreement Effective as of January 17,
          2009 (Docket No. 2120)

          Related
          Documents:

          a.   Notice of Motion and Hearing (Docket No. 2122)

          Objection
          Deadline:        February 17, 2009

          Objections/
          Responses
          Filed:           None at the time of filing this agenda.

          Status:          If the Court grants the Debtors' motion
                           for an expedited hearing, this matter is
                           going forward.

     4.   Motion of the Debtors Pursuant to 11 U.S.C. §§ 105, and
          Local Bankruptcy Rule 9013-1(M) For an Order Setting an
          Expedited Hearing on Motion of Debtors Under Bankruptcy
          Code Section 366 to Modify Utility Order (Docket No.
          2128)

          Related
          Documents:

          a.   Notice of Motion and Hearing (Docket No. 2129)

          Objection
          Deadline:        February 17, 2009

          Objections/
          Responses
          Filed:           None at the time of filing this agenda.

          Status:          This matter is going forward.
```

5. Motion of Debtors Under Bankruptcy Code Section 366 to Modify Utility Order (Docket No. 2127)

   Related Documents:

   a. Notice of Motion and Notice of Hearing (Docket No. 2129)

   Objection Deadline:    February 17, 2009

   Objections/ Responses Filed:    None at the time of filing this agenda.

   Status:    If the Court grants the Debtors' motion for an expedited hearing, this matter is going forward.

6. Debtors' Motion for Order Shortening Notice Period and Limiting Notice of Debtors' Motion Pursuant to Bankruptcy Code Sections 105 and 363 (I) Authorizing Debtors to Enter into an Agreement in Connection with Sale of Furniture, Fixtures and Equipment, Subject to Higher or Otherwise Better Proposals; (ii) Approving Sale of Furniture, Fixtures and Equipment Free and Clear of All Interests; and (iii) Granting Related Relief (Docket No. 2005)

   Related Documents:

   a. Notice of Motion and Hearing (Docket No. 2007)

   Objection Deadline:    February 13, 2009 at 4:00 p.m.

   Objections/ Responses Filed:    None.

   Status:    This matter is going forward.

**III. CONTESTED MATTERS**

7. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 (I) Authorizing Debtors to Enter into an Agreement in Connection with Sale of Furniture,

4

```
          Fixtures and Equipment, Subject to Higher or Otherwise
          Better Proposals; (ii) Approving Sale of Furniture,
          Fixtures and Equipment Free and Clear of All Interests;
          and (iii) Granting Related Relief (Docket No. 2004)

          Related
          Documents:

          a.   Notice of Motion and Hearing (Docket No. 2006)

          Objection
          Deadline:        February 13, 2009 at 4:00 p.m.

          Objections/
          Responses
          Filed:

          a.   Limited Objection of Oracle USA, Inc. to Debtors'
               Motion for Order Pursuant to Bankruptcy Code
               Sections 105 and 363(I) Authorizing Debtors to
               Enter into an Agreement in Connection with Sale of
               Furniture, Fixtures and Equipment, Subject to
               Higher or Otherwise Better Proposal; (II) Approving
               Sale of Furniture, Fixtures and Equipment Free and
               Clear of All Interests; and (III) Granting Related
               Relief (Docket No. 2165)

          b.   Limited Objection of Commonwealth of Virginia
               Department Taxation to Debtors' Motion for Order
               Pursuant to Bankruptcy Code Sections 105 and 363(I)
               Authorizing Debtors to Enter into an Agreement in
               Connection with Sale of Furniture, Fixtures and
               Equipment, Subject to Higher or Otherwise Better
               Proposal; and (II) Approving Sale of Furniture,
               Fixtures and Equipment Free and Clear of All
               Interests (Docket No. 2177)

          c.   Limited Objection by Gould Livermore LLC to
               Debtors' Motion for Order Pursuant to Bankruptcy
               Code Sections 105 and 363(I) Authorizing Debtors to
               Enter into an Agreement in Connection with Sale of
               Furniture, Fixtures and Equipment, Subject to
               Higher or Otherwise Better Proposal; and (II)
               Approving Sale of Furniture, Fixtures and Equipment
               Free and Clear of All Interests (Docket No. 2191)

          Status:          This matter is going forward.
```

Dated: February 17, 2009  SKADDEN, ARPS, SLATE, MEAGHER &
Richmond, Virginia  FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and –

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and –

MCGUIREWOODS LLP

/s/ Douglas M. Foley          .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

\7630541