UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: § | |
| § | CASE NO. 08-35653-KRH-11 |
| CIRCUIT CITY STORES, INC. § | |
| § | Chapter 11 |
| Debtor § | |

**TEXAS COMPTROLLER'S OBJECTION TO**
**DEBTOR'S MOTION TO SELL FURNITURE, FIXTURES AND EQUIPMENT**

The Texas Comptroller of Public Accounts ("Texas Comptroller"), appearing through the Texas Attorney General's Office, objects to the Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363. (I) Authorizing Debtors to Enter Into an Agreement in Connection with Sale of Furniture, Fixtures and Equipment, Etc. (the "Motion"), Dkt. No. 2004.

1. Neither the Motion nor the accompanying documents indicate what entity will be responsible for reporting or paying any state sales or use taxes arising from the proposed sale of large amounts of the Debtors' FFE.

2. "Bankruptcy liquidation sales" are fully taxable under state and local law. <u>California Board of Equalization v. Sierra Summit, Inc.</u>, 109 S. Ct. 2228 (1989). Compliance with state and local tax laws is also required by 28 U.S.C. §§ 959(b) and 960.

3. Either by contractual agreement disclosed to state and local tax authorities, or by a provision in any order entered on the Motion, the responsibility for reporting and paying any taxes arising from FFE sales should be made clear – i.e., whether taxes will be reported and paid by the proposed liquidator of the FFE, or whether the Debtors will report and pay the taxes. Any unpaid taxes from such sale would constitute administrative expense claims against the bankruptcy estate, so lower-priority creditors would be protected as well by having tax-reporting and tax-paying

responsibilities clarified.

Wherefore, the Texas Comptroller requests that, unless tax reporting and payment responsibilities are specifically addressed in a disclosed agreement between the Debtors and the FFE liquidator, the order entered on the Motion clearly determine where responsibility lies for reporting any sales or use taxes arising from the FFE sales. The Texas Comptroller also requests such other relief to which it may be entitled.

    Respectfully submitted,

    Respectfully submitted,

    GREG ABBOTT
    Attorney General of Texas

    KENT C. SULLIVAN
    First Assistant Attorney General

    DAVID S. MORALES
    Deputy Attorney General for Civil Litigation

    RONALD R. DEL VENTO
    Assistant Attorney General
    Chief, Bankruptcy & Collections Division

    */s/ Mark Browning*
    MARK BROWNING
    Assistant Attorney General
    Texas State Bar No. 03223600
    Bankruptcy & Collections Division
    P. O. Box 12548
    Austin, TX 78711-2548
    Telephone: (512) 475-4883
    Facsimile: (512) 482-8341

    ATTORNEYS FOR THE TEXAS
    COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

   I certify that on February 17, 2009, a true copy of the foregoing was served by the method and to the following parties as indicated:

By Electronic Means as listed on the Court's ECF Noticing System:

Robin S. Abramowitz abramowitz@larypc.com
Angela Sheffler Abreu aabreu@mccarter.com, rowan20@excite.com
Christopher M. Alston alstc@foster.com, muelk@foster.com
Mark K. Ames mark@taxva.com
Heather Lynn Anderson Heather.Anderson@dol.lps.state.nj.us
Tara B. Annweiler tannweiler@greerherz.com
Henry P. Baer CSommer@fdh.com, csommer@fdh.com
Peter Barrett peter.barrett@kutakrock.com, lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;elenora.allen@kutakrock.com
Raymond William Battaglia rbattaglia@obht.com
Philip C. Baxa phil.baxa@mercertrigiani.com, liz.camp@mercertrigiani.com
Christopher R. Belmonte cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
Paula S. Beran pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com
Jason B. Binford jason.binford@haynesboone.com
Ron C. Bingham rbingham@stites.com, dclayton@stites.com
Patrick M. Birney pbirney@rc.com, ccanty@rc.com
Daniel F. Blanks dblanks@mcguirewoods.com
Paul S. Bliley pbliley@williamsmullen.com, rcohen@williamsmullen.com;hpollard@williamsmullen.com
Sarah Beckett Boehm sboehm@mcguirewoods.com, kcain@mcguirewoods.com
Wanda Borges borgeslawfirm@aol.com
Anne Elizabeth Braucher anne.braucher@dlapiper.com
John P. Brice lexbankruptcy@wyattfirm.com
James J. Briody jim.briody@sablaw.com, kim.smith@sablaw.com
William A. Broscious wbroscious@kbbplc.com
Timothy Francis Brown brownt@arentfox.com, giaimo.christopher@arentfox.com

