**EXHIBIT A**
**Unexpired Leases of Real Property**

| Store # | Location Name | Landlord | Lease Type | Rejection Date |
|---|---|---|---|---|
| 325 | Boston Home Delivery Center | GRE Grove Street One, LLC | Distribution Center | 2/28/09 |
| 335 | Mid-Atlantic Distribution Center, Landover Home Delivery Center | CC Brandywine Investors 1998, LLC | Distribution Center | 2/28/09 |
| 353 | Industry Distribution Center | 680 S. Lemon Avenue Company LLC | Distribution Center | 2/28/09 |
| 353 | Industry Distribution Center | Arrowhead Net Lease, LP c/o Cardinal Capital Partners, Inc. | Distribution Center | 2/28/09 |
| 538 | Almeda Superstore | Almeda Rowlett Retail LP | Store | 3/5/09 |
| 541 | West Oaks Superstore | DEV Limited Partnership | Store | 3/5/09 |
| 754 | Kearny Home Delivery Center | AMB Property, LP | Distribution Center | 2/28/09 |