Gregg M. Galardi, Esq.               Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.              Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &      MCGUIREWOODS LLP
FLOM, LLP                            One James Center
One Rodney Square                    901 E. Cary Street
PO Box 636                           Richmond, Virginia 23219
Wilmington, Delaware 19899-0636      (804) 775-1000
(302) 651-3000

             - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - x
                            :
In re:                      :    Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :    Case No. 08-35653 (KRH)
et al.,                     :
                            :
              Debtors.      :    Jointly Administered
- - - - - - - - - - - - - - x

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD
ON APPEAL WITH RESPECT TO APPEAL OF DEVELOPERS
DIVERSIFIED REALTY CORPORATION, GENERAL GROWTH
PROPERTIES, INC. WEINGARTEN REALTY INVESTORS, BASSER-
KAUFMAN, INC., PHILIPS INTERNATIONAL HOLDING CORP.,
REGENCY CENTERS, L.P., AAC MANAGEMENT CORP., THE
WOODMONT COMPANY, JONES LANG LASALLE AMERICAS, INC.,
CONTINENTAL PROPERTIES COMPANY, INC. AND BENDERSON
DEVELOPMENT COMPANY, LLC**

The debtors and debtors in possession in the above-captioned jointly administered cases and appellees in this appeal (collectively, the "Debtors" or "Appellees")[1] hereby designate pursuant to Bankruptcy Rule 8006 the following items to be included in the record with respect to the appeal filed by Developers Diversified Realty Corporation, General Growth Properties, Inc. Weingarten Realty Investors, Basser-Kaufman, Inc., Philips International Holding Corp., Regency Centers, L.P., AAC Management Corp., The Woodmont Company, Jones Lang LaSalle Americas, Inc., Continental Properties Company, Inc. and Benderson Development Company, LLC (the "Appellants"), in addition to the items included in Appellant's designation filed

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

on February 5, 2009 (D.I. 1981, and as amended, D.I.

1995):

### Designation of Additional Items to be Included in the Record on Appeal

1. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 21)

2. Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 and Federal Rules of Bankruptcy Procedure 2002 and 4001 (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral; (II) Granting Adequate Protection; and (III) Scheduling Interim and Final Hearings (D.I. 23)

3. Corrected Declaration of Bruce H. Besanko, Executive Vice President and Chief Financial Officer of Circuit City Stores, Inc., in Support of Chapter 11 Petitions and First Day Pleadings (D.I. 79)

4. Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 81)

5. Notice of Filing of Motion and Entry of Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal

Rules of Bankruptcy Procedure (I)
Authorizing Incurrence by the Debtors of
Postpetition Secured Indebtedness With
Priority Over All Secured Indebtedness
and With Administrative Superpriority,
(II) Granting Liens, (III) Authorizing
Use of Cash Collateral by the Debtors
Pursuant to 11 U.S.C. Section 363 and
Providing for Adequate Protection, (IV)
Modifying the Automatic Stay and (V)
Scheduling a Final Hearing; Final Hearing
to be Held on December 5, 2008 at 10:00
a.m. (ET) (D.I. 100)

6.   Landover Crossing LLC's Objection to
     Order Pursuant to 11 U.S.C. Sections
     105(a), 365(a) and 554 and Fed. R. Bankr.
     P. 6006 Authorizing Rejection of
     Unexpired Leases of Non-Residential Real
     Property and Abandonment of Personal
     Property Effective as of the Petition
     Date (D.I. 229)

7.   Objection by Cardinal Capitol Partners,
     Inc. and Affiliate to the Debtors' Motion
     to Reject Certain Unexpired Leases of
     Non-Residential Real Property and the
     Order Granting that Motion (D.I. 246)

8.   Objection by the Balogh Companies and
     Certain Affiliates to the Debtors' Motion
     to Reject Certain Unexpired Leases of
     Non-Residential Real Property and the
     Order Granting that Motion (D.I. 247)

9.   The Leben Family Limited Partnership and
     It's General and Limited Partners'
     Objection to Order Pursuant to 11 U.S.C.
     Sections 105(a), 365(a) and 554 and Fed.
     R. Bankr. P. 6006 Authorizing Rejection
     of Unexpired Leases of Non-Residential
     Real Property and Abandonment of Personal

