| | |
|---|---|
| KELLEY DRYE & WARREN LLP | KELLEY DRYE & WARREN LLP |
| James S. Carr (*pro hac vice*) | Washington Harbour, Suite 400 |
| Robert L. LeHane (*pro hac vice*) | 3050 K Street, NW |
| Howard S. Steel (*pro hac vice*) | Washington, DC 20007-5108 |
| 101 Park Avenue | David J. Ervin (VSB No. 34719) |
| New York, New York 10178 | Tel: (202) 342-8436 |
| Tel: (212) 808-7800 | Fax: (202) 342-8451 |
| Fax: (212) 808-7897 | |

Attorneys for Developers Diversified Realty
Corporation, General Growth Properties, Inc.,
Weingarten Realty Investors, Basser-Kaufman, Inc.,
Philips International Holding Corp., Regency Centers, L.P.,
AAC Management Corp., The Woodmont Company,
Jones Lang LaSalle Americas, Inc., Continental Properties
Company, Inc. and Benderson Development Company, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc.<br><u>et. al.</u>,<br><br>        Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH |

**JOINDER OF DEVELOPERS DIVERSIFIED REALTY CORPORATION, GENERAL GROWTH PROPERTIES, INC., WEINGARTEN REALTY INVESTORS, BASSER-KAUFMAN, INC., PHILIPS INTERNATIONAL HOLDING CORP., REGENCY CENTERS, L.P., AAC MANAGEMENT CORP., THE WOODMONT COMPANY, JONES LANG LASALLE AMERICAS, INC., CONTINENTAL PROPERTIES COMPANY, INC. AND BENDERSON DEVELOPMENT COMPANY, LLC TO THE MOTION FOR LEAVE TO FILE INTERLOCUTORY APPEAL FROM THE ORDER OF THE BANKRUPTCY COURT DATED JANUARY 26, 2009, STYLED "FINDINGS OF FACT AND CONCLUSIONS OF LAW FROM HEARING HELD DECEMBER 22, 2008 ON MOTION TO COMPEL PAYMENT OF POSTPETITION RENT" AND MEMORANDUM IN SUPPORT THEREOF**

Developers Diversified Realty Corporation, General Growth Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, Inc., Philips International Holding Corp., Regency Centers, L.P., AAC Management Corp., The Woodmont Company, Jones Lang LaSalle Americas, Inc., Continental Properties Company, Inc. and Benderson Development Company, LLC

1

(collectively, the "Landlords"), by and through their attorneys, Kelley Drye & Warren LLP, hereby concur with and join in all respects the Motion for Leave to File Interlocutory Appeal from the Order of the Bankruptcy Court Dated January 26, 2009, Styled "Findings of Fact and Conclusions of Law from Hearing Held December 22, 2008 on Motion to Compel Payment of Postpetition Rent" and Memorandum in Support Thereof, dated February 5, 2009 [Docket No. 1976]. The Landlords also join in similar motions filed by other landlords to the extent that such motions seek relief that is not inconsistent with the Motion.

Dated: New York, New York
February 17, 2009

KELLEY DRYE & WARREN LLP

By: /s/ *Robert L. LeHane*
James S. Carr (*pro hac vice*)
Robert L. LeHane (*pro hac vice*)
Howard S. Steel (*pro hac vice*)
101 Park Avenue
New York, NY 10178-0002
Tel: (212) 808-7800
Fax: (212) 808-7897
            -and-
KELLEY DRYE & WARREN LLP

By: /s/ *David J. Ervin*
David J. Ervin (VSB No. 34719)
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Tel: (202) 342-8436
Fax: (202) 342-8451

COUNSEL FOR DEVELOPERS DIVERSIFIED REALTY CORPORATION, GENERAL GROWTH PROPERTIES, INC., WEINGARTEN REALTY INVESTORS, BASSER-KAUFMAN, INC., PHILIPS INTERNATIONAL HOLDING CORP., REGENCY CENTERS, L.P., AAC MANAGEMENT CORP., THE WOODMONT COMPANY, JONES LANG LASALLE AMERICAS, INC., CONTINENTAL PROPERTIES COMPANY, INC. AND BENDERSON DEVELOPMENT COMPANY, LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc.<br>*et. al*.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 08-35653-KRH |

**CERTIFICATE OF SERVICE**

        I hereby certify that on the 17th day of February 2009, I caused to be served the Joinder of Developers Diversified Realty Corporation, General Growth Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, Inc., Philips International Holding Corp., Regency Centers, L.P., AAC Management Corp., The Woodmont Company, Jones Lang LaSalle Americas, Inc., Continental Properties Company, Inc. And Benderson Development Company, LLC To The Motion For Leave To File Interlocutory Appeal From The Order Of The Bankruptcy Court Dated January 26, 2009, Styled "Findings Of Fact And Conclusions Of Law From Hearing Held December 22, 2008 On Motion To Compel Payment Of Postpetition Rent" And Memorandum In Support Thereof, in accordance with the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures.

        KELLEY DRYE & WARREN LLP

        By: /s/ *Robert L. LeHane*
        James S. Carr (*pro hac vice*)
        Robert L. LeHane (*pro hac vice*)
        Howard S. Steel (*pro hac vice*)
        101 Park Avenue
        New York, NY 10178-0002
        Tel: (212) 808-7800
        Fax: (212) 808-7897
                -and-
        KELLEY DRYE & WARREN LLP

        By:  */s/ David J. Ervin*
        David J. Ervin (VSB No. 34719)
        Washington Harbour, Suite 400
        3050 K Street, NW
        Washington, DC 20007-5108
        Tel: (202) 342-8436
        Fax: (202) 342-8451