UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al ) | Chapter 11 |
| ) | |
| **Debtors** ) | Jointly Administered |
| ) | |

## NOTICE OF APPEARANCE PURSUANT TO
## BANKRUPTCY RULE 9010 AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters its appearance pursuant to 11 U.S.C. §1109(b), Fed. R. Bankr. P. 9010 and Local Bankruptcy Rule 9010-1 on behalf of CC Plaza Joint Venture, LLP, a party in interest in this proceeding, and requests that copies of all notices, pleadings and papers filed in this case served on the following via mail, hand delivery, fax, electronically or other appropriate means at the address indicated below:

R. Timothy Bryan (VSB # 50931)
Alan M. Noskow (VSB # 51094)
Patton Boggs LLP
8484 Westpark Drive, 9th Floor
McLean, Virginia  22102
Phone:  (703) 744-8000
Fax:  (703) 744-8001
E-mail:  tbryan@pattonboggs.com
E-mail:  anoskow@pattonboggs.com

R. Timothy Bryan (VSB # 50931)
Alan M. Noskow (VSB # 51094)
Patton Boggs LLP
8484 Westpark Drive, 9th Floor
McLean, Virginia  22102
Phone:  (703) 744-8000
Fax:  (703) 744-8001
tbryan@pattonboggs.com
anoskow@pattonboggs.com
*Counsel for CC Plaza Joint Venture, LLP*

Dated: February 18, 2009         Respectfully submitted,

/s/ Alan M. Noskow
R. Timothy Bryan (VSB # 50931)
Alan M. Noskow (VSB # 51094)
PATTON BOGGS LLP
8484 Westpark Drive, 9th Floor
McLean, Virginia 22102
Phone: (703) 744-8000
Fax: (703) 744-8001
E-mail: tbryan@pattonboggs.com
E-mail: anoskow@pattonboggs.com
*Counsel to CC Plaza Joint Venture, LLP*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appearance to be served via electronic service this 18th day of February, 2009, to the Core Group service list and the 2002 list in accordance with the Order Establishing Notice, Core Management, and Administrative Procedures:

/s/ Alan M. Noskow

2