ORIGINAL

FILED
RICHMOND DIVISION
FEB 17 2009
CLERK
U.S. BANKRUPTCY COURT
FILED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA (RICHMOND)

------------------------------------------------------------X
In re:                                              :        Chapter 11
                                                    :
CIRCUIT CITY STORES, INC. et al.,                   :        Case No. 08-35653 - KRH
                                                    :
                                                    :        (Jointly Administered)
         Debtors.                                   :
                                                    :        [No Hearing Required]
------------------------------------------------------------X

**AMENDED NOTICE OF APPEARANCE, REQUEST
FOR SPECIAL NOTICE, AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that KB COLUMBUS I-CC, LLC, an Ohio limited liability company ("KB Columbus"), a creditor of the Debtor, by and through its new counsel, Ervin Cohen & Jessup, LLC LLP, hereby requests pursuant to Bankruptcy Code §§ 342 and 1109(b) and Bankruptcy Rules 2002, 3017, 4001, and 9007 that notice of all matters which may come before the Court be given as follows:

> KENNETH MILLER, ESQ.
> ERVIN COHEN & JESSUP LLP
> 9401 Wilshire Boulevard, 9th Floor
> Beverly Hills, California 90212
> Ph.: (310) 281- 6321
> Fax: (310) 887-6843
> KMiller@ecjlaw.com

PLEASE TAKE FURTHER NOTICE that KB Columbus hereby requests that it be included on the official mailing matrix and all limited notice or service lists authorized by the Court in this Case.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, complaints, demands, replies, answers, hearings,

motions, petitions, requests, operating reports, plans of reorganization, disclosure statements, including all amendments of any of the foregoing and any other documents brought before the Court in this case, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, email, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, Request for Special Notice, and Demand For Service of Papers nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive KB Columbus' (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which KB Columbus is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: February 9, 2009         By:    /s/ KENNETH MILLER
                                       KENNETH MILLER, ESQ.
                                       ERVIN COHEN & JESSUP LLP
                                       9401 Wilshire Boulevard, 9th Floor
                                       Beverly Hills, California 90212
                                       Ph.: (310) 281- 6321
                                       Fax: (310) 887-6843
                                       KMiller@ecjlaw.com

                                       Attorneys for Creditor
                                       KB COLUMBUS I-CC, LLC, an Ohio limited
                                       liability company

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. My business address is: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

On **February 12, 2009**, I served the document(s) described as: **AMENDED NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE, AND DEMAND FOR SERVICE OF PAPERS**, on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

☐ **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐ **BY EMAIL:** I caused said document(s) to be sent via email.

☐ **ELECTRONICALLY MAILED:** Said document(s) were electronically served on the person(s) as indicated on the attached Notice of Electronic Filing.

☐ **BY TELEPHONIC COMMUNICATION:** I telephoned the interested parties and gave notice as indicated in my declaration.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addressees listed on the attached Service List.

☐ **[State]**    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **[Federal]**    I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **February 12, 2009**, at Los Angeles, California.

TRISH MELENDEZ

106494.1   14510.00014

# SERVICE LIST

| | |
|---|---|
| **_Debtor_**<br>Circuit City Stores, Inc.<br>9950 Mayland Drive<br>Richmond, VA 23233<br>Attn: Bruce H. Besanko,<br>    Debtor Designee | **_Counsel for Debtor_**<br>Daniel F. Blanks, Esq.<br>Douglas M. Foley, Esq.<br>McGuire Woods LLP<br>World Trade Center<br>101 W. Main Street, Suite 9000<br>Norfolk, VA 23510<br>T: 757/640-3700<br>F: 757/640-3701<br>E: dblanks@mcguirewoods.com;<br>dfoley@mcguirewoods.com |
| **_United States Trustee_**<br>W. Clarkson McDow, Jr.<br>c/o Robert B. Van Arsdale, Esq.<br>Office of the U. S. Trustee<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219<br>T: 804/771-2310<br>F: 804/771-2330<br>E: robert.b.van.arsdale@usdoj.gov | Dion W. Hayes, Esq.<br>Joseph S. Sheerin, Esq.<br>Sarah Beckett Boehm, Esq.<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>T: 804/775-1000<br>F: 804/775-1061<br>E: dhayes@mcguirewoods.com;<br>jsheerin@mcguirewoods.com;<br>sboehm@mcguirewoods.com |
| **_Counsel for Creditors, The City Portfolio TIC, LLC, KJF/Faris TIC, LLC, Descanso TIC, LLC, Centre at 38th Street TIC, LLC and RMRG Portfolio TIC, LLC_**<br>Byron Z. Moldo, Esq.<br>Moldo Davidson Fraioli<br>Seror & Sestanovich LLP<br>2029 Century Park East, 21st Floor<br>Los Angeles, CA 90067<br>T: 310/551-3100<br>F: 310/551-0238<br>E: bmoldo@mdfslaw.com | Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>P. O. Box 636<br>Wilmington, DE 19899<br>T: 302/651-3000 |
| **_Counsel for Official Committee of Unsecured Creditors_**<br>Brad R. Godshall, Esq.<br>Jeffrey N. Pomerantz, Esq.<br>Pachulski Stang Ziehl & Jones<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA 90067-4100<br>T: 310/277-6910<br>F: 310/201-0760<br>E: bgodshall@pszjlaw.com;<br>jpomerantz@pszjlaw.com<br><br>John D. Fiero, Esq.<br>Pachulski Stang Ziehl & Jones LLC<br>150 California Street, 15th Floor<br>San Francisco, CA 9411-4500<br>T: 415/263-7000<br>E: jfiero@pszjlaw.com | **_Counsel for Official Committee of Unsecured Creditors_**<br>Robert J. Feinstein, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 36th Floor<br>New York, NY 10017<br>T: 212/561-7710<br>E: rfeinstein@pszjlaw.com<br><br>Lynn L. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>Tavenner & Beran, PLC<br>20 N. Eighth Street, 2nd Floor<br>Richmond, VA 23219<br>T: 804/783-8300<br>F: 804/783-0178<br>E: ltavenner@tb-lawfirm.com;<br>pberan@tb-lawfirm.com |

106494.1  14510.00014