UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION
FILED FEB 17 2009
CLERK
U.S. BANKRUPTCY COURT

|  |  |
|---|---|
| In re: | Chapter 11<br>Case No.: 08-35653<br>Judge Kevin R. Huennekens |
| CIRCUIT CITY STORES, INC.<br>Debtor. | TRANSFER OF CLAIM<br>BANKRUPTCY RULE 300(E)(2) |

## NOTICE OF WITHDRAWAL

COME NOW the undersigned counsel, Michael H. Izsak and the law firm of Klar, Izsak & Stenger, LLC and HEREBY WITHDRAW AS COUNSEL for Claimant, Clean Carton Co., Inc., 8437 Delport, St. Louis, Missouri 63114.

In view of the instant withdrawal, the undersigned counsel hereby requests that the undersigned counsel and the law firm of Klar, Izsak & Stenger, LLC be removed from the Court's creditor matrix as counsel for Claimant Clean Carton Co., Inc.

Dated this \_\_\_ day of February, 2009.

Respectfully submitted,

KLAR, IZSAK & STENGER, LLC

BY: _____
MICHAEL H. IZSAK, ESQ, #35977
Attorney for Claimant, Clean Carton
Co., Inc.
1505 S. Big Bend Blvd.
St. Louis, MO 63117
PH: 314-863-1117
FX: 314-863-1118
mizsak@lawsaintlouis.com E-mail



# KLAR, IZSAK & STENGER, L.L.C.
*Attorneys and Counselors at Law*

1505 S. Big Bend Blvd.
St. Louis, MO 63117
Telephone: [314] 863.1117
Facsimile: [314] 863.1118
www.lawsaintlouis.com

MICHAEL H. IZSAK
*Licensed in Missouri and Illinois*

mizsak@lawsaintlouis.com

February 10, 2009

Eastern District of Virginia
Bankruptcy Court
701 Broad Street
Richmond, VA 23219

      Re:    In re: Circuit City Stores, Inc., Debtor
                Case No.: 08-35653

Dear Sir/Madam:

      Enclosed is Claimant's Notice of Withdrawal in the above styled case, which we ask that you cause to be filed. Please return a file stamped copy (extra copy enclosed) of the Notice of Withdrawal to our office in the enclosed self-addressed stamped envelope.

      Thank you for your attention to this matter.

                                      Sincerely,

                                      MICHAEL H. IZSAK

MHI/aes
Enclosures