```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION


In Re:                                )    Chapter 11
                                      )
CIRCUIT CITY STORES, INC., et al.     )    Case No.: 08-35653-KRH
                                      )
       Debtors.                       )    Jointly Administered
```

## NOTICE OF APPEARANCE

Please take notice that SEA Properties I, LLC, by its counsel, hereby enters its appearance pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Bankruptcy Rules, and hereby requests pursuant to Bankruptcy Rule 2002 that all notices given or required to be given and all papers served in this case be delivered to and served upon the following persons at the listed address:

```
            Clement & Wheatley
            Attn: Darren W. Bentley, Esq.
            549 Main Street
            P.O. Box 8200
            Danville, Virginia 24543-8200
            (434) 793-8200
            (434) 793-8436 Fax
            bentleyd@clementwheatley.com
```

Please take further notice that the forgoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, electronic mail, telephone, facsimile, or otherwise filed or made with regard to this case.

Dated: February 18, 2009                    SEA PROPERTIES I, LLC

                                            By Counsel

Counsel:

**CLEMENT & WHEATLEY**
549 Main Street
P.O. Box 8200
Danville, VA 24543-8200
(434)793-8200
(434)793-8436 Fax
bentleyd@clementwheatley.com

<u>s/ Darren W. Bentley</u>
Darren W. Bentley (VSB# 48092)


### CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2009, the foregoing was filed electronically with the U.S. Bankruptcy Court and was served by electronic mail pursuant to the Court's CM/ECF Noticing System on those entities comprising the Primary Service List in compliance with the Order establishing Notice, Case Management and Administrative Procedures.

<u>/s/ Darren W. Bentley</u>
Darren W. Bentley