```
Gregg M. Galardi, Esq.                      Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                     Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,        MCGUIREWOODS LLP
LLP                                         One James Center
One Rodney Square                           901 E. Cary Street
PO Box 636                                  Richmond, Virginia 23219
Wilmington, Delaware 19899-0636             (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| Circuit City Stores, Inc. | : | Case No. 08-35653 |
| | : | |
| | : | |
| | : | Jointly Administered |
| - - - - - - - - - - - - - - - x | | |

**AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES**

UNITED STATES BANKRUPTCY COURT
DISTRICT COURT EASTERN DISTRICT COURT OF VIRGINIA

In re: Circuit City Stores, Inc.
Case No.08-35653

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the amount of the debtor's assets. Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | | | | |
| B - Personal Property | NO | | | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | NO | | | | |
| E - Creditors Holding Unsecured Priority Claims | NO | | | | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | | |
| G - Executory Contracts and Leases | YES | 1 | | | |
| H - Codebtors | NO | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | N/A |
| J - Current Expenses of Individual Debtor(s) | NO | | | | N/A |
| Total Number of Sheets in ALL Schedules | | 2 | | | |
| Total Assets | | | $ - | | |
| Total Liabilities | | | | $ - | |

Notes:
1) The information set forth in the existing Schedules is amended and superseded only to the extent of revised information contained in the this First Amendment.
2) The global footnotes as filed with the Schedules of Assets and Liabilities on December 19, 2008 remain unchanged.
3) The amounts summarized herein relate solely to the claim amounts set forth in this First Amendment.

AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 2974161 - 10225185<br>ROGERS WIRELESS COMMUNICATION INC.<br>Attn SENIOR VICE PRESIDENT, MARKETING AND SALES<br>ONE MOUNT PLEASANT<br>TORONTO  ON  M4Y 2Y5<br>CANADA | EXECUTORY CONTRACTS<br>POTENTIAL CLAIM ARISING FROM EXECUTORY CONTRACT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2974165 - 10225184<br>ROGERS WIRELESS INC.<br>Attn SENIOR VICE PRESIDENT, MARKETING AND SALES<br>ONE MOUNT PLEASANT<br>TORONTO  ON  M4Y 2Y5<br>CANADA | EXECUTORY CONTRACTS<br>POTENTIAL CLAIM ARISING FROM EXECUTORY CONTRACT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| | | DEBTOR TOTAL: | $0.00 |

## AMENDED SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE TERM OF CONTRACT AND EFFECTIVE DATE. |
|---|---|
| 2974163 - 10225180<br>INTERTAN CANADA LTD<br>Attn PRESIDENT, RADIOSHACK DIVISION<br>279 BAYVIEW DRIVE<br>BARRIE   ON   L4M 4W5<br>CANADA | Type of Contract:          MERCHANDISING |
| 2664114 - 10225182<br>INTERTAN, INC.<br>9950 MAYLAND DRIVE<br>RICHMOND   VA   23233 | Type of Contract:          MERCHANDISING |
| 1076328 - 10225175<br>MARCUM, JAMES A<br>ADDRESS ON FILE | Type of Contract:          EMPLOYMENT AGREEMENT<br><br>Effective Date:             08/12/2008 |
| 2974161 - 10225176<br>ROGERS WIRELESS COMMUNICATION INC.<br>Attn SENIOR VICE PRESIDENT, MARKETING AND SALES<br>ONE MOUNT PLEASANT<br>TORONTO   ON   M4Y 2Y5<br>CANADA | Type of Contract:          MERCHANDISING |
| 2974165 - 10225178<br>ROGERS WIRELESS INC.<br>Attn SENIOR VICE PRESIDENT, MARKETING AND SALES<br>ONE MOUNT PLEASANT<br>TORONTO   ON   M4Y 2Y5<br>CANADA | Type of Contract:          MERCHANDISING |

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

```
                  IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE EASTER DISTRICT OF VIRGINIA
                             RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
Circuit City Stores, Inc.,    :   Case No. 08-35653-KRH
                              :
                Debtor.       :
- - - - - - - - - - - - - - - x
```

**DECLARATION RELATED TO AMENDED SCHEDULES OF ASSETS AND LIABILITIES**

I, <u>Reginald Hedgebeth, Senior Vice President, General Counsel and Secretary</u> of the entity named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 3 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Dated: February 17, 2009    Signature: <u>s/s Reginald Hedgebeth</u>
                            Name:     Reginald Hedgebeth
                            Title:    Senior Vice President,
                            General Counsel and Secretary

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3572.