**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Richmond_____ **Division**

In re   Circuit City Stores, Inc.

Case No.    08-35653

Debtor(s)

Chapter    11

### AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

___      Involuntary/Voluntary Petition *[Specify reason for amendment:_____]*
         *Check if applicable:* ___ Soc. Sec. No. amended. [*If applicable*: **An original, signed Official Form 21 was**
         **mailed/hand-delivered to the Clerk's Office on_____.\*]**

___      Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
___      Schedule A - Real Property
___      Schedule B - Personal Property
___      Schedule C - Property Claimed as Exempt
X        **Schedule D, E, or F, and/or List of Creditors or Equity Holders** – REQUIRES COMPLIANCE WITH LOCAL
         RULE 1009-1. ( *$26.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or*
         *classification of debt.)*    **Check applicable statement(s)**:
                  X       **Creditor(s) added** ___ **Creditor(s) deleted**
                  ___      **Change in amounts owed or classification of debt**
                  ___      **No pre-petition creditors added/deleted, or amounts owed or classification of debt**
                           **changed**. [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO**
                           **FEE)**
                  ___      **Post-petition creditors added (Schedule of Unpaid Debts)**
         **REMINDER: Conversion of Chapter 13 to Chapter 7** – only file Schedule of Unpaid Debts.
X        Schedule G - Executory Contracts and Unexpired Leases
___      Schedule H – Codebtors
___      Schedule I - Current Income of Individual Debtor(s)
___      Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.**
**\*Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed**
**Official Form 21 – Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social**
**Security Number into the Court's database. ]**

___      Statement of Financial Affairs

___      Chapter 7 Individual Debtor's Statement of Intention

___      Chapter 11 List of Equity Security Holders

___      Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims

___      Disclosure of Compensation of Attorney for Debtor

___      Other: _____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the
amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities
affected by the amendment as follows: _____
_____.

Date: __February 17, 2009_____

/s/ Douglas M. Foley_____
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:      34364
Mailing Address: 901 E. Cary Street
                          Richmond, Virginia 23219

[amendcs ver. 10/2007]

Telephone No.:    804-775-1000