```
Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,     MCGUIREWOODS LLP
LLP                                       One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

```
In re:                          )    Chapter 11
                                )
CIRCUIT CITY STORES, INC.,      )    Case No. 08-35653-KRH
                                )
            Debtor.             )    Jointly Administered
                                )
```

**NOTICE OF AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES**

    **PLEASE TAKE NOTICE** that on February 17, 2009, the above-captioned debtor and debtors-in-possession (the "Debtor") filed an Amendment to Schedules of Assets and Liabilities.

    **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule 1009-1(A), attached hereto are the following:

    (1) the amendment;
    (2) the meeting of creditors notice;
    (3) the bar date notice;
    (4) the bar date order; and
    (5) a proof of claim form.

**PLEASE TAKE FURTHER NOTICE** that in accordance with paragraph 13 of the attached Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (the "Bar Date Order"), holders of claims affected by the amendment shall have thirty (30) days from the date hereof to file proofs of claim with respect to such affected claims.

**PLEASE TAKE FURTHER NOTICE** that a signed original of any proof of claim, substantially in the form annexed hereto, together with accompanying documentation, must be delivered so as to be <u>received</u> **no later than 5:00 p.m., Pacific Time, on March 19, 2009,** at the following address if delivered by mail, hand delivery or overnight courier:

> Circuit City Stores, Inc., et al.
> Claims Processing Dept.
> Kurtzman Carson Consultants LLC
> 2335 Alaska Avenue
> El Segundo, CA 90245

**DO NOT FILE YOUR PROOF OF CLAIM WITH THE BANKRUPTCY COURT.** All claims must be filed in accordance with the attached Bar Date Order and bar date notice.

Dated: February 17, 2009          SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
      Richmond, Virginia          Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636 (302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley           .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession