George Hofmann
PARSONS KINGHORN HARRIS
*A Professional Corporation*
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378

Counsel to Akamai Technologies, Inc.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Case No. 08-35653-KRH |
| Circuit City Stores, Inc., et al., | Chapter 11 |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Parsons Kinghorn Harris, a professional corporation, appears herein as counsel to Akamai Technologies, Inc., a creditor and party in interest in the above-referenced case, pursuant to Fed. R. Bankr. P. 9010(b); and requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007, and 9010, and pursuant to 11 U.S.C. §§ 102(1), 341, and 1109(b) that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address:

George B. Hofmann
Parsons Kinghorn Harris
A Professional Corporation
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Tel: (801) 363-4300
Fax: (801) 363-4378

{00063174.DOC /}

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, telegraph, electronic medium or otherwise filed or made with regard to the referenced case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive any (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this proceeding; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. This Notice of Appearance is not, and shall not be construed to be, a consent pursuant to 28 U.S.C. § 157(c)(2).

Dated:    Salt Lake City, Utah
February 11, 2009

Respectfully submitted,

PARSONS KINGHORN HARRIS, P.C.

_____
George B. Hofmann
111 East Broadway, 11th Floor
Salt Lake City, Utah 84111
Phone: (801) 363-4300
Fax: (801) 363-4378

{00063174.DOC /}                                  2

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2009, I caused to be served a true and correct copy of **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**:

**By U.S. Mail, first-class, postage prepaid to the following:**

Daniel F. Blanks
McGuireWoods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

U.S. Trustee
W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

Alan J. Kornfeld
Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

Gregg M. Galardi
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

Joseph S. Sheerin
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 9411-4500

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017

_____