IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., *et al.*, | )    Case No.:    08-35653-KRH |
| Debtors. | )    (Chapter 11) |
| | ) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on February 25, 2009, at 2:00 p.m., the movant, Schimenti Construction Company, LLC ("Schimenti"), and respondent, North Plainfield VF LLC ("North Plainfield") will be heard on Schimenti's *Motion for 2004 Examination of North Plainfield VF LLC*; North Plainfield's *Objection to and Motion to Quash with Supporting Memorandum of Law Schimenti Construction Company, LLC's Motion for 2004 Examination of North Plainfield VF LLC and Request for Production of Documents* (the "Objection and *Motion*"), and any other related pleadings thereto.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** Under *Local Bankruptcy Rule* 4001(a)-1, the Court may deem any opposition waived, treat the *Objection and Motion* of North Plainfield as conceded, and issue an order granting the requested relief without further notice or hearing unless a written response to the *Objection and Motion* of North Plainfield is filed with the Clerk of Court and served on the moving party, the Trustee, and those parties as required, no later than the response deadline, and you take the following steps set forth below.

---

Lisa Taylor Hudson, Esquire – VSB #45484
C. Thomas Ebel, Esquire – VSB #18637
William A. Gray, Esquire – VSB #46911
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 783-7234 Telephone
(804) 783-7291 Facsimile
*Local Counsel for North Plainfield VF LLC*

If you do not want the Court to sustain and grant the *Objection and Motion* of North Plainfield, or if you want the Court to consider your views on the *Objection and Motion* of North Plainfield, then you or your attorney must:

1. File with the Court, either electronically or at the address shown below, a written response pursuant to the *Local Bankruptcy Rules*. If you mail your written response to the Court for filing, you must mail it early enough so the Court will receive it on or before February 23, 2009.

> William C. Redden, Clerk
> United States Bankruptcy Court
> Eastern District of Virginia, Richmond Division
> 701 E. Broad Street
> Suite 4000
> Richmond, Virginia 23219

You must also deliver a copy to all parties on the Certificate of Service below and to:

> Lisa Taylor Hudson, Esquire
> Sands Anderson Marks & Miller, P.C.
> 801 E. Main Street, Suite 1800
> (P.O. Box 1998)
> Richmond, Virginia 23219 (23218-1998)

2. Attend the hearing scheduled for **February 25, 2009 at 2:00 p.m.** before The Honorable Kevin R. Huennekens, U.S. Bankruptcy Court, Eastern District of Virginia, Richmond Division, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219. This matter has been set upon that docket (at the docket's end for contested matters) by the agreement of the counsel for North Plainfield VF LLC, Schimenti Construction Company, LLC, and the Debtors. The Debtors are not involved in this matter and hearing, but are aware of same and consent to it being added to the docket.

If you or your attorneys do not take these steps, the Court may decide that you do not oppose the relief sought in the *Objection and Motion* of North Plainfield, may deem any opposition waived, treat the

*Objection and Motion* of North Plainfield as conceded, and enter an order granting the requested relief without further notice of hearing. Please govern yourselves accordingly.

**Dated: February 19, 2009**       Respectfully Submitted,

**NORTH PLAINFIELD VF LLC,**

**By Counsel**

   /s/ Lisa Taylor Hudson
Lisa Taylor Hudson, Esquire – VSB #45484
William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB #18637
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
(804) 783-7234 (Telephone)
(804) 783-7291 (Facsimile)
lhudson@sandsanderson.com
bgray@sandsanderson.com
tebel@sandsanderson.com
*Local Counsel for North Plainfield VF LLC*

and

Stephanie Goldstein, Esquire
Kalman Ochs, Esquire
Fried, Frank, Harris, Shriver & Jacobson, LLP
One New York Plaza
New York, NY 10004
(212) 859-8000 (Telephone)
(212) 859-4000 (Facsimile)
*Counsel for North Plainfield VF LLC*

3

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of February, 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the Service List below:

## SERVICE LIST

Tara l. Elgie, Esquire
LeClair Ryan, P.C.
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
*Local Counsel for Movant, Schimenti Construction Company, LLC*

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
*U.S. Trustee's Office*

Peter Strniste, Esquire
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103
*Counsel for Movant, Schimenti Construction Company, LLC, Pro Hac Vice*

David W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtors*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, Illinois 60601
*Special Counsel for Debtors*

4

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108
*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
*Local Counsel for the Official Committee of Unsecured Creditors*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Fl
Los Angeles, CA 90067
*Counsel for the Official Committee of Unsecured Creditors*

Robert J. Feinstein, Esquire
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 26th Floor
New York, NY 10017
*Counsel for the Official Committee of Unsecured Creditors*

      /s/ Lisa Taylor Hudson