**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **IN RE:** | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC., et al.** | **Chapter 11 (Jointly administered)** |
| Debtors, | |

### ORDER

The matter came before the Court upon Motion (the "Motion") filed by Paul K. Campsen seeking admission *pro hac vice* for Wendy W. Smith, of the law firm Binder & Malter LLP, in the above referenced bankruptcy cases (and related proceedings) (the "Bankruptcy Cases") pursuant to Local Bankruptcy Rule 2090-1(E).  After review of the Motion and statements herein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Wendy W. Smith be authorized to practice *pro hac vice* before this Court in these Bankruptcy Cases (and related proceedings), it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted;

2. Wendy W. Smith, of the law firm Binder & Malter LLP, is hereby admitted to appear *pro hac vice* in these Bankruptcy Cases and any related proceedings *pro hac vice* pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Google Inc.

Feb 17 2009
ENTERED this ____ day of February, 2009.

/s/ Kevin Huennekens

Judge, United States Bankruptcy Court

**WE ASK FOR THIS:**

/s/ Paul K. Campsen
Paul K. Campsen
Kaufman & Canoles, P.C.
150 W. Main Street
P.O. Box 3037
Norfolk, VA 23514
E-mail: pkkampsen@kaufcan.com

**Entered on Docket: 2/17/09**

　/s/ Wendy W. Smith
Wendy W. Smith, Esq.
 California Bar No. 133887
Binder & Malter, LLP
2775 Park Avenue
Santa Clara CA 95050
Tele:  (408) 295-1700

### CERTIFICATE

Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that all necessary parties to this action have endorsed the foregoing order.

　　　*/s/ Paul K. Campsen*

08-35653~2122009182331497.DOC

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj            Page 1 of 1              Date Rcvd: Feb 17, 2009
Case: 08-35653                Form ID: pdforder          Total Served: 1

The following entities were served by first class mail on Feb 19, 2009.
          +Wendy W. Smith, Atty.,   Binder & Malter, LLP,   2775 Park Avenue,   Santa Clara, CA 95050-6004
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2009**              **Signature:** _Joseph Speetjens_