The Honorable Kevin R. Huennekens
U.S. Bankruptcy Court
701 East Broad Street, 5th Floor
Richmond, VA 23219-1888
Telephone: (804) 916-2451

Re:    Circuit City Case (bonus)

February 16th, 2009

Dear Sir,
My husband has worked for Circuit City as a store manager for 8 years. He has been a dedicated, loyal employee all those years. However, we have a couple issues that we hope you can make clear in the upcoming case on Circuit City...

1.    Circuit City has promised bonus' to store staff who met goals, (sales, loss prevention, etc) however from what I'm reading on-line, bonus' may only be going to the executives....? For the employees on the front line, taking verbal abuse from consumers, and working long hours to help Circuit City make this transition, this is yet another unfair event to the working people. Please ensure this bonus will go to store personnel <u>*as verbally promised from Circuit City corporate.*</u>

2.    Circuit City has informed employees that Cobra will NOT be offered to staff. This seems highly irregular. Allowing Cobra for staff who is left without health insurance is the minimum that can be done.

Please take these items into consideration when you make your decision on the bonus pay to Circuit City executives.

Thank you for considering the plight of families like us...jobless and no health insurance


Respectfully,
Barbara Gillis