G. Christopher Meyer (Ohio No. 0016268)
Squire, Sanders and Dempsey L.L.P.
4900 Key Tower, 127 Public Square
Cleveland, OH 44114
216.479.8692
*Counsel for Wells Fargo Bank/Photoco, Inc.*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 (Jointly Administered) |
| **CIRCUIT CITY STORES, INC,** *et al.* | Case Nos. 08-35653 through 08-35670 |
| Debtor. | Judge Huennekens |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES**

**TO: THE CLERK OF THE U.S. BANKRUPTCY COURT:**

The undersigned counsel hereby enters his appearance on behalf of Wells Fargo Bank N.A, as successor in interest to claims of Photoco, Inc., a creditor and party in interest herein, and requests pursuant to Bankruptcy Rule 2002 that all notices be sent to the following:

> G. Christopher Meyer
> Squire, Sanders & Dempsey L.L.P.
> 4900 Key Tower
> 127 Public Square
> Cleveland, OH 44114-1304
> cmeyer@ssd.com

Dated:   February 19, 2009         */s/ G. Christopher Meyer*
G. Christopher Meyer (Ohio No. 0016268)
Squire, Sanders & Dempsey LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500