

Law Office of
Kenneth B. Roseman & Assoc., P.C.
105 West Madison Street
Suite 810
Chicago, Illinois 60602

Kenneth B. Roseman                                    Phone: (312) 372-4748
                                                       Fax: (312) 372-4751


February 16, 2009

United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

        Re: Petrovich, Mark v. Circuit City, Inc. #3123
        (Joliet Mall)
        Date of Accident: 11/25/07
        Claim No.: YLB 46386 L
        Bankruptcy Case No.: 08-35653

Dear Gentlemen:

    Please be advised that our office represent Mark Petrovich for injuries that he sustain at Circuit City Incorp. (Joliet Mall). We have not received any correspondence or direction from the court regarding this claim, or even if you have a record of this case being filed.

    I would appreciate a response by return mail with a copy of any Stay Order which prohibits us from filing a lawsuit against the company. An early response would be greatly appreciated.

Sincerely,

Stuart Keller
Legal Assistant

SK:kj

