**EXHIBIT 4**

## COMMENCEMENT DATE AGREEMENT

THIS AGREEMENT, made as of this 7th day of December, 1995, between DENTICI FAMILY LIMITED PARTNERSHIP, a Wisconsin limited partnership, having an address in care of James P. Dentici at 3405 S. Waterville Rd., Oconomowoc, Wisconsin 53066 ("Landlord"), and CIRCUIT CITY STORES, INC., a Virginia corporation having an address at 9950 Mayland Drive, Richmond, Virginia 23233 ("Tenant").

### WITNESSETH:

WHEREAS, Landlord is the owner of certain premises situated in Greenfield, Milwaukee County, Wisconsin (herein called the "Premises"); and

WHEREAS, by that certain lease dated May 2, 1995 (herein called the "Lease"), Landlord leased the Premises to Tenant; and

WHEREAS, a memorandum or short form lease in respect of the Lease was recorded in the Office of the Clerk of Milwaukee County, Wisconsin, on the 15th day of May, 1995, in Book 3543 at Page 214; and

WHEREAS, Tenant is in possession of the Premises and the term of the Lease has commenced; and

WHEREAS, under Paragraph 24 of the Lease, Landlord and Tenant agreed to enter into an agreement setting forth certain information in respect of the Premises and the Lease;

NOW, THEREFORE, Landlord and Tenant agree as follows:

1.  The term of the Lease commenced on, and the Commencement Date (as such term is defined in the Lease) was, November 22, 1995. The term of the Lease shall expire on January 31, 2016 unless Tenant exercises any option to extend the term of the Lease or unless the Lease terminates earlier as provided in the Lease.

2.  The date of commencement of the first "Option Period" (as such term is defined in the Lease) shall be February 1, 2016 if Tenant effectively exercises its option in respect thereof, and if Tenant does so, the term of the Lease shall expire on January 31, 2021 unless Tenant exercises any option to further extend the term of the Lease or the Lease terminates earlier as provided in the Lease.

3.  The date of commencement of the second "Option Period" shall be February 1, 2021 if Tenant effectively exercises its option in respect thereof, and if Tenant does so, the term of the Lease shall expire on January 31, 2026 unless Tenant exercises any option to further extend the term of the Lease or the Lease terminates earlier as provided in the Lease.

4. The date of commencement of the third "Option Period" shall be February 1, 2026 if Tenant effectively exercises its option in respect thereof, and if Tenant does so, the term of the Lease shall expire on January 31, 2031 unless Tenant exercises any option to further extend the term of the Lease or the Lease terminates earlier as provided in the Lease.

5. The date of commencement of the fourth "Option Period" shall be February 1, 2031 if Tenant effectively exercises its option in respect thereof, and if Tenant does so, the term of the Lease shall expire on January 31, 2036 unless Tenant exercises any option to further extend the term of the Lease or the Lease terminates earlier as provided in the Lease.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed the day and year first above written.

LANDLORD:

DENTICI FAMILY LIMITED PARTNERSHIP, a Wisconsin limited partnership

WITNESS:

By: _____
James P. Dentici,
its General Partner

WITNESS:

By: _____
John P. Dentici,
its General Partner

TENANT:

CIRCUIT CITY STORES, INC.

Attest: _____
Assistant Secretary

By: _____
Vice President