Neil E. McCullagh (VSB No. 39027)
Cantor Arkema, P.C.
Bank of America Center
1111 East Main Street, 16th Floor
Post Office Box 561
Richmond, Virginia 23218-0561
Telephone: (804) 644-1400
Telecopier: (804) 225-8706
  Counsel for Dentici Family Limited
    Partnership

Hearing Date: March 3, 2009, at 10:00 a.m.
Objections Due: February 27, 2009, at 5:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| CIRCUIT CITY STORES, INC. et al., | Chapter 11 |
| Debtors. | |

### NOTICE OF MOTION AND OF HEARING

    PLEASE TAKE NOTICE that Dentici Family Limited Partnership has filed a motion for allowance of administrative expense claim, to compel immediate payment of a post-petition portion of 2008 real estate tax obligation, and for adequate protection with respect to 2009 real estate tax obligation (the "Motion"). A copy of the Motion accompanies this Notice.

    **YOUR RIGHTS MAY BE AFFECTED BY THE MOTION. THEREFORE, YOU SHOULD READ THE MOTION AND THIS NOTICE CAREFULLY AND CONSULT YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MIGHT WANT TO OBTAIN ONE.**

    If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on such Motion, then you or your attorney must do the following:

    1.    On or before **February 27, 2009, at 5:00 p.m.**, file a written objection with the Court at the following address:

> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street, Room 4000
> Richmond, Virginia 23219

    2.    Attend a hearing on the Motion, which will be held on **March 3, 2009, at 10:00 a.m.**, before The Honorable Kevin R. Huennekens in the United States Bankruptcy Court, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

DENTICI FAMILY LIMITED PARTNERSHIP

By: /s/ Neil E. McCullagh
     Counsel

Neil E. McCullagh (VSB No. 39027)
Cantor Arkema, P.C.
Bank of America Center
1111 East Main Street, 16th Floor
Post Office Box 561
Richmond, Virginia 23218-0561
Telephone: (804) 644-1400
Telecopier: (804) 225-8706
  Counsel for Dentici Family Limited
    Partnership

## CERTIFICATE OF SERVICE

I hereby that on February 20, 2009, a copy of the foregoing Notice of Motion and of Hearing was sent via email or, if an email address was not available, by first class mail, postage prepaid, to all necessary parties, those being the parties listed (and as listed) on the Core Group Service List and Rule 2002 Service List maintained by Kurtzman Carson Consultants as of February 20, 2009.

/s/ Neil E. McCullagh
Neil E. McCullagh