**STATE OF WISCONSIN**
REAL ESTATE PROPERTY TAX BILL FOR 2008
CITY OF GREENFIELD, COUNTY OF MILWAUKEE

605-9944-013

MAKE CHECKS PAYABLE TO:
CITY OF GREENFIELD
7325 W. FOREST HOME AVE.
P.O. BOX 20739
GREENFIELD, WI 53220-0739

TAX KEY PARCEL NO.
CORRESPONDENCE SHOULD REFER TO TAX NUMBER.
SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

(R. 10/08)

**RETURN THIS ENTIRE STATEMENT WITH PAYMENT TO RECEIVE A RECEIPT**

| ASSESSED VALUE LAND | ASSESSED VALUE IMPRTS | TOTAL ASSESSED VALUE | AVE. ASSMT RATIO | NET ASSESSED VALUE RATE (DOES NOT REFLECT CREDITS) | |
|---|---|---|---|---|---|
| 1,040,700 | 2,476,700 | 3,517,400 | .7586 | | 28.1705/M |
| EST FAIR MKT LAND | EST FAIR MKT IMPRTS | TOTAL EST FAIR MKT | A STAR IN THIS BOX MEANS UNPAID PRIOR YEARS TAXES CONTACT COUNTY TREASURER | SCHOOL TAXES REDUCED BY SCHOOL LEVY TAX CREDIT | |
| 1,371,900 | 3,264,800 | 4,636,700 | ☐ | | 7,338.96 |

| TAXING JURISDICTION | 2007 EST. STATE AIDS ALLOCATED TAX DIST. | 2008 EST. STATE AIDS ALLOCATED TAX DIST. | 2007 NET TAX | 2008 NET TAX | % TAX CHANGE |
|---|---|---|---|---|---|
| CITY | 3,129,217 | 3,264,031 | 28,567.70 | 29,377.66 | 2.8 |
| SCHOOL 2303 | 13,583,846 | 13,328,045 | 33,805.37 | 36,063.08 | 6.6 |
| ADULT EDUC | 1,014,044 | 1,027,710 | 8,117.04 | 8,509.68 | 4.8 |
| COUNTY | 2,985,615 | 3,031,915 | 17,813.95 | 18,363.53 | 3.0 |
| MMSD | | | 5,869.70 | 5,986.23 | 1.9 |
| STATE OF WI | | | 777.35 | 786.85 | 1.2 |
| TOTALS | 20,712,722 | 20,651,701 | 94,951.11 | 99,087.03 | 4.3 |
| First Dollar Credit | | | | 36.51- | 100.0 |
| Lottery & Gaming Credit | | 1) | 89.02 1) | 84.25- | 5.3- |
| Net Property Tax | | | 94,862.09 | 98,966.27 | 4.3 |

IMPORTANT: BE SURE THIS DESCRIPTION COVERS YOUR PROPERTY. NOTE THAT THIS DESCRIPTION IS FOR TAX BILL ONLY. MAY NOT BE A FULL LEGAL DESCRIPTION

585 S 76 ST CERTIFIED SURVEY MAP NO 6098 SE 21-6-21 PARCEL

4674

NET PROPERTY TAX    98,966.27
FIRE INSPECTION      90.00
SIGN MAINT. FEE     100.00
STREET/UTILITY    3,558.03
INTEREST            560.39

TOTAL DUE FOR FULL PAYMENT ▶ 103,274.69

PAY TO LOCAL TREASURER BY JANUARY 31, 2009

OR PAY THE FOLLOWING INSTALLMENTS TO LOCAL TREASURER ON OR BEFORE THE LAST DAY OF THE MONTHS SHOWN.
WARNING: IF NOT PAID BY DUE DATE, INSTALLMENT OPTION IS LOST AND TOTAL TAX IS DELINQUENT SUBJECT TO INTEREST AND PENALTY.
(SEE REVERSE)

1ST INSTALLMENT BY 1/31/2009    34,495.40
2ND INSTALLMENT BY 4/30/2009    34,389.65
3RD INSTALLMENT BY 8/30/2009    34,389.64

155

FULL _____
1st  _____
2nd  _____
3rd  _____

DENTICI FAMILY LTD PARTNERSHIP
3405 S WATERVILLE RD
OCONOMOWOC, WI 53066

EXHIBIT B

P60599944013

JAN-27-2009  18:47        7273912088        98%        P.01