**EXHIBIT A**
Closing Locations

| Location # | Location Name | Location Address | Shopping Center | City | State | Zip | Landlord | Rejection Date |
|---|---|---|---|---|---|---|---|---|
| 325 | Boston Home Delivery Center | 165 GROVE STREET, SUITE 6 | GROVE STREET BUSINESS CENTER | FRANKLIN | MA | 02038 | GRE Grove Street One, LLC | 2/28/09 |
| 335 | Mid-Atlantic Distribution Center, Landover Home Delivery Center | 14301 MATTAWOMAN DRIVE | | BRANDYWINE | MD | 20613 | CC Brandywine Investors 1998, LLC | 2/28/09 |
| 353 | Industry Distribution Center | 680 SOUTH LEMON AVENUE | | WALNUT | CA | 91789 | 680 S. Lemon Avenue Company LLC | 2/28/09 |
| 353 | Industry Distribution Center | 680 SOUTH LEMON AVENUE | | WALNUT | CA | 91789 | Arrowhead Net Lease, LP c/o Cardinal Capital Partners, Inc. | 2/28/09 |
| 538 | Almeda Superstore | 10025 ALMEDA GENOA ROAD | ALMEDA CROSSING SHOPPINC CENTER | HOUSTON | CA | 77075 | Almeda Rowlett Retail LP | 2/28/09 |
| 541 | West Oaks Superstore | 2680 SOUTH HIGHWAY 6 | | HOUSTON | CA | 77082 | DEV Limited Partnership | 2/28/09 |
| 754 | Kearny Home Delivery Center | 136-158 PARIS STREET | | NEWARK | NJ | 07105 | AMB Property, LP | 2/28/09 |
| 843 | Rivergate Superstore | 2088 GALLATIN PIKE NORTH | THE VILLAGE AT RIVERGATE SHOPPING CENTER | MADISON | TN | 37115-2028 | The Village At Rivergate LP | 2/23/09 |
| 1603 | Longview Micro-Superstore | 406 WEST LOOP 821 | | LONGVIEW | TX | | Campbell Properties LP | 2/23/09 |
| 1610 | Waco Mini-Superstore | 4909 WEST WACO DRIVE | | WACO | TX | 76710 | CC Investors 1995-2 | 2/23/09 |
| 1624 | College Station Superstore | 1505 UNIVERSITY DRIVE EAST | GATEWAY STATION SHOPPING CENTER | COLLEGE STATION | TX | 77840-3752 | Inland Western College Station Gateway II, LP | 2/23/09 |
| 1627 | Florence Mini-Superstore | 2402 DAVID MCLEOD BLVD. | | FLORENCE | SC | 29501 | BPP-SC LLC | 2/23/09 |
| 1638 | Cheyenne Micro-Superstore | 1854 DELL RANGE BOULEVARD | | CHEYENNE | WY | 82001 | Millman 2000 Charitable Trust | 2/23/09 |
| 3189 | Dayton 2 Superstore | 2700 MIAMISBURG-CENTERVILLE PIKE | DAYTON MALL | DAYTON | OH | 45459 | Macy's Central | 2/23/09 |
| 3196 | Dayton 3 Superstore | 2720 TOWNE DRIVE | THE SHOPPES AT BEAVERCREEK | BEAVERCREEK | OH | 45432 | Shoppes Of Beavercreek, LLC | 2/23/09 |
| 3202 | Gainesville Mini-Superstore | 7001 NORTH WEST 4TH BLVD. | | GAINESVILLE | FL | 32607 | Circuit Investors #2 Ltd. | 2/23/09 |
| 3218 | Gateway Mall Superstore | 6140 "O" STREET | | LINCOLN | NE | 68510 | WEA Gateway, LLC | 3/3/09 |
| 3226 | Cool Springs Superstore | 545 COOL SPRINGS BOULEVARD | COOL SPRINGS GALLERIA | FRANKLIN | TN | 37067-8005 | Thoroughbred Village GP | 2/23/09 |
