**EXHIBIT B**
**IBM Leases**

| Location # | City | State | Supplement # | Rejection Date |
|---|---|---|---|---|
| 325 | FRANKLIN | MA | D00F13731 | 2/28/2009 |
| 325 | FRANKLIN | MA | D00F13735 | 2/28/2009 |
| 538 | HOUSTON | TX | D00F15423 | 2/28/2009 |
| 538 | HOUSTON | TX | D00F15424 | 2/28/2009 |
| 541 | HOUSTON | TX | D00F15425 | 2/28/2009 |
| 541 | HOUSTON | TX | D00F15427 | 2/28/2009 |
| 754 | NEWARK | NJ | D00F13764 | 2/28/2009 |
| 754 | NEWARK | NJ | D00F13766 | 2/28/2009 |
| 1603 | LONGVIEW | TX | D00F21208 | 2/23/2009 |
| 1610 | WACO | TX | D00F14307 | 2/23/2009 |
| 1610 | WACO | TX | D00F14311 | 2/23/2009 |
| 1624 | COLLEGE STATION | TX | D00F17828 | 2/23/2009 |
| 1627 | FLORENCE | SC | D00F12154 | 2/23/2009 |
| 1627 | FLORENCE | SC | D00F12155 | 2/23/2009 |
| 1638 | CHEYENNE | WY | D00F18167 | 2/23/2009 |
| 3189 | DAYTON | OH | D00F18450 | 2/23/2009 |
| 3196 | BEAVERCREEK | OH | D00F18498 | 2/23/2009 |
| 3202 | GAINESVILLE | FL | D00D89569 | 2/23/2009 |
| 3218 | LINCOLN | NE | D00F18510 | 3/3/2009 |
| 3229 | MIDLAND | TX | D00F14917 | 2/23/2009 |
| 3229 | MIDLAND | TX | D00F14922 | 2/23/2009 |
| 3230 | HIGH POINT | NC | D00D89311 | 2/23/2009 |
| 3244 | ROCKY MOUNT | NC | D00D89327 | 2/23/2009 |
| 3252 | KINGSPORT | TN | D00F14875 | 2/23/2009 |
| 3252 | KINGSPORT | TN | D00F14879 | 2/23/2009 |
| 3260 | TULSA | OK | D00F18014 | 2/23/2009 |
| 3304 | TUCSON | AZ | D00F12349 | 3/3/2009 |
| 3304 | TUCSON | AZ | D00F12350 | 3/3/2009 |
| 3305 | TUCSON | AZ | D00F12570 | 3/3/2009 |
| 3305 | TUCSON | AZ | D00F12573 | 3/3/2009 |
| 3317 | EVERETT | WA | D00F13983 | 3/3/2009 |
| 3317 | EVERETT | WA | D00F13988 | 3/3/2009 |
| 3318 | LYNWOOD | WA | D00F13996 | 3/3/2009 |
| 3318 | LYNWOOD | WA | D00F14003 | 3/3/2009 |
| 3319 | BELLEVUE | WA | D00F12575 | 3/3/2009 |
| 3319 | BELLEVUE | WA | D00F12579 | 3/3/2009 |
| 3321 | TACOMA | WA | D00F18569 | 3/3/2009 |
| 3326 | BELLINGHAM | WA | D00F18037 | 3/3/2009 |
| 3331 | SPOKANE | WA | D00F14012 | 3/3/2009 |
| 3331 | SPOKANE | WA | D00F14014 | 3/3/2009 |
| 3336 | TUKWILA | WA | D00F18577 | 3/3/2009 |
| 3338 | OLYMPIA | WA | D00F18585 | 3/3/2009 |
| 3342 | SILVERDALE | WA | D00F17810 | 3/3/2009 |

| | | | | |
|---|---|---|---|---|
| 3354 | HONOLULU | HI | D00F19163 | 2/27/2009 |
| 3382 | SPOKANE | WA | D00F12673 | 3/3/2009 |
| 3382 | SPOKANE | WA | D00F12676 | 3/3/2009 |
| 3428 | SAN LUIS OBISPO | CA | D00F17830 | 2/23/2009 |
| 3508 | OKLAHOMA CITY | OK | D00F19003 | 2/23/2009 |
| 3510 | TULSA | OK | D00F19010 | 2/23/2009 |
| 3521 | JACKSON | MS | D00F14130 | 2/23/2009 |
| 3521 | JACKSON | MS | D00F14135 | 2/23/2009 |
| 3564 | OKLAHOMA CITY | OK | D00F21129 | 2/23/2009 |
| 3606 | SHELBY TOWNSHIP | MI | D00F13497 | 2/23/2009 |
| 3606 | SHELBY TOWNSHIP | MI | D00F13505 | 2/23/2009 |
| 3607 | ROSEVILLE | MI | D00F17893 | 2/23/2009 |
| 3608 | NOVI | MI | D00F17898 | 2/23/2009 |
| 3611 | TAYLOR | MI | D00F13518 | 2/23/2009 |
| 3611 | TAYLOR | MI | D00F13523 | 2/23/2009 |
| 3613 | WESTLAND | MI | D00F13581 | 2/23/2009 |
| 3613 | WESTLAND | MI | D00F13585 | 2/23/2009 |
| 3621 | EVANSVILLE | IN | D00F12765 | 2/23/2009 |
| 3621 | EVANSVILLE | IN | D00F12771 | 2/23/2009 |
| 3630 | SAGINAW | MI | D00F17922 | 2/23/2009 |
| 3631 | FLINT | MI | D00F13920 | 2/23/2009 |
| 3631 | FLINT | MI | D00F13923 | 2/23/2009 |
| 3635 | LANSING | MI | D00F17939 | 2/23/2009 |
| 3705 | HOLLAND | OH | D00F21217 | 2/23/2009 |
| 3732 | WILLISTON | VT | D00F14927 | 3/3/2009 |
| 3732 | WILLISTON | VT | D00F14930 | 3/3/2009 |
| 3733 | STEUBENVILLE | OH | D00F14687 | 2/23/2009 |
| 3733 | STEUBENVILLE | OH | D00F14688 | 2/23/2009 |
| 3734 | TOLEDO | OH | D00F19446 | 2/23/2009 |
| 3736 | PUYALLUP | WA | D00F19463 | 3/3/2009 |
| 3740 | BANGOR | ME | D00F15961 | 2/23/2009 |
| 3740 | BANGOR | ME | D00F15965 | 2/23/2009 |
| 3748 | YUMA | AZ | D00F13381 | 2/23/2009 |
| 3748 | YUMA | AZ | D00F13390 | 2/23/2009 |
| 3750 | ST. CLAIRSVILLE | OH | D00F18006 | 2/23/2009 |
| 3754 | RICHLAND | WA | D00F18010 | 3/3/2009 |
| 3774 | DECATUR | IL | D00F19505 | 2/23/2009 |
| 3776 | BRIGHTON | MI | D00F14364 | 2/23/2009 |
| 3776 | BRIGHTON | MI | D00F14365 | 2/23/2009 |
| 3830 | BRUNSWICK | GA | D00F08890 | 2/23/2009 |
| 3851 | MADISON HEIGHTS | MI | D00F31972 | 2/23/2009 |
| 3865 | SYRACUSE | NY | D00F31860 | 2/23/2009 |