# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No: 08-35653-KRH** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

## CERTIFICATION TO COURT
## OF APPEALS BY ALL PARTIES

A notice of appeal having been filed by the parties listed on Exhibit A in the above-styled matter on February 5, 2009, and they and the Debtor Circuit City Stores, Inc., who together comprise all the appellants and all the appellees, hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter is required under 28 U.S.C. § 158(a).

This certification arises in an appeal from an interlocutory order or decree, and the parties hereby request leave to appeal as required by 28 U.S.C. § 158(a).

The judgment, order, or decree involves a question of law as to which there is no controlling decision of the court of appeals for this circuit or of the Supreme Court of the United States, or involves a matter of public importance.

and

The judgment, order, or decree involves a question of law requiring resolution of conflicting decisions.

/s/ Augustus C. Epps, Jr.
Attorney for Appellants
Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219
(804) 697-4104

/s/ Douglas M. Foley by Augustus C.
Epps, Jr. w/ permission
Attorney for Appellee
Douglas M. Foley, Esquire
McGuireWoods LLP
901 East Cary Street
Richmond, Virginia  23219
(804) 775-1000

February 23, 2009

February 23, 2009

**EXHIBIT A**

|     | **Landlord** |
| --- | --- |
| 1.  | Brighton Commercial LLC |
| 2.  | Carousel Center Company, L.P. |
| 3.  | Cedar Development Ltd. |
| 4.  | Drexel Delaware Limited Partnership |
| 5.  | Fingerlakes Crossing, LLC |
| 6.  | Generation One and Two, LP |
| 7.  | GRI-EQY (Sparkleberry Square) LLC |
| 8.  | Hamilton Crossing I, LLC |
| 9.  | Inland American Retail Management LLC |
| 10. | Inland Commercial Property Management, Inc. |
| 11. | Inland Continental Property Management Corp. |
| 12. | Inland Pacific Property Services LLC |
| 13. | Inland Southwest Management LLC |
| 14. | Inland US Management LLC |
| 15. | Kimco Realty Corporation |
| 16. | La Habra Imperial, LLC |
| 17. | Madison Waldorf LLC |
| 18. | Myrtle Beach Farms Co., Inc. |
| 19. | N.P. Huntsville Limited Liability Company |
| 20. | Rancon Realty Fund IV |
| 21. | RREEF Management Company |
| 22. | Sangertown Square, LLC |
| 23. | Starpoint Property Management, LLC |
| 24. | The Macerich Company |
| 25. | The Portland Investment Company of America |
| 26. | The Prudential Insurance Company of America |
| 27. | UnCommon, Ltd. |

928238v1