**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**OBJECTION OF INLAND AMERICAN RETAIL MANAGEMENT, LLC, INLAND CONTINENTAL PROPERTY MANAGEMENT CORP. AND INLAND SOUTHWEST MANAGEMENT, LLC TO DEBTORS' THIRD OMNIBUS MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A), 365(A) AND 554 AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND ABANDONMENT OF PERSONAL PROPERTY**

Inland American Retail Management, LLC, Inland Continental Property Management Corp. and Inland Southwest Management, LLC (collectively, "Inland"), by and through their undersigned counsel, hereby object to the *Debtors' Third Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 365(a) and 554 and Bankruptcy Rule 6006 Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property* ("Rejection Motion"), and, in support thereof, respectfully state as follows:

---

Augustus C. Epps, Jr., VSB No. 13254
Michael D. Mueller, VSB No. 38216
Jennifer M. McLemore, VSB No. 47164
Noelle M. James, VSB No. 76001
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: 804-697-4104
Facsimile: 804-697-6104

*Local counsel for Inland American Retail Management, LLC, Inland Continental Property Management Corp. and Inland Southwest Management, LLC*

**Background**

1. On November 10, 2008 ("Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code").

2. Inland, as managing agent for certain landlords, and the Debtors, as tenant, are parties to three (3) leases of non-residential real property (collectively, "Leases") for premises that are located in: (a) Crossroads Superstore in Oklahoma City, OK – Store No. 3508; (b) College Station Superstore in College Station, TX – Store No. 1624; and (c) Quail Springs Superstore in Oklahoma City, OK – Store No. 3564 (collectively, "Premises").

3. On or about February 13, 2009, the Debtors filed the Rejection Motion. Pursuant to the Rejection Motion, the Debtors are requesting to reject the Leases as of February 23, 2009 (the "Rejection Date"). *See* Rejection Motion, ¶¶14, 20; proposed order granting Rejection Motion, ¶ 2. The Debtors repeatedly state that they have or will have turned over keys to the Premises by February 23, 2009.

**Inland's Objection to the Rejection Motion**

4. Inland objects to the Rejection Motion because, as of the date hereof, the Debtors and/or their agents have failed to turn over the keys to the Premises to Inland. Given that the Debtors and/or their agents have not turned over the keys to the Premises, the Rejection Date for the Leases should not be February 23, 2009. At most, the proposed order granting the Rejection Motion should state that the effective rejection date for the Leases does not occur until the later of February 23, 2009, or the date on which the Debtors turn over any keys and/or key codes to the Premises. Until Inland has access to the Premises, the Debtors have not properly or

unequivocally surrendered the Premises, and the Debtors should not be able to reap the benefit of an effective rejection of the Leases.

WHEREFORE, Inland respectfully requests that the Court enter an order that is consistent with the foregoing concerns raised by Inland and that grants Inland such further and additional relief as the Court may deem just and proper.

Dated: February 23, 2009     INLAND AMERICAN RETAIL MANAGEMENT, LLC
                             INLAND CONTINENTAL PROPERTY MANAGEMENT CORP.
                             INLAND SOUTHWEST MANAGEMENT, LLC


                             By /s/ Augustus C. Epps, Jr.
                             Augustus C. Epps, Jr., of counsel


Karen C. Bifferato, Esquire
Christina M. Thompson, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141


Augustus C. Epps, Jr., VSB No. 13254
Michael D. Mueller, VSB No. 38216
Jennifer M. McLemore, VSB No. 47164
Noelle M. James, VSB No. 76001
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219-3095
Telephone:  804-697-4104
Facsimile:  804-697-6104


*Counsel for Inland American Retail Management, LLC, Inland Continental Property Management Corp. and Inland Southwest Management, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of February, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

#928565v1

4