*THOMPSON*MCMULLAN, P.C.
Adam R. Nelson, Esquire (VSB No. 39137)
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Voice: (804) 649-7545
Facsimile: (804) 780-1813
Email: anelson@t-mlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No. 08-35653 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

### NOTICE TO CONTINUE PERFECTION OF MECHANIC'S LIEN PURSUANT TO SECTION 546(b)

TO DEBTOR IN POSSESSION CIRCUIT CITY STORES, INC. OTHER PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §§ 546(b) and 362(b)(3), creditor North American Roofing Services, Inc. ("NARS") hereby continues to have perfected mechanic's lien rights on certain real property in which the Debtor holds a leasehold interest located in Riverside County, California, including improvements located thereon, located at 34660 Monterey Ave., Palm Desert, California 92260, and commonly known as Circuit City Store number 3396.

A true and correct copy of the mechanic's lien recorded by NARS in the official records of Riverside County, California, in the total amount listed thereon plus interest set forth therein, for labor, services, equipment and/or materials furnished to the Debtor described therein, is attached hereto as Exhibit "A" and incorporated herein by this

reference. To the extent that the automatic stay of 11 U.S.C. §362(a) may have stayed recordation of, or commencement of an action to enforce, NARS' mechanic's lien as to such property of the Debtor, NARS gives this notice pursuant to 11 U.S.C. § 546(b) in lieu of any such stayed act and as an expression of NARS's intent to enforce its lien..

PLEASE TAKE FURTHER NOTICE THAT by virtue of 11 U.S.C. § 546(b) and California Civil Code § 3134, the perfection of NARS' mechanic's lien relates back to the date when work commenced on or before October 31, 2008, a date which precedes the filing of the petition for bankruptcy in this case.

DATED: February 23, 2009            By:    /s/ Adam R. Nelson

    Adam R. Nelson, Esquire
    ThompsonMcMullan, P.C.
    100 Shockoe Slip, 3rd Floor
    Richmond, Virginia 23219
    Voice: (804) 698-6208
    Facsimile: (804) 780-1813
    Email: anelson@t-mlaw.com

*Local Counsel for North American Roofing Services, Inc.*

Max A. Moseley, Esq.
Lindan J. Hill, Esq.
Johnston Barton Proctor & Rose LLP
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Voice: (205) 458-9400
Facsimile: (205) 458-9500
Email: mam@johnstonbarton.com
      ljh@johnstonbarton.com

*Counsel for North American Roofing Services, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 23rd day of February, 2009, a copy of the foregoing NOTICE TO CONTINUE PERFECTION OF MECHANIC'S LIEN PURSUANT TO SECTION 546(b) was (1) filed electronically on the Court's ECF System and thereby served on all parties who are ECF participants in this case, and (2) sent by first-class mail, postage prepaid, to those parties listed on the Service List below at the addresses listed therein.

                                                /s/ Adam R. Nelson
                                                Adam R. Nelson

Service List

Circuit City Stores, Inc.  
9950 Mayland Drive  
Richmond, VA 23233  

*Debtor*

Bruce H. Besanko  
9950 Mayland Drive  
Richmond, Virginia 23233  

*Debtor Designee*

W. Clarkson McDow, Jr.  
Office of the U.S. Trustee  
701 E. Broad Street, Suite 4304  
Richmond, Virginia 23219  

*Chapter 11 Trustee*

Robert B. Van Arsdale  
Office of the U.S. Trustee  
701 East Broad Street, Suite 4304  
Richmond, Virginia 23219  

*Counsel for Chapter 11 Trustee*

Alan J. Kornfeld  
Brad R. Godshall  
Pachulski Stang Ziehl & Jones LLP  
10100 Santa Monica Blvd.  
11th Floor  
Los Angeles, CA 90067-4100  

Gillian N. Brown  
Jeffrey N. Pomerantz  
Pachulski Stang Ziehl & Jones, LLP  
10100 Sants Monica Blvd.  
Suite 100  
Los Angeles, CA 9006  

John D. Fiero  
Pachulski Stang Ziehl & Jones, LLP  
150 California Street, 15th Floor  
San Francisco, CA 94111-4554  

Daniel F. Blanks  
McGuire Woods, LLP  
9000 World Trade Center  
101 W. Main Street  
Norfolk, Virginia 23510  

Dion W. Hayes  
McGuire Woods, LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  

Douglas M. Foley  
McGuire Woods, LLP  
9000 World Trade Center  
101 W. Main Street  
Norfolk, Virginia 23510  

Gregg M. Galardi  
Skadden Arps Slate Meagher & Flom, LLP  
One Rodney Square  
Post Office Box 636  
Wilmington, Delaware 19899  

Ian S. Fredericks  
Skadden Arps Slate Meagher & Flom, LLP  
One Rodney Square  
Post Office Box 636  
Wilmington, Delaware 19899  

Joseph S. Sheerin  
McGuire Woods, LLP  
One James Center  
901 East Cary Street  
Richmond, Virginia 23219  

Sarah Beckett Boehm  
McGuire Woods, LLP  
One James Center  
901 East Cary Street  
Richmond, Virginia 23219  

*Counsel for Debtor*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, New York 10017

*Counsel for Official Committee of
Unsecured Creditors*

# Exhibit "A"

DOC # 2008-0628684
11/26/2008 08:00A Fee:9.00
Page 1 of 1
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

Recording Requested, Prepared by, and
Recorded Document return to:
ALLAN R. POPPER
**Lienguard, Inc.**
1000 Jorie Blvd. Ste.270
Oak Brook IL 60523

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |

## MECHANIC'S LIEN CLAIM OF LIEN
### (CA Civil Code § 3084)

The undersigned, **North American Roofing Services, Inc.**, 41 Dogwood Rd., Asheville, NC 28806, referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of **Riverside**, State of California, and described as follows:

APN: 694090005, all in the County of Riverside, State of California.

Commonly known as: Circuit City #3396, 34660 Monterey Avenue, Palm Desert, CA 92260

After deducting all just credits and offsets, the sum of **$81,938.00** together with interest thereon at the rate of 7% per annum from **October 31, 2008**, is due Claimant for the following labor, services, equipment and/or materials furnished by Claimant: **Roofing, related materials, and/or labor**

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor and/or materials is: **R J Ventures**, 1801 Avenue of the Stars, #920, Los Angeles, CA 90067, Owner and **Circuit City Stores, Inc.**, 9954 Mayland Dr., Richmond, VA 23233, Agent to Owner.

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **R J Ventures**, 1801 Avenue of the Stars, #920, Los Angeles, CA 90067, Owner and **Circuit City Stores, Inc.**, 9954 Mayland Dr., Richmond, VA 23233, Agent to Owner

Name of Claimant:    North American Roofing Services, Inc.

BY: _____
ALLAN R. POPPER, of Lienguard Inc. Agent for
North American Roofing Services, Inc.
41 Dogwood Rd., Asheville, NC 28806

### VERIFICATION

I, the undersigned declare: I am the agent for **North American Roofing Services, Inc.**, the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

November 21, 2008

_____
ALLAN R. POPPER, of Lienguard, Inc., Agent for
North American Roofing Services, Inc.
41 Dogwood Rd., Asheville, NC 28806

File No: **84491-8-1**