*THOMPSON*MCMULLAN, P.C.
Adam R. Nelson, Esquire (VSB No. 39137)
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Voice: (804) 649-7545
Facsimile: (804) 780-1813
Email: anelson@t-mlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No. 08-35653 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

**NOTICE TO CONTINUE PERFECTION OF MECHANIC'S LIEN
PURSUANT TO SECTION 546(b)**

TO DEBTOR IN POSSESSION CIRCUIT CITY STORES, INC. OTHER PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §§ 546(b) and 362(b)(3), creditor North American Roofing Services, Inc. ("NARS") hereby continues to have perfected mechanic's lien rights on certain real property in which the Debtor holds a leasehold interest located in Los Angeles County, California, including improvements located thereon, located at The Golden Valley Ranch Shopping Center, Santa Clarita California 91321, and commonly known as Circuit City Store number 3745.

A true and correct copy of the mechanic's lien recorded by NARS in the official records of Los Angeles County, California, in the total amount listed thereon plus interest set forth therein, for labor, services, equipment and/or materials furnished to the Debtor described therein, is attached hereto as Exhibit "A" and incorporated herein by this

reference. To the extent that the automatic stay of 11 U.S.C. §362(a) may have stayed recordation of, or commencement of an action to enforce, NARS' mechanic's lien as to such property of the Debtor, NARS gives this notice pursuant to 11 U.S.C. § 546(b) in lieu of any such stayed act and as an expression of NARS's intent to enforce its lien..

PLEASE TAKE FURTHER NOTICE THAT by virtue of 11 U.S.C. § 546(b) and California Civil Code § 3134, the perfection of NARS' mechanic's lien relates back to the date when work commenced on or before October 10, 2008, a date which precedes the filing of the petition for bankruptcy in this case.

DATED: February 23, 2009              By:     /s/ Adam R. Nelson

Adam R. Nelson, Esquire
ThompsonMcMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Voice: (804) 698-6208
Facsimile: (804) 780-1813
Email: anelson@t-mlaw.com

*Local Counsel for North American Roofing Services, Inc.*

Max A. Moseley, Esq.
Lindan J. Hill, Esq.
Johnston Barton Proctor & Rose LLP
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Voice: (205) 458-9400
Facsimile: (205) 458-9500
Email: mam@johnstonbarton.com
            ljh@johnstonbarton.com

*Counsel for North American Roofing Services, Inc.*

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 23rd day of February, 2009, a copy of the foregoing NOTICE TO CONTINUE PERFECTION OF MECHANIC'S LIEN PURSUANT TO SECTION 546(b) was (1) filed electronically on the Court's ECF System and thereby served on all parties who are ECF participants in this case, and (2) sent by first-class mail, postage prepaid, to those parties listed on the Service List below at the addresses listed therein.

                                            /s/ Adam R. Nelson
                                            Adam R. Nelson

Service List

| | |
|---|---|
| Circuit City Stores, Inc.<br>9950 Mayland Drive<br>Richmond, VA 23233<br><br>*Debtor* | Daniel F. Blanks<br>McGuire Woods, LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, Virginia 23510 |
| Bruce H. Besanko<br>9950 Mayland Drive<br>Richmond, Virginia 23233<br><br>*Debtor Designee* | Dion W. Hayes<br>McGuire Woods, LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219 |
| W. Clarkson McDow, Jr.<br>Office of the U.S. Trustee<br>701 E. Broad Street, Suite 4304<br>Richmond, Virginia 23219<br><br>*Chapter 11 Trustee* | Douglas M. Foley<br>McGuire Woods, LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, Virginia 23510 |
| Robert B. Van Arsdale<br>Office of the U.S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, Virginia 23219<br><br>*Counsel for Chapter 11 Trustee* | Gregg M. Galardi<br>Skadden Arps Slate Meagher & Flom, LLP<br>One Rodney Square<br>Post Office Box 636<br>Wilmington, Delaware 19899 |
| Alan J. Kornfeld<br>Brad R. Godshall<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>11th Floor<br>Los Angeles, CA 90067-4100 | Ian S. Fredericks<br>Skadden Arps Slate Meagher & Flom, LLP<br>One Rodney Square<br>Post Office Box 636<br>Wilmington, Delaware 19899 |
| Gillian N. Brown<br>Jeffrey N. Pomerantz<br>Pachulski Stang Ziehl & Jones, LLP<br>10100 Sants Monica Blvd.<br>Suite 100<br>Los Angeles, CA 9006 | Joseph S. Sheerin<br>McGuire Woods, LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219 |
| John D. Fiero<br>Pachulski Stang Ziehl & Jones, LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4554 | Sarah Beckett Boehm<br>McGuire Woods, LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219<br><br>*Counsel for Debtor* |

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, New York 10017

*Counsel for Official Committee of
Unsecured Creditors*

# Exhibit "A"



Recording Requested, Prepared by, and
Recorded Document return to:
ALLAN R. POPPER
*Lienguard, Inc.*
1000 Jorie Blvd. Ste.270
Oak Brook IL 60523

### MECHANIC'S LIEN CLAIM OF LIEN
### (CA Civil Code § 3084)

The undersigned, **North American Roofing Services, Inc.**, 41 Dogwood Road, Asheville, NC 28806, referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of **Los Angeles**, State of California, and described as follows:

LD APN 2841-017-047, Golden Valley Ranch Shopping Center, in the County of Los Angeles, CA.

Commonly known as: Golden Valley Ranch Shopping Center, Circuit City Store #3745, Santa Clarita, CA 91321

After deducting all just credits and offsets, the sum of $101,919.00 together with interest thereon at the rate of 7% per annum from **October 10, 2008**, is due Claimant for the following labor, services, equipment and/or materials furnished by Claimant: **Roofing, related materials, and/or labor.**

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor and/or materials is: **Terramar Retail Centers LLC**, 4973 Avenida Encinas #300, Carlsbad, CA 92008, Owner and **Circuit City Stores, Inc**, 9950 Mayland Dr., Richmond, VA 23233, Agent of Owner.

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **Terramar Retail Centers, LLC**, 4973 Avenida Encinas #300, Carlsbad, CA 92008, Owner, and **Circuit City Stores, Inc.**, 9950 Mayland Dr., Richmond, VA 23233, Agent of Owner.

Name of Claimant:  North American Roofing Services, Inc.

BY: _____
ALLAN R. POPPER, of Lienguard Inc. Agent for
North American Roofing Services, Inc.
41 Dogwood Rd, Asheville, NC 28806

### VERIFICATION

I, the undersigned declare: I am the agent for **North American Roofing Services, Inc.**, the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true of my own knowledge.

I declare under penalty or perjury under the laws of the State of California that the foregoing is true and correct.

November 17, 2008

_____
ALLAN R. POPPER, of Lienguard, Inc., Agent for
North American Roofing Services, Inc.

**COPY**

File No: 84446-8-1