*THOMPSON*MCMULLAN, P.C.
Adam R. Nelson, Esquire (VSB No. 39137)
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Voice: (804) 649-7545
Facsimile: (804) 780-1813
Email: anelson@t-mlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No. 08-35653 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |

## NOTICE TO CONTINUE PERFECTION OF MECHANIC'S LIEN PURSUANT TO SECTION 546(b)

TO DEBTOR IN POSSESSION CIRCUIT CITY STORES, INC. OTHER PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, pursuant to 11 U.S.C. §§ 546(b) and 362(b)(3), creditor North American Roofing Services, Inc. ("NARS") hereby continues to have perfected mechanic's lien rights on certain real property in which Circuit City Stores West Coast, Inc. (the "Debtor") holds a leasehold interest located in Riverside County, California, including improvements located thereon, located at 27610 Eucalyptus Avenue, Moreno Valley, California 92553, and commonly known as Circuit City Store number 4228.

A true and correct copy of the mechanic's lien recorded by NARS in the official records of Riverside County, California, in the total amount listed thereon plus interest set forth therein, for labor, services, equipment and/or materials furnished to the Debtor

described therein, is attached hereto as Exhibit "A" and incorporated herein by this reference. To the extent that the automatic stay of 11 U.S.C. §362(a) may have stayed recordation of, or commencement of an action to enforce, NARS' mechanic's lien as to such property of the Debtor, NARS gives this notice pursuant to 11 U.S.C. § 546(b) in lieu of any such stayed act and as an expression of NARS's intent to enforce its lien..

PLEASE TAKE FURTHER NOTICE THAT by virtue of 11 U.S.C. § 546(b) and California Civil Code § 3134, the perfection of NARS' mechanic's lien relates back to the date when work commenced on or before October 10, 2008, a date which precedes the filing of the petition for bankruptcy in this case.

DATED: February 23, 2009        By:   /s/ Adam R. Nelson

Adam R. Nelson, Esquire
ThompsonMcMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219
Voice: (804) 698-6208
Facsimile: (804) 780-1813
Email: anelson@t-mlaw.com

*Local Counsel for North American Roofing Services, Inc.*

Max A. Moseley, Esq.
Lindan J. Hill, Esq.
Johnston Barton Proctor & Rose LLP
569 Brookwood Village, Suite 901
Birmingham, AL 35209
Voice: (205) 458-9400
Facsimile: (205) 458-9500
Email: mam@johnstonbarton.com
       ljh@johnstonbarton.com

*Counsel for North American Roofing Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2009, a copy of the foregoing NOTICE TO CONTINUE PERFECTION OF MECHANIC'S LIEN PURSUANT TO SECTION 546(b) was (1) filed electronically on the Court's ECF System and thereby served on all parties who are ECF participants in this case, and (2) sent by first-class mail, postage prepaid, to those parties listed on the Service List below at the addresses listed therein.

/s/ Adam R. Nelson
Adam R. Nelson

Service List

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

*Debtor*

Bruce H. Besanko
9950 Mayland Drive
Richmond, Virginia 23233

*Debtor Designee*

W. Clarkson McDow, Jr.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, Virginia 23219

*Chapter 11 Trustee*

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

*Counsel for Chapter 11 Trustee*

Alan J. Kornfeld
Brad R. Godshall
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067-4100

Gillian N. Brown
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones, LLP
10100 Sants Monica Blvd.
Suite 100
Los Angeles, CA 9006

John D. Fiero
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4554

Daniel F. Blanks
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Douglas M. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899

Ian S. Fredericks
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
Post Office Box 636
Wilmington, Delaware 19899

Joseph S. Sheerin
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

Sarah Beckett Boehm
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

*Counsel for Debtor*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, New York 10017

*Counsel for Official Committee of
Unsecured Creditors*

Exhibit "A"

DEC-18-2008 10:06 From: To:12054589500 P.3/24

```
DOC # 2008-0638259
12/04/2008 08:00A Fee:19.00
         Page 1 of 1
Recorded in Official Records
     County of Riverside
        Larry W. Ward
Assessor, County Clerk & Recorder
```

Recording Requested, Prepared by, and
Recorded Document return to:
ALLAN R. POPPER
*Lienguard, Inc.*
1000 Jorie Blvd. Ste.270
Oak Brook IL 60523

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|----|----|------|-----|------|
|   |   |   |      |      |    | 10 |      |     |      |
| M | A | L | 465  | 426  | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   | NOTICE SENT |  | T: |   | CTY | UNI |  |

## MECHANIC'S LIEN CLAIM OF LIEN ON LEASEHOLD IMPROVEMENTS
(CA Civil Code § 3084)

The undersigned, **North American Roofing Services, Inc.**, 41 Dogwood Road, Asheville, NC 28806, referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the County of **Riverside**, State of California, and described as follows:

LD APN No.: 488100052-0, in the County of Riverside, CA.

Commonly known as: Circuit City #4228, 27610 Eucalyptus Ave., Moreno Valley, CA 92553

After deducting all just credits and offsets, the sum of **$89,560.00** together with interest thereon at the rate of 7% per annum from **October 10, 2008**, is due Claimant for the following labor, services, equipment and/or materials furnished by Claimant: **Roofing, related materials, and/or labor.**

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor and/or materials is: **FJL-MVP, LLC**, 5225 Canyon Crest #166, Riverside, CA 92507, Owner and **Circuit City Stores West Coast, Inc.**, 9954 Mayland Dr., Richmond, VA 23233, Agent of Owner.

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are: **FJL-MVP, LLC**, 5225 Canyon Crest #166, Riverside, CA 92507, Owner and **Circuit City Stores West Coast, Inc.**, 9954 Mayland Dr., Richmond, VA 23233, Agent of Owner.

Name of Claimant:       North American Roofing Services, Inc.

BY: _____
ALLAN R. POPPER, of Lienguard Inc. Agent for
North American Roofing Services, Inc.
41 Dogwood Rd, Asheville, NC 28806

### VERIFICATION

I, the undersigned declare: I am the agent for **North American Roofing Services, Inc.**, the Claimant named in the foregoing claim of mechanic's lien; I am authorized to make this verification for the Claimant; I have read the foregoing claim of mechanic's lien and know the contents thereof, and the same is true of my own knowledge.

I declare under penalty or perjury under the laws of the State of California that the foregoing is true and correct.

November 18, 2008

_____
ALLAN R. POPPER, of Lienguard, Inc., Agent for
North American Roofing Services, Inc.

*File No: 84462-8-1*