Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                          : Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      : Case No. 08-35653
et al.,                         :
                                :
              Debtors.          :
                                : Jointly Administered
- - - - - - - - - - - - - - - x


        NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
            FEBRUARY 25, 2009 AT 2:00 P.M. (EASTERN)

        Set forth below are the matters previously
scheduled to be heard before the Honorable Kevin Huennekens,
United States Bankruptcy Judge, in the United States
Bankruptcy Court for the Eastern District of Virginia, U.S.
Courthouse, 701 East Broad Street, Room 5000, Richmond, VA
23219-1888, on February 25, 2009 beginning at 2:00 p.m.
Eastern.

**I.    RESOLVED MATTERS**

1.    Notice of and Motion and Supporting Memorandum of
      Principal Life Insurance Company for the Entry of an
      Order Determining that the Automatic Stay is
      Inapplicable to the Commencement and Prosecution of
      Certain Mortgage Foreclosure Action, or, in the
      Alternative, Granting Relief from the Automatic Stay
      Pursuant to Section 362(d)(2) (Docket No. 1965)

      Objection
      Deadline:          February 23, 2009 at 4:00 p.m. Extended
                         for the Debtors pending resolution of
                         this matter.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            The parties are continuing to negotiate a
                         consensual resolution of this matter and
                         anticipate submitting an agreed order for
                         the Court's approval.

**II.   CONTINUED/ADJOURNED MATTERS**

2.    Motion of AOL LLC for Payment of Administrative Expense
      Claim (Docket No. 1760)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1761)

      b.    Corrected Notice of Motion and Hearing (Docket No.
            1776)

      Objection
      Deadline:          February 6, 2009 at 4:00 p.m., extended
                         for the Debtors until February 27, 2009
                         at 4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned until

March 3, 2009 at 10:00 a.m.

3.    Corrected Motion of Platform-A for Payment of
      Administrative Expense Claim (Docket No. 1763)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1757)

      b.    Corrected Notice of Motion and Hearing (Docket No.
            1777)

      Objection
      Deadline:        February 6, 2009 at 4:00 p.m., extended
                       for the Debtors until February 27, 2009
                       at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned until
                       March 3, 2009 at 10:00 a.m.

4.    Motion of Federal Warranty Services Corporation,
      Sureway, Inc., American Bankers Insurance Company of
      Florida, and United Service Protection, Inc. To Compel
      Assumption Or Rejection Of Agreements Between The
      Assurant Companies And Circuit City Stores, Inc., Or In
      The Alternative Motion For Relief From Stay To Terminate
      Agreements, And Memorandum In Support (Docket Nos. 1794
      and 1813)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket Nos. 1796 and
            1816)

      Objection
      Deadline:        February 11, 2009 at 4:00 p.m. extended
                       for the Debtors until February 20, 2009
                       at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned until
                 March 3, 2009 at 10:00 a.m.

5.   Motion of D.L. Peterson Trust as Assignee of PHH Vehicle
     Management Services, LLC to Compel Rejection of Lease
     Agreements and for Relief from the Automatic Stay
     (Docket Nos. 1956 and 1969)

     Related
     Documents:

     a.   Motion for Expedited Hearing and to Shorten
          Objection Deadline (Docket No. 1957)

     b.   Order Granting Motion to Expedite (Docket No. 2024)

     Objection
     Deadline:       February 11, 2009 at 5:00 p.m., extended
                     for the Debtors until February 16, 2009

     Objections/
     Responses
     Filed:

     a.   Debtors' Objection to Motion of D.L. Peterson Trust
          as Assignee of PHH Vehicle Management Services, LLC
          to Compel Rejection of Lease Agreements and for
          Relief from the Automatic Stay (Docket No. 2194)

     Status:          This matter has been adjourned until
                      March 3, 2009 at 10:00 a.m.

**III.  UNCONTESTED MATTERS**

6.   Debtors' Motion for Orders Pursuant to Bankruptcy Code
     Sections 105 and 363 and Bankruptcy Rule 6004(I)
     Approving Procedures in Connection with Sale of Excluded
     Defective Inventory, (II) Approving Sale of Such
     Inventory Free and Clear of all Interests and (III)
     Granting Related Relief (Docket No. 1944)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1945)

Objection
Deadline:        February 11, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda.

Status:          Tentatively, the Debtors will be holding
                 an auction the morning of February 25,
                 2009.  The Debtors may seek approval of
                 the successful bidder at the February 25,
                 2009 hearing.

7.    Debtors' Motion for Order Shortening Notice Period and
      Limiting Notice on Debtors' Motion for Order Under
      Bankruptcy Code Sections 105, 363(b) and 503(c)(3)
      Approving a Wind Down Incentive and Retention Plan and
      Authorizing Payment of Wind Down Incentive and Retention
      Pay to Plan Participants (Docket No. 2010)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2012)

      Objection
      Deadline:        February 23, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter is going forward.

