UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

**MOTION FOR ADMISSION
<u>PRO HAC VICE OF JOHN F. VENTOLA</u>**

Troy Savenko ("<u>Movant</u>") hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing John F. Ventola ("<u>Mr. Ventola</u>"), an attorney and partner with the law firm of Choate, Hall & Stewart LLP, to appear <u>pro</u> <u>hac</u> <u>vice</u> in the above-styled bankruptcy case before the United States Bankruptcy Court for the Eastern District of Virginia (the "<u>Bankruptcy Case</u>") to represent PlumChoice, Inc. and in support of this Motion, the Movant states as follows:

1. Movant is a member in good standing of the Bar of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Mr. Ventola is a member in good standing of the Massachusetts Bar Association and is an attorney admitted to practice before the United States District Court for the District of Massachusetts and the United States District Court for the Northern District of New York. There

---

Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA  23218-2470
Phone: (804) 423-7921
Fax: (804) 230-0024

*Counsel to PlumChoice, Inc.*

are no disciplinary proceedings pending against Mr. Ventola in any jurisdiction in which he is admitted to practice.

3. Movant requests that this Court authorize Mr. Ventola to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of PlumChoice, Inc.

4. Movant and his law firm shall serve as a co-counsel with Mr. Ventola in the Bankruptcy Case (and related proceedings).

5. Notice of this Motion has been given to (a) the Office of the United Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing John F. Ventola to appear pro hac vice in the Bankruptcy Case in substantially the same form as Exhibit A attached hereto and grant such other and further relief as is just.

Dated:  February 23, 2009						Respectfully submitted,

/s/ Troy Savenko
GREGORY KAPLAN, PLC
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, Virginia 23218-2470
Phone: (804) 423-7921
Fax: (804) 230-0024

*Counsel to PlumChoice, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of February, 2009, I caused a copy of the foregoing to be served to all parties receiving notice via the Court's CM/ECF Noticing System and by electronic mail to: (i) Counsel to the Debtors (circuitcityservice@mcguirewoods.com & project.circuitcity@skadden.com) and (ii) the Office of the United States Trustee for the Eastern District of Virginia, Richmond Division (Robert.B.Van.Arsdale@usdoj.gov)

                                              /s/ Troy Savenko
                                              Movant

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION FOR
ADMISSION PRO HAC VICE OF JOHN F. VENTOLA**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of John F. Ventola (the "Motion") filed by Troy Savenko, seeking admission pro hac vice for John F. Ventola, of the law firm Choate, Hall & Stewart LLP, in the above-styled bankruptcy case (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E).  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that John F. Ventola be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1.    The Motion is granted.

2.    John F. Ventola, of the law firm of Choate, Hall & Stewart LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of PlumChoice, Inc.

ENTERED:

UNITED STATES BANKRUPTCY JUDGE

GREGORY KAPLAN, PLC
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA  23218-2470
Phone: (804) 423-7921
Fax: (804) 230-0024

*Counsel to PlumChoice, Inc.*

I ASK FOR THIS:

_____
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, Virginia  23218-2470

*Counsel to PlumChoice, Inc.*

## Rule 90221-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

_____
Movant

2

## SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219
*Assistant United States Trustee*

Dion W. Hayes
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
*Counsel to Debtors*

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899
*Counsel to Debtors*

John F. Ventola
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
*Counsel to PlumChoice, Inc.*