IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 08-35653-KRH |
| | ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al.* | ) | |
| | ) | Chapter 11 |
| | ) | |
| DEBTOR. | ) | Judge Kevin R. Huennekens |
| | ) | |

## MOTION TO ADMIT JOHN P. BRICE
## TO PRACTICE *PRO HAC VICE*

Pursuant to Local Rule 2090-1(E)(2), Troy N. Nichols ("Movant"), a member in good standing of the bar of the State of Virginia and the United States District Court for the Eastern District of Virginia, move this Court to specially admit *pro hac vice* John P. Brice, an attorney of good standing admitted to practice before the courts of the Commonwealth of Kentucky, including the United States District Court for the Eastern District of Kentucky as reflected in the supporting Affidavit attached hereto as Exhibit A, to practice before this Court in the above-captioned matter and any related proceedings therein, as attorney for Sir Barton Place, LLC. Counsel's name, office mail address, electronic mail address and telephone number as follows:

John P. Brice (KY 07535)
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507-1746
Telephone:    (859) 233-2012
Facsimile:    (859) 259-0649
E-mail: Lexbankruptcy@wyattfirm.com

Movant requests that the Bankruptcy Court authorize Mr. Brice to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in these bankruptcy cases (and related proceedings) on behalf of Sir Barton Place, LLC.

Pursuant to Local Bankruptcy rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant further requests that the Bankruptcy Court waive the requirement that all motions be accompanied by a written memorandum of law.

Movant will appear in these bankruptcy cases (and related proceedings) as co-counsel as required by Local Rules of the Court.

WHEREFORE, Movant respectfully requests that the Court enter an Order in substantially the same form as attached hereto authorizing John P. Brice to appear *pro hac vice* in these bankruptcy cases (and related proceedings) and grant such other relief as the Court deems just and proper.

Respectfully submitted,

WYATT, TARRANT & COMBS, LLP


 /s/ Troy N. Nichols
Troy N. Nichols (VA 68491)
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Phone: (859) 233-2012
Fax:    (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

COUNSEL FOR SIR BARTON PLACE, LLC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Admit John P. Brice to Practice *Pro Hac Vice* has been served in the method established in the Case Management/Electronic Case Files (CM/ECF) Policy Statement to all parties designated to receive electronic service and to the parties listed below via facsimile, electronic and/or first-class, postage prepaid U.S. mail on this <u>24th</u> day of <u>February</u>, 2009.

Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA  23510
*Counsel for Debtor*

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA  23219
*Counsel for Debtor*

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
PO Box 636
Wilmington, DE  19899
*Counsel for Debtor*

Jeffrey N. Pomerantz
Brad R. Godshall
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067-4100
*Counsel for Debtor*

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  9411-4500
*Counsel for Unsecured Creditors Committee*

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017
*Counsel for Unsecured Creditors Committee*

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran PLC
20 North Eighth Street, Second Floor
Richmond, VA  23219
*Counsel for Unsecured Creditors Committee*

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA  02108
*Counsel for Unsecured Creditors Committee*

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
*Counsel for U.S. Trustee*

/s/ Troy N. Nichols
Troy N. Nichols

30512996.1

## AFFIDAVIT OF JOHN P. BRICE IN SUPPORT OF
## APPLICATION FOR ADMISSION *PRO HAC VICE*

John P. Brice, being first duly sworn, deposes and says as follows:

1.      My name is John P. Brice. I am a resident of Fayette County, Kentucky, and have been a practicing attorney in Kentucky since 1979.

2.      I am a partner of the law firm of Wyatt, Tarrant & Combs, LLP, whose Lexington, Kentucky office is located at 250 West Main Street, Suite 1600, Lexington, Kentucky 40507.

3.      I am a member in good standing of the state bar of Kentucky, and am duly licensed and admitted to practice in that jurisdiction.  My Kentucky bar number is 07535.  In addition, I am admitted to practice before the United States Court of Appeals for the Sixth Circuit (1989) and the United States District Court, Eastern District of Kentucky (1978).

4.      There are no disciplinary proceedings or criminal charges instituted against me in Kentucky or any other state.

5.      I have never been held in contempt, disciplined or convicted of a crime.

6.      My client, Sir Barton Place, LLC, specifically requested that I represent its interests in this and related matters.

7.      The nature of this action involves issues of bankruptcy law of which I have specific knowledge.

8.      I have never been denied admission to the courts of any state or to any federal court.

9.      I will make myself familiar with the rules of this Court, and will at all times abide by and comply with said rules so long as this matter is pending in this Court.



EXHIBIT

A

10.     I will appear in this proceeding with co-counsel, Troy N. Nichols, an attorney who is duly and legally admitted to practice in the State of Virginia, bar number 68491.

11.     I completed mandatory electronic case filing training through authorized classroom training at the United States Bankruptcy Court, Eastern District of Kentucky on September 25, 2003.

12.     I certify that all of the foregoing statements made by me are true and accurate to the best of my knowledge, information and belief.

_____
John P. Brice

COMMONWEALTH OF KENTUCKY   )
                                                             )  :SS
COUNTY OF FAYETTE                     )

The foregoing instrument was subscribed, sworn to and acknowledged before me this 24th day of February, 2009, by John P. Brice.

My commission expires: _November 25, 2010_____.

_Patricia J. West_____
NOTARY PUBLIC

30512976.1

2