IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 08-35653-KRH |
| | ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al.* | ) | |
| | ) | Chapter 11 |
| | ) | |
| DEBTOR. | ) | Judge Kevin R. Huennekens |
| | ) | |

## ORDER

The matter came before the Court upon Motion (the "Motion") filed by Troy N. Nichols

seeking admission *pro hac vice* for John P. Brice, of the law firm Wyatt, Tarrant & Combs, LLP,

in the above referenced bankruptcy cases (and related proceedings) (the "Bankruptcy Cases")

pursuant to Local Bankruptcy Rule 2090-1(E).   After review of the Motion and statements

herein, the Court finds that adequate notice of the Motion has been provided , no other or further

notice is necessary or required, and it is appropriate that John P. Brice be authorized to practice

*pro hac vice* before this Court in these Bankruptcy Cases (and related proceedings), it is hereby

ORDERED as follows:

1.      The Motion be and hereby is granted;

2.      John P. Brice, of the law firm Wyatt, Tarrant & Combs, LLP, is hereb6 admitted

to appear *pro hac vice* in these Bankruptcy Cases and any related proceedings pursuant to Local

Bankruptcy Rule 2090-1(E)(2) on behalf of Sir Barton Place, LLC.

ENTERED this _____ day of February, 2009.

_____
Judge, United States Bankruptcy Court

WE ASK FOR THIS:

 /s/ Troy N. Nichols
Troy N. Nichols
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone:  (859) 233-2012
Facsimile:    (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com


 /s/ John P. Brice
John P. Brice
Wyatt, Tarrant & Combs, LLP
 250 West Main Street, Suite 1600
Lexington, KY  40507-1746
Telephone:  (859) 233-2012
Facsimile:    (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

## **CERTIFICATE**

   Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that all necessary parties to this action have endorsed the foregoing order.

 /s/ Troy N. Nichols

## DISTRIBUTION LIST

Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA  23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA  23219

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
PO Box 636
Wilmington, DE  19899

Jeffrey N. Pomerantz
Brad R. Godshall
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067-4100

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  9411-4500

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran PLC
20 North Eighth Street, Second Floor
Richmond, VA  23219

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA  02108

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

30513297.1