Paul M. Black, Esq.
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA  24002
Telephone: (540) 512-1800
Telecopier: (540) 342-4480
Email: pblack@spilmanlaw.com

Sara L. Chenetz, Esq.
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704
Tel: (213) 892-5024
Tel: (213) 623-9924
Email: schenetz@sonnenschein.com
Counsel for Sony Pictures Home Entertainment Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC., et al.** | ) | **Jointly Administered** |
| | ) | |
| **Debtors** | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rule 9010, Sony Pictures Home Entertainment Inc. ("SPHE"), through its counsel, Spilman Thomas & Battle, PLLC, is a party in interest and hereby appears in this case and requests that it be added to the mailing matrix.

Further, pursuant to Bankruptcy Rule 2002, the undersigned requests that all notices and papers specified by the Bankruptcy Rules or Code and all other notices given or required to be given in this case and all other papers served or required to be served in this case upon the Debtor be served upon:

Paul M. Black, Esq.
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA  24002
Telephone: (540) 512-1800
Telecopier: (540) 342-4480
Email: pblack@spilmanlaw.com

Sara L. Chenetz, Esq.
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704
Tel: (213) 892-5024
Tel: (213) 623-9924
Email: schenetz@sonnenschein.com

The foregoing request includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, plans, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or by other means.

SONY PICTURES HOME
ENTERTAINMENT INC.


By: /s/ Paul M. Black
      Of Counsel


Paul M. Black, Esq. (VSB #24861)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA 24002
Telephone: (540) 512-1800
Facsimile: (540) 342-4480
Email: pblack@spilmanlaw.com

Sara L. Chenetz, Esq.
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704
Tel: (213) 892-5024
Tel: (213) 623-9924
Email: schenetz@sonnenschein.com.

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2009, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and served via electronic service or first class mail upon the following:

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P .O. Box 636
Wilmington, DE  19899-0636
Counsel for the Debtors
gregg.galardi@skadden.com

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Counsel for the Debtors
dhayes@mcguirewoods.com

Lynn L. Tavenner
Tavenner & Beran
20 N. Eighth Street
Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com
Counsel for the Creditors Committee

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave
36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
Counsel for the Creditors Committee

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.b.van.arsdale@usdoj.gov

/s/ Paul M. Black

1351964