# EXHIBIT A



# SONY PICTURES
## HOME ENTERTAINMENT

### INVOICE

| PAGE # | 1 |
|---|---|
| INVOICE DATE | 10/20/08 |
| CUSTOMER # | 489999 |
| INVOICE # | 37547101 -001 |
| ORDER # | 42552862   SO |
| RELATED # | |
| BRANCH | SMD-FRS |

| SOLD TO | PAYOR | SHIP TO |
|---|---|---|
| CIRCUIT CITY<br>ATTN:MUSIC PAYABLES DR 35TH FL<br>9954 MAYLAND DRIVE<br>RICHMOND VA 23233 | CIRCUIT CITY<br>ATTN:MUSIC PAYABLES DR 35TH FL<br>9954 MAYLAND DRIVE<br>RICHMOND VA 23233 | CIRCUIT CITY-STORE #404<br>14600 OCEAN GATE<br>HAWTHORNE CA 90250 |

| STORE # | CUSTOMER P.O. | SHIP VIA | DUNS / GLN # | SHIP DATE | STREET DATE |
|---|---|---|---|---|---|
| 404 | 6352925 | Ground | 0089567570404 | 10/20/08 | 03/04/08 |

| INVOICE NOTES | TERMS | NET DUE DATE |
|---|---|---|
| | Net 60 Days | 12/19/08 |

**FBI WARNING**

These films are sold for home use only. Any duplication, reproduction, public performance or commercial use is strictly prohibited. Federal law provides severe civil and criminal penalties for the unauthorized reproduction, distribution, or exhibition of copyrighted motion pictures and video tapes. (Title 17, United States Code, Section 501 and 596). The Federal Bureau of Investigation investigates allegations of criminal copyright infringement. (Title 17, United States Code, Section 506).

**REMIT TO**
SONY PICTURES HOME ENTERTAINMENT
C/O MELLON BANK
P.O.BOX 120001
DEPT. 0648
DALLAS TX 75312-0648

**INCLUDE REMITTANCE COPY**

| ITEM NUMBER | DESCRIPTION | UPC | QTY. ORD. | QTY. SHIP. | QTY. B/O. | PRICE | TOTAL PRICE |
|---|---|---|---|---|---|---|---|
| 12916 | BRAM STOKER'S DRACULA CE DVD | 043396129160 | 11 | 11 | | 11.59 | 127.49 |
| 13884 | SILENT HILL WS  DVD | 043396138841 | 12 | 12 | | 7.85 | 94.20 |
| 16662 | COVENANT DVD | 043396166622 | 6 | 6 | | 7.85 | 47.10 |
| 18288 | VACANCY DVD | 043396182882 | 3 | 3 | | 7.85 | 23.55 |
| 19083 | RESIDENT EVIL:EXTINCTION SEDV | 043396190832 | 24 | 24 | | 11.59 | 278.16 |
| 19615 | 30 DAYS OF NIGHT DVD | 043396196155 | 2 | 2 | | 11.59 | 23.18 |
| 24924 | CASINO ROYALE CE DVD | 043396249240 | 1 | 1 | | 18.38 | 18.38 |
| ZDV15428 | HALLOWEEN RSTRD DVD  W/ O-RIN | 013131542899 | 3 | 3 | | 7.94 | 23.82 |

|  |  |
|---|---:|
| TOTAL UNITS SHIPPED | 62 |
| SUBTOTAL | 635.88 |
| FREIGHT | .00 |
| VAS | .00 |
| TAX | .00 |
| TOTAL DUE | 635.88 |

**CUSTOMER COPY**