| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37477988 | 31.76 | 10/15/2008 | 10/19/2008 FedEx | 6350297 | 3342 | | 42456045 |
| 37477993 | 31.76 | 10/15/2008 | 10/19/2008 FedEx | 6350302 | 3381 | | 42456050 |
| 37477977 | 31.58 | 10/15/2008 | 10/19/2008 FedEx | 6350357 | 429 | | 42455994 |
| 37477978 | 31.58 | 10/15/2008 | 10/19/2008 FedEx | 6350360 | 441 | | 42455995 |
| 37477989 | 31.58 | 10/15/2008 | 10/19/2008 FedEx | 6350298 | 3344 | | 42456046 |
| 37477998 | 31.58 | 10/15/2008 | 10/19/2008 FedEx | 6350366 | 4510 | | 42456103 |
| 37477983 | 31.40 | 10/15/2008 | 10/19/2008 FedEx | 6350292 | 3301 | | 42456040 |
| 37466910 | 25.70 | 10/15/2008 | 10/19/2008 FedEx | 6350227 | 426 | | 42425825 |
| 37467680 | 25.00 | 10/15/2008 | 10/19/2008 FedEx | 6350218 | 408 | | 42425823 |
| 37466661 | 20.00 | 10/15/2008 | 10/19/2008 FedEx | 6350255 | 853 | | 42425853 |
| 37466909 | 20.00 | 10/15/2008 | 10/19/2008 FedEx | 6350216 | 404 | | 42425821 |
| 37467682 | 20.00 | 10/15/2008 | 10/19/2008 FedEx | 6350229 | 428 | | 42425826 |
| 37467687 | 20.00 | 10/15/2008 | 10/19/2008 FedEx | 6350186 | 3318 | | 42425892 |
| 37467689 | 20.00 | 10/15/2008 | 10/19/2008 FedEx | 6350188 | 3333 | | 42425894 |
| 37481533 | 1,677.08 | 10/16/2008 | 10/20/2008 FedEx | 6349245 | 4275 | | 42375864 |
| 37481534 | 1,629.68 | 10/16/2008 | 10/20/2008 FedEx | 6349266 | 4321 | | 42375912 |
| 37501126 | 361.96 | 10/16/2008 | 10/20/2008 FedEx | 6349750 | 3341 | | 42423008 |
| 37502446 | 347.59 | 10/16/2008 | 10/20/2008 FedEx | 6349761 | 3354 | | 42423019 |
| 37490006 | 334.70 | 10/16/2008 | 10/20/2008 FedEx | 6348249 | 3679 | | 42331968 |
| 37490075 | 334.70 | 10/16/2008 | 10/20/2008 FedEx | 6348417 | 4212 | | 42332122 |
| 37504402 | 328.11 | 10/16/2008 | 10/20/2008 FedEx | 6350059 | 4507 | | 42423321 |
| 37504930 | 323.44 | 10/16/2008 | 10/20/2008 FedEx | 6350010 | 4211 | | 42423276 |
| 37501127 | 320.62 | 10/16/2008 | 10/20/2008 FedEx | 6350060 | 4508 | | 42423324 |
| 37504277 | 316.13 | 10/16/2008 | 10/20/2008 FedEx | 6349616 | 233 | | 42422736 |
| 37504349 | 302.60 | 10/16/2008 | 10/20/2008 FedEx | 6349748 | 3339 | | 42423006 |
| 37504293 | 292.12 | 10/16/2008 | 10/20/2008 FedEx | 6349974 | 403 | | 42422753 |
| 37504323 | 279.98 | 10/16/2008 | 10/20/2008 FedEx | 6349607 | 1629 | | 42422884 |
| 37481530 | 278.28 | 10/16/2008 | 10/20/2008 FedEx | 6349082 | 3700 | | 42375564 |
| 37504374 | 274.70 | 10/16/2008 | 10/20/2008 FedEx | 6349778 | 3390 | | 42423036 |
| 37504929 | 268.63 | 10/16/2008 | 10/20/2008 FedEx | 6349833 | 3587 | | 42423091 |
| 37504378 | 237.64 | 10/16/2008 | 10/20/2008 FedEx | 6349790 | 3426 | | 42423048 |
| 37504311 | 236.86 | 10/16/2008 | 10/20/2008 FedEx | 6350027 | 427 | | 42422771 |
| 37504388 | 224.55 | 10/16/2008 | 10/20/2008 FedEx | 6349935 | 3766 | | 42423198 |
| 37504280 | 219.93 | 10/16/2008 | 10/20/2008 FedEx | 6349619 | 236 | | 42422739 |
| 37504399 | 219.15 | 10/16/2008 | 10/20/2008 FedEx | 6350037 | 4305 | | 42423302 |
| 37504285 | 218.30 | 10/16/2008 | 10/20/2008 FedEx | 6349624 | 242 | | 42422744 |
| 37504393 | 213.76 | 10/16/2008 | 10/20/2008 FedEx | 6349998 | 4139 | | 42423266 |
| 37481532 | 213.48 | 10/16/2008 | 10/20/2008 FedEx | 6349239 | 4257 | | 42375855 |
| 37504309 | 211.90 | 10/16/2008 | 10/20/2008 FedEx | 6350021 | 425 | | 42422769 |
| 37504403 | 209.84 | 10/16/2008 | 10/20/2008 FedEx | 6350061 | 4510 | | 42423325 |
| 37504396 | 203.69 | 10/16/2008 | 10/20/2008 FedEx | 6350034 | 4301 | | 42423297 |
| 37504299 | 203.68 | 10/16/2008 | 10/20/2008 FedEx | 6349980 | 410 | | 42422759 |
| 37501124 | 202.17 | 10/16/2008 | 10/20/2008 FedEx | 6349734 | 3318 | | 42422992 |
| 37503978 | 199.24 | 10/16/2008 | 10/20/2008 FedEx | 6349874 | 3661 | | 42423133 |
| 37504390 | 198.90 | 10/16/2008 | 10/20/2008 FedEx | 6349963 | 3855 | | 42423233 |
| 37489996 | 198.71 | 10/16/2008 | 10/20/2008 FedEx | 6348238 | 3664 | | 42331957 |
| 37504302 | 190.67 | 10/16/2008 | 10/20/2008 FedEx | 6350003 | 416 | | 42422762 |
| 37504379 | 188.28 | 10/16/2008 | 10/20/2008 FedEx | 6349791 | 3428 | | 42423049 |
| 37489995 | 183.60 | 10/16/2008 | 10/20/2008 FedEx | 6348237 | 3663 | | 42331956 |
| 37504326 | 181.55 | 10/16/2008 | 10/20/2008 FedEx | 6349723 | 3305 | | 42422981 |
| 37504373 | 177.43 | 10/16/2008 | 10/20/2008 FedEx | 6349777 | 3382 | | 42423035 |
| 37504320 | 176.19 | 10/16/2008 | 10/20/2008 FedEx | 6350056 | 450 | | 42422781 |
| 37504397 | 169.39 | 10/16/2008 | 10/20/2008 FedEx | 6350035 | 4302 | | 42423299 |
| 37490026 | 168.49 | 10/16/2008 | 10/20/2008 FedEx | 6348269 | 3699 | | 42331989 |
| 37481531 | 163.18 | 10/16/2008 | 10/20/2008 FedEx | 6349184 | 4110 | | 42375761 |
| 37481528 | 163.13 | 10/16/2008 | 10/20/2008 FedEx | 6348976 | 3527 | | 42375235 |
| 37481529 | 161.90 | 10/16/2008 | 10/20/2008 FedEx | 6348998 | 3584 | | 42375308 |
| 37504294 | 156.86 | 10/16/2008 | 10/20/2008 FedEx | 6349975 | 404 | | 42422754 |
| 37504292 | 156.05 | 10/16/2008 | 10/20/2008 FedEx | 6349973 | 401 | | 42422752 |
| 37504300 | 155.71 | 10/16/2008 | 10/20/2008 FedEx | 6349984 | 411 | | 42422760 |
| 37504371 | 155.08 | 10/16/2008 | 10/20/2008 FedEx | 6349775 | 3378 | | 42423033 |
| 37504279 | 154.61 | 10/16/2008 | 10/20/2008 FedEx | 6349618 | 235 | | 42422738 |
| 37504297 | 153.48 | 10/16/2008 | 10/20/2008 FedEx | 6349978 | 408 | | 42422757 |
| 37490021 | 153.38 | 10/16/2008 | 10/20/2008 FedEx | 6348264 | 3694 | | 42331983 |
| 37504308 | 151.35 | 10/16/2008 | 10/20/2008 FedEx | 6350016 | 424 | | 42422768 |
| 37504383 | 150.40 | 10/16/2008 | 10/20/2008 FedEx | 6349830 | 3581 | | 42423088 |
| 37504395 | 149.70 | 10/16/2008 | 10/20/2008 FedEx | 6350017 | 4240 | | 42423280 |
| 37483566 | 149.10 | 10/16/2008 | 10/20/2008 FedEx | 6349297 | 532 | | 42374705 |
| 37504296 | 141.91 | 10/16/2008 | 10/20/2008 FedEx | 6349977 | 406 | | 42422756 |
| 37504355 | 139.15 | 10/16/2008 | 10/20/2008 FedEx | 6349755 | 3348 | | 42423013 |
| 37490007 | 138.27 | 10/16/2008 | 10/20/2008 FedEx | 6348250 | 3680 | | 42331969 |
| 37504364 | 138.09 | 10/16/2008 | 10/20/2008 FedEx | 6349766 | 3364 | | 42423024 |
| 37504384 | 136.80 | 10/16/2008 | 10/20/2008 FedEx | 6349831 | 3582 | | 42423089 |
| 37504360 | 132.38 | 10/16/2008 | 10/20/2008 FedEx | 6349760 | 3353 | | 42423018 |
| 37504370 | 130.75 | 10/16/2008 | 10/20/2008 FedEx | 6349774 | 3377 | | 42423032 |
| 37504389 | 129.59 | 10/16/2008 | 10/20/2008 FedEx | 6349958 | 3848 | | 42423226 |
| 37481527 | 127.29 | 10/16/2008 | 10/20/2008 FedEx | 6348789 | 3134 | | 42374913 |
| 37504324 | 126.10 | 10/16/2008 | 10/20/2008 FedEx | 6349721 | 3301 | | 42422979 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37483568 | 125.70 | 10/16/2008 | 10/20/2008 | FedEx | 6348836 | 3203 | 42374982 |
| 37504283 | 125.60 | 10/16/2008 | 10/20/2008 | FedEx | 6349622 | 239 | 42422742 |
| 37489881 | 123.16 | 10/16/2008 | 10/20/2008 | FedEx | 6348596 | 897 | 42330838 |
| 37489895 | 123.16 | 10/16/2008 | 10/20/2008 | FedEx | 6347915 | 1697 | 42330870 |
| 37504367 | 121.89 | 10/16/2008 | 10/20/2008 | FedEx | 6349771 | 3374 | 42423029 |
| 37483567 | 120.95 | 10/16/2008 | 10/20/2008 | FedEx | 6349325 | 766 | 42374746 |
| 37504376 | 120.03 | 10/16/2008 | 10/20/2008 | FedEx | 6349780 | 3401 | 42423038 |
| 37501123 | 117.13 | 10/16/2008 | 10/20/2008 | FedEx | 6349697 | 3229 | 42422955 |
| 37504330 | 114.25 | 10/16/2008 | 10/20/2008 | FedEx | 6349727 | 3310 | 42422985 |
| 37504318 | 112.10 | 10/16/2008 | 10/20/2008 | FedEx | 6350054 | 443 | 42422779 |
| 37504339 | 111.70 | 10/16/2008 | 10/20/2008 | FedEx | 6349737 | 3323 | 42422995 |
| 37504346 | 110.59 | 10/16/2008 | 10/20/2008 | FedEx | 6349745 | 3336 | 42423003 |
| 37504316 | 110.09 | 10/16/2008 | 10/20/2008 | FedEx | 6350051 | 434 | 42422776 |
| 37504392 | 109.65 | 10/16/2008 | 10/20/2008 | FedEx | 6349996 | 4132 | 42423263 |
| 37504398 | 108.90 | 10/16/2008 | 10/20/2008 | FedEx | 6350036 | 4303 | 42423300 |
| 37489904 | 108.05 | 10/16/2008 | 10/20/2008 | FedEx | 6347969 | 3146 | 42331007 |
| 37489962 | 108.05 | 10/16/2008 | 10/20/2008 | FedEx | 6348144 | 3502 | 42331863 |
| 37489994 | 108.05 | 10/16/2008 | 10/20/2008 | FedEx | 6348236 | 3662 | 42331955 |
| 37490013 | 108.05 | 10/16/2008 | 10/20/2008 | FedEx | 6348256 | 3686 | 42331975 |
| 37504305 | 107.99 | 10/16/2008 | 10/20/2008 | FedEx | 6350007 | 420 | 42422765 |
| 37483569 | 107.05 | 10/16/2008 | 10/20/2008 | FedEx | 6349106 | 3738 | 42375621 |
| 37504313 | 104.44 | 10/16/2008 | 10/20/2008 | FedEx | 6350033 | 429 | 42422773 |
| 37504368 | 103.90 | 10/16/2008 | 10/20/2008 | FedEx | 6349772 | 3375 | 42423030 |
| 37504354 | 103.85 | 10/16/2008 | 10/20/2008 | FedEx | 6349754 | 3347 | 42423012 |
| 37504312 | 103.75 | 10/16/2008 | 10/20/2008 | FedEx | 6350032 | 428 | 42422772 |
| 37504365 | 103.65 | 10/16/2008 | 10/20/2008 | FedEx | 6349767 | 3365 | 42423025 |
| 37504289 | 103.50 | 10/16/2008 | 10/20/2008 | FedEx | 6349628 | 253 | 42422748 |
| 37504369 | 102.38 | 10/16/2008 | 10/20/2008 | FedEx | 6349773 | 3376 | 42423031 |
| 37504315 | 101.10 | 10/16/2008 | 10/20/2008 | FedEx | 6350049 | 433 | 42422775 |
| 37504334 | 99.35 | 10/16/2008 | 10/20/2008 | FedEx | 6349731 | 3315 | 42422989 |
| 37504381 | 99.20 | 10/16/2008 | 10/20/2008 | FedEx | 6349817 | 3558 | 42423075 |
| 37504331 | 97.84 | 10/16/2008 | 10/20/2008 | FedEx | 6349728 | 3311 | 42422986 |
| 37504329 | 97.59 | 10/16/2008 | 10/20/2008 | FedEx | 6349726 | 3309 | 42422984 |
| 37501122 | 97.38 | 10/16/2008 | 10/20/2008 | FedEx | 6350052 | 435 | 42422777 |
| 37504286 | 95.23 | 10/16/2008 | 10/20/2008 | FedEx | 6349625 | 249 | 42422745 |
| 37504275 | 94.80 | 10/16/2008 | 10/20/2008 | FedEx | 6349614 | 231 | 42422734 |
| 37504301 | 94.34 | 10/16/2008 | 10/20/2008 | FedEx | 6349999 | 414 | 42422761 |
| 37504304 | 94.10 | 10/16/2008 | 10/20/2008 | FedEx | 6350005 | 419 | 42422764 |
| 37504341 | 93.85 | 10/16/2008 | 10/20/2008 | FedEx | 6349739 | 3326 | 42422997 |
| 37489840 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348494 | 508 | 42330736 |
| 37489842 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348497 | 518 | 42330739 |
| 37489843 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348506 | 538 | 42330748 |
| 37489846 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348509 | 542 | 42330751 |
| 37489848 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348511 | 544 | 42330753 |
| 37489850 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348513 | 546 | 42330755 |
| 37489851 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348514 | 569 | 42330756 |
| 37489853 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348516 | 571 | 42330758 |
| 37489859 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348537 | 805 | 42330779 |
| 37489860 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348540 | 817 | 42330782 |
| 37489862 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348547 | 828 | 42330789 |
| 37489865 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348555 | 837 | 42330797 |
| 37489866 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348556 | 838 | 42330798 |
| 37489868 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348564 | 848 | 42330806 |
| 37489875 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348577 | 863 | 42330819 |
| 37489879 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348592 | 892 | 42330834 |
| 37489893 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6347910 | 1681 | 42330865 |
| 37489896 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6347937 | 3100 | 42330871 |
| 37489898 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6347940 | 3106 | 42330875 |
| 37489901 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6347966 | 3142 | 42330992 |
| 37489906 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6347972 | 3150 | 42331026 |
| 37489907 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6347973 | 3151 | 42331033 |
| 37489908 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6347974 | 3152 | 42331040 |
| 37489910 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6347976 | 3154 | 42331049 |
| 37489913 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348004 | 3197 | 42331182 |
| 37489914 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348006 | 3200 | 42331193 |
| 37489919 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348012 | 3207 | 42331224 |
| 37489926 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348038 | 3249 | 42331357 |
| 37489930 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348045 | 3263 | 42331380 |
| 37489932 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348047 | 3268 | 42331385 |
| 37489939 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348067 | 3307 | 42331460 |
| 37489940 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348093 | 3339 | 42331567 |
| 37489943 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348098 | 3344 | 42331580 |
| 37489953 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348125 | 3381 | 42331699 |
| 37489968 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348158 | 3520 | 42331877 |
| 37489970 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348161 | 3525 | 42331880 |
| 37489976 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348175 | 3569 | 42331894 |
| 37489987 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348198 | 3602 | 42331917 |
| 37489988 | 92.94 | 10/16/2008 | 10/20/2008 | FedEx | 6348228 | 3639 | 42331947 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37489989 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348229 | 3640 | 42331948 | |
| 37489993 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348235 | 3661 | 42331954 | |
| 37489997 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348240 | 3668 | 42331959 | |
| 37489999 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348242 | 3670 | 42331961 | |
| 37490001 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348244 | 3672 | 42331963 | |
| 37490011 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348254 | 3684 | 42331973 | |
| 37490015 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348258 | 3688 | 42331977 | |
| 37490018 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348261 | 3691 | 42331980 | |
| 37490020 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348263 | 3693 | 42331982 | |
| 37490022 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348265 | 3695 | 42331984 | |
| 37490023 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348266 | 3696 | 42331985 | |
| 37490024 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348267 | 3697 | 42331986 | |
| 37490030 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348289 | 3731 | 42332010 | |
| 37490033 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348304 | 3752 | 42332026 | |
| 37490034 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348312 | 3768 | 42332034 | |
| 37490049 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348353 | 3858 | 42332075 | |
| 37490053 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348360 | 3882 | 42332082 | |
| 37490056 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348378 | 4111 | 42332090 | |
| 37490059 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348381 | 4114 | 42332093 | |
| 37490062 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348384 | 4119 | 42332096 | |
| 37490063 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348385 | 4120 | 42332097 | |
| 37490101 | 92.94 | 10/16/2008 | 10/20/2008 FedEx | 6348486 | 4503 | 42332172 | |
| 37504372 | 92.29 | 10/16/2008 | 10/20/2008 FedEx | 6349776 | 3381 | 42423034 | |
| 37504386 | 90.95 | 10/16/2008 | 10/20/2008 FedEx | 6349931 | 3749 | 42423194 | |
| 37504314 | 89.84 | 10/16/2008 | 10/20/2008 FedEx | 6350045 | 432 | 42422774 | |
| 37504352 | 89.84 | 10/16/2008 | 10/20/2008 FedEx | 6349752 | 3345 | 42423010 | |
| 37504310 | 89.50 | 10/16/2008 | 10/20/2008 FedEx | 6350024 | 426 | 42422770 | |
| 37504361 | 89.28 | 10/16/2008 | 10/20/2008 FedEx | 6349763 | 3360 | 42423021 | |
| 37504353 | 89.13 | 10/16/2008 | 10/20/2008 FedEx | 6349753 | 3346 | 42423011 | |
| 37504284 | 87.80 | 10/16/2008 | 10/20/2008 FedEx | 6349623 | 241 | 42422743 | |
| 37504401 | 85.55 | 10/16/2008 | 10/20/2008 FedEx | 6350043 | 4317 | 42423309 | |
| 37504344 | 85.45 | 10/16/2008 | 10/20/2008 FedEx | 6349742 | 3332 | 42423000 | |
| 37504342 | 85.25 | 10/16/2008 | 10/20/2008 FedEx | 6349740 | 3327 | 42422998 | |
| 37504298 | 84.99 | 10/16/2008 | 10/20/2008 FedEx | 6349979 | 409 | 42422758 | |
| 37504276 | 84.83 | 10/16/2008 | 10/20/2008 FedEx | 6349615 | 232 | 42422735 | |
| 37504343 | 83.98 | 10/16/2008 | 10/20/2008 FedEx | 6349741 | 3329 | 42422999 | |
| 37504391 | 83.84 | 10/16/2008 | 10/20/2008 FedEx | 6349995 | 4131 | 42423262 | |
| 37504338 | 83.30 | 10/16/2008 | 10/20/2008 FedEx | 6349736 | 3321 | 42422994 | |
| 37504351 | 83.18 | 10/16/2008 | 10/20/2008 FedEx | 6349751 | 3344 | 42423009 | |
| 37504328 | 82.36 | 10/16/2008 | 10/20/2008 FedEx | 6349725 | 3307 | 42422983 | |
| 37483726 | 82.14 | 10/16/2008 | 10/20/2008 FedEx | 6350370 | 700 | 42456001 | |
| 37504332 | 82.04 | 10/16/2008 | 10/20/2008 FedEx | 6349729 | 3312 | 42422987 | |
| 37504382 | 81.50 | 10/16/2008 | 10/20/2008 FedEx | 6349829 | 3580 | 42423087 | |
| 37504327 | 81.10 | 10/16/2008 | 10/20/2008 FedEx | 6349724 | 3306 | 42422982 | |
| 37504290 | 80.85 | 10/16/2008 | 10/20/2008 FedEx | 6349630 | 271 | 42422750 | |
| 37504325 | 77.08 | 10/16/2008 | 10/20/2008 FedEx | 6349722 | 3304 | 42422980 | |
| 37504357 | 76.29 | 10/16/2008 | 10/20/2008 FedEx | 6349757 | 3350 | 42423015 | |
| 37504358 | 75.72 | 10/16/2008 | 10/20/2008 FedEx | 6349758 | 3351 | 42423016 | |
| 37504375 | 75.15 | 10/16/2008 | 10/20/2008 FedEx | 6349779 | 3394 | 42423037 | |
| 37504333 | 72.83 | 10/16/2008 | 10/20/2008 FedEx | 6349730 | 3313 | 42422988 | |
| 37504377 | 69.85 | 10/16/2008 | 10/20/2008 FedEx | 6349781 | 3402 | 42423039 | |
| 37504335 | 68.99 | 10/16/2008 | 10/20/2008 FedEx | 6349732 | 3316 | 42422990 | |
| 37504380 | 67.50 | 10/16/2008 | 10/20/2008 FedEx | 6349801 | 3514 | 42423059 | |
| 37501121 | 65.39 | 10/16/2008 | 10/20/2008 FedEx | 6349629 | 270 | 42422749 | |
| 37504366 | 64.54 | 10/16/2008 | 10/20/2008 FedEx | 6349770 | 3373 | 42423028 | |
| 37504394 | 63.04 | 10/16/2008 | 10/20/2008 FedEx | 6350015 | 4230 | 42423279 | |
| 37483736 | 62.84 | 10/16/2008 | 10/20/2008 FedEx | 6350272 | 3112 | 42456020 | |
| 37504319 | 62.60 | 10/16/2008 | 10/20/2008 FedEx | 6350055 | 446 | 42422780 | |
| 37504295 | 61.49 | 10/16/2008 | 10/20/2008 FedEx | 6349976 | 405 | 42422755 | |
| 37489841 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348495 | 509 | 42330737 | |
| 37489844 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348507 | 540 | 42330749 | |
| 37489845 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348508 | 541 | 42330750 | |
| 37489847 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348510 | 543 | 42330752 | |
| 37489849 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348512 | 545 | 42330754 | |
| 37489852 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348515 | 570 | 42330757 | |
| 37489854 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348519 | 593 | 42330761 | |
| 37489855 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348520 | 597 | 42330762 | |
| 37489856 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348521 | 598 | 42330763 | |
| 37489857 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348531 | 766 | 42330773 | |
| 37489858 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348534 | 800 | 42330776 | |
| 37489861 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348546 | 827 | 42330788 | |
| 37489863 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348548 | 829 | 42330790 | |
| 37489864 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348551 | 832 | 42330793 | |
| 37489867 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348557 | 839 | 42330799 | |
| 37489869 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348565 | 849 | 42330807 | |
| 37489870 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348572 | 856 | 42330814 | |
| 37489871 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348573 | 857 | 42330815 | |
| 37489872 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348574 | 859 | 42330816 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37489873 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348575 | 861 | 42330817 |
| 37489874 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348576 | 862 | 42330818 |
| 37489876 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348580 | 867 | 42330822 |
| 37489877 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348583 | 876 | 42330825 |
| 37489878 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348591 | 891 | 42330833 |
| 37489880 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348593 | 893 | 42330835 |
| 37489882 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348598 | 913 | 42330840 |
| 37489883 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348601 | 922 | 42330843 |
| 37489884 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347890 | 1600 | 42330845 |
| 37489885 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347892 | 1602 | 42330847 |
| 37489886 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347893 | 1603 | 42330848 |
| 37489887 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347894 | 1604 | 42330849 |
| 37489888 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347898 | 1610 | 42330853 |
| 37489889 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347899 | 1611 | 42330854 |
| 37489890 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347901 | 1615 | 42330856 |
| 37489891 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347904 | 1624 | 42330859 |
| 37489892 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347908 | 1638 | 42330863 |
| 37489894 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347914 | 1695 | 42330869 |
| 37489897 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347939 | 3104 | 42330873 |
| 37489899 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347942 | 3108 | 42330881 |
| 37489900 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347965 | 3141 | 42330989 |
| 37489902 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347967 | 3143 | 42330995 |
| 37489903 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347968 | 3144 | 42331000 |
| 37489905 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347971 | 3149 | 42331019 |
| 37489909 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347975 | 3153 | 42331044 |
| 37489911 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347979 | 3159 | 42331065 |
| 37489912 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6347980 | 3160 | 42331069 |
| 37489915 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348007 | 3202 | 42331202 |
| 37489916 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348008 | 3203 | 42331205 |
| 37489917 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348009 | 3204 | 42331210 |
| 37489918 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348010 | 3205 | 42331216 |
| 37489920 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348015 | 3212 | 42331237 |
| 37489921 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348025 | 3229 | 42331288 |
| 37489922 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348027 | 3233 | 42331296 |
| 37489923 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348028 | 3234 | 42331299 |
| 37489924 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348029 | 3237 | 42331306 |
| 37489925 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348032 | 3241 | 42331325 |
| 37489927 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348040 | 3253 | 42331366 |
| 37489928 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348041 | 3254 | 42331370 |
| 37489929 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348044 | 3262 | 42331379 |
| 37489931 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348046 | 3264 | 42331383 |
| 37489933 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348048 | 3269 | 42331388 |
| 37489934 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348050 | 3274 | 42331396 |
| 37489935 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348052 | 3280 | 42331400 |
| 37489936 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348054 | 3283 | 42331407 |
| 37489937 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348057 | 3289 | 42331421 |
| 37489938 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348059 | 3298 | 42331430 |
| 37489941 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348094 | 3340 | 42331570 |
| 37489942 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348097 | 3343 | 42331578 |
| 37489944 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348099 | 3345 | 42331582 |
| 37489945 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348100 | 3346 | 42331586 |
| 37489946 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348101 | 3347 | 42331589 |
| 37489947 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348102 | 3348 | 42331591 |
| 37489948 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348109 | 3357 | 42331606 |
| 37489949 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348120 | 3376 | 42331666 |
| 37489950 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348122 | 3378 | 42331676 |
| 37489951 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348123 | 3379 | 42331685 |
| 37489952 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348124 | 3380 | 42331692 |
| 37489954 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348127 | 3390 | 42331718 |
| 37489955 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348131 | 3403 | 42331774 |
| 37489956 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348132 | 3405 | 42331789 |
| 37489957 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348134 | 3409 | 42331805 |
| 37489958 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348135 | 3411 | 42331813 |
| 37489959 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348137 | 3418 | 42331830 |
| 37489960 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348139 | 3423 | 42331847 |
| 37489961 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348143 | 3501 | 42331862 |
| 37489963 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348145 | 3504 | 42331864 |
| 37489964 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348146 | 3505 | 42331865 |
| 37489965 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348149 | 3508 | 42331868 |
| 37489966 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348154 | 3514 | 42331873 |
| 37489967 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348156 | 3516 | 42331875 |
| 37489969 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348160 | 3522 | 42331879 |
| 37489971 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348162 | 3527 | 42331881 |
| 37489972 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348164 | 3549 | 42331883 |
| 37489973 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348171 | 3560 | 42331890 |
| 37489974 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348172 | 3561 | 42331891 |
| 37489975 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348174 | 3564 | 42331893 |
| 37489977 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348179 | 3576 | 42331898 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37489978 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348180 | 3577 | 42331899 |
| 37489979 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348181 | 3579 | 42331900 |
| 37489980 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348183 | 3581 | 42331902 |
| 37489981 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348185 | 3584 | 42331904 |
| 37489982 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348188 | 3588 | 42331907 |
| 37489983 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348190 | 3590 | 42331909 |
| 37489984 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348193 | 3595 | 42331912 |
| 37489985 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348196 | 3599 | 42331915 |
| 37489986 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348197 | 3601 | 42331916 |
| 37489990 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348230 | 3641 | 42331949 |
| 37489991 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348231 | 3645 | 42331950 |
| 37489992 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348232 | 3648 | 42331951 |
| 37489998 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348241 | 3669 | 42331960 |
| 37490000 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348243 | 3671 | 42331962 |
| 37490002 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348245 | 3674 | 42331964 |
| 37490003 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348246 | 3675 | 42331965 |
| 37490004 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348247 | 3677 | 42331966 |
| 37490005 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348248 | 3678 | 42331967 |
| 37490008 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348251 | 3681 | 42331970 |
| 37490009 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348252 | 3682 | 42331971 |
| 37490010 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348253 | 3683 | 42331972 |
| 37490012 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348255 | 3685 | 42331974 |
| 37490014 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348257 | 3687 | 42331976 |
| 37490016 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348259 | 3689 | 42331978 |
| 37490017 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348260 | 3690 | 42331979 |
| 37490019 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348262 | 3692 | 42331981 |
| 37490025 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348268 | 3698 | 42331988 |
| 37490027 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348270 | 3700 | 42331990 |
| 37490028 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348282 | 3714 | 42332003 |
| 37490029 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348286 | 3724 | 42332007 |
| 37490031 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348290 | 3732 | 42332012 |
| 37490032 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348296 | 3740 | 42332018 |
| 37490035 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348313 | 3769 | 42332035 |
| 37490036 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348314 | 3770 | 42332036 |
| 37490037 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348318 | 3778 | 42332040 |
| 37490038 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348319 | 3779 | 42332041 |
| 37490039 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348329 | 3808 | 42332051 |
| 37490040 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348330 | 3809 | 42332052 |
| 37490041 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348332 | 3815 | 42332054 |
| 37490042 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348336 | 3830 | 42332058 |
| 37490043 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348337 | 3831 | 42332059 |
| 37490044 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348341 | 3846 | 42332063 |
| 37490045 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348342 | 3847 | 42332064 |
| 37490046 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348349 | 3854 | 42332071 |
| 37490047 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348351 | 3856 | 42332073 |
| 37490048 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348352 | 3857 | 42332074 |
| 37490050 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348356 | 3862 | 42332078 |
| 37490051 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348357 | 3864 | 42332079 |
| 37490052 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348358 | 3865 | 42332080 |
| 37490055 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348377 | 4110 | 42332089 |
| 37490057 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348379 | 4112 | 42332091 |
| 37490058 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348380 | 4113 | 42332092 |
| 37490060 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348382 | 4115 | 42332094 |
| 37490061 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348383 | 4116 | 42332095 |
| 37490064 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348386 | 4121 | 42332098 |
| 37490065 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348387 | 4122 | 42332099 |
| 37490066 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348388 | 4123 | 42332100 |
| 37490067 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348389 | 4124 | 42332101 |
| 37490068 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348392 | 4130 | 42332103 |
| 37490069 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348397 | 4136 | 42332108 |
| 37490070 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348400 | 4140 | 42332110 |
| 37490071 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348404 | 4150 | 42332114 |
| 37490072 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348412 | 4200 | 42332118 |
| 37490073 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348413 | 4201 | 42332119 |
| 37490074 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348414 | 4202 | 42332120 |
| 37490076 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348424 | 4233 | 42332127 |
| 37490078 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348428 | 4240 | 42332130 |
| 37490079 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348431 | 4245 | 42332133 |
| 37490080 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348433 | 4247 | 42332135 |
| 37490081 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348434 | 4248 | 42332136 |
| 37490082 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348435 | 4249 | 42332137 |
| 37490083 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348441 | 4261 | 42332141 |
| 37490084 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348444 | 4271 | 42332143 |
| 37490085 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348445 | 4272 | 42332144 |
| 37490086 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348446 | 4273 | 42332145 |
| 37490087 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348447 | 4275 | 42332146 |
| 37490088 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348448 | 4276 | 42332147 |
| 37490089 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348449 | 4278 | 42332148 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37490090 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348458 | 4307 | 42332155 |
| 37490091 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348461 | 4310 | 42332158 |
| 37490092 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348462 | 4312 | 42332159 |
| 37490093 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348465 | 4317 | 42332162 |
| 37490094 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348466 | 4319 | 42332163 |
| 37490095 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348469 | 4321 | 42332165 |
| 37490096 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348470 | 4323 | 42332166 |
| 37490097 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348473 | 4336 | 42332168 |
| 37490098 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348474 | 4338 | 42332169 |
| 37490099 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348484 | 4501 | 42332170 |
| 37490100 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348485 | 4502 | 42332171 |
| 37490102 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348491 | 4510 | 42332177 |
| 37502688 | 60.44 | 10/16/2008 | 10/20/2008 FedEx | 6348192 | 3592 | 42331911 |
| 37483769 | 59.14 | 10/16/2008 | 10/20/2008 FedEx | 6350320 | 3664 | 42456068 |
| 37504340 | 58.29 | 10/16/2008 | 10/20/2008 FedEx | 6349738 | 3324 | 42422996 |
| 37504336 | 56.89 | 10/16/2008 | 10/20/2008 FedEx | 6349733 | 3317 | 42422991 |
| 37504322 | 56.84 | 10/16/2008 | 10/20/2008 FedEx | 6349606 | 1628 | 42422883 |
| 37481780 | 54.94 | 10/16/2008 | 10/20/2008 FedEx | 6350375 | 825 | 42456006 |
| 37504387 | 54.63 | 10/16/2008 | 10/20/2008 FedEx | 6349933 | 3754 | 42423196 |
| 37504350 | 53.39 | 10/16/2008 | 10/20/2008 FedEx | 6349749 | 3340 | 42423007 |
| 37502389 | 50.00 | 10/16/2008 | 10/20/2008 FedEx | 6347756 | 3305 | 42324210 |
| 37504385 | 49.65 | 10/16/2008 | 10/20/2008 FedEx | 6349926 | 3736 | 42423188 |
| 37504347 | 48.54 | 10/16/2008 | 10/20/2008 FedEx | 6349746 | 3337 | 42423004 |
| 37504400 | 47.49 | 10/16/2008 | 10/20/2008 FedEx | 6350042 | 4314 | 42423308 |
| 37483743 | 47.00 | 10/16/2008 | 10/20/2008 FedEx | 6350280 | 3147 | 42456028 |
| 37504307 | 46.40 | 10/16/2008 | 10/20/2008 FedEx | 6350014 | 423 | 42422767 |
| 37481781 | 46.36 | 10/16/2008 | 10/20/2008 FedEx | 6350376 | 834 | 42456007 |
| 37481783 | 46.36 | 10/16/2008 | 10/20/2008 FedEx | 6350378 | 866 | 42456009 |
| 37483723 | 46.36 | 10/16/2008 | 10/20/2008 FedEx | 6350367 | 516 | 42455998 |
| 37483746 | 46.36 | 10/16/2008 | 10/20/2008 FedEx | 6350283 | 3165 | 42456031 |
| 37483758 | 43.35 | 10/16/2008 | 10/20/2008 FedEx | 6350309 | 3520 | 42456057 |
| 37483774 | 43.35 | 10/16/2008 | 10/20/2008 FedEx | 6350325 | 3691 | 42456073 |
| 37481493 | 43.17 | 10/16/2008 | 10/20/2008 FedEx | 6350355 | 425 | 42455993 |
| 37504303 | 42.84 | 10/16/2008 | 10/20/2008 FedEx | 6350004 | 417 | 42422763 |
| 37483775 | 42.62 | 10/16/2008 | 10/20/2008 FedEx | 6350326 | 3694 | 42456074 |
| 37504363 | 41.40 | 10/16/2008 | 10/20/2008 FedEx | 6349765 | 3362 | 42423023 |
| 37504281 | 41.30 | 10/16/2008 | 10/20/2008 FedEx | 6349620 | 237 | 42422740 |
| 37504317 | 40.54 | 10/16/2008 | 10/20/2008 FedEx | 6350053 | 441 | 42422778 |
| 37504288 | 40.24 | 10/16/2008 | 10/20/2008 FedEx | 6349627 | 251 | 42422747 |
| 37502390 | 40.00 | 10/16/2008 | 10/20/2008 FedEx | 6347757 | 3307 | 42324213 |
| 37483742 | 39.70 | 10/16/2008 | 10/20/2008 FedEx | 6350279 | 3146 | 42456027 |
| 37483765 | 39.70 | 10/16/2008 | 10/20/2008 FedEx | 6350316 | 3625 | 42456064 |
| 37483780 | 39.70 | 10/16/2008 | 10/20/2008 FedEx | 6350331 | 3768 | 42456079 |
| 37504287 | 39.09 | 10/16/2008 | 10/20/2008 FedEx | 6349626 | 250 | 42422746 |
| 37481492 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350350 | 420 | 42455991 |
| 37481782 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350377 | 847 | 42456008 |
| 37481784 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350379 | 876 | 42456010 |
| 37481785 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350285 | 3181 | 42456033 |
| 37481786 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350286 | 3187 | 42456034 |
| 37481787 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350335 | 3808 | 42456083 |
| 37481788 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350336 | 3818 | 42456084 |
| 37481789 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350337 | 3829 | 42456085 |
| 37481790 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350338 | 3850 | 42456086 |
| 37481791 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350343 | 4101 | 42456088 |
| 37481793 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350345 | 4122 | 42456090 |
| 37481794 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350346 | 4144 | 42456091 |
| 37481795 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350347 | 4147 | 42456092 |
| 37481796 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350352 | 4224 | 42456094 |
| 37481798 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350356 | 4276 | 42456097 |
| 37481800 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350363 | 4501 | 42456100 |
| 37483727 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350371 | 704 | 42456002 |
| 37483731 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350381 | 888 | 42456012 |
| 37483732 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350262 | 1604 | 42456013 |
| 37483734 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350266 | 1687 | 42456017 |
| 37483737 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350273 | 3113 | 42456021 |
| 37483740 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350277 | 3135 | 42456025 |
| 37483741 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350278 | 3141 | 42456026 |
| 37483745 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350282 | 3158 | 42456030 |
| 37483747 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350284 | 3169 | 42456032 |
| 37483748 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350287 | 3200 | 42456035 |
| 37483751 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350291 | 3253 | 42456039 |
| 37483753 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350304 | 3418 | 42456052 |
| 37483754 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350305 | 3501 | 42456053 |
| 37483755 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350306 | 3502 | 42456054 |
| 37483760 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350311 | 3576 | 42456059 |
| 37483761 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350312 | 3577 | 42456060 |
| 37483763 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350314 | 3591 | 42456062 |
| 37483764 | 39.06 | 10/16/2008 | 10/20/2008 FedEx | 6350315 | 3614 | 42456063 |