| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 37891761 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786131 | 3572 | | 42667048 |
| 37891762 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786133 | 3576 | | 42667054 |
| 37891763 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786144 | 3590 | | 42667084 |
| 37891764 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786145 | 3591 | | 42667086 |
| 37891765 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786148 | 3597 | | 42667095 |
| 37891766 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786163 | 3617 | | 42667136 |
| 37891767 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786165 | 3619 | | 42667141 |
| 37891768 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786168 | 3624 | | 42667150 |
| 37891769 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786193 | 3666 | | 42667218 |
| 37891770 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786195 | 3669 | | 42667223 |
| 37891771 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786206 | 3682 | | 42667253 |
| 37891772 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786232 | 3710 | | 42667325 |
| 37891773 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786242 | 3725 | | 42667353 |
| 37891774 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786246 | 3733 | | 42667364 |
| 37891775 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786248 | 3735 | | 42667370 |
| 37891776 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786252 | 3742 | | 42667381 |
| 37891777 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786253 | 3743 | | 42667384 |
| 37891778 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786254 | 3744 | | 42667387 |
| 37891779 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786264 | 3764 | | 42667415 |
| 37891780 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786276 | 3783 | | 42667448 |
| 37891781 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786292 | 3831 | | 42667492 |
| 37891782 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786293 | 3832 | | 42667494 |
| 37891783 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786295 | 3845 | | 42667499 |
| 37891784 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786296 | 3846 | | 42667502 |
| 37891785 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786303 | 3853 | | 42667519 |
| 37891786 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786313 | 3865 | | 42667545 |
| 37891787 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786316 | 3883 | | 42667554 |
| 37891788 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786317 | 3885 | | 42667557 |
| 37891789 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786327 | 4101 | | 42667559 |
| 37891790 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786328 | 4105 | | 42667562 |
| 37891791 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786329 | 4106 | | 42667565 |
| 37891792 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786358 | 4147 | | 42667636 |
| 37891795 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786389 | 4247 | | 42667696 |
| 37891796 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786394 | 4256 | | 42667707 |
| 37891797 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786397 | 4261 | | 42667712 |
| 37891798 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786414 | 4307 | | 42667750 |
| 37891799 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786424 | 4320 | | 42667774 |
| 37891800 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786441 | 4502 | | 42667793 |
| 37891801 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786444 | 4506 | | 42667801 |
| 37891802 | 423.90 | 11/7/2008 | 11/11/2008 FedEx | 6786474 | 589 | | 42666083 |
| 37891722 | 376.80 | 11/7/2008 | 11/11/2008 FedEx | 6786009 | 3285 | | 42666713 |
| 37891755 | 376.80 | 11/7/2008 | 11/11/2008 FedEx | 6786111 | 3518 | | 42666994 |
| 37891758 | 376.80 | 11/7/2008 | 11/11/2008 FedEx | 6786250 | 3738 | | 42667375 |
| 37891776 | 376.80 | 11/7/2008 | 11/11/2008 FedEx | 6786356 | 4143 | | 42667631 |
| 37891793 | 376.80 | 11/7/2008 | 11/11/2008 FedEx | 6786357 | 4144 | | 42667634 |
| 37891794 | 376.80 | 11/7/2008 | 11/11/2008 FedEx | 6792053 | 3253 | | 42940346 |
| 37882469 | 36.15 | 11/7/2008 | 11/11/2008 FedEx | 6786540 | 877 | | 42666263 |
| 37905216 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785908 | 3128 | | 42666437 |
| 37905217 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785910 | 3131 | | 42666441 |
| 37905218 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785939 | 3169 | | 42666522 |
| 37905219 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786157 | 3608 | | 42667120 |
| 37905221 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786169 | 3625 | | 42667152 |
| 37905222 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786175 | 3631 | | 42667168 |
| 37905223 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786228 | 3705 | | 42667314 |
| 37905226 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786266 | 3767 | | 42667420 |
| 37905227 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786279 | 3792 | | 42667457 |
| 37905228 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786452 | 516 | | 42666029 |
| 37906338 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786459 | 533 | | 42666045 |
| 37906340 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786553 | 910 | | 42666300 |
| 37906341 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785896 | 3111 | | 42666402 |
| 37906342 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785898 | 3113 | | 42666408 |
| 37906343 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785900 | 3120 | | 42666414 |
| 37906344 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785901 | 3121 | | 42666417 |
| 37906345 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785905 | 3125 | | 42666429 |
| 37906346 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785906 | 3126 | | 42666432 |
| 37906347 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785907 | 3127 | | 42666434 |
| 37906348 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785943 | 3175 | | 42666533 |
| 37906353 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785954 | 3193 | | 42666564 |
| 37906359 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786153 | 3603 | | 42667109 |
| 37906363 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786155 | 3606 | | 42667114 |
| 37906364 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786156 | 3607 | | 42667117 |
| 37906365 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786158 | 3611 | | 42667123 |
| 37906366 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786167 | 3622 | | 42667147 |
| 37906367 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786225 | 3701 | | 42667305 |
| 37906371 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786226 | 3702 | | 42667308 |
| 37906372 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786247 | 3734 | | 42667367 |
| 37906374 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786550 | 894 | | 42666291 |
| 37908903 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785897 | 3112 | | 42666405 |
| 37908904 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 37908905 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6785944 | 3176 | 42666536 |
| 37908907 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786159 | 3613 | 42667125 |
| 37908908 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786166 | 3621 | 42667144 |
| 37908909 | 565.20 | 11/10/2008 | 11/14/2008 FedEx | 6786178 | 3634 | 42667177 |
| 37905215 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786461 | 535 | 42666051 |
| 37905220 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6785952 | 3189 | 42666558 |
| 37905224 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786177 | 3633 | 42667174 |
| 37905225 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786187 | 3654 | 42667201 |
| 37905229 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786299 | 3849 | 42667509 |
| 37905230 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786300 | 3850 | 42667511 |
| 37906336 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786448 | 505 | 42666019 |
| 37906337 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786449 | 506 | 42666021 |
| 37906339 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786457 | 530 | 42666040 |
| 37906349 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6785909 | 3129 | 42666439 |
| 37906350 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6785937 | 3167 | 42666517 |
| 37906351 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6785938 | 3168 | 42666519 |
| 37906352 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6785940 | 3170 | 42666525 |
| 37906354 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6785945 | 3177 | 42666538 |
| 37906355 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6785948 | 3184 | 42666547 |
| 37906356 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6785949 | 3185 | 42666549 |
| 37906357 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6785950 | 3186 | 42666552 |
| 37906358 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6785953 | 3192 | 42666560 |
| 37906360 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6785956 | 3196 | 42666569 |
| 37906361 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6785958 | 3198 | 42666575 |
| 37906362 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786122 | 3554 | 42667024 |
| 37906368 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786174 | 3630 | 42667166 |
| 37906369 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786176 | 3632 | 42667171 |
| 37906370 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786179 | 3635 | 42667179 |
| 37906373 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786235 | 3713 | 42667334 |
| 37906375 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786271 | 3774 | 42667434 |
| 37906376 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786272 | 3776 | 42667437 |
| 37906377 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786282 | 3797 | 42667466 |
| 37906378 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786301 | 3851 | 42667514 |
| 37906379 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786309 | 3859 | 42667535 |
| 37908901 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786458 | 532 | 42666043 |
| 37908902 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786541 | 878 | 42666266 |
| 37908906 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6785955 | 3194 | 42666566 |
| 37908910 | 423.90 | 11/10/2008 | 11/14/2008 FedEx | 6786233 | 3711 | 42667328 |
| | 3,868,744.71 | | | | | |