| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 37840509 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099420929 RCHAM | Stockton CA: 2008-11-11 13:42:00 Delivered | 6785880 | 241 | 42665909 |
| 37840510 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099420936 OBRIAN | Moreno Valley CA: 2008-11-11 14:59:00 Delivered | 6785882 | 249 | 42665914 |
| 37840511 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099420950 MLONDEN | Elk Grove CA: 2008-11-11 10:55:00 Delivered | 6785883 | 250 | 42665916 |
| 37840512 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099420899 CCHICHESTER | Citrus Heights CA: 2008-11-11 13:17:00 Delivered | 6785884 | 251 | 42665919 |
| 37840513 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099420943 CARLOS | Sacramento CA: 2008-11-11 13:21:00 Delivered | 6785885 | 252 | 42665921 |
| 37840514 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099420974 WWESTON | Daly City CA: 2008-11-11 09:55:00 Delivered | 6785886 | 253 | 42665924 |
| 37840515 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421001 RMARCHAK | Las Vegas NV: 2008-11-11 11:55:00 Delivered | 6785887 | 270 | 42665927 |
| 37840516 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099420998 GPALOMA | Reno NV: 2008-11-11 08:07:00 Delivered | 6785888 | 271 | 42665929 |
| 37840517 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421025 LLIZ | Las Vegas NV: 2008-11-11 12:52:00 Delivered | 6785889 | 272 | 42665931 |
| 37840518 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421056 SSHABURA | Los Angeles CA: 2008-11-11 09:32:00 Delivered | 6786318 | 401 | 42665934 |
| 37840519 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421032 DMADDUX | Santa Monica CA: 2008-11-11 15:29:00 Delivered | 6786319 | 403 | 42665937 |
| 37840520 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421100 SRIVAS | Hawthorne CA: 2008-11-11 11:09:00 Delivered | 6786320 | 404 | 42665940 |
| 37840521 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421124 RREMUS | Lakewood CA: 2008-11-11 12:29:00 Delivered | 6786324 | 408 | 42665949 |
| 37840522 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421162 LLOPEZ | San Bernardino CA: 2008-11-11 08:41:00 Delivered | 6786325 | 409 | 42665952 |
| 37840523 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421186 MWHITI | Northridge CA: 2008-11-11 13:43:00 Delivered | 6786326 | 410 | 42665954 |
| 37840524 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421230 JBAILEY | Palmdale CA: 2008-11-11 09:48:00 Delivered | 6786331 | 411 | 42665957 |
| 37840525 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421209 CCMARIN | Santa Barbara CA: 2008-11-11 12:14:00 Delivered | 6786346 | 413 | 42665959 |
| 37840526 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421216 JJOHN | Laguna Hills CA: 2008-11-11 08:46:00 Delivered | 6786354 | 414 | 42665961 |
| 37840527 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421223 JLUCAS | Huntington Beach CA: 2008-11-11 10:15:00 Delivered | 6786360 | 416 | 42665963 |
| 37840528 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421254 JJASON | Montclair CA: 2008-11-11 13:16:00 Delivered | 6786361 | 417 | 42665966 |
| 37840529 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421285 RBACHOR | West Covina CA: 2008-11-11 09:29:00 Delivered | 6786366 | 420 | 42665970 |
| 37840530 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421315 PARAMBULO | Van Nuys CA: 2008-11-11 10:53:00 Delivered | 6786370 | 421 | 42665972 |
| 37840531 | 565.20 | 11/5/2008 | 11/15/2008 FedEx | 728980099421360 TCOLOR | Memphis TN: 2008-11-15 08:13:00 Delivered | 6786373 | 422 | 42665975 |
| 37840532 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421377 GGONZALEZ | Fresno CA: 2008-11-11 12:51:00 Delivered | 6786377 | 423 | 42665977 |
| 37840533 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421346 JWALKER | Bakersfield CA: 2008-11-11 16:13:00 Delivered | 6786383 | 424 | 42665979 |
| 37840534 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421339 DDIANA | Montebello CA: 2008-11-11 09:22:00 Delivered | 6786392 | 425 | 42665981 |
| 37840535 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421384 APINEDA | Norwalk CA: 2008-11-11 10:26:00 Delivered | 6786399 | 427 | 42665986 |
| 37840536 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421445 HART | Oxnard CA: 2008-11-11 08:54:00 Delivered | 6786408 | 429 | 42665991 |
| 37840537 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421438 SSANTANA | National City CA: 2008-11-11 09:44:00 Delivered | 6786423 | 432 | 42665994 |
| 37840538 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421483 BBRANDON | La Mesa CA: 2008-11-11 10:24:00 Delivered | 6786428 | 433 | 42665996 |
| 37840539 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421490 DDAVID | San Diego CA: 2008-11-11 14:49:00 Delivered | 6786431 | 434 | 42665998 |
| 37840540 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099421506 FFELIX | San Diego CA: 2008-11-11 14:17:00 Delivered | 6786436 | 443 | 42666010 |
| 37840541 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422466 TMCRAY | Torrance CA: 2008-11-11 14:05:00 Delivered | 6786437 | 446 | 42666012 |
| 37840542 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422480 AMALO | Escondido CA: 2008-11-11 10:04:00 Delivered | 6786438 | 449 | 42666014 |
| 37840543 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422510 JWATSON | Victorville CA: 2008-11-11 11:36:00 Delivered | 6786439 | 450 | 42666016 |
| 37840545 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422527 RTROYEAN | Seaside CA: 2008-11-11 15:28:00 Delivered | 6785856 | 1618 | 42666353 |
| 37840546 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422541 RECENDEZ | Santa Maria CA: 2008-11-11 12:18:00 Delivered | 6785860 | 1629 | 42666363 |
| 37840550 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422602 GMINDY | Rancho Cucamonga CA: 2008-11-11 11:57:00 Delivered | 6786023 | 3311 | 42666752 |
| 37840551 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422626 PARADO | Pomona CA: 2008-11-11 10:47:00 Delivered | 6786024 | 3312 | 42666755 |
| 37840552 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422657 COLSHMIDT | Portland OR: 2008-11-11 12:09:00 Delivered | 6786027 | 3316 | 42666764 |
| 37840553 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422695 VPONDS | Everett WA: 2008-11-11 12:52:00 Delivered | 6786028 | 3317 | 42666767 |
| 37840554 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422756 SVAULE | Bellevue WA: 2008-11-11 13:32:00 Delivered | 6786030 | 3319 | 42666772 |
| 37840555 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422725 ALEWANNIG | Tacoma WA: 2008-11-11 10:01:00 Delivered | 6786031 | 3321 | 42666775 |
| 37840557 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422718 AREAGAN | Portland OR: 2008-11-11 14:58:00 Delivered | 6786033 | 3323 | 42666781 |
| 37840560 | 565.20 | 11/5/2008 | FedEx | 728980099422770 In Transit | BLOOMINGTON CA: 2008-11-10 19:11:00 Departed FedEx location | 6786036 | 3327 | 42666789 |
| 37840561 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422794 DOLFANSO | Encinitas CA: 2008-11-11 11:21:00 Delivered | 6786037 | 3329 | 42666791 |
| 37840563 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422787 CFREEMEN | Medford OR: 2008-11-11 13:56:00 Delivered | 6786041 | 3333 | 42666803 |
| 37840564 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422817 JJASON | Seattle WA: 2008-11-11 10:52:00 Delivered | 6786043 | 3336 | 42666808 |
| 37840565 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422848 HHUNTER | Olympia WA: 2008-11-11 12:09:00 Delivered | 6786045 | 3338 | 42666813 |
| 37840567 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422824 BBROWN | Culver City CA: 2008-11-11 10:27:00 Delivered | 6786063 | 3360 | 42666863 |
| 37840568 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422862 CLOPEZ | Glendale CA: 2008-11-11 13:03:00 Delivered | 6786064 | 3361 | 42666866 |
| 37840569 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422893 SAGUILAR | Fullerton CA: 2008-11-11 13:26:00 Delivered | 6786066 | 3364 | 42666872 |
| 37840570 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422909 ABASTA | Henderson NV: 2008-11-11 09:53:00 Delivered | 6786067 | 3365 | 42666874 |
| 37840571 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422886 NICK | Long Beach CA: 2008-11-11 10:42:00 Delivered | 6786071 | 3373 | 42666885 |
| 37840572 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422930 SEAPHAN | San Pablo CA: 2008-11-11 10:11:00 Delivered | 6786072 | 3374 | 42666888 |
| 37840573 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422916 KDOANE | Roseville CA: 2008-11-11 14:41:00 Delivered | 6786073 | 3375 | 42666890 |
| 37840576 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422923 CCASTNEL | Temecula CA: 2008-11-11 13:32:00 Delivered | 6786083 | 3401 | 42666916 |
| 37840577 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099422978 MWIST | Las Vegas NV: 2008-11-11 11:47:00 Delivered | 6786094 | 3425 | 42666947 |
| 37840582 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099423005 TROOT | Richland WA: 2008-11-11 09:25:00 Delivered | 6786260 | 3754 | 42667403 |
| 37840585 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099423036 HHILL | Folsom CA: 2008-11-11 10:24:00 Delivered | 6786270 | 3771 | 42667431 |
| 37840592 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099423050 ASALASAR | Monrovia CA: 2008-11-11 17:33:00 Delivered | 6786362 | 4176 | 42667641 |
| 37840593 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099423063 ELAUGLER | Vacaville CA: 2008-11-11 17:28:00 Delivered | 6786363 | 4179 | 42667644 |
| 37840594 | 565.20 | 11/5/2008 | FedEx | 728980099423074 Refused Delivery | | 6786375 | 4228 | 42667665 |
| 37840598 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099423098 MRICHARDSOI | Vista CA: 2008-11-11 11:12:00 Delivered | 6786410 | 4301 | 42667739 |
| 37840599 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099423104 PJULIA | San Jose CA: 2008-11-11 16:59:00 Delivered | 6786411 | 4302 | 42667742 |
| 37840600 | 565.20 | 11/5/2008 | FedEx | 728980099423128 In Transit | CHICAGO IL: 2008-11-05 20:51:00 In transit | 6786412 | 4303 | 42667745 |
| 37840601 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099423142 LMONTES | Burbank CA: 2008-11-11 08:50:00 Delivered | 6786413 | 4305 | 42667747 |
| 37840602 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099423135 KKEVIN | La Habra CA: 2008-11-11 14:48:00 Delivered | 6786419 | 4313 | 42667763 |
| 37840603 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099423166 SJAIME | Santa Cruz CA: 2008-11-11 10:53:00 Delivered | 6786445 | 4507 | 42667803 |
| 37840604 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099423173 VDUARTE | El Paso TX: 2008-11-11 08:31:00 Delivered | 6786446 | 4508 | 42667806 |
| 37841602 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099420806 VVALUYOT | Hayward CA: 2008-11-11 09:07:00 Delivered | 6785873 | 234 | 42665891 |
| 37841603 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099420875 SSHILEDA | Modesto CA: 2008-11-11 18:42:00 Delivered | 6785878 | 239 | 42665904 |
| 37841604 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099420882 ALINSEY | Emeryville CA: 2008-11-11 12:33:00 Delivered | 6785879 | 240 | 42665907 |
| 37841605 | 565.20 | 11/5/2008 | 11/11/2008 FedEx | 728980099420912 PJOSH | San Francisco CA: 2008-11-11 11:58:00 Delivered | 6785881 | 242 | 42665911 |

| ID | Amount | Date1 | Date2 | Carrier | Tracking | Recipient | Destination | Ref1 | Ref2 | Ref3 |
|---|---|---|---|---|---|---|---|---|---|---|
| 37841606 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099421094 | NKARIN | Buena Park  CA: 2008-11-11 11:07:00   Delivered | 6786321 | 405 | 42665942 |
| 37841607 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099421070 | MMARQUEZ | Pasadena  CA: 2008-11-11 13:41:00   Delivered | 6786322 | 406 | 42665945 |
| 37841608 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099421131 | JOSH | Orange  CA: 2008-11-11 13:33:00   Delivered | 6786323 | 407 | 42665947 |
| 37841609 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099421278 | DGARLLELA | Woodland Hills  CA: 2008-11-11 13:54:00   Delivered | 6786364 | 419 | 42665968 |
| 37841611 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099421421 | LLAUI | Los Angeles  CA: 2008-11-11 09:10:00   Delivered | 6786407 | 428 | 42665989 |
| 37841612 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099422554 | MKAYCE | Merced  CA: 2008-11-11 10:57:00   Delivered | 6785859 | 1628 | 42666361 |
| 37841613 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099422565 | CCOTA | Rowland Heights  CA: 2008-11-11 11:51:00   Delivered | 6786014 | 3301 | 42666727 |
| 37841614 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099422589 | MSCOTT | Newport Beach  CA: 2008-11-11 13:52:00   Delivered | 6786021 | 3309 | 42666747 |
| 37841615 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099422596 | ASHIMAMOTO | Stevenson Ranch  CA: 2008-11-11 14:36:00   Delivered | 6786022 | 3310 | 42666750 |
| 37841616 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099422633 | NNASCIMENTO | Irvine  CA: 2008-11-11 10:33:00   Delivered | 6786025 | 3313 | 42666758 |
| 37841617 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099422640 | KLUCY | Portland  OR: 2008-11-11 11:17:00   Delivered | 6786026 | 3315 | 42666761 |
| 37841618 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099422701 | JTUTHILL | Lynnwood  WA: 2008-11-11 14:21:00   Delivered | 6786029 | 3318 | 42666770 |
| 37841619 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099422800 | TTREVER | Springfield  OR: 2008-11-11 11:55:00   Delivered | 6786040 | 3332 | 42666800 |
| 37841620 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099422954 | TCASSANDRA | Pittsburg  CA: 2008-11-11 12:43:00   Delivered | 6786084 | 3402 | 42666919 |
| 37841621 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099422985 | NESQUIVEL | McAllen  TX: 2008-11-11 12:54:00   Delivered | 6786106 | 3512 | 42666980 |
| 37841622 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099423012 | RRAELEEN | La Quinta  CA: 2008-11-11 17:12:00   Delivered | 6786138 | 3582 | 42667067 |
| 37841624 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099423043 | MGONZALEZ | Harlingen  TX: 2008-11-11 13:36:00   Delivered | 6786286 | 3810 | 42667477 |
| 37841627 | 565.20 | 11/5/2008 | 11/11/2008 | FedEx | 728980099423081 | DEUGENIO | Fremont  CA: 2008-11-11 10:44:00   Delivered | 6786409 | 4300 | 42667736 |
| 37845867 | 565.20 | 11/5/2008 | 11/7/2008 | FedEx | 968243582345 | E.PEREZ | LARES  PR: 2008-11-07 16:34:00   Delivered | 6786070 | 3372 | 42666883 |
| 37840508 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429731 | BTO | San Rafael  CA: 2008-11-11 11:12:00   Delivered | 6785877 | 238 | 42665901 |
| 37840544 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429786 | CHANELLE | Redding  CA: 2008-11-11 12:18:00   Delivered | 6785853 | 1614 | 42666345 |
| 37840547 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429762 | ALOPEZ | Palm Desert  CA: 2008-11-11 15:23:00   Delivered | 6786015 | 3302 | 42666731 |
| 37840548 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429779 | AAGELLEN | Thousand Oaks  CA: 2008-11-11 08:54:00   Delivered | 6786016 | 3303 | 42666733 |
| 37840549 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429793 | EGRAY | Visalia  CA: 2008-11-11 12:17:00   Delivered | 6786019 | 3306 | 42666741 |
| 37840556 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429809 | DDURANT | Chico  CA: 2008-11-11 09:47:00   Delivered | 6786032 | 3322 | 42666778 |
| 37840558 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429816 | JCHANDLER | Happy Valley  OR: 2008-11-11 10:59:00   Delivered | 6786034 | 3324 | 42666783 |
| 37840559 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429847 | DDONAVIN | Bellingham  WA: 2008-11-11 17:59:00   Delivered | 6786035 | 3326 | 42666786 |
| 37840562 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429823 | ATAILOR | Spokane  WA: 2008-11-11 13:10:00   Delivered | 6786039 | 3331 | 42666797 |
| 37840566 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429854 | ONFILE | Silverdale  WA: 2008-11-11 09:01:00   Delivered | 6786049 | 3342 | 42666825 |
| 37840574 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429885 | DWINGENDER | Spokane  WA: 2008-11-11 13:06:00   Delivered | 6786080 | 3382 | 42666909 |
| 37840575 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429861 | RRUTLIDGE | Murrieta  CA: 2008-11-11 10:21:00   Delivered | 6786082 | 3394 | 42666913 |
| 37840578 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429892 | HSEAGAL | San Luis Obispo  CA: 2008-11-11 11:44:00   Delivered | 6786096 | 3428 | 42666952 |
| 37840579 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429908 | CSERNA | Brownsville  TX: 2008-11-11 10:06:00   Delivered | 6786107 | 3513 | 42666983 |
| 37840580 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429939 | SEAN | Puyallup  WA: 2008-11-11 11:19:00   Delivered | 6786249 | 3736 | 42667373 |
| 37840581 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429953 | DDAVE | Mira Loma  CA: 2008-11-11 10:02:00   Delivered | 6786257 | 3749 | 42667395 |
| 37840586 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429960 | MAGUERO | Salinas  CA: 2008-11-11 12:36:00   Delivered | 6786298 | 3848 | 42667506 |
| 37840587 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429984 | RLEE | Salem  OR: 2008-11-11 08:32:00   Delivered | 6786302 | 3852 | 42667517 |
| 37840588 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429991 | TVASQUEZ | El Paso  TX: 2008-11-11 09:12:00   Delivered | 6786305 | 3855 | 42667524 |
| 37840591 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099430058 | MMEGAN | Signal Hill  CA: 2008-11-11 11:19:00   Delivered | 6786353 | 4139 | 42667626 |
| 37840595 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099430041 | SSARAHMARIE | Morgan Hill  CA: 2008-11-11 11:49:00   Delivered | 6786376 | 4229 | 42667667 |
| 37840596 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099430102 | ROBBIE | Seal Beach  CA: 2008-11-11 10:03:00   Delivered | 6786385 | 4242 | 42667685 |
| 37840597 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099430126 | RAOXANNE | Foothill Ranch  CA: 2008-11-11 10:46:00   Delivered | 6786386 | 4243 | 42667688 |
| 37841610 | 423.90 | 11/5/2008 | | FedEx | 728980099429755 | Delivery Refused | | 6786396 | 426 | 42665984 |
| 37841623 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429915 | MEG | Rancho Santa Margari  CA: 2008-11-11 10:59:00   Delivered | 6786140 | 3586 | 42667073 |
| 37841625 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099430003 | AAREVLLO | Brea  CA: 2008-11-11 16:50:00   Delivered | 6786314 | 3878 | 42667548 |
| 37841626 | 423.90 | 11/5/2008 | 11/11/2008 | FedEx | 728980099430072 | LQUACH | Fontana  CA: 2008-11-11 12:32:00   Delivered | 6786378 | 4230 | 42667670 |
| 37845865 | 423.90 | 11/5/2008 | 11/7/2008 | FedEx | 968243582323 | E.MELENDEZ | PONCE  PR: 2008-11-07 13:48:00   Delivered | 6786068 | 3366 | 42666877 |
| 37845866 | 423.90 | 11/5/2008 | 11/7/2008 | FedEx | 968243582334 | R.SERRUDO | GUAYNABO  PR: 2008-11-07 11:47:00   Delivered | 6786069 | 3369 | 42666880 |
| 37840583 | 376.80 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429946 | TVERTISCA | Sparks  NV: 2008-11-11 10:45:00   Delivered | 6786263 | 3763 | 42667412 |
| 37840584 | 376.80 | 11/5/2008 | 11/11/2008 | FedEx | 728980099429977 | HFARRELL | Palo Alto  CA: 2008-11-11 15:39:00   Delivered | 6786265 | 3766 | 42667417 |
| 37840589 | 376.80 | 11/5/2008 | 11/11/2008 | FedEx | 728980099430010 | NHEPBURN | Manteca  CA: 2008-11-11 09:47:00   Delivered | 6786348 | 4131 | 42667613 |
| 37840590 | 376.80 | 11/5/2008 | 11/11/2008 | FedEx | 728980099430065 | TBUTLER | Turlock  CA: 2008-11-11 11:37:00   Delivered | 6786349 | 4132 | 42667615 |
| 37854712 | 284.40 | 11/5/2008 | 11/6/2008 | FedEx | 968243585940 | T.RIVERA | NEW YORK  NY: 2008-11-06 09:53:00   Delivered | 6792450 | 4212 | 42958820 |
| 37839885 | 214.05 | 11/5/2008 | 11/7/2008 | FedEx | 728980099458397 | ADAVIS | Roseville  MI: 2008-11-07 10:18:00   Delivered | 6791763 | 3607 | 42938610 |
| 37839857 | 212.55 | 11/5/2008 | 11/7/2008 | FedEx | 968243581051 | R.RAMOS | PASADENA  TX: 2008-11-07 09:55:00   Delivered | 6791857 | 4150 | 42938697 |
| 37855082 | 189.60 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368370 | CCONTRERAS | National City  CA: 2008-11-06 09:59:00   Delivered | 6792454 | 432 | 42958647 |
| 37855074 | 188.60 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368219 | GPEREZ | Hawthorne  CA: 2008-11-06 11:43:00   Delivered | 6792439 | 404 | 42958625 |
| 37854700 | 167.65 | 11/5/2008 | 11/6/2008 | FedEx | 968243585447 | M.HEMENWAY | UNION  NJ: 2008-11-06 10:12:00   Delivered | 6792425 | 3693 | 42958785 |
| 37854704 | 167.65 | 11/5/2008 | 11/6/2008 | FedEx | 968243585480 | C.SPICACCI | WOODBRIDGE  NJ: 2008-11-06 09:04:00   Delivered | 6792429 | 3698 | 42958792 |
| 37855248 | 166.15 | 11/5/2008 | 11/6/2008 | FedEx | 968243586546 | S.SPEAR | PORT ARTHUR  TX: 2008-11-06 10:20:00   Delivered | 6792451 | 4249 | 42958822 |
| 37854708 | 164.15 | 11/5/2008 | 11/6/2008 | FedEx | 968243585550 | D.COHEN | ROCHESTER  NY: 2008-11-06 09:23:00   Delivered | 6792435 | 3831 | 42958804 |
| 37854685 | 143.70 | 11/5/2008 | 11/6/2008 | FedEx | 968243585892 | J.JERRY | MYRTLE BEACH  SC: 2008-11-06 09:30:00   Delivered | 6792389 | 3246 | 42958717 |
| 37855078 | 142.70 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368349 | MVERDEZ | Woodland Hills  CA: 2008-11-06 14:03:00   Delivered | 6792447 | 419 | 42958640 |
| 37843926 | 128.40 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346392 | JMENDEZ | Los Angeles  CA: 2008-11-06 10:26:00   Delivered | 6792291 | 428 | 42940164 |
| 37854666 | 119.75 | 11/5/2008 | 11/6/2008 | FedEx | 968243585414 | A.SMITH | ROANOKE  VA: 2008-11-06 10:14:00   Delivered | 6792464 | 835 | 42958668 |
| 37854694 | 119.75 | 11/5/2008 | 11/6/2008 | FedEx | 968243585506 | D.MELLO | NORTH ATTLEBORO  MA: 2008-11-06 12:13:00   Delivered | 6792414 | 3601 | 42958763 |
| 37854703 | 119.75 | 11/5/2008 | 11/6/2008 | FedEx | 968243585583 | A.NG | FLUSHING  NY: 2008-11-06 17:32:00   Delivered | 6792428 | 3697 | 42958790 |
| 37843935 | 117.51 | 11/5/2008 | 11/7/2008 | FedEx | 973533803419 | J.OSH | AIEA  HI: 2008-11-07 12:24:00   Delivered | 6792095 | 3354 | 42940393 |
| 37855187 | 116.74 | 11/5/2008 | 11/11/2008 | FedEx | 968243587704 | M.CORTES | PONCE  PR: 2008-11-11 13:37:00   Delivered | 6792100 | 3366 | 42940398 |
| 37843921 | 110.45 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346347 | CWELLS | Palmdale  CA: 2008-11-06 09:56:00   Delivered | 6792258 | 411 | 42940153 |
| 37843928 | 107.88 | 11/5/2008 | 11/10/2008 | FedEx | 340908971346545 | AMONTES | Albuquerque  NM: 2008-11-10 14:15:00   Delivered | 6792066 | 3307 | 42940364 |
| 37843932 | 106.39 | 11/5/2008 | 11/10/2008 | FedEx | 340908971346378 | CRIZINSKI | Aurora  CO: 2008-11-10 14:56:00   Delivered | 6792085 | 3344 | 42940383 |
| 37843919 | 104.76 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346507 | GPEREZ | Hawthorne  CA: 2008-11-06 11:43:00   Delivered | 6792249 | 404 | 42940146 |
| 37843924 | 101.66 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346514 | MVERDEZ | Woodland Hills  CA: 2008-11-06 14:03:00   Delivered | 6792281 | 419 | 42940158 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 37843931 | 96.81 | 11/5/2008 | 11/7/2008 | FedEx | 340908971347306 | BBAKER | Seattle WA: 2008-11-07 10:53:00 Delivered | 6792081 | 3336 | 42940379 |
| 37853393 | 95.80 | 11/5/2008 | 11/7/2008 | FedEx | 973533804985 | E.RUBIO | EL PASO TX: 2008-11-07 08:46:00 Delivered | 6792456 | 4508 | 42958828 |
| 37854664 | 95.80 | 11/5/2008 | 11/6/2008 | FedEx | 968243585859 | J.SEABORNE | MIDLOTHIAN VA: 2008-11-06 10:25:00 Delivered | 6792462 | 805 | 42958663 |
| 37854672 | 95.80 | 11/5/2008 | 11/6/2008 | FedEx | 968243585984 | B.BURNER | HARRISONBURG VA: 2008-11-06 11:14:00 Delivered | 6792371 | 1600 | 42958685 |
| 37854673 | 95.80 | 11/5/2008 | 11/6/2008 | FedEx | 968243585425 | R.RIGGLEMAN | WINCHESTER VA: 2008-11-06 10:09:00 Delivered | 6792372 | 1609 | 42958687 |
| 37855100 | 95.80 | 11/5/2008 | 11/6/2008 | FedEx | 973533805320 | R.HUGHES | COLORADO SPRINGS CO: 2008-11-06 10:38:00 Delivered | 6792453 | 4317 | 42958824 |
| 37855240 | 95.80 | 11/5/2008 | 11/6/2008 | FedEx | 968243586498 | .KEVIN | CHATTANOOGA TN: 2008-11-06 09:42:00 Delivered | 6792466 | 851 | 42958673 |
| 37843915 | 95.44 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346897 | ECUNNINGHAM | Emeryville CA: 2008-11-06 12:17:00 Delivered | 6791969 | 240 | 42940133 |
| 37853390 | 94.80 | 11/5/2008 | 11/6/2008 | FedEx | 340908971366338 | BBARAHAS | Los Angeles CA: 2008-11-06 13:04:00 Delivered | 6792438 | 401 | 42958617 |
| 37854684 | 94.80 | 11/5/2008 | 11/6/2008 | FedEx | 968243585517 | S.MCCLARY | ROCKY MOUNT NC: 2008-11-06 10:09:00 Delivered | 6792388 | 3244 | 42958715 |
| 37854702 | 94.80 | 11/5/2008 | 11/6/2008 | FedEx | 968243585366 | N.MOORE | WHITE PLAINS NY: 2008-11-06 09:56:00 Delivered | 6792427 | 3696 | 42958789 |
| 37855076 | 94.80 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368202 | CWELLS | Palmdale CA: 2008-11-06 09:56:00 Delivered | 6792441 | 411 | 42958636 |
| 37855246 | 94.80 | 11/5/2008 | 11/6/2008 | FedEx | 968243586557 | A.RODRIGUEZ | YONKERS NY: 2008-11-06 09:42:00 Delivered | 6792430 | 3699 | 42958795 |
| 37844062 | 86.04 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346460 | WWALAGORSKI | Fresno CA: 2008-11-06 12:53:00 Delivered | 6792285 | 423 | 42940160 |
| 37843934 | 85.65 | 11/5/2008 | 11/7/2008 | FedEx | 340908971346316 | SPITELLI | Orem UT: 2008-11-07 08:41:00 Delivered | 6792093 | 3352 | 42940391 |
| 37843930 | 81.11 | 11/5/2008 | 11/7/2008 | FedEx | 340908971346491 | DWARD | Bellevue WA: 2008-11-07 14:09:00 Delivered | 6792073 | 3319 | 42940371 |
| 37843925 | 78.89 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346798 | DMESIAS | Montebello CA: 2008-11-06 09:02:00 Delivered | 6792289 | 425 | 42940162 |
| 37844063 | 78.33 | 11/5/2008 | 11/7/2008 | FedEx | 340908971346002 | NNORDQUIST | West Jordan UT: 2008-11-07 10:39:00 Delivered | 6792094 | 3353 | 42940392 |
| 37843927 | 77.98 | 11/5/2008 | 11/11/2008 | FedEx | 340908971346323 | GSTRICKLAND | Midland TX: 2008-11-11 14:39:00 Delivered | 6792043 | 3229 | 42940333 |
| 37843937 | 72.61 | 11/5/2008 | 11/10/2008 | FedEx | 340908971347283 | CCARTER | Denver CO: 2008-11-10 10:44:00 Delivered | 6792134 | 3581 | 42940433 |
| 37844064 | 72.43 | 11/5/2008 | 11/7/2008 | FedEx | 340908971346286 | ALEX | Puyallup WA: 2008-11-07 12:04:00 Delivered | 6792214 | 3736 | 42940515 |
| 37854661 | 71.85 | 11/5/2008 | 11/6/2008 | FedEx | 968243586064 | S.UTZ | HOUSTON TX: 2008-11-06 09:22:00 Delivered | 6792459 | 541 | 42958654 |
| 37854667 | 71.85 | 11/5/2008 | 11/6/2008 | FedEx | 968243585469 | J.NEAL | MATTHEWS NC: 2008-11-06 09:08:00 Delivered | 6792465 | 845 | 42958671 |
| 37854668 | 71.85 | 11/5/2008 | 11/6/2008 | FedEx | 968243585860 | R.LARDANI | MIAMI FL: 2008-11-06 08:45:00 Delivered | 6792467 | 859 | 42958675 |
| 37854680 | 71.85 | 11/5/2008 | 11/6/2008 | FedEx | 968243585403 | J.FYE | CANTON OH: 2008-11-06 09:49:00 Delivered | 6792383 | 3187 | 42958705 |
| 37854681 | 71.85 | 11/5/2008 | 11/6/2008 | FedEx | 728980099564814 | ASOMMERVILL | Indianapolis IN: 2008-11-06 15:27:00 Delivered | 6792384 | 3192 | 42958707 |
| 37854687 | 71.85 | 11/5/2008 | 11/6/2008 | FedEx | 968243585399 | E.HYATT | CLARKSVILLE TN: 2008-11-06 09:30:00 Delivered | 6792391 | 3276 | 42958721 |
| 37854688 | 71.85 | 11/5/2008 | 11/6/2008 | FedEx | 968243586075 | J.MUELLER | JACKSONVILLE FL: 2008-11-06 12:37:00 Delivered | 6792404 | 3409 | 42958746 |
| 37854693 | 71.85 | 11/5/2008 | 11/6/2008 | FedEx | 968243585377 | D.HUBBARD | SOUTHAVEN MS: 2008-11-06 09:31:00 Delivered | 6792413 | 3589 | 42958761 |
| 37854699 | 71.85 | 11/5/2008 | 11/6/2008 | FedEx | 728980099565057 | GCOTA | Appleton WI: 2008-11-06 13:34:00 Delivered | 6792420 | 3654 | 42958775 |
| 37854711 | 71.85 | 11/5/2008 | 11/6/2008 | FedEx | 968243585388 | S.ANDERSON | METAIRIE LA: 2008-11-06 08:48:00 Delivered | 6792444 | 4135 | 42958816 |
| 37854713 | 71.85 | 11/5/2008 | 11/6/2008 | FedEx | 968243586020 | H.HERNANDEZ | NORTH LITTLE ROCK AR: 2008-11-06 09:04:00 Delivered | 6792455 | 4506 | 42958826 |
| 37855243 | 71.85 | 11/5/2008 | 11/6/2008 | FedEx | 968243586616 | J.KLINGER | CORPUS CHRISTI TX: 2008-11-06 10:02:00 Delivered | 6792407 | 3504 | 42958751 |
| 37855434 | 71.85 | 11/5/2008 | 11/6/2008 | FedEx | 968243588711 | K.TAITT | HICKSVILLE NY: 2008-11-06 15:56:00 Delivered | 6792424 | 3674 | 42958782 |
| 37839856 | 70.35 | 11/5/2008 | 11/5/2008 | FedEx | 968243580813 | D.DAVE | HICKSVILLE NY: 2008-11-05 16:22:00 Delivered | 6791787 | 3674 | 42938634 |
| 37855094 | 70.35 | 11/5/2008 | 11/6/2008 | FedEx | 973533805319 | L.RABB | PUEBLO CO: 2008-11-06 10:12:00 Delivered | 6792402 | 3381 | 42958742 |
| 37855241 | 70.35 | 11/5/2008 | 11/6/2008 | FedEx | 728980099568980 | RSMITH | Berwyn IL: 2008-11-06 10:44:00 Delivered | 6792378 | 3120 | 42958696 |
| 37855244 | 70.35 | 11/5/2008 | 11/7/2008 | FedEx | 728980099569703 | DHOGAN | Evansville IN: 2008-11-07 15:31:00 Delivered | 6792417 | 3621 | 42958770 |
| 37855431 | 70.35 | 11/5/2008 | 11/6/2008 | FedEx | 968243587862 | D.KEMMERER | WHITEHALL PA: 2008-11-06 09:41:00 Delivered | 6792471 | 949 | 42958683 |
| 37843929 | 68.89 | 11/5/2008 | 11/7/2008 | FedEx | 340908971347191 | SMITH | Portland OR: 2008-11-07 11:43:00 Delivered | 6792070 | 3316 | 42940368 |
| 37843939 | 65.23 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346439 | VGRACE | Turlock CA: 2008-11-06 11:37:00 Delivered | 6792269 | 4132 | 42940560 |
| 37843923 | 65.04 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346712 | JJENH | Huntington Beach CA: 2008-11-06 10:58:00 Delivered | 6792278 | 416 | 42940155 |
| 37847913 | 64.34 | 11/5/2008 | 11/6/2008 | FedEx | 340908971362125 | LLAMAR | Signal Hill CA: 2008-11-06 11:36:00 Delivered | 6792272 | 4139 | 42940563 |
| 37843920 | 63.63 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346484 | WILFREDO | Lakewood CA: 2008-11-06 12:11:00 Delivered | 6792253 | 408 | 42940150 |
| 37843938 | 62.99 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346385 | DGALLO | Salinas CA: 2008-11-06 11:14:00 Delivered | 6792273 | 3848 | 42940358 |
| 37843922 | 61.66 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346415 | JJOHN | Laguna Hills CA: 2008-11-06 09:20:00 Delivered | 6792273 | 414 | 42940154 |
| 37843936 | 60.93 | 11/5/2008 | 11/10/2008 | FedEx | 340908971346729 | BBOOTEN | Pueblo CO: 2008-11-10 11:50:00 Delivered | 6792104 | 3381 | 42940403 |
| 37843933 | 59.89 | 11/5/2008 | 11/10/2008 | FedEx | 340908971346293 | JBALLESTERO | Littleton CO: 2008-11-10 10:32:00 Delivered | 6792086 | 3345 | 42940384 |
| 37843918 | 58.18 | 11/5/2008 | 11/7/2008 | FedEx | 340908971346279 | BPADILLA | Las Vegas NV: 2008-11-07 13:07:00 Delivered | 6791979 | 272 | 42940143 |
| 37843917 | 54.43 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346705 | DDONA | Daly City CA: 2008-11-06 09:55:00 Delivered | 6791976 | 253 | 42940140 |
| 37853389 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971366345 | HWILLIAMS | Santa Rosa CA: 2008-11-06 09:51:00 Delivered | 6792376 | 237 | 42958613 |
| 37853391 | 47.90 | 11/5/2008 | 11/7/2008 | FedEx | 973533804996 | G.STRICKLAND | MIDLAND TX: 2008-11-07 09:16:00 Delivered | 6792387 | 3229 | 42958713 |
| 37854659 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 728980099567273 | AMCAULLY | Cincinnati OH: 2008-11-06 08:24:00 Delivered | 6792457 | 516 | 42958651 |
| 37854660 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585962 | A.AREDALO | HOUSTON TX: 2008-11-06 09:22:00 Delivered | 6792458 | 538 | 42958652 |
| 37854662 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585918 | R.CRINDEL | CEDAR HILL TX: 2008-11-06 08:50:00 Delivered | 6792460 | 569 | 42958657 |
| 37854665 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585572 | A.COMBS | GREENSBORO NC: 2008-11-06 08:46:00 Delivered | 6792463 | 820 | 42958667 |
| 37854669 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585929 | A.EDGERTON | CHARLESTON SC: 2008-11-06 10:28:00 Delivered | 6792468 | 868 | 42958677 |
| 37854670 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585458 | H.GULLICK | CHARLOTTE NC: 2008-11-06 09:12:00 Delivered | 6792469 | 888 | 42958679 |
| 37854671 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243586031 | D.POLLARD | ASHEVILLE NC: 2008-11-06 11:56:00 Delivered | 6792470 | 921 | 42958681 |
| 37854674 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243586374 | K.FOLEN | ALBANY GA: 2008-11-06 10:24:00 Delivered | 6792374 | 1681 | 42958692 |
| 37854675 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 728980099567303 | CDAYTON | Downers Grove IL: 2008-11-06 10:06:00 Delivered | 6792377 | 3112 | 42958694 |
| 37854676 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243586009 | C.BRIX | SAINT CLOUD MN: 2008-11-06 09:26:00 Delivered | 6792379 | 3140 | 42958698 |
| 37854677 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585561 | A.WEBSTER | BUFFALO NY: 2008-11-06 10:19:00 Delivered | 6792380 | 3153 | 42958700 |
| 37854678 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585609 | T.PULLEN | ROCHESTER NY: 2008-11-06 10:04:00 Delivered | 6792381 | 3154 | 42958702 |
| 37854679 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 728980099565668 | BBRAZZEL | Madison WI: 2008-11-06 09:17:00 Delivered | 6792382 | 3185 | 42958703 |
| 37854682 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243586010 | .SEBASTIANEL | SARASOTA FL: 2008-11-06 10:06:00 Delivered | 6792385 | 3203 | 42958709 |
| 37854683 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585540 | K.CRUZ | FORT WALTON BEACH FL: 2008-11-06 09:24:00 Delivered | 6792386 | 3204 | 42958711 |
| 37854686 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585848 | K.SEDIGHZADI | FRISCO TX: 2008-11-06 09:52:00 Delivered | 6792390 | 3264 | 42958719 |
| 37854689 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585907 | .ROBINSON | BROOKSVILLE FL: 2008-11-06 10:30:00 Delivered | 6792408 | 3560 | 42958752 |
| 37854690 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585995 | J.SINGLETOM | OKLAHOMA CITY OK: 2008-11-06 09:54:00 Delivered | 6792409 | 3564 | 42958754 |
| 37854691 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585528 | C.STRICKLAND | FORT WORTH TX: 2008-11-06 10:02:00 Delivered | 6792410 | 3576 | 42958756 |
| 37854692 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585881 | B.CALAHAN | AUSTIN TX: 2008-11-06 09:47:00 Delivered | 6792412 | 3588 | 42958760 |
| 37854695 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 728980099567235 | MANTOS | Utica MI: 2008-11-06 10:21:00 Delivered | 6792415 | 3606 | 42958765 |
| 37854697 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585539 | .GENE | MINNEAPOLIS MN: 2008-11-06 09:31:00 Delivered | 6792418 | 3624 | 42958772 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 37854706 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585491 | Z.SIMON | BROOKLYN NY: 2008-11-06 09:29:00  Delivered | 6792432 | 3731 | 42958798 |
| 37854707 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585610 | J.B | OSSEO MN: 2008-11-06 10:33:00  Delivered | 6792434 | 3743 | 42958802 |
| 37854709 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585973 | K.GARCIA | BRAINTREE MA: 2008-11-06 09:24:00  Delivered | 6792442 | 4119 | 42958811 |
| 37854710 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585436 | K.RODRIQUE | NORTH DARTMOUTH MA: 2008-11-06 12:19:00  Delivered | 6792443 | 4123 | 42958813 |
| 37855075 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368288 | DROBLES | Orange CA: 2008-11-06 12:48:00  Delivered | 6792440 | 407 | 42958632 |
| 37855077 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368226 | JJOHN | Laguna Hills CA: 2008-11-06 09:20:00  Delivered | 6792446 | 414 | 42958637 |
| 37855080 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368325 | MGALVEZ | Van Nuys CA: 2008-11-06 13:39:00  Delivered | 6792449 | 421 | 42958644 |
| 37855084 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368295 | JSOWERS | Visalia CA: 2008-11-06 13:10:00  Delivered | 6792392 | 3306 | 42958723 |
| 37855086 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368363 | EMOCHADO | Rancho Cucamonga CA: 2008-11-06 11:53:00  Delivered | 6792394 | 3311 | 42958727 |
| 37855087 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368523 | NNASCIMENT( | Irvine CA: 2008-11-06 10:12:00  Delivered | 6792395 | 3313 | 42958729 |
| 37855089 | 47.90 | 11/5/2008 | 11/7/2008 | FedEx | 973533805179 | J.KYO | AURORA CO: 2008-11-07 09:15:00  Delivered | 6792397 | 3344 | 42958732 |
| 37855090 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 973533805180 | J.GAMBLE | SALT LAKE CITY UT: 2008-11-06 09:48:00  Delivered | 6792398 | 3351 | 42958734 |
| 37855091 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 973533805168 | A.MONTERO | OREM UT: 2008-11-06 09:56:00  Delivered | 6792399 | 3352 | 42958736 |
| 37855092 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 973533805076 | S.HANNON | AIEA HI: 2008-11-06 12:27:00  Delivered | 6792400 | 3354 | 42958738 |
| 37855093 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368394 | VLEOS | Glendale CA: 2008-11-06 12:22:00  Delivered | 6792401 | 3361 | 42958740 |
| 37855096 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368356 | GLEIA | La Quinta CA: 2008-11-06 09:08:00  Delivered | 6792411 | 3582 | 42958758 |
| 37855098 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368387 | PSHOWERS | Brea CA: 2008-11-06 14:39:00  Delivered | 6792437 | 3878 | 42958808 |
| 37855099 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368189 | LLAMAR | Signal Hill CA: 2008-11-06 11:36:00  Delivered | 6792445 | 4139 | 42958818 |
| 37855242 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243586400 | S.SANCHEZ | SAN ANTONIO TX: 2008-11-06 09:18:00  Delivered | 6792406 | 3502 | 42958749 |
| 37855245 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243586112 | C.GREGG | BROOKLYN NY: 2008-11-06 13:04:00  Delivered | 6792421 | 3663 | 42958777 |
| 37855247 | 47.90 | 11/5/2008 | | FedEx | | | No Information | 6792436 | 3856 | 42958807 |
| 37855432 | 47.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243588766 | M.RACINI | DANBURY CT: 2008-11-06 09:24:00  Delivered | 6792422 | 3668 | 42958779 |
| 37853392 | 46.90 | 11/5/2008 | 11/6/2008 | FedEx | 973533804974 | C.WOLTHERS | LAS VEGAS NV: 2008-11-06 10:13:00  Delivered | 6792405 | 3425 | 42958747 |
| 37854663 | 46.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243586053 | .DAVE | SPRINGFIELD VA: 2008-11-06 09:44:00  Delivered | 6792461 | 802 | 42958661 |
| 37854696 | 46.90 | 11/5/2008 | 11/6/2008 | FedEx | 728980099567327 | BVIOLA | Taylor MI: 2008-11-06 14:06:00  Delivered | 6792416 | 3611 | 42958768 |
| 37854698 | 46.90 | 11/5/2008 | 11/7/2008 | FedEx | 968243585930 | M.NESS | FREDERICK MD: 2008-11-07 09:39:00  Delivered | 6792419 | 3628 | 42958773 |
| 37854701 | 46.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585951 | T.LEVETT | WAYNE NJ: 2008-11-06 10:15:00  Delivered | 6792426 | 3695 | 42958787 |
| 37854704 | 46.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243585470 | M.DAVIS | MECHANICSBURG PA: 2008-11-06 09:01:00  Delivered | 6792431 | 3720 | 42958796 |
| 37855073 | 46.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971366659 | JNAHARRA | San Jose CA: 2008-11-06 12:23:00  Delivered | 6792375 | 230 | 42958594 |
| 37855079 | 46.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368332 | RBANDRA | West Covina CA: 2008-11-06 09:25:00  Delivered | 6792448 | 420 | 42958642 |
| 37855081 | 46.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368301 | DMESIAS | Montebello CA: 2008-11-06 09:02:00  Delivered | 6792452 | 425 | 42958645 |
| 37855083 | 46.90 | 11/5/2008 | 11/7/2008 | FedEx | 973533805054 | M.UTALT | CHEYENNE WY: 2008-11-07 10:02:00  Delivered | 6792373 | 1638 | 42958688 |
| 37855085 | 46.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368318 | MJOHN | Newport Beach CA: 2008-11-06 13:57:00  Delivered | 6792393 | 3309 | 42958725 |
| 37855088 | 46.90 | 11/5/2008 | 11/6/2008 | FedEx | 973533805043 | C.GRASS | BELLEVUE WA: 2008-11-06 10:11:00  Delivered | 6792396 | 3319 | 42958730 |
| 37855095 | 46.90 | 11/5/2008 | 11/6/2008 | FedEx | 340908971368400 | FFLNOZ | Temecula CA: 2008-11-06 12:49:00  Delivered | 6792403 | 3401 | 42958744 |
| 37855097 | 46.90 | 11/5/2008 | 11/6/2008 | FedEx | 973533805308 | S.GIBSON | PUYALLUP WA: 2008-11-06 11:34:00  Delivered | 6792433 | 3736 | 42958800 |
| 37855433 | 46.90 | 11/5/2008 | 11/6/2008 | FedEx | 968243588630 | P.MASON | WESTBURY NY: 2008-11-06 15:26:00  Delivered | 6792423 | 3672 | 42958781 |
| 37843916 | 43.63 | 11/5/2008 | 11/6/2008 | FedEx | 340908971346408 | SSMITH | San Francisco CA: 2008-11-06 09:53:00  Delivered | 6791971 | 242 | 42940135 |

1,511,450.52