# EXHIBIT 2

Paul M. Black
Spilman Thomas & Battle, PLLC
P. O. Box 90
310 First Street, Suite 1100
Roanoke, VA 24002
Telephone: (540) 512-1804
Facsimile: (540) 342-4480
Email: pblack@spilmanlaw.com

       _- and –

Sara L. Chenetz (CA State Bar No. 206936)
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email:  schenetz@sonnenschein.com

Counsel to Sony Pictures
Entertainment Inc.

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| **In re:**<br><br>**CIRCUIT CITY STORES, INC., et al.**<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-35653-KH**<br><br>**Jointly Administered** |

**ORDER ALLOWING ADMINISTRATIVE EXPENSES OF SONY PICTURES HOME
ENTERTAINMENT INC. PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A), 503(b)(9) AND
<u>507(a)(2)</u>**

Upon the motion of Sony Pictures Home Entertainment Inc. ("SPHE") for Entry of Order

Allowing Administrative Expenses Pursuant to 11 U.S.C. §§ 503(b)(1)(A), 503(b)(9) and

507(a)(2) (the "Motion"); and the Court having reviewed the Motion and the Declaration of

Michael Schillo in support of the Motion; and the Court having determined that the relief

requested in the Motion should be granted as set forth herein; and it appearing that proper and adequate notice of the Motion has been given and no further notice is necessary; and upon the record herein; after due deliberations thereon; and good and sufficient cause appearing therefor; it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. The Motion is granted.

2. (a) SPHE shall have and hereby has an allowed administrative expense in the amount of $70,105.72, and the Debtors shall pay this amount to SPHE within ten days of entry of this order; and

(b) SPHE shall have and hereby has an allowed administrative expense, pursuant to Section 503(b)(9), in the amount of $1,406,488.43 and the Debtors shall make distributions thereon no later than simultaneously with distributions to other holders of allowed administrative expenses pursuant to Section 503(b)(9).

3. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

4. The Court shall retain jurisdiction to hear and determine all matters from or related to the implementation of this Order.

Dated:  Richmond, Virginia
March ____, 2009

_____
Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

Paul M. Black
Spilman Thomas & Battle, PLLC
P. O. Box 90
310 First Street, Suite 1100
Roanoke, VA 24002
Telephone: (540) 512-1804
Facsimile: (540) 342-4480
Email: pblack@spilmanlaw.com

-3-

    _- and –

Sara L. Chenetz (CA State Bar No. 206936)
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email:  schenetz@sonnenschein.com

Counsel to Sony Pictures
Entertainment Inc.