Paul M. Black
Spilman Thomas & Battle, PLLC
P. O. Box 90
310 First Street, Suite 1100
Roanoke, VA 24002
Telephone: (540) 512-1804
Facsimile: (540) 342-4480
Email: pblack@spilmanlaw.com

          _- and –

Sara L. Chenetz (CA State Bar No. 206936)
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email:  schenetz@sonnenschein.com

Counsel to Sony Pictures
Home Entertainment Inc.

**Hearing Date:  March 30, 2009**
**Objection Deadline:  March 23, 2009 at 4 p.m.**

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.** | **Case No. 08-35653-KH** |
| **Debtors.** | **Jointly Administered** |

**NOTICE OF MOTION AND NOTICE OF HEARING ON SONY PICTURES HOME ENTERTAINMENT INC.'S MOTION FOR ENTRY OF AN ORDER ALLOWING ADMINISTRATIVE EXPENSES PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A), 503(b)(9) AND 507(a)(2)**

**PLEASE TAKE NOTICE**  that on February 24, 2009, Sony Pictures Home

Entertainment Inc. ("SPHE"), filed a Motion for Entry of Order Allowing Administrative

Expenses Pursuant to 11 U.S.C. §§ 503(b)(1)(A), 503(b)(9) and 507(a)(2) (the "Motion").

**Your rights may be affected.  You should read these papers carefully and discuss**

**them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an**

**attorney, you may wish to consult one).**

I f you do not want the Court to grant the relief requested in the Motion, or if you want

the Court to consider your views on the Motion, then you or your attorney must do the following:

1.     On or before **March 23, 2009 at 4:00 pm** file a written objection with the

Court at the following address:

> Clerk of the Court
> United States Bankruptcy Court
> 701 E. Broad Street, Room 4000
> Richmond, VA 23219.

2.     Attend a hearing on the Motion, which will be held on **March 30, 2009 at
10:00 a.m.** before the Honorable Kevin R. Huennekens in the:

> United States Bankruptcy Court
> Room 5000
> United States Courthouse
> 701 E. Broad Street
> Richmond, VA 23219.

Dated: February 24, 2009                    Respectfully Submitted,


By    /s/ Paul M. Black
      Paul M. Black
      Spilman Thomas & Battle, PLLC
      P. O. Box 90
      310 First Street, Suite 1100
      Roanoke, VA 24002
      Telephone: (540) 512-1804
      Facsimile: (540) 342-4480
      Email: pblack@spilmanlaw.com

              -and-

      Sara L. Chenetz (CA State Bar No. 206936)
      Sonnenschein Nath & Rosenthal LLP
      601 South Figueroa Street, Suite 2500
      Los Angeles, California 90017-5704
      Telephone: (213) 623-9300
      Facsimile: (213) 623-9924
      Email: schenetz@sonnenschein.com
      Counsel to Sony Pictures Home Entertainment Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2009, a true copy of the foregoing document was filed and served using the Court's ECF System or was sent first class mail, postage prepaid to the Rule 2002 Notice List, and to the Core Group Service List set forth below:

Circuit City Stores, LLC
Attn: Reginald D. Hedgebeth
9950 Mayland Drive
Richmond, VA 23233

Department of Justice Civil Division
Attn: Director
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, DC 20044

Commonwealth of Virginia
Attn: State Corporation Commission
Tyler Building
1300 E. Main Street
Richmond, VA 23219

Environmental Protection Agency
1650 Arch Street
Philadelphia, PA 19103-2029

Corporate Sales and Use, Employer Withholding, and
Litter Tax
Virginia Department of Taxation
3600 West Broad Street
Richmond, VA 23230-4915

Environmental Protection Agency
Attn: Diana Saenz
1200 Pennsylvania Avenue NW
Suite 4209
Washington, DC 20004

Environmental Protection Agency
Attn: Office of General Council
U.S. EPA Mailcode 2377R
1300 Pennsylvania Ave. NW
Washington, DC 20004

FTI Consulting, Inc.
Attn: Mr. Robert J. Duffy
Mr. Stephen Colombe
200 State Street, Second Floor
Boston, MA 02109

Internal Revenue Service
Attn: L. Lorello
400 N 8th Street Box 76
Richmond, VA 23219

Kirkland & Ellis, LLP
Attn: Linda K Myers Esq.
200 E Randolph Dr
Chicago, IL 60601

Kurtzman Carson Consultants LLC
Attn: Evan Gershbein
2335 Alaska Avenue
El Segundo, CA 90245

Kutak Rock LL
Attn: Peter Barrett
1111 East Main Street
Suite 800
Richmond, VA 23219

Leclair Ryan
Attn: Bruce Matson Esq.
Riverfront Plaza E Tower
951 E Byrd St 8th Floor
Richmond, VA 23219

National Association of Attorneys General
Attn: Karen Cordry Esq.
NAAG Bankruptcy Counsel
2030 M Street NW 8th Floor
Washington, DC 20036

McGuireWoods LLP
Attn: Dion W. Hayes
901 E Cary Street
One James Center
Richmond, VA 23219

Office of the Attorney General
Attn: Bob McDonnell
State of Virginia
900 E Main Street
Richmond, VA 23219

Office of the Secretary of the Commonwealth
1111 East Broad Street, 4th Floor
Richmond, VA 23219

Office of the U.S. Trustee
Attn: Robert B Van Arsdale
701 Broad Street
Suite 4304
Richmond, VA 23219-1888

Office of the United States Trustee
Richmond, Virginia Office
600 East Main Street, Suite 301
Richmond, VA 23219

Pachulski Stang Ziehl & Jones LLP
Attn: Robert J Feinstein Esq.
780 Third Ave 36th Floor
New York, NY 10017

Pachulski Stang Ziehl & Jones LLP
Attn: Jeffrey N Pomerantz Esq.
10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067-4100

Riemer & Braunstein LLP
Attn: David S Berman
Three Center Plaza 6th Floor
Boston, MA 02108

Secretary of Treasury
15th & Pennsylvania Ave NW
Washington, DC 20020

Securities and Exchange Commission
Attn: Nathan Fuchs Esq., Patricia Schrage E
New York Office
Branch/ Reorganization
3 World Financial Center Suite 400
New York, NY 10281-1022

Securities and Exchange Commission
Attn: Bankruptcy Unit
100 F Street NE
Washington, DC 20020

Skadden, Arps, Slate, Meagher & Flom, LL[
Attn: Gregg M Galardi Esq.
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: Ian S Fredericks Esq.
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Skadden, Arps, Slate, Meagher & Flom, LL[
Attn: Timothy G. Pohl Esq., Chris L Dicker:
333 West Wacker Drive Suite 2000
Chicago, IL 60606

Tavenner & Beran PLC
Attn: Lynn L Tavenner Esq., Paula S Beran Esq.
20 N Eighth Street 2nd Floor
Richmond, VA 23219

_____/s/ Paul M. Black_____
Paul M. Black