```
Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653
et al.,                        :
                               :
          Debtors.             :
                               : Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 25, 2009 AT 2:00 P.M. (EASTERN)**

   Set forth below are the matters previously scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on February 25, 2009 beginning at 2:00 p.m. Eastern.

**I.  RESOLVED MATTERS**

1. Notice of and Motion and Supporting Memorandum of Principal Life Insurance Company for the Entry of an Order Determining that the Automatic Stay is Inapplicable to the Commencement and Prosecution of Certain Mortgage Foreclosure Action, or, in the Alternative, Granting Relief from the Automatic Stay Pursuant to Section 362(d)(2) (Docket No. 1965)

    Objection
    Deadline:          February 23, 2009 at 4:00 p.m. Extended for the Debtors pending resolution of this matter.

    Objections/
    Responses
    Filed:             None at the time of filing this agenda

    Status:            The parties have resolved this matter and a proposed order has been submitted for the Court's approval.

**II.  CONTINUED/ADJOURNED MATTERS**

2. Motion of AOL LLC for Payment of Administrative Expense Claim (Docket No. 1760)

    Related
    Documents:

    a.  Notice of Motion and Hearing (Docket No. 1761)

    b.  Corrected Notice of Motion and Hearing (Docket No. 1776)

    Objection
    Deadline:          February 6, 2009 at 4:00 p.m., extended for the Debtors until February 27, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:             None at the time of filing this agenda

    Status:            This matter has been adjourned until March 3, 2009 at 10:00 a.m.

2

3.  Corrected Motion of Platform-A for Payment of Administrative Expense Claim (Docket No. 1763)

    Related Documents:

    a.  Notice of Motion and Hearing (Docket No. 1757)

    b.  Corrected Notice of Motion and Hearing (Docket No. 1777)

    Objection Deadline:     February 6, 2009 at 4:00 p.m., extended for the Debtors until February 27, 2009 at 4:00 p.m.

    Objections/Responses Filed:     None at the time of filing this agenda

    Status:     This matter has been adjourned until March 3, 2009 at 10:00 a.m.

4.  Motion of Federal Warranty Services Corporation, Sureway, Inc., American Bankers Insurance Company of Florida, and United Service Protection, Inc. To Compel Assumption Or Rejection Of Agreements Between The Assurant Companies And Circuit City Stores, Inc., Or In The Alternative Motion For Relief From Stay To Terminate Agreements, And Memorandum In Support (Docket Nos. 1794 and 1813)

    Related Documents:

    a.  Notice of Motion and Hearing (Docket Nos. 1796 and 1816)

    Objection Deadline:     February 11, 2009 at 4:00 p.m. extended for the Debtors until February 20, 2009 at 4:00 p.m.

    Objections/Responses Filed:     None at the time of filing this agenda

    Status:     This matter has been adjourned until

                        March 3, 2009 at 10:00 a.m.

5. Motion of D.L. Peterson Trust as Assignee of PHH Vehicle Management Services, LLC to Compel Rejection of Lease Agreements and for Relief from the Automatic Stay (Docket Nos. 1956 and 1969)

   Related Documents:

   a. Motion for Expedited Hearing and to Shorten Objection Deadline (Docket No. 1957)

   b. Order Granting Motion to Expedite (Docket No. 2024)

   Objection Deadline: February 11, 2009 at 5:00 p.m., extended for the Debtors until February 16, 2009

   Objections/Responses Filed:

   a. Debtors' Objection to Motion of D.L. Peterson Trust as Assignee of PHH Vehicle Management Services, LLC to Compel Rejection of Lease Agreements and for Relief from the Automatic Stay (Docket No. 2194)

   Status: This matter has been adjourned until March 3, 2009 at 10:00 a.m.

6. Motion of Plumchoice, Inc. for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) to Permit Termination of Dispatch Agreement and Request for Related Relief Including Approval of Shortened Notice Period (Docket No. 1498)

   Objection Deadline: January 27, 2009 at 4:00 p.m., extended for the Debtors until February 11, 2009 at 7:00 p.m.

   Objections/Responses Filed:

   a. Debtors' Objection to Motion of Plumchoice, Inc. for Relief from the Automatic Stay Pursuant to 11

4

        U.S.C. 362(d)(1) to Permit Termination of Dispatch Agreement and Request for Related Relief Including Approval of Shortened Notice Period (Docket No. 2069)

        Status:       This matter has been adjourned until March 3, 2009 at 10:00 a.m.

7.    Motion of Plumchoice, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b) and 507(a) and Request for Related Relief (Docket No. 1832)

        Related Documents:

        a.    Notice of Motion and Hearing (Docket No. 1833)

        b.    Affidavit of Daniel Baker in Support of Motion of Plumchoice, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b) and 507(a) and Request for Related Relief (Docket No. 1942)

        Objection Deadline:      February 11, 2009 at 4:00 p.m., extended for the Debtors until February 11, 2009 at 7:00 p.m.

        Objections/ Responses Filed:

        a.    Debtors' Preliminary Objection to Motion of PlumChoice, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b) and 507(a) and Request for Related Relief (Docket No. 2068)

        b.    PlumChoice, Inc.'s Reply to Debtors' Preliminary Objection and Response to Motion of Plumchoice, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C.§§ 503(b) and 507(a) and Request for Related Relief (Docket No. 2288)

        Status:       This matter has been adjourned until March 3, 2009 at 10:00 a.m.

**III. UNCONTESTED MATTERS**

8.  Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 6004(I) Approving Procedures in Connection with Sale of Excluded Defective Inventory, (II) Approving Sale of Such Inventory Free and Clear of all Interests and (III) Granting Related Relief (Docket No. 1944)

    Related Documents:

    a.  Notice of Motion and Hearing (Docket No. 1945)

    Objection Deadline:    February 11, 2009 at 4:00 p.m.

    Objections/ Responses Filed:    None at the time of filing this agenda

    Status:    Tentatively, the Debtors will be holding an auction the morning of February 25, 2009. The Debtors may seek approval of the successful bidder at the February 25, 2009 hearing.

9.  Debtors' Motion for Order Shortening Notice Period and Limiting Notice on Debtors' Motion for Order Under Bankruptcy Code Sections 105, 363(b) and 503(c)(3) Approving a Wind Down Incentive and Retention Plan and Authorizing Payment of Wind Down Incentive and Retention Pay to Plan Participants (Docket No. 2010)

    Related Documents:

    a.  Notice of Motion and Hearing (Docket No. 2012)

    Objection Deadline:    February 23, 2009 at 4:00 p.m.

    Objections/ Responses Filed:    None at the time of filing this agenda

    Status:    This matter is going forward.

6

10. Debtors' Motion to File Certain Information Under Seal (Docket No. 2009)

   Related Documents:

   a.   Notice of Motion and Hearing (Docket No. 2013)

   Objection Deadline:        February 23, 2009 at 4:00 p.m.

   Objections/ Responses Filed:        None at the time of filing this agenda

   Status:        This matter is going forward.

**IV.   CONTESTED MATTERS**

11. Debtors' Motion for Order Under Bankruptcy Code Sections 105, 363(b) and 503(c)(3) Approving a Wind Down Incentive and Retention Plan and Authorizing Payment of Wind Down Incentive and Retention Pay (Docket No. 2008)

   Related Documents:

   a.   Debtors' Motion to File Certain Information Under Seal (Docket No. 2009)

   b.   Debtors' Motion for Order Shortening Notice Period and Limiting Notice (Docket No. 2010)

   c.   Notice of Motion and Hearing (Docket No. 2011)

   Objection Deadline:        February 23, 2009 at 4:00 p.m.

   Objections/ Responses Filed:

   a.   Letter Objection of Barbara Gillis (Docket No. 2254)

   b.   Informal Objection by the Committee

7

    c.    United States Trustee's Objection to the Debtors' Motion for an Order Approving a Wind Down incentive and Retention Plan and Authorizing Payment of Wind Down Incentive and Retention Pay (Docket No. 2287)

    Status:    The Debtors have resolved the informal objection of the Committee. This matter is going forward.

12.    Debtors' Third Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 365(a) and 554 and Bankruptcy Rule 6006 Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property (Docket No. 2178)

    Related Documents:

    a.    Notice of Motion and Hearing (Docket No. 2179)

    Objection Deadline:    February 23, 2009 at 4:00 p.m.

    Objections/ Responses Filed:

    a.    Objection of Inland American Retail Management, LLC, Inland Continental Property Management Corp. And Inland Southwest Management, LLC To Debtors' Third Omnibus Motion For Order Pursuant To Bankruptcy Code Sections 105(A), 365(A) And 554 And Bankruptcy Rule 6006 Authorizing Rejection Of Certain Unexpired Leases Of Nonresidential Real Property And Abandonment Of Personal Property (Docket No. 2276)

    b.    Limited Objection of Macy's Retail Holdings, Inc. to Debtors' Third Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 365(a) and 554 and Bankruptcy Rule 6006 Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property (Docket No. 2282)

    Status:    The Debtors have resolved the objections. This matter is going forward.

13. Motion for Examination and Order Directing Creditor, North Plainfield VF LLC, to Produce Documents Pursuant to Federal Rule of Bankruptcy Procedure Rule 2004, by Schimenti Construction Company, LLC  (Docket No. 1980)

    Related Documents:

    a.   Notice of Motion and Hearing (Docket No. 1982)

    b.   Notice of Hearing (Docket No. 2243)

    Objection Deadline:     February 12, 2009 at 4:00 p.m.

    Objections/Responses Filed:

    a.   Objection to and Motion to Quash with Supporting Memorandum of Law Schimenti Construction Company, LLC's Motion for 2004 Examination of North Plainfield VF LLC and Request for Production of Documents (Docket Nos. 2195 and 2207)

    b.   Reply To North Plainfield VF LLC's Objection To And Motion To Quash Schimenti Construction Company, LLC's Motion For Rule 2004 Examination And Request For Production Of Documents (Docket No. 2244)

    Status:        This matter is going forward.

Dated: February 25, 2009  SKADDEN, ARPS, SLATE, MEAGHER &
Richmond, Virginia  FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and –

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and –

MCGUIREWOODS LLP


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

\7840350.1

10