UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FEB 2 3 2009

IN RE: §
§
CIRCUIT CITY STORES, INC. § CHAPTER 11
§
Debtor. § CASE NO. 08-35653
§
§

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

City of Southlake, Texas

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure. Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

TAYLOR, OLSON, ADKINS, SRALLA & ELAM, LLP
6000 WESTERN PLACE
SUITE 200
I-30 @ BRYANT-IRVIN ROAD
FORT WORTH, TEXAS 76107
Telephone: 817-332-2580
Facsimile: 817-332-4740
Email: betsyelam@toase.com

By: _____
ELIZABETH A. ELAM
State Bar No. 06507040
C. COREY FICKES
State Bar No. 24059746

Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or mailed to the parties listed below.

Daniel F. Blanks
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dated this 19th day of February, 2009.

_____
Elizabeth A. Elam