# RIGHETTI LAW FIRM
### A PROFESSIONAL CORPORATION

February 25, 2009

*Via U.S. Mail and Electronic Mail*

**Robert Horn**
**Arthur Silbergeld**
Proskauer Rose, LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Fax: 310-557-2193

    **Re: Vining et al. v. Party City of Clairemont, Party City of San Diego, Party City of Temecula and Franchise Management Services, Inc.**

Dear Mr. Horn:

    The court reporter fees for February 4 and 5, 2009, when Defendants did not appear for the duly notice depositions, has yet to be resolved. The total fees for these days are $566.65. Please remit payment to the court reporter as set forth in the enclosed invoices.

                              Very truly yours,

                              **RIGHETTI LAW FIRM, P.C.**

                              Erin Winters

EW:bg

# INVOICE



**SARNOFF**
*Court Reporters and Legal Technologies*

20 Corporate Park, Suite 350, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854
IRVINE ■ LAS VEGAS ■ LOS ANGELES ■ SAN DIEGO ■ SAN FRANCISCO

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99118 | 2/6/2009 | 104057 |
| Job Date | Case No. ||
| 2/4/2009 | 37-2008-00086180-CU-OE-CTL ||
| Case Name |||
| Danielle Vining vs. Party City of Temecula |||
| Payment Terms |||
| Due upon receipt |||

Erin Winters, Esq.
Righetti Law Firm
456 Montgomery Street
Suite 1400
San Francisco, CA 94104

SCHEDULED DEPOSITION OF:
    Party City of Clairemont; Franchise Mgmt

| | | |
|---|---:|---:|
| Reporter's Affidavit of Non-Appearance | | 225.00 |
| Exhibits | 30.00 | 19.50 |
| Parking Reimbursement | | 24.00 |
| Delivery Costs - Affidavit | | 20.00 |

TOTAL DUE >>>   $288.50
AFTER 3/23/2009 PAY   $317.35

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   $288.50

Tax ID: 88-0432563

Phone: 415-983-0900   Fax:

*Please detach bottom portion and return with payment.*

Erin Winters, Esq.
Righetti Law Firm
456 Montgomery Street
Suite 1400
San Francisco, CA 94104

Invoice No.   : 99118
Invoice Date  : 2/6/2009
**Total Due**   : $ 288.50

Remit To: **Sarnoff Information Technologies, Inc.**
    20 Corporate Park
    Suite 350
    Irvine, CA 92606

Job No.     : 104057
BU ID       : 3-SF
Case No.    : 37-2008-00086180-CU-OE-CTL
Case Name   : Danielle Vining vs. Party City of Temecula

# INVOICE

**SARNOFF**
*Court Reporters and Legal Technologies*

20 Corporate Park, Suite 350, Irvine, CA 92606
phone 877.955.3855   fax 949.955.3854
IRVINE ■ LAS VEGAS ■ LOS ANGELES ■ SAN DIEGO ■ SAN FRANCISCO

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 99734 | 2/18/2009 | 104058 |
| Job Date | Case No. | |
| 2/5/2009 | 37-2008-00086180-CU-OE-CTL | |
| Case Name | | |
| Danielle Vining vs. Party City of Temecula | | |
| Payment Terms | | |
| Due upon receipt | | |

Erin Winters, Esq.
Righetti Law Firm
456 Montgomery Street
Suite 1400
San Francisco, CA 94104

**SCHEDULED DEPOSITION OF:**
    PMK of Party City
        Reporter's Affidavit of Non-Appearance                                                                                          225.00
        Exhibits                                       51.00           33.15
        Delivery Costs - Affidavit                                                           20.00

                        **TOTAL DUE >>>**        **$278.15**
                        AFTER 4/4/2009 PAY       $305.97

**Tax ID:** 88-0432563                                                                                                                    Phone: 415-983-0900   Fax:

*Please detach bottom portion and return with payment.*

Erin Winters, Esq.
Righetti Law Firm
456 Montgomery Street
Suite 1400
San Francisco, CA 94104

Job No.     : 104058           BU ID     : 3-SF
Case No.   : 37-2008-00086180-CU-OE-CTL
Case Name : Danielle Vining vs. Party City of Temecula

Invoice No.  : 99734         Invoice Date   : 2/18/2009
**Total Due**   : **$278.15**
AFTER 4/4/2009 PAY $305.97

**PAYMENT WITH CREDIT CARD**     AMEX   [MC]   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

Remit To:   **Sarnoff Information Technologies, Inc.**
             **20 Corporate Park**
             **Suite 350**
             **Irvine, CA 92606**