UNITED STATES BANKRUPTCY COURT FOR
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | CASE NO. 08-35653-KRH |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Joseph Skaf, *et al.*, a creditor of the debtor herein, hereby appears in this case by its counsel, Matthew Righetti and the law firm of Righetti Law Firm, and such counsel enters its appearance, pursuant to section 1109(b) of the United States Bankruptcy Code ("Bankruptcy Code") and Federal Rule of Bankruptcy Procedure Rules 2002 and 9010(b), Local Rule 9010-1, and such counsel hereby requests that all notices (including those required by Bankruptcy Rule 2002) in this case and any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, to the following:

Matthew Righetti
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone (415) 983-0900
Facsimile (415) 397-9005

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise, in this case.

---

1
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE FURTHER NOTICE** that creditor Joseph Skaf does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Respectfully submitted,

Dated: February 25, 2009

Righetti Law Firm, P.C.

/s/ Matthew Righetti

---

Matthew Righetti
Attorneys for Creditor, Joseph Skaf

DECLARATION IN LIEU OF AFFIDAVIT
Regarding Request To Be Added to the Mailing Matrix

I am the Attorney for Joseph Skaf, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

( X ) that there are no other requests to receive notices on behalf of this creditor, or

(   ) that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2009.

RIGHETTI LAW FIRM, P.C.
a professional corporation

By: /s/ Matthew Righetti
Matthew Righetti
CA SBN 121012
Attorney for Joseph Skaf
456 Montgomery St., Suite 1400
San Francisco, CA 94104

---
3
NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS