Paul M. Black
Spilman Thomas & Battle, PLLC
P. O. Box 90
310 First Street, Suite 1100
Roanoke, VA 24002
Telephone: (540) 512-1804
Facsimile: (540) 342-4480
Email: pblack@spilmanlaw.com

        -and-

Sara L. Chenetz, Esq.
Sonnenschein Nath & Rosenthal LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704
Tel: (213) 892-5024
Tel: (213) 623-9924
Email: schenetz@sonnenschein.com.

Counsel for Sony Pictures Home Entertainment, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | (Jointly administered) |
| ) | |
| CIRCUIT CITY STORES, INC., et als. ) | Case No. 08-35653-KRH |
| ) | |
| ) | |
| _____Debtor_____ ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF SARA L. CHENETZ PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)

Paul M. Black, (the "Movant") hereby moves the United States Bankruptcy Court

for the Eastern District of Virginia, pursuant to Local Rule 2090-1(E)(2), for an order

authorizing Sara L. Chenetz, an attorney with the law firm of Sonnenschein Nath & Rosenthal, LLP, to appear *pro hac vice* before the Bankruptcy Court in the above referenced bankruptcy case (the "Bankruptcy Case") to represent Sony Pictures Home Entertainment, Inc. during the course of this matter, and in support thereof, respectfully states as follows:

1. Movant is a member in good standing of the bar of the Supreme Court of Virginia and admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2. Sara L. Chenetz is a member in good standing of the State Bar of California and is admitted to practice in the highest courts of the states of California, New York, and New Jersey, as well as in the United States Courts of Appeal for the Second, Third, and Ninth Circuits.

3. Movant requests that the Court authorize Ms. Chenetz to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings), on behalf of Sony Pictures Home Entertainment, Inc. Movants' law firm will appear as local counsel with Ms. Chenetz in the Bankruptcy Case (and related proceedings).

4. Notice of this Motion has been given to: (a) counsel for the Debtors; (b) the Office of the United States Trustee, and (c) all persons receiving electronic notice of filings in the Bankruptcy Case as of the date hereof.

5. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that the Bankruptcy Court waive the requirement that this motion be accompanied by a written memorandum of law.

6. No prior request for the relief sought herein has been made to the Bankruptcy Court in these Bankruptcy Cases or to any other court.

WHEREFORE, Movant requests that the Bankruptcy Court enter an order authorizing Sara L. Chenetz to appear *pro hac vice* in the Bankruptcy Case (and related proceedings) in substantially the same form attached as Exhibit A hereto and grant such other and further relief as the Bankruptcy Court deems just and proper.

Dated: February 23, 2009

s/ Paul M. Black
Paul M. Black
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA 24002
Tel: 540-512-1804
Fax: 540-342-4480
Email: pblack@spilmanlaw.com

**DECLARATION PURSUANT TO 28 U.S.C. § 1746**

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

        s/ Paul M. Black
        Spilman Thomas & Battle, PLLC
        P. O. Box 90
        Roanoke, VA 24002
        Tel: 540-512-1804
        Fax: 540-342-4480
        Email: pblack@spilmanlaw.com

        s/ Sara L. Chenetz
        Sonnenschein Nath & Rosenthal, LLP
        601 South Figueroa Street, Suite 2500
        Los Angeles, CA 90017-5704
        Tel: 213-892-5024
        Fax: 213-623-9924
        Email: schenetz@sonnenschein.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2009, a true copy of the foregoing document was sent to all creditors and parties in interest who are included in the Bankruptcy Court's ECF e-mail notification system in this case.

        s/ Paul M. Black

1350196