# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | (Jointly administered) |
| | ) | |
| CIRCUIT CITY STORES, INC., et al. | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF SARA L. CHENETZ

THIS MATTER came before the Court on the Motion filed by Paul M. Black for the entry of an Order admitting Sara L. Chenetz, of the law firm of Sonnenschein Nath & Rosenthal, LLP, *pro hac vice* in the above referenced Bankruptcy Case (and related proceedings) pursuant to Local Rule 2090-1(E)(2). After review of the Motion and the statements therein, the Court finds that adequate notice of the Motion was provided, no other or further notice is necessary or required, and it is appropriate that Sara L. Chenetz be authorized to practice *pro hac vice* before this Court in this Bankruptcy Case (and related proceedings). Accordingly, it is hereby

Paul M. Black (VSB # 24861)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA 24002
Tel: 540-512-1804
Fax: 540-342-4480
Email: pblack@spilmanlaw.com

ORDERED that the Motion be and hereby is granted, and that Sara L. Chenetz of the law firm of Sonnenschein Nath & Rosenthal, LLP be and hereby is authorized to practice *pro hac vice* before this Court in this Bankruptcy Case (and related proceedings) on behalf of Sony Pictures Home Entertainment, Inc.

ENTER:    /    /

_____
United States Bankruptcy Judge

Requested:

/s/ Paul M. Black (VSB #24861)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA  24002
Telephone: 540-512-1804
Telecopier: 540-342-4480
Email: pblack@spilmanlaw.com


/s/ Sara L. Chenetz
Sonnenschein Nath & Rosenthal, LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Tel: 213-892-5024
Fax: 213-623-9924
Email: schenetz@sonnenschein.com


## **CERTIFICATE**

Pursuant to Local Rule 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that that all necessary parties to this action have endorsed the foregoing order.

s/ Paul M. Black_____