**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: | ) |
| | ) **Chapter 11** |
| **CIRCUIT CITY STORES, INC.** *et al.*, | ) Case No. 08-35653-KRH |
| | ) Jointly Administered |
| Debtors. | ) |

### CERTIFICATE OF SERVICE REGARDING DISCOVERY REQUESTS

I HEREBY CERTIFY that on February 25, 2009, a copy of (i) Lexar Media, Inc.'s First Set of Interrogatories to Debtors, and (ii) First Set of Requests for Admissions to Debtors was served via hand delivery to:

> Dion W. Hayes, Esquire
> Douglas M. Foley, Esquire
> McGuireWoods LLP
> One James Center
> 901 E. Cary Street
> Richmond, Virginia 23219

And by electronic mail to:

> Gregg M. Galardi, Esquire (gregg.galardi@skadden.com)
> Ian S. Fredericks, Esquire (ian.fredericks@skadden.com)
> Skadden, Arps, Slate, Meagher & Flom, LLP
> One Rodney Square, PO Box 636
> Wilmington, DE 19899-0636
>
> Chris L. Dickerson, Esquire (chris.dickerson@skadden.com)
> Skadden, Arps, Slate, Meagher & Flom, LLP
> 333 West Wacker Drive
> Chicago, Illinois 60606

> Respectfully submitted,
>
> LEXAR MEDIA, INC.
>
> By Counsel

-2-

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia  22102
703.905.2800


By:    /s/ Dylan G. Trache
       Valerie P. Morrison, Va. Bar No. 24565
       Dylan G. Trache, Va. Bar No. 45939

Counsel to Lexar Media, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February 2009, a copy of the foregoing Certificate of Service Regarding Discovery Requests was sent by hand delivery to:

>Dion W. Hayes, Esquire
>Douglas M. Foley, Esquire
>McGuireWoods LLP
>One James Center
>901 E. Cary Street
>Richmond, Virginia 23219

And by electronic mail to:

>Gregg M. Galardi, Esquire (gregg.galardi@skadden.com)
>Ian S. Fredericks, Esquire (ian.fredericks@skadden.com)
>Skadden, Arps, Slate, Meagher & Flom, LLP
>One Rodney Square, PO Box 636
>Wilmington, DE 19899-0636
>
>Chris L. Dickerson, Esquire (chris.dickerson@skadden.com)
>Skadden, Arps, Slate, Meagher & Flom, LLP
>333 West Wacker Drive
>Chicago, Illinois 60606

   /s/ Dylan G. Trache
Dylan G. Trache

12965018.1