## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No: 08-35653-KRH** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

### ORDER GRANTING LEAVE TO
### FILE INTERLOCUTORY APPEAL

Upon (a) the Motion of the landlords listed on Exhibit A attached hereto (the "Landlords")

for leave to file an interlocutory appeal from this Court's order docketed January 26, 2009 styled

"Findings of Fact and Conclusions of Law From Hearing Held December 22, 2008 on Motion to

Compel Payment of Postpetition Rent" (the "Motion"), (b) the Notice of Appeal filed substantially

contemporaneously therewith, (c) the consent of the Debtor to the Motion, evidenced by the

endorsement of counsel to the Debtor at the foot of this order, and (d) the Certification to Court of

Appeals By All Parties, which certification was filed in the office of the clerk of this Court on

February 23, 2009, and for good cause shown, it is hereby

ORDERED that the Motion is granted, and the Landlords are hereby given leave to appeal

as requested in the Motion, the Court noting and acceding to the Certification to Court of Appeals

on Official Form 24 filed jointly by the Landlords and Debtor Circuit City Stores, Inc., they being

---

Augustus C. Epps, Jr., VSB No. 13254
Michael D. Mueller, VSB No. 38216
Jennifer M. McLemore, VSB No. 47164
Noelle M. James, VSB No. 76001
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219-3095
Telephone:  804-697-4104
Facsimile:  804-697-6104

Counsel to the Landlords listed
on Exhibit A

all the parties to the Notice of Appeal and the Motion.

ENTER:            /          /


_____
United States Bankruptcy Judge

We ask for this:


/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr., VSB No. 13254
Michael D. Mueller, VSB No. 38216
Jennifer M. McLemore, VSB No. 47164
Noelle M. James, VSB No. 76001
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219-3095
Telephone:  804-697-4104
Facsimile:   804-697-6104

Counsel to the Landlords listed
on Exhibit A


/s/ Douglas M. Foley by Augustus C. Epps, Jr. w/permission
Dion W. Hayes, VSB No. 34304
Douglas M. Foley, VSB No. 34364
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219
Telephone:  804-775-1000

Counsel to the Debtors

2

<u>C E R T I F I C A T E</u>

I hereby certify that the foregoing order has been endorsed on behalf of all necessary

parties.


/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

**<u>SERVICE LIST</u>**

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200
Richmond, Virginia  23219-3095

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia  23219

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meacher & Flom, LLP
One Rodney Square
P. O. Box 636
Wilmington, Delaware  19899-0636

**EXHIBIT A**

|     | Landlord |
| --- | --- |
| 1.  | Brighton Commercial LLC |
| 2.  | Carousel Center Company, L.P. |
| 3.  | Cedar Development Ltd. |
| 4.  | Drexel Delaware Limited Partnership |
| 5.  | Fingerlakes Crossing, LLC |
| 6.  | Generation One and Two, LP |
| 7.  | GRI-EQY (Sparkleberry Square) LLC |
| 8.  | Hamilton Crossing I, LLC |
| 9.  | Inland American Retail Management LLC |
| 10. | Inland Commercial Property Management, Inc. |
| 11. | Inland Continental Property Management Corp. |
| 12. | Inland Pacific Property Services LLC |
| 13. | Inland Southwest Management LLC |
| 14. | Inland US Management LLC |
| 15. | Kimco Realty Corporation |
| 16. | La Habra Imperial, LLC |
| 17. | Madison Waldorf LLC |
| 18. | Myrtle Beach Farms Co., Inc. |
| 19. | N.P. Huntsville Limited Liability Company |
| 20. | Rancon Realty Fund IV |
| 21. | RREEF Management Company |
| 22. | Sangertown Square, LLC |
| 23. | Starpoint Property Management, LLC |
| 24. | The Macerich Company |
| 25. | The Portland Investment Company of America |
| 26. | The Prudential Insurance Company of America |
| 27. | UnCommon, Ltd. |

928144v1

5