IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL AGREED ORDER PURSUANT TO
SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULE 2014 AUTHORIZING THE RETENTION AND
EMPLOYMENT OF JEFFERIES & COMPANY, INC. AS FINANCIAL
ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The Court having entered its Order Pursuant to Sections 328 and 1103 of the Bankruptcy

Code and Bankruptcy rule 2014 Authorizing the Retention and Employment of Jefferies &

Company, Inc. as Financial Advisors to the Official Committee of Unsecured Creditors (the "First

Jefferies Retention Order") on January 20, 2009 [Docket 1682], and being advised that the Official

Committee of Unsecured Creditors desires to extend the authorization of employment of Jefferies

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073) | Lynn L. Tavenner (VA Bar No. 30083) |
| Robert J. Feinstein (NY Bar No. RF – 2836) | Paula S. Beran (VA Bar No. 34679) |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Tavenner & Beran, PLC |
| Pachulski Stang Ziehl & Jones LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 11th Floor | Richmond, VA  23219 |
| Los Angeles, CA  90067-4100 | Telephone:  (804) 783-8300 |
| Telephone:  (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |
| Counsel for the Official Committee of Unsecured Creditors | Co-Counsel for the Official Committee of Unsecured Creditors |

& Company, Inc. ("Jefferies") from February 6, 2009 as contemplated by the First Jefferies Retention Order until March 5, 2009, and the Court having been informed that the Debtors consent to the entry of this Order, and that other good cause appearing for the Committee's continued employment of Jefferies pursuant to the terms of this Order, it is hereby

ORDERED that the Committee is authorized to continue to employ Jefferies pursuant to the terms of the First Jefferies Order, as modified by this Order, through and including March 5, 2009; and it is further

ORDERED that the Jefferies shall be entitled to a monthly fee of $100,000 (the "Reduced Monthly Fee") for services rendered to the Committee for the period February 6, 2009 through March 5, 2009, provided, however, that the Reduced Monthly Fee will not cover any expert testimony that Jefferies is asked by the Committee to provide, which expert testimony will be billed separately at a fee to be agreed to between the Committee and Jefferies; and it is further,

ORDERED that the Committee and Jefferies may agree to further extend the Committee's employment of Jefferies beyond March 5, 2009 with the consent of the Debtors and the Office of the United States Trustee by submitting a consent order to the Court without further hearing; and it is further

ORDERED that except to the extent modified by this Order, the First Jefferies Order shall remain in full force and effect.

Dated: Richmond, Virginia
_____, 2009

_____
THE HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

**WE ASK FOR THIS:**

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd. 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-227-6910
Facsimile: 310-201-0760
E-mail: rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Official Committee of Unsecured Creditors
Holding Unsecured Claims

**SEEN AND AGREED:**

*/s/ Douglas M. Foley* (per email dated 2/20/09)
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

-and-

Douglas M. Foley (VA Bar No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for the Debtors and Debtors in Possession

**SEEN AND NO OBJECTION:**


__/s/ *Robert B. Van Arsdale* (per email dated 2/20/09) ___
Robert B. Van Arsdale (VSB# 17483)
Assistant U.S. Trustee
**Office of the U.S. Trustee**
701 East Broad Street, Suite 4304
Richmond, VA 23219
(804) 771-2310
(804) 771-2330 (Facsimile)


## CERTIFICATION

I hereby certify that the foregoing proposed Order has been either served on or endorsed by all necessary parties.


_____/s/ *Lynn L. Tavenner*_____
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178