UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al. , | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING MOTION OF SCHIMENTI CONSTRUCTION COMPANY, LLC
FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE**

Upon review of the Motion brought by Schimenti Construction Company, LLC ("Schimenti Construction") for an Order granting leave to attend hearing by telephone filed by counsel, and it appearing that the motion having been served upon counsel for N Plainfield, VF LLC, counsel for Circuit City Stores, Inc. et al, (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that Schimenti Construction Company, LLC's Motion for Leave of Court to Attend Hearing by Telephone is GRANTED and Patrick M. Birney and Peter E. Strniste, Jr. are permitted to appear and be heard by telephone at the hearing on February 25, 2009 at 2:00 p.m. on behalf of Schimenti Construction Company, LLC.

Date: Feb 24 2009    /s/ Kevin Huennekens
_____    _____
    Hon. Kevin R. Huennekens
    United States Bankruptcy Judge

Entered on Docket: 2/24/09

_____
Tara L. Elgie (Va. Bar No. 48259)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5982
tara.elgie@leclairryan.com

*Counsel for Schimenti Construction Company, LLC*

WE ASK FOR THIS:

/s/  Tara L. Elgie
Tara L. Elgie (Va. Bar No. 48259)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5982
tara.elgie@leclairryan.com

-AND-

Peter E. Strniste
Patrick M. Birney
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
pstrniste@rc.com
Tel.: (860) 275-8339
Fax: (860) 275-8299
*Counsel for Schimenti Construction Company, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 23rd day of February 2009, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and mailed, by U.S. Mail, first class, postage prepaid, to all persons appearing below:

William A. Gray, Esquire
Lisa Taylor Hudson, Esquire
SANDS ANDERSON MARKS & MILLER
801 E. Main Street, Suite 1800
Richmond, Va 23219-1998

Stephanie Goldstein, Esquire
Kalman Ochs, Esquire
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
*Counsel for North Plainfield VF LLC*

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510
*Counsel for Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
Ones James Center
901 E. Cary Street
Richmond, VA  23219
*Counsel for Debtors*

Gregg M. Galardi, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
Post Office Box 636
Wilmington, Delaware  19899-0636
*Counsel for Debtors*

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom, LLC
333 West Wacker Drive
Chicago, IL  60606
*Counsel for Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219
*Office of the U.S. Trustee*

Linda K. Myers, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL  60601
*Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts  02108
*Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClairRyan
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Richmond, Virginia  23219
*Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
*Counsel for the Official Committee of Unsecured Creditors*

4

Robert J. Feinstein, Esquire
Pachulski Strang Ziehl & Jones LLP
780 Third Aenue, 26th Floor
New York, New York  10017
*Counsel for the Creditors Committee*

/s/  Tara L. Elgie
Tara L. Elgie (Va. Bar No. 48259)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
Telephone: (703) 684-8007
Facsimile:  (703) 647-5982
tara.elgie@leclairryan.com

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj              Page 1 of 1                  Date Rcvd: Feb 24, 2009
Case: 08-35653                Form ID: pdforder            Total Served: 5

The following entities were served by first class mail on Feb 26, 2009.
aty          +David S. Berman,   Riemer & Braunstein,   Three Center Plaza, 6th Floor,   Boston, MA 02108-2003
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
             +Chris L. Dickerson, Esq.,   Skadden Arps et al,   333 West Wacker Dr.,   Chicago, IL 60606-1220
             +Linda K. Meyers, Esq.,   Kirkland & Ellis LLP,   200 East Randolph Dr.,   Chicago, IL 60601-6611
             +Stephanie Goldstein, Esq./Kalman Ochs, Esq.,   Fried Frank et al,   One New York Plaza,
               New York, NY 10004-1980

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2009**                    **Signature:**    _Joseph Speetjens_