Paul M. Black
Spilman Thomas & Battle, PLLC
P. O. Box 90
310 First Street, Suite 1100
Roanoke, VA 24002
Telephone: (540) 512-1804
Facsimile: (540) 342-4480
Email: pblack@spilmanlaw.com

      -and-

Carole Neville
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Tel: 212-768-6889
Fax: 212-768-6800
Email: cneville@sonnenschein.com

 Counsel for Sony Pictures Home Entertainment Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | (Jointly administered) |
| | ) | |
| CIRCUIT CITY STORES, INC., et als. | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | |
| _____ Debtor | ) | |

## MOTION FOR ADMISSION PRO HAC VICE OF CAROLE NEVILLE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)

Paul M. Black, (the "Movant") hereby moves the United States Bankruptcy Court

for the Eastern District of Virginia, pursuant to Local Rule 2090-1(E)(2), for an order

authorizing Carole Neville, an attorney with the law firm of Sonnenschein Nath & Rosenthal, LLP, to appear *pro hac vice* before the Bankruptcy Court in the above referenced bankruptcy case (the "Bankruptcy Case") to represent Sony Pictures Home Entertainment, Inc. during the course of this matter, and in support thereof, respectfully states as follows:

1.    Movant is a member in good standing of the bar of the Supreme Court of Virginia and admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2.    Carole Neville is a member in good standing of the State Bars of Massachusetts and New York, and is admitted to practice in the highest courts of those states.

3.    Movant requests that the Court authorize Ms. Neville to file pleadings in, to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings), on behalf of Sony Pictures Home Entertainment Inc.  Movants' law firm will appear as local counsel with Ms. Neville in the Bankruptcy Case (and related proceedings).

4.    Notice of this Motion has been given to: (a) counsel for the Debtors; (b) the Office of the United States Trustee, and (c) all persons receiving electronic notice of filings in the Bankruptcy Case as of the date hereof.

5.    Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that the Bankruptcy

Court waive the requirement that this motion be accompanied by a written memorandum of law.

6.      No prior request for the relief sought herein has been made to the Bankruptcy Court in these Bankruptcy Cases or to any other court.

WHEREFORE, Movant requests that the Bankruptcy Court enter an order authorizing Carole Neville to appear *pro hac vice* in the Bankruptcy Case (and related proceedings) in substantially the same form attached as Exhibit A hereto and grant such other and further relief as the Bankruptcy Court deems just and proper.

Dated: February 27, 2009

s/ Paul M. Black
Paul M. Black
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA 24002
Tel: 540-512-1804
Fax: 540-342-4480
Email: pblack@spilmanlaw.com

## DECLARATION PURSUANT TO 28 U.S.C. § 1746

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

/s/ Paul M. Black
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA 24002
Tel: 540-512-1804
Fax: 540-342-4480
Email: pblack@spilmanlaw.com

/s/ Carole Neville
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Tel: 212-768-6889
Fax: 212-768-6800
Email: cneville@sonnenschein.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2009, a true copy of the foregoing document was sent to all creditors and parties in interest who are included in the Bankruptcy Court's ECF e-mail notification system in this case.

s/ Paul M. Black

1350433