UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION FOR
ADMISSION PRO HAC VICE OF JOHN F. VENTOLA**

The matter came before the Court upon the Motion for Admission Pro Hac Vice of John F. Ventola (the "Motion") filed by Troy Savenko, seeking admission pro hac vice for John F. Ventola, of the law firm Choate, Hall & Stewart LLP, in the above-styled bankruptcy case (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E).  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that John F. Ventola be authorized to practice pro hac vice before the Court in this Bankruptcy Case, it is hereby

ORDERED as follows:

1. The Motion is granted.

2. John F. Ventola, of the law firm of Choate, Hall & Stewart LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of PlumChoice, Inc.

ENTERED: _____

_____
UNITED STATES BANKRUPTCY JUDGE

_____
GREGORY KAPLAN, PLC
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA  23218-2470
Phone: (804) 423-7921
Fax: (804) 230-0024

*Counsel to PlumChoice, Inc.*

I ASK FOR THIS:

/s/ Troy Savenko
Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, Virginia  23218-2470

*Counsel to PlumChoice, Inc.*

## Rule 90221-1 Certification

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Troy Savenko

## SERVICE LIST

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219
*Assistant United States Trustee*

Dion W. Hayes
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219
*Counsel to Debtors*

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Sq.
PO Box 636
Wilmington, DE 19899
*Counsel to Debtors*

John F. Ventola
Choate, Hall & Stewart LLP
Two International Place
Boston, Massachusetts 02110
*Counsel to PlumChoice, Inc.*