IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  Case No. 08-35653-KRH

CIRCUIT CITY STORES, INC., et al.  Chapter 11 (Jointly administered)

Debtors,

## AMENDED VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION PURSUANT TO BANKRUPTCY RULE 2019

I, Paul K. Campsen, Esq., on behalf of Kaufman & Canoles, a professional corporation ("K&C"), files this amended verified statement, in accordance with Bankruptcy Rule 2019, with respect to its legal representation of: (i) Lea Company, a Virginia general partnership, the assignee from Newport News Shopping Center, LLC; (ii) Crossways Financial Associates, LLC; (iii) Vance Baldwin, Inc.; (iv) Tritronics, Inc.; (v) Ramco West Oaks I, LLC, (vi) Ramco JW, LLC; (vii) RLV Village Plaza, LP; (viii) RLV Vista Plaza, LP; (ix) Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and Faram Muskegon, LLC, as tenants in common, (x) MHW Warner Robins, LLC; (xi) Google, Inc., (collectively, the "Creditors") and state as follows:

1. The names and addresses of the Creditors co-represented by K&C in this matter are as follows:

Lea Company, a Virginia general partnership,
the assignee from Newport News
  Shopping Center, LLC
P. O. Box 2008
Virginia Beach, VA 23450

Crossways Financial Associates, LLC
c/o Harbor Group International, LLC
999 Waterside Drive, Suite 2300
Norfolk, VA 23510

Paul K. Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele: (757) 624-3000
Fax: (757) 624-3169
*Counsel for Lea Company, a Virginia general partnership,
the Assignee from Newport News Shopping Center, LLC, et al.*

Ramco West Oaks I, LLC
c/o Ramco – Gershenson
31500 Northwestern Hwy., Suite 300
Farmington Hills, MI 48334

Ramco JW, LLC
c/o Ramco – Gershenson
31500 Northwestern Hwy., Suite 300
Farmington Hills, MI 48334

RLV Village Plaza, LP
c/o Ramco - Gershenson
31500 Northwestern Hwy., Suite 300
Farmington Hills, MI 48334

RLV Vista Plaza, LP
c/o Ramco - Gershenson
31500 Northwestern Hwy., Suite 300
Farmington Hills, MI 48334

Rebs Muskegon, LLC, Pelkar Muskegon, LLC,
& Faram Muskegon, LLC, as Tenants in Common
c/o Broder & Sachse Real Estate Services, Inc.
260 E. Brown St., Suite 200
Birmingham, MI 48009

Vance Baldwin, Inc.
c/o Ronald Gellert, Esq.
Ecert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Tritronics, Inc.
c/o Ronald Gellert, Esq.
Ecert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Google, Inc.
c/o Wendy W. Smith, Esq.
Binder & Malter, LLP
2775 Park Avenue
Santa Clara CA 95050

MHW Warner Robins, LLC
c/o Corporate Property Group, Inc.
7332 Office Park Place, Suite 101
Melbourne, FL 32940

2. The Creditors currently hold or will hold unsecured pre-petition claims, unsecured lease rejection damage claims and/or administrative priority claims for unpaid post-petition rent and other charges under their respective leases with the Debtors or, in the case of Google, Inc., unpaid post-petition advertisement expenses, which constitute an administrative claim. The full amount of each of the Creditors' claims is undetermined at this time.

3. The Creditors are billed monthly at K&C's normal hourly rates for its partners, of counsel, associates, and legal assistants for time spent and costs incurred in providing legal services.

4.  The Creditors have all retained K&C to represent them with respect to their interests in connection with the above captioned case. All parties are aware of, and have consented to, K&C's joint representation of other clients in this case.

5.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 27, 2009

                              Kaufman & Canoles, a
                              professional corporation

                      By: /s/ Paul K. Campsen
                                Of Counsel

Paul K Campsen, Esq. (VSB No. 18133)
Kaufman & Canoles, a professional corporation
150 West Main Street, Suite 2100
Norfolk, VA 23510
Tele: (757) 624-3000
*Counsel for Lea Company, a Virginia general partnership,
the Assignee from Newport News Shopping Center, LLC, et al.*

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Verified Statement of Multiple Representation Pursuant to Bankruptcy Rule 2019 was sent on this 27th day of February, 2009, to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

                              /s/ Paul K. Campsen

:1448348\1