IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:

CIRCUIT CITY STORES, INC., et al.

Debtors.

Case No. 08-35653-KRH

Chapter 11 (Jointly administered)

### AMENDED ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND REQUEST FOR COPIES OF DISCLOSURE STATEMENT AND PLANS OF REORGANIZATION

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firms of Kaufman & Canoles P.C. and Kupelian Ormond & Magy, P.C., enter their respective appearances on behalf of Ramco West Oaks I, LLC, a Delaware limited liability company, Ramco JW, LLC, a Delaware limited liability company, RLV Village Plaza, LP, a Delaware limited partnership, RLV Vista Plaza, LP, a Delaware limited partnership, Rebs Muskegon, LLC, a Delaware limited liability company, Pelkar Muskegon, LLC, a Delaware limited liability company, and Faram Muskegon, LLC, a Delaware limited liability company, as Tenants in Common, and Geenen DeKock Properties, L.L.C. (collectively, the "Landlords").

Pursuant to Section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 2002(g), the Landlords request that notice of all matters specified in Rules 2002(a), 2002(b), 2002(c) and 2002(f) of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or

Paul K. Campsen, Esq.
 VSB No. 18133
Kaufman & Canoles, a
 professional corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA  23514
Tele:    (757) 624-3000
Fax:    (757) 624-3169

Terrance A. Hiller, Esq.
 Michigan Bar No. P55699
David M. Blau, Esq.
 Michigan Bar No. P52542
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, MI  48075
Tele:    (248) 357-0000
Fax:    (248) 357-7488

*Co-Counsel for Ramco West Oaks I, LLC, Ramco JW, LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and Faram Muskegon, LLC, as Tenants in Common, and Geenen DeKock Properties, L.L.C.*

affecting interested parties, including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following address:

>Paul K. Campsen, Esq.
>Kaufman & Canoles
>150 West Main Street, Suite 2100
>Norfolk, VA  23510
>Tele:   (757) 624-3000
>Fax:    (757) 624-3169
>E-mail:

>Terrance A. Hiller, Jr., Esq.
>David M. Blau, Esq.
>Kupelian Ormond & Magy, P.C.
>25800 Northwestern Highway, Suite 950
>Southfield, MI  48075
>Tele:   (248) 357-0000
>Fax:    (248) 357-7488
>E-mail:

Pursuant to Rule 3017 of Federal Rules of Bankruptcy Procedure, the Landlords further request that copies of all disclosure statements and plans of reorganization, together with any accompanying notices, be mailed to them as set forth above.

Respectfully submitted,

| Kaufman & Canoles, a professional corporation | Kupelian Ormond & Magy, P.C. a professional corporation |
|---|---|
| By: /s/ Paul K. Campsen<br>Paul K. Campsen, Esq.<br>  VSB No. 18133<br>Kaufman & Canoles, a<br>  professional corporation<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>Tele: (757) 624-3000 | By: /s/ David M. Blau<br>Terrance A. Hiller, Jr., Esq.<br>  Michigan Bar No. P55699<br>David M. Blau, Esq.<br>  Michigan Bar No. P52542<br>Kupelian Ormond & Magy, P.C.<br>25800 Northwestern Highway, Suite 950<br>Southfield, MI 48075<br>Tele: (248) 357-0000 |

Co-Counsel for Ramco West Oaks I, LLC, Ramco JW, LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, and Rebs Muskegon, LLC, Pelkar Muskegon, LLC and Faram Muskegon, LLC, as Tenants in Common, Geenen DeKock Properties, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2009, I forwarded a copy of the foregoing by electronic means or by first class mail, postage prepaid, to the persons required to be served.

143227