IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                          Case No. 08-35653-KRH

**CIRCUIT CITY STORES, INC., et al.**           Chapter 11 (Jointly administered)

Debtors.

**AMENDED VERIFIED STATEMENT OF MULTIPLE CREDITOR
REPRESENTATION PURSUANT TO BANKRUPTCY RULE 2019**

I, David M. Blau, Esq., Kupelian Ormond & Magy, P.C. and Kaufman & Canoles P.C., hereby file this verified statement, in accordance with Bankruptcy Rule 2019, with respect to their legal representation of Ramco West Oaks I, LLC, Ramco JW, LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, and Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and Faram Muskegon, LLC, as Tenants in Common, Geenen DeKock Properties, L.L.C. and state as follows:

1.   The names and addresses of the creditors co-represented by Kupelian Ormond & Magy, P.C. and Kaufman & Canoles P.C. in this matter are as follows:

| | |
|---|---|
| Ramco West Oaks I, LLC<br>c/o Ramco – Gershenson<br>31500 Northwestern Hwy.<br>Suite 300<br>Farmington Hills, MI 48334 | Ramco JW, LLC<br>c/o Ramco - Gershenson<br>31500 Northwestern Hwy.<br>Suite 300<br>Farmington Hills, MI 48334 |

| | |
|---|---|
| Paul K. Campsen, Esq.<br>  VSB No. 18133<br>Kaufman & Canoles, a<br>  professional corporation<br>150 West Main Street (23510)<br>Post Office Box 3037<br>Norfolk, VA  23514<br>Tele:     (757) 624-3000<br>Fax:      (757) 624-3169 | Terrance A. Hiller, Esq.<br>  Michigan Bar No. P55699<br>David M. Blau, Esq.<br>  Michigan Bar No. P52542<br>Kupelian Ormond & Magy, P.C.<br>25800 Northwestern Highway, Suite 950<br>Southfield, MI 48075<br>Tele:     (248) 357-0000<br>Fax:      (248) 357-7488 |

*Co-Counsel for Ramco West Oaks I, LLC, Ramco JW, LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and Faram Muskegon, LLC, as Tenants in Common, and Geenen DeKock Properties, L.L.C*

RLV Village Plaza, LP  
c/o Ramco – Gershenson  
31500 Northwestern Hwy.  
Suite 300  
Farmington Hills, MI 48334

RLV Vista Plaza, LP  
c/o Ramco - Gershenson  
31500 Northwestern Hwy.  
Suite 300  
Farmington Hills, MI 48334

Rebs Muskegon, LLC, Pelkar Muskegon, LLC, and Faram Muskegon, LLC, as Tenants in Common  
c/o Broder & Sachse Real Estate Services, Inc.  
260 E. Brown St., Ste. 200  
Birmingham, MI 48009

Geenen DeKock Properties, L.L.C.  
12 West 8th Street, Ste. 250  
Holland, MI 49423-3179

2. The Landlords currently hold or will hold unsecured pre-petition claims, unsecured lease rejection damage claims and/or administrative priority claims for unpaid post-petition rent and other charges under their respective leases with the Debtors. The full amount of each of the Landlords' claims is undetermined at this time.

3. The Landlords are billed monthly at KOM's normal hourly rates for its shareholders, directors, associates, and legal assistants for time spent and costs incurred in providing legal services.

4. The Landlords have all retained KOM to represent them with respect to their interests in connection with the above captioned case. All parties are aware of and have consented to KOM's joint representation of other shopping center clients in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Kaufman & Canoles, a professional corporation | Kupelian Ormond & Magy, P.C. a professional corporation |
|---|---|
| By: /s/ Paul K. Campsen<br>Paul K. Campsen, Esq.<br>VSB No. 18133<br>Kaufman & Canoles, a professional corporation<br>150 West Main Street, Suite 2100<br>Norfolk, VA 23510<br>Tele: (757) 624-3000 | By: /s/ David M. Blau<br>Terrance A. Hiller, Jr., Esq.<br>Michigan Bar No. P55699<br>David M. Blau, Esq.<br>Michigan Bar No. P52542<br>Kupelian Ormond & Magy, P.C.<br>25800 Northwestern Highway, Suite 950<br>Southfield, MI 48075<br>Tele: (248) 357-0000 |

Co-Counsel for Ramco West Oaks I, LLC, Ramco JW, LLC, RLV Village Plaza, LP, RLV Vista Plaza, LP, Rebs Muskegon, LLC, Pelkar Muskegon, LLC and Faram Muskegon, LLC, as Tenants in Common, and Geenen DeKock Properties, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2009, I forwarded a copy of the foregoing by electronic means or by first class mail, postage prepaid, to the persons required to be served.

_____