Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL WITH RESPECT TO APPEAL OF 502-12 86TH STREET LLC, COTTONWOOD CORNERS PHASE V, LLC AND WOODLAWN TRUSTEES, INCORPORATED**

The debtors and debtors in possession in the above-captioned jointly administered cases and appellees in this appeal (collectively, the "Debtors" or "Appellees")[1] hereby

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company,

*(cont'd)*

1

designate pursuant to Bankruptcy Rule 8006 the following items

to be included in the record with respect to the appeal filed by

502-12 86th Street LLC, Cottonwood Corners Phase V, LLC and

Woodlawn Trustees, Incorporated (the "Appellants"), in addition

to the items included in Appellant's designation filed on

February 18, 2009 (D.I. 2221):

### Designation of Additional Items to be Included in the Record on Appeal

1.   Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 21)

2.   Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 and Federal Rules of Bankruptcy Procedure 2002 and 4001 (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral; (II) Granting Adequate Protection; and (III) Scheduling Interim and Final Hearings (D.I. 23)

---

*(cont'd from previous page)*

LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

3.      Corrected Declaration of Bruce H. Besanko,
        Executive Vice President and Chief Financial
        Officer of Circuit City Stores, Inc., in Support
        of Chapter 11 Petitions and First Day Pleadings
        (D.I. 79)


4.      Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and
        554 and Fed. R. Bankr. P. 6006 Authorizing
        Rejection of Unexpired Leases of Nonresidential
        Real Property and Abandonment of Personal
        Property Effective as of the Petition Date (D.I.
        81)


5.      Notice of Filing of Motion and Entry of Interim
        Order Pursuant to 11 U.S.C. Sections 105, 361,
        362, 363 and 364 and Rules 2002, 4001 and 9014 of
        the Federal Rules of Bankruptcy Procedure (I)
        Authorizing Incurrence by the Debtors of
        Postpetition Secured Indebtedness With Priority
        Over All Secured Indebtedness and With
        Administrative Superpriority, (II) Granting Liens,
        (III) Authorizing Use of Cash Collateral by the
        Debtors Pursuant to 11 U.S.C. Section 363 and
        Providing for Adequate Protection, (IV) Modifying
        the Automatic Stay and (V) Scheduling a Final
        Hearing; Final Hearing to be Held on December 5,
        2008 at 10:00 a.m. (ET) (D.I. 100)


6.      Landover Crossing LLC's Objection to Order
        Pursuant to 11 U.S.C. Sections 105(a), 365(a) and
        554 and Fed. R. Bankr. P. 6006 Authorizing
        Rejection of Unexpired Leases of Non-Residential
        Real Property and Abandonment of Personal
        Property Effective as of the Petition Date (D.I.
        229)


7.      Objection by Cardinal Capitol Partners, Inc. and
        Affiliate to the Debtors' Motion to Reject
        Certain Unexpired Leases of Non-Residential Real

Property and the Order Granting that Motion (D.I. 246)

8.   Objection by the Balogh Companies and Certain Affiliates to the Debtors' Motion to Reject Certain Unexpired Leases of Non-Residential Real Property and the Order Granting that Motion (D.I. 247)

9.   The Leben Family Limited Partnership and It's General and Limited Partners' Objection to Order Pursuant to 11 U.S.C. Sections 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 255)

10.  Objection of Inland US Management LLC to Order Pursuant to 11 U.S.C. Sections 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Non-Residential Real Property and Abandonment of Personal Property Effective as of the Petition Date (D.I. 256)

11.  Limited Objection of CK Richmond Business Services # 2 Limited Liability Company to the Debtors' Motion to Reject Certain Unexpired Leases of Non-Residential Real Property and the Order Granting that Motion (D.I. 257)

12.  Objection of Inland Commercial Property Management, Inc. to Order Pursuant to 11 U.S.C. Sections 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection and Abandonment of Personal Property Effective as of the Petition Date (D.I. 259)

13.   Objection of Premier Retail Interiors, Inc., as
      Successor In Interest to Quantum Fine Casework,
      Inc. to Order Pursuant to 11 U.S.C. Sections
      105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006
      Authorizing Rejection of Unexpired Leases of Non-
      Residential Real Property and Abandonment of
      Personal Property Effective as of The Petition
      Date (D.I. 271)

14.   Limited Objection of Dick's Sporting Goods, Inc.
      to Debtors' Motion for Order Pursuant to 11 U.S.C.
      Sections 105(a), 365(a), and 554 and Fed. R.
      Bankr. P. 6006 Authorizing Rejection of Unexpired
      Leases of Nonresidential Real Property and
      Abandonment of Personal Property Effective as of
      the Petition Date (D.I. 275)

15.   Objection of Generation One and Two, LP, Cohab
      Realty, LLC, Kimco Realty Corp., Chung Hee Kim,
      CC-Investors 1996-6, Union Square Retail Trust,
      Gateway Center Properties III, LLC and SMR
      Gateway III, LLC as Tennants in Common,
      Whitestone Development Partners, L.P., KRG Market
      Street Village, LP, International Speedway Square,
      Ltd., Kite Coral Springs, LLC and Fishers Station
      Development Co. to Debtors' Motion for Entry of
      Order Pursuant to Bankruptcy Code Sections 105,
      363 and 365 (I) Assuming The Agency Agreement
      Among the Debtors, Hilco Merchant Resources, LLC
      and Gordon Brothers Retail Partners, LLC, and (II)
      Authorizing the Debtors to Continue Agency
      Agreement Sales Pursuant to Store Closing
      Agreement (D.I. 276)

16.   Limited Objection of Golf Galaxy, Inc. to Order
      Pursuant to 11 U.S.C. Sections 105(a), 365(a),
      and 554 and Fed. R. Bankr. P. 6006 Authorizing
      Rejection of Unexpired Leases and Subleases of
      Nonresidential Real Property and Abandonment of

Personal Property Effective as of the Petition
Date (D.I. 277)

17.   Objection by OLP 6609 Grand, LLC to the Debtors'
      Motion to Reject Certain Unexpired Leases of
      Nonresidential Real Property (D.I. 342)

18.   Objection of Dollar Tree Stores, Inc. to the
      Order Pursuant to 11 U.S.C. §§ 105(A), 365(A) and
      554 and Fed. R. Bankr. P. 6006 Authorizing
      Rejection of Unexpired Leases of Nonresidential
      Real Property and Abandonment of Personal
      Property Effective as of the Petition Date (D.I.
      351)

19.   Joinder of Landlords in Limited Objection to
      Order Pursuant to 11 U.S.C. Sections 105(a),
      365(a) and 554 and Fed. R. Bankr. P. 6006
      Authorizing Rejection of Unexpired Leases and
      Subleases of Non-Residential Real Property and
      Abandonment of Personal Property Effective as of
      the Petition Date (Docket No. 277)(D.I. 354)

20.   Limited Objection of Melvin Walton Hone to Order
      Pursuant to 11 U.S.C. Sections 105(a), 365(a) and
      554 of Fed. R. Bankr. P. 6006 Authorizing
      Rejection of Unexpired Leases and Subleases of
      Non-Residential Real Property and Abandonment of
      Personal Property Effective as of the Petition
      Date (D.I. 368)

21.   Bond C.C. I Delaware Business Trust's Objection
      to Debtors' Motion for Order Pursuant to 11 U.S.C.
      §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P.
      6006 Authorizing Rejection of Unexpired Leases of
      Nonresidential Real Property and Abandonment of
      Personal Property Effective as of the Petition

Date and Order Granting Requested Relief (D.I. 378)

22.   Transcript of November 10, 2008 hearing entered on November 25, 2008 (D.I. 384)

23.   Notice of Filing of Executed DIP Credit Agreements (D.I. 425)

24.   Amended Objection of Carrollton Arms, LLC to the Debtors' Motion to Reject Leases and Abandon Personal Property (D.I. 437)

25.   Amended Objection and Joinder in Objections of Manufacturers and Traders Trust Company to the Debtors' Motion to Reject Certain Unexpired Leases of Nonresidential Real Property as of the Petition Date and the Order Granting That Motion Pursuant to 11 U.S.C. Sections 105(a), 365(a), and 554 and Fed. R. Bankr. P. 6006 (D.I. 576)

26.   Debtors' Omnibus Reply to Objections and in Support of Motion of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 365(a), and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of Petition Date (D.I. 664)

27.   Corrected Interim Order Pursuant to 11 U.S.C Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness with Priority Over All Secured Indebtedness and with Administrative Superpriority, (2) Granting Liens, (3)

Authorizing Use of Cash Collateral by the Debtors
Pursuant to 11 U.S.C. Section 363 and Providing
for Adequate Protection, (4) Modifying the
Automatic Stay and (5) Scheduling a Final Hearing
(D.I. 823)

28. Amended Joinder of Galleria Plaza, Ltd. to
Limited Objection of Dick's Sporting Goods, Inc.
to Order Pursuant to 11 U.S.C. Sections 105(a),
365(a) and 554 and Fed. R. Bankr. P. 6006
Authorizing Rejection of Unexpired Leases and
Subleases of Nonresidential Real Property and
Abandonment of Personal Property Effective as of
the Petition Date (D.I. 927)

29. Final Order Pursuant to 11 U.S.C. Sections 105,
361, 362, 363 and 364 and Rules 2002, 4001 and
9014 of the Federal Rules of Bankruptcy Procedure
(1) Authorizing Incurrence by the Debtors of
Post-Petition Secured Indebtedness With Priority
Over All Secured Indebtedness and With
Administrative Superpriority, (2) Granting Liens,
(3) Authorizing Use of Cash Collateral by the
Debtors Pursuant to 11 U.S.C. Section 363 and
Providing for Adequate Protection and (4)
Modifying the Automatic Stay (D.I. 1262)

Dated: February 27, 2009
       Richmond, Virginia

                            SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

            - and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

            - and -

MCGUIREWOODS LLP


/s/ Douglas M. Foley          .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and
Debtors in Possession