David H. Cox, Esquire (VSB # 19613)
dcox@jackscamp.com
John Matteo, Esquire (VSB # 35054)
jmatteo@jackscamp.com
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437
(202) 457-1600 – telephone
(202) 457-1678 – facsimile

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re:** | ) Chapter 11 <br> ) Case No. 08-35653-KRH <br> ) |
| **CIRCUIT CITY STORES, INC., et al.,** | ) (Jointly Administered) <br> ) |
| **Debtors,** | ) <br> ) <br> ) |

### STATEMENT OF MULTIPLE REPRESENTATION PURSUANT TO RULE 2019

Jackson & Campbell, P.C. ("J&C"), hereby notes its representation of more than one creditor in the above-styled Chapter 11 cases and makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. J&C has been retained by multiple creditors or interested parties to serve as counsel to represent their respective interests in the above-styled Chapter 11 cases of Circuit City Stores, Inc., et al ("Circuit City").

2. J&C is counsel for the creditors whose names, addresses, the nature of whose claims or interests and the times of the acquisition thereof, except as to claims alleged to have

been acquired more than one year prior to the filing of said petition, are as follows:

>Port Arthur Holdings, III, Ltd.
>c/o Charles W. Shears
>SDI Realty, Ltd.
>712 Main Street, 29th Floor
>Houston, Texas 77002
>Nature of Claim: Landlord

>610 & San Felipe, Inc.
>c/o Mike Martin
>11219 – 100th Avenue
>Edmonton, Alberta T5K 0J1
>Nature of Claim: Landlord

3. Regarding the pertinent facts and circumstances in connection with the employment of J&C, with each of the above-referenced parties, J&C was engaged either directly by the party, the party's general counsel, or other counsel for the party to render advice and counsel in connection with the above-styled Chapter 11 cases.

4. J&C has disclosed this multiple representation to each of its above-referenced clients and has determined that its representation of such clients will not present a conflict.

5. As for a copy of the instrument, if any, whereby J&C is empowered to act on behalf of creditors, J&C is employed only as counsel and is not authorized by instrument or otherwise to act for any client except in that capacity.

6. This statement is made by David H. Cox, an attorney at law duly admitted to the bar of the Commonwealth of Virginia and an attorney in the law firm of Jackson & Campbell, P.C., under penalty of perjury, and is verified to be true and correct as of the date hereof to the best of his knowledge and belief.

Dated: February 27, 2009                          JACKSON & CAMPBELL, P.C.


                                                  By: /s/ David H. Cox
                                                          Director



                                                  David H. Cox, Esquire (VSB # 19613)
                                                  dcox@jackscamp.com
                                                  John Matteo, Esquire (VSB # 35054)
                                                  jmatteo@jackscamp.com
                                                  JACKSON & CAMPBELL, P.C.
                                                  1120 Twentieth Street, N.W.
                                                  South Tower
                                                  Washington, D.C. 20036-3437
                                                  (202) 457-1600 – telephone
                                                  (202) 457-1678 – facsimile

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Statement of Multiple Representation Pursuant to Rule 2019 has been served on the parties receiving electronic notice via the Court's CM/ECF system, as appropriate, by electronic means and by First Class Mail (postage prepaid) on the following attached Service List and on the following parties via US regular mail, on this the 27th day of February, 2009.

Circuit City Stores, Inc.
Attn: Reginald D. Hedgebeth
Attn: Daniel W. Ramsey
9950 Maryland Drive
Richmond, Virginia 23233

*Debtors*

Daniel F. Blanks, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510

*Counsel for the Debtors*

Dion W. Hayes, Esquire
James S. Sheerin, Esquire
Sarah Beckett Boehm, Esquire
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

*Counsel for the Debtors*

Gregg Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

*Counsel for the Debtors*

Chris L. Dickerson, Esquire
Skadden Arps, Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, Illinois 60606

 *Counsel for the Debtors*

Robert B. Van Arsdale, Esquire
Office of the U. S. Trustee
701 East Broad Street
Suite 4304
Richmond, Virginia 23219

 *Office of the United States Trustee for
 the Eastern District of Virginia, Richmond Division*

Linda K. Myers, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

 *Special Counsel for Debtors*

David S. Berman, Esquire
Riemer & Braunstein LLP
Three Center Plaza
Sixth Floor
Boston, Massachusetts 02108

 *Counsel for Bank of America, N.A.*

Bruce Matson, Esquire
LeClair Ryan
Riverfront Plaza, East Tower
951 East Byrd Street
Eighth Floor
Richmond, Virginia 23219

 *Counsel for Bank of America, N.A.*

Lynn L. Tavenner, Esquire
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, Virginia 23219

*Counsel for the Official Committee of
Unsecured Creditors*

Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
Twenty-Sixth Floor
New York, New York 10017

*Counsel for the Creditors Committee*

By: /s/ David H. Cox