IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------------x
: 
In re: : Case No. 08-35653 (KRH)
: 
CIRCUIT CITY STORES, INC., et al., : Chapter 11
: 
                  Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that **P.C. Richard & Son, Inc.**, by and through its attorneys, Farrell Fritz, P.C., hereby enters its appearance and requests, pursuant to Sections 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that any and all notices given or required to be given in these cases and all papers served or required to be served in these cases, be delivered to and be served upon:

        Ted A. Berkowitz
        **Farrell Fritz, P.C.**
        **1320 RexCorp Plaza**
        **Uniondale, New York 11556-1320**
        Tel:    **(516) 227-0700**
        Fax:   **(516) 227-0777**
        **tberkowitz@farrellfritz.com**

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests,

complaints, demands, replies, answers, schedules of assets and liabilities and statement of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) the right to trial by jury in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notices of all contested matters, adversary proceedings or other proceedings in these cases.

Dated: Uniondale, New York
      February 27, 2009

FARRELL FRITZ, P.C.

By:   /s/ Ted A. Berkowitz     .
Ted A. Berkowitz
1320 RexCorp Plaza
Uniondale, New York 11556-1320
Tel: (516) 227-0700
Fax: (516) 227-0777
*Attorneys for P.C. Richard & Son, Inc.*