Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
            Debtors.          : Jointly Administered
- - - - - - - - - - - - - - - x

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON
         MARCH 3, 2009 AT 10:00 A.M. (EASTERN)**

         Set forth below are the matters previously scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on March 3, 2009 beginning at 10:00 a.m. Eastern.

**I.     RESOLVED MATTERS**

1.  Circuit City Stores, Inc.'s Motion to Dismiss Complaint (Docket No. 7) (<u>In re Greystone Data Systems, Inc. v. Circuit City Stores, Inc.</u>, Adversary No. 08-3150 (KRH))

    Related Documents:

    a.  Complaint for Declaratory Judgment, Imposition of Constructive Trust, and Turnover of Funds Held in Trust (Docket No. 1)

    Objection Deadline:        February 23, 2009 at 4:00 p.m.

    Objections/ Responses Filed:        None.

    Status:        The Complaint was withdrawn on February 25, 2009.

2.  Motion of National Retail Properties, Inc. for Allowance of Administrative Claims for Post Petition Rent (Docket No. 1891)

    Objection Deadline:        February 24, 2009 at 4:00 p.m.

    Objections/ Responses Filed:        None.

    Status:        This matter has been resolved. No hearing is necessary.

3.  Application for Allowance and Payment of Administrative Expense, by Holyoke Crossing Limited Partnership II (Docket No. 1943)

    Objection Deadline:        February 24, 2009 at 4:00 p.m., extended for the Debtors until February 27, 2009

    Objections/ Responses Filed:        None.

|   |   |
|---|---|
| Status: | This matter has been resolved. No hearing is necessary. |

4. Amended Motion of Columbia Plaza Shopping Center Venture for an Order Compelling Payment of Post-Petition Rent Pursuant to 11 U.S.C. Section 365(d)(3), with Notice of Motion (Docket Nos. 1878 and 1997)

   Related Documents:

   a. Amended Notice of Motion and Hearing (Docket Nos. 2063, 2198 and 2222)

   Objection Deadline: February 24, 2009 at 4:00 p.m.

   Objections/ Responses Filed: None.

   Status: This matter has been resolved. No hearing is necessary.

5. Motion and Supporting Memorandum of MDS Realty II, LLC for (A) an Order Compelling Debtors to Immediately Pay Administrative Expenses Pursuant to 11 USC Sections 365(d)(3) and 503(b) and (B) Granting Related Relief (Docket No. 2026)

   Related Documents:

   a. Notice of Motion and Hearing (Docket No. 2041)

   Objection Deadline: February 24, 2009 at 4:00 p.m.

   Objections/ Responses Filed: None.

   Status: This matter has been resolved. No hearing is necessary.

**II. CONTINUED/ADJOURNED MATTERS**

6. Motion for Order Under 11 U.S.C. Sections 105, 362 and 541 and Fed. R. Bankr. P. 3001 and 3002 Establishing Notice, Hearing, and Sell-Down Procedures for Trading in Equity

3

       Securities and Claims Against the Debtors' Estates (Docket No. 20)

       Related Documents:

       a.    Interim Order Under 11 U.S.C. 105, 362 And 541 And Fed. R. Bankr. P. 3001 And 3002 Establishing Notice, Hearing, And Sell-Down Procedures For Trading In Equity Securities And Claims Against The Debtors Estates And Setting Hearing (Docket No. 135)

       Objection Deadline:    November 22, 2008 at 4:00 p.m.

       Objections/ Responses Filed:

       a.    Informal Response of the Securities Exchange Commission

       b.    Informal Response of the Official Committee of Unsecured Creditors

       Status:    The informal response of the SEC has been resolved. This matter has been adjourned until March 30, 2009 at 10:00 a.m.

7.    Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 21)

       Related Documents:

       a.    Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 81)

       Objection Deadline:    December 18, 2008 at 4:00 p.m.

       Objections/ Responses Filed:

a.  Limited Objection by Dick's Sporting Goods, Inc. to Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 275)

Status:  This matter has been adjourned until March 30, 2009 at 10:00 a.m.

b.  Limited Objection by Golf Galaxy, Inc. to Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 277)

Status:  This matter has been adjourned until March 30, 2009 at 10:00 a.m.

c.  Objection of Dollar Tree Stores, Inc. to the Order Pursuant to 11 U.S.C. Sections 105(A), and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 351)

   Related Documents:

   (i)  Response of Chalek Company, LLC, (Landlord) to Objection of Dollar Tree Stores, Inc. (Sublessee) to the Order Pursuant to 11 U.S.C. §§ 105(A), and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases and Subleases of Nonresidential Real Property and Abandonment of Personal Property as of the Petition Date (Docket No. 1481)

   (ii) Notice of Withdrawal of Response of Chalek Company, LLC (Docket No. 1778)

Status:  This matter has been adjourned until March 30, 2009 at 10:00 a.m.

d.  Joinder of Landlord, 120 Orchard, 427 Orchard LLC and FT Orchard LLC in Limited Objection to Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment

5

      of Personal Property Effective as of the Petition Date (Docket No. 354)

      Related Documents:

      (i)  Landlords' 120 Orchard, 427 Orchard LLC and FT Orchard LLC Motion and Supporting Memorandum for an Order Compelling Payment of Post-Petition Rent and Granting Related Relief and Supplement to Joinder in Limited Objection (Docket Nos. 277 and 354) (Docket No. 949)

Status:   This matter has been adjourned until March 30, 2009 at 10:00 a.m.

e.  Joinder of Galleria Plaza, Ltd. to Limited Objection of Dick's Sporting Goods, Inc. To Order Pursuant To 11 U.S.C. Sections 105(a), 365(a) And 554 And Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases and Subleases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 719)

      Related Documents:

      (i)  Amended Joinder Of Galleria Plaza, Ltd. To Limited Objection Of Dick's Sporting Goods, Inc. To Order Pursuant To 11 U.S.C. Sections 105(a), 365(a) And 554 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Unexpired Leases And Subleases Of Nonresidential Real Property And Abandonment Of Personal Property Effective As Of The Petition Date (Docket No. 927)

Status:   This matter has been adjourned until March 30, 2009 at 10:00 a.m.

f.  Debtors' Omnibus Reply to Objections and in Support of Motion of the Debtors for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a), 365(a) and 554 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property Effective as of the Petition Date (Docket No. 664)

Status:   This matter has been adjourned until March 30, 2009 at 10:00 a.m.

       General
       Status:        This matter has been adjourned until March 30, 2009 at 10:00 a.m.

8. Motion of TomTom, Inc. for an Order Under Sections 105, 362, and 363 Modifying the Automatic Stay to Permit the Exercise of Setoff and/or Recoupment Rights Against the Debtors, and Notice of Motion (Docket No. 1052)

    Related Documents:

    a. Amended Notice of Motion and Hearing (Docket No. 1244)

    Objection Deadline:    January 12, 2009 at 4:00 p.m.

    Objections/Responses Filed:

    a. Debtors' Objection to Tomtom, Inc.'s Motion for an Order Under Sections 105, 362 And 363 Modifying The Automatic Stay To Permit The Exercise Of Setoff And/Or Recoupment Rights Against The Debtors (Docket No. 1475)

    b. Reply to the Debtor's Objection to the Motion for an Order Under Sections 105, 362, and 363 Modifying the Automatic Stay to Permit the Exercise of Setoff and/or Recoupment Rights Against the Debtors (Docket No. 1529)

    Status:    This matter has been adjourned until March 30, 2009 at 10:00 a.m.

9. Motion of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket No. 1128)

    Related Documents:

    a. Notice of Motion and Hearing (Docket No. 1135)

    b. Amended Notice of Motion and Hearing (Docket No. 1242)

    c. Exhibits to Motion of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket Nos. 1288, 1289, 1290, 1291, 1292, 1293)

>       Objection
>       Deadline:         February 6, 2009 at 4:00 p.m., extended for
>                         the Debtors until April 7, 2009 at 4:00 p.m.
>
>       Objections/
>       Responses
>       Filed:            None at the time of filing this agenda.
>
>       Status:           This matter has been adjourned until April
>                         14, 2009 at 10:00 a.m.

10.   Motion of General Instrument Corporation Doing Business as
      the Home & Networks Mobility Business of Motorola Inc. for
      Allowance and Payment of Administrative Expense Claim
      Pursuant to 11 U.S.C. Section 503(b)(9) (Docket No. 1134)

>       Related
>       Documents:
>
>       a.    Notice of Motion and Hearing (Docket No. 1136)
>
>       b.    Amended Notice of Motion and Hearing (Docket No. 1243)
>
>       c.    Notice of Filing Exhibit to Motion (Docket Nos. 1281,
>             1282, 1283, 1284, 1285, 1286, 1287)
>
>       Objection
>       Deadline:         February 6, 2009 at 4:00 p.m., extended for
>                         the Debtors until April 7, 2009 at 4:00 p.m.
>
>       Objections/
>       Responses
>       Filed:            None at the time of filing this agenda.
>
>       Status:           This matter has been adjourned until April
>                         14, 2009 at 10:00 a.m.

11.   Debtors' Motion for Order Approving Stipulation by and among
      the Debtors and International Business Machines Corporation
      Pursuant to Bankruptcy Code Sections 105 and 363 and
      Bankruptcy Rule 9019 (Docket No. 1419)

>       Related
>       Documents:
>
>       a.    Notice of Motion and Hearing (Docket No. 1420)
>
>       b.    Motion for an Order Setting an Expedited Hearing
>             (Docket No. 1421)

8

      c.    Order Setting an Expedited Hearing (Docket No. 1709)

      Objection Deadline:    January 16, 2009 at 10:00 a.m.

      Objections/Responses Filed:    Informal Response of the Official Committee of Unsecured Creditors

      Status:    This matter has been adjourned until April 14, 2009 at 10:00 a.m.

12. Motion of Plumchoice, Inc. for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) to Permit Termination of Dispatch Agreement and Request for Related Relief Including Approval of Shortened Notice Period (Docket No. 1498)

      Objection Deadline:    January 27, 2009 at 4:00 p.m., extended for the Debtors until February 11, 2009 at 7:00 p.m.

      Objections/Responses Filed:

      a.    Debtors' Response to the Motion of Plumchoice, Inc. for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) to Permit Termination of Dispatch Agreement and Request for Related Relief Including Approval of Shortened Notice Period (Docket No. 2069)

      Status:    This matter has been adjourned until March 13, 2009 at 10:00 a.m.

13. Motion of AOL LLC for Payment of Administrative Expense Claim (Docket No. 1760)

      Related Documents:

      a.    Notice of Motion and Hearing (Docket No. 1761)

      b.    Corrected Notice of Motion and Hearing (Docket No. 1776)

      Objection

```
     Deadline:          February 6, 2009 at 4:00 p.m., extended for
                        the Debtors until March 26, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda.

     Status:            This matter has been adjourned until March
                        30, 2009 at 10:00 a.m.

14.  Corrected Motion of Platform-A for Payment of Administrative
     Expense Claim (Docket No. 1763)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1757)

     b.   Corrected Notice of Motion and Hearing (Docket No.
          1777)

     Objection
     Deadline:          February 6, 2009 at 4:00 p.m., extended for
                        the Debtors until March 26, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda.

     Status:            This matter has been adjourned until March
                        30, 2009 at 10:00 a.m.

15.  Motion of Federal Warranty Services Corporation, Sureway,
     Inc., American Bankers Insurance Company of Florida, and
     United Service Protection, Inc. To Compel Assumption Or
     Rejection Of Agreements Between The Assurant Companies And
     Circuit City Stores, Inc., Or In The Alternative Motion For
     Relief From Stay To Terminate Agreements, And Memorandum In
     Support (Docket Nos. 1794 and 1813)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket Nos. 1796 and
          1816)

     Objection
     Deadline:          February 11, 2009 at 4:00 p.m., extended for
                        the Debtors until March 23, 2009 at 4:00 p.m.
```

Objections/
Responses
Filed:            None at the time of filing this agenda.

Status:           This matter has been adjourned until March
                  30, 2009 at 10:00 a.m.

16. Motion of Plumchoice, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b) and 507(a) and Request for Related Relief (Docket No. 1832)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 1833)

    b.   Affidavit of Daniel Baker in Support of Motion of Plumchoice, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b) and 507(a) and Request for Related Relief (Docket No. 1942)

    Objection
    Deadline:     February 11, 2009 at 4:00 p.m., extended for
                  the Debtors until February 11, 2009 at 7:00
                  p.m.

    Objections/
    Responses
    Filed:

    a.   Debtors' Preliminary Objection to Motion of Plumchoice, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b) and 507(a) and Request for Related Relief (Docket No. 2068)

    b.   PlumChoice, Inc.'s Reply to Debtors' Preliminary Objection and Response to Motion of PlumChoice, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. §§ 503(b) and 507(a) and Request for Related Relief (Docket No. 2288)

    Status:       This matter has been adjourned until March
                  13, 2009 at 10:00 a.m.

17. Motion for Approval of Administrative Rent Claim, by Congressional North Associates Limited Partnership (Docket No. 1884)

11

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 1886)

       Objection
       Deadline:      April 23, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:         None at the time of filing this agenda.

       Status:        This matter has been adjourned until April 28, 2009 at 10:00 a.m.

18. Motion and Supporting Memorandum of Law of GMS Golden Valley Ranch LLC for Order Allowing and Compelling Payment of Administrative Rent and Granting Related Relief, with Notice of Motion (Docket No. 1900)

       Objection
       Deadline:      February 24, 2009 at 4:00 p.m., extended for the Debtors until March 23, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:         None at the time of filing this agenda.

       Status:        This matter has been adjourned until March 30, 2009 at 10:00 a.m.

19. Debtors' Motion for Orders Under Bankruptcy Code Sections 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (Docket No. 1946)

       Related
       Documents:

       a.    Notice of Hearing (Docket No. 1947)

       b.    Order under Bankruptcy Code Sections 105, 363, and 265 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and

        Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (Docket No. 2242)

    c.    Notice of February Lease Bid Deadline, Auction Date and Related Objection Deadline and Sale Hearing Date (Docket No. 2245)

    d.    Supplemental Order Under Bankruptcy Code Sections 105, 363, and 365 Approving Amended Bid Deadline in Connection with Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases (Docket No. 2346)

    e.    Notice of Amended March Bid Deadline – New Deadline: March 3, 2009 at 4:00 p.m. (Eastern) (Docket No. 2351)

Objection
Deadline:    March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:    None at the time of filing this agenda.

Status:    This matter has been adjourned until March 13, 2009 at 10:00 a.m. for the sale, assumption and assignment of March Leases, if any.

20.    Motion of Applied Predictive Technologies, Inc. for Payment of Administrative Expense Claim (Docket No. 1961)

Related
Documents:

    a.    Notice of Motion and Hearing (Docket No. 1962)

Objection
Deadline:    February 27, 2009 at 4:00 p.m. extended for the Debtors until March 26, 2009 at 4:00 p.m.

Objections/
Responses
Filed:    None at the time of filing this agenda

Status:    This matter has been adjourned until March 30, 2009 at 10:00 a.m.

21. Motion and Supporting Memorandum of Polaris Circuit City, LLC for an Order (A) Compelling Debtor to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b), and (B) Granting Related Relief (Docket No. 2071)

    Related Documents:

    a. Notice of Motion and Hearing (Docket No. 2074)

    Objection Deadline: February 24, 2009 at 4:00 p.m., extended for the Debtors until April 24, 2009 at 4:00 p.m.

    Objections/Responses Filed:

    a. Debtors' Objection to Motion and Supporting Memorandum of Polaris Circuit City, LLC for an Order (A) Compelling Debtor to Immediately Pay Administrative Rent Pursuant to 11 U.S.C. Sections 365(d)(3) and 503(b), and (B) Granting Related Relief (Docket No. 2332)

    Status: This matter has been adjourned until April 28, 2009 at 10:00 a.m. The parties have agreed that the movant may file an amended motion/reply by no later than April 14, 2009 and the Debtors may file a supplemental objection/response by no later than April 24, 2009.

22. Motion of DirecTV, Inc. for Relief from the Automatic Stay to Effect Setoff and Memorandum of Points and Authorities in Support Thereof (Docket No. 2082)

    Related Documents:

    Objection Deadline: February 26, 2009 at 4:00 p.m.

    Objections/Responses Filed:

    a. Debtors' Objection to Motion of DirecTV, Inc. for Relief from the Automatic Stay to Effect Setoff and

14

        Memorandum of Points and Authorities in Support Thereof (Docket No. 2331)

    Status:        This matter has been adjourned until March 30, 2009 at 10:00 a.m.

### III. UNCONTESTED MATTERS

23. Debtors' Motion for Orders Pursuant to Bankruptcy Code Section 105 and 363 and Bankruptcy Rule 6004(I) Approving Procedures in Connection with Sale of Excluded Defective Inventory, (II) Approving Sale of Such Inventory Free and Clear of all Interests and (III) Granting Related Relief (Docket No. 1944)

    Related Documents:

    a.    Notice of Motion and Hearing (Docket No. 1945)

    Objection Deadline:    February 11, 2009 at 4:00 p.m.

    Objections/Responses Filed:    None at the time of filing this agenda.

    Status:    The Debtors are awaiting approval from the Creditors' Committee. In the event the Debtors do not receive Committee approval, this matter is going forward to approve the sale of defective inventory according to the asset purchase agreement with Hyper Microsystems, Inc.

24. Motion for Orders under Bankruptcy Code Sections 105 and 363 and Bankruptcy Rules 2002 and 6004 (I) Approving Bidding Procedures, (II) Setting Auction and Sale Hearing Date, (III) Authorizing and Approving Sale by Seller of Certain Real Property Located in Phoenix, Arizona Free and Clear of Liens and (IV) and Granting Related Relief (Docket No. 2125)

    Related Documents:

    a.    Notice of Motion and Hearing (Docket No. 2126)

    Objection Deadline:    February 24, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:    None at the time of filing this agenda.

    Status:    This matter is going forward.

25. Debtors' Amended Fourth Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a), 365(a) and 554 and Bankruptcy Rule 6006 Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property (Docket Nos. 2215 and 2238)

    Related
    Documents:

    a. Notice of Motion and Hearing (Docket Nos. 2216 and 2239)

    Objection
    Deadline:    February 27, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:    None at the time of filing this agenda.

    Status:    This matter is going forward.

26. Debtors' Motion for an Order Under Bankruptcy Code Section 1121(d) Extending Exclusive Periods During Which Debtors May File and Solicit Acceptances of a Plan of Liquidation (Docket No. 2234)

    Related
    Documents:

    a. Notice of Motion and Hearing (Docket No. 2235)

    Objection
    Deadline:    February 27, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:    None at the time of filing this agenda.

    Status:    This matter is going forward.

27. Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Unexpired Leases of Personal Property Between the Debtors, International

16

>    Business Machines Corporation and IBM Credit LLC (Docket No.
>    2262)
>
>    Related
>    Documents:
>
>    a.   Notice of Motion and Hearing (Docket No. 2263)
>
>    Objection
>    Deadline:        February 27, 2009 at 4:00 p.m.
>
>    Objections/
>    Responses
>    Filed:           Informal response of International Business
>                     Machines Corporation and IBM Credit LLC
>
>    Status:          The informal response has been resolved. This
>                     matter is going forward.

**IV.   CONTESTED MATTERS**

28. Motion of D.L. Peterson Trust as Assignee of PHH Vehicle
    Management Services, LLC to Compel Rejection of Lease
    Agreements and for Relief from the Automatic Stay (Docket
    Nos. 1956 and 1969)

    Related
    Documents:

    a.   Motion for Expedited Hearing and to Shorten Objection
         Deadline (Docket No. 1957)

    b.   Order Granting Motion to Expedite (Docket No. 2024)

    Objection
    Deadline:         February 11, 2009 at 5:00 p.m., extended for
                      the Debtors until February 16, 2009

    Objections/
    Responses
    Filed:

    a.   Debtors' Objection to Motion of D.L. Peterson Trust as
         Assignee of PHH Vehicle Management Services, LLC to
         Compel Rejection of Lease Agreements and for Relief
         from the Automatic Stay (Docket No. 2194)

    Status:           This matter is going forward.

29. Motion for Entry of an Order Granting Adequate Protection

and Granting Allowance and Payment of Administrative Expense Claim, by Cole CC Taunton MA, LLC, et al. (Docket No. 2115)

Related Documents:

a.  Notice of Motion and Hearing (Docket No. 2117)

Objection
Deadline:        February 27, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.  Debtors' Objection to Motion for an Order Granting Adequate Protection and Granting Allowance and Payment of Administrative Expense Claim (Docket No. 2343)

Status:          This matter is going forward.

30. Motion of Dentici Family Limited Partnership to Compel Immediate Payment of Post-Petition Portion of 2008 Real Estate Tax Obligations, Plus Attorney Fees (Docket No. 2259)

Related Documents:

a.  Notice of Motion and Hearing (Docket No. 2260)

Objection
Deadline:        February 27, 2009 at 4:00 p.m., extended for the Debtors until March 1, 2009

Objections/
Responses
Filed:

a.  Debtors' Objection to Motion of Dentici Family Limited Partnership to Compel Immediate Payment of Post-Petition Portion of 2008 Real Estate Tax Obligations, Plus Attorney Fees (Docket No. 2356)

Status:          This matter is going forward.

Dated: March 2, 2009     SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia  FLOM, LLP
                           Gregg M. Galardi, Esq.
                           Ian S. Fredericks, Esq.
                           P.O. Box 636
                           Wilmington, Delaware 19899-0636
                           (302) 651-3000

                                    - and -

                           SKADDEN, ARPS, SLATE, MEAGHER &
                           FLOM, LLP
                           Chris L. Dickerson, Esq.
                           333 West Wacker Drive
                           Chicago, Illinois 60606
                           (312) 407-0700

                                    - and -

                           MCGUIREWOODS LLP


                            /s/ Douglas M. Foley         .
                           Dion W. Hayes (VSB No. 34304)
                           Douglas M. Foley (VSB No. 34364)
                           One James Center
                           901 E. Cary Street
                           Richmond, Virginia 23219
                           (804) 775-1000

                           Counsel for Debtors and Debtors
                           in Possession


\7896802.1