Gregg M. Galardi, Esq.　　　　　　　Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.　　　　　　Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &　　MCGUIREWOODS LLP
FLOM, LLP　　　　　　　　　　　　　　One James Center
One Rodney Square　　　　　　　　　 901 E. Cary Street
PO Box 636　　　　　　　　　　　　　 Richmond, Virginia 23219
Wilmington, Delaware 19899-0636　 (804) 775-1000
(302) 651-3000

           - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - - -x
In re:                          :  Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :  1Case No. 08-35653 (KRH)
et al.,                         :
                                :
              Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - - -x
```

**ORDER GRANTING DEBTORS' MOTION FOR ORDER SHORTENING NOTICE
PERIOD AND LIMITING NOTICE ON DEBTORS' MOTION FOR
ORDER UNDER BANKRUPTCY CODE SECTIONS 105, 363(b)
AND 503(c)(3) APPROVING A WIND DOWN INCENTIVE AND RETENTION
PLAN AND AUTHORIZING PAYMENT OF WIND DOWN INCENTIVE
AND RETENTION PAY TO PLAN PARTICIPANTS**

Upon consideration of the Debtors' Motion for Order

Shortening Notice Period (the "Motion") of Debtor's Motion

for Order under Bankruptcy Code Sections 105, 363(b) and

503(c)(3) Approving a Wind Down Incentive and Retention Plan

and Authorizing Payment of Wind Down Incentive and Retention Pay to Plan Participants (the "Incentive and Retention Plan Motion"); and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED.

2. Notice of the Incentive and Retention Plan Motion is shortened so that it may be heard, considered and ruled upon by the Court at the hearing currently scheduled for February 25, 2009.

3. Notice of the Incentive and Retention Plan Motion is limited to the parties as set forth in the Motion.

      4.   This Court will retain jurisdiction with respect to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia

              _____, 2009

              _____
              UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

   - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley

\7486191