# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
___Richmond___ Division

In re   Circuit City Stores, Inc.                                   Case No. 08-35653-KRH

Adv. Proceeding No. _____

**Debtor(s)**

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on _1/2/09 and Amended 1/5/09_

The parties included in the Appeal to the District Court:

**APPELLANT(S):** Developers Diversified Realty Investors, General Growth Properties, Inc., Weingarten Realty Investors, Basser-Kaufman, Inc., Philips International Holding Corp., Regency Centers, L.P., AAC Management Corp., Jones Lang LaSalle Americas, Inc., Continental Properties Co., and

**ATTORNEY:** Benderson Development Company, LLC
David J. Ervin, Washington Harbour, Ste. 400, 3050 K St., NW, Washington DC 20007
Robert J. LeHane, 101 Park Ave., New York, NY 10178-0002

**APPELLEE(S):** Circuit City Stores, Inc., et al

**ATTORNEY:**  Dion W. Hayes, Esq. (Local Counsel)    Gregg M. Galardi, Esq
One James Ctr, 901 E. Cary St.         One Rodney Square
Richmond, VA 23219                     Wilmington, DE 19899

Brief Description of Judgment/Order Appealed: Decision, dated December 22, 2008, denying the various motions for an O compelling the Debtors to immediately pay post-petition rent pursuant to sections 365(d)(3) and 503(b)(1)(A) of the Bankr Code (Order Not Entered on Docket)

Date Judgment/Order Entered: January 26, 2009

1. Filing Fees:  A. Notice of Appeal - Filing Fee $5.00    (×) Paid    ( ) Not Paid
                 B. Appeal Docket Fee - $250.00            (×) Paid    ( ) Not Paid    ( ) Deferred. See attached
2. (×) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. (×) Copies of items designated by Appellant/Appellee have ~~not yet~~ been submitted pursuant to FRBP 8006 and LBR 8

WILLIAM C. REDDEN, Clerk of the Court
Date: March 03, 2009               By: /s/ Jennifer A. Jafarbay _____, Deputy Clerk

### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Lo Bankruptcy Rule 8006-1 has not been filed within ten (10) days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of the Court
By: _____, Deputy Clerk

**District Clerk - Please complete and return second copy.**
DISTRICT COURT CASE NUMBER **3:09CV123**    Date **3/3/2009**

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                                  [apptrans ver. 11/01/03]

*Judge Hudson*