Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                              :
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
        Debtors.              :    Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a),
365(a) AND 554 AND BANKRUPTCY RULE 6006 AUTHORIZING
REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY AND ABANDONMENT OF PERSONAL PROPERTY**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order, under Bankruptcy Code sections

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

105(a), 365(a) and 554 and Bankruptcy Rule 6006, authorizing the Debtors to (i) reject certain unexpired leases of real property, including any amendments, modifications or subleases thereto, as set forth on the attached Exhibit A (collectively, the "Leases"), and any guaranties thereof, effective as of the Construction Stores Rejection Date, the Service Center Rejection Date, the Store Lease Rejection Date, the Pearl Ridge Mall Rejection Date and the Office Property Rejection Date (each as defined in the Motion) or such date as the Debtors return keys to the Premises (as defined herein) to the landlord (collectively, the "Rejection Date") and (ii) abandon any equipment, furniture or fixtures located at the premises covered by the Leases (the "Premises"); and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and

good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. The Leases and any guaranties thereof are hereby rejected effective as of the Rejection Date; provided, however, notwithstanding the foregoing, the rejection date for Pearl Ridge shall be February 27, 2009. The Building Lease, but not the Ground Lease nor any sublease associated with the Ground Lease, is rejected as of the Rejection Date. Any subleases associated with the Leases or the Premises are hereby rejected effective as of the Rejection Date. The landlords for the Leases (the "Landlords") are entitled to immediate possession of the Premises as of the Rejection Date. Nothing in this paragraph 2 shall preclude a Landlord from seeking rejection damages against a guarantor of a rejected guaranty, in addition to such Landlord's right to seek rejection damages under the Bankruptcy Code.

3. Pursuant to Bankruptcy Code section 554, the Debtors are authorized to abandon any and all

3

improvements, furniture, fixtures, equipment, inventory and/or any other personal property ("Abandoned Property") located at the Premises, and such Abandoned Property is deemed abandoned on the Rejection Date to the Landlords free and clear of all liens, claims and other interests. The Landlords may, in their sole discretion and without further notice, use, transfer or dispose of such Abandoned Property without liability to the Debtors or any third parties claiming an interest in such Abandoned Property.

4. On the Rejection Date the Debtors are deemed to quitclaim any interest in the real property and improvements at the Premises to the Landlords on an "as is, where is" basis and shall reasonably cooperate with the Landlords, at the sole cost and expense of Landlords, in connection with the execution and recording of such documents as may be reasonably necessary to effectuate such transfer of title or abandonment of the Abandoned Property and improvements at the Premises; *provided*, *however*, that nothing in this Order, including this paragraph 4, shall prejudice the rights, claims or defenses of Debtors and Landlords with

4

respect to (i) any tenant improvement allowances or other build-out charges under the Leases or (ii) any third party claims arising from the construction at any of the Premises, including claims arising from mechanics', materialmens' or laborers' lien, if any, which rights, claims and defenses are reserved.

5. Each counterparty to a Lease or any guaranty thereof shall have until thirty (30) days from the date this Order is entered on the docket to file a proof of claim on account any and all claims (as defined in the Bankruptcy Code), including (without limitation) claims arising from or related to rejection of its Lease or guaranty.

6. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

7. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:   Richmond, Virginia
         February __, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                              /s/ Douglas M. Foley

**EXHIBIT A**

**(Unexpired Leases of Real Property)**

**EXHIBIT A**
**Unexpired Leases of Real Property**

| Store # | Location Name | Landlord | Leaes Type | Rejection Date |
|---|---|---|---|---|
| 34 | Dallas Service Center | Dematteo Management Inc. (landlord) Solo Cup (subtenant) | Service Center | 2/15/09 |
| 45 | Philadelphia Service & Home Delivery Center | Little Britain Holding, LLC, c/o Flynn Company | Service Center | 2/15/09 |
| 843 | Rivergate Superstore | The Village At Rivergate LP | Store | 2/23/09 |
| 1603 | Longview Micro-Superstore | Campbell Properties LP | Store | 2/23/09 |
| 1610 | Waco Mini-Superstore | CC Investors 1995-2 | Store | 2/23/09 |
| 1624 | College Station Superstore | Inland Western College Station Gateway II, LP | Store | 2/23/09 |
| 1627 | Florence Mini-Superstore | BPP-SC LLC | Store | 2/23/09 |
| 1638 | Cheyenne Micro-Superstore | Millman 2000 Charitable Trust | Store | 2/23/09 |
| 3189 | Dayton 2 Superstore | Macy's Central | Store | 2/23/09 |
| 3196 | Dayton 3 Superstore | Shoppes Of Beavercreek, LLC | Store | 2/23/09 |
| 3226 | Cool Springs Superstore | Thoroughbred Village GP | Store | 2/23/09 |
| 3202 | Gainesville Mini-Superstore | Circuit Investors #2 Ltd. | Store | 2/23/09 |
| 3229 | Midland Mini-Superstore | CC Investors 1995-5 | Store | 2/23/09 |
| 3230 | High Point Superstore | CC - Investors 1996-12 | Store | 2/23/09 |
| 3244 | Rocky Mount Micro-Superstore | Cobb Corners II, L. P. | Store | 2/23/09 |
| 3252 | Kingsport Micro-Superstore | CC Kingsport 98, LLC | Store | 2/23/09 |
| 3260 | Tulsa North Micro-Superstore | Southroads, LLC | Store | 2/23/09 |
| 3276 | Clarksville Micro-Superstore | Craig-Clarksville Tennessee, LLC | Store | 2/23/09 |
| 3354 | Pearl Ridge Mall | Watercress Associates LP | Pearl Ridge Mall | 2/27/09 |
| 3428 | San Luis Obispo Superstore | Irish Hills Plaza West II, LLC | Store | 2/23/09 |
| 3508 | Crossroads Superstore | Inland American Oklahoma City Penn, LLC | Store | 2/23/09 |
| 3510 | Tulsa South Superstore | TRC Associates, LLC | Store | 2/23/09 |
| 3515 | Bellevue Superstore | CCI Trust 1994-I; Lloyd Draper - Trustee | Store | 2/23/09 |
| 3521 | Jackson Superstore | CC Ridgeland 98 L.L.C. | Store | 2/23/09 |
| 3564 | Quail Springs Superstore | Memorial Square 1031, LLC | Store | 2/23/09 |
| 3606 | Lakeside Superstore | Bond-Circuit X Delaware Business Trust | Store | 2/23/09 |
| 3607 | Roseville Superstore | CC Roseville, LLC | Store | 2/23/09 |
| 3608 | Novi Superstore | Ramco West Oaks I LLC | Store | 2/23/09 |
| 3611 | Taylor Superstore | CC Investors 1996-14 | Store | 2/23/09 |
| 3613 | Westland Superstore | WMI/MPI Business Trust | Store | 2/23/09 |
| 3621 | Evansville Superstore | Evansville Developers LLC, G.B. | Store | 2/23/09 |
| 3630 | Saginaw Superstore | Somerville Saginaw LP | Store | 2/23/09 |
| 3631 | Flint Superstore | Daniel G. Kamin Flint, LLC | Store | 2/23/09 |
| 3635 | Lansing West Superstore | Covington Lansing Acquisition LLC | Store | 2/23/09 |
| 3705 | Spring Meadows Mini-Superstore | Suemar Realty, Inc | Store | 2/23/09 |
| 3733 | Steubenville Micro-Superstore | Landman, Deborah, Eli Landman, Zoltan Schwartz & Anna Schwar | Store | 2/23/09 |
| 3734 | Franklin Park Superstore | Suemar Realty, Inc. | Store | 2/23/09 |
| 3740 | Bangor Mini-Superstore | Sacco Of Maine, LLC | Store | 2/23/09 |
| 3748 | Yuma Las Palimillas Superstore | WCC Properties LLC | Store | 2/23/09 |
| 3750 | St. Clairsville Micro-Superstore | The St. Clairsville Parcel C.C. Development, LLC | Store | 2/23/09 |
| 3774 | Decatur Mini-Superstore | Decatur Plaza I, LLC | Store | 2/23/09 |
| 3776 | Brighton Superstore | Brighton Commercial, LLC | Store | 2/23/09 |
| 3820 | Greensburg, PA | Walnut Capital Partners - Lincoln Place LP | Constuction Store | 2/15/09 |
| 3830 | Glynn Isles Superstore | Cap Brunswick, LLC | Store | 2/23/09 |
| 3851 | Madison Heights Superstore | MDS Realty II, LLC | Store | 2/23/09 |
| 3863 | Troy Hills Shopping Center | Federal Realty Investment Trust | Constuction Store | 2/15/09 |
| 3865 | Fingerlakes Crossing "The City" Superstore | Fingerlakes Crossing, LLC | Store | 2/23/09 |
| 4141 | Homestead Shopping Center | DDR Homestead LLC, c/o Developers Diversified Realty Corp. | Constuction Store | 2/15/09 |
| 4142 | Marlton | Marlton VF, LLC c/o Vornado Realty Trust | Constuction Store | 2/15/09 |
| 4237 | Bunker Hills Shopping Center | I-10/Bunker Hill Associates, LP, c/o Fidelis Realty Partners, Ltd. | Constuction Store | 2/15/09 |
| 4246 | Baton Rouge Superstore | Ggp Mall Of Louisiana, LP | Store | 2/23/09 |
| 4309 | Alexandria Mall Superstore | Alexandria Main Mall LLC | Store | 2/23/09 |

| | | | | |
|---|---|---|---|---|
| 9039 | CCS Office (Westmoreland Telecenter) | Brandywine Grande C, LP | Office Property | 2/28/09 |
| 9101 [1] | Circuit City Corporate Headquarters (Dr1) (Building Lease only) | Lexington Corporate Properties, Inc. | Office Property | 2/28/09 |
| 4237 | Bunker Hills Shopping Center | I-10/Bunker Hill Associates, LP, c/o Fidelis Realty Partners, Ltd. | Constuction Store | 2/15/09 |
| 4246 | Baton Rouge Superstore | Ggp Mall Of Louisiana, LP | Store | 2/23/09 |
| 4309 | Alexandria Mall Superstore | Alexandria Main Mall LLC | Store | 2/23/09 |
| 9039 | CCS Office (Westmoreland Telecenter) | Brandywine Grande C, LP | Office Property | 2/28/09 |
| 9101 [1] | Circuit City Corporate Headquarters (Dr1) (Building Lease only) | Lexington Corporate Properties, Inc. | Office Property | 2/28/09 |

[1] This Order has no force or effect with respect to the Ground Lease nor any sublease associated with the Ground Lease. The Debtors only seek to reject the Building Lease as of February 28, 2009.