## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | (Jointly administered) |
| | ) | |
| CIRCUIT CITY STORES, INC., et als. | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | |
| _____Debtor_____ | ) | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE
## OF CAROLE NEVILLE

THIS MATTER came before the Court on the Motion filed by Paul M. Black for the entry of an Order admitting Carole Neville, of the law firm of Sonnenschein Nath & Rosenthal, LLP, *pro hac vice* in the above referenced Bankruptcy Case (and related proceedings) pursuant to Local Rule 2090-1(E)(2).  After review of the Motion and the statements therein, the Court finds that adequate notice of the Motion was provided, no other or further notice is necessary or required, and it is appropriate that Carole Neville be authorized to practice *pro hac vice* before this Court in this Bankruptcy Case (and related proceedings).  Accordingly, it is hereby

ORDERED that the Motion be and hereby is granted, and that Carole Neville of the law firm of Sonnenschein Nath & Rosenthal, LLP be and hereby is authorized to practice

Paul M. Black (VSB # 24861)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA 24002
Tel: 540-512-1804
Fax: 540-342-4480
Email: pblack@spilmanlaw.com

*pro hac vice* before this Court in this Bankruptcy Case (and related proceedings) on behalf

of Sony Pictures Home Entertainment Inc.

ENTER:        /        /

_____
United States Bankruptcy Judge

Requested:

**/s/ Paul M. Black**    (VSB #24861)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA  24002
Telephone: 540-982-3800
Telecopier: 540-342-4480
Email: pblack@spilmanlaw.com

**/s/ Carole Neville**
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Tel: 212-768-6889
Fax: 212-768-6800
Email: cneville@sonnenschein.com

## CERTIFICATE

Pursuant to Local Rule 9022-1 of the Local Rules of the United States Bankruptcy
Court for the Eastern District of Virginia, I certify that that all necessary parties to this action
have endorsed the foregoing order.

_____/s/ Paul M. Black_____

1350446