| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Auction: Mar. 10, 2009 at 10:00 a.m. (ET)** |
| | : | **Obj. Deadline: Mar. 12, 2009 at 5:00 p.m. (ET)** |
| | : | **Sale Hearing: Mar. 13, 2009 at 10:00 a.m. (ET)** |

- - - - - - - - - - - - - - x

**NOTICE OF BIDS RECEIVED**

PLEASE TAKE NOTICE that on February 3, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors")[1] filed their Motion for Or-

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc.
*(cont'd)*

ders under Bankruptcy Code Sections 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (D.I. 1946, the "Motion").

       PLEASE TAKE FURTHER NOTICE that, on February 19, 2009, the Court entered the Order under Bankruptcy Code Sections 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (the "Bidding and Rejection Procedures Order").

       PLEASE TAKE FURTHER NOTICE that, on February 27, 2009, the Court entered the Supplemental Order under Bankruptcy Code Sections 105, 363, and 365 Approving Amended Bid Deadline In Connection With Bidding And Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases (the "Supplemental Order") pursuant to which the March Bid Deadline was amended to March 3, 2009 at 4:00 p.m. (ET).

---

*(cont'd from previous page)*

    (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding and Rejection Procedures Order, the Supplemental Order and the Amended Bidding Procedures, the Debtors have received bids on the March Leases listed on <u>Exhibit 1</u> hereto.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Bidding and Rejection Procedures Order, the Debtors have provided Potential Purchaser Notices and adequate assurance information to the landlords and, where provided, counsel to the landlords of the March Leases for which the Debtors have received bids from parties other than the landlord itself.  Additional inquiries or requests concerning adequate assurance information should be sent to [project.circuitcity@skadden.com](mailto:project.circuitcity@skadden.com).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Supplemental Order and the Amended Bidding Procedures, the Debtors have granted extensions of the March Bid Deadline with respect to certain of the March Leases.

PLEASE TAKE FURTHER NOTICE that a Cure Schedule providing the Proposed Cure Amounts with respect to the March Leases listed on Exhibit 1 will be filed with the Court and posted on the website for the Debtors' claims and noticing agent, [www.kccllc.net/circuitcity](http://www.kccllc.net/circuitcity), by 12:00 p.m. (ET) on March 4, 2009.  The Debtors will update the Cure Schedule within (6) six hours of receiving any additional bids.

PLEASE TAKE FURTHER NOTICE that the Debtors have made the Motion, the Bidding and Rejection Procedures Order, the Supplemental Order and any related documents available at [www.kccllc.net/circuitcity](http://www.kccllc.net/circuitcity).

```
Dated: March 3, 2009
       Richmond, Virginia
                                SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM, LLP
                                Gregg M. Galardi, Esq.
                                Ian S. Fredericks, Esq.
                                P.O. Box 636
                                Wilmington, Delaware 19899-0636
                                (302) 651-3000

                                        - and -

                                SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM, LLP
                                Chris L. Dickerson, Esq.
                                333 West Wacker Drive
                                Chicago, Illinois 60606
                                (312) 407-0700

                                        - and -

                                MCGUIREWOODS LLP

                                /s/ Douglas M. Foley
                                Dion W. Hayes (VSB No. 34304)
                                Douglas Foley (VSB No. 34364)
                                One James Center
                                901 E. Cary Street
                                Richmond, Virginia 23219
                                (804) 775-1000

                                Counsel for Debtors and Debtors
                                in Possession
```

4

**EXHIBIT 1**

**(March Leases With Bids)**