**Exhibit 1**

**March Leases with Bids**

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 232 | San Mateo Superstore | 1880 South Grant Street | San Francisco | CA | 94402 | Concar Enterprises, Inc. |
| 785 | Annapolis Superstore | 150-A Jennifer Road | Baltimore | MD | 21401 | William P. Beatson, Jr. & Jerome B. Trout, Jr. |
| 805 | Chesterfield Superstore | 1321 Huguenot Road | Richmond | VA | 23113 | SEA Properties I, LLC |
| 852 | Fayetteville Superstore | 5075 Morganton Road, Suite | Raleigh | NC | 28314 | Fayetteville Developers LLC |
| 854 | Baltimore 40 West Superstore | 6026 Baltimore National Pike | Baltimore | MD | 21228 | Estate Of Joseph Y. Einbinder |
| 859 | Aventura Superstore | 20669 Biscayne Blvd., Ne | Miami | FL | 33180 | Promventure LP |
| 3150 | Carousel Center Superstore | 9090 Carousel Center Drive | Syracuse | NY | 13290 | Carousel Center Company, LP |
| 3203 | Sarasota Superstore | 4708 South Tamiami Trail | Tampa | FL | 34231 | Circuit Investors #2 Ltd. |
| 3207 | West Dade Superstore | 8575 N. W. 13th Terrace | Miami | FL | 33172 | Wal-Mart Stores East, LP |
| 3343 | Denver Superstore | 1505 South Colorado Blvd. | Denver | CO | 80222 | CC-Investors 1997-4 |
| 3549 | Short Pump Superstore | 11732 West Broad Street | Richmond | VA | 23233 | Short Pump Town Center LLC |
| 3561 | Millenia Mall Superstore | 4155 Millenia Boulevard | Orlando | FL | 32839 | Cameron Group Associates, LLP |
| 3663 | Gateway Mini-Superstore | 369 Gateway Drive | New York | NY | 11239 | Gateway Center Properties III, LLC |
| 3669 | East Brunswick Superstore | 327 Route 18 | New York | NJ | 08816 | Vornado Finance, LLC |
| 3670 | Eatontown Superstore | 90 State Highway, Route 36 | New York | NJ | 07724 | 36 Monmouth Plaza LLC |
| 3679 | Union Square Superstore | 52 East 14th Street, #64 | New York | NY | 10003 | Union Square Retail Trust (successor to OTR?) |
| 3692 | Bricktown Mini-Superstore | 550 Route 70 | New York | NJ | 08723 | Brick 70, LLC |
| 3697 | Whitestone Superstore | 136-03 20th Avenue | New York | NY | 11356 | Whitestone Development Partners, LP |
| 3699 | Yonkers Superstore | 750 Central Park Avenue | New York | NY | 10710 | AAC Cross County Mall, LLC |
| 4305 | Burbank Superstore | 401 N. 1St Street | Los Angeles | CA | 91502 | Burbank Mall Associates, LLC |