IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

In Re:

CIRCUIT CITY STORES, INC., *et al.*

Debtors

Case No. 08-35653-KRH

(Chapter 11)

MADISON WALDORF, LLC'S STATEMENT OF CURE
UNDER LEASE OF NON-RESIDENTIAL PROPERTY

(Store No. 704)

Madison Waldorf, LLC, and its management agent, Madison Marquette Realty Services, (collectively, the "Landlord"), through its undersigned counsel, Mitchell B. Weitzman, Bean, Kinney & Korman, P.C., hereby file this Statement of Cure Under Lease of Non-Residential Property.

1. On November 10, 2008, Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

2. Jurisdiction to consider this matter is vested in the Court pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is prescribed by 28 U.S.C. §§ 1408 and 1409.

3. On March 27, 1990, Debtor Circuit City Stores, Inc. ("Debtor"), and Landlord's predecessor in interest, Madison Waldorf Retail Limited Partnership, entered into a Lease Agreement,

Mitchell B. Weitzman, VSB 28434
Counsel for Madison Waldorf, LLC
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
Tel: (703) 525-4000; Fax: (703) 525-2207

pursuant to which Debtor occupies approximately 15,442 square feet at the Festival at Waldorf Shopping Center in Waldorf, Maryland (the "Lease").

4. The cure sum due under the Lease totals $104,861.48 as set forth on Exhibit 1. It is noted that Debtors did pay February 2009 rent, however March 2009 rent has fallen due.

Respectfully submitted,

/s/ Mitchell B .Weitzman
Mitchell B. Weitzman
Virginia Bar No. 28434
Bean, Kinney & Korman, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201
Phone:    (703) 525-4000
Facsimile:    (703) 525-2207
Mweitzman@beankinney.com
Counsel for Madison Waldorf, LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2009, a copy of the foregoing Statement of Cure Under Lease of Non-Residential Property is to be served by electronic means via the Court's ECF/CM system and to the following:

>Dion W. Hayes
>Douglas M. Foley
>McGuire Woods LLP
>One James Center
>901 East Cary Street
>Richmond, VA 23219

>Greg M. Galardi
>Ian S. Fredericks
>Skadden, Arps, Slate, Meagher & Flom, LLP
>One Rodney Square
>PO Box 636
>Wilmington, DE 19899-0636

>Chris L. Dickerson
>Skadden, Arps, Slate, Meagher & Flom, LLP
>333 West Wacker Drive
>Chicago, IL 60606

>/s/ Mitchell B. Weitzman
>Mitchell B. Weitzman

L:\Z\Ziegler Companies\Circuit City\Bankruptcy\Madison Waldorf\stmt curev2.wpd

| Database: | MMRS2A | | Aged Delinquencies | | | | Page: | 1 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Madison Marquette | | | | Date: | 2/4/2009 |
| BLDG: | WAL003 | | The Shops at Waldorf | | | | Time: | 10:57 AM |
| | | | Period: 02/09 | | | | | |

| Invoice Date | Category | | Source | Amount | Current | 1 Month | 2 Months | 3 Months | 4 Months |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| WAL003-000505 | Circuit City | | | Master Occupant Id: 00000316-1 | | Day Due: 1 | Delq Day: | | |
| | Rick Nestersk | | | 327 | Current | | Last Payment: | 1/5/2009 | 34,422.06 |
| | (301) 932-9100 | | | | | | | | |
| 4/15/2008 | CAY | Prior Yr CAM Reimburse | NC | -118.63 | 0.00 | 0.00 | 0.00 | 0.00 | -118.63 |
| 11/1/2008 | BMR | Base/Minimum Rent | CH | 29,768.75 | 0.00 | 0.00 | 0.00 | 29,768.75 | 0.00 |
| 11/1/2008 | CAM | Common Area Maintenance | CH | 4,653.31 | 0.00 | 0.00 | 0.00 | 4,653.31 | 0.00 |
| 12/16/2008 | RET | Real Estate Taxes | CH | 37,871.25 | 0.00 | 0.00 | 37,871.25 | 0.00 | 0.00 |
| 1/5/2009 | CAM | Common Area Maintenance | CR | -867.63 | 0.00 | -867.63 | 0.00 | 0.00 | 0.00 |
| 2/1/2009 | BMR | Base/Minimum Rent | CH | 29,768.75 | 29,768.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2/1/2009 | CAM | Common Area Maintenance | CH | 3,785.68 | 3,785.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BMR | Base/Minimum Rent | | 59,537.50 | 29,768.75 | 0.00 | 0.00 | 29,768.75 | 0.00 |
| | CAM | Common Area Maintenance | | 7,571.36 | 3,785.68 | -867.63 | 0.00 | 4,653.31 | 0.00 |
| | CAY | Prior Yr CAM Reimburse | | -118.63 | 0.00 | 0.00 | 0.00 | 0.00 | -118.63 |
| | RET | Real Estate Taxes | | 37,871.25 | 0.00 | 0.00 | 37,871.25 | 0.00 | 0.00 |
| **Circuit City Total:** | | | | 104,861.48 | 33,554.43 | -867.63 | 37,871.25 | 34,422.06 | -118.63 |
| | BMR | Base/Minimum Rent | | 59,537.50 | 29,768.75 | 0.00 | 0.00 | 29,768.75 | 0.00 |
| | CAM | Common Area Maintenance | | 7,571.36 | 3,785.68 | -867.63 | 0.00 | 4,653.31 | 0.00 |
| | CAY | Prior Yr CAM Reimburse | | -118.63 | 0.00 | 0.00 | 0.00 | 0.00 | -118.63 |
| | RET | Real Estate Taxes | | 37,871.25 | 0.00 | 0.00 | 37,871.25 | 0.00 | 0.00 |
| **BLDG WAL003 Total:** | | | | 104,861.48 | 33,554.43 | -867.63 | 37,871.25 | 34,422.06 | -118.63 |
| | BMR | Base/Minimum Rent | | 59,537.50 | 29,768.75 | 0.00 | 0.00 | 29,768.75 | 0.00 |
| | CAM | Common Area Maintenance | | 7,571.36 | 3,785.68 | -867.63 | 0.00 | 4,653.31 | 0.00 |
| | CAY | Prior Yr CAM Reimburse | | -118.63 | 0.00 | 0.00 | 0.00 | 0.00 | -118.63 |
| | RET | Real Estate Taxes | | 37,871.25 | 0.00 | 0.00 | 37,871.25 | 0.00 | 0.00 |
| **Grand Total:** | | | | 104,861.48 | 33,554.43 | -867.63 | 37,871.25 | 34,422.06 | -118.63 |

**EXHIBIT 1**