1  William D. Buckner (SBN 129322)
   Catherine J. Weinberg (SBN 222066)
2  BUCKNER, ALANI & MIRKOVICH
   3146 Redhill Avenue, Suite 200
3  Costa Mesa, CA 92626
   (714) 432-0990
4  (Bar No. 222066)

5  Attorneys for Creditor,
   Signal Hill Gateway, LLC

6

              **UNITED STATES BANKRUPTCY COURT**
7
              **FOR THE EASTERN DISTRICT OF VIRGINIA**
8
                       **RICHMOND DIVISION**
9

10 |                                    )   CASE NO. 08-35653-KRH
   | In re:                             )
11 |                                    )   Chapter 11
   |                                    )   Jointly Administered
12 |                                    )
   | **CIRCUIT CITY STORES, INC.**      )   **REQUEST FOR SPECIAL NOTICE**
13 | et al                              )
   |                                    )   **Rule 2002**
14 |                                    )
   |                 Debtor             )
15 |                                    )

16

17     **TO THE UNITED STATES BANKRUPTCY JUDGE, AND ALL PARTIES IN**

18 **INTEREST:**

19     Creditor Signal Hill Gateway, LLC, hereby requests special notice of all matters that

20 must be noticed to creditors, the creditors committee, or other parties in interest, addressed as

21 follows:

22
       William D. Buckner
23     Catherine J. Weinberg
       Buckner, Alani, & Mirkovich,
24     3146 Redhill Avenue, Suite 200,
25     Costa Mesa, California 92626

26

27     This request includes the type of notice referred to in Bankruptcy Rules of Procedure

28 2002(i) and 3017(a), and also includes, without limitation, all schedules, notices of any order,

                                              1

                                    REQUEST FOR NOTICE

1 | applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any
2 | other documents brought before the Court in this case, whether written or oral, and whether
3 | transmitted or conveyed by mail, delivery, telephone, telecopier, telegraph, telex or otherwise.

Dated: February 26, 2009                    BUCKNER, ALANI, & MIRKOVICH

*[signature]*
By: Catherine J. Weinberg, Esq.
Attorneys for Creditor,
Signal Hill Gateway, LLC

2

**PROOF OF SERVICE**

### 1013A(3) CCP Revised 1/1/88

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3146 Redhill Avenue, Suite 200, Costa Mesa, California 92626.

On February 27, 2009, I served the foregoing document described as REQUEST FOR NOTICE (RULE 2002) on the interested parties in this action

___             by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

XXX             by placing __ the original XXX a true copy thereof enclosed in a sealed envelope delivered to the address as follows:

See Attached Service List

XXXX    **BY MAIL**

    XXX    I caused such envelope to be deposited in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on February 27, 2009, at Costa Mesa, California.

XXX             (Federal) I declare that I am employed in the office of the bar of this court at whose direction the service was made.

Julie Noble

Type or Print Name                                    Signature

SERVICE LIST:

**Circuit City Stores, Inc.**  represented by  **Daniel F. Blanks**
9950 Mayland Drive                              McGuireWoods LLP
Richmond, VA 23233                              9000 World Trade Center, 101 W.
Tax id: 54-0493875                              Main St.
*Debtor*                                        Norfolk, VA 23510


**Bruce H. Besanko**
9950 Mayland Drive
Richmond, VA 23233
**Debtor Designee**


**W. Clarkson McDow, Jr.**         represented by  **Robert B. Van Arsdale**
**Office of the U. S. Trustee**                    Office of the U. S. Trustee
**701 E. Broad St., Suite 4304**                   701 East Broad Street, Suite 4304
**Richmond, VA 23219**                             Richmond, VA 23219


**Official Committee of Unsecured**  represented by  **Alan J. Kornfeld**
**Creditors**
**Creditor Committee**                               Brad R. Godshall
                                                     Pachulski Stang Ziehl & Jones,
                                                     LLP
                                                     10100 Santa Monica blvd, 11th
                                                     Floor
                                                     Los Angeles, CA 90067-4100

# BUCKNER, ALANI, & MIRKOVICH
A Professional Law Corporation

WILLIAM D. BUCKNER
DOUGLAS D. ALANI
MICHAEL J. MIRKOVICH
CATHERINE J. WEINBERG**
ELIZABETH E. RICCI

3146 REDHILL AVENUE, SUITE 200
COSTA MESA, CALIFORNIA  92626
(714) 432-0990 Fax (714) 432-0352
(e-mail: jnoble@bamlaw.net)

February 27, 2009

Clerk of the Court
United States Bankruptcy Court
Eastern District of Virginia
701 E. Broad Street
Richmond, VA  23219

Re:   In re: Circuit City
U.S.B.C. Case No.  08-35653-KRH

Dear Sir/Madam:

Enclosed please find the following items in reference to the above entitled matter:

1.   Request for Notice (original and two copies)

Please file the Request for Notice, and return a conformed copy to my office in the enclosed envelopes as soon as possible.

If you have any questions, please feel free to contact me.

Very Truly Yours,

JULIE NOBLE
Very truly yours,

JULIE NOBLE,
Paralegal