## Cure Schedule

| Location # | Location Name | Landlord Name | Proposed Cure Amount |
|---:|---|---|---:|
| 232 | San Mateo Ss | Concar Enterprises, Inc. | 7,114 |
| 785 | Annapolis Ss | William P. Beatson, Jr. And Jerome B. Trout, Jr. | 46,919 |
| 805 | Chesterfield Ss | Sea Properties I, L.L.C. | 19,583 |
| 852 | Fayetteville Ss | Fayetteville Developers Llc | 61,916 |
| 854 | Baltimore 40 West Ss | Estate Of Joseph Y. Einbinder | 45,375 |
| 859 | Aventura Ss | Promventure L.P. | 37,896 |
| 3150 | Carousel Center Ss | Carousel Center Company, L.P. | 82,119 |
| 3203 | Sarasota Ss (S/L) | Circuit Investors #2 Ltd. | 66,491 |
| 3207 | West Dade Ss | Wal-Mart Stores East, L.P. | 44,100 |
| 3343 | Denver Ss (S/L) | Cc-Investors 1997-4 | 76,219 |
| 3549 | Short Pump Ss | Short Pump Town Center Llc | 26,308 |
| 3561 | Millenia Mall Ss | Cameron Group Associates, Llp | 27,062 |
| 3663 | Gateway Mini-Ss | Gateway Center Properties Iii, Llc | 132,152 |
| 3669 | East Brunswick Ss | Vornado Finance, L.L.C. | 72,669 |
| 3670 | Eatontown Ss | 36 Monmouth Plaza Llc | 73,086 |
| 3679 | Union Square Ss | Otr | 181,241 |
| 3692 | Bricktown Mini-Ss | Brick 70, Llc | 43,040 |
| 3697 | Whitestone Ss | Whitestone Development Partners A, Lp | 104,236 |
| 3699 | Yonkers Ss | Aac Cross County Leasehold Owner, Llc | 83,700 |
| 4305 | Burbank Ss | Burbank Mall Associates, Llc | 31,360 |

**Note:** The Debtors have extended the March Bid Deadline with respect to certain of the March Leases. The Debtors will post an updated Cure Schedule to include any additional March Leases on which the Debtors have received bids.