```
Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTER DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
Circuit City Stores, Inc.,    :  Case No. 08-35653(KRH)
et al.,                       :
                              :
          Debtors.[1]         :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF REJECTION OF UNEXPIRED LEASES AND
ABANDONMENT OF PERSONAL PROPERTY**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

1. ORDER APPROVING REJECTION OF LEASE

PLEASE TAKE NOTICE that on February 19, 2009, the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") entered an Order Under Bankruptcy Code Sections 105, 363 and 365 (I) Approving Bidding and Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates, And (III) Authorizing And Approving (A) Sale Of Certain Nonresidential Real Property Leases Free And Clear Of All Interests, (B) Assumption And Assignment Of Certain Unexpired Nonresidential Real Property Leases And (C) Lease Rejection Procedures (the "Order," a copy of which is available at [www.kccllc.net/circuitcity](www.kccllc.net/circuitcity)). The Order authorized the above-captioned debtors and debtors-in-possession (the "Debtors") to reject certain unexpired real property leases and abandon certain furniture, fixtures, and equipment owned by the Debtors (the "Abandoned Property"), upon notice to the lessors (the "Lessors"), without further Court approval. The Debtors have determined to reject the real property leases listed on Schedule A hereto (the "Leases") pursuant to the Order.

2. LEASE REJECTION DATE

PLEASE TAKE FURTHER NOTICE that the rejection of the Leases shall become effective on **March 10, 2009** (the "Rejection Date") or such later date as the Debtors surrender the premises by fulfilling the Rejection Requirements (as defined in the Order).

3. ABANDONED PROPERTY

PLEASE TAKE FURTHER NOTICE that the Debtors will have until the Rejection Date to remove property belonging to the Debtors from the leased premises. To the extent that any property remains in the leased premises after the Rejection Date, such property will be deemed Abandoned Property and shall be deemed abandoned by the Debtors. The Lessors will be entitled to remove or dispose of such property in their sole discretion without liability to any party which might claim an interest in the Abandoned Property.

4.  OBJECTIONS

PLEASE TAKE FURTHER NOTICE that objections, if any, to rejection of the Leases or abandonment of Abandoned Property must (a) be in writing, (b) set forth, with specificity, the factual and legal basis therefor, (c) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern District of Virginia, and the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (Docket No. 0130) (the "Case Management Order"), (d) be filed with Bankruptcy Court and (e) served in accordance with the Case Management Order so as to be **received** on or before **March 10, 2009 at 5:00 p.m. (Eastern)** (the "Objection Deadline").

5.  RENT

PLEASE TAKE FURTHER NOTICE that the Debtors will pay rent on a per diem basis for those days prior to the Rejection Date of the Leases.

6.  SETOFF

PLEASE TAKE FURTHER NOTICE that if any Debtor has deposited monies with the Lessor as a security or other kind of deposit or pursuant to another similar arrangement, the Lessors will not be permitted to set off or otherwise use the monies from such deposit or other arrangement without the prior order of the Court.

7.  DEADLINE TO FILE PROOFS OF CLAIM

PLEASE TAKE FURTHER NOTICE that, unless otherwise ordered by the Court or agreed to in writing by the Debtors, parties will have until 5:00 p.m. (Pacific) on April 30, 2009 to file a proof of claim for damages arising from the rejection of or relating to any Lease. Any claims not timely filed will be forever barred. For proof of claim forms and information regarding filing a proof of claim, please refer to the Order or go to www.kccllc.net/circuitcity.com.

3

Dated: March 3, 2009
      Richmond, Virginia   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

**SCHEDULE A**

**(Leases)**

Exhibit A
Leases

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 233 | Sunnyvale Superstore | 111 East El Camino Real | San Francisco | CA | 94087 | EEL McKee LLC |
| 234 | Hayward Superstore | 2480 Whipple Road | San Francisco | CA | 94544 | Hayward 880, LLC |
| 237 | Santa Rosa Superstore | 2805 Santa Rose Avenue | San Francisco | CA | 95407 | Santa Rosa Town Center LLC |
| 242 | Van Ness Superstore | 1200 Van Ness Avenue | San Francisco | CA | 94109 | Van Ness Post Center LLC |
| 250 | Elk Grove Superstore | 8211 Laguna Boulevard | Sacramento | CA | 95758 | Pappas Gateway LP |
| 251 | Citrus Heights Superstore | 7980 Arcadia Boulevard | Sacramento | CA | 95610 | Greenback Associates |
| 252 | Arden Way Superstore | 2121 Arden Way | Sacramento | CA | 95825 | ARHO LP |
| 403 | Santa Monica Superstore | 1251 Fourth Street | Los Angeles | CA | 90401 | 1251 Fourth Street Investors, LLC |
| 404 | Torrance Superstore | 14600 Ocean Gate Avenue | Los Angeles | CA | 90250 | Crown CC 1, LLC |
| 407 | Orange Superstore | 1407 West Chapman Avenue | Los Angeles | CA | 92868 | Schiffman, Todd I. |
| 410 | Northridge Superstore | 19330 Plummer Street | Los Angeles | CA | 91324 | U.K. - American Properties, Inc. |
| 414 | Laguna Hills Superstore | 24001 El Toro Road | Los Angeles | CA | 92653 | Krupp Equity LP |
| 416 | Huntington Beach Superstore | 7881 Edinger Avenue, Suite A-150 | Los Angeles | CA | 92647 | Bella Terra Associates LLC |
| 419 | Woodland Hills Superstore | 21470 W. Victory Blvd. | Los Angeles | CA | 91367 | Pacific/Youngman-Woodland Hills |
| 432 | National City Superstore | 1608 Sweetwater Road | San Diego | CA | 91950 | Sweetwater Associates LP |
| 433 | La Mesa Superstore | 8820 Grossmont Blvd. | San Diego | CA | 91941 | Nevada Investment Holdings, Inc. |
| 434 | Point Loma Superstore | 3331 Rosecrans Avenue | San Diego | CA | 92110 | Ct Retail Properties Finance V LLC |
| 443 | Clairemont Superstore | 3998 Clairemont Mesa Boulevard | San Diego | CA | 92117 | Clairemont Square |
| 450 | Victorville Superstore | 12133 Mall Boulevard | Los Angeles | CA | 92392 | Bear Valley Road Partners LLC & Mlantz LLC |
| 505 | Fairview Heights Superstore | 55 Ludwig Drive | St Louis | IL | 62208 | OLP CC Fairview Heights, LLC |
| 506 | St. Peters Superstore | 5610 Suemandy Road | St Louis | MO | 63376 | National Retail Properties, LP |
| 509 | Valley View Superstore | 5301 Belt Line Boulevard, Suite 11 | Dallas/Ft Worth | TX | 75248 | WXIII/PWM Real Estate LP |
| 516 | Highland Superstore | 3321 Alamo Avenue | Cincinnati | OH | 45209 | KB Columbus I-CC |
| 530 | St. Louis (South County) Superstore | 6926 South Lindbergh Boulevard | St Louis | MO | 63125 | OLP CC St.Louis LLC |
| 533 | St. Louis Mills Mall Superstore | 4785 Park 370 Boulevard | St Louis | MO | 63042 | St Louis Mills, LP |
| 535 | Gravois Bluff Superstore | 691 Gravois Bluff Boulevard | St Louis | MO | 63026 | Gravois Bluffs III, LLC |
| 542 | Willowbrook Superstore | 17727 Tomball Parkway | Houston | TX | 77064 | Abrams Willowbrook Three LP |
| 543 | Plano Superstore | 3300 N. Central Expressway | Dallas/Ft Worth | TX | 75074 | Parker Central Plaza, Ltd. |
| 544 | South Arlington Superstore | 3865 South Cooper Street | Dallas/Ft Worth | TX | 76015 | Parks At Arlington LP |
| 545 | Hulen Superstore | 4820 Southwest Loop, 820B | Dallas/Ft Worth | TX | 76109 | WRI Overton Plaza, LP |
| 570 | Savannah Superstore | 8108 G Abercorn Street | Savannah | GA | 31406 | Abercorn Common, LLP |
| 571 | Brandon Superstore | 10277 East Adamo Drive | Tampa | FL | 33619 | Bard, Ervin & Suzanne Bard |
| 576 | Reading Superstore | 1101 Woodland Avenue | Philadelphia | PA | 19610 | Berkshire West |
| 593 | Chesapeake Superstore | 4107 Portsmouth Boulevard, Suite 118 | Norfolk | VA | 23321 | Inland American Chesapeake Crossroads LLC |
| 597 | Great Hills Superstore | 10515 North Mopac Expressway | Austin | TX | 78759 | SPG Arbor Walk, LP |
| 598 | Sunset Valley Superstore | 5400 Brodie Lane | Austin | TX | 78745 | Ritz Motel Company |
| 711 | King Of Prussia Superstore | 400 West Swedesford Road | Philadelphia | PA | 19312 | Swedesford Shopping Center Acquisition, LLC |
| 759 | Barboursville Mini-Superstore | 400 Mall Road | Huntington | WV | 25504 | Huntington Mall Company |
| 762 | Charleston Mini-Superstore | 39 Rhl Boulevard | Huntington | WV | 25309 | THF ONC Development LLC |
| 766 | Daytona Superstore | 2500 International Speedway Blvd. | Orlando | FL | 32114 | International Speedway Square, Ltd |
| 784 | Wheaton Superstore | 11160 Viers Mill Road | Washington | MD | 20902 | Wheaton Plaza Regional Shopping Center |
| 815 | Knoxville Superstore | 151 North Peters Road | Knoxville | TN | 37923 | DDRTC T&C LLC |
| 817 | Virginia Beach | 110 S. Independence Boulevard | Norfolk | VA | 23462 | CC-Virginia Beach, LLC |
| 831 | Gastonia Superstore | 2651 East Franklin Boulevard | Charlotte | NC | 28054 | National Retail Properties, Inc. |

Exhibit A
Leases

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 832 | Pensacola Superstore | 6121 North Davis Highway | Pensacola | FL | 32504 | HK New Plan EPR Property Holdings LLC. |
| 835 | Roanoke Superstore | 1900 Valley View Boulevard Nw | Roanoke | VA | 24012 | Valley View S.C., LLC |
| 838 | Orlando Central Superstore | 2728 East Colonial Drive | Orlando | FL | 32803 | Weingarten Nostat, Inc. |
| 840 | Raleigh Superstore | 4601 Creedmoor Road | Raleigh | NC | 27612 | Glenmoor LP |
| 845 | Independence Superstore | 2109 Matthews Township Parkway | Charlotte | NC | 28105 | DDRTC Sycamore Commons LLC |
| 848 | North Ft. Lauderdale Superstore | 1700 North Federal Highway | Miami | FL | 33305 | 19Th Street Investors, Inc. |
| 849 | Dadeland Superstore | 7700 North Kendall Drive, #400 | Miami | FL | 33156 | Kendall-77, Ltd. |
| 850 | Durham Superstore | 3400 Westgate Drive | Raleigh | NC | 27707 | Durham Westgate Plaza Investors, LLC. |
| 851 | Chattanooga Superstore | 2204 Hamilton Place Blvd. | Chattanooga | TN | 37421 | Bond-Circuit VIII Delaware Business Trust |
| 857 | Dale Mabry Superstore | 1702 North Dale Mabry Highway | Tampa | FL | 33607 | VNO Tru Dale Mabry, LLC |
| 861 | Hialeah Superstore | 400 West 49Th Street | Miami | FL | 33012 | Palm Springs Mile Associates, Ltd. |
| 866 | Rockville Superstore | 1501 Rockville Pike | Washington | MD | 20852 | Congressional North Associates LP |
| 868 | Charleston Superstore | 7800 Rivers Avenue, Suite B | Charleston | SC | 29406 | Kimco Realty Corporation |
| 871 | The Commons Superstore | 8045 Giacosa Drive | Memphis | TN | 38133 | New Plan Of Memphis Commons, LLC |
| 876 | St. Petersburg Superstore | 2066 Tyrone Boulevard North | Tampa | FL | 33710 | Northwoods LP |
| 888 | South Boulevard Superstore | 9563 South Boulevard | Charlotte | NC | 28273 | Dim Vastgoed, N.V. |
| 890 | Baileys Crossroads Superstore | 5718 Columbia Pike | Washington | VA | 22041 | RREEF America Reit II Corporation Mm |
| 891 | Clearwater Superstore | 24244 Highway 19  N. | Tampa | FL | 33755 | CHK, LLC |
| 910 | Tri-County Superstore | 493 East Kemper Avenue | Cincinnati | OH | 45246 | Jubilee-Springdale, LLC |
| 913 | Port Richey Superstore | 6325 Tacoma Drive | Tampa | FL | 34668 | Kir Piers 716 LLC |
| 922 | Ft. Myers Superstore | 4380 Cleveland Avenue | Fort Myers | FL | 33901 | Jaffe Of Weston II Inc. |
| 1609 | Winchester Superstore | 2580 South Pleasant Valley Road | Winchester | VA | 22601 | Trout, Segall, Doyle WInc.hester Properties, LLC |
| 1616 | Anderson Mini-Superstore | 3423 Clemson Blvd., Suite B | Greenville | SC | 29621 | Bond-Circuit II Delaware Business Trust |
| 1618 | Monterey Mini-Superstore | 905 Playa Avenue | Salinas | CA | 93955 | Bond-Circuit XI Delaware Business Trust |
| 1681 | Albany Mini-Superstore | 1223 North Westover Blvd. | Albany Ga | GA | 31707 | Sherwood Properties, LLC |
| 1687 | Houma Superstore | 1729 Martin Luther King Boulevard | New Orleans | LA | 70360 | Inland Western Houma Magnolia, LLC |
| 3104 | Lawrenceville Superstore | 3350 Brunswick Pike | Philadelphia | NJ | 08648 | Farmingdale-Grocery, LLC |
| 3111 | Schaumburg Superstore | 1420 East Golf Road | Chicago | IL | 60173 | Developers Diversified Realty Corporation |
| 3128 | Merrillville Superstore | 2757 East U.S. 30 | Chicago | IN | 46410 | CC Merrillville Trust |
| 3129 | Algonquin Superstore | 1812 Randall Road | Chicago | IL | 60102 | Inland Commercial Property Management, Inc. |
| 3131 | Lincoln Park Superstore | 2500 North Elston Avenue | Chicago | IL | 60647 | American National Bank & Trust Company Of Chicago |
| 3133 | Burnsville Superstore | 14141 Aldrich Avenue South | Minneapolis | MN | 55337 | Tanurb Burnsville, LP |
| 3134 | Rosedale Superstore | 1750 Highway 36 West, Suite B | Minneapolis | MN | 55113 | TSA Stores, Inc. |
| 3136 | Southdale Superstore | 4260 West 78Th Street | Minneapolis | MN | 55435 | DJD Partners II |
| 3141 | Newington Superstore | 3440 Berlin Turnpike | Hartford | CT | 06111 | Daniel G. Kamin, And Howard Kadish, LLC |
| 3143 | Milford/Orange Superstore | 1389 Boston Post Road | Hartford | CT | 06460 | Milford Crossing Investors LLC |
| 3147 | Binghamton Superstore | 3124 Vestal Parkway East | Binghampton | NY | 13850 | Parkway Plaza LLC |
| 3149 | Utica Micro-Superstore | 1 Sangertown Square Mall | Syracuse | NY | 13413 | Sangertown Square LLC |
| 3151 | Cheektowaga Superstore | 3757 Union Road | Buffalo | NY | 14225 | DDR Mdt Union Consumer Square, LLC |
| 3152 | Amherst Superstore | 3040 Sheridan Street | Buffalo | NY | 14226 | Amherst Industries, Inc. |
| 3160 | Albany Superstore | 161 Washington Avenue Ext. | Albany,Ny | NY | 12205 | Necrossgates Commons Newco, LLC |
| 3166 | Bel Air Superstore | 680 Marketplace Drive | Baltimore | MD | 21014 | Bel Air Square LLC |
| 3175 | Brookfield Superstore | 665 Main Street | Milwaukee | WI | 53005 | Continental 64 Fund LLC |

Exhibit A
Leases

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 3176 | Southridge Superstore | 4585 South 76Th Street | Milwaukee | WI | 53220 | Dentici Family LP |
| 3177 | Racine Superstore | 2710-C South Green Bay Road | Milwaukee | WI | 53406 | Southland Center Investors, LLC |
| 3184 | Madison West Superstore | 450 Commerce Drive | Madison | WI | 53719 | CC Madison, LLC |
| 3185 | Madison East Superstore | 2301 East Springs Drive | Madison | WI | 53704 | Cardinal Court, LLC |
| 3194 | Columbus In Superstore | 1343 North National Road | Indianapolis | IN | 47201 | Inland Western Columbus Clifty, LLC |
| 3200 | Columbus Superstore | 5555 Whittlesey Boulevard | Columbus | GA | 31909 | AVR CPC Associates, LLC |
| 3205 | Naples Superstore | 5052 Airport Pulling Road | Fort Myers | FL | 34105 | Community Centers One LLC |
| 3206 | Lafayette Superstore | 5624 Johnston Street | Lafayette | LA | 70503 | CC Lafayette, LLC |
| 3217 | Springfield Mo Superstore | 3600 South Glenstone Avenue | Springfield Mo | MO | 65804 | WEC 96D Springfield-1 Investment Trust |
| 3233 | San Felipe Superstore (Galleria) | 4500 San Felipe Street | Houston | TX | 77027 | 610 & San Felipe, Inc. |
| 3238 | Shreveport Superstore | 7091 Youree Drive | Texarkana/Shreveport | LA | 71105 | Hart Kings Crossing, LLC |
| 3246 | Myrtle Beach Superstore | 550 Seaboard Street | Florence Sc | SC | 29577 | Myrtle Beach Farms Company, Inc. |
| 3247 | Johnson City Crossing Mini-Superstore | 3211 Peoples Street, Space A | Tri-Cities Tn | TN | 37604 | Johnson City Crossing (Delaware)LLC |
| 3249 | Sawgrass Super Superstore | 12300 West Sunrise Boulevard | Miami | FL | 33323 | Sunrise Plantation Properties LLC |
| 3254 | Sugar Land Superstore | 16742 Southwest Freeway | Houston | TX | 77479 | Inland Western Sugar Land Colony LP |
| 3255 | Slidell Micro-Superstore | 790 North Highway 190 | New Orleans | LA | 70433 | HV Covington, LLC |
| 3269 | Citrus Park Superstore | 6918 Gunn Highway | Tampa | FL | 33625 | Citrus Park CC LLC |
| 3281 | Rome Superstore | 2700 Martha Berry Highway Ne | Atlanta | GA | 30165 | DDR Southeast Rome LLC |
| 3283 | Dothan Superstore | 2821 Montgomery Highway | Montgomery | AL | 36303 | DDR Southeast Dothan Outparcel, LLC |
| 3289 | Merritt Island Mini-Superstore | 450 E. Merritt Island Causeway | Orlando | FL | 32952 | Galleria Partnership |
| 3307 | Albuquerque Superstore | 4400 Cutler Ave. Ne | Albuquerque,Nm | NM | 87110 | Southwestern Albuquerque, LP |
| 3309 | Newport Beach Superstore | 1101 Newport Center Drive | Los Angeles | CA | 92660 | The Irvine Company LLC |
| 3310 | Valencia Superstore | 25610 N. The Old Road | Los Angeles | CA | 91381 | Valencia Marketplace I, LLC |
| 3313 | Irvine Superstore | 13752 Jamboree Road | Los Angeles | CA | 92602 | The Irvine Company LLC |
| 3322 | Chico Mini-Superstore | 2041 Whitman Avenue | Chico/Redding | CA | 95928 | Chico Crossroads LP |
| 3332 | Eugene Superstore | 2730 Gateway Loop | Eugene | OR | 97477 | Garden City Center |
| 3334 | Boise Towne Plaza Superstore | 542 North Milwaukee Street | Boise | ID | 83704 | Boise Towne Plaza LLC |
| 3339 | Westminster Superstore | 9250 Sheridan Boulevard | Denver | CO | 80031 | Excel Westminster Marketplace, Inc. |
| 3340 | Colorado Springs Superstore | 345 N. Academy Blvd. | Colorado Springs | CO | 80909 | CC Springs, LLC |
| 3346 | Southwest Plaza Superstore | 5155 South Wadsworth Blvd. | Denver | CO | 80123 | CCC Realty, LLC |
| 3347 | Lakewood/Homestead Superstore | 10750 W. Colfax Ave. | Denver | CO | 80215 | Ten Pryor Street Building, Ltd. |
| 3352 | Orem Superstore | 360 West St. & 1300 S. St. | Salt Lake City | UT | 84058 | Boyer Lake Pointe, Lc |
| 3373 | Long Beach Superstore | 2180 Bellflower Blvd. | Los Angeles | CA | 90815 | CP Venture Two LLC |
| 3376 | Ft. Collins Mini-Superstore | 4414 South College Avenue | Denver | CO | 80525 | Generation H One And Two LP |
| 3377 | Idaho Falls Micro-Superstore | 1951 S. 25Th East Street | Idaho Falls | ID | 83406 | Ammon Properties LC |
| 3378 | Cottonwood Superstore | 10420 Coors Boulevard | Albuquerque,Nm | NM | 87114 | Cottonwood Phase V LLC |
| 3390 | Thornton Superstore | 16511 North Washington | Denver | CO | 80602 | Site A LLC |
| 3401 | Temecula Mini-Superstore | 40480 Winchester Road | Los Angeles | CA | 92591 | Inland Western Temecula Commons LLC |
| 3405 | Boca Raton Superstore | 1400 Glades Road, Bay 140 Be | West Palm Beach | FL | 33431 | Uncommon Ltd. |
| 3425 | NW Las Vegas Superstore | 7781 West Tropical Parkway | Las Vegas | NV | 89149 | Centennial Holdings LLC |
| 3502 | Exchange Plaza Superstore | 6001 Nw Loop 410, Suite 108 | San Antonio | TX | 78238 | Inland Western San Antonio HQ, LP |
| 3505 | North Richland Superstore | 1451 West Pipeline Road | Dallas/Ft Worth | TX | 76053 | KRG Market Street Village LP |
| 3512 | Mcallen Superstore | 507 West Expressway 83 | Mcallen-Brownsville | TX | 78501 | Daniel G. Kamin McAllen LLC |
| 3513 | Brownsville Superstore | 3000 Pablo Kisel Boulevard, #100 | Mcallen-Brownsville | TX | 78526 | Pacific Harbor Equities LLC |
| 3516 | Southlake Superstore | 250 North Kimball Avenue | Dallas/Ft Worth | TX | 76092 | Inland Western Southlake Corners, LP |

Exhibit A
Leases

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 3518 | Raleigh Superstore | 3340 Cypress Plantation Trail | Raleigh | NC | 27616 | Plantation Point Development, LLC |
| 3525 | Wellington Superstore | 10570 Forest Hill Boulevard East | West Palm Beach | FL | 33414 | Cedar Development, Ltd |
| 3527 | Silverlake Superstore | 3137 Silverlake Drive | Houston | TX | 77581 | PrInc.ipal Real Estate Holding Co., LLC |
| 3529 | Exton Superstore | 128 Woodcutter Street | Philadelphia | PA | 19341 | Main Street At Exton, LP |
| 3554 | Bainbridge Superstore | 7705 Market Place Drive | Cleveland | OH | 44202 | Bainbridge Shopping Center II LLC |
| 3556 | Whitman Square Superstore | 9733 East Roosevelt Boulevard | Philadelphia | PA | 19114 | Boulevard North Associates, LP |
| 3562 | Concord Mills Superstore | 8210 Concord Mills Boulevard | Charlotte | NC | 28027 | Concord Mills LP |
| 3569 | Midtown Miami Superstore | 3401 North Miami Avenue, Unit H | Miami | FL | 33127 | DDR Miami Ave LLC |
| 3570 | Hyattsville Superstore | 2900 Belcrest Center Drive | Washington | MD | 20782 | PrInc.e George'S Station Retail, LLC |
| 3572 | Polaris Superstore | 8655-8671 Lyra Drive | Columbus Oh | OH | 43240 | Polaris Circuit City LLC |
| 3577 | Rockwall Superstore | 959 East Interstate 30 | Dallas/Ft Worth | TX | 75087 | Rockwall Crossing, Ltd |
| 3579 | Meyerland Superstore | 100 Meyerland Plaza Mall | Houston | TX | 77096 | Meyerland Plaza (DE) LLC |
| 3582 | La Quinta Superstore | 78825 Highway 111 | Palm Springs | CA | 92253 | CC La Quinta LLC |
| 3588 | Southpark Meadows Superstore | 9600 South Interstate Highway 35 | Austin | TX | 78748 | Inland Western Austin Southpark Meadows II LP |
| 3589 | Southaven Superstore | 6680 Southcrest Parkway | Memphis | MS | 38671 | Southhaven Center II, LLC |
| 3595 | Waterford Lakes Superstore | 400 North Alafaya Trail | Orlando | FL | 32828 | Deno P Dikeou |
| 3597 | Apex Superstore | 1591 Beaver Creek Commons Drive | Raleigh | NC | 27502 | DDR/1st Carolina Crossings South, LLC |
| 3599 | South Bay Superstore | 8B Allstate Road | Boston | MA | 02125 | E&A Northeast LP |
| 3603 | Ann Arbor Mini-Superstore | 3547 Washtenaw Avenue | Detroit | MI | 48104 | Amcap Arborland LLC |
| 3617 | West Mifflin (Century) Superstore | 9931 Mountain View Drive | Pittsburgh | PA | 15122 | Inland Western West Mifflin Century III DST |
| 3618 | Monroeville Superstore | 3475 William Penn Highway | Pittsburgh | PA | 15235 | WMI/MPI Business Trust |
| 3624 | Northtown Superstore | 20 Coon Rapids Boulevard | Minneapolis | MN | 55433 | BL-NTV I, LLC |
| 3625 | Schererville Superstore | 707 Us Highway 41 | Chicago | IN | 46375 | The Shoppes At Schererville, LLC |
| 3626 | Niles Superstore | 2380 Niles-Cortland Road S/E | Youngstown | OH | 44484 | Howland Commons Partnership |
| 3629 | Boardman Superstore | 7230 Market Street | Youngstown | OH | 44512 | Bond-Circuit V Delaware Business Trust |
| 3632 | Grand Rapids Superstore | 3410 Alpine Avenue | Grand Rapids | MI | 49544 | BG Walker, LLC |
| 3633 | 28Th Street Superstore | 4600 28Th Street Se | Grand Rapids | MI | 49512 | Wilmington Trust Company |
| 3639 | Oyster Point Superstore | 12140 Jefferson Avenue | Norfolk | VA | 23602 | Lea Company |
| 3640 | Greenbrier Superstore | 1589 Crossways Boulevard | Norfolk | VA | 23320 | Crossways Financial Associates, LLC |
| 3654 | Appleton Superstore | 4635 West College Avenue | Greenbay/Appleton | WI | 54915 | WEC 96D Appleton-1 Investment Trust |
| 3659 | Leesburg Superstore | 536 Fort Evans Road Ne | Washington | VA | 20176 | Battlefield FE LP |
| 3662 | Trumbull Superstore | 5065 Main Street | New York Metro | CT | 06611 | Trumbull Shopping Center #2 LLC |
| 3664 | Atlantic Center Mini-Superstore | 625 Atlantic Avenue | New York Metro | NY | 11217 | Atlantic Center Fort Greene Associates, LP |
| 3668 | Danbury Mini-Superstore | 110 Federal Road | New York Metro | CT | 06811 | Forecast Danbury LP |
| 3672 | Westbury Super Superstore | 1504 Old Country Road | New York Metro | NY | 11590 | W&S Associates, LP |
| 3680 | 80th & Broadway Mini-Superstore | 2232 Broadway Street | New York Metro | NY | 10024 | Friedland, Lawrence And Melvin |
| 3684 | Paramus Superstore | 240 Route 17 North | New York Metro | NJ | 07652 | Faber Bros., Inc. |
| 3686 | Rego Park/Queens Superstore | 9605 Queens Boulevard | New York Metro | NY | 11374 | Alexander'S Of Rego Park Center, Inc. |
| 3688 | Bergen Superstore | 3129 Kennedy Boulevard | New York Metro | NJ | 07047 | FC Treeco Columbia Park, LLC |
| 3691 | Staten Island Superstore | 2505-2535 Richmond Avenue | New York Metro | NY | 10314 | FC Richmond Associates, LP |
| 3693 | Union Superstore | 2700A Route 22 East | New York Metro | NJ | 07083 | DDR Southeast Union, LLC |
| 3694 | Valley Stream Mini-Superstore | 650 West Sunrise Highway | New York Metro | NY | 11581 | Green Acres Mall, LLC |
| 3696 | White Plains Superstore | 5 City Place | New York Metro | NY | 10601 | LC White Plains Retail, LLC |
| 3698 | Woodbridge Superstore | 479 Green Street | New York Metro | NJ | 07095 | FC Woodbridge Crossing, LLC |

Exhibit A
Leases

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 3700 | Cortlandt Mini-Superstore | 2990 East Main Street | New York Metro | NY | 10567 | Cortlandt B., LLC |
| 3701 | Ft. Wayne Mini-Superstore | 291 E. Coliseum Boulevard | Fort Wayne In | IN | 46805 | Coldwater Development, LLC |
| 3707 | Lancaster Superstore | 1700 Fruitville Pike | Harrisburg | PA | 17603 | Red Rose Commons Condominium Association |
| 3708 | York Superstore | 2980 Whiteford Road | Harrisburg | PA | 17402 | Meadowbrook Village LP |
| 3724 | Saugus Superstore | 607 Broadway; Route 1 South | Boston | MA | 01906 | Saugus Plaza Associates |
| 3731 | Bay Ridge Superstore | 502-12 86Th Street | New York Metro | NY | 11209 | 502-12 86Th Street, LLC |
| 3735 | Tysons Corner West Superstore | 8520-C Leesburg Pike | Washington | VA | 22182 | Tysons 3, LLC |
| 3764 | Phillipsburg Superstore | 1202 New Brunswick Avenue | New York Metro | NJ | 08865 | Inland US Management, LLC |
| 3770 | Taunton Superstore | 70 Taunton Depot Drive | Providence | MA | 02780 | Cole CC Taunton Ma, LLC |
| 3771 | Folsom | 205 Serpa Drive | Sacramento | CA | 95630 | Broadstone Crossing LLC |
| 3780 | Hamburg Superstore | 2231 Sir Barton Way Street, Unit 110 | Lexington | KY | 40509 | Sir Barton Place, LLC |
| 3797 | Grandville Marketplace Superstore | 4535 Canal Sw | Grand Rapids | MI | 49418 | DDR Mdt Grandville Marketplace LLC |
| 3815 | Katy Mills "The City" Superstore | 5000 Katy Mills Circle | Houston | TX | 77494 | Katy Mills Mall LP |
| 3832 | Township Marketplace Superstore | 103 Wagner Road | Pittsburgh | PA | 15061 | DDR Mdt Monaca Township Marketplace LLC |
| 3845 | Deptford Landing Superstore | 2000 Clements Bridge Road | Philadelphia | NJ | 08096 | AIG Baker Deptford, LLC |
| 3846 | East Chase Superstore | 7951 Eastchase Parkway | Montgomery | AL | 36117 | Eastchase Market Center, LLC |
| 3847 | Midtown Village Superstore | 1800 Mcfarland Boulevard South, Ste 520C | Tuscaloosa | AL | 35401 | Carlyle-Cypress Tuscaloosa I, LLC |
| 3849 | Norridge Commons Superstore | 7010 Forest Preserve Drive | Chicago | IL | 60706 | Irving Harlem Venture, LP |
| 3850 | Promenade "The City" Superstore | 639 East Boughton Road | Chicago | IL | 60440 | FC Janes Park, LLC |
| 3852 | Keizer Station "The City" Superstore | 6035 Ulali Drive | Portland Or | OR | 97303 | Donahue Schriber Realty Group, L.P |
| 3853 | Target Center Superstore | 4627 Greenway Drive | Knoxville | TN | 37918 | Knoxville Levcal LLC |
| 3855 | Sun Land Superstore | 811 Sunland Park | El Paso | TX | 79912 | CDP Falcon Sunland Plaza LP |
| 3856 | Baybrook Superstore | 1001A West Bay Area Boulevard | Houston | TX | 77598 | NP/SSP Baybrook, LLC |
| 3857 | Deerbrook "The City" Superstore | 20131 Highway 59 N, Suite 8, Space 2290 | Houston | TX | 77338 | Deerbrook Anchor Acquisition LLC |
| 3858 | San Antonio "The City" | 14623 Ih 35 North | San Antonio | TX | 78216 | SWQ 35/Forum, Ltd |
| 3859 | Ashwaubenon Superstore | 2492 South Oneida | Greenbay/Appleton | WI | 54304 | Palmetto Investors, LLC |
| 3862 | Brockton Superstore | 395 Westgate Drive | Boston | MA | 02301 | Ray Mucci's, Inc. |
| 3864 | Manhattan Broadway At 66th Street | 1965 Broadway | New York Metro | NY | 10023 | 1965 Retail LLC |
| 3878 | Brea "The City" | 835 East Birch Street | Los Angeles | CA | 92821 | FW CA Brea Marketplace LLC |
| 3882 | Kileen Tx -Superstore | 201 East Central Texas Pkwy, Ste 21 | Waco | TX | 99999 | Market Heights, Ltd |
| 4110 | Danvers Superstore | 4-6 Newbury Street, Route 1 | Boston | MA | 01923 | 4 Newbury Danvers LLC |
| 4111 | Somerville Superstore | 65 Mystic Avenue | Boston | MA | 02145 | I-93 Somerville LLC |
| 4119 | Braintree Superstore | 250 Granite Street | Boston | MA | 02184 | Briantree Property Assoc LP |
| 4121 | Natick Superstore | 1398 Worcester Street | Boston | MA | 01760 | Baker Natick Promenade LLC |
| 4124 | Manchester Superstore | 1100 S. Willow Street | Boston | NH | 03103 | Dicker/Warmington Properties |
| 4132 | Turlock Superstore | 2821 Countryside Drive | Sacramento | CA | 95380 | Monte Vista Crossings, LLC |
| 4134 | Towson "The City" Superstore | 801 Goucher Boulevard | Baltimore | MD | 21286 | Towson Vf LLC |
| 4143 | Gloucester Superstore | 465 Berlin Cross Keys Road | Philadelphia | NJ | 08081 | Town Square Plaza |
| 4150 | Pasadena Superstore | 3931 Fairway Plaza Drive | Houston | TX | 77505 | Fairway Centre Associates, LP |

**Exhibit A**
**Leases**

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 4179 | Vacaville | 130 Nut Tree Parkway | Sacramento | CA | 95687 | TKG Coffee Tree LP |
| 4201 | Melbourne Superstore | 1700 West New Haven Road | Orlando | FL | 32904 | Melbourne-Jcp Associates, Ltd |
| 4202 | Norfolk "The City" Superstore | 1120 North Military Highway | Norfolk | VA | 23502 | Janaf Crossings, LLC |
| 4212 | 5th Avenue "The City" Superstore | 521 5Th Avenue | New York Metro | NY | 10175 | Green 521 5Th Avenue, LLC |
| 4232 | Fort Myers Cypress Lakes "The City" | Colonial Square Town Center | Fort Myers | FL | 33901 | Colonial Square Associates, LLC |
| 4242 | Rossmoor Center Superstore | 12325 Seal Beach Boulevard | Los Angeles | CA | 90740 | Rossmoor Shops LLC |
| 4247 | Denton Superstore | 2315 Colorado Boulevard | Dallas/Ft Worth | TX | 76205 | Panattoni Development Co., LLC |
| 4256 | Mt. Pleasant Superstore | 1501 Johnnie Dobbs Boulevard | Charleston | SC | 29464 | Developers Diversified Realty Corporation |
| 4261 | Southern Tier Crossings Superstore | 1530 Country Route 64 | Binghamton | NY | 14845 | DDR Horseheads LLC |
| 4272 | Amherst Superstore | 123 Route 101A | Boston | NH | 03031 | Berkshire-Amherst, LLC |
| 4307 | Prattville Superstore | 2730 Legends Parkway | Montgomery | AL | 36066 | Prattcenter, LLC |
| 4313 | La Habra | 1020 West Imperial Highway | Los Angeles | CA | 90631 | La Habra Imperial LLC |
| 4317 | Power And Barnes Superstore | 5904 Barnes Road | Colorado Springs | CO | 80922 | Barnes And Powers North LLC |
| 4502 | Lewisville Superstore | 715 Hebron Parkway | Dallas/Ft Worth | TX | 75057 | Inland Western Lewisville Lakepointe LP |
| 4503 | Loop 410 Superstore | 321 Nw, Loop 410 | San Antonio | TX | 78216 | Bb-LInc.oln-Us-Properties, LP |
| 4507 | Santa Cruz Mini-Superstore | 1664 Commercial Way | Salinas | CA | 95065 | Redtree Properties, LP |
| 4508 | El Paso East Superstore | 1313-D George Deiter Drive | El Paso | TX | 79936 | A.D.D. Holdings, LP |
| 4510 | Lubbock Superstore | 6701 Slide Street | Lubbock | TX | 79424 | M & M Berman Enterprises |