UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:    CIRCUIT CITY STORES, INC., et al
        Debtor    Case #08-35653-KRH
        Chapter 11

Decarla Taylor-Conyers    Plaintiff

v.

CIRCUIT CITY STORES, INC.
W. CLARKSON MCDOW, TRUSTEE    Defendants

MOTION AND NOTICE OF MOTION AND HEARING
FOR RELIEF FROM DEBTOR STAY PURSUANT TO 11 U.S.C. 362(d)

**NOTICE**
    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within 20 days from the date of service of this motion, you must file a written response explaining your position with the Court at the following address: **Clerk of Court, United States Bankruptcy Court, 701 East Broad Street, Ste 4304, Richmond, VA 23219**, and serve a copy on the movant's attorney. Unless a written response is filed and served within this fifteen day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief.

    If you mail you response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the expiration of the twenty day period. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**Attend the preliminary hearing, which hearing will be determined by the Bankruptcy Court Judge and separate notice to follow.**

    The Motion of Decarla Taylor-Conyers, by counsel, hereby moves the Court for relief from the automatic stay and in support thereof represents unto the Court:

Robert B. Hill, Esquire, SBA ##18751
Co-Counsel T.O. Rainey, III, Esquire, SBA #17753
HILL & RAINEY, ATTORNEYS
Counsel for Decarla Taylor-Conyers
2425 Boulevard, Suite 9
Colonial Heights, VA  23834
(804) 526-8300

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Sections 157 and 1334 and 11 U.S.C. Section 362(d), and that this matter is a core proceeding.

2. The debtor filed a petition under Chapter 11 on November 10, 2008.

3. The Debtor's Company Vehicle was insured by Specialty Risk Services, LLC which is insurance for Circuit City. The plaintiff, Decarla Taylor-Conyers, was involved in an accident on October 4, 2007, which involved the negligence of a Circuit City employee.

4. Plaintiff has a pending claim against the insurance with Specialty Risk Services.

5. That the debtor is prohibiting the plaintiff from proceeding against the insurance company for Circuit City.

6. That Plaintiff has not received a settlement on her claim with Specialty Risk Services.

7. The balance of the claim has not been determined at this time, the figure is unliquidated.

WHEREFORE, Plaintiff prays that it be granted relief from the provisions of the automatic stay with regard to the said claim and further requests that the ten (10) day stay be waived incident to any Order entered incident to the Motion for Relief herein.

DECARLA TAYLOR-CONYERS

By: /S/ROBERT B. HILL
     Of Counsel

Robert B. Hill, Esquire, SBA #18751
Co-Counsel T. O. Rainey, III, Esquire, SBA#17753
HILL & RAINEY, ATTORNEYS
Counsel for Decarla Taylor-Conyers
2425 Boulevard, Suite 9
Colonial Heights, VA  23834
(804) 526-8300

## PROOF OF SERVICE

I hereby certify that I have this  4TH  day of March, 2009, mailed by first class mail, postage prepaid, a copy of this Motion for Relief From Stay and Notice of Motion and Hearing upon each party required to receive notice under Local Bankruptcy Rule 4001(a)-1(E)(1) as follows:

Daniel F. Blanks, Douglas M. Foley of McGuire Wood, LLP, 9000 World Trade Center, 101, W. Main St., Norfolk, VA 23510, Dion W. Hayes and Joseph S. Sheerin, and Sarh Beckett Boehm, at One James Center, 901 E. Cary St., Richmond, VA 23219, Gregg M. Galardi and Ian S. Fredericks, of Skadden Arps Slate Meagher & Floom LLP, at One Rodney Sq., Wilmington, DE 19899 Rudolph C. McCollum, Jr., at Post Office Box 4595, Richmond, VA 23220, W. Clarkson McDow, Jr. at 701 E. Borad St., Ste 4304, Richmond, VA 23219.

/S/ROBERT B. HILL
ROBERT B. HILL, Esquire

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:         CIRCUIT CITY STORES, INC., et al
                    Debtor                                           Case #08-35653-KRH
                                                                     Chapter 11

Decarla Taylor-Conyers                                               Plaintiff

v.

CIRCUIT CITY STORES, INC.
W. CLARKSON MCDOW, TRUSTEE                                           Defendants

NOTICE OF HEARING TO CONSIDER MOTION

Please take notice that a hearing will be held at the United States Bankruptcy Court, U.S. Courthouse Annex, 701 East Broad Street, Ste 5000, Richmond, VA 23219, on April 14, 2009, at 10:00 a.m., to consider the Motion Seeking Relief from Stay, filed by Decarla Taylor-Conyers.

Date: 3/4/09

Robert B. Hill, Esquire, SBA #18751
Co-Counsel T. O. Rainey, III, Esquire, SBA #17753
HILL & RAINEY, ATTORNEYS
Counsel for Decarla Taylor-Conyers
2425 Boulevard, Suite 9
Colonial Heights, VA  23834
(804) 526-8300

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of hearing was mailed by first class mail to all interested parties on this 4th day of March, 2009.

/S/ROBERT B. HILL
Robert E. Hill,
Attorney for Movant