```
Gregg M. Galardi, Esq.                  Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                 Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTER DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :  Chapter 11
                               :
Circuit City Stores, Inc.,     :  Case No. 08-35653(KRH)
et al.,                        :
                               :
              Debtors.[1]      :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF REJECTION OF UNEXPIRED LEASES AND
ABANDONMENT OF PERSONAL PROPERTY**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

1.    ORDER APPROVING REJECTION OF LEASE

PLEASE TAKE NOTICE that on February 19, 2009, the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") entered an Order Under Bankruptcy Code Sections 105, 363 and 365 (I) Approving Bidding and Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates, And (III) Authorizing And Approving (A) Sale Of Certain Nonresidential Real Property Leases Free And Clear Of All Interests, (B) Assumption And Assignment Of Certain Unexpired Nonresidential Real Property Leases And (C) Lease Rejection Procedures (the "Order," a copy of which is available at www.kccllc.net/circuitcity).  The Order authorized the above-captioned debtors and debtors-in-possession (the "Debtors") to reject certain unexpired real property leases and abandon certain furniture, fixtures, and equipment owned by the Debtors (the "Abandoned Property"), upon notice to the lessors (the "Lessors"), without further Court approval.  The Debtors have determined to reject the real property leases listed on Schedule A hereto (the "Leases") pursuant to the Order.

2.    LEASE REJECTION DATE

PLEASE TAKE FURTHER NOTICE that the rejection of the Lease shall become effective on **March 4, 2009** (the "Rejection Date") or such later date as the Debtors surrender the premises by fulfilling the Rejection Requirements (as defined in the Order).

3.    ABANDONED PROPERTY

PLEASE TAKE FURTHER NOTICE that the Debtors will have until the Rejection Date to remove property belonging to the Debtors from the leased premises.  To the extent that any property remains in the leased premises after the Rejection Date, such property will be deemed Abandoned Property and shall be deemed abandoned by the Debtors.  The Lessors will be entitled to remove or dispose of such property in their sole discretion without liability to any party which might claim an interest in the Abandoned Property.

4.  OBJECTIONS

PLEASE TAKE FURTHER NOTICE that objections, if any, to rejection of the Leases or abandonment of Abandoned Property must (a) be in writing, (b) set forth, with specificity, the factual and legal basis therefor, (c) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern District of Virginia, and the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (Docket No. 0130) (the "Case Management Order"), (d) be filed with Bankruptcy Court and (e) served in accordance with the Case Management Order so as to be **received** on or before **March 2, 2009 at 5:00 p.m. (Eastern)** (the "Objection Deadline").

5.  RENT

PLEASE TAKE FURTHER NOTICE that the Debtors will pay rent on a per diem basis for those days prior to the Rejection Date of the Leases.

6.  SETOFF

PLEASE TAKE FURTHER NOTICE that if any Debtor has deposited monies with the Lessor as a security or other kind of deposit or pursuant to another similar arrangement, the Lessors will not be permitted to set off or otherwise use the monies from such deposit or other arrangement without the prior order of the Court.

7.  DEADLINE TO FILE PROOFS OF CLAIM

PLEASE TAKE FURTHER NOTICE that, unless otherwise ordered by the Court or agreed to in writing by the Debtors, parties will have until 5:00 p.m. (Pacific) on April 30, 2009 to file a proof of claim for damages arising from the rejection of or relating to any Lease. Any claims not timely filed will be forever barred. For proof of claim forms and information regarding filing a proof of claim, please refer to the Order or go to www.kccllc.net/circuitcity.com.

Dated: February 25, 2009
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
_____
Dion W. Hayes (VSB No. 34304)
Douglas Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

              Document      Page 5 of 6

**SCHEDULE A**

**(Leases)**

SCHEDULE A
Leases

| Store # | Location Name | Location Address | Shopping Center | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|---|
| 3218 | Gateway Mall Superstore | 6140 "O" STREET | | LINCOLN | NE | 68510 | WEA Gateway, LLC |
| 3304 | Tuscon Oracle Superstore | 4380 NORTH ORACLE ROAD | ORACLE WETMORE SHOPPING CENTER | TUCSON | AZ | 85705-1635 | Weingarten Realty Investors |
| 3305 | Tuscon Superstore | 5530 E. BROADWAY BLVD. | | TUCSON | AZ | 85711 | K-GAM Broadway Craycroft, LLC |
| 3317 | Everett Mini-Superstore | 530 SW EVERETT MALL WAY | EVERGREEN FORUM | EVERETT | WA | 98204 | Orion Alliance Group, LLC |
| 3318 | Lynwood Superstore | 2800 196TH STREET, SW | | LYNWOOD | WA | 98038 | FGLP Company |
| 3319 | Bellvue Superstore | 15600 N.E. 8TH STREET | CROSSROADS MALL SHOPPING CENTER | BELLEVUE | WA | 98008 | Terranomics Crossroads Associates |
| 3321 | Tacoma Mall Mini-Superstore | 4124 TACOMA MALL BOULEVARD | BOULEVARD CENTER | TACOMA | WA | 98409-7203 | Intergrated Real Estate Services LLC |
| 3326 | Bellingham Superstore | 3944 MERIDIAN STREET | MERIDIAN VILLAGE SHOPPING CENTER | BELLINGHAM | WA | 98266 | Meridian Village, LLC |
| 3331 | Nothside Mini-Superstore | 7701 N. DIVISION STREET | | SPOKANE | WA | 99208 | Larry J. Rietz, MP, LLC |
| 3336 | South Center Superstore | 223 ANDOVER PARK EAST | | TUKWILA | WA | 98188-2904 | Gladwyne Investors, LP |
| 3338 | Olympia Superstore | 2815 CAPITOL MALL DRIVE, SW | | OLYMPIA | WA | 98502-8633 | DDR Southeast Olympia DST |
| 3342 | Silverdale Mini-Superstore | 9991 MICKELBERRY ROAD, NW | MICKELBERRY CENTER | SILVERDALE | WA | 98383 | Silverdale K-Four |
| 3382 | Valley Mall Mini-Superstore | 15104 EAST INDIANA AVENUE | MARKET POINT I SHOPPING CENTER | SPOKANE | WA | 99205 | Hanson Industries, Inc. |
| 3732 | Williston Mini-Superstore | 15 MARSHALL AVENUE | TAFT CORNERS COMMERCIAL PARK | WILLISTON | VT | 05495 | Taft Corners Associates, Inc. |
| 3736 | Puyallup Superstore | 3500 SOUTH MERIDIAN, #760 | SOUTH HILL MALL SHOPPING CENTER | PUYALLUP | WA | 98373-3702 | The Cafaro Northwest Partnership |
| 3754 | Kennewick Superstore | 1430 TAPTEAL DRIVE | TAPTEAL BUSINESS PARK | RICHLAND | WA | 99352-8456 | Karns Real Estate Holdings II, LLC |