Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - x
In re:                    :   Chapter 11
                          :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                   :
                          :
                          :   Jointly Administered
          Debtors.        x
- - - - - - - - - - - - - -

**CONSENT MOTION OF THE DEBTORS FOR ENTRY OF STIPULATION,
AGREEMENT AND ORDER BY AND AMONG THE DEBTORS, INTERNATIONAL
BUSINESS MACHINES CORPORATION AND IBM CREDIT LLC REGARDING
EQUIPMENT LEASES AND FOR RELATED RELIEF**

With the consent of International Business Machines Corporation ("IBM") and IBM Credit, LLC ("IBM Credit"), the debtors and debtors in possession in the above-captioned jointly administered cases (the "Debtors")[1] hereby move (the "Motion"), for entry of the Stipulation, Agreement and Order by and among the Debtors, IBM and IBM Credit, attached hereto as Exhibit A (the "Stipulation and Order").  The Stipulation and Order is an agreement between the Debtors, IBM and IBM Credit to reject certain unexpired leases of personal property.  The Debtors respectfully requests that the Court enter the Stipulation and Order.

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Seller, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Dated: March 3, 2009          SKADDEN, ARPS, SLATE, MEAGHER &
     Richmond, Virginia    FLOM, LLP
                                     Gregg M. Galardi, Esq.
                                     Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

                    - and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

                    - and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley          .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession