**EXHIBIT 3**

**(Closing Stores)**

**Exhibit 3**
**Closing Stores**

| Store No. | Store | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 235 | Concord | 2030 Diamond Boulevard | Concord | CA | 94520-5702 |
| 236 | Dublin | 7153 Amador Plaza Road | Dublin | CA | 94568-2317 |
| 238 | San Rafael | 330 Bellam Boulevard | San Rafael | CA | 94901-4804 |
| 413 | Santa Barbara | 3761 State Street | Santa Barbara | CA | 93105-3116 |
| 422 | Compton | 120 East Compton Boulevard | Compton | CA | 90220-2411 |
| 426 | Riverside | 10255 Magnolia Avenue | Riverside | CA | 92503 |
| 435 | Phoenix Metro | 9801 N. Metro Parkway East | Phoenix | AZ | 85021 |
| 436 | Mesa | 1530 W Southern Ave. #210 | Mesa | AZ | 85202 |
| 437 | Scottsdale | 8929 East Indian Bend Road | Scottsdale | AZ | 85256 |
| 441 | Avondale | 10140 West Mcdowell Road | Avondale | AZ | 85323-4841 |
| 449 | Escondido | 1138 West Valley Parkway | Escondido | CA | 92025-2559 |
| 520 | Outer Loop | 4805 Outer Loop | Louisville | KY | 40219-3200 |
| 534 | Ferguson | 3344 Pershall Road | Ferguson | MO | 63135 |
| 540 | Sharpstown Superstore | 7553 Bellaire Boulevard | Houston | TX | 77036-1903 |
| 712 | Town Center Superstore | 1185 Ernest West Barrett Parkway | Kennesaw | GA | 30144-4535 |
| 803 | Tysons Corner | 1905 Chainbridge Road | Tysons Corner | VA | 22180 |
| 821 | Beltsville | 11011 Baltimore Avenue | Beltsville | MD | 20705 |
| 825 | Marlow Heights | 3551 32Nd Avenue | Marlow Heights | MD | 20748 |
| 829 | Trussville | 3555 Roosevelt Boulevard | Trussville | AL | 35173-1918 |
| 834 | Greenbriar Superstore | 3755 Carmia Drive Sw, Suite 1100 | Atlanta | GA | 30331-2620 |
| 841 | Lexington | 2434 Nicholasville Road | Lexington | KY | 40503-3107 |
| 847 | Golden Ring | 8823 Pulaski Highway | Baltimore | MD | 21237 |
| 853 | American Way Superstore | 6491 Winchester Road | Memphis | TN | 38115 |
| 880 | Cumberland/Akers Mill | 2971 Akers Mill Road Se | Atlanta | GA | 30339-2701 |
| 884 | Southlake Superstore | 1906 Mt. Zion Road | Morrow | GA | 30260 |
| 886 | Buckhead | 3637 Peachtree Road | Atlanta | GA | 30326 |
| 893 | Orange Park | 6155 Youngerman Circle | Jacksonville | FL | 32244-6607 |
| 920 | Hickory Hollow Mall | 5221 Hickory Hollow Pkwy. | Antioch | TN | 37013 |
| 1604 | Charlottesville | 100 Albemarle Square | Charlottesville | VA | 22901-1466 |
| 1611 | Temple | 3310 South 31St Street | Temple | TX | 76502 |
| 1615 | Athens | 4110 Atlanta Highway | Bogart | GA | 30606 |
| 1628 | Merced | 3275 R Street | Merced | CA | 95340 |
| 1629 | Santa Maria | 1535 South Bradley Road | Santa Maria | CA | 93454 |
| 1697 | East 86th Street | 232-240 East 86Th Street | New York | NY | 10028 |
| 1806 | Akron Outlet | 1120 Main Street | Cuyahoga Falls | OH | 44221-4922 |
| 1809 | Muskegon Outlet | 1650 East Sherman Boulevard | Muskegon | MI | 49444-1863 |
| 1811 | Milwaukee Outlet | 8173 West Brown Deer Road | Milwaukee | WI | 53223-1703 |
| 1813 | Columbus Outlet | 4030 West Broad Street | Columbus | OH | 43228-1449 |
| 1814 | Indianapolis Outlet | 10235 East Washington Street | Indianapolis | IN | 46229-2627 |
| 1816 | Connecticut Outlet | 130 Boston Post Road | Orange | CT | 16477 |
| 1818 | Bloomingdale Outlet | 152 South Gary Avenue, Suite 101 | Bloomingdale | IL | 60108-2225 |
| 1880 | Pontiac Outlet | 550 North Telegraph Road | Pontiac | MI | 48341-1038 |
| 1882 | Seattle Outlet Store | 34920 Enchanted Parkway South | Federal Way | WA | 98003-8325 |
| 3107 | North Point | 6290 North Point Parkway | Alpharetta | GA | 30022-3014 |
| 3118 | Skokie | 5701 Touhy Avenue | Niles | IL | 60714-4605 |
| 3122 | Calumet City | 1747 East-West Road | Calumet City | IL | 60409 |
| 3123 | Joliet | 3150 Tonti Drive | Joliet | IL | 60435 |
| 3124 | Vernon Hills | 551 North Milwaukee Avenue | Vernon Hills | IL | 60061 |
| 3165 | Western Hills | 5455 Glenway Avenue | Cincinnati | OH | 45238 |
| 3171 | Crystal Lake Superstore | 4483 Us Route 14 | Crystal Lake | IL | 60014 |
| 3172 | Manassas | 10690 Davidson Place | Manassas | VA | 20109 |
| 3181 | Mentor Superstore | 7900 Plaza Boulevard, #100 | Mentor | OH | 44060 |
| 3182 | Elyria Superstore | 110 Market Drive | Elyria | OH | 44035 |
| 3208 | Kansas City North Superstore | 8440 North Madison Avenue | Kansas City | MO | 64155 |
| 3210 | Independence Mall | 18701 East 39Th Street | Independence | MO | 64057 |

**Exhibit 3**
**Closing Stores**

| Store No. | Store | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 3220 | Gwinnett Mall | 3850 Venture Drive | Duluth | GA | 30316 |
| 3222 | Perimeter | 1165 Perimeter Center West | Atlanta | GA | 30338-5416 |
| 3228 | Charlotte University | 8215 University City Blvd., Suite D | Charlotte | NC | 28213 |
| 3240 | Fayetteville '99 | 744 East Joyce Blvd | Fayetteville | AR | 72701 |
| 3243 | Tupelo | 3834 Market Center Drive | Tupelo | MS | 38804 |
| 3268 | West Orlando | 751 Good Homes Road | Orlando | FL | 32818 |
| 3280 | Anniston | 704 South Quintard Avenue | Anniston | AL | 36201 |
| 3297 | Snellville Superstore | 1670 Scenic Hwy 124 North -Suite H | Snellville | GA | 30178 |
| 3298 | Panama City | 427 East 23Rd Street | Panama City | FL | 32405 |
| 3299 | Overland Park | 12020 Metcalf Avenue | Overland Park | KS | 66213 |
| 3301 | Industry Superstore | 1600 S. Azusa Avenue | City Of Industry | CA | 91748-1517 |
| 3303 | Thousand Oaks | 600 West Hillcrest Drive | Thousand Oaks | CA | 91360 |
| 3312 | Pomona Superstore | 2735 S Towne Ave | Pomona | CA | 91766 |
| 3330 | Tempe Superstore | 3456 West Chandler Boulevard | Chandler | AZ | 85226-1100 |
| 3337 | Superstition Springs | 1515 South Power Road | Mesa | AZ | 85206 |
| 3341 | North Scottsdale | 7000 East Mayo Boulevard | Phoenix | AZ | 85054-7701 |
| 3357 | Norman | 1620 24Th Avenue Nw | Norman | OK | 73069-6390 |
| 3362 | Arrowhead | 7645 West Bell Road | Peoria | AZ | 85382-3830 |
| 3374 | Hilltop Superstore | 4100 Klose Drive | Richmond | CA | 94806 |
| 3380 | North Colorado | 7670 North Academy Boulevard | Colorado Springs | CO | 80920-3208 |
| 3394 | Murrieta | 24390 Village Walk Place | Murrieta | CA | 92562 |
| 3402 | Pittsburg | 4300 Delta Gateway Boulevard | Pittsburg | CA | 94565 |
| 3406 | Douglasville | 9365 A The Landing Drive | Douglasville | GA | 30135 |
| 3411 | Mall Of Georgia | 3295 Buford Drive, Suite 100 | Buford | GA | 30519-4911 |
| 3416 | Conyers | 1540 Dogwood Drive Se | Conyers | GA | 30013-5041 |
| 3421 | Newnan | 1098 Bullsboro Drive (Hwy. 34) | Newnan | GA | 30264-1320 |
| 3423 | Vero Beach | 6560 20Th Street | Vero Beach | FL | 32966 |
| 3426 | Camelback | 1670 East Camelback Road | Phoenix | AZ | 85016-3902 |
| 3501 | Central North | 10400 N. Central Expressway | Dallas | TX | 75231 |
| 3506 | West Bank | 4945 Lapalco Blvd. | Marrero | LA | 70072 |
| 3507 | Veterans | 2421 Veterans Memorial Blvd. | Kenner | LA | 70062 |
| 3511 | Baton Rouge | 8640 Airline Highway | Baton Rouge | LA | 70815-8107 |
| 3551 | Garfield Heights | 5642 Transportation Boulevard | Garfield Heights | OH | 44125-5363 |
| 3552 | Slidell | 61119 Airport Road | Slidell | LA | 70460-6838 |
| 3558 | Happy Valley | 2501 West Happy Valley Road | Phoenix | AZ | 85027-7849 |
| 3575 | Brooklyn | 7349 Northcliff Avenue | Brooklyn | OH | 44144-3249 |
| 3580 | Gilbert | 2817 South Market Street | Gilbert | AZ | 85296-6303 |
| 3598 | Acworth | 3384 Cobb Parkway, N.W., Suite 100 | Acworth | GA | 30101-8304 |
| 3604 | Dearborn Superstore | 5600 Mercury Drive | Dearborn | MI | 48126 |
| 3637 | Auburn Hills | 4612 Baldwin Road | Auburn Hills | MI | 48326-1281 |
| 3661 | Bay Shore | 1675 B Sunrise Highway | Bay Shore | NY | 11706 |
| 3671 | Freehold | 4345 Highway 9 | Freehold | NJ | 7728 |
| 3678 | Smith Haven | 139 Alexander Avenue | Lake Grove | NY | 11755 |
| 3681 | Massapequa | 5500 Sunrise Highway | Massapequa | NY | 11758 |
| 3683 | West Nyack | 2731 Palisades Center Drive | West Nyack | NY | 10994 |
| 3685 | Patchogue | 7001 Sunrise Highway | Holbrook | NY | 11741 |
| 3704 | Paducah | 3430 James-Sanders Blvd. | Paducah | KY | 42001 |
| 3712 | Mansfield | 2190 W. 4Th Street | Mansfield | OH | 44906 |
| 3714 | Livingston Superstore | 530 West Mount Pleasant Avenue | Livingston | NJ | 7039 |
| 3722 | Jackson, MI Micro | 1511 Boardman Road | Jackson | MI | 49202 |
| 3728 | Lafayette | 2121 Sagamore Parkway South | Lafayette | IN | 47905 |
| 3749 | Eastvale | 6397 Pats Ranch Road | Mira Loma | CA | 91752-4431 |
| 3758 | Batavia | 1980 West Fabyan Parkway | Batavia | IL | 60510-1215 |
| 3760 | Goodyear | 15433 West Mcdowell Road | Goodyear | AZ | 85338 |
| 3763 | Sparks | 125 Disc Drive | Sparks | NV | 89436-7704 |

**Exhibit 3**
**Closing Stores**

| Store No. | Store | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 3766 | East Palo Alto | 1731 East Bayshore Road | Palo Alto | CA | 94303-2523 |
| 3778 | Bronx Co-Op City | 1770-1778 Gun Hill Road | Bronx | NY | 10469 |
| 3784 | Mayfield Heights | 1405 Som Center Rd | Mayfield Heights | OH | 44124 |
| 3790 | Bolingbrook | 111 South Weber Road | Bolingbrook | IL | 60490-1565 |
| 3794 | North Avenue | 1030 W. North Avenue | Chicago | IL | 60622-2545 |
| 3795 | Kildeer | 20505 North Rand Road, Bldg. E | Kildeer | IL | 60047-3004 |
| 3802 | South Bend | 1290 East Ireland Road | South Bend | IN | 46614-3473 |
| 3808 | Sherman | 4127 Highway 75 North | Sherman | TX | 75090-9310 |
| 3809 | Mansfield | 1551 N. Highway 287 | Mansfield | TX | 76063 |
| 3818 | Hilliard | 1881 Hilliard Rome Road | Columbus | OH | 43226 |
| 3823 | Spring Hill | 1037 Crossings Blvd | Spring Hill | TN | 37174 |
| 3829 | KS:Lenexa-Relo 3211 | 12010 West 95Th Street | Lenexa | KS | 66215 |
| 3860 | Rochester Hills | Adams Road And Market Place Circle | Rochester Hills | MI | 48306 |
| 4109 | Clarksville | 1500 Greentree Boulevard | Clarksville | IN | 47129 |
| 4126 | Countryside | 9950 Joliet Road | Countryside | IL | 60525 |
| 4195 | Hoffman Estates | 100 West Higgins Road, Suite K-1 | South Barrington | IL | 60010 |
| 4200 | Tallahassee | 2425 Apalachee Parkway | Tallahassee | FL | 32301 |
| 4211 | Bloomfied Township | 2169 Telegraph Road | Bloomfield | MI | 48302 |
| 4224 | Shoal Creek | 8260 North Ditzler Avenue | Kansas City | MO | 64158-4541 |
| 4228 | Moreno Valley | 27610 Eucalyptus Avenue | Moreno Valley | CA | 92553 |
| 4229 | Morgan Hill | 1007 Cochran Road | Morgan Hill | CA | 95037 |
| 4230 | North Fontana | 16685 Sierra Lakes Parkway | Fontana | CA | 92336-1255 |
| 4234 | Arlington Heights | 370 East Rand Road | Arlington Heights | IL | 60004-3104 |
| 4240 | Northglenn | 10602 Melody Drive East | Northglenn | CO | 80234-4114 |
| 4243 | Foothill Ranch | 26542 Towne Centre Drive | Foothill Ranch | CA | 92610-2417 |
| 4245 | Parker | 9851 S. Parker Road | Parker | CO | 80134 |
| 4248 | Mckinney | 2050 West University Drive | Mckinney | TX | 75071-2902 |
| 4252 | Cumming | Intersection Of Us 19 & Sr-I 41F | Cumming | GA | 30041 |
| 4257 | Collierville | 10217 East Shelby Dr. | Collierville | TN | 38017 |
| 4268 | Oswego | 1720 Douglas Road | Oswego | IL | 60543-5112 |
| 4273 | Naples | 13585 Tamiami Trail North | Naples | FL | 34110 |
| 4278 | Oakleaf | 9625 Crosshill Boulevard | Jacksonville | FL | 32222-5830 |
| 4279 | Hiram | 4749 Jimmy Lee Smith Parkway | Hiram | GA | 30141-2791 |
| 4300 | Fremont | 43706 Christy Street | Fremont | CA | 94538-5002 |
| 4301 | Vista | 1715 Hacienda Drive | Vista | CA | 92083 |
| 4303 | Fairfield | 1560 Gateway Boulevard | Fairfield | CA | 94533 |
| 4310 | Cedar Park | 1335 East Whitestone Boulevard, Suite G | Cedar Park | TX | 78613-7282 |
| 4312 | League City | 3270 S. Gulf Freeway | League City | TX | 77573 |
| 4314 | Queen Creek | 21002 S. Ellsworth Loop | Queen Creek | AZ | 85242 |
| 4319 | Macon | 2951 Watson Boulevard | Warner Robins | GA | 31093-8535 |
| 4323 | Triangle Junction | 2201 Nostrand Ave | Brooklyn | NY | 11210 |
| 4324 | Grove City | 4178 Buckeye Parkway | Grove City | OH | 43123-8175 |
| 4338 | Burleson | 12640 South Freeway | Burleson | TX | 76028-8435 |
| 4501 | Penn Square | 3625 North West Expressway | Oklahoma City | OK | 73112 |