**EXHIBIT 4**

**(Initial Store Closing Equipment Supplements)**

**Exhibit 4**
**Initial Store Closing Equipment Supplements**

| Location # | Location Name | State | Supplement # |
|---|---|---|---|
| 235 | CONCORD SUPERSTORE | CA | D00F17771 |
| 236 | DUBLIN SUPERSTORE | CA | D00F17773 |
| 238 | SAN RAFAEL SUPERSTORE | CA | D00F17775 |
| 413 | SANTA BARBARA SUPERSTORE | CA | D00F13417 |
| 413 | SANTA BARBARA SUPERSTORE | CA | D00F13420 |
| 422 | COMPTON SUPERSTORE | CA | D00F19862 |
| 426 | RIVERSIDE SUPERSTORE | CA | D00F19864 |
| 435 | PHOENIX METRO SUPERSTORE | AZ | D00F19872 |
| 436 | MESA SUPERSTORE | AZ | D00F19875 |
| 437 | SCOTTSDALE SUPERSTORE | AZ | D00F19877 |
| 441 | AVONDALE SUPERSTORE | AZ | D00F19880 |
| 449 | ESCONDIDO SUPERSTORE | CA | D00F19887 |
| 520 | OUTER LOOP SUPERSTORE | KY | D00D81211 |
| 520 | OUTER LOOP SUPERSTORE | KY | D00D81211 |
| 534 | FERGUSON SUPERSTORE | MO | D00F15372 |
| 534 | FERGUSON SUPERSTORE | MO | D00F15373 |
| 540 | SHARPSTOWN SUPERSTORE | TX | D00F17809 |
| 712 | TOWN CENTER SUPERSTORE | GA | D00D84350 |
| 712 | TOWN CENTER SUPERSTORE | GA | D00D84350 |
| 803 | TYSON'S CORNER SUPERSTORE | VA | D00D88886 |
| 821 | BELTSVILLE SUPERSTORE | MD | D00D89261 |
| 825 | MARLOW HEIGHTS SUPERSTORE | MD | D00D88890 |
| 829 | IRONDALE SUPERSTORE | AL | D00F14749 |
| 829 | IRONDALE SUPERSTORE | AL | D00F14761 |
| 834 | CAMP CREEK | GA | D00D84209 |
| 841 | LEXINGTON SUPERSTORE | KY | D00F20130 |
| 847 | GOLDEN RING SUPERSTORE | MD | D00D88902 |
| 853 | WINCHESTER SUPERSTORE | TN | D00F13643 |
| 853 | WINCHESTER SUPERSTORE | TN | D00F13653 |
| 880 | AKERS MILLS | GA | D00D84253 |
| 884 | SOUTHLAKE SUPERSTORE | GA | D00D84256 |
| 886 | BUCKHEAD SUPERSTORE | GA | D00D84362 |
| 893 | ORANGE PARK SUPERSTORE | FL | D00D91029 |
| 920 | HICKORY HOLLOW MALL | TN | D00C83281 |
| 920 | HICKORY HOLLOW MALL | TN | D00D81707 |
| 1604 | CHARLOTTESVILLE MINI | VA | D00C82331 |
| 1604 | CHARLOTTESVILLE MINI | VA | D00D81707 |
| 1611 | TEMPLE MICRO | TX | D00F14892 |
| 1611 | TEMPLE MICRO | TX | D00F14898 |
| 1615 | ATHENS MINI | GA | D00D84369 |
| 1628 | MERCED MICRO | CA | D00F12221 |
| 1628 | MERCED MICRO | CA | D00F12230 |
| 1629 | SANTA MARIA MICRO | CA | D00F14815 |
| 1629 | SANTA MARIA MICRO | CA | D00F14816 |
| 1697 | EAST 86TH STREET | NY | D00F14315 |
| 1697 | EAST 86TH STREET | NY | D00F14317 |
| 1806 | AKRON OUTLET | OH | D00F14319 |

| 1806 | AKRON OUTLET | OH | D00F14322 |
|------|-------------|-----|-----------|
| 1809 | MUSKEGON OUTLET | MI | D00F13443 |
| 1809 | MUSKEGON OUTLET | MI | D00F13447 |
| 1811 | MILWAUKEE OUTLET | WI | D00F12251 |
| 1811 | MILWAUKEE OUTLET | WI | D00F12256 |
| 1813 | COLUMBUS OUTLET | OH | D00F14167 |
| 1813 | COLUMBUS OUTLET | OH | D00F14175 |
| 1814 | INDIANAPOLIS OUTLET | IN | D00F14324 |
| 1814 | INDIANAPOLIS OUTLET | IN | D00F14326 |
| 1816 | CONNECTICUT OUTLET | CT | D00F13456 |
| 1816 | CONNECTICUT OUTLET | CT | D00F13458 |
| 1818 | BLOOMINGDALE OUTLET | IL | D00F18169 |
| 1880 | PONTIAC OUTLET | MI | D00F12257 |
| 1880 | PONTIAC OUTLET | MI | D00F12258 |
| 1882 | SEATTLE OUTLET STORE | WA | D00F17829 |
| 3107 | NORTH POINT SUPERSTORE | GA | D00D84373 |
| 3118 | SKOKIE SUPERSTORE | IL | D00F18174 |
| 3122 | CALUMET CITY SUPERSTORE | IL | D00F18230 |
| 3123 | JOLIET MINI | IL | D00F18240 |
| 3124 | VERNON HILLS SUPERSTORE | IL | D00F18252 |
| 3165 | WESTERN HILLS SUPERSTORE | OH | D00F17974 |
| 3171 | CRYSTAL LAKE SUPERSTORE | IL | D00F18500 |
| 3172 | MANASSAS | VA | D00D88901 |
| 3181 | MENTOR SUPERSTORE | OH | D00F17993 |
| 3182 | ELYRIA SUPERSTORE | OH | D00F14844 |
| 3182 | ELYRIA SUPERSTORE | OH | D00F14849 |
| 3208 | KANSAS CITY NORTH SUPERSTORE | MO | D00F14338 |
| 3208 | KANSAS CITY NORTH SUPERSTORE | MO | D00F14343 |
| 3210 | INDEPENDENCE MALL SUPERSTORE | MO | D00F14346 |
| 3210 | INDEPENDENCE MALL SUPERSTORE | MO | D00F14349 |
| 3220 | GWINNETT MALL | GA | D00D84260 |
| 3222 | PERIMETER SUPERSTORE | GA | D00D84264 |
| 3228 | CHARLOTTE UNIVERSITY | NC | D00D89305 |
| 3240 | FAYETTEVILLE '99 | AR | D00F13724 |
| 3240 | FAYETTEVILLE '99 | AR | D00F13727 |
| 3243 | TUPELO | MS | D00F13147 |
| 3243 | TUPELO | MS | D00F13153 |
| 3268 | WEST ORLANDO | FL | D00F04289 |
| 3280 | ANNISTON | AL | D00F13240 |
| 3280 | ANNISTON | AL | D00F13252 |
| 3297 | SNELLVILLE SUPERSTORE | GA | D00D84301 |
| 3298 | PANAMA CITY | FL | D00D89633 |
| 3299 | OVERLAND PARK | KS | D00F13743 |
| 3299 | OVERLAND PARK | KS | D00F13748 |
| 3301 | INDUSTRY SUPERSTORE | CA | D00F18538 |
| 3303 | THOUSAND OAKS MINI | CA | D00F18541 |
| 3312 | POMONA SUPERSTORE | CA | D00F18552 |
| 3330 | CHANDLER | AZ | D00F18576 |
| 3337 | SUPERSTITION SPRINGS | AZ | D00F18581 |
| 3341 | NORTH SCOTTSDALE SUPERSTORE | AZ | D00F18589 |
| 3357 | UNIVERSITY TOWN CTN | OK | D00F31965 |
| 3362 | ARROWHEAD SUPERSTORE | AZ | D00F19197 |

| 3374 | HILLTOP SUPERSTORE | CA | D00F19237 |
|------|-------------------|-----|-----------|
| 3380 | N COLORADO SUPERSTORE | CO | D00F14192 |
| 3380 | N COLORADO SUPERSTORE | CO | D00F14195 |
| 3402 | PITTSBURG | CA | D00F18951 |
| 3406 | DOUGLASVILLE | GA | D00D84338 |
| 3411 | MALL OF GEORGIA | GA | D00D84300 |
| 3416 | CONYERS | GA | D00D84268 |
| 3421 | NEWNAN | GA | D00D84271 |
| 3423 | VERO BEACH | FL | D00F12681 |
| 3423 | VERO BEACH | FL | D00F12687 |
| 3426 | CAMELBACK | AZ | D00F18985 |
| 3501 | CENTRAL NORTH SUPERSTORE | TX | D00F18995 |
| 3506 | WEST BANK SUPERSTORE | LA | D00F12697 |
| 3506 | WEST BANK SUPERSTORE | LA | D00F12700 |
| 3507 | VETERANS SUPERSTORE | LA | D00F12707 |
| 3507 | VETERANS SUPERSTORE | LA | D00F12710 |
| 3511 | BATON ROUGE SUPERSTORE | LA | D00F12714 |
| 3511 | BATON ROUGE SUPERSTORE | LA | D00F12715 |
| 3551 | GARFIELD HEIGHTS | OH | D00F17854 |
| 3552 | SLIDELL | LA | D00F14161 |
| 3552 | SLIDELL | LA | D00F14163 |
| 3558 | HAPPY VALLEY | AZ | D00F19029 |
| 3575 | BROOKLYN | OH | D00F17867 |
| 3580 | GILBERT | AZ | D00F19056 |
| 3598 | ACWORTH | GA | D00D84273 |
| 3604 | DEARBORN SUPERSTORE | MI | D00F13487 |
| 3604 | DEARBORN SUPERSTORE | MI | D00F13491 |
| 3637 | AUBURN HILLS | MI | D00F14202 |
| 3637 | AUBURN HILLS | MI | D00F14208 |
| 3661 | BAY SHORE | NY | D00F12862 |
| 3661 | BAY SHORE | NY | D00F12870 |
| 3671 | FREEHOLD | NJ | D00F12883 |
| 3671 | FREEHOLD | NJ | D00F12886 |
| 3678 | SMITH HAVEN | NY | D00F12899 |
| 3678 | SMITH HAVEN | NY | D00F12901 |
| 3681 | MASSAPEQUA | NY | D00F13222 |
| 3681 | MASSAPEQUA | NY | D00F13224 |
| 3683 | WEST NYACK | NY | D00F12905 |
| 3683 | WEST NYACK | NY | D00F12908 |
| 3685 | PATCHOGUE | NY | D00F12911 |
| 3685 | PATCHOGUE | NY | D00F12915 |
| 3704 | PADUCAH | KY | D00C82361 |
| 3712 | MANSFIELD | OH | D00F17991 |
| 3714 | LIVINGSTON SUPERSTORE | NJ | D00F13362 |
| 3714 | LIVINGSTON SUPERSTORE | NJ | D00F13363 |
| 3722 | JACKSON,MI  MICRO | MI | D00F14921 |
| 3722 | JACKSON,MI  MICRO | MI | D00F14923 |
| 3728 | LAFAYETTE | IN | D00F19438 |
| 3758 | BATAVIA | IL | D00F19481 |
| 3760 | GOODYEAR | AZ | D00F23112 |
| 3763 | SPARKS | NV | D00F14458 |
| 3763 | SPARKS | NV | D00F14462 |

| 3766 | EAST PALO ALTO | CA | D00F19490 |
|------|----------------|----|-----------|
| 3784 | MAYFIELD HEIGHTS | OH | D00F18012 |
| 3790 | BOLINGBROOK | IL | D00F21025 |
| 3794 | NORTH AVE | IL | D00F21028 |
| 3795 | KILDEER SUPERSTORE | IL | D00F21033 |
| 3802 | SOUTHBEND | IN | D00F31959 |
| 3808 | SHERMAN | TX | D00F31973 |
| 3829 | OAK PARK MALL | KS | D00F08871 |
| 4109 | CLARKSVILLE MINI | IN | D00F06643 |
| 4109 | CLARKSVILLE MINI | IN | D00D81151 |
| 4126 | COUNTRYSIDE SUPERSTORE | IL | D00F19520 |
| 4200 | TALLAHASSEE MINI | FL | D00D89999 |
| 4211 | BLOOMFIELD | MI | D00F10903 |
| 4224 | SHOAL CREEK | MO | D00F08903 |
| 4230 | NORTH FONTANA | CA | D00F08862 |
| 4234 | ARLINGTON HEIGHTS | IL | D00F10657 |
| 4240 | NORTHGLENN | CO | D00F21041 |
| 4243 | FOOTHILL RANCH | CA | D00F10475 |
| 4248 | MCKINNEY TOWNE | TX | D00F31893 |
| 4268 | OSWEGO | IL | D00F08955 |
| 4278 | OAKLEAF TOWN CENTER | FL | D00F31937 |
| 4279 | HIRAM PAULDING | GA | D00F08900 |
| 4300 | FREMONT | CA | D00F21031 |
| 4301 | VISTA SUPERSTORE | CA | D00F21035 |
| 4303 | FAIRFIELD SUPERSTORE | CA | D00F21234 |
| 4310 | CEDAR PARK | TX | D00F08901 |
| 4319 | WARNER ROBINS | GA | D00F08906 |
| 4324 | GROVE CITY | OH | D00F23132 |
| 4338 | MCALISTER SQUARE | TX | D00F23102 |
| 4501 | PENN SQUARE SUPERSTORE | OK | D00F21051 |