IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND VIRGINIA

| | | |
|---|---|---|
| DOCKET NO. 08-35653 | : | BANKRUPTCY COURT FOR THE |
| DAVID MARCINISZYN<br>PLAINTIFF | : | EASTERN DISTRICT OF VIRGINIA |
| | : | RICHMOND VIRGINIA |
| V. | | |
| CIRCUIT CITY CORP ET AL<br>(aka CIRCUIT CITY STORES ET AL)<br>DEFENDANT | : | FEBRUARY 23, 2009 |
| | : | |

### MOTION TO SATISFY JUDGMENT FROM PROCEEDS OF LIQUIDATION

David Marciniszyn, hereinafter referred to as the "Plaintiff", is a natural born U.S. citizen adult over the age of 18, residing at 633 Willow Street, Waterbury, Connecticut, New Haven County, hereby Motions this court to satisfy the executable judgment Plaintiff has against Circuit City Corp., hereinafter referred to as the "Defendant" and having filed a bankruptcy claim with this court previously, docket number referenced above. The facts are set forth below:

1. Plaintiff possess an executable judgment against the Defendant and asks this court to order the Defendant to satisfy the judgment, see Exhibit 1.
2. The judgment is neither a secured nor unsecured debt. It is a judgment for a certain sum of money, issued by the Court of Common Pleas of Pennsylvania, a Commonwealth Court.
3. The judgment was lawfully issued on June 7, 1994.
4. The judgment has never been satisfied.
5. The judgment is in the amount of $2,232.11 plus interest.
6. The judgment supersedes all other debtor obligations to any creditor and all other creditors' claims.
7. Plaintiff was never notified by the Defendant at the time of filing of bankruptcy that the Defendant had filed bankruptcy.

WHEREFORE Plaintiff seeks justice and equity and prays this court will grant the foregoing motion.

THE PLAINTIFF

BY _____
David Marciniszyn
Pro se for the Plaintiff
633 Willow Street
Waterbury, CT 06710
(203) 982-0050

## ORDER

The foregoing MOTION having been considered, is hereby ORDERED:

GRANTED/DENIED

BY THE COURT

_____
JUDGE / CLERK

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, by first class mail on February 23, 2009, to the following:

Circuit City Corp.
9950 Maryland Drive
Richmond VA 23233

and

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899

and

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606

and

Dion W. Hayes
Douglas M. Foley
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Counsel to the Debtors and Debtors in Possession

_____
David Marciniszyn
Pro se for the Plaintiff

COURT OF COMMON PLEAS OF CHESTER COUNTY, PA

# NOTICE OF ENTRY
# OF JUDGMENT, ORDER OR DECREE

DAVID MARCINISZYN Plaintiff/s )
408 WEST 2nd AVE )  Case No. 94-00316
PARKESBURG, PA. 19365 )
vs. )
CIRCUIT CITY CORP. OFFICE )  Docket No. _____ Page _____
P.O. BOX 85045    Defendant/s )
LOUISVILLE, KY 40285-5045

Pursuant to requirements of Pennsylvania Civil Procedural Rule #236, you are notified that there was entered in this office today, in the above captioned case.

☐ Judgment of $_____ for Plaintiff/s and against Defendant/s
☐ Judgment for Defendant/s and against Plaintiff/s
☐ Judgment by Court Order
☐ Judgment of Non-Pros
☒ Judgment by Default

Dated  6/7/94                                    Liz Rickard  Dep
                                                 PROTHONOTARY

Reasonable opening filed
Explain
Notorious defense
Fink & Insurance Co.
594 AC 2nd 345
1991 Superior Ct
344-6300

Form No. 20—Praecipe for Judgment

# In the Court of Common Pleas of Chester County, Pa.

FILED
94 JUN -7 AM 8:33

PLAINTIFF
DAVID MARCINISZYN
408 WEST 2nd AVE
PARKESBURG, Pa. 19365

DEFENDANT
CIRCUIT CITY CORP. OFFICE
P.O. BOX 85045
LOUISVILLE, KY. 40285-5045

Of _____ term _____ 19 ___ No. _____

See Appearance Docket No. 94-00316

page _____

The Prothonotary will please enter Judgment in the above case by Default for want of $2,232.11, STEREO $1,243.63, DESICION REVERSED FROM LOWER COURT IN MY FAVOR $699.07, COURT COSTS: DISTRICT LEVEL $46.08, COMMON PLEAS $64.25 CERT E MAILING FEES $9.08 ATTORNEY FEES $170.00 (MISS BUCHANNON - MR MOYER) against the Defendant and assess the damages as per statement below

_David Marciniszyn_ Attorney for Plaintiff

I hereby certify that written notice of the intention to file this Praecipe was mailed or delivered to the party against whom judgment is to be entered and to his attorney of record, if any, after the default occurred and at least ten days prior to the date of the filing of this Praecipe. A copy of said notice is attached hereto.

To _____

_David Marciniszyn_
Prothonotary                                           Attorney for Plaintiff

AND NOW _____ 19 __ , Judgment entered in favor of the Plaintiff and against the Defendant by default for want of _____

and damages assessed at the sum of _Two thousand dollars two hundred thirty-two dollars and eleven cents_ Dollars ($ 2,232.11 ), as per above statement.

100

_Liz Rickard_ Prothonotary

```
                                              0074584
                  R E C E I P T
          P R O T H O N O T A R Y ' S   O F F I C E
                      WEST CHESTER
              CHESTER COUNTY, PENNSYLVANIA

NO. 94-00316   THRU                DATE 06/07/94
PLAINTIFF   MARCINISZYN DAVID
DEFENDANT   CIRCUIT CITY CORP OFFICE
FILED BY    MARCINISZYN


              TYPE OF TRANSACTION

   01      JUDGMENT - DEFAULT                 9.00

REMARKS
                         STATE TAX OR FEE     0.00
                                 TOTAL        9.00
     0.00    CHECK #
     9.00    CASH
             CHARGE              Liz
             POA                _____
                                CLERK
```

# NOTICE OF APPEAL

FROM

DISTRICT JUSTICE JUDGMENT

COMMONWEALTH OF PENNSYLVANIA

COURT OF COMMON PLEAS

JUDICIAL DISTRICT

COMMON PLEAS No. 94-00314

JAN 28 1994

## NOTICE OF APPEAL

Notice is given that the appellant has filed in the above Court of Common Pleas an appeal from the judgment rendered by the District Justice on the date and in the case mentioned below.

NAME OF APPELLANT: DAVID MARCINISZYN

MAG. DIST. NO. OR NAME OF D.J.: 15-3-07

ADDRESS OF APPELLANT: 408 WEST 2nd AVE   CITY: PARKESBURG   STATE: PA   ZIP CODE: 19365

DATE OF JUDGMENT: 12/15/93

IN THE CASE OF (Plaintiff): DAVID MARCINISZYN   vs.   (Defendant): CIRCUIT CITY CORP

CLAIM NO. CV TA 19 0000320-93
LT 19 _____

SIGNATURE OF APPELLANT OR HIS ATTORNEY OR AGENT: David Marciniszyn

This block will be signed ONLY when this notation is required under Pa. R.C.P.J.P. No. 1008B.
This Notice of Appeal, when received by the District Justice, will operate as a SUPERSEDEAS to the judgment for possession in this case.

_____ Signature of Prothonotary or Deputy

If appellant was Claimant (see Pa. R.C.P.J.P. No. 1001(6)) in action before District Justice, he MUST FILE A COMPLAINT within twenty (20) days after filing his NOTICE of APPEAL.

## PRAECIPE TO ENTER RULE TO FILE COMPLAINT AND RULE TO FILE

(This section of form to be used ONLY when appellant was DEFENDANT (see Pa. R.C.P.J.P. No. 1001(7)) in action before District Justice. IF NOT USED, detach from copy of notice of appeal to be served upon appellee).

**PRAECIPE:** To Prothonotary

Enter rule upon _____, appellee(s), to file a complaint in this appeal
Name of appellee(s)

(Common Pleas No. _____) within twenty (20) days after service of rule or suffer entry of judgment of non pros.

_____ Signature of appellant or his attorney or agent

**RULE:** To _____, appellee(s)
Name of appellee(s)

(1) You are notified that a rule is hereby entered upon you to file a complaint in this appeal within twenty (20) days after the date of service of this rule upon you by personal service or by certified or registered mail.

(2) If you do not file a complaint within this time, a JUDGMENT OF NON PROS WILL BE ENTERED AGAINST YOU.

(3) The date of service of this rule if service was by mail is the date of mailing.

Date: 1/31 , 1994

_____ Signature of Prothonotary or Deputy

FILED
94 FEB -2 PM 3:28
OFFICE OF THE
PROTHONOTARY
CHESTER CO., PA.

FILED
94 FEB -2 PM 3:35
OFFICE OF THE
PROTHONOTARY
CHESTER CO., PA.

## PROOF OF SERVICE OF NOTICE OF APPEAL AND RULE TO FILE COMPLAINT

(This proof of service MUST BE FILED WITHIN FIVE (5) DAYS AFTER filing the notice of appeal. Check applicable boxes)

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF **CHESTER** : ss

AFFIDAVIT: I hereby swear or affirm that I served

[X] a copy of the Notice of Appeal, Common Pleas No. **94-00316**, upon the District Justice designated therein on (date of service) **January 19**, 19 **94**. [ ] by personal service [X] by (certified) (registered) mail, sender's receipt attached hereto, and upon the appellee, (name) **CIRCUIT CITY CORPORATE OFFICE** on **January 19**, 19 **94** [ ] by personal service [X] by (certified) (registered) mail, sender's receipt attached hereto.

[ ] and further that I served the Rule to File a Complaint accompanying the above Notice of Appeal upon the appellee(s) to whom the Rule was addressed on _____, 19___, [ ] by personal service [ ] by (certified) (registered) mail, sender's receipt attached hereto.

SWORN (AFFIRMED) AND SUBSCRIBED BEFORE ME this **2nd** DAY OF **February** 19 **94**.

_Signature of official before whom affidavit was made_

_Signature of affiant_

Title of official
commission expires on

NOTARIAL SEAL
JANET L CROSSON, Notary Public
West Chester Boro, Chester County, PA
My Commission Expires Feb. 24, 1960

```
                                                    0062899
                        R E C E I P T
              P R O T H O N O T A R Y ' S  O F F I C E
                         WEST CHESTER
                   CHESTER COUNTY, PENNSYLVANIA

NO. 94-00316    THRU                    DATE 01/13/94
PLAINTIFF   DAVID MARCINISZYN
DEFENDANT   CIRCUIT CITY
FILED BY    DAVID


                   TYPE OF TRANSACTION

    01      APPEAL - DISTRICT JUSTICE              50.00
    01      J.C.P.                                  5.00

REMARKS
                            STATE TAX OR FEE        0.25
                                      TOTAL        55.25
     0.00       CHECK #
    55.25       CASH
                CHARGE
                POA           _____CClerk_____
                                                CLERK
```