Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTER DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
Circuit City Stores, Inc.,     :   Case No. 08-35653(KRH)
et al.,                        :
                               :
            Debtors.[1]        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF REJECTION OF UNEXPIRED LEASES AND
ABANDONMENT OF PERSONAL PROPERTY**

---

1  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

1. <u>ORDER APPROVING REJECTION OF LEASE</u>

PLEASE TAKE NOTICE that on February 19, 2009, the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") entered an Order Under Bankruptcy Code Sections 105, 363 and 365 (I) Approving Bidding and Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates, And (III) Authorizing And Approving (A) Sale Of Certain Nonresidential Real Property Leases Free And Clear Of All Interests, (B) Assumption And Assignment Of Certain Unexpired Nonresidential Real Property Leases And (C) Lease Rejection Procedures (the "Order," a copy of which is available at [www.kccllc.net/circuitcity](www.kccllc.net/circuitcity)). The Order authorized the above-captioned debtors and debtors-in-possession (the "Debtors") to reject certain unexpired real property leases and abandon certain furniture, fixtures, and equipment owned by the Debtors (the "Abandoned Property"), upon notice to the lessors (the "Lessors"), without further Court approval. The Debtors have determined to reject the real property leases listed on <u>Schedule A</u> hereto (the "Leases") pursuant to the Order.

2. <u>LEASE REJECTION DATE</u>

PLEASE TAKE FURTHER NOTICE that the rejection of the Lease shall become effective on **March 11, 2009** (the "Rejection Date") or such later date as the Debtors surrender the premises by fulfilling the Rejection Requirements (as defined in the Order).

3. <u>ABANDONED PROPERTY</u>

PLEASE TAKE FURTHER NOTICE that the Debtors will have until the Rejection Date to remove property belonging to the Debtors from the leased premises. To the extent that any property remains in the leased premises after the Rejection Date, such property will be deemed Abandoned Property and shall be deemed abandoned by the Debtors. The Lessors will be entitled to remove or dispose of such property in their sole discretion without liability to any

3

party which might claim an interest in the Abandoned Property.

4.   OBJECTIONS

   PLEASE TAKE FURTHER NOTICE that objections, if any, to rejection of the Leases or abandonment of Abandoned Property must (a) be in writing, (b) set forth, with specificity, the factual and legal basis therefor, (c) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern District of Virginia, and the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (Docket No. 0130) (the "Case Management Order"), (d) be filed with Bankruptcy Court and (e) served in accordance with the Case Management Order so as to be **received** on or before **March 11, 2009 at 5:00 p.m. (Eastern)** (the "Objection Deadline").

5.   RENT

   PLEASE TAKE FURTHER NOTICE that the Debtors will pay rent on a per diem basis for those days prior to the Rejection Date of the Leases.

6.   SETOFF

   PLEASE TAKE FURTHER NOTICE that if any Debtor has deposited monies with the Lessor as a security or other kind of deposit or pursuant to another similar arrangement, the Lessors will not be permitted to set off or otherwise use the monies from such deposit or other arrangement without the prior order of the Court.

7.   DEADLINE TO FILE PROOFS OF CLAIM

   PLEASE TAKE FURTHER NOTICE that, unless otherwise ordered by the Court or agreed to in writing by the Debtors, parties will have until 5:00 p.m. (Pacific) on April 30, 2009 to file a proof of claim for damages arising from the rejection of or relating to any Lease.  Any claims

4

not timely filed will be forever barred. For proof of claim forms and information regarding filing a proof of claim, please refer to the Order or go to www.kccllc.net/circuitcity.com.

Dated: March 4, 2009
      Richmond, Virginia   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

**SCHEDULE A**

**(Leases)**

Exhibit A
Leases

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 253 | Daly City Superstore | 303 Gellert Boulevard | San Francisco | CA | 94015 | Daly City Partners I LP |
| 270 | Las Vegas Superstore | 3778 South Maryland Parkway | Las Vegas | NV | 89119 | Boulevard Associates |
| 272 | Las Vegas II Superstore | 5055 Sahara Avenue | Las Vegas | NV | 89146 | Becker Trust, LLC |
| 401 | Hollywood Superstore | 4400 West Sunset Boulevard | Los Angeles | CA | 90027 | CIM/Birch St., Inc. |
| 409 | San Bernardino Superstore | 555 East Hospitality Drive | Los Angeles | CA | 92408 | Rancon Realty Fund Iv Subsidiary LLC |
| 411 | Palmdale Superstore | 39331 10Th Street West | Los Angeles | CA | 93551 | Amargosa Palmdale Investments, LLC |
| 417 | Montclair Superstore | 5150 Plaza Lane | Los Angeles | CA | 91763 | Montclair Plaza LLC |
| 420 | West Covina Superstore | 2851 Eastland Center Drive | Los Angeles | CA | 91790 | Eastland Shopping Center, LLC |
| 421 | Van Nuys Superstore | 13630 Victory Boulevard | Los Angeles | CA | 91401 | 13630 Victory Boulevard LLC |
| 423 | Fresno Superstore | 5355 North Blackstone Avenue | Fresno | CA | 93710 | Hallaian Brothers |
| 428 | La Cienega Superstore | 1839 South La Cienega Boulevard | Los Angeles | CA | 90035 | La Cienega-Sawyer, Ltd. |
| 429 | Ventura Superstore | 421 West Esplanade Drive | Los Angeles | CA | 93030 | Centro Watt Property Owner I, LLC |
| 508 | Irving Superstore | 3888 Irving Mall | Dallas/Ft Worth | TX | 75062 | Simon Property Group (Texas), LP |
| 519 | Atlantic City Superstore | 4215 Black Horse Pike | Philadelphia | NJ | 08330 | BFW/Pike Associates, LLC |
| 532 | Chesterfield Commons Superstore | 28 Thf Boulevard | St Louis | MO | 63005 | THF Chesterfield Two Development, LLC |
| 546 | Mesquite Superstore | 3733 Emporium Circle | Dallas/Ft Worth | TX | 75150 | Cole CC Mesquite TX, LLC |
| 569 | Cedar Hill Superstore | 731 North Highway 67 | Dallas/Ft Worth | TX | 75104 | Inland Western Cedar Hill Pleasant Run LP |
| 725 | State Road Superstore | 400 South State Road | Philadelphia | PA | 19064 | Blank Aschkenasy Properties, LLC |
| 734 | Cherry Hill Superstore | 1450 Nixon Drive | Philadelphia | NJ | 08054 | East Gate Center V, Tenants In Common |
| 800 | Augusta Superstore | 239 Robert C. Daniel Jr. Parkway | Augusta | GA | 30901 | Kir Augusta I 044, LLC |
| 802 | Springfield Superstore | 6640 Loisdale Road | Washington | VA | 22150 | DDR  Southeast Loisdale, LLC |
| 814 | Potomac Mills Superstore | 14500 Potomac Mills Road | Washington | VA | 22193 | Potomac Festival II |
| 820 | Greensboro Superstore | 4217 E. West Wendover Avenue | Greensboro | NC | 27407 | DDR-SAU Wendover Phase II, LLC |
| 823 | Spartanburg Superstore | 1508-B W. O. Ezell Boulevard | Greenville | SC | 29301 | Westgate Village, LLC |
| 824 | Largo Superstore | 1020 Shoppers Way | Washington | MD | 20774 | Capital Centre, LLC |
| 827 | Hoover Superstore | 4351 Creekside Avenue | Birmingham | AL | 35244 | Aig Baker Hoover, LLC |
| 836 | Glen Burnie Superstore | 78 Mountain Road | Baltimore | MD | 21061 | Saul Holdings, LP |
| 837 | Orlando South Superstore | 7915 South Orange Blossom Trail | Orlando | FL | 32809 | DDRM Skyview Plaza LLC |
| 839 | Orlando North Superstore | 1140 East Altamonte Drive | Orlando | FL | 32701 | Altamonte Springs Real Estate Associates, LLC |
| 862 | West Palm Beach Super Superstore | 1901 Okeechobee Boulevard | West Palm Beach | FL | 33409 | Bond-Circuit IV Delaware Business Trust |
| 863 | Coral Springs Superstore | 6001 West Sample Road | Miami | FL | 33067 | Kite Coral Springs, LLC |
| 865 | Greenville Superstore | 840 Woods Crossing Road | Greenville | SC | 29607 | Crosspointe 08 A LLC |
| 866 | Rockville Superstore | 1501 Rockville Pike | Washington | MD | 20852 | Congressional North Associates LP |
| 867 | Lakeland Superstore | 4212 U.S. Route 98 North | Tampa | FL | 33809 | RLV Village Plaza LP |
| 878 | Florence Superstore | 8125 Mall Road | Cincinnati | KY | 41042 | OLP CC Florence LLC |
| 892 | Jacksonville Superstore | 9317 Atlantic Boulevard | Jacksonville | FL | 32225 | Mibarev Development I LLC |
| 921 | Asheville Superstore | 299 Swannanoa River Road | Greenville | NC | 28805 | DDR MDT Asheville River Hills |
| 1600 | Harrisonburg Superstore | 259 Burgess Road | Harrisonburg | VA | 22801 | THF Harrisonburg Crossings, LLC |
| 1607 | Jacksonville Mini-Superstore | 1171 Western Blvd. | Greenville/Newbern | NC | 28546 | CC Investors 1995-1 |
| 1608 | Wilmington Mini-Superstore | 5325 Market Street | Wilmington Nc | NC | 28405 | CC - Investors 1996-3 |
| 1645 | Salisbury Micro-Superstore | 345 Faith Road | Charlotte | NC | 28146 | Centro Heritage Innes Street LLC |
| 1683 | Altoona Micro-Superstore | 141 Sierra Drive | Johnstown,Pa | PA | 16601 | Sierra North Associates LP |
| 1693 | State College Superstore | 48 Colonnade Way | Johnstown,Pa | PA | 16803 | Colonnade, LLC |
| 3100 | West Broad "The City" Superstore | 9900 West Broad Street | Richmond | VA | 23060 | Circuit Investors #3, LP |

Exhibit A
Leases

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 3106 | Southpark Superstore | 820 Southpark Boulevard | Richmond | VA | 23834 | Colonial Heights Holding, LLC |
| 3108 | Portland Mini-Superstore | 555 Maine Mall Road | Portland Me | ME | 04106 | Basile Limited Liability Company |
| 3112 | Yorktown Superstore | 2900 Highland Avenue | Chicago | IL | 60515 | Circuit Investors - Yorktown, LP |
| 3113 | Ford City Superstore | 7414 South Cicero Avenue | Chicago | IL | 60629 | Bedford Park Properties, LLC |
| 3120 | North Riverside Superstore | 7001 Cermak Plaza | Chicago | IL | 60402 | Cermak Plaza Associates, LLC |
| 3121 | Naperville Superstore | 460 South State Route 59 | Chicago | IL | 60540 | Centro Watt |
| 3126 | Orland Hills Superstore | 9231 West 159Th Street | Chicago | IL | 60477 | Orland Town Center Shopping Center |
| 3127 | Gurnee Mills Superstore | 6124 West Grand Avenue | Chicago | IL | 60031 | Mall At Gurnee Mills, LLC |
| 3135 | Woodbury Mini-Superstore | 8250 Tamarack Village | Minneapolis | MN | 55125 | Tamarack Village Shopping Center, LP |
| 3137 | Maplewood Superstore | 1940 East County Road D | Minneapolis | MN | 55109 | CCI Trust 1994-I; Lloyd Draper - Trustee |
| 3139 | Ridgedale Superstore | 1001 Plymouth Road | Minneapolis | MN | 55345 | Priscilla J. Rietz, LLC |
| 3142 | Buckland Hills Superstore | 230 Hale Road | Hartford | CT | 06040 | BPP-Conn LLC |
| 3146 | East Springfield Superstore | 510 Parker Street | Springfield Ma | MA | 01129 | Basser - Kaufman 222, LLC |
| 3153 | Hamburg Micro-Superstore | 1020 Mckinley Mall | Buffalo | NY | 14219 | C.C. Hamburg NY Partners, LLC |
| 3154 | Greece Superstore | 140 Greece Ridge Center Drive | Rochester | NY | 14626 | Greece Ridge, LLC |
| 3157 | Christiana Superstore | 700 Center Boulevard | Philadelphia | DE | 19702 | Preit Services, LLC |
| 3158 | Wilmington/Concord Superstore | 4130 Concord Pike | Philadelphia | DE | 19803 | Woodland Trustees, Inc. |
| 3159 | Holyoke Superstore | 33 Holyoke Street | Springfield | MA | 01040 | Holyoke Crossing LP II |
| 3164 | Salisbury Mini-Superstore | 2640 North Salisbury Boulevard | Salisbury | MD | 21801 | Mayfair - MDCC Business Trust |
| 3167 | Peoria/Westlake Superstore | 2601 Westlake Avenue | Peoria/Bloomington | IL | 61604 | Westlake LP |
| 3169 | Springfield IL Superstore | 3051 West Wabash Avenue | Springfield/Champaign | IL | 62704 | Magna Trust Company, Trustee |
| 3187 | Canton Superstore | 4381 Whipple Avenue N.W. | Cleveland | OH | 44718 | HK New Plan Exchange Property Owner II, LP |
| 3192 | Greenwood Mini-Superstore | 8014 U.S. Highway 31 | Indianapolis | IN | 46227 | Greenwood Point LP |
| 3197 | Poughkeepsie Superstore | 837 South Road | New York | NY | 12601 | BPP-NY LLC |
| 3204 | Ft. Walton Mini-Superstore | 419-A Mary Ester Cutoff | Pensacola | FL | 32548 | HK New Plan Covered Sun, LLC |
| 3215 | Wichita West Superstore | 6920 West Kellogg | Wichita | KS | 67209 | Bldg Retail 2007 LLC & Netarc LLC |
| 3227 | Cary Mini-Superstore | 1401 Piney Plains Road | Raleigh | NC | 27511 | DDR Southeast Cary LLC |
| 3234 | Ocala Mini-Superstore | 3402 Southwest 36Th Terrace | Gainesville | FL | 34474 | AWE-Ocala, Ltd. |
| 3237 | Boynton Beach Superstore | 515 North Congress Avenue | West Palm Beach | FL | 33426 | Agree LP |
| 3262 | Wichita Falls Micro-Superstore | 3121 Lawrence Road | Wichita Falls | TX | 76308 | CC Wichita Falls 98 Trust |
| 3263 | Round Rock Superstore | 120 Sundance Park | Austin | TX | 78682 | La Frontera Village, LP |
| 3264 | Frisco Superstore | 2930 Preston Road, Space F | Dallas/Ft Worth | TX | 75034 | Teachers Insurance & Annuity Assoc.Of Amer. |
| 3270 | Gulfport Micro-Superstore | 15210 Crossroads Parkway | Biloxi,Ms | MS | 39507 | DDR Crossroads Center LLC |
| 3274 | Lake Charles Micro-Superstore | 2990 East Prien Lake Road | Lake Charles,La | LA | 70601 | WEC 99-3 LLC |
| 3285 | Mall At Turtle Creek Superstore | 3000 East Highland Drive, Suite 400 | Jonesboro | AR | 72401 | Turtle Creek Partners LLC |
| 3306 | Visalia Mini-Superstore | 3930 South Mooney Boulevard | Fresno | CA | 93277 | Save Mart Supermarkets |
| 3311 | Rancho Cucamonga Superstore | 12260 Foothill Boulevard | Los Angeles | CA | 91739 | Diamond Square LLC |
| 3316 | Jantzen Beach Superstore | 1772 Jantzen Beach Center | Portland | OR | 97217 | Jantzen Dynamic Corporation |
| 3323 | Washington Green Superstore | 9180 S.W. Hall Blvd. | Portland | OR | 97223 | Washington Green TIC |
| 3329 | Encinitas Superstore | 333 North El Camino Road | San Diego | CA | 92024 | Encinitas PFA, LLC |
| 3333 | Medford Micro-Superstore | 519 Medford Road | Medford | OR | 97504 | Kimco Pk LLC |
| 3344 | Aurora Superstore | 1450 S. Abiline Street | Denver | CO | 80012 | Cole CC Aurora Co, LLC |
| 3345 | Highlands Ranch Superstore | 8575 South Quebec Street | Denver | CO | 80130 | DDR Southeast Highlands Ranch, LLC |
| 3348 | Boulder Mini-Superstore | 2600 Pearl Street | Denver | CO | 80302 | JWC/Loftus LLC |
| 3349 | Ogden Superstore | 1093 West Riverdale Road | Salt Lake City | UT | 84405 | DDR Family Centers LP |
| 3350 | Sugarhouse Superstore | 724 East 2100 South | Salt Lake City | UT | 84106 | CC Investors 1996-10 |

Document      Page 8 of 9

Exhibit A
Leases

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 3361 | Glendale Superstore | 118 S. Maryland Avenue | Los Angeles | CA | 91205 | Alameda Associates |
| 3379 | Grand Junction Micro-Superstore | 2541 Highway 6 & 50 | Grand Junction | CO | 81505 | CC Grand Junction Investors 1998, LLC |
| 3403 | Port Charlotte Mini-Superstore | 18700 Veterans Boulevard, Unit 13 | Fort Myers | FL | 33954 | Hudson Realty Trust, Hersom Realty Trust, Lorimar Realty Trust |
| 3409 | Avenues Superstore | 9041 Southside Boulevard | Jacksonville | FL | 32256 | Property Management Support Inc. |
| 3514 | Amarillo Superstore | 2510 Soncy Road | Amarillo | TX | 79121 | Kir Amarillo LP |
| 3520 | Northshore Superstore | 13350 East Freeway | Houston | TX | 77015 | Circuit Sports, LP |
| 3550 | Greenville Point Superstore | 1140 Woodruff Road | Greenville | SC | 29607 | DDR-SAU Greenville Point, LLC |
| 3576 | Lake Worth Superstore | 6592 Lake Worth Boulevard | Dallas/Ft Worth | TX | 76135 | Inland Western Lake Worth Towne Crossing |
| 3581 | Stapleton Superstore | 7950 East 49Th Avenue | Denver | CO | 80238 | Stapleton North Town, LLC |
| 3584 | New Braunfels Superstore | 1286 Interstate Highway 35 North | San Antonio | TX | 78130 | Sinay Family LLC And Trust |
| 3586 | Santa Margarita Superstore | 30491 Avenida De Las Flores | Los Angeles | CA | 92688 | Tis Equities IX LLC |
| 3587 | Bethlehem Superstore | 4413 Birkland Place | Philadelphia | PA | 18045 | Morris Bethlehem Associates, LP |
| 3592 | Colony Place Superstore | 228 Colony Place | Boston | MA | 02360 | Colony Place Plaza, LLC |
| 3601 | North Attleboro Superstore | 1360 South Washington Street | Providence | MA | 02760 | North Attleboro Marketplace II, LLC |
| 3602 | Millbury Superstore | 70 Worcester Providence Pk | Boston | MA | 01527 | Route 146 Millbury LLC |
| 3615 | Easton Superstore | 4056 Morse Road | Columbus | OH | 43230 | CC-Investors 1997-12 |
| 3616 | Brice Superstore | 2885 Gender Road | Columbus | OH | 43068 | Benenson Columbus - OH Trust |
| 3619 | Ross Park Superstore | 7219 Mcknight Road | Pittsburgh | PA | 15237 | Cofal Partners, LP |
| 3622 | Fields-Ertel Road Superstore | 12130 Royal Point Drive | Cincinnati | OH | 45249 | Hartman 1995 Ohio Property Trust |
| 3627 | Arundel Mills Superstore | 7667 Arundel Mills Boulevard | Baltimore | MD | 21076 | Arundel Mills Marketplace LP |
| 3628 | Frederick Mini-Superstore | 5606 Buckeystown Pike | Washington | MD | 21701 | CC Frederick 98, LLC |
| 3634 | Kalamazoo Superstore | 6026 Westnedge Avenue | Grand Rapids | MI | 49002 | Southland Acquisitions, LLC |
| 3641 | Keene Superstore | 41 Ashbrook Road | Boston | NH | 03431 | MB Keene Monadnock, LLC |
| 3645 | Laredo Superstore | 5300 San Dario, Suite 2205 | Laredo | TX | 78041 | Laredo/Mdn II LP |
| 3648 | Augusta Marketplace Mini-Superstore | 90 Stephen King Drive, Suite 3 | Portland-Auburn | ME | 04330 | Interstate Augusta Properties, LLC |
| 3666 | Parkersburg Mini-Superstore | 605 Grand Central Ave. (Rt. 14) | Clarksburg | WV | 26105 | 601 Plaza, LLC |
| 3674 | Hicksville Superstore | 217 Bethpage Road | New York | NY | 11801 | Ricmac Equities Corporation |
| 3675 | Greeley Superstore | 4759 29Th Street, Suite B | Denver | CO | 80634 | Greeley Shopping Center, LLC |
| 3677 | Lady Lake Superstore | 630 U.S. Highway 441 | Orlando | FL | 32159 | TMW Weltfonds Rolling Acres Plaza |
| 3682 | Middletown Mini-Superstore | 109 Dunning Road | New York | NY | 10940 | CC-Investors 1997-10 |
| 3687 | Ledgewood Mini-Superstore | 461 Route 10, Suite 28 | New York | NJ | 07852 | Acadia Realty LP |
| 3689 | Somerville Superstore | 711 State Route 28 West | New York | NJ | 08807 | Enid Two, LLC |
| 3702 | Terre Haute Micro-Superstore | 4233 South Us 41 | Terre Haute | IN | 47802 | Northern Trust Bank Of California N.A. |
| 3706 | Harrisburg East Superstore | 5125 Jonestown Road | Harrisburg | PA | 17112 | PRGL Paxton, LP |
| 3710 | Robinson Mini-Superstore | 11A Chuvet Drive | Pittsburgh | PA | 15275 | Stor-All New Orleans, LLC |
| 3711 | Muskegon Superstore | 5725 Harvey Street | Grand Rapids | MI | 49444 | Heritage-Lakes Crossing, LLC |
| 3713 | Holland Micro-Superstore | 12635 Felch Street, Suite 20 | Grand Rapids | MI | 49424 | Geenen Dekock Properties, LLC |
| 3720 | Harrisburg West Superstore | 5800 Carlisle Pike | Harrisburg | PA | 17055 | Bond-Circuit IX Delaware Business Trust |
| 3721 | Sterling Superstore | 46301 Potomac Run Plaza, #120 | Washington | VA | 20164 | Potomac Run, LLC |
| 3744 | Erie Mini-Superstore | 7451 Peach Street | Erie | PA | 16509 | GS Erie LLC |
| 3746 | Johnstown Superstore | 430 Town Centre Drive | Johnstown | PA | 15904 | Richland Town Centre, LLC |
| 3752 | VA Center Commons Superstore | 9860 Brook Road | Richmond | VA | 23059 | DDRTC Creeks At Virginia Center LLC |
| 3768 | Leominster Superstore | 100 Commercial Road | Boston | MA | 01453 | Walton Whitney Investors V, LLC |
| 3769 | Concord Superstore | 270 Loudon Road | Boston | NH | 03301 | GGP-Steeplegate, Inc. |
| 3779 | Enfield Superstore | 136 Elm Street | Hartford | CT | 06082 | Galileo Freshwater/Stateline, LLC |

**Exhibit A**
**Leases**

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 3783 | Plymouth Meeting Superstore | 102 Alan Wood Road | Philadelphia | PA | 19428 | Dowel Conshohocken LLC |
| 3792 | Mchenry Superstore | 2226 North Richmond Road | Chicago | IL | 60050 | Advance Real Estate Management, LLC |
| 3810 | Harlingen Tx Superstore | 2020 South Expressway 83 | McAllen-Brownsville | TX | 78552 | Mall At Valle Vista, LLC |
| 3831 | Market Square Shopping Center | Marketplace Drive & Amelia Drive | Rochester | NY | 14623 | 700 Jefferson Road II, LLC |
| 3844 | Fairfax "The City" | 4110 West Ox Road, Suite 12124 | Washington | VA | 22033 | DDR Mdt Fairfax Towne Center LLC |
| 3848 | Boranda Superstore | 1910 North Davis Road | Salinas | CA | 93907 | T And T Enterprises LP |
| 3854 | Parkdale Superstore | 6115 Eastex Freeway | Beaumont | TX | 77706 | Parkdale Mall Associates LP |
| 4101 | Montgomeryville Superstore | 772 Bethlehem Pike | Philadelphia | PA | 18936 | Circuit PA Corporation |
| 4105 | Dickson City Mini-Superstore | 620 Commerce Boulevard | Scranton/ Wilkesbarre | PA | 18519 | Centro Properties Group |
| 4106 | Wilkes-Barre Superstore | 3420 Wilkes-Barre Township Commons | Scranton/ Wilkesbarre | PA | 18702 | VNO Mundy Street LLC |
| 4113 | Seekonk Superstore | 179 West Highland Ave - Rt.6 | Providence | MA | 02771 | Seekonk Equities Inc. |
| 4114 | Cranston Superstore | 140 Hillside Road | Providence | RI | 02920 | Gateway Woodside, Inc. |
| 4116 | Portsmouth Superstore | 1700 Woodbury Avenue | Boston | NH | 03801 | Dicker/Warmington Properties |
| 4122 | Hanover Mini-Superstore | 1775 Washington Street | Boston | MA | 02339 | Walton Hanover Investors V, LLC |
| 4123 | Dartmouth Mini-Superstore | 456 State Road, Route 6 | Providence | MA | 02747 | Dartmouth Marketplace Associates |
| 4130 | Kissimmee Superstore | 2551 West Osceola Parkway | Orlando | FL | 34741 | Loop West, LLC |
| 4131 | Manteca Superstore | 2210 Daniels Street | Sacramento | CA | 95337 | Manteca Stadium Park LP |
| 4136 | Pine Island Superstore | 1843 Pine Island Road, Ne | Fort Myers | FL | 33909 | NAP Northpoint LLC |
| 4139 | Signal Hill Superstore | 901 Spring Street | Los Angeles | CA | 90755 | Signal Hill Gateway LLC |
| 4147 | Knoxville TN - Micro Superstore | 111 Hamilton Crossing Drive | Knoxville | TN | 37701 | Hamilton Crossing I LLC |
| 4176 | Monrovia Superstore "The City" | 745 West Huntington Drive | Los Angeles | CA | 91016 | Monrovia Marketplace LLC |
| 4233 | Sebring Superstore | 1754 Us 27 North | Orlando | FL | 33872 | Sebring Retail Associates, LLC |
| 4249 | Port Arthur Superstore | 8725 Memorial Boulevard | Beaumont | TX | 77640 | Port Arthur Holdings III, Ltd. |
| 4271 | Foxboro Superstore | 1 Patriot Place, South Plaza | Boston | MA | 02035 | NPP Development, LLC |
| 4302 | Eastridge Superstore | 2217 Quimby Road | San Francisco | CA | 95122 | Eastridge Shopping Center LLC |
| 4308 | Westbank Superstore | 901 Manhattan Boulevard | New Orleans | LA | 70058 | Team Retail Westbank, Ltd |
| 4321 | Richmond White Oak Superstore | 4531 South Laburnum Ave | Richmond | VA | 23231 | Forest City Commercial Group, LLC |
| 4336 | Torrington "The City" Superstore | 1030 Torringford Street | Hartford | CT | 06790 | Torrington Triplets LLC |
| 4505 | Little Rock 2 West Superstore | 110 Markham Park Drive | Little Rock | AR | 72211 | CCI Trust 1994-I; Lloyd Draper - Trustee |
| 4506 | North Little Rock Superstore | 4339 Warden Road | Little Rock | AR | 72116 | CCI Trust 1994-I; Lloyd Draper - Trustee |
| 00830A | Winston-Salem (Add'l land) | NEC South Stratford | Winston Salem | NC | 27103 | W/S Stratford, LLC |
| 03158A | Wilmington Overflow Parking | 2 Righter Pkwy. | Wilmington | DE | 19803 | Brandywine Realty Trust |
| 03202A | Gainesville Sign Lease | Off of NW 75th St. (Tower Road) | Gainesville | FL | 32607 | Gainesville Outdoor Advertising, Inc. |
| 03754A | Kennewick Sign Lease | Tapteal Drive & Columbia Center Blvd. | Richland | WA | 99352 | Signco Inc. |