UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08 – 35653-KRH |
| et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

[FILED stamp: RICHMOND DIVISION, MAR - 3 2009, CLERK U.S. BANKRUPTCY COURT]

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that **CAPARRA CENTER ASSOCIATES, S.A.,** ("**CAPARRA**"), a creditor-landlord and party in interest in this chapter 11 case, by and through its undersigned counsel, hereby enters its appearance pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and the applicable Local Rules, and requests that copies of all notices and pleadings filed in this case be given and served upon:

Caparra Center Associates, S. E.
Att: Penny R. Stark, Esq.
9861 Sunrise Lakes Blvd., Suite 308.
Sunrise, Florida 33322

and

Caparra Center Associates, S. E.
Att: Penny R. Stark, Esq.
17 Bon Pinck Way
East Hampton, NY 11937

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, electronic mail, telephone, facsimile, or otherwise filed or made with regard to this case.

Dated: February 24, 2009

                Respectfully submitted,

                PENNY R. STARK
                Attorney for CAPARRA CENTER ASSOCIATES, S.E.,

                _/s/ Penny R. Stark_
                Penny R. Stark (NYSBAR # PS 6720)
                9861 Sunrise Lakes Blvd, Suite 308
                Sunrise, Florida 33322
                Telephone: (631) 324-5808
                Facsimile: (631) 907-0713
                e-mail: pstarkesq@yahoo.com

UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08 – 35653-KRH |
| et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 24th day of February, 2009, via regular U.S. Mail prepaid, facsimile and/or ECF Noticing to each of the persons on the annexed service list.

Dion W. Hayes
Douglas M. Foley
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606

Circuit City Stores, LLC
Attention: Reginald D. Hedgebeth
9950 Maryland Drive
Richmond, VA 23233

Riemer & Braunstein LLP
Attention: David S. Berman
Three Center Plaza, 6th Floor
Boston, MA 02108

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

_____
Penny R. Stark (NYSBAR # PS 6720)