**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re | ) | |
| | ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.** | ) | **Case No. 08-35653-KRH** |
| | ) | **Jointly Administered** |
| Debtors. | ) | **Hon. Kevin R. Huennekens** |

**ORDER ALLOWING ADMINISTRATIVE**
**EXPENSES OF GOODMILL, LLC**
**PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A), 503(b)(9) AND 507(a)(2)**

Upon the Application of Goodmill, LLC ("Goodmill") for Entry of Order

Allowing Administrative Expenses Pursuant to 11 U.S.C. §§ 503(b)(1)(A), 503(b)(9) and

507(a)(2) (the "Motion"); and the Court having reviewed the Application, and any Opposition

thereto, and the Court having determined that the relief requested in the Application should be

granted as set forth herein; and it appearing that proper and adequate notice of the Motion has

been given and no further notice is necessary; and upon the record herein; after due deliberations

thereon; and good and sufficient cause appearing therefor;

it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1.    The Motion is granted; and

2.    Goodmill shall have and hereby has an allowed administrative expense in the

amount of forty-three thousand five hundred ten dollars and twelve cents

($43,510.12); and

3.    The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum

of law in connection with the Motion is hereby waived; and

4.      The Court shall retain jurisdiction to hear and determine all matters from or

related to the implementation of this Order.

Dated: Richmond, Virginia
March _____, 2009


_____
Kevin R. Huennekens
United States Bankruptcy Judge


WE ASK FOR THIS:


*/s/ Steven H. Greenfeld*
Steven H. Greenfeld
COHEN BALDINGER & GREENFELD, LLC
Suite 1103
7910 Woodmont Avenue
Bethesda, MD   20814
(301) 881-8300

and

Jeffrey Kurtzman, Esq.
KLEHR, HARRISON, HARVEY
BRANZBURG & ELLERS, LLP
260 South Broad Street
Philadelphia, PA   19102
(215) 569-4493