UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re ) | |
| ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.** ) | **Case No. 08-35653-KRH** |
| ) | **Jointly Administered** |
| Debtors. ) | **Hon. Kevin R. Huennekens** |

**ORDER ALLOWING ADMINISTRATIVE
EXPENSES OF PR CHRISTIANA, LLC
<u>PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A), 503(b)(9) AND 507(a)(2)</u>**

Upon the Application of PREIT Services, LLC as Agent for PR Christiana, LLC ("PR Christiana") for Entry of Order Allowing Administrative Expenses Pursuant to 11 U.S.C. §§ 503(b)(1)(A), 503(b)(9) and 507(a)(2) (the "Motion"); and the Court having reviewed the Application, and any Opposition thereto, and the Court having determined that the relief requested in the Application should be granted as set forth herein; and it appearing that proper and adequate notice of the Motion has been given and no further notice is necessary; and upon the record herein; after due deliberations thereon; and good and sufficient cause appearing therefor;

it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. The Motion is granted; and

2. PR Christiana shall have and hereby has an allowed administrative expense in the amount of thirty-nine thousand five hundred forty-six dollars and thirty-three cents ($39,546.33); and

3. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum

      of law in connection with the Motion is hereby waived; and

    4.    The Court shall retain jurisdiction to hear and determine all matters from or related to the implementation of this Order.

Dated: Richmond, Virginia
March ____, 2009

                                    _____
                                    Kevin R. Huennekens
                                    United States Bankruptcy Judge

WE ASK FOR THIS:


*/s/ Steven H. Greenfeld*
Steven H. Greenfeld
COHEN BALDINGER & GREENFELD, LLC
Suite 1103
7910 Woodmont Avenue
Bethesda, MD 20814
(301) 881-8300

and

Jeffrey Kurtzman, Esq.
KLEHR, HARRISON, HARVEY
BRANZBURG & ELLERS, LLP
260 South Broad Street
Philadelphia, PA 19102
(215) 569-4493