Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

– and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and Debtors  
in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTER DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
Circuit City Stores, Inc.,     :   Case No. 08-35653(KRH)
et al.,                        :
                               :
              Debtors.¹        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF REJECTION OF UNEXPIRED LEASES AND  
ABANDONMENT OF PERSONAL PROPERTY**

---

1 The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

1.   ORDER APPROVING REJECTION OF LEASE

PLEASE TAKE NOTICE that on February 19, 2009, the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") entered an Order Under Bankruptcy Code Sections 105, 363 and 365 (I) Approving Bidding and Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates, And (III) Authorizing And Approving (A) Sale Of Certain Nonresidential Real Property Leases Free And Clear Of All Interests, (B) Assumption And Assignment Of Certain Unexpired Nonresidential Real Property Leases And (C) Lease Rejection Procedures (the "Order," a copy of which is available at www.kccllc.net/circuitcity). The Order authorized the above-captioned debtors and debtors-in-possession (the "Debtors") to reject certain unexpired real property leases and abandon certain furniture, fixtures, and equipment owned by the Debtors (the "Abandoned Property"), upon notice to the lessors (the "Lessors"), without further Court approval. The Debtors have determined to reject the real property leases listed on Schedule A hereto (the "Leases") pursuant to the Order.

2.   LEASE REJECTION DATE

PLEASE TAKE FURTHER NOTICE that the rejection of the Lease shall become effective on **March 12, 2009** (the "Rejection Date") or such later date as the Debtors surrender the premises by fulfilling the Rejection Requirements (as defined in the Order).

3.   ABANDONED PROPERTY

PLEASE TAKE FURTHER NOTICE that the Debtors will have until the Rejection Date to remove property belonging to the Debtors from the leased premises. To the extent that any property remains in the leased premises after the Rejection Date, such property will be deemed Abandoned Property and shall be deemed abandoned by the Debtors. The Lessors will be entitled to remove or dispose of such property in their sole discretion without liability to any

2

party which might claim an interest in the Abandoned Property.

4. OBJECTIONS

PLEASE TAKE FURTHER NOTICE that objections, if any, to rejection of the Leases or abandonment of Abandoned Property must (a) be in writing, (b) set forth, with specificity, the factual and legal basis therefor, (c) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern District of Virginia, and the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (Docket No. 0130) (the "Case Management Order"), (d) be filed with Bankruptcy Court and (e) served in accordance with the Case Management Order so as to be **received** on or before **March 12, 2009 at 5:00 p.m. (Eastern)** (the "Objection Deadline").

5. RENT

PLEASE TAKE FURTHER NOTICE that the Debtors will pay rent on a per diem basis for those days prior to the Rejection Date of the Leases.

6. SETOFF

PLEASE TAKE FURTHER NOTICE that if any Debtor has deposited monies with the Lessor as a security or other kind of deposit or pursuant to another similar arrangement, the Lessors will not be permitted to set off or otherwise use the monies from such deposit or other arrangement without the prior order of the Court.

7. DEADLINE TO FILE PROOFS OF CLAIM

PLEASE TAKE FURTHER NOTICE that, unless otherwise ordered by the Court or agreed to in writing by the Debtors, parties will have until 5:00 p.m. (Pacific) on April 30, 2009 to file a proof of claim for damages arising from the rejection of or relating to any Lease. Any claims

3

not timely filed will be forever barred.  For proof of claim forms and information regarding filing a proof of claim, please refer to the Order or go to www.kccllc.net/circuitcity.com.

Dated: March 5, 2009
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

**SCHEDULE A**

**(Leases)**

Exhibit A
Leases

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 230 | Almaden Plaza Superstore | 5353 Almaden Expressway | San Francisco | CA | 95118 | Almaden Plaza Shopping Center, Inc. |
| 239 | Modesto Superstore | 3401 Dale Road | Sacramento | CA | 95356 | Macerich Vintage Faire, LP |
| 240 | Emeryville Superstore | 5795 Christie Avenue | San Francisco | CA | 94608 | Regency Centers, LP |
| 241 | Stockton Superstore | 4994 Claremont Avenue | Sacramento | CA | 95207 | Weberstown Mall LLC |
| 271 | Firecreek Crossing Superstore | 4811 Kietzke Lane | Reno | NV | 89502 | Firecreek Crossing Of Reno LLC |
| 405 | Buena Park Superstore | 8371 La Palma Avenue | Los Angeles | CA | 90620 | Coventry II DDR Buena Park Place LP |
| 406 | Pasadena Superstore | 39 North Rosemead Boulevard | Los Angeles | CA | 91107 | Knp Investments |
| 408 | Lakewood Superstore | 4950 Faculty Road | Los Angeles | CA | 90712 | Macerich Lakewood, LLC |
| 424 | Bakersfield Superstore | 4230 California Avenue | Bakersfield | CA | 93309 | Excel Realty Partners, LP |
| 425 | Montebello Plaza Superstore | 2415 Via Campo Avenue | Los Angeles | CA | 90640 | Excel Realty Partners, LP |
| 427 | Norwalk Superstore | 11758 Firestone Boulevard | Los Angeles | CA | 90650 | W&D - Imperial No. 1/Norwalk |
| 446 | Palos Verdes Superstore | 25415 Crenshaw Boulevard | Los Angeles | CA | 90505 | Torrance Towne Center Associates, LLC |
| 518 | Pembroke Pines Superstore | 11810 Pines Boulevard | Miami | FL | 33026 | The Prudential Insurance Company Of America |
| 522 | Two Notch Superstore | 10136 Two Notch Road | Columbia | SC | 29223 | GRI-EQY (Sparkleberry Square) LLC |
| 589 | Hickory Superstore | 2201 Us Highway 70 Se | Charlotte | NC | 28602 | Valley Corners Shopping Center LLC |
| 700 | Cottman Superstore | 7207 Bustleton Avenue | Philadelphia | PA | 19149 | CC Philadelphia 98, LLC |
| 704 | Waldorf Superstore | 3000 Festival Way | Washington | MD | 20601 | Madison Waldorf LLC |
| 743 | Willow Grove Mini-Superstore | 2510 West Moreland Road | Philadelphia | PA | 19090 | Parkside Realty Associates, LP |
| 828 | Tampa Superstore | 18061 Highwoods Preserve | Tampa | FL | 33647 | DDRTC Walks At Highwood Preserve I LLC |
| 830 | Winston-Salem Superstore | 910 Haynes Mall Boulevard | Greensboro | NC | 27103 | Drexel Delaware Trust |
| 846 | Gaithersburg Superstore | 602-A Quince Orchard Road | Washington | MD | 20879 | Federal Realty Investment Trust |
| 855 | Huntsville Superstore | 5900 University Drive | Huntsville | AL | 35806 | NP Huntsville Limited Liab Co |
| 856 | Mobile Superstore | 3725 Airport Boulevard | Pensacola | AL | 36608 | 3725 Airport Boulevard, LP |
| 877 | St. Matthews Superstore | 4600 Shelbyville Road | Louisville | KY | 40207 | Shelbyville Road Plaza LLC |
| 896 | Columbia Mini-Superstore | 238 Harbison Blvd | Columbia | SC | 29210 | DDRTC Columbiana Station I LLC |
| 897 | Bradenton Superstore | 4495 14Th Street West | Tampa | FL | 34207 | DDR Southeast Cortez, LLC |
| 949 | Allentown Superstore | 1055 Grape Street | Philadelphia | PA | 18052 | Dowel-Allentown, LLC |
| 1601 | Fredericksburg Superstore | 1731 Carl D. Silver Parkway | Washington | VA | 22401 | Central Park 1226, LLC |
| 1602 | Tyler Micro-Superstore | 4910 S. Broadway | Tyler-Longview | TX | 75703 | M & M Berman Enterprises |
| 1614 | Redding Mini-Superstore | 1175 Dana Drive | Chico/Redding | CA | 96003 | BPP-Redding LLC |
| 1695 | Victor Mini-Superstore | 20 Square Drive | Rochester | NY | 14564 | MSF Eastgate-I, LLC |
| 3103 | Oxford Valley Superstore | 100 Lincoln Plaza | Philadelphia | PA | 19047 | LInc.oln Plaza Associates, LP |
| 3144 | North Haven Superstore | 19-29 Universal Drive | Hartford | CT | 06473 | Iannucci Development Corporation |
| 3168 | Bloomington Mini-Superstore | 1500 East Empire Street | Peoria/Bloomington | IL | 61701 | Bond C. C. V Delaware Business Trust |
| 3170 | Champaign Superstore | 2006 North Prospect | Champaign | IL | 61821 | Bond C.C. III Delaware Business Trust |
| 3186 | South Bend Superstore | 5944 Grape Road | South Bend | IN | 46545 | St Indian Ridge LLC |
| 3193 | Castleton Superstore | 5410 East 82Nd Street | Indianapolis | IN | 46250 | American National Insurance Company |
| 3198 | Rockford Superstore | 5460 East State Street | Rockford | IL | 61108 | Bond C.C. II Delaware Business Trust |
| 3212 | Abilene Mini-Superstore | 4351 Ridgemont Drive | Abilene,Tx | TX | 79604 | Novogroder/Abilene, LLC |
| 3219 | Columbia Superstore | 1901 Bernadette Drive, #2 | Columbia Mo | MO | 65201 | Columbia Plaza Shopping Center Venture |
| 3241 | Jensen Beach Mini-Superstore | 2550 North West Federal Highway | West Palm Beach | FL | 34994 | RLV Vista Plaza LP |
| 3242 | Greenville Mini-Superstore | 3060 South Evans Street | Greenville/Newbern Nc | NC | 27834 | Centro Heritage UC Greenville LLC |
| 3284 | Hattiesburg Superstore | 1000 Turtle Creek Road | Hattiesburg,Ms | MS | 39402 | SM Newco Hattiesburg, LLC |
| 3302 | Palm Desert Superstore | 72369 Highway 111 | Palm Springs | CA | 92260 | PRU Desert Crossing V, LLC |
| 3315 | Gateway Superstore | 1638 NE 102nd Avenue | Portland Or | OR | 97220 | Mayfair - MDCC Business Trust |
| 3324 | Clackamas Superstore | 10722 Se 82Nd Avenue | Portland Or | OR | 97266 | Marco Portland GP |

**Exhibit A**
Leases

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 3327 | Carmel Mountain Superstore | 11710 Carmel Mountain Road, Suite 248 | San Diego | CA | 92122 | Pacific Carmel Mountain Holdings LP |
| 3351 | Fort Union Superstore | 1340 East Park Centre Drive | Salt Lake City | UT | 84121 | Fourels Investment Company, The |
| 3353 | Jordan Landing Superstore | 7156 South Plaza Center Drive | Salt Lake City | UT | 84084 | Plaza At Jordan Landing LLC |
| 3360 | Culver City Superstore | 5660 Sepulveda Blvd. | Los Angeles | CA | 90232 | DDR Southeast Culver City Dst |
| 3365 | Henderson Superstore | 561 North Stephanie Street | Las Vegas | NV | 89014 | Hip Stephanie, LLC |
| 3366 | Ponce Mall "The City" Superstore | Plaza Del Caribe Mall #2 St. Km 227.9 | Ponce | PR | 717 | Plaza Las Americas, Inc. |
| 3369 | San Patricio "The City" Superstore | 100 Avenue San Patricio | San Patricio | PR | 00968 | Caparra Center Associates, S.E. |
| 3372 | Aercibo Superstore | 80 Carrizales | San Juan | PR | 612 | DDR Norte LLC, S.E. |
| 3375 | Roseville Superstore | 10251 Fairway Drive | Sacramento | CA | 95678 | Kobra Properties |
| 3381 | Pueblo Micro-Superstore | 4320 Freeway North | Colorado Springs | CO | 81008 | Eagleridge Associates (Pueblo) LLC |
| 3418 | Sanford Superstore | 1101 W.P. Ball Boulevard | Orlando | FL | 32771 | WRI Seminole Marketplace, LLC |
| 3504 | Corpus Christi Superstore | 5425 South Padre Island Drive, #135 | Corpus Christi | TX | 78411 | South Padre Drive LP |
| 3522 | Garland Superstore | 325 Coneflower Drive | Dallas/Ft Worth | TX | 75040 | Simon Property Group Texas LP |
| 3560 | Spring Hill Superstore | 13199 Cortez Boulevard | Tampa | FL | 34613 | Coastal Way, LLC |
| 3590 | Meriden Superstore | 495 Chamberlain Highway | Hartford | CT | 06450 | Galileo Northeast, LLC |
| 3591 | Warrington Superstore | 1015 Main Street | Philadelphia | PA | 18976 | Village Square I, LP |
| 3614 | Sawmill Mini-Superstore | 2582 Sawmill Place Blvd. | Columbus Oh | OH | 43235 | Plazamill Limited Partnershp |
| 3638 | Hagerstown Superstore | 17766 Garland Groh Boulevard | Washington | MD | 21740 | Washington RE Investment Trust |
| 3695 | Wayne Superstore | 519 Route 46 | New York Metro | NJ | 07470 | Star Universal, LLC |
| 3725 | Dover "The City" Superstore | 1350 Dupont Highway | Philadelphia | DE | 19901 | Cohab Realty LLC |
| 3738 | Vineland Superstore | 2148 North 2Nd Street | Philadelphia | NJ | 08332 | Goodmill, LLC |
| 3742 | Clarksburg Micro-Superstore | 521 Emily Drive | Clarksburg | WV | 26301 | THF Clarksburg Development One |
| 3743 | Maple Grove Superstore | 11481 Fountain Drive | Minneapolis | MN | 55369 | Kimco Arbor Lakes S.C., LLC |
| 3767 | Brentwood Superstore | 1585 South Brentwood Boulevard | St Louis | MO | 63144 | Pace-Brentwood Partners, LLC |
| 3883 | Lycoming Crossing | 350 S. Lycoming Mall Road | Willamsport | PA | 17756 | VIWY, LP |
| 4112 | Burlington Superstore | 84 Middlesex Turnpike | Boston | MA | 01803 | Daniel G. Kamin Burlington LLC |
| 4115 | Nashua Superstore | 224 Daniel Webster Hwy | Boston | NH | 03062 | Dicker/Warmington Properties |
| 4120 | Salem Superstore | 428 South Broadway | Boston | NH | 03079 | Trustees Of Salem Rockingham, LLC |
| 4135 | Metairie Superstore | 3780 Veterans Memorial Boulevard | New Orleans | LA | 70002 | BBD Rosedale, LLC |
| 4144 | Chambersburg Superstore | 901 Norland Avenue | Philadelphia | PA | 17201 | Chambersburg Crossing, LP |
| 4275 | Sarasota  FL "The City" | 8551 Cooper Creek Blvd | Tampa | FL | 34241 | RB-3 Associates |
| 4276 | Port St Lucie "The City" | 1763 Nw St. Lucke West Blvd | West Palm Beach | FL | 34945 | Benderson Properties & Donald Robinson |
| 00406A | Pasadena Roadshop/Parking Lot | 55 Beacon Street | Pasadena | CA | 91107 | Rossiter, Ronald D. & Barbara M. |