**EXHIBIT 3**
**Subject Locations**

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 230 | Almaden Plaza Superstore | 5353 Almaden Expressway | San Francisco | CA | 95118 | Almaden Plaza Shopping Center, Inc. |
| 231 | Stevens Creek Superstore | 4080 Stevens Creek | San Jose | CA | 95129 | |
| 232 | San Mateo Superstore | 1880 South Grant Street | San Francisco | CA | 94402 | Concar Enterprises, Inc. |
| 233 | Sunnyvale Superstore | 111 East El Camino Real | San Francisco | CA | 94087 | EEL McKee LLC |
| 234 | Hayward Superstore | 2480 Whipple Road | San Francisco | CA | 94544 | Hayward 880, LLC |
| 237 | Santa Rosa Superstore | 2805 Santa Rose Avenue | San Francisco | CA | 95407 | Santa Rosa Town Center LLC |
| 239 | Modesto Superstore | 3401 Dale Road | Sacramento | CA | 95356 | Macerich Vintage Faire, LP |
| 240 | Emeryville Superstore | 5795 Christie Avenue | San Francisco | CA | 94608 | Regency Centers, LP |
| 241 | Stockton Superstore | 4994 Claremont Avenue | Sacramento | CA | 95207 | Weberstown Mall LLC |
| 242 | Van Ness Superstore | 1200 Van Ness Avenue | San Francisco | CA | 94109 | Van Ness Post Center LLC |
| 249 | Moreno Valley Superstore | 12530 Day Street | Moreno Valley | CA | 92553 | |
| 250 | Elk Grove Superstore | 8211 Laguna Boulevard | Sacramento | CA | 95758 | Pappas Gateway LP |
| 251 | Citrus Heights Superstore | 7980 Arcadia Boulevard | Sacramento | CA | 95610 | Greenback Associates |
| 252 | Arden Way Superstore | 2121 Arden Way | Sacramento | CA | 95825 | ARHO LP |
| 253 | Daly City Superstore | 303 Gellert Boulevard | San Francisco | CA | 94015 | Daly City Partners I LP |
| 270 | Las Vegas Superstore | 3778 South Maryland Parkway | Las Vegas | NV | 89119 | Boulevard Associates |
| 271 | Firecreek Crossing Superstore | 4811 Kietzke Lane | Reno | NV | 89502 | Firecreek Crossing Of Reno LLC |
| 272 | Las Vegas II Superstore | 5055 Sahara Avenue | Las Vegas | NV | 89146 | Becker Trust, LLC |
| 401 | Hollywood Superstore | 4400 West Sunset Boulevard | Los Angeles | CA | 90027 | CIM/Birch St., Inc. |
| 403 | Santa Monica Superstore | 1251 Fourth Street | Los Angeles | CA | 90401 | 1251 Fourth Street Investors, LLC |
| 404 | Torrance Superstore | 14600 Ocean Gate Avenue | Los Angeles | CA | 90250 | Crown CC 1, LLC |
| 405 | Buena Park Superstore | 8371 La Palma Avenue | Los Angeles | CA | 90620 | Coventry II DDR Buena Park Place LP |
| 406 | Pasadena Superstore | 39 North Rosemead Boulevard | Los Angeles | CA | 91107 | Knp Investments |
| 407 | Orange Superstore | 1407 West Chapman Avenue | Los Angeles | CA | 92868 | Schiffman, Todd I. |
| 408 | Lakewood Superstore | 4950 Faculty Road | Los Angeles | CA | 90712 | Macerich Lakewood, LLC |
| 409 | San Bernardino Superstore | 555 East Hospitality Drive | Los Angeles | CA | 92408 | Rancon Realty Fund Iv Subsidiary LLC |
| 410 | Northridge Superstore | 19330 Plummer Street | Los Angeles | CA | 91324 | U.K. - American Properties, Inc. |
| 411 | Palmdale Superstore | 39331 10Th Street West | Los Angeles | CA | 93551 | Amargosa Palmdale Investments, LLC |
| 414 | Laguna Hills Superstore | 24001 El Toro Road | Los Angeles | CA | 92653 | Krupp Equity LP |
| 416 | Huntington Beach Superstore | 7881 Edinger Avenue, Suite A-150 | Los Angeles | CA | 92647 | Bella Terra Associates LLC |
| 417 | Montclair Superstore | 5150 Plaza Lane | Los Angeles | CA | 91763 | Montclair Plaza LLC |
| 419 | Woodland Hills Superstore | 21470 W. Victory Blvd. | Los Angeles | CA | 91367 | Pacific/Youngman-Woodland Hills |
| 420 | West Covina Superstore | 2851 Eastland Center Drive | Los Angeles | CA | 91790 | Eastland Shopping Center, LLC |
| 421 | Van Nuys Superstore | 13630 Victory Boulevard | Los Angeles | CA | 91401 | 13630 Victory Boulevard LLC |
| 423 | Fresno Superstore | 5355 North Blackstone Avenue | Fresno | CA | 93710 | Hallaian Brothers |
| 424 | Bakersfield Superstore | 4230 California Avenue | Bakersfield | CA | 93309 | Excel Realty Partners, LP |
| 425 | Montebello Plaza Superstore | 2415 Via Campo Avenue | Los Angeles | CA | 90640 | Excel Realty Partners, LP |
| 427 | Norwalk Superstore | 11758 Firestone Boulevard | Los Angeles | CA | 90650 | W&D - Imperial No. 1/Norwalk |
| 428 | La Cienega Superstore | 1839 South La Cienega Boulevard | Los Angeles | CA | 90035 | La Cienega-Sawyer, Ltd. |
| 429 | Ventura Superstore | 421 West Esplanade Drive | Los Angeles | CA | 93030 | Centro Watt Property Owner I, LLC |
| 432 | National City Superstore | 1608 Sweetwater Road | San Diego | CA | 91950 | Sweetwater Associates LP |
| 433 | La Mesa Superstore | 8820 Grossmont Blvd. | San Diego | CA | 91941 | Nevada Investment Holdings, Inc. |
| 434 | Point Loma Superstore | 3331 Rosecrans Avenue | San Diego | CA | 92110 | Ct Retail Properties Finance V LLC |
| 443 | Clairemont Superstore | 3998 Clairemont Mesa Boulevard | San Diego | CA | 92117 | Clairemont Square |
| 446 | Palos Verdes Superstore | 25415 Crenshaw Boulevard | Los Angeles | CA | 90505 | Torrance Towne Center Associates, LLC |
| 450 | Victorville Superstore | 12133 Mall Boulevard | Los Angeles | CA | 92392 | Bear Valley Road Partners LLC & Mlantz LLC |

EXHIBIT 3
Subject Locations

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 505 | Fairview Heights Superstore | 55 Ludwig Drive | St Louis | IL | 62208 | OLP CC Fairview Heights, LLC |
| 506 | St. Peters Superstore | 5610 Suemandy Road | St Louis | MO | 63376 | National Retail Properties, LP |
| 508 | Irving Superstore | 3888 Irving Mall | Dallas/Ft Worth | TX | 75062 | Simon Property Group (Texas), LP |
| 509 | Valley View Superstore | 5301 Belt Line Boulevard, Suite 11 | Dallas/Ft Worth | TX | 75248 | WXIII/PWM Real Estate LP |
| 516 | Highland Superstore | 3321 Alamo Avenue | Cincinnati | OH | 45209 | KB Columbus I-CC |
| 518 | Pembroke Pines Superstore | 11810 Pines Boulevard | Miami | FL | 33026 | The Prudential Insurance Company Of America |
| 519 | Atlantic City Superstore | 4215 Black Horse Pike | Philadelphia | NJ | 08330 | BFW/Pike Associates, LLC |
| 530 | St. Louis (South County) Superstore | 6926 South Lindbergh Boulevard | St Louis | MO | 63125 | OLP CC St.Louis LLC |
| 532 | Chesterfield Commons Superstore | 28 Thf Boulevard | St Louis | MO | 63005 | THF Chesterfield Two Development, LLC |
| 533 | St. Louis Mills Mall Superstore | 4785 Park 370 Boulevard | St Louis | MO | 63042 | St Louis Mills, LP |
| 535 | Gravois Bluff Superstore | 691 Gravois Bluff Boulevard | St Louis | MO | 63026 | Gravois Bluffs III, LLC |
| 538 | Almeda Superstore | 10025 Almeda Genoa Road | Houston | TX | 77075 | Almeda-Rowlett Retail LP |
| 541 | West Oaks Superstore | 2680 South Highway 6 | Houston | TX | 77082 | Dev LP |
| 542 | Willowbrook Superstore | 17727 Tomball Parkway | Houston | TX | 77064 | Abrams Willowbrook Three LP |
| 543 | Plano Superstore | 3300 N. Central Expressway | Dallas/Ft Worth | TX | 75074 | Parker Central Plaza, Ltd. |
| 544 | South Arlington Superstore | 3865 South Cooper Street | Dallas/Ft Worth | TX | 76015 | Parks At Arlington LP |
| 545 | Hulen Superstore | 4820 Southwest Loop, 820B | Dallas/Ft Worth | TX | 76109 | WRI Overton Plaza, LP |
| 546 | Mesquite Superstore | 3733 Emporium Circle | Dallas/Ft Worth | TX | 75150 | Cole CC Mesquite TX, LLC |
| 569 | Cedar Hill Superstore | 731 North Highway 67 | Dallas/Ft Worth | TX | 75104 | Inland Western Cedar Hill Pleasant Run LP |
| 570 | Savannah Superstore | 8108 G Abercorn Street | Savannah | GA | 31406 | Abercorn Common, LLP |
| 576 | Reading Superstore | 1101 Woodland Avenue | Philadelphia | PA | 19610 | Berkshire West |
| 597 | Great Hills Superstore | 10515 North Mopac Expressway | Austin | TX | 78759 | SPG Arbor Walk, LP |
| 598 | Sunset Valley Superstore | 5400 Brodie Lane | Austin | TX | 78745 | Ritz Motel Company |
| 700 | Cottman Superstore | 7207 Bustleton Avenue | Philadelphia | PA | 19149 | CC Philadelphia 98, LLC |
| 711 | King Of Prussia Superstore | 400 West Swedesford Road | Philadelphia | PA | 19312 | Swedesford Shopping Center Acquisition, LLC |
| 725 | State Road Superstore | 400 South State Road | Philadelphia | PA | 19064 | Blank Aschkenasy Properties, LLC |
| 734 | Cherry Hill Superstore | 1450 Nixon Drive | Philadelphia | NJ | 08054 | East Gate Center V, Tenants In Common |
| 743 | Willow Grove Mini-Superstore | 2510 West Moreland Road | Philadelphia | PA | 19090 | Parkside Realty Associates, LP |
| 759 | Barboursville Mini-Superstore | 400 Mall Road | Huntington | WV | 25504 | Huntington Mall Company |
| 800 | Augusta Superstore | 239 Robert C. Daniel Jr. Parkway | Augusta | GA | 30901 | Kir Augusta I 044, LLC |
| 805 | Chesterfield Superstore | 1321 Huguenot Road | Richmond | VA | 23113 | Sea Properties I, LLC |
| 823 | Spartanburg Superstore | 1508-B W. O. Ezell Boulevard | Greenville | SC | 29301 | Westgate Village, LLC |
| 827 | Hoover Superstore | 4351 Creekside Avenue | Birmingham | AL | 35244 | Aig Baker Hoover, LLC |
| 832 | Pensacola Superstore | 6121 North Davis Highway | Pensacola | FL | 32504 | HK New Plan EPR Property Holdings LLC. |
| 835 | Roanoke Superstore | 1900 Valley View Boulevard Nw | Roanoke | VA | 24012 | Valley View S.C., LLC |
| 849 | Dadeland Superstore | 7700 North Kendall Drive, #400 | Miami | FL | 33156 | Kendall-77, Ltd. |
| 856 | Mobile Superstore | 3725 Airport Boulevard | Pensacola | AL | 36608 | 3725 Airport Boulevard, LP |
| 859 | Aventura Superstore | 20669 Biscayne Blvd., Ne | Miami | FL | 33180 | Promventure LP |
| 861 | Hialeah Superstore | 400 West 49Th Street | Miami | FL | 33012 | Palm Springs Mile Associates, Ltd. |
| 862 | West Palm Beach Super Superstore | 1901 Okeechobee Boulevard | West Palm Beach | FL | 33409 | Bond-Circuit IV Delaware Business Trust |
| 863 | Coral Springs Superstore | 6001 West Sample Road | Miami | FL | 33067 | Kite Coral Springs, LLC |

EXHIBIT 3
Subject Locations

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 865 | Greenville Superstore | 840 Woods Crossing Road | Greenville | SC | 29607 | Crosspointe 08 A LLC |
| 868 | Charleston Superstore | 7800 Rivers Avenue, Suite B | Charleston | SC | 29406 | Kimco Realty Corporation |
| 871 | The Commons Superstore | 8045 Giacosa Drive | Memphis | TN | 38133 | New Plan Of Memphis Commons, LLC |
| 878 | Florence Superstore | 8125 Mall Road | Cincinnati | KY | 41042 | OLP CC Florence LLC |
| 896 | Columbia Mini-Superstore | 238 Harbison Blvd | Columbia | SC | 29210 | DDRTC Columbiana Station I LLC |
| 910 | Tri-County Superstore | 493 East Kemper Avenue | Cincinnati | OH | 45246 | Jubilee-Springdale, LLC |
| 922 | Ft. Myers Superstore | 4380 Cleveland Avenue | Fort Myers | FL | 33901 | Jaffe Of Weston II Inc. |
| 949 | Allentown Superstore | 1055 Grape Street | Philadelphia | PA | 18052 | Dowel-Allentown, LLC |
| 1600 | Harrisonburg Superstore | 259 Burgess Road | Harrisonburg | VA | 22801 | THF Harrisonburg Crossings, LLC |
| 1602 | Tyler Micro-Superstore | 4910 S. Broadway | Tyler-Longview | TX | 75703 | M & M Berman Enterprises |
| 1603 | Longview Micro-Superstore | 406 West Loop 821 | Longview | TX |  | Campbell Properties LP |
| 1609 | Winchester Superstore | 2580 South Pleasant Valley Road | Winchester | VA | 22601 | Trout, Segall, Doyle WInc.hester Properties, LLC |
| 1610 | Waco Mini-Superstore | 4909 West Waco Drive | Waco | TX | 76710 | CC Investors 1995-2 |
| 1614 | Redding Mini-Superstore | 1175 Dana Drive | Chico/Redding | CA | 96003 | BPP-Redding LLC |
| 1616 | Anderson Mini-Superstore | 3423 Clemson Blvd., Suite B | Greenville | SC | 29621 | Bond-Circuit II Delaware Business Trust |
| 1618 | Monterey Mini-Superstore | 905 Playa Avenue | Salinas | CA | 93955 | Bond-Circuit XI Delaware Business Trust |
| 1624 | College Station Superstore | 1505 University Drive East | College Station | TX | 77840-3752 | Inland Western College Station Gateway II, LP |
| 1627 | Florence Mini-Superstore | 2402 David McLeod Blvd. | Florence | SC | 29501 | BPP-SC LLC |
| 1638 | Cheyenne Micro-Superstore | 1854 Dell Range Blvd. | Cheyenne | WY | 82001 | Millman 2000 Charitable Trust |
| 1681 | Albany Mini-Superstore | 1223 North Westover Blvd. | Albany Ga | GA | 31707 | Sherwood Properties, LLC |
| 1683 | Altoona Micro-Superstore | 141 Sierra Drive | Johnstown,Pa | PA | 16601 | Sierra North Associates LP |
| 1687 | Houma Superstore | 1729 Martin Luther King Boulevard | New Orleans | LA | 70360 | Inland Western Houma Magnolia, LLC |
| 1693 | State College Superstore | 48 Colonnade Way | Johnstown,Pa | PA | 16803 | Colonnade, LLC |
| 1695 | Victor Mini-Superstore | 20 Square Drive | Rochester | NY | 14564 | MSF Eastgate-I, LLC |
| 3103 | Oxford Valley Superstore | 100 Lincoln Plaza | Philadelphia | PA | 19047 | LInc.oln Plaza Associates, LP |
| 3104 | Lawrenceville Superstore | 3350 Brunswick Pike | Philadelphia | NJ | 08648 | Farmingdale-Grocery, LLC |
| 3108 | Portland Mini-Superstore | 555 Maine Mall Road | Portland Me | ME | 04106 | Basile Limited Liability Company |
| 3111 | Schaumburg Superstore | 1420 East Golf Road | Chicago | IL | 60173 | Developers Diversified Realty Corporation |
| 3112 | Yorktown Superstore | 2900 Highland Avenue | Chicago | IL | 60515 | Circuit Investors - Yorktown, LP |
| 3113 | Ford City Superstore | 7414 South Cicero Avenue | Chicago | IL | 60629 | Bedford Park Properties, LLC |
| 3120 | North Riverside Superstore | 7001 Cermak Plaza | Chicago | IL | 60402 | Cermak Plaza Associates, LLC |
| 3121 | Naperville Superstore | 460 South State Route 59 | Chicago | IL | 60540 | Centro Watt |
| 3125 | Bloomingdale Superstore | 340 W. Army Trail Road | Chicago | IL | 60108 | Simon Prop. Grp (II) LP |
| 3126 | Orland Hills Superstore | 9231 West 159Th Street | Chicago | IL | 60477 | Orland Town Center Shopping Center |
| 3127 | Gurnee Mills Superstore | 6124 West Grand Avenue | Chicago | IL | 60031 | Mall At Gurnee Mills, LLC |
| 3128 | Merrillville Superstore | 2757 East U.S. 30 | Chicago | IN | 46410 | CC Merrillville Trust |
| 3129 | Algonquin Superstore | 1812 Randall Road | Chicago | IL | 60102 | Inland Commercial Property Management, Inc. |
| 3131 | Lincoln Park Superstore | 2500 North Elston Avenue | Chicago | IL | 60647 | American National Bank & Trust Company Of Chicago |
| 3133 | Burnsville Superstore | 14141 Aldrich Avenue South | Minneapolis | MN | 55337 | Tanurb Burnsville, LP |
| 3134 | Rosedale Superstore | 1750 Highway 36 West, Suite B | Minneapolis | MN | 55113 | TSA Stores, Inc. |
| 3135 | Woodbury Mini-Superstore | 8250 Tamarack Village | Minneapolis | MN | 55125 | Tamarack Village Shopping Center, LP |
| 3136 | Southdale Superstore | 4260 West 78Th Street | Minneapolis | MN | 55435 | DJD Partners II |
| 3137 | Maplewood Superstore | 1940 East County Road D | Minneapolis | MN | 55109 | CCI Trust 1994-I; Lloyd Draper - Trustee |

EXHIBIT 3
Subject Locations

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 3139 | Ridgedale Superstore | 1001 Plymouth Road | Minneapolis | MN | 55345 | Priscilla J. Rietz, LLC |
| 3140 | St. Cloud Superstore | 3316 Division Street | Minneapolis | MN | 56301 | St. Cloud Associates |
| 3141 | Newington Superstore | 3440 Berlin Turnpike | Hartford | CT | 06111 | Daniel G. Kamin, And Howard Kadish, LLC |
| 3142 | Buckland Hills Superstore | 230 Hale Road | Hartford | CT | 06040 | BPP-Conn LLC |
| 3143 | Milford/Orange Superstore | 1389 Boston Post Road | Hartford | CT | 06460 | Milford Crossing Investors LLC |
| 3144 | North Haven Superstore | 19-29 Universal Drive | Hartford | CT | 06473 | Iannucci Development Corporation |
| 3146 | East Springfield Superstore | 510 Parker Street | Springfield Ma | MA | 01129 | Basser - Kaufman 222, LLC |
| 3147 | Binghamton Superstore | 3124 Vestal Parkway East | Binghampton | NY | 13850 | Parkway Plaza LLC |
| 3149 | Utica Micro-Superstore | 1 Sangertown Square Mall | Syracuse | NY | 13413 | Sangertown Square LLC |
| 3150 | Carousel Center Superstore | 9090 Carousel Center Drive | Syracuse | NY | 13290 | Carousel Center Company, LP |
| 3151 | Cheektowaga Superstore | 3757 Union Road | Buffalo | NY | 14225 | DDR Mdt Union Consumer Square, LLC |
| 3152 | Amherst Superstore | 3040 Sheridan Street | Buffalo | NY | 14226 | Amherst Industries, Inc. |
| 3153 | Hamburg Micro-Superstore | 1020 Mckinley Mall | Buffalo | NY | 14219 | C.C. Hamburg NY Partners, LLC |
| 3154 | Greece Superstore | 140 Greece Ridge Center Drive | Rochester | NY | 14626 | Greece Ridge, LLC |
| 3157 | Christiana Superstore | 700 Center Boulevard | Philadelphia | DE | 19702 | Preit Services, LLC |
| 3158 | Wilmington/Concord Superstore | 4130 Concord Pike | Philadelphia | DE | 19803 | Woodland Trustees, Inc. |
| 3159 | Holyoke Superstore | 33 Holyoke Street | Springfield Ma | MA | 01040 | Holyoke Crossing LP II |
| 3160 | Albany Superstore | 161 Washington Avenue Ext. | Albany,Ny | NY | 12205 | Necrossgates Commons Newco, LLC |
| 3164 | Salisbury Mini-Superstore | 2640 North Salisbury Boulevard | Salisbury Md | MD | 21801 | Mayfair - MDCC Business Trust |
| 3167 | Peoria/Westlake Superstore | 2601 Westlake Avenue | Peoria/Bloomington | IL | 61604 | Westlake LP |
| 3168 | Bloomington Mini-Superstore | 1500 East Empire Street | Peoria/Bloomington | IL | 61701 | Bond C. C. V Delaware Business Trust |
| 3169 | Springfield II Superstore | 3051 West Wabash Avenue | Springfield/Champaign | IL | 62704 | Magna Trust Company, Trustee |
| 3170 | Champaign Superstore | 2006 North Prospect | Springfield/Champaign | IL | 61821 | Bond C.C. III Delaware Business Trust |
| 3175 | Brookfield Superstore | 665 Main Street | Milwaukee | WI | 53005 | Continental 64 Fund LLC |
| 3176 | Southridge Superstore | 4585 South 76Th Street | Milwaukee | WI | 53220 | Dentici Family LP |
| 3177 | Racine Superstore | 2710-C South Green Bay Road | Milwaukee | WI | 53406 | Southland Center Investors, LLC |
| 3184 | Madison West Superstore | 450 Commerce Drive | Madison | WI | 53719 | CC Madison, LLC |
| 3185 | Madison East Superstore | 2301 East Springs Drive | Madison | WI | 53704 | Cardinal Court, LLC |
| 3186 | South Bend Superstore | 5944 Grape Road | South Bend | IN | 46545 | St Indian Ridge LLC |
| 3187 | Canton Superstore | 4381 Whipple Avenue N.W. | Cleveland | OH | 44718 | HK New Plan Exchange Property Owner II, LP |
| 3189 | Dayton 2 Superstore | 2700 Miamisburg-Centerville Pike | Dayton | OH | 45459 | Macy's Central |
| 3192 | Greenwood Mini-Superstore | 8014 U.S. Highway 31 | Indianapolis | IN | 46227 | Greenwood Point LP |
| 3193 | Castleton Superstore | 5410 East 82Nd Street | Indianapolis | IN | 46250 | American National Insurance Company |
| 3194 | Columbus In Superstore | 1343 North National Road | Indianapolis | IN | 47201 | Inland Western Columbus Clifty, LLC |
| 3196 | Dayton 3 Superstore | 2720 Towne Drive | Beavercreek | OH | 45432 | Shoppes Of Beavercreek, LLC |
| 3197 | Poughkeepsie Superstore | 837 South Road | New York Metro | NY | 12601 | BPP-NY LLC |
| 3198 | Rockford Superstore | 5460 East State Street | Rockford | IL | 61108 | Bond C.C. II Delaware Business Trust |
| 3200 | Columbus Superstore | 5555 Whittlesey Boulevard | Columbus | GA | 31909 | AVR CPC Associates, LLC |
| 3204 | Ft. Walton Mini-Superstore | 419-A Mary Ester Cutoff | Pensacola | FL | 32548 | HK New Plan Covered Sun, LLC |
| 3205 | Naples Superstore | 5052 Airport Pulling Road | Fort Myers | FL | 34105 | Community Centers One LLC |
| 3206 | Lafayette Superstore | 5624 Johnston Street | Lafayette | LA | 70503 | CC Lafayette, LLC |
| 3207 | West Dade Superstore | 8575 N. W. 13Th Terrace | Miami | FL | 33172 | Wal-Mart Stores East, LP |
| 3212 | Abilene Mini-Superstore | 4351 Ridgemont Drive | Abilene,Tx | TX | 79604 | Novogroder/Abilene, LLC |
| 3215 | Wichita West Superstore | 6920 West Kellogg | Wichita | KS | 67209 | Bldg Retail 2007 LLC & Netarc LLC |
| 3217 | Springfield Mo Superstore | 3600 South Glenstone Avenue | Springfield Mo | MO | 65804 | WEC 96D Springfield-1 Investment Trust |

**EXHIBIT 3**
Subject Locations

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 3218 | Gateway Mall Superstore | 6140 "O" Street | Lincoln | NE | 68510 | WEA Gateway LLC |
| 3219 | Columbia Superstore | 1901 Bernadette Drive, #2 | Columbia Mo | MO | 65201 | Columbia Plaza Shopping Center Venture |
| 3229 | Midland Mini-Superstore | 4110 Loop 250, North | Midland | TX | 79707 | CC Investors 1995-5 |
| 3233 | San Felipe Superstore (Galleria) | 4500 San Felipe Street | Houston | TX | 77027 | 610 & San Felipe, Inc. |
| 3237 | Boynton Beach Superstore | 515 North Congress Avenue | West Palm Beach | FL | 33426 | Agree LP |
| 3238 | Shreveport Superstore | 7091 Youree Drive | Texarkana/Shreveport | LA | 71105 | Hart Kings Crossing, LLC |
| 3241 | Jensen Beach Mini-Superstore | 2550 North West Federal Highway | West Palm Beach | FL | 34994 | RLV Vista Plaza LP |
| 3246 | Myrtle Beach Superstore | 550 Seaboard Street | Florence Sc | SC | 29577 | Myrtle Beach Farms Company, Inc. |
| 3247 | Johnson City Crossing Mini-Superstore | 3211 Peoples Street, Space A | Tri-Cities Tn | TN | 37604 | Johnson City Crossing (Delaware)LLC |
| 3249 | Sawgrass Super Superstore | 12300 West Sunrise Boulevard | Miami | FL | 33323 | Sunrise Plantation Properties LLC |
| 3252 | Kingsport Micro-Superstore | 1740 Idle Hour Road | Kingsport | TN | 37660 | CC Kingsport 98, LLC |
| 3253 | Woodlands Superstore | 1455 Lake Woodland Drive | Houston | TX | 77380 | Amreit, Texas Real Estate Investment Trust |
| 3254 | Sugar Land Superstore | 16742 Southwest Freeway | Houston | TX | 77479 | Inland Western Sugar Land Colony LP |
| 3255 | Slidell Micro-Superstore | 790 North Highway 190 | New Orleans | LA | 70433 | HV Covington, LLC |
| 3260 | Tulsa North Micro-Superstore | 5313 East 41st Street | Tulsa | OK | 74135 | Southroads, LLC |
| 3262 | Wichita Falls Micro-Superstore | 3121 Lawrence Road | Wichita Falls | TX | 76308 | CC Wichita Falls 98 Trust |
| 3263 | Round Rock Superstore | 120 Sundance Park | Austin | TX | 78682 | La Frontera Village, LP |
| 3264 | Frisco Superstore | 2930 Preston Road, Space F | Dallas/Ft Worth | TX | 75034 | Teachers Insurance & Annuity Assoc.Of Amer. |
| 3270 | Gulfport Micro-Superstore | 15210 Crossroads Parkway | Biloxi,Ms | MS | 39507 | DDR Crossroads Center LLC |
| 3274 | Lake Charles Micro-Superstore | 2990 East Prien Lake Road | Lake Charles,La | LA | 70601 | WEC 99-3 LLC |
| 3283 | Dothan Superstore | 2821 Montgomery Highway | Montgomery | AL | 36303 | DDR Southeast Dothan Outparcel, LLC |
| 3284 | Hattiesburg Superstore | 1000 Turtle Creek Road | Hattiesburg,Ms | MS | 39402 | SM Newco Hattiesburg, LLC |
| 3289 | Merritt Island Mini-Superstore | 450 E. Merritt Island Causeway | Orlando | FL | 32952 | Galleria Partnership |
| 3302 | Palm Desert Superstore | 72369 Highway 111 | Palm Springs | CA | 92260 | PRU Desert Crossing V, LLC |
| 3304 | Tucson Oracle Superstore | 4380 North Oracle Road | Tucson | AZ | 85705 | Weingarten Realty Investors |
| 3305 | Tucson Superstore | 5530 E. Broadway Blvd. | Tucson | AZ | 85711 | K-Gam Broadway Craycroft LLC |
| 3306 | Visalia Mini-Superstore | 3930 South Mooney Boulevard | Fresno | CA | 93277 | Save Mart Supermarkets |
| 3307 | Albuquerque Superstore | 4400 Cutler Ave. Ne | Albuquerque,Nm | NM | 87110 | Southwestern Albuquerque, LP |
| 3309 | Newport Beach Superstore | 1101 Newport Center Drive | Los Angeles | CA | 92660 | The Irvine Company LLC |
| 3310 | Valencia Superstore | 25610 N. The Old Road | Los Angeles | CA | 91381 | Valencia Marketplace I, LLC |
| 3311 | Rancho Cucamonga Superstore | 12260 Foothill Boulevard | Los Angeles | CA | 91739 | Diamond Square LLC |
| 3313 | Irvine Superstore | 13752 Jamboree Road | Los Angeles | CA | 92602 | The Irvine Company LLC |
| 3315 | Gateway Superstore | 1638 Ne 102Nd Avenue | Portland Or | OR | 97220 | Mayfair - MDCC Business Trust |
| 3316 | Jantzen Beach Superstore | 1772 Jantzen Beach Center | Portland Or | OR | 97217 | Jantzen Dynamic Corporation |
| 3317 | Everett Mini-Superstore | 530 Sw Everett Mall Way | Seattle | WA | 98204 | Orion Alliance Group, LLC |
| 3318 | Lynwood Superstore | 2800 196Th Street, Sw | Seattle | WA | 98038 | FGLP Company |
| 3319 | Bellevue Superstore | 15600 N.E. 8Th Street | Seattle | WA | 98008 | Terranomics Crossroads Associates |
| 3321 | Tacoma Mall Mini-Superstore | 4124 Tacoma Mall Boulevard | Seattle | WA | 98409 | Intergrated Real Estate Services LLC |
| 3322 | Chico Mini-Superstore | 2041 Whitman Avenue | Chico/Redding | CA | 95928 | Chico Crossroads LP |
| 3323 | Washington Green Superstore | 9180 S.W. Hall Blvd. | Portland Or | OR | 97223 | Washington Green TIC |
| 3324 | Clackamas Superstore | 10722 Se 82Nd Avenue | Portland Or | OR | 97266 | Marco Portland GP |
| 3326 | Bellingham Superstore | 3944 Meridian Street | Seattle | WA | 98266 | Meridian Village, LLC |
| 3327 | Carmel Mountain Superstore | 11710 Carmel Mountain Road, Suite 248 | San Diego | CA | 92122 | Pacific Carmel Mountain Holdings LP |

EXHIBIT 3
Subject Locations

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 3329 | Encinitas Superstore | 333 North El Camino Road | San Diego | CA | 92024 | Encinitas PFA, LLC |
| 3331 | Northside Mini-Superstore | 7701 N. Division Street | Spokane | WA | 99208 | Larry J. Rietz, MP, LLC |
| 3332 | Eugene Superstore | 2730 Gateway Loop | Eugene | OR | 97477 | Garden City Center |
| 3333 | Medford Micro-Superstore | 519 Medford Road | Medford | OR | 97504 | Kimco Pk LLC |
| 3334 | Boise Towne Plaza Superstore | 542 North Milwaukee Street | Boise | ID | 83704 | Boise Towne Plaza LLC |
| 3336 | South Center Superstore | 223 Andover Park East | Seattle | WA | 98188 | Gladwyne Investors, LP |
| 3338 | Olympia Superstore | 2815 Capitol Mall Drive, Sw | Seattle | WA | 98502 | DDR Southeast Olympia Dst |
| 3339 | Westminster Superstore | 9250 Sheridan Boulevard | Denver | CO | 80031 | Excel Westminster Marketplace, Inc. |
| 3340 | Colorado Springs Superstore | 345 N. Academy Blvd. | Colorado Springs | CO | 80909 | CC Springs, LLC |
| 3342 | Silverdale Mini-Superstore | 9991 Mickelberry Road, Nw | Seattle | WA | 98383 | Silverdale K-Four |
| 3343 | Denver Superstore | 1505 South Colorado Blvd. | Denver | CO | 80222 | CC-Investors 1997-4 |
| 3344 | Aurora Superstore | 1450 S. Abiline Street | Denver | CO | 80012 | Cole CC Aurora Co, LLC |
| 3345 | Highlands Ranch Superstore | 8575 South Quebec Street | Denver | CO | 80130 | DDR Southeast Highlands Ranch, LLC |
| 3346 | Southwest Plaza Superstore | 5155 South Wadsworth Blvd. | Denver | CO | 80123 | CCC Realty, LLC |
| 3347 | Lakewood/Homestead Superstore | 10750 W. Colfax Ave. | Denver | CO | 80215 | Ten Pryor Street Building, Ltd. |
| 3348 | Boulder Mini-Superstore | 2600 Pearl Street | Denver | CO | 80302 | JWC/Loftus LLC |
| 3349 | Ogden Superstore | 1093 West Riverdale Road | Salt Lake City | UT | 84405 | DDR Family Centers LP |
| 3350 | Sugarhouse Superstore | 724 East 2100 South | Salt Lake City | UT | 84106 | CC Investors 1996-10 |
| 3351 | Fort Union Superstore | 1340 East Park Centre Drive | Salt Lake City | UT | 84121 | Fourels Investment Company, The |
| 3352 | Orem Superstore | 360 West St. & 1300 S. St. | Salt Lake City | UT | 84058 | Boyer Lake Pointe, Lc |
| 3353 | Jordan Landing Superstore | 7156 South Plaza Center Drive | Salt Lake City | UT | 84084 | Plaza At Jordan Landing LLC |
| 3354 | Pearl Ridge Mall | 98-145 Kaonohi Street | Aiea | HI | 96701 | Watercress Associates LP |
| 3360 | Culver City Superstore | 5660 Sepulveda Blvd. | Los Angeles | CA | 90232 | DDR Southeast Culver City Dst |
| 3361 | Glendale Superstore | 118 S. Maryland Avenue | Los Angeles | CA | 91205 | Alameda Associates |
| 3364 | Fullerton Superstore | 123 Orangefair Mall | Los Angeles | CA | 92832 | Orangefair Marketplace, LLC |
| 3365 | Henderson Superstore | 561 North Stephanie Street | Las Vegas | NV | 89014 | Hip Stephanie, LLC |
| 3366 | Ponce Mall "The City" Superstore | Plaza Del Caribe Mall #2 St. Km 227.9 | Ponce | PR | 717 | Plaza Las Americas, Inc. |
| 3369 | San Patricio "The City" Superstore | 100 Avenue San Patricio | San Patricio | PR | 00968 | Caparra Center Associates, S.E. |
| 3372 | Aercibo Superstore | 80 Carrizales | San Juan | PR | 612 | DDR Norte LLC, S.E. |
| 3373 | Long Beach Superstore | 2180 Bellflower Blvd. | Los Angeles | CA | 90815 | CP Venture Two LLC |
| 3375 | Roseville Superstore | 10251 Fairway Drive | Sacramento | CA | 95678 | Kobra Properties |
| 3376 | Ft. Collins Mini-Superstore | 4414 South College Avenue | Denver | CO | 80525 | Generation H One And Two LP |
| 3377 | Idaho Falls Micro-Superstore | 1951 S. 25Th East Street | Idaho Falls | ID | 83406 | Ammon Properties LC |
| 3378 | Cottonwood Superstore | 10420 Coors Boulevard | Albuquerque,Nm | NM | 87114 | Cottonwood Phase V LLC |
| 3379 | Grand Junction Micro-Superstore | 2541 Highway 6 & 50 | Grand Junction | CO | 81505 | CC Grand Junction Investors 1998, LLC |
| 3381 | Pueblo Micro-Superstore | 4320 Freeway North | Colorado Springs | CO | 81008 | Eagleridge Associates (Pueblo) LLC |
| 3382 | Valley Mall Mini-Superstore | 15104 East Indiana Avenue | Spokane | WA | 99205 | Hanson Industries, Inc. |
| 3390 | Thornton Superstore | 16511 North Washington | Denver | CO | 80602 | Site A LLC |
| 3401 | Temecula Mini-Superstore | 40480 Winchester Road | Los Angeles | CA | 92591 | Inland Western Temecula Commons LLC |
| 3405 | Boca Raton Superstore | 1400 Glades Road, Bay 140 Be | West Palm Beach | FL | 33431 | Uncommon Ltd. |
| 3425 | NW Las Vegas Superstore | 7781 West Tropical Parkway | Las Vegas | NV | 89149 | Centennial Holdings LLC |
| 3428 | San Luis Obispo Superstore | 1531 Froom Ranch Way | San Luis Obispo | CA | 93405 | Irish Hills Plaza West II, LLC |
| 3502 | Exchange Plaza Superstore | 6001 Nw Loop 410, Suite 108 | San Antonio | TX | 78238 | Inland Western San Antonio HQ, LP |

**EXHIBIT 3**
**Subject Locations**

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 3504 | Corpus Christi Superstore | 5425 South Padre Island Drive, #135 | Corpus Christi | TX | 78411 | South Padre Drive LP |
| 3505 | North Richland Superstore | 1451 West Pipeline Road | Dallas/Ft Worth | TX | 76053 | KRG Market Street Village LP |
| 3805 | Crossroads Superstore | 1409 West I-240 Service Road | Oklahoma City | OK | 73159 | Inland American Oklahoma City Penn, LLC |
| 3510 | Tulsa South Superstore | 9027 East 71st Street South | Tulsa | OK | 74133 | TRC Associates, LLC |
| 3512 | Mcallen Superstore | 507 West Expressway 83 | Mcallen-Brownsville | TX | 78501 | Daniel G. Kamin McAllen LLC |
| 3513 | Brownsville Superstore | 3000 Pablo Kisel Boulevard, #100 | Mcallen-Brownsville | TX | 78526 | Pacific Harbor Equities LLC |
| 3514 | Amarillo Superstore | 2510 Soncy Road | Amarillo | TX | 79121 | Kir Amarillo LP |
| 3516 | Southlake Superstore | 250 North Kimball Avenue | Dallas/Ft Worth | TX | 76092 | Inland Western Southlake Corners, LP |
| 3520 | Northshore Superstore | 13350 East Freeway | Houston | TX | 77015 | Circuit Sports, LP |
| 3521 | Jackson Superstore | 1045 East County Line Road | Jackson | MS | 39211 | CC Ridgeland 98 L.L.C. |
| 3522 | Garland Superstore | 325 Coneflower Drive | Dallas/Ft Worth | TX | 75040 | Simon Property Group Texas LP |
| 3525 | Wellington Superstore | 10570 Forest Hill Boulevard East | West Palm Beach | FL | 33414 | Cedar Development, Ltd |
| 3527 | Silverlake Superstore | 3137 Silverlake Drive | Houston | TX | 77581 | PrInc.ipal Real Estate Holding Co., LLC |
| 3550 | Greenville Point Superstore | 1140 Woodruff Road | Greenville | SC | 29607 | DDR-SAU Greenville Point, LLC |
| 3556 | Whitman Square Superstore | 9733 East Roosevelt Boulevard | Philadelphia | PA | 19114 | Boulevard North Associates, LP |
| 3564 | Quail Springs Superstore | 13730 N. Pennsylvania Avenue | Oklahoma City | OK | 73134 | Memorial Square 1031, LLC |
| 3569 | Midtown Miami Superstore | 3401 North Miami Avenue, Unit H | Miami | FL | 33127 | DDR Miami Ave LLC |
| 3576 | Lake Worth Superstore | 6592 Lake Worth Boulevard | Dallas/Ft Worth | TX | 76135 | Inland Western Lake Worth Towne Crossing |
| 3577 | Rockwall Superstore | 959 East Interstate 30 | Dallas/Ft Worth | TX | 75087 | Rockwall Crossing, Ltd |
| 3579 | Meyerland Superstore | 100 Meyerland Plaza Mall | Houston | TX | 77096 | Meyerland Plaza (DE) LLC |
| 3581 | Stapleton Superstore | 7950 East 49Th Avenue | Denver | CO | 80238 | Stapleton North Town, LLC |
| 3582 | La Quinta Superstore | 78825 Highway 111 | Palm Springs | CA | 92253 | CC La Quinta LLC |
| 3584 | New Braunfels Superstore | 1286 Interstate Highway 35 North | San Antonio | TX | 78130 | Sinay Family LLC And Trust |
| 3586 | Santa Margarita Superstore | 30491 Avenida De Las Flores | Los Angeles | CA | 92688 | Tis Equities IX LLC |
| 3588 | Southpark Meadows Superstore | 9600 South Interstate Highway 35 | Austin | TX | 78748 | Inland Western Austin Southpark Meadows II LP |
| 3589 | Southaven Superstore | 6680 Southcrest Parkway | Memphis | MS | 38671 | Southhaven Center II, LLC |
| 3590 | Meriden Superstore | 495 Chamberlain Highway | Hartford | CT | 06450 | Galileo Northeast, LLC |
| 3591 | Warrington Superstore | 1015 Main Street | Philadelphia | PA | 18976 | Village Square I, LP |
| 3592 | Colony Place Superstore | 228 Colony Place | Boston | MA | 02360 | Colony Place Plaza, LLC |
| 3599 | South Bay Superstore | 8B Allstate Road | Boston | MA | 02125 | E&A Northeast LP |
| 3601 | North Attleboro Superstore | 1360 South Washington Street | Providence | MA | 02760 | North Attleboro Marketplace II, LLC |
| 3602 | Millbury Superstore | 70 Worcester Providence Pk | Boston | MA | 01527 | Route 146 Millbury LLC |
| 3603 | Ann Arbor Mini-Superstore | 3547 Washtenaw Avenue | Detroit | MI | 48104 | Amcap Arborland LLC |
| 3606 | Lakeside Superstore | 14105 Hall Road | Shelby Township | MI | 48316 | Bond-Circuit X Delaware Business Trust |
| 3607 | Roseville Superstore | 20550 13 Mile Road | Roseville | MI | 48066 | CC Roseville, LLC |
| 3708 | Novi Superstore | 43525 West Oaks Drive | Novi | MI | 48377 | Ramco West Oaks I LLC |
| 3611 | Taylor Superstore | 23351 Eureka Road | Taylor | MI | 48180 | CC Investors 1996-14 |
| 3614 | Sawmill Mini-Superstore | 2582 Sawmill Place Blvd. | Columbus Oh | OH | 43235 | Plazamill Limited Partnershp |
| 3615 | Easton Superstore | 4056 Morse Road | Columbus Oh | OH | 43230 | CC-Investors 1997-12 |
| 3616 | Brice Superstore | 2885 Gender Road | Columbus Oh | OH | 43068 | Benenson Columbus - OH Trust |
| 3621 | Evansville Superstore | 225 North Burkhardt Road | Evansville | IN | 47715 | Evansville Developers LLC, G.B. |
| 3622 | Fields-Ertel Road Superstore | 12130 Royal Point Drive | Cincinnati | OH | 45249 | Hartman 1995 Ohio Property Trust |
| 3624 | Northtown Superstore | 20 Coon Rapids Boulevard | Minneapolis | MN | 55433 | BL-NTV I, LLC |
| 3625 | Schererville Superstore | 707 Us Highway 41 | Chicago | IN | 46375 | The Shoppes At Schererville, LLC |
| 3626 | Niles Superstore | 2380 Niles-Cortland Road S/E | Youngstown | OH | 44484 | Howland Commons Partnership |

EXHIBIT 3
Subject Locations

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 3629 | Boardman Superstore | 7230 Market Street | Youngstown | OH | 44512 | Bond-Circuit V Delaware Business Trust |
| 3630 | Saginaw Superstore | 2970 Tittabawassee Road | Saginaw | MI | 48604 | Somerville Saginaw LP |
| 3631 | Flint Superstore | 4071 Miller Road | Flint | MI | 48507 | Daniel G. Kamin Flint, LLC |
| 3632 | Grand Rapids Superstore | 3410 Alpine Avenue | Grand Rapids | MI | 49544 | BG Walker, LLC |
| 3633 | 28Th Street Superstore | 4600 28Th Street Se | Grand Rapids | MI | 49512 | Wilmington Trust Company |
| 3634 | Kalamazoo Superstore | 6026 Westnedge Avenue | Grand Rapids | MI | 49002 | Southland Acquisitions, LLC |
| 3635 | Lansing West Superstore | 5501 West Saginaw Highway | Lansing | MI | 48917 | Covington Lansing Acquisition LLC |
| 3638 | Hagerstown Superstore | 17766 Garland Groh Boulevard | Washington | MD | 21740 | Washington RE Investment Trust |
| 3641 | Keene Superstore | 41 Ashbrook Road | Boston | NH | 03431 | MB Keene Monadnock, LLC |
| 3645 | Laredo Superstore | 5300 San Dario, Suite 2205 | Laredo | TX | 78041 | Laredo/Mdn II LP |
| 3648 | Augusta Marketplace Mini-Superstore | 90 Stephen King Drive, Suite 3 | Portland-Auburn | ME | 04330 | Interstate Augusta Properties, LLC |
| 3654 | Appleton Superstore | 4635 West College Avenue | Greenbay/Appleton | WI | 54915 | WEC 96D Appleton-1 Investment Trust |
| 3662 | Trumbull Superstore | 5065 Main Street | New York Metro | CT | 06611 | Trumbull Shopping Center #2 LLC |
| 3663 | Gateway Mini-Superstore | 369 Gateway Drive | New York Metro | NY | 11239 | Gateway Center Properties III, LLC |
| 3664 | Atlantic Center Mini-Superstore | 625 Atlantic Avenue | New York Metro | NY | 11217 | Atlantic Center Fort Greene Associates, LP |
| 3666 | Parkersburg Mini-Superstore | 605 Grand Central Ave. (Rt. 14) | Clarksburg | WV | 26105 | 601 Plaza, LLC |
| 3668 | Danbury Mini-Superstore | 110 Federal Road | New York Metro | CT | 06811 | Forecast Danbury LP |
| 3669 | East Brunswick Superstore | 327 Route 18 | New York Metro | NJ | 08816 | Vornado Finance, LLC |
| 3670 | Eatontown Superstore | 90 State Highway, Route 36 | New York Metro | NJ | 07724 | 36 Monmouth Plaza LLC |
| 3672 | Westbury Super Superstore | 1504 Old Country Road | New York Metro | NY | 11590 | W&S Associates, LP |
| 3674 | Hicksville Superstore | 217 Bethpage Road | New York Metro | NY | 11801 | Ricmac Equities Corporation |
| 3675 | Greeley Superstore | 4759 29Th Street, Suite B | Denver | CO | 80634 | Greeley Shopping Center, LLC |
| 3679 | Union Square Superstore | 52 East 14Th Street, #64 | New York Metro | NY | 10003 | OTR |
| 3680 | 80th & Broadway Mini-Superstore | 2232 Broadway Street | New York Metro | NY | 10024 | Friedland, Lawrence And Melvin |
| 3682 | Middletown Mini-Superstore | 109 Dunning Road | New York Metro | NY | 10940 | CC-Investors 1997-10 |
| 3684 | Paramus Superstore | 240 Route 17 North | New York Metro | NJ | 07652 | Faber Bros., Inc. |
| 3686 | Rego Park/Queens Superstore | 9605 Queens Boulevard | New York Metro | NY | 11374 | Alexander'S Of Rego Park Center, Inc. |
| 3687 | Ledgewood Mini-Superstore | 461 Route 10, Suite 28 | New York Metro | NJ | 07852 | Acadia Realty LP |
| 3688 | Bergen Superstore | 3129 Kennedy Boulevard | New York Metro | NJ | 07047 | FC Treeco Columbia Park, LLC |
| 3689 | Somerville Superstore | 711 State Route 28 West | New York Metro | NJ | 08807 | Enid Two, LLC |
| 3690 | Norwalk Superstore | 444 Connecticut Avenue | New York Metro | CT | 06854 | 444 Connecticut Avenue LLC |
| 3691 | Staten Island Superstore | 2505-2535 Richmond Avenue | New York Metro | NY | 10314 | FC Richmond Associates, LP |
| 3692 | Bricktown Mini-Superstore | 550 Route 70 | New York Metro | NJ | 08723 | Brick 70, LLC |
| 3693 | Union Superstore | 2700A Route 22 East | New York Metro | NJ | 07083 | DDR Southeast Union, LLC |
| 3694 | Valley Stream Mini-Superstore | 650 West Sunrise Highway | New York Metro | NY | 11581 | Green Acres Mall, LLC |
| 3695 | Wayne Superstore | 519 Route 46 | New York Metro | NJ | 07470 | Star Universal, LLC |
| 3696 | White Plains Superstore | 5 City Place | New York Metro | NY | 10601 | LC White Plains Retail, LLC |
| 3697 | Whitestone Superstore | 136-03 20Th Avenue | New York Metro | NY | 11356 | Whitestone Development Partners A, LP |
| 3698 | Woodbridge Superstore | 479 Green Street | New York Metro | NJ | 07095 | FC Woodbridge Crossing, LLC |
| 3699 | Yonkers Superstore | 750 Central Park Avenue | New York Metro | NY | 10710 | AAC Cross County Leasehold Owner, LLC |
| 3700 | Cortlandt Mini-Superstore | 2990 East Main Street | New York Metro | NY | 10567 | Cortlandt B., LLC |
| 3701 | Ft. Wayne Mini-Superstore | 291 E. Coliseum Boulevard | Fort Wayne In | IN | 46805 | Coldwater Development, LLC |
| 3702 | Terre Haute Micro-Superstore | 4233 South Us 41 | Terre Haute In | IN | 47802 | Northern Trust Bank Of California N.A. |

EXHIBIT 3
Subject Locations

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 3705 | Spring Meadows Mini-Superstore | 6645 Airport Highway | Holland | OH | 43528 | Suemar Realty, Inc |
| 3706 | Harrisburg East Superstore | 5125 Jonestown Road | Harrisburg | PA | 17112 | PRGL Paxton, LP |
| 3707 | Lancaster Superstore | 1700 Fruitville Pike | Harrisburg | PA | 17603 | Red Rose Commons Condominium Association |
| 3708 | York Superstore | 2980 Whiteford Road | Harrisburg | PA | 17402 | Meadowbrook Village LP |
| 3713 | Holland Micro-Superstore | 12635 Felch Street, Suite 20 | Grand Rapids | MI | 49424 | Geenen Dekock Properties, LLC |
| 3720 | Harrisburg West Superstore | 5800 Carlisle Pike | Harrisburg | PA | 17055 | Bond-Circuit IX Delaware Business Trust |
| 3724 | Saugus Superstore | 607 Broadway; Route 1 South | Boston | MA | 01906 | Saugus Plaza Associates |
| 3731 | Bay Ridge Superstore | 502-12 86Th Street | New York Metro | NY | 11209 | 502-12 86Th Street, LLC |
| 3732 | Williston Mini-Superstore | 15 Marshall Avenue | Burlington Vt | VT | 05495 | Taft Corners Associates, Inc. |
| 3733 | Steubenville Micro-Superstore | 4130 Mall Drive | Steubenville | OH | 43952 | Landman, Deborah, Eli Landman, Zoltan Schwartz & Anna Schwar |
| 3734 | Franklin Park Superstore | 4948 Monroe Street | Toledo | OH | 43623 | Suemar Realty, Inc. |
| 3736 | Puyallup Superstore | 3500 South Meridian, #760 | Seattle | WA | 98373 | The Cafaro Northwest Partnership |
| 3738 | Vineland Superstore | 2148 North 2Nd Street | Philadelphia | NJ | 08332 | Goodmill, LLC |
| 3740 | Bangor Mini-Superstore | 668 Stillwater Avenue | Bangor | ME | 04401 | Sacco Of Maine, LLC |
| 3742 | Clarksburg Micro-Superstore | 521 Emily Drive | Clarksburg | WV | 26301 | THF Clarksburg Development One |
| 3743 | Maple Grove Superstore | 11481 Fountain Drive | Minneapolis | MN | 55369 | Kimco Arbor Lakes S.C., LLC |
| 3744 | Erie Mini-Superstore | 7451 Peach Street | Erie | PA | 16509 | GS Erie LLC |
| 3746 | Johnstown Superstore | 430 Town Centre Drive | Johnstown,Pa | PA | 15904 | Richland Town Centre, LLC |
| 3748 | Yuma Las Palimillas Superstore | 1232 South Castle Dome Avenue | Yuma | AZ | 85365 | WCC Properties LLC |
| 3750 | St. Clairsville Micro-Superstore | 50500 Valley Frontage Road | St. Clairsville | OH | 43950 | The St. Clairsville Parcel C.C. Development, LLC |
| 3752 | VA Center Commons Superstore | 9860 Brook Road | Richmond | VA | 23059 | DDRTC Creeks At Virginia Center LLC |
| 3754 | Kennewick Superstore | 1430 Tapteal Drive | Yakima,Wa | WA | 99352 | Karns Real Estate Holdings II, LLC |
| 3764 | Phillipsburg Superstore | 1202 New Brunswick Avenue | New York Metro | NJ | 08865 | Inland US Management, LLC |
| 3767 | Brentwood Superstore | 1585 South Brentwood Boulevard | St Louis | MO | 63144 | Pace-Brentwood Partners, LLC |
| 3768 | Leominster Superstore | 100 Commercial Road | Boston | MA | 01453 | Walton Whitney Investors V, LLC |
| 3769 | Concord Superstore | 270 Loudon Road | Boston | NH | 03301 | GGP-Steeplegate, Inc. |
| 3770 | Taunton Superstore | 70 Taunton Depot Drive | Providence | MA | 02780 | Cole CC Taunton Ma, LLC |
| 3774 | Decatur Mini-Superstore | 265 East Ash Avenue | Decatur | IL | 62526 | Decatur Plaza I, LLC |
| 3776 | Brighton Superstore | 8175 Movie Drive | Brighton | MI | 48116 | Brighton Commercial, LLC |
| 3779 | Enfield Superstore | 136 Elm Street | Hartford | CT | 06082 | Galileo Freshwater/Stateline, LLC |
| 3783 | Plymouth Meeting Superstore | 102 Alan Wood Road | Philadelphia | PA | 19428 | Dowel Conshohocken LLC |
| 3792 | Mchenry Superstore | 2226 North Richmond Road | Chicago | IL | 60050 | Advance Real Estate Management, LLC |
| 3797 | Grandville Marketplace Superstore | 4535 Canal Sw | Grand Rapids | MI | 49418 | DDR Mdt Grandville Marketplace LLC |
| 4101 | Montgomeryville Superstore | 772 Bethlehem Pike | Philadelphia | PA | 18936 | Circuit PA Corporation |
| 4105 | Dickson City Mini-Superstore | 620 Commerce Boulevard | Scranton/ Wilkesbarre | PA | 18519 | Centro Properties Group |
| 4106 | Wilkes-Barre Superstore | 3420 Wilkes-Barre Township Commons | Scranton/ Wilkesbarre | PA | 18702 | VNO Mundy Street LLC |
| 4110 | Danvers Superstore | 4-6 Newbury Street, Route 1 | Boston | MA | 01923 | 4 Newbury Danvers LLC |
| 4111 | Somerville Superstore | 65 Mystic Avenue | Boston | MA | 02145 | I-93 Somerville LLC |
| 4112 | Burlington Superstore | 84 Middlesex Turnpike | Boston | MA | 01803 | Daniel G. Kamin Burlington LLC |
| 4113 | Seekonk Superstore | 179 West Highland Ave - Rt.6 | Providence | MA | 02771 | Seekonk Equities Inc. |
| 4114 | Cranston Superstore | 140 Hillside Road | Providence | RI | 02920 | Gateway Woodside, Inc. |
| 4115 | Nashua Superstore | 224 Daniel Webster Hwy | Boston | NH | 03062 | Dicker/Warmington Properties |

EXHIBIT 3
Subject Locations

| Location Number | Location Name | Address | City | State | Zip | Landlord |
|---|---|---|---|---|---|---|
| 4116 | Portsmouth Superstore | 1700 Woodbury Avenue | Boston | NH | 03801 | Dicker/Warmington Properties |
| 4119 | Braintree Superstore | 250 Granite Street | Boston | MA | 02184 | Briantree Property Assoc LP |
| 4120 | Salem Superstore | 428 South Broadway | Boston | NH | 03079 | Trustees Of Salem Rockingham, LLC |
| 4121 | Natick Superstore | 1398 Worcester Street | Boston | MA | 01760 | Baker Natick Promenade LLC |
| 4122 | Hanover Mini-Superstore | 1775 Washington Street | Boston | MA | 02339 | Walton Hanover Investors V, LLC |
| 4123 | Dartmouth Mini-Superstore | 456 State Road, Route 6 | Providence | MA | 02747 | Dartmouth Marketplace Associates |
| 4124 | Manchester Superstore | 1100 S. Willow Street | Boston | NH | 03103 | Dicker/Warmington Properties |
| 4131 | Manteca Superstore | 2210 Daniels Street | Sacramento | CA | 95337 | Manteca Stadium Park LP |
| 4132 | Turlock Superstore | 2821 Countryside Drive | Sacramento | CA | 95380 | Monte Vista Crossings, LLC |
| 4139 | Signal Hill Superstore | 901 Spring Street | Los Angeles | CA | 90755 | Signal Hill Gateway LLC |
| 4143 | Gloucester Superstore | 465 Berlin Cross Keys Road | Philadelphia | NJ | 08081 | Town Square Plaza |
| 4144 | Chambersburg Superstore | 901 Norland Avenue | Philadelphia | PA | 17201 | Chambersburg Crossing, LP |
| 4150 | Pasadena Superstore | 3931 Fairway Plaza Drive | Houston | TX | 77505 | Fairway Centre Associates, LP |
| 4201 | Melbourne Superstore | 1700 West New Haven Road | Orlando | FL | 32904 | Melbourne-Jcp Associates, Ltd |
| 4302 | Eastridge Superstore | 2217 Quimby Road | San Francisco | CA | 95122 | Eastridge Shopping Center LLC |
| 4305 | Burbank Superstore | 401 N. 1St Street | Los Angeles | CA | 91502 | Burbank Mall Associates, LLC |
| 4502 | Lewisville Superstore | 715 Hebron Parkway | Dallas/Ft Worth | TX | 75057 | Inland Western Lewisville Lakepointe LP |
| 4503 | Loop 410 Superstore | 321 Nw, Loop 410 | San Antonio | TX | 78216 | Bb-LInc.oln-Us-Properties, LP |
| 4505 | Little Rock 2 West Superstore | 110 Markham Park Drive | Little Rock | AR | 72211 | CCI Trust 1994-I; Lloyd Draper - Trustee |
| 4506 | North Little Rock Superstore | 4339 Warden Road | Little Rock | AR | 72116 | CCI Trust 1994-I; Lloyd Draper - Trustee |
| 4507 | Santa Cruz Mini-Superstore | 1664 Commercial Way | Salinas | CA | 95065 | Redtree Properties, LP |
| 4508 | El Paso East Superstore | 1313-D George Deiter Drive | El Paso | TX | 79936 | A.D.D. Holdings, LP |
| 4510 | Lubbock Superstore | 6701 Slide Street | Lubbock | TX | 79424 | M & M Berman Enterprises |