# EXHIBIT 4

## Supplements for Subject Locations

| Location Number | Supplement Number |
|---|---|
| 231 | D00F18164 |
| 232 | D00F17766 |
| 233 | D00F17768 |
| 234 | D00F17769 |
| 237 | D00F12259 |
| 237 | D00F12260 |
| 237 | D00F19434 |
| 239 | D00F17778 |
| 240 | D00F17781 |
| 241 | D00F17782 |
| 242 | D00F17785 |
| 249 | D00F17788 |
| 250 | D00F17789 |
| 251 | D00F17797 |
| 252 | D00F14436 |
| 252 | D00F14441 |
| 253 | D00F17800 |
| 270 | D00F12299 |
| 270 | D00F12300 |
| 271 | D00F12305 |
| 271 | D00F12307 |
| 272 | D00F12308 |
| 272 | D00F12311 |
| 401 | D00F19846 |
| 403 | D00F19848 |
| 404 | D00F19849 |
| 405 | D00F19850 |
| 406 | D00F19852 |
| 407 | D00F19211 |
| 408 | D00F19854 |
| 409 | D00F19855 |
| 410 | D00F19225 |
| 410 | D02920466 |
| 411 | D00F17806 |
| 414 | D00F19239 |
| 416 | D00F19856 |
| 417 | D00F19248 |
| 419 | D00F19857 |
| 420 | D00F19858 |
| 421 | D00F19861 |
| 423 | D00F14424 |
| 423 | D00F14427 |
| 424 | D00F15345 |
| 424 | D00F15347 |
| 425 | D00F20118 |

| | |
|---|---|
| 427 | D00F19866 |
| 428 | D00F19869 |
| 429 | D00F13584 |
| 429 | D00F13587 |
| 432 | D00F13590 |
| 432 | D00F13599 |
| 433 | D00F13641 |
| 433 | D00F13641 |
| 433 | D00F13649 |
| 434 | D00F15472 |
| 434 | D00F15481 |
| 443 | D00F15487 |
| 443 | D00F15496 |
| 446 | D00F19882 |
| 450 | D00F17808 |
| 505 | D00F14023 |
| 505 | D00F14026 |
| 506 | D00F15584 |
| 506 | D00F15591 |
| 508 | D00F15348 |
| 508 | D00F15349 |
| 509 | D00F19889 |
| 516 | D00F19890 |
| 518 | D00F13672 |
| 518 | D00F13703 |
| 519 | D00F13709 |
| 519 | D00F13715 |
| 530 | D00F15356 |
| 530 | D00F15361 |
| 532 | D00F15365 |
| 532 | D00F15367 |
| 533 | D00F15369 |
| 533 | D00F15370 |
| 535 | D00F15376 |
| 535 | D00F15380 |
| 538 | D00F15423 |
| 538 | D00F15424 |
| 541 | D00F15425 |
| 541 | D00F15427 |
| 542 | D00F17812 |
| 543 | D00F20126 |
| 544 | D00F15428 |
| 544 | D00F15429 |
| 545 | D00F15432 |
| 545 | D00F15434 |
| 546 | D00F15438 |
| 546 | D00F15440 |
| 569 | D00F17817 |
| 570 | D00F13722 |
| 570 | D00F13729 |
| 576 | D00F13742 |
| 576 | D00F13747 |

| | |
|---|---|
| 597 | D00F17822 |
| 598 | D00F17824 |
| 700 | D00F14534 |
| 700 | D00F14541 |
| 711 | D00F13752 |
| 711 | D00F13755 |
| 725 | D00F13757 |
| 725 | D00F13759 |
| 734 | D00F14545 |
| 734 | D00F14549 |
| 743 | D00F13762 |
| 743 | D00F13763 |
| 759 | D00F15448 |
| 759 | D00F15451 |
| 800 | D00F14555 |
| 800 | D00F14560 |
| 805 | D00F13767 |
| 805 | D00F13768 |
| 823 | D00F13769 |
| 823 | D00F13770 |
| 827 | D00F13772 |
| 827 | D00F13773 |
| 832 | D00F14802 |
| 832 | D00F14808 |
| 835 | D00F14865 |
| 835 | D00F14889 |
| 849 | D00F14936 |
| 849 | D00F14938 |
| 856 | D00F14951 |
| 856 | D00F14954 |
| 859 | D00F14972 |
| 859 | D00F14976 |
| 861 | D00F14985 |
| 861 | D00F14988 |
| 862 | D00F14999 |
| 862 | D00F15004 |
| 863 | D00F13431 |
| 863 | D02920466 |
| 865 | D00F15010 |
| 865 | D00F15019 |
| 868 | D00F15021 |
| 868 | D00F15026 |
| 871 | D00F13670 |
| 871 | D00F13677 |
| 878 | D00F21018 |
| 896 | D00F15030 |
| 896 | D00F15033 |
| 910 | D00F21053 |
| 922 | D00F15036 |
| 922 | D00F15043 |
| 949 | D00F15051 |
| 949 | D00F15065 |

| | |
|---|---|
| 1600 | D00F13123 |
| 1600 | D00F13127 |
| 1602 | D00F21244 |
| 1603 | D00F21208 |
| 1609 | D00F11722 |
| 1609 | D00F11753 |
| 1610 | D00F14307 |
| 1610 | D00F14311 |
| 1614 | D00F17825 |
| 1616 | D00F12107 |
| 1616 | D00F12115 |
| 1618 | D00F12142 |
| 1618 | D00F12144 |
| 1624 | D00F17828 |
| 1627 | D00F12154 |
| 1627 | D00F12155 |
| 1638 | D00F18167 |
| 1681 | D00F12232 |
| 1681 | D00F12233 |
| 1683 | D00F14818 |
| 1683 | D00F14820 |
| 1687 | D00F12238 |
| 1687 | D00F12245 |
| 1693 | D00F14824 |
| 1693 | D00F14826 |
| 1695 | D00F15752 |
| 1695 | D00F15756 |
| 3103 | D00F12500 |
| 3103 | D00F12501 |
| 3104 | D00F13104 |
| 3104 | D00F13107 |
| 3108 | D00F15758 |
| 3108 | D00F15761 |
| 3111 | D00F17890 |
| 3112 | D00F17899 |
| 3113 | D00F18171 |
| 3120 | D00F18182 |
| 3121 | D00F18187 |
| 3125 | D00F18253 |
| 3126 | D00F18256 |
| 3127 | D00F18260 |
| 3128 | D00F18434 |
| 3129 | D00F18445 |
| 3131 | D00F18451 |
| 3133 | D00F18460 |
| 3134 | D00F18468 |
| 3135 | D00F18476 |
| 3136 | D00F17913 |
| 3137 | D00F17918 |
| 3139 | D00F17921 |
| 3140 | D00F12503 |
| 3140 | D00F12504 |

| | |
|---|---|
| 3141 | D00F15767 |
| 3141 | D00F15773 |
| 3142 | D00F15676 |
| 3142 | D00F15681 |
| 3143 | D00F15796 |
| 3143 | D00F15796 |
| 3144 | D00F14447 |
| 3144 | D00F14453 |
| 3146 | D00F14829 |
| 3146 | D00F14833 |
| 3147 | D00F14330 |
| 3147 | D00F14334 |
| 3149 | D00F14835 |
| 3149 | D00F14837 |
| 3150 | D00F17965 |
| 3151 | D00F15839 |
| 3151 | D00F15846 |
| 3152 | D00F15855 |
| 3152 | D00F15874 |
| 3153 | D00F15393 |
| 3153 | D00F15939 |
| 3154 | D00F14473 |
| 3154 | D00F14481 |
| 3157 | D00F13137 |
| 3157 | D00F13139 |
| 3158 | D00F13141 |
| 3158 | D00F13142 |
| 3159 | D00F14838 |
| 3159 | D00F14842 |
| 3160 | D00F15951 |
| 3160 | D00F15955 |
| 3164 | D00F13164 |
| 3164 | D00F13169 |
| 3167 | D00F17980 |
| 3168 | D00F18485 |
| 3169 | D00F17988 |
| 3170 | D00F18494 |
| 3175 | D00F12506 |
| 3175 | D00F12507 |
| 3176 | D00F13179 |
| 3176 | D00F13181 |
| 3177 | D00F12317 |
| 3177 | D00F12319 |
| 3184 | D00F12508 |
| 3184 | D00F12510 |
| 3185 | D00F12511 |
| 3185 | D00F12514 |
| 3186 | D00F13185 |
| 3186 | D00F13186 |
| 3187 | D00F18001 |
| 3189 | D00F18450 |
| 3192 | D00F18004 |

| | |
|---|---|
| 3193 | D00F18009 |
| 3194 | D00F18492 |
| 3196 | D00F18498 |
| 3197 | D00F14487 |
| 3197 | D00F14491 |
| 3198 | D00F18504 |
| 3200 | D00F12515 |
| 3200 | D00F12516 |
| 3204 | D00F13191 |
| 3204 | D00F13194 |
| 3205 | D00F12329 |
| 3205 | D00F12335 |
| 3206 | D00F13198 |
| 3206 | D00F13199 |
| 3207 | D00F13201 |
| 3207 | D00F13206 |
| 3212 | D00F14904 |
| 3212 | D00F14907 |
| 3215 | D00F13469 |
| 3215 | D00F13477 |
| 3217 | D00F13938 |
| 3217 | D00F13941 |
| 3218 | D00F18510 |
| 3219 | D00F12343 |
| 3219 | D00F12348 |
| 3229 | D00F14917 |
| 3229 | D00F14922 |
| 3233 | D00F14853 |
| 3233 | D00F14858 |
| 3237 | D00F13950 |
| 3237 | D00F13955 |
| 3238 | D00F12518 |
| 3238 | D00F12520 |
| 3241 | D00F13140 |
| 3241 | D00F13143 |
| 3246 | D00F13215 |
| 3246 | D00F13220 |
| 3247 | D00F14869 |
| 3247 | D00F14872 |
| 3249 | D00F12522 |
| 3249 | D00F12523 |
| 3252 | D00F14875 |
| 3252 | D00F14879 |
| 3253 | D00F14885 |
| 3253 | D00F14893 |
| 3254 | D00F14925 |
| 3254 | D00F14929 |
| 3255 | D00F13223 |
| 3255 | D00F13226 |
| 3260 | D00F18014 |
| 3262 | D00F18513 |
| 3263 | D00F18020 |

| | |
|---|---|
| 3264 | D00F18535 |
| 3270 | D00F13231 |
| 3270 | D00F13234 |
| 3274 | D00F12527 |
| 3274 | D00F12530 |
| 3283 | D00F12533 |
| 3283 | D00F12537 |
| 3284 | D00F13962 |
| 3284 | D00F13966 |
| 3289 | D00F13970 |
| 3289 | D00F13975 |
| 3302 | D00F18026 |
| 3304 | D00F12349 |
| 3304 | D00F12350 |
| 3305 | D00F12570 |
| 3305 | D00F12573 |
| 3306 | D00F18030 |
| 3307 | D00F12381 |
| 3307 | D00F12385 |
| 3309 | D00F18545 |
| 3310 | D00F18548 |
| 3311 | D00F18550 |
| 3313 | D00F18555 |
| 3315 | D00F18561 |
| 3316 | D00F18565 |
| 3317 | D00F13983 |
| 3317 | D00F13988 |
| 3318 | D00F13996 |
| 3318 | D00F14003 |
| 3319 | D00F12575 |
| 3319 | D00F12579 |
| 3321 | D00F18569 |
| 3322 | D00F12387 |
| 3322 | D00F12391 |
| 3323 | D00F18034 |
| 3324 | D00F18036 |
| 3326 | D00F18037 |
| 3327 | D00F18571 |
| 3329 | D00F18573 |
| 3331 | D00F14012 |
| 3331 | D00F14014 |
| 3332 | D00F14502 |
| 3332 | D00F14508 |
| 3333 | D00F18040 |
| 3334 | D00F12585 |
| 3334 | D00F12589 |
| 3336 | D00F18577 |
| 3338 | D00F18585 |
| 3339 | D00F17798 |
| 3339 | D00F36653 |
| 3340 | D00F14900 |
| 3340 | D00F14902 |

| | |
|---|---|
| 3342 | D00F17810 |
| 3343 | D00F18920 |
| 3344 | D00F18930 |
| 3345 | D00F18939 |
| 3346 | D00F18952 |
| 3347 | D00F19007 |
| 3348 | D00F19048 |
| 3349 | D00F19138 |
| 3350 | D00F19145 |
| 3351 | D00F19149 |
| 3352 | D00F19154 |
| 3353 | D00F19159 |
| 3354 | D00F19163 |
| 3360 | D00F19173 |
| 3361 | D00F19179 |
| 3364 | D00F19215 |
| 3365 | D00F12657 |
| 3365 | D00F12662 |
| 3366 | D00F31976 |
| 3369 | D00F23083 |
| 3373 | D00F19231 |
| 3375 | D00F17814 |
| 3376 | D00F19282 |
| 3377 | D00F12666 |
| 3377 | D00F12667 |
| 3378 | D00F14115 |
| 3378 | D00F14117 |
| 3379 | D00F12668 |
| 3379 | D00F12671 |
| 3381 | D00F14906 |
| 3381 | D00F14912 |
| 3382 | D00F12673 |
| 3382 | D00F12676 |
| 3390 | D00F19284 |
| 3401 | D00F19293 |
| 3405 | D00F14122 |
| 3405 | D00F14124 |
| 3425 | D00F12692 |
| 3425 | D00F12694 |
| 3428 | D00F17830 |
| 3502 | D00F17835 |
| 3504 | D00F14510 |
| 3504 | D00F14513 |
| 3505 | D00F17839 |
| 3508 | D00F19003 |
| 3510 | D00F19010 |
| 3512 | D00F14521 |
| 3512 | D00F14525 |
| 3513 | D00F19291 |
| 3514 | D00F15335 |
| 3514 | D00F15336 |
| 3516 | D00F17843 |

| | |
|---|---|
| 3520 | D00F15958 |
| 3520 | D00F15960 |
| 3521 | D00F14130 |
| 3521 | D00F14135 |
| 3522 | D00F19017 |
| 3525 | D00F12723 |
| 3525 | D00F12730 |
| 3527 | D00F17844 |
| 3550 | D00F13155 |
| 3550 | D00F13156 |
| 3556 | D00F12754 |
| 3556 | D00F12758 |
| 3564 | D00F21129 |
| 3569 | D00F14177 |
| 3569 | D00F14182 |
| 3576 | D00F17870 |
| 3577 | D00F19047 |
| 3579 | D00F17871 |
| 3581 | D00F19063 |
| 3582 | D00F17874 |
| 3584 | D00F19069 |
| 3586 | D00F19073 |
| 3588 | D00F19078 |
| 3589 | D00F13756 |
| 3589 | D00F13758 |
| 3590 | D00F17876 |
| 3591 | D00F14194 |
| 3591 | D00F14289 |
| 3592 | D00F17879 |
| 3599 | D00F17880 |
| 3601 | D00F17883 |
| 3602 | D00F17885 |
| 3603 | D00F17888 |
| 3606 | D00F13497 |
| 3606 | D00F13505 |
| 3607 | D00F17893 |
| 3608 | D00F17898 |
| 3611 | D00F13518 |
| 3611 | D00F13523 |
| 3614 | D00F19327 |
| 3615 | D00F19085 |
| 3616 | D00F19094 |
| 3621 | D00F12765 |
| 3621 | D00F12771 |
| 3622 | D00F19402 |
| 3624 | D00F19103 |
| 3625 | D00F19107 |
| 3626 | D00F17906 |
| 3629 | D00F17911 |
| 3630 | D00F17922 |
| 3631 | D00F13920 |
| 3631 | D00F13923 |

| | |
|---|---|
| 3632 | D00F14331 |
| 3632 | D00F14335 |
| 3633 | D00F12848 |
| 3633 | D00F12853 |
| 3634 | D00F17934 |
| 3635 | D00F17939 |
| 3638 | D00F14337 |
| 3638 | D00F14340 |
| 3641 | D00F17944 |
| 3645 | D00F19111 |
| 3648 | D00F17946 |
| 3654 | D00F14344 |
| 3654 | D00F14345 |
| 3662 | D00F17953 |
| 3663 | D00F12848 |
| 3663 | D00F13180 |
| 3663 | D00F13188 |
| 3664 | D00F13589 |
| 3664 | D00F13597 |
| 3666 | D00F17956 |
| 3668 | D00F13195 |
| 3668 | D00F13204 |
| 3669 | D00F12873 |
| 3669 | D00F12875 |
| 3670 | D00F12878 |
| 3670 | D00F12881 |
| 3672 | D00F13213 |
| 3672 | D00F13216 |
| 3674 | D00F13927 |
| 3674 | D00F13932 |
| 3675 | D00F19413 |
| 3679 | D00F14351 |
| 3679 | D00F14353 |
| 3680 | D00F13602 |
| 3680 | D00F13606 |
| 3682 | D00F13939 |
| 3682 | D00F13942 |
| 3684 | D00F14348 |
| 3684 | D00F14350 |
| 3686 | D00F13617 |
| 3686 | D00F13618 |
| 3687 | D00F12934 |
| 3687 | D00F12937 |
| 3687 | D00F30704 |
| 3688 | D00F13230 |
| 3688 | D00F13238 |
| 3689 | D00F14352 |
| 3689 | D00F14355 |
| 3690 | D00F13256 |
| 3690 | D00F13257 |
| 3691 | D00F13951 |
| 3691 | D00F13956 |

| | |
|---|---|
| 3692 | D00F12957 |
| 3692 | D00F12960 |
| 3693 | D00F12964 |
| 3693 | D00F12965 |
| 3694 | D00F13262 |
| 3694 | D00F13264 |
| 3695 | D00F17960 |
| 3696 | D00D12968 |
| 3696 | D00F12973 |
| 3697 | D00F13268 |
| 3697 | D00F13269 |
| 3698 | D00F12975 |
| 3698 | D00F12980 |
| 3699 | D00F13982 |
| 3699 | D00F13990 |
| 3700 | D00F13355 |
| 3700 | D00F13360 |
| 3701 | D00F14448 |
| 3701 | D00F14452 |
| 3702 | D00F19429 |
| 3705 | D00F21217 |
| 3706 | D00F17964 |
| 3707 | D00F17968 |
| 3708 | D00F17981 |
| 3713 | D00F17996 |
| 3720 | D00F18000 |
| 3724 | D00F14684 |
| 3724 | D00F14686 |
| 3731 | D00F13620 |
| 3731 | D00F13623 |
| 3732 | D00F14927 |
| 3732 | D00F14930 |
| 3733 | D00F14687 |
| 3733 | D00F14688 |
| 3734 | D00F19446 |
| 3736 | D00F19463 |
| 3738 | D00F13366 |
| 3738 | D00F13368 |
| 3740 | D00F15961 |
| 3740 | D00F15965 |
| 3742 | D00F18003 |
| 3743 | D00F19470 |
| 3744 | D00F14934 |
| 3744 | D00F14939 |
| 3746 | D00F18005 |
| 3748 | D00F13381 |
| 3748 | D00F13390 |
| 3750 | D00F18006 |
| 3752 | D00F13395 |
| 3752 | D00F13400 |
| 3754 | D00F18010 |
| 3764 | D00F13407 |

| | |
|---|---|
| 3764 | D00F13410 |
| 3767 | D00F14690 |
| 3767 | D00F14692 |
| 3768 | D00F14356 |
| 3768 | D00F14357 |
| 3769 | D00F14701 |
| 3769 | D00F14706 |
| 3770 | D00F14359 |
| 3770 | D00F14360 |
| 3774 | D00F19505 |
| 3776 | D00F14364 |
| 3776 | D00F14365 |
| 3779 | D00F15969 |
| 3779 | D00F15972 |
| 3783 | D00F14467 |
| 3783 | D00F14471 |
| 3792 | D00F21229 |
| 3797 | D00F13357 |
| 3797 | D00F13365 |
| 4101 | D00F13412 |
| 4101 | D00F13414 |
| 4105 | D00F14000 |
| 4105 | D00F14008 |
| 4106 | D00F13626 |
| 4106 | D00F13632 |
| 4110 | D00F14942 |
| 4110 | D00F14943 |
| 4111 | D00F14713 |
| 4111 | D00F14718 |
| 4112 | D00F14368 |
| 4112 | D00F14371 |
| 4113 | D00F14736 |
| 4113 | D00F14741 |
| 4114 | D00F14945 |
| 4114 | D00F14949 |
| 4115 | D00F15977 |
| 4115 | D00F15979 |
| 4116 | D00F15342 |
| 4116 | D00F15343 |
| 4119 | D00F14376 |
| 4119 | D00F14384 |
| 4120 | D00F14394 |
| 4120 | D00F14408 |
| 4121 | D00F20992 |
| 4122 | D00F14412 |
| 4122 | D00F14415 |
| 4123 | D00F15399 |
| 4123 | D00F15408 |
| 4124 | D00F15460 |
| 4124 | D00F15463 |
| 4131 | D00F19524 |
| 4132 | D00F19526 |

| | |
|---|---|
| 4139 | D00F19531 |
| 4143 | D00F13426 |
| 4143 | D00F13433 |
| 4144 | D00F13536 |
| 4144 | D00F13556 |
| 4150 | D00F18017 |
| 4201 | D00F13580 |
| 4201 | D00F13582 |
| 4302 | D00F21040 |
| 4305 | D00F21044 |
| 4502 | D00F21055 |
| 4503 | D00F21061 |
| 4505 | D00F15514 |
| 4505 | D00F15527 |
| 4506 | D00F15542 |
| 4506 | D00F15569 |
| 4507 | D00F13370 |
| 4507 | D00F13386 |
| 4508 | D00F13409 |
| 4508 | D00F13411 |
| 4510 | D00F21069 |