Gregg M. Galardi, Esq.          Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.         Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                        One James Center
One Rodney Square                901 E. Cary Street
PO Box 636                       Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - x
                             :
In re:                       :  Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :  Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :  Jointly Administered
- - - - - - - - - - - - - - x


    ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a),
    365(a) AND 554 AND BANKRUPTCY RULE 6006 AUTHORIZING
    REJECTION OF CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL
    REAL PROPERTY AND ABANDONMENT OF PERSONAL PROPERTY


            Upon the motion (the "Motion")[1] of the Debtors

for entry of an order, under Bankruptcy Code sections

---

[1]  Capitalized terms not otherwise defined herein shall have the
     meanings ascribed to such terms in the Motion.

105(a), 365(a) and 554 and Bankruptcy Rule 6006,

authorizing the Debtors to (i) reject certain unexpired

leases of real property, including any amendments,

modifications or subleases thereto, as set forth on the

attached Exhibit A (collectively, the "Leases"), and any

guaranties thereof, effective as of the Construction

Stores Rejection Date, the Service Center Rejection

Date, the Store Lease Rejection Date, the Pearl Ridge

Mall Rejection Date and the Office Property Rejection

Date (each as defined in the Motion) or such date as the

Debtors return keys to the Premises (as defined herein)

to the landlord (collectively, the "Rejection Date") and

(ii) abandon any equipment, furniture or fixtures

located at the premises covered by the Leases (the

"Premises"); and the Court having reviewed the Motion;

and the Court having determined that the relief

requested in the Motion is in the best interests of the

Debtors, their estates, their creditors, and other

parties in interest; and it appearing that proper and

adequate notice of the Motion has been given and that no

other or further notice is necessary; and upon the

record herein; and after due deliberation thereon; and

2

good and sufficient cause appearing therefor, it is
hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.    The Motion is GRANTED as set forth herein.

2.    The Leases and any guaranties thereof are
hereby rejected effective as of the Rejection Date;
provided, however, notwithstanding the foregoing, the
rejection date for Pearl Ridge shall be February 27,
2009.  The Building Lease, but not the Ground Lease nor
any sublease associated with the Ground Lease, is
rejected as of the Rejection Date.  Any subleases
associated with the Leases or the Premises are hereby
rejected effective as of the Rejection Date.  The
landlords for the Leases (the "Landlords") are entitled
to immediate possession of the Premises as of the
Rejection Date.  Nothing in this paragraph 2 shall
preclude a Landlord from seeking rejection damages
against a guarantor of a rejected guaranty, in addition
to such Landlord's right to seek rejection damages under
the Bankruptcy Code.

3.    Pursuant to Bankruptcy Code section 554,
the Debtors are authorized to abandon any and all

improvements, furniture, fixtures, equipment, inventory and/or any other personal property ("Abandoned Property") located at the Premises, and such Abandoned Property is deemed abandoned on the Rejection Date to the Landlords free and clear of all liens, claims and other interests. The Landlords may, in their sole discretion and without further notice, use, transfer or dispose of such Abandoned Property without liability to the Debtors or any third parties claiming an interest in such Abandoned Property.

4.   On the Rejection Date the Debtors are deemed to quitclaim any interest in the real property and improvements at the Premises to the Landlords on an "as is, where is" basis and shall reasonably cooperate with the Landlords, at the sole cost and expense of Landlords, in connection with the execution and recording of such documents as may be reasonably necessary to effectuate such transfer of title or abandonment of the Abandoned Property and improvements at the Premises; provided, however, that nothing in this Order, including this paragraph 4, shall prejudice the rights, claims or defenses of Debtors and Landlords with

4

respect to (i) any tenant improvement allowances or other build-out charges under the Leases or (ii) any third party claims arising from the construction at any of the Premises, including claims arising from mechanics', materialmens' or laborers' lien, if any, which rights, claims and defenses are reserved.

5.    Each counterparty to a Lease or any guaranty thereof shall have until thirty (30) days from the date this Order is entered on the docket to file a proof of claim on account any and all claims (as defined in the Bankruptcy Code), including (without limitation) claims arising from or related to rejection of its Lease or guaranty.

6.    The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

7.    The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:  Richmond, Virginia
        February __, 2009
        Mar 3 2009

/s/ Kevin Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:  3/3/09

5

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I
hereby certify that the foregoing proposed order has
been endorsed by or served upon all necessary parties.

                        /s/ Douglas M. Foley

## **EXHIBIT A**

**(Unexpired Leases of Real Property)**

**EXHIBIT A**
**Unexpired Leases of Real Property**

| Store # | Location Name | Landlord | Leass Type | Rejection Date |
|---|---|---|---|---|
| 34 | Dallas Service Center | Dematteo Management Inc. (landlord) Solo Cup (subtenant) | Service Center | 2/15/09 |
| 45 | Philadelphia Service & Home Delivery Center | Little Britain Holding, LLC, c/o Flynn Company | Service Center | 2/15/09 |
| 843 | Rivergate Superstore | The Village At Rivergate LP | Store | 2/23/09 |
| 1603 | Longview Micro-Superstore | Campbell Properties LP | Store | 2/23/09 |
| 1610 | Waco Mini-Superstore | CC Investors 1995-2 | Store | 2/23/09 |
| 1624 | College Station Superstore | Inland Western College Station Gateway II, LP | Store | 2/23/09 |
| 1627 | Florence Mini-Superstore | BPP-SC LLC | Store | 2/23/09 |
| 1638 | Cheyenne Micro-Superstore | Millman 2000 Charitable Trust | Store | 2/23/09 |
| 3189 | Dayton 2 Superstore | Macy's Central | Store | 2/23/09 |
| 3196 | Dayton 3 Superstore | Shoppes Of Beavercreek, LLC | Store | 2/23/09 |
| 3226 | Cool Springs Superstore | Thoroughbred Village GP | Store | 2/23/09 |
| 3202 | Gainesville Mini-Superstore | Circuit Investors #2 Ltd. | Store | 2/23/09 |
| 3229 | Midland Mini-Superstore | CC Investors 1995-5 | Store | 2/23/09 |
| 3230 | High Point Superstore | CC - Investors 1996-12 | Store | 2/23/09 |
| 3244 | Rocky Mount Micro-Superstore | Cobb Corners II, L. P. | Store | 2/23/09 |
| 3252 | Kingsport Micro-Superstore | CC Kingsport 98, LLC | Store | 2/23/09 |
| 3260 | Tulsa North Micro-Superstore | Southroads, LLC | Store | 2/23/09 |
| 3276 | Clarksville Micro-Superstore | Craig-Clarksville Tennessee, LLC | Store | 2/23/09 |
| 3354 | Pearl Ridge Mall | Watercress Associates LP | Pearl Ridge Mall | 2/27/09 |
| 3428 | San Luis Obispo Superstore | Irish Hills Plaza West II, LLC | Store | 2/23/09 |
| 3508 | Crossroads Superstore | Inland American Oklahoma City Penn, LLC | Store | 2/23/09 |
| 3510 | Tulsa South Superstore | TRC Associates, LLC | Store | 2/23/09 |
| 3515 | Bellevue Superstore | CCI Trust 1994-I; Lloyd Draper - Trustee | Store | 2/23/09 |
| 3521 | Jackson Superstore | CC Ridgeland 98 L.L.C. | Store | 2/23/09 |
| 3564 | Quail Springs Superstore | Memorial Square 1031, LLC | Store | 2/23/09 |
| 3606 | Lakeside Superstore | Bond-Circuit X Delaware Business Trust | Store | 2/23/09 |
| 3607 | Roseville Superstore | CC Roseville, LLC | Store | 2/23/09 |
| 3608 | Novi Superstore | Ramco West Oaks I LLC | Store | 2/23/09 |
| 3611 | Taylor Superstore | CC Investors 1996-14 | Store | 2/23/09 |
| 3613 | Westland Superstore | WMI/MPI Business Trust | Store | 2/23/09 |
| 3621 | Evansville Superstore | Evansville Developers LLC, G.B. | Store | 2/23/09 |
| 3630 | Saginaw Superstore | Somerville Saginaw LP | Store | 2/23/09 |
| 3631 | Flint Superstore | Daniel G. Kamin Flint, LLC | Store | 2/23/09 |
| 3635 | Lansing West Superstore | Covington Lansing Acquisition LLC | Store | 2/23/09 |
| 3705 | Spring Meadows Mini-Superstore | Suemar Realty, Inc | Store | 2/23/09 |
| 3733 | Steubenville Micro-Superstore | Landman, Deborah, Eli Landman, Zoltan Schwartz & Anna Schwar | Store | 2/23/09 |
| 3734 | Franklin Park Superstore | Suemar Realty, Inc. | Store | 2/23/09 |
| 3740 | Bangor Mini-Superstore | Sacco Of Maine, LLC | Store | 2/23/09 |
| 3748 | Yuma Las Palimillas Superstore | WCC Properties LLC | Store | 2/23/09 |
| 3750 | St. Clairsville Micro-Superstore | The St. Clairsville Parcel C.C. Development, LLC | Store | 2/23/09 |
| 3774 | Decatur Mini-Superstore | Decatur Plaza I, LLC | Store | 2/23/09 |
| 3776 | Brighton Superstore | Brighton Commercial, LLC | Store | 2/23/09 |
| 3820 | Greensburg, PA | Walnut Capital Partners - Lincoln Place LP | Constuction Store | 2/15/09 |
| 3830 | Glynn Isles Superstore | Cap Brunswick, LLC | Store | 2/23/09 |
| 3851 | Madison Heights Superstore | MDS Realty II, LLC | Store | 2/23/09 |
| 3863 | Troy Hills Shopping Center | Federal Realty Investment Trust | Constuction Store | 2/15/09 |
| 3865 | Fingerlakes Crossing "The City" Superstore | Fingerlakes Crossing, LLC | Store | 2/23/09 |
| 4141 | Homestead Shopping Center | DDR Homestead LLC, c/o Developers Diversified Realty Corp. | Constuction Store | 2/15/09 |
| 4142 | Marlton | Marlton VF, LLC c/o Vornado Realty Trust | Constuction Store | 2/15/09 |
| 4237 | Bunker Hills Shopping Center | I-10/Bunker Hill Associates, LP, c/o Fidelis Realty Partners, Ltd. | Constuction Store | 2/15/09 |
| 4246 | Baton Rouge Superstore | Ggp Mall Of Louisiana, LP | Store | 2/23/09 |
| 4309 | Alexandria Mall Superstore | Alexandria Main Mall LLC | Store | 2/23/09 |

| 9039 | CCS Office (Westmoreland Telecenter) | Brandywine Grande C, LP | Office Property | 2/28/09 |
|---|---|---|---|---|
| 9101 [1] | Circuit City Corporate Headquarters (Drl) (Building Lease only) | Lexington Corporate Properties, Inc. | Office Property | 2/28/09 |
| 4237 | Bunker Hills Shopping Center | I-10/Bunker Hill Associates, LP, c/o Fidelis Realty Partners, Ltd. | Constuction Store | 2/15/09 |
| 4246 | Baton Rouge Superstore | Ggp Mall Of Louisiana, LP | Store | 2/23/09 |
| 4309 | Alexandria Mall Superstore | Alexandria Main Mall LLC | Store | 2/23/09 |
| 9039 | CCS Office (Westmoreland Telecenter) | Brandywine Grande C, LP | Office Property | 2/28/09 |
| 9101 [1] | Circuit City Corporate Headquarters (Drl) (Building Lease only) | Lexington Corporate Properties, Inc. | Office Property | 2/28/09 |

[1] This Order has no force or effect with respect to the Ground Lease nor any sublease associated with the Ground Lease.  The Debtors only seek to reject the Building Lease as of February 28, 2009.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: jafarbayj        Page 1 of 1              Date Rcvd: Mar 03, 2009
Case: 08-35653              Form ID: pdforder      Total Served: 1

The following entities were served by first class mail on Mar 05, 2009.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
             Wilmington, DE 19899-0636

The following entities were served by electronic transmission.
NONE.                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 05, 2009**                          **Signature:**