IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | (Jointly administered) |
| | ) | |
| CIRCUIT CITY STORES, INC., et als. | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | |
| _____Debtor_____ | ) | |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE
OF CAROLE NEVILLE**

THIS MATTER came before the Court on the Motion filed by Paul M. Black for the entry of an Order admitting Carole Neville, of the law firm of Sonnenschein Nath & Rosenthal, LLP, *pro hac vice* in the above referenced Bankruptcy Case (and related proceedings) pursuant to Local Rule 2090-1(E)(2). After review of the Motion and the statements therein, the Court finds that adequate notice of the Motion was provided, no other or further notice is necessary or required, and it is appropriate that Carole Neville be authorized to practice *pro hac vice* before this Court in this Bankruptcy Case (and related proceedings). Accordingly, it is hereby

ORDERED that the Motion be and hereby is granted, and that Carole Neville of the law firm of Sonnenschein Nath & Rosenthal, LLP be and hereby is authorized to practice

Paul M. Black (VSB # 24861)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA 24002
Tel: 540-512-1804
Fax: 540-342-4480
Email: pblack@spilmanlaw.com

*pro hac vice* before this Court in this Bankruptcy Case (and related proceedings) on behalf of Sony Pictures Home Entertainment Inc.

ENTER:  **Mar 3 2009**

**/s/ Kevin Huennekens**
United States Bankruptcy Judge

Requested:

**Entered on Docket:  3/3/09**

**/s/ Paul M. Black**    (VSB #24861)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, VA  24002
Telephone: 540-982-3800
Telecopier: 540-342-4480
Email: pblack@spilmanlaw.com

**/s/ Carole Neville**
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Tel: 212-768-6889
Fax: 212-768-6800
Email: cneville@sonnenschein.com

**CERTIFICATE**

   Pursuant to Local Rule 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that that all necessary parties to this action have endorsed the foregoing order.

                                        /s/ Paul M. Black

1350446

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1           Date Rcvd: Mar 03, 2009
Case: 08-35653                Form ID: pdforder        Total Served: 1

The following entities were served by first class mail on Mar 05, 2009.
          Carole Neville, Atty.,   Sonnenschein Nath & Rosenthal, LLP,   1221 Avenue of the Americas,
            New York, NY   10020-1089
The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 05, 2009**              **Signature:** _Joseph Speetjens_