Form 210A (10/06)

**RICHMOND DIVISION**
**FILED MAR - 5 2009**
**CLERK U.S. BANKRUPTCY COURT**

# United States Bankruptcy Court

_____EASTERN_____ District Of _VIRGINIA (RICHMOND)_

In re CIRCUIT CITY STORES, ET AL    Case No. 08-35653 (KRH)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Korea Export Insurance Corporation
Name of Transferee

ON Corp USA, Inc. and ON Corp.
Name of Transferor

Name and Address where notices to transferee should be sent:
Olshan Grundman Frome Rosenzweig & Wolosky LLP
65 East 55th Street
New York, New York 10022
Attn: Fredrick J. Levy, Esq.
Phone: 212.451.2300
Last Four Digits of Acct #: _____

Court Claim # (if known): 1239
Amount of Claim: $7,714,224.00
Date Claim Filed: 12/18/08

Phone: 212.451.2300
Last Four Digits of Acct. #: 070909

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Fredrick J. Levy, Esq.    Date: March 2, 2009
   Transferee/Transferee's Agent

_Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571._

## ASSIGNMENT OF BANKRUPTCY CLAIM

THIS AGREEMENT OF ASSIGNMENT made this ___ day of February, 2009, by and between ON Corp. US, Inc., ON Corp. and ON International Inc. (the "Insured") and Kemper Sport Insurance Corporation (the "Insurer").

In consideration of the Loss Payment made by the Insurer to the Insured under their Credit Insurance Policy, receipt of which is hereby acknowledged;

Subject to the terms and conditions of the Policy, the INSURED does hereby assign, transfer and set over unto the INSURER, its claims and demands, together with all securities and guarantees relating thereto, against the following debtor or debtors in the amount or amounts down thereafter:

| Class | Debtor | Amount | Claim No. |
|---|---|---|---|
| Administrative Claim pursuant to Bankruptcy Code § 503(b)(9) | Circuit City | $7,772,724.00 | 1750 |

Witness

_____

ON Corp. US, Inc.
ON Corp. & ON International Inc.
The Insured

By _____
   Authorized Signature

# OLSHAN

OLSHAN    GRUNDMAN    FROME    ROSENZWEIG    &    WOLOSKY    LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

March 3, 2009

WWW.OLSHANLAW.COM

DIRECT DIAL 212 451 2324
EMAIL: SSALLIE@OLSHANLAW.COM

**BY FEDERAL EXPRESS**

U.S. Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219-1888
Attn: Clerk of the Court

Re:   In re Circuit City Stores, Inc., et al
      Case #08-35653 (KRH) – Ch. 11, Jointly Administered

Dear Clerk of the Court:

We are counsel for ON Corp USA, Inc. and ON Corp (herein "ON Corp") in the above matter. Please be advised that ON Corp has transferred their § 503(b)(9) claim (claim no. 1239) to Korea Export Insurance Corporation.

Enclosed are two copies of transfer and assignment, please file stamp and return to my attention in the self-addressed stamped envelope.

If there are any questions, feel free to contact me at 212.451.2324 or by email at SSallie@olshanlaw.com.

Regards,

Suhailah S. Sallie
Paralegal

Enclosures

cc: Fredrick J. Levy, Esq.

NEW JERSEY OFFICE
2001 ROUTE 46 / SUITE 202
PARSIPPANY, NEW JERSEY 07054
TELEPHONE: 973.331.7200
FACSIMILE: 973.331.7222

607566-1