IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.***,** | ) | Case No.: 08-35653-KRH |
| | ) | Jointly Administered |
| **Debtors.** | ) | Chapter 11 |

## NOTICE OF TAX LIENS

The Chatham County Georgia, Tax Commissioner (the "Commissioner"), by and through the undersigned counsel, hereby gives this notice to the debtor and all interested parties that the Commissioner holds a statutory lien on personal property of the debtor, or proceeds of sales of personal property, as described below, and further states:

1. As of January 1, 2008, Circuit City Stores, Inc. (the "Debtor") operated a retail store located at 8108 Abercorn Street, Savannah, Georgia (the "Property). On that date, the Debtor also owned personal property, furniture and fixtures located on the Property.

2. Pursuant to O.C.G.A. 48-5-3, all such personal property, furniture and fixtures of the Debtor located on the Property as of January 1 of each year is subject to taxation by the Commissioner. For the tax year 2008, the Debtor filed a personal property return on February 29, 2008. The actual amount of taxes due was calculated based upon the values reported by

_____
William A. Gray, Esquire – VSB #46911
Lisa Taylor Hudson, Esquire – VSB #45484
Peter M. Pearl, Esquire – VSB #22344
C. Thomas Ebel, Esquire – VSB #18637
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
 (804) 648-1636 Telephone
 (804) 783-7291 Facsimile
   *Counsel for Chatham County, Georgia Tax Commissioner*

Debtor. The Debtor was billed for the 2008 taxes on September 17, 2008, and the taxes were due on November 17, 2008.

    3.    There is now due and owing personal property tax for tax year 2008 in the amount of Twenty Four Thousand Three Hundred Twenty Five and 35/100 Dollars ($24,325.35). These taxes remain due and owing, and pursuant to O.C.G.A. 48-2-44, interest and penalties are accruing.

    4.    Pursuant to O.C.G.A. 48-2-56(a) and (d), the Commissioner has a lien on all of the property of the Debtor for the 2008 taxes until the taxes are paid.

    5.    The Debtor also operated a retail store on the Property as of January 1, 2009. The personal property of the Debtor on the Property as of January 1, 2009 is also subject to taxation by the Commissioner for tax year 2009. Pursuant to O.C.G.A. 48-2-56(d)(1), a lien arises by operation of law from the time fixed by law for the valuation of the property in each tax year (*i.e*., January 1), until such taxes are paid. Thus, the Commissioner presently has a lien on Debtor's property for the 2009 taxes as well.

    5.    On information and belief, the personal property on the Property has, or will be, sold, pursuant to Orders entered in the above-entitled bankruptcy case. The Commissioner hereby claims a lien on any and all proceeds of any and all sales, superior to the rights of any other lien-hold interest in the subject property . *See*, O.C.G.A. 48-2-56.

[Remainder of page intentionally left blank]

**WHEREFORE**, the Commissioner respectfully requests that the taxes herein be deemed a lien on personal property sale proceeds, and that the tax, penalties and interest be paid forthwith.

**RESPECTFULLY SUBMITTED,**

**CHATHAM COUNTY GEORGIA, TAX COMMISSIONER**

**By Counsel**

/s/ William A. Gray
William A. Gray, Esquire – VSB #46911
Lisa Taylor Hudson, Esquire – VSB #45484
Peter M. Pearl, Esquire – VSB #22344
C. Thomas Ebel, Esquire – VSB #18637
Sands, Anderson, Marks & Miller, P.C.
801 East Main Street, Suite 1800
Post Office Box 1998
Richmond, Virginia 23218-1998
(804) 648-1636 Telephone
(804) 783-7291 Facsimile
*Counsel for Chatham County, Georgia Tax Commissioner*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2009, a copy of the foregoing Notice of Tax Liens was served electronically via the Court's ECF/CM system. Copies have also been sent by First-Class U.S. Mail, postage prepaid, on this date to:

Greg M. Galardi, Esquire
Iam S. Fredericks, Esquire
Skadden, Arpts, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 436
Wilmington, Delaware 19899-0636
*Counsel for Debtors*

        Dion W. Hayes, Esquire
        James S. Sheerin, Esquire
        Sarah Beckett Boehm, Esquire
        McGuire Woods LLP        1
        One James Center
        901 E. Cary Street
        Richmond, VA 23219
            Counsel for Debtors

        Chris L. Dickerson, Esquire
        Skadden Arpts Slate Meagher & Flom, LLC
        333 West Wacker Drive
        Chicago, IL 60606
            *Counsel for Debtors*


          /s/  William A. Gray

{W0933982.1 014177-074528 }        4