**EXHIBIT A**
**Remaining Locations**

| Location Number | Location Name | Address | City | State | Zip | Landlord | Rejection Date |
|---|---|---|---|---|---|---|---|
| 522 | Two Notch Superstore | 10136 Two Notch Road | Columbia | SC | 29223 | GRI-EQY (Sparkleberry Square) LLC | 3/12/2009 |
| 571 | Brandon Superstore | 10277 East Adamo Drive | Tampa | FL | 33619 | Bard, Ervin & Suzanne Bard | 3/10/2009 |
| 589 | Hickory Superstore | 2201 Us Highway 70 Se | Charlotte | NC | 28602 | Valley Corners Shopping Center LLC | 3/12/2009 |
| 593 | Chesapeake Superstore | 4107 Portsmouth Boulevard, Suite 118 | Norfolk | VA | 23321 | Inland American Chesapeake Crossroads LLC | 3/10/2009 |
| 704 | Waldorf Superstore | 3000 Festival Way | Washington | MD | 20601 | Madison Waldorf LLC | 3/12/2009 |
| 762 | Charleston Mini-Superstore | 39 Rhl Boulevard | Huntington | WV | 25309 | THF ONC Development LLC | 3/10/2009 |
| 766 | Daytona Superstore | 2500 International Speedway Blvd. | Orlando | FL | 32114 | International Speedway Square, Ltd | 3/10/2009 |
| 784 | Wheaton Superstore | 11160 Viers Mill Road | Washington | MD | 20902 | Wheaton Plaza Regional Shopping Center | 3/10/2009 |
| 785 | Annapolis Superstore | 150-A Jennifer Road | Baltimore | MD | 21401 | William P. Beatson, Jr. & Jerome B. Trout, Jr. | 3/10/2009 |
| 802 | Springfield Superstore | 6640 Loisdale Road | Washington | VA | 22150 | DDR  Southeast Loisdale, LLC | 3/11/2009 |
| 814 | Potomac Mills Superstore | 14500 Potomac Mills Road | Washington | VA | 22193 | Potomac Festival II | 3/11/2009 |
| 815 | Knoxville Superstore | 151 North Peters Road | Knoxville | TN | 37923 | DDRTC T&C LLC | 3/10/2009 |
| 817 | Virginia Beach | 110 S. Independence Boulevard | Norfolk | VA | 23462 | CC-Virginia Beach, LLC | 3/10/2009 |
| 820 | Greensboro Superstore | 4217 E. West Wendover Avenue | Greensboro | NC | 27407 | DDR-SAU Wendover Phase II, LLC | 3/11/2009 |
| 824 | Largo Superstore | 1020 Shoppers Way | Washington | MD | 20774 | Capital Centre, LLC | 3/11/2009 |
| 828 | Tampa Superstore | 18061 Highwoods Preserve | Tampa | FL | 33647 | DDRTC Walks At Highwood Preserve I LLC | 3/12/2009 |
| 830 | Winston-Salem Superstore | 910 Haynes Mall Boulevard | Greensboro | NC | 27103 | Drexel Delaware Trust | 3/12/2009 |
| 831 | Gastonia Superstore | 2651 East Franklin Boulevard | Charlotte | NC | 28054 | National Retail Properties, Inc. | 3/10/2009 |
| 836 | Glen Burnie Superstore | 78 Mountain Road | Baltimore | MD | 21061 | Saul Holdings, LP | 3/11/2009 |
| 837 | Orlando South Superstore | 7915 South Orange Blossom Trail | Orlando | FL | 32809 | DDRM Skyview Plaza LLC | 3/11/2009 |
| 838 | Orlando Central Superstore | 2728 East Colonial Drive | Orlando | FL | 32803 | Weingarten Nostat, Inc. | 3/10/2009 |
| 839 | Orlando North Superstore | 1140 East Altamonte Drive | Orlando | FL | 32701 | Altamonte Springs Real Estate Associates, LLC | 3/11/2009 |
| 840 | Raleigh Superstore | 4601 Creedmoor Road | Raleigh | NC | 27612 | Glenmoor LP | 3/10/2009 |
| 845 | Independence Superstore | 2109 Matthews Township Parkway | Charlotte | NC | 28105 | DDRTC Sycamore Commons LLC | 3/10/2009 |
| 846 | Gaithersburg Superstore | 602-A Quince Orchard Road | Gaithersburg | MD | 20879 | Federal Realty Investment Trust | 3/12/2009 |
| 848 | North Ft. Lauderdale Superstore | 1700 North Federal Highway | Miami | FL | 33305 | 19Th Street Investors, Inc. | 3/10/2009 |
| 850 | Durham Superstore | 3400 Westgate Drive | Raleigh | NC | 27707 | Durham Westgate Plaza Investors, LLC. | 3/10/2009 |
| 851 | Chattanooga Superstore | 2204 Hamilton Place Blvd. | Chattanooga | TN | 37421 | Bond-Circuit VIII Delaware Business Trust | 3/10/2009 |
| 852 | Fayetteville Superstore | 5075 Morganton Road, Suite 160 | Raleigh | NC | 28314 | Fayetteville Developers LLC | 3/11/2009 |
| 854 | Baltimore 40 West Superstore | 6026 Baltimore National Pike | Baltimore | MD | 21228 | Estate Of Joseph Y. Einbinder | 3/10/2009 |
| 855 | Huntsville Superstore | 5900 University Drive | Huntsville | AL | 35806 | NP Huntsville Limited Liab Co | 3/12/2009 |
| 857 | Dale Mabry Superstore | 1702 North Dale Mabry Highway | Tampa | FL | 33607 | VNO Tru Dale Mabry, LLC | 3/10/2009 |
| 866 | Rockville Superstore | 1501 Rockville Pike | Washington | MD | 20852 | Congressional North Associates LP | 3/10/2009 |
| 867 | Lakeland Superstore | 4212 U.S. Route 98 North | Tampa | FL | 33809 | RLV Village Plaza LP | 3/11/2009 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 876 | St. Petersburg Superstore | 2066 Tyrone Boulevard North | Tampa | FL | 33710 | Northwoods LP | 3/10/2009 |
| 877 | St. Matthews Superstore | 4600 Shelbyville Road | Louisville | KY | 40207 | Shelbyville Road Plaza LLC | 3/12/2009 |
| 888 | South Boulevard Superstore | 9563 South Boulevard | Charlotte | NC | 28273 | Dim Vastgoed, N.V. | 3/10/2009 |
| 890 | Baileys Crossroads Superstore | 5718 Columbia Pike | Washington | VA | 22041 | RREEF America Reit II Corporation Mm | 3/10/2009 |
| 891 | Clearwater Superstore | 24244 Highway 19 N. | Tampa | FL | 33755 | CHK, LLC | 3/10/2009 |
| 892 | Jacksonville Superstore | 9317 Atlantic Boulevard | Jacksonville | FL | 32225 | Mibarev Development I LLC | 3/11/2009 |
| 897 | Bradenton Superstore | 4495 14Th Street West | Tampa | FL | 34207 | DDR Southeast Cortez, LLC | 3/12/2009 |
| 913 | Port Richey Superstore | 6325 Tacoma Drive | Tampa | FL | 34668 | Kir Piers 716 LLC | 3/10/2009 |
| 921 | Asheville Superstore | 299 Swannanoa River Road | Greenville | NC | 28805 | DDR MDT Asheville River Hills | 3/11/2009 |
| 1601 | Fredericksburg Superstore | 1731 Carl D. Silver Parkway | Washington | VA | 22401 | Central Park 1226, LLC | 3/12/2009 |
| 1607 | Jacksonville Mini-Superstore | 1171 Western Blvd. | Jacksonville | NC | 28546 | CC Investors 1995-1 | 3/11/2009 |
| 1608 | Wilmington Mini-Superstore | 5325 Market Street | Wilmington | NC | 28405 | CC - Investors 1996-3 | 3/11/2009 |
| 1645 | Salisbury Micro-Superstore | 345 Faith Road | Charlotte | NC | 28146 | Centro Heritage Innes Street LLC | 3/11/2009 |
| 3100 | West Broad "The City" Superstore | 9900 West Broad Street | Richmond | VA | 23060 | Circuit Investors #3, LP | 3/11/2009 |
| 3106 | Southpark Superstore | 820 Southpark Boulevard | Richmond | VA | 23834 | Colonial Heights Holding, LLC | 3/11/2009 |
| 3166 | Bel Air Superstore | 680 Marketplace Drive | Baltimore | MD | 21014 | Bel Air Square LLC | 3/10/2009 |
| 3203 | Sarasota Superstore | 4708 South Tamiami Trail | Tampa | FL | 34231 | Circuit Investors #2 Ltd. | 3/12/2009 |
| 3227 | Cary Mini-Superstore | 1401 Piney Plains Road | Raleigh | NC | 27511 | DDR Southeast Cary LLC | 3/11/2009 |
| 3234 | Ocala Mini-Superstore | 3402 Southwest 36Th Terrace | Gainesville | FL | 34474 | AWE-Ocala, Ltd. | 3/11/2009 |
| 3242 | Greenville Mini-Superstore | 3060 South Evans Street | Greenville/Newbern Nc | NC | 27834 | Centro Heritage UC Greenville LLC | 3/11/2009 |
| 3269 | Citrus Park Superstore | 6918 Gunn Highway | Tampa | FL | 33625 | Citrus Park CC LLC | 3/10/2009 |
| 3281 | Rome Superstore | 2700 Martha Berry Highway Ne | Atlanta | GA | 30165 | DDR Southeast Rome LLC | 3/10/2009 |
| 3285 | Mall At Turtle Creek Superstore | 3000 East Highland Drive, Suite 400 | Jonesboro | AR | 72401 | Turtle Creek Partners LLC | 3/11/2009 |
| 3403 | Port Charlotte Mini-Superstore | 18700 Veterans Boulevard, Unit 13 | Fort Myers | FL | 33954 | Hudson Realty Trust, Hersom Realty Trust, Lorimar Realty Trust | 3/11/2009 |
| 3409 | Avenues Superstore | 9041 Southside Boulevard | Jacksonville | FL | 32256 | Property Management Support Inc. | 3/11/2009 |
| 3418 | Sanford Superstore | 1101 W.P. Ball Boulevard | Orlando | FL | 32771 | WRI Seminole Marketplace, LLC | 3/12/2009 |
| 3518 | Raleigh Superstore | 3340 Cypress Plantation Trail | Raleigh | NC | 27616 | Plantation Point Development, LLC | 3/10/2009 |
| 3529 | Exton Superstore | 128 Woodcutter Street | Philadelphia | PA | 19341 | Main Street At Exton, LP | 3/10/2009 |
| 3549 | Short Pump Superstore | 11732 West Broad Street | Richmond | VA | 23233 | Short Pump Town Center LLC | 3/11/2009 |
| 3554 | Bainbridge Superstore | 7705 Market Place Drive | Cleveland | OH | 44202 | Bainbridge Shopping Center II LLC | 3/10/2009 |
| 3560 | Spring Hill Superstore | 13199 Cortez Boulevard | Tampa | FL | 34613 | Coastal Way, LLC | 3/12/2009 |
| 3561 | Millenia Mall Superstore | 4155 Millenia Boulevard | Orlando | FL | 32839 | Cameron Group Associates, LLP | 3/12/2009 |
| 3562 | Concord Mills Superstore | 8210 Concord Mills Boulevard | Charlotte | NC | 28027 | Concord Mills LP | 3/10/2009 |
| 3570 | Hyattsville Superstore | 2900 Belcrest Center Drive | Washington | MD | 20782 | PrInc.e George'S Station Retail, LLC | 3/10/2009 |
| 3572 | Polaris Superstore | 8655-8671 Lyra Drive | Columbus Oh | OH | 43240 | Polaris Circuit City LLC | 3/10/2009 |
| 3587 | Bethlehem Superstore | 4413 Birkland Place | Philadelphia | PA | 18045 | Morris Bethlehem Associates, LP | 3/11/2009 |
| 3595 | Waterford Lakes Superstore | 400 North Alafaya Trail | Orlando | FL | 32828 | Deno P Dikeou | 3/10/2009 |
| 3597 | Apex Superstore | 1591 Beaver Creek Commons Drive | Raleigh | NC | 27502 | DDR/1st Carolina Crossings South, LLC | 3/10/2009 |
| 3617 | West Mifflin (Century) Superstore | 9931 Mountain View Drive | Pittsburgh | PA | 15122 | Inland Western West Mifflin Century III DST | 3/10/2009 |
| 3618 | Monroeville Superstore | 3475 William Penn Highway | Pittsburgh | PA | 15235 | WMI/MPI Business Trust | 3/10/2009 |
| 3619 | Ross Park Superstore | 7219 Mcknight Road | Pittsburgh | PA | 15237 | Cofal Partners, LP | 3/11/2009 |
| 3627 | Arundel Mills Superstore | 7667 Arundel Mills Boulevard | Baltimore | MD | 21076 | Arundel Mills Marketplace LP | 3/11/2009 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3628 | Frederick Mini-Superstore | 5606 Buckeystown Pike | Washington | MD | 21701 | CC Frederick 98, LLC | 3/11/2009 |
| 3639 | Oyster Point Superstore | 12140 Jefferson Avenue | Norfolk | VA | 23602 | Lea Company | 3/10/2009 |
| 3640 | Greenbrier Superstore | 1589 Crossways Boulevard | Norfolk | VA | 23320 | Crossways Financial Associates, LLC | 3/10/2009 |
| 3659 | Leesburg Superstore | 536 Fort Evans Road Ne | Washington | VA | 20176 | Battlefield FE LP | 3/10/2009 |
| 3677 | Lady Lake Superstore | 630 U.S. Highway 441 | Orlando | FL | 32159 | TMW Weltfonds Rolling Acres Plaza | 3/11/2009 |
| 3710 | Robinson Mini-Superstore | 11A Chuvet Drive | Pittsburgh | PA | 15275 | Stor-All New Orleans, LLC | 3/11/2009 |
| 3711 | Muskegon Superstore | 5725 Harvey Street | Grand Rapids | MI | 49444 | Heritage-Lakes Crossing, LLC | 3/11/2009 |
| 3721 | Sterling Superstore | 46301 Potomac Run Plaza, #120 | Washington | VA | 20164 | Potomac Run, LLC | 3/11/2009 |
| 3725 | Dover "The City" Superstore | 1350 Dupont Highway | Philadelphia | DE | 19901 | Cohab Realty LLC | 3/12/2009 |
| 3735 | Tysons Corner West Superstore | 8520-C Leesburg Pike | Washington | VA | 22182 | Tysons 3, LLC | 3/10/2009 |
| 3771 | Folsom | 205 Serpa Drive | Sacramento | CA | 95630 | Broadstone Crossing LLC | 3/10/2009 |
| 3780 | Hamburg Superstore | 2231 Sir Barton Way Street, Unit 110 | Lexington | KY | 40509 | Sir Barton Place, LLC | 3/10/2009 |
| 3810 | Harlingen Tx Superstore | 2020 South Expressway 83 | Mcallen-Brownsville | TX | 78552 | Mall At Valle Vista, LLC | 3/11/2009 |
| 3815 | Katy Mills "The City" Superstore | 5000 Katy Mills Circle | Houston | TX | 77494 | Katy Mills Mall LP | 3/10/2009 |
| 3831 | Market Square Shopping Center | Marketplace Drive & Amelia Drive | Rochester | NY | 14623 | 700 Jefferson Road II, LLC | 3/11/2009 |
| 3832 | Township Marketplace Superstore | 103 Wagner Road | Pittsburgh | PA | 15061 | DDR Mdt Monaca Township Marketplace LLC | 3/10/2009 |
| 3844 | Fairfax "The City" | 4110 West Ox Road, Suite 12124 | Washington | VA | 22033 | DDR Mdt Fairfax Towne Center LLC | 3/11/2009 |
| 3845 | Deptford Landing Superstore | 2000 Clements Bridge Road | Philadelphia | NJ | 08096 | AIG Baker Deptford, LLC | 3/10/2009 |
| 3846 | East Chase Superstore | 7951 Eastchase Parkway | Montgomery | AL | 36117 | Eastchase Market Center, LLC | 3/10/2009 |
| 3847 | Midtown Village Superstore | 1800 Mcfarland Boulevard South, Ste 520C | Tuscaloosa | AL | 35401 | Carlyle-Cypress Tuscaloosa I, LLC | 3/10/2009 |
| 3848 | Boranda Superstore | 1910 North Davis Road | Salinas | CA | 93907 | T And T Enterprises LP | 3/11/2009 |
| 3849 | Norridge Commons Superstore | 7010 Forest Preserve Drive | Chicago | IL | 60706 | Irving Harlem Venture, LP | 3/10/2009 |
| 3850 | Promenade "The City" Superstore | 639 East Boughton Road | Chicago | IL | 60440 | FC Janes Park, LLC | 3/10/2009 |
| 3852 | Keizer Station "The City" Superstore | 6035 Ulali Drive | Portland Or | OR | 97303 | Donahue Schriber Realty Group, L.P | 3/10/2009 |
| 3853 | Target Center Superstore | 4627 Greenway Drive | Knoxville | TN | 37918 | Knoxville Levcal LLC | 3/10/2009 |
| 3854 | Parkdale Superstore | 6115 Eastex Freeway | Beaumont | TX | 77706 | Parkdale Mall Associates LP | 3/10/2009 |
| 3855 | Sun Land Superstore | 811 Sunland Park | El Paso | TX | 79912 | CDP Falcon Sunland Plaza LP | 3/10/2009 |
| 3856 | Baybrook Superstore | 1001A West Bay Area Boulevard | Houston | TX | 77598 | NP/SSP Baybrook, LLC | 3/10/2009 |
| 3857 | Deerbrook "The City" Superstore | 20131 Highway 59 N, Suite 8, Space 2290 | Houston | TX | 77338 | Deerbrook Anchor Acquisition LLC | 3/10/2009 |
| 3858 | San Antonio "The City" | 14623 Ih 35 North | San Antonio | TX | 78216 | SWQ 35/Forum, Ltd | 3/10/2009 |
| 3859 | Ashwaubenon Superstore | 2492 South Oneida | Ashwaubenon | WI | 54304 | Palmetto Investors, LLC | 3/10/2009 |
| 3862 | Brockton Superstore | 395 Westgate Drive | Boston | MA | 02301 | Ray Mucci's, Inc. | 3/10/2009 |
| 3864 | Manhattan Broadway At 66th Street | 1965 Broadway | New York | NY | 10023 | 1965 Retail LLC | 3/10/2009 |
| 3878 | Brea "The City" | 835 East Birch Street | Los Angeles | CA | 92821 | FW CA Brea Marketplace LLC | 3/10/2009 |
| 3882 | Kileen Tx -Superstore | 201 East Central Texas Pkwy, Ste 21 | Waco | TX | 99999 | Market Heights, Ltd | 3/10/2009 |
| 3883 | Lycoming Crossing | 350 S. Lycoming Mall Road | Willamsport | PA | 17756 | VIWY, LP | 3/12/2009 |
| 4130 | Kissimmee Superstore | 2551 West Osceola Parkway | Orlando | FL | 34741 | Loop West, LLC | 3/11/2009 |
| 4134 | Towson "The City" Superstore | 801 Goucher Boulevard | Baltimore | MD | 21286 | Towson Vf LLC | 3/10/2009 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4135 | Metairie Superstore | 3780 Veterans Memorial Boulevard | New Orleans | LA | 70002 | BBD Rosedale, LLC | 3/12/2009 |
| 4136 | Pine Island Superstore | 1843 Pine Island Road, Ne | Fort Myers | FL | 33909 | NAP Northpoint LLC | 3/11/2009 |
| 4147 | Knoxville TN - Micro Superstore | 111 Hamilton Crossing Drive | Knoxville | TN | 37701 | Hamilton Crossing I LLC | 3/11/2009 |
| 4176 | Monrovia Superstore "The City" | 745 West Huntington Drive | Los Angeles | CA | 91016 | Monrovia Marketplace LLC | 3/11/2009 |
| 4179 | Vacaville | 130 Nut Tree Parkway | Sacramento | CA | 95687 | TKG Coffee Tree LP | 3/10/2009 |
| 4202 | Norfolk "The City" Superstore | 1120 North Military Highway | Norfolk | VA | 23502 | Janaf Crossings, LLC | 3/10/2009 |
| 4212 | 5th Avenue "The City" Superstore | 521 5Th Avenue | New York | NY | 10175 | Green 521 5Th Avenue, LLC | 3/10/2009 |
| 4232 | Fort Myers Cypress Lakes "The City" | Colonial Square Town Center | Fort Myers | FL | 33901 | Colonial Square Associates, LLC | 3/10/2009 |
| 4233 | Sebring Superstore | 1754 Us 27 North | Orlando | FL | 33872 | Sebring Retail Associates, LLC | 3/11/2009 |
| 4242 | Rossmoor Center Superstore | 12325 Seal Beach Boulevard | Los Angeles | CA | 90740 | Rossmoor Shops LLC | 3/10/2009 |
| 4247 | Denton Superstore | 2315 Colorado Boulevard | Dallas/Ft Worth | TX | 76205 | Panattoni Development Co., LLC | 3/10/2009 |
| 4249 | Port Arthur Superstore | 8725 Memorial Boulevard | Beaumont | TX | 77640 | Port Arthur Holdings III, Ltd. | 3/11/2009 |
| 4256 | Mt. Pleasant Superstore | 1501 Johnnie Dobbs Boulevard | Charleston | SC | 29464 | Developers Diversified Realty Corporation | 3/10/2009 |
| 4261 | Southern Tier Crossings Superstore | 1530 Country Route 64 | Binghamton | NY | 14845 | DDR Horseheads LLC | 3/10/2009 |
| 4271 | Foxboro Superstore | 1 Patriot Place, South Plaza | Boston | MA | 02035 | NPP Development, LLC | 3/11/2009 |
| 4272 | Amherst Superstore | 123 Route 101A | Boston | NH | 03031 | Berkshire-Amherst, LLC | 3/10/2009 |
| 4275 | Sarasota FL "The City" | 8551 Cooper Creek Blvd | Tampa | FL | 34241 | RB-3 Associates | 3/12/2009 |
| 4276 | Port St Lucie "The City" | 1763 Nw St. Lucke West Blvd | West Palm Beach | FL | 34945 | Benderson Properties & Donald Robinson | 3/12/2009 |
| 4307 | Prattville Superstore | 2730 Legends Parkway | Montgomery | AL | 36066 | Prattcenter, LLC | 3/10/2009 |
| 4308 | Westbank Superstore | 901 Manhattan Boulevard | New Orleans | LA | 70058 | Team Retail Westbank, Ltd | 3/11/2009 |
| 4313 | La Habra | 1020 West Imperial Highway | Los Angeles | CA | 90631 | La Habra Imperial LLC | 3/10/2009 |
| 4317 | Power And Barnes Superstore | 5904 Barnes Road | Colorado Springs | CO | 80922 | Barnes And Powers North LLC | 3/10/2009 |
| 4320 | Cleveland "The City" Superstore | 4520 Frontage Road Nw | Cleveland | TN | 37312 | Cleveland Towne Center LLC | 3/6/2009 |
| 4321 | Richmond White Oak Superstore | 4531 South Laburnum Ave | Richmond | VA | 23231 | Forest City Commercial Group, LLC | 3/11/2009 |
| 4336 | Torrington "The City" Superstore | 1030 Torringford Street | Hartford | CT | 06790 | Torrington Triplets LLC | 3/11/2009 |