# EXHIBIT B

## Supplements for Remaining Locations

| Location Number | Supplement Number |
|---|---|
| 522 | D00F14503 |
| 522 | D00F14507 |
| 571 | D00D89474 |
| 589 | D00D89234 |
| 593 | D00D71570 |
| 704 | D00D88875 |
| 762 | D00F15985 |
| 762 | D00F15990 |
| 762 | D00F18985 |
| 762 | D00F36652 |
| 766 | D00D89482 |
| 784 | D00D95019 |
| 785 | D00D88958 |
| 802 | D00D88974 |
| 814 | D00D88978 |
| 817 | D00D71578 |
| 820 | D00D89485 |
| 824 | D00D89286 |
| 828 | D00D89487 |
| 830 | D00D89490 |
| 831 | D00D89498 |
| 836 | D00D88986 |
| 837 | D00D89523 |
| 838 | D00D88899 |
| 839 | D00D89535 |
| 840 | D00D89962 |
| 845 | D00D88994 |
| 846 | D00D89003 |
| 848 | D00F14928 |
| 848 | D00F14932 |
| 850 | D00D89007 |
| 852 | D00D88903 |
| 854 | D00D88907 |
| 857 | D00D91059 |
| 866 | D00D88887 |
| 867 | D00D91057 |
| 867 | D00F02634 |
| 876 | D00D91054 |
| 877 | D00D84437 |
| 888 | D00D88891 |
| 890 | D00D89027 |
| 891 | D00D91052 |
| 892 | D00D91049 |
| 897 | D00D91033 |
| 913 | D00D91038 |

| | |
|---|---|
| 921 | D00D89271 |
| 1607 | D00D88894 |
| 1608 | D00D88898 |
| 1645 | D00D89032 |
| 1645 | D00D95087 |
| 3100 | D00F23107 |
| 3166 | D00D89041 |
| 3203 | D00D89582 |
| 3227 | D00D89597 |
| 3234 | D00D89324 |
| 3242 | D00D89313 |
| 3269 | D00D89628 |
| 3281 | D00D84404 |
| 3285 | D00F13736 |
| 3285 | D00F13739 |
| 3403 | D00D89634 |
| 3409 | D00D89708 |
| 3418 | D00D89728 |
| 3518 | D00D89063 |
| 3529 | D00F14149 |
| 3529 | D00F14153 |
| 3554 | D00F17857 |
| 3560 | D00D89328 |
| 3561 | D00D89759 |
| 3562 | D00D89779 |
| 3570 | D00F08851 |
| 3572 | D00F19039 |
| 3587 | D00F14185 |
| 3587 | D00F14189 |
| 3595 | D00D89799 |
| 3597 | D00D89802 |
| 3617 | D00D81263 |
| 3618 | D00D81306 |
| 3619 | D00D81121 |
| 3627 | D00D89826 |
| 3628 | D00D89322 |
| 3628 | D00D89996 |
| 3628 | D00D97953 |
| 3677 | D00D89831 |
| 3710 | D00D81327 |
| 3711 | D00F17985 |
| 3721 | D00D89998 |
| 3725 | D00F31961 |
| 3735 | D00D89325 |
| 3780 | D00F19515 |
| 3845 | D00F10315 |
| 3847 | D00F08870 |
| 3848 | D00F10892 |
| 3849 | D00F32175 |
| 3850 | D00F09042 |
| 3854 | D00F31980 |
| 3855 | D00F31970 |

| | |
|---|---|
| 3856 | D00F10893 |
| 3859 | D00F10896 |
| 4130 | D00F31974 |
| 4135 | D00F08898 |
| 4147 | D00F10350 |
| 4212 | D00F23123 |
| 4233 | D00F10449 |
| 4242 | D00F23128 |
| 4247 | D00F08859 |
| 4249 | D00F08850 |
| 4256 | D00F10884 |
| 4261 | D00F08857 |
| 4271 | D00F08899 |
| 4307 | D00F09822 |
| 4308 | D00F31967 |
| 4317 | D00F08891 |
| 4336 | D00F31949 |