Hearing Date: March 20, 2009 at 10:00 a.m.
Objection Deadline: March 18, 2009 at 4:00 p.m.

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON
(A) MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105
AND 363 AND BANKRUPTCY RULE 9019 (I) APPROVING THE SALE BY
CIRCUIT CITY STORES WEST COAST, INC. AND VENTOUX INTERNATIONAL,
INC. OF CERTAIN ASSETS FREE AND CLEAR OF ALL INTERESTS; (II)
APPROVING INTERTAN, INC.'S AUTHORIZATION OF INTERTAN CANADA
LTD.'S SALE OF SUBSTANTIALLY ALL OF ITS ASSETS; (III) APPROVING
THE INTERCOMPANY AGREEMENT; (IV) APPROVING THE FOTO SOURCE
SETTLEMENT AGREEMENT; AND (V) GRANTING RELATED RELIEF; AND
(B) MOTION TO SHORTEN AND LIMIT NOTICE THEREON**

**PLEASE TAKE NOTICE** that on March 6, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed a Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 (I) Approving the Sale by Circuit City Stores West Coast, Inc. and Ventoux International,

Inc. of Certain Assets Free and Clear of All Interests; (II) Approving InterTAN, Inc.'s Authorization of InterTAN Canada Ltd.'s Sale of Substantially All of its Assets; (III) Approving the Intercompany Agreement; (IV) Approving the Foto Source Settlement Agreement; and (V) Granting Related Relief, and a Motion to Shorten and Limit Notice thereon (the "Motions").

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 9013-1, unless a written response to the Motions is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (entered on November 13, 2008 at Docket No. 130) (the "Case Management Order") no later than two (2) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motions as conceded, and issue an order granting the requested relief without further notice or hearing. If you do not want the Court to approve the Motions, or if you want the Court to consider your views on the Motions, then you or you attorney must:

   [X]   File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before <u>March 18, 2009 at 4:00 p.m.</u>**

              Clerk of Court
              United States Bankruptcy Court
              701 East Broad Street, Suite 4000
              Richmond, Virginia 23219

   [X]   Pursuant to the Case Management Order, you must also serve a copy of any written response and request for hearing by the foregoing date via electronic mail on the following:(i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case

>     Management Order (all of which are defined in the Case
>     Management Order), which can be found at
>     www.kccllc.net/circuitcity.
>
> [X]  Attend a hearing before the Honorable Kevin
>      Huennekens, United States Bankruptcy Judge, **at 10:00
>      a.m. (Eastern Standard Time) on March 20, 2009** at the
>      United States Bankruptcy Court, Room 5000, 701 East
>      Broad Street, Richmond, Virginia 23219.  **If you or
>      your attorney do not attend the hearing, the Court may
>      grant the relief requested in the Motions**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter an order granting the relief requested.

Dated: March 6, 2009         SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia    FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                     - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             333 West Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                     - and -

                             MCGUIREWOODS LLP

                             /s/ Douglas M. Foley          .
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession