IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 08-35653-KRH |
| ) | (Jointly Administered) |
| CIRCUIT CITY STORES, INC., *et al.* ) | |
| ) | Chapter 11 |
| ) | |
| DEBTOR. ) | Judge Kevin R. Huennekens |
| ) | |

**<u>ORDER</u>**

The matter came before the Court upon Motion (the "Motion") filed by Troy N. Nichols seeking admission *pro hac vice* for John P. Brice, of the law firm Wyatt, Tarrant & Combs, LLP, in the above referenced bankruptcy cases (and related proceedings) (the "Bankruptcy Cases") pursuant to Local Bankruptcy Rule 2090-1(E). After review of the Motion and statements herein, the Court finds that adequate notice of the Motion has been provided , no other or further notice is necessary or required, and it is appropriate that John P. Brice be authorized to practice *pro hac vice* before this Court in these Bankruptcy Cases (and related proceedings), it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted;

2. John P. Brice, of the law firm Wyatt, Tarrant & Combs, LLP, is hereb6 admitted to appear *pro hac vice* in these Bankruptcy Cases and any related proceedings pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Sir Barton Place, LLC.

Mar 6 2009

ENTERED this \_\_\_\_\_ day of March, 2009.

/s/ Kevin R. Huennekens

Judge, United States Bankruptcy Court

WE ASK FOR THIS:

Entered on Docket:   3/6/09

 /s/ Troy N. Nichols

Troy N. Nichols

Wyatt, Tarrant & Combs, LLP

250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:  (859) 233-2012

Facsimile:   (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com


 /s/ John P. Brice

John P. Brice

Wyatt, Tarrant & Combs, LLP

 250 West Main Street, Suite 1600

Lexington, KY  40507-1746

Telephone:  (859) 233-2012

Facsimile:   (859) 259-0649

E-mail:  Lexbankruptcy@wyattfirm.com

2

## **CERTIFICATE**

Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that all necessary parties to this action have endorsed the foregoing order.

    /s/ Troy N. Nichols

## **DISTRIBUTION LIST**

Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 West Main Street
Norfolk, VA  23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA  23219

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
PO Box 636
Wilmington, DE  19899

Jeffrey N. Pomerantz
Brad R. Godshall
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA  90067-4100

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA  9411-4500

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY  10017

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran PLC
20 North Eighth Street, Second Floor
Richmond, VA  23219

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, MA  02108

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

30513297.1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj              Page 1 of 1                   Date Rcvd: Mar 06, 2009
Case: 08-35653                Form ID: pdforder            Total Served: 3

The following entities were served by first class mail on Mar 08, 2009.
aty          +David S. Berman,   Riemer & Braunstein,   Three Center Plaza, 6th Floor,   Boston, MA 02108-2003
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
aty          +Ian S. Fredericks,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 08, 2009**          **Signature:** _Joseph Speetjens_