UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

| | |
|---|---|
| CIRCUIT CITY STORES, INC., | : CHAPTER 11 |
| et al, | : CASE NO. 08-35653-KRH |
| | : |
| Debtors | : JOINTLY ADMINISTERED |

**OBJECTION OF 444 CONNECTICUT AVENUE, LLC TO
ASSUMPTION AND ASSIGNMENT OF LEASE,
AND CURE AMOUNTS ASSOCIATED THEREWITH**

444 Connecticut Avenue, LLC, Store #3690 (hereinafter "Landlord"), by and through its undersigned counsel, hereby files this objection to Debtors' Request to the Assumption and Assignment of the Lease held by Landord, and Cure Amounts Associated herewith (the "Cure Amount"). In support of its objection, Landlord states as follows:

1. Contrary to the Order of February 19, 2009, and any amendments thereto, Circuit City has not served the notice of the assumption and assignment of the executory contract upon the Landlord. The Landlord does acknowledge that the Cure Amounts were filed on or about March 5, 2009.

2. The Cure Amount purports to put Landlord on notice that the Debtor may assume and assign the Lease with Landlord in connection with the sale of the Lease. The Cure Amount further alleges that the total cost to cure under the Lease is $78,299.00.

3. Landlord objects to the Cure Amount on the basis that the Debtor's Total Cure Cost is incorrect. Currently, Landlord is owed in excess of $223,018.87 plus attorneys' fees

G:\JRL\JGV2\s\Seligson Stanley\OBJECTION 3-5-09.doc

1

in the amount of $10,000.00, or a total of $233,018.87. These amounts are listed on Schedule A affixed hereto and made a part hereof.

4. Landlord reserves the right to supplement this objection and insert additional amounts due. The amounts due Landlord are subject to change as a result of any future expenses heretofore undiscovered. Landlord asserts that all amounts due and owing relating to the Lease must be cured prior to any assumption or assignment.

5. Furthermore, Landlord objects to the assumption and assignment of its Lease unless the Debtor provides adequate assurance of the buyer's ability to perform in the future.

WHEREFORE, Landlord requests that the Court condition the assumption and assignment of the foregoing Lease to payment of the full and correct cure amount, the provision of adequate assurance of future performance, and such other relief as is just and proper.

Dated: March 6, 2009

                                          444 CONNECTICUT AVENUE, LLC

                                          By: _____
                                          James G. Verrillo (ct08819)
                                          ZEISLER & ZEISLER, PC.
                                          558 Clinton Avenue, P.O. Box 3186
                                          Bridgeport, CT 06605
                                          Tel: (203) 368-4234
                                          jverrillo@zeislaw.com

# Aging Report
## (Detailed)

Property: 444 Connecticut Avenue, 444CT LLC    as of 03/06/2009

| Unit Type | Unit Reference Number | Occupant Name | Deposits Held | Balance Due | AGED 1-30 DAYS | AGED 31-60 DAYS | AGED 61-90 DAYS | AGED OVER 90 DAYS |
|---|---|---|---|---|---|---|---|---|
| CURR | 1 | CIRCUIT CITY | 0.00 | 223,018.87 | 85,856.50 | (817.48) | 59,681.05 | 78,298.80 |

Contact : MAUREEN OLSON
Phone   : (804) 527-4000

| CHARGE CODE | CHARGE DESCRIPTION | CHARGE DATE | | | | |
|---|---|---|---|---|---|---|
| CAM | 2008 Estimated CAM | 11/01/2008 | | | | 2,721.84 |
| RNT | Monthly Rent | 11/01/2008 | | | | 75,576.96 |
| TAX | RE Taxes 1/1/09-6/30/09 | 12/22/2008 | | | 59,681.05 | |
| CAM | 2008 CAM Reconciliation | 01/26/2009 | | (1,504.54) | | |
| CAM | ~~2008~~ Estimated CAM 2009 Feb | 02/01/2009 | | 687.06 | | |
| CAM | ~~2008~~ Estimated CAM 2009 March | 03/01/2009 | 2,721.84 | | | |
| RNT | Monthly Rent | 03/01/2009 | 83,134.66 | | | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

| | |
|---|---|
| CIRCUIT CITY STORES, INC., et al, | : CHAPTER 11<br>: CASE NO. 08-35653-KRH<br>: |
| Debtors | : JOINTLY ADMINISTERED |

CERTIFICATE OF SERVICE

I, James G. Verrillo, Esquire, hereby certify that on March 6, 2009, a true and correct copy of the foregoing document was served via Hand Delivery, Electronic Delivery and/or First Class Mail upon all parties on the attached list.

Dated: March 6, 2009.

_____
James G. Verrillo (ct08819)
ZEISLER & ZEISLER, PC.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605
Tel: (203) 368-4234
jverrillo@zeislaw.com
Counsel to 444 Connecticut Avenue, LLC

## SERVICE LIST

*Debtor*
**Circuit City Stores, Inc.**
9950 Mayland Drive
Richmond, VA 23233

represented by **Daniel F. Blanks**
McGuireWoods LLP
9000 World Trade Center,
101 W. Main St.
Norfolk, VA 23510

**Dion W. Hayes**
McGuireWoods LLP
One James Center,
901 E. Cary St.
Richmond, VA 23219

**Douglas M. Foley**
McGuireWoods LLP
9000 World Trade Center,
101 W. Main St.
Norfolk, VA 23510

**Gregg M. Galardi**
Skadden Arps Slate Meagher
& Flom LLP,
One Rodney Sq.
PO Box 636
Wilmington, DE 19899

**Ian S. Fredericks**
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

**Joseph S. Sheerin**
McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

**Sarah Beckett Boehm**
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, VA 23219

*Debtor Designee*
**Bruce H. Besanko**
9950 Mayland Drive
Richmond, VA 23233

*U.S. Trustee*
**W. Clarkson McDow, Jr.**
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

represented by **Robert B. Van Arsdale**
Office of the U. S. Trustee
701 East Broad Street,
Suite 4304
Richmond, VA 23219

*Creditor Committee*
**Official Committee of Unsecured Creditors,**
*Official Committee of Unsecured Creditors*

represented by **Alan J. Kornfeld**

**Brad R. Godshall**
Pachulski Stang Ziehl &
Jones, LLP
10100 Santa Monica Blvd,
11th Floor
Los Angeles, CA 90067-4100

**Jeffrey N. Pomerantz**
Pachulski Stang Ziehl &
Jones LLP
10100 Santa Monica Blvd.,
Suite 1100
Los Angeles, CA 90067

**John M. Brom**
Querrey & Harrow, Ltd. 175
West Jackson Blvd. Suite
1600 Chicago, IL 60604-2827

**John D. Fiero**
Pachulski Stang Ziehl &
Jones LLP
150 California Street, 15th
Floor
San Francisco, CA 9411-4500

**Lynn L. Tavenner**
Tavenner & Beran, PLC
20 North Eighth Street,
Second Floor
Richmond, VA 23219

**Paula S. Beran**
Tavenner & Beran, PLC
20 North Eighth Street,
Second Floor
Richmond, VA 23219

**Robert J. Feinstein**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave. 36th Floor
New York, NY 10017