## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | CHAPTER 11 |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Section 1109 of title 11 of the United States

Code, 11 U.S.C. § 101 *et seq.* and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of

Bankruptcy Procedure, the law firms listed below appear as counsel for Cameron Group

Associates, LLP ("Cameron Group"), a party-in-interest in each of the above captioned, jointly

administrated, Chapter 11 cases, and requests that all notices given or required to be given in

these cases and all papers served or required to be served in these cases be given and served upon

the following:

> Robert S. Westermann
> Hirschler Fleischer, PC
> Post Office Box 500
> Richmond, VA 23218-0500
> (804) 771-9560
> (804) 644-0957 (fax)
> rwestermann@hf-law.com

> and

> Andrew M. Brumby
> Shutts & Bowen, LLP

---

Robert S. Westermann (VSB No. 43294)
HIRSCHLER FLEISCHER, PC
P.O. Box 500
Richmond, Virginia 23218-0500
(804) 771-9500
(804) 644-0957 (fax)
*rwestermann@hf-law.com*

*Co-counsel for Cameron Group Associates, LLP*

Andrew M. Brumby (Florida Bar No. 0650080)
SHUTTS & BOWEN, LLP
300 S. Orange Avenue, Suite 1000
Orlando, Florida 32801
(407) 835-6901
(407) 849-7201 (fax)
*abrumby@shutts.com*

*Co-counsel for Cameron Group Associates, LLP*

300 South Orange Avenue, Suite 1000
Orlando, FL 32801
(407) 835-6901
(407) 849-7201 (fax)
abrumby@shutts.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request for service includes all

pleadings of any kind, including, without limitation, all notices, applications, motions,

complaints and orders, whether written or oral, formal or informal, however transmitted or

conveyed, related in any way to the above-captioned debtors, their property, or their estates.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request*

*for Service of Notices and Documents* (the "Notice") nor any later appearance nor any pleading,

proof of claim, claim, or suit shall constitute (a) a consent or waiver of Cameron Group to the

jurisdiction of the Court over it for any purpose or (b) a waiver of Cameron Group of (i) the right

to have final orders in noncore matters entered only after de novo review by a District Judge, (ii)

the right to trial by jury in any proceeding triable in this case or any case, controversy, or

proceeding related to this case, (iii) the right to have the District Court withdraw the reference in

any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the

jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v)

an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or

recoupments as appropriate, in law or in equity, under any agreements, all of which rights,

claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  March 9, 2009                    CAMERON GROUP ASSOCIATES, LLP


By:  __/s/ Robert S. Westermann_____
                            Counsel

2

Robert S. Westermann (VSB No. 43294)
Hirschler Fleischer PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

and

Andrew M. Brumby (Florida Bar No. 0650080)
Shutts & Bowen, LLP
300 South Orange Avenue, Suite 1000
Orlando, FL 32801
(407) 835-6901
(407) 849-7201 (fax)
abrumby@shutts.com

*Counsel for Cameron Group Associates, LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2009, I caused a copy of the foregoing to be
served by electronic means on the "2002" and "Core" lists and through the ECF system.

/s/ Robert S. Westermann
Robert S. Westermann

#2445472v1

3