Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

              – and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
                                :   Jointly Administered
        Debtors.            x
- - - - - - - - - - - - - - -

**CONSENT MOTION OF THE DEBTORS FOR ENTRY OF STIPULATION, AGREEMENT AND ORDER BY AND AMONG THE DEBTORS AND ORANGEFAIR MARKETPLACE LLC**

With the consent of Orangefair Marketplace LLC

(the "Landlord"), the debtors and debtors in possession

in the above-captioned jointly administered cases (the

"Debtors")[1] hereby move (the "Motion"), for entry of the

Stipulation, Agreement and Order by and among the Debt-

ors and Landlord, attached hereto as Exhibit A (the

"Stipulation and Order").  The Stipulation and Order is

an agreement between the Debtors and the Landlord

whereby the Debtors will extend the bid deadline with

respect to the Lease until March 30, 2009 and the Land-

lord will waive and release any and all claims related

to the Lease for the period beginning on March 10,

2009 through and including March 31, 2009.  The Debtors

respectfully request that the Court enter the Stipula-

tion and Order.

---

[1]   The Debtors and the last four digits of their respective taxpayer
      identification numbers are as follows: Circuit City Stores, Inc.
      (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN,
      Inc. (0875), Ventoux International, Inc. (1838), Circuit City
      Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Dis-
      tribution Company of Virginia, Inc. (2821), Circuit City Proper-
      ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertis-
      ing Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Ven-
      ture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland
      MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC
      (3360), and Circuit City Stores PR, LLC (5512).  The address for
      Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
      Westminster, Colorado 80031.  For all other Seller, the address
      is 9950 Mayland Drive, Richmond, Virginia 23233.

Dated: March 9, 2009        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia   FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                    – and –

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            333 West Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                    – and –

                            /s/ Douglas M. Foley
                            Dion W. Hayes (VSB No. 34304)
                            Douglas M. Foley (VSB No. 34364)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and
                            Debtors in Possession

3

**EXHIBIT A**

**(Stipulation and Order)**