## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |  |
|---|---|---|
| _____ | § | Chapter 11 |
| IN RE: | § | |
| | § | |
| CIRCUIT CITY STORES, INC., | § | CASE NO. 08-35653-KRH |
| et al., | § | |
| | § | |
| DEBTORS | § | (Jointly Administered) |
| _____ | § | |

# MOTION FOR LEAVE OF COURT TO ATTEND
# HEARING BY TELEPHONE

The Wal-Mart Stores, Inc. ("Wal-Mart"), landlord of the Debtor, Circuit City Stores, Inc., and creditor in the above-captioned Chapter 11 proceedings, by and through its undersigned counsel, and pursuant to the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures, hereby moves for leave of Court to attend the March 13, 2009 hearing by telephone. In support thereof, Wal-Mart states as follows:

1.      On November 10, 2008 (the "Petition Date"), the above-captioned Debtors and Debtors-in-Possession (collectively, the "Debtors"), filed Voluntary Petitions in this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2.      Debtor, Circuit City Stores, Inc., is in default in both pre-petition and post-petition

_____
Richard E. Hagerty
VSB No. 47673
*Attorney for Wal-Mart Stores, Inc. and
Wal-Mart Stores East, L.P.*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
703-734-4326
703-448-6520 (fax)

obligations under its lease with Wal-Mart for its Dade County, Florida Store identified as Store No. 3207.

3.      On January 9, 2009, this Court authorized Wal-Mart's bankruptcy counsel, Charles B. Hendricks, to be admitted *pro hac vice* in these proceedings.

4.      On February 19, 2009, this Court entered its second order approving bidding and auction procedures for the sale of the Debtors' interests in unexpired nonresidential leases (the "Bidding and Rejection Procedures Order). This Order provided that "The Debtors shall provide the Potential Purchaser Notice to Lessors within six (6) hours of the Bid Deadline." (para. 7, pg. 9 of the Bidding and Rejection Procedures Order). This Court later moved the Bid Deadline to March 3, 2009.

5.      On March 3, 2009, Wal-Mart submitted a Landlord Credit Bid to Debtors' counsel. The same day the Debtors filed a Statement of Bids Received (Doc. No. 2403) which listed that a bid had been received for the leasehold interest in the property leased by Wal-Mart.

6.      On March 5, 2009, Debtors' counsel then filed a Supplemental Cure Schedule listing the Wal-Mart property with an incorrect cure amount.

7.      On March 6, 2009, counsel for Wal-Mart called and emailed requesting the "Potential Purchaser Notice", including the qualified bidder's name and adequate assurance information as required by the Bidding and Rejection Procedures Motion as the same had not been received.

8.      On March 9, 2009, Wal-Mart's counsel was advised that there were no other bids, other than its Landlord Bid, and that their leasehold would *not* be included in the March 10th

auction. Later that same day Debtors' counsel advised that the leasehold now would be included

in the auction set for the next day.

9.       Due to the fact that Wal-Mart was the sole bidder and thus the successful bidder

today at the sale, approval of the Landlord Bid will now be before the Court on Friday, March

13, 2009.

10.       On November 13, 2008, this Court entered an Order Pursuant to Bankruptcy Code

Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1

and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (the

"Order"). On page 5 of Exhibit A, the Order states:

> (g) Upon request, the Court may allow counsel to listen to a hearing by
> telephone. If a matter is contested, counsel must attend in person, unless leave of
> the court is granted on a case by case basis.

11.       Attorney Hendricks, lead counsel for Wal-Mart, will not be able to appear in

person on March 13, 2009, due to prior commitments, and Wal-Mart respectfully asks for leave

of Court pursuant to the Order so that he may appear and participate by telephone with Virginia

counsel present in the courtroom.

WHEREFORE, Wal-Mart respectfully requests that this Court grant this motion and enter

an Order substantially in the form annexed hereto permitting Charles Hendricks to appear and

be heard by telephone at the hearing on March 13, 2009 on behalf of Wal-Mart Stores, Inc.; and

granting such other relief as necessary and appropriate.

RESPECTFULLY SUBMITTED,

/s/ Charles B. Hendricks
Charles B. Hendricks
Texas Bar No. 09451050
Lyndel Anne Mason
Texas Bar No. 24058913
*Attorneys for Wal-Mart Stores, Inc. and*
*Wal-Mart Stores East, L.P.*
CAVAZOS, HENDRICKS,
POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct: (214) 573-7344
Fax: (214) 573-7399
Lmason@chfirm.com

/s/ Richard E. Hagerty
Richard E. Hagerty
VSB No. 46763
*Attorneys for Wal-Mart Stores, Inc. and*
*Wal-Mart Stores East, L.P.*
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
Phone: (703) 734-4326
Fax: (703) 448-6520
richard.hagerty@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served by electronic means or U.S. Mail, First Class, postage prepaid on this the 10th day of March, 2009 to the following constituting all necessary parties:

Daniel F. Blanks, Douglas M. Foley
 McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
dblanks@mcguirewoods.com

Dion W. Hayes, Joseph S. Sheerin,
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
USTPRegion04.RH.ECF@usdoj.gov

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
bgodshall@pszjlaw.com
jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
jfiero@pszjlaw.com

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

/s/ Richard E. Hagerty
Richard E. Hagerty

Tyson01 388945v1 222904.000891