**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| _____ | § | Chapter 11 |
| IN RE: | § | |
| | § | |
| CIRCUIT CITY STORES, INC., | § | CASE NO. 08-35653-KRH |
| et al., | § | |
| | § | |
| DEBTORS | § | (Jointly Administered) |
| _____ | § | |

# WAL-MART STORES, INC. AND WAL-MART STORES EAST, L.P.'S OBJECTION TO THE
## SUPPLEMENTAL CURE SCHEDULE

The Wal-Mart Stores, Inc. and Wal-Mart Stores East L.P. (collectively known as "Wal-Mart"), creditors in the above-captioned Chapter 11 cases, by and through their undersigned counsel, file this **Objection to the Supplemental Cure Schedule**.  In support thereof, Wal-Mart states as follows:

1.      On March 5, 2009 the Debtors filed their Supplemental Cure Schedule (the "Cure Schedule") stating that Wal-Mart was owed $44,100.00 for the lease on the property located at 3207 West Dade, identified by the Debtors as Store 3207.

2.      Wal-Mart's records show that they are actually owed $147,907.75 for November 2008 and March 2009 rent, outstanding CAM charges, 2008 real estate taxes and Florida State rent taxes.

3.      Wal-Mart therefore requests that no sale, assumption and assignment to any third

_____

Richard E. Hagerty
VSB No. 47673
*Attorney for Wal-Mart Stores, Inc. and*
*Wal-Mart Stores East, L.P.*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
703-734-4326
703-448-6520 (fax)

party be approved without payment of the cure amount owed of $147,907.75.  Wal-Mart also

reserves the right to oppose consideration of any potential purchasers until all relevant

information as to such prospective assignees has been provided, along with adequate assurance

of their ability to perform in the future under the lease terms.

WHEREFORE, Wal-Mart Stores, Inc. and Wal-Mart Stores East L.P. pray that the

Debtors change the Cure Schedule for the property located at 3207 West Dade to reflect the

correct amount owed of $103,805.52 and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,

/s/ Charles B. Hendricks
Charles B. Hendricks
Texas Bar No. 09451050
Lyndel Anne Mason
Texas Bar No. 24058913
*Attorneys for Wal-Mart Stores, Inc. and*
*Wal-Mart Stores East, L.P.*
CAVAZOS, HENDRICKS,
POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX  75202
Direct: (214) 573-7344
Fax: (214) 573-7399
Lmason@chfirm.com

/s/ Richard E. Hagerty
Richard E. Hagerty
VSB No. 46763
*Attorneys for Wal-Mart Stores, Inc. and*
*Wal-Mart Stores East, L.P.*
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
Phone: (703) 734-4326
Fax: (703) 448-6520
richard.hagerty@troutmansanders.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 10th day of March, 2009, I caused a copy of the foregoing to be served by electronic means on the "2002" and "Core" lists and through the ECF system.

                /s/ Richard E. Hagerty
                Richard E. Hagerty

Tyson01 388941v1 222904.000891