Virginia E. Robinson (Va. Bar No. 71411)
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
(703) 749-1300

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: <br><br> CIRCUIT CITY STORES, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case Nos. 08-35653 through 08-35670 <br> Jointly Administered |

### NOTICE OF APPEARANCE PURSUANT TO
### BANKRUPTCY RULE 9010 AND REQUEST FOR NOTICE

Please take notice that the undersigned counsel hereby enters their appearance pursuant to 11 U.S.C. § 1109(b), Federal Rule of Bankruptcy Procedure 9010, and Local Bankruptcy Rule 9010-1 on behalf of Bell Canada and 4458729 Canada, Inc. and request that copies of all notices, pleadings, and papers filed in this case without limitation, including notices of any application, complaint, demand, hearing, motion, petition, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed with regard to this case be served on the following via mail,

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

TCO 357,826,708v1 3-10-09

hand delivery, fax, electronically, or other appropriate means at the addresses indicated below:

| | |
|---|---|
| Timothy C. Bass<br>GREENBERG TRAURIG, LLP<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037<br>Telephone: (202) 331-3100<br>Facsimile: (202) 331-3101<br>basst@gtlaw.com | Virginia E. Robinson<br>GREENBERG TRAURIG, LLP<br>1750 Tysons Boulevard, Suite 1200<br>McLean, VA 22102<br>Telephone: (703) 749-1300<br>Facsimile: (703) 749-1301<br>robinsonv@gtlaw.com |
| Dated:    March 10, 2009 | Respectfully submitted, |

/s/ Virginia E. Robinson

Timothy C. Bass, Va. Bar No. 40122
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101
basst@gtlaw.com

Virginia E. Robinson, Va. Bar No. 71411
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
robinsonv@gtlaw.com

*Counsel for Bell Canada and*
*4458729 Canada, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March 2009, a true and correct copy of the foregoing was served on the following and all persons receiving electronic notice in these cases.

/s/ Virginia E. Robinson

Virginia E. Robinson, Va. Bar No. 71411
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
robinsonv@gtlaw.com

*Counsel for Bell Canada and*
*4458729 Canada, Inc.*