Virginia E. Robinson (Va. Bar No. 71411)
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, Virginia 22102
(703) 749-1300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

----------------------------------------------------------x
                                                          :
In re:                                                    :     Chapter 11
                                                          :
CIRCUIT CITY STORES, INC., et al.,[1]                     :
                                                          :     Case Nos. 08-35653 through 08-35670
           Debtors.                                       :     Jointly Administered
                                                          :
----------------------------------------------------------x

### MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)

Virginia E. Robinson (the **"Movant"**), a member in good standing of the bars of, and admitted to practice in, the Commonwealth of Virginia and the District of Columbia, and admitted to practice before, among other courts, the United States Bankruptcy Court for the Eastern District of Virginia (the **"Court"**), and an attorney with Greenberg Traurig LLP, hereby moves (the **"Motion"**) this Court to enter an order, the proposed form of which is attached hereto as **Exhibit A**, authorizing James P.S. Leshaw and Aaron P. Honaker (collectively, the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

TCO357,826,754v2

**"Admittees"**), both with Greenberg Traurig, P.A. of Miami, Florida (**"Greenberg"**), to appear *pro hac* vice before this Court to represent Bell Canada and 4458729 Canada, Inc., in the above-captioned chapter 11 bankruptcy cases pursuant to Rule 2090-1(E)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the **"Local Bankruptcy Rules"**).  In support of the Motion, the Movant states as follows:

1.      James P.S. Leshaw is a shareholder in the Business Reorganization and Bankruptcy Group of Greenberg resident in its Miami, Florida office.  Mr. Leshaw has appeared regularly before numerous bankruptcy courts throughout the United States in chapter 11 cases.  He is admitted, practicing, and in good standing as a member of the bar of the States of Florida and New York.  Mr. Leshaw is admitted to practice before the United States District and Bankruptcy Courts for the Southern, Middle and Northern Districts of Florida, the United States District and Bankruptcy Courts for the Southern and Eastern Districts of New York, and the United States Court of Appeals in the Second, Third and Eleventh Circuits.  Mr. Leshaw has represented numerous public and privately held companies in out-of-court restructurings, chapter 11 reorganizations and change of control transactions.  Mr. Leshaw has been recognized as a leading bankruptcy lawyer by *Chambers & Partners*, among other publications, and presently serves as the department head of Greenberg's Miami Business Reorganization and Bankruptcy Group.  Mr. Leshaw has been practicing law since 1990.  There are no disciplinary proceedings pending against Mr. Leshaw in any jurisdiction.

2.      Aaron P. Honaker is an associate in the Business Reorganization and Bankruptcy Group of Greenberg resident in its Miami, Florida office.  Mr. Honaker has appeared regularly before bankruptcy courts throughout the state of Florida in chapter 11 cases.  He is admitted, practicing and in good standing as a member of the bar of the State of Florida.  He is admitted to

2

practice before the United States District and Bankruptcy Courts for the Southern and Middle Districts of Florida.  Mr. Honaker has been practicing law since 2006.  There are no disciplinary proceedings pending against Mr. Honaker in any jurisdiction.

3. The Movant requests that this Court grant this Motion so that the Admittees may appear and be heard at hearings in these chapter 11 cases.

## WAIVER OF MEMORANDUM OF LAW

4. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

## NO PRIOR REQUEST

5. No prior request for the relief sought herein has been made to this Court in these bankruptcy cases or to any other court.

**WHEREFORE**, the Movant respectfully requests that this Court enter an order, substantially in the form attached hereto as **Exhibit A**, (i) authorizing the Admittees to appear *pro hac vice* as attorneys for Bell Canada and 4458729 Canada, Inc., in these chapter 11 cases and (ii) granting such other and further relief as is just and proper.

Dated: March 10, 2009                              Respectfully submitted,

/s/ Virginia E. Robinson

Timothy C. Bass, Va. Bar No. 40122
GREENBERG TRAURIG, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101
basst@gtlaw.com

Virginia E. Robinson, Va. Bar No. 71411
GREENBERG TRAURIG, LLP
1750 Tysons Boulevard, Suite 1200
McLean, VA 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
robinsonv@gtlaw.com

*Counsel for Bell Canada and
4458729 Canada, Inc.*

4

TCO357,826,754v2