IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE: | § Chapter 11 <br> § <br> § |
| CIRCUIT CITY STORES, INC., et al., | § CASE NO. 08-35653-KRH <br> § <br> § |
| DEBTORS | § (Jointly Administered) <br> § |

## ORDER GRANTING MOTION FOR LEAVE
## OF COURT TO ATTEND HEARING BY TELEPHONE

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone filed by Richard E. Hagerty, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., *et al.* (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that Wal-Mart Stores, Inc.'s Motion for Leave of Court to Attend Hearing by Telephone is GRANTED and Charles B. Hendricks is permitted to appear and be heard by telephone at the hearing on March 13, 2009 on behalf of Wal-Mart Stores, Inc.

Enter:    /    /

_____
Judge

Richard E. Hagerty
VSB No. 47673
*Attorney for Wal-Mart Stores, Inc. and*
*Wal-Mart Stores East, L.P.*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
703-734-4326
703-448-6520 (fax)

We ask for this:


/s/ Richard E. Hagerty
Richard E. Hagerty
VSB No. 46763
*Attorneys for Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P.*
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA 22102
Phone: (703) 734-4326
Fax: (703) 448-6520
richard.hagerty@troutmansanders.com

s/ Charles B. Hendricks
Charles B. Hendricks
Texas Bar No. 09451050
Lyndel Anne Mason
Texas Bar No. 24058913
*Attorneys for Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P.*
CAVAZOS, HENDRICKS,
POIROT & SMITHAM, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct: (214) 573-7344
Fax: (214) 573-7399
Lmason@chfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Order was served by electronic means or U.S. Mail, First Class, postage prepaid on this the 10th day of March, 2009 to the following constituting all necessary parties:

Daniel F. Blanks, Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
dblanks@mcguirewoods.com

Dion W. Hayes, Joseph S. Sheerin,
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale@usdoj.gov,
USTPRegion04.RH.ECF@usdoj.gov

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
bgodshall@pszjlaw.com
jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
jfiero@pszjlaw.com

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

                                        /s/ Richard E. Hagerty
                                        Richard E. Hagerty