# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

|  |  |
|---|---|
| IN RE: | § Chapter 11 <br> § <br> § |
| CIRCUIT CITY STORES, INC., et al., | § CASE NO. 08-35653-KRH <br> § <br> § |
| DEBTORS | § (Jointly Administered) <br> § |

## NOTICE OF APPEARANCE PURSUANT TO
## BANKRUPTCY RULE 9010 AND REQUEST FOR NOTICE

Please note that Michael E. Lacy hereby enters his appearance pursuant to 11 U.S.C. § 1109(b), Federal Rule of Bankruptcy Procedure 9010, and Local Bankruptcy Rule 9010-1 on behalf of Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P., and requests that notice of all matters and service of all papers, reports, pleadings and other documents therein be duly served on him at the following address:

> Michael E. Lacy
> VSB No. 48477
> Troutman Sanders LLP
> 1001 Haxall Point
> Richmond, VA 23219
> (804) 697-1326 (phone)
> (804) 698-6061 (fax)
> michael.lacy@troutmansanders.com

---

Richard E. Hagerty
VSB No. 47673
*Attorney for Wachovia Bank, National Association*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia 22102
703-734-4326
703-448-6520 (fax)

Respectfully submitted,

/s/ Richard E. Hagerty
Richard E. Hagerty
VSB No. 47673
*Attorney for Wal-Mart Stores East, L.P.*
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA  22102
(703) 734-4326
(703) 448-6520 (facsimile)
richard.hagerty@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served by electronic means or U.S. Mail, First Class, postage prepaid on this the 11th day of March, 2009 to the following constituting all necessary parties:

Daniel F. Blanks, Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
dblanks@mcguirewoods.com

Dion W. Hayes, Joseph S. Sheerin,
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
USTPRegion04.RH.ECF@usdoj.gov

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
bgodshall@pszjlaw.com
jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
jfiero@pszjlaw.com

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

/s/ Richard E. Hagerty

Tyson01 388966v1 222904.000891

3