Gregg M. Galardi, Esq.                  Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                 Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,    MCGUIREWOODS LLP
LLP                                     One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in
Possession

```
            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION
- - - - - - - - - - - - - - - -x
   In re:                       :   Chapter 11
                                :
   CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
   et al.,                      :
                                :
                     Debtors.   :   Jointly Administered
- - - - - - - - - - - - - - - -x
```

**NOTICE OF FILING OF REVISED EXHIBIT A TO
DEBTORS' FIFTH OMNIBUS MOTION FOR ORDER PURSUANT TO BANKRUPTCY
CODE SECTIONS 105(a), 365(a) AND 554 AND BANKRUPTCY RULE 6006
AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY AND ABANDONMENT OF PERSONAL PROPERTY**

  **PLEASE TAKE NOTICE** that on March 11, the debtors and debtors in possession in the above-captioned cases (the "Debtors") filed a Revised Exhibit A, attached hereto, to the Debtors' Fifth Omnibus Motion For Order Pursuant to Bankruptcy Code Sections 105(a), 365(a) and 554 and Bankruptcy Rule 6006 Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property (D.I. 2484) (the "Motion").

  **PLEASE TAKE FURTHER NOTICE** that, specifically, Exhibit A to the Motion has been amended to clarify that certain contracts previously identified as subleases are actually CAM only and Billboard contracts.

Dated: March 11, 2008
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

2

**Revised Exhibit A**

| Subleases | | | | | | |
|---|---|---|---|---|---|---|
| LOCATION NUMBER | SUBTENANT | ADDRESS | CITY | STATE | REJECTION DATE | PRIME LEASE NUMBER |
| 6521 | Guitar Center Stores | 7700 North Kendall Dr, #400 | Miami | FL | 3/10/2009 | 849 |
| 6949 | Pork Place/Heavenly Ham | 1055 Grape St. | Whitehall | PA | 3/12/2009 | 949 |
| 6104 | The Sports Authority | 3350 Brunswick Pike | Lawrenceville | NJ | 3/10/2009 | 3104 |
| 6416 | Adap, Inc. (Autozone) | 510 Parker St. | Springfield | MA | 3/11/2009 | 3146 |
| 6224 | Dollar Tree | 10722 SE 82nd Ave. | Portland | OR | 3/12/2009 | 3324 |
| 6973 | Prosound Music Centers | 9250 Sheridan Bvld. | Westminster | CO | 3/10/2009 | 3339 |
| 6448 | New Colorado Daily, Inc. | 2600 Pearl St. | Boulder | CO | 3/11/2009 | 3348 |
| 6504 | Raymund Garza | 5425 S. Padre Island Dr, #135 | Corpus Christi | TX | 3/12/2009 | 3504 |
| 6770 | $1.00 Stuff, Inc. | 9931 Mountain View Dr | West Mifflin | PA | 3/10/2009 | 3617 |
| 6128 | The Pep Boys | 3475 William Penn Highway | Pittsburgh | PA | 3/10/2009 | 3618 |
| 6110 | The Auto Toy Store | 7230 Market St | Boardman | OH | 3/10/2009 | 3629 |
| 6101 | Glamalicious Girlz | 772 Bethlehem Pike | Montgomeryville | PA | 3/11/2009 | 4101 |

| CAM Only and Billboard Contracts[1] | | | | | |
|---|---|---|---|---|---|
| LOCATION NUMBER | SUBTENANT | ADDRESS | CITY | STATE | PRIME LEASE NUMBER |
| 6965 | Outdoor System Advertising | 39 North Rosemead Blvd | Pasadena | CA | 406 |
| 6530 | Toys R Us | 6926 South Lindbergh Blvd | St. Louis | MO | 530 |
| 6244 | Advance Auto Parts | 5325 Market St | Wilmington | NC | 1608 |
| 6255 | International House Of Pancakes | 5325 Market St | Wilmington | NC | 1608 |
| 6256 | Innkeeper Properties | 5325 Market St | Wilmington | NC | 1608 |
| 6106 | Faison | 820 Southpark Blvd | Colonial Heights | VA | 3106 |
| 6440 | Ruby Tuesday's | 510 Parker St | Springfield | MA | 3146 |
| 6243 | Chandler | 12300 West Sunrise Blvd | Plantation | FL | 3249 |
| 6132 | Modernage, Inc. | 8575 South Quebec St | Littleton | CO | 3345 |
| 6245 | Baby Superstore | 8575 South Quebec St | Littleton | CO | 3345 |
| 6519 | Academy Sports | 13350 East Freeway | Houston | TX | 3520 |
| 6615 | Casto/Golf Galaxy | 4056 Morse Rd | Columbus | OH | 3615 |
| 6016 | American Outdoor | 2885 Gender Rd | Columbus | OH | 3616 |
| 6166 | Forecast Danbury | 110 Federal Rd | Danbury | CT | 3668 |
| 6127 | Salem Farm Realty | 428 South Broadway | Salem | NH | 4120 |
| 6516 | Ok Apple Inc. | 4339 Warden Rd | N. Little Rock | AR | 4506 |

[1] The CAM only and Billboard contracts below were previously identified as Subleases