J. Seth Moore
State Bar No. 24027522
Sarah B. Davis
Stare Bar No. 2405659
Beirne Maynard & Parsons L.L.P.
1700 Pacific Ave., Suite 4400
Dallas, Texas 75201
214.237.4300 Telephone
214.237.4340 Facsimile



**ATTORNEYS FOR BROWNSVILLE INDEPENDENT SCHOOL DISTRICT**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In Re: | § |
| | § |
| CIRCUIT CITY STORES, INC., | § CASE NO.: 08-35653 |
| et. al., | § (Chapter 11) |
| | § |
| DEBTOR | § Jointly Administered |
| | § |
| | § Notice of Appearance and Request for |
| | § Service of Papers |
| | § |
| | § [No Hearing Required] |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

Please take notice that Beirne Maynard & Parsons, appearing on behalf of Brownsville Independent School District, hereby submits this Notice of Appearance in the above-captioned case and requests notice of all hearings and conferences herein and makes demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and §342 of the Bankruptcy Code. **Beirne Maynard & Parsons, L.L.P. hereby authorizes and agrees to accept service via e-mail.** All notices given or required to be given in this case shall be served upon Beirne Maynard & Parsons L.L.P. as follows:

J. Seth Moore
Sarah Davis
Beirne Maynard & Parsons L.L.P.
1700 Pacific Ave., Suite 4400
Dallas, Texas 75201
214.237.4300 (Telephone)
214.237.4340 (Facsimile)
jmoore@bmpllp.com
sdavis@bmpllp.com
bankruptcyemail@bmpllp.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, plan of reorganization or disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or fax or otherwise, filed with regard to the above case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to: (1) BISD's rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit BISD to the

jurisdiction of the Court. The undersigned additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered cause.

DATED this 4th day of March, 2009.

Respectfully submitted,
**BEIRNE MAYNARD & PARSONS L.L.P.**

*/s/ Sarah Davis*
J. Seth Moore
State Bar No. 24027522
Sarah Davis
State Bar No. 2405659
1700 Pacific Ave., Suite 4400
Dallas, Texas 75201
214.237.4300 (Telephone)
214.236.4340 (Facsimile)
**ATTORNEYS FOR BROWNSVILLE INDEPENDENT SCHOOL DISTRICT**

## CERTIFICATE OF OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice has been served via the Court's ECF notification and/or first class mail, postage prepaid, on this 4th day of March, 2009, upon all persons and entities, including the following:

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P .O. Box 636
Wilmington, DE 19899-0636
Counsel for the Debtors
gregg.galardi@skadden.com

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Counsel for the Debtors
dhayes@mcguirewoods.com

Lynn L. Tavenner
Tavenner & Beran
20 N. Eighth Street
Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com
Counsel for the Creditors Committee

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave
36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

Counsel for the Creditors Committee
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Case 08-35653-KRH    Doc 2512    Filed 03/10/09    Entered 03/11/09 13:50:57    Desc Main
Document    Page 5 of 6

Robert.b.van.arsdale@usdoj.gov

*/s/ Sarah Davis*

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
NOTICES AND OTHER DOCUMENTS                                              Page 5

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

1700 PACIFIC AVENUE

SUITE 4400

DALLAS, TEXAS 75201-7305

(214) 237-4300

FAX (214) 237-4340

HOUSTON OFFICE

(713) 623-0887

Sarah B. Davis
Direct (214) 237-4311
sdavis@bmpllp.com

March 4, 2009

**Via Certified Mail**
**Return Receipt Requested**

Mr. Richard R. Huennekens
U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA  23219-1888

Re:    Case No. 08-35652; Circuit City Stores, Inc., et al., Debtor

Dear Mr. Huennekens:

Enclosed is an original and one copy of a Notice of Appearance and Request for Service of Notices and Other Documents to be filed on behalf of Brownsville Independent School District in the above-referenced matter. I would appreciate your returning a stamp-dated copy of our Motion in the enclosed, self-addressed postage paid enveloped.

Thank you for your assistance in this matter.

Very truly yours,

*Sarah Davis*

Sarah B. Davis

SBD:jm
Enclosures

Cc:    Mr. Gregg Galardi (w/enclosure via First Class Mail)
Mr. Dion W. Hayes (w/enclosure via First Class Mail)
Ms. Lynn L. Tavenner (w/enclosure via First Class Mail)
Mr. Robert Feinstein (w/enclosure via First Class Mail)
Mr. Robert B. Van Arsdale (w/enclosure via First Class Mail)

1035276v.1