Recorded in Official Records. Solano County  
Marc C. Tonnesen  
Assessor/Recorder  

11/24/2008  
3:02 PM  
AR51  
63  

P McDonough  

Recording Requested By and  
When Recorded Mail To:  
McDonough Holland & Allen PC  
Attorneys at Law  
Attn: Blake V. Robinson  
555 Capitol Mall, 9th Floor  
Sacramento, California 95814  

Doc#: 200800093815  

| Titles: 1 | Pages: 3 |
| Fees | 21.00 |
| Taxes | 0.00 |
| Other | 0.00 |
| PAID | $21.00 |

## MECHANIC'S LIEN

Colorado Structures, Inc. dba CSI Construction Co. ("Claimant"), whose address is 5060 Robert J. Mathews Parkway, Suite 110, El Dorado, California 95762, hereby claims a lien upon the real property located in Solano County, California, including improvements located thereon, described as 130 Nut Tree Parkway, Vacaville, CA 95687, and further described in Exhibit A hereto, which is attached hereto and incorporated herein by this reference.

After deducting all just credits and offsets, the sum of $116,461.77, plus interest accruing thereon at the legal rate of ten percent per annum, is due claimant for the following work, labor, equipment and/or materials furnished by claimant:

construction work, services, labor, equipment, and materials for the work of improvement described as the Coffee Tree Plaza Circuit City, 130 Nut Tree Parkway, Vacaville, CA 95687

Lien Notice Mailed  
Per Govt. Cd. 27297.5

Claimant furnished the work, services, labor, equipment, and materials under contract with Circuit City Stores, Inc., whose address is 9950 Mayland Drive, Richmond, VA 23233.

The owners and/or reputed owners of the property and improvements located thereon are: Circuit City Stores, Inc., whose address is 9950 Mayland Drive, Richmond, VA 23233, and/or TKG Coffee Tree, L.P., whose address is 214 Grant Street, Ste. 325, San Francisco, CA 94108.

Dated: November 19, 2008.

COLORADO STRUCTURES, INC.

By: _____  
Mark S. Osborn

Its: Vice President

1145873v1 31830/0001

EXHIBIT A

## VERIFICATION

I, the undersigned, say:

I am a Vice President of Colorado Structures, Inc. dba CSI Construction Co., the claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2008, at El Dorado Hills, California.

_____
Mark S. Osborn

1145873v1 31830.0001

LEGAL DESCRIPTION

All that real property situated in the City of Vacaville, County of Solano, State of California, described as follows:

A portion of Parcels 4 and 5 as shown in Book 36 of Parcel Maps Page 1 and portion of Parcels B and C from Deed recorded December 2, 1992 in Book 1992-110932 O.R., new parcel being more particularly described as follows:

Beginning at the most Southerly corner of existing Parcel 5 as shown in Book 36 of Parcel Maps at Page 1, Solano County Records; thence N 14° 52' 00" W, 139.37 feet; thence through a tangent curve concave to the left with a radius of 70.20 feet through a central angle of 27° 53' 30" for an arc length of 34.17 feet; thence N 42° 45' 30" W, 117.45 feet, to the Southerly right-of-way of Interstate Highway 80; thence Easterly along said right-of-way N 47° 14' 30" E, 203.21 feet; thence N 48° 38' 00" E, 219.93 feet; thence leaving said right-of-way S 44° 03' 13" E, 367.90 feet; thence S 30° 59' 00" E, 95.26 feet to the Northerly right-of-way of Nut Tree Parkway; thence along the said Northerly right-of-way along the arc of a curve concave to the right, the radius of which bears N 30° 59' 00" W, 1438 feet through a central angle of 16° 07' 00" for an arc length of 404.49 feet; thence S 75° 08' 00" W, 120.00 feet the point of beginning of the parcel herein being described.

APN: 0131-430-190

Commonly known as 130 Nut Tree Parkway, Vacaville, CA

END OF DOCUMENT

Exhibit A

1145873v1 31830/0001