**POST-PETITION** (rent and other amounts owing subsequent to November 9, 2008)

| | | | | |
|---|---|---|---|---|
| RENT | 11/10/2008 | 11/30/2008 | 21.00 | 20,884.19 |
| CAM-EST | 11/10/2008 | 11/30/2008 | 21.00 | 3,007.20 |
| MGMT FEE EST | 11/10/2008 | 11/30/2008 | 21.00 | 301.00 |
| | | | | 24,192.39 |
| WATER/SEWER 8/22/08-10/23/08 | 11/11/2008 | | | 200.96 |
| PROPERTY TAXES | 11/28/2008 | | | 25,856.14 |
| ACCRUING INTEREST | | | | 828.50 |
| LEGAL FEES THROUGH 1/27/09 (subject to revision) | | | | 6,020.50 |
| **ACCRUING POST-PETITION CLAIMS** | | | | 57,098.49 |

365060/387167v1



EXHIBIT B