EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC. *et. al.*,<br><br>Debtors. | Case No. 08-35653-KRH<br><br>Chapter 11 (Jointly Administered) |

ORDER GRANTING MOTION AND SUPPORTING MEMORANDUM OF TKG
COFFEE TREE, L.P. FOR AN ORDER COMPELLING DEBTORS TO
IMMEDIATELY PERFORM LEASE OBLIGATIONS AND PAY ADMINISTRATIVE
RENT PURSUANT TO 11 U.S.C. §§ 365(D)(3) AND 503(B), AND
<u>GRANTING RELATED RELIEF</u>

This matter having come before the Court upon the Motion and Supporting Memorandum of TKG Coffee Tree, L.P. ("TKG") for an Order Compelling Debtors to Immediately Perform Lease Obligations and Pay Administrative Rent Pursuant to 11 U.S.C. §§ 365(d)(3) and 503(b) and Granting Related Relief (the "Motion") filed in the bankruptcy cases of the above-captioned debtors and debtors in possession (collectively, the " Debtors") the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) proper and adequate notice of the Motion and the opportunity for a hearing thereon has been given and no other or further notice is necessary, and (iv) good and sufficient cause exists for the

Paul K. Campsen, Esq.
 VSB No. 18133
Kaufman & Canoles, a Professional Corporation
150 West Main Street (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele: (757) 624-3000
Fax: (757) 624-3169

Eugene Chang, Esq.
 CSB No. 209568
Stein & Lubin, LLP
600 Montgomery Street
14th Floor
San Francisco, CA 94111
Tele: (415) 981-0550
 Fax: (415) 981- 4343

*Co-Counsel for TKG Coffee Tree, L.P.*

granting of the relief requested in the Motion after having given due deliberation upon the Motion and the arguments presented at any hearing had thereupon. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED.**

2. Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Motion.

3. Debtors are authorized and directed to pay to TKG, within two (2) business days of the entry of this Order, the November Administrative Rent in the total aggregate amount of $57,098.49.

4. Debtors are authorized and directed to remove or bond over the Lien or, in the alternative, pay to TKG, within two (2) business days of the entry of this Order, the amount of $116,461.77.

5. Debtors shall, within two (2) business days of its receipt of a written request from TKG therefor, reimburse TKG for all of its reasonable and actual attorneys' fees and costs incurred in defending the Lien and preparing and prosecuting the Motion.

6. Debtors shall make all future monthly payments of administrative rent and related charges to TKG in full on or before the first day of the month for which such administrative rent and related charges accrue, as required by the Lease

7. This Court retains jurisdiction to enforce and implement the terms and provisions of this Order and to resolve any and all disputes related thereto.

ENTERED in Richmond, Virginia this _____ day of _____ , 2009

_____

United States Bankruptcy Judge

**WE ASK FOR THIS:**

/s/ Paul K. Campsen
Paul K Campsen, Esq.
 VSB No. 18133
Kaufman & Canoles, a Professional Corporation
150 West Main Street, (23510)
Post Office Box 3037
Norfolk, VA 23514
Tele: (757) 624-3000
Fax: (757) 624-3169

Eugene Chang, Esq.
 CSB No. 209568
Stein & Lubin, LLP
600 Montgomery Street
14th Floor
San Francisco, CA 94111
Tele: (415) 981-0550
Fax: (415) 981-4343

*Co-Counsel for TKG Coffee Tree, L.P.*

## CERTIFICATE

Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that all necessary parties to this action have endorsed the foregoing order.

_/s/ Paul K. Campsen_

:\1454607\1