# Exhibit "C"



# Invoice

| | |
|---|---|
| Invoice Date: | December 22, 2008 |
| Invoice Number: | 8491-06 |

To:
Circuit City
9954 Mayland Drive
Richmond, VA 23233

Page: 1

| Sales Rep ID | Customer PO/Contract | Payment Terms |
|---|---|---|
| Steve Kisling | 506464 | Net 30 Days |

| Store Qty. | Description | Unit Price | Extension |
|---|---|---|---|
| | Merchandising Services at Circuit City Locations | | |
| | Rotation #49 | | |
| | 12/01/08-12/07/08 | | |
| | Project Code M03574 | | |
| 5.00 | OmniMount Motorized Mount Display Set Up | 39.00 | 195.00 |

**** REMIT TO ADDRESS ****
Actionlink, LLC
4100 Embassy Parkway
Akron, OH 44333

| | | |
|---|---|---|
| Subtotal | $ | 195.00 |
| Shipping | $ | 260.00 |
| Total Invoice Amount | $ | 455.00 |

Make all checks payable to ActionLink, LLC
Thank you for your business!
If you have any questions concerning this invoice, call Candice Perez
Phone 1.888.737.8757 Ext 111   Fax 330.665.1762

# actionlink

# Invoice

Invoice Date: December 30, 2008
Invoice Number: 8491-07

To:
Circuit City
9954 Mayland Drive
Richmond, VA 23233

Page: 1

| Sales Rep ID | Customer PO/Contract | Payment Terms |
|---|---|---|
| Steve Kisling | 506373 | Net 30 Days |

| Store Qty. | Description | Unit Price | Extension |
|---|---|---|---|
| | Merchandising Services at Circuit City Locations | | |
| | Rotation #49 | | |
| | 12/1/08-12/7/08 | | |
| 37.00 | Project Code M03751 Gift Cards | 17.00 | 629.00 |
| 531.00 | Project Code M03193 Gift Cards | 17.00 | 9,027.00 |

**** REMIT TO ADDRESS ****

Actionlink, LLC
4100 Embassy Parkway
Akron, OH 44333

| | | |
|---|---|---|
| Subtotal | $ | 9,656.00 |
| Shipping | | |
| Total Invoice Amount | $ | 9,656.00 |

Make all checks payable to ActionLink, LLC
Thank you for your business!
If you have any questions concerning this invoice, call Candice Perez
Phone 1.888.737.8757 Ext 111   Fax 330.665.1762



# Invoice

Invoice Date: December 30, 2008
Invoice Number: 8511-03

To:
Circuit City
9954 Mayland Drive
Richmond, VA 23233

Page: 1

| Sales Rep ID | Customer PO/Contract | Payment Terms |
|---|---|---|
| Steve Kisling | 411250 | Net 30 Days |

| Store Qty. | Description | Unit Price | Extension |
|---|---|---|---|
|  | Merchandising Services at Circuit City Locations |  |  |
|  | Rotation #50 |  |  |
|  | 12/8/08-12/14/08 |  |  |
|  | Project Code M03559 |  |  |
| 33.00 | Candy Maintenance- City Stores | 30.00 | 990.00 |
|  | Project Code M02838 |  |  |
| 465.00 | Candy Maintenance- Circuit City Stores | 30.00 | 13,950.00 |
|  | Rotation #51 |  |  |
|  | 12/15/08-12/21/08 |  |  |
|  | Project Code M02838 |  |  |
| 15.00 | Candy Maintenance- Circuit City Stores | 30.00 | 450.00 |

**** REMIT TO ADDRESS ****

Actionlink, LLC
4100 Embassy Parkway
Akron, OH 44333

| | | |
|---|---|---|
| Subtotal | $ | 15,390.00 |
| Shipping | | |
| Total Invoice Amount | $ | 15,390.00 |

Make all checks payable to ActionLink LLC
Thank you for your business!
If you have any questions concerning this invoice, call Candice Perez
Phone 1.888.737.8757 Ext 111   Fax 330.665.1762



# Invoice

Invoice Date: December 31, 2008
Invoice Number: 8471-09

To:
Circuit City
9954 Mayland Drive
Richmond, VA 23233

Page: 1

| Sales Rep ID | Customer PO/Contract | Payment Terms |
|---|---|---|
| Steve Kisling | 342822 | Net 30 Days |

| Store Qty. | Description | Unit Price | Extension |
|---|---|---|---|
|  | Merchandising Services at Circuit City Locations |  |  |
|  | Rotation #47 |  |  |
|  | 11/17/08-11/23/08 |  |  |
|  | Project Code F03615 |  |  |
| 34.00 | Imaging Coupler Audit (60 min)- City Stores | 26.00 | 884.00 |
|  | Project Code F03616 |  |  |
| 489.00 | Imaging Coupler Audit (60 min)- Circuit Stores | 26.00 | 12,714.00 |
|  | Rotation #49 |  |  |
|  | 12/1/08-12/7/08 |  |  |
|  | Project Code F03597 |  |  |
| 35.00 | HD Camcorder Monthly Visit (30 min)- City Stores | 13.00 | 455.00 |
|  | Project Code F01640 |  |  |
| 414.00 | HD Camcorder Monthly Visit (30 min)- Circuit Stores | 13.00 | 5,382.00 |

**** REMIT TO ADDRESS ****
Actionlink, LLC
4100 Embassy Parkway
Akron, OH 44333

| | | |
|---|---|---|
| Subtotal | $ | 19,435.00 |
| Shipping | $ | 248.48 |
| Total Invoice Amount | $ | 19,683.48 |

Make all checks payable to ActionLink, LLC
Thank you for your business!
If you have any questions concerning this invoice, call Candice Perez
Phone 1.888.737.8757 Ext 111   Fax 330.665.1762

# actionlink

# Invoice

Invoice Date: December 31, 2008
Invoice Number: 8471-10

To:
Circuit City
9954 Mayland Drive
Richmond, VA 23233

Page: 1

| Sales Rep ID | Customer PO/Contract | Payment Terms |
|---|---|---|
| Steve Kisling | 509263 | Net 30 Days |

| Store Qty. | Description | Unit Price | Extension |
|---|---|---|---|
| | Merchandising Services at Circuit City Locations | | |
| | This is for the Sourcing SKU on the IPOD Speaker Display (Paul Farnham) | | |
| | Rotation #47 | | |
| | 11/17/08-11/23/08 | | |
| | Project Code F03303 | | |
| 525.00 | iPod Speakers- 12 Ft Merchandising. $2.25 per sku (1 Sku) | 2.25 | 1,181.25 |
| | Project Code F03304 | | |
| 6.00 | iPod Speakers- 16 Ft Merchandising. $2.25 per sku (1 Sku) | 2.25 | 13.50 |

**** REMIT TO ADDRESS ****

Actionlink, LLC
4100 Embassy Parkway
Akron, OH 44333

| | | |
|---|---|---|
| Subtotal | $ | 1,194.75 |
| Shipping | $ | 881.96 |
| Total Invoice Amount | $ | 2,076.71 |

Make all checks payable to ActionLink, LLC
Thank you for your business!
If you have any questions concerning this invoice, call Candice Perez
Phone 1.888.737.8757 Ext 111    Fax 330.665.1762



# Invoice

Invoice Date: December 31, 2008
Invoice Number: 8491-10

To:
Circuit City
9954 Mayland Drive
Richmond, VA 23233

Page: 1

| Sales Rep ID | Customer PO/Contract | Payment Terms |
|---|---|---|
| Steve Kisling | 497620 | Net 30 Days |

| Store Qty. | Description | Unit Price | Extension |
|---|---|---|---|
| 470.00 | Merchandising Services at Circuit City Locations<br><br>Rotation #49<br>12/1/08-12/7/08<br><br>Project Code M03531<br>MP3 Player Merchandising | 34.13 | 16,041.10 |

**** REMIT TO ADDRESS ****
Actionlink, LLC
4100 Embassy Parkway
Akron, OH 44333

| | |
|---|---|
| Subtotal | $ 16,041.10 |
| Shipping | |
| Total Invoice Amount | $ 16,041.10 |

Make all checks payable to ActionLink, LLC
Thank you for your business!
If you have any questions concerning this invoice, call Candice Perez
Phone 1.888.737.8757 Ext 111    Fax 330.665.1762



# Invoice

**To:**
Circuit City-ActionLnk
9954 Mayland Drive
Richmond VA  23233

| | |
|---|---|
| Invoice Date: | 1/19/2009 |
| Invoice Number: | 0000128 |
| Approval Date: | 1/19/2009 |
| Bill Cycle Begin: | 12/29/08 |
| Bill Cycle End: | 1/4/09 |

Page: 1

| Manager | Program / Project | Customer PO | Payment Terms |
|---|---|---|---|
| Allison Starr | Candy Maintenance | 411250 | Net 30 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 34.00 | Store Visits Completed at Circuit City | $30.00 | $1,020.00 |
| 21.00 | Store Visits Completed at City Stores | $30.00 | $630.00 |

Project Codes: M02838, M03559

Contract # H012-H53
SOW #    n/a

| | |
|---|---|
| Subtotal | $1,650.00 |
| Shipping | $0.00 |
| Total Invoice Amount | $1,650.00 |

Make all checks payable to:
Actionlink, LLC
4100 Embassy Parkway
Akron, OH 44333
Phone: 1-888-737-8757   Fax: 330-665-1762
Created by:    Candice Perez x111



# Invoice

**To:**
Circuit City-ActionLnk
9954 Mayland Drive
Richmond VA   23233

| | |
|---|---|
| Invoice Date: | 1/19/2009 |
| Invoice Number: | 0000129 |
| Approval Date: | 1/19/2009 |
| Bill Cycle Begin: | 12/15/08 |
| Bill Cycle End: | 12/21/08 |

Page: 1

| Manager | Program / Project | Customer PO | Payment Terms |
|---|---|---|---|
| Mike Costa | MP3 Merchandising | 497620 | Net 30 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 470.00 | Store Visits Completed at Circuit City | $34.13 | $16,041.10 |

Project Code M03531

Contract # H290-139
SOW #   n/a

| | |
|---|---|
| Subtotal | $16,041.10 |
| Shipping | $0.00 |
| Total Invoice Amount | $16,041.10 |

Make all checks payable to:
Actionlink, LLC
4100 Embassy Parkway
Akron, OH 44333
Phone: 1-888-737-8757    Fax: 330-665-1762
Created by:    Candice Perez x111



# Invoice

| | |
|---|---|
| Invoice Date: | 1/19/2009 |
| Invoice Number: | 0000131 |
| Approval Date: | 1/19/2008 |
| Bill Cycle Begin: | 12/15/08 |
| Bill Cycle End: | 12/21/08 |
| Page: | 1 |

**To:**
Circuit City-ActionLnk
9954 Mayland Drive
Richmond VA   23233

| Manager | Program / Project | Customer PO | Payment Terms |
|---|---|---|---|
| Mike Costa | iPod Speakers | 509263 | Net 30 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 523.00 | Store Visits Completed at Circuit City<br>12Ft Merchandising- $2.25 per sku x 1 sku | $2.25 | $1,176.75 |
| 6.00 | Store Visits Completed at Circuit City<br>16Ft Merchandising- $2.25 per sku x 1 sku | $2.25 | $13.50 |

Project Code F03303/F03304
Sens SKU on iPod Speaker Display (Paul Farnham)
Contract #   H025-135R1
SOW #   n/a

| | |
|---|---|
| Subtotal | $1,190.25 |
| Shipping | $106.79 |
| Total Invoice Amount | $1,297.04 |

Make all checks payable to:
Actionlink, LLC
4100 Embassy Parkway
Akron, OH 44333
Phone: 1-888-737-8757   Fax: 330-665-1762
Created by:   Candice Perez x111

# actionlink

# Invoice

**To:**
Circuit City-ActionLnk
9954 Mayland Drive
Richmond VA  23233

Invoice Date: 1/21/2009
Invoice Number: 0000141

Approval Date: 1/21/2009
Bill Cycle Begin: 11/3/08
Bill Cycle End: 1/4/09

Page: 1

| Manager | Program / Project | Customer PO | Payment Terms |
|---|---|---|---|
| Allison Starr | Grab and Go | 497236 | Net 30 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1.00 | Store Visits Completed at Circuit City | $23,766.50 | $23,766.50 |

Subtotal: $23,766.50
Shipping: $0.00
Total Invoice Amount: $23,766.50

Contract #  H335-H46
SOW #  n/a

Make all checks payable to:
ActionLink, LLC
4100 Embassy Parkway
Akron, OH 44333
Phone: 1-888-737-8757   Fax: 330-665-1752
Created by:   Candice Perez x111