Kenneth R. Rhoad, Esq. (VSB 33993)                    Objection Deadline: April 23, 2009
Gebhardt & Smith, LLP
One South Street, Suite 2200                          Hearing Date: April 28, 2009 @ 10:00 a.m.
Baltimore, Maryland 21202
Ph: (410) 385-5071
Fax: (410) 385-5119

*Attorneys for ActionLink, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-35653-KRH |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**ORDER FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE CLAIM**

Upon the "Application By ActionLink, LLC For Entry Of An Order Granting Allowance And Payment Of Administrative Claim" (the "Application"), and the Court having reviewed the Application, and the entire record of this Chapter 11 Bankruptcy Case, and the Court having determined that the relief requested in the Application should be granted as set forth therein; and it appearing that proper and adequate notice of the Application has been given and no further notice is necessary; and upon the record herein; after due deliberations thereon; and good and sufficient cause appearing therefore; it is

**ORDERED, ADJUDGED AND DECREED** that**:**

QB\135226.00002\7535893.1

1.      The Application is granted;

2.      ActionLink, LLC has an allowed administrative expense in the amount of $105,529.92;

3.      The allowed administrative expense shall be immediately paid to ActionLink, LLC from funds held by the Debtors' estate; and

4.      The Court shall retain jurisdiction to hear and determine all matters from or related to the implementation of this Order.

Dated:  Richmond, Virginia
_____, 2009

_____
Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

_/s/_____
Kenneth R. Rhoad, Esq. (VSB 33993)
Gebhardt & Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Ph: (410) 385-5071
Fax: (410) 385-5119

*Attorneys for ActionLink, LLC*