IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| - - - - - - - - - - - - - - - | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - - | : | Jointly Administered |
| | x | |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

Greenberg Traurig, LLP respectfully requests the Court, all creditors, and parties in interest remove it from any and all service lists.

Dated March 11, 2009.

                                                          Respectfully submitted,

                                                          By:      /s/ Virginia E. Robinson

                                                          Timothy C. Bass, Va. Bar No. 40122
                                                          GREENBERG TRAURIG, LLP
                                                          2101 L Street, N.W., Suite 1000
                                                          Washington, DC 20037
                                                          Telephone: (202) 331-3100
                                                          Facsimile: (202) 331-3101
                                                          basst@gtlaw.com

                                                          Virginia E. Robinson, Va. Bar No. 71411
                                                          GREENBERG TRAURIG, LLP
                                                          1750 Tysons Boulevard, Suite 1200
                                                          McLean, VA 22102
                                                          Telephone: (703) 749-1300
                                                          Facsimile: (703) 749-1301
                                                          robinsonv@gtlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 11, 2009, a copy of the foregoing *Notice of Withdrawal of Notice of Appearance* is to be served by electronic means to all registered ECF users in this case via the Court's CM/ECF filing system.

                                        /s/ Virginia E. Robinson