Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       : Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   : Case No. 08-35653
et al.,                      :
                             :
              Debtors.       : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MARCH 13, 2009 AT 12:00 P.M. (EASTERN)**

        Set forth below are the matters previously scheduled to
be heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for the
Eastern District of Virginia, U.S. Courthouse, 701 East Broad
Street, Room 5000, Richmond, VA 23219-1888, on March 13, 2009
beginning at 12:00 p.m. Eastern.  **PLEASE NOTE THE HEARING TIME HAS
BEEN RESCHEDULED FROM 10:00 A.M. TO 12:00 P.M. (EASTERN).**

I.    **RESOLVED MATTERS**

1.    Motion of Plumchoice, Inc. for Relief from the Automatic Stay
      Pursuant to 11 U.S.C. 362(d)(1) to Permit Termination of
      Dispatch Agreement and Request for Related Relief Including
      Approval of Shortened Notice Period (Docket No. 1498)

      Objection
      Deadline:        January 27, 2009 at 4:00 p.m., extended for
                       the Debtors until February 11, 2009 at 7:00
                       p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Objection to Motion of Plumchoice, Inc. for
            Relief from the Automatic Stay Pursuant to 11 U.S.C.
            362(d)(1) to Permit Termination of Dispatch Agreement
            and Request for Related Relief Including Approval of
            Shortened Notice Period (Docket No. 2069)

      Status:          The parties have resolved this matter and
                       will submit a stipulation and consent order
                       to the Court after the Committee completes
                       its review of the settlement.

2.    Motion of Plumchoice, Inc. for Order Directing Debtors to
      Pay Administrative Expenses Pursuant to 11 U.S.C. Sections
      503(b) and 507(a) and Request for Related Relief (Docket
      No. 1832)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1833)

      b.    Affidavit of Daniel Baker in Support of Motion of
            Plumchoice, Inc. for Order Directing Debtors to Pay
            Administrative Expenses Pursuant to 11 U.S.C.
            Sections 503(b) and 507(a) and Request for Related
            Relief (Docket No. 1942)

      Objection
      Deadline:        February 11, 2009 at 4:00 p.m., extended
                       for the Debtors until February 11, 2009 at
                       7:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Preliminary Objection to Motion of
     Plumchoice, Inc. for Order Directing Debtors to Pay
     Administrative Expenses Pursuant to 11 U.S.C.
     Sections 503(b) and 507(a) and Request for Related
     Relief (Docket No. 2068)

b.   PlumChoice, Inc.'s Reply to Debtors' Preliminary
     Objection and Response to Motion of PlumChoice, Inc.
     for Order Directing Debtors to Pay Administrative
     Expenses Pursuant to 11 U.S.C. §§ 503(b) and 507(a)
     and Request for Related Relief (Docket No. 2288)

Status:        The parties have resolved this matter and
               will submit a stipulation and consent order
               to the Court after the Committee completes
               its review of the settlement.

## II.   CONTESTED MATTERS

3.   Debtors' Motion for Orders Under Bankruptcy Code Sections
     105, 363, and 365 (I) Approving Bidding and Auction
     Procedures for Sale of Unexpired Nonresidential Real
     Property Leases, (II) Setting Sale Hearing Dates and (III)
     Authorizing and Approving (A) Sale of Certain Unexpired
     Nonresidential Real Property Leases Free and Clear of All
     Interests, (B) Assumption and Assignment of Certain
     Unexpired Nonresidential Real Property Leases and (C)
     Lease Rejection Procedures (Docket No. 1946)

     Related
     Documents:

     a.   Notice of Hearing (Docket No. 1947)

     b.   Order under Bankruptcy Code Sections 105, 363, and
          265 (I) Approving Bidding and Auction Procedures for
          Sale of Unexpired Nonresidential Real Property
          Leases, (II) Setting Sale Hearing Dates and (III)
          Authorizing and Approving (A) Sale of Certain
          Unexpired Nonresidential Real Property Leases Free
          and Clear of All Interests, (B) Assumption and
          Assignment of Certain Unexpired Nonresidential Real

3

Property Leases and (C) Lease Rejection Procedures
(Docket No. 2242)

c.   Notice of February Lease Bid Deadline, Auction Date
and Related Objection Deadline and Sale Hearing Date
(Docket No. 2245)

d.   Supplemental Order Under Bankruptcy Code Sections
105, 363, and 365 Approving Amended Bid Deadline in
Connection with Bidding and Auction Procedures for
Sale of Unexpired Nonresidential Real Property Leases
(Docket No. 2346)

e.   Notice of Amended March Bid Deadline – New Deadline:
March 3, 2009 at 4:00 p.m. (Eastern) (Docket No.
2351)

f.   Notice of Bids Received (Docket No. 2403)

g.   Cure Schedule (Docket No. 2407)

h.   Notice of Rejection of Unexpired Leases and
Abandonment of Personal Property (Docket No. 2408)

i.   Notice of Rejection of Unexpired Lease and
Abandonment of Personal Property (Docket No. 2409)

j.   Notice of Rejection of Unexpired Lease and
Abandonment of Personal Property (Docket No. 2410)

k.   Notice of Rejection of Unexpired Leases and
Abandonment of Personal Property (Docket No. 2412)

l.   Notice of Rejection of Unexpired Leases and
Abandonment of Personal Property (Docket No. 2419)

m.   Supplemental Notice of Bids Received (Docket No.
2420)

n.   Supplemental Cure Schedule (Docket No. 2421)

o.   Notice of Rejection of Unexpired Leases and
Abandonment of Personal Property (Docket No. 2434)

p.   Notice of Rejection of Unexpired Leases and
Abandonment of Personal Property (Docket No. 2463)

q.    Notice of Rejection of Unexpired Leases and
      Abandonment of Personal Property (Docket No. 2503)

Objection
Deadline:        March 12, 2009 at 5:00 p.m.

Objections/
Responses
Filed:

a.    Madison Waldorf, LLC's Statement of Cure Under Lease
      of Non-Residential Real Property (Store No. 704)
      (Docket No. 2404)

      Status:   This objection is going forward.

b.    Objection of East Brunswick VF, LLC to Cure Amount
      Established by Debtors (Docket No. 2451)

      Status:   This objection is going forward.

c.    Objection of 444 Connecticut Avenue, LLC to
      Assumption and Assignment of Lease, and Cure Amounts
      Associated Therewith (Docket No. 2480)

      Status:   This objection is going forward.

d.    Joe G. Tedder's Pro Se Objection to Debtors Notice of
      Rejection of Unexpired Leases and Abandonment of
      Personal Property (Docket No. 2490)

      Status:   This objection is going forward.

e.    Limited Objection of TSA Stores, Inc. to Debtors'
      Notice of Rejection of Unexpired Leases and
      Abandonment of Personal Property (Docket No. 2492)

      Status:   This objection is going forward.

f.    Wal-Mart Stores, Inc. And Wal-Mart Stores East,
      L.P.'S Objection to the Supplemental Cure Schedule
      (Docket No. 2494)

      Status:   This objection is going forward.

g.    Limited Objection to Notice of Rejection of Unexpired
      Leases and Abandonment of Personal Property Docket
      No. 2495)

Status:    This objection is going forward.

h.    Conditional Objection of Cole CC Taunton MA, LLC,
      Cole CC Aurora CO, LLC, and Cole CC Mesquite TX, LLC
      to Debtors' Notices of Rejection of Unexpired Leases
      and Abandonment Of Personal Property (Docket No.
      2496)

      Status:    This objection is going forward.

General
Status:       This matter is going forward for the sale,
              assumption and assignment of March Leases,
              if any.

Dated: March 11, 2009        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia    FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                    - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                             FLOM, LLP
                             Chris L. Dickerson, Esq.
                             333 West Wacker Drive
                             Chicago, Illinois 60606
                             (312) 407-0700

                                    - and -

                             MCGUIREWOODS LLP


                             /s/ Douglas M. Foley          .
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

\8008019