**Hearing Date: March 20, 2009 at 10:00 a.m.**

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF MOTION AND NOTICE OF HEARING ON (I) DEBTORS' MOTION FOR ORDER APPROVING LETTER AGREEMENT BY AND AMONG THE DEBTORS AND HILCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 107(b), AND 363 AND BANKRUPTCY RULES 9018 AND 9019; (II) MOTION TO SHORTEN AND LIMIT NOTICE THEREON; (III) MOTION TO FILE CERTAIN INFORMATION UNDER SEAL IN CONNECTION THEREWITH; AND (IV) MOTION TO EXPEDITE HEARING ON THE FOREGOING

**PLEASE TAKE NOTICE** that on March 11, 2009, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the following:

Motion for Order Approving Letter Agreement By and
Among the Debtors and Hilco Merchant Resources, LLC and
Gordon Brothers Retail Partners, LLC Pursuant to
Bankruptcy Code Sections 105, 107(b), and 363 and
Bankruptcy Rules 9018 and 9019 (the "9019 Motion");

Motion to Shorten and Limit Notice of the 9019 Motion;

Motion to File Certain Documents Under Seal in
connection with the 9019 Motion; and a

Motion to Expedite Hearing in connection with the
foregoing (collectively, the "Motions").

**Your rights may be affected. You should read these
papers carefully and discuss them with your attorney, if you
have one in these bankruptcy cases. (If you do not have an
attorney, you may wish to consult one.)** Under Local
Bankruptcy Rule 9013-1, unless a written response to the
Motions is filed with the Clerk of the Court and served on
the moving party, the trustee and those parties as required
by the Order Pursuant to Bankruptcy Code Sections 102 and
105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy
Rules 2002-1 and 9013-1 Establishing Certain Notice, Case
Management and Administrative Procedures (entered on
November 13, 2008 at Docket No. 130) (the "Case Management
Order") by the requested expedited hearing date, the Court
may deem any opposition waived, treat the Motions as
conceded, and issue an order granting the requested relief
without further notice or hearing.  If you do not want the
Court to approve the Motions, or if you want the Court to
consider your views on the Motions, then you or you attorney
must:

[X]  File with the Court, either electronically or at
the address shown below, a written response
pursuant to Local Bankruptcy Rule 9013-1(H).  If
you mail your response to the Court for filing,
you must mail it early enough so the Court will
**receive it on or before March 20, 2009 at 10:00
a.m.**

                        Clerk of Court
                        United States Bankruptcy Court
                        701 East Broad Street, Suite 4000
                        Richmond, Virginia 23219

[X]   Pursuant to the Case Management Order, you must
      also serve a copy of any written response and
      request for hearing by the foregoing date via
      electronic mail on the following:(i) the Core
      Group, which includes the Debtors, co-counsel to
      the Debtors, the Office of the United States
      Trustee, co-counsel for any committee, counsel to
      the agents for the Debtors' prepetition lenders,
      and counsel to the agents for the Debtors'
      postpetition lenders; (ii) the 2002 List; and
      (iii) those additional parties as required by the
      Case Management Order (all of which are defined in
      the Case Management Order), which can be found at
      www.kccllc.net/circuitcity.

[X]   Attend a hearing before the Honorable Kevin
      Huennekens, United States Bankruptcy Judge, **at
      10:00 a.m. (Eastern Standard Time) on March 20,
      2009** at the United States Bankruptcy Court, Room
      5000, 701 East Broad Street, Richmond, Virginia
      23219.  **If you or your attorney do not attend the
      hearing, the Court may grant the relief requested
      in the Motions**.

      If you or your attorney do not take these steps, the
Court may decide that you do not oppose the relief sought in
the Motions and may enter an order granting the relief
requested.

Dated: March 11, 2009     SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia   FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley          .
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

\8023970.1