# EXHIBIT A

## Circuit City Open Balances

**Pre Petition**     Date November 10, 2008

| Date Billed | Charge | | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/1/2008 | Base Rent November | $ | 49,987.50 | | | | | | |
| 11/1/2008 | CAM November | $ | 3,242.50 | | | | | | |
| 11/1/2008 | RE Taxes October & November | $ | 20,583.52 | | | | | | |
| 11/1/2008 | TIA Rent November | $ | 19,856.15 | | | | | | |
| | | | | | | | | | |
| | Pre Petition Total | $ | 93,669.67 | | | | | | |

| | | | March full Month | | Pro Rated for March 10th | | Per Diem | |
|---|---|---|---|---|---|---|---|---|
| **Post Petition** | | | | | | | | |
| 1/1/2009 | CAM Increase balance January 09 | $ | 1,924.51 | $ | 1,924.51 | | | |
| 1/30/2009 | CAM Reconcilliation 2008 year end | $ | 23,094.07 | $ | 23,094.07 | | | |
| 2/1/2009 | CAM Increase balance February 09 | $ | 1,924.51 | $ | 1,924.51 | | | |
| 2/1/2009 | RE Taxes February & March | $ | 19,614.69 | $ | 12,633.19 | $ | 332.45 | |
| 3/1/2009 | Base Rent March | $ | 49,987.50 | $ | 16,125.00 | $ | 1,612.50 | |
| 3/1/2009 | CAM March 09 | $ | 5,167.01 | $ | 1,666.78 | $ | 166.68 | |
| 3/1/2009 | TIA Rent March | $ | 19,856.15 | $ | 6,405.21 | $ | 640.52 | |
| | | | | | | | | |
| | Total Due | $ | 121,568.44 | $ | 63,773.27 | $ | 2,752.15 | |

# EXHIBIT B

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors in
Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - x
                                  :
In re:                            :    Chapter 11
                                  :
CIRCUIT CITY STORES, INC.,        :    Case No. 08-35653-KRH
et al.,                           :
                                  :
              Debtors.[1]         :    Jointly Administered
                                  :
                                  :    Hrg. Date: March 13, 2009 at
                                  :    10:00 a.m. (ET)
                                  :    Obj. Due: March 12, 2009 at
                                  :    5:00 p.m. (ET)
- - - - - - - - - - - - - x

---

[1]   The Debtors and the last four digits of their respective taxpayer
      identification numbers are as follows: Circuit City Stores, Inc. (3875),
      Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
      International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC
      Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
      Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott
      Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture
      Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
      Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City
      Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc.
      is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other
      Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

**NOTICE TO COUNTERPARTIES TO LEASES THAT THE DEBTORS HAVE
IDENTIFIED A POTENTIAL PURCHASER OF UNEXPIRED NONRESIDENTIAL REAL
PROPERTY LEASE**

PLEASE TAKE NOTICE that pursuant to the bidding procedures (the "Bidding Procedures")[2] approved by the Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") in the Order Under Bankruptcy Code Sections 105, 363, And 365 (I) Approving Bidding And Auction Procedures For Sale Of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Date And (III) Authorizing And Approving (A) Sale Of Certain Unexpired Nonresidential Real Property Leases Free And Clear Of All Interests, (B) Assumption And Assignment Of Certain Unexpired Nonresidential Real Property Leases And (C) Lease Rejection Procedures (the "Bidding And Rejection Procedures Order") (Docket No. 2242) entered on February 19, 2009, the debtors and debtors in possession in the above captioned cases (collectively, the "Debtors") have identified P.C. Richard & Son, Inc. as a potential purchaser (a "Potential Purchaser") of the lease referred to as location 3670, Eatontown (the "Lease").

PLEASE TAKE FURTHER NOTICE pursuant to the Bidding Procedures, the Lease to which you are a counterparty will be assumed and assigned to the Potential Purchaser if the sale is successful and approved by the Bankruptcy Court at the sale hearing to be held on **March 13, 2009 at 10:00 a.m. (Eastern)** (the "Sale Hearing") in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, VA 23219.

PLEASE TAKE FURTHER NOTICE that if more than one party has been identified as a Potential Purchaser, such parties may participate in an auction for the interest in the Lease at **10:00 a.m. (Eastern) on March 10, 2009** at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 4 Times Square, New York, New York 10036 or such later time or other place as the Debtors shall determine.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the assumption and assignment of a Lease to a Potential Purchaser, who may ultimately become the Successful Bidder, must (a) be in writing, (b) state with specificity the legal and factual basis

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures.

for such objection, (c) conform to the Federal Rules of
Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern
District of Virginia, and the Order Pursuant to Bankruptcy Code
Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local
Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice,
Case Management, and Administrative Procedures (Docket No. 0130)
(the "Case Management Order"), (d) be filed with Bankruptcy Court
and (e) served in accordance with the Case Management Order so as
to be **received** on or before **March 12, 2009 at 5:00 p.m. (Eastern)**.

PLEASE TAKE FURTHER NOTICE that if an objection to the
assumption and assignment of the Lease is timely filed and served
in accordance with the procedures above, a hearing with respect
to the objection will be held before the Honorable Kevin R.
Huennekens, United States Bankruptcy Judge for the Eastern
District of Virginia at the Bankruptcy Court, 701 East Broad
Street, Room 5000, Richmond, VA 23219, at the Sale Hearing or
such other date and time as the Court may schedule.  Only
objections conforming to the requirements set forth herein and
timely filed and received will be considered by the Bankruptcy
Court at such hearing.

PLEASE TAKE FURTHER NOTICE that if no objection is
timely filed and received with regard to the Lease, the non-
Debtor counterparty to the Lease will be deemed to have consented
to the assumption and assignment of the Lease to a Potential
Purchaser that is selected as the Successful Bidder and will be
forever barred from asserting any other claims as to such Lease,
including, but not limited to, the propriety or effectiveness of
the assumption and assignment of the Lease, against the Debtors
or the Successful Bidder, or the property of either of them.

PLEASE TAKE FURTHER NOTICE that the Debtors assert that
pursuant to 11 U.S.C. § 365, there is adequate assurance that the
Proposed Cure Amount set forth on the Cure Schedule to be filed
with the Court by 12:00 p.m. (Eastern) on March 5, 2009 will be
paid in accordance with the terms of the Sale Order.  Further,
the Debtors assert that there is adequate assurance of the
Potential Purchasers' future performance under the Lease to be
assumed and assigned.  Adequate Assurance Information, which
includes information regarding the financial wherewithal of the
Potential Purchaser, will be provided by the Potential Purchaser
upon request and evidence of the same will be adduced, if
necessary, at the Sale Hearing. Prior to the date of the Closing,
the Debtors may revise their decision with respect to the
assumption and/or assignment of any Lease and provide a new
notice amending the information provided in this notice.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: March 3, 2009
        Richmond, Virginia   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

              - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

              - and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

4