IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

_____

IN RE: § Chapter 11
 §
CIRCUIT CITY STORES, INC., § CASE NO. 08-35653-KRH
et al., §
 §
 DEBTORS § (Jointly Administered)
_____ §

**MOTION PURSUANT TO LOCAL BANKRUPTCY
RULE 2090-1(E)(2) FOR ADMISSION *PRO HAC VICE***

Richard E. Hagerty ("Movant"), a member in good standing of the Bar of the Commonwealth of Virginia, an attorney admitted to practice before the United States District Court for the Eastern District of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, and member of the law firm of Troutman Sanders LLP, hereby moves this Court for the entry of an Order permitting John C. Longmire of the law firm of Willkie Farr & Gallagher LLP, to appear and practice *pro hac vice* before the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, on behalf of Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P., Creditors in the above-referenced bankruptcy proceeding, pursuant to Local Bankruptcy Rule 2090-1(E)(2).  In support of this Motion, Movant states as follows:

_____
Richard E. Hagerty
VSB No. 47673
*Attorney for Attorney for Wal-Mart Stores, Inc. and
Wal-Mart Stores East, L.P*
TROUTMAN SANDERS LLP
1660 International Drive, Suite 600
McLean, Virginia  22102
703-734-4326
703-448-6520 (fax)

1. John C. Longmire is a member in good standing of the bar of New York, and is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York. There are no disciplinary proceedings pending in any court against John Longmire.

2. Movant requests that this Court grant this Motion so that John C. Longmire may participate, appear and be heard in matters involving Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P.

3. Pursuant to Local Bankruptcy Rule 9013-1(E), and given the administrative nature of the relief requested herein, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting John C. Longmire to appear *pro hac vice* in association with Movant as counsel for Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P. in these cases; and granting such other and further relief as the Court deems just and proper.

Dated: March 12, 2009

          Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P.

          By:   /s/ Richard E. Hagerty
              Of Counsel

Richard E. Hagerty
VSB No. 47673
*Attorney for Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P.*
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA  22102
(703) 734-4326
(703) 448-6520 (facsimile)
richard.hagerty@troutmansanders.com

John C. Longmire
NYSB No. 2727238
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8574
(212) 728-9574
jlongmire@willkie.com


*Attorneys for Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P.*

CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of March, 2009, I will electronically file the foregoing Motion Pursuant To Local Bankruptcy Rule 2090-1(E)(2) For Admission *PRO HAC VICE* with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Daniel F. Blanks, Douglas M. Foley<br>McGuireWoods LLP<br>9000 World Trade Center<br>101 W. Main Street<br>Norfolk, VA 23510<br>dblanks@mcguirewoods.com | Dion W. Hayes, Joseph S. Sheerin,<br>Sarah Beckett Boehm<br>McGuireWoods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>dhayes@mcguirewoods.com |
| Robert B. Van Arsdale<br>Office of the U.S. Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219<br>USTPRegion04.RH.ECF@usdoj.gov | Gregg Galardi<br>Skadden Arps Slate Meagher & Flom LLP<br>One Rodney Square<br>Box 636<br>Wilmington, DE 19899 |
| Brad R. Godshall<br>Jeffrey N. Pomerantz<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA 90067<br>bgodshall@pszjlaw.com<br>jpomerantz@pszjlaw.com | John D. Fiero<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111<br>jfiero@pszjlaw.com |
| Lynn L. Tavenner<br>Paula S. Beran<br>Tavenner & Beran, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, VA 23219<br>ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com | Robert J. Feinstein<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Ave., 36th Floor<br>New York, NY 10017<br>rfeinstein@pszjlaw.com |

                          /s/ Richard E. Hagerty
                          Richard E. Hagerty