# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | § | Chapter 11 |
|---|---|---|
| IN RE: | § | |
| | § | |
| CIRCUIT CITY STORES, INC., | § | CASE NO. 08-35653-KRH |
| et al., | § | |
| | § | |
| DEBTORS | § | (Jointly Administered) |
| | § | |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

This matter came before the Court on the motion of Richard E. Hagerty, a member in good standing of the Bar of this Court, pursuant to Local Bankruptcy Rule 2090-1(E)(2), for an order granting the admission *pro hac vice* of John C. Longmire of the law firm of Willkie Farr & Gallaghere LLP for the purposes of representing creditor Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P., in the above-styled action. Upon consideration of the motion, for good cause shown, it is hereby

ORDERED, that the *pro hac vice* motion is GRANTED and John C. Longmire of the law firm of Willkie Farr & Gallaghere LLP may appear as counsel for creditor Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P. in all proceedings in this matter.

Entered this _____ day of March, 2009.

_____
Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/ Richard E. Hagerty
Richard E. Hagerty
VSB No. 47673
*Attorney for Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P.*
Troutman Sanders LLP
1660 International Drive, Suite 600
McLean, VA  22102
(703) 734-4326
(703) 448-6520 (facsimile)
richard.hagerty@troutmansanders.com


John C. Longmire
NYSB No. 2727238
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8574
(212) 728-9574
jlongmire@willkie.com


*Attorneys for Wal-Mart Stores, Inc. and Wal-Mart Stores East, L.P.*

## **CERTIFICATE**

  Pursuant to L.R. 9022-1 of the Local Rules of the United States Bankruptcy Court for the Eastern District of Virginia, I certify that all necessary parties to this action have endorsed the foregoing order.

           /s/ Richard E. Hagerty

## DISTRIBUTION LIST

Daniel F. Blanks, Douglas M. Foley
 McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
dblanks@mcguirewoods.com

Dion W. Hayes, Joseph S. Sheerin,
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
dhayes@mcguirewoods.com

Robert B. Van Arsdale
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
USTPRegion04.RH.ECF@usdoj.gov

Gregg Galardi
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067
bgodshall@pszjlaw.com
jpomerantz@pszjlaw.com

John D. Fiero
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111
jfiero@pszjlaw.com

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

/s/ Richard E. Hagerty
Richard E. Hagerty