# EXHIBIT "A"

**Circuit City- Merchant #610104**
**Filing Date - 11/10/2008**
**Carousel Center Company, LLC**

| | Pre-Petition Amount Due | | | Post-Petition Amount Due | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Oct. & Prior | Nov. 1 - 9 | Total | Nov. 10 - 30 | December | January | February | March | Total |
| Minimum Rent | | $12,477.14 | $12,477.14 | $29,113.34 | $41,590.48 | $41,590.48 | $41,590.48 | $41,590.48 | $195,475.26 |
| Taxes | | $7,828.66 | $7,828.66 | $18,266.88 | $26,095.54 | $27,139.36 | $27,139.36 | $27,139.36 | $125,780.50 |
| Insurance | | $457.76 | $457.76 | $1,068.09 | $1,525.85 | $1,525.85 | $1,525.85 | $1,525.85 | $7,171.49 |
| Energy | | $0.00 | $0.00 | $0.00 | | | | | $0.00 |
| Compactor | | $0.00 | $0.00 | $0.00 | | | | | $0.00 |
| Common Area | | $3,872.24 | $3,872.24 | $9,035.21 | $12,907.45 | $13,294.67 | $13,294.67 | $13,294.67 | $61,826.67 |
| Liq. Damages | | $0.00 | $0.00 | $0.00 | | | | | $0.00 |
| Marketing Fund | | $0.00 | $0.00 | $0.00 | | | | | $0.00 |
| Tax Adj | | | | | | | | $14.93 | $14.93 |
| Insurance Adj | (2,204.27) | $0.00 | ($2,204.27) | $0.00 | | | | | $0.00 |
| Water | | $0.00 | 0.00 | 0.00 | | | | | 0.00 |
| Total | ($2,204.27) | $24,635.80 | $22,431.53 | $57,483.52 | $82,119.32 | $83,550.36 | $83,550.36 | $83,565.29 | $390,268.85 |

Less Payment
12/8/08 Chk #4581458    (82,119.32)
1/6/09 Chk #4590984    (82,119.32)
1/21/09 Chk #4595516    (387.22)
2/5/2009 Chk #4599533    (83,550.36)

Total Post - Petition    $142,092.63

# EXHIBIT "B"

SYRACUSE, NEW YORK

# LEASE

between

**CIRCUIT CITY STORES, INC.,**

as Tenant

and

**CAROUSEL CENTER COMPANY, L.P.**

as Landlord

dated May 25, 2004

**CAROUSEL CENTER**

(e) <u>Entire Agreement; Merger</u>. This Lease, including all exhibits hereto (which are hereby incorporated herein by reference for all purposes), contains the full and final agreement of every kind and nature whatsoever between the parties hereto concerning the subject matter of this Lease, and all preliminary negotiations and agreements of whatsoever kind or nature between Landlord and Tenant are merged herein. This Lease cannot be changed or modified in any manner other than by a written amendment or modification executed by Landlord and Tenant.

(f) <u>Attorneys' Fees</u>. In the event either party shall be required to commence or defend any action or proceeding against any other party by reason of any breach or claimed breach of any provision of this Lease, to commence or defend any action or proceeding in any way connected with this Lease or to seek a judicial declaration of rights under this Lease, the party prevailing in such action or proceeding shall be entitled to recover from or to be reimbursed by the other party for the prevailing party's reasonable and actual attorneys' fees and costs through all levels of proceedings.

(g) <u>Partial Invalidity</u>. If any provision of this Lease or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this Lease and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

(h) <u>Consents</u>. Any consent or approval granted by either party hereunder shall be deemed a consent only as to the matter on which such consent was requested and shall not waive the consenting party's right to give or withhold consent to any subsequent matter.

(i) <u>Holidays</u>. If the day on which rent or any other payment due hereunder is payable falls on a Sunday or on a legal holiday, it shall be payable on the following business day.

(j) <u>Applicable Law</u>. This Lease shall be construed in accordance with the laws of the State, and the parties agree that jurisdiction for all actions hereunder shall lie therein.

WITNESS the following signatures and seals:

LANDLORD

CAROUSEL CENTER COMPANY, L.P.,
a New York limited partnership

By: Carousel General Company L.L.C.,
a New York limited liability company, its general partner

By: Carousel Center Holdings Inc.,
a New York corporation, its member

Date: May 24, 2004

By: _____
Name: Robert J Congel
Title: Director, President & Treasurer

TENANT

CIRCUIT CITY STORES, INC.,
a Virginia corporation

Date: May 21, 2004

By: _____
Thomas C. Nolan, Vice President