EXHIBIT A

Pre-petition claim

| | | |
|---|---|---|
| | rent 11/1 to 11/9 | $ 5,875.00 |
| | taxes 7/1 to 11/9 | $ 23,643.00 |
| | | $ 29,518.00 |

Post-petition (Stub rent) claim

| | | |
|---|---|---|
| | rent 11/10 to 11/30 | $ 13,708.33 |
| | taxes 11/10 to 12/31 | $ 9,314.18 |
| | taxes 12/1 to 12/31 | $ (5,552.69) |
| | tax penalty after 12/5/08 | $ 3,295.78 |
| | tax interest on 1/1/09 and each successive month (302.10/month) | $ 906.30 |
| | | $ 21,671.90 |

| | | |
|---|---|---|
| Post-petition 365(b)(3) claim | 3/09 base rent | $ 19,583.33 |
| Attorneys fees | | $ 10,000.00 |
| | TOTAL | $ 80,773.23 |