# EXHIBIT B

This document prepared by:
Bagby & Russell Electric Co., Inc.
513 West I-65 Service Rd. N.
Mobile, AL 36608

BALDWIN COUNTY, ALABAMA
JUDGE ADRIAN T. JOHNS
Filed/cert. 2/ 5/2009 3:33 PM
TOTAL         $   19.00
3 Pages

1160998

STATE OF ALABAMA    *
                    *
BALDWIN COUNTY      *

## AMENDED VERIFIED STATEMENT OF LIEN

NOW COMES, BAGBY & RUSSELL ELECTRIC CO., INC., and files this statement in writing, verified by the oath of Richard A. Russell, President of Bagby & Russell Electric Co., Inc., who has personal knowledge of the facts set forth herein:

That Bagby & Russell Electric Co., Inc. claims a lien upon the following property situated in Baldwin County, Alabama, to-wit:

**Circuit City #4227 – Spanish Fort Town Center, 31000 Bass Prod Drive, Spanish Fort, AL 36572**

### LEGAL PROPERTY DESCRIPTION

#### See Attachment A

This lien is claimed, separately and severally, as to the land, buildings, and the improvements thereon.

That the said lien is claimed to secure an indebtedness of $103,771.00, plus interest and attorney's fees from, to wit: For electrical work, labor, services and materials furnished to the building and improve most of the above-described property. The last day of furnishing labor, materials and/or services was October 10, 2008.

The name of the owner or proprietor of the aforesaid property is <u>Cypress/Spanish Fort I, L.P.</u>, <u>Circuit City Stores</u>, Lessee. The General Contractor is <u>The Stewart/Perry Company, Inc.</u> The Sub-Contractor is <u>Bagby & Russell Electric Co., Inc.</u>

DOCSMOB\127877\1\

BAGBY & RUSSELL ELECTRIC CO., INC.

By: _____
Print: ___Richard A. Russell___
Its: ___President___

STATE OF ALABAMA    *
                                *
MOBILE COUNTY    *

       Before me, a Notary Public in and for said County, in said State, personally appeared Richard A. Russell, who being sworn, does depose and say: That he has personal knowledge of the facts set forth in the foregoing Verified Statement of Lien, and that the same are true and correct to the best of his knowledge and belief.

_____
Richard A. Russell, President

       Subscribed and sworn to before me on this the 4th day of February, 2009, by said Affiant.

_____
Notary Public
My Commission Expires: 12/22/09

DOCSMOB\127877\1\                    2

## ATTACHMENT A

### EXHIBIT A

#### LEGAL DESCRIPTION

BEGIN at an iron pin located at the Northwest Corner of the Northwest Quarter of Section 32, T-4-S, R-2-E, Baldwin County, Alabama, Thence run along the west line of Section 29, N 00°05'30" E, 92 32 feet to a set iron pin, Thence run N 89°54'56" E, 1325 73 feet to a set iron pin, Thence run S 00°04'06" W, 92 32 feet to a set iron pin, Thence run S 01°03'04" W, 1300 51 feet to an iron pin, Thence run S 89°29'41" E, 441 40 feet to a concrete monument lying on the north right of way of Interstate 10 (ROW Varies), Thence run along said north right of way, S 81°33'27" W, 1021 60 feet to a concrete monument at a point of right of way flare, Thence continue along said north right of way, N 68°26'23" W, 279 69 feet to a concrete monument, Thence continue along said north right of way, S 81°32'09" W, 517 75 feet to an iron pin, Thence leave said north right of way and run N 01°35'08" E, 1426 18 feet to the Point of Beginning.

Said described property lying and being situated in Southwest Quarter of Section 29 and the Northwest Quarter of Section 32, T-4-S, R-2-E, Baldwin County, Alabama and contains 46 000 Acres, more or less,

LESS and EXCEPT that certain 900 Square Foot Parcel of Land conveyed to the Utilities Board of the City of Daphne, Alabama, as recorded in the Office of the Judge of Probate, Baldwin County, Alabama, in RP 531 at PAGE 506, being further described as follows

Commence at the intersection of the west line of Section 32, T-4-S, R-2-E, Baldwin County, Alabama, with the north right of way of Interstate 10 (ROW Varies), Thence run along said north right of way, N 81°32'09" E, 517 75 feet to a concrete monument, Thence continue along said north right of way, S 68°26'23" E, 279 69 feet to a concrete monument at a point of right of way flare, Thence continue along said north right of way, N 81°33'27" E, 588 72 feet to a point, Thence run N 08°26'33" W, 10 00 feet to the Point of Beginning, Thence from said Point of Beginning, continue N 08°26'33" W, 30 0 feet to a point, Thence run N 81°33'27" E, 30 0 feet to a point, Thence run S 08°26'33" E, 30 0 feet to a point, Thence run S 81°33'27" W, 30 0 feet to the Point of Beginning.

Said described property lying and being situated in the Northwest Quarter of Section 32, T-4-S, R-2-E, Baldwin County, Alabama, and contains 900 S F, more or less

AO 12573191

Instrument 871463 Page 3 of 4