| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
            Debtors.          : Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 13, 2009 AT 12:00 P.M. (EASTERN)**

      Set forth below are the matters previously scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on March 13, 2009 beginning at 12:00 p.m. Eastern. **PLEASE NOTE THE HEARING TIME HAS BEEN RESCHEDULED FROM 10:00 A.M. TO 12:00 P.M. (EASTERN).**

**I.   RESOLVED MATTERS**

1. Motion of Plumchoice, Inc. for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) to Permit Termination of Dispatch Agreement and Request for Related Relief Including Approval of Shortened Notice Period (Docket No. 1498)

   Objection
   Deadline:      January 27, 2009 at 4:00 p.m., extended for the Debtors until February 11, 2009 at 7:00 p.m.

   Objections/
   Responses
   Filed:

   a. Debtors' Objection to Motion of Plumchoice, Inc. for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362(d)(1) to Permit Termination of Dispatch Agreement and Request for Related Relief Including Approval of Shortened Notice Period (Docket No. 2069)

   Status:        The parties have resolved this matter and will submit a stipulation and consent order to the Court after the Committee completes its review of the settlement.

2. Motion of Plumchoice, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b) and 507(a) and Request for Related Relief (Docket No. 1832)

   Related
   Documents:

   a. Notice of Motion and Hearing (Docket No. 1833)

   b. Affidavit of Daniel Baker in Support of Motion of Plumchoice, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b) and 507(a) and Request for Related Relief (Docket No. 1942)

   Objection
   Deadline:      February 11, 2009 at 4:00 p.m., extended for the Debtors until February 11, 2009 at 7:00 p.m.

2

      Objections/
      Responses
      Filed:

      a.    Debtors' Preliminary Objection to Motion of Plumchoice, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b) and 507(a) and Request for Related Relief (Docket No. 2068)

      b.    PlumChoice, Inc.'s Reply to Debtors' Preliminary Objection and Response to Motion of PlumChoice, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. §§ 503(b) and 507(a) and Request for Related Relief (Docket No. 2288)

      Status:    The parties have resolved this matter and will submit a stipulation and consent order to the Court after the Committee completes its review of the settlement.

**II.   CONTESTED MATTERS**

3.    Debtors' Motion for Orders Under Bankruptcy Code Sections 105, 363, and 365 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real Property Leases and (C) Lease Rejection Procedures (Docket No. 1946)

      Related
      Documents:

      a.    Notice of Hearing (Docket No. 1947)

      b.    Order under Bankruptcy Code Sections 105, 363, and 265 (I) Approving Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases, (II) Setting Sale Hearing Dates and (III) Authorizing and Approving (A) Sale of Certain Unexpired Nonresidential Real Property Leases Free and Clear of All Interests, (B) Assumption and Assignment of Certain Unexpired Nonresidential Real

        Property Leases and (C) Lease Rejection Procedures (Docket No. 2242)

c. Notice of February Lease Bid Deadline, Auction Date and Related Objection Deadline and Sale Hearing Date (Docket No. 2245)

d. Supplemental Order Under Bankruptcy Code Sections 105, 363, and 365 Approving Amended Bid Deadline in Connection with Bidding and Auction Procedures for Sale of Unexpired Nonresidential Real Property Leases (Docket No. 2346)

e. Notice of Amended March Bid Deadline – New Deadline: March 3, 2009 at 4:00 p.m. (Eastern) (Docket No. 2351)

f. Notice of Bids Received (Docket No. 2403)

g. Cure Schedule (Docket No. 2407)

h. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2408)

i. Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Docket No. 2409)

j. Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Docket No. 2410)

k. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2412)

l. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2419)

m. Supplemental Notice of Bids Received (Docket No. 2420)

n. Supplemental Cure Schedule (Docket No. 2421)

o. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2434)

p. Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2463)

    q.    Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2503)

Objection Deadline:    March 12, 2009 at 5:00 p.m.

Objections/ Responses Filed:

    a.    Madison Waldorf, LLC's Statement of Cure Under Lease of Non-Residential Real Property (Store No. 704) (Docket No. 2404)

        Status:    This will go forward as a status conference as to cure and the Debtors propose to adjourn the cure objections to March 20, 2009 at 10:00 a.m.

    b.    Objection of East Brunswick VF, LLC to Cure Amount Established by Debtors (Docket No. 2451)

        Status:    This will go forward as a status conference as to cure and the Debtors propose to adjourn the cure objections to March 20, 2009 at 10:00 a.m.

    c.    Objection of 444 Connecticut Avenue, LLC to Assumption and Assignment of Lease, and Cure Amounts Associated Therewith (Docket No. 2480)

        Status:    The parties have agreed to adjourn this matter to March 20, 2009 at 10:00 a.m.

    d.    Joe G. Tedder's Pro Se Objection to Debtors Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2490)

        Status:    The parties have agreed to adjourn this matter to March 20, 2009 at 10:00 a.m.

    e.    Limited Objection of TSA Stores, Inc. to Debtors' Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2492)

        Status:    This objection is going forward.

    f.    Wal-Mart Stores, Inc. And Wal-Mart Stores East, L.P.'S Objection to the Supplemental Cure Schedule (Docket No. 2494)

        Status:    This will go forward as a status conference as to cure and the Debtors propose to adjourn the cure objections to March 20, 2009 at 10:00 a.m.

    g.    Limited Objection to Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2495)

        Status:    The parties have resolved this objection.

    h.    Conditional Objection of Cole CC Taunton MA, LLC, Cole CC Aurora CO, LLC, and Cole CC Mesquite TX, LLC to Debtors' Notices of Rejection of Unexpired Leases and Abandonment Of Personal Property (Docket No. 2496)

        Status:    This objection is going forward.

    i.    Objection to Cure Amount under the Non-Residential Real Property Lease with Cameron Group Associates, LLP (Docket No. 2534)

        Status:    This will go forward as a status conference as to cure and the Debtors propose to adjourn the cure objections to March 20, 2009 at 10:00 a.m.

    j.    Objection of Burbank Mall Associates, LLC to Cure Amount Established by Debtors (Docket No. 2535)

        Status:    This will go forward as a status conference as to cure and the Debtors propose to adjourn the cure objections to March 20, 2009 at 10:00 a.m.

    k.    36 Monmouth Plaza LLC's Limited Objection to Debtors' Proposed Assumption and Assignment of a Non-Residential, Commercial Lease to PC Richards & Sons (Docket No. 2536)

        Status:    This will go forward as a status conference as to cure and the Debtors propose to

        adjourn the cure objections to March 20, 2009 at 10:00 a.m.

l. Limited Objection to the Debtors' Proposed Cure Amounts and Assumption and Assignment of Nonresidential Real Property Lease (Docket 2539)

    Status:   This will go forward as a status conference as to cure and the Debtors propose to adjourn the cure objections to March 20, 2009 at 10:00 a.m. The remainder of the objection is going forward.

m. Limited Objection of Glimcher Properties Limited Partnership to Notice of Rejection of Unexpired Leases and Abandonment of Personal Property (Docket No. 2540)

    Status:   This objection is going forward.

n. Objection of Sea Properties I, LLC's to (I) Debtors' Failure to Follow Bidding Procedures and (II) Cure Amount Proposed by Debtors (Docket No. 2541)

    Status:   This will go forward as a status conference as to cure and the Debtors propose to adjourn the cure objections to March 20, 2009 at 10:00 a.m. The remainder of the objection is going forward.

o. Objection of Gateway Center Properties III, LLC and SMR Gateway III, LLC as Tenants in Common, to Debtors' Proposed Cure Amount (Docket No. 2542)

    Status:   This will go forward as a status conference as to cure and the Debtors propose to adjourn the cure objections to March 20, 2009 at 10:00 a.m.

p. Objection of Whitestone Development Partners, L.P. to Debtors' Proposed Cure Amount (Docket No. 2543)

    Status:   This will go forward as a status conference as to cure and the Debtors propose to adjourn the cure objections to March 20, 2009 at 10:00 a.m.

    q.    Objection of Union Square Retail Trust to Debtors' Proposed Cure Amount (Docket No. 2544)

        Status:    This will go forward as a status conference as to cure and the Debtors propose to adjourn the cure objections to March 20, 2009 at 10:00 a.m.

General
Status:    This matter is going forward for the sale, assumption and assignment of certain leases, including leases for which a cure objection has been filed.

Dated: March 12, 2009  
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
P.O. Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Chris L. Dickerson, Esq.  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley        .  
Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

Counsel for Debtors and Debtors in Possession

\8028215