# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, Inc.,** | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| Debtors. | ) | |
| | ) | |

## REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Pinnacle Systems, Inc. hereby requests, pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that the following be placed on any mailing matrixes in this case and further requests that all notices, given or required to be given, in all pleadings, papers, or other documentation be given to and served on:

> Peter J. Carney (VSB: 40498)
> William Sloan Coats (CA SBN: 94864)
> Julieta L. Lerner (CA SBN: 240502)
> Email: jlerner@whitecase.com
> WHITE & CASE LLP
> 3000 El Camino Real
> 5 Palo Alto Square, 9th Floor
> Palo Alto, CA  94306
> Telephone:    (650) 213-0300
> Facsimile:    (650) 213-8158

This request includes not only the notice and papers referred in the Rules specified above, but also includes, without limitation, orders, applications, motions, demands, hearings, petitions, pleadings or requests and any other documents brought before the Court in this case, whether formal or informal, *ex parte* or on notice or otherwise, including any and all plans of reorganization and disclosure statements.

PALOALTO 96668 (2K)

Dated: March 12, 2009                         Respectfully submitted,


   /s/ *Peter J. Carney*
Peter J. Carney
Virginia State Bar No. 40498
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

William Sloan Coats
California State Bar No. 94864
WHITE & CASE LLP
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

ATTORNEYS FOR
PINNACLE SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Request for Special Notice and Service of Papers is to be served by electronic means through the Court's ECF/CM system on this 12th day of March 2008.

.

                                                        /s/ *Peter J. Carney*

Peter J. Carney
Virginia State Bar No. 40498
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355