# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**  
Linda Brame

**In re:** Circuit City Stores, Inc.

**Case Number** 08−35653−KRH  
**Chapter** 11
.

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

**CLAIMS/TRANSFER OF CLAIM:**

_    Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

_    Document does not appear to be filed in the correct case. Please review this filing for possible error, and file it in the correct case, as appropriate.

_    Form B210A − Transfer of Claim Other Than For Security.* The transfer is NOT in substantial compliance with the Procedural Form B210A.

**X**    Official Form 10 − Proof of Claim* − not attached to entry or attached form not in substantial compliance with Official Form.

**X**    Per our conversation the document filed as a Proof of Claim should be docketed in the main case 08−35653.

*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  March 10, 2009                                     CLERK, UNITED STATES BANKRUPTCY COURT

[general_checksheet_claims.jsp ver.5/2007]

By /s/ Jenni Jafarbay , Deputy Clerk  
Direct Dial Telephone No. 804−916−2411

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1              Date Rcvd: Mar 10, 2009
Case: 08-35653                Form ID: igclaims        Total Served: 1

The following entities were served by first class mail on Mar 12, 2009.
          +Linda J. Brame,    111 W. Main St., PO Box 700,    Marion, IL 62959-0700

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            William Gower
                                                                                          TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2009**                     **Signature:** *Joseph Speetjens*