# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia
## Richmond Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** | ) | Case No. 08 – 35653-KRH |
| et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AMENDED NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that **CAPARRA CENTER ASSOCIATES, S.A., "CAPARRA"**), a creditor-landlord and party in interest in this chapter 11 case, by and through its undersigned counsel, hereby amends it Notice of Appearance and Request for Notices and Service of Papers previously served and filed in these proceedings pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), and the applicable Local Rules, and requests that the following address be **deleted** from service of notices and papers:

> Caparra Center Associates, S. E.
> Att: Penny R. Stark, Esq.
> 9861 Sunrise Lakes Blvd., Suite 308.
> Sunrise, Florida 33322

**PLEASE TAKE NOTICE THAT** the undersigned further requests that service of notices and papers **continue** to be made on the undersigned at the following address previously served:

> Caparra Center Associates, S. E.
> Att: Penny R. Stark, Esq.
> 17 Bon Pinck Way
> East Hampton, NY 11937

**PLEASE TAKE FURTHER NOTICE** that the forgoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail, electronic mail, telephone, facsimile, or otherwise filed or made with regard to this case.

Dated: March 6, 2009

> Respectfully submitted,
>
> PENNY R. STARK
> Attorney for CAPARRA CENTER ASSOCIATES, S.E.,
>
> _/s/ Penny R. Stark_
> Penny R. Stark (NYSBAR # PS 6720)
> 17 Bon Pinck Way
> East Hampton, New York 11937
> Telephone: (631) 324-5808
> Facsimile: (631) 907-0713
> e-mail: pstarkesq@yahoo.com

UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
Richmond Division

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** | ) | Case No. 08 – 35653-KRH |
| **et al.,** | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 6th day of March, 2009, via regular U.S. Mail prepaid, facsimile and/or ECF Noticing to each of the persons on the annexed service list.

Dion W. Hayes
Douglas M. Foley
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Gregg M. Galardi
Ian S. Fredericks
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606

Circuit City Stores, LLC
Attention: Reginald D. Hedgebeth
9950 Maryland Drive
Richmond, VA 23233

Riemer & Braunstein LLP
Attention: David S. Berman
Three Center Plaza, 6th Floor
Boston, MA 02108

W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

_____
Penny R. Stark (NYSBAR # PS 6720)

*Penny R. Stark*
*17 Bon Pinck Way*
*East Hampton, NY 11937*
*Tel. (631) 324-5808*
*Fax. (631) 907-0713*

March 6, 2009

Clerk of the Court
United States Bankruptcy Court
Eastern District of Virginia
Suite 4000
701 East Broad Street
Richmond, Virginia  23219

In Re Circuit City Stores, Inc. Case No.08-35653-KRH

Dear Sir or Madam:

Enclosed for filing in the above-referenced proceedings, please find an original of Amended Notice of Appearance and Request for Notices and Service of Papers, plus Certificate of Service.

Thank you for your courtesies.

Very truly yours,

Penny R. Stark

PRS/ms
Enc.