Kenneth R. Rhoad, Esq. (VSB No. 33993)  Objection Deadline: April 23, 2009
Gebhardt & Smith, LLP
One South Street, Suite 2200  Hearing Date: April 28, 2009 @ 10:00 a.m.
Baltimore, Maryland 21202
Ph: (410) 385-5071
Fax: (410) 385-5119

*Attorneys for ActionLink, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-35653-KRH |
| | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

# NOTICE OF AMENDED APPLICATION BY ACTIONLINK, LLC FOR ENTRY OF AN ORDER GRANTING ALLOWANCE AND IMMEDIATE PAYMENT OF <u>ADMINISTRATIVE EXPENSE CLAIM AND HEARING THEREON</u>

PLEASE TAKE NOTICE that ActionLink, LLC, an Ohio limited liability company ("ActionLink"), and a creditor and party-in-interest in the above-captioned Chapter 11 case of Circuit City Stores, Inc., has filed an Amended Application by ActionLink, LLC for Entry of an Order Granting Allowance and Immediate Payment of Administrative Expense Claim and Hearing Thereon (the "Application"). A true and complete copy of the Application has been filed with the Court and forwarded to you.

PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read the Application carefully and then discuss it with your attorney, if you have one in this Bankruptcy Case. (If you do not have an attorney, you may wish to consult with one).

PLEASE TAKE FURTHER NOTICE that ActionLink has requested that the Court conduct a hearing on the Application on April 28, 2009 at 10:00 a.m. in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

-2-

Any objection to the Application shall be filed with the Clerk of the United States Bankruptcy Court, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219, five business days prior to the above-scheduled hearing on the Motion, and shall be served on counsel for ActionLink and the U.S. Trustee so that it is actually received five business days prior to the above-scheduled hearing. Unless a written response is filed and served before the objection deadline, the Court may deem the opposition waived, treat the Application as conceded, and issue an order granting the requested relief. If you may your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the expiration of the objection deadline.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application any may enter an order granting the relief requested in the Application.  .Pursuant to Bankruptcy Code § 503(b), ActionLink requests that the Court enter an Order:

Dated:  March 13, 2009

Respectfully submitted,

/s/ Kenneth R. Rhoad
Kenneth R. Rhoad, Esq. (VSB No. 33993)
Gebhardt & Smith, LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Ph: (410) 385-5071
Fax: (410) 385-5119

*Attorneys for ActionLink, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2009, a true and complete copy of the foregoing was filed and served using the Court's ECF System and was sent by Federal Express and first class mail, postage prepaid to the parties set forth below:

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
Seventh Floor
Wilmington, DE 19899-0636
gregg.galardi@skadden.com

*Counsel for the Debtors*

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, Illinois 60606
chris.dickerson@skadden.com
*Counsel for the Debtors*

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com

*Counsel for the Creditors Committee*

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.b.van.arsdale@usdoj.gov

*Assistant United States Trustee*

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219

-4-

dhayes@mcguirewoods.com

*Counsel for the Debtors*


Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

*Counsel for the Creditors Committee*

Circuit City Stores, Inc.
9950 Maryland Drive
Richmond, Virginia 23233
Attn: Reginald D. Hedgebeth and Daniel W. Ramsey

*Debtor*

                                                  /s/ Kenneth R. Rhoad
                                                  Kenneth R. Rhoad, Esq.