**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| In Re: CIRCUIT CITY STORES, INC., *et al.*, Debtor. | : : : : : | Chapter 11<br><br>Case No. 08-35653-KRH<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE THAT** Joseph M. DuRant, Deputy City Attorney, for the City of Newport News, Virginia, hereby appears in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") on behalf of the City of Newport News, Virginia, a party-in-interest with respect to the above-captioned debtors (the "Debtors").

**PLEASE TAKE FURTHER NOTICE THAT** the City of Newport News, Virginia (the "City"), as party-in-interest, requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such cases, be given to and served upon the undersigned at the following office address, telephone and facsimile numbers and e-mail address:

    Joseph M. DuRant, Deputy City Attorney
    Office of the City Attorney
    City of Newport News, Virginia
    2400 Washington Avenue, 9th Floor
    Newport News, VA  23607
    Telephone:  (757) 926-8416
    Facsimile: (757) 926-8549
    E-mail Address:  jdurant@nngov.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by electronic filing, mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the City's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which the City is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the City expressly reserves.

Dated: March 13, 2009

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY

/S/ Joseph M. DuRant
Joseph M. DuRant (I.D. #25053)
2400 Washington Avenue, 9th Floor
Newport News, VA  23607
Telephone:  (757) 926-8416
Facsimile: (757) 926-8549

*Counsel to City of Newport News, Virginia*