IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., *et al.*, | § | (Jointly Administered) |
| | § | |
| Debtors. | § | CHAPTER 11 |
| _____ | § | |

### ORDER GRANTING ADMISSION PRO HAC VICE

The matter came before the Court upon the Motion to Admit Counsel *Pro Hac Vice* (the "Motion") filed by Robert S. Westermann, seeking admission *pro hac vice* for Andrew M. Brumby, Esquire, of the law firm of Shutts & Bowen, LLP, in the above-styled bankruptcy proceeding pursuant to Local Bankruptcy Rule 2090-1 (E)(2). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is required, and it is appropriate that Andrew M. Brumby be authorized to practice *pro hac vice* before the Court in the aforementioned bankruptcy proceeding, it is hereby

**ORDERED** that the Motion is hereby **GRANTED**, and it is further

**ORDERED** that Andrew M. Brumby may appear and practice *pro hac vice* in the above-captioned matter and any related proceedings on behalf of Cameron Group Associates, LLP.

DATE: Mar 10 2009          /s/ Kevin Huennekens
                           UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: 3/11/09

_____

| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | Andrew M. Brumby (Florida Bar No. 0650080) |
| HIRSCHLER FLEISCHER, PC | SHUTTS & BOWEN, LLP |
| P.O. Box 500 | 300 S. Orange Avenue, Suite 1000 |
| Richmond, Virginia 23218-0500 | Orlando, Florida 32801 |
| (804) 771-9500 | (407) 835-6901 |
| (804) 644-0957 (fax) | (407) 849-7201 (fax) |
| rwestermann@hf-law.com | abrumby@shutts.com |
| | |
| *Co-counsel for Cameron Group Associates, LLP* | *Co-counsel for Cameron Group Associates, LLP* |

I ASK FOR THIS:

*/s/* Robert S. Westermann
Robert S. Westermann (VSB No. 43294)
Hirschler Fleischer PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

and

Andrew M. Brumby (Florida Bar No. 0650080)
Shutts & Bowen, LLP
300 South Orange Avenue, Suite 1000
Orlando, FL 32801
(407) 835-6901
(407) 849-7201 (fax)
abrumby@shutts.com

*Counsel for Cameron Group Associates, LLP*

## LOCAL RULE 9022-1 CERTIFICATION

    I HEREBY CERTIFY that the foregoing has been either endorsed by or served upon all necessary parties.

                                                   /s/ Robert S. Westermann
                                                     Robert S. Westermann

2

#2445417 v1    077777.00788

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: jafarbayj          Page 1 of 1          Date Rcvd: Mar 11, 2009
Case: 08-35653                Form ID: pdforder        Total Served: 1

The following entities were served by first class mail on Mar 13, 2009.
            +Andrew M. Brumby,   Shutts & Bowen, LLP,   300 S. Orange Ave., Ste. 1000,
              Orlando, FL 32801-5403
The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2009**                    **Signature:**    *Joseph Speetjens*