# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F19327 |
| D00F18548 |
| D00F12973 |
| D00F13582 |
| D00F18014 |
| D00F13365 |
| D00F18253 |
| D00F18001 |
| D00F12230 |
| D00F19861 |
| D00F19869 |
| D00F12710 |
| D00F13410 |
| D00F13990 |
| D00F14907 |
| D00F12589 |
| D00F13599 |
| D00F21217 |
| D00F13597 |
| D00F13703 |
| D00F13269 |
| D00F19239 |
| D00F19003 |
| D00F19882 |
| D00F18951 |
| D00F13414 |
| D00F17822 |
| D00F17830 |
| D00F13748 |
| D00F21229 |
| D00F13618 |
| D00F19179 |
| D00F18581 |
| D00F12530 |
| D00F15761 |
| D00F13127 |
| D00F14452 |
| D00F12960 |
| D00F14879 |
| D00F14976 |
| D00F21033 |
| D00F12707 |
| D00F19173 |
| D00F13386 |
| D00F14549 |
| D00F21028 |
| D00F15946 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F15004 |
| D00F12319 |
| D00F17918 |
| D00F19138 |
| D00F18995 |
| D00F19078 |
| D00F19163 |
| D00F14929 |
| D00F18555 |
| D00F17781 |
| D00F13755 |
| D00F12307 |
| D00F12667 |
| D00F14912 |
| D00F15019 |
| D00F12335 |
| D00F17769 |
| D00F13768 |
| D00F17835 |
| D00F14808 |
| D00F15739 |
| D00F12746 |
| D00F12694 |
| D00F14349 |
| D00F18260 |
| D00F12662 |
| D00F14453 |
| D00F14355 |
| D00F20118 |
| D00F14462 |
| D00F13433 |
| D00F12385 |
| D00F14706 |
| D00F19887 |
| D00F15939 |
| D00F13142 |
| D00F19866 |
| D00F17824 |
| D00F12965 |
| D00F12144 |
| D00F19010 |
| D00F19007 |
| D00F19233 |
| D00F14514 |
| D00F14481 |
| D00F19145 |
| D00F19094 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F17939 |
| D00F14026 |
| D00F21044 |
| D00F15343 |
| D00F18573 |
| D00F13411 |
| D00F14427 |
| D00F21053 |
| D00F18500 |
| D00F21234 |
| D00F18252 |
| D00F18030 |
| D00F21244 |
| D00F18169 |
| D00F14182 |
| D00F18434 |
| D00F19854 |
| D00F15846 |
| D00F17854 |
| D00F14849 |
| D00F12853 |
| D00F12771 |
| D00F18535 |
| D00F30704 |
| D00F18167 |
| D00F15463 |
| D00F14326 |
| D00F12507 |
| D00F17775 |
| D00F17844 |
| D00F14938 |
| D00F15424 |
| D00F14208 |
| D00F14357 |
| D00F15408 |
| D00F19481 |
| D00F19429 |
| D00F18920 |
| D00F13220 |
| D00F14289 |
| D00F12875 |
| D00F13400 |
| D00F14365 |
| D00F20992 |
| D00F12901 |
| D00F18256 |
| D00F19056 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F18445 |
| D00F15773 |
| D00F19291 |
| D00F18468 |
| D00F17870 |
| D00F13955 |
| D00F15965 |
| D00F17812 |
| D00F19857 |
| D00F14525 |
| D00F19858 |
| D00F12155 |
| D00F14820 |
| D00F13966 |
| D00F18585 |
| D00F14833 |
| D00F18494 |
| D00F18040 |
| D00F18032 |
| D00F17965 |
| D00F14872 |
| D00F18510 |
| D00F17996 |
| D00F15349 |
| D00F21041 |
| D00F12258 |
| D00F21035 |
| D00F19215 |
| D00F18561 |
| D00F13156 |
| D00F19846 |
| D00F15065 |
| D00F19159 |
| D00F19103 |
| D00F19446 |
| D00F18240 |
| D00F18006 |
| D00F13138 |
| D00F14124 |
| D00F14311 |
| D00F15591 |
| D00F13234 |
| D00F14117 |
| D00F12501 |
| D00F15033 |
| D00F19848 |
| D00F14350 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F13216 |
| D00F17922 |
| D00F15955 |
| D00F13104 |
| D00F13761 |
| D00F12504 |
| D00F17789 |
| D00F15874 |
| D00F13139 |
| D00F19017 |
| D00F18930 |
| D00F17913 |
| D00F19111 |
| D00F12730 |
| D00F12908 |
| D00F19470 |
| D00F15434 |
| D00F14837 |
| 00F13363 |
| D00F17810 |
| D00F18939 |
| D00F12537 |
| D00F13941 |
| D00F18545 |
| D00F19149 |
| D00F19048 |
| D00F18538 |
| D00F17921 |
| D00F14508 |
| D00F17985 |
| D00F19849 |
| D00F19107 |
| D00F19856 |
| D00F15801 |
| D00F18026 |
| D00F12311 |
| D00F19890 |
| D00F18952 |
| D00F21055 |
| D00F15681 |
| D00F13770 |
| D00F19855 |
| D00F17899 |
| D00F13264 |
| D00F19434 |
| D00F13932 |
| D00F19505 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F21051 |
| D00F13763 |
| D00F14923 |
| D00F18174 |
| D00F12915 |
| D00F17782 |
| D00F14491 |
| D00F13143 |
| D00F14741 |
| D00F19197 |
| D00F15427 |
| D00F18017 |
| D00F13181 |
| D00F14954 |
| D00F13199 |
| D00F13773 |
| D00F12391 |
| D00F15451 |
| D00F17993 |
| D00F13194 |
| D00F11753 |
| D00F18450 |
| D00F13390 |
| D00F14163 |
| D00F18004 |
| D00F21018 |
| D00F19526 |
| D00F18164 |
| D00F15043 |
| D00F14331 |
| D00F21025 |
| D00F15429 |
| D00F14322 |
| D00F17817 |
| D00F13226 |
| D00F17788 |
| D00F13649 |
| D00F15370 |
| D00F17778 |
| D00F13238 |
| D00F19000 |
| D00F17906 |
| D00F17766 |
| D00F14541 |
| D00F18003 |
| D00F17968 |
| D00F17956 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
| --- |
| D00F18504 |
| D00F19293 |
| D00F14889 |
| D00F14415 |
| D00F17934 |
| D00F17871 |
| D00F17981 |
| D00F17785 |
| D00F14686 |
| D00F14340 |
| D00F14334 |
| D00F15960 |
| D00F17893 |
| D00F17953 |
| D00F19231 |
| D00F12886 |
| D00F13729 |
| D00F17768 |
| D00F17888 |
| D00F18569 |
| D00F18012 |
| D00F19413 |
| D00F19069 |
| D00F12115 |
| D00F18576 |
| D00F14981 |
| D00F15026 |
| D00F17974 |
| D00F12516 |
| D00F17991 |
| D00F13224 |
| D00F18010 |
| D00F18985 |
| D00F12300 |
| D00F14893 |
| D00F14930 |
| D00F17876 |
| D00F19880 |
| D00F19524 |
| D00F17800 |
| D00F18230 |
| D00F14858 |
| D00F17944 |
| D00F13169 |
| D00F18187 |
| D00F19402 |
| D00F17814 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F17801 |
| D00F19284 |
| D00F19085 |
| D00F18513 |
| D00F19438 |
| D00F12299 |
| D00F13766 |
| D00F18009 |
| D00F19248 |
| D00F14826 |
| D00F12573 |
| D00F17890 |
| D00F18176 |
| D00F14345 |
| D00F17988 |
| D00F15496 |
| D00F18451 |
| D00F19850 |
| D00F13747 |
| D00F12233 |
| D00F17808 |
| D00F13677 |
| D00F13252 |
| D00F21129 |
| D00F12700 |
| D00F17828 |
| D02920466 |
| D00F17773 |
| D00F12523 |
| D00F14014 |
| D00F14471 |
| D00F13587 |
| D00F17797 |
| D00F19211 |
| D00F15756 |
| D00F19313 |
| D00F12348 |
| D00F13360 |
| D00F17809 |
| D00F12510 |
| D00F19889 |
| D00F15481 |
| D00F18020 |
| D00F14003 |
| D00F13257 |
| D00F18460 |
| D00F15373 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F18565 |
| D00F14688 |
| D00F19520 |
| D00F12245 |
| D00F18550 |
| D00F13727 |
| D00F12326 |
| D00F21061 |
| D00F17879 |
| D00F17946 |
| D00F14949 |
| D00F14943 |
| D00F14408 |
| D00F13421 |
| D00F14816 |
| D00F18589 |
| D00F13186 |
| D00F36653 |
| D00F13759 |
| D00F20130 |
| D00F19282 |
| D00F14842 |
| D00F15527 |
| D00F19852 |
| D00F14513 |
| D00F13188 |
| D0292046610 |
| D00F13206 |
| D00F18498 |
| D00F14936 |
| D00F13715 |
| D00F13204 |
| D00F14441 |
| D00F14761 |
| D00F18037 |
| D00F12260 |
| D00F18171 |
| D00F18510 |
| D00F19872 |
| D00F21208 |
| D00F18571 |
| D00F17839 |
| D00F17843 |
| D00F17829 |
| D00F18492 |
| D00F17898 |
| D00F19862 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F17867 |
| D00F18005 |
| D00F17825 |
| D00F18036 |
| D00F14692 |
| D00F19237 |
| D00F14560 |
| D00F12980 |
| D00F13420 |
| D00F14988 |
| D00F17883 |
| D00F18541 |
| D00F18552 |
| D00F19875 |
| D00F19877 |
| D00F19864 |
| D00F19531 |
| D00F14718 |
| D00F17806 |
| D00F17861 |
| D00F12758 |
| D00F13942 |
| D00F12520 |
| D00F12579 |
| D00F12514 |
| D00F11722 |
| D00F12107 |
| D00F12142 |
| D00F12154 |
| D00F12221 |
| D00F12232 |
| D00F12238 |
| D00F12251 |
| D00F12256 |
| D00F12257 |
| D00F12305 |
| D00F12308 |
| D00F12317 |
| D00F12323 |
| D00F12329 |
| D00F12343 |
| D00F12349 |
| D00F12350 |
| D00F12381 |
| D00F12387 |
| D00F12500 |
| D00F12503 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F12506 |
| D00F12508 |
| D00F12511 |
| D00F12515 |
| D00F12518 |
| D00F12522 |
| D00F12527 |
| D00F12533 |
| D00F12570 |
| D00F12575 |
| D00F12585 |
| D00F12657 |
| D00F12666 |
| D00F12668 |
| D00F12671 |
| D00F12673 |
| D00F12676 |
| D00F12681 |
| D00F12687 |
| D00F12692 |
| D00F12697 |
| D00F12714 |
| D00F12715 |
| D00F12723 |
| D00F12739 |
| D00F12754 |
| D00F12765 |
| D00F12848 |
| D00F12862 |
| D00F12870 |
| D00F12873 |
| D00F12878 |
| D00F12881 |
| D00F12883 |
| D00F12899 |
| D00F12905 |
| D00F12911 |
| D00F12934 |
| D00F12957 |
| D00F12964 |
| D00F12968 |
| D00F12975 |
| D00F13107 |
| D00F13123 |
| D00F13136 |
| D00F13137 |
| D00F13140 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F13141 |
| D00F13147 |
| D00F13153 |
| D00F13155 |
| D00F13164 |
| D00F13179 |
| D00F13180 |
| D00F13185 |
| D00F13191 |
| D00F13195 |
| D00F13198 |
| D00F13201 |
| D00F13213 |
| D00F13215 |
| D00F13222 |
| D00F13223 |
| D00F13230 |
| D00F13231 |
| D00F13240 |
| D00F13256 |
| D00F13262 |
| D00F13268 |
| D00F13355 |
| D00F13357 |
| D00F13362 |
| D00F13366 |
| D00F13368 |
| D00F13370 |
| D00F13381 |
| D00F13395 |
| D00F13407 |
| D00F13409 |
| D00F13412 |
| D00F13416 |
| D00F13417 |
| D00F13426 |
| D00F13431 |
| D00F13443 |
| D00F13447 |
| D00F13456 |
| D00F13458 |
| D00F13469 |
| D00F13477 |
| D00F13487 |
| D00F13491 |
| D00F13497 |
| D00F13505 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F13518 |
| D00F13523 |
| D00F13536 |
| D00F13556 |
| D00F13580 |
| D00F13584 |
| D00F13585 |
| D00F13589 |
| D00F13590 |
| D00F13602 |
| D00F13606 |
| D00F13617 |
| D00F13620 |
| D00F13623 |
| D00F13626 |
| D00F13632 |
| D00F13641 |
| D00F13643 |
| D00F13653 |
| D00F13670 |
| D00F13672 |
| D00F13699 |
| D00F13702 |
| D00F13709 |
| D00F13711 |
| D00F13717 |
| D00F13722 |
| D00F13724 |
| D00F13731 |
| D00F13734 |
| D00F13735 |
| D00F13737 |
| D00F13742 |
| D00F13743 |
| D00F13752 |
| D00F13756 |
| D00F13757 |
| D00F13758 |
| D00F13760 |
| D00F13762 |
| D00F13764 |
| D00F13767 |
| D00F13769 |
| D00F13772 |
| D00F13920 |
| D00F13923 |
| D00F13927 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F13938 |
| D00F13939 |
| D00F13950 |
| D00F13951 |
| D00F13956 |
| D00F13962 |
| D00F13970 |
| D00F13975 |
| D00F13982 |
| D00F13983 |
| D00F13988 |
| D00F13996 |
| D00F14000 |
| D00F14008 |
| D00F14012 |
| D00F14023 |
| D00F14115 |
| D00F14122 |
| D00F14130 |
| D00F14135 |
| D00F14161 |
| D00F14167 |
| D00F14175 |
| D00F14177 |
| D00F14183 |
| D00F14184 |
| D00F14192 |
| D00F14194 |
| D00F14195 |
| D00F14202 |
| D00F14307 |
| D00F14315 |
| D00F14317 |
| D00F14319 |
| D00F14324 |
| D00F14330 |
| D00F14335 |
| D00F14337 |
| D00F14338 |
| D00F14343 |
| D00F14344 |
| D00F14346 |
| D00F14348 |
| D00F14351 |
| D00F14352 |
| D00F14353 |
| D00F14356 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F14359 |
| D00F14360 |
| D00F14364 |
| D00F14368 |
| D00F14371 |
| D00F14376 |
| D00F14384 |
| D00F14394 |
| D00F14412 |
| D00F14424 |
| D00F14436 |
| D00F14447 |
| D00F14448 |
| D00F14458 |
| D00F14467 |
| D00F14473 |
| D00F14487 |
| D00F14502 |
| D00F14510 |
| D00F14511 |
| D00F14521 |
| D00F14534 |
| D00F14545 |
| D00F14555 |
| D00F14680 |
| D00F14681 |
| D00F14684 |
| D00F14687 |
| D00F14690 |
| D00F14701 |
| D00F14713 |
| D00F14736 |
| D00F14749 |
| D00F14802 |
| D00F14815 |
| D00F14818 |
| D00F14824 |
| D00F14829 |
| D00F14835 |
| D00F14838 |
| D00F14844 |
| D00F14853 |
| D00F14865 |
| D00F14869 |
| D00F14875 |
| D00F14885 |
| D00F14892 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F14898 |
| D00F14900 |
| D00F14902 |
| D00F14904 |
| D00F14906 |
| D00F14917 |
| D00F14921 |
| D00F14922 |
| D00F14925 |
| D00F14927 |
| D00F14934 |
| D00F14939 |
| D00F14942 |
| D00F14945 |
| D00F14951 |
| D00F14972 |
| D00F14978 |
| D00F14985 |
| D00F14999 |
| D00F15010 |
| D00F15021 |
| D00F15030 |
| D00F15036 |
| D00F15051 |
| D00F15335 |
| D00F15336 |
| D00F15342 |
| D00F15345 |
| D00F15347 |
| D00F15348 |
| D00F15356 |
| D00F15361 |
| D00F15365 |
| D00F15367 |
| D00F15369 |
| D00F15372 |
| D00F15376 |
| D00F15380 |
| D00F15399 |
| D00F15423 |
| D00F15425 |
| D00F15428 |
| D00F15432 |
| D00F15438 |
| D00F15440 |
| D00F15448 |
| D00F15460 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F15472 |
| D00F15487 |
| D00F15514 |
| D00F15542 |
| D00F15569 |
| D00F15584 |
| D00F15676 |
| D00F15733 |
| D00F15752 |
| D00F15758 |
| D00F15767 |
| D00F15796 |
| D00F15839 |
| D00F15855 |
| D00F15936 |
| D00F15942 |
| D00F15951 |
| D00F15958 |
| D00F15961 |
| D00F15969 |
| D00F15972 |
| D00F15977 |
| D00F15979 |
| D00F15990 |
| D00F17771 |
| D00F17798 |
| D00F17874 |
| D00F17880 |
| D00F17885 |
| D00F17911 |
| D00F17960 |
| D00F17964 |
| D00F17980 |
| D00F18034 |
| D00F18152 |
| D00F18182 |
| D00F18476 |
| D00F18485 |
| D00F18577 |
| D00F19029 |
| D00F19039 |
| D00F19047 |
| D00F19063 |
| D00F19073 |
| D00F19154 |
| D00F19253 |
| D00F19463 |

# EXHIBIT 3

## Iowa Equipment Supplements

| Supplement Number |
|---|
| D00F19490 |
| D00F19592 |
| D00F20126 |
| D00F21031 |
| D00F21040 |
| D00F21069 |