Court File No. 08-CL-7841

## ONTARIO
### SUPERIOR COURT OF JUSTICE
### COMMERCIAL LIST

| | | |
|---|---|---|
| THE HONOURABLE MR. | ) | MONDAY, THE 9th DAY |
| | ) | |
| JUSTICE MORAWETZ | ) | OF MARCH, 2009 |



IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF INTERTAN CANADA LTD. AND TOURMALET CORPORATION

APPLICANTS

### ORDER
#### (Additional Approvals Order)

**THIS MOTION**, made by the Applicants for an order extending the Stay Period (as defined in the Amended and Restated Initial Order), approving the Intercompany Agreement, approving the Foto Source Settlement Agreement and sealing the Confidential Supplement (all as defined below), was heard this day at 330 University Avenue, Toronto, Ontario.

**ON READING** the Notice of Motion, the Affidavit of Mark Wong sworn March 2, 2009 and the Exhibits thereto (the "Wong Affidavit"), the Sixth Report of the Monitor dated March 2, 2009 and the Appendices thereto, including the Confidential Supplement (as defined below), and on hearing the submissions of counsel for the Applicants, the Monitor, Bank of

TOR_P2Z:3581603.5

America, N.A. (Canadian Branch) in its capacity as a lender and Canadian agent (the "Canadian Agent"), Star Choice Communications Inc., Garmin International, Inc., Foto Source Canada Inc., the Cadillac Fairview Corporation Limited, 4458729 Canada Inc., Bell Canada, Rogers Communications, OMERS Realty Management Corporation, Ivanhoe Cambridge 1 Inc., Morguard Investments Limited and 20 VIC Management Inc. on behalf of OPB Realty Inc., Retrocom Limited Partnership and 920076 Ontario Limited o/a The Southridge Mall, no one else appearing although duly served as set out in the Affidavit of Service of Gillian Scott dated March 2, 2009.

## SERVICE

1.        **THIS COURT ORDERS** that the time for service of the Notice of Motion and the Motion Record herein is hereby abridged so that this Motion is properly returnable today and any further service of the Notice of Motion and the Motion Record is hereby dispensed with.

## EXTENSION OF THE STAY PERIOD

2.        **THIS COURT ORDERS** that the Stay Period as defined in the Amended and Restated Initial Order dated November 10, 2008, and as subsequently extended by Orders of this Honourable Court, is hereby extended from March 31, 2009 until July 3, 2009.

## APPROVAL OF THE FOTO SOURCE SETTLEMENT AGREEMENT

3.        **THIS COURT ORDERS** that the Settlement and Coexistence Agreement between Foto Source Canada Inc., InterTAN and Circuit City Stores West Coast, Inc. ("West Coast") dated February 20, 2009, in the form attached as Exhibit "H" to the Wong Affidavit, is hereby approved.

## APPROVAL OF THE INTERCOMPANY AGREEMENT

4.  **THIS COURT ORDERS** that the agreement between InterTAN, Circuit City Stores, Inc., West Coast and Ventoux International, Inc., (the "Intercompany Agreement"), dated February 23, 2009, in the form attached as Exhibit "I" to the Wong Affidavit is hereby approved.

## SEALING OF THE CONFIDENTIAL SUPPLEMENT

5.  **THIS COURT ORDERS** that the Confidential Supplement to the Sixth Report of the Monitor, dated March 5, 2009 (the "Confidential Supplement") be sealed, kept confidential and not form part of the public record, but rather shall be placed, separate and apart from all other contents of the Court file, in a sealed envelope attached to a notice which sets out the title of these proceedings and a statement that the contents are subject to a sealing order and shall only be opened upon further Order of the Court.

6.  **THIS COURT HEREBY REQUESTS** the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada or in the United States, including the United States Bankruptcy Court for the Eastern District of Virginia, to give effect to this Order. All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance as may be necessary or desirable to give effect to this Order.

_[signature]_

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO.:

MAR 1 0 2009

PER / PAR: _[initials]_

TOR_P2Z:3581603.5

IN THE MATTER OF THE *COMPANIES' CREDITORS ARRANGEMENT ACT*, R.S.C. 1985, c. C-36, AS AMENDED

AND IN THE MATTER OF A PLAN OF COMPROMISE OR ARRANGEMENT OF INTERTAN CANADA LTD. AND TOURMALET CORPORATION

APPLICANTS

Court File No: 08-CL-7841

**Ontario**
**SUPERIOR COURT OF JUSTICE**
**COMMERCIAL LIST**

Proceeding commenced at Toronto

**ORDER**

**Additional Approvals Order**
**March 9, 2009**

**OSLER, HOSKIN & HARCOURT LLP**
P.O. Box 50
1 First Canadian Place
Toronto, ON  M5X 1B8

Edward Sellers (LSUC #30110F)
Tel: (416) 862-5959

Jeremy Dacks (LSUC #41851R )
Tel: (416) 862-4923

Marc Wasserman (LSUC #44066M )
Tel: (416) 862-4908

Lawyers for the Applicants

F# 1113457