UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No.   08-35653-KRH |
|    Debtors. | ) | |
| | ) | |
| TREMOR MEDIA, INC., | ) | Jointly Administered |
|    Movant, | ) | |
| v. | ) | Hearing Date:  April 14, 2009 at 10:00 a.m. |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Objection Deadline:  April 7, 2009 |
|    Respondent. | ) | |

**AMENDED
NOTICE OF MOTION AND NOTICE OF HEARING OF
TREMOR MEDIA, INC. FOR THE ALLOWANCE AND PAYMENT
OF THE PRIORITY ADMINISTRATIVE EXPENSE CLAIM**

On the March 13, 2009, Tremor Media, Inc. ("Tremor Media"), filed its Motion pursuant to 11 U.S.C. § 503, for entry of an order allowing an administrative priority expense claim (the "Administrative Expense Claim") for services provided to Circuit City Stores, Inc. (the "Debtor") post-petition.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

Dennis T. Lewandowski, Esq. (VSB No. 22232)
Kaufman & Canoles,
  a professional corporation
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Phone:  (757) 624-3252
Fax:  (757) 624-3169
Email:  dtlewand@kaufcan.com

John G. Loughnane, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA  02110
Phone:  (617) 342-3885
Fax:  (617) 342-6899
Email:  JLoughnane@eckertseamans.com

*Counsel for Tremor Media, Inc.*

If you do not wish the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before April 7, 2009, you must file a written response, explaining your position, with the Court and serve a copy on the Movant. Unless a written response is filed and served on or before April 7, 2009, the Court may deem opposition waived, treat the motion as conceded and issue an order granting the requested relief without further notice or hearing.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before April 7, 2009

If you file a response to the motion, a hearing will be held on April 14, 2009 at 10 a.m. in the United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Courtroom 5000, Richmond, Virginia 23219.

Dated: March 17, 2009

TREMOR MEDIA, INC.

By: _____

Dennis T. Lewandowski, Esq.
Kaufman & Canoles,
  a professional corporation
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Phone: (757) 624-3252
Fax: (757) 624-3169
Email: dtlewand@kaufcan.com

-and-

John G. Loughnane, Esq.
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, MA 02110
Phone: (617) 342-3885
Fax: (617) 342-6899
Email: JLoughnane@eckertseamans.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Amended Notice of Motion of Tremor Media, Inc.'s for the Allowance and Payment of the Priority Administrative Expense Claim was mailed first-class, postage prepaid U.S. Mail, this 17th day of March, 2009, to the parties listed on Schedule 1 attached to the Motion of Tremor Media, Inc.'s for the Allowance and Payment of the Priority Administrative Expense Claim and sent via electronic mail to all creditors and parties-in-interest who are included in the Bankruptcy Court's ECF e-mail notification system.

*[signature]*

1454349\2