UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., *et al.* ) | Case No.: 08-35653-KRH |
| ) | |
| Debtors. ) | Jointly Administered |

## MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE

COMES NOW SEA Properties I, LLC ("Landlord"), by its counsel, and pursuant to the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures, hereby moves for leave of Court to attend the March 20, 2009 hearing by telephone. In support thereof, the Landlord states as follows:

1. On March 13, 2009, the Landlord, by and through its counsel, appeared at the hearing on its objection to Debtors' failure to follow bidding procedures and Debtors' proposed cure amount.

2. By agreement of the parties, the hearing on Landlord's objection to the proposed cure amount was adjourned to March 20, 2009, at 10:00 a.m.

3. Per the Landlord's request, there being no objections, the Court agreed to permit its appearance at the adjourned hearing via telephone.

WHEREFORE, SEA Properties I, LLC, respectfully requests that this Court grant this motion and enter an Order substantially in the form annexed hereto permitting Darren W. Bentley to appear and be heard by telephone at the hearing on March 20, 2009 on behalf of SEA Properties I, LLC.

1

**Dated: March 17, 2009**                              **SEA PROPERTIES I, LLC**

                                                       **By Counsel**


**Counsel:**

**CLEMENT & WHEATLEY**
**549 Main Street**
**P.O. Box 8200**
**Danville, VA 24543-8200**
**(434)793-8200**
**(434)793-8436 Fax**
**bentleyd@clementwheatley.com**

**s/ Darren W. Bentley**
**Darren W. Bentley (VSB# 48092)**



<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on March 17, 2009, the foregoing was served by electronic means through the Court's CM/ECF Noticing System on parties identified in the "2002" and "Core" lists.

                                         /s/ Darren W. Bentley
                                         Darren W. Bentley

2

```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION
```

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.* | ) | Case No.: 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ORDER GRANTING MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., et al. (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that SEA Properties I, LLC's Motion for Leave of Court to Attend Hearing by Telephone is GRANTED and Darren W. Bentley is permitted to appear and be heard by telephone at the hearing on March 20, 2009 on behalf of SEA Properties I, LLC.

Enter:       /     /

_____
Judge

We ask for this:
Darren W. Bentley, VSB #48092
CLEMENT & WHEATLEY
549 Main Street
P. O. Box 8200
Danville, VA 24543-8200
Phone: (434) 793-8200
Fax: (434) 793-8436
bentleyd@clementwheatley.com

/s/ Darren W. Bentley
Darren W. Bentley
Counsel for SEA Properties I, LLC