IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 |
| | Jointly Administered |
| Debtors. | |
| _____/ | |

## NOTICE OF WITHDRAWAL OF CLAIMS

COMES NOW, the City of Coral Springs, a creditor in this bankruptcy action, and hereby files its Notice of Withdrawal of the following claims:

Claim Number 1213    Filed 12/17/2008    Amount: $2,143.99
Claim Number 1375    Filed 12/17/2008    Amount: $2,196.25

I HEREBY CERTIFY that a copy of the foregoing was sent via U.S. mail to counsel for Debtors and Debtors in Possession, Gregg M. Galardi, Esq. and Ian S. Fredericks, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, P.O. Box 636, Wilmington, Delaware 19899-0636, Chris L. Dickerson, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, 333 West Wacker Drive, Chicago, IL 60606, Dion W. Hayes, Esq. and Douglas M. Foley, McGuirewoods LLP, One James Center, 901 E. Cary Street, Richmond, Virginia 23219 this 12th of March 2009.

By: _Sherry Whitacre_
Sherry Whitacre, Esq.
Municipal Prosecutor
City of Coral Springs
9551 West Sample Road
Coral Springs, Florida 33065
Phone: (954) 344-1011
Fax:    (954) 344-5930
Email: swhitacre@coralsprings.org

Doc. 93653