**<u>EXHIBIT E1</u>**

# McGUIREWOODS

**Dion W. Hayes**
**804.775.1144**

One James Center
901 East Cary Street
Richmond, VA 23219-4030

December 9, 2008

REMITTANCE COPY
**PLEASE RETURN WITH PAYMENT**
DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or (800) 775-2202

INVOICE NO. 91094382

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

TAX ID NO.  54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:                                          $.00
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                          $227,581.00
    Current Disbursements:                   $9,558.65
    **Current Invoice Total:**                          $237,139.65

Total Balance Due:                                            $237,139.65


PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

    McGuireWoods LLP
    Attn: Accounts Receivable
    901 E. Cary Street
    Richmond, VA 23219-4030


**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# |McGuireWoods

**Dion W. Hayes**
**804.775.1144**

One James Center
901 East Cary Street
Richmond, VA 23219-4030

December 9, 2008

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Bill Through: 11/30/08

__INVOICE NO.   91094382__

TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.   2055557-0010
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes

| | | |
|---|---|---|
| 11/10/08 | Various telephone calls with creditors or their counsel (1.5); prepare for first day hearings (1.5); first day hearings (2.9); initial interview with UST (.5); review various objections to fist days and revise orders (1.5); telephone calls with client regarding numerous questions about filing environment (1.6); begin work on second day motions (1.7) Dion W. Hayes  11.20 hours at  525.00 per hour. | $5,880.00 |
| 11/10/08 | Prepare and finalize filings of first day motions and review and finalize same and hearing preparations (2.9) Douglas M. Foley   2.90 hours at  525.00 per hour. | $1,522.50 |
| 11/10/08 | Prepare for and attend first day hearings (7.9); several telephone conferences and e-mails with creditors regarding same (1.3); draft, review and revise final form of first orders for submission to court for entry and coordinated notice provisions (1.2) Douglas M. Foley  10.40 hours at  525.00 per hour. | $5,460.00 |

File Number: 2055557                                   Page    2
Invoice No. 91094382                                   December 9, 2008

11/10/08  Finalize first day pleadings
          Joseph S. Sheerin    5.00 hours at   400.00 per hour.        $2,000.00

11/10/08  Continue to analyze, revise, finalize and file
          Chapter 11 petitions and first day motions and
          pleadings (5.8); analyze strategies for first
          day hearings and preparation for first day
          hearings and multiple telephone conferences and
          e-mails with chambers, clerk's office,
          creditors, co-counsel and other constituencies
          regarding same (1.3); draft, revise and submit
          multiple orders, notices and other items to
          chambers and other parties (1.3); draft,
          finalize and file declarations of divisional
          venue and telephone conference with clerk's
          office regarding filing deficiencies (1.1);
          attend and participate in first day hearing and
          revision, submission, and entry of orders and
          distribute certified copies (6.3)
          Sarah B. Boehm  15.80 hours at   400.00 per hour.        $6,320.00

11/10/08  Continue draft, revise and file Chapter 11
          petitions and first day motions and pleadings
          and preparation for first day hearings (6.9);
          multiple telephone conferences and e-mails with
          chambers, clerk's office, creditors, co-counsel
          and other constituencies regarding first day
          hearings and related issues (1.0); prepare for
          and attend first day hearings (3.7); draft,
          revise, prepare and submit multiple orders,
          notices, and other items to chambers, clerk's
          office, and other parties and analyze
          strategies for first day hearings and revision,
          submission, and entry of orders (3.9)
          Daniel F. Blanks  15.50 hours at  350.00 per hour.        $5,425.00

11/10/08  Prepare and file first day motions
          Aaron G. McCollough   4.80 hours at   325.00 per hour.   $1,560.00

11/10/08  Prepare and assist in filing of first day
          motions (5.0)
          Richard F. Blair   5.00 hours at  275.00 per hour.       $1,375.00

11/10/08  Assist with preparation for filing multiple
          first day motions and orders (7.4); prepare
          first day court documents (5.4); assist with
          first day hearing (5.2)
          D. Morrison de Lopez  18.00 hours at  180.00 per hour.   $3,240.00

Circuit City Stores Inc
File Number: 2055557                                    Page    3
Invoice No. 91094382                              December 9, 2008

11/10/08  Preparation of documents, including motions and
          orders for first day motions hearing (7.5);
          attend hearing on first day motions (7.0)
          Linda J. Neilson  14.50 hours at  165.00 per hour.      $2,392.50

11/10/08  Assist with preparations for filing multiple
          first day motions and orders (7.7); prepare
          first day court documents (5.3); assist with
          first day hearing and order revisions (5.2)
          Karen B. Cain  18.20 hours at  175.00 per hour.         $3,185.00

11/10/08  Assist team with hardware and resources for
          hearing
          Wanda C. Bailey    .50 hours at  175.00 per hour.          $87.50

11/10/08  Assist with technology at first day
          post-petition hearings
          Patricia C. Anderson   8.40 hours at  125.00 per hour.  $1,050.00

11/11/08  Analysis, planning and organization for
          handling bankruptcy case matters
          Howard Feller   2.70 hours at  545.00 per hour.         $1,471.50

11/11/08  Planning for matters to be worked on during
          bankruptcy proceeding, including processing of
          correspondence under lead director
          correspondence policy of the board of directors
          Jane Whitt Sellers   1.00 hours at  540.00 per hour.      $540.00

11/11/08  E-mails and telephone calls with client's
          inhouse counsel regarding numerous issues
          (1.5); review pleadings filed in cases (1.1);
          internal meetings regarding case organization
          (1.5)
          Dion W. Hayes   4.10 hours at  525.00 per hour.         $2,152.50

11/11/08  Analyze pending Circuit City matters and
          consider strategy in light of bankruptcy (1.2)
          Robert M. Tyler   1.20 hours at  435.00 per hour.         $522.00

11/11/08  Multiple calls and e-mails responding to
          creditor, landlord, vendor and counsel
          questions regarding bankruptcy filing (1.1);
          analyze and revise multiple first day orders
          and multiple calls and e-mails regarding same
          (1.4)
          Sarah B. Boehm   2.50 hours at  400.00 per hour.        $1,000.00

11/11/08  Draft, revise, and submit multiple proposed
          orders regarding first day hearings and related
          issues (4.6); multiple e-mails and telephone
          conferences with I. Fredericks regarding first
          day pleadings, orders, second day pleadings and
          related issues and review material regarding
          same (1.3); draft and revise suggestions in
          bankruptcy (.8); multiple telephone calls and
          e-mails with creditors, clerk's office, and
          other parties regarding bankruptcy case and
          related issues (1.9)
          Daniel F. Blanks   8.60 hours at   350.00 per hour.      $3,010.00

11/11/08  Analyze and monitor bankruptcy court docket for
          entered orders (1.9); update binders for
          professionals (.9); conference with D. Hayes
          regarding omitted orders (.3); telephone call
          to court regarding entry of Bops orders (.3);
          conference with D. Blanks regarding case
          calendar (.4)
          Karen B. Cain    3.70 hours at   175.00 per hour.          $647.50

11/12/08  Several telephone conferences and e-mails
          regarding status of entry of first day orders
          and review and revise same (.9); several
          telephone conferences with creditors regarding
          first day relief, hearing dates and objection
          periods going forward, and general questions
          regarding status of case (1.9)
          Douglas M. Foley   2.80 hours at   525.00 per hour.      $1,470.00

11/12/08  Revise, finalize and submit multiple orders to
          clerk's office and multiple calls and e-mails
          with clerk's office regarding same (3.3);
          finalize and file affidavit of service for KCC
          and e-mails regarding same (.3); multiple calls
          and e-mails regarding status of entry of
          multiple orders (.9); multiple calls and
          e-mails from creditors, vendors, landlords,
          counsel, utilities and reclamation claimants
          and analyze issues regarding same (1.2);
          e-mails and correspondence to KCC regarding
          notices of appearance and address corrections
          (.4); review entered orders and e-mails
          regarding same (.4)
          Sarah B. Boehm   6.50 hours at   400.00 per hour.        $2,600.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91094382

Page    5
December 9, 2008

11/12/08  Multiple telephone conferences and e-mails with
          claimants and other parties regarding case,
          claims issues and other related items (2.7);
          multiple telephone conferences and e-mails with
          co-counsel regarding case administration and
          related issues (.9)
          Daniel F. Blanks   3.60 hours at  350.00 per hour.      $1,260.00

11/12/08  Research bankruptcy court docket and filings
          for entered first day orders (.4)
          Karen B. Cain    .40 hours at  175.00 per hour.            $70.00

11/13/08  Analysis regarding bar date motions and
          schedules issues (1.0); telephone conferences
          and e-mails with clients regarding general
          bankruptcy issues (1.3)
          Dion W. Hayes   2.30 hours at  525.00 per hour.         $1,207.50

11/13/08  E-mails with F. Telegadas regarding website
          accessibility project (.1); telephone
          conference with F. Telegadas regarding website
          accessibility project (.1)
          Robert M. Tyler    .20 hours at  435.00 per hour.          $87.00

11/13/08  Analyze first day orders and binders for R.
          Hedgebeth (.8); analyze and revise claims
          trading notice and related exhibits and
          multiple e-mails regarding same (.7); multiple
          calls and correspondence with landlords,
          counsel, vendors and other parties (1.6);
          revise and finalize 503(b)(9) claim form and
          notice and e-mails regarding same (.6); draft
          correspondence to clerk's office regarding
          certified copy payment (.1); multiple telephone
          calls from clerk's office regarding entry of
          various orders (.4); analyze issues regarding
          first day pleadings and correspondence (.6)
          Sarah B. Boehm   4.80 hours at  400.00 per hour.        $1,920.00

11/13/08  Multiple telephone conferences and e-mails with
          I. Fredericks regarding case administration,
          first day pleadings and orders to the company,
          and other related issues (1.2); draft and
          revise suggestions in bankruptcy and multiple
          e-mails with parties regarding same (1.7);
          draft and revise bar date motion and research
          issues regarding same (.7)
          Daniel F. Blanks   3.60 hours at  350.00 per hour.      $1,260.00

11/13/08  File motions to extend time to submit schedules
          for affiliate debtors (.6); e-mails to and from
          S. Boehm regarding Equity Trading Notice (.2)
          Richard F. Blair    .80 hours at  275.00 per hour.        $220.00

11/13/08  Review bankruptcy filings and entered orders
          (.3)
          D. Morrison de Lopez    .30 hours at  180.00 per hour.     $54.00

11/13/08  Research and analysis of bankruptcy court
          docket, filings and entered orders (1.3);
          prepare first day binders for client (2.9);
          work on case calendar updates (1.1)
          Karen B. Cain   5.30 hours at  175.00 per hour.           $927.50

11/14/08  Review new pleadings for matters on December
          5th docket
          Dion W. Hayes    1.30 hours at  525.00 per hour.          $682.50

11/14/08  Review, draft, revise motion to set general bar
          date, schedule 341 meeting, and timing of
          sending notices and filing schedules (1.7);
          telephone conference with UST's office
          regarding same and e-mails regarding logistics
          for 341 meeting (.4); review entered first day
          orders and respond to creditor calls and
          e-mails regarding same (.6)
          Douglas M. Foley   2.70 hours at  525.00 per hour.      $1,417.50

11/14/08  Multiple calls and e-mails regarding pleadings
          to be filed for December omnibus hearing (.6);
          multiple calls and correspondence from
          creditors, vendors, landlords and counsel (.9);
          revise claims trading notice and exhibits and
          e-mails regarding same (.4); telephone call
          from clerk's office regarding various case
          administration matters (.2)
          Sarah B. Boehm   2.10 hours at  400.00 per hour.          $840.00

11/14/08  Multiple telephone conferences with claimants
          and other parties regarding bankruptcy
          information and other issues and review and
          analyze correspondences, pleadings, and other
          items regarding same and multiple telephone
          conferences and e-mails with co-counsel
          regarding same
          Daniel F. Blanks   1.60 hours at  350.00 per hour.        $560.00

Circuit City Stores Inc
File Number: 2055557                                 Page    7
Invoice No. 91094382                                 December 9, 2008

11/14/08 Review and prepare equity trading notice and
         exhibits (.9); e-mails to S. Boehm and D. Dip
         regarding notice and exhibits for equity
         trading notice (.1)
         Richard F. Blair   1.00 hours at  275.00 per hour.        $275.00

11/14/08 Research bankruptcy court docket (.3); analyze
         filings for hearing and cut off dates (.9);
         work on court cases calendar (.7); complete
         first day orders binders for professionals
         (1.2)
         Karen B. Cain   3.10 hours at  175.00 per hour.           $542.50

11/15/08 Continue attention to restructuring and
         multiple e-mails and telephone conferences with
         creditors and parties in interest and analyze
         strategies for December 5, 2008 omnibus hearing
         and pleadings to be heard and related issues
         Daniel F. Blanks   1.50 hours at  350.00 per hour.        $525.00

11/16/08 Review and revise second day pleadings and
         e-mails with debtors professionals regarding
         same (1.5)
         Douglas M. Foley   1.50 hours at  525.00 per hour.        $787.50

11/16/08 Finalize and file affidavit of service for KCC
         and e-mails regarding same
         Sarah B. Boehm    .20 hours at  400.00 per hour.           $80.00

11/17/08 Review pleadings (2.0); telephone calls to
         in-house counsel regarding various bankruptcy
         issues (.5)
         Dion W. Hayes   2.50 hours at  525.00 per hour.         $1,312.50

11/17/08 Analyze first day orders and draft and revise
         case calendar regarding deadlines (1.9);
         multiple e-mails with KCC regarding noticing
         issues and related case administration matters
         (.4); multiple calls and e-mails from
         creditors, vendors, landlords, counsel,
         utilities and reclamation claimants and analyze
         issues regarding same (.9)
         Sarah B. Boehm   3.20 hours at  400.00 per hour.        $1,280.00

11/17/08 Multiple telephone conferences and e-mails with
         parties regarding bankruptcy case
         administration and related issues and multiple
         e-mails with Skadden regarding same
         Daniel F. Blanks    .80 hours at  350.00 per hour.         $280.00

File Number: 2055557                                          Page    8
Invoice No. 91094382                                          December 9, 2008

11/17/08  Research bankruptcy court docket, filings and
          e-mail account for objection filings (.7); work
          on court case calendar (.1); status of
          objections to professionals (.1)
          Karen B. Cain    .90 hours at  175.00 per hour.        $157.50

11/18/08  Review new pleadings for first omnibus hearing
          (1.5); answer questions from clients regarding
          process issues (1.0)
          Dion W. Hayes   2.50 hours at  525.00 per hour.      $1,312.50

11/18/08  Review and e-mails regarding correspondence
          from creditors regarding first day orders,
          objection period, and information regarding
          bankruptcy case (.7)
          Douglas M. Foley    .70 hours at  525.00 per hour.     $367.50

11/18/08  Finalize and file affidavit of service for KCC
          (.2); multiple calls and correspondence from
          landlords, creditors and counsel (1.4);
          multiple calls and e-mails regarding question
          from clerk's office about amending two
          petitions (.4)
          Sarah B. Boehm    2.00 hours at  400.00 per hour.      $800.00

11/19/08  Review new pleadings (2.0); calls with clients
          regarding vendor issues (1.0)
          Dion W. Hayes   3.00 hours at  525.00 per hour.      $1,575.00

11/19/08  E-mails regarding curative issues relating to
          petitions and first day filings and analyzed
          issues regarding same; telephone conferences
          and e-mails with creditors list and timing of
          filing statements and schedules (.6)
          Douglas M. Foley    .60 hours at  525.00 per hour.     $315.00

11/19/08  Multiple calls and correspondence with counsel,
          landlords, utilities, vendors and parties in
          interest (1.4); multiple calls with clerk's
          office regarding amending petitions for two
          debtors and e-mails with A. Reed regarding same
          (.3); finalize and file corporate ownership
          statement for Circuit City Stores, Inc. and
          e-mails regarding same (.3); multiple calls
          regarding first day hearing transcript (.3);
          analyze issues regarding pleadings to be filed
          for December omnibus hearing, including
          ordinary course of professionals (.7)
          Sarah B. Boehm   3.00 hours at  400.00 per hour.     $1,200.00

Circuit City Stores Inc
File Number: 2055557                                                Page    9
Invoice No. 91094382                                        December 9, 2008

11/19/08 Multiple telephone conferences and e-mails with
         claimants and other parties regarding inquiries
         and other issues regarding bankruptcy filing
         and e-mails and telephone conferences with
         co-counsel regarding same
         Daniel F. Blanks   1.50 hours at  350.00 per hour.        $525.00

11/19/08 Prepare bankruptcy filings for attorney review
         (.6)
         D. Morrison de Lopez    .60 hours at  180.00 per hour.    $108.00

11/19/08 Analysis of lease rejection chart (.4); e-mail
         status of lease rejection chart to
         professionals (.2)
         Karen B. Cain    .60 hours at  175.00 per hour.           $105.00

11/20/08 Review new pleadings (2.0); answer questions
         from client regarding vendor issues (1.7)
         Dion W. Hayes   3.70 hours at  525.00 per hour.         $1,942.50

11/20/08 Multiple calls and correspondence from counsel,
         landlords, creditors and other parties (.8);
         finalize and file affidavits of service for KCC
         (.4); analyze and revise case calendar and
         multiple e-mails regarding same (.4); multiple
         calls and e-mails regarding amending two
         petitions (.3)
         Sarah B. Boehm   1.90 hours at  400.00 per hour.         $760.00

11/20/08 Draft and revise case calendar and review
         docket and pleadings regarding same (1.1);
         multiple telephone conferences and e-mails with
         parties, claimants, and clerk's office
         regarding bankruptcy and multiple related
         issues and e-mails and telephone conferences
         with co-counsel regarding same (2.2)
         Daniel F. Blanks   3.30 hours at  350.00 per hour.     $1,155.00

11/20/08 Prepare bankruptcy filings containing receipts
         for attorney review (2.7)
         D. Morrison de Lopez   2.70 hours at  180.00 per hour.   $486.00

11/20/08 Analysis of bankruptcy court docket and filings
         (1.7); work on court calendar (1.8); monitor
         special e-mail account of filings (.4)
         Karen B. Cain   3.90 hours at  175.00 per hour.          $682.50

11/21/08 Review new pleadings (1.6); answer questions
         from company regarding vendor customer issues
         (1.5)
         Dion W. Hayes   3.10 hours at  525.00 per hour.        $1,627.50

File Number: 2055557                                    Page  10
Invoice No. 91094382                                    December 9, 2008

11/21/08 E-mails with client regarding customer issues,
         calls and scope of first day relief to resolve
         certain types of claims (.3)
         Douglas M. Foley    .30 hours at  525.00 per hour.        $157.50

11/21/08 Analyze and revise interim compensation motion,
         order and procedures and multiple calls and
         e-mails regarding same
         Sarah B. Boehm     .40 hours at  400.00 per hour.         $160.00

11/21/08 Retrieve and organize motions and objections
         for 12/5/08 hearing
         Linda J. Neilson   1.60 hours at  165.00 per hour.        $264.00

11/21/08 Research motions to lift stay (.3); e-mail to
         H. Feller and D. Hayes regarding same (.1);
         assist with filing preparations (.3); research
         bankruptcy court docket and filings (.4)
         Karen B. Cain    1.10 hours at  175.00 per hour.          $192.50

11/23/08 Analyze issues and e-mails regarding first day
         hearing transcript and employment applications
         Sarah B. Boehm     .30 hours at  400.00 per hour.         $120.00

11/23/08 Multiple telephone conferences and e-mails with
         claimants and other parties in interest
         regarding bankruptcy case and related issues
         Daniel F. Blanks    .80 hours at  350.00 per hour.        $280.00

11/24/08 Review pleadings (.8); telephone conference
         with clients and Skadden regarding litigation
         issues (1.1)
         Dion W. Hayes    1.90 hours at  525.00 per hour.          $997.50

11/24/08 E-mails and telephone conference with client
         and co-counsel regarding scope of authority
         under customer practices motion and similar
         issues relating to first day order relief (.9);
         e-mails regarding revised petitions (.3)
         Douglas M. Foley   1.20 hours at  525.00 per hour.        $630.00

Circuit City Stores Inc
File Number: 2055557                                      Page  11
Invoice No. 91094382                                      December 9, 2008

11/24/08  Draft amendment cover sheets and finalize and
          file amended petitions (.6); multiple calls and
          e-mails with R. Hedgebeth regarding same (.2);
          multiple phone calls from various parties
          (1.3); analyze issues and multiple calls and
          e-mails regarding wage order (.5); finalize and
          file K&E fee disclosure and e-mails regarding
          same (.3); analyze and distribute
          correspondence (.6); analyze various pleadings
          (.9)
          Sarah B. Boehm    4.40 hours at  400.00 per hour.        $1,760.00

11/24/08  Multiple telephone conferences and e-mails with
          claimants regarding bankruptcy case and related
          issues and review and analyze pleadings and
          documents regarding same
          Daniel F. Blanks    2.10 hours at  350.00 per hour.        $735.00

11/24/08  Deliver and pickup exhibits from Court
          regarding hearing
          Linda J. Neilson    1.60 hours at  165.00 per hour.        $264.00

11/24/08  Work on court case calendar (.7); review
          filings via e-mail service account (.2);
          prepare chart of telephone calls for
          professionals (.9)
          Karen B. Cain    1.80 hours at  175.00 per hour.           $315.00

11/25/08  Several e-mails with client authority granted
          in first day orders, including wage motion and
          order (.3); review and revise and analyzed new
          motions for hearing on December 5, 2008
          including revised tax motion, interim
          compensation motion and bar date motion (1.7);
          several telephone conferences and e-mails with
          creditors regarding receipt of notice of filing
          bankruptcy cases (.3)
          Douglas M. Foley    2.30 hours at  525.00 per hour.       $1,207.50

11/25/08  Finalize and file affidavits of service for KCC
          and e-mails regarding same (.3); review and
          revise case calendar and e-mails regarding same
          (.2); analyze correspondence and circulate same
          (.3); analyze pleadings to be filed and
          multiple e-mails regarding same (.3); e-mails
          regarding authority under wage order (.3)
          Sarah B. Boehm    1.40 hours at  400.00 per hour.         $560.00

Circuit City Stores Inc
File Number: 2055557                                    Page  12
Invoice No. 91094382                                   December 9, 2008

11/25/08  Multiple telephone conferences and e-mails with
          claimants, creditors, and parties in interest
          regarding bankruptcy case, deadlines, hearings,
          and other related issues (1.5); review,
          analyze, revise, and file bar date motion and
          multiple telephone conferences and e-mails with
          I. Fredericks regarding same (1.3)
          Daniel F. Blanks    2.80 hours at  350.00 per hour.        $980.00

11/25/08  Review, retrieve and organize objections to
          motions for December 5, 2008 hearing
          Linda J. Neilson    1.20 hours at  165.00 per hour.        $198.00

11/26/08  Telephone conferences and e-mails with client
          and debtors professionals regarding new motions
          for December 5th, including bar dates for
          governmental units and analyzed issues
          regarding same (.4)
          Douglas M. Foley    .40 hours at  525.00 per hour.         $210.00

11/26/08  Multiple telephone conferences and e-mails with
          creditors and other parties in interest
          regarding bankruptcy case and related issues
          (.7); multiple e-mails with KCC regarding
          service issues regarding pleadings filed on
          November 25, 2008 and analyze issues regarding
          same (.6)
          Daniel F. Blanks    1.30 hours at  350.00 per hour.        $455.00

11/28/08  Several telephone conferences and e-mails with
          client and co-counsel regarding status of
          matters for hearing on 12/25 and response to
          creditor motions and objections to first day
          orders (.6)
          Douglas M. Foley    .60 hours at  525.00 per hour.         $315.00

11/28/08  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy and related issues
          Daniel F. Blanks    .80 hours at  350.00 per hour.         $280.00

11/30/08  Continued review of objection to first day
          relief and new motions and responses to same
          for hearing preparation on December 5th (2.3);
          e-mails regarding adjustment to government
          claims bar date motion and analyzed issues and
          timing of same (.3)
          Douglas M. Foley    2.60 hours at  525.00 per hour.      $1,365.00

Circuit City Stores Inc
File Number: 2055557                                          Page   13
Invoice No. 91094382                                         December 9, 2008

11/30/08 Multiple calls from parties in interest
         regarding various matters
         Sarah B. Boehm    .30 hours at  400.00 per hour.        $120.00

11/30/08 Retrieve and organize objections for 12/5/08
         hearing
         Linda J. Neilson  2.20 hours at  165.00 per hour.       $363.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Howard Feller | $545.00 | 2.7 | $1,471.50 |
| Jane Whitt Sellers | $540.00 | 1.0 | $540.00 |
| Dion W. Hayes | $525.00 | 35.6 | $18,690.00 |
| Douglas M. Foley | $525.00 | 29.0 | $15,225.00 |
| Robert M. Tyler | $435.00 | 1.4 | $609.00 |
| Joseph S. Sheerin | $400.00 | 5.0 | $2,000.00 |
| Sarah B. Boehm | $400.00 | 48.8 | $19,520.00 |
| Daniel F. Blanks | $350.00 | 47.8 | $16,730.00 |
| Aaron G. McCollough | $325.00 | 4.8 | $1,560.00 |
| Richard F. Blair | $275.00 | 6.8 | $1,870.00 |
| Diane E. Morrison de Lopez | $180.00 | 21.6 | $3,888.00 |
| Karen B. Cain | $175.00 | 39.0 | $6,825.00 |
| Wanda C. Bailey | $175.00 | 0.5 | $87.50 |
| Linda J. Neilson | $165.00 | 21.1 | $3,481.50 |
| Patricia C. Anderson | $125.00 | 8.4 | $1,050.00 |
| TOTAL FEES | | 273.5 | $93,547.50 |

**Re: Restructuring and General Strategy**
     **Our File No.   2055557-0020**
     **Circuit City ContactR. Hedgebeth**
     **McGuireWoods ContactD. Hayes**

11/11/08 Several telephone conferences and e-mails with
         debtors professionals and client regarding new
         motions to be filed by end of week and scope
         and timing of relief requested and analyzed
         issues regarding same (1.9)
         Douglas M. Foley   1.90 hours at  525.00 per hour.      $997.50

11/11/08 Analyze bankruptcy strategies regarding ongoing
         litigation, IP and tax matters
         Sarah B. Boehm   2.10 hours at  400.00 per hour.        $840.00

11/11/08 E-mails with C. Dickerson, I. Fredericks, D.
         Hayes, and D. Foley regarding case management
         procedures and related issues and strategies
         for second pleadings , applications, and other
         motions for December 5, 2008 (1.5)
         Daniel F. Blanks   1.50 hours at  350.00 per hour.      $525.00

Circuit City Stores Inc
File Number: 2055557                                              Page   14
Invoice No. 91094382                                             December 9, 2008

11/12/08  Analyze issues regarding extensions of time
          under Bankruptcy Code and e-mails regarding
          same
          Sarah B. Boehm     .40 hours at   400.00 per hour.          $160.00

11/13/08  Analyze prepetition litigation matters and
          issues regarding same
          Sarah B. Boehm     .70 hours at   400.00 per hour.          $280.00

11/14/08  Revise draft letter from M. Swicegood to United
          States Consumer Products Safety Commission
          Joseph S. Sheerin     .40 hours at   400.00 per hour.       $160.00

11/14/08  Draft and revise bar date motion and related
          pleadings and e-mails with I. Fredericks and D.
          Foley regarding strategies and related issues
          (1.2); multiple telephone conferences and
          e-mails with co-counsel regarding pleadings for
          filing on November 14, 2008 and related issues
          and analyze strategies regarding pleadings
          regarding same (.9)
          Daniel F. Blanks    2.10 hours at   350.00 per hour.        $735.00

11/14/08  Prepare for and participate in multiple
          meetings and conferences at the company
          regarding restructuring advice, procedures, and
          related issues analyze strategies regarding
          automatic stay, appeals, pending lawsuits, and
          other items
          Daniel F. Blanks    6.10 hours at   350.00 per hour.      $2,135.00

11/17/08  Analyze deadlines and strategies for December
          5th omnibus hearing and multiple e-mails with
          professionals regarding same
          Daniel F. Blanks     .60 hours at   350.00 per hour.        $210.00

11/18/08  Meet with H. Feller and D. Hayes regarding
          general case strategy and staffing
          Robert L. Burrus Jr.     .50 hours at   700.00 per hour.    $350.00

11/18/08  E-mails with J. Oakey and I. Fredericks
          regarding claims trading motion and service and
          publication
          Daniel F. Blanks     .50 hours at   350.00 per hour.        $175.00

11/19/08  E-mails and analysis with client and debtors
          professionals regarding authority and precedent
          involving management incentive plans approved
          in EDVA (.3)
          Douglas M. Foley     .30 hours at   525.00 per hour.        $157.50

Circuit City Stores Inc
File Number: 2055557                                    Page   15
Invoice No. 91094382                                   December 9, 2008

11/20/08  Analyze issues regarding scope of relief
          granted in first day orders with respect
          payment of certain prepetition claims and
          e-mails and telephone conferences with client
          regarding same (.7)
          Douglas M. Foley    .70 hours at  525.00 per hour.        $367.50

11/25/08  Multiple telephone conferences and e-mails with
          I. Fredericks and other professionals regarding
          pleadings, motions, and other documents and
          analyze issues regarding same and December 5,
          2008 omnibus hearing and strategies regarding
          same
          Daniel F. Blanks   1.90 hours at  350.00 per hour.        $665.00

11/28/08  Revise proposed order regarding expedited
          regarding Panasonic 9019 and submit same to
          chambers (.3); analyze strategies regarding
          objections and hearing for December 5, 2008
          (.5)
          Daniel F. Blanks    .80 hours at  350.00 per hour.        $280.00

11/29/08  Continue review and analysis of objections to
          first day orders (1.6)
          Douglas M. Foley   1.60 hours at  525.00 per hour.        $840.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert L. Burrus Jr. | $700.00 | 0.5 | $350.00 |
| Douglas M. Foley | $525.00 | 4.5 | $2,362.50 |
| Joseph S. Sheerin | $400.00 | 0.4 | $160.00 |
| Sarah B. Boehm | $400.00 | 3.2 | $1,280.00 |
| Daniel F. Blanks | $350.00 | 13.5 | $4,725.00 |
| TOTAL FEES | | 22.1 | $8,877.50 |

Re: Corporate Goverance
    Our File No.   2055557-0040
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes

11/19/08  Open and review mail addressed to lead director
          (six letters substantive in varying degrees,
          six letters routine advertisements/junk mail)
          (.1 each - total 1.2); review policy
          requirements for next steps (.2)
          Jane Whitt Sellers   1.40 hours at  540.00 per hour.      $756.00

Circuit City Stores Inc
File Number: 2055557                                    Page  16
Invoice No. 91094382                                   December 9, 2008


11/25/08 Prepare summary of director correspondence
         reviewed per Board policy (.5); e-mail to J.
         Oakey regarding same (.1)
         Jane Whitt Sellers   .60 hours at  540.00 per hour.      $324.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Jane Whitt Sellers | $540.00 | 2.0 | $1,080.00 |
| TOTAL FEES | | 2.0 | $1,080.00 |


**Re: Schedule and SOFAS**
     **Our File No.   2055557-0050**
     **Circuit City ContactR. Hedgebeth**
     **McGuireWoods ContactD. Hayes**


11/12/08 Revise, finalize and file motion to extend time
         to file schedules and multiple calls and
         e-mails regarding same
         Sarah B. Boehm   .90 hours at  400.00 per hour.         $360.00

11/12/08 Draft and revise motion to extend time to file
         schedules and e-mails with I. Fredericks
         regarding same and research issues regarding
         same
         Daniel F. Blanks   .80 hours at  350.00 per hour.       $280.00

11/13/08 Review and revise motion to extend time to file
         schedules and e-mails regarding same (.6)
         Douglas M. Foley   .60 hours at  525.00 per hour.       $315.00

11/13/08 Draft, finalize and file notice of motion to
         extend time to file schedules and e-mails with
         KCC regarding service of motion and notice
         Sarah B. Boehm   .30 hours at  400.00 per hour.         $120.00

11/26/08 Telephone conferences and e-mails with client
         and debtors professionals regarding beginning
         preparation of schedules and SAFAs and notice
         party lists including Attorney General's and
         divisions of unclaimed properties relating to
         rebate checks (.6)
         Douglas M. Foley   .60 hours at  525.00 per hour.       $315.00

11/28/08 Telephone conference and e-mails with client
         regarding unclaimed property claims for
         schedules and SOFAs and analyzed issues
         regarding same (.4)
         Douglas M. Foley   .40 hours at  525.00 per hour.       $210.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91094382

Page  17
December 9, 2008

11/28/08 Assist with preparation of schedules regarding
        unclaimed property issues
        David E. Finkelson    .20 hours at  410.00 per hour.        $82.00

11/29/08 E-mails regarding scheduling certain states,
        attorney generals and unclaimed property
        divisions relating to unclaimed property and
        rebate checks (.4)
        Douglas M. Foley    .40 hours at  525.00 per hour.        $210.00

11/29/08 Assist with preparation of schedules regarding
        unclaimed property issues
        David E. Finkelson    .10 hours at  410.00 per hour.        $41.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $525.00 | 2.0 | $1,050.00 |
| David E. Finkelson | $410.00 | 0.3 | $123.00 |
| Sarah B. Boehm | $400.00 | 1.2 | $480.00 |
| Daniel F. Blanks | $350.00 | 0.8 | $280.00 |
| TOTAL FEES | | 4.3 | $1,933.00 |

Re: Monthly Operating Reports
    Our File No.   2055557-0060
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes

11/19/08 E-mails regarding timing of filing monthly
        operating reports
        Sarah B. Boehm    .10 hours at  400.00 per hour.        $40.00

11/20/08 E-mails regarding monthly operating reports and
        telephone call to J. Turner regarding same
        Sarah B. Boehm    .30 hours at  400.00 per hour.        $120.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $400.00 | 0.4 | $160.00 |
| TOTAL FEES | | 0.4 | $160.00 |

Re: Professional Retention/Fee Applications
    Our File No.   2055557-0070
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes

Circuit City Stores Inc
File Number: 2055557                                          Page  18
Invoice No. 91094382                                         December 9, 2008

11/11/08  Begin review, revise and analysis of
          professional fee applications, disclosure
          issues and analyzed issues regarding same (.9);
          e-mail and telephone conferences with debtors
          professionals regarding same (.6)
          Douglas M. Foley   1.50 hours at   525.00 per hour.         $787.50

11/11/08  Analyze reports regarding connections to be
          disclosed in Hayes declaration to McGuireWoods'
          employment application
          Sarah B. Boehm   2.60 hours at   400.00 per hour.          $1,040.00

11/11/08  Continue review conflicts reports and drafting
          McGuireWoods employment application (.6);
          e-mails with Skadden, Kirkland, and KPMG
          regarding employment applications (.6)
          Daniel F. Blanks   1.20 hours at   350.00 per hour.         $420.00

11/12/08  Review draft employment applications
          Dion W. Hayes   1.10 hours at   525.00 per hour.            $577.50

11/12/08  Multiple e-mails regarding McGuireWoods
          employment application and analyze issues
          regarding same
          Sarah B. Boehm    .40 hours at   400.00 per hour.           $160.00

11/13/08  Continue review and revise of employment
          application and e-mails with debtors
          professionals regarding same (1.1)
          Douglas M. Foley   1.10 hours at   525.00 per hour.         $577.50

11/13/08  Continue to analyze connections for disclosure
          in McGuireWoods employment application (1.8);
          review various professionals' employment
          applications and e-mails regarding same (.4)
          Sarah B. Boehm   2.20 hours at   400.00 per hour.           $880.00

11/13/08  E-mails and telephone conferences with I.
          Fredericks regarding ordinary course
          professional issues (.5); continue draft and
          revise McGuireWoods employment application and
          review material regarding same (.6); telephone
          conference with I. Fredericks regarding
          indemnification and other issues in employment
          applications (.5); review and analyze Kirkland,
          FTI, and Rothschild's employment application
          and e-mails regarding same and research issues
          regarding same (1.8)
          Daniel F. Blanks   3.40 hours at   350.00 per hour.        $1,190.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91094382

Page  19
December 9, 2008

11/14/08  Continue to analyze connections for disclosure
          in McGuireWoods employment application (.5);
          review multiple professionals employment
          applications and e-mails regarding same (.3)
          Sarah B. Boehm   .80 hours at  400.00 per hour.          $320.00

11/14/08  Continue reviewing and analyzing conflict
          reports and updating and revising employment
          application
          Daniel F. Blanks   .70 hours at  350.00 per hour.         $245.00

11/16/08  Review and revise employment papers and e-mails
          with debtors professionals regarding same (.9)
          Douglas M. Foley   .90 hours at  525.00 per hour.         $472.50

11/16/08  Continue to analyze connections to be disclosed
          in declaration to McGuireWoods' employment
          application and e-mails regarding same (1.3);
          prepare employment applications for signature
          by B. Besanko (.3)
          Sarah B. Boehm   1.60 hours at  400.00 per hour.          $640.00

11/16/08  Continue revise McGuireWoods employment
          application and review connections regarding
          same
          Daniel F. Blanks   .50 hours at  350.00 per hour.         $175.00

11/17/08  Review and revise draft employment application
          Dion W. Hayes   1.00 hours at  525.00 per hour.           $525.00

11/17/08  Review professional employment applications
          (.8); e-mails and telephone conference with
          debtors professionals and United States Trustee
          regarding same (.6)
          Douglas M. Foley   1.40 hours at  525.00 per hour.        $735.00

11/17/08  Analyze and revise McGuireWoods employment
          application and related exhibits and multiple
          calls regarding same (.3); review draft
          employment applications and multiple calls and
          e-mails with professionals regarding filing
          employment applications for FTI, E&Y, Kirkland,
          Skadden and Rothschild (.8); multiple calls and
          e-mails with F. Telegadas and D. Ramsay
          regarding signature pages for all employment
          applications (.3)
          Sarah B. Boehm   1.40 hours at  400.00 per hour.          $560.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91094382

Page  20
December 9, 2008

11/17/08  Continue draft, revise, and prepare
          McGuireWoods employment application and
          multiple e-mails with D. Hayes, D. Foley, and
          S. Boehm regarding same (.9); multiple e-mails
          and telephone conferences with I. Fredericks
          regarding filing employment applications and
          related issues and revise same (1.8); research
          issues regarding section 328 and related issues
          and e-mails with I. Fredericks regarding same
          (1.3)
          Daniel F. Blanks   4.00 hours at  350.00 per hour.       $1,400.00

11/18/08  Review and finalize employment applications for
          professionals and e-mails and telephone
          conferences with professionals regarding same
          and analyzed issues regarding same (1.9)
          Douglas M. Foley   1.90 hours at  525.00 per hour.         $997.50

11/18/08  Draft, review, finalize and file employment
          applications and notices thereof (1.6); draft
          attorney fee disclosure and e-mails regarding
          same (.3)
          Sarah B. Boehm   1.90 hours at  400.00 per hour.           $760.00

11/18/08  Continue drafting, revising, and filing
          McGuireWoods employment application and review
          and analyze multiple documents regarding same
          (1.2); review, analyze, revise, and file other
          professionals employment applications and
          multiple e-mails and telephone conferences with
          parties regarding same and file notices
          regarding same (3.9)
          Daniel F. Blanks   5.10 hours at  350.00 per hour.       $1,785.00

11/19/08  E-mails and analysis with client regarding
          finalizing filing professional employment
          applications for debtors counsel and telephone
          call to United States Trustee regarding same
          (.3)
          Douglas M. Foley    .30 hours at  525.00 per hour.         $157.50

11/19/08  Finalize and file McGuireWoods attorney
          compensation disclosure (.3); e-mails regarding
          attorney compensation disclosure forms and
          Skadden employment application (.3)
          Sarah B. Boehm    .60 hours at  400.00 per hour.           $240.00

Circuit City Stores Inc
File Number: 2055557                                          Page 21
Invoice No. 91094382                                    December 9, 2008

11/20/08  Draft, review, file employment applications for
          debtors professionals and e-mails with client
          and co-counsel regarding same (.9); telephone
          conference with United States Trustee regarding
          same and analyzed potential issues regarding
          same (.4)
          Douglas M. Foley   1.30 hours at  525.00 per hour.        $682.50

11/20/08  Draft notice, finalize and file Skadden
          employment application and e-mails regarding
          same
          Sarah B. Boehm   1.20 hours at  400.00 per hour.          $480.00

11/20/08  E-mails and telephone conferences with Skadden
          regarding Skadden's employment application and
          related issues (.4); telephone conference with
          United States Trustee regarding retention
          applications, objections, and related issues
          (.8)
          Daniel F. Blanks   1.20 hours at  350.00 per hour.        $420.00

11/21/08  Review and revise and analyze interim
          compensation motion and order and e-mails with
          client and co-counsel regarding same (.4)
          Douglas M. Foley   .40 hours at  525.00 per hour.         $210.00

11/25/08  Review, analyze, revise, and file interim
          compensation motion and multiple telephone
          conferences and e-mails with I. Fredericks
          regarding same
          Daniel F. Blanks   1.40 hours at  350.00 per hour.        $490.00

11/26/08  E-mails with K&E regarding hearing on retention
          applications
          Sarah B. Boehm   .20 hours at  400.00 per hour.            $80.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Dion W. Hayes | $525.00 | 2.1 | $1,102.50 |
| Douglas M. Foley | $525.00 | 8.8 | $4,620.00 |
| Sarah B. Boehm | $400.00 | 12.9 | $5,160.00 |
| Daniel F. Blanks | $350.00 | 17.5 | $6,125.00 |
| TOTAL FEES | | 41.3 | $17,007.50 |

Re: Creditors Committee
    Our File No.   2055557-0080
    Circuit City Contact  R. Hedgebeth
    McGuireWoods Contact  D. Hayes

Circuit City Stores Inc
File Number: 2055557                                    Page  22
Invoice No. 91094382                                   December 9, 2008

11/11/08 Meeting with corporate counsel regarding scope
         and effect of automatic stay on various matters
         including litigation matters and timing of
         filing suggestions in bankruptcy (.6)
         Douglas M. Foley    .60 hours at  525.00 per hour.        $315.00

11/12/08 Analyze appointment of committee and multiple
         calls and e-mails regarding same
         Sarah B. Boehm    .30 hours at  400.00 per hour.          $120.00

11/13/08 Review creditors committee appointment and
         e-mails with United States Trustee, client and
         debtors professionals regarding same (.4)
         Douglas M. Foley    .40 hours at  525.00 per hour.        $210.00

11/18/08 E-mails with debtors professionals regarding
         information for creditors committee meeting
         relating to first day motions, including DIP
         issues (.3)
         Douglas M. Foley    .30 hours at  525.00 per hour.        $157.50

11/19/08 E-mails with I. Fredericks regarding committee
         confidentiality motion and research issues
         regarding precedent and related issues
         Daniel F. Blanks   1.10 hours at  350.00 per hour.        $385.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $525.00 | 1.3 | $682.50 |
| Sarah B. Boehm | $400.00 | 0.3 | $120.00 |
| Daniel F. Blanks | $350.00 | 1.1 | $385.00 |
| TOTAL FEES | | 2.7 | $1,187.50 |

Re: Automatic Stay
    Our File No.   2055557-0090
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes

11/18/08 Review and revise responsive correspondence to
         creditors regarding application of automatic
         stay to collection activities (.4)
         Douglas M. Foley    .40 hours at  525.00 per hour.        $210.00

11/18/08 Draft settlement letter to claimant regarding
         possible violation of the automatic stay and
         resolution of customer claims
         Daniel F. Blanks   .70 hours at  350.00 per hour.         $245.00

Circuit City Stores Inc
File Number: 2055557                                    Page  23
Invoice No. 91094382                                    December 9, 2008

11/21/08  Conduct research regarding ability of
          corporation to recover damages for violation of
          automatic stay
          Joseph S. Sheerin    .30 hours at  400.00 per hour.        $120.00

11/24/08  Revise automatic stay violation letter and
          e-mails regarding same
          Sarah B. Boehm    .40 hours at  400.00 per hour.           $160.00

11/25/08  Correspondence from counsel for personal injury
          claimant and e-mails regarding motion for
          relief from stay regarding same
          Sarah B. Boehm    .30 hours at  400.00 per hour.           $120.00

11/26/08  Begin review of lift stay motions and e-mails
          with client, opposing counsel and debtors
          professionals regarding same (.4)
          Douglas M. Foley    .40 hours at  525.00 per hour.         $210.00

11/26/08  Multiple calls and e-mails regarding Funches
          motion for relief and expedited hearing
          Sarah B. Boehm    .40 hours at  400.00 per hour.           $160.00

11/26/08  E-mails with claimants regarding request for
          consensual relief from stay and related issues
          and e-mails with professionals regarding same
          (.5); review and analyze motion for relief from
          stay and request for expedited hearing (.3)
          Daniel F. Blanks    .80 hours at  350.00 per hour.         $280.00

11/28/08  E-mails with client and debtors professionals
          and committee professionals regarding Funches
          motion for relief from stay and review and
          analyzed same and possible opposition to same
          (.3); e-mails regarding relief from stay
          stipulation to approve pending settlement
          agreement (.2)
          Douglas M. Foley    .50 hours at  525.00 per hour.         $262.50

11/29/08  Continued review and analysis of motion for
          relief from stay filed by Funches plaintiffs,
          possible opposition regarding same and review
          of docket regarding same (.6)
          Douglas M. Foley    .60 hours at  525.00 per hour.         $315.00

11/30/08  Review and analyzed issues relating to motions
          for relief from stay and opposition to same
          (.8)
          Douglas M. Foley    .80 hours at  525.00 per hour.         $420.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91094382

Page  24
December 9, 2008

11/30/08 Analyze issues and multiple e-mails regarding
         Funches lift stay motion
         Sarah B. Boehm    .30 hours at  400.00 per hour.          $120.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $525.00 | 2.7 | $1,417.50 |
| Joseph S. Sheerin | $400.00 | 0.3 | $120.00 |
| Sarah B. Boehm | $400.00 | 1.4 | $560.00 |
| Daniel F. Blanks | $350.00 | 1.5 | $525.00 |
| TOTAL FEES | | 5.9 | $2,622.50 |

**Re: Employment and Compensation**
     **Our File No.   2055557-0120**
     **Circuit City ContactR. Hedgebeth**
     **McGuireWoods ContactD. Hayes**

11/12/08 Review and analyze worker's compensation order
         and other pleadings regarding executive
         compensation
         Daniel F. Blanks    .50 hours at  350.00 per hour.       $175.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $350.00 | 0.5 | $175.00 |
| TOTAL FEES | | 0.5 | $175.00 |

**Re: Litigation**
     **Our File No.   2055557-0150**
     **Circuit City ContactR. Hedgebeth**
     **McGuireWoods ContactD. Hayes**

11/10/08 Mad Rhino - Telephone conference with P. Glick
         regarding settlement conference
         Howard Feller    .10 hours at  545.00 per hour.          $54.50

11/10/08 Ads John Hilgenberg:  review news article and
         e-mails to M. Lipkowitz regarding bankruptcy
         filing and next steps
         Ava E. Lias-Booker    .60 hours at  550.00 per hour.     $330.00

11/10/08 Review report from Consumer Protection Safety
         Commission and communications with M. Roberts
         regarding same
         Martha J. Swicegood    .50 hours at  335.00 per hour.    $167.50

Circuit City Stores Inc
File Number: 2055557                          Page  25
Invoice No. 91094382                          December 9, 2008

11/10/08 Circuit City/Hilgenberg: develop strategy for
         class action going forward pursuant to 11/10
         Chapter 11
         Michelle N. Lipkowitz   .60 hours at  350.00 per hour.   $210.00

11/11/08 Mad Rhino - Draft e-mail to P. Glick regarding
         notice to court (.1); sent suggestion of
         bankruptcy form to P. Glick (.1)
         Howard Feller   .20 hours at  545.00 per hour.           $109.00

11/11/08 Planning and strategizing for reorganization
         issues
         Martha J. Swicegood   1.20 hours at  335.00 per hour.    $402.00

11/11/08 Hilgenberg:  litigation planning regarding
         reorganization issues and conference with
         expert and R. Knoth regarding same
         Michelle N. Lipkowitz   1.70 hours at  350.00 per hour.  $595.00

11/12/08 Temple - Draft suggestion of bankruptcy notice
         Howard Feller   .10 hours at  545.00 per hour.            $54.50

11/12/08 Meeting at company with litigation inhouse
         attorneys regarding various litigation matters
         Dion W. Hayes   1.60 hours at  525.00 per hour.          $840.00

11/12/08 Several telephone conferences and e-mails
         regarding preparation to respond to possible
         TRO litigation from consignment vendors
         including Panasonic and begin research and
         drafting responses to same and analyzed issues
         regarding same (1.8)
         Douglas M. Foley   1.80 hours at  525.00 per hour.       $945.00

11/12/08 Temple case: prepare and file bankruptcy
         notices (1.7)
         J. Brent Justus   1.70 hours at  375.00 per hour.        $637.50

11/13/08 SRAM - Analysis regarding document hold
         obligations (.1); LCD - Analysis regarding
         subpoena responses (.1)
         Howard Feller   .20 hours at  545.00 per hour.           $109.00

11/13/08 Telephone conferences and e-mails from clients
         regarding prepetition litigation matters
         Dion W. Hayes   1.50 hours at  525.00 per hour.          $787.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91094382

11/13/08  Analyzed issues relating to possible Panasonic
          TRO and consignment agreement and begin
          drafting response to same (2.3); e-mails with
          client and debtors professionals regarding same
          (.6)
          Douglas M. Foley   2.90 hours at  525.00 per hour.      $1,522.50

11/13/08  E-mails with D. Hayes regarding resolution of
          Daddy Yankee copyright litigation (.1);
          consider issues regarding need for suggestion
          in bankruptcy for Daddy Yankee copyright
          litigation (.3); telephone conference with F.
          Telegadas regarding Daddy Yankee settlement
          agreement (.1)
          Robert M. Tyler   .50 hours at  435.00 per hour.        $217.50

11/13/08  E-mails regarding potential TRO from Panasonic
          (.2); review letter (.2); review consignment
          agreement (.9); review memorandum regarding
          legal issues (.5); review agency agreement
          (.4); attention to potential legal issues on
          TRO (1.1); conference call regarding potential
          TRO (.3); conference call regarding status
          (.2); e-mails regarding status (.2)
          Robert L. Hodges   4.00 hours at  460.00 per hour.      $1,840.00

11/13/08  Hilgenberg - Draft and file suggestion of
          bankruptcy and serve same on Plaintiffs'
          counsel
          Michelle N. Lipkowitz    .60 hours at  350.00 per hour.  $210.00

11/13/08  Communicate with client and counsel regarding
          strategy and negotiations related to production
          of information and documents responsive to
          third party subpoena in LCD litigation (.2);
          communicate with client and counsel regarding
          strategy and negotiations related to production
          of information and documents responsive to
          third party subpoena in SRAM litigation (.3);
          analyze issue of document hold in LCD
          litigation with respect to documents and
          information contained on machines utilized by
          prior employees and potential for liability
          related to their disposal (.2); analyze issue
          of document hold in SRAM litigation with
          respect to documents and information contained
          on machines utilized by prior employees and
          potential for liability related to their
          disposal (.2)
          Michelle M. Christian    .90 hours at  285.00 per hour.  $256.50

Circuit City Stores Inc
File Number: 2055557                              Page  27
Invoice No. 91094382                             December 9, 2008

11/13/08  Research issues regarding response to a
          temporary restraining order to be filed by
          Panasonic (4.4); telephone calls with D. Foley,
          B. Hodges, and C. Stallter regarding research
          and responsibilities (.4)
          Bryan A. Stark   4.80 hours at  295.00 per hour.        $1,416.00

11/14/08  InComm - Review and analysis of InComm contract
          Howard Feller   .10 hours at 545.00 per hour.             $54.50

11/14/08  Answer litigation questions for company
          Dion W. Hayes   1.50 hours at  525.00 per hour.          $787.50

11/14/08  Telephone call with M. Roberts; draft letter to
          CPSC
          Martha J. Swicegood    .40 hours at  335.00 per hour.    $134.00

11/14/08  File notice of filing, suggestions of
          bankruptcy and notice of operation of automatic
          stay - Case No. (08 CH 24851)
          Gilbert V. Razo Jr.   .40 hours at  75.00 per hour.       $30.00

11/16/08  InCom:  review of Gift Card Distribution
          Agreement and analysis of legal rights against
          InComm (.4); Mad Rhino:  review e-mail from
          plaintiff's attorney (.1)
          Howard Feller   .50 hours at  545.00 per hour.           $272.50

11/17/08  Mad Rhino - Review notice from court (.1);
          InComm - Analysis of legal issues regarding
          contract termination (.1); telephone conference
          with M. Roberts regarding InComm (.1)
          Howard Feller   .30 hours at  545.00 per hour.           $163.50

11/17/08  Review fee petition in NFB v. Target (.3);
          telephone conference with F. Telegadas
          regarding Daddy Yankee copyright infringement
          settlement agreement (.1); e-mails with D.
          Blanks regarding ability to execute Daddy
          Yankee copyright infringement settlement
          agreement (.1)
          Robert M. Tyler    .50 hours at  435.00 per hour.        $217.50

11/17/08  LCD Third Party Subpoena - Analyze purchase and
          sales data in preparation for production in
          response to third party subpoena
          Michelle M. Christian    .20 hours at  285.00 per hour.   $57.00

11/18/08  LCD case - Analysis regarding impact of
          document hold
          Howard Feller    .20 hours at  545.00 per hour.          $109.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91094382

11/18/08  E-mail to F. Telegadas regarding status and
          analysis of NFB v. Target settlement and fee
          petition (.2); e-mails with D. Blanks regarding
          settlement agreement (.2); e-mails with F.
          Telegadas regarding Daddy Yankee settlement
          agreement (.2)
          Robert M. Tyler    .60 hours at  435.00 per hour.        $261.00

11/18/08  E-mail exchange with M. Roberts regarding CPSC
          investigation and issues
          Martha J. Swicegood    .10 hours at  335.00 per hour.    $33.50

11/18/08  LCD third party subpoena - Communicate with H.
          Feller regarding re-production of laptop
          purchase and sales data in response to third
          party subpoena (.3); LCD third party subpoena -
          Communicate with tech group (W. Bailey)
          regarding strategy related to extraction of
          laptop purchase and sales data for
          re-production in response to third party
          subpoena
          Michelle M. Christian    .50 hours at  285.00 per hour.  $142.50

11/19/08  SRAM litigation: communicate with counsel for
          Plaintiffs regarding production in response to
          third party subpoena (.1); LCD litigation: :
          communicate with counsel for Plaintiffs
          regarding production in response to third party
          subpoena (.1)
          Michelle M. Christian    .20 hours at  285.00 per hour.  $57.00

11/21/08  Review and analysis regarding document hold
          issue for various cases (.2); review e-mail
          from M. Roberts regarding document hold (.1);
          organized document production for creditors
          committee litigation (.4)
          Howard Feller    .70 hours at  545.00 per hour.          $381.50

11/21/08  Review and analyze committee discovery and
          several telephone conferences and e-mails with
          client and co-counsel regarding strategy,
          timing and scope of responses and objections
          and coordination of document production (3.2);
          telephone conference with opposing counsel
          regarding same and follow-up meeting to narrow
          scope (.3)
          Douglas M. Foley   3.50 hours at  525.00 per hour.     $1,837.50

11/21/08  E-mails with F. Telegadas regarding Lopez
          settlement agreement
          Robert M. Tyler    .10 hours at  435.00 per hour.        $43.50

11/21/08  Receipt and review of DIP litigation discovery
          and begin planning the collection
          Anne Bentley McCray   2.30 hours at   425.00 per hour.      $977.50

11/21/08  LCD and SRAM third party subpoenas -
          Communicate with bankruptcy team and client
          regarding strategy related to laptops of laid
          off employees with respect to existing
          litigation document holds (.6); Creditors
          Committee Litigation - Analyze documents
          requests served on Circuit City (.4) and
          communicate with bankruptcy counsel and A.
          McCray regarding document collection and review
          (2.4)
          Michelle M. Christian   3.40 hours at   285.00 per hour.    $969.00

11/21/08  Conference and meeting with A. McCray and M.
          Christian regarding discovery request and
          prepare for collection
          Gloria K. Dagrosa   2.50 hours at   200.00 per hour.        $500.00

11/22/08  Telephone conference with client regarding
          production strategy for UCC discovery on DIP
          litigation (.4)
          Douglas M. Foley    .40 hours at   525.00 per hour.         $210.00

11/22/08  Calls regarding planning for document
          collection and review regarding DIP litigation
          discovery
          Anne Bentley McCray   1.50 hours at   425.00 per hour.      $637.50

11/22/08  Review discovery request and prepare collection
          forms and procedures
          Gloria K. Dagrosa   4.30 hours at   200.00 per hour.        $860.00

11/22/08  Circuit City case: prepare and organize
          documents for document collection (3.5) Circuit
          City case: prepare supply box for document
          collection (1.0)
          Kathryn C. Morrison   4.50 hours at   75.00 per hour.       $337.50

11/23/08  Creditors Committee Litigation - Prepare
          interview memorandum (.8)
          Michelle M. Christian    .80 hours at   285.00 per hour.    $228.00

11/24/08  Telephone conference with committee counsel to
          discuss scope and timing of document production
          in light of standstill agreement and analyzed
          protocols regarding same and universe of
          custodians of responsive documents (1.6);
          e-mails and telephone conferences with client
          and co-counsel regarding same (.3)
          Douglas M. Foley   1.90 hours at  525.00 per hour.          $997.50

11/24/08  Prepare for and participate in telephone
          conference with parties regarding pending
          litigation and discovery regarding DIP and
          committee
          Daniel F. Blanks   1.30 hours at  350.00 per hour.          $455.00

11/24/08  Creditors Committee Litigation:  incorporate
          revisions to interview memorandum (.5);
          Creditors Committee Litigation: communicate
          with A. McCray regarding strategy related to
          interview memorandum (.3); Creditors Committee
          Litigation: conduct interviews of Circuit City
          custodians at Circuit City headquarters,
          collect documents (5.1)
          Michelle M. Christian   5.90 hours at  285.00 per hour. $1,681.50

11/24/08  Prepare for interviews and document collection;
          assist with interviews (5.0); e-mails with A.
          McCray regarding same (.8)
          Gloria K. Dagrosa   5.80 hours at  200.00 per hour.      $1,160.00

11/24/08  Circuit City case: prepare materials for
          document collection (.3)
          Kathryn C. Morrison   .30 hours at  75.00 per hour.          $22.50

11/25/08  Mad Rhino - Draft e-mail to M. Roberts
          Howard Feller   .10 hours at  545.00 per hour.               $54.50

11/25/08  Several telephone conferences and e-mails
          regarding committee discovery and protocol
          regarding potential DIP litigation (1.4);
          review and revise litigation hold letter
          regarding same (.6)
          Douglas M. Foley   2.00 hours at  525.00 per hour.       $1,050.00

11/25/08  Document collection regarding DIP litigation
          (2.3); follow-up regarding same (1.4)
          Anne Bentley McCray   3.70 hours at  425.00 per hour.    $1,572.50

11/25/08  Creditors Committee Litigation: conduct
          interviews of Circuit City custodians at
          Circuit City headquarters, collect documents
          (7.8)
          Michelle M. Christian    7.80 hours at   285.00 per hour.  $2,223.00

11/25/08  Assist with document collection regarding DIP
          litigation
          Margaret E. Dylak    2.70 hours at   145.00 per hour.       $391.50

11/25/08  Prepare supplies for document collection
          regarding DIP litigation
          Margaret E. Dylak     .20 hours at   145.00 per hour.        $29.00

11/25/08  Assist with document collection regarding DIP
          litigation
          Emily S. Conway    2.80 hours at   75.00 per hour.          $210.00

11/25/08  Indexing documents collected from M. Mosier, L.
          Baldyga and M. Foster regarding DIP litigation
          Emily S. Conway    1.40 hours at   75.00 per hour.          $105.00

11/26/08  Several telephone conferences and e-mails with
          debtors professionals and client regarding
          protocol for responding to committee's document
          request, scope of litigation holds, and
          analyzed issues regarding same (2.3)
          Douglas M. Foley    2.30 hours at   525.00 per hour.      $1,207.50

11/26/08  Work on document collection issues; call with
          Kirkland and Ellis; call with client's IT
          department
          Anne Bentley McCray    1.50 hours at   425.00 per hour.     $637.50

11/26/08  E-mails with F. Telegadas regarding IP
          litigation and retention of professionals as
          OCP and other strategies regarding same and
          e-mails with D. Foley and D. Hayes regarding
          same (3.7); analyze issues regarding release
          co-defendants in clean floor litigation and
          e-mails with D. Hayes and S. Boehm regarding
          same (.5)
          Daniel F. Blanks    1.20 hours at   350.00 per hour.        $420.00

11/26/08  Creditors Committee Litigation: conduct
          interviews of Circuit City custodians at
          Circuit City headquarters, collect documents
          (3.9)
          Michelle M. Christian    3.90 hours at   285.00 per hour.  $1,111.50

Circuit City Stores Inc
File Number: 2055557                                    Page  32
Invoice No. 91094382                                   December 9, 2008

11/26/08  Correspondence with M. Christian regarding
          document collection regarding DIP litigation
          Margaret E. Dylak   .10 hours at  145.00 per hour.        $14.50

11/26/08  Index and prepare documents for reproduction
          regarding DIP litigation
          Margaret E. Dylak   1.10 hours at  145.00 per hour.       $159.50

11/26/08  Prepare supplies for document collection
          regarding DIP litigation
          Margaret E. Dylak   .30 hours at  145.00 per hour.        $43.50

11/26/08  Assist with document collection regarding DIP
          litigation
          Margaret E. Dylak   2.30 hours at  145.00 per hour.       $333.50

11/26/08  Index collected boxes regarding DIP litigation
          (4.8)
          Kathryn C. Morrison   4.80 hours at  75.00 per hour.      $360.00

11/30/08  E-mails regarding status of DIP litigation with
          committee and discovery issues and document
          production protocol (.3)
          Douglas M. Foley   .30 hours at  525.00 per hour.         $157.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Ava E. Lias-Booker | $550.00 | 0.6 | $330.00 |
| Howard Feller | $545.00 | 2.5 | $1,362.50 |
| Dion W. Hayes | $525.00 | 4.6 | $2,415.00 |
| Douglas M. Foley | $525.00 | 15.1 | $7,927.50 |
| Robert L. Hodges | $460.00 | 4.0 | $1,840.00 |
| Robert M. Tyler | $435.00 | 1.7 | $739.50 |
| Anne Bentley McCray | $425.00 | 9.0 | $3,825.00 |
| J. Brent Justus | $375.00 | 1.7 | $637.50 |
| Daniel F. Blanks | $350.00 | 2.5 | $875.00 |
| Michelle N. Lipkowitz | $350.00 | 2.9 | $1,015.00 |
| Martha J. Swicegood | $335.00 | 2.2 | $737.00 |
| Bryan A. Stark | $295.00 | 4.8 | $1,416.00 |
| Michelle M. Christian | $285.00 | 23.6 | $6,726.00 |
| Gloria K. Dagrosa | $200.00 | 12.6 | $2,520.00 |
| Margaret E. Dylak | $145.00 | 6.7 | $971.50 |
| Emily S. Conway | $75.00 | 4.2 | $315.00 |
| Gilbert V. Razo Jr. | $75.00 | 0.4 | $30.00 |
| Kathryn C. Morrison | $75.00 | 9.6 | $720.00 |
| TOTAL FEES | | 108.7 | $34,402.50 |

Re: Vendor Matters
    Our File No.  2055557-0170
    Circuit City Contact R. Hedgebeth
    McGuireWoods Contact D. Hayes

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91094382

Page   33
December 9, 2008

| | | |
|---|---|---|
| 11/11/08 | E-mails and telephone calls with clients regarding various vendor issues<br>Dion W. Hayes   2.10 hours at   525.00 per hour. | $1,102.50 |
| 11/11/08 | Several telephone conferences with vendors and counsel for vendors regarding payments for shipped goods, and status of critical vendor relief (1.4)<br>Douglas M. Foley   1.40 hours at   525.00 per hour. | $735.00 |
| 11/12/08 | Meeting at company with gift card department (1.0); e-mails and telephone calls with vendors or their counsel regarding various vendor issues (1.1)<br>Dion W. Hayes   2.10 hours at   525.00 per hour. | $1,102.50 |
| 11/13/08 | Telephone conferences and e-mails from vendors or their counsel (1.1); review new vendor filings in case (.8)<br>Dion W. Hayes   1.90 hours at   525.00 per hour. | $997.50 |
| 11/14/08 | E-mails regarding status of possible litigation by vendors, including consignment issues (.3)<br>Douglas M. Foley   .30 hours at   525.00 per hour. | $157.50 |
| 11/18/08 | Analysis regarding various vendor issues for company (1.5); e-mails and calls with Skadden regarding same (1.5)<br>Dion W. Hayes   3.00 hours at   525.00 per hour. | $1,575.00 |
| 11/20/08 | E-mails regarding Panasonic settlement (.2); analyze and revise motion and proposed order regarding Panasonic (.4)<br>Sarah B. Boehm   .60 hours at   400.00 per hour. | $240.00 |
| 11/21/08 | Several telephone conferences and e-mails with creditors' counsel, client and co-counsel regarding vendor matters and issues (.3)<br>Douglas M. Foley   .30 hours at   525.00 per hour. | $157.50 |
| 11/26/08 | Review, revise, analyze pleadings relating to 9019 motion with Panasonic (.4)<br>Douglas M. Foley   .40 hours at   525.00 per hour. | $210.00 |

11/26/08 Draft, revise, and file motion for expedited
         hearing regarding compromise and settlement
         with Panasonic and revise and file motion to
         approve settlement with Panasonic and multiple
         telephone conferences with I. Fredericks
         regarding same
         Daniel F. Blanks   2.60 hours at  350.00 per hour.        $910.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Dion W. Hayes | $525.00 | 9.1 | $4,777.50 |
| Douglas M. Foley | $525.00 | 2.4 | $1,260.00 |
| Sarah B. Boehm | $400.00 | 0.6 | $240.00 |
| Daniel F. Blanks | $350.00 | 2.6 | $910.00 |
| TOTAL FEES | | 14.7 | $7,187.50 |

Re: Real Estate
    Our File No.   2055557-0180
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes


11/11/08 Analyze bankruptcy issues and impact on real
         estate related projects
         Edmund S. Pittman   1.60 hours at  400.00 per hour.        $640.00

11/11/08 Analyze rent default notices and e-mail same to
         D. Miller
         Sarah B. Boehm    .30 hours at  400.00 per hour.          $120.00

11/12/08 Review rent default notices and e-mail same to
         D. Miller
         Sarah B. Boehm    .30 hours at  400.00 per hour.          $120.00

11/12/08 Multiple telephone calls and e-mails with
         landlords and related issues regarding lease
         issues and e-mails with K. Grant regarding same
         Daniel F. Blanks   .90 hours at  350.00 per hour.         $315.00

11/12/08 Research issues regarding 365(d)(4) extension
         and Virginia precedent and e-mails with
         co-counsel regarding same
         Daniel F. Blanks   1.10 hours at  350.00 per hour.        $385.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91094382

11/13/08   Several telephone conferences with landlords
           and landlord's counsel and subtenants
           representatives regarding first day lease
           rejection motion, and objection period, and
           e-mails with client and co-counsel regarding
           same (1.9)
           Douglas M. Foley   1.90 hours at  525.00 per hour.        $997.50

11/14/08   Several telephone conferences and e-mails with
           client, co-counsel, landlords and subtenants
           regarding status of first day lease rejection
           motion and issues relating to timing of
           rejection and payment of rent and analyzed
           issues regarding same (2.4)
           Douglas M. Foley   2.40 hours at  525.00 per hour.      $1,260.00

11/16/08   Review and analyze multiple correspondence
           regarding landlord issues and e-mails to K.
           Grant regarding same
           Daniel F. Blanks   1.30 hours at  350.00 per hour.        $455.00

11/17/08   Several telephone conferences and e-mails with
           landlord counsel, and subtenant counsel, and
           debtors professionals regarding lease and
           sublease issues and rejection order (1.9)
           Douglas M. Foley   1.90 hours at  525.00 per hour.        $997.50

11/17/08   Multiple telephone conferences and
           correspondence from landlords and e-mails with
           K. Grant regarding same
           Daniel F. Blanks    .80 hours at  350.00 per hour.        $280.00

11/18/08   E-mails and telephone conferences with
           landlords counsel regarding real estate issue
           and lease and lease issue (.8)
           Douglas M. Foley    .80 hours at  525.00 per hour.        $420.00

11/19/08   Several telephone conferences with landlord's
           counsel regarding issues relating to intentions
           on various properties, first day order on lease
           rejections, and timing of payment of rent and
           additional rent obligations (1.3)
           Douglas M. Foley   1.30 hours at  525.00 per hour.        $682.50

11/19/08   Analyze objections to lease rejection and store
           closing orders and e-mails regarding same
           Sarah B. Boehm     .40 hours at  400.00 per hour.         $160.00

Circuit City Stores Inc
File Number: 2055557                                    Page  36
Invoice No. 91094382                                   December 9, 2008

11/20/08  Several telephone conferences and e-mails with
          landlords, landlords' counsel, client and
          co-counsel regarding resolution of possible
          objections to first day orders regarding agency
          agreement and rejections (1.2); review, draft,
          revise filed motion for extension of time to
          assume or reject leases for open stores and
          analyzed issues regarding same (0.8); begin
          review of filed objections relating to real
          estate issues (.3)
          Douglas M. Foley   2.30 hours at  525.00 per hour.      $1,207.50

11/20/08  Review multiple objections to lease rejection
          and store closing orders (.6); draft, review,
          finalize and file motion to extend 365(d)(4)
          deadline and notice of hearing (1.5)
          Sarah B. Boehm   2.10 hours at  400.00 per hour.          $840.00

11/21/08  Several telephone conferences and e-mails with
          landlords' counsel, and co-counsel regarding
          rent issues and first day relief (.4);
          continued review of objections by landlords for
          first day relief (.3)
          Douglas M. Foley   .70 hours at  525.00 per hour.         $367.50

11/21/08  Multiple calls from landlords and counsel
          regarding rejection and store closing (.6);
          analyze objections and motions to compel
          payment of rent (.6)
          Sarah B. Boehm   1.20 hours at  400.00 per hour.          $480.00

11/24/08  E-mails and telephone conferences with
          landlords counsel regarding first day relief
          and payment of rent and continued review of
          objections regarding same (.8)
          Douglas M. Foley   .80 hours at  525.00 per hour.         $420.00

11/24/08  (Orlando Sublease) telephone call from D.
          Miller (.1); review e-mails from D. Miller
          regarding business terms of sublease and
          related matters (.3)
          Edmund S. Pittman   .40 hours at  400.00 per hour.        $160.00

11/24/08  Conference with working group (1.0); review
          lease and sublease documents (.3)
          Scott Lawrence Weber  1.30 hours at  310.00 per hour.     $403.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91094382

| | | |
|---|---|---|
| 11/25/08 | Several telephone conferences and e-mails with landlords and landlord's counsel regarding payment of post-petition rent and objections to first day relief and begin review of objections regarding same (.9)<br>Douglas M. Foley   .90 hours at  525.00 per hour. | $472.50 |
| 11/25/08 | Review and considered issues related to sublease of space in Orlando, FL Distribution Center<br>Edmund S. Pittman   .20 hours at  400.00 per hour. | $80.00 |
| 11/25/08 | Review lease and sublease materials (.4); consideration of open lease issues and questions for client (.2); calls and e-mails to and from client (.1)<br>Scott Lawrence Weber   .70 hours at  310.00 per hour. | $217.00 |
| 11/25/08 | Review, analyze, revise, and file motion to auction certain leases and bid procedures regarding same and multiple telephone conferences and e-mails with I. Fredericks regarding same and draft, revise, and file various notices regarding same<br>Daniel F. Blanks   2.20 hours at  350.00 per hour. | $770.00 |
| 11/26/08 | Several telephone conferences and e-mails with landlords counsel and debtors professionals regarding issues raised in objections, timing of rent payments, and issues for hearing on December 5th (1.4)<br>Douglas M. Foley   1.40 hours at  525.00 per hour. | $735.00 |
| 11/26/08 | Review lease materials (.4); calls to and from clients (.2)<br>Scott Lawrence Weber   .60 hours at  310.00 per hour. | $186.00 |
| 11/28/08 | Several telephone conferences and e-mails with landlords counsel and co-counsel and debtors professionals regarding status of certain real estate leases and responses to objection to first day relief (.8)<br>Douglas M. Foley   .80 hours at  525.00 per hour. | $420.00 |
| 11/30/08 | E-mails regarding corrections to lease procedures motion and analyzed issues regarding same (.3)<br>Douglas M. Foley   .30 hours at  525.00 per hour. | $157.50 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $525.00 | 15.5 | $8,137.50 |
| Edmund S. Pittman | $400.00 | 2.2 | $880.00 |

Circuit City Stores Inc
File Number: 2055557                                      Page  38
Invoice No. 91094382                                     December 9, 2008

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $400.00 | 4.3 | $1,720.00 |
| Daniel F. Blanks | $350.00 | 6.3 | $2,205.00 |
| Scott Lawrence Weber | $310.00 | 2.6 | $806.00 |
| TOTAL FEES | | 30.9 | $13,748.50 |

**Re: Financing**
   **Our File No.   2055557-0190**
   **Circuit City Contact** R. Hedgebeth
   **McGuireWoods Contact** D. Hayes

11/12/08 Draft, revise and file DIP financing notices
         and related items and multiple e-mails with I.
         Fredericks regarding same
         Daniel F. Blanks   .80 hours at  350.00 per hour.        $280.00

11/18/08 Research and e-mails regarding fee letters
         regarding DIP financing
         Sarah B. Boehm   .40 hours at  400.00 per hour.          $160.00

11/24/08 Multiple calls and e-mails with counsel to DIP
         lender and Kirkland regarding interim order
         (.3); multiple calls and e-mails regarding
         final DIP hearing (.3)
         Sarah B. Boehm   .60 hours at  400.00 per hour.          $240.00

11/26/08 Revise and file executed DIP terms and notices
         and multiple e-mails with I. Fredericks and KCC
         regarding service and related issues
         Daniel F. Blanks   1.70 hours at  350.00 per hour.       $595.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $400.00 | 1.0 | $400.00 |
| Daniel F. Blanks | $350.00 | 2.5 | $875.00 |
| TOTAL FEES | | 3.5 | $1,275.00 |

**Re: Reclamation Matters**
   **Our File No.   2055557-0200**
   **Circuit City Contact** R. Hedgebeth
   **McGuireWoods Contact** D. Hayes

11/12/08 Begin review of reclamation demand notices (.8)
         Douglas M. Foley   .80 hours at  525.00 per hour.        $420.00

File Number: 2055557                                    Page  39
Invoice No. 91094382                                    December 9, 2008

11/12/08  Review and analyze reclamation claims and
          review reclamation order regarding protocol and
          forward same
          Daniel F. Blanks    .60 hours at  350.00 per hour.        $210.00

11/13/08  Revise, finalize and file reclamation notice
          and e-mails regarding same (.3); analyze
          reclamation demands (1.1)
          Sarah B. Boehm    1.40 hours at  400.00 per hour.        $560.00

11/14/08  Analyze reclamation demands and correspondence
          Sarah B. Boehm    .60 hours at  400.00 per hour.        $240.00

11/18/08  Analyze reclamation demands and draft chart
          (1.7); correspondence regarding reclamation
          (.3)
          Sarah B. Boehm    2.00 hours at  400.00 per hour.        $800.00

11/19/08  Analyze reclamation demands and revise chart
          regarding same
          Sarah B. Boehm    1.10 hours at  400.00 per hour.        $440.00

11/20/08  Review reclamation demand correspondence and
          e-mails regarding same
          Sarah B. Boehm    .80 hours at  400.00 per hour.        $320.00

11/24/08  Review multiple reclamation demands and e-mails
          to S. Baker regarding same
          Daniel F. Blanks    .50 hours at  350.00 per hour.        $175.00

11/25/08  Review reclamation demands and correspondence
          regarding same
          Sarah B. Boehm    .40 hours at  400.00 per hour.        $160.00

11/26/08  E-mails with S. Baker and C. Fisher regarding
          reclamation demand requests and related issues
          Daniel F. Blanks    .40 hours at  350.00 per hour.        $140.00

11/30/08  Telephone call from counsel and e-mail to
          counsel regarding reclamation deadline
          Sarah B. Boehm    .20 hours at  400.00 per hour.        $80.00

| Timekeeper        | Rate/HR   | Hours | Fees       |
| ----------------- | --------- | ----- | ---------- |
| Douglas M. Foley  | $525.00   | 0.8   | $420.00    |
| Sarah B. Boehm    | $400.00   | 6.5   | $2,600.00  |
| Daniel F. Blanks  | $350.00   | 1.5   | $525.00    |
|                   | TOTAL FEES| 8.8   | $3,545.00  |

Re: Utilities Matters
    Our File No.   2055557-0210

**Circuit City Contact R. Hedgebeth**
**McGuireWoods Contact D. Hayes**

| | | |
|---|---|---|
| 11/17/08 | Telephone conferences with counsel for utilities regarding deposits and first day relief and blocked account arrangement (.3)<br>Douglas M. Foley   .30 hours at  525.00 per hour. | $157.50 |
| 11/17/08 | Review correspondence and telephone conference with utility providers with I. Fredericks regarding same<br>Daniel F. Blanks   .40 hours at  350.00 per hour. | $140.00 |
| 11/18/08 | Analyze utility demands and correspondence regarding same<br>Sarah B. Boehm   .30 hours at  400.00 per hour. | $120.00 |
| 11/19/08 | E-mails and review correspondence regarding demands by utilities for deposits and first day order regarding blocked account arrangement and implementation of same (.2)<br>Douglas M. Foley   .20 hours at  525.00 per hour. | $105.00 |
| 11/19/08 | Analyze utility demands and e-mails regarding same<br>Sarah B. Boehm   .40 hours at  400.00 per hour. | $160.00 |
| 11/20/08 | E-mails and analysis regarding utility issues and begin review of motions and pleadings filed by utilities with respect to first day relief (.4)<br>Douglas M. Foley   .40 hours at  525.00 per hour. | $210.00 |
| 11/20/08 | Review utility demand correspondence and e-mails regarding same<br>Sarah B. Boehm   .40 hours at  400.00 per hour. | $160.00 |
| 11/25/08 | Review utility demands and e-mails regarding same<br>Sarah B. Boehm   .30 hours at  400.00 per hour. | $120.00 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $525.00 | 0.9 | $472.50 |
| Sarah B. Boehm | $400.00 | 1.4 | $560.00 |
| Daniel F. Blanks | $350.00 | 0.4 | $140.00 |
| TOTAL FEES | | 2.7 | $1,172.50 |

**Re: Insurance Matters**
   **Our File No.   2055557-0230**

File Number: 2055557
Invoice No. 91094382

**Circuit City Contact** R. Hedgebeth
**McGuireWoods Contact** D. Hayes

11/14/08  Telephone conference with H. Hoffman and
analyze insurance issues regarding workers
compensation and general liability claims
Sarah B. Boehm     .80 hours at  400.00 per hour.         $320.00

11/19/08  Several telephone conferences and e-mails with
client, and insurance carrier, regarding
workers compensation insurance issues and
payments, letters of credit, and developed
strategy regarding same (1.8)
Douglas M. Foley   1.80 hours at  525.00 per hour.         $945.00

11/19/08  Prepare for and participate in telephone
conferences and meetings with F. Telegadas and
L. Baldyga and others regarding outstanding
litigation, insurance, workers compensation,
and other related issues and analyze and
develop strategies regarding same and research
regarding same and review and analyze matters
regarding same
Daniel F. Blanks   4.60 hours at  350.00 per hour.       $1,610.00

11/20/08  Several telephone conferences and e-mails with
client, debtors professionals, and co-counsel
regarding strategy and analysis of prepetition
insurance claims including workers
compensation, general liability, and litigation
(1.4)
Douglas M. Foley   1.40 hours at  525.00 per hour.         $735.00

11/20/08  Multiple e-mails regarding insurance matters
Sarah B. Boehm     .30 hours at  400.00 per hour.         $120.00

11/20/08  Multiple telephone conferences and e-mails with
counsel and business people regarding insurance
issues, strategies, post-petition obligations,
prepetition claims covered by insurance,
workers' compensation and multiple other
related issues (1.7); multiple e-mails with
insurance carriers regarding prepetition and
post-petition claims and lawsuits and proposed
protocols (.9)
Daniel F. Blanks   2.60 hours at  350.00 per hour.         $910.00

File Number: 2055557                                              Page   42
Invoice No. 91094382                                             December 9, 2008

11/21/08  E-mails with L. Baldyga regarding insurance
          questions and related matters (.4); e-mails
          with C. Florence and other business people
          regarding strategies relating to prepetition
          general liability claims and related issues
          (.5); e-mails with insurance parties regarding
          protocols and related issues (.4)
          Daniel F. Blanks   1.30 hours at  350.00 per hour.      $455.00

11/24/08  E-mails with H. Hoffman and other parties
          regarding workers' compensation and other
          insurance issues
          Daniel F. Blanks   1.10 hours at  350.00 per hour.      $385.00

11/28/08  Analyze issues regarding insurance coverage and
          conferences with D. Foley regarding same and
          research issues regarding same
          Daniel F. Blanks    .60 hours at  350.00 per hour.      $210.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $525.00 | 3.2 | $1,680.00 |
| Sarah B. Boehm | $400.00 | 1.1 | $440.00 |
| Daniel F. Blanks | $350.00 | 10.2 | $3,570.00 |
| TOTAL FEES | | 14.5 | $5,690.00 |

Re: Tax Matters
    Our File No.   2055557-0240
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes

11/11/08  Analysis regarding impact of Chapter 11 filing
          on pending IRS audit, tax protests with appeals
          office and tax liens
          Craig D. Bell   4.00 hours at  495.00 per hour.       $1,980.00

11/12/08  Analysis of Chapter 11 filing on IRS collection
          efforts and pending tax audit appeals
          Craig D. Bell   2.00 hours at  495.00 per hour.        $990.00

11/13/08  Receive and review motion for order authorizing
          payment of prepetition trust fund tax
          liabilities and related order in prepare for
          telephone conference with client
          Brian C. Bernhardt   .50 hours at  400.00 per hour.    $200.00

11/13/08  E-mails regarding authority under tax order and
          related issues
          Sarah B. Boehm    .30 hours at  400.00 per hour.       $120.00

File Number: 2055557
Invoice No. 91094382                              December 9, 2008

11/13/08  Review e-mails regarding tax issue protocols
          and related issues
          Daniel F. Blanks      .30 hours at   350.00 per hour.      $105.00

11/17/08  Prepare for telephone conference with client
          regarding state and local tax issues (.5);
          telephone conference with client regarding
          state and local tax issues (3.0); analysis of
          state and local tax issues with respect to
          strategies going forward (.3)
          Brian C. Bernhardt   3.80 hours at   400.00 per hour.    $1,520.00

11/17/08  Prepare for and participate in telephone
          conference with professionals and tax
          department regarding tax claims, protocols,
          analysis, and other issues and review and
          analyze material regarding same (4.1); review
          letter regarding prepetition taxes and e-mails
          with S. Ash regarding same (.4)
          Daniel F. Blanks   4.50 hours at   350.00 per hour.     $1,575.00

11/17/08  Review bankruptcy tax questions for debtor's
          counsel (.5); conference call on state tax
          considerations of bankruptcy (3.3)
          J. Christian Tennant   3.80 hours at   245.00 per hour.   $931.00

11/18/08  Telephone conferences and e-mails with debtors
          professionals and clients regarding business
          tax issues and authority to pay prepetition
          claims and strategy regarding same (.6)
          Douglas M. Foley      .60 hours at   525.00 per hour.     $315.00

11/18/08  Prepare for and continue telephone conference
          with professionals regarding multiple tax
          issues and protocols and analyze multiple
          issues regarding same
          Daniel F. Blanks   3.50 hours at   350.00 per hour.     $1,225.00

11/18/08  Conference call on state tax considerations of
          bankruptcy
          J. Christian Tennant   2.20 hours at   245.00 per hour.   $539.00

11/19/08  Several telephone conferences and e-mails with
          client and debtors professionals regarding
          authority to pay business taxes and strategy
          regarding same with various jurisdictions (.6)
          Douglas M. Foley      .60 hours at   525.00 per hour.     $315.00

File Number: 2055557                                    Page  44
Invoice No. 91094382                               December 9, 2008

11/19/08  Prepare for and participate in telephone
          conference with Ernst & Young, S. Ash, J.
          McDonald and multiple other parties regarding
          tax strategies and other related issues and
          analyze issues and research matters regarding
          same (2.4); e-mails with S. Ash regarding tax
          issues and strategies (.5)
          Daniel F. Blanks   2.90 hours at  350.00 per hour.    $1,015.00

11/19/08  Conference call on state tax considerations of
          bankruptcy
          J. Christian Tennant   1.50 hours at  245.00 per hour.   $367.50

11/20/08  Receive and review documents from Ernst & Young
          regarding letters to taxing jurisdiction
          addressing payments for post-petition tax
          periods, as well as request for prompt
          determination by IRS on return to be filed
          Brian C. Bernhardt   .50 hours at  400.00 per hour.     $200.00

11/20/08  Multiple telephone conferences and e-mails with
          Ernst & Young and tax department regarding
          taxes and issues regarding prepetition and
          post-petition taxes and draft do not pay
          letters for taxing authorities and related
          issue
          Daniel F. Blanks   1.20 hours at  350.00 per hour.      $420.00

11/21/08  Analyze issues regarding supplemental tax
          motion and e-mails regarding same
          Sarah B. Boehm   .30 hours at  400.00 per hour.         $120.00

11/24/08  Review e-mails and tax memoranda from Ernst &
          Young and other professionals regarding tax
          protocols and related issues
          Daniel F. Blanks   .80 hours at  350.00 per hour.       $280.00

11/25/08  Receive, review and analyze updated and revised
          state and local tax issues for debtor's counsel
          (.5)
          Brian C. Bernhardt   .50 hours at  400.00 per hour.     $200.00

11/25/08  Multiple e-mails with parties regarding
          prepetition tax issues and appropriate
          protocols regarding same (.9); review, analyze,
          revise, and file supplemental tax motion and
          multiple telephone conferences and e-mails with
          I. Fredericks regarding same (1.3)
          Daniel F. Blanks   2.40 hours at  350.00 per hour.      $840.00

11/26/08  Multiple e-mails with S. Ash regarding tax
          issues and analyze issues regarding same
          Daniel F. Blanks    .60 hours at  350.00 per hour.          $210.00

11/29/08  Continued review and analysis of tax memorandum
          and protocol going forward (.9)
          Douglas M. Foley    .90 hours at  525.00 per hour.          $472.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $525.00 | 2.1 | $1,102.50 |
| Craig D. Bell | $495.00 | 6.0 | $2,970.00 |
| Brian C. Bernhardt | $400.00 | 5.3 | $2,120.00 |
| Sarah B. Boehm | $400.00 | 0.6 | $240.00 |
| Daniel F. Blanks | $350.00 | 16.2 | $5,670.00 |
| J. Christian Tennant | $245.00 | 7.5 | $1,837.50 |
| **TOTAL FEES** | | 37.7 | $13,940.00 |

**Re: Claims Administration**
     **Our File No.    2055557-0250**
     **Circuit City Contact R. Hedgebeth**
     **McGuireWoods Contact D. Hayes**

11/19/08  Revise letter to customer regarding settlement
          and e-mails with F. Telegadas regarding same
          Daniel F. Blanks    .50 hours at  350.00 per hour.          $175.00

11/20/08  E-mails with parties regarding customer claims
          resolution and settlement of claims
          Daniel F. Blanks    .50 hours at  350.00 per hour.          $175.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Daniel F. Blanks | $350.00 | 1.0 | $350.00 |
| **TOTAL FEES** | | 1.0 | $350.00 |

**Re: Employee Benefits/Pensions**
     **Our File No.    2055557-0280**
     **Circuit City Contact R. Hedgebeth**
     **McGuireWoods Contact D. Hayes**

11/10/08  Review revised language to QDRO correcting
          ambiguity in first proposed version per request
          sent by S. Loyd on 11/10
          Elizabeth A. Diller    .20 hours at  245.00 per hour.        $49.00

11/11/08   Telephone call to Jay Oakey of Circuit City
           regarding employee benefits issues (.1);
           prepare and e-mail materials to J. Oakey
           regarding employee benefits and executive
           compensation in bankruptcy (.3); review
           materials and court order regarding Company
           benefit plans and executive compensation (.9)
           J. McElligott Jr.   1.30 hours at  590.00 per hour.        $767.00

11/11/08   Planning for impact of bankruptcy proceedings
           on ongoing employee benefits work
           Regina Johnson Elbert   1.40 hours at  245.00 per hour.   $343.00

11/11/08   Receive and review revised proposed domestic
           relations order for retirement plan received on
           November 10, 2008 (.3); draft letter to parties
           (.3); draft e-mail response to S. Loyd (.2)
           Dorothy J. Hannan   .80 hours at  215.00 per hour.        $172.00

11/12/08   Review court's orders regarding compensation
           and benefits (.8); analysis of compensation and
           benefits issues regarding year end compliance
           (1.3) ; prepare list of issues to be addressed
           regarding compensation and benefits and year
           end compliance, including required 409A and
           qualified retirement plan amendments
           J. McElligott Jr.   2.40 hours at  590.00 per hour.     $1,416.00

11/12/08   Receive and review materials regarding
           bankruptcy filing and effect on benefit matters
           David F. Dabbs   1.20 hours at  405.00 per hour.          $486.00

11/13/08   Review documents and prepare for meeting with
           J. Oakey regarding benefits and compensation
           matters
           J. McElligott Jr.   1.70 hours at  590.00 per hour.     $1,003.00

11/13/08   Obtain latest proxy statement for Circuit City
           on SEC website for R. Cipolla
           Dorothy J. Hannan   .20 hours at  215.00 per hour.         $43.00

11/14/08   Review Circuit City executive contracts and
           benefit plans in preparation and outline agenda
           for meeting with J. Oakey (1.3); meeting with
           J. Oakey regarding status of year end
           compliance regarding Section 409A and qualified
           benefit plans, action items needed regarding
           benefits and compensation, Circuit City in
           house attorneys and staff involved, existing
           board resolutions and need to pull together
           appropriate amendments to relevant documents,

Case 08-35653-KRH    Doc 2618-1    Filed 03/17/09    Entered 03/17/09 16:26:02    Desc
Circuit City Stores Inc      Exhibit(s) E1   Page 49 of 54

Page   47
December 9, 2008

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91094382

planning regarding same, legal advice regarding
impact of bankruptcy on various benefit and
compensation matters (1.0); prepare list of
action items for J. Oakey (.5); telephone calls
and e-mails D. Hayes regarding bankruptcy
issues (.3)
J. McElligott Jr.    3.40 hours at  590.00 per hour.      $2,006.00

11/14/08 Confer with J. McElligott and R. Cipolla
regarding anticipated review of IRC 409A issues
David F. Dabbs     .50 hours at   405.00 per hour.        $202.50

11/14/08 Review SEC materials for meeting regarding
benefit plans (1.0);  meeting with J. Oakey
(.4); develop list of plans that should be
reviewed for 409A compliance (.4)
Robert M. Cipolla   1.80 hours at   465.00 per hour.       $837.00

11/14/08 Review proposed QDRO sent by S. Loyd on 11/13
Elizabeth A. Diller      .40 hours at   245.00 per hour.    $98.00

11/14/08 Determine employer identification number for
employee benefit plans for R. Cipolla
Dorothy J. Hannan    .20 hours at   215.00 per hour.       $43.00

11/14/08 Receive and review proposed domestic relations
order received on 11/13/08 for 401(k) plan
(.4); draft letter to parties (.3); draft
e-mail to Y. Harris for missing page of order
(.1)
Dorothy J. Hannan     .80 hours at   215.00 per hour.      $172.00

11/16/08 Review Debtors Motion and Order authorizing
Debtors to pay prepetition wages, compensation
and employee benefits (.8); analysis of end of
year benefits compliance issues in light of
petition and order of bankruptcy court (.8)
J. McElligott Jr.    1.60 hours at   590.00 per hour.      $944.00

11/16/08 Research regarding possible amendments to
employee benefits plans
Aaron G. McCollough    1.80 hours at   325.00 per hour.     $585.00

11/17/08 Identify benefit and compensation arrangements
governed by bankruptcy court's order and
analysis of Internal Revenue Code Section 409A
issues with respect to deferred compensation
(.4); conference D. Hayes regarding benefits
and compensation issues in bankruptcy matters
(.4)
J. McElligott Jr.     .80 hours at   590.00 per hour.      $472.00

File Number: 2055557                                    Page  48
Invoice No. 91094382                                    December 9, 2008

11/17/08  Review qualified domestic relations order for
          401(k) plan, submitted on November 13th by Y.
          Harris
          Regina Johnson Elbert    .30 hours at  245.00 per hour.     $73.50

11/17/08  Research issues regarding possible minor
          amendments to benefit plans
          Aaron G. McCollough   2.10 hours at  325.00 per hour.      $682.50

11/17/08  Obtain and review final page of proposed
          domestic relations order received on 11/13 for
          401(k) plan (.1); finalize letter to parties
          (.1); draft e-mail response to Y. Harris at
          Circuit City (.1)
          Dorothy J. Hannan    .30 hours at  215.00 per hour.        $64.50

11/18/08  Items list regarding benefits/compensation
          compliance
          J. McElligott Jr.    .30 hours at  590.00 per hour.       $177.00

11/20/08  Analysis of 409A issues regarding deferred
          compensation and bankruptcy filing
          J. McElligott Jr.   1.40 hours at  590.00 per hour.       $826.00

11/20/08  Read 409A regulations for application to
          execution compensation plans
          David F. Dabbs   1.40 hours at  405.00 per hour.          $567.00

11/21/08  Outline of employee benefits compliance tasks
          and status of individual plans and policies
          under the Court's order of November 10, 2008
          (2.9); review Board deferred compensation plans
          (.3); e-mails to J. Oakey and R. Cipolla (.1)
          J. McElligott Jr.   3.30 hours at  590.00 per hour.     $1,947.00

11/23/08  Review executive retirement health plan issues
          J. McElligott Jr.    .50 hours at  590.00 per hour.       $295.00

11/23/08  E-mails and telephone calls with J. Oakey
          regarding plan documents
          J. McElligott Jr.    .50 hours at  590.00 per hour.       $295.00

11/24/08  Analysis of benefits issues regarding Chapter
          11 filing (1.8); telephone conference with J.
          Oakey and message regarding plan documents
          (.1); retiree health issues under Bankruptcy
          Code Section 1114 and COBRA issues (1.4);
          prepare list of action items (.7); Section 409A
          issues (.4); PBGC reportable event issues,
          review ERISA and PBGC regulations (.4)
          J. McElligott Jr.   4.80 hours at  590.00 per hour.     $2,832.00

Circuit City Stores Inc
File Number: 2055557                                    Page  49
Invoice No. 91094382                                   December 9, 2008

11/25/08 Further study of 409A regulations
         David F. Dabbs   1.70 hours at  405.00 per hour.        $688.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| James P. McElligott Jr. | $590.00 | 22.0 | $12,980.00 |
| Robert M. Cipolla | $465.00 | 1.8 | $837.00 |
| David F. Dabbs | $405.00 | 4.8 | $1,944.00 |
| Aaron G. McCollough | $325.00 | 3.9 | $1,267.50 |
| Elizabeth A. Diller | $245.00 | 0.6 | $147.00 |
| Regina Johnson Elbert | $245.00 | 1.7 | $416.50 |
| Dorothy J. Hannan | $215.00 | 2.3 | $494.50 |
| TOTAL FEES | | 37.1 | $18,086.50 |

**Re: Intellectual Property Matters**
    **Our File No.   2055557-0310**
    **Circuit City ContactR. Hedgebeth**
    **McGuireWoods ContactD. Hayes**

11/11/08 Contact D. Ramsey to discuss strategy for
         managing Circuit City trademark oppositions in
         light of bankruptcy filing
         Douglas B. Smith    .20 hours at  250.00 per hour.     $50.00

11/11/08 Assess impact of bankruptcy filing on Circuit
         City intellectual property portfolio; perform
         assessment of pending trademark oppositions
         filed by Circuit City and against Circuit City
         Douglas B. Smith   1.90 hours at  250.00 per hour.    $475.00

11/12/08 Receive and review correspondence from agent in
         Canada requesting instructions regarding
         declaration of use filing for the mark LIQUID
         VIDEO (.1); prepare and send response to agent
         (.1)
         Douglas B. Smith    .20 hours at  250.00 per hour.     $50.00

11/12/08 Receive and review correspondence from agent in
         China regarding the pending status of Circuit
         City trademark matters (.1); send
         correspondence to D. Ramsey summarizing issues
         identified by agent (.2); send reply to agent
         (.1)
         Douglas B. Smith    .40 hours at  250.00 per hour.    $100.00

11/14/08 E-mails regarding potential intellectual
         property issues and claims (.4)
         Douglas M. Foley    .40 hours at  525.00 per hour.    $210.00

File Number: 2055557                                    Page  50
Invoice No. 91094382                                    December 9, 2008

11/14/08  Review potential IP issue; e-mail to client
          regarding same
          Brian C. Riopelle    .40 hours at  525.00 per hour.      $210.00

11/17/08  E-mails and phone calls with D. Ramsey to
          discuss status of consent waiver from Samsung
          regarding the trademark SENS
          Douglas B. Smith    .20 hours at  250.00 per hour.       $50.00

11/18/08  Conference call with H. Claiborne regarding
          sweepstakes
          Douglas B. Smith    .20 hours at  250.00 per hour.       $50.00

11/19/08  E-mails with Turkish law firm regarding
          recently filed application for CIRCUIT CITY
          Douglas B. Smith    .30 hours at  250.00 per hour.       $75.00

11/20/08  E-mails with Canadian agent regarding VERGE
          oppositions (.1); send correspondence to D.
          Ramsey summarizing status of oppositions and
          requesting instructions on how to proceed (.2)
          Douglas B. Smith    .30 hours at  250.00 per hour.       $75.00

11/20/08  Receive and review e-mail from agent in Turkey
          regarding possible infringement of CIRCUIT CITY
          mark; send reply
          Douglas B. Smith    .10 hours at  250.00 per hour.       $25.00

11/24/08  Receive and review correspondence from Canadian
          agent regarding status of oppositions to
          Circuit City's applications of VERGE and VERGE
          & Design.
          Douglas B. Smith    .10 hours at  250.00 per hour.       $25.00

11/24/08  Review e-mail from agent in Turkey regarding
          application for CIRCUIT CITY (.1); contact D.
          Ramsey for guidance on how to proceed (.1);
          send reply to agent (.1)
          Douglas B. Smith    .30 hours at  250.00 per hour.       $75.00

11/25/08  Digital Choice - Telephone conference with M.
          L. Roberts regarding Digital Choice royalty
          issue
          David E. Finkelson    .10 hours at  410.00 per hour.     $41.00

11/30/08  Follow-up regarding Digital Choice royalty
          matter; e-mail to D. Hayes regarding same
          David E. Finkelson    .20 hours at  410.00 per hour.     $82.00

| Timekeeper        | Rate/HR  | Hours | Fees    |
|-------------------|----------|-------|---------|
| Brian C. Riopelle | $525.00  | 0.4   | $210.00 |
| Douglas M. Foley  | $525.00  | 0.4   | $210.00 |

File Number: 2055557                                    Page  51
Invoice No. 91094382                                    December 9, 2008

| | | | |
|---|---|---|---|
| David E. Finkelson | $410.00 | 0.3 | $123.00 |
| Douglas B. Smith | $250.00 | 4.2 | $1,050.00 |
| TOTAL FEES | | 5.3 | $1,593.00 |

<u>Disbursements and Other Expenses:</u>

| | | |
|---|---|---|
| | Copy Charges | $5,739.30 |
| | Computer Research - Lexis | $414.00 |
| | Overtime Charges | $900.00 |
| | Long Distance Telephone Charges | $16.80 |
| | Westlaw Research | $104.00 |
| 11/10/08 | FedEx Priority Overnight/Int'l Priority to Chicago, IL - Tracking #:  981737480908 | $14.61 |
| 11/13/08 | CUSTOM HOUSE GLOBAL FOREIGN EXCHANGE - Foreign currency of 467.00 (Canadian) made payable to Smart & Biggar on Invoice S1455154 for CIRCUIT CITY & CIRCLE LOGO Design, filing request for extension of time | $402.60 |
| 11/13/08 | FedEx Priority Overnight/Int'l Priority to Towson, MD - Tracking #:  718929936880 | $9.07 |
| 11/13/08 | US BANKRUPTCY COURT, EASTERN DISTRICT OF VA - Fees for certified copy | $87.00 |
| 11/17/08 | LASERSHIP, INC. - From MWRichmond to USDC - 11/10/08 | $12.68 |
| 11/17/08 | LASERSHIP, INC. - From MWRichmond to Circuit City - 11/11/08 | $27.35 |
| 11/19/08 | DOUGLAS M. FOLEY - Travel to Richmond for meetings concerning Circuit City 11/14/08; room, meal, mileage | $516.80 |
| 11/19/08 | DANIEL F. BLANKS - Travel to Richmond for meetings concerning Circuit City 11/14-11/15/08; room, mileage, parking | $479.77 |
| 11/20/08 | SARAH B. BOEHM - TNT Limo service to USBC, EDVA used to transport documents, attorneys, and staff 11/10/08 | $760.00 |
| 11/24/08 | HOMEMADES BY SUZANNE, INC. - Working lunch | $69.17 |
| 11/24/08 | CHICAGO MESSENGER SERVICE - Inv# 454687 dtd 11-16-08 delivery to R. Holstein/Holstein Law Offices 11-14-08 from B. Hanzlik | $5.50 |
| | TOTAL EXPENSES | $9,558.65 |

File Number: 2055557                          Page  52
Invoice No. 91094382                          December 9, 2008

Summary of Fees and Expenses:

    Total Fees for all Matters:          $227,581.00

    Total Expenses for all Matters:        $9,558.65

    Total for this Invoice:               $237,139.65