**EXHIBIT E2**

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

January 9, 2009

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or (800) 775-2202**

INVOICE NO. 91100770

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

TAX ID NO.   54-0505857

JOINT GROUP #2055557

| Balance Forward from Prior Invoices: | | $237,139.65 |
|---|---|---|
| *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)* | | |
| Current Invoice: | | |
| Current Fees: | $415,940.00 | |
| Current Disbursements: | $14,668.60 | |
| **Current Invoice Total:** | | **$430,608.60** |
| Total Balance Due: | | $667,748.25 |

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

McGuireWoods LLP
Attn: Accounts Receivable
901 E. Cary Street
Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

January 9, 2009

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Bill Through: 12/31/08

INVOICE NO.  91100770                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.  2055557-0010
    Circuit City Contact R. Hedgebeth
    McGuireWoods Contact D. Hayes

12/01/08 Analyze multiple pleadings and docket, revise
         agenda and multiple calls and e-mails regarding
         same (2.4); analyze issues and multiple calls
         from various parties (1.5); file affidavits of
         publication (.3); analyze issues regarding bar
         date order and notice (.3); analyze orders for
         omnibus hearing and e-mails regarding same (.4)
         Sarah B. Boehm   4.90 hours at  400.00 per hour.          $1,960.00

12/01/08 Multiple telephone calls and e-mails with
         claimants regarding bankruptcy case, lawsuits,
         notices, and other related issues and review
         and analyze material and documents regarding
         same (2.7); e-mails with FTI and other
         professionals regarding schedules and notice
         and other related issues (1.3); review and
         analyze docket, pleadings, notices, and other
         items regarding December 5, 2008 omnibus
         hearing and draft and revise agenda regarding

File Number: 2055557                                                Page    2
Invoice No. 91100770                                           January 9, 2009

                    same (.9)
                    Daniel F. Blanks    4.90 hours at   350.00 per hour.      $1,715.00

12/01/08    Prepare and revise 12/5/08 hearing agenda
            (5.0); review docket and revise hearing binder
            (2.0)
            Linda J. Neilson    7.00 hours at  165.00 per hour.      $1,155.00

12/01/08    Access and work on creditor telephone call log
            (2.3); review electronic service accounts for
            reclamation and utility demands (.8)
            Karen B. Cain    3.10 hours at  175.00 per hour.           $542.50

12/02/08    Finalize and file affidavits of publication
            (.4); analyze and revise agenda for omnibus
            hearing (.8); analyze and distribute
            correspondence from multiple parties (.9);
            analyze various objections to multiple motions
            (.7); multiple calls to and from various
            parties in interest (.8); multiple calls and
            e-mails with court regarding omnibus hearing
            (.4)
            Sarah B. Boehm    4.00 hours at   400.00 per hour.      $1,600.00

12/02/08    Bankruptcy Court docket research to obtain
            documents for attorney review
            D. Morrison de Lopez     .40 hours at  180.00 per hour.      $72.00

12/02/08    Revise documents for hearing on 12/5/08 (1.7);
            revise proposed hearing agenda (1.0)
            Linda J. Neilson    2.70 hours at  165.00 per hour.       $445.50

12/02/08    Updating telephone hotline call log (1.1);
            return telephone calls (.7)
            Karen B. Cain    1.80 hours at   175.00 per hour.         $315.00

12/03/08    Review and revise agenda and telephone
            conferences and e-mails with debtors
            professionals regarding same (.8); e-mails
            regarding and preparation for hearings on
            December 5, 2008 (.4); e-mails and telephone
            conferences with creditors regarding questions
            on scope of first day relief (.4)
            Douglas M. Foley    1.60 hours at  525.00 per hour.        $840.00

File Number: 2055557                                    Page   3
Invoice No. 91100770                                    January 9, 2009

12/03/08  Analyze, revise, finalize, file and handle
          service of multiple pleadings for upcoming
          omnibus hearing and multiple calls and e-mails
          with numerous parties regarding same (5.1);
          analyze and distribute correspondence from
          numerous parties (.8); multiple calls from
          parties in interest, shareholders and landlords
          (.8); analyze objections (.9)
          Sarah B. Boehm   7.60 hours at  400.00 per hour.        $3,040.00

12/03/08  Multiple telephone calls and e-mails with
          claimants, parties, and case constituencies
          regarding bankruptcy case, deadlines, omnibus
          hearings, and other related issues and review
          and analyze pleadings, documents, and other
          items regarding same and multiple e-mails and
          telephone calls with I. Fredericks regarding
          case administration and related issues (1.3);
          prepare, draft, revise, and update orders and
          notices for December 5, 2008 omnibus hearing
          and multiple telephone conference and e-mails
          with I. Fredericks regarding same (1.1);
          prepare and execute blacklines of proposed
          orders and notices and file same with
          Bankruptcy Court (.8); draft, revise, analyze,
          and update proposed hearing agenda for December
          5, 2008 and review docket and pleadings
          regarding same and conferences with S. Boehm,
          D. Foley, and L. Neilson regarding same (.9)
          Daniel F. Blanks   4.20 hours at  350.00 per hour.      $1,470.00

12/03/08  Prepare documents for attorney review in
          preparation for hearing (1.1)
          D. Morrison de Lopez   1.10 hours at  180.00 per hour.   $198.00

12/03/08  Review docket and revise hearing agenda and
          prepare for filing
          Linda J. Neilson   6.40 hours at  165.00 per hour.      $1,056.00

12/03/08  Arrange for dedicated telephone line for
          incoming calls from creditors (.3); update
          chart of calls (.7); prepare omnibus hearing
          binders for professionals (1.7)
          Karen B. Cain   2.70 hours at  175.00 per hour.          $472.50

File Number: 2055557                                        Page    4
Invoice No. 91100770                                   January 9, 2009

12/04/08  Telephone conferences and meetings with client
          and co-counsel to begin preparation for omni
          hearing on December 5, 2008 (4.9); review,
          draft, revise filed opposition memorandum to
          various motions and review creditor objections
          (1.1); telephone conference with creditors
          regarding status of resolution of objections
          (.6)
          Douglas M. Foley   6.60 hours at   525.00 per hour.      $3,465.00

12/04/08  Finalize and file affidavits of service (.4);
          analyze and revise multiple pleadings, finalize
          and file multiple pleadings, prepare for first
          omnibus hearing and multiple calls and e-mails
          regarding same (8.1); analyze and distribute
          correspondence from numerous parties (.7)
          Sarah B. Boehm   9.20 hours at   400.00 per hour.        $3,680.00

12/04/08  Prepare for December 5, 2008 omnibus hearing
          and draft and revise proposed orders for
          submission and multiple telephone conferences
          and e-mails with chambers, committee, and
          Skadden regarding same
          Daniel F. Blanks   3.60 hours at   350.00 per hour.      $1,260.00

12/04/08  Multiple telephone conferences with claimants
          and other parties regarding December 5, 2008
          omnibus hearing and related issues and review
          and analyze multiple documents and pleadings
          regarding same (3.4); prepare for and
          participate in preparation for December 5, 2008
          omnibus hearing and conferences and e-mails and
          telephone conferences with I. Fredericks, G.
          Galardi, and D. Foley regarding same (2.7)
          Daniel F. Blanks   6.10 hours at   350.00 per hour.      $2,135.00

12/04/08  Prepare notebooks and other documentation for
          attorney review for hearing (4.9);
          correspondence with professionals regarding
          preparation for hearing (.6)
          D. Morrison de Lopez   5.50 hours at   180.00 per hour.   $990.00

12/04/08  Prepare documents for 12/5/08 hearing and
          revise hearing agenda
          Linda J. Neilson   9.60 hours at   165.00 per hour.      $1,584.00

12/04/08  Prepare revisions to omnibus agenda (1.9);
          prepare multiple comparisons of omnibus orders
          (2.1); prepare omnibus hearing binders for
          professionals (3.7); assist with omnibus
          hearing preparations (1.2)
          Karen B. Cain    8.90 hours at  175.00 per hour.          $1,557.50

12/05/08  Continue preparation and attend omni hearings
          on December 5, 2008 and meetings with client
          and co-counsel regarding same (7.4); e-mails
          regarding notice of commencement and 341
          meeting date and time (.3); conference and
          e-mails with debtors professionals regarding
          submission of orders and revise orders as a
          result of rulings and settlements relating to
          December 5, 2008 matters (.4)
          Douglas M. Foley    8.10 hours at  525.00 per hour.       $4,252.50

12/05/08  Prepare for and attend omnibus hearing (6.1);
          analyze, revise and submit various orders (.8);
          analyze and distribute correspondence (.6)
          Sarah B. Boehm    7.50 hours at  400.00 per hour.         $3,000.00

12/05/08  Review, analyze, and revise multiple orders,
          notices, and other pleadings for hearing and
          conferences with I. Fredericks, G. Galardi, and
          D. Foley regarding same and preparation for
          December 5, 2008 omnibus hearings and telephone
          conferences and e-mails with chambers and
          constituencies regarding same (8.5); telephone
          conferences and e-mails with claimants,
          shareholders, and other parties in interest
          regarding bankruptcy case and other related
          issues and review matters regarding same (1.2)
          Daniel F. Blanks    9.70 hours at  350.00 per hour.       $3,395.00

12/05/08  Review and catalog creditor inquiries (2.6)
          D. Morrison de Lopez    2.60 hours at  180.00 per hour.    $468.00

12/05/08  Prepare documents for hearing (2.75); attend
          hearing (5.75); organize documents from hearing
          (2.0)
          Linda J. Neilson   10.50 hours at  165.00 per hour.       $1,732.50

12/05/08  Assist with omnibus hearing preparations (2.9);
          prepare revisions to omnibus agenda (1.7);
          prepare omnibus hearing binders for
          professionals (2.7); attend hearing and assist
          with preparation of comparisons of omnibus
          orders (1.9)
          Karen B. Cain    9.20 hours at  175.00 per hour.          $1,610.00

File Number: 2055557                                          Page    6
Invoice No. 91100770                                          January 9, 2009

12/06/08  Review, analyze and revise proposed orders and
          e-mails with I. Fredericks regarding same
          Daniel F. Blanks    1.10 hours at   350.00 per hour.          $385.00

12/07/08  E-mails regarding follow-up on orders relating
          to December 5, 2008 hearings and review same
          (.9)
          Douglas M. Foley     .90 hours at   525.00 per hour.          $472.50

12/07/08  Finalize and file multiple affidavits of
          service for KCC (.4); analyze issues and
          multiple calls and e-mails regarding revisions
          to first day orders (.4)
          Sarah B. Boehm      .80 hours at   400.00 per hour.           $320.00

12/07/08  Draft, analyze, and revise multiple proposed
          orders and review e-mails, documents, and other
          material regarding same (1.2); telephone calls
          to parties in interest regarding bankruptcy
          case and related issues (.6)
          Daniel F. Blanks    1.80 hours at   350.00 per hour.          $630.00

12/08/08  Several e-mails with co-counsel and client
          regarding order from December 5, 2008 hearing
          and review same (1.4); e-mails with creditors
          counsel regarding same (.5); review and revise
          shopping.com order and e-mails with opposing
          counsel regarding same (.4); e-mails with
          client regarding United States Trustee
          bankruptcy administration forms regarding bank
          accounts (.3)
          Douglas M. Foley    2.60 hours at   525.00 per hour.        $1,365.00

12/08/08  Analyze, revise and submit multiple orders and
          multiple calls e-mails regarding same (1.4);
          multiple calls and e-mails regarding service of
          entered orders (.2); multiple calls and
          correspondence from various parties (.7)
          Sarah B. Boehm      2.30 hours at   400.00 per hour.          $920.00

12/08/08  Telephone conference and e-mails with L.
          Neilson, D. Foley, S. Boehm, and K. Cain
          regarding case calendar and hearing agenda and
          related issues (.7); multiple telephone
          conferences and e-mails with claimants,
          creditors,and other parties regarding
          bankruptcy case and related issues and review
          material regarding same (2.2)
          Daniel F. Blanks    2.90 hours at   350.00 per hour.        $1,015.00

File Number: 2055557                                          Page    7
Invoice No. 91100770                                          January 9, 2009

12/08/08 E-mails with I. Fredericks regarding local
         rules and procedures and other issues
         Daniel F. Blanks     .70 hours at  350.00 per hour.        $245.00

12/08/08 Review and revise hearing agenda
         Linda J. Neilson    .20 hours at  165.00 per hour.          $33.00

12/08/08 Work on attorney log of telephone calls from
         creditors (1.6); conference with S. Boehm and
         D. Blanks regarding agenda and hearing binders
         for second omnibus objection hearing (.4);
         research bankruptcy court docket and analyze
         filings (.8); work on case calendar for
         professionals (1.1)
         Karen B. Cain   3.90 hours at  175.00 per hour.            $682.50

12/09/08 Several telephone conferences and e-mails with
         creditors and creditors counsel regarding
         general case information (.7); e-mails with
         client and creditors attorneys regarding
         December 5, 2008 hearing and order and review
         and revise same (1.7)
         Douglas M. Foley   2.40 hours at  525.00 per hour.       $1,260.00

12/09/08 Analyze, revise, submit and multiple calls and
         e-mails regarding multiple orders from omnibus
         hearing (2.1); multiple calls to parties and
         update phone log (.9); analyze and revise case
         calendar (.4); analyze correspondence from
         various parties and em same (.9)
         Sarah B. Boehm   4.30 hours at  400.00 per hour.         $1,720.00

12/09/08 Multiple telephone calls and e-mails with
         claimants, creditors, parties in interest, and
         others regarding bankruptcy case and related
         issues and review and analyze documents,
         pleadings, and other material regarding same
         (1.5); review and revise case calendar and
         review and analyze docket and other materials
         regarding same (1.2); e-mails with
         professionals regarding deadlines for December
         22, 2008 omnibus hearing and related issues
         (.4)
         Daniel F. Blanks   3.10 hours at  350.00 per hour.       $1,085.00

File Number: 2055557                                        Page    8
Invoice No. 91100770                                        January 9, 2009

12/09/08  Research bankruptcy court docket and analyze
          filings regarding hearing dates and deadlines
          to respond or object (2.7); update case
          calendar (1.2); monitor creditors telephone
          hotline (.9); conference with professionals
          regarding telephone calls and return same (1.1)
          Karen B. Cain    5.90 hours at  175.00 per hour.            $1,032.50

12/10/08  E-mails regarding new motions for hearing on
          December 22, 2008 and timing of filing same
          (.4)
          Douglas M. Foley    .40 hours at  525.00 per hour.          $210.00

12/10/08  Draft, analyze, revise and submit multiple
          orders and multiple calls and e-mails regarding
          same (1.8); multiple calls to various parties
          and update call log (.7); analyze and
          distribute correspondence (.6)
          Sarah B. Boehm   3.10 hours at   400.00 per hour.           $1,240.00

12/10/08  Multiple telephone conferences and e-mails with
          claimants and creditors regarding bankruptcy
          case and related issues and review and analyze
          documents, pleadings, and other material
          regarding same (2.2); review pleadings and
          other material regarding case calendar and
          agenda (1.3)
          Daniel F. Blanks    3.50 hours at   350.00 per hour.        $1,225.00

12/10/08  Research docket and prepare agenda for second
          omnibus hearing
          Linda J. Neilson    5.20 hours at  165.00 per hour.         $858.00

12/10/08  Research documents to assist with depositions
          (.9); prepare binders for professionals (1.1);
          monitor creditor hot line calls (.9); work on
          call log of creditor inquiries (.7); research
          bankruptcy court docket and filings (2.3); work
          on case calendar (.9); monitor electronic
          e-mail account (.8)
          Karen B. Cain    7.60 hours at  175.00 per hour.            $1,330.00

12/11/08  Analyze and revise various orders and multiple
          calls and e-mails with chambers, clerk's office
          and various parties regarding entry of same
          (1.6); telephone conference with C. Miller and
          D. Heathcoat regarding notice of commencement
          (.3); revise notice of commencement and e-mail
          same to C. Miller and D. Heathcoat (.6);
          analyze pleadings and analyze issues regarding
          agenda (.9); correspondence regarding bank
          release for US Trustee's office (.3); multiple

e-mails with KCC regarding service of entered
orders (.7); analyze correspondence and
pleadings (.6); multiple calls from various
parties (.7)
Sarah B. Boehm   5.70 hours at  400.00 per hour.        $2,280.00

12/11/08 Multiple telephone calls and e-mails with
claimants, creditors, and other parties
regarding bankruptcy and related issues (1.5);
update case calendar and review material
regarding same (.5); telephone conferences and
e-mails with United States Trustee regarding
certain issues and e-mails with Debtors'
professionals regarding same (.7)
Daniel F. Blanks   2.70 hours at  350.00 per hour.       $945.00

12/11/08 Prepare proposed agenda for 12/22/08 hearing
Linda J. Neilson   1.60 hours at  165.00 per hour.       $264.00

12/12/08 Review and finalize for filing pleadings for
hearing on 12/22 (1.7); review changes to bar
date notice and notice of commencement (.3)
Douglas M. Foley   2.00 hours at  525.00 per hour.      $1,050.00

12/12/08 Revise multiple orders and correspondence with
clerk's office regarding same (.6); revise,
finalize and file notice of commencement and
bar date notice (.6); telephone conference with
D. Heathcoat and C. Miller regarding same (.3);
multiple calls from various parties and analyze
correspondence (1.8)
Sarah B. Boehm   3.30 hours at  400.00 per hour.       $1,320.00

12/12/08 Multiple telephone conferences with parties,
claimants, creditors, and parties in interest
regarding bankruptcy cases and related issues
and review and analyze issues and documents
regarding same (1.4); e-mails and telephone
conferences with I. Fredericks regarding local
rules and related issues (.5); review and
analyze claims bar date notices and other
documents and telephone conferences with
professionals regarding same (.5)
Daniel F. Blanks   2.40 hours at  350.00 per hour.       $840.00

12/12/08 Revise proposed agenda for 12/22/08 hearing
Linda J. Neilson   1.60 hours at  165.00 per hour.       $264.00

12/14/08 Prepare documents for depositions (1.7); review
docket and revise 12/22/08 hearing agenda (2.3)
Linda J. Neilson   4.00 hours at  165.00 per hour.       $660.00

File Number: 2055557                                               Page  10
Invoice No. 91100770                                        January 9, 2009

12/15/08  Multiple e-mails and telephone conferences with
          parties in interest and other entities
          regarding bankruptcy case and related issues
          and procedures
          Daniel F. Blanks    2.60 hours at  350.00 per hour.          $910.00

12/15/08  Revise proposed hearing agenda for 12/22/08
          hearing
          Linda J. Neilson    1.10 hours at  165.00 per hour.          $181.50

12/15/08  Prepare deposition binders (2.7); assist with
          deposition preparations (1.8)
          Karen B. Cain    4.50 hours at  175.00 per hour.             $787.50

12/16/08  Analyze issues regarding agenda and e-mails
          regarding same
          Sarah B. Boehm    .30 hours at  400.00 per hour.             $120.00

12/16/08  Multiple telephone conferences and e-mails with
          claimants and parties in interest regarding
          bankruptcy case and related issues
          Daniel F. Blanks    2.90 hours at  350.00 per hour.        $1,015.00

12/16/08  Review docket and retrieve information for
          revisions to proposed hearing agenda for
          12/22/08 hearing (1.3); prepare documents for
          hearing (2.7)
          Linda J. Neilson    4.00 hours at  165.00 per hour.          $660.00

12/16/08  Monitor telephone calls on creditor hot line
          (.6); work on call log for professionals (.5);
          return calls to specific creditors (.6); review
          and analyze documents for production (1.1);
          work on deposition binders (1.2); assist with
          deposition preparations (1.9)
          Karen B. Cain    5.90 hours at  175.00 per hour.           $1,032.50

12/17/08  Review and revise agendas for December 22, 2008
          dockets and e-mails with co-counsel and client
          regarding same (.7); e-mails with client
          regarding WARN payments and protocol under
          relief granted in first day orders and post
          petition separations (.4); e-mails with client
          regarding PTO Communication issues and payment
          of certain wages (.2)
          Douglas M. Foley    1.30 hours at  525.00 per hour.          $682.50

12/17/08  Analyze issues regarding agenda and hearing
          preparation and multiple e-mails regarding same
          (.6); review multiple pleadings and e-mails
          regarding same (.7); e-mails with G. Fathergill
          regarding omnibus hearing arrangements (.1);
          analyze and distribute correspondence from
          multiple parties (1.1); multiple calls and
          e-mails from various parties (.6)
          Sarah B. Boehm   3.10 hours at  400.00 per hour.        $1,240.00

12/17/08  Multiple e-mails and telephone calls with
          creditors and parties in interest regarding
          bankruptcy case and related issues (1.6);
          e-mails with F. Telagadas and others regarding
          permits and other items in default and
          strategies regarding same and analyze issues
          regarding same and review material and
          documents regarding same (1.2)
          Daniel F. Blanks   2.80 hours at  350.00 per hour.        $980.00

12/17/08  Conference with professionals regarding
          procedure for assisting with second omnibus
          hearing (.6); assist professionals in preparing
          for second omnibus hearing (1.2)
          D. Morrison de Lopez   1.80 hours at  180.00 per hour.    $324.00

12/17/08  Teleconference regarding proposed hearing
          agenda (.3); prepare documents for hearing
          (2.4)
          Linda J. Neilson   2.70 hours at  165.00 per hour.        $445.50

12/17/08  Monitor creditor hot line (.9); work on
          creditor hot line phone log including returning
          calls to creditors (1.7); research bankruptcy
          court docket and filings for hearing issues
          (1.1); multiple telephone calls regarding
          agenda and hearing binder preparation (.9)
          Karen B. Cain   4.60 hours at  175.00 per hour.           $805.00

12/18/08  Review, analyze and revise agendas for hearings
          at 10 a.m. and 1:00 p.m. for December 22, 2008
          and e-mails and telephone conference with
          debtors professionals regarding same (1.6);
          e-mails with client and debtors professionals
          regarding WARN Act issues post petition (.3)
          Douglas M. Foley   1.90 hours at  525.00 per hour.        $997.50

| | | |
|---|---|---|
| 12/18/08 | Revise, finalize and file agendas for omnibus hearings and multiple calls and e-mails regarding same (1.2); analyze entered orders and e-mails with KCC regarding service (.4); analyze correspondence and e-mails regarding same (.9); revise notice of rescheduled hearings (.1); analyze, revise, finalize and file various pleadings and e-mails with KCC regarding service (2.1); multiple calls from various parties regarding omnibus hearing (.8)<br>Sarah B. Boehm   5.50 hours at  400.00 per hour. | $2,200.00 |
| 12/18/08 | Multiple telephone calls and e-mails with creditors and parties in interest regarding bankruptcy case and other related issues and review and analyze documents, pleadings, and other material regarding same (1.4); draft and revise proposed hearing agendas for December 22, 2008 omnibus hearings, review docket, pleadings, other material regarding same (1.2)<br>Daniel F. Blanks   2.60 hours at  350.00 per hour. | $910.00 |
| 12/18/08 | Prepare documents for 12/22/08 hearing (4.1); revise hearing agenda (.7)<br>Linda J. Neilson   4.80 hours at  165.00 per hour. | $792.00 |
| 12/19/08 | Review and revise and organize agendas for hearings on December 22, 2008 and e-mails with debtors professionals and client regarding same (1.7); telephone conference and e-mails with debtors professionals regarding status of resolution of various matters (.4)<br>Douglas M. Foley   2.10 hours at  525.00 per hour. | $1,102.50 |
| 12/19/08 | E-mails with KCC regarding bar date notice publication (.2); analyze amended agendas and multiple e-mails regarding same (.6); analyze documents and prepare for omnibus hearing (1.1); finalize, file and e-mails regarding service of multiple objections and responses for omnibus hearing (.8); multiple calls and e-mails from various parties (.6)<br>Sarah B. Boehm   3.30 hours at  400.00 per hour. | $1,320.00 |

File Number: 2055557                                    Page  13
Invoice No. 91100770                                    January 9, 2009

12/19/08  Multiple telephone conferences and e-mails with
          parties in interest regarding bankruptcy case
          and related issues and review and analyze
          documents and other material regarding same
          (1.2); review, revise and file proposed agendas
          regarding December 22, 2008 omnibus hearings
          (.9)
          Daniel F. Blanks   2.10 hours at  350.00 per hour.        $735.00

12/19/08  Prepare documents for 12/22/08 hearing (3.5);
          revise hearing agenda (1.1)
          Linda J. Neilson   4.60 hours at  165.00 per hour.        $759.00

12/19/08  Monitor creditor telephone hot line (.6); work
          on chart of calls and circulate to
          professionals (.4); research and analyze
          bankruptcy court docket and filings (.7); work
          on case calendar (.9)
          Karen B. Cain   2.60 hours at  175.00 per hour.           $455.00

12/20/08  Review new filings (responses and replies) in
          preparation for omni hearings on December 22,
          2008 and e-mails regarding possible resolution
          of same
          Douglas M. Foley   2.60 hours at  525.00 per hour.      $1,365.00

12/20/08  Prepare documents for 12/22/08 hearings
          Linda J. Neilson   3.50 hours at  165.00 per hour.        $577.50

12/21/08  Prepare for omni hearings on December 22, 2008
          (4.9)
          Douglas M. Foley   4.90 hours at  525.00 per hour.      $2,572.50

12/21/08  Analyze publication proofs for bar date notice
          (.3); finalize and file multiple affidavits of
          service (.7); analyze multiple pleadings,
          responses and related documents, revise agenda
          and prepare for omnibus hearing (4.3)
          Sarah B. Boehm   5.30 hours at  400.00 per hour.        $2,120.00

12/21/08  Prepare for December 22, 2008 omnibus hearing
          and review, analyze, and revise multiple
          pleadings, notices, orders, and other items
          regarding same and conferences with I.
          Fredericks, K. Grant, and D. Foley regarding
          same (8.8); revise and file hearing agendas and
          review material regarding same (1.5)
          Daniel F. Blanks  10.30 hours at  350.00 per hour.      $3,605.00

File Number: 2055557                                      Page  14
Invoice No. 91100770                                      January 9, 2009


12/21/08   Prepare binders and documents for 12/22/08
           hearings (9.6); review and revise hearing
           agendas (1.4)
           Linda J. Neilson   11.00 hours at  165.00 per hour.       $1,815.00

12/21/08   Assist with omnibus objection hearing
           preparation (4.1); research bankruptcy court
           docket (2.1); analyze objection filings and
           related documents (3.7); prepare omnibus
           hearing binders for professionals (2.1)
           Karen B. Cain   12.00 hours at  175.00 per hour.          $2,100.00

12/22/08   Prepare for and participate in omni hearings
           (8.5); review forms of notices and forms of
           orders and e-mails with debtors professionals
           regarding same (9.4)
           Douglas M. Foley   9.40 hours at  525.00 per hour.        $4,935.00

12/22/08   Prepare for and attend omnibus hearing (8.3);
           multiple calls and e-mails regarding orders
           (.7); analyze correspondence and return
           multiple calls (.5)
           Sarah B. Boehm   9.50 hours at  400.00 per hour.          $3,800.00

12/22/08   Prepare for and participate in December 22,
           2008 omnibus hearing and prepare multiple
           notices, orders, pleadings, and other material
           regarding same and multiple conferences and
           e-mails with counsel regarding same (9.5);
           draft and file motion to file DIP related
           documents under seal (1.2); draft and file
           amended agendas for December 22, 2008 omnibus
           hearing (.9)
           Daniel F. Blanks   11.60 hours at  350.00 per hour.       $4,060.00

12/22/08   Assist with omnibus hearing preparations (2.2);
           provide hearing support for professionals (1.2)
           D. Morrison de Lopez   3.40 hours at  180.00 per hour.      $612.00

12/22/08   Prepare documents for hearing (6.0); review and
           revise hearing agenda (1.1); attend hearings
           (5.4)
           Linda J. Neilson   12.50 hours at  165.00 per hour.       $2,062.50

12/22/08   Research filings to support amended agenda
           (2.1); assist with omnibus hearing preparations
           (4.1); provide hearing support for
           professionals (5.2)
           Karen B. Cain   11.40 hours at  175.00 per hour.          $1,995.00

12/23/08  Review and finalized edits to forms of orders
          and e-mails with debtors professionals and
          opposing counsel regarding same (2.4); e-mails
          and telephone conferences with chambers
          regarding same (.3); e-mails regarding
          finalization of publication notices regarding
          bar date and 341 meeting and service of orders
          (.4)
          Douglas M. Foley   3.10 hours at  525.00 per hour.        $1,627.50

12/23/08  Revise, finalize and submit multiple orders
          from omnibus hearing and multiple calls and
          e-mails regarding same (2.7); multiple calls
          from various parties and update phone log (.8);
          multiple calls and e-mails regarding service of
          various orders (.7)
          Sarah B. Boehm   4.20 hours at  400.00 per hour.          $1,680.00

12/23/08  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and December 22, 2008 omnibus
          hearings and related issues (3.4); draft and
          revise multiple orders and submit same to
          chambers and e-mails with parties regarding
          same (1.3); e-mails with F. Telegadas regarding
          prepetition claims and certain payment terms
          (.8); e-mails with M. Roberts regarding
          ordinary course professionals (.4)
          Daniel F. Blanks   5.90 hours at  350.00 per hour.        $2,065.00

12/23/08  Prepare supplemental designation of appellee
          documents for court (1.1); prepare filing with
          bankruptcy court (.7); monitor creditor
          telephone hot line and chart calls (3.9);
          organize documents (.5)
          Karen B. Cain   6.20 hours at  175.00 per hour.           $1,085.00

12/24/08  E-mails with client and debtors professionals
          regarding follow-up on various issues relating
          to orders entered from December 22, 2008
          hearing
          Douglas M. Foley    .60 hours at  525.00 per hour.          $315.00

12/24/08  Analyze entered orders and e-mails regarding
          service (.8); analyze and revise various orders
          and e-mails with counsel and court regarding
          same (.4); e-mails with KCC regarding affidavit
          of mailing bar date notice (.2)
          Sarah B. Boehm   1.40 hours at  400.00 per hour.            $560.00

12/24/08  Multiple telephone calls and e-mails with
          claimants and parties regarding bankruptcy case
          and related issues and return multiple
          telephone calls regarding same (1.8); e-mails
          with M. Roberts and F. Telegadas regarding
          bankruptcy issues regarding suits, ordinary
          course professionals and related issues (.6);
          review bar date orders and notices (.5)
          Daniel F. Blanks   2.90 hours at  350.00 per hour.        $1,015.00

12/24/08  Work on binder of appellee additional item
          designations (.4); monitor creditor telephone
          hot line (.7); work on chart of calls and
          circulate to professionals (.6)
          Karen B. Cain   1.70 hours at  175.00 per hour.             $297.50

12/26/08  Multiple telephone calls with creditors and
          parties in interest regarding case and related
          issues and analyze issues and documents
          regarding same
          Daniel F. Blanks    .90 hours at  350.00 per hour.         $315.00

12/28/08  E-mails with client and debtors professionals
          regarding logistics and timing of new filings
          for week of January 5th and status of payment
          of certain shipping claims relating to
          preservation of evidence relating to
          prepetition claims
          Douglas M. Foley    .40 hours at  525.00 per hour.         $210.00

12/29/08  Telephone conference with and e-mails with
          debtors professionals regarding possible sale
          strategy and timing of filing motion for
          procedures (.4); e-mails and analysis with
          client regarding payment of certain prepetition
          claims pursuant to first day relief and issues
          relating to store level operations including
          false alarm violations (.5); review entered
          orders from December 22, 2008 hearing (.2)
          Douglas M. Foley   1.10 hours at  525.00 per hour.         $577.50

12/29/08  Analyze case calendar (.4); finalize and file
          multiple affidavits of service and e-mails
          regarding same (.5); analyze correspondence
          (.8); multiple calls from various parties (1.6)
          Sarah B. Boehm   2.90 hours at  400.00 per hour.         $1,160.00

12/29/08 Draft letters to insurance companies regarding
         debtor in possession status of Circuit City and
         any payments should be directed to Circuit City
         and not a Chapter 11 trustee (.9); multiple
         telephone calls and e-mails with parties in
         interest regarding bankruptcy case and related
         issues and answer questions regarding same and
         e-mails and telephone calls with client
         regarding strategies and related issues (2.6)
         Daniel F. Blanks   3.50 hours at  350.00 per hour.      $1,225.00

12/29/08 Monitor creditor telephone hot line (3.3);
         return calls from creditor hot line (2.8);
         research bankruptcy court docket (.9); work on
         case calendar (.4); status of calendar and
         telephone call log to professionals (.2)
         Karen B. Cain   7.60 hours at  175.00 per hour.        $1,330.00

12/30/08 Analyze, finalize and file list of equity
         security holders and multiple calls and e-mails
         regarding same
         Sarah B. Boehm    .90 hours at  400.00 per hour.         $360.00

12/30/08 Analyze correspondence (.6); multiple calls
         from various parties (1.4); e-mails with KCC
         regarding service of various documents (.2)
         Sarah B. Boehm   2.20 hours at  400.00 per hour.         $880.00

12/30/08 Multiple telephone calls and e-mails with
         parties in interest regarding bankruptcy and
         related issues and review material regarding
         same
         Daniel F. Blanks   1.90 hours at  350.00 per hour.       $665.00

12/30/08 Monitor creditor telephone hot line (2.6); work
         on telephone call log and return telephone
         calls (3.9); status of calls to professionals
         (.1); prepare pleading binders for next omnibus
         objection hearing (2.1)
         Karen B. Cain   8.70 hours at  175.00 per hour.        $1,522.50

12/31/08 Telephone call to Chambers and courtroom deputy
         regarding January 6, 2009 hearing date and
         conference with debtors professionals regarding
         same
         Douglas M. Foley    .40 hours at  525.00 per hour.       $210.00

File Number: 2055557

Invoice No. 91100770

12/31/08 Multiple calls from various parties (.9);
         analyze correspondence and e-mails regarding
         same (.8); e-mails with KCC regarding service
         of various documents (.3)
         Sarah B. Boehm   2.00 hours at  400.00 per hour.                $800.00

12/31/08 Multiple telephone calls and e-mails with
         creditors and parties in interest regarding
         bankruptcy case and related issues and review
         material and documents regarding same
         Daniel F. Blanks    .90 hours at  350.00 per hour.             $315.00

12/31/08 Research bankruptcy court docket (.9); analyze
         filings for deadlines (1.1); work on binders
         for third omnibus objection hearing (1.9);
         return creditor telephone calls (.9)
         Karen B. Cain   4.80 hours at  175.00 per hour.                $840.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $525.00 | 52.4 | $27,510.00 |
| Sarah B. Boehm | $400.00 | 93.3 | $37,320.00 |
| Daniel F. Blanks | $350.00 | 97.6 | $34,160.00 |
| Diane E. Morrison de Lopez | $180.00 | 14.8 | $2,664.00 |
| Karen B. Cain | $175.00 | 113.1 | $19,792.50 |
| Linda J. Neilson | $165.00 | 93.0 | $15,345.00 |
| TOTAL FEES | | 464.2 | $136,791.50 |

**Re: Restructuring and General Strategy**
    **Our File No.   2055557-0020**
    **Circuit City ContactR. Hedgebeth**
    **McGuireWoods ContactD. Hayes**

12/18/08 E-mails and telephone conferences with counsel
         for customer and F. Telegadas regarding
         resolution of customer claims and related
         issues
         Daniel F. Blanks    .60 hours at  350.00 per hour.             $210.00

12/19/08 E-mails with F. Telegadas and others regarding
         customer claims and strategies
         Daniel F. Blanks    .70 hours at  350.00 per hour.             $245.00

12/30/08 E-mails with client and analyze issues relating
         to payment of certain prepetition claims
         relating to store locations
         Douglas M. Foley    .80 hours at  525.00 per hour.             $420.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $525.00 | 0.8 | $420.00 |

File Number: 2055557                                              Page  19
Invoice No. 91100770                                             January 9, 2009


Daniel F. Blanks              $350.00         1.3         $455.00

                        TOTAL FEES            2.1         $875.00

**Re: Corporate Goverance**
    **Our File No.   2055557-0040**
    **Circuit City Contact R. Hedgebeth**
    **McGuireWoods Contact D. Hayes**


12/02/08  Participate in a meeting of the Compensation
          Committee by conference telephone
          Robert L. Burrus Jr.   1.50 hours at  700.00 per hour.  $1,050.00

12/04/08  Participate in a meeting of the Board of
          Directors by conference telephone
          Robert L. Burrus Jr.   3.00 hours at  700.00 per hour.  $2,100.00

12/05/08  Review project requirements with K. DeLuca for
          processing letters to directors that were
          received from J. Oakey of Circuit City and
          reviewed on November 25th
          Jane Whitt Sellers    .40 hours at  540.00 per hour.    $216.00

12/05/08  Review board policy regarding communications
          with directors and prior letters from J.
          Sellers to client (1.6); review letters
          provided by client for processing pursuant to
          the policy (1.2); categorize letters and
          actions to be taken (.3); discuss policy and
          how it applies to specific letters with J.
          Sellers (.2); draft letters to A. King, R.
          Brill and J. Oakey pursuant to the policy (2.3)
          Katherine K. DeLuca   5.60 hours at  245.00 per hour.  $1,372.00

12/09/08  Review and comment on draft letters to Messrs
          Brill (audit committee chair), King (lead
          director) and Oakey (in house corporate
          counsel) regarding director correspondence
          review
          Jane Whitt Sellers    .60 hours at  540.00 per hour.    $324.00

12/09/08  Discuss draft letters with J. Sellers and
          revise according to her comments (1.2); prepare
          letters and packages to be sent to J. Oakey, R.
          Brill and A. King (.4); e-mail J. Oakey
          regarding packages (.1)
          Katherine K. DeLuca  1.70 hours at  245.00 per hour.    $416.50

12/10/08 Participate in the Nominating and Governance
Committee by conference telephone
Robert L. Burrus Jr.    .60 hours at  700.00 per hour.    $420.00

12/11/08 Participate in the Executive Committee meeting
by conference telephone
Robert L. Burrus Jr.   1.50 hours at  700.00 per hour.  $1,050.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Robert L. Burrus Jr. | $700.00 | 6.6 | $4,620.00 |
| Jane Whitt Sellers | $540.00 | 1.0 | $540.00 |
| Katherine K. DeLuca | $245.00 | 7.3 | $1,788.50 |
| TOTAL FEES | | 14.9 | $6,948.50 |

**Re: Schedule and SOFAS**
    **Our File No.   2055557-0050**
    **Circuit City Contact R. Hedgebeth**
    **McGuireWoods Contact D. Hayes**

12/01/08 Continue analysis of scheduling issues relating
to government claims, including unclaimed
property issues and rebate checks, gift cards,
customer claims, and telephone conferences and
e-mails with client and debtors professionals
regarding same
Douglas M. Foley   1.30 hours at  525.00 per hour.       $682.50

12/02/08 Telephone conference and e-mails with client
and FTI regarding schedules and notices
relating to unclaimed property claimants,
attorney generals, and unclaimed property
administrators
Douglas M. Foley    .70 hours at  525.00 per hour.       $367.50

12/05/08 Conference and e-mails with debtors
professionals regarding finalization, timing of
filing schedules and statements
Douglas M. Foley    .30 hours at  525.00 per hour.       $157.50

12/07/08 E-mails with I. Fredericks regarding meetings
regarding schedules and SOFAs and related
issues and analyze issues regarding same
Daniel F. Blanks    .40 hours at  350.00 per hour.       $140.00

12/08/08 E-mails with FTI regarding schedules
Sarah B. Boehm    .40 hours at  400.00 per hour.       $160.00

12/08/08  Multiple e-mails and telephone conferences with
          FTI and Skadden regarding schedules and SOFAs
          and preparation for and strategies regarding
          December 10th meeting
          Daniel F. Blanks   1.30 hours at  350.00 per hour.        $455.00

12/09/08  E-mails with parties regarding schedules and
          SOFA preparation and strategies regarding
          filing and other issues
          Daniel F. Blanks   1.10 hours at  350.00 per hour.        $385.00

12/16/08  E-mails with FTI regarding schedules and SOFAs
          Sarah B. Boehm     .30 hours at  400.00 per hour.         $120.00

12/16/08  E-mails with I. Fredericks regarding filing
          schedules and related issues
          Daniel F. Blanks    .50 hours at  350.00 per hour.        $175.00

12/17/08  E-mails with FTI regarding schedules and SOFAs
          Sarah B. Boehm     .20 hours at  400.00 per hour.          $80.00

12/18/08  E-mails regarding finalization and timing of
          filing schedules and SOFAs
          Douglas M. Foley    .60 hours at  525.00 per hour.        $315.00

12/18/08  Multiple calls and e-mails regarding schedules
          and SOFAs
          Sarah B. Boehm     .60 hours at  400.00 per hour.         $240.00

12/19/08  E-mails regarding filing schedules and sofas
          for eighteen Circuit City debtors (.6);
          telephone conference with United States Trustee
          regarding same and status of case (.3)
          Douglas M. Foley    .90 hours at  525.00 per hour.        $472.50

12/19/08  Analyze, finalize and file schedules and SOFAs
          for eighteen debtors and multiple calls and
          e-mails regarding same
          Sarah B. Boehm     3.20 hours at  400.00 per hour.      $1,280.00

12/23/08  Draft correspondence to US Trustee's office
          regarding CD of schedules and SOFAs
          Sarah B. Boehm     .20 hours at  400.00 per hour.          $80.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $525.00 | 3.8 | $1,995.00 |
| Sarah B. Boehm | $400.00 | 4.9 | $1,960.00 |
| Daniel F. Blanks | $350.00 | 3.3 | $1,155.00 |
| TOTAL FEES | | 12.0 | $5,110.00 |

File Number: 2055557                                    Page    22
Invoice No. 91100770                                    January 9, 2009

Re: Professional Retention/Fee Applications
    Our File No.    2055557-0070
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes


12/02/08  Telephone conference with United States Trustee
          regarding employment applications and e-mails
          with debtors professionals regarding same
          Douglas M. Foley     .40 hours at   525.00 per hour.          $210.00

12/03/08  Several e-mails regarding non-objection and
          extensions on certain objections to retention
          papers for debtors professionals
          Douglas M. Foley     .70 hours at   525.00 per hour.          $367.50

12/04/08  Several e-mails with debtors professionals
          regarding status of entry of retention order
          and resolution of issues relating to FTI and
          Rothchild
          Douglas M. Foley     .60 hours at   525.00 per hour.          $315.00

12/05/08  E-mails with debtors professionals regarding
          employment applications for KPMG and DJM and
          timing of filing for December 22, 2008 hearing
          date
          Douglas M. Foley     .30 hours at   525.00 per hour.          $157.50

12/07/08  E-mails regarding new employment applications
          for debtors professionals and begin review of
          same
          Douglas M. Foley     .80 hours at   525.00 per hour.          $420.00

12/07/08  Finalize and submit employment application
          orders and e-mails regarding same (.4); analyze
          and revise multiple employment applications and
          analyze issues regarding same (.4)
          Sarah B. Boehm     .80 hours at   400.00 per hour.            $320.00

12/08/08  Finalize and submit employment order regarding
          Kirkland
          Sarah B. Boehm     .20 hours at   400.00 per hour.             $80.00

12/09/08  Review, revise and finalize monthly fee
          statement, interim compensation order, and
          e-mails with debtors professionals and client
          regarding same
          Douglas M. Foley    1.70 hours at   525.00 per hour.          $892.50

| | | |
|---|---|---|
| 12/09/08 | Analyze issues regarding interim compensation procedures and multiple calls and e-mails regarding same (.7); draft correspondence regarding same (.8); e-mails regarding Kirkland employment order (.3) | |
| | Sarah B. Boehm   1.80 hours at  400.00 per hour. | $720.00 |
| 12/09/08 | Review, analyze, and revise DJM engagement agreement and retention motion and e-mails with K. Grant regarding same | |
| | Daniel F. Blanks    .50 hours at  350.00 per hour. | $175.00 |
| 12/10/08 | E-mails with I. Fredericks regarding KPMG, PWC, and E&Y retention applications and related issues | |
| | Daniel F. Blanks    .90 hours at  350.00 per hour. | $315.00 |
| 12/11/08 | Multiple calls and e-mails from professionals regarding monthly fee statement procedures (.3); multiple calls and e-mails from Kirkland regarding employment order (.3) | |
| | Sarah B. Boehm    .60 hours at  400.00 per hour. | $240.00 |
| 12/12/08 | Draft, analyze, revise, finalize and file KPMG retention application and notice and multiple e-mails regarding same (.4); e-mail to R. Van Arsdale regarding excel monthly fee statement (.1); analyze multiple retention applications and ordinary course professionals and notices thereof (.8) | |
| | Sarah B. Boehm   1.30 hours at  400.00 per hour. | $520.00 |
| 12/12/08 | Draft, analyze, revise, finalize and file retention applications for multiple professionals and draft notices and multiple e-mails with professionals regarding same (2.6); draft, analyze, revise, finalize, and file applications and ordinary course professionals and notices thereof (1.1) | |
| | Daniel F. Blanks   3.70 hours at  350.00 per hour. | $1,295.00 |
| 12/18/08 | E-mails with PWC regarding OCP motion and related issues | |
| | Daniel F. Blanks    .40 hours at  350.00 per hour. | $140.00 |
| 12/19/08 | E-mails regarding order granting FTI employment application revisions and submit same for entry | |
| | Sarah B. Boehm    .30 hours at  400.00 per hour. | $120.00 |

12/21/08 Analyze retention agreements of
         PriceWaterhouseCoopers, Ernst & Young, FTI, and
         KPMG and summarize memorandum for D. Foley
         regarding December 22, 2008 hearing
         Daniel F. Blanks    .60 hours at  350.00 per hour.        $210.00

12/23/08 E-mails with KPMG regarding employment
         application and order
         Sarah B. Boehm    .10 hours at  400.00 per hour.          $40.00

12/24/08 E-mails and telephone conference with client
         regarding OCP order and terms and status of
         certain payments to professionals
         Douglas M. Foley    .40 hours at  525.00 per hour.        $210.00

12/24/08 E-mails regarding monthly fee statement
         requirements
         Sarah B. Boehm    .20 hours at  400.00 per hour.          $80.00

12/30/08 E-mails with Skadden regarding ordinary course
         professionals retention issues and review order
         regarding same
         Daniel F. Blanks    .50 hours at  350.00 per hour.        $175.00

12/31/08 E-mails with various professionals regarding
         monthly fee statements
         Sarah B. Boehm    .30 hours at  400.00 per hour.          $120.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $525.00 | 4.9 | $2,572.50 |
| Sarah B. Boehm | $400.00 | 5.6 | $2,240.00 |
| Daniel F. Blanks | $350.00 | 6.6 | $2,310.00 |
| TOTAL FEES | | 17.1 | $7,122.50 |

**Re: Creditors Committee**
     **Our File No.   2055557-0080**
     **Circuit City ContactR. Hedgebeth**
     **McGuireWoods ContactD. Hayes**

12/03/08 E-mails and conference with committee counsel
         regarding December 5, 2008 hearing matters and
         objections and review and analyze same
         Douglas M. Foley    .80 hours at  525.00 per hour.        $420.00

12/04/08 E-mails with client and debtors professionals
         regarding status of issues in committee meeting
         and presentation
         Douglas M. Foley    .30 hours at  525.00 per hour.        $157.50

File Number: 2055557                                          Page  25
Invoice No. 91100770                                          January 9, 2009

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $525.00 | 1.1 | $577.50 |
| TOTAL FEES | | 1.1 | $577.50 |

**Re: Automatic Stay**
      **Our File No.    2055557-0090**
      **Circuit City Contact R. Hedgebeth**
      **McGuireWoods Contact D. Hayes**

12/01/08 E-mails and telephone conferences with client
         regarding pending lift stay motions by Funches
         and EEOC and strategy regarding same
         Douglas M. Foley    .90 hours at  525.00 per hour.        $472.50

12/01/08 Analyze issues and telephone conference with D.
         Latta regarding EEOC motion to lift stay in
         E.D. Pennsylvania case (.4); analyze and revise
         objection to Funches motion to lift stay and
         expedited and analyze issues regarding same
         (.3); e-mails with D. O'Meara regarding EEOC
         case (.1)
         Sarah B. Boehm     .80 hours at  400.00 per hour.        $320.00

12/01/08 Draft and revise objection to motion for relief
         from stay and motion for expedited filed by
         Funches and related relief and research
         multiple issues regarding same and review and
         analyze documents, pleadings, and other
         material regarding same and e-mails with
         parties regarding same
         Daniel F. Blanks   3.90 hours at  350.00 per hour.     $1,365.00

12/02/08 Review, revise, file opposition to Funches lift
         stay motion (1.6); telephone conferences and
         e-mails with client and opposing counsel
         regarding same (1.9); analyze for hearing on
         December 3, 2008 (.8); telephone conference
         with client regarding enforcement of stay
         issues and form of letters to attorneys and pro
         se litigants (.3)
         Douglas M. Foley    .30 hours at  525.00 per hour.        $157.50

File Number: 2055557                                    Page  26
Invoice No. 91100770                                    January 9, 2009

12/02/08  Research regarding EEOC case pending in E.D.
          Pennsylvania and e-mails regarding same (.8);
          telephone conferences with D. O'Meara and D.
          Latta regarding EEOC case (.4); telephone call
          from D. Latta regarding automatic stay issues
          and exceptions to automatic stay regarding
          California wage matter (.3); analyze issues
          regarding Funches lift stay motion, insurance
          and strategy regarding same (.3)
          Sarah B. Boehm   1.80 hours at  400.00 per hour.        $720.00

12/02/08  Continue draft, revise, and file objection to
          Funches motion for relief from stay and
          conferences and telephone calls with F.
          Telegadas and D. Foley regarding same
          Daniel F. Blanks   1.40 hours at  350.00 per hour.      $490.00

12/03/08  Several telephone conferences and e-mails with
          client, opposing counsel, and committee
          counsel, and attend hearing on Funches motion
          for relief from stay (3.3); review order
          regarding same (.4); telephone conference with
          city of Chicago counsel regarding same (.3);
          e-mails and telephone conferences with
          mechanic's lien claimants regarding potential
          relief from stay issues and review same (.3)
          Douglas M. Foley   4.30 hours at  525.00 per hour.    $2,257.50

12/03/08  Analyze issues regarding Funches lift stay
          matter and strategy regarding same
          Sarah B. Boehm    .40 hours at  400.00 per hour.        $160.00

12/04/08  E-mails with opposing counsel and telephone
          conference with OCP and client regarding
          Funches lift stay matter (.4); e-mails and
          telephone conferences with client regarding
          form of stay violation letters for opposing
          counsel and pro se litigants (.8)
          Douglas M. Foley   1.20 hours at  525.00 per hour.      $630.00

12/04/08  Review automatic stay violation letter and
          analyze issues regarding same
          Sarah B. Boehm    .30 hours at  400.00 per hour.        $120.00

12/04/08  E-mails with D. Foley and F. Telegadas
          regarding automatic stay letters and draft
          letter for Garcia and pro se litigants and
          conferences regarding same and analyze
          strategies regarding same
          Daniel F. Blanks   1.30 hours at  350.00 per hour.      $455.00

12/05/08  Revise letter to counsel for R. Garcia
          regarding violation of the automatic stay and
          other related issues and file suggestion of
          bankruptcy with court and review and analyze
          other suits filed by pro se litigants and
          e-mails with F. Telegadas and C. Florence
          regarding same
          Daniel F. Blanks    1.50 hours at  350.00 per hour.          $525.00

12/08/08  E-mails with client regarding automatic stay
          issues and enforcement letters responding to
          same, including issue with government entities
          Douglas M. Foley    .50 hours at  525.00 per hour.          $262.50

12/08/08  Draft order denying Shopping.com lift stay
          motion and multiple calls and e-mails regarding
          same
          Sarah B. Boehm    .40 hours at  400.00 per hour.            $160.00

12/08/08  Multiple e-mails with F. Telegadas regarding
          prepetition litigation and letters to counsel
          regarding violations of the automatic stay and
          related issues
          Daniel F. Blanks    .70 hours at  350.00 per hour.          $245.00

12/09/08  Telephone conference and e-mails with parties
          regarding consensual relief from stay and other
          related issues in Texas
          Daniel F. Blanks    .60 hours at  350.00 per hour.          $210.00

12/10/08  Draft multiple letters to counsel regarding
          automatic stay and related issues and
          suggestions in bankruptcy
          Daniel F. Blanks    1.60 hours at  350.00 per hour.         $560.00

12/11/08  Telephone conference with M. Roberts regarding
          automatic stay exceptions and related issues
          Sarah B. Boehm    .20 hours at  400.00 per hour.             $80.00

12/11/08  Draft letters regarding violations of automatic
          stay and related issues and draft suggestions
          in bankruptcy regarding same
          Daniel F. Blanks    1.20 hours at  350.00 per hour.         $420.00

12/14/08  E-mails with counsel for Funches regarding
          relief from stay
          Daniel F. Blanks    .20 hours at  350.00 per hour.           $70.00

Case 08-35653-KRH   Doc 2618-2   Filed 03/17/09   Entered 03/17/09 16:26:02   Desc
Circuit City Stores Inc Exhibit(s) E2 - Part 1   Page 30 of 40
File Number: 2055557
Invoice No. 91100770

Page   28
January 9, 2009

| Date | Description | | Amount |
|---|---|---|---|
| 12/15/08 | Review and analyze draft consent relief from stay motion and order regarding Hillsborough and e-mails regarding same | | |
| | Daniel F. Blanks | .50 hours at 350.00 per hour. | $175.00 |
| 12/16/08 | E-mails with F. Telegadas regarding automatic stay actions and related issues | | |
| | Daniel F. Blanks | .40 hours at 350.00 per hour. | $140.00 |
| 12/17/08 | E-mails regarding various lift stay matters and potential resolution of same | | |
| | Douglas M. Foley | .80 hours at 525.00 per hour. | $420.00 |
| 12/17/08 | Review and analyze Hillsborough relief from stay motion and e-mails with counsel regarding same | | |
| | Daniel F. Blanks | .70 hours at 350.00 per hour. | $245.00 |
| 12/18/08 | Review requests for consent relief from automatic stay and draft pleadings regarding eminent domain matter in Florida and e-mails with opposing counsel, debtors professionals and client regarding same (.5); e-mails regarding status of Chase credit card motion for hearing on December 22, 2008 (.3); review new motions for lift stay regarding setoff and recoupment issues by vendors (.4) | | |
| | Douglas M. Foley | 1.20 hours at 525.00 per hour. | $630.00 |
| 12/18/08 | Draft suggestion in bankruptcy and draft letter to counsel for plaintiff regarding violation of the automatic stay and e-mails with F. Telegadas regarding same (.9); review consent motion for relief and e-mails with plaintiff regarding same (.5) | | |
| | Daniel F. Blanks | 1.40 hours at 350.00 per hour. | $490.00 |
| 12/19/08 | Review and analyze response to US Signs motion for relief and NJ mechanics lien statute (.3); review new motions for relief and analyze response to same including claims for setoff and recoupment (.4) | | |
| | Douglas M. Foley | .70 hours at 525.00 per hour. | $367.50 |
| 12/19/08 | Draft consent order for relief from stay and e-mails regarding same | | |
| | Daniel F. Blanks | .50 hours at 350.00 per hour. | $175.00 |

12/23/08  E-mails with opposing counsel and client
          regarding lift stay matters, including Funches
          strategy for hearing on December 29, 2008
          Douglas M. Foley    .90 hours at  525.00 per hour.        $472.50

12/23/08  Draft and send suggestions in bankruptcy and
          violations of the automatic stay letters to
          parties
          Daniel F. Blanks   1.20 hours at  350.00 per hour.        $420.00

12/24/08  Revise consent decree regarding EEOC claim
          language and e-mails with D. O'Meara regarding
          same
          Sarah B. Boehm     .20 hours at  400.00 per hour.          $80.00

12/24/08  Draft and revise multiple letters regarding
          violations of automatic stay and suggestions in
          bankruptcy
          Daniel F. Blanks   1.50 hours at  350.00 per hour.        $525.00

12/28/08  E-mails and analysis regarding excess insurance
          coverage policies for various lift stay matters
          Douglas M. Foley    .30 hours at  525.00 per hour.        $157.50

12/29/08  E-mails with client regarding lift stay issues,
          including insurance coverage issues and EEOC
          consent decree
          Douglas M. Foley    .40 hours at  525.00 per hour.        $210.00

12/29/08  E-mails with D. O'Meara and D. Latta regarding
          procedure for approval of consent decree
          Sarah B. Boehm     .20 hours at  400.00 per hour.          $80.00

12/29/08  Draft suggestions in bankruptcy and violations
          of automatic stay letters to counsel
          Daniel F. Blanks    .50 hours at  350.00 per hour.        $175.00

12/30/08  E-mails with client and debtors professionals
          regarding pending lift stay motions (.4);
          analyze insurance coverage issues on Funch
          matter (.2); review lien suit issues and
          e-mails with client regarding same and stay
          violation letter (.4)
          Douglas M. Foley   1.00 hours at  525.00 per hour.        $525.00

12/30/08  Analyze New Hampshire pleadings, draft letter
          regarding violation of automatic stay and
          e-mails regarding same
          Sarah B. Boehm     .40 hours at  400.00 per hour.         $160.00

File Number: 2055557

Invoice No. 91100770

12/30/08  Draft letters to counsel to initiated
          litigation regarding automatic stay violations
          and file suggestions in bankruptcy regarding
          same
          Daniel F. Blanks   1.30 hours at  350.00 per hour.          $455.00

12/31/08  E-mails regarding Funch lift stay matter and
          stay violation letter relating to lien suit
          against NH store location
          Douglas M. Foley   .80 hours at  525.00 per hour.          $420.00

12/31/08  Revise and finalize automatic stay violation
          letter regarding New Hampshire case and e-mails
          regarding same
          Sarah B. Boehm     .30 hours at  400.00 per hour.          $120.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $525.00 | 13.3 | $6,982.50 |
| Sarah B. Boehm | $400.00 | 5.0 | $2,000.00 |
| Daniel F. Blanks | $350.00 | 20.4 | $7,140.00 |
| TOTAL FEES | | 38.7 | $16,122.50 |

**Re: Credit Cards**
     Our File No.   2055557-0110
     Circuit City Contact R. Hedgebeth
     McGuireWoods Contact D. Hayes

12/11/08  Review and analyze proposed stipulation with
          Chase regarding co-branded credit card
          agreement
          Douglas M. Foley   .30 hours at  525.00 per hour.          $157.50

12/11/08  Analyze issues and correspondence regarding
          Chase stipulation
          Sarah B. Boehm     .30 hours at  400.00 per hour.          $120.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $525.00 | 0.3 | $157.50 |
| Sarah B. Boehm | $400.00 | 0.3 | $120.00 |
| TOTAL FEES | | 0.6 | $277.50 |

**Re: Executory Contracts**
     Our File No.   2055557-0140
     Circuit City Contact R. Hedgebeth
     McGuireWoods Contact D. Hayes

12/01/08 E-mails and telephone conferences with chambers
         and I. Fredericks regarding Panasonic 9019
         motion and expedited relief and related issues
         Daniel F. Blanks    .80 hours at  350.00 per hour.        $280.00

12/05/08 Review contract and 9019 motion for Panasonic
         and e-mails with I. Fredericks regarding same
         Daniel F. Blanks    .70 hours at  350.00 per hour.        $245.00

12/08/08 Draft order denying Shopping.com's order for
         adequate assurance and e-mails regarding same
         Sarah B. Boehm    .60 hours at  400.00 per hour.          $240.00

12/12/08 Review, analyze, revise, and file multiple
         motions to reject certain executory contracts
         and related relief and draft notices regarding
         same and conferences and e-mails with I.
         Fredericks regarding same
         Daniel F. Blanks   2.50 hours at  350.00 per hour.        $875.00

12/19/08 Telephone conference with counterparties
         counsel and debtors professionals regarding
         motion for rejection of employment agreements
         and review and analyze responses filed by
         counterparties for hearing preparation on
         December 22, 2008
         Douglas M. Foley   1.10 hours at  525.00 per hour.        $577.50

12/23/08 Telephone conference and e-mails with opposing
         counsel on executory contract rejection order
         and extended objection deadline and hearing
         date for January 16th and status going forward
         Douglas M. Foley    .80 hours at  525.00 per hour.        $420.00

12/29/08 Telephone conference with counsel for executory
         contract rejection parties relating to
         employment agreements and analyze issues
         regarding same
         Douglas M. Foley    .90 hours at  525.00 per hour.        $472.50

12/30/08 Analyze pleadings and telephone conference with
         counsel for J. Stacia regarding objection to
         motion to reject executory contract (.7);
         multiple calls and e-mails regarding same (.3);
         e-mails regarding status of various executory
         contracts and timing of assumption or rejection
         (.3)
         Sarah B. Boehm   1.30 hours at  400.00 per hour.          $520.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $525.00 | 2.8 | $1,470.00 |
| Sarah B. Boehm | $400.00 | 1.9 | $760.00 |

File Number: 2055557                                    Page  32
Invoice No. 91100770                                    January 9, 2009

Daniel F. Blanks            $350.00        4.0      $1,400.00

                     TOTAL FEES            8.7      $3,630.00

**Re: Litigation**
     **Our File No.   2055557-0150**
     **Circuit City Contact R. Hedgebeth**
     **McGuireWoods Contact D. Hayes**


12/01/08  Several telephone conferences and e-mails with
          committee professionals, bank professionals,
          and debtors professionals regarding document
          production protocol and status of standstill on
          discovery and status of DIP litigation
          Douglas M. Foley   2.30 hours at  525.00 per hour.      $1,207.50

12/01/08  Telephone calls with committee counsel, bank
          counsel, et al. regarding discovery issues
          (1.5); manage document collection (.5)
          Anne Bentley McCray   2.00 hours at  425.00 per hour.    $850.00

12/01/08  Multiple e-mails and telephone conferences
          regarding discovery requests from Committee
          regarding DIP and related issues and analyze
          strategies regarding same
          Daniel F. Blanks   1.30 hours at  350.00 per hour.       $455.00

12/01/08  Creditors Committee Litigation: communicate
          with A. McCray regarding strategy related to
          custodian interviews and schedule thereof (.3);
          communicate with F. Telegadas regarding
          custodian interviews and strategy related
          thereto (.2); communicate with M. Dylak
          regarding custodian interviews and strategy
          related thereto (.1); conduct custodian
          interviews at Circuit City (3.4); communicate
          with H. Feller regarding custodian interviews
          and results thereof (.1)
          Michelle M. Christian   4.10 hours at  285.00 per hour. $1,168.50

12/01/08  Assist with interviews and collection
          Gloria K. Dagrosa   .80 hours at  200.00 per hour.       $160.00

File Number: 2055557                                    Page  33
Invoice No. 91100770                               January 9, 2009

12/02/08  Creditors Committee Litigation:  communicate
          with A. McCray regarding strategy related to
          custodian interviews and document collection
          (.6); communicate with client regarding
          strategy and scheduling of custodian interviews
          and document identification and collection
          (.5); communicate with staff regarding document
          collection (.2)
          Michelle M. Christian   1.30 hours at  285.00 per hour.   $370.50

12/02/08  Review collection box logs and interview
          memoranda
          Gloria K. Dagrosa     .50 hours at  200.00 per hour.      $100.00

12/02/08  Creditors Committee Litigation:  process and
          prepare documents for attorney review
          Margaret E. Dylak   2.70 hours at  145.00 per hour.       $391.50

12/02/08  Creditors Committee Litigation:  index
          documents collected from R. Robinson
          Emily S. Conway   3.40 hours at  75.00 per hour.          $255.00

12/02/08  Index materials collected from client
          Ralph A. Stoewe   4.80 hours at  75.00 per hour.          $360.00

12/02/08  Return materials to clients offices
          Ralph A. Stoewe   1.50 hours at  75.00 per hour.          $112.50

12/03/08  Telephone calls and e-mails regarding Circuit
          City collection and review
          Anne Bentley McCray     .70 hours at  425.00 per hour.    $297.50

12/03/08  Creditors Committee Litigation: prepare review
          protocol in preparation for review of documents
          (1.8); communicate with F. Telegadas regarding
          custodian interviews and strategy related
          thereto (.4); communicate with M. Dylak
          regarding custodian interviews and strategy
          related thereto (.3); communicate with D.
          Menthe regarding document review and strategy
          related thereto (.1)
          Michelle M. Christian   2.60 hours at  285.00 per hour.   $741.00

12/03/08  Creditors Committee Litigation:  correspondence
          regarding document collection
          Margaret E. Dylak     .20 hours at  145.00 per hour.       $29.00

12/04/08  E-mails regarding document production for DIP
          litigation and review protocol regarding same
          Douglas M. Foley     .70 hours at  525.00 per hour.       $367.50

File Number: 2055557                                          Page  34
Invoice No. 91100770                                    January 9, 2009


12/04/08  Telephone calls and e-mails regarding document
          review and status of bankruptcy proceedings
          Anne Bentley McCray    .70 hours at  425.00 per hour.     $297.50

12/04/08  Creditors Committee Litigation: communicate
          with M. Dylak and G. Dagrossa regarding
          custodian interviews and strategy related
          thereto (.2); Communicate with A. McCray
          regarding custodian interviews, document
          collection, and strategy related thereto (.2);
          conduct and participate in training on database
          in preparation for review (.8); Communicate
          with review team regarding document review and
          strategy related thereto (.4)
          Michelle M. Christian   1.60 hours at  285.00 per hour.   $456.00

12/04/08  Prepare for training reviewers (.6); telephone
          conference with M. Christian regarding same
          (.2)
          Gloria K. Dagrosa    .80 hours at  200.00 per hour.       $160.00

12/04/08  Creditors Committee Litigation: assist with
          document collection
          Margaret E. Dylak   1.40 hours at  145.00 per hour.       $203.00

12/04/08  Correspondence with M. Christian regarding
          review protocol
          Kathryn C. Morrison    .10 hours at  75.00 per hour.        $7.50

12/04/08  Index materials collected from client
          Ralph A. Stoewe     .70 hours at  75.00 per hour.          $52.50

12/05/08  Telephone conference with Intel's attorney
          (.1); e-mails to and from Intel's attorney (.1)
          Howard Feller    .20 hours at  545.00 per hour.           $109.00

12/05/08  E-mails and telephone conferences regarding
          preparation for production of documents and DIP
          litigation and review search terms and protocol
          Douglas M. Foley    .50 hours at  525.00 per hour.        $262.50

12/05/08  Telephone calls and e-mails regarding hearing
          and discovery planning (.7); review document
          review protocol (.3)
          Anne Bentley McCray   1.00 hours at  425.00 per hour.     $425.00

12/05/08  Analyze complaint filed by Greystone Data
          Systems, Inc.
          Joseph S. Sheerin    .30 hours at  400.00 per hour.       $120.00

12/05/08 Draft letter to CPSC regarding incident report
         and e-mail to M. Roberts regarding same (.4);
         draft letter to manufacturer forwarding CPSC
         incident report (.3); e-mail to M. Droese
         regarding same (.1)
         Martha J. Swicegood    .80 hours at  335.00 per hour.    $268.00

12/05/08 Analyze issues regarding committee DIP
         litigation
         Sarah B. Boehm    .40 hours at  400.00 per hour.         $160.00

12/05/08 Creditors Committee Litigation: review
         documents to determine responsiveness to first
         request to debtors for production of documents
         Warren E. Greth Jr.   1.30 hours at  255.00 per hour.    $331.50

12/05/08 Creditors' Committee Litigation: meeting
         concerning response to requests for document
         production
         Darrel C. Menthe   1.00 hours at  415.00 per hour.       $415.00

12/05/08 Creditors Committee Litigation: prepare/train
         for document review
         Tracy Evans Moyer    .50 hours at  415.00 per hour.      $207.50

12/05/08 Creditors Committee Litigation:  communicate
         with A. McCray regarding custodian interviews,
         document collection, and strategy related
         thereto (1.2); communicate with review team
         regarding document review and strategy related
         thereto (.9); review documents in database in
         preparation for document production in response
         to request for production (4.3); conduct
         quality control review of documents in
         preparation for document production in response
         to request for production (2.1)
         Michelle M. Christian   8.50 hours at  285.00 per hour. $2,422.50

12/05/08 Creditors Committee Litigation: review
         documents to determine responsiveness to First
         Request to Debtors for Production of Documents
         Suzanne S. Long   1.30 hours at  305.00 per hour.        $396.50

12/05/08 Prepare for and attend training regarding
         electronic document review
         Gloria K. Dagrosa   2.30 hours at  200.00 per hour.      $460.00

12/05/08 Creditors Committee Litigation: assist with
         document collection
         Margaret E. Dylak   1.00 hours at  145.00 per hour.      $145.00

File Number: 2055557                                    Page  36
Invoice No. 91100770                                    January 9, 2009


12/05/08 Attend database training
         Paul J. Allen     .70 hours at  130.00 per hour.            $91.00

12/05/08 Creditors Committee Litigation:  assist with
         document collection
         Emily S. Conway   3.20 hours at  75.00 per hour.           $240.00

12/05/08 Creditors Committee Litigation:  index
         documents collected
         Emily S. Conway    .80 hours at  75.00 per hour.            $60.00

12/05/08 Assist with document collection project
         Kathryn C. Morrison  1.60 hours at  75.00 per hour.        $120.00

12/07/08 E-mails regarding preparation for "meet and
         confer" call with committee counsel regarding
         DIP litigation and analyze issues regarding
         same and documents production
         Douglas M. Foley   1.20 hours at  525.00 per hour.         $630.00

12/07/08 Planning for document review (1.0); e-mails
         with vendors regarding term searching and
         process (.4)
         Anne Bentley McCray    1.40 hours at  425.00 per hour.     $595.00

12/07/08 Analyze issues regarding committee document
         request and protocol for same
         Sarah B. Boehm     .20 hours at  400.00 per hour.          $80.00

12/08/08 Several telephone conferences and e-mails
         regarding DIP litigation discovery and analyze
         issues regarding same and document production
         and deposition schedules
         Douglas M. Foley   3.90 hours at  525.00 per hour.       $2,047.50

12/08/08 Conference call with codefendant (1.0);
         conference call with committee regarding status
         of discovery efforts (1.0)
         Anne Bentley McCray    2.00 hours at  425.00 per hour.     $850.00

12/08/08 Analyze committee litigation protocol and
         issues regarding same (.4); multiple calls and
         e-mails regarding committee DIP litigation
         (1.2)
         Sarah B. Boehm   1.60 hours at  400.00 per hour.           $640.00

12/08/08 Draft and revise settlement and release and
         e-mail to F. Telegadas regarding same (1.3);
         review and analyze litigation pending and
         analyze strategies regarding same (.8)
         Daniel F. Blanks   2.10 hours at  350.00 per hour.         $735.00

12/08/08  Meet with R. Covington concerning document
          review project
          Patrick L. Gregory    .70 hours at  245.00 per hour.      $171.50

12/08/08  Creditors' Committee Litigation: review
          documents in order to respond to First Request
          to Debtors for Production of Documents.
          Darrel C. Menthe   2.30 hours at  415.00 per hour.        $954.50

12/08/08  Creditors Committee Litigation: review
          background documents for document review (.8);
          review documents for documents responsive to
          Creditors Committee First Request to Debtors
          for Production of Documents (1.9)
          Tracy Evans Moyer   2.70 hours at  415.00 per hour.     $1,120.50

12/08/08  Creditors Committee Litigation:  communicate
          with A. McCray regarding custodian interviews,
          document collection, and strategy related
          thereto (.9); Communicate with review team
          regarding document review and strategy related
          thereto (1.1); review documents in database in
          preparation for document production in response
          to request for production (1.6); conduct
          quality control review of documents in
          preparation for document production in response
          to request for production (2.8); communicate
          with D. Foley regarding "avoidance actions,"
          deposition preparation, and documents related
          thereto (.3); incorporate changes to document
          review protocol (.3); analyze K&E documents
          (.4); communicate with S. Boehm regarding
          document review and strategy related thereto
          (.2); communicate with F. Telegadas regarding
          custodian interviews and confidentiality
          agreement (.2); participate in conference call
          with all parties (1.9)
          Michelle M. Christian   9.70 hours at  285.00 per hour. $2,764.50

12/08/08  Creditors Committee Litigation: review document
          review protocol (.1); review draft
          confidentiality agreement (.1); review request
          for production of documents necessary for
          proper document review (.2); review documents
          (2.5)
          Lisa M. Sharp   2.90 hours at  255.00 per hour.          $739.50

12/08/08  Creditors Committee Litigation: receive
          instruction regarding document review (.3);
          review and identify documents for
          responsiveness and privilege (3.9)
          Eric B. Martin   4.20 hours at  310.00 per hour.        $1,302.00

12/08/08  Assist with electronic document collection
          Gloria K. Dagrosa   5.50 hours at  200.00 per hour.    $1,100.00

12/08/08  Creditors Committee Litigation:  assist with
          document collection
          Margaret E. Dylak   2.60 hours at  145.00 per hour.      $377.00

12/08/08  Creditors Commercial Litigation:  index
          documents collected from R. Robinson and M.
          Foster
          Emily S. Conway   4.20 hours at  75.00 per hour.         $315.00

12/08/08  Assist with collection project
          Kathryn C. Morrison   1.50 hours at  75.00 per hour.     $112.50

12/08/08  Document review support for attorneys at the
          request of M. Christian
          Cuong Luong   2.70 hours at  75.00 per hour.             $202.50

12/08/08  Work with C. Luong regarding request for
          document review support for contract attorney
          reviewers
          Wanda C. Bailey   .40 hours at  175.00 per hour.          $70.00

12/09/08  Several telephone conferences and e-mails with
          client and debtors professionals regarding
          preparation for discovery, protocol for review
          of document production and depositions relating
          to threatened DIP litigation by committee
          Douglas M. Foley   2.30 hours at  525.00 per hour.     $1,207.50

12/09/08  Call with bank counsel, et al. regarding
          discovery (1.0); call with committee regarding
          same (1.0); telephone calls and e-mails with
          client and MW team regarding document
          collection and review status and planning (1.7)
          Anne Bentley McCray   3.70 hours at  425.00 per hour.  $1,572.50