# **EXHIBIT E2**

Part 2

12/09/08  Continue draft and revise settlement and
          release agreements and other documentation and
          e-mails with F. Telegadas regarding same and
          correspondence with S. Melnick regarding same
          (.8); review and analyze pending litigation and
          related issues regarding suggestions in
          bankruptcy and other related documents and
          issues (.9); telephone conferences and e-mails
          with contractors regarding issues and e-mail to
          J. Kumar regarding same (.5)
          Daniel F. Blanks   2.20 hours at  350.00 per hour.      $770.00

12/09/08  Creditors Committee Litigation: review
          documents to determine responsiveness to first
          request to debtors for production of documents
          Warren E. Greth Jr.   1.20 hours at  255.00 per hour.   $306.00

12/09/08  Creditors Committee Litigation:  review e-mails
          and protocol for document review (1.0); e-mails
          to and from R. Covington (.2); review documents
          (1.3)
          Patrick L. Gregory   2.50 hours at  245.00 per hour.    $612.50

12/09/08  Creditors' Committee Litigation: review
          documents in order to respond to First Request
          to Debtors for Production of Documents
          Darrel C. Menthe   7.50 hours at  415.00 per hour.    $3,112.50

12/09/08  Review documents for documents responsive to
          Creditors Committee First Request to Debtors
          for Production of Documents
          Tracy Evans Moyer   4.40 hours at  415.00 per hour.   $1,826.00

12/09/08  Creditors Committee Litigation: communicate
          with A. McCray regarding custodian interviews,
          document collection, and strategy related
          thereto (1.3); Communicate with review team
          regarding document review and strategy related
          thereto (.7); conduct custodian interviews at
          Circuit City in preparation for production of
          documents (3.8); review documents in database
          in preparation for document production in
          response to request for production (1.1);
          conduct quality control review of documents in
          preparation for document production in response
          to request for production (.7); communicate
          with F. Telegadas regarding custodian
          interviews and confidentiality agreement (.6);
          prepare objections in response to request for
          production (1.1)
          Michelle M. Christian   9.30 hours at  285.00 per hour. $2,650.50

12/09/08 Creditors Committee Litigation: review
         documents to determine responsiveness to First
         Request to Debtors for Production of Documents
         Suzanne S. Long   1.30 hours at  305.00 per hour.        $396.50

12/09/08 Creditors Committee Litigation: review
         documents
         Lisa M. Sharp   8.20 hours at  255.00 per hour.        $2,091.00

12/09/08 Creditors Committee Litigation:  review and
         identify documents for responsiveness to
         discovery requests and for privilege.
         Eric B. Martin   6.10 hours at  310.00 per hour.       $1,891.00

12/09/08 Assist with document collection and review
         Gloria K. Dagrosa   2.50 hours at  200.00 per hour.       $500.00

12/09/08 Creditors Committee Litigation:  assist with
         document collection
         Margaret E. Dylak   .20 hours at  145.00 per hour.         $29.00

12/09/08 Assist with document collection
         Paul J. Allen   3.60 hours at  130.00 per hour.          $468.00

12/09/08 Assist with document production project
         Paul J. Allen   2.00 hours at  130.00 per hour.          $260.00

12/09/08 Assist with collection project
         Kathryn C. Morrison   3.00 hours at  75.00 per hour.      $225.00

12/10/08 Numerous telephone conferences and e-mails with
         debtors professionals, committee counsel and
         client regarding preparation for litigation on
         DIP and begin review of documents regarding
         same and Board materials (3.9); telephone
         conference with FTI regarding same (.9);
         e-mails with Rothchild regarding same (.4);
         review confidentiality agreement and comments
         to same (.7); telephone conference and e-mails
         with lenders counsel regarding document
         production protocol (.4)
         Douglas M. Foley   6.30 hours at  525.00 per hour.     $3,307.50

12/10/08 Telephone calls and e-mails regarding document
         collection and review status
         Anne Bentley McCray   1.90 hours at  425.00 per hour.    $807.50

12/10/08 Telephone call with counsel for TTE regarding
         CPSC incident report
         Martha J. Swicegood   .10 hours at  335.00 per hour.      $33.50

12/10/08  Analyze issues regarding committee objection to
          DIP and multiple calls and e-mails regarding
          document review questions
          Sarah B. Boehm   2.90 hours at  400.00 per hour.        $1,160.00

12/10/08  Review release and settlement and e-mails with
          F. Telegadas and claimant regarding same (.7);
          e-mails with Boes regarding litigation claims
          and related issues (.8); e-mails with counsel
          regarding McCall litigation and analyze
          strategies regarding same (1.2)
          Daniel F. Blanks   2.70 hours at  350.00 per hour.        $945.00

12/10/08  Creditors Committee Litigation: review
          documents to determine responsiveness to first
          request to debtors for production of documents
          Warren E. Greth Jr.  5.90 hours at  255.00 per hour.   $1,504.50

12/10/08  Creditors Committee Litigation: review and
          classify documents
          Patrick L. Gregory   3.60 hours at  245.00 per hour.     $882.00

12/10/08  Creditors' Committee Litigation: review
          documents in order to respond to First Request
          to Debtors for Production of Documents.
          Darrel C. Menthe   7.30 hours at  415.00 per hour.     $3,029.50

12/10/08  Creditors Committee Litigation:  communicate
          with A. McCray regarding custodian interviews,
          document collection, and strategy related
          thereto (1.7); Communicate with review team
          regarding document review and strategy related
          thereto (.8); review documents in database in
          preparation for document production in response
          to request for production (4.3); conduct
          quality control review of documents in
          preparation for document production in response
          to request for production (1.7); communicate
          with F. Telegadas regarding custodian
          interviews and strategy related thereto (.8);
          prepare objections in response to request for
          production (1.1); prepare objections to the
          credit committees request for the production of
          documents (1.6); communicate with D. Foley
          regarding production and strategy related
          thereto (.6)
          Michelle M. Christian  12.60 hours at  285.00 per hour. $3,591.00

File Number: 2055557                                    Page   42
Invoice No. 91100770                                    January 9, 2009

12/10/08  Creditors Committee Litigation: review
          documents to determine responsiveness to First
          Request to Debtors for Production of Documents
          Suzanne S. Long   3.60 hours at  305.00 per hour.        $1,098.00

12/10/08  Creditors Committee Litigation: review
          documents
          Lisa M. Sharp   2.70 hours at  255.00 per hour.            $688.50

12/10/08  Creditors Committee Litigation: review and
          identify documents for responsiveness and
          privilege.
          Eric B. Martin   6.40 hours at  310.00 per hour.        $1,984.00

12/10/08  Assist with document collection and review
          Gloria K. Dagrosa   2.50 hours at  200.00 per hour.       $500.00

12/10/08  Software training and practice
          Thomas W. Sakats   3.10 hours at  200.00 per hour.        $620.00

12/10/08  Assist with document production project
          Paul J. Allen   6.00 hours at  130.00 per hour.           $780.00

12/10/08  Assist with collection project
          Kathryn C. Morrison   1.00 hours at  75.00 per hour.       $75.00

12/11/08  Numerous telephone conferences and e-mails with
          debtors professionals, committee's
          professionals, banks professionals, regarding
          discovery, document production, deposition
          schedule and "meet and confer" to narrow issues
          for DIP litigation scheduled for December 22,
          2008 (3.9); begin review and analysis of key
          documents and conduct witness interviews (2.6)
          Douglas M. Foley   6.50 hours at  525.00 per hour.      $3,412.50

12/11/08  Manage document review and production project
          Anne Bentley McCray   1.70 hours at  425.00 per hour.     $722.50

12/11/08  Document review regarding committee litigation
          regarding DIP (3.1); analyze issues regarding
          document production and multiple calls and
          e-mails with committee regarding same (1.1)
          Sarah B. Boehm   4.80 hours at  400.00 per hour.        $1,920.00

12/11/08  E-mails to Boes regarding outstanding
          litigation and related issues and review
          material regarding same
          Daniel F. Blanks   .50 hours at  350.00 per hour.        $175.00

12/11/08 Creditors Committee Litigation: review
documents to determine responsiveness to first
request to debtors for production of documents
Warren E. Greth Jr.   8.70 hours at   255.00 per hour.   $2,218.50

12/11/08 Creditors Committee Litigation: review and
classify documents
Patrick L. Gregory   6.10 hours at   245.00 per hour.   $1,494.50

12/11/08 Creditors' Committee Litigation: review
documents in order to respond to First Request
to Debtors for Production of Documents
Darrel C. Menthe   6.30 hours at   415.00 per hour.   $2,614.50

12/11/08 Creditors Committee Litigation:  conduct
custodian interview with B. Besanko and
document collection related thereto (2.9);
Participate in deposition preparation
conference call with D. Foley, F. Telegadas,
and B. Besanko in preparation for deposition
(.7); Communicate with A. McCray regarding
custodian interviews, document collection, and
strategy related thereto (.3); Communicate with
review team regarding document review and
strategy related thereto (2.5); review
documents in database in preparation for
document production in response to request for
production (6.4)
Michelle M. Christian  12.80 hours at   285.00 per hour. $3,648.00

12/11/08 Creditors Committee Litigation: review
documents to determine responsiveness to First
Request to Debtors for Production of Documents
Suzanne S. Long  10.90 hours at   305.00 per hour.   $3,324.50

12/11/08 Creditors Committee Litigation: review
documents
Lisa M. Sharp   7.30 hours at   255.00 per hour.   $1,861.50

12/11/08 Creditors Committee Litigation: review and
identify documents for responsiveness and for
privilege.
Eric B. Martin   8.20 hours at   310.00 per hour.   $2,542.00

12/11/08 Assist with document collection
Gloria K. Dagrosa   .80 hours at   200.00 per hour.   $160.00

12/11/08 Assign batches for review
Thomas W. Sakats   4.60 hours at   200.00 per hour.   $920.00

File Number: 2055557                                    Page  44
Invoice No. 91100770                                    January 9, 2009

12/11/08  E-mails to and from A. McCray and M. Christian
          regarding review (.2); meet with two contract
          attorneys and M. Christian regarding review
          (.3); obtain login's and passwords for
          reviewers (.2)
          Linda T. Jordan    .70 hours at  200.00 per hour.        $140.00

12/11/08  Assist with document production project
          Paul J. Allen   6.30 hours at  130.00 per hour.          $819.00

12/11/08  Assist with document collection
          Kathryn C. Morrison   1.50 hours at  75.00 per hour.     $112.50

12/11/08  Document review support at the request of M.
          Christian
          Cuong Luong   1.20 hours at  75.00 per hour.             $90.00

12/12/08  Participate in witness interviews for DIP
          litigation with Committee (1.6); review and
          analyze documents for production and potential
          exhibits for trial (1.8); several e-mails with
          committee counsel and witnesses regarding
          logistics and preparation for discovery (.9)
          Douglas M. Foley   4.30 hours at  525.00 per hour.     $2,257.50

12/12/08  Document review management and telephone calls
          and e-mails regarding production (3.9);
          conference call with D. Foley, E. Meehan and
          FTI regarding status and history of involvement
          with Circuit City (1.4)
          Anne Bentley McCray   5.30 hours at  425.00 per hour.  $2,252.50

12/12/08  Review correspondence from TTE's counsel
          regarding CPSC report (.2); telephone call with
          L. Henry regarding CPSIA requirements for
          advertising (.2)
          Martha J. Swicegood    .40 hours at  335.00 per hour.   $134.00

12/12/08  Document review for committee production
          regarding DIP (2.6); analyze committee
          objection to DIP (.3); analyze issues and
          multiple calls and e-mails regarding committee
          litigation regarding DIP (1.8)
          Sarah B. Boehm   4.70 hours at  400.00 per hour.       $1,880.00

12/12/08  Creditors Committee Litigation: review
          documents to determine responsiveness to first
          request to debtors for production of documents
          Warren E. Greth Jr.    .20 hours at  255.00 per hour.    $51.00

12/12/08 Creditors Committee Litigation:  communicate
         with A. McCray regarding custodian interviews,
         document collection, and strategy related
         thereto (.8); communicate with review team
         regarding document review and strategy related
         thereto (1.2); review documents in database in
         preparation for document production in response
         to request for production (5.3)
         Michelle M. Christian   7.30 hours at  285.00 per hour. $2,080.50

12/12/08 Creditors Committee Litigation: review
         documents to determine responsiveness to First
         Request to Debtors for Production of Documents
         Suzanne S. Long   3.40 hours at  305.00 per hour.        $1,037.00

12/12/08 Creditors Committee Litigation: review
         documents
         Lisa M. Sharp   2.50 hours at  255.00 per hour.            $637.50

12/12/08 Creditors Committee Litigation:  review and
         identify documents for responsiveness and for
         privilege.
         Eric B. Martin   6.60 hours at  310.00 per hour.         $2,046.00

12/12/08 Assist with document collection
         Gloria K. Dagrosa    .80 hours at  200.00 per hour.        $160.00

12/12/08 Assign batches and create tracking spreadsheets
         Thomas W. Sakats   5.10 hours at  200.00 per hour.       $1,020.00

12/12/08 Creditors Committee Litigation:  assist with
         document collection and review
         Margaret E. Dylak    .30 hours at  145.00 per hour.         $43.50

12/12/08 Assist with document production project
         Paul J. Allen   5.10 hours at  130.00 per hour.            $663.00

12/13/08 Prepare for depositions relating to DIP
         litigation and review documents relating to
         Board presentations (1.3); review draft of
         Committee objection to DIP facility and analyze
         issues and responses to same (.8); e-mails with
         committee counsel and Agent counsel regarding
         protocol and logistics for scheduling DIP
         litigation discovery and document production
         and depositions (.6); telephone conference and
         e-mails with client and debtors professionals

Circuit City Stores Inc

<br>

and agent counsel regarding draft committee
objection, deposition preparation and
presentation of evidence for hearing on 12/22
(.4)
Douglas M. Foley   3.10 hours at  525.00 per hour.        $1,627.50

12/13/08 Creditors Committee Litigation: review
documents to determine responsiveness to First
Request to Debtors for Production of Documents
Suzanne S. Long   4.00 hours at  305.00 per hour.        $1,220.00

12/14/08 Prepare witness notes and prepare for witness
interviews and preparation for DIP litigation
(2.3); review documents for production
including board materials (1.9)
Douglas M. Foley   4.20 hours at  525.00 per hour.        $2,205.00

12/14/08 Work extensively with vendor regarding
production issues (3.3); prepare board
materials for additional review (.9)
Anne Bentley McCray   4.20 hours at  425.00 per hour.     $1,785.00

12/14/08 Multiple calls and e-mails regarding committee
litigation (.7); document review regarding
committee DIP litigation (2.4)
Sarah B. Boehm   3.10 hours at  400.00 per hour.          $1,240.00

12/14/08 Prepare objections to Creditors Committee First
Request for Production of Documents per request
of D. Foley and A. McCray
Michelle M. Christian   3.80 hours at  285.00 per hour. $1,083.00

12/14/08 Creditors Committee Litigation: review
documents to determine responsiveness to First
Request to Debtors for Production of Documents
Suzanne S. Long   1.80 hours at  305.00 per hour.          $549.00

12/14/08 Creditors Committee Litigation: review
documents
Lisa M. Sharp   1.20 hours at  255.00 per hour.           $306.00

12/14/08 Prepare training materials for electronic
document review (1.3); prepare documents for
attorney review (.8); review electronic
document in database (.5)
Gloria K. Dagrosa   2.60 hours at  200.00 per hour.       $520.00

12/14/08 Creditors Committee Litigation:  e-mails to
vendors regarding review (.5); e-mail to R.
Covington regarding login's and passwords (.1)
Linda T. Jordan    .60 hours at  200.00 per hour.         $120.00

| | | |
|---|---|---|
| 12/14/08 | Prepare training materials for electronic review | |
| | Kathryn C. Morrison   1.00 hours at  75.00 per hour. | $75.00 |
| 12/14/08 | Search documents in electronic database | |
| | Kathryn C. Morrison   1.50 hours at  75.00 per hour. | $112.50 |
| 12/14/08 | Prepare documents for D. Foley review | |
| | Kathryn C. Morrison   .00 hours at  .00 per hour. | $.00 |
| 12/15/08 | Participate in witness interviews and deposition preparation for DIP litigation with Committee (7.9); review and analyze documents for production and potential exhibits for trial and scope of review (1.7); several e-mails with committee counsel and telephone conferences with witnesses regarding logistics, scheduling and document production (1.3); telephone conference with bank professionals regarding document production and scheduling of depositions (.4); review and analyze non-committee DIP objections and resolutions (.9) | |
| | Douglas M. Foley  12.20 hours at  525.00 per hour. | $6,405.00 |
| 12/15/08 | Meet with D. Foley regarding document issues (.2); review objection (.5); telephone calls and e-mails regarding document production (.9); meeting regarding database (.5); manage document review (1.1) | |
| | Anne Bentley McCray   3.20 hours at  425.00 per hour. | $1,360.00 |
| 12/15/08 | Prepare for depositions regarding DIP, including document review, training reviewers, witness preparation and multiple calls and e-mails | |
| | Sarah B. Boehm  10.10 hours at  400.00 per hour. | $4,040.00 |
| 12/15/08 | Creditors Committee Litigation: document review training and document review assigned batch | |
| | Lisa M. Williams   2.00 hours at  305.00 per hour. | $610.00 |
| 12/15/08 | E-mails with Boes regarding claims asserted against company and related issues | |
| | Daniel F. Blanks   .20 hours at  350.00 per hour. | $70.00 |
| 12/15/08 | Creditors Committee Litigation: review documents to determine responsiveness to first request to debtors for production of documents | |
| | Warren E. Greth Jr.   .30 hours at  255.00 per hour. | $76.50 |

File Number: 2055557                                    Page   48
Invoice No. 91100770                                    January 9, 2009

12/15/08 Creditors' Committee Litigation: review
         additional case materials (.4); review
         documents in order to respond to First Request
         to Debtors for Production of Documents (3.1)
         Darrel C. Menthe   3.50 hours at  415.00 per hour.      $1,452.50

12/15/08 Creditors Committee Litigation:  communicate
         with A. McCray regarding custodian interviews,
         document collection, and strategy related
         thereto (.6); communicate with review team
         regarding document review and strategy related
         thereto (1.5); review documents in database in
         preparation for document production in response
         to request for production (5.0); conduct
         quality control review in preparation for
         document production in response to request for
         production (4.1); communicate with D. Foley and
         E. Meehan regarding strategy related to Besanko
         and Marcum depositions (.8); conduct reverse
         review document review in preparation for
         Marcum deposition; communicate with S. Boehm
         regarding Board of Directors documents and
         strategy related thereto (.6)
         Michelle M. Christian  12.60 hours at  285.00 per hour. $3,591.00

12/15/08 Creditors Committee Litigation: review
         documents to determine responsiveness to First
         Request to Debtors for Production of Documents
         Suzanne S. Long   .50 hours at  305.00 per hour.        $152.50

12/15/08 Creditors Committee Litigation attend document
         review training (1.7); review documents (5.7)
         Lisa M. Sharp   7.40 hours at  255.00 per hour.         $1,887.00

12/15/08 Creditors Committee Litigation:  attend
         document review training session
         Eric B. Martin   2.00 hours at  310.00 per hour.        $620.00

12/15/08 Prepare for and attend training regarding
         electronic document review (4.5); assist with
         electronic review and production (2.5)
         Gloria K. Dagrosa   7.00 hours at  200.00 per hour.     $1,400.00

12/15/08 Attend, review training meeting and assign
         batches
         Thomas W. Sakats   8.80 hours at  200.00 per hour.      $1,760.00

12/15/08 Creditors Committee Litigation:  prepare
         contract attorneys to begin electronic review
         Linda T. Jordan   1.30 hours at  200.00 per hour.       $260.00

File Number: 2055557                                     Page  49
Invoice No. 91100770                               January 9, 2009

12/15/08 Creditors Committee Litigation:  assist with
        document collection and review
        Margaret E. Dylak   .10 hours at  145.00 per hour.        $14.50

12/15/08 Assist with document production project
        Paul J. Allen   1.30 hours at  130.00 per hour.          $169.00

12/15/08 Attend electronic review training (1.5); assist
        with collection project (4.0)
        Kathryn C. Morrison   5.50 hours at  75.00 per hour.     $412.50

12/15/08 Assist with setup for online review
        Cuong Luong   .90 hours at  75.00 per hour.               $67.50

12/15/08 Participate in training regarding document
        review through LitScope
        Wanda C. Bailey   1.90 hours at  175.00 per hour.        $332.50

12/15/08 Create training review notebooks for attorneys
        Ralph A. Stoewe   2.00 hours at  75.00 per hour.         $150.00

12/16/08 Review documents and exhibits for depositions
        and DIP trial with Committee (2.9); prepare and
        interviewed witnesses for DIP litigation (6.7);
        e-mails with opposing counsel, bank counsel and
        witnesses regarding logistics and scheduling
        for DIP litigation (1.2)
        Douglas M. Foley  10.80 hours at  525.00 per hour.     $5,670.00

12/16/08 Work on document review and collection
        Anne Bentley McCray   7.80 hours at  425.00 per hour.  $3,315.00

12/16/08 Prepare for depositions regarding DIP,
        including document review, witness preparation,
        confidentiality agreement, and multiple calls
        and e-mails
        Sarah B. Boehm   8.10 hours at  400.00 per hour.       $3,240.00

12/16/08 Circuit City document review (3.2); e-mail M.
        Christian (.1)
        Patrick L. Gregory   3.30 hours at  245.00 per hour.    $808.50

12/16/08 Creditors' Committee Litigation: review
        additional case materials (.2); review
        documents in order to respond to First Request
        to Debtors for Production of Documents (1.3)
        Darrel C. Menthe   1.50 hours at  415.00 per hour.      $622.50

12/16/08   Creditors Committee Litigation: review of
documents for those responsive to Creditor's
Committee's First Request for Production of
Documents
Tracy Evans Moyer   2.90 hours at  415.00 per hour.     $1,203.50

12/16/08   Creditors Committee Litigation:  communicate
with A. McCray regarding custodian interviews,
document collection, and strategy related
thereto (1.8); communicate with review team
regarding document review and strategy related
thereto (1.2); review documents in database in
preparation for document production in response
to request for production (6.8); conduct
quality control review in preparation for
document production in response to request for
production (2.5); communicate with D. Foley and
E. Meehan regarding strategy related to Besanko
and Marcum depositions (.3); conduct reverse
review document review and training in
preparation for Marcum deposition (.8);
communicate with S. Boehm regarding Board of
Directors documents and strategy related
thereto (.4)
Michelle M. Christian  13.80 hours at  285.00 per hour. $3,933.00

12/16/08   Creditors Committee Litigation: review
documents to determine responsiveness to First
Request to Debtors for Production of Documents
Suzanne S. Long   4.30 hours at  305.00 per hour.     $1,311.50

12/16/08   Creditors Committee Litigation: review
documents
Lisa M. Sharp   6.90 hours at  255.00 per hour.     $1,759.50

12/16/08   Creditors Committee Litigation: review
documents for responsiveness and privilege
Eric B. Martin   2.40 hours at  310.00 per hour.      $744.00

12/16/08   Assist with document collection and electronic
review
Gloria K. Dagrosa   2.50 hours at  200.00 per hour.      $500.00

12/16/08   Train with contract attorneys for reverse
review (.8); assign batches for review (2.9);
prepare and assist with document review for
depositions (9.4)
Thomas W. Sakats  13.10 hours at  200.00 per hour.   $2,620.00

File Number: 2055557                                        Page  51
Invoice No. 91100770                                        January 9, 2009

12/16/08  Assist with Summation setups for document
          review
          Deborah L. Bendall   1.80 hours at  90.00 per hour.        $162.00

12/16/08  Assist with collection project
          Kathryn C. Morrison   1.00 hours at  75.00 per hour.        $75.00

12/16/08  Assist with setup for online review
          Cuong Luong    .60 hours at  75.00 per hour.                $45.00

12/16/08  Import document records into Summation to
          prepare for production (1.8); gather
          information regarding reviewers and instruct C.
          Luong regarding accounts to be created for
          access to review database (.5)
          Wanda C. Bailey   2.30 hours at  175.00 per hour.         $402.50

12/17/08  E-mails regarding DIP litigation settlement and
          term and cancellation of depositions and windup
          of document production
          Douglas M. Foley    .90 hours at  525.00 per hour.        $472.50

12/17/08  Telephone conferences and e-mails with chambers
          regarding resolution of DIP litigation with
          Committee and scheduling hearings in January
          relating to same (.4); e-mails with client and
          debtors professionals regarding same (.3)
          Douglas M. Foley    .70 hours at  525.00 per hour.        $367.50

12/17/08  Analyze issues regarding settlement and
          multiple calls and e-mails regarding same
          Sarah B. Boehm    .90 hours at  400.00 per hour.          $360.00

12/17/08  Communicate with A. McCray regarding strategy
          related to Circuit City custodian interview
          memoranda (.1); communicate with client
          regarding strategy related to production
          returns (.2);
          Michelle M. Christian    .30 hours at  285.00 per hour.    $85.50

12/18/08  Analyze issues regarding confidentiality order
          and settlement
          Sarah B. Boehm    .30 hours at  400.00 per hour.          $120.00

12/18/08  Creditors Committee Litigation: meet with
          client at Circuit City regarding document
          collection custodian documents (1.9);
          communicate with S. Boehm regarding the
          parameters of the settlement of the creditors
          committee litigation (.2)
          Michelle M. Christian   2.10 hours at  285.00 per hour.   $598.50

File Number: 2055557                                    Page  52
Invoice No. 91100770                                    January 9, 2009

12/19/08 Review and analyze Greystone complaint and
         e-mails and telephone conference with debtors
         professionals regarding same and begin
         preparation of Rule 12(b)(6) dismissal motion
         Douglas M. Foley   1.20 hours at  525.00 per hour.        $630.00

12/22/08 Review and analyze Greystone matter and
         response to same
         Douglas M. Foley    .40 hours at  525.00 per hour.        $210.00

12/23/08 Review and revise EEOC consent decree and
         e-mails regarding same
         Sarah B. Boehm    .20 hours at   400.00 per hour.          $80.00

12/24/08 Mad Rhino: review correspondence from
         plaintiff's attorney
         Howard Feller    .10 hours at   545.00 per hour.           $54.50

12/26/08 Initiate draft of motion to dismiss Greystone's
         complaint and review documents and material
         regarding same and research issues regarding
         same
         Daniel F. Blanks   1.10 hours at  350.00 per hour.        $385.00

12/28/08 Continue research regarding resulting trust
         regarding Greystone adversary proceeding
         Daniel F. Blanks    .40 hours at  350.00 per hour.        $140.00

12/30/08 Review and analyze Greystone contract and
         Assurant contract for Rule 12(b)(6) motion
         Douglas M. Foley    .80 hours at  525.00 per hour.        $420.00

12/30/08 Analyze pleadings and documents, research and
         begin draft motion to dismiss Greystone
         complaint
         Sarah B. Boehm    2.30 hours at   400.00 per hour.        $920.00

12/30/08 Research issues regarding resulting and
         equitable trusts regarding Greystone adversary
         proceeding
         Daniel F. Blanks    .80 hours at  350.00 per hour.        $280.00

12/31/08 Review draft of Rule 12(b)(6) motion and review
         contract documents regarding same
         Douglas M. Foley    .40 hours at  525.00 per hour.        $210.00

12/31/08 Research, analyze, draft and revise motion to
         dismiss Greystone complaint and e-mails
         regarding same
         Sarah B. Boehm   3.70 hours at   400.00 per hour.       $1,480.00

| Timekeeper | Rate/HR | Hours | Fees |
| --- | --- | --- | --- |

| | | | |
|---|---|---|---|
| Howard Feller | $545.00 | 0.3 | $163.50 |
| Douglas M. Foley | $525.00 | 62.7 | $32,917.50 |
| Anne Bentley McCray | $425.00 | 35.6 | $15,130.00 |
| Darrel C. Menthe | $415.00 | 29.4 | $12,201.00 |
| Tracy Evans Moyer | $415.00 | 10.5 | $4,357.50 |
| Joseph S. Sheerin | $400.00 | 0.3 | $120.00 |
| Sarah B. Boehm | $400.00 | 43.3 | $17,320.00 |
| Daniel F. Blanks | $350.00 | 11.3 | $3,955.00 |
| Martha J. Swicegood | $335.00 | 1.3 | $435.50 |
| Eric B. Martin | $310.00 | 35.9 | $11,129.00 |
| Lisa M. Williams | $305.00 | 2.0 | $610.00 |
| Suzanne S. Long | $305.00 | 31.1 | $9,485.50 |
| Michelle M. Christian | $285.00 | 102.4 | $29,184.00 |
| Lisa M. Sharp | $255.00 | 39.1 | $9,970.50 |
| Warren E. Greth Jr. | $255.00 | 17.6 | $4,488.00 |
| Patrick L. Gregory | $245.00 | 16.2 | $3,969.00 |
| Gloria K. Dagrosa | $200.00 | 28.6 | $5,720.00 |
| Linda T. Jordan | $200.00 | 2.6 | $520.00 |
| Thomas W. Sakats | $200.00 | 34.7 | $6,940.00 |
| Wanda C. Bailey | $175.00 | 4.6 | $805.00 |
| Margaret E. Dylak | $145.00 | 8.5 | $1,232.50 |
| Paul J. Allen | $130.00 | 25.0 | $3,250.00 |
| Deborah L. Bendall | $90.00 | 1.8 | $162.00 |
| Cuong Luong | $75.00 | 5.4 | $405.00 |
| Emily S. Conway | $75.00 | 11.6 | $870.00 |
| Kathryn C. Morrison | $75.00 | 17.7 | $1,327.50 |
| Ralph A. Stoewe | $75.00 | 9.0 | $675.00 |
| TOTAL FEES | | 588.5 | $177,343.00 |

**Re: Vendor Matters**
  **Our File No.   2055557-0170**
  **Circuit City Contact R. Hedgebeth**
  **McGuireWoods Contact D. Hayes**

12/04/08 E-mails regarding outstanding vendor objection
         issues and Panasonic settlement and UCC
         objection to same
         Douglas M. Foley    .80 hours at  525.00 per hour.        $420.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $525.00 | 0.8 | $420.00 |
| TOTAL FEES | | 0.8 | $420.00 |

**Re: Real Estate**
  **Our File No.   2055557-0180**
  **Circuit City Contact R. Hedgebeth**
  **McGuireWoods Contact D. Hayes**

File Number: 2055557

Invoice No. 91100770

12/01/08  Several telephone conferences and e-mails
          regarding landlord issues relating to store
          closing sale procedure motion and objections to
          same
          Douglas M. Foley    .40 hours at  525.00 per hour.          $210.00

12/01/08  Draft notice and finalize and file exhibit to
          proposed order regarding lease bidding
          procedures and multiple e-mails regarding same
          (.7); multiple calls from counsel for landlords
          (.7); analyze issues regarding response to
          landlord objections (.3)
          Sarah B. Boehm   1.70 hours at  400.00 per hour.          $680.00

12/01/08  Telephone calls and e-mails to and from
          interested parties on lease status
          Scott Lawrence Weber    .30 hours at  310.00 per hour.     $93.00

12/01/08  E-mails with I. Fredericks regarding omnibus
          replies to landlords regarding objections and
          related issues
          Daniel F. Blanks   1.20 hours at  350.00 per hour.        $420.00

12/02/08  Telephone conference with R. Hedgebeth
          regarding real estate issues
          Dion W. Hayes    .50 hours at  525.00 per hour.           $262.50

12/02/08  Continue review of landlord and subtenant
          objections, and affirmative motions, for lease
          matters set for December 5, 2008 (1.2); e-mails
          and telephone conferences with debtors
          professionals and client regarding same (.3);
          review and revise opposition reply memorandum
          regarding same (.4)
          Douglas M. Foley   1.90 hours at  525.00 per hour.        $997.50

12/02/08  Correspondence to and from client on lease
          status
          Scott Lawrence Weber    .20 hours at  310.00 per hour.     $62.00

12/03/08  Several telephone conferences and e-mails with
          landlord counsel regarding real estate issues
          (1.6); continue review of objections by
          landlords for December 5, 2008 hearing (1.4);
          review, draft, revise, analyze reply
          memorandums regarding various real estate
          issues for filing December 5, 2008 hearing
          (1.9)
          Douglas M. Foley   4.90 hours at  525.00 per hour.      $2,572.50

File Number: 2055557                                    Page  55
Invoice No. 91100770                                    January 9, 2009

12/04/08  Several telephone conferences and e-mails with
          landlord and subtenant counsel to negotiate
          resolution of various objections and language
          adjustments to proposed forms of order
          Douglas M. Foley    .90 hours at  525.00 per hour.        $472.50

12/04/08  Dallas Service Center: telephone call from D.
          Miller regarding new lease (.1); review letter
          of intent (.2)
          Edmund S. Pittman    .30 hours at  400.00 per hour.       $120.00

12/04/08  Telephone calls and e-mails to and from client
          and interested parties on lease status and open
          issues (1.5); work on lease (.9)
          Scott Lawrence Weber   2.40 hours at  310.00 per hour.    $744.00

12/04/08  Multiple telephone conferences and e-mails with
          landlords and counsel regarding December 5,
          2008 omnibus hearing and e-mails with Skadden
          regarding same and analyze strategies regarding
          same
          Daniel F. Blanks   1.50 hours at  350.00 per hour.        $525.00

12/05/08  Telephone call to T. Maroney (.1); review and
          marked up Lease (2.5)
          Edmund S. Pittman   2.60 hours at  400.00 per hour.     $1,040.00

12/05/08  Work on lease and review documents from R.
          Starr
          Scott Lawrence Weber    .40 hours at  310.00 per hour.    $124.00

12/08/08  Revise lease (4.5); e-mail to T. Maroney (.2)
          Edmund S. Pittman   4.70 hours at  400.00 per hour.     $1,880.00

12/08/08  Telephone calls and e-mails to and from client
          and working group on lease status and open
          issues (.4); draft and edit lease (.6)
          Scott Lawrence Weber   1.00 hours at  310.00 per hour.    $310.00

12/09/08  Several e-mails with landlord counsel and
          debtors professionals regarding edits and
          revisions to rejection order, and extension
          order
          Douglas M. Foley    .40 hours at  525.00 per hour.        $210.00

12/09/08  Conference call with client on facility and
          contract issues (1.2); draft and edit lease
          (1.3); conference on sublease issues (.3)
          Scott Lawrence Weber   2.80 hours at  310.00 per hour.    $868.00

12/09/08 Multiple e-mails and telephone conferences with
         landlords regarding orders, outstanding rent,
         and other issues and e-mails with K. Grant
         regarding same
         Daniel F. Blanks    .60 hours at  350.00 per hour.      $210.00

12/10/08 E-mails with landlord counsel and debtors
         professionals regarding resolution of lease and
         sublease issues relating to rejection order and
         objections to same
         Douglas M. Foley    .90 hours at  525.00 per hour.      $472.50

12/10/08 E-mails with landlord counsel and debtors
         professionals regarding resolution of lease and
         sublease issues relating to rejection order and
         objections to same
         Douglas M. Foley    .90 hours at  525.00 per hour.      $472.50

12/10/08 Review new objections and pleading on lease
         sale procedures motion and e-mails with debtors
         professionals regarding same (.6); e-mails with
         landlords counsel regarding disposition of
         leases (.3)
         Douglas M. Foley    .90 hours at  525.00 per hour.      $472.50

12/10/08 Dallas Service Center: review e-mail from T.
         Maroney with comments on initial lease draft
         (.1); telephone call to T. Maroney (.1); revise
         lease (1.6)
         Edmund S. Pittman   1.80 hours at  400.00 per hour.     $720.00

12/10/08 Draft and edit sublease
         Scott Lawrence Weber    .70 hours at  310.00 per hour.  $217.00

12/10/08 Multiple telephone conferences and e-mails with
         landlords regarding issues and e-mails with K.
         Grant regarding same
         Daniel F. Blanks    1.30 hours at  350.00 per hour.     $455.00

12/11/08 Telephone conference and e-mails with landlord
         counsel regarding lease issues and lease
         auction process
         Douglas M. Foley    .40 hours at  525.00 per hour.      $210.00

12/11/08 Store 3343 Sublease: review e-mail from
         subtenant's counsel regarding status of deal
         (.1); e-mails to and from D. Miller regarding
         same (.1)
         Edmund S. Pittman    .20 hours at  400.00 per hour.      $80.00

File Number: 2055557                                          Page  57
Invoice No. 91100770                                     January 9, 2009

12/11/08  Draft and edit lease and prepare for client's
          review
          Scott Lawrence Weber      .80 hours at  310.00 per hour.      $248.00

12/12/08  E-mails regarding Hedgebeth request regarding
          leases
          T. Craig Harmon    .60 hours at  495.00 per hour.            $297.00

12/12/08  Several e-mails with landlord counsel regarding
          status of unresolved issues with subleases and
          potential assumption and assignment of
          overleases
          Douglas M. Foley    .30 hours at  525.00 per hour.          $157.50

12/12/08  Draft, analyze, revise, finalize and file
          multiple motions to assume and reject and
          notices thereof (2.9); multiple calls and
          e-mails regarding same (.6)
          Sarah B. Boehm   3.50 hours at  400.00 per hour.          $1,400.00

12/12/08  Draft, review, analyze, revise, and file motion
          to reject certain unexpired leases of property
          (.6); draft, analyze, revise, finalize and file
          multiple motions to assume and reject and
          notices thereof (2.1); multiple calls and
          e-mails with professionals and other parties
          regarding same (.4); e-mails with landlords
          regarding issues and e-mails with K. Grant
          regarding same and strategies (.5)
          Daniel F. Blanks   3.60 hours at  350.00 per hour.        $1,260.00

12/14/08  Review motions filed and analyze issues with
          Cardinal and e-mails with D. Foley regarding
          same
          Daniel F. Blanks    .50 hours at  350.00 per hour.          $175.00

12/15/08  Discussions with D. Ramsey and D. Foley (.4);
          review various split-off documents (1.6);
          e-mails regarding 23 leases (.3)
          T. Craig Harmon   2.30 hours at  495.00 per hour.        $1,138.50

12/15/08  Several e-mails with landlord counsel and
          debtors professionals regarding status of
          unresolved issues with subleases and potential
          interest in real estate assets
          Douglas M. Foley    .40 hours at  525.00 per hour.          $210.00

12/15/08  Multiple calls and e-mails regarding various
          leases
          Sarah B. Boehm    .40 hours at  400.00 per hour.            $160.00

File Number: 2055557                                      Page  58
Invoice No. 91100770                                      January 9, 2009

12/15/08  E-mails with GE regarding rejection of certain
          leases and related issues (.5); review
          correspondence from landlords and e-mails with
          K. Grant regarding same (.7); e-mails with
          professionals regarding leases and telephone
          conferences with administrators at the Debtors
          regarding certain documents and leases
          regarding certain lease issues (1.6)
          Daniel F. Blanks   2.80 hours at  350.00 per hour.        $980.00

12/16/08  Telephone calls to Circuit City team regarding
          rejection of leases (.3); review documents,
          send copies to client and analyse separation
          agreement provisions (2.6)
          T. Craig Harmon   2.90 hours at  495.00 per hour.       $1,435.50

12/16/08  Dallas Service Center: initial review of LL's
          redraft of lease
          Edmund S. Pittman   .90 hours at  400.00 per hour.        $360.00

12/16/08  E-mails with professionals regarding certain
          lease issues and possible rejection issues
          Daniel F. Blanks   .90 hours at  350.00 per hour.         $315.00

12/17/08  E-mails and telephone calls to D. Foley
          regarding possible procedure for contingent
          lease liability
          T. Craig Harmon   .70 hours at  495.00 per hour.          $346.50

12/17/08  E-mails and telephone conferences with debtors
          professionals regarding outstanding issue for
          landlords and sublessees regarding December 22,
          2008 docket
          Douglas M. Foley   1.20 hours at  525.00 per hour.        $630.00

12/17/08  Dallas Service Center: e-mail comments on
          revised lease to T. Maroney
          Edmund S. Pittman   1.10 hours at  400.00 per hour.       $440.00

12/17/08  Analyze issues regarding lease assumption and
          e-mails regarding same (.5); handle issues
          regarding various leases (.4)
          Sarah B. Boehm   .90 hours at  400.00 per hour.           $360.00

File Number: 2055557                                          Page  59
Invoice No. 91100770                                          January 9, 2009

12/17/08  E-mails with counterparty and professionals
          regarding Cardinal lease rejection and review
          rejection pleadings regarding same (.8);
          e-mails with K. Grant regarding landlord issues
          and calls from parties (.5); revise and file
          notice of auction cancellation and e-mails with
          professionals regarding (.7)
          Daniel F. Blanks   2.00 hours at  350.00 per hour.        $700.00

12/18/08  Review files regarding Chastian lease and
          sublease (1.4); review regarding pleadings
          filed and e-mails to D. Foley regarding rent
          and pleadings (.7)
          T. Craig Harmon   2.10 hours at  495.00 per hour.       $1,039.50

12/18/08  Review and analyze objections by landlords and
          related lease document in preparation for
          rejection motions hearings on December 22, 2008
          (1.8); review and revise filed supplement reply
          memorandum to landlord objections (.4)
          Douglas M. Foley   2.20 hours at  525.00 per hour.     $1,155.00

12/18/08  Correspondence to and from client on lease
          status
          Scott Lawrence Weber    .30 hours at  310.00 per hour.   $93.00

12/18/08  Draft and file notices of rescheduled hearings
          regarding landlord issues for 1:00 p.m. docket
          for December 22, 2008 omnibus hearing and
          review filed pleadings regarding same and
          e-mails and telephone conference with
          professionals regarding same
          Daniel F. Blanks    .70 hours at  350.00 per hour.     $245.00

12/19/08  Review and analyze responses filed by landlords
          and subtenants relating to carryover issues
          relating to first omni rejection motion, stub
          rent claims, and effective date of rejection
          (.9); telephone conference and e-mails with
          opposing counsel and debtors professionals
          regarding same, omnibus reply, and preparation
          for hearing on real estate matters on 1pm
          docket for December 22, 2008 (.7)
          Douglas M. Foley   1.60 hours at  525.00 per hour.      $840.00

12/19/08  Dallas Service Center: conference call with P.
          Silver and T. Maroney to review lease comments
          Edmund S. Pittman    .60 hours at  400.00 per hour.     $240.00

12/19/08 Review and submit order regarding Alhambra
         lease and multiple e-mails regarding same
         Sarah B. Boehm    .30 hours at  400.00 per hour.        $120.00

12/20/08 Review landlord claims for hearing on December
         22, 2008
         Douglas M. Foley    .90 hours at  525.00 per hour.      $472.50

12/22/08 Follow-up e-mails with landlords counsel
         regarding form of orders and timing of payment
         and arrearage of leases
         Douglas M. Foley    .60 hours at  525.00 per hour.      $315.00

12/22/08 Dallas Service Center: prepare issues list for
         conference call with LL's counsel and LL (1.1);
         e-mails to and from P. Silver and T. Maroney
         (1.2)
         Edmund S. Pittman   1.30 hours at  400.00 per hour.     $520.00

12/23/08 Dallas Service Center Lease: conference call
         with LL and LL's counsel and T. Maroney (.7);
         review open issues list in preparation for
         conference call (.2); prepare markup of lease
         with cleanup comments (.9); e-mails to and from
         LL forwarding lease markup (.1); e-mails from
         T. Maroney regarding insurance provision and
         financial reporting requirements (2.); e-mails
         to D. Hayes regarding review of bankruptcy
         approval language (.1)
         Edmund S. Pittman   2.20 hours at  400.00 per hour.     $880.00

12/23/08 Draft, revise, finalize, file and handle
         service of motion to assume and notice of
         hearing
         Sarah B. Boehm   1.10 hours at  400.00 per hour.        $440.00

12/24/08 Several e-mails with landlord counsel and
         debtors professionals regarding status of
         payment of rent as to various lease locations
         and review terms of same (.7); e-mails with
         landlord counsel and debtors professionals
         regarding assume and assign motions and review
         same with respect to affected locations (.8)
         Douglas M. Foley   1.50 hours at  525.00 per hour.      $787.50

12/29/08 Analyze entered orders and e-mails regarding
         service
         Sarah B. Boehm    .30 hours at  400.00 per hour.        $120.00

12/30/08 Analyze issues relating to leases and possible
         new lease regarding distribution center in
         Dallas and e-mails regarding same (.4); e-mails
         with landlords regarding location of assumed
         and assigned overleases (.3)
         Douglas M. Foley    .70 hours at  525.00 per hour.         $367.50

12/30/08 Dallas Service Center; review revised lease
         Edmund S. Pittman   1.10 hours at  400.00 per hour.        $440.00

12/30/08 Analyze issues regarding Dallas lease and
         multiple calls and e-mails regarding same
         Sarah B. Boehm    .40 hours at  400.00 per hour.           $160.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Dion W. Hayes | $525.00 | 0.5 | $262.50 |
| Douglas M. Foley | $525.00 | 21.0 | $11,025.00 |
| T. Craig Harmon | $495.00 | 8.6 | $4,257.00 |
| Edmund S. Pittman | $400.00 | 16.8 | $6,720.00 |
| Sarah B. Boehm | $400.00 | 8.6 | $3,440.00 |
| Daniel F. Blanks | $350.00 | 15.1 | $5,285.00 |
| Scott Lawrence Weber | $310.00 | 8.9 | $2,759.00 |
| TOTAL FEES | | 79.5 | $33,748.50 |

**Re: Financing**
   **Our File No.   2055557-0190**
   **Circuit City Contact R. Hedgebeth**
   **McGuireWoods Contact D. Hayes**

12/01/08 E-mails regarding status of corrected interim
         DIP order
         Sarah B. Boehm    .20 hours at  400.00 per hour.           $80.00

12/02/08 E-mails with debtors professionals regarding
         corrections to DIP interim order and status of
         objections
         Douglas M. Foley    .30 hours at  525.00 per hour.         $157.50

12/02/08 E-mails regarding interim DIP Order
         Sarah B. Boehm    .30 hours at  400.00 per hour.           $120.00

12/08/08 Revise interim DIP order and multiple calls and
         e-mails regarding same
         Sarah B. Boehm    .40 hours at  400.00 per hour.           $160.00

File Number: 2055557
Invoice No. 91100770

| | | |
|---|---|---|
| 12/18/08 | Review supplement to credit agreement and side letter and e-mails with debtors professionals and client regarding same relating to final DIP hearing on December 22, 2008<br>Douglas M. Foley    .90 hours at  525.00 per hour. | $472.50 |
| 12/19/08 | Review amendment/supplement to DIP credit agreement and side letter agreement and status of filing same for resolution of committee issues for hearing on December 22, 2008 (.8); e-mails with debtors professionals, bank counsel, and client regarding same (.3)<br>Douglas M. Foley   1.10 hours at  525.00 per hour. | $577.50 |
| 12/20/08 | Begin drafting pleadings relating to DIP seal motion and related documents and review and revise form of final order<br>Douglas M. Foley   1.70 hours at  525.00 per hour. | $892.50 |
| 12/21/08 | Draft and revise motions relating to DIP and documents in support of final hearing approval<br>Douglas M. Foley   2.60 hours at  525.00 per hour. | $1,365.00 |
| 12/21/08 | Draft, revise, finalize and file final DIP order and blacklines and multiple e-mails regarding same<br>Sarah B. Boehm    .70 hours at  400.00 per hour. | $280.00 |
| 12/21/08 | Draft, analyze, revise, and file motion to file under seal documents relating to the DIP financing and e-mails and conferences with D. Foley and I. Fredericks regarding same<br>Daniel F. Blanks    .80 hours at  350.00 per hour. | $280.00 |
| 12/22/08 | Draft, revise, finalize and file revised DIP order and blackline and multiple e-mails regarding same<br>Sarah B. Boehm    .40 hours at  400.00 per hour. | $160.00 |
| 12/23/08 | Telephone conference and e-mail with debtors professionals regarding edits to final DIP order and issues relating to Canadian monitor<br>Douglas M. Foley    .90 hours at  525.00 per hour. | $472.50 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $525.00 | 7.5 | $3,937.50 |
| Sarah B. Boehm | $400.00 | 2.0 | $800.00 |
| Daniel F. Blanks | $350.00 | 0.8 | $280.00 |
| TOTAL FEES | | 10.3 | $5,017.50 |

File Number: 2055557                              Page  63
Invoice No. 91100770                             January 9, 2009

**Re: Reclamation Matters**
    **Our File No.   2055557-0200**
    **Circuit City Contact R. Hedgebeth**
    **McGuireWoods Contact D. Hayes**

12/01/08 Multiple calls and e-mails regarding
         reclamation demands
         Sarah B. Boehm   .40 hours at  400.00 per hour.            $160.00

12/02/08 Several telephone conferences and e-mails with
         vendors regarding reclamation matters and
         review objections relating to same
         Douglas M. Foley   .70 hours at  525.00 per hour.          $367.50

12/03/08 Review, analyze, revise, and file omnibus reply
         to objections to reclamation procedures and
         multiple telephone conferences and e-mails with
         parties regarding same
         Daniel F. Blanks   1.20 hours at  350.00 per hour.         $420.00

12/04/08 Telephone conferences and e-mails with
         reclamation creditors counsel regarding changes
         to proposed form of order to resolve objection
         Douglas M. Foley   .80 hours at  525.00 per hour.          $420.00

12/30/08 Analyze issues relating to certain reclamation
         matters and timing of filing claims
         Douglas M. Foley   .20 hours at  525.00 per hour.          $105.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $525.00 | 1.7 | $892.50 |
| Sarah B. Boehm | $400.00 | 0.4 | $160.00 |
| Daniel F. Blanks | $350.00 | 1.2 | $420.00 |
| TOTAL FEES | | 3.3 | $1,472.50 |

**Re: Utilities Matters**
    **Our File No.   2055557-0210**
    **Circuit City Contact R. Hedgebeth**
    **McGuireWoods Contact D. Hayes**

12/07/08 E-mails regarding revisions to utility order
         Sarah B. Boehm   .20 hours at  400.00 per hour.            $80.00

12/09/08 E-mails regarding changes and revisions to
         Utility order
         Douglas M. Foley   .30 hours at  525.00 per hour.          $157.50

File Number: 2055557

Invoice No. 91100770

12/18/08  Analyze issues regarding utility appeals and
          designations of record and multiple calls and
          e-mails regarding same
          Sarah B. Boehm    .30 hours at  400.00 per hour.        $120.00

12/18/08  Review multiple appeals and designations of
          record from utilities regarding utility
          procedures order and analyze issues regarding
          same
          Daniel F. Blanks   1.20 hours at  350.00 per hour.       $420.00

12/19/08  Telephone conference and e-mails with debtors
          professionals regarding analysis of appeal to
          utility orders and strategy regarding same
          Douglas M. Foley    .30 hours at  525.00 per hour.       $157.50

12/23/08  E-mails and telephone conferences with debtors
          professionals regarding strategy and resolution
          of utilities appeals and amendments to
          utilities procedures order
          Douglas M. Foley    .60 hours at  525.00 per hour.       $315.00

12/23/08  Review appellee designations and draft and
          revise correspondence to clerk's office
          regarding same
          Sarah B. Boehm    .30 hours at  400.00 per hour.        $120.00

12/23/08  E-mails with chambers and counsel for utilities
          regarding utilities appeals and related issues
          Daniel F. Blanks    .60 hours at  350.00 per hour.       $210.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $525.00 | 1.2 | $630.00 |
| Sarah B. Boehm | $400.00 | 0.8 | $320.00 |
| Daniel F. Blanks | $350.00 | 1.8 | $630.00 |
| TOTAL FEES | | 3.8 | $1,580.00 |

**Re: Insurance Matters**
   **Our File No.   2055557-0230**
   **Circuit City Contact R. Hedgebeth**
   **McGuireWoods Contact D. Hayes**

12/12/08  E-mails with C. Florence and others regarding
          insurance strategies and related issues
          Daniel F. Blanks    .60 hours at  350.00 per hour.       $210.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Daniel F. Blanks | $350.00 | 0.6 | $210.00 |

File Number: 2055557
Invoice No. 91100770

                    TOTAL FEES              0.6        $210.00

**Re: Tax Matters**
    **Our File No.    2055557-0240**
    **Circuit City ContactR. Hedgebeth**
    **McGuireWoods ContactD. Hayes**


12/01/08 Several telephone conferences and e-mails with
         client regarding status of various tax matters
         and protocol for responding to tax creditor
         issues
         Douglas M. Foley    .60 hours at  525.00 per hour.        $315.00

12/02/08 Continue review of tax claim protocol and
         e-mails with debtors professionals regarding
         same (.8); e-mails with client and tax
         creditors regarding payment authority under
         first day relief (.4)
         Douglas M. Foley   1.20 hours at  525.00 per hour.        $630.00

12/02/08 Multiple e-mails with S. Ash and others
         regarding tax issues and related issues and
         review and analyze multiple strategies and
         issues regarding same
         Daniel F. Blanks    .80 hours at  350.00 per hour.        $280.00

12/03/08 Multiple telephone conferences and e-mails with
         S. Ash and others in tax department regarding
         letters from and to taxing authorities
         regarding unpaid taxes and related issues and
         analyze and develop strategies regarding same
         Daniel F. Blanks   1.10 hours at  350.00 per hour.        $385.00

12/04/08 Telephone conference with client regarding
         analysis of tax audit issue and waiver of audit
         deadlines
         Douglas M. Foley    .40 hours at  525.00 per hour.        $210.00

12/04/08 Multiple telephone conferences and e-mails with
         S. Ash and J. Ewell and others regarding tax
         issues and strategies and review and analyze
         documents and issues regarding same and
         research issues regarding waivers
         Daniel F. Blanks   2.40 hours at  350.00 per hour.        $840.00

12/06/08 E-mails with D. Foley regarding outstanding tax
         issues and related issues and analyze same
         Daniel F. Blanks    .50 hours at  350.00 per hour.        $175.00

File Number: 2055557                                         Page  66
Invoice No. 91100770                                        January 9, 2009

12/07/08 Multiple e-mails with tax team regarding tax
         issues and analyze multiple issues and
         strategies regarding same
         Daniel F. Blanks   1.40 hours at  350.00 per hour.        $490.00

12/08/08 E-mails and telephone conferences with J.
         McDonald and others regarding tax issues and
         strategies and research issues regarding same
         Daniel F. Blanks   1.10 hours at  350.00 per hour.        $385.00

12/09/08 E-mails with J. Ewell regarding tax waivers and
         other issues regarding bankruptcy strategies
         (.6); review correspondence from taxing
         authorities regarding tax issues (.5); review
         E&Y tax memorandum and e-mails with E&Y
         regarding same (1.3)
         Daniel F. Blanks   2.40 hours at  350.00 per hour.        $840.00

12/10/08 Analyze issues relating to certain tax claim
         issues and assessment appeal deadlines and
         e-mails with client and debtors professionals
         regarding same
         Douglas M. Foley   .40 hours at  525.00 per hour.         $210.00

12/11/08 Multiple telephone calls and e-mails with tax
         department regarding tax issues (.6); prepare
         for and participate in telephone conference
         with Ernst & Young and tax department regarding
         multiple issues (.9)
         Daniel F. Blanks   1.50 hours at  350.00 per hour.        $525.00

12/11/08 Preparation for and participate in conference
         call regarding state tax bankruptcy questions
         J. Christian Tennant   2.00 hours at  245.00 per hour.    $490.00

12/12/08 E-mails with client regarding certain tax
         questions for localities and deadlines relating
         to assessment appeals and review form of notice
         to certain tax creditors regarding payments
         Douglas M. Foley   .30 hours at  525.00 per hour.         $157.50

12/12/08 E-mails with tax department regarding tax
         determinations and related issues and
         strategies
         Daniel F. Blanks   .60 hours at  350.00 per hour.         $210.00

12/14/08 E-mails with S. Ash regarding tax issues
         Daniel F. Blanks   .40 hours at  350.00 per hour.         $140.00

File Number: 2055557                                        Page   67
Invoice No. 91100770                                        January 9, 2009

12/15/08  E-mails with tax department regarding tax
          issues and e-mails with I. Fredericks regarding
          same
          Daniel F. Blanks    1.90 hours at  350.00 per hour.          $665.00

12/16/08  Multiple telephone calls and e-mails with tax
          department and professionals regarding tax
          issues and business licenses
          Daniel F. Blanks    1.40 hours at  350.00 per hour.          $490.00

12/17/08  E-mails with client, co-counsel, and committee
          counsel regarding status of resolving authority
          relating to tax payments
          Douglas M. Foley    .30 hours at  525.00 per hour.          $157.50

12/17/08  Prepare for and participate in telephone
          conference with Committee regarding trust taxes
          and related issues regarding supplemental tax
          motion and related issues (.9); revise
          supplemental tax order e-mails with
          professionals regarding same (.8)
          Daniel F. Blanks    1.70 hours at  350.00 per hour.          $595.00

12/18/08  E-mails and analysis with client and debtors
          professionals regarding status of UCC objection
          to payment of certain tax claims
          Douglas M. Foley    .40 hours at  525.00 per hour.          $210.00

12/18/08  Revise and submit to chambers revised
          supplemental tax order and telephone conference
          with chambers regarding same (.8); review Ernst
          & Young tax questionnaire regarding issues
          (.5); review entered supplemental order and
          multiple telephone calls and e-mails with tax
          team and professionals regarding payment,
          excepted jurisdictions and multiple other
          related issues (1.6); draft letter to taxing
          authorities regarding objections to assessments
          and related issues and e-mails and conferences
          with professionals regarding same (1.4)
          Daniel F. Blanks    4.30 hours at  350.00 per hour.        $1,505.00

12/19/08  Review and revise form of letter to taxing
          authorities relating to forced assessments,
          timing of appeals and application of bankruptcy
          claim resolution process
          Douglas M. Foley    .60 hours at  525.00 per hour.          $315.00

File Number: 2055557
Invoice No. 91100770

12/19/08 Multiple telephone calls and e-mails with tax
         department regarding tax claims and related
         issues (.6); telephone conferences with S. Ash
         and other professionals regarding trust fund
         tax payments and supplemental order (1.1);
         draft assessment objection for Texas and
         circulate drafts to Skadden (.9)
         Daniel F. Blanks   2.60 hours at  350.00 per hour.         $910.00

12/22/08 Multiple e-mails with tax department regarding
         authority to pay certain trust fund taxes and
         lack of authority for certain specific tax
         jurisdictions and related issues
         Daniel F. Blanks    .90 hours at  350.00 per hour.         $315.00

12/23/08 Multiple telephone calls, e-mails and other
         correspondence with tax professionals regarding
         tax issues and strategies
         Daniel F. Blanks   1.80 hours at  350.00 per hour.         $630.00

12/24/08 E-mails and telephone calls with tax department
         regarding tax claims and issues
         Daniel F. Blanks    .40 hours at  350.00 per hour.         $140.00

12/29/08 Telephone call and e-mails with S. Ash and
         others regarding tax issues and related
         strategies
         Daniel F. Blanks   1.10 hours at  350.00 per hour.         $385.00

| Timekeeper          | Rate/HR   | Hours | Fees        |
|---------------------|-----------|-------|-------------|
| Douglas M. Foley    | $525.00   | 4.2   | $2,205.00   |
| Daniel F. Blanks    | $350.00   | 28.3  | $9,905.00   |
| J. Christian Tennant| $245.00   | 2.0   | $490.00     |
|                     | TOTAL FEES| 34.5  | $12,600.00  |

**Re: Claims Administration**
     **Our File No.    2055557-0250**
     **Circuit City Contact** R. Hedgebeth
     **McGuireWoods Contact** D. Hayes

12/30/08 Analyze correspondence and e-mails regarding
         503(b)(9) claims
         Sarah B. Boehm    .30 hours at  400.00 per hour.         $120.00

| Timekeeper       | Rate/HR   | Hours | Fees     |
|------------------|-----------|-------|----------|
| Sarah B. Boehm   | $400.00   | 0.3   | $120.00  |
|                  | TOTAL FEES| 0.3   | $120.00  |

File Number: 2055557                                            Page  69
Invoice No. 91100770                                            January 9, 2009

Re: Employee Benefits/Pensions
    Our File No.   2055557-0280
    Circuit City Contact R. Hedgebeth
    McGuireWoods Contact D. Hayes

12/02/08  Review plan to do list and update
          J. McElligott Jr.     .40 hours at   590.00 per hour.        $236.00

12/03/08  Retiree medical issues (.7); telephone
          conference with J. Oakey (.1)
          J. McElligott Jr.     .80 hours at   590.00 per hour.        $472.00

12/08/08  Telephone call to J. Oakey regarding employee
          benefit plans
          J. McElligott Jr.     .20 hours at   590.00 per hour.        $118.00

12/10/08  Telephone calls and e-mails regarding plan
          documents
          J. McElligott Jr.     .30 hours at   590.00 per hour.        $177.00

12/16/08  Telephone call's with D. Foley and J. Oakey
          regarding employee benefits and executive
          compensation issues (.2); e-mail follow-up to
          J. Oakey
          J. McElligott Jr.     .30 hours at   590.00 per hour.        $177.00

12/16/08  Receive and review divorce decree (.6); review
          proposed domestic relations order (.2); e-mails
          with S. Loyd and Y. Harris (.3); review plan
          provisions (.2); draft letter to parties
          regarding proposed domestic relations order
          submitted to the Plan under letter dated
          December 9, 2008 (1.4); draft transmittal for
          letter e-mail to S. Loyd (.1)
          Dorothy J. Hannan   2.80 hours at   215.00 per hour.        $602.00

12/17/08  E-mails regarding WARN issues
          Sarah B. Boehm      .20 hours at   400.00 per hour.          $80.00

12/17/08  E-mails with D. Latta and professionals
          regarding claims for paid time off and other
          issues and the impact of bankruptcy filing and
          analyze related issues regarding same
          Daniel F. Blanks   1.20 hours at   350.00 per hour.         $420.00

12/17/08  Analyze QDRO sent from S. Loyd, response e-mail
          to S. Loyd and Y. Harris regarding QDRO errors,
          advise sending proposed response letter
          Elizabeth A. Diller    .40 hours at   245.00 per hour.       $98.00

12/17/08  Receive e-mail from Y. Harris regarding
          proposed domestic relations order and send
          e-mail and discuss issue with E. Diller
          Dorothy J. Hannan    .20 hours at  215.00 per hour.        $43.00

12/21/08  E-mails from D. Hayes regarding settlement and
          closing (.2); review deferred compensation plan
          amendments and 401(k) plan amendments emailed
          by D. Hayes (.3)
          J. McElligott Jr.    .50 hours at  590.00 per hour.       $295.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| James P. McElligott Jr. | $590.00 | 2.5 | $1,475.00 |
| Sarah B. Boehm | $400.00 | 0.2 | $80.00 |
| Daniel F. Blanks | $350.00 | 1.2 | $420.00 |
| Elizabeth A. Diller | $245.00 | 0.4 | $98.00 |
| Dorothy J. Hannan | $215.00 | 3.0 | $645.00 |
| TOTAL FEES | | 7.3 | $2,718.00 |

**Re: Intellectual Property Matters**
   **Our File No.   2055557-0310**
   **Circuit City Contact R. Hedgebeth**
   **McGuireWoods Contact D. Hayes**


12/01/08  E-mails with D. Ramsey requesting instructions
          on how to proceed with respect to Circuit
          City's Canadian trademark applications for
          LIQUID VIDEO (App. No. 1,220,130), CIRCUIT CITY
          and CIRCLE LOGO Design (App. No. 1,222,654) and
          CIRCUIT CITY and Design (App. No. 1,222,653)
          Douglas B. Smith    .10 hours at  250.00 per hour.        $25.00

12/01/08  Receive and review correspondence from Canadian
          agent regarding upcoming renewal of the mark
          CIRCUIT CITY (.1); maintain record (.1)
          Kymberleigh B. Gokey    .20 hours at  145.00 per hour.    $29.00

12/02/08  Receive and review correspondence from agent
          regarding Canadian applications for CIRCUIT
          CITY and CIRCLE Logo Design and CIRCUIT CITY &
          Design
          Douglas B. Smith    .20 hours at  250.00 per hour.        $50.00

File Number: 2055557                                Page  71
Invoice No. 91100770                                January 9, 2009

12/03/08  Conference call with D. Ramsey to discuss
          trademark applications in China and status of
          SENS application in U.S. (.4); review SENS
          office action and summarize issues for D.
          Ramsey (.7)
          Douglas B. Smith   1.10 hours at  250.00 per hour.        $275.00

12/05/08  Prepare memorandum regarding Circuit City
          international trademark priorities (.2); send
          correspondence to agent in China regarding
          continued work on Circuit City trademark
          matters in light of bankruptcy filing (.1);
          receive and review specimens of use for SENS
          mark and send reply to D. Ramsey explaining why
          the specimens for SENS are unacceptable (.2)
          Douglas B. Smith    .50 hours at  250.00 per hour.        $125.00

12/06/08  E-mails with D. Ramsey regarding appropriate
          response to office action issued against SENS
          application (.2); view and download owner's
          manuals for SENS products (.3)
          Douglas B. Smith    .50 hours at  250.00 per hour.        $125.00

12/08/08  E-mails with D. Ramsey regarding response to
          office action for SENS
          Douglas B. Smith    .10 hours at  250.00 per hour.         $25.00

12/09/08  Conference call with A. Crowder to discuss SENS
          response to office action; complete preparation
          and filing of response to office action and
          statement of use for SENS (.6); begin
          preparation of statement of use (.1); summarize
          issues related to the filing of a statement of
          use for D. Ramsey (.4)
          Douglas B. Smith   1.20 hours at  250.00 per hour.        $300.00

12/10/08  E-mails with S. Gordon of InterTan regarding
          how to proceed with respect to the Canadian
          applications for the marks CIRCUIT CITY &
          CIRCLE Logo Design, CIRCUIT CITY & Design, and
          LIQUID VIDEO (.2); prepare correspondence to
          agent requesting extension of time to file a
          declaration of use for CIRCUIT CITY & CIRCLE
          Logo Design and CIRCUIT CITY & Design (.2);
          prepare correspondence to agent requesting
          extension of time to file a declaration of use
          for LIQUID VIDEO (.2)
          Douglas B. Smith    .60 hours at  250.00 per hour.        $150.00

File Number: 2055557
Invoice No. 91100770


12/11/08  Receive and review correspondence from Canadian
          regarding extension of time filed for the
          application for the mark K. Gokey
          Douglas B. Smith    .10 hours at  250.00 per hour.          $25.00


12/12/08  Telephone conference with F. Telegadas
          regarding IP issue
          Brian C. Riopelle    .30 hours at  525.00 per hour.        $157.50


12/18/08  Review e-mail from F. Telegadas regarding
          Napster agreement (.2); review Napster
          agreements and consider strategy regarding
          eMusic co-branding relationship (.4); telephone
          conference with F. Telegadas regarding strategy
          (.2); e-mail to F. Telegadas regarding strategy
          (.2); e-mails from client regarding status and
          tasks (.1)
          Robert M. Tyler   1.10 hours at  435.00 per hour.         $478.50


12/19/08  E-mails with C. Rogers and F. Telegadas
          regarding Napster contract and new pages
          regarding eMusic program (.4); review Circuit
          City consumer notice site and Napster search
          results on website (.2); telephone conference
          with F. Telegadas regarding status and strategy
          (.1)
          Robert M. Tyler    .70 hours at  435.00 per hour.         $304.50


12/19/08  Prepare correspondence to D. Ramsey regarding
          whether to file extension for NEXXTECH & Design
          (.2); conference with D. Ramsey regarding
          extension for NEXXTECH & Design (.2)
          Douglas B. Smith    .40 hours at  250.00 per hour.        $100.00


12/22/08  E-mails with F. Telegadas and C. Rogers
          regarding issues regarding termination of
          Napster co-branding agreement (.1); telephone
          conference with F. Telegadas and C. Rogers
          regarding consumer notification regarding
          termination of Napster co-branding agreement
          (.2); review proposed web notification
          regarding termination of Napster co-branding
          agreement (.1); e-mail to C. Rogers regarding
          approval of web notification (.1)
          Robert M. Tyler    .50 hours at  435.00 per hour.         $217.50

12/22/08  Complete extension request filing for NEXXTECH
          & Design (.1); receive and review office action
          for GO GREEN GG application (.1); receive and
          review office action for the mark WE'LL HOOK
          YOU UP (.1); receive and review office action
          for the mark ONE PRICE PROMISE (.1); receive
          and review office action for the mark 1 ONE
          PRICE PROMISE & Design (.1)
          Douglas B. Smith    .50 hours at  250.00 per hour.          $125.00

12/23/08  Receive and review correspondence from M.
          Roberts regarding the proposed mark VUE (.2);
          research previous preclearance search results
          on the mark VUE (.2); send reply and summary to
          M. Roberts (.2)
          Douglas B. Smith    .60 hours at  250.00 per hour.          $150.00

12/24/08  Conference call with M. Wong from InterTan to
          discuss status of NEXXTECH & Design application
          (.1); receive and review correspondence from
          Wilkinson & Grist regarding status of
          application for CIRCUIT CITY and forward for
          docketing (.2)
          Douglas B. Smith    .30 hours at  250.00 per hour.           $75.00

12/29/08  Conference call with M. Roberts of Circuit City
          regarding the proposed mark VUE (.2); order
          preclearance search report (.1); receive and
          review confirmation of extension request
          filings in connection with Canadian
          applications for the marks CIRCUIT CITY &
          CIRCLE LOGO Design and CIRCUIT CITY & Design
          (.1); send follow-up e-mail to D. Ramsey
          regarding response to office action for SENS
          (.1)
          Douglas B. Smith    .50 hours at  250.00 per hour.          $125.00

12/30/08  Receive and review correspondence from agent
          regarding
          Douglas B. Smith    .20 hours at  250.00 per hour.           $50.00

12/31/08  E-mail from F. Telegadas regarding website
          accessibility project
          Robert M. Tyler     .10 hours at  435.00 per hour.           $43.50

12/31/08  Review office action for V (Stylized) (.2);
          conference call with A. Crowder and prepare
          board book inserts (1.0)
          Douglas B. Smith   1.20 hours at  250.00 per hour.          $300.00

| Timekeeper        | Rate/HR  | Hours | Fees     |
|-------------------|----------|-------|----------|
| Brian C. Riopelle | $525.00  | 0.3   | $157.50  |

| | | | |
|---|---|---|---|
| Robert M. Tyler | $435.00 | 2.4 | $1,044.00 |
| Douglas B. Smith | $250.00 | 8.1 | $2,025.00 |
| Kymberleigh B. Gokey | $145.00 | 0.2 | $29.00 |
| TOTAL FEES | | 11.0 | $3,255.50 |

Disbursements and Other Expenses:

| | |
|---|---|
| Copy Charges | $5,910.40 |
| Color Copy Charges | $222.00 |
| CourtLink Research | $156.75 |
| Computer Research - Lexis | $74.00 |
| Overtime Charges | $1,014.00 |
| Pacer Research | $171.20 |
| Long Distance Telephone Charges | $117.40 |
| Westlaw Research | $156.00 |
| 11/21/08 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 11/21/2008 | $43.35 |
| 11/24/08 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 11/24/2008 | $13.88 |
| 11/26/08 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 11/26/2008 | $10.28 |
| 12/01/08 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 01/12/2008 | $38.22 |
| 12/02/08 RALPH A. STOEWE - Travel to return boxes 12/02/08; mileage, tolls | $14.74 |
| 12/03/08 DANIEL F. BLANKS - Working dinner 11/25/08 | $27.70 |
| 12/03/08 CRANE-SNEAD & ASSOCIATES, INC. - Professional Services Rendered | $173.60 |
| 12/04/08 SARAH B. BOEHM - Working dinner for multiple professionals 12/03/08 | $35.00 |
| 12/05/08 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 05/12/2008 | $412.64 |
| 12/05/08 FedEx Priority Overnight/Int'l Priority to Chicago, IL - Tracking #:  981737489993 | $13.08 |
| 12/05/08 FedEx Priority Overnight/Int'l Priority to Chicago, IL - Tracking #:  981737489982 | $13.08 |
| 12/08/08 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/08/2008 | $37.36 |
| 12/08/08 GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/08/2008 | $40.88 |
| 12/09/08 FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  981737491721 | $14.85 |
| 12/09/08 FedEx Priority Overnight/Int'l Priority to Wilmington, DE - Tracking #:  981737491695 | $8.12 |
| 12/09/08 FedEx Priority Overnight/Int'l Priority to Richmond, VA - Tracking #:  981737491710 | $8.12 |
| 12/09/08 FedEx Priority Overnight/Int'l Priority to Atlanta, GA - Tracking #:  981737491537 | $18.87 |
| 12/09/08 FedEx Priority Overnight/Int'l Priority to Henrico, VA - Tracking #:  981737491700 | $8.12 |

| Date | Description | Amount |
|------|-------------|--------|
| 12/09/08 | FedEx Priority Overnight/Int'l Priority to Henrico, VA - Tracking #:  981737491684 | $8.12 |
| 12/10/08 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/10/2008 | $3.72 |
| 12/10/08 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/10/2008 | $1.43 |
| 12/10/08 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/10/2008 | $14.45 |
| 12/10/08 | LINDA J. NEILSON - Travel to Richmond for hearing and meetings 12/04-12/05/08; room, mileage, parking | $299.79 |
| 12/10/08 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/10/2008 | $12.45 |
| 12/10/08 | DOUGLAS M. FOLEY - Travel to Richmond for hearing and meetings 12/05/08; room, mileage, parking | $681.05 |
| 12/10/08 | DANIEL F. BLANKS - Travel to Richmond for hearings and meetings 12/04-12/05/08; room, meals, mileage | $302.24 |
| 12/11/08 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/11/2008 | $33.76 |
| 12/11/08 | FedEx Priority Overnight/Int'l Priority to North Haven, CT - Tracking #:  986584515698 | $12.41 |
| 12/11/08 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/11/2008 | $9.89 |
| 12/11/08 | FedEx Priority Overnight/Int'l Priority to New Haven, CT - Tracking #:  986584515687 | $12.41 |
| 12/11/08 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/11/2008 | $12.26 |
| 12/12/08 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/12/2008 | $23.19 |
| 12/12/08 | BIZPORT DOCUMENT SERVICES - Routine bike from MwRichmond to U.S. Bankruptcy Court - 11/13/08 | $6.00 |
| 12/12/08 | BIZPORT DOCUMENT SERVICES - Routine bike from MWRichmond to LeClair Ryan - 11/12/08 | $6.00 |
| 12/12/08 | BIZPORT DOCUMENT SERVICES - Rush car from MwRichmond to Circuit City - 11/13/08 | $30.22 |
| 12/13/08 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/13/2008 | $9.13 |
| 12/15/08 | GENESYS CONFERENCING - Conference call hosted by Thomas W. Sakats on 12/15/2008 | $38.00 |
| 12/15/08 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/15/2008 | $7.23 |
| 12/16/08 | EMILY S. CONWAY - Travel for document collection 12/05/08; mileage | $15.21 |
| 12/17/08 | DOUGLAS M. FOLEY - Travel to Richmond for meetings 12/14-12/16/08; room, meals | $824.11 |
| 12/17/08 | KAREN B. CAIN - Working lunch for Circuit City Attorneys 12/15/08 | $51.50 |
| 12/18/08 | BIZPORT DOCUMENT SERVICES - Rush car from MwRichmond to Circuit City - 12/5/08 | $25.76 |

File Number: 2055557

Invoice No. 91100770

| Date | Description | Amount |
|---|---|---|
| 12/18/08 | FedEx Priority Overnight/Int'l Priority to New Haven, CT - Tracking #:  986584515805 | $12.41 |
| 12/18/08 | FedEx Priority Overnight/Int'l Priority to Baton Rouge, LA - Tracking #:  986584515780 | $13.08 |
| 12/18/08 | RESTAURANTEUR, INC. - Lunches for Circuit City Mtg. - 12/17/08 | $263.07 |
| 12/18/08 | FedEx Priority Overnight/Int'l Priority to Baton Rouge, LA -Tracking #:  986584515816 | $13.08 |
| 12/18/08 | RESTAURANTEUR, INC. - Lunches for Circuit City Mtg. - 12/16/08 | $139.31 |
| 12/18/08 | LASERSHIP, INC. - From Circuit City to MwRichmon - 12/11/08 | $17.66 |
| 12/22/08 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/22/2008 | $314.91 |
| 12/22/08 | DOUGLAS M. FOLEY - Dinner meeting 12/15/08 | $43.30 |
| 12/23/08 | CRANE-SNEAD & ASSOCIATES, INC. - Professional Services Rendered | $290.88 |
| 12/23/08 | MARGARET E. DYLAK - Travel to Circuit City for document collection 12/08, 12/15/08; mileage | $30.88 |
| 12/23/08 | SARAH B. BOEHM - R/T Bankruptcy Court Shuttle for Circuit City Stores, Inc. Hearing - 12/5/08 | $760.00 |
| 12/23/08 | SARAH B. BOEHM - Working dinner for Circuit City, McGuireWoods & Skaden 12/21/08 | $170.75 |
| 12/24/08 | CUSTOM HOUSE GLOBAL FOREIGN EXCHANGE - Foreign Currency of 887.92 CAD made payable to Smart & Biggar for services related to opposition by S3 Graphics Co. (Debit No. S1489287) | $762.90 |
| 12/29/08 | DOUGLAS M. FOLEY - Travel to Richmond for omni hearings - 12.22.08; hotel, mileage | $288.83 |
| 12/29/08 | DANIEL F. BLANKS - Travel to Richmond to attend Circuit City Stores hearing - 12/22/08; hotel, meals, mileage | $310.29 |
| 12/30/08 | LASERSHIP, INC. - From MWRichmond to Office of the US Trustee - 12/23/08 | $7.69 |
| 12/30/08 | LASERSHIP, INC. - From MWRichmond to U.S. Bankruptcy Court - 12/23/08 | $9.83 |
| 12/31/08 | BIZPORT DOCUMENT SERVICES - Rush Car from MwRichmond to Circuit City - 12/16/08 | $25.76 |

TOTAL EXPENSES                    $14,668.60

File Number: 2055557                                           Page  77
Invoice No. 91100770                                           January 9, 2009

## Summary of Fees and Expenses:

Total Fees for all Matters:          $415,940.00

Total Expenses for all Matters:       $14,668.60

Total for this Invoice:              $430,608.60