**EXHIBIT E3**

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

January 12, 2009

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 91101238

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

TAX ID NO.  54-0505857

JOINT GROUP #2055557

| | | |
|---|---|---|
| Balance Forward from Prior Invoices: | | $667,748.25 |
| *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)* | | |
| Current Invoice: | | |
|   Current Fees: | $11,921.25 | |
|   Current Disbursements: | $78.95 | |
|   **Current Invoice Total:** | | $12,000.20 |
| Total Balance Due: | | $679,748.45 |

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

McGuireWoods LLP
Attn: Accounts Receivable
901 E. Cary Street
Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

January 12, 2009

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Bill Through: 12/31/08

<u>INVOICE NO.  91101238</u>       <u>TAX ID NO. 54-0505857</u>

**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

Re: Litigation
   Our File No.   2055557-0150
   Circuit City ContactR. Hedgebeth
   McGuireWoods ContactD. Hayes

| Date | Description | Amount |
|---|---|---|
| 12/11/08 | Review electronic documents regarding committee DIP litigation<br>Jeremiah I. Rupert   6.30 hours at   75.00 per hour. | $472.50 |
| 12/11/08 | Review electronic documents regarding committee DIP litigation<br>Alan M. Oberc   6.30 hours at   75.00 per hour. | $472.50 |
| 12/15/08 | Review electronic documents regarding committee DIP litigation<br>Kathryn M. Christie   7.00 hours at   75.00 per hour. | $525.00 |
| 12/15/08 | Review electronic documents regarding committee DIP litigation<br>Kathryn M. Christie   7.00 hours at   75.00 per hour. | $525.00 |
| 12/15/08 | Review electronic documents regarding committee DIP litigation<br>Jason Steele   7.00 hours at   75.00 per hour. | $525.00 |

Circuit City Stores Inc
File Number: 2055557                                          Page   2
Invoice No. 91101238                                   January 12, 2009

12/15/08  Review electronic documents regarding committee
          DIP litigation
          Michael Markey   5.00 hours at  75.00 per hour.              $375.00

12/15/08  Review electronic documents regarding committee
          DIP litigation
          Bruce Burgeson   6.30 hours at  75.00 per hour.              $472.50

12/15/08  Review electronic documents regarding committee
          DIP litigation
          Michelle Heishman   4.00 hours at  75.00 per hour.           $300.00

12/15/08  Review electronic documents regarding committee
          DIP litigation
          Jeremiah I. Rupert   7.00 hours at  75.00 per hour.          $525.00

12/15/08  Review electronic documents regarding committee
          DIP litigation
          Nancy Warren Kane   1.50 hours at  75.00 per hour.           $112.50

12/15/08  Review electronic documents regarding committee
          DIP litigation
          Avani Shah   1.50 hours at  75.00 per hour.                  $112.50

12/15/08  Review electronic documents regarding committee
          DIP litigation
          Todd Hoyle   4.50 hours at  75.00 per hour.                  $337.50

12/15/08  Review electronic documents regarding committee
          DIP litigation
          Martha S. Condyles   1.50 hours at  75.00 per hour.          $112.50

12/15/08  Review electronic documents regarding committee
          DIP litigation
          James Richard Pruden   7.00 hours at  75.00 per hour.        $525.00

12/16/08  Review electronic documents regarding committee
          DIP litigation
          Kathryn M. Christie   7.00 hours at  75.00 per hour.         $525.00

12/16/08  Review electronic documents regarding committee
          DIP litigation
          Jason Steele   6.80 hours at  75.00 per hour.                $510.00

12/16/08  Review electronic documents regarding committee
          DIP litigation
          Cameron Gilbert   4.50 hours at  75.00 per hour.             $337.50

12/16/08  Review electronic documents regarding committee
          DIP litigation
          Michelle Heishman   5.75 hours at  75.00 per hour.           $431.25

Circuit City Stores Inc
File Number: 2055557                                          Page   3
Invoice No. 91101238                                    January 12, 2009

12/16/08  Review electronic documents regarding committee
          DIP litigation
          Jeremiah I. Rupert  14.00 hours at  75.00 per hour.      $1,050.00

12/16/08  Review electronic documents regarding committee
          DIP litigation
          Alan M. Oberc  12.00 hours at  75.00 per hour.            $900.00

12/16/08  Review electronic documents regarding committee
          DIP litigation
          Victoria L. Bragunier  12.50 hours at  75.00 per hour.    $937.50

12/16/08  Review electronic documents regarding committee
          DIP litigation
          Todd Hoyle   7.50 hours at  75.00 per hour.               $562.50

12/16/08  Review electronic documents regarding committee
          DIP litigation
          Martha S. Condyles   4.50 hours at  75.00 per hour.       $337.50

12/16/08  Review electronic documents regarding committee
          DIP litigation
          James Richard Pruden  12.50 hours at  75.00 per hour.     $937.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Alan M. Oberc | $75.00 | 18.3 | $1,372.50 |
| Avani Shah | $75.00 | 1.5 | $112.50 |
| Bruce Burgeson | $75.00 | 6.3 | $472.50 |
| Cameron Gilbert | $75.00 | 4.5 | $337.50 |
| James Richard Pruden | $75.00 | 19.5 | $1,462.50 |
| Jason Steele | $75.00 | 13.8 | $1,035.00 |
| Jeremiah I. Rupert | $75.00 | 27.3 | $2,047.50 |
| Kathryn M. Christie | $75.00 | 21.0 | $1,575.00 |
| Martha S. Condyles | $75.00 | 6.0 | $450.00 |
| Michael Markey | $75.00 | 5.0 | $375.00 |
| Michelle Heishman | $75.00 | 9.8 | $731.25 |
| Nancy Warren Kane | $75.00 | 1.5 | $112.50 |
| Todd Hoyle | $75.00 | 12.0 | $900.00 |
| Victoria L. Bragunier | $75.00 | 12.5 | $937.50 |
| TOTAL FEES | | 159.0 | $11,921.25 |

Disbursements and Other Expenses:

| | | |
|---|---|---|
| 12/22/08 | FedEx Priority Overnight/Int'l Priority to Wilmington, DE -  Tracking #:  981737496171 | $8.12 |
| 12/30/08 | FedEx Priority Overnight/Int'l Priority to Orlando, FL - Tracking #:  986584516032 | $13.08 |
| 12/30/08 | FedEx Priority Overnight/Int'l Priority to Freehold, NJ - Tracking #:  986584516010 | $9.94 |

Circuit City Stores Inc
File Number: 2055557                                          Page    4
Invoice No. 91101238                                         January 12, 2009


| | | |
|---|---|---|
| 12/30/08 | FedEx Priority Overnight/Int'l Priority to Mineola, NY - Tracking #:  986584516043 | $9.94 |
| 12/30/08 | FedEx Priority Overnight/Int'l Priority to Naples, FL - Tracking #:  986584516021 | $13.08 |
| 12/30/08 | FedEx Priority Overnight/Int'l Priority to Santa Barbara, CA - Tracking #:  986584516000 | $14.85 |
| 12/30/08 | FedEx Priority Overnight/Int'l Priority to Red Bank, NJ - Tracking #:  986584516054 | $9.94 |
| | TOTAL EXPENSES | $78.95 |


### Summary of Fees and Expenses:

| | |
|---|---|
| Total Fees for all Matters: | $11,921.25 |
| Total Expenses for all Matters: | $78.95 |
| Total for this Invoice: | $12,000.20 |