## EXHIBIT E4

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

February 11, 2009

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 91110057

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

TAX ID NO.  54-0505857

JOINT GROUP #2055557

| | | |
|---|---:|---:|
| Balance Forward from Prior Invoices: | | $679,748.45 |
| *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)* | | |
| Current Invoice: | | |
| Current Fees: | $250,751.00 | |
| Current Disbursements: | $13,049.32 | |
| **Current Invoice Total:** | | $263,800.32 |
| Total Balance Due: | | $943,548.77 |

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

McGuireWoods LLP
Attn: Accounts Receivable
901 E. Cary Street
Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# |McGuireWoods

**Dion W. Hayes**
804.775.1144

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

February 11, 2009

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Bill Through: 01/31/09

INVOICE NO.  91110057                          TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.   2055557-0010
    Circuit City Contact R. Hedgebeth
    McGuireWoods Contact D. Hayes

| | | |
|---|---|---:|
| 01/01/09 | Analyze issues and respond to various e-mails | |
| | Sarah B. Boehm    .30 hours at  450.00 per hour. | $135.00 |
| 01/01/09 | Multiple e-mails and telephone calls to creditors and parties in interest regarding bankruptcy case and related issues and review material regarding same | |
| | Daniel F. Blanks   1.30 hours at  375.00 per hour. | $487.50 |
| 01/05/09 | Telephone conference with client regarding risk department issues and payment of post-petition claims and settlements in ordinary course and analyze issues regarding same and OCP's | |
| | Douglas M. Foley    .90 hours at  550.00 per hour. | $495.00 |
| 01/05/09 | Return multiple phone calls from various parties and analyze correspondence regarding same | |
| | Sarah B. Boehm    .60 hours at  450.00 per hour. | $270.00 |

File Number: 2055557
<u>Invoice No. 91110057</u>                           <u></u>


01/05/09  Monitor calls from hot line and revise log of
          hot line calls
          Frances C. Smith   6.40 hours at  215.00 per hour.        $1,376.00

01/05/09  Return creditor calls (2.9); research
          bankruptcy court docket for recent filings
          (.7); analysis of filings for potential
          inclusion into case calendar (1.3); work on
          charting case calendar (1.2)
          Karen B. Cain   6.10 hours at  195.00 per hour.           $1,189.50

01/06/09  Finalize and file multiple affidavits of
          service and e-mails regarding same (.5);
          analyze and distribute correspondence (.9);
          multiple phone calls from various parties (.7);
          analyze issues and e-mails regarding 341
          meeting (.3)
          Sarah B. Boehm   2.40 hours at  450.00 per hour.          $1,080.00

01/06/09  Multiple telephone conferences with creditors
          and parties in interest regarding bankruptcy
          case and other related issues and review
          material regarding same
          Daniel F. Blanks   1.70 hours at  375.00 per hour.          $637.50

01/06/09  Monitor calls from hot line and revise log of
          hot line calls
          Frances C. Smith   7.60 hours at  215.00 per hour.        $1,634.00

01/06/09  Review creditor hot line log (.6); return
          telephone calls from hot line (2.7)
          Karen B. Cain   3.30 hours at  195.00 per hour.             $643.50

01/07/09  Finalize and file supplemental list of ordinary
          course professionals and e-mails with KCC
          regarding service (.5); telephone conference
          with and e-mail from F. Telegadas regarding
          plea bargain and restitution matter in New York
          (.3); multiple calls and e-mails from various
          parties (.6)
          Sarah B. Boehm   1.40 hours at  450.00 per hour.            $630.00

01/07/09  Multiple e-mails and telephone conferences with
          claimants and other parties in interest
          regarding case and other related issues and
          review and analyze materials and documentation
          regarding same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.          $412.50

| | | |
|---|---|---|
| 01/07/09 | Monitor calls from hot line and revise log of hot line calls | |
| | Frances C. Smith     5.10 hours at   215.00 per hour. | $1,096.50 |
| | | |
| 01/07/09 | Correspondence regarding hearing on 1/16/09 (.1); review docket for recent objections and motions to be heard on 1/16/09 (.6) | |
| | Linda J. Neilson     .80 hours at   185.00 per hour. | $148.00 |
| | | |
| 01/08/09 | Draft, revise, finalize and file multiple pleadings and e-mails with KCC regarding service of same (2.1); telephone call to and e-mails with J. Oakey regarding termination of employee and related issues (.3) | |
| | Sarah B. Boehm    2.40 hours at   450.00 per hour. | $1,080.00 |
| | | |
| 01/08/09 | E-mails and telephone conferences with parties in interest regarding bankruptcy case and related issues and review material regarding same | |
| | Daniel F. Blanks    1.60 hours at   375.00 per hour. | $600.00 |
| | | |
| 01/08/09 | Monitor creditor hot line (1.6); work on chart of telephone calls from creditors (1.9); return calls from creditors (2.4) | |
| | Karen B. Cain    5.90 hours at   195.00 per hour. | $1,150.50 |
| | | |
| 01/09/09 | Prepare for and attend 341 meeting and e-mails and conferences regarding same with United States Trustee (2.5); review new pleadings for filing for hearings on 1/29 and 1/16 (.9) | |
| | Douglas M. Foley    3.40 hours at   550.00 per hour. | $1,870.00 |
| | | |
| 01/09/09 | Prepare for and attend 341 meeting of creditors (1.6); multiple calls and e-mails from various parties (.4) | |
| | Sarah B. Boehm     2.00 hours at   450.00 per hour. | $900.00 |
| | | |
| 01/09/09 | Multiple telephone conferences and e-mails with creditors and parties in interest regarding case and other related issues and review and analyze multiple documents and pleadings regarding same | |
| | Daniel F. Blanks    1.70 hours at   375.00 per hour. | $637.50 |
| | | |
| 01/09/09 | Monitor calls from hot line and revise log of hot line calls | |
| | Frances C. Smith     2.70 hours at   215.00 per hour. | $580.50 |

File Number: 2055557                                    Page    4
Invoice No. 91110057                                    February 11, 2009

| Date | Description | Amount |
|---|---|---|
| 01/09/09 | Research bankruptcy court docket (1.1); analysis of filings in multiple bankruptcy matters (2.1); assist with hearing preparations (1.7); prepare binders for sale hearing (2.3)<br>Karen B. Cain   7.20 hours at  195.00 per hour. | $1,404.00 |
| 01/11/09 | Begin review of items and agenda for 1/16 hearings<br>Douglas M. Foley    .30 hours at  550.00 per hour. | $165.00 |
| 01/12/09 | E-mails with creditors counsel regarding consent to seal motion and consent to omnibus class proof of claim and review pleadings regarding same (.7); review, revise and file other responsive pleadings for hearings on 1/16/09 (.9)<br>Douglas M. Foley   1.60 hours at  550.00 per hour. | $880.00 |
| 01/12/09 | Multiple phone calls from various parties (1.1); revise, finalize and file multiple pleadings and e-mails regarding same (1.6); analyze correspondence from multiple parties (.8)<br>Sarah B. Boehm   3.50 hours at  450.00 per hour. | $1,575.00 |
| 01/12/09 | Multiple telephone conferences with creditors, parties in interest and other parties regarding bankruptcy case and related issues and review and analyze multiple documents, pleadings, e-mails and other matters regarding same<br>Daniel F. Blanks   1.80 hours at  375.00 per hour. | $675.00 |
| 01/12/09 | Monitor calls from hot line and revise log of hot line calls<br>Frances C. Smith   2.90 hours at  215.00 per hour. | $623.50 |
| 01/12/09 | Correspondence regarding draft agenda for 1/16/09 hearing (.2); review draft agenda (.4)<br>Linda J. Neilson   .60 hours at  185.00 per hour. | $111.00 |
| 01/12/09 | Monitor creditor hot line (.9); return creditor telephone calls (.9)<br>Karen B. Cain   1.80 hours at  195.00 per hour. | $351.00 |
| 01/13/09 | Begin preparation for 1/16/09 omnibus hearing date and review agenda regarding same<br>Douglas M. Foley    .90 hours at  550.00 per hour. | $495.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91110057

Page   5
February 11, 2009

| Date | Description | Amount |
|---|---|---|
| 01/13/09 | Finalize and file multiple affidavits of service and e-mails regarding same (.4); analyze agenda and status of various matters (.3); multiple calls and e-mails regarding TomTom exhibit under seal (.3); analyze appeal issues and e-mails regarding same (.2)<br>Sarah B. Boehm   1.20 hours at   450.00 per hour. | $540.00 |
| 01/13/09 | Multiple telephone conferences and e-mails with creditors and parties in interest regarding bankruptcy case and related issues and review and analyze pleadings, documents and other matters regarding same<br>Daniel F. Blanks   2.20 hours at   375.00 per hour. | $825.00 |
| 01/13/09 | Monitor calls from hot line and revise log of hot line calls<br>Frances C. Smith   4.10 hours at   215.00 per hour. | $881.50 |
| 01/13/09 | Work on creditor call log (1.7); return creditor telephone calls regarding filings (3.2)<br>Karen B. Cain   4.90 hours at   195.00 per hour. | $955.50 |
| 01/14/09 | Analyze pleadings and docket, revise, finalize and file omnibus hearing agenda and multiple calls and e-mails regarding same (2.2); multiple calls to and from various parties and update phone log (1.2); revise, finalize and file pleadings and e-mails regarding same (.8)<br>Sarah B. Boehm   4.20 hours at   450.00 per hour. | $1,890.00 |
| 01/14/09 | Multiple telephone conferences and e-mails with parties in interest regarding bankruptcy case and related issues and analyze issues regarding same and research issues and review and analyze issues regarding same<br>Daniel F. Blanks   3.50 hours at   375.00 per hour. | $1,312.50 |
| 01/14/09 | Monitor calls from hot line and revise log of hot line calls<br>Frances C. Smith   3.40 hours at   215.00 per hour. | $731.00 |
| 01/14/09 | Review docket and revise hearing agenda for filing (2.1); correspondence regarding same (.4); organize documents for hearing (.6)<br>Linda J. Neilson   3.10 hours at   185.00 per hour. | $573.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page    6
Invoice No. 91110057                                   February 11, 2009

01/14/09   Review creditor call log (.7); return
           outstanding calls from creditors (4.6); work on
           and update call log for reference (1.1)
           Karen B. Cain   6.40 hours at  195.00 per hour.        $1,248.00

01/15/09   Review agenda and pleadings and prepare for
           omnibus hearing on 1/16/09
           Douglas M. Foley   7.90 hours at  550.00 per hour.     $4,345.00

01/15/09   Multiple e-mails regarding ordinary course
           professional affidavits and finalize and file
           ordinary course professional affidavits (1.1);
           analyze pleadings and revise agenda (1.7);
           multiple calls to and from various parties
           (1.5); analyze correspondence (.7); prepare for
           omnibus hearing, analyze orders and multiple
           calls and e-mails regarding same (1.8)
           Sarah B. Boehm   6.80 hours at  450.00 per hour.       $3,060.00

01/15/09   Continue preparation for January 16, 2009
           omnibus hearing and review and analyze multiple
           pleadings, documents and other material
           regarding same and strategies regarding same
           (4.5); review, analyze, revise and file
           proposed hearing agenda for January 16, 2009
           omnibus hearing and multiple telephone
           conferences and e-mails with parties regarding
           same (.8)
           Daniel F. Blanks   5.30 hours at  375.00 per hour.     $1,987.50

01/15/09   Monitor calls from hot line and revise log of
           hot line calls
           Frances C. Smith   2.80 hours at  215.00 per hour.       $602.00

01/15/09   Assist with preparation for omnibus hearing
           D. Morrison de Lopez   .60 hours at  195.00 per hour.    $117.00

01/15/09   Review docket and revise agenda for hearing
           (2.5); prepare for omnibus hearing (9.0)
           Linda J. Neilson  11.50 hours at  185.00 per hour.     $2,127.50

01/15/09   Research bankruptcy court docket for hearing
           dates (.9); work on case calendar (1.2); return
           telephone calls from creditor hot line call
           list (2.3); analyze bankruptcy court filings
           (1.7); work on omnibus hearing agenda (4.7)
           Karen B. Cain  10.80 hours at  195.00 per hour.        $2,106.00

01/16/09   Prepare for and attend omnibus hearing and sale
           motion hearing
           Douglas M. Foley   8.90 hours at  550.00 per hour.     $4,895.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91110057

01/16/09  Prepare for and attend omnibus hearing, analyze
          pleadings and multiple calls and e-mails
          regarding same
          Sarah B. Boehm   6.80 hours at  450.00 per hour.          $3,060.00

01/16/09  Prepare for and participate in January 16, 2009
          omnibus hearing and review and analyze multiple
          documents, pleadings, notices and other items
          regarding same and analyze issues regarding
          liquidation process
          Daniel F. Blanks  12.20 hours at  375.00 per hour.        $4,575.00

01/16/09  Assist attorneys with preparation of documents
          for hearing
          D. Morrison de Lopez   2.60 hours at  195.00 per hour.      $507.00

01/16/09  Prepare documents for hearing (2.2); revise
          hearing agenda for filing (1.8); attend hearing
          (5.5)
          Linda J. Neilson   9.50 hours at  185.00 per hour.        $1,757.50

01/16/09  Research bankruptcy court docket and filings
          (.7); prepare final amended agenda for omnibus
          hearing (1.7); work on professionals' binders
          (2.1); assist with documentation for omnibus
          hearing (5.1); coordinate hearing transcript
          from service provider (.7)
          Karen B. Cain  10.30 hours at  195.00 per hour.           $2,008.50

01/18/09  Multiple e-mails regarding liquidation and
          related matters
          Sarah B. Boehm    .40 hours at  450.00 per hour.            $180.00

01/18/09  E-mails and telephone calls with and to
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          documents regarding same
          Daniel F. Blanks    .60 hours at  375.00 per hour.          $225.00

01/19/09  E-mails regarding finalization of deliverables
          for court relating to 1/16 hearing, including
          orders resolving various matters (.8); review
          form of board minutes from 1/16 meeting (.3)
          Douglas M. Foley   1.10 hours at  550.00 per hour.          $605.00

01/19/09  Multiple calls and e-mails from various parties
          Sarah B. Boehm    .60 hours at  450.00 per hour.            $270.00

Circuit City Stores Inc
File Number: 2055557                                    Page   8
Invoice No. 91110057                                   February 11, 2009

01/19/09 Multiple e-mails and telephone conferences with
         creditors and parties in interest regarding
         bankruptcy case and related issues and
         liquidation matters
         Daniel F. Blanks   1.90 hours at  375.00 per hour.        $712.50

01/20/09 E-mails with creditors regarding issues
         relating to liquidator and final sales of goods
         and return policies
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

01/20/09 Analyze transcript and e-mails regarding same
         (.3); finalize and file ordinary course
         professional affidavits and e-mails regarding
         same (.4); multiple phone calls from various
         parties (1.6); analyze and distribute
         correspondence (1.2)
         Sarah B. Boehm   3.50 hours at  450.00 per hour.       $1,575.00

01/20/09 Multiple telephone conferences with claimants
         and parties in interest regarding bankruptcy
         case and other related issues and concerns and
         review and analyze multiple documents,
         pleadings, notices and other items regarding
         same
         Daniel F. Blanks   2.50 hours at  375.00 per hour.       $937.50

01/20/09 Monitor calls from hot line and revise log of
         hot line calls
         Frances C. Smith   7.90 hours at  215.00 per hour.     $1,698.50

01/21/09 Draft, review, revise, finalize and submit
         multiple orders from omnibus hearing (1.6);
         analyze issues and e-mails regarding stub rent
         (.3); telephone call from counsel regarding
         Brinks and multiple calls and e-mails regarding
         same (.4); multiple calls from various parties
         and analyze correspondence regarding same (1.1)
         Sarah B. Boehm   3.40 hours at  450.00 per hour.       $1,530.00

01/21/09 Multiple telephone conferences and e-mails with
         creditors and parties in interest regarding
         case inquiries and related issues regarding
         case (1.7); e-mails and telephone conferences
         with attorneys general and other state entities
         regarding continued use of warranties and
         honoring prepetition warranties and related
         issues and review material regarding same (.9)
         Daniel F. Blanks   2.80 hours at  375.00 per hour.     $1,050.00

01/21/09  Monitor calls from hot line and revise log of
          hot line calls
          Frances C. Smith   4.10 hours at  215.00 per hour.      $881.50

01/21/09  Correspondence regarding agenda for 1/29/2009
          hearing (.1); review docket for motions set for
          hearing on 1/29/2009 and review hearing
          transcript from 1/16/2009 (.8)
          Linda J. Neilson    .90 hours at  185.00 per hour.      $166.50

01/22/09  Several telephone conferences and e-mails with
          creditors regarding status of claims and
          liquidation process and wind-down issues
          Douglas M. Foley    .90 hours at  550.00 per hour.      $495.00

01/22/09  Analyze entered orders and e-mails regarding
          service of same (.5); analyze issues regarding
          warranties and multiple calls and e-mails
          regarding same (.8); review and submit various
          orders (.3); finalize and file multiple
          ordinary course professional affidavits and
          e-mails regarding same (.7); analyze
          correspondence from various parties (.6);
          multiple calls from various parties (.7)
          Sarah B. Boehm   3.60 hours at  450.00 per hour.      $1,620.00

01/22/09  Multiple telephone conferences and e-mails with
          claimants, creditors and other parties in
          interest regarding bankruptcy case and other
          related issues and review and analyze
          documents, pleadings and other matters
          regarding same (2.9); telephone conferences
          with co-counsel regarding bankruptcy case and
          strategies regarding liquidation and
          outstanding issues (.5)
          Daniel F. Blanks   3.40 hours at  375.00 per hour.    $1,275.00

01/22/09  Monitor calls from hot line and revise log of
          hot line calls
          Frances C. Smith   3.80 hours at  215.00 per hour.      $817.00

01/22/09  Analysis of reclamation claim demands (3.1);
          prepare chart reclamation claim demands (2.7);
          conference with S. Boehm regarding same (.4);
          work on log of creditor calls to hot line (.7);
          return calls from creditor hot line (2.2)
          Karen B. Cain   9.10 hours at  195.00 per hour.      $1,774.50

File Number: 2055557                                        Page   10
Invoice No. 91110057                                        February 11, 2009

01/23/09  Telephone conference with client and debtors
          professionals regarding wind-down protocol and
          process and timing of disposition of assets
          (1.3); several telephone conferences and
          e-mails with creditors regarding payment of
          administrative claims and issues on docket for
          1/29 and 2/13 (.9)
          Douglas M. Foley   1.20 hours at   550.00 per hour.        $660.00

01/23/09  Finalize and file ordinary course professional
          affidavits and multiple e-mails regarding same
          (.4); multiple phone calls to and from various
          parties (1.6); analyze correspondence and
          e-mails regarding same (.6)
          Sarah B. Boehm   2.60 hours at   450.00 per hour.        $1,170.00

01/23/09  Multiple telephone conferences and e-mails with
          parties in interest and debtors' professionals
          regarding case, claims, procedures and related
          issues
          Daniel F. Blanks   2.30 hours at   375.00 per hour.        $862.50

01/23/09  Monitor calls from hot line and revise log of
          hot line calls
          Frances C. Smith   1.60 hours at   215.00 per hour.        $344.00

01/23/09  Correspondence regarding 1/29/2009 hearing
          agenda
          Linda J. Neilson    .10 hours at   185.00 per hour.         $18.50

01/23/09  Analysis of creditor telephone hot line (.8);
          return calls to multiple creditors (1.7);
          prepare correspondence to claims agent for
          proofs of claim (.3)
          Karen B. Cain   2.80 hours at   195.00 per hour.           $546.00

01/26/09  Review and revise agenda and telephone
          conferences and e-mails with debtors
          professionals regarding same (.6); telephone
          conference and e-mails with debtors
          professionals regarding assets sales and
          liquidator issues and telephone conference with
          government authorities counsel and vendor's
          counsel regarding same (1.4)
          Douglas M. Foley   2.00 hours at   550.00 per hour.      $1,100.00

Circuit City Stores Inc
File Number: 2055557                                    Page   11
Invoice No. 91110057                                    February 11, 2009

01/26/09  Finalize and file ordinary course professional
          affidavit and e-mails regarding same (.4);
          telephone calls from numerous parties regarding
          bar date notice and various issues (.9); review
          and revise agenda and multiple e-mails
          regarding status of various matters (.6);
          analyze correspondence (.8)
          Sarah B. Boehm   2.70 hours at  450.00 per hour.        $1,215.00

01/26/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and other related issues and
          analyze issues regarding same and review and
          analyze documents regarding same (1.7); e-mails
          with in-house counsel regarding former
          subsidiary issues and possible claims (.8);
          e-mails with equity holders regarding interest
          in debtors' estates (.9); multiple telephone
          conferences and e-mails with debtors'
          professionals regarding post-petition claims
          and related issues and develop strategies
          regarding same (2.1)
          Daniel F. Blanks   5.50 hours at  375.00 per hour.      $2,062.50

01/26/09  Monitor calls from hot line and revise log of
          hot line calls
          Frances C. Smith   5.30 hours at  215.00 per hour.      $1,139.50

01/27/09  Continue preparation for hearings on 1/29 and
          review and finalize pleadings and agenda
          Douglas M. Foley   2.90 hours at  550.00 per hour.      $1,595.00

01/27/09  Revise, finalize and file agenda and multiple
          calls and e-mails regarding same and status of
          various matters (1.3); finalize and file
          objection and multiple e-mails regarding same
          (.9); e-mails with KCC regarding service
          matters (.4); multiple calls and e-mails
          regarding ordinary course professional
          affidavits (.3); e-mails regarding monthly fee
          statements for committee (.3); multiple calls
          and e-mails to and from various parties (.8)
          Sarah B. Boehm   4.00 hours at  450.00 per hour.        $1,800.00

01/27/09  E-mails with parties and creditors regarding
          bankruptcy case and related issues
          Daniel F. Blanks   .90 hours at  375.00 per hour.        $337.50

File Number: 2055557                               Page  12
Invoice No. 91110057                              February 11, 2009

01/27/09  Research bankruptcy court docket (.9); analyze
          filings (1.2); work on case calendar for
          deadlines (.8); circulate case calendar to
          professionals (.2); analysis of agenda and
          comparison with court docket (1.1)
          Karen B. Cain   4.20 hours at  195.00 per hour.        $819.00

01/28/09  Continue preparation for omnibus hearings on
          1/29 and review and revise agenda and pleadings
          regarding same
          Douglas M. Foley   2.30 hours at  550.00 per hour.    $1,265.00

01/28/09  Revise, finalize and file amended agenda and
          multiple e-mails regarding same (1.6); handle
          issues regarding omnibus hearing preparation
          and multiple calls and e-mails regarding same
          (1.2); finalize and file affidavits of ordinary
          course professionals and e-mails regarding same
          (.5); finalize and file objections and multiple
          calls and e-mails regarding same (.7); multiple
          calls and e-mails regarding status of various
          matters set for hearing and analyze strategy
          regarding same (1.4); multiple calls and
          e-mails from various parties and update phone
          log (1.3)
          Sarah B. Boehm   6.70 hours at  450.00 per hour.     $3,015.00

01/28/09  Multiple telephone conferences and e-mails with
          creditors and parties in interest regarding
          bankruptcy case and related issues and review
          material regarding same
          Daniel F. Blanks   1.40 hours at  375.00 per hour.     $525.00

01/28/09  Monitor calls from hot line and revise log of
          hot line calls (2.9); return hot line calls
          (2.4)
          Frances C. Smith   5.30 hours at  215.00 per hour.   $1,139.50

01/28/09  Research bankruptcy court docket (2.1); analyze
          filings for hearing and agenda (1.9); prepare
          amended omnibus hearing agenda (2.9)
          Karen B. Cain   6.90 hours at  195.00 per hour.      $1,345.50

01/29/09  Prepare for and attend omnibus hearings
          Douglas M. Foley   5.30 hours at  550.00 per hour.   $2,915.00

Circuit City Stores Inc
File Number: 2055557                                    Page   13
Invoice No. 91110057                                   February 11, 2009

01/29/09 Prepare for and attend omnibus hearing (4.4);
         finalize and file affidavits of service and
         e-mails regarding same (.3); multiple calls to
         and from various parties (1.4); e-mails
         regarding hearing dates (.2); review and
         distribute correspondence and original claims
         (.7)
         Sarah B. Boehm   7.00 hours at  450.00 per hour.        $3,150.00

01/29/09 E-mails and telephone conferences with
         creditors and parties in interest regarding
         bankruptcy cases and related issues and review
         and analyze material regarding same
         Daniel F. Blanks   1.30 hours at  375.00 per hour.       $487.50

01/29/09 Return hot line calls
         Frances C. Smith   5.80 hours at  215.00 per hour.      $1,247.00

01/29/09 Research court docket for status of hearing
         objections (1.1); work on omnibus binders for
         professionals (2.1); prepare exhibits to
         counter motion for relief from stay (.7);
         analysis of filing for hearing and deadline
         dates (1.2); update case calendar (.6); attend
         omnibus hearing to assist with documents (3.5);
         research proofs of claim and forward originals
         to claims agent (.8)
         Karen B. Cain  10.00 hours at  195.00 per hour.         $1,950.00

01/30/09 Finalize and file affidavits of ordinary course
         professionals and affidavits of service and
         multiple calls and e-mails regarding same (.8);
         finalize and submit assumption and assignment
         order and e-mails regarding same (.2); revise
         letter regarding service and e-mails with KCC
         regarding same (.2); review and distribute
         correspondence (.8); multiple calls to and from
         various parties (1.1)
         Sarah B. Boehm   3.10 hours at  450.00 per hour.        $1,395.00

01/30/09 Multiple telephone conferences and e-mails with
         creditors and parties in interest regarding
         bankruptcy case and related issues (1.7);
         revise letter to 2002 list regarding necessity
         of e-mail address and e-mails with KCC
         regarding same (.4)
         Daniel F. Blanks   2.10 hours at  375.00 per hour.       $787.50

01/30/09 Monitor calls from hot line and revise log of
         hot line calls
         Frances C. Smith   .90 hours at  215.00 per hour.        $193.50

File Number: 2055557
Invoice No. 91110057

01/30/09  Research ordinary course professional
          affidavits for previous filings
          Karen B. Cain   1.10 hours at  195.00 per hour.        $214.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 39.9 | $21,945.00 |
| Sarah B. Boehm | $450.00 | 69.2 | $31,140.00 |
| Daniel F. Blanks | $375.00 | 57.1 | $21,412.50 |
| Frances C. Smith | $215.00 | 69.7 | $14,985.50 |
| Diane E. Morrison de Lopez | $195.00 | 3.2 | $624.00 |
| Karen B. Cain | $195.00 | 90.8 | $17,706.00 |
| Linda J. Neilson | $185.00 | 26.5 | $4,902.50 |
| TOTAL FEES | | 356.4 | $112,715.50 |

**Re: Restructuring and General Strategy**
      **Our File No.   2055557-0020**
      **Circuit City ContactR. Hedgebeth**
      **McGuireWoods ContactD. Hayes**

01/02/09  E-mails regarding possible sale motion and
          timing of filing same and review same
          Douglas M. Foley    .40 hours at  550.00 per hour.     $220.00

01/02/09  Analyze and revise sale pleadings and multiple
          calls and e-mails with counsel and court
          regarding same (1.5); draft, analyze and revise
          motion for expedited hearing, shorten and limit
          notice regarding same (1.6)
          Sarah B. Boehm   3.10 hours at  450.00 per hour.     $1,395.00

01/03/09  Review and analyze sale procedures pleadings
          and e-mails with debtors professionals
          regarding same
          Douglas M. Foley   1.30 hours at  550.00 per hour.     $715.00

01/03/09  Analyze issues and multiple e-mails regarding
          sale pleadings and related issues
          Sarah B. Boehm    .40 hours at  450.00 per hour.     $180.00

01/04/09  Review drafts of sale procedures motion and
          e-mails with co-counsel regarding same
          Douglas M. Foley   1.90 hours at  550.00 per hour.     $1,045.00

01/04/09  Analyze revised sale pleadings, revise motion
          for expedited and multiple e-mails regarding
          same
          Sarah B. Boehm   1.30 hours at  450.00 per hour.     $585.00

01/05/09  Review, analyze and file under seal motion
          papers regarding possible sale transaction
          (2.2); several telephone conferences and
          e-mails with banks, chambers and United States
          Trustee's office and client regarding same and
          going concern possibilities and analyze issues
          regarding same (3.8)
          Douglas M. Foley   6.00 hours at  550.00 per hour.      $3,300.00

01/05/09  Multiple telephone conference and e-mails with
          company, FTI, Rothschild, banks and counsel
          regarding sale motion and related matters
          (3.6); draft, finalize and file seal motion
          (1.9); draft correspondence and multiple calls
          and e-mails with court regarding sale motion
          (.4); e-mails with KCC regarding service of
          sale motion and entered order (.4); analyze
          strategy regarding sale motion (.7); begin
          draft notice of hearing and analyze issues
          regarding same (.3)
          Sarah B. Boehm   7.30 hours at  450.00 per hour.       $3,285.00

01/06/09  E-mails regarding sale procedures motion and
          timing of filing same and analyze issues
          regarding hearing date and notice
          Douglas M. Foley   1.40 hours at  550.00 per hour.       $770.00

01/06/09  Draft and revise notice of hearing regarding
          sale motion and bid procedures
          Sarah B. Boehm    .40 hours at  450.00 per hour.         $180.00

01/07/09  E-mails regarding timing of unsealing sale
          procedures motion and analyze issues regarding
          same
          Douglas M. Foley   1.20 hours at  550.00 per hour.       $660.00

01/07/09  Analyze issues and multiple calls and e-mails
          regarding status of sale matters and upcoming
          hearing regarding same
          Sarah B. Boehm   1.30 hours at  450.00 per hour.         $585.00

01/07/09  Multiple e-mails with parties regarding sale
          procedures and related issues
          Daniel F. Blanks    .60 hours at  375.00 per hour.       $225.00

01/08/09  Multiple calls and e-mails regarding sale
          procedures and related issues (1.4); analyze
          and revise pleadings regarding same (.9); 341
          meeting preparation (.6)
          Sarah B. Boehm   2.90 hours at  450.00 per hour.       $1,305.00

File Number: 2055557                                    Page  16
Invoice No. 91110057                                    February 11, 2009

01/09/09 Prepare for and attend hearing on sale
         procedures motion and several telephone
         conferences and e-mails regarding same
         Douglas M. Foley   5.50 hours at   550.00 per hour.        $3,025.00

01/09/09 Finalize and file sale pleadings and multiple
         calls and e-mails regarding same (.8); prepare
         for and attend bid procedures hearing (4.6);
         revise and submit order approving bid
         procedures (1.7); revise, finalize and file
         notice of approval of bid procedures and
         multiple calls and e-mails regarding same (.9)
         Sarah B. Boehm   8.00 hours at   450.00 per hour.          $3,600.00

01/10/09 E-mails regarding bid procedures with potential
         landlord bidders
         Douglas M. Foley   .30 hours at   550.00 per hour.          $165.00

01/11/09 E-mails with landlords regarding possible bid
         issues through sale process
         Douglas M. Foley   .40 hours at   550.00 per hour.          $220.00

01/12/09 Multiple calls and e-mails regarding sale
         proceedings and auction (2.2); e-mails with KCC
         regarding service and posting of sale order
         (.6); revise, finalize and file auction and
         sale pleadings and multiple calls and e-mails
         regarding same (1.3)
         Sarah B. Boehm   4.10 hours at   450.00 per hour.          $1,845.00

01/12/09 E-mails with professionals regarding sale and
         related issues and strategies
         Daniel F. Blanks   1.10 hours at   375.00 per hour.         $412.50

01/13/09 Several telephone conferences and e-mails with
         client and debtors professionals and United
         States Trustee regarding auction, auction
         procedures and timing
         Douglas M. Foley   2.80 hours at   550.00 per hour.        $1,540.00

01/13/09 Multiple calls and e-mails regarding auction
         and related issues (.8); multiple calls and
         e-mails from various parties regarding
         potential purchaser notice, cure requirements
         and related sale issues (.6); telephone
         conference with court regarding hearing dates
         (.2); finalize and file auction notice and
         multiple calls and e-mails regarding same (1.1)
         Sarah B. Boehm   2.70 hours at   450.00 per hour.          $1,215.00

File Number: 2055557                                      Page  17
Invoice No. 91110057                                      February 11, 2009

01/13/09  E-mails and telephone conferences with parties
          regarding sale procedures and process and
          review and analyze notices and other items
          regarding same
          Daniel F. Blanks    2.10 hours at  375.00 per hour.        $787.50

01/14/09  Prepare for and attend auction processes and
          procedures in New York and e-mails with debtors
          professionals and United States Trustee
          regarding same
          Douglas M. Foley    8.90 hours at  550.00 per hour.      $4,895.00

01/14/09  Analyze issues and multiple calls and e-mails
          regarding status of auction and related sale
          matters (2.9); participate in telephonic
          auction (.8); e-mails regarding auction notice
          (.6)
          Sarah B. Boehm    4.30 hours at  450.00 per hour.       $1,935.00

01/14/09  E-mails and telephone conference with debtors'
          professionals regarding sale procedures
          Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

01/15/09  Several telephone conferences and e-mails and
          participation in auction processes in New York
          regarding going concern and inventory bids and
          strategy regarding same (2.9); e-mails and
          telephone conferences with chambers and United
          States Trustee regarding status of process and
          possible adjournment dates (.3)
          Douglas M. Foley    3.20 hours at  550.00 per hour.      $1,760.00

01/15/09  Analyze issues and multiple calls and e-mails
          regarding auction and related issues (1.4);
          participate in telephonic auction (.5)
          Sarah B. Boehm    1.90 hours at  450.00 per hour.         $855.00

01/15/09  Multiple telephone calls and e-mails with
          parties regarding sale procedure and process
          and analyze strategies regarding same
          Daniel F. Blanks    3.30 hours at  375.00 per hour.      $1,237.50

01/16/09  Revise, finalize and submit order approving
          agency agreement with liquidator and multiple
          calls and e-mails regarding same
          Sarah B. Boehm    1.80 hours at  450.00 per hour.         $810.00

01/18/09  E-mails with debtors' professionals regarding
          sale and liquidation procedures and related
          issues
          Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

| | | |
|---|---|---|
| 01/19/09 | Multiple calls and e-mails regarding various matters regarding order approving agency agreement and aircraft sale | |
| | Sarah B. Boehm   .40 hours at  450.00 per hour. | $180.00 |
| 01/20/09 | Analyze aircraft order, submit same to clerk's office and multiple calls and e-mails regarding same (.7); telephone call and e-mails from counsel regarding liquidator issues (.4); telephone call from and e-mail to counsel regarding consignment agreement (.4) | |
| | Sarah B. Boehm   1.50 hours at  450.00 per hour. | $675.00 |
| 01/21/09 | Multiple calls and e-mails regarding liquidation matters | |
| | Sarah B. Boehm   .80 hours at  450.00 per hour. | $360.00 |
| 01/21/09 | Telephone conference with counsel regarding possible sale of trademarks and other intellectual property and related issues and e-mails with Skadden regarding same (.7); e-mails with co-counsel and in-house regarding sale of assets and other related issues (.8) | |
| | Daniel F. Blanks   1.50 hours at  375.00 per hour. | $562.50 |
| 01/22/09 | Several e-mails regarding interested buyers of miscellaneous assets | |
| | Douglas M. Foley   .60 hours at  550.00 per hour. | $330.00 |
| 01/22/09 | Multiple e-mails regarding amended aircraft sale order (.2); e-mails regarding ecommerce inquiries regarding sale (.2) | |
| | Sarah B. Boehm   .40 hours at  450.00 per hour. | $180.00 |
| 01/23/09 | Multiple calls and e-mails regarding lease and asset sale inquires (.4); multiple calls and e-mails regarding liquidation issues (.5) | |
| | Sarah B. Boehm   .90 hours at  450.00 per hour. | $405.00 |
| 01/23/09 | E-mails with co-counsel regarding amended aircraft order and review, analyze and revise order regarding same and submit same to chambers and telephone conference with chambers regarding same | |
| | Daniel F. Blanks   .90 hours at  375.00 per hour. | $337.50 |
| 01/29/09 | E-mails with debtors' professionals regarding bankruptcy cases, strategies and 9019 motions regarding January 29, 2009 omnibus hearing | |
| | Daniel F. Blanks   1.10 hours at  375.00 per hour. | $412.50 |

01/30/09  E-mails and telephone conferences with parties
          and Rothschild regarding sale and auction of
          certain personal property
          Daniel F. Blanks    .60 hours at  375.00 per hour.     $225.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 33.9 | $18,645.00 |
| Sarah B. Boehm | $450.00 | 43.5 | $19,575.00 |
| Daniel F. Blanks | $375.00 | 12.5 | $4,687.50 |
| TOTAL FEES | | 89.9 | $42,907.50 |

**Re: Corporate Goverance**
      **Our File No.   2055557-0040**
      **Circuit City ContactR. Hedgebeth**
      **McGuireWoods ContactD. Hayes**


01/09/09  Participate in a meeting of the executive
          committee by conference telephone
          Robert L. Burrus Jr.  1.00 hours at  805.00 per hour.   $805.00

01/13/09  Participate in a meeting of the executive
          committee by conference telephone
          Robert L. Burrus Jr.  1.50 hours at  805.00 per hour.  $1,207.50

01/14/09  Telephone conversation with A. King (.7);
          telephone conversation with J. Sellers (.3)
          Robert L. Burrus Jr.  1.00 hours at  805.00 per hour.   $805.00

01/15/09  Participate in a meeting of the board of
          directors by conference telephone
          Robert L. Burrus Jr.  2.00 hours at  805.00 per hour.  $1,610.00

01/16/09  Participate in a meeting of the board of
          directors by conference telephone (1.5); meet
          with D. Hayes (.3); telephone conversation with
          A. King (.3); dictate rough draft of the board
          meeting minutes (.4)
          Robert L. Burrus Jr.  2.50 hours at  805.00 per hour.  $2,012.50

01/19/09  Participate in a meeting of the board of
          directors by conference telephone
          Robert L. Burrus Jr.  1.50 hours at  805.00 per hour.  $1,207.50

01/19/09  Draft and revise minutes from January 16, 2009
          board meeting and e-mails with debtors'
          professionals regarding same
          Daniel F. Blanks  1.40 hours at  375.00 per hour.      $525.00

File Number: 2055557                                         Page   20
Invoice No. 91110057                                         February 11, 2009

01/20/09 Telephone conversations with A. King (.7);
         telephone conversations with A. Slaughter (.3)
         Robert L. Burrus Jr.   1.00 hours at  805.00 per hour.    $805.00

01/20/09 Continue drafting and revising board minutes
         and draft, revise board resolution and e-mails
         with D. Foley and D. Hayes regarding same
         Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

01/21/09 Telephone conversations with A. King
         Robert L. Burrus Jr.   .50 hours at  805.00 per hour.     $402.50

01/22/09 Telephone conversation with L. Pedowitz (.7);
         meet with A. Slaughter (.3)
         Robert L. Burrus Jr.   1.00 hours at  805.00 per hour.    $805.00

01/27/09 Telephone conversations with R. Hedgebeth, A.
         King and J. Sellers
         Robert L. Burrus Jr.   1.00 hours at  805.00 per hour.    $805.00

01/28/09 Meet with D. Hayes, A. Slaughter and J. Sellers
         regarding Circuit City issues, including D&O
         Insurance
         Robert L. Burrus Jr.   1.00 hours at  805.00 per hour.    $805.00

01/29/09 Telephone conversation with R. Hedgebeth (.6);
         telephone conversation with B. Karp (.4)
         Robert L. Burrus Jr.   1.00 hours at  805.00 per hour.    $805.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert L. Burrus Jr. | $805.00 | 15.0 | $12,075.00 |
| Daniel F. Blanks | $375.00 | 2.3 | $862.50 |
| TOTAL FEES | | 17.3 | $12,937.50 |

Re: Monthly Operating Reports
    Our File No.   2055557-0060
    Circuit City Contact:R. Hedgebeth
    McGuireWoods Contact:D. Hayes

01/13/09 E-mails and telephone conference with K.
         Barksdale regarding certain tax issues for the
         monthly operating report and analyze issues
         regarding same
         Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

01/14/09  Multiple calls and e-mails regarding monthly
          operating report
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

01/15/09  Review monthly operating report and multiple
          calls and e-mails regarding filing same
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

01/15/09  Review, analyze and file monthly operating
          report and e-mails with professionals regarding
          same
          Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 0.8 | $360.00 |
| Daniel F. Blanks | $375.00 | 1.6 | $600.00 |
| TOTAL FEES | | 2.4 | $960.00 |

**Re: Professional Retention/Fee Applications**
     **Our File No.**   2055557-0070
     **Circuit City Contact** R. Hedgebeth
     **McGuireWoods Contact** D. Hayes

01/05/09  E-mails regarding DJM and Rothschild employment
          orders
          Sarah B. Boehm    .10 hours at  450.00 per hour.          $45.00

01/06/09  Review retention orders regarding DJM and
          Rothschild and e-mail same to R. Van Arsdale
          regarding endorsement
          Sarah B. Boehm    .20 hours at  450.00 per hour.          $90.00

01/08/09  Revise and submit employment orders regarding
          Rothschild and DJM and e-mails regarding same
          (.3); analyze monthly fee statement and e-mails
          regarding same (1.9); finalize and file OCP
          affidavit and e-mails regarding same (.3)
          Sarah B. Boehm    2.50 hours at  450.00 per hour.         $1,125.00

01/09/09  Revise and finalize monthly fee statement and
          correspondence regarding same
          Sarah B. Boehm    .60 hours at  450.00 per hour.          $270.00

Circuit City Stores Inc
File Number: 2055557                                          Page   22
Invoice No. 91110057                                         February 11, 2009

01/12/09  Telephone call from clerk's office regarding
          ordinary course professional retention
          affidavits and analyze issues regarding same
          (.3); analyze issues and draft correspondence
          regarding monthly fee statements (.9)
          Sarah B. Boehm   1.20 hours at   450.00 per hour.        $540.00

01/14/09  E-mail from counsel regarding Rothschild
          employment order
          Sarah B. Boehm   .10 hours at   450.00 per hour.          $45.00

01/15/09  E-mails regarding review and approval of UCC
          professional retention order for Canadian
          counsel
          Douglas M. Foley   .30 hours at   550.00 per hour.       $165.00

01/15/09  Multiple telephone calls and e-mails with
          co-counsel and ordinary course professionals
          regarding protocol for OCP list
          Daniel F. Blanks   .50 hours at   375.00 per hour.       $187.50

01/16/09  E-mails with UCC professionals regarding review
          and approval of retention orders
          Douglas M. Foley   .30 hours at   550.00 per hour.       $165.00

01/16/09  E-mails with Rothschild regarding monthly fee
          statements and fee application procedures (.2);
          e-mails with E. Zimmer regarding DJM employment
          order (.1)
          Sarah B. Boehm   .30 hours at   450.00 per hour.         $135.00

01/18/09  Review monthly fee statements for committee
          professionals
          Douglas M. Foley   .30 hours at   550.00 per hour.       $165.00

01/18/09  E-mails with ordinary course professionals
          regarding filing affidavits and related issues
          Daniel F. Blanks   .40 hours at   375.00 per hour.       $150.00

01/19/09  E-mails regarding ordinary course affidavits
          and monthly fee statement of estate
          professionals
          Douglas M. Foley   .80 hours at   550.00 per hour.       $440.00

01/20/09  Review and file affidavits of ordinary course
          professionals regarding employment
          Daniel F. Blanks   .70 hours at   375.00 per hour.       $262.50

01/21/09  Review, analyze and file ordinary course
          professional affidavits with court
          Daniel F. Blanks   1.20 hours at   375.00 per hour.      $450.00

File Number: 2055557
Invoice No. 91110057

01/28/09    Review, revise and file affidavits regarding
             ordinary course professionals and e-mails with
             KCC regarding same
             Daniel F. Blanks    1.50 hours at  375.00 per hour.       $562.50

01/30/09    Review, analyze, revise and file affidavits and
             declarations for ordinary course professionals
             and e-mails with claims and noticing agent
             regarding same
             Daniel F. Blanks    1.50 hours at  375.00 per hour.       $562.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.7 | $935.00 |
| Sarah B. Boehm | $450.00 | 5.0 | $2,250.00 |
| Daniel F. Blanks | $375.00 | 5.8 | $2,175.00 |
| TOTAL FEES | | 12.5 | $5,360.00 |

**Re: Automatic Stay**
     **Our File No.    2055557-0090**
     **Circuit City Contact R. Hedgebeth**
     **McGuireWoods Contact D. Hayes**

01/05/09    E-mails with F. Telegadas regarding suggestions
             in bankruptcy and letters to counsel regarding
             automatic stay and related issues
             Daniel F. Blanks     .90 hours at  375.00 per hour.       $337.50

01/12/09    E-mails and telephone conferences with client
             and debtors professionals regarding application
             of automatic stay to various claims and pending
             lawsuit
             Douglas M. Foley     .40 hours at  550.00 per hour.       $220.00

01/12/09    Telephone call from and to M. Roberts regarding
             automatic stay exceptions and related issues
             Sarah B. Boehm      .30 hours at  450.00 per hour.        $135.00

01/13/09    Review and analyze pleadings relating to lift
             stay matters on docket for 1/16/09 hearing
             Douglas M. Foley    1.20 hours at  550.00 per hour.       $660.00

01/14/09    Telephone conference with M. Roberts regarding
             application of automatic stay to certain
             matters pending in New York and analyze
             documents regarding same
             Sarah B. Boehm      .40 hours at  450.00 per hour.        $180.00

File Number: 2055557                                    Page  24
Invoice No. 91110057                                    February 11, 2009

01/14/09 Draft and send letter to claimant asserting
         claim and pursuing litigation in violation of
         automatic stay and review material regarding
         same and telephone conference and e-mails with
         in-house parties and local counsel in Louisiana
         Daniel F. Blanks   1.60 hours at  375.00 per hour.          $600.00

01/15/09 E-mails with M. Roberts and draft language for
         correspondence regarding bankruptcy filing and
         automatic stay
         Sarah B. Boehm    .60 hours at   450.00 per hour.           $270.00

01/15/09 Multiple telephone calls and e-mails with
         in-house corporate and lawyers and regarding
         actions in violation of the automatic stay and
         related issues
         Daniel F. Blanks   .90 hours at  375.00 per hour.           $337.50

01/18/09 E-mails with Funches counsel regarding scope of
         relief from stay and status going forward in
         preparation for final hearing on 1/29
         Douglas M. Foley   .60 hours at   550.00 per hour.          $330.00

01/19/09 E-mails with Funches counsel regarding lift
         stay motion and proposed testing schedule on
         debris relating to Chicago litigation and
         telephone conference with co-defendants counsel
         regarding same
         Douglas M. Foley   .40 hours at   550.00 per hour.          $220.00

01/19/09 Analyze issues regarding AOL lift stay motion
         and e-mails regarding same
         Sarah B. Boehm    .30 hours at   450.00 per hour.           $135.00

01/20/09 Review new relief from stay motions filed by
         Plumchoice and AOL regarding contract
         termination and review lift stay motions on for
         1/29 hearing, including Funches and TomTom
         Douglas M. Foley   1.40 hours at   550.00 per hour.         $770.00

01/20/09 Telephone call from counsel regarding lift stay
         motion and analyze pleadings regarding same
         Sarah B. Boehm    .40 hours at   450.00 per hour.           $180.00

01/21/09 Review motions for relief from stay and review
         and analyze insurance policies and e-mails and
         telephone conferences with in-house lawyers and
         risk management regarding same
         Daniel F. Blanks   1.20 hours at  375.00 per hour.          $450.00

File Number: 2055557                                   Page   25
Invoice No. 91110057                                   February 11, 2009

01/22/09  Several telephone conferences and e-mails with
          lift stay motions regarding status of motions
          and possible resolutions (.8); telephone
          conference with client regarding same, Funches
          final hearing preparation and other stay issues
          (.7); telephone conference with TomTom counsel
          and e-mails regarding possible
          setoff/recoupment resolutions (.8)
          Douglas M. Foley   2.30 hours at  550.00 per hour.        $1,265.00

01/23/09  E-mails and analysis regarding responses and
          possible resolution of lift stay motions on for
          1/29 and 2/13 dockets
          Douglas M. Foley   .90 hours at  550.00 per hour.           $495.00

01/23/09  Analyze issues and e-mail form F. Telegadas
          regarding status of stayed matter and analyze
          order regarding same
          Sarah B. Boehm   .20 hours at  450.00 per hour.              $90.00

01/23/09  Review and analyze issues regarding licenses
          and other issues and enforcement of stay on
          matters
          Daniel F. Blanks   .90 hours at  375.00 per hour.           $337.50

01/25/09  Review lift stay pleadings by AOL and other
          parties on for 2/13 and 1/29 docket
          Douglas M. Foley   1.60 hours at  550.00 per hour.          $880.00

01/26/09  Several telephone conferences and e-mails with
          debtors professionals and opposing counsel and
          analyze issues relating to motions for relief
          from stay, including AOL, Platform A, ESI and
          Funches and prepare for hearings on 1/29 and
          2/13
          Douglas M. Foley   2.40 hours at  550.00 per hour.        $1,320.00

01/26/09  Review and analyze motions for relief from stay
          and e-mails and telephone conferences with
          debtors' professionals regarding same and
          analyze issues regarding insurance regarding
          defenses and strategies
          Daniel F. Blanks   .90 hours at  375.00 per hour.           $337.50

01/27/09  Review and analyze complaints and other actions
          commenced prepetition or post-petition
          asserting rights against the debtors' estates
          and related issues and draft letters and
          documents regarding same
          Daniel F. Blanks   1.80 hours at  375.00 per hour.          $675.00

File Number: 2055557                                    Page  26
Invoice No. 91110057                                    February 11, 2009

01/28/09 Preparation for trial on Funches lift stay
         matter, including witness, exhibits and
         stipulations (2.6); telephone conferences and
         e-mails with opposing counsel and client
         regarding same (1.3); e-mails with counsel for
         TomTom lift stay motion and possible
         stipulations (.7)
         Douglas M. Foley  4.60 hours at  550.00 per hour.      $2,530.00

01/28/09 Analyze issues regarding Funches lift stay
         hearing and multiple calls and e-mails
         regarding same
         Sarah B. Boehm    .40 hours at  450.00 per hour.        $180.00

01/28/09 Review and analyze documents, pleadings,
         complaints and other actions regarding
         prepetition and post-petition actions against
         the debtors' estates and prepare suggestions in
         bankruptcy and other pleadings regarding same
         Daniel F. Blanks  1.80 hours at  375.00 per hour.       $675.00

01/29/09 Review order on Funches matter and e-mails and
         telephone conference with counsel regarding
         same (.8); review and analyze new lift stay
         matters and timing and preparation of responses
         (.9)
         Douglas M. Foley  1.70 hours at  550.00 per hour.       $935.00

01/29/09 Multiple calls and e-mails regarding Funches
         lift stay order and analyze issues regarding
         same
         Sarah B. Boehm    .40 hours at  450.00 per hour.        $180.00

01/30/09 E-mails regarding Funches order and telephone
         conference with counsel for city of Chicago
         regarding hearing (.5); e-mails with counsel
         for Funches regarding same (.3)
         Douglas M. Foley   .80 hours at  550.00 per hour.       $440.00

01/30/09 Review motions for relief from stay and e-mails
         and telephone conferences with counsel and
         in-house counsel regarding insurance programs
         and related issues regarding automatic stay
         Daniel F. Blanks   .90 hours at  375.00 per hour.       $337.50

| Timekeeper      | Rate/HR  | Hours | Fees        |
|-----------------|----------|-------|-------------|
| Douglas M. Foley | $550.00  | 18.3  | $10,065.00  |
| Sarah B. Boehm   | $450.00  | 3.0   | $1,350.00   |
| Daniel F. Blanks | $375.00  | 10.9  | $4,087.50   |
|                 | TOTAL FEES | 32.2  | $15,502.50  |

File Number: 2055557                                  Page  27
Invoice No. 91110057                                  February 11, 2009

<br>

**Re: Cash Collateral**
    Our File No.   2055557-0100
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes


01/29/09 Telephone conference with B. Matson regarding
    DIP and cash collateral issues and payment of
    administrative claims
    Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.4 | $220.00 |
| TOTAL FEES | | 0.4 | $220.00 |


**Re: Credit Cards**
    Our File No.   2055557-0110
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes


01/28/09 E-mails with debtors professionals regarding
    Chase issues and administrative claims relating
    to credit card agreement
    Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.4 | $220.00 |
| TOTAL FEES | | 0.4 | $220.00 |


**Re: Executory Contracts**
    Our File No.   2055557-0140
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes


01/02/09 Telephone conference with counsel for MGM and
    e-mail regarding executory contract rejection
    order
    Sarah B. Boehm    .30 hours at  450.00 per hour.        $135.00

01/06/09 Analyze, finalize and file multiple pleadings
    regarding rejection of contracts (.9); e-mails
    with KCC regarding service of same (.2)
    Sarah B. Boehm   1.10 hours at  450.00 per hour.        $495.00

File Number: 2055557
Invoice No. 91110057

01/07/09   Draft motion for expedited and shorten notice
           and related notices of hearing regarding
           Verizon motion (1.1); finalize and file Verizon
           motion, expedited motion and related notices
           and multiple calls and e-mails regarding same
           (1.2)
           Sarah B. Boehm   2.30 hours at  450.00 per hour.        $1,035.00

01/09/09   Review, analyze, revise and file various 9019
           motions regarding contracts and other matters
           and draft and file notices regarding same
           Daniel F. Blanks   1.50 hours at  375.00 per hour.        $562.50

01/13/09   Telephone conference and e-mails with IKON
           regarding executory contract and related issues
           Daniel F. Blanks   .50 hours at  375.00 per hour.         $187.50

01/20/09   E-mails with consignment vendors and executory
           contract parties regarding status of assumption
           or rejection and performance post-petition
           (1.3)
           Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

01/21/09   Several telephone conferences and e-mails with
           creditors regarding payment of administrative
           claims in the ordinary course of business and
           issues relating to store closing sales,
           including consignment issues and service
           providers and analyze same
           Douglas M. Foley   .90 hours at  550.00 per hour.         $495.00

01/22/09   Several telephone conferences and e-mails with
           counter-parties to contracts regarding
           assumption or rejection in light of liquidation
           and timing of same
           Douglas M. Foley   .90 hours at  550.00 per hour.         $495.00

01/26/09   Several telephone conferences and e-mails with
           debtors professionals and counter-parties
           counsel regarding contract terminations,
           consignment issues, statutory lien issues and
           review motions and proposed stipulations
           regarding same
           Douglas M. Foley   1.90 hours at  550.00 per hour.      $1,045.00

01/26/09   Telephone call from counsel regarding
           termination and rejection of consignment
           agreement and multiple calls and e-mails
           regarding same (.5); analyze pleadings filed
           regarding same (.4)
           Sarah B. Boehm   .90 hours at  450.00 per hour.           $405.00

File Number: 2055557                                    Page  29
Invoice No. 91110057                                    February 11, 2009

01/28/09  Review and analyze pleadings filed by
          counter-parties to executory contracts seeking
          to compel assumption or rejection (1.3);
          several telephone conferences and e-mails with
          opposing counsel regarding same (.5)
          Douglas M. Foley   1.80 hours at  550.00 per hour.        $990.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 6.8 | $3,740.00 |
| Sarah B. Boehm | $450.00 | 4.6 | $2,070.00 |
| Daniel F. Blanks | $375.00 | 2.0 | $750.00 |
| TOTAL FEES | | 13.4 | $6,560.00 |

**Re: Litigation**
    **Our File No.   2055557-0150**
    **Circuit City Contact  R. Hedgebeth**
    **McGuireWoods Contact  D. Hayes**

01/02/09  Revise Greystone motion to dismiss and multiple
          e-mails regarding same
          Sarah B. Boehm   .30 hours at  450.00 per hour.         $135.00

01/04/09  Review and revise Greystone motion to dismiss
          constructive trust complaint
          Douglas M. Foley    .90 hours at  550.00 per hour.      $495.00

01/04/09  Analyze Greystone motion to dismiss and e-mails
          regarding same
          Sarah B. Boehm   .30 hours at  450.00 per hour.         $135.00

01/08/09  Revise, finalize, file and serve motion to
          dismiss Greystone complaint
          Sarah B. Boehm   .80 hours at  450.00 per hour.         $360.00

01/09/09  E-mails regarding Greystone motion to dismiss
          Sarah B. Boehm   .20 hours at  450.00 per hour.          $90.00

01/13/09  E-mails with opposing counsel regarding various
          litigation matters on 1/16/09 hearing,
          including Greystone and TomTom and analyze
          issues regarding same
          Douglas M. Foley   1.90 hours at  550.00 per hour.     $1,045.00

01/13/09  Analyze issues regarding Greystone
          confidentiality agreement and e-mails regarding
          same
          Sarah B. Boehm   .30 hours at  450.00 per hour.         $135.00

File Number: 2055557                                    Page  30
Invoice No. 91110057                                    February 11, 2009

| | | |
|---|---|---|
| 01/14/09 | Analyze issues regarding TomTom and sealing exhibit (.4); e-mails regarding Greystone confidentiality agreement and related issues regarding pretrial (.3)<br>Sarah B. Boehm    .70 hours at   450.00 per hour. | $315.00 |
| 01/21/09 | E-mails with counsel regarding confidentiality agreement and insurance policy<br>Sarah B. Boehm    .30 hours at   450.00 per hour. | $135.00 |
| 01/23/09 | Mad Rhino - Review proposed dismissal order and e-mail from plaintiffs' attorney (.1); draft e-mail to debtors' professionals and client regarding proposed dismissal order (.1)<br>Howard Feller    .20 hours at   575.00 per hour. | $115.00 |
| 01/23/09 | E-mails and telephone conferences with in-house parties regarding pending litigation matters and review and analyze Old Republic insurance policies regarding same (1.8); e-mails with counsel for party regarding relief from stay regarding Old Republic insurance coverage issues (.5)<br>Daniel F. Blanks   2.30 hours at   375.00 per hour. | $862.50 |
| 01/26/09 | Mad Rhino - Prepare e-mail regarding settlement of case and dismissal order (.1); e-mails to and from M. Roberts (.1); draft e-mail to plaintiff's attorney (.1)<br>Howard Feller    .30 hours at   575.00 per hour. | $172.50 |
| 01/26/09 | Analyze settlement proposal and e-mails regarding Greystone<br>Sarah B. Boehm    .20 hours at   450.00 per hour. | $90.00 |
| 01/28/09 | VISA case CID - Review correspondence from VISA's attorney (.1); telephone conference with VISA's attorney (.1)<br>Howard Feller    .20 hours at   575.00 per hour. | $115.00 |
| 01/29/09 | VISA case CID - Review e-mail from VISA's attorney<br>Howard Feller    .10 hours at   575.00 per hour. | $57.50 |
| 01/30/09 | E-mails with opposing counsel regarding Greystone complaint and briefing schedule stipulation<br>Douglas M. Foley    .30 hours at   550.00 per hour. | $165.00 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Howard Feller | $575.00 | 0.8 | $460.00 |
| Douglas M. Foley | $550.00 | 3.1 | $1,705.00 |

File Number: 2055557
Invoice No. 91110057

| | | | |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 3.1 | $1,395.00 |
| Daniel F. Blanks | $375.00 | 2.3 | $862.50 |
| TOTAL FEES | | 9.3 | $4,422.50 |

**Re: Vendor Matters**
   **Our File No.   2055557-0170**
   **Circuit City ContactR. Hedgebeth**
   **McGuireWoods ContactD. Hayes**

01/21/09  E-mails regarding status of various contracts
          in context of liquidation sales and analyze
          issues regarding same
          Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

01/27/09  Multiple e-mails regarding Alliance and analyze
          strategy regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

01/28/09  Several telephone conferences and e-mails
          regarding resolution of Alliance issues and
          delivery of goods (.8); review and revise
          stipulation regarding same (.7)
          Douglas M. Foley   1.50 hours at  550.00 per hour.        $825.00

01/29/09  Several telephone conferences and e-mails
          regarding resolution of Alliance issues and
          review and revise stipulation regarding same
          Douglas M. Foley   1.90 hours at  550.00 per hour.      $1,045.00

01/30/09  E-mails regarding status of Alliance
          stipulation and finalization of same
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

01/30/09  Revise, finalize and submit Alliance
          stipulation and multiple calls and e-mails
          regarding same
          Sarah B. Boehm    .70 hours at  450.00 per hour.          $315.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 4.5 | $2,475.00 |
| Sarah B. Boehm | $450.00 | 1.0 | $450.00 |
| TOTAL FEES | | 5.5 | $2,925.00 |

**Re: Real Estate**
   **Our File No.   2055557-0180**
   **Circuit City ContactR. Hedgebeth**
   **McGuireWoods ContactD. Hayes**

File Number: 2055557                                           Page 32
Invoice No. 91110057                                          February 11, 2009

01/02/09  Analyze notice of expedited hearing regarding
          motion to compel payment of rent and e-mails
          regarding same (.3); review motion to
          reconsider and notice of appeal regarding stub
          rent and e-mails regarding same (.4)
          Sarah B. Boehm    .70 hours at  450.00 per hour.        $315.00

01/05/09  Sale of Baltimore, MD Property - Telephone
          calls to and from D. Miller
          Edmund S. Pittman    .10 hours at  450.00 per hour.      $45.00

01/05/09  Dallas Service Center Lease - E-mails to and
          from T. Maroney regarding status of lease (.1);
          e-mails to broker on same(.1); review open
          issues on lease (.3)
          Edmund S. Pittman    .50 hours at  450.00 per hour.     $225.00

01/05/09  Analyze issues regarding Dallas lease and
          multiple e-mails regarding same (.2); e-mails
          regarding status of expedited hearing on motion
          to compel (.2); multiple calls and e-mails to
          and from counsel for landlord regarding motion
          to assume (.4)
          Sarah B. Boehm    .80 hours at  450.00 per hour.        $360.00

01/06/09  Dallas Service Center Lease - Conference call
          with P. Silver and T. Maroney regarding open
          issues (.5); revise lease (3.0); e-mail to C.
          Florence regarding insurance provisions (.2);
          conference call with landlord, landlord's
          counsel, P. Silver and T. Maroney (.9);
          conference call with T. Maroney and D. Miller
          regarding open issues (.2)
          Edmund S. Pittman  4.80 hours at  450.00 per hour.    $2,160.00

01/06/09  E-mails regarding status of motion for
          expedited on motion to compel rent payment
          (.2); telephone conference with counsel
          regarding same (.2); analyze, finalize and file
          multiple pleadings regarding rejection of real
          estate leases (.8); e-mails with KCC regarding
          service of same (.3)
          Sarah B. Boehm   1.50 hours at  450.00 per hour.        $675.00

01/07/09  Sale of Baltimore, MD Property - Work on draft
          contract
          Edmund S. Pittman    .60 hours at  450.00 per hour.     $270.00

01/07/09  Dallas Service Center Lease - Mark up insurance
          provisions and other sections of lease (.6);
          e-mails to and from landlord's counsel (.1);
          e-mail to T. Maroney (.1); e-mail to and from
          D. Miller forwarding draft of lease (.1)
          Edmund S. Pittman   .90 hours at  450.00 per hour.        $405.00

01/07/09  Analyze issues regarding stub rent findings of
          fact and conclusions of law
          Sarah B. Boehm    .60 hours at  450.00 per hour.          $270.00

01/08/09  Sale of Baltimore, MD Property - Work on sale
          agreement
          Edmund S. Pittman    .80 hours at  450.00 per hour.       $360.00

01/08/09  Dallas Service Center Lease - Review e-mail
          from T. Maroney regarding execution of lease
          prior to bankruptcy approval (.1); review
          revised lease (.8); e-mails to C. Florence
          regarding insurance (.2); e-mail open issues to
          landlord's counsel (.2); telephone call with T.
          Maroney regarding open issues (.2)
          Edmund S. Pittman   1.50 hours at  450.00 per hour.       $675.00

01/09/09  Dallas Service Center Lease - Telephone call
          from landlord's counsel regarding comments on
          open business issues (.2); e-mails to and from
          landlord's counsel (.1); e-mails to and from C.
          Florence regarding insurance issues (.2)
          Edmund S. Pittman   .50 hours at  450.00 per hour.        $225.00

01/09/09  Sale of Baltimore, MD Property - Work on draft
          contract (2.6); e-mails to and from D. Miller
          (.2)
          Edmund S. Pittman   2.80 hours at  450.00 per hour.     $1,260.00

01/12/09  Review pleadings and issues relating to stub
          rent motion to reconsider and e-mails with
          landlord's counsel and debtors professionals
          regarding same (.9); telephone conferences with
          landlord counsel regarding auction with respect
          to leases (.4)
          Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

01/12/09  Dallas Service Center Lease - Review e-mail
          from P. Silver regarding status update (.1);
          revise lease (.5); e-mail to T. Maroney (.1)
          Edmund S. Pittman    .70 hours at  450.00 per hour.       $315.00

File Number: 2055557                                            Page  34
Invoice No. 91110057                                            February 11, 2009

01/13/09  Dallas Service Center Lease - E-mails to and
          from T. Maroney (.1); e-mails to and from P.
          Silver (.1)
          Edmund S. Pittman     .20 hours at  450.00 per hour.          $90.00

01/13/09  Analyze issues regarding landlord motion to
          reconsider stub rent (.3); e-mails regarding
          transcript from omnibus hearing on stub rent
          (.2)
          Sarah B. Boehm     .50 hours at  450.00 per hour.            $225.00

01/13/09  Telephone conferences with landlords regarding
          sale procedures and e-mails with K. Grant
          regarding same
          Daniel F. Blanks     .80 hours at  375.00 per hour.          $300.00

01/13/09  Research regarding appeals (1.2); draft e-mail
          summarizing research regarding appeals (.3)
          Lori Michelle Scott   1.50 hours at  295.00 per hour.        $442.50

01/14/09  Review, revise and file reply brief on motion
          to reconsider stub rent issues
          Douglas M. Foley     .70 hours at  550.00 per hour.          $385.00

01/14/09  Sale of Baltimore, MD Property - Telephone call
          from D. Miller (.2); revise purchase contract
          (.5); e-mail to D. Miller (.1)
          Edmund S. Pittman     .80 hours at  450.00 per hour.         $360.00

01/20/09  Several telephone conferences and e-mails with
          landlord counsel regarding status of lease
          assumption, rejection and conduct of GOB sales
          and processes regarding same (.6); e-mails with
          debtors professionals and landlord counsel
          regarding findings and conclusions on stub rent
          issue (.4)
          Douglas M. Foley   1.00 hours at  550.00 per hour.           $550.00

01/20/09  Sale of Baltimore, MD Property - E-mails to and
          from purchaser's counsel regarding comments on
          draft contract (.2); e-mails to and from D.
          Miller and J. Avallone regarding sale process
          and closure letter (.2)
          Edmund S. Pittman     .40 hours at  450.00 per hour.         $180.00

01/20/09  Telephone calls with landlords and prospective
          purchasers regarding locations and e-mails with
          co-counsel and DJM regarding same
          Daniel F. Blanks   1.20 hours at  375.00 per hour.           $450.00

| | | |
|---|---|---|
| 01/21/09 | Review and analyze proposed findings and conclusions on stub rent issue and 365(d)(3) and e-mails with landlord counsel and co-counsel regarding same (.8); several telephone conference and e-mails with landlords regarding lease disposition protocol (.7); analyze issues regarding timing of filing motion relating to sale real estate assets (.6)<br>Douglas M. Foley   2.10 hours at  550.00 per hour. | $1,155.00 |
| 01/21/09 | Sale of Baltimore, MD Property - Review e-mails from purchaser's counsel (.1); telephone call from J. Avallone (.1)<br>Edmund S. Pittman    .20 hours at  450.00 per hour. | $90.00 |
| 01/21/09 | Analyze issues and multiple calls and e-mails regarding Dallas distribution center (.2); multiple calls regarding interest in various leases and e-mails to DJM regarding same (.5)<br>Sarah B. Boehm    .70 hours at  450.00 per hour. | $315.00 |
| 01/22/09 | E-mails regarding finalization of stub rent order (.4); telephone conference and e-mails with debtors professionals and Cole Kennesaw counsel regarding orders on rejection and compelling payment issues and telephone conference with chambers regarding same (.9)<br>Douglas M. Foley   1.30 hours at  550.00 per hour. | $715.00 |
| 01/22/09 | Sale of Baltimore, MD Property - Review proposed changes and edits to purchase contract by purchaser's counsel (.9); e-mail to C. Crowe, D. Millar and J. Avallone regarding same (.3); e-mails to and from K. Jamerson regarding environmental letter (.1)<br>Edmund S. Pittman   1.30 hours at  450.00 per hour. | $585.00 |
| 01/22/09 | Multiple calls and e-mails regarding various leases (.8); analyze stub rent findings of fact and multiple calls and e-mails regarding submitting same (.6)<br>Sarah B. Boehm   1.40 hours at  450.00 per hour. | $630.00 |
| 01/23/09 | E-mails regarding payment and reconciliation of rent claims and matters on docket for 1/29 and 2/13<br>Douglas M. Foley    .80 hours at  550.00 per hour. | $440.00 |

File Number: 2055557                                    Page  36
Invoice No. 91110057                                    February 11, 2009

01/26/09  Several telephone conferences and e-mails with
          landlord and sublessee counsel regarding
          matters on hearing on 1/29 and 2/13 and payment
          of rent and status of rejection of leases
          Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

01/27/09  Sale of Baltimore, MD Property - Telephone call
          from J. Avallone (.1); e-mail to Circuit City's
          counsel that handled original acquisition by
          Circuit City regarding closure letter (.2);
          e-mails to and from J. Avallone regarding
          revised purchase contract (.1); revise purchase
          contract (1.9); e-mail to buyer's counsel (.1)
          Edmund S. Pittman   2.40 hours at  450.00 per hour.     $1,080.00

01/28/09  Sale of Baltimore, MD Property - Review e-mail
          from buyer's counsel
          Edmund S. Pittman    .10 hours at  450.00 per hour.       $45.00

01/29/09  Review e-mails from D. Miller regarding
          contract issues (.2); telephone calls to J.
          Thornhill regarding process and timing for
          obtaining closure letter (.2); e-mail to D.
          Miller (.2); e-mails to and from J. Avallone
          (.1); review e-mail from buyer's counsel
          regarding comments on purchase contract (2.);
          e-mail to buyer's counsel regarding same (.4)
          Edmund S. Pittman   1.30 hours at  450.00 per hour.      $585.00

01/30/09  Sale of Baltimore, Maryland Store - Follow-up
          relating to environmental closure letters
          Edmund S. Pittman    .10 hours at  450.00 per hour.       $45.00

01/30/09  E-mails with K. Grant and parties regarding
          landlord disputes
          Daniel F. Blanks     .40 hours at 375.00 per hour.       $150.00

| Timekeeper | Rate/HR | Hours | Fees |
| --- | --- | --- | --- |
| Douglas M. Foley | $550.00 | 8.5 | $4,675.00 |
| Edmund S. Pittman | $450.00 | 20.0 | $9,000.00 |
| Sarah B. Boehm | $450.00 | 6.2 | $2,790.00 |
| Daniel F. Blanks | $375.00 | 2.4 | $900.00 |
| Lori Michelle Scott | $295.00 | 1.5 | $442.50 |
| TOTAL FEES | | 38.6 | $17,807.50 |

Re: Reclamation Matters
    Our File No.   2055557-0200
    Circuit City ContactR. Hedgebeth
    McGuireWoods ContactD. Hayes

File Number: 2055557                                            Page  37
Invoice No. 91110057                                        February 11, 2009

01/21/09  Analyze reclamation demands and correspondence
          regarding same
          Sarah B. Boehm       .80 hours at   450.00 per hour.        $360.00

01/22/09  Analyze reclamation demands and chart regarding
          same
          Sarah B. Boehm       .40 hours at   450.00 per hour.        $180.00

01/30/09  Review correspondence regarding reclamation
          demand
          Sarah B. Boehm     .20 hours at   450.00 per hour.           $90.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 1.4 | $630.00 |
| TOTAL FEES | | 1.4 | $630.00 |

**Re: Utilities Matters**
   **Our File No.   2055557-0210**
   **Circuit City ContactR. Hedgebeth**
   **McGuireWoods ContactD. Hayes**

01/02/09  E-mails with debtors' professionals regarding
          utilities' appeals and related issues
          Daniel F. Blanks     .40 hours at   375.00 per hour.        $150.00

01/07/09  E-mails with and telephone call to W. White
          regarding supplemental utility order
          Sarah B. Boehm       .30 hours at   450.00 per hour.        $135.00

01/08/09  Analyze supplemental order and e-mails
          regarding same
          Sarah B. Boehm       .20 hours at   450.00 per hour.         $90.00

01/12/09  Finalize and file appellee designation and
          draft related correspondence
          Sarah B. Boehm       .60 hours at   450.00 per hour.        $270.00

01/12/09  Draft designations of record and compile
          documents regarding same
          Daniel F. Blanks     .70 hours at   375.00 per hour.        $262.50

01/14/09  Analyze issues and e-mails regarding utilities
          appeal and supplemental order carving out
          utilities
          Sarah B. Boehm       .40 hours at   450.00 per hour.        $180.00

| | | |
|---|---|---|
| 01/20/09 | Analyze supplemental order and issues regarding status of appeal and e-mails regarding same | |
| | Sarah B. Boehm    .20 hours at  450.00 per hour. | $90.00 |
| 01/26/09 | E-mails regarding utility issues and status of payments | |
| | Douglas M. Foley    .30 hours at  550.00 per hour. | $165.00 |
| 01/26/09 | Multiple telephone conferences and e-mails with debtors' professionals and counsel for utilities regarding utility order and related issues | |
| | Daniel F. Blanks   1.10 hours at  375.00 per hour. | $412.50 |
| 01/29/09 | E-mails regarding utility appeal and letter agreements | |
| | Sarah B. Boehm    .20 hours at  450.00 per hour. | $90.00 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.3 | $165.00 |
| Sarah B. Boehm | $450.00 | 1.9 | $855.00 |
| Daniel F. Blanks | $375.00 | 2.2 | $825.00 |
| TOTAL FEES | | 4.4 | $1,845.00 |

**Re: Insurance Matters**
   Our File No.   2055557-0230
   Circuit City Contact R. Hedgebeth
   McGuireWoods Contact D. Hayes

| | | |
|---|---|---|
| 01/19/09 | E-mails with client regarding workers compensation insurance practices and protocol relating to wind-down processes | |
| | Douglas M. Foley    .30 hours at  550.00 per hour. | $165.00 |
| 01/21/09 | E-mails regarding workers compensation insurance and potential draws on letters of credit and protocol going forward | |
| | Douglas M. Foley    .50 hours at  550.00 per hour. | $275.00 |
| 01/21/09 | E-mails regarding Old Republic and telephone call to counsel regarding same | |
| | Sarah B. Boehm    .40 hours at  450.00 per hour. | $180.00 |
| 01/21/09 | E-mails and telephone conferences with in-house lawyers and risk management regarding insurance coverage issues and available insurance policies and multiple related issues | |
| | Daniel F. Blanks    .60 hours at  375.00 per hour. | $225.00 |

File Number: 2055557                                    Page  39
Invoice No. 91110057                                   February 11, 2009

01/22/09  Multiple calls and e-mails regarding Old
          Republic and related matters
          Sarah B. Boehm      .40 hours at   450.00 per hour.        $180.00

01/23/09  Handle issues regarding Old Republic and
          multiple calls and e-mails regarding same
          Sarah B. Boehm      .30 hours at   450.00 per hour.        $135.00

01/25/09  E-mails regarding Old Republic insurance
          stipulation
          Sarah B. Boehm      .20 hours at   450.00 per hour.         $90.00

01/26/09  E-mails with client and debtors professionals
          regarding insurance coverage issues and
          proposed stipulation relating to Old Republic
          and letters of credit draw
          Douglas M. Foley    .70 hours at   550.00 per hour.        $385.00

01/26/09  Analyze stipulation from Old Republic and
          e-mails regarding same
          Sarah B. Boehm      .40 hours at   450.00 per hour.        $180.00

01/28/09  Telephone conference and e-mails with debtors
          professionals and client regarding insurance
          issue with Old Republic and issues relating to
          green island proposal (.9); review form of
          stipulation regarding Old Republic letters of
          credit and analyze issues regarding same (.4)
          Douglas M. Foley   1.30 hours at   550.00 per hour.        $715.00

01/28/09  Multiple calls and e-mails regarding Old
          Republic
          Sarah B. Boehm      .30 hours at   450.00 per hour.        $135.00

01/28/09  E-mails with debtors' professionals regarding
          insurance coverage and review policies
          Daniel F. Blanks    .50 hours at   375.00 per hour.        $187.50

01/30/09  Review policies and multiple e-mails regarding
          same
          Sarah B. Boehm      .30 hours at   450.00 per hour.        $135.00

01/30/09  E-mails with in-house counsel regarding
          insurance programs and review internal
          summaries regarding insurance programs
          Daniel F. Blanks    .80 hours at   375.00 per hour.        $300.00

| Timekeeper       | Rate/HR  | Hours | Fees       |
|------------------|----------|-------|------------|
| Douglas M. Foley | $550.00  | 2.8   | $1,540.00  |
| Sarah B. Boehm   | $450.00  | 2.3   | $1,035.00  |
| Daniel F. Blanks | $375.00  | 1.9   | $712.50    |

File Number: 2055557                                    Page  40
Invoice No. 91110057                                    February 11, 2009

TOTAL FEES              7.0        $3,287.50

**Re: Tax Matters**
     **Our File No.   2055557-0240**
     **Circuit City Contact** R. Hedgebeth
     **McGuireWoods Contact** D. Hayes

01/02/09  Review correspondence from IRS appeals officer
          (.2); analysis on impact of bankruptcy filing
          on pending Circuit City filed tax protests
          before appeals office on proposed audit
          adjustments (2.1)
          Craig D. Bell   2.30 hours at  530.00 per hour.         $1,219.00

01/05/09  Analysis on IRS appeals hearing issues
          Craig D. Bell   2.60 hours at  530.00 per hour.         $1,378.00

01/05/09  E-mails with parties regarding payment and
          nonpayment of business licenses and other
          related items
          Daniel F. Blanks    .60 hours at  375.00 per hour.        $225.00

01/07/09  E-mails with S. Ash regarding Michigan tax
          issues and related questions
          Daniel F. Blanks    .40 hours at  375.00 per hour.        $150.00

01/09/09  Telephone conference with S. Ash regarding tax
          issues and other related items and research
          issues regarding same
          Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

01/12/09  E-mails with client regarding payments on
          certain taxes
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

01/12/09  E-mails with S. Ash regarding certain tax
          issues and analyze issues regarding same
          Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

01/13/09  E-mails with tax department regarding taxing
          authorities' abilities to offset or recoup
          certain tax claims and other related issues and
          research issues regarding same
          Daniel F. Blanks   1.20 hours at  375.00 per hour.        $450.00

01/14/09  Telephone conference with F. Telegadas and S.
          Ash regarding certain tax claims and other
          issues and analyze issues regarding same
          Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

File Number: 2055557                                              Page  41
Invoice No. 91110057                                             February 11, 2009

01/20/09 E-mails and telephone calls with tax department
         regarding tax issues and strategies and review
         correspondence from taxing authorities
         regarding issues
         Daniel F. Blanks   1.90 hours at  375.00 per hour.          $712.50

01/21/09 E-mails and telephone conference with client
         regarding status of tax claim resolution and
         wind-down processes relating thereto
         Douglas M. Foley   .60 hours at  550.00 per hour.           $330.00

01/22/09 Analysis of bankruptcy filing on pending IRS
         appeals hearings (1.2); review e-mail input to
         client (.2)
         Craig D. Bell   1.40 hours at  530.00 per hour.             $742.00

01/22/09 E-mails and telephone conferences with taxing
         authorities regarding outstanding taxes and
         certain related issues
         Daniel F. Blanks   .80 hours at  375.00 per hour.           $300.00

01/27/09 Multiple e-mails and telephone conferences with
         in-house parties in tax department regarding
         strategies and related issues regarding taxes
         and research issues regarding same
         Daniel F. Blanks   3.20 hours at  375.00 per hour.        $1,200.00

01/28/09 Draft memorandum regarding property taxes and
         reservations of rights to accompany returns and
         research issues regarding same (1.3); multiple
         questions regarding offsets and related issues
         with in-house tax department (.8)
         Daniel F. Blanks   2.10 hours at  375.00 per hour.          $787.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.9 | $495.00 |
| Craig D. Bell | $530.00 | 6.3 | $3,339.00 |
| Daniel F. Blanks | $375.00 | 12.7 | $4,762.50 |
| TOTAL FEES | | 19.9 | $8,596.50 |

Re: Claims Administration
    Our File No.   2055557-0250
    Circuit City Contact R. Hedgebeth
    McGuireWoods Contact D. Hayes

File Number: 2055557

Invoice No. 91110057

| | | |
|---|---|---|
| 01/05/09 | E-mails with F. Telegadas regarding Melnick settlement and review materials regarding same (.4); prepare for and participate in telephone conference with risk management and F. Telegadas regarding various claims and issues and review multiple documents regarding same (1.2)<br>Daniel F. Blanks    1.60 hours at  375.00 per hour. | $600.00 |
| 01/06/09 | Telephone conference with C. Jones regarding motion by class participants to file single proof of claim and analyze issues regarding same<br>Sarah B. Boehm    .30 hours at  450.00 per hour. | $135.00 |
| 01/12/09 | Analyze order and e-mails with counsel regarding class proof of claim (.2); telephone conference with counsel and e-mail regarding SDI Technologies claim (.3)<br>Sarah B. Boehm    .50 hours at  450.00 per hour. | $225.00 |
| 01/13/09 | E-mails with F. Telegadas regarding certain customer claims and related issues<br>Daniel F. Blanks    .40 hours at  375.00 per hour. | $150.00 |
| 01/15/09 | Analyze issues and stipulation regarding PBGC claims<br>Sarah B. Boehm    .30 hours at  450.00 per hour. | $135.00 |
| 01/20/09 | E-mails with creditors counsel and review stipulations regarding protocol for filing class proofs of claim and consolidated claims<br>Douglas M. Foley    .80 hours at  550.00 per hour. | $440.00 |
| 01/20/09 | E-mail from counsel regarding class proof of claim and analyze pleadings regarding same<br>Sarah B. Boehm    .30 hours at  450.00 per hour. | $135.00 |
| 01/20/09 | E-mails with creditor regarding claim for damaged goods and e-mails with liquidator regarding same<br>Daniel F. Blanks    .60 hours at  375.00 per hour. | $225.00 |
| 01/21/09 | Analyze possible claim objection issues relating to 503(b)(9) claims and e-mails with debtors professionals and client regarding same<br>Douglas M. Foley    .90 hours at  550.00 per hour. | $495.00 |
| 01/21/09 | Analyze various issues regarding claims and multiple calls and e-mails regarding same<br>Sarah B. Boehm    .90 hours at  450.00 per hour. | $405.00 |

| | | |
|---|---|---|
| 01/22/09 | E-mails regarding late claim stipulation and group claim stipulation before bar date (.5); review possible claim objections, including 503(b)(9) issues (.8)<br>Douglas M. Foley   1.30 hours at  550.00 per hour. | $715.00 |
| 01/22/09 | Analyze pleading and e-mails regarding class proof of claim (.1); review original proofs of claim and e-mail to KCC regarding same (.3); analyze correspondence regarding SDI claim and e-mails regarding same (.2)<br>Sarah B. Boehm    .60 hours at  450.00 per hour. | $270.00 |
| 01/22/09 | Review and analyze 503(b)(9) claims and analyze defenses regarding same<br>Daniel F. Blanks   2.10 hours at  375.00 per hour. | $787.50 |
| 01/22/09 | Draft and revise stipulation allowing joint proof of claim of certain governmental entity and analyze issues regarding same and e-mails regarding same<br>Daniel F. Blanks    .60 hours at  375.00 per hour. | $225.00 |
| 01/26/09 | Analyze stipulation and e-mails regarding Canadian subsidiaries claim stipulation<br>Sarah B. Boehm    .30 hours at  450.00 per hour. | $135.00 |
| 01/26/09 | Multiple telephone conferences and e-mails with PBGC and review, analyze and revise proof of claim for consolidation of claim by PBGC and file same with Bankruptcy Court and related issues<br>Daniel F. Blanks   1.10 hours at  375.00 per hour. | $412.50 |
| 01/27/09 | Multiple calls and e-mails regarding Canadian subsidiary claim stipulation and analyze motion and stipulation regarding same<br>Sarah B. Boehm    .40 hours at  450.00 per hour. | $180.00 |
| 01/30/09 | Analyze claims filed by certain creditors and e-mails with debtors' professionals regarding same<br>Daniel F. Blanks    .70 hours at  375.00 per hour. | $262.50 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 3.0 | $1,650.00 |
| Sarah B. Boehm | $450.00 | 3.6 | $1,620.00 |
| Daniel F. Blanks | $375.00 | 7.1 | $2,662.50 |
| TOTAL FEES | | 13.7 | $5,932.50 |

File Number: 2055557                                    Page  44
Invoice No. 91110057                                    February 11, 2009

Re: Employee Benefits/Pensions
    Our File No.   2055557-0280
    Circuit City Contact R. Hedgebeth
    McGuireWoods Contact D. Hayes


01/06/09 Telephone call from counsel and analyze issues
         regarding WARN Act
         Sarah B. Boehm    .30 hours at  450.00 per hour.       $135.00

01/09/09 Review defined contribution plan proposed
         domestic relations order (.5); review defined
         benefit plan proposed domestic relations order
         (.6)
         Dorothy J. Hannan   1.10 hours at  245.00 per hour.    $269.50

01/12/09 Review submitted QDROs for compliance regarding
         defined benefit pension plan participant
         Elizabeth A. Diller    .70 hours at  275.00 per hour.  $192.50

01/12/09 Draft letter to parties regarding proposed
         domestic relations order for defined benefit
         plan (1.4); draft letter to parties regarding
         proposed domestic relations order for defined
         contribution plan (.7); draft e-mail response
         to S. Loyd at Circuit City (.3)
         Dorothy J. Hannan   2.40 hours at  245.00 per hour.    $588.00

01/12/09 Begin review of domestic relations order for
         the defined benefit plan sent by S. Loyd
         Dorothy J. Hannan    .90 hours at  245.00 per hour.    $220.50

01/13/09 Review proposed QDRO for compliance regarding
         defined benefit plan per request of S. Loyd
         Elizabeth A. Diller    .90 hours at  275.00 per hour.  $247.50

01/14/09 Draft letter to parties regarding proposed
         domestic relations order for retirement plan
         received from S. Loyd (1.2); draft e-mail
         response to S. Loyd regarding same (.2)
         Dorothy J. Hannan   1.40 hours at  245.00 per hour.    $343.00

01/26/09 Review certified QDRO for compliance per
         request of S. Loyd and e-mail response
         Elizabeth A. Diller    .30 hours at  275.00 per hour.   $82.50

01/26/09 Review and prepare letter to parties regarding
         court entered domestic relations order for the
         defined benefit retirement plan (.5); prepare
         e-mail transmittal letter to S. Loyd (.2)
         Dorothy J. Hannan    .70 hours at  245.00 per hour.    $171.50

File Number: 2055557                                    Page   45
Invoice No. 91110057                                    February 11, 2009

01/27/09  Review amended proposed QDRO for compliance
          Elizabeth A. Diller    .50 hours at  275.00 per hour.      $137.50

01/27/09  Prepare letter to parties regarding proposed
          domestic relations order for defined benefit
          plan (1.0); prepare e-mail response to S. Loyd
          regarding same (.2)
          Dorothy J. Hannan   1.20 hours at  245.00 per hour.        $294.00

01/29/09  Review domestic relations order for 401(k) plan
          (.4); draft response letter to parties (.4);
          follow-up with draft e-mail response to Y.
          Harris (.2)
          Dorothy J. Hannan   1.00 hours at  245.00 per hour.        $245.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 0.3 | $135.00 |
| Elizabeth A. Diller | $275.00 | 2.4 | $660.00 |
| Dorothy J. Hannan | $245.00 | 8.7 | $2,131.50 |
| TOTAL FEES | | 11.4 | $2,926.50 |

**Re: Intellectual Property Matters**
    **Our File No.   2055557-0310**
    **Circuit City ContactR. Hedgebeth**
    **McGuireWoods ContactD. Hayes**

01/05/09  Receive and review correspondence from Canadian
          agent regarding oppositions related to Circuit
          City's applications for the marks VERGE and
          VERGE & Design (.2); review trademark
          preclearance report for the mark VUE (1.5);
          Douglas B. Smith   1.70 hours at  295.00 per hour.         $501.50

01/05/09  Conference with D. Smith regarding trademark
          update for board book
          Zachary D. Cohen    .20 hours at  250.00 per hour.          $50.00

01/06/09  Conference call with D. Ramsey regarding the
          mark SENS (.1); send D. Ramsey goods
          description for SENS (.1); receive and review
          Circuit City quarterly trademark report and
          forward to D. Ramsey (.1)
          Douglas B. Smith    .30 hours at  295.00 per hour.          $88.50

File Number: 2055557                                                    Page  46
Invoice No. 91110057                                          February 11, 2009


01/06/09  Conference with D. Smith regarding trademark
          update for board book (.2); review all activity
          on trademarks from December 1 2007 to present
          (4.0); e-mails with D. Smith and K. Gokey
          regarding same (.4)
          Zachary D. Cohen   4.60 hours at  250.00 per hour.        $1,150.00

01/07/09  Receive and review office action for the mark
          THE SOURCE BY CIRCUIT CITY (.1); receive and
          review response to office action for the mark
          THE SOURCE BY CIRCUIT CITY & Design (.1)
          Douglas B. Smith    .20 hours at  295.00 per hour.           $59.00

01/13/09  Review and finalize letter to client enclosing
          power of attorney for Circuit City trademark
          applications in China
          Douglas B. Smith    .10 hours at  295.00 per hour.           $29.50

01/13/09  Conference with Z. Cohen (.1); review file for
          opposition filing date in China (2005598-0544)
          (.1); report results to Z. Cohen (.1)
          Pamela B. Philipp    .30 hours at  150.00 per hour.          $45.00

01/13/09  Create fourth quarter FY 2008 Circuit City
          Stores West Coast, Inc. trademark issues list
          and review files regarding same (3.1);
          conference with P. Philipp and K. Gokey
          regarding opposition filing date for Circuit
          City in China (.5)
          Zachary D. Cohen   3.60 hours at  250.00 per hour.          $900.00

01/14/09  Conference with D. Smith regarding trademark
          update project (.2); review trademark
          challenges list (.5); review and revise fourth
          quarter FY 2008 critical issues list (1.7);
          create first quarter FY 2009 trademark critical
          issues list (1.5)
          Zachary D. Cohen   3.90 hours at  250.00 per hour.          $975.00

01/15/09  Assist Z. Cohen with trademark research
          Pamela B. Philipp    .60 hours at  150.00 per hour.          $90.00

01/15/09  Review and revise fourth quarter FY 2008 and
          first quarter FY 2009 trademark critical issues
          list (1.2); create second quarter FY 2009
          trademark critical issues list (1.0);
          conference with P. Philipp regarding trademark
          review (.2)
          Zachary D. Cohen   2.20 hours at  250.00 per hour.          $550.00

01/16/09  Create trademark critical issues list for third
          quarter FY 2009
          Zachary D. Cohen    1.40 hours at  250.00 per hour.        $350.00

01/26/09  E-mails regarding Circuit City trademark agent
          bills
          Douglas B. Smith    .10 hours at  295.00 per hour.          $29.50

01/29/09  E-mails regarding bill for trademarks in Canada
          (.1); contact D. Ramsey and agent (.3)
          Douglas B. Smith    .40 hours at  295.00 per hour.         $118.00

01/30/09  E-mails with S. Gordon of InterTan regarding
          assignment of InterTan marks
          Douglas B. Smith    .20 hours at  295.00 per hour.          $59.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas B. Smith | $295.00 | 3.0 | $885.00 |
| Zachary D. Cohen | $250.00 | 15.9 | $3,975.00 |
| Pamela B. Philipp | $150.00 | 0.9 | $135.00 |
| TOTAL FEES | | 19.8 | $4,995.00 |


Disbursements and Other Expenses:

|  |  |  |
|---|---|---|
| | Copy Charges | $1,181.60 |
| | CourtLink Research | $41.25 |
| | Pacer Research | $32.16 |
| | Long Distance Telephone Charges | $89.77 |
| 12/08/08 | AMERICAN EXPRESS - NEXXTECH (Ser. No1 78/612,071) - Fifth request for extension of time to file a statement of use | $1,350.00 |
| 01/05/09 | LINDA J. NEILSON - Travel to Richmond for hearing 12/21-12/22/08; room, meals, parking, mileage | $306.16 |
| 01/07/09 | DOUGLAS M. FOLEY - Travel to Richmond for meetings to prepare for and to attend hearing 01/04-01/06/09; room, mileage | $466.49 |
| 01/07/09 | THOMSON & THOMSON - VUE - Full Thomson search report | $484.50 |
| 01/08/09 | SARAH B. BOEHM - Round trip Bankruptcy Court Shuttle for hearing 12/22/08 | $720.00 |
| 01/08/09 | COOK & WILEY, INC. - Professional services rendered | $1,152.00 |
| 01/09/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 01/09/2009 | $394.56 |
| 01/09/09 | FedEx Priority Overnight/Int'l Priority to Henrico, VA - Tracking #:  981737501082 | $7.99 |
| 01/09/09 | DOUGLAS M. FOLEY - Travel to Richmond for hearings 01/08-01/09/09; room, mileage, parking | $259.67 |

| Date | Description | Amount |
|---|---|---|
| 01/09/09 | FedEx Priority Overnight/Int'l Priority to Henrico, VA - Tracking #:  981737501120 | $7.99 |
| 01/09/09 | FedEx Priority Overnight/Int'l Priority to Richmond, VA - Tracking #:  981737501108 | $7.99 |
| 01/09/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  981737501119 | $15.04 |
| 01/09/09 | FedEx Priority Overnight/Int'l Priority to Wilmington, DE - Tracking #:  981737501093 | $7.99 |
| 01/12/09 | FedEx Priority Overnight/Int'l Priority to Richmond, VA - Tracking #:  981737501450 | $7.99 |
| 01/12/09 | FedEx Priority Overnight/Int'l Priority to Wilmington, DE - Tracking #:  981737501461 | $7.99 |
| 01/12/09 | FedEx Priority Overnight/Int'l Priority to Los Angeles, CA - Tracking #:  981737501440 | $15.04 |
| 01/12/09 | FedEx Priority Overnight/Int'l Priority to Henrico, VA - Tracking #:  981737501472 | $7.99 |
| 01/12/09 | FedEx Priority Overnight/Int'l Priority to Henrico, VA - Tracking #:  981737501483 | $7.99 |
| 01/13/09 | RESTAURANTEUR, INC. - Lunches for Circuit City meeting - 1/9/09 | $308.03 |
| 01/14/09 | BIZPORT DOCUMENT SERVICES - Dedicated car from MWRichmond to Circuit City - 12/10/08 | $36.96 |
| 01/15/09 | SARAH B. BOEHM - Court shuttle service for attoeneys and files to court for hearing 01/09/09 | $720.00 |
| 01/16/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 01/16/2009 | $15.37 |
| 01/16/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 01/16/2009 | $1,508.06 |
| 01/16/09 | BOCCA CUCINA ITALIANA - Lunch ordered on September 5, 2008 for attorney R. Burrus | $70.31 |
| 01/21/09 | SARAH B. BOEHM - Working dinner for team 01/15/09 | $85.00 |
| 01/21/09 | DANIEL F. BLANKS - Travel to Richmond for hearing and sales motion 01/15-01/16/09; room, meals, mileage | $296.87 |
| 01/21/09 | DOUGLAS M. FOLEY - Travel to NY to Skadden office 01/14/09,  Richmond for hearing 01/14-01/16/09; airfare, room, phone, mileage, cab fares, parking | $1,687.25 |
| 01/21/09 | SARAH B. BOEHM - Working lunch for Skadden and McGuireWoods 01/16/09 | $98.30 |
| 01/22/09 | COOK & WILEY, INC. - Professional services rendered | $187.55 |
| 01/22/09 | J&J COURT TRANSCRIBERS, INC. - Professional services rendered | $859.10 |
| 01/22/09 | CLERK OF COURT 19TH JDC - Building fund fee and notice | $30.00 |
| 01/23/09 | FedEx Priority Overnight/Int'l Priority to El Segundo, CA - Tracking #:  981737505099 | $17.79 |
| 01/23/09 | COOK & WILEY, INC. - Professional services rendered | $515.70 |

Circuit City Stores Inc                                          ·· Page  49
File Number: 2055557
Invoice No. 91110057                                                February 11, 2009

01/27/09  BIZPORT DOCUMENT SERVICES - Rush bike from              $8.00
          MWRichmond to US Bankruptcy Court - 1/14/09
01/28/09  FedEx Priority Overnight/Int'l Priority to             $15.08
          Pembroke, MA - Tracking #:  986584516639
01/29/09  FedEx Priority Overnight/Int'l Priority to El          $17.79
          Segundo, CA - Tracking #:  981737506978
                                                       _____
          TOTAL EXPENSES                               $13,049.32


          Summary of Fees and Expenses:

              Total Fees for all Matters:        $250,751.00

              Total Expenses for all Matters:     $13,049.32
                                                 _____
              Total for this Invoice:            $263,800.32