**Hearing Date: April 14, 2009 at 10:00 a.m.**
**Objection Deadline: April 7, 2009 at 4:00 p.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON FIRST**
**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**MCGUIREWOODS LLP, CO-COUNSEL TO THE DEBTORS, FOR SERVICES**
**<u>RENDERED FROM NOVEMBER 10, 2008 THROUGH JANUARY 31, 2009</u>**

**PLEASE TAKE NOTICE** that on March 17, 2009, McGuireWoods LLP ("McGuireWoods"), co-counsel to the Debtors, filed its First Application for Compensation and Reimbursement of Expenses (the "Application") for Services Rendered from November 10, 2008 through January 31, 2009 (the "Application Period"). In the Application, McGuireWoods seeks interim approval of compensation in the amount of $906,193.25 and reimbursement of expenses in the amount of $37,347.52 for services rendered by McGuireWoods to the Debtors during the Application Period.

**<u>Your rights may be affected</u>. You should read these papers
carefully and discuss them with your attorney, if you have one
in these bankruptcy cases. (If you do not have an attorney, you
may wish to consult one.)** Under Local Bankruptcy Rule 9013-1,
unless a written response to the Motion is filed with the Clerk
of the Court and served on the moving party, the trustee and
those parties as required by the Order Pursuant to Bankruptcy
Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and
Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain
Notice, Case Management and Administrative Procedures (entered
on November 13, 2008 at Docket No. 130) (the "Case Management
Order") no later than five (5) business days before the
scheduled hearing date, the Court may deem any opposition
waived, treat the Motion as conceded, and issue an order
granting the requested relief without further notice or hearing.
If you do not want the Court to approve the Motion, or if you
want the Court to consider your views on the Motion, then you or
you attorney must:

[X]   File with the Court, either electronically or at the
      address shown below, a written response pursuant to
      Local Bankruptcy Rule 9013-1(H).  If you mail your
      response to the Court for filing, you must mail it
      early enough so the Court will **receive it on or before
      <u>April 7, 2009 at 4:00 p.m.</u>**

                    Clerk of Court
                    United States Bankruptcy Court
                    701 East Broad Street, Suite 4000
                    Richmond, Virginia 23219

[X]   Pursuant to the Case Management Order, you must also
      serve a copy of any written response and request for
      hearing by the foregoing date via electronic mail on
      the following:(i) the Core Group, which includes the
      Debtors, co-counsel to the Debtors, the Office of the
      United States Trustee, co-counsel for any committee,
      counsel to the agents for the Debtors' prepetition
      lenders, and counsel to the agents for the Debtors'
      postpetition lenders; (ii) the 2002 List; and (iii)
      those additional parties as required by the Case
      Management Order (all of which are defined in the Case
      Management Order), which can be found at
      www.kccllc.net/circuitcity.

[X]   Attend a hearing before the Honorable Kevin
      Huennekens, United States Bankruptcy Judge, **at 10:00
      a.m. (Eastern Standard Time) on April 14, 2009** at the
      United States Bankruptcy Court, Room 5000, 701 East
      Broad Street, Richmond, Virginia 23219.  **If you or
      your attorney do not attend the hearing, the Court may
      grant the relief requested in the Motion**.

     If you or your attorney do not take these steps, the Court
may decide that you do not oppose the relief sought in the
Motion and may enter an order granting the relief requested.

Dated: March 17, 2009      SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia  FLOM, LLP
                           Gregg M. Galardi, Esq.
                           Ian S. Fredericks, Esq.
                           P.O. Box 636
                           Wilmington, Delaware 19899-0636
                           (302) 651-3000

                                   - and -

                           SKADDEN, ARPS, SLATE, MEAGHER &
                           FLOM, LLP
                           Chris L. Dickerson, Esq.
                           333 West Wacker Drive
                           Chicago, Illinois 60606
                           (312) 407-0700

                                   - and -

                           MCGUIREWOODS LLP

                           /s/ Douglas M. Foley        .
                           Dion W. Hayes (VSB No. 34304)
                           Douglas M. Foley (VSB No. 34364)
                           One James Center
                           901 E. Cary Street
                           Richmond, Virginia 23219
                           (804) 775-1000

                           Counsel for Debtors and Debtors
                           in Possession

\8119344