# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 11** |
| **CIRCUIT CITY STORES, INC.** *et al.*, ) | **Case No. 08-35653-KRH** |
| ) | **Jointly Administered** |
| **Debtors.** ) | |

### CERTIFICATE OF SERVICE REGARDING DISCOVERY OBJECTIONS

I HEREBY CERTIFY that on March 17, 2009, a copy of Lexar Media, Inc.'s Objections to Debtors' First Requests for Admissions, First Set of Interrogatories and First Requests for Production of Documents was served via electronic mail and first class mail, postage prepaid, to:

> Dion W. Hayes, Esquire (dhayes@mcguirewoods.com)
> Douglas M. Foley, Esquire (dfoley@mcguirewoods.com)
> Daniel F. Blanks, Esquire (dblanks@mcguirewoods.com)
> McGuireWoods LLP
> One James Center
> 901 E. Cary Street
> Richmond, Virginia 23219
>
> Gregg M. Galardi, Esquire (gregg.galardi@skadden.com)
> Ian S. Fredericks, Esquire (ian.fredericks@skadden.com)
> Skadden, Arps, Slate, Meagher & Flom, LLP
> One Rodney Square, PO Box 636
> Wilmington, DE 19899-0636
>
> Chris L. Dickerson, Esquire (chris.dickerson@skadden.com)
> Skadden, Arps, Slate, Meagher & Flom, LLP
> 333 West Wacker Drive
> Chicago, Illinois 60606

> Respectfully submitted,
>
> LEXAR MEDIA, INC.
>
> By Counsel

-2-

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia  22102
703.905.2800


By:   /s/ Dylan G. Trache
      Valerie P. Morrison, Va. Bar No. 24565
      Dylan G. Trache, Va. Bar No. 45939

Counsel to Lexar Media, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2009, a true and correct copy of the foregoing Certificate of Service was sent by electronic mail and first class mail, postage prepaid, to the following parties:

>Dion W. Hayes, Esquire (dhayes@mcguirewoods.com)
>Douglas M. Foley, Esquire (dfoley@mcguirewoods.com)
>Daniel F. Blanks, Esquire (dblanks@mcguirewoods.com)
>McGuireWoods LLP
>One James Center
>901 E. Cary Street
>Richmond, Virginia 23219
>
>Gregg M. Galardi, Esquire (gregg.galardi@skadden.com)
>Ian S. Fredericks, Esquire (ian.fredericks@skadden.com)
>Skadden, Arps, Slate, Meagher & Flom, LLP
>One Rodney Square, PO Box 636
>Wilmington, DE 19899-0636
>
>Chris L. Dickerson, Esquire (chris.dickerson@skadden.com)
>Skadden, Arps, Slate, Meagher & Flom, LLP
>333 West Wacker Drive
>Chicago, Illinois 60606

>  /s/ Dylan G. Trache for
>Valerie P. Morrison

12973314.1