| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| - - - - - - - - - - - - - - x | | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | |
| - - - - - - - - - - - - - - | : | Jointly Administered |
| | X | |

**ORDER GRANTING REIMBURSEMENT OF EXPENSES INCURRED AND ALLOWANCE AND PAYMENT OF COMPENSATION REQUESTED IN FIRST INTERIM FEE APPLICATION OF DJM REALTY SERVICES, LLC FOR THE PERIOD FROM NOVEMBER 19, 2008 THROUGH JANUARY 31, 2009**

This Court having previously authorized the retention of DJM Realty Services, LLC ("DJM") in the cases of the above-captioned debtors (collectively, the "Debtors"); and the First Interim Fee Application of DJM Realty Services, LLC for Reimbursement of Expenses Incurred and for Allowance and Payment of Compensation for Services Rendered for the Period

from November 19, 2008 through January 31, 2009 (the "First Interim Application")[1] having been filed and served pursuant to the Plan and no other or further notice being necessary; and the Court having determined that granting the relief requested therein is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that no party-in-interest has filed any objections to the allowance of the amounts set forth in the First Interim Application or that any such objection has been resolved or is hereby overruled; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing thereof, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

The reimbursement of expenses incurred requested in the First Interim Application are hereby approved and allowed on an interim basis in the amount of $11,735.07.

The fees requested in the First Interim Application are hereby approved and allowed on an interim basis in the amount of $1,687.50.

The Debtors are hereby authorized to promptly (i) reimburse DJM for expenses incurred in the amount of $11,735.07 and (ii) pay DJM $1,687.50, the allowed amounts of fees approved by this Order.

This Order is without prejudice to the right of DJM to seek further allowance and payment of compensation upon application to this Court.

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the First Interim Application.

Dated:  Richmond, Virginia
        _____, 2009


_____
UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

 /s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

3

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                        /s/ Douglas M. Foley
                                                       Douglas M. Foley