William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6489
Fax:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

B. Shawan Gillians
BUIST MOORE SMYTHE McGEE P.A.
5 Exchange Street
Charleston, SC 29401
Tel:  (843)722-3400
Fax:  (843)723-7398
sgillians@buistmoore.com

Counsel for Evening Post Publishing Company,
d/b/a The Post and Courier

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) |
| | ) Case No. 08-35653-KRH |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |
| | ) |

**ORDER ALLOWING ADMINISTRATIVE EXPENSES OF EVENING POST
PUBLISHING COMPANY d/b/a THE POST AND COURIER**

Upon the Motion of Evening Post Publishing Company d/b/a The Post and Courier for Payment of Administrative Expense Claim pursuant to 11 U.S.C. 503(b)(1)(A)(the "Motion"); and the Court having reviewed the Motion, and any opposition thereto, and the Court having determined that the relief requested in the Motion should be granted as set forth herein; and it appearing that proper and adequate notice of the Motion has been given and no further notice is necessary; and upon the record herein; after due deliberations thereon, and good and sufficient cause appearing therefore, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

    1.    The Motion is granted; and

2. Post and Courier shall have and hereby has an allowed administrative expense in the amount of **Forty-One Thousand Six Hundred Fifty-Two and 18/100ths Dollars ($41,652.18)**; and

3. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived; and

4. The Court shall retain jurisdiction to hear and determine all matters from or related to the implementation of this Order.

Richmond, Virginia
Dated: _____, 2009

_____
Kevin R. Huennekens
United States Bankruptcy Judge

We ask for this:

*/s/ W. Alexander Burnett*
_____
William H. Schwarzschild, III (VSB No. 15274)
W. Alexander Burnett (VSB No. 68000)
WILLIAMS MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Tel:  804.783.6489
Fax:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

and

2

B. Shawan Gillians
BUIST MOORE SMYTHE McGEE P.A.
5 Exchange Street
Charleston, SC 29401
Tel: (843)722-3400
Fax: (843)723-7398
sgillians@buistmoore.com

*Counsel for Evening Post Publishing Company,
d/b/a The Post and Courier*

1726010v1

3

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 9022-1(C), I hereby certify that on March 17, 2009, a true and complete copy of the foregoing proposed order was served upon all necessary parties electronically using the Court's ECF System, was sent by electronic mail to circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com, and was sent by first class mail, postage prepaid, to the entities at the addresses indicated below:

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

*Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

*Counsel for the Official Committee of Unsecured Creditors*

                                                 */s/ W. Alexander Burnett*
                                                 _____

1726010v1