# EXHIBIT C

# Revised Invoice

**Invoice:** 0209 NAA CRU1

**Date:** 3 February 2009



Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233-1464

**For the attention of:** Reginald D. Hedgebeth
Secretary and General Counsel

| | |
|---|---:|
| Monthly advisory fee: November 10, 2008 – November 30, 2008 (pro-rated) | $140,000.00 |
| Monthly advisory fee: December 1, 2008 – December 31, 2008 | 200,000.00 |
| 85% of advisory fee: | X 0.85 |
| | 289,000.00 |
| Out-of-Pocket expenses: | 36,325.96 |
| Less previously paid fee for November 1, 2008 – November 30, 2008 | -140,000.00 |
| **Total due** | **$185,325.96** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statement will be billed subsequently.

Please transfer funds to:

| JP Morgan Chase | Account Name: | Rothschild Inc. |
|---|---|---|
| 500 Stanton Christiana Road | Account Number: | 0 045 42 212 |
| Newark, DE  19713 | ABA: | 021000021 |

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501

# Invoice

**Invoice:** 0309 NAA CRU1

**Date:** 10 March 2009

**❇ R ROTHSCHILD**

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233-1464

**For the attention of:** Reginald D. Hedgebeth
Secretary and General Counsel

| | |
|---|---:|
| Monthly advisory fee: January 1, 2009 – January 31, 2009 | $200,000.00 |
| 85% of advisory fee: | X  0.85 |
| | 170,000.00 |
| Out-of-Pocket expenses: | 40,371.46 |
| **Total due** | **$210,371.46** |

The disbursements and charges reflected on this statement are only those that have been booked at the end of this billing period. Disbursements and charges received and booked after the closing date of this statement will be billed subsequently.

Please transfer funds to:

| | | |
|---|---|---|
| JP Morgan Chase | Account Name: | Rothschild Inc. |
| 500 Stanton Christiana Road | Account Number: | 0 045 42 212 |
| Newark, DE  19713 | ABA: | 021000021 |

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
www.rothschild.com

Telephone: (212) 403-3500
Fax: (212) 403-3501