# EXHIBIT D

# CIRCUIT CITY STORES, INC.

## Summary of Out-of-Pocket Expenses

| | |
|---|---:|
| Travel | $  3,449.73 |
| Ground Transportation/Taxis | 6,485.10 |
| Hotel | 1,298.33 |
| Legal Fees | - |
| Miscellaneous | 515.45 |
| Meals | 1,885.78 |
| Word Processing | 13,685.36 |
| Copies | 7,099.30 |
| Research/Database | 1,761.78 |
| Telephone/Communications | 34.61 |
| Courier Services | 110.52 |
| **Total** | $36,325.96 |

# CIRCUIT CITY STORES, INC.

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/10/08 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 11/10/08 | NY/Richmond/NY | New York, NY | $139.00 | Vendor | N. Barnes |
| 11/11/08 | Richmond/NY | New York, NY | $109.50 | Vendor | B. Douton |
| 11/11/08 | Tzell service charge | New York, NY | $20.00 | Vendor | N. Augustine |
| 11/12/08 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 11/12/08 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 11/12/08 | NY/Toronto/NY | New York, NY | $1,712.73 | Vendor | B. Douton |
| 11/13/08 | NY/Richmond | New York, NY | $99.50 | Vendor | B. Douton |
| 11/18/08 | Washington, DC/NY | New York, NY | $339.50 | Vendor | B. Douton |
| 11/18/08 | NY/Richmond | New York, NY | $69.50 | Vendor | B. Douton |
| 11/18/08 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 11/18/08 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 11/19/08 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 12/04/08 | NY/Washington, DC | New York, NY | $510.50 | Vendor | B. Douton |
| 12/04/08 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 12/04/08 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 12/04/08 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 12/05/08 | Richmond/NY | New York, NY | $109.50 | Vendor | B. Douton |
| 12/06/08 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 12/06/08 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 12/06/08 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |

**Total** $3,449.73

# CIRCUIT CITY STORES, INC.

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/10/08 | From home to airport | New York, New York | $147.46 | Vendor | B. Douton |
| 11/10/08 | From home to airport | New York, New York | $60.49 | Vendor | L. Kwiatowski |
| 11/10/08 | From home to airport | New York, New York | $82.62 | Vendor | E. Caplan |
| 11/10/08 | From home to airport | New York, New York | $132.60 | Vendor | N. Barnes |
| 11/10/08 | From airport to company | Richmond, Virginia | $107.01 | Vendor | B. Douton |
| 11/11/08 | From airport to home | New York, New York | $147.46 | Vendor | B. Douton |
| 11/11/08 | From office to home | New York, New York | $62.22 | Vendor | N. Bouyea |
| 11/11/08 | From airpot to home | New York, New York | $100.98 | Vendor | E. Caplan |
| 11/11/08 | From airprot to home | New York, New York | $134.13 | Vendor | N. Barnes |
| 11/12/08 | From office to airport | New York, New York | $68.34 | Vendor | B. Douton |
| 11/12/08 | From office to home | New York, New York | $68.34 | Vendor | C. Juon |
| 11/12/08 | From meeting hotel | Richmond, Virginia | $30.00 | Vendor | B. Douton |
| 11/12/08 | From office to home | New York, New York | $34.68 | Vendor | R. Kohan |
| 11/13/08 | From airport to home | New York, New York | $128.03 | Vendor | B. Douton |
| 11/13/08 | From office to home | New York, New York | $26.52 | Vendor | E. Caplan |
| 11/15/08 | From office to home | New York, New York | $62.22 | Vendor | N. Bouyea |
| 11/16/08 | From office to home | New York, New York | $34.68 | Vendor | R. Kohan |
| 11/17/08 | From office to home | New York, New York | $34.68 | Vendor | E. Caplan |
| 11/17/08 | From home to airport | New York, New York | $61.20 | Vendor | L. Kwiatowski |
| 11/17/08 | From office to home | New York, New York | $77.01 | Vendor | R. Kohan |
| 11/17/08 | From office to home | New York, New York | $34.68 | Vendor | M. Messer |
| 11/18/08 | From airport to company | Richmond, Virginia | $107.01 | Vendor | B. Douton |
| 11/18/08 | From office to home | New York, New York | $26.52 | Vendor | E. Caplan |
| 11/18/08 | From office to home | New York, New York | $34.68 | Vendor | R. Kohan |
| 11/18/08 | From home to airport | New York, New York | $65.28 | Vendor | M. Messer |
| 11/19/08 | From home to airport | New York, New York | $208.39 | Vendor | B. Douton |
| 11/19/08 | From home to airport | New York, New York | $73.44. | Vendor | R. Kohan |
| 11/19/08 | From office to home 3:11 am | New York, New York | $34.68 | Vendor | R. Kohan |
| 11/19/08 | Package delivery to NAA | Greenwich, Connecuit | $126.99 | Vendor | R. Kohan |
| 11/19/08 | From airport to office | New York, New York | $72.42 | Vendor | R. Kohan |
| 11/19/08 | From office to home | New York, New York | $32.64 | Vendor | R. Kohan |
| 11/19/08 | From home to airport | New York, New York | $71.40 | Vendor | D. Lechner |
| 11/19/08 | From airport to home | New York, New York | $61.20 | Vendor | M. Messer |
| 11/20/08 | From office to home | New York, New York | $62.22 | Vendor | N. Bouyea |
| 11/20/08 | From office to home | New York, New York | $34.68 | Vendor | M. Messer |

# CIRCUIT CITY STORES, INC.

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/21/08 | From office to home | New York, New York | $77.83 | Vendor | T. Miller |
| 11/21/08 | From airport to home | New York, New York | $149.07 | Vendor | D. Lechner |
| 11/22/08 | From office to home | New York, New York | $26.52 | Vendor | E. Caplan |
| 11/23/08 | From office to home | New York, New York | $26.52 | Vendor | E. Caplan |
| 11/25/08 | Package delivery to NAA | Greenwich, Connecuit | $131.33 | Vendor | E. Caplan |
| 11/26/08 | From office to home | New York, New York | $83.95 | Vendor | T. Miller |
| 11/26/08 | From office to home | New York, New York | $32.64 | Vendor | L. Kwiatowski |
| 11/30/08 | From airport to home | New York, New York | $198.65 | Vendor | E. Caplan |
| 12/02/08 | From office to home | New York, New York | $59.16 | Vendor | N. Bouyea |
| 12/02/08 | From office to home | New York, New York | $51.00 | Vendor | C. Juon |
| 12/02/08 | From office to home | New York, New York | $24.48 | Vendor | E. Caplan |
| 12/02/08 | From home to airport | New York, New York | $62.22 | Vendor | E. Caplan |
| 12/02/08 | From home to airport | New York, New York | $146.37 | Vendor | N. Barner |
| 12/02/08 | From office to home | New York, New York | $34.68 | Vendor | R. Kohan |
| 12/02/08 | Package delivery to NAA | New York, New York | $122.40 | Vendor | R. Kohan |
| 12/02/08 | From home to airport | New York, New York | $69.36 | Vendor | M. Messer |
| 12/03/08 | From office to home | New York, New York | $80.38 | Vendor | T. Miller |
| 12/03/08 | From office to home | New York, New York | $34.68 | Vendor | R. Kohan |
| 12/03/08 | Package delivery to ST & home | New York, New York | $39.78 | Vendor | L. Kwiatowski |
| 12/04/08 | From airport to home | New York, New York | $137.09 | Vendor | B. Douton |
| 12/04/08 | From home to airport | New York, New York | $128.03 | Vendor | B. Douton |
| 12/04/08 | From office to home | New York, New York | $79.87 | Vendor | T. Miller |
| 12/04/08 | From meeting to airport | Richmond, Virginia | $236.09 | Vendor | B. Douton |
| 12/04/08 | From airport to company | Richmond, Virginia | $102.74 | Vendor | B. Douton |
| 12/04/08 | Rental car used during trip | Richmond, Virginia | $302.28 | Vendor | B. Douton |
| 12/04/08 | From airport to home | New York, New York | $91.80 | Vendor | R. Kohan |
| 12/04/08 | From airport to home | New York, New York | $60.18 | Vendor | M. Messer |
| 12/04/08 | From airport to home | New York, New York | $134.13 | Vendor | N. Barnes |
| 12/04/08 | From home to airport | New York, New York | $61.20 | Vendor | R. Kohan |
| 12/05/03 | From airport to home | New York, New York | $156.74 | Vendor | B. Douton |
| 12/05/08 | From office to home | New York, New York | $34.68 | Vendor | R. Kohan |
| 12/08/08 | Car cancelation fee due to mtg. | Washington, DC | $75.00 | Vendor | B. Douton |
| 12/08/08 | From office to home | New York, New York | $34.68 | Vendor | R. Kohan |
| 12/08/08 | From office to home | New York, New York | $9.80 | Vendor | M. Messer |
| 12/10/08 | From office to home | New York, New York | $59.16 | Vendor | N. Bouyea |

# CIRCUIT CITY STORES, INC.

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/10/08 | From office to home | New York, New York | $83.13 | Vendor | C. Juon |
| 12/10/08 | From office to home | New York, New York | $80.38 | Vendor | T. Miller |
| 12/10/08 | From airport to home | New York, New York | $61.20 | Vendor | S. Tishman |
| 12/10/08 | From home to airport | New York, New York | $83.64 | Vendor | S. Tishman |
| 12/10/08 | From home to airport | New York, New York | $65.28 | Vendor | M. Messer |
| 12/11/08 | From airport to home | New York, New York | $85.68 | Vendor | M. Messer |
| 12/12/08 | From office to home | New York, New York | $44.88 | Vendor | R. Kohan |
| 12/12/08 | From office to home | New York, New York | $34.68 | Vendor | R. Kohan |
| 12/12/08 | From office to home | New York, New York | $42.84 | Vendor | D. Lechner |
| 12/13/08 | From office to home | New York, New York | $34.68 | Vendor | R. Kohan |
| 12/15/08 | From office to home | New York, New York | $34.68 | Vendor | R. Kohan |
| 12/16/08 | From office to home | New York, New York | $32.64 | Vendor | D. Lechner |

**Total**      $6,485.10

# CIRCUIT CITY STORES, INC.

## Hotel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/10/08 | Jefferson 1 night | Richmond, VA | $246.95 | Vendor | B. Douton |
| 11/12/08 | Westin 1 night | Toronto, ON | $245.69 | Vendor | B. Douton |
| 11/18/08 | Jefferson 1 night | Richmond, VA | $276.85 | Vendor | B. Douton |
| 12/04/08 | Omni 1 night | Richmond, VA | $326.57 | Vendor | B. Douton |
| 12/29/08 | Sheraton | Richmond, VA | $202.27 | Vendor | E. Caplan |
| **Total** | | | $1,298.33 | | |

# CIRCUIT CITY STORES, INC.

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Nov-08 | Presentation material | New York, NY | $189.76 | Vendor | Various |
| Nov-08 | Non-receipt expense (water) | Richmond, VA | $5.00 | Vendor | B. Douton |
| Dec-08 | Presentation material | New York, NY | $320.69 | Vendor | Various |
| **Total** | | | $515.45 | | |

# CIRCUIT CITY STORES, INC.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/10/08 | Working dinner | New York, NY | $23.89 | Vendor | R. Kohan |
| 11/10/08 | Working dinner | New York, NY | $24.80 | Vendor | D. Lechner |
| 11/10/08 | Traveling meal (dinner) | Richmond, VA | $136.00 | Vendor | B. Douton, N. Barnes, E. Caplan & L. Kwiatouski |
| 11/10/08 | Traveling meal (b'fast) | Richmond, VA | $3.85 | Vendor | E. Caplan |
| 11/10/08 | Traveling meal (lunch) | Richmond, VA | $22.76 | Vendor | B. Douton, M. Messer, E. Caplan & L. Kwiatouski |
| 11/12/08 | Working dinner | New York, NY | $25.00 | Vendor | E. Caplan |
| 11/12/08 | Working dinner | New York, NY | $2.07 | Vendor | L. Kwiatowski |
| 11/12/08 | Working dinner | New York, NY | $17.16 | Vendor | D. Lechner |
| 11/12/08 | Traveling meal (dinner) | Toronto, Ontario | $39.36 | Vendor | B. Douton |
| 11/13/08 | Working dinner | New York, NY | $23.32 | Vendor | E. Caplan |
| 11/13/08 | Working dinner | New York, NY | $23.33 | Vendor | R. Kohan |
| 11/13/08 | Traveling meal (b'fast) | Richmond, VA | $12.28 | Vendor | B. Douton |
| 11/14/08 | Working dinner | New York, NY | $25.00 | Vendor | E. Caplan |
| 11/15/08 | Working dinner | New York, NY | $25.81 | Vendor | D. Lechner |
| 11/16/08 | Working dinner | New York, NY | $25.00 | Vendor | E. Caplan |
| 11/16/08 | Working dinner | New York, NY | $25.25 | Vendor | R. Kohan |
| 11/16/08 | Working dinner | New York, NY | $24.58 | Vendor | D. Lechner |
| 11/17/08 | Working dinner | New York, NY | $25.25 | Vendor | E. Caplan |
| 11/17/08 | Working dinner | New York, NY | $24.84 | Vendor | R. Kohan |
| 11/17/08 | Working dinner | New York, NY | $24.55 | Vendor | D. Lechner |
| 11/17/08 | Working dinner | New York, NY | $24.51 | Vendor | M. Messer |
| 11/18/08 | Working dinner | New York, NY | $25.20 | Vendor | R. Kohan |
| 11/18/08 | Working dinner | New York, NY | $24.93 | Vendor | D. Lechner |
| 11/18/08 | Traveling meal (lunch) | Richmond, VA | $8.40 | Vendor | B. Douton |
| 11/18/08 | Traveling meal (dinner) | Richmond, VA | $173.19 | Vendor | B. Douton, M . Messer, E. Caplan & L. Kwiatouski |
| 11/18/08 | Traveling meal (b'fast) | Richmond, VA | $7.12 | Vendor | M. Messer |
| 11/19/08 | Working dinner | New York, NY | $25.00 | Vendor | E. Caplan |
| 11/19/08 | Working dinner | New York, NY | $2.61 | Vendor | B. Douton |
| 11/19/08 | Working dinner | New York, NY | $24.92 | Vendor | M. Messer |
| 11/20/08 | Working dinner | New York, NY | $23.38 | Vendor | R. Kohan |
| 11/21/08 | Working dinner | New York, NY | $19.58 | Vendor | R. Kohan |
| 11/22/08 | Working dinner | New York, NY | $18.80 | Vendor | E. Caplan |
| 11/23/08 | Working dinner | New York, NY | $25.00 | Vendor | E. Caplan |
| 11/23/08 | Working dinner | New York, NY | $24.88 | Vendor | D. Lechner |

# CIRCUIT CITY STORES, INC.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/24/08 | Working dinner | New York, NY | $23.78 | Vendor | E. Caplan |
| 11/24/08 | Working dinner | New York, NY | $24.93 | Vendor | D. Lechner |
| 11/25/08 | Working dinner | New York, NY | $25.25 | Vendor | N. Barnes |
| 11/25/08 | Working dinner | New York, NY | $25.22 | Vendor | L. Kwiatowski |
| 11/25/08 | Working dinner | New York, NY | $24.99 | Vendor | D. Lechner |
| 11/26/08 | Working dinner | New York, NY | $25.13 | Vendor | R. Kohan |
| 12/01/08 | Working dinner | New York, NY | $25.00 | Vendor | E. Caplan |
| 12/01/08 | Working dinner | New York, NY | $4.74 | Vendor | L. Kwiatowski |
| 12/01/08 | Working dinner | New York, NY | $24.72 | Vendor | D. Lechner |
| 12/02/08 | Working dinner | New York, NY | $24.40 | Vendor | L. Kwiatowski |
| 12/02/08 | Traveling meal (lunch) | Richmond, VA | $7.75 | Vendor | M. Messer |
| 12/03/08 | Working dinner | New York, NY | $20.20 | Vendor | R. Kohan |
| 12/03/08 | Working dinner | New York, NY | $25.81 | Vendor | D. Lechner |
| 12/04/08 | Traveling meal (dinner) | Richmond, VA | $114.07 | Vendor | B. Douton, S. Coulombe & G. Galardi |
| 12/05/08 | Working dinner | New York, NY | $24.40 | Vendor | E. Caplan |
| 12/05/08 | Working dinner | New York, NY | $25.23 | Vendor | R. Kohan |
| 12/07/08 | Working dinner | New York, NY | $25.00 | Vendor | E. Caplan |
| 12/07/08 | Working dinner | New York, NY | $25.00 | Vendor | L. Kwiatowski |
| 12/08/08 | Working dinner | New York, NY | $25.15 | Vendor | E. Caplan |
| 12/08/08 | Working dinner | New York, NY | $18.47 | Vendor | M. Messer |
| 12/09/08 | Working dinner | New York, NY | $24.40 | Vendor | E. Caplan |
| 12/09/08 | Working dinner | New York, NY | $22.87 | Vendor | R. Kohan |
| 12/09/08 | Working dinner | New York, NY | $25.25 | Vendor | M. Messer |
| 12/12/08 | Working dinner | New York, NY | $25.00 | Vendor | E. Caplan |
| 12/12/08 | Working dinner | New York, NY | $24.95 | Vendor | R. Kohan |
| 12/15/08 | Working dinner | New York, NY | $24.40 | Vendor | E. Caplan |
| 12/15/08 | Working dinner | New York, NY | $24.99 | Vendor | D. Lechner |
| 12/15/08 | Working dinner | New York, NY | $22.39 | Vendor | M. Messer |
| 12/16/08 | Working dinner | New York, NY | $24.54 | Vendor | E. Caplan |
| 12/16/08 | Working dinner | New York, NY | $24.61 | Vendor | D. Lechner |
| 12/17/08 | Working dinner | New York, NY | $23.56 | Vendor | E. Caplan |
| 12/17/08 | Working dinner | New York, NY | $25.21 | Vendor | M. Messer |
| 12/18/08 | Working dinner | New York, NY | $23.56 | Vendor | E. Caplan |
| 12/18/08 | Working dinner | New York, NY | $24.61 | Vendor | D. Lechner |

# CIRCUIT CITY STORES, INC.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/21/08 | Working dinner | New York, NY | $24.58 | Vendor | R. Kohan |
| **Total** | | | $1,885.78 | | |

# CIRCUIT CITY STORES, INC.

## Word Processing Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Nov-08 | Word process charge | New York, NY | $6,298.42 | Vendor | Various |
| Dec-08 | Word process charge | New York, NY | $7,386.94 | Vendor | |
| **Total** | | | $13,685.36 | | |

# CIRCUIT CITY STORES, INC.

## Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Nov-08 | Black, white & color copies | New York, NY | $2,890.80 | BW $0.10/pg Color $1.00/pg | Various |
| Dec-08 | Black, white & color copies | New York, NY | $4,208.50 | BW $0.10/pg Color $1.00/pg | Various |
| **Total** | | | $7,099.30 | | |

# CIRCUIT CITY STORES, INC.

## Research/Database Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/10/08 | Research material | New York, NY | $150.00 | Vendor | D. Lechner |
| 11/18/08 | Research material | New York, NY | $50.00 | Vendor | E. Caplan |
| 11/24/08 | Research material | New York, NY | $100.00 | Vendor | E. Caplan |
| 11/24/08 | Research material | New York, NY | $100.00 | Vendor | E. Caplan |
| 12/01/08 | Cap IQ | New York, NY | $304.70 | Vendor | E. Caplan |
| 12/01/08 | Cap IQ | New York, NY | $2.20 | Vendor | R. Kohan |
| 12/01/08 | Cap IQ | New York, NY | $67.10 | Vendor | L. Kwiatowski |
| 12/01/08 | Cap IQ | New York, NY | $17.60 | Vendor | D. Lechner |
| 12/01/08 | Cap IQ | New York, NY | $36.30 | Vendor | N. Barnes |
| 12/01/08 | Thomson Financial | New York, NY | $102.50 | Vendor | Various |
| 12/01/08 | Research material | New York, NY | $50.00 | Vendor | E. Caplan |
| 12/01/08 | Factiva | New York, NY | $1.49 | Vendor | Various |
| 12/01/08 | Factiva | New York, NY | $1.49 | Vendor | Various |
| 12/01/08 | Factiva | New York, NY | $2.99 | Vendor | E. Caplan |
| 12/01/08 | Factiva | New York, NY | $16.44 | Vendor | N. Barnes |
| 12/01/08 | Factiva | New York, NY | $4.48 | Vendor | M. Messer |
| 12/01/08 | Global Securities | New York, NY | $212.53 | Vendor | Various |
| 12/01/08 | Reuters | New York, NY | $85.87 | Vendor | E. Caplan |
| 12/01/08 | Reuters | New York, NY | $10.23 | Vendor | N. Barnes |
| 12/01/08 | Reuters | New York, NY | $0.62 | Vendor | R. Kohan |
| 12/01/08 | Reuters | New York, NY | $18.91 | Vendor | L. Kwiatowski |
| 12/01/08 | Reuters | New York, NY | $4.96 | Vendor | D. Lechner |
| 12/03/08 | Research material | New York, NY | $150.00 | Vendor | E. Caplan |
| 12/08/08 | Research material | New York, NY | $50.00 | Vendor | E. Caplan |
| 12/11/08 | Thomson Financial | New York, NY | $221.37 | Vendor | Various |

**Total**                                                        $1,761.78

# CIRCUIT CITY STORES, INC.

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/10/08 | Outside fax | Richmond, VA | $3.00 | Vendor | B. Douton |
| 11/10/08 | Outside fax | Richmond, VA | $8.50 | Vendor | B. Douton |
| 11/18/08 | Outside fax | Richmond, VA | $3.00 | Vendor | B. Douton |
| 11/18/08 | Outside fax | Richmond, VA | $6.00 | Vendor | B. Douton |
| 11/21/08 | Conference call | New York, NY | $14.11 | Vendor | L. Kwiatkowski & 2 parties |
| **Total** | | | $34.61 | | |

# CIRCUIT CITY STORES, INC.

## Courier Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/10/08 | Federal Express Corp. | New York, NY | $55.26 | Vendor | J. Neuland |
| 11/17/08 | Federal Express Corp. | New York, NY | $55.26 | Vendor | J. Neuland |
| **Total** | | | $110.52 | | |

# CIRCUIT CITY STORES, INC.

## Summary of Out-of-Pocket Expenses

| | |
|---|---:|
| Travel | $ 14,075.70 |
| Ground Transportation/Taxis | 5,464.39 |
| Hotel | 6,461.02 |
| Legal Fees | 9,199.80 |
| Miscellaneous | (897.17) |
| Meals | 2,723.38 |
| Word Processing | 877.89 |
| Copies | 1,153.42 |
| Research/Database | 1,000.27 |
| Telephone/Communications | 312.76 |
| Courier Services | - |
| **Total** | $40,371.46 |

# CIRCUIT CITY STORES, INC.

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/10/08 | Tzell service charge | New York, NY | $40.00 | Vendor | E. Caplan |
| 11/10/08 | Tzell service charge | New York, NY | $40.00 | Vendor | L. Kwiatkowski |
| 11/11/08 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Barnes |
| 11/12/08 | Tzell service charge | New York, NY | $15.00 | Vendor | E. Caplan |
| 11/12/08 | Richmond/NY | New York, NY | $69.50 | Vendor | N. Barnes |
| 11/12/08 | Tzell service charge | New York, NY | $20.00 | Vendor | N. Barnes |
| 11/17/08 | Tzell service charge | New York, NY | $40.00 | Vendor | E. Caplan |
| 11/17/08 | Tzell service charge | New York, NY | $40.00 | Vendor | L. Kwiatkowski |
| 11/17/08 | NY/Richmond | New York, NY | $139.00 | Vendor | L. Kwiatkowski |
| 11/17/08 | NY/Richmond | New York, NY | $139.00 | Vendor | E. Caplan |
| 11/18/08 | Richmond/NY | New York, NY | $69.50 | Vendor | E. Caplan |
| 11/18/08 | NY/Richmond | New York, NY | $139.00 | Vendor | M. Messer |
| 11/18/08 | Tzell service charge | New York, NY | $40.00 | Vendor | M. Messer |
| 11/18/08 | Richmond/NY | New York, NY | $69.50 | Vendor | M. Messer |
| 11/18/08 | Tzell service charge | New York, NY | $40.00 | Vendor | M. Messer |
| 11/18/08 | Tzell service charge | New York, NY | $20.00 | Vendor | M. Messer |
| 11/18/08 | Richmond/NY | New York, NY | $69.50 | Vendor | L. Kwiatkowski |
| 11/18/08 | NY/Richmond | New York, NY | $69.50 | Vendor | N. Barnes |
| 11/18/08 | Tzell service charge | New York, NY | $120.00 | Vendor | N. Barnes |
| 11/19/08 | NY/Richmond | New York, NY | $69.50 | Vendor | D. Lechner |
| 11/19/08 | Tzell service charge | New York, NY | $40.00 | Vendor | D. Lechner |
| 11/19/08 | Washington, DC/NY | New York, NY | $224.35 | Vendor | R. Kohan |
| 11/19/08 | NY/Washington, DC | New York, NY | $224.35 | Vendor | R. Kohan |
| 11/19/08 | Tzell service charge | New York, NY | $80.00 | Vendor | R. Kohan |
| 11/19/08 | NY/Washington, DC/NY | New York, NY | $678.00 | Vendor | S. Tishman |
| 11/19/08 | Tzell service charge | New York, NY | $40.00 | Vendor | S. Tishman |
| 11/19/08 | Tzell service charge | New York, NY | $40.00 | Vendor | L. Kwiatkowski |
| 11/19/08 | NY/Richmond/NY | New York, NY | $639.00 | Vendor | L. Kwiatkowski |
| 11/19/08 | Tzell service charge | New York, NY | $20.00 | Vendor | L. Kwiatkowski |
| 11/20/08 | Tzell service charge | New York, NY | $40.00 | Vendor | E. Caplan |
| 11/20/08 | Tzell service charge | New York, NY | $20.00 | Vendor | E. Caplan |

# CIRCUIT CITY STORES, INC.

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/20/08 | Tzell service charge | New York, NY | $15.00 | Vendor | E. Caplan |
| 11/20/08 | Tzell service charge | New York, NY | $20.00 | Vendor | R. Kohan |
| 11/20/08 | Tzell service charge | New York, NY | $20.00 | Vendor | R. Kohan |
| 11/20/08 | Tzell service charge | New York, NY | $40.00 | Vendor | L. Kwiatkowski |
| 11/20/08 | NY/Richmond/NY | New York, NY | $854.00 | Vendor | L. Kwiatkowski |
| 11/20/08 | Washington, DC/NY | New York, NY | $339.50 | Vendor | N. Barnes |
| 11/21/08 | NY/Richmond/NY | New York, NY | $854.00 | Vendor | E. Caplan |
| 11/21/08 | Tzell service charge | New York, NY | $40.00 | Vendor | E. Caplan |
| 11/21/08 | Richmond/NY | New York, NY | $409.50 | Vendor | D. Lechner |
| 11/21/08 | Tzell service charge | New York, NY | $20.00 | Vendor | D. Lechner |
| 11/21/08 | Richmond/NY | New York, NY | $139.00 | Vendor | L. Kwiatkowski |
| 11/28/08 | Orlando/NY return re: client | New York, NY | $459.50 | Vendor | E. Caplan |
| 11/28/08 | NY/Richmond | New York, NY | $169.00 | Vendor | E. Caplan |
| 11/28/08 | Airline fee | New York, NY | $50.00 | Vendor | E. Caplan |
| 12/02/08 | NY/Richmond | New York, NY | $639.00 | Vendor | E. Caplan |
| 12/02/08 | Tzell service charge | New York, NY | $40.00 | Vendor | E. Caplan |
| 12/02/08 | Tzell service charge | New York, NY | $20.00 | Vendor | E. Caplan |
| 12/02/08 | Tzell service charge | New York, NY | $40.00 | Vendor | E. Caplan |
| 12/02/08 | Tzell service charge | New York, NY | $20.00 | Vendor | E. Caplan |
| 12/02/08 | Tzell service charge | New York, NY | $20.00 | Vendor | E. Caplan |
| 12/02/08 | Tzell service charge | New York, NY | $40.00 | Vendor | E. Caplan |
| 12/02/08 | NY/Richmond | New York, NY | $69.50 | Vendor | M. Messer |
| 12/02/08 | Tzell service charge | New York, NY | $40.00 | Vendor | M. Messer |
| 12/02/08 | NY/Richmond | New York, NY | $79.50 | Vendor | S. Tishman |
| 12/02/08 | Washington, DC/NY | New York, NY | $339.50 | Vendor | S. Tishman |
| 12/02/08 | Tzell service charge | New York, NY | $40.00 | Vendor | S. Tishman |
| 12/02/08 | Tzell service charge | New York, NY | $20.00 | Vendor | S. Tishman |
| 12/02/08 | NY/Richmond | New York, NY | $69.50 | Vendor | N. Barnes |
| 12/02/08 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Barnes |
| 12/03/08 | Tzell service charge | New York, NY | $40.00 | Vendor | L. Kwiatkowski |
| 12/03/08 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Barnes |

# CIRCUIT CITY STORES, INC.

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/03/08 | Richmond/NY | New York, NY | $319.50 | Vendor | N. Barnes |
| 12/04/08 | Tzell service charge | New York, NY | $20.00 | Vendor | E. Caplan |
| 12/04/08 | Tzell service charge | New York, NY | $40.00 | Vendor | M. Messer |
| 12/04/08 | Washington, DC/NY | New York, NY | $339.50 | Vendor | M. Messer |
| 12/04/08 | Tzell service charge | New York, NY | $20.00 | Vendor | M. Messer |
| 12/04/08 | NY/Washington, DC/NY | New York, NY | $448.70 | Vendor | R. Kohan |
| 12/04/08 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 12/04/08 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 12/05/08 | Tzell service charge | New York, NY | $40.00 | Vendor | R. Kohan |
| 12/05/08 | Tzell service charge | New York, NY | $20.00 | Vendor | R. Kohan |
| 12/05/08 | Tzell service charge | New York, NY | $20.00 | Vendor | R. Kohan |
| 12/05/08 | Washington, DC/NY | New York, NY | $339.50 | Vendor | R. Kohan |
| 12/06/08 | Tzell service charge | New York, NY | $20.00 | Vendor | B. Douton |
| 12/06/08 | Tzell service charge | New York, NY | $20.00 | Vendor | R. Kohan |
| 12/06/08 | Tzell service charge | New York, NY | $20.00 | Vendor | R. Kohan |
| 12/09/08 | Tzell service charge | New York, NY | $40.00 | Vendor | L. Kwiatkowski |
| 12/09/08 | NY/Richmond | New York, NY | $139.00 | Vendor | L. Kwiatkowski |
| 12/10/08 | NY/Richmond | New York, NY | $69.50 | Vendor | E. Caplan |
| 12/10/08 | Richmond/NY | New York, NY | $69.50 | Vendor | E. Caplan |
| 12/10/08 | Tzell service charge | New York, NY | $40.00 | Vendor | E. Caplan |
| 12/10/08 | Tzell service charge | New York, NY | $20.00 | Vendor | E. Caplan |
| 12/10/08 | NY/Richmond/NY | New York, NY | $639.00 | Vendor | M. Messer |
| 12/10/08 | Richmond/NY | New York, NY | $69.50 | Vendor | S. Tishman |
| 12/10/08 | Tzell service charge | New York, NY | $40.00 | Vendor | S. Tishman |
| 12/10/08 | Tzell service charge | New York, NY | $20.00 | Vendor | S. Tishman |
| 12/10/08 | Tzell service charge | New York, NY | $40.00 | Vendor | S. Tishman |
| 12/10/08 | Airline fee | New York, NY | $35.00 | Vendor | S. Tishman |
| 12/10/08 | NY/Richmond | New York, NY | $94.50 | Vendor | S. Tishman |
| 12/10/08 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Barnes |
| 12/10/08 | Tzell service charge | New York, NY | $40.00 | Vendor | M. Messer |
| 12/10/08 | Tzell service charge | New York, NY | $40.00 | Vendor | E. Caplan |

# CIRCUIT CITY STORES, INC.

## Travel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/22/08 | Richmond/NY | New York, NY | $319.50 | Vendor | S. Tishman |
| 12/29/08 | Las Vegas/NY | New York, NY | $579.50 | Vendor | S. Tishman |
| 12/29/08 | Tzell service charge | New York, NY | $40.00 | Vendor | S. Tishman |
| 12/30/08 | Las Vegas/NY | New York, NY | $159.50 | Vendor | N. Barnes |
| 12/30/08 | Tzell service charge | New York, NY | $40.00 | Vendor | N. Barnes |
| 01/06/09 | NY/Richmond | New York, NY | $319.60 | Vendor | B. Douton |
| 01/08/09 | Las Vegas/NY | New York, NY | $814.00 | Vendor | N. Barnes |
| 01/08/09 | Tzell service charge | New York, NY | $20.00 | Vendor | N. Barnes |
| 01/09/09 | Tzell service charge | New York, NY | $40.00 | Vendor | B. Douton |
| 01/09/09 | NY/Richmond/NY | New York, NY | $219.20 | Vendor | B. Douton |

**Total**                              $14,075.70

# CIRCUIT CITY STORES, INC.

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/10/08 | From office to home | New York, New York | $9.40 | Vendor | E. Caplan |
| 11/10/08 | Parking fee - court | New York, New York | $13.00 | Vendor | N. Barnes |
| 11/11/08 | Rental car used during trip | Richmond, Virginia | $259.93 | Vendor | E. Caplan |
| 11/11/08 | From office to home | New York, New York | $8.10 | Vendor | E. Caplan |
| 11/11/08 | From office to home | New York, New York | $10.60 | Vendor | M. Messer |
| 11/11/08 | From company to airport | Richmond, Virginia | $66.00 | Vendor | N. Barnes |
| 11/12/08 | Parking fee | Richmond, Virginia | $16.00 | Vendor | E. Caplan |
| 11/13/08 | From office to home | New York, New York | $8.60 | Vendor | M. Messer |
| 11/13/08 | From office to home | New York, New York | $11.60 | Vendor | D. Lechner |
| 11/16/08 | From office to home | New York, New York | $6.60 | Vendor | E. Caplan |
| 11/16/08 | From home to office (wknd) | New York, New York | $8.28 | Vendor | L. Kwiatkowski |
| 11/17/08 | From airport to home | New York, New York | $9.84 | Vendor | E. Caplan |
| 11/17/08 | From home to airport | New York, New York | $26.05 | Vendor | E. Caplan |
| 11/18/08 | Rental car used during trip | Richmond, Virginia | $150.97 | Vendor | E. Caplan |
| 11/18/08 | From home to airport | New York, New York | $281.11 | Vendor | B. Douton |
| 11/18/08 | Parking fee | Richmond, Virginia | $16.00 | Vendor | M. Messer |
| 11/19/08 | Rental car used during trip | Richmond, Virginia | $143.62 | Vendor | M. Messer |
| 11/19/08 | From airport to office | New York, New York | $40.62 | Vendor | L. Kwiatkowski |
| 11/19/08 | From company to hotel | Richmond, Virginia | $30.00 | Vendor | N. Barnes |
| 11/19/08 | From one meeting to the next | Washington, DC | $7.00 | Vendor | N. Barnes |
| 11/20/08 | Parking fee | Richmond, Virginia | $16.00 | Vendor | E. Caplan |
| 11/20/08 | From office to home | New York, New York | $25.50 | Vendor | E. Caplan |
| 11/20/08 | Purchase of gas for rental car | Richmond, Virginia | $6.32 | Vendor | D. Lechner |
| 11/20/08 | Parking fee | Richmond, Virginia | $12.00 | Vendor | D. Lechner |
| 11/20/08 | From airport to office | New York, New York | $135.78 | Vendor | M. Messer |
| 11/20/08 | Parking fee | Richmond, Virginia | $16.00 | Vendor | L. Kwiatkowski |
| 11/21/08 | Rental car used during trip | Richmond, Virginia | $96.10 | Vendor | D. Lechner |
| 11/21/08 | Rental car used during trip | Richmond, Virginia | $99.75 | Vendor | L. Kwiatkowski |
| 11/21/08 | From office to lunch meeting | New York, New York | $7.00 | Vendor | N. Barnes |
| 11/22/08 | From home to office | New York, New York | $7.32 | Vendor | E. Caplan |
| 11/22/08 | From office to home | New York, New York | $9.70 | Vendor | D. Lechner |
| 11/24/08 | From office to home | New York, New York | $8.00 | Vendor | D. Lechner |
| 11/25/08 | From office to home | New York, New York | $9.40 | Vendor | D. Lechner |
| 12/01/08 | From home to airport | New York, New York | $30.76 | Vendor | E. Caplan |
| 12/01/08 | From office to home | New York, New York | $9.20 | Vendor | R. Kohan |

# CIRCUIT CITY STORES, INC.

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/02/08 | Parking fee | Richmond, Virginia | $16.00 | Vendor | M. Messer |
| 12/02/08 | From airport to meeting | Richmond, Virginia | $98.46 | Vendor | S. Tishman |
| 12/03/08 | From office to home | New York, New York | $9.20 | Vendor | R. Kohan |
| 12/03/08 | From company to hotel | Richmond, Virginia | $14.00 | Vendor | S. Tishman |
| 12/03/08 | From hotel to dinner meeting | Richmond, Virginia | $16.00 | Vendor | S. Tishman |
| 12/03/08 | From office to airport | New York, New York | $44.52 | Vendor | L. Kwiatkowski |
| 12/03/08 | Parking fee | Richmond, Virginia | $16.00 | Vendor | M. Messer |
| 12/04/08 | Rental car used during trip | Richmond, Virginia | $411.69 | Vendor | E. Caplan |
| 12/04/08 | From airport to office | New York, New York | $40.87 | Vendor | L. Kwiatkowski |
| 12/04/08 | From office to home | New York, New York | $24.48 | Vendor | E. Caplan |
| 12/05/08 | From office to home | New York, New York | $11.00 | Vendor | E. Caplan |
| 12/05/08 | From meeting to airport | Richmond, Virginia | $30.00 | Vendor | B. Douton |
| 12/05/08 | From airport to company | Richmond, Virginia | $29.30 | Vendor | L. Kwiatkowski |
| 12/06/08 | From airport to company | New York, New York | $42.00 | Vendor | E. Caplan |
| 12/07/08 | From office to home (wknd) | New York, New York | $7.32 | Vendor | E. Caplan |
| 12/07/08 | From home to airport (wknd) | New York, New York | $9.43 | Vendor | E. Caplan |
| 12/08/08 | From office to home | New York, New York | $8.76 | Vendor | E. Caplan |
| 12/08/08 | From office to home | New York, New York | $9.80 | Vendor | M. Messer |
| 12/08/08 | From airport to meeting | Richmond, Virginia | $55.90 | Vendor | L. Kwiatkowski |
| 12/09/08 | From office to home | New York, New York | $10.60 | Vendor | M. Messer |
| 12/10/08 | Parking fee | Richmond, Virginia | $16.00 | Vendor | M. Messer |
| 12/10/08 | From meeting to airport | Richmond, Virginia | $153.00 | Vendor | S. Tishman |
| 12/10/08 | From airport to meeting | Boston, Massachusetts | $143.00 | Vendor | S. Tishman |
| 12/10/08 | From office to home | New York, New York | $23.46 | Vendor | L. Kwiatkowski |
| 12/11/08 | Rental car used during trip | Richmond, Virginia | $145.48 | Vendor | M. Messer |
| 12/11/08 | Rental car used during trip | Richmond, Virginia | $214.97 | Vendor | L. Kwiatkowski |
| 12/12/08 | Parking fee | Richmond, Virginia | $16.00 | Vendor | L. Kwiatkowski |
| 12/12/08 | From airport to home | New York, New York | $37.43 | Vendor | E. Caplan |
| 12/12/08 | From airport to home | New York, New York | $41.25 | Vendor | L. Kwiatkowski |
| 12/13/08 | From office to home | New York, New York | $24.48 | Vendor | E. Caplan |
| 12/13/08 | From home to office (wknd) | New York, New York | $12.12 | Vendor | R. Kohan |
| 12/13/08 | From office to home | New York, New York | $7.25 | Vendor | R. Kohan |
| 12/15/08 | From office to home | New York, New York | $24.48 | Vendor | E. Caplan |
| 12/17/08 | From office to home | New York, New York | $10.70 | Vendor | M. Messer |
| 12/17/08 | From office to home | New York, New York | $24.48 | Vendor | E. Caplan |

# CIRCUIT CITY STORES, INC.

## Taxi Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/18/08 | From office to home | New York, New York | $25.00 | Vendor | D. Lechner |
| 12/19/08 | From office to home | New York, New York | $24.48 | Vendor | L. Kwiatkowski |
| 12/20/08 | From office to home (wknd) | New York, New York | $53.04 | Vendor | R. Kohan |
| 12/20/08 | From home to office (wknd) | New York, New York | $46.92 | Vendor | N. Barnes |
| 12/21/08 | From home to office (wknd) | New York, New York | $12.30 | Vendor | D. Lechner |
| 12/21/08 | From office to home (wknd) | New York, New York | $10.60 | Vendor | D. Lechner |
| 12/22/08 | From office to home | New York, New York | $24.48 | Vendor | E. Caplan |
| 12/23/08 | From office to home | New York, New York | $59.16 | Vendor | N. Bouyea |
| 12/23/08 | From office to home | New York, New York | $123.22 | Vendor | T. Miller |
| 12/23/08 | From office to home | New York, New York | $24.48 | Vendor | E. Caplan |
| 12/24/08 | From office to home | New York, New York | $8.70 | Vendor | E. Caplan |
| 12/26/08 | Transportion while in Richmond | Richmond, Virginia | $43.75 | Vendor | E. Caplan |
| 01/01/09 | From home to hotel | Windsor Locks, CT | $603.25 | Vendor | S. Tishman |
| 01/05/09 | From office to home | New York, New York | $24.48 | Vendor | E. Caplan |
| 01/06/09 | From office to home | New York, New York | $24.48 | Vendor | E. Caplan |
| 01/06/09 | From office to home | New York, New York | $32.64 | Vendor | N. Barnes |
| 01/07/09 | From office to home | New York, New York | $8.20 | Vendor | D. Lechner |
| 01/07/09 | From office to home | New York, New York | $26.52 | Vendor | E. Caplan |
| 01/08/09 | From office to home | New York, New York | $32.64 | Vendor | E. Caplan |
| 01/09/09 | From airport to home | New York, New York | $147.46 | Vendor | B. Douton |
| 01/09/09 | From home to airport | New York, New York | $60.00 | Vendor | B. Douton |
| 01/12/09 | From airport to office | New York, New York | $91.80 | Vendor | N. Barnes |
| 01/12/09 | From office to home | New York, New York | $105.57 | Vendor | N. Barnes |
| 01/13/09 | From office to home | New York, New York | $103.79 | Vendor | N. Barnes |
| 01/15/09 | From office to home | New York, New York | $103.79 | Vendor | N. Barnes |
| 01/15/09 | From office to home | New York, New York | $24.48 | Vendor | E. Caplan |
| 01/16/09 | From office to home | New York, New York | $103.79 | Vendor | N. Barnes |
| 01/28/09 | From office to home | New York, New York | $103.79 | Vendor | N. Barnes |

**Total**    $5,464.39

# CIRCUIT CITY STORES, INC.

## Hotel Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/10/08 | Jefferson 1 night | Richmond, VA | $242.95 | Vendor | E. Caplan |
| 11/10/08 | Jefferson 1 night | Richmond, VA | $242.95 | Vendor | L. Kwiatkowski |
| 11/10/08 | Jefferson 1 night | Richmond, VA | $247.95 | Vendor | N. Barnes |
| 11/18/08 | Jefferson 1 night | Richmond, VA | $220.35 | Vendor | E. Caplan |
| 11/18/08 | Jefferson 1 night | Richmond, VA | $276.85 | Vendor | M. Messer |
| 11/18/08 | Jefferson 1 night | Richmond, VA | $220.35 | Vendor | L. Kwiatkowski |
| 11/18/08 | Jefferson 1 night | Richmond, VA | $220.35 | Vendor | N. Barnes |
| 11/19/08 | Jefferson 1 night | Richmond, VA | $242.95 | Vendor | D. Lechner |
| 11/20/08 | Jefferson 1 night | Richmond, VA | $242.95 | Vendor | E. Caplan |
| 11/20/08 | Jefferson 1 night | Richmond, VA | $242.95 | Vendor | D. Lechner |
| 11/20/08 | Jefferson 1 night | Richmond, VA | $242.95 | Vendor | L. Kwiatkowski |
| 12/02/08 | Jefferson 1 night | Richmond, VA | $299.45 | Vendor | M. Messer |
| 12/03/08 | Jefferson 1 night | Richmond, VA | $299.45 | Vendor | M. Messer |
| 12/03/08 | Sheraton 1 night | Richmond, VA | $202.27 | Vendor | S. Tishman |
| 12/03/08 | Jefferson 1 night | Richmond, VA | $276.85 | Vendor | L. Kwiatkowski |
| 12/03/08 | Jefferson 1 night | Richmond, VA | $299.45 | Vendor | N. Barnes |
| 12/10/08 | Jefferson 1 night | Richmond, VA | $276.85 | Vendor | L. Kwiatkowski |
| 12/10/08 | Jefferson 1 night | Richmond, VA | $220.35 | Vendor | M. Messer |
| 12/13/08 | Sheraton 1 night | Richmond, VA | $258.77 | Vendor | D. Lechner |
| 12/17/08 | Sheraton 1 night | Richmond, VA | $224.87 | Vendor | D. Lechner |
| 01/01/09 | Double Tree 1 night | Windsor Locks, CT | $122.08 | Vendor | S. Tishman |
| 01/02/09 | Marriott 1 night | Mexico City, MX | $483.60 | Vendor | S. Tishman |
| 01/06/09 | Ceasars Palace 1 night | Las Vegas, NV | $124.26 | Vendor | S. Tishman |
| 01/06/09 | Ceasars Palace 1 night | Las Vegas, NV | $235.17 | Vendor | N. Barnes |
| 01/07/09 | Ceasars Palace 1 night | Las Vegas, NV | $258.88 | Vendor | S. Tishman |
| 01/07/09 | Ceasars Palace 1 night | Las Vegas, NV | $235.17 | Vendor | N. Barnes |

**Total**      $6,461.02

# CIRCUIT CITY STORES, INC.

## Miscellaneous Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/20/08 | Non-receipt expense (toll) | Richmond, VA | $3.00 | Vendor | D. Lechner |
| 12/19/08 | Head set for work on Circuit City | New York, NY | $108.36 | Vendor | D. Lechner |
| 12/30/08 | Credit card charged in error | New York, NY | -$1,035.08 | Vendor | D. Lechner |
| 01/02/09 | Non-receipt expense (tips) | Mexico City, MX | $16.55 | Vendor | S. Tishman |
| 01/07/09 | Non-receipt expense (tips) | Las Vegas, NV | $10.00 | Vendor | S. Tishman |
| **Total** | | | -$897.17 | | |

# CIRCUIT CITY STORES, INC.

## Legal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation Vendor | Incurred By Estimate |
|---|---|---|---|---|---|
| 12/18/08 | Debevoise & Plimpton | New York, NY | $9,199.80 | | |
| **Total** | | | $9,199.80 | | |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

*Client / Matter Name: ROTHSCHILD RESTRUCTURING ENGAGEMENTS - CIRCUIT CITY*

*Client / Matter Number: 21689.1066*

*Period Covered: November 1, 2008 through November 30, 2008*

*Billing Partner: Richard F. Hahn*

*Reviewing Partner: Debevoise & Plimpton*

*December 10, 2008*

*Client : ROTHSCHILD RESTRUCTURING ENGAGEMENTS*            *Invoice No.: 1143703*

| | |
|---|---|
| **Total  Fees** | $9,135.00 |
| **Document Preparation, Communication, Other Charges and Disbursements** | 64.80 |
| **Total Amount Due** | $9,199.80 |

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1143703

December 10, 2008

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

### Remittance Summary
(Payment Due Upon Receipt)

| | |
|---|---:|
| **Total  Fees** | $9,135.00 |
| **Document Preparation, Communication, Other Charges and Disbursements** | <u>64.80</u> |
| **Total Amount Due** | <u>$9,199.80</u> |

### *Remit Payment By:*

*Check*

Debevoise & Plimpton LLP
Accounting Department, 28th Floor
919 Third Avenue
New York, N.Y 10022

Wire Transfer

Citibank, N.A., New York, N.Y
ABA # 021000089
Swift: CITIUS33 Account # 4919-9225
Invoice No.: 1143703

*Tax Identification Number 13 - 5537279*

22874622v1

*Timekeeper Summary*

| Timekeeper | Hours | Billed Per Hour | Amount |
|---|---|---|---|
| PARTNER | | | |
| Richard F. Hahn | 0.90 | 990.00 | 891.00 |
| **TOTAL FOR PARTNER** | **0.90** | | **$891.00** |
| ASSOCIATE | | | |
| Derek P. Alexander | 14.70 | 395.00 | 5,806.50 |
| Maureen A. Cronin | 3.90 | 625.00 | 2,437.50 |
| **TOTAL FOR ASSOCIATE** | **18.60** | | **$8,244.00** |

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 11/13/08 | D Alexander | Responding to correspondence and preparing revisions of retention documents. | 1.30 | 513.50 |
| 11/17/08 | R Hahn | Attention to Skadden comments on retention application. | 0.70 | 693.00 |
| 11/17/08 | M Cronin | Attention to emails re revisions to retention app. | 0.10 | 62.50 |
| 11/19/08 | D Alexander | Monitoring docket and replying to inquiries from Skadden regarding retentino application. | 1.80 | 711.00 |
| | | Hours / Amount: | 19.50 | $9,135.00 |

| Disbursement & Other Charges: | Amount |
|-------------------------------|--------|
| Lawyer Late Night Transportation | 45.90 |
| Duplicating | 0.20 |
| Westlaw Services | 18.70 |
| Disbursement Total: | $64.80 |

**Total this Matter :**          $9,199.80

# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

Invoice Number: 1143703

December 10, 2008

Rothschild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: Todd R. Snyder

Matter Number:  21689.1066

For Professional Services and Advice rendered from November 1, 2008 through November 30, 2008 in connection
with **CIRCUIT CITY**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 10/30/08 | M Cronin | Email re Circuit City; conflict check | 0.10 | 62.50 |
| 11/03/08 | M Cronin | Call w/ BD re application | 0.10 | 62.50 |
| 11/04/08 | D Alexander | Preparing retention materials. | 2.40 | 948.00 |
| 11/04/08 | M Cronin | Review of interested parties and comments to chart | 0.40 | 250.00 |
| 11/05/08 | M Cronin | Attn to emails w/ DA re application; begin review of same | 0.90 | 562.50 |
| 11/06/08 | M Cronin | Finalize review of retention documents and comments thereto; emails re disclosure and edits to chart | 2.00 | 1,250.00 |
| 11/07/08 | D Alexander | Circuit City retention document preparation and revision. | 3.20 | 1,264.00 |
| 11/07/08 | M Cronin | Call w/ BD re status | 0.10 | 62.50 |
| 11/08/08 | R Hahn | Revisions to retention application. | 0.20 | 198.00 |
| 11/08/08 | M Cronin | Attention to emails w/RFH and DA re changes to application. | 0.20 | 125.00 |
| 11/09/08 | D Alexander | Circuit City retention document preparation and revision. | 1.70 | 671.50 |
| 11/10/08 | D Alexander | Circuit City retention document preparation and revision. | 0.40 | 158.00 |
| 11/12/08 | D Alexander | Responding to correspondence and preparing revisions of retention documents. | 3.90 | 1,540.50 |

22874622v1

# CIRCUIT CITY STORES, INC.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/10/08 | Traveling meal (lunch) | Richmond, VA | $15.62 | Vendor | E. Caplan |
| 11/10/08 | Traveling meal (b'fast) | New York, NY | $6.05 | Vendor | E. Caplan |
| 11/11/08 | Traveling meal (lb'fast) | Richmond, VA | $4.57 | Vendor | E. Caplan |
| 11/11/08 | Traveling meal (lunch) | Richmond, VA | $12.65 | Vendor | E. Caplan |
| 11/11/08 | Traveling meal (dinner) | Richmond, VA | $31.99 | Vendor | L. Kwiatowski |
| 11/11/08 | Traveling meal (lunch) | Richmond, VA | $8.67 | Vendor | L. Kwiatowski |
| 11/11/08 | Traveling meal (lunch) | Richmond, VA | $8.79 | Vendor | N. Barnes |
| 11/12/08 | Traveling meal (lunch) | Richmond, VA | $12.21 | Vendor | E. Caplan |
| 11/12/08 | Meal refund (hotel) | Richmond, VA | -$2.77 | Vendor | E. Caplan |
| 11/18/08 | Traveling meal (b'fast) | Richmond, VA | $4.09 | Vendor | E. Caplan |
| 11/18/08 | Traveling meal (lunch) | Richmond, VA | $12.95 | Vendor | E. Caplan |
| 11/18/08 | Traveling meal (dinner) | Richmond, VA | $63.28 | Vendor | E. Caplan |
| 11/18/08 | Traveling meal (b'fast) | Richmond, VA | $5.25 | Vendor | M. Messer |
| 11/18/08 | Traveling meal (dinner) | Richmond, VA | $18.65 | Vendor | M. Messer |
| 11/18/08 | Traveling meal (dinner) | Richmond, VA | $39.80 | Vendor | L. Kwiatowski |
| 11/18/08 | Traveling meal (b'fast) | Richmond, VA | $5.55 | Vendor | L. Kwiatowski |
| 11/18/08 | Traveling meal (lunch) | Richmond, VA | $19.34 | Vendor | N. Barnes, L. Kwiatkowski & M. Messer |
| 11/19/08 | Traveling meal (b'fast) | Richmond, VA | $5.00 | Vendor | M. Messer |
| 11/19/08 | Traveling meal (dinner) | Richmond, VA | $44.47 | Vendor | D. Lechner |
| 11/19/08 | Traveling meal (dinner) | Richmond, VA | $30.00 | Vendor | D. Lechner |
| 11/19/08 | Traveling meal (b'fast) | Richmond, VA | $6.25 | Vendor | L. Kwiatowski |
| 11/19/08 | Traveling meal (dinner) | Richmond, VA | $10.15 | Vendor | R. Kohan |
| 11/20/08 | Traveling meal (b'fast) | Richmond, VA | $4.18 | Vendor | E. Caplan |
| 11/20/08 | Traveling meal (dinner) | Richmond, VA | $132.45 | Vendor | E. Caplan & L. Kwiatowski |
| 11/20/08 | Traveling meal (lunch) | Richmond, VA | $7.85 | Vendor | D. Lechner |
| 11/20/08 | Traveling meal (b'fast) | Richmond, VA | $10.65 | Vendor | D. Lechner |
| 11/20/08 | Traveling meal (dinner) | Richmond, VA | $25.66 | Vendor | D. Lechner |
| 11/21/08 | Traveling meal (b'fast) | Richmond, VA | $15.14 | Vendor | E. Caplan |
| 11/21/08 | Traveling meal (dinner) | Richmond, VA | $11.03 | Vendor | D. Lechner |
| 11/21/08 | Traveling meal (lunch) | Richmond, VA | $5.01 | Vendor | D. Lechner |
| 11/21/08 | Traveling meal (b'fast) | Richmond, VA | $15.14 | Vendor | D. Lechner |
| 11/21/08 | Traveling meal (b'fast) | Richmond, VA | $10.54 | Vendor | L. Kwiatowski |
| 12/02/08 | Traveling meal (lunch) | Richmond, VA | $17.23 | Vendor | E. Caplan |
| 12/02/08 | Traveling meal (dinner) | Richmond, VA | $30.53 | Vendor | E. Caplan |

# CIRCUIT CITY STORES, INC.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/02/08 | Traveling meal (b'fast) | Richmond, VA | $6.37 | Vendor | E. Caplan |
| 12/02/08 | Traveling meal (b'fast) | Richmond, VA | $7.35 | Vendor | M. Messer |
| 12/02/08 | Traveling meal (lunch) | Richmond, VA | $7.75 | Vendor | M. Messer |
| 12/02/08 | Traveling meal (dinner) | Richmond, VA | $25.28 | Vendor | M. Messer |
| 12/02/08 | Traveling meal (lunch) | Richmond, VA | $6.27 | Vendor | N. Barnes |
| 12/03/08 | Traveling meal (b'fast) | Richmond, VA | $21.67 | Vendor | M. Messer |
| 12/03/08 | Traveling meal (dinner) | Richmond, VA | $37.39 | Vendor | M. Messer |
| 12/03/08 | Traveling meal (b'fast) | Richmond, VA | $5.61 | Vendor | L. Kwiatowski |
| 12/03/08 | Traveling meal (dinner) | Richmond, VA | $151.43 | Vendor | N. Barnes, L. Kwiatowski & E. Caplan |
| 12/04/08 | Traveling meal (b'fast) | Richmond, VA | $3.89 | Vendor | E. Caplan |
| 12/04/08 | Traveling meal (lunch) | Richmond, VA | $3.37 | Vendor | E. Caplan |
| 12/04/08 | Traveling meal (dinner) | Washington, DC | $8.96 | Vendor | R. Kohan |
| 12/04/08 | Traveling meal (b'fast) | Richmond, VA | $4.52 | Vendor | L. Kwiatowski |
| 12/05/08 | Traveling meal (b'fast) | Richmond, VA | $5.55 | Vendor | E. Caplan |
| 12/05/08 | Traveling meal (lunch) | Richmond, VA | $7.85 | Vendor | B. Douton |
| 12/05/08 | Traveling meal (b'fast) | Richmond, VA | $7.77 | Vendor | L. Kwiatowski |
| 12/08/08 | Dinner meeting | New York, NY | $200.00 | Vendor | S. Tishman, N. Augustine & P. Peddillo |
| 12/10/08 | Traveling meal (b'fast) | Richmond, VA | $6.05 | Vendor | M. Messer |
| 12/10/08 | Traveling meal (dinner) | Richmond, VA | $44.60 | Vendor | M. Messer |
| 12/10/08 | Traveling meal (dinner) | Richmond, VA | $41.32 | Vendor | L. Kwiatowski |
| 12/11/08 | Traveling meal (b'fast) | Richmond, VA | $19.71 | Vendor | M. Messer |
| 12/11/08 | Traveling meal (lunch) | New York, NY | $21.07 | Vendor | E. Caplan |
| 12/11/08 | Traveling meal (b'fast) | Richmond, VA | $5.01 | Vendor | E. Caplan |
| 12/12/08 | Traveling meal (dinner) | Richmond, VA | $33.30 | Vendor | L. Kwiatowski |
| 12/22/08 | Working dinner | New York, NY | $22.11 | Vendor | E. Caplan |
| 12/22/08 | Working dinner | New York, NY | $23.09 | Vendor | D. Lechner |
| 12/23/08 | Working dinner | New York, NY | $24.67 | Vendor | E. Caplan |
| 01/02/09 | Traveling meal (dinner) | Mexico City, MX | $81.60 | Vendor | S. Tishman |
| 01/05/09 | Working dinner | New York, NY | $24.40 | Vendor | E. Caplan |
| 01/05/09 | Working dinner | New York, NY | $23.54 | Vendor | D. Lechner |
| 01/06/09 | Working dinner | New York, NY | $21.45 | Vendor | E. Caplan |
| 01/06/09 | Working dinner | New York, NY | $24.66 | Vendor | D. Lechner |
| 01/07/09 | Working dinner | New York, NY | $23.56 | Vendor | E. Caplan |
| 01/07/09 | Working dinner | New York, NY | $24.45 | Vendor | D. Lechner |

# CIRCUIT CITY STORES, INC.

## Meal Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 01/07/09 | Traveling meal (dinner) | Las Vegas, NV | $50.64 | Vendor | S. Tishman & N. Barnes |
| 01/07/09 | Traveling meal (lunch) | Richmond, VA | $10.72 | Vendor | N. Barnes |
| 01/08/09 | Working dinner | New York, NY | $24.40 | Vendor | E. Caplan |
| 01/08/09 | Traveling meal (lunch) | Las Vegas, NV | $19.75 | Vendor | N. Barnes |
| 01/08/09 | Traveling meal (dinner) | Las Vegas, NV | $60.10 | Vendor | N. Barnes & S. Tishman |
| 01/09/09 | Working dinner | New York, NY | $24.66 | Vendor | E. Caplan |
| 01/12/09 | Working dinner | New York, NY | $23.86 | Vendor | E. Caplan |
| 01/13/09 | Working dinner | New York, NY | $24.40 | Vendor | E. Caplan |
| 01/13/09 | Lunch meeting | New York, NY | $397.62 | Vendor | ST,BD,DL,NB,G. Galardi, b. Bsanko, J. Brim, K. Chew, etc |
| 01/14/09 | Working dinner | New York, NY | $24.34 | Vendor | E. Caplan |
| 01/14/09 | Lunch meeting | New York, NY | $169.99 | Vendor | ST, NB, B. Besanko, J. Marcum, K. Chew, M. Waiting, etc. |
| 01/15/09 | Working dinner | New York, NY | $24.34 | Vendor | E. Caplan |
| 01/16/09 | Working dinner | New York, NY | $17.02 | Vendor | E. Caplan |
| 01/16/09 | Working dinner | New York, NY | $17.01 | Vendor | L. Kwiatowski |
| 01/21/09 | Working dinner | New York, NY | $24.40 | Vendor | E. Caplan |
| 01/23/09 | Working dinner | New York, NY | $24.28 | Vendor | E. Caplan |
| 01/24/09 | Working dinner | New York, NY | $21.03 | Vendor | E. Caplan |
| 01/24/09 | Working dinner | New York, NY | $21.51 | Vendor | L. Kwiatowski |
| 01/26/09 | Working dinner | New York, NY | $24.40 | Vendor | E. Caplan |
| 01/27/09 | Working dinner | New York, NY | $25.15 | Vendor | E. Caplan |
| 01/28/09 | Working dinner | New York, NY | $25.00 | Vendor | E. Caplan |
| 01/29/09 | Working dinner | New York, NY | $25.00 | Vendor | E. Caplan |
| 01/31/09 | Working dinner | New York, NY | $20.17 | Vendor | L. Kwiatowski |

**Total**    $2,723.38

# CIRCUIT CITY STORES, INC.

## Word Processing Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| Jan-09 | Word process charge | New York, NY | $877.89 | Vendor | Various |
| **Total** | | | $877.89 | | |

# CIRCUIT CITY STORES, INC.

## Copy Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/03/08 | Create books for presentation | Richmond, VA | $1,076.76 | Federaal Express | E. Caplan |
| 12/04/08 | Create books for presentation | Richmond, VA | $52.66 | Federaal Express | E. Caplan |
| Jan-09 | Black, white & color copies | New York, NY | $19.00 | BW $0.10/pg Color $1.00/pg | Various |
| 01/08/09 | Outside copies | Las Vegas, NV | $5.00 | Ceasars Palace | N. Barnes |
| **Total** | | | $1,153.42 | | |

# CIRCUIT CITY STORES, INC.

## Research/Database Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 12/31/08 | Dun & Bradstreet | New York, NY | $7.59 | Vendor | Various |
| 12/31/08 | Pacer | New York, NY | $39.37 | Vendor | Various |
| 01/01/09 | Cap IQ | New York, NY | $6.60 | Vendor | Various |
| 01/01/09 | Cap IQ | New York, NY | $172.70 | Vendor | L. Kwiatowski |
| 01/01/09 | Cap IQ | New York, NY | $193.60 | Vendor | E. Caplan |
| 01/01/09 | Cap IQ | New York, NY | $9.90 | Vendor | R. Kohan |
| 01/01/09 | Thomson Financial | New York, NY | $50.49 | Vendor | Various |
| 01/01/09 | Thomson Financial | New York, NY | $4.59 | Vendor | Various |
| 01/01/09 | Thomson Financial | New York, NY | $55.08 | Vendor | Various |
| 01/01/09 | Factiva | New York, NY | $37.39 | Vendor | Various |
| 01/01/09 | Factiva | New York, NY | $18.89 | Vendor | N. Barnes |
| 01/01/09 | Factiva | New York, NY | $3.08 | Vendor | E. Caplan |
| 01/01/09 | Factiva | New York, NY | $4.63 | Vendor | M. Messer |
| 01/05/09 | Haver Analytics | New York, NY | $222.17 | Vendor | Various |
| 01/05/09 | Research material | New York, NY | $100.00 | Vendor | E. Caplan |
| 01/05/09 | Research material | New York, NY | $50.00 | Vendor | L. Kwiatowski |
| 01/15/09 | Thomson Financial | New York, NY | $24.19 | Vendor | Various |

**Total** $1,000.27

# CIRCUIT CITY STORES, INC.

## Telephone/Communication Expense Breakdown

| Date Incurred | Description | City | Cost | Method of Computation | Incurred By |
|---|---|---|---|---|---|
| 11/07/08 | Conference call | New York, NY | $21.66 | Vendor | N. Barnes & 7 parties |
| 11/11/08 | Conference call | New York, NY | $93.90 | Vendor | N. Barnes & 9 parties |
| 11/12/08 | Conference call | New York, NY | $1.89 | Vendor | B. Douton & 3 parties |
| 11/12/08 | Conference call | New York, NY | $3.22 | Vendor | B. Douton & 3 parties |
| 11/12/08 | Conference call | New York, NY | $3.57 | Vendor | B. Douton & 2 parties |
| 11/13/08 | Client discussion/cellular | New York, NY | $53.00 | Vendor | B. Douton |
| 11/19/08 | Conference call | New York, NY | $0.29 | Vendor | B. Douton & 1 party |
| 11/20/08 | Outside fax | Richmond, VA | $3.00 | Vendor | D. Lechner |
| 11/24/08 | Conference call | New York, NY | $26.46 | Vendor | N. Barnes & 15 parties |
| 11/30/08 | Conference call | New York, NY | $12.70 | Vendor | N. Barnes & 7 parties |
| 12/15/08 | Conference call | New York, NY | $29.94 | Vendor | R. Kohan & 2 parties |
| 01/08/09 | Business call | Las Vegas, NV | $4.50 | Vendor | N. Barnes |
| 01/08/09 | Internet usage | Las Vegas, NV | $29.98 | Vendor | N. Barnes |
| 01/11/09 | Conference call | New York, NY | $28.65 | Vendor | N. Barnes & 7 parties |

**Total** $312.76