Andrew M. Brumby abrumby@shutts-law.com, rhicks@shutts-law.com
William A. Burnett aburnett@williamsmullen.com
Aaron R. Cahn cahn@clm.com
Paul K. Campsen pkcampsen@kaufcan.com
William H. Casterline wcasterlinejr@blankeith.com, bford@bklawva.com
Eugene Chang echang@steinlubin.com
Jeffrey Chang jchang@wildman.com
Wm. Joseph A. Charboneau jcharboneau@mfgs.com, mshimchock@mfgs.com
Sara L. Chenetz schenetz@sonnenschein.com

Dominic L. Chiariello dc@chiariello.com
Charles W. Chotvacs chotvacsc@ballardspahr.com,
aconway@taubman.com;Pollack@ballardspahr.com
Anthony J. Cichello acichello@kb-law.com
James E. Clarke vaecf@drapgold.com, ryanb@drapgold.com;danield@drapgold.com
Tiffany Strelow Cobb tscobb@vorys.com, cdfricke@vorys.com
Andrew Lynch Cole acole@fandpnet.com
Ken Coleman Ken.Coleman@allenovery.com
Michael A. Condyles michael.condyles@kutakrock.com,
lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com
Mark B. Conlan mconlan@gibbonslaw.com
Andrew S. Conway aconway@taubman.com
Erin Elizabeth Corbett ecorbett@spottsfain.com,
kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com
Eric C. Cotton hsmith@ddr.com
Robert K. Coulter robert.coulter@usdoj.gov,
sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov
David H. Cox dcox@jackscamp.com, phaynes@jackscamp.com;dstewart@jackscamp.com
John M. Craig johncraigg@aol.com, russj4478@aol.com
William C. Crenshaw bill.crenshaw@bryancave.com, michelle.mcmahon@bryancave.com
William C. Crenshaw WCrenshaw@pogolaw.com, michelle.mcmahon@bryancave.com
Paul McCourt Curley pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
Heather D. Dawson hdawson@kkgpc.com, scarlberg@kkgpc.com
Gilbert D. Dean ddean@coleschotz.com
Christopher M. Desiderio cdesiderio@nixonpeabody.com
Deborah H. Devan dhd@nqgrg.com
Jaime Sue Dibble jdibble@stinson.com, lbigus@stinson.com
Louis E. Dolan ldolan@nixonpeabody.com, was.managing.clerk@nixonpeabody.com
Jennifer V. Doran jdoran@haslaw.com
Seth A. Drucker sdrucker@honigman.com
Ronald G. Dunn bstasiak@gdwo.net
Robert A. Dybing rdybing@t-mlaw.com, pfemiani@t-mlaw.com
Sara B. Eagle eagle.sara@pbgc.gov, efile@pbgc.gov
Robert C. Edmundson redmundson@attorneygeneral.gov, agrice@attorneygeneral.gov
Tara L. Elgie tara.elgie@leclairryan.com,
erik.gustafson@leclairryan.com;elizabeth.saladini@leclairryan.com;martha.hulley@leclairryan.com
Bradford F. Englander benglander@linowes-law.com, klevie@linowes-law.com;jkneeland@linowes-law.com;gduvall@linowes-law.com;bnestor@linowes-law.com;aevert@linowes-law.com
Augustus C. Epps aepps@cblaw.com, lthompson@cblaw.com
David J. Ervin dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Belkys Escobar Belkys.Escobar@loudoun.gov,
Karen.Stapleton@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
Michael P. Falzone mfalzone@hf-law.com, stoboz@hf-law.com
Robert J. Feinstein rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
John D. Fiero jfiero@pszjlaw.com
Douglas M. Foley dfoley@mcguirewoods.com
Jeremy S. Friedberg jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com
Jeremy S. Friedberg jsf@llff.com, ecf@llff.com;gordon.young@llff.com
Ellen A. Friedman efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
Gary V. Fulghum gfulghum@sblsg.com, jschmeltz@sblsg.com;cbrown@sblsg.com
Karen L. Gilman KGILMAN@WOLFFSAMSON.COM
Lawrence H. Glanzer glanzer@rlglegal.com, michelle@rlglegal.com
Brad R. Godshall bgodshall@pszjlaw.com
Douglas R. Gonzales dgonzales@wsh-law.com
Anitra D. Goodman Royster anitra.royster@nelsonmullins.com,
betsy.burn@nelsonmullins.com,raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
Kimbell D. Gourley kgourley@idalaw.com, sprescott@idalaw.com
Garry M. Graber GGraber@HodgsonRuss.com,
jkreher@hodgsonruss.com;dpiazza@hodgsonruss.com;jrando@hodgsonruss.com;bomalley@hodgsonruss.com
Jeffrey J. Graham jgraham@taftlaw.com,
dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com
Gregory D. Grant ggrant@srgpe.com, csydnor@srgpe.com;lsmith@srgpe.com
William A. Gray bgray@sandsanderson.com,
lhudson@sandsanderson.com;tebel@sandsanderson.com;kwalters@sandsanderson.com;mburns@sandsanderson.com
William F. Gray wgray@torys.com, tmartin@torys.com
Steven H. Greenfeld steveng@cohenbaldinger.com
David A. Greer dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
Elizabeth L. Gunn egunn@durrettebradshaw.com, sryan@durrettebradshaw.com
Richard E. Hagerty richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com
Jerry Lane Hall jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com
Eric A. Handler ehandler@donahue.com, jane@donahue.com
Gina Baker Hantel agbankcal@ag.tn.gov
David Emmett Hawkins dhawkins@velaw.com
Dion W. Hayes dhayes@mcguirewoods.com
Melissa S. Hayward mhayward@lockelord.com
Robert B. Hill kcummins@hillrainey.com
John E. Hilton jeh@carmodymacdonald.com
Matthew E. Hoffman mehoffman@duanemorris.com,
lltaylor@duanemorris.com;lstopol@levystopol.com
David D. Hopper ddhopper@chlhf.com, scilino@chlhf.com

Mary Angela House mhouse@akingump.com, jgold@akingump.com;bpatrick@akingump.com
Brian D. Huben brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;tommie.olds@kattenlaw.com;donna.carolo@kattenlaw.com
Lisa Taylor Hudson lhudson@sandsanderson.com, kbice@sandsanderson.com;rbuttis@sandsanderson.com
Jessica Regan Hughes jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
Peter C. Hughes phughes@dilworthlaw.com
Martha E. Hulley martha.hulley@leclairryan.com, tara.elgie@leclairryan.com;sarahleitner.kelly@leclairryan.com
Jordan M. Humphreys jhumphreys@fpb-law.com
Richard Iain Hutson rhutson@fullertonlaw.com, pschrader@fullertonlaw.com
Alexander Xavier Jackins ajackins@seyfarth.com
Russell R. Johnson russ4478@aol.com, peggyfwood2008@aol.com
Christopher A. Jones cajones@wtplaw.com, wbatres@wtplaw.com
Nathan Jones heather@usdrllc.com
Dexter D. Joyner caaustin@comcast.net
Gary M. Kaplan gmkaplan@howardrice.com
Douglas D. Kappler dkappler@rdwlawcorp.com
Lawrence Allen Katz lakatz@venable.com
Adam K. Keith akeith@honigman.com, tsable@honigman.com
Vivieon E. Kelley vivieon.kelley@troutmansanders.com, bonnie.feuer@troutmansanders.com
Gerald P. Kennedy gpk@procopio.com
Brian F. Kenney bkenney@milesstockbridge.com
Thomas G. King tking@kech.com, dholmgren@kech.com
Jeffrey E. Klusmeier Jeff.Klusmeier@ago.mo.gov
Kurt M. Kobiljak kkobi@aol.com
Michael S. Kogan mkogan@ecjlaw.com, rfraire@ecjlaw.com
Charles Gideon Korrell gkorrell@dl.com
Leonidas Koutsouftikis lkouts@magruderpc.com, mcook@magruderpc.com
Darryl S. Laddin bkrfilings@agg.com
Kevin A. Lake klake@vanblk.com, lseaborne@vanblk.com,dszabo@vanblk.com,dalessi@vanblk.com
John J. Lamoureux jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
Ian S. Landsberg ilandsberg@lm-lawyers.com
Stephen E. Leach sleach@ltblaw.com, ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com
Richard E. Lear richard.lear@hklaw.com, kimi.odonnell@hklaw.com
Robert L. Lehane rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Stephen K. Lehnardt skleh@lehnardt-law.com
Justin D. Leonard jleonard@balljanik.com
Fredrick J. Levy fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com

Dennis T. Lewandowski dtlewand@kaufcan.com
James M. Lewis jmlewis@hklaw.com, dsdunham@hklaw.com
Arthur Lindquist-Kleissler arthurlindquistkleissler@msn.com
James V. Lombardi jvlombardi@rossbanks.com
Henry Pollard Long hlong@hunton.com
John E. Lucian lucian@blankrome.com
Donald K. Ludman dludman@brownconnery.com
Christine D. Lynch clynch@goulstonstorrs.com
A. Carter Magee cmagee@mfgs.com, lcopenhaver@mfgs.com
Valerie L. Marciano vlm@jaburgwilk.com
Joel T. Marker joel@mbt-law.com
Jeremy W. Martin jeremymartin@lawmh.com, lthompson@lawmh.com;sgardener@law.mh.com
Richard M. Maseles edvaecf@dor.mo.gov
Bruce H. Matson bruce.matson@leclairryan.com,
kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
David McCall bankruptcy@ntexas-attorneys.com
Kevin R. McCarthy krm@mccarthywhite.com,
wdw@mccarthywhite.com;clm@mccarthywhite.com
Michael Keith McCrory mmcrory@btlaw.com
Neil E. McCullagh nmccullagh@cantorarkema.com
W. Clarkson McDow, Jr. USTPRegion04.RH.ECF@usdoj.gov
David R. McFarlin dmcfarlin@whmh.com,
psmith@whmh.com;mbretana@whmh.com;lde@whmh.com
Annemarie G. McGavin annemarie.mcgavin@bipc.com
Frank F. McGinn ffm@bostonbusinesslaw.com
Robert P. McIntosh Robert.McIntosh@usdoj.gov
John D. McIntyre jmcintyre@wilsav.com, wedwards@wilsav.com
John G. McJunkin jmcjunkin@mckennalong.com, sparson@mckennalong.com
Jennifer McLain McLemore jmclemore@cblaw.com, avaughn@cblaw.com
Janet M. Meiburger admin@meiburgerlaw.com
Stephen A. Metz smetz@srgpe.com
Kalina Boyanova Miller kmiller@wileyrein.com, rours@wileyrein.com
Malcolm M. Mitchell mmmitchell@vorys.com,
sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Byron Z. Moldo bmoldo@mdfslaw.com, tmelendez@mdfslaw.com
Joseph T. Moldovan bankruptcy@morrisoncohen.com
Denise S. Mondell denise.mondell@po.state.ct.us
Valerie P. Morrison vmorrison@wileyrein.com, rours@wileyrein.com
Michael D. Mueller mmueller@cblaw.com, avaughn@cblaw.com
Mona M. Murphy mona.murphy@akerman.com,
tammy.scott@akerman.com;michael.goldberg@akerman.com;phil.landau@akerman.com
Thomas Francis Murphy tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com
Linda Lemmon Najjoum lnajjoum@hunton.com

Kevin M. Newman knewman@menterlaw.com
Steven H. Newman snewman@katskykorins.com
Alan Michael Noskow anoskow@pattonboggs.com, tbryan@pattonboggs.com
Darlene M. Nowak nowak@marcus-shapira.com
Michael John O'Grady mjogrady@fbtlaw.com, ahammerle@fbtlaw.com
Samuel S. Oh sam.oh@limruger.com
Mary E. Olden molden@mhalaw.com, akauba@mhalaw.com
Laura Otenti lotenti@pbl.com
Craig M. Palik cpalik@yahoo.com, cpalik@mhlawyers.com
R. Chase Palmer cpalmerplf@gmail.com
Min Park mpark@cblh.com
Paul J. Pascuzzi ppascuzzi@ffwplaw.com
Peter M. Pearl ppearl@sandsanderson.com
Frank T. Pepler fpepler@peplermastromonaco.com
Christopher L. Perkins christopher.perkins@leclairryan.com,
stacie.wetzler@leclairryan.com;stacy.beaulieu@leclairryan.com
Rhett E. Petcher rpetcher@seyfarth.com
Loc Pfeiffer loc.pfeiffer@kutakrock.com,
lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
Kimberly A. Pierro kimberly.pierro@kutakrock.com,
sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
David M. Poitras dmp@jmbm.com
Jeffrey N. Pomerantz jpomerantz@pszjlaw.com
Courtney E. Pozmantier cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
Julie Ann Quagliano quagliano@quagseeg.com,
zisa@quagseeg.com;frazier@quagseeg.com;greene@quagseeg.com;elawler@lowenstein.com;DACarapella@trenam.com;LVaughan@trenam.com
William H. Ramsey ramseywh@doj.state.wi.us, gurholtks@doj.state.wi.us
Victoria A. Reardon reardonv@michigan.gov, jacksonst@michigan.gov
Michael Reed danielle.goff@mvbalaw.com
Linda Dianne Regenhardt lregenhardt@garyreg.com, jtadlock@garyreg.com;chall@garyreg.com
Thomas W. Repczynski trepczynski@beankinney.com, bsockwell@beankinney.com
Matthew Righetti matt@righettilaw.com, erin@righettilaw.com
Fred B. Ringel fbr@robinsonbrog.com
Philip M. Roberts mroberts@bdlaw.org
Terri A. Roberts pcaocvbk@pcao.pima.gov
James H. Rollins jim.rollins@hklaw.com, avis.francis@hklaw.com
Martha E. Romero romero@mromerolawfirm.com
Jeremy Brian Root jroot@bklawva.com, tmartin@bklawva.com
Edward L. Rothberg erothberg@wkpz.com
David R. Ruby druby@mcsweeneycrump.com,
kcaples@mcsweeneycrump.com;druby@ecf.epiqsystems.com;druby@mcsweeneycrump.com

Michael F. Ruggio mruggio@polsinelli.com,
cdancy@polsinelli.com;ahatch@polsinelli.com;tbackus@polsinelli.com
Eric Christopher Rusnak eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
Jeremy W. Ryan jryan@saul.com
Denyse Sabagh dsabagh@duanemorris.com
Travis Aaron Sabalewski tsabalewski@reedsmith.com, shicks@reedsmith.com
Michael J. Sage msage@omm.com, kzeldman@omm.com;bwajda@omm.com
Rebecca L. Saitta rsaitta@wileyrein.com, rours@wileyrein.com
Troy Savenko tsavenko@gregkaplaw.com, hivey@gregkaplaw.com
Jeffrey Scharf jeff@taxva.com, tacspc@gmail.com
Ann E. Schmitt aschmitt@culbert-schmitt.com
William H. Schwarzschild tschwarz@williamsmullen.com
Sheila L. Shadmand slshadmand@jonesday.com
Glenn H. Silver ctbghs@aol.com
Jesse Silverman silvermanj@ballardspahr.com, pollack@ballardspahr.com
Kevin L. Sink ksink@nichollscrampton.com
John Ronald Smith jrsmith@hunton.com
Eric J. Snyder esnyder@sillerwilk.com
Rhysa Griffith South sou06@co.henrico.va.us
David K. Spiro dspiro@cantorarkema.com, sharris@cantorarkema.com
Aryeh E. Stein astein@wtplaw.com
Richard F. Stein richard.f.stein@irscounsel.treas.gov
Peter E. Strniste pstrniste@rc.com, kcooper@rc.com
Mark Stromberg mark@stromberglawfirm.com,
sschild@stromberglawfirm.com;kiacaboni@stromberglawfirm.com
Jeffrey L. Tarkenton jtarkenton@wcsr.com, toross@wcsr.com
Lynn L. Tavenner ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com
Robert D. Tepper rtepper@sabt.com, pcoover@sabt.com
Roy M. Terry rterry@durrettebradshaw.com, sryan@durrettebradshaw.com
Dylan G. Trache dtrache@wileyrein.com, rours@wileyrein.com
Suzanne J. Trowbridge sjt@goodwingoodwin.com
Ronald M. Tucker rtucker@simon.com,
cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,dgerken@simon.com,dgrimes@simon.com
Robert B. Van Arsdale Robert.B.Van.Arsdale@usdoj.gov, USTPRegion04.RH.ECF@usdoj.gov
John P. Van Beek jvanbeek@ygvb.com,
awinokurzew@ygvb.com;ematthews@ygvb.com;hcurrier@ygvb.com

Madeleine C. Wanlsee mwanslee@gustlaw.com, rstein@gustlaw.com

Mitchell B. Weitzman mweitzman@beankinney.com, npeele@beankinney.com

Jennifer J. West jwest@spottsfain.com,
rchappell@spottsfain.com;kligon@spottsfain.com;skelly@spottsfain.com;tmoore@spottsfain.co

m;ecorbett@spottsfain.com;eanderson@spottsfain.com
Robert S. Westermann rwestermann@hunton.com
David B. Wheeler davidwheeler@mvalaw.com
Brenda M. Whinery bwhinery@mcrazlaw.com
Nicholas W. Whittenburg nwhittenburg@millermartin.com
Michael L. Wilhelm ecf@W2LG.com
Amy Pritchard Williams amy.williams@klgates.com, hailey.andresen@klgates.com
Walter Laurence Williams walter.williams@wilsonelser.com, mary.skow@wilsonelser.com
William A. Wood trey.wood@bgllp.com, gale.gattis@bgllp.com
Gordon S. Woodward gwoodward@schnader.com
J. Christian Word chefiling@lw.com;robert.klyman@lw.com
Hale Yazicioglu hyazicioglu@jshllp.com
Meredith Linn Yoder myoder@parkerpollard.com, sscarce@parkerpollard.com
Jonathan W. Young young@wildman.com
German Yusufov pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
Erica S. Zaron cao.bkc@miamidade.gov
Sheila G. deLa Cruz sdelacruz@hf-law.com, jbsmith@hf-law.com

*/s/ Mark Browning*
MARK BROWNING