4

Property Effective as of the Petition
Date (D.I. 255)

10. Objection of Inland US Management LLC to
Order Pursuant to 11 U.S.C. Sections
105(a), 365(a) and 554 and Fed. R. Bankr.
P. 6006 Authorizing Rejection of
Unexpired Leases of Non-Residential Real
Property and Abandonment of Personal
Property Effective as of the Petition
Date (D.I. 256)

11. Limited Objection of CK Richmond Business
Services # 2 Limited Liability Company to
the Debtors' Motion to Reject Certain
Unexpired Leases of Non-Residential Real
Property and the Order Granting that
Motion (D.I. 257)

12. Objection of Inland Commercial Property
Management, Inc. to Order Pursuant to 11
U.S.C. Sections 105(a), 365(a) and 554
and Fed. R. Bankr. P. 6006 Authorizing
Rejection and Abandonment of Personal
Property Effective as of the Petition
Date (D.I. 259)

13. Objection of Premier Retail Interiors,
Inc., as Successor In Interest to Quantum
Fine Casework, Inc. to Order Pursuant to
11 U.S.C. Sections 105(a), 365(a) and 554
and Fed. R. Bankr. P. 6006 Authorizing
Rejection of Unexpired Leases of Non-
Residential Real Property and Abandonment
of Personal Property Effective as of The
Petition Date (D.I. 271)

14. Limited Objection of Dick's Sporting
Goods, Inc. to Debtors' Motion for Order
Pursuant to 11 U.S.C. Sections 105(a),
365(a), and 554 and Fed. R. Bankr. P.
6006 Authorizing Rejection of Unexpired
Leases of Nonresidential Real Property

and Abandonment of Personal Property
Effective as of the Petition Date (D.I.
275)

15.   Objection of Generation One and Two, LP,
Cohab Realty, LLC, Kimco Realty Corp.,
Chung Hee Kim, CC-Investors 1996-6, Union
Square Retail Trust, Gateway Center
Properties III, LLC and SMR Gateway III,
LLC as Tenants in Common, Whitestone
Development Partners, L.P., KRG Market
Street Village, LP, International
Speedway Square, Ltd., Kite Coral Springs,
LLC and Fishers Station Development Co.
to Debtors' Motion for Entry of Order
Pursuant to Bankruptcy Code Sections 105,
363 and 365 (I) Assuming The Agency
Agreement Among the Debtors, Hilco
Merchant Resources, LLC and Gordon
Brothers Retail Partners, LLC, and (II)
Authorizing the Debtors to Continue
Agency Agreement Sales Pursuant to Store
Closing Agreement (D.I. 276)

16.   Limited Objection of Golf Galaxy, Inc. to
Order Pursuant to 11 U.S.C. Sections
105(a), 365(a), and 554 and Fed. R. Bankr.
P. 6006 Authorizing Rejection of
Unexpired Leases and Subleases of
Nonresidential Real Property and
Abandonment of Personal Property
Effective as of the Petition Date (D.I.
277)

17.   Objection by OLP 6609 Grand, LLC to the
Debtors' Motion to Reject Certain
Unexpired Leases of Nonresidential Real
Property (D.I. 342)

18.   Objection of Dollar Tree Stores, Inc. to
the Order Pursuant to 11 U.S.C. §§ 105(A),
365(A) and 554 and Fed. R. Bankr. P. 6006
Authorizing Rejection of Unexpired Leases

of Nonresidential Real Property and
Abandonment of Personal Property
Effective as of the Petition Date (D.I.
351)

19. Joinder of Landlords in Limited Objection
to Order Pursuant to 11 U.S.C. Sections
105(a), 365(a) and 554 and Fed. R. Bankr.
P. 6006 Authorizing Rejection of
Unexpired Leases and Subleases of Non-
Residential Real Property and Abandonment
of Personal Property Effective as of the
Petition Date (Docket No. 277)(D.I. 354)

20. Limited Objection of Melvin Walton Hone
to Order Pursuant to 11 U.S.C. Sections
105(a), 365(a) and 554 of Fed. R. Bankr.
P. 6006 Authorizing Rejection of
Unexpired Leases and Subleases of Non-
Residential Real Property and Abandonment
of Personal Property Effective as of the
Petition Date (D.I. 368)

21. Bond C.C. I Delaware Business Trust's
Objection to Debtors' Motion for Order
Pursuant to 11 U.S.C. §§ 105(a), 365(a)
and 554 and Fed. R. Bankr. P. 6006
Authorizing Rejection of Unexpired Leases
of Nonresidential Real Property and
Abandonment of Personal Property
Effective as of the Petition Date and
Order Granting Requested Relief (D.I. 378)

22. Transcript of November 10, 2008 hearing
entered on November 25, 2008 (D.I. 384)

23. Notice of Filing of Executed DIP Credit
Agreements (D.I. 425)

24. Amended Objection of Carrollton Arms, LLC
to the Debtors' Motion to Reject Leases
and Abandon Personal Property (D.I. 437)

25.  Amended Objection and Joinder in
     Objections of Manufacturers and Traders
     Trust Company to the Debtors' Motion to
     Reject Certain Unexpired Leases of
     Nonresidential Real Property as of the
     Petition Date and the Order Granting That
     Motion Pursuant to 11 U.S.C. Sections
     105(a), 365(a), and 554 and Fed. R. Bankr.
     P. 6006 (D.I. 576)

26.  Debtors' Omnibus Reply to Objections and
     in Support of Motion of the Debtors for
     Entry of an Order Pursuant to 11 U.S.C.
     §§ 105(a), 365(a), and 554 and Fed. R.
     Bankr. P. 6006 Authorizing Rejection of
     Unexpired Leases of Nonresidential Real
     Property and Abandonment of Personal
     Property Effective as of Petition Date
     (D.I. 664)

27.  Corrected Interim Order Pursuant to 11
     U.S.C Sections 105, 361, 362, 363 and 364
     and Rules 2002, 4001 and 9014 of the
     Federal Rules of Bankruptcy Procedure (1)
     Authorizing Incurrence by the Debtors of
     Post-Petition Secured Indebtedness with
     Priority Over All Secured Indebtedness
     and with Administrative Superpriority, (2)
     Granting Liens, (3) Authorizing Use of
     Cash Collateral by the Debtors Pursuant
     to 11 U.S.C. Section 363 and Providing
     for Adequate Protection, (4) Modifying
     the Automatic Stay and (5) Scheduling a
     Final Hearing (D.I. 823)

28.  Amended Joinder of Galleria Plaza, Ltd.
     to Limited Objection of Dick's Sporting
     Goods, Inc. to Order Pursuant to 11 U.S.C.
     Sections 105(a), 365(a) and 554 and Fed.
     R. Bankr. P. 6006 Authorizing Rejection
     of Unexpired Leases and Subleases of
     Nonresidential Real Property and
     Abandonment of Personal Property

8

Effective as of the Petition Date (D.I. 927)

29.   Final Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness With Priority Over All Secured Indebtedness and With Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection and (4) Modifying the Automatic Stay (D.I. 1262)

30.   Memorandum Opinion (Re: related document(s)1781 Order on Motion to Reconsider) (D.I. 2107)

Dated: February 17, 2009
       Richmond, Virginia

                         SKADDEN, ARPS, SLATE, MEAGHER &
                         FLOM, LLP
                         Gregg M. Galardi, Esq.
                         Ian S. Fredericks, Esq.
                         P.O. Box 636
                         Wilmington, Delaware 19899-0636
                         (302) 651-3000

                                – and –

                         SKADDEN, ARPS, SLATE, MEAGHER &
                         FLOM, LLP
                         Chris L. Dickerson, Esq.
                         333 West Wacker Drive
                         Chicago, Illinois 60606
                         (312) 407-0700

                                – and –

                         MCGUIREWOODS LLP

                          /s/ Douglas M. Foley_____
                         Dion W. Hayes (VSB No. 34304)
                         Douglas M. Foley (VSB No. 34364)
                         One James Center
                         901 E. Cary Street
                         Richmond, Virginia 23219
                         (804) 775-1000

                         Counsel for Debtors and
                         Debtors in Possession