| 3229 | Midland Mini-Superstore | 4110 LOOP 250, NORTH | | MIDLAND | TX | 79707 | CC Investors 1995-5 | 2/23/09 |
| 3230 | High Point Superstore | 1030 MALL LOOP ROAD | OAK HOLLOW MALL | HIGH POINT | NC | 27262 | CC – Investors 1996-12 | 2/23/09 |
| 3244 | Rocky Mount Micro-Superstore | 1271 COBB CORNER DRIVE | COBB CORNERS SHOPPING CENTER | ROCKY MOUNT | NC | 27804-8429 | Cobb Corners II, L. P. | 2/23/09 |
| 3252 | Kingsport Micro-Superstore | 1740 IDLE HOUR ROAD | | KINGSPORT | TN | 37660 | CC Kingsport 98, LLC | 2/23/09 |
| 3260 | Tulsa North Micro-Superstore | 5313 EAST 41ST STREET | SOUTHROADS SHOPPING CENTER | TULSA | OK | 74135-6007 | Southroads, LLC | 2/23/09 |
| 3276 | Clarksville Micro-Superstore | 2819 WILMA RUDOLF ROAD | GOVERNOR'S SQUARE MALL | CLARKSVILLE | TN | 37040 | Craig-Clarksville Tennessee, LLC | 2/23/09 |
| 3304 | Tuscon Oracle Superstore | 4380 NORTH ORACLE ROAD | ORACLE WETMORE SHOPPING CENTER | TUCSON | AZ | 85705-1635 | Weingarten Realty Investors | 3/3/09 |
| 3305 | Tuscon Superstore | 5530 E. BROADWAY BLVD. | | TUCSON | AZ | 85711 | K-GAM Broadway Craycroft, LLC | 3/3/09 |
| 3317 | Everett Mini-Superstore | 530 SW EVERETT MALL WAY | EVERGREEN FORUM | EVERETT | WA | 98204 | Orion Alliance Group, LLC | 3/3/09 |
| 3318 | Lynwood Superstore | 2800 196TH STREET, SW | | LYNWOOD | WA | 98038 | FGLP Company | 3/3/09 |
| 3319 | Bellvue Superstore | 15600 N.E. 8TH STREET | CROSSROADS MALL SHOPPING CENTER | BELLEVUE | WA | 98008 | Terranomics Crossroads Associates | 3/3/09 |
| 3321 | Tacoma Mall Mini-Superstore | 4124 TACOMA MALL BOULEVARD | BOULEVARD CENTER | TACOMA | WA | 98409-7203 | Integrated Real Estate Services LLC | 3/3/09 |
| 3326 | Bellingham Superstore | 3944 MERIDIAN STREET | MERIDIAN VILLAGE SHOPPING CENTER | BELLINGHAM | WA | 98266 | Meridian Village, LLC | 3/3/09 |
| 3331 | Nothside Mini-Superstore | 7701 N. DIVISION STREET | | SPOKANE | WA | 99208 | Larry J. Rietz, MP, LLC | 3/3/09 |
| 3336 | South Center Superstore | 223 ANDOVER PARK EAST | | TUKWILA | WA | 98188-2904 | Gladwyne Investors, LP | 3/3/09 |
| 3338 | Olympia Superstore | 2815 CAPITOL MALL DRIVE, SW | | OLYMPIA | WA | 98502-8633 | DDR Southeast Olympia DST | 3/3/09 |
| 3342 | Silverdale Mini-Superstore | 9991 MICKELBERRY ROAD, NW | MICKELBERRY CENTER | SILVERDALE | WA | 98383 | Silverdale K-Four | 3/3/09 |
| 3354 | Pearl Ridge Mall | 98-145 KAONOHI STREET | PEARLRIDGE MALL | AIEA | HI | 96701 | Watercress Associates LP | 2/27/09 |
| 3382 | Valley Mall Mini-Superstore | 15104 EAST INDIANA AVENUE | MARKET POINT I SHOPPING CENTER | SPOKANE | WA | 99205 | Hanson Industries, Inc. | 3/3/09 |
| 3428 | San Luis Obispo Superstore | 1531 FROOM RANCH WAY | IRISH HILLS SHOPPING CENTER | SAN LUIS OBISPO | CA | 93405-7211 | Irish Hills Plaza West II, LLC | 2/23/09 |
| 3508 | Crossroads Superstore | 1409 WEST I –240 SERVICE ROAD | PENN PARK SHOPPING CENTER | OKLAHOMA CITY | OK | 73159-1527 | Inland American Oklahoma City Penn, LLC | 2/23/09 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3510 | Tulsa South Superstore | 9027 EAST 71ST STREET SOUTH | | TULSA | OK | 74133-3123 | TRC Associates, LLC | 2/23/09 |
| 3515 | Bellevue Superstore | 7669 HIGHWAY 70 SOUTH | BELLEVUE GALLERIES S.C. | NASHVILLE | TN | 37221 | CCI Trust 1994-I; Lloyd Draper - Trustee | 2/23/09 |
| 3521 | Jackson Superstore | 1045 E. COUNTY LINE ROAD | | JACKSON | MS | 39211 | CC Ridgeland 98 L.L.C. | 2/23/09 |
| 3564 | Quail Springs Superstore | 13730 N. PENNSYLVANIA AVENUE | MEMORIAL SQUARE SHOPPING CENTER | OKLAHOMA CITY | OK | 73134-6030 | Memorial Square 1031, LLC | 2/23/09 |
| 3606 | Lakeside Superstore | 14105 HALL ROAD | LAKESIDE COMMONS SHOPPING CENTER | SHELBY TOWNSHIP | MI | 48316 | Bond-Circuit X Delaware Business Trust | 2/23/09 |
| 3607 | Roseville Superstore | 20550 13 MILE ROAD | | ROSEVILLE | MI | 48066 | CC Roseville, LLC | 2/23/09 |
| 3608 | Novi Superstore | 43525 WEST OAKS DRIVE | | NOVI | MI | 48377 | Ramco West Oaks I LLC | 2/23/09 |
| 3611 | Taylor Superstore | 23351 EUREKA ROAD | TAYLOR RETAIL CENTRE | TAYLOR | MI | 48180 | CC Investors 1996-14 | 2/23/09 |
| 3613 | Westland Superstore | 36300 WARREN ROAD | | WESTLAND | MI | 48185 | WMI/MPI Business Trust | 2/23/09 |
| 3621 | Evansville Superstore | 225 NORTH BURKHARDT ROAD | LLOYD CROSSING SHOPPING CENTER | EVANSVILLE | IN | 47715 | Evansville Developers LLC, G.B. | 2/23/09 |
| 3630 | Saginaw Superstore | 2970 TITTABAWASSEE ROAD | SAGINAW SQUARE SHOPPING CENTER | SAGINAW | MI | 48604 | Somerville Saginaw LP | 2/23/09 |
| 3631 | Flint Superstore | 4071 MILLER ROAD | PIRATE PLAZA | FLINT | MI | 48507 | Daniel G. Kamin Flint, LLC | 2/23/09 |
| 3635 | Lansing West Superstore | 5501 WEST SAGINAW HWY. | LANSING TOWNE CENTRE | LANSING | MI | 48917 | Covington Lansing Acquisition LLC | 2/23/09 |
| 3705 | Spring Meadows Mini-Superstore | 6645 AIRPORT HIGHWAY | SPRING MEADOWS SOUTH S.C. | HOLLAND | OH | 43528-8419 | Suemar Realty, Inc | 2/23/09 |
| 3732 | Williston Mini-Superstore | 15 MARSHALL AVENUE | TAFT CORNERS COMMERCIAL PARK | WILLISTON | VT | 05495 | Taft Corners Associates, Inc. | 3/3/09 |
| 3733 | Steubenville Micro-Superstore | 4130 MALL DRIVE | FORT STEUBEN MALL | STEUBENVILLE | OH | 43952 | Landman, Deborah, Eli Landman, Zoltan Schwartz & Anna Schwar | 2/23/09 |