8.    Debtors' Motion to File Certain Information Under Seal
      (Docket No. 2009)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 2013)

      Objection
      Deadline:        February 23, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

**IV.   CONTESTED MATTERS**

9.    Motion of Plumchoice, Inc. for Relief from the Automatic
      Stay Pursuant to 11 U.S.C. 362(d)(1) to Permit
      Termination of Dispatch Agreement and Request for
      Related Relief Including Approval of Shortened Notice
      Period (Docket No. 1498)

      Objection
      Deadline:        January 27, 2009 at 4:00 p.m., extended
                       for the Debtors until February 11, 2009
                       at 7:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Objection to Motion of Plumchoice, Inc.
            for Relief from the Automatic Stay Pursuant to 11
            U.S.C. 362(d)(1) to Permit Termination of Dispatch
            Agreement and Request for Related Relief Including
            Approval of Shortened Notice Period (Docket No.
            2069)

      Status:          This matter is going forward.

10.   Motion of Plumchoice, Inc. for Order Directing Debtors
      to Pay Administrative Expenses Pursuant to 11 U.S.C.
      Sections 503(b) and 507(a) and Request for Related
      Relief (Docket No. 1832)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1833)

      b.    Affidavit of Daniel Baker in Support of Motion of
            Plumchoice, Inc. for Order Directing Debtors to Pay
            Administrative Expenses Pursuant to 11 U.S.C.
            Sections 503(b) and 507(a) and Request for Related
            Relief (Docket No. 1942)

      Objection

Deadline:          February 11, 2009 at 4:00 p.m., extended
                   for the Debtors until February 11, 2009
                   at 7:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Preliminary Objection to Motion of
      Plumchoice, Inc. for Order Directing Debtors to Pay
      Administrative Expenses Pursuant to 11 U.S.C.
      Sections 503(b) and 507(a) and Request for Related
      Relief (Docket No. 2068)

Status:          This matter is going forward.

11.  Debtors' Motion for Order Under Bankruptcy Code Sections
     105, 363(b) and 503(c)(3) Approving a Wind Down
     Incentive and Retention Plan and Authorizing Payment of
     Wind Down Incentive and Retention Pay (Docket No. 2008)

Related
Documents:

a.    Debtors' Motion to File Certain Information Under
      Seal (Docket No. 2009)

b.    Debtors' Motion for Order Shortening Notice Period
      and Limiting Notice (Docket No. 2010)

c.    Notice of Motion and Hearing (Docket No. 2011)

Objection
Deadline:          February 23, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Letter Objection of Barbara Gillis (Docket No.
      2254)

b.    Informal Objection by the Committee

c.    Objection by the Office of the United States
      Trustee

Status:          This matter is going forward.

7

12. Debtors' Third Omnibus Motion for Order Pursuant to
    Bankruptcy Code Sections 105(a), 365(a) and 554 and
    Bankruptcy Rule 6006 Authorizing Rejection of Certain
    Unexpired Leases of Nonresidential Real Property and
    Abandonment of Personal Property (Docket No. 2178)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 2179)

    Objection
    Deadline:        February 23, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:

    a.   Objection of Inland American Retail Management,
         LLC, Inland Continental Property Management Corp.
         And Inland Southwest Management, LLC To Debtors'
         Third Omnibus Motion For Order Pursuant To
         Bankruptcy Code Sections 105(A), 365(A) And 554 And
         Bankruptcy Rule 6006 Authorizing Rejection Of
         Certain Unexpired Leases Of Nonresidential Real
         Property And Abandonment Of Personal Property
         (Docket No. 2276)

    Status:          This matter is going forward.

13. Motion for Examination and Order Directing Creditor,
    North Plainfield VF LLC, to Produce Documents Pursuant
    to Federal Rule of Bankruptcy Procedure Rule 2004, by
    Schimenti Construction Company, LLC  (Docket No. 1980)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 1982)

    b.   Notice of Hearing (Docket No. 2243)

    Objection
    Deadline:        February 12, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:

a.     Objection to and Motion to Quash with Supporting
       Memorandum of Law Schimenti Construction Company,
       LLC's Motion for 2004 Examination of North
       Plainfield VF LLC and Request for Production of
       Documents (Docket Nos. 2195 and 2207)

b.     Reply To North Plainfield VF LLC's Objection To And
       Motion To Quash Schimenti Construction Company,
       LLC's Motion For Rule 2004 Examination And Request
       For Production Of Documents (Docket No. 2244)

   Status:          This matter is going forward.

Dated: February 23, 2009      SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia     FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                    - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              333 West Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                    - and -

                              MCGUIREWOODS LLP


                              /s/ Douglas M. Foley         .
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession