Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                          :    Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :    Case No. 08-35653 (KRH)
et al.,                         :
                                :
            Debtors.            :    Jointly Administered
- - - - - - - - - - - - - - - x

    FIRST INTERIM FEE APPLICATION OF SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP FOR COMPENSATION FOR SERVICES
    RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
    DEBTORS FOR THE PERIOD FROM NOVEMBER 10, 2008 THROUGH
              AND INCLUDING JANUARY 31, 2009

Name of Applicant: Skadden, Arps, Slate, Meagher & Flom
LLP

Authorized to provide professional services to: Circuit
City Stores, Inc., et al.

Date of retention: effective November 10, 2008

Period for which compensation and reimbursement are sought: November 10, 2008 through and including January 31, 2009

Amount of compensation sought as actual, reasonable, and necessary: $3,074,399.00

Amount of expense reimbursement sought as actual, reasonable, and necessary: $128,170.00

This is a/an: ___ monthly _X_ interim ___ final application.

The Application does not request compensation at this time for services rendered in preparing this Application. The Applicant intends to seek such compensation at a later date.

COMPENSATION BY PROFESSIONAL PERSON
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
November 10, 2008 - January 31, 2009

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| **PARTNER** | | | | |
| Chris L. Dickerson | 1998 | $825 | 264.5 | $210,589.00 |
| John P. Furfaro | 1980 | $945 | 83.1 | $78,530.00 |
| Gregg M. Galardi | 1990 | $945 | 449.7 | $397,529.00 |
| Neil M. Leff | 1980 | $975 | 12.9 | $12,577.00 |
| David F. Levy | 1995 | $775 | 94.5 | $73,238.00 |
| Edward J. Meehan | 1984 | $945 | 50.8 | $45,644.00 |
| Timothy G. Reynolds | 1980 | $945 | 23.1 | $21,830.00 |
| | **TOTAL PARTNER** | | 978.6 | $839,937.00 |
| **COUNSEL** | | | | |
| Kristin Major | 1997 | $760 | 20.4 | $15,504.00 |
| | **TOTAL COUNSEL** | | 20.4 | $15,504.00 |
| **ASSOCIATE** | | | | |
| Sarah K. Baker | 2006 | $495 | 445.6 | $220,577.00 |
| Michelle L. Brunsvold | 2005 | $540 | 151.4 | $81,756.00 |
| David Conway | 1996 | $680 | 37.4 | $25,432.00 |
| Sarah S. Dale | 2007 | $460 | 6.8 | $3,128.00 |
| Brian J. Devirgilio | 2008 | $360-395* | 113.8 | $42,330.00 |
| Folarin S. Dosunmu | 2004 | $595 | 385.7 | $229,492.50 |
| Mark G. Eskenazi | 2009 | $360 | 34.7 | $12,492.00 |
| Ian S. Fredericks | 2003 | $540-595* | 701.6 | $380,729.00 |
| Matthew Gartner | 2006 | $495 | 29.5 | $14,603.00 |
| Kellan Grant | 2000 | $625 | 449.5 | $272,382.00 |
| Douglas D. Herrmann | 2006 | $540 | 7.8 | $4,212.00 |
| Caroline P. Jacobson | 2008 | $360-395* | 50.3 | $19,018.00 |
| Collin P. Janus | 2008 | $395 | 175.1 | $69,167.00 |
| Jennifer A. Karpe | 2008 | $395 | 6.3 | $2,488.00 |
| Christine W. Kim | 2009 | $360 | 13.2 | $4,752.00 |
| Samuel W. Krause | 1998 | $680 | 16 | $10,880.00 |
| Jessica S. Kumar | 2007 | $460 | 397.6 | $180,711.00 |

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|------------------|------|-------|--------|
| Kelly A. Lazaroff | 2008 | $360-395* | 450.8 | $172,210.00 |
| Jason M. Liberi | 2003 | $625 | 101.3 | $63,312.00 |
| Beth O. Libow | 2009 | $360 | 39.2 | $14,112.00 |
| Mike Murphy | 2007 | $460 | 71.2 | $32,752.00 |
| Amber L. Reed | 2008 | $360-395* | 145.9 | $55,230.00 |
| Sarah T. Runnells | 2008 | $360-395* | 22.5 | $8,279.00 |
| Risa M. Salins | 2001 | $680 | 202.8 | $137,904.00 |
| Margaret C. Thering | 2008 | $395 | 9.5 | $3,752.00 |
| Daniel M. Trevino | 2002 | $625 | 32.1 | $20,063.00 |
| | | | | |
| | TOTAL ASSOCIATE | | 4097.6 | $2,081,763.00 |
| | | | | |
| PARAPROFESSIONALS | | | | |
| Matt Adrian | | $255 | 55.1 | $14,051.00 |
| Joshua J. Bugay | | $170 | 5.4 | $918.00 |
| Lan T. Chu | | $320 | 7.25 | $2,320.00 |
| Jeffrey Demma | | $295 | 27.2 | $8,025.00 |
| Carol L. Greenway | | $175 | 36 | $6,301.00 |
| Christopher M. Heaney | | $295 | 125.9 | $37,144.00 |
| Christine H. Ingram | | $330 | 22.5 | $7,425.00 |
| Wendy K. LaManna | | $295 | 85.5 | $25,226.00 |
| Larry S. Morton | | $295 | 5.5 | $1,623.00 |
| Samantha E. Ross | | $300 | 7 | $2,100.00 |
| Mia Volkening | | $220 | 5.8 | $1,276.00 |
| Lynn S. Zoldan | | $295 | 12 | $3,540.00 |
| A. Kaitlin Zylich | | $220 | 123.8 | $27,236.00 |
| | | | | |
| | TOTAL PARAPROFESSIONALS | | 518.95 | $136,367.00 |
| | | | | |
| | | TOTAL | 5615.55 | $3,074,399.00 |

**BLENDED HOURLY RATE**  $547.50

*Rate changed during course of the application period based on change in experience or professional qualifications (i.e. admission to the bar of the applicable jurisdiction).

2

**COMPENSATION BY PROJECT CATEGORY**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**NOVEMBER 10, 2008 – JANUARY 31, 2009**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| General Corporate Advice | 12.8 | $11,515.00 |
| Asset Analysis and Recovery | 91 | $72,788.00 |
| Assets Dispositions (General) | 467.1 | $295,418.00 |
| Asset Dispositions (Inventory) | 5 | $2,984.00 |
| Asset Dispositions (Real Property) | 39.6 | $26,047.00 |
| Automatic Stay (Relief Action) | 111.8 | $29,031.00 |
| Business Operations / Strategic Planning | 0.3 | $284.00 |
| Case Administration | 444.6 | $201,756.00 |
| Claims Admin (General) | 56.7 | $28,071.00 |
| Claims Admin. (Reclamation/Trust Funds) | 99.3 | $40,336.00 |
| Credit Card Agreements | 49.3 | $32,608.00 |
| Creditor Meetings / Statutory Committees | 36.4 | $30,712.00 |
| Disclosure Statement / Voting Issues | 52.4 | $30,688.00 |
| Employee Matters (General) | 741.7 | $400,690.00 |
| Executory Contracts (Personalty) | 129.4 | $65,071.00 |
| Financing (DIP and Emergence) | 421.75 | $270,182.00 |
| Insurance | 41.5 | $30,985.00 |
| Intellectual Property | 8.8 | $3,996.00 |
| Leases (Real Property) | 1055.0 | $562,479.00 |
| Litigation (General) | 70.8 | $42,286.00 |
| Nonworking Travel Time* | 166.9 | $60,875.00 |
| Regulatory and SEC Matters | 1.4 | $785.00 |
| Reorganization Plan / Plan Sponsors | 9.3 | $5,813.00 |
| Reports and Schedules | 23.7 | $13,799.00 |

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Retention / Fee Matters (SASM&F) | 171.3 | $64,137.00 |
| Retention /Fee Matters / Objections (Others) | 164.9 | $89,596.00 |
| Secured Claims | 55.6 | $25,101.00 |
| Tax Matters | 560.0 | $316,736.00 |
| U.S. Trustee Matters | 1.3 | $1,229.00 |
| Utilities | 275.7 | $139,549.00 |
| Vendors Matters | 250.2 | $150,235.00 |
| **TOTAL** | **5615.55** | **$3,074,399.00** |

*Billed at 50%.

**EXPENSE SUMMARY**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
**NOVEMBER 10, 2008 - JANUARY 31, 2009**

| Expense Category | Total Expenses |
|---|---|
| Computer Legal Research | $67,675.00 |
| Telecommunications | $1028.00 |
| Reproduction and Document Preparation | $7,010.00 |
| Outside Research | $868.00 |
| Travel* | $43,175.00 |
| Courier, Express Carriers (e.g., Federal Express) and Postage | $4,999.00 |
| Electronic Document Management | $3,416.00 |
| **TOTAL** | **$128,170.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - -  x
In re:                           : Chapter 11
                                 :
CIRCUIT CITY STORES, INC.,       : Case No. 08-35653 (KRH)
et al.,                          :
                                 :
              Debtors.¹          : Jointly Administered
                                 :
- - - - - - - - - - - - - - -  x
```

FIRST INTERIM APPLICATION OF SKADDEN, ARPS,
SLATE, MEAGHER & FLOM LLP FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM
NOVEMBER 10, 2008 THROUGH AND INCLUDING JANUARY 31, 2009

Skadden, Arps, Slate, Meagher & Flom LLP and

its affiliated law offices (collectively, "Skadden,

Arps"), counsel for the debtors and debtors in

possession in the above-captioned cases (collectively,

---

¹ The Debtors are the following entities: The Debtors and the last
four digits of their respective taxpayer identification numbers
are as follows: Circuit City Stores, Inc. (3875), Circuit City
Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux
International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0041), CC Distribution Company of
Virginia, Inc. (2821), Circuit City Properties, LLC (3353),
Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc.
(4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311),
Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit
City Stores PR, LLC (5512). The address for Circuit City Stores
West Coast, Inc. is 9250 Sheridan Boulevard, Westminster,
Colorado 80031. For all other Debtors, the address is 9950
Mayland Drive, Richmond, Virginia 23233.

the "Debtors"), submit this application seeking
allowance of interim compensation and reimbursement of
expenses under sections 330 and 331 of title 11 of the
United States Code (the "Bankruptcy Code") for the
period from November 10, 2008 through and including
January 31, 2009, and represent as follows:

## JURISDICTION

1.    This Court has jurisdiction to consider
this Motion under 28 U.S.C. §§ 157 and 1334.  This is a
core proceeding under 28 U.S.C. § 157(b).  Venue of
these cases and this Motion in this district is proper
under 28 U.S.C. §§ 1408 and 1409.

2.    The statutory predicates for the relief
requested herein are Bankruptcy Code sections 330 and
331.

## BACKGROUND

3.    On November 10, 2008 (the "Petition
Date"), the Debtors filed voluntary petitions in this
Court for relief under chapter 11 of the Bankruptcy Code.

4.    On January 12, 2009, the Court entered an
order anthorizing the Debtors to conduct auctions for a

2

sale or sales of the Debtors' businesses as a going
concern or for liquidation (D.I. 1460).

5. At the conclusion of the auction, the
Debtors determined that the highest and otherwise best
bid was that of Great American Group WF, LLC, Hudson
Capital Partners, LLC, SB Capital Group, LLC, and Tiger
Capital Group, LLC (collectively, the "Agent"). On
January 16, 2009, the Court approved the Agent's bid and
authorized the Debtors to conduct going out of business
sales at the Debtors' remaining stores (D.I. 1634). The
Agent commenced going out of business sales at the
Debtors' remaining stores on January 17, 2009.

## RETENTION OF SKADDEN, ARPS

6. On November 20, 2008, the Debtors applied
to the Court for an order authorizing them to retain
Skadden, Arps pnrsuant to an engagement agreement dated
September 1, 2008 (the "Engagement Agreement") as their
bankruptcy counsel, effective as of the Petition Date,
to provide the following professional services:

> (a) advising the Debtors with respect to
> their powers and duties as debtors and debtors
> in possession in the continued management and
> operation of their businesses and properties;

3

(b) attending meetings and negotiating with representatives of creditors and other parties in interest and advising and consulting on the conduct of the cases, including all of the legal and Interim Compensation requirements of operating in chapter 11;

(c) taking all necessary action to protect and preserve the Debtors' estates, including the prosecution of actions on behalf of the Debtors' estates, the defense of any actions commenced against those estates, negotiations concerning litigation in which the Debtors may be involved and objections to claims filed against the estates;

(d) preparing, on behalf of the Debtors, motions, applications, answers, orders, reports, and papers necessary to the administration of the estates;

(e) preparing and negotiating on the Debtors' behalf plan(s) of reorganization, disclosure statement(s), and all related agreements and/or documents and taking any necessary action on behalf of the Debtors to obtain confirmation of such plan(s);

(f) advising the Debtors in connection with any sale of assets;

(g) performing other necessary legal services and providing other necessary legal advice to the Debtors in connection with these chapter 11 cases; and

(h) appearing before this Court, any appellate courts, and the United States Trustee and protecting the interests of the

4

Debtors' estates before such courts and the
United States Trustee.[2]

7.     On December 8, 2008, the Court entered an

order (the "Retention Order") authorizing the Debtors to

employ Skadden, Arps as their counsel effective as of

the Petition Date pursuant to the terms of the

Engagement Agreement.  A copy of the Retention Order is

attached hereto as Exhibit A.

8.     On December 9, 2008, the Court entered an

Order Under Bankruptcy Code Sections 105(a) and 331

Establishing Procedures for Interim Compensation (the

"Interim Compensation Order").  A copy of the Interim

Compensation Order is attached hereto as Exhibit B.

9.     Pursuant to the terms of the Interim

Compensation Order, if no objection is filed to a

monthly fee application within twenty (20) days of the

date of filing of that application, then the respective

professionals may be paid eighty-five percent (85%) of

---

[2]     Information concerning the experience and standing at the bar
        of Skadden, Arps' senior attorneys on this engagement are
        described in the application and related materials filed by
        Skadden, Arps in support of its retention in these cases (the
        "Retention Application") (D.I. 287), which is incorporated
        herein by reference.

5

the fees and one hundred percent (100%) of the expenses
set forth in the applicable monthly fee application.

    10.    Every three (3) months beginning with the
three-month period ending on January 31, 2009, this
Court will then make a determination, after hearing, if
the remaining fifteen percent (15%) of fees sought in
the preceding three (3) months will be paid.

    11.    Prior to the Petition Date, Skadden, Arps
held "on-account" cash and other funds for a total of
$750,000 to be applied against fees and disbursements
incurred by Skadden, Arps (the "On-Account Funds").
Skadden, Arps has reconciled all prepetition fees and
expenses, and on December 11, 2008, sent the Debtors its
final statement for prepetition professional fees and
expenses in the amount of $179,810.00 (the "Final
Statement"). As provided in the Engagement Agreement
and in the Retention Order, Skadden, Arps has deducted
the amount of the Final Statement from the On-Account
Funds and will be transferring the balance to a
segregated account maintained in accordance with the
Delaware Rules of Professional Responsibility (the
"Segregated Account"). The funds in the Segregated

Account will then be applied against Skadden, Arps'
final fee application.

12.   Subsequent to the Petition Date and
pursuant to the Interim Compensation Skadden, Arps has
served a Monthly Fee Request, including time and expense
detail on (i) Circuit City Stores, Inc.,

(ii) McGuireWoords LLP, (iii) the Office of the UUnited
States Trustee, and (iv) Pachulski Stang Ziehl & Jones
LLP for each of the months in the Application Period.

13.   On December 11, 2009, Skadden, Arps
served its first Monthly Fee Request, for the amount of
$897,598.00 consisting of $877,737 for professional fees
and $19,861.00 for expenses relating to the period from
the Petition Date through and including November 30,
2008.   The 20 day period for objections expired on
January 2, 2009 without any objections, at which time
Skadden, Arps was paid 85% of the requested professional
fees and 100% of requested expenses, in the aggregate
amount of $769,815.00.

14.   On January 21, 2009, Skadden Arps served
its Monthly Fee Request for the period from December 1,
2008 through and inclnding December 31, 2008 for the

                                    7

amount of $1,174,044.00, consisting of $1,127,539.00 for professional fees and $45,505.00 for expenses. The 20 day period for objections expired on February 10, 2009 without any objections, at which time Skadden, Arps was paid 85% of the requested professional fees and 100% of requested expenses, in the aggregate amount of $1,009,913.00.

15. On February 25, 2009, Skadden Arps served its Monthly Fee Request for the period from January 1, 2009 through and including January 31, 2009 for the amount of $1,147,641.00, consisting of $1,085,837.00 for professional fees and $61,804.00 for expenses. The 20 day period for objections expires on March 19, 2009. No objections have been filed to date. If the objection deadline passes without any objections, Skadden, Arps would be paid 85% of the requested professional fees and 100% of requested expenses, in the aggregate amount of $984,765.00.

16. Pursuant to the Interim Compensation Order, Skadden, Arps is filing this interim fee application (the "Application") for compensation for professional services rendered and reimbursement of

8

disbursements made in these cases during the Application
Period.

### RELIEF REQUESTED

17.   By this Application, the Debtors request
approval and payment of interim compensation and
reimbursement of expenses for Skadden, Arps, counsel to
the Debtors, pursuant to Bankruptcy Code sections 330
and 331 for the period from November 10, 2008 through
and including January 31, 2009 (the "Application
Period").

18.   Pursuant to the Interim Compensation
Order, Skadden, Arps is filing the attached fee
statements (the "Statements") for compensation for
professional services rendered and reimbursement of
disbursements made in these cases during the Application
Period. A copy of the Statements is attached hereto as
Exhibit C.

19.   At this time, Skadden, Arps is seeking
allowance of compensation equal to $3,074,399.00 in fees
for professional services rendered by Skadden, Arps
duriug the Application Period as counsel to the Debtors
in these chapter 11 cases. This amount is derived

9

solely from the applicable hourly billing rates of the firm's personnel who rendered such services to the Debtors. Of this amount, Skadden, Arps has already been paid $1,704,485.00, eighty-five percent (85%) of fees billed from November 10, 2008 through and including December 31, 2008 pursuant to the Interim Compensation Order. Skadden, Arps anticipates payment of and anticipates payment of $922,961.00, representing eighty-five perceut (85%) of fees billed from January 1, 2009 through and including January 31, 2009, upon expiration of the objection deadline for the January fee request. Accordingly, through this Application, Skadden, Arps requests payment of $446,953.00 representing the aggregate fifteen percent (15%) hold-back of fees billed for the Application Period less additional client accommodations in the amount of $16,724 made upon the preparation of this interim fee application.

20.    Skadden, Arps also requests allowance of reimbursement of one hundred percent (100%) of the actual and necessary out-of-pocket disbursements and charges incurred in the Application Period, equal to $128,170.00.  Of this amount, $66,336.00 has been

10

remitted to Skadden, Arps, pursuant to the Interim

Compensation Order, representing disbursements and

charges incurred from November 10, 2008 through and

including December 31, 2008. Skadden, Arps expects the

remaining $61,804.00, representing disbursements and

charges incurred from January 1, 2009 through and

including January 31, 2009, upon expiration of the

objection deadline for the January fee request.

21.    The fees and disbursements sought through

this Application Period reflect total client

accommodations of $153,363.00.[3]  In the event that any

objections to this Application are filed, Skadden, Arps

reserves the right to seek payment for all or any part

of the client accommodation.

22.    This Application is made without

prejudice to the firm's right to seek further interim

---

[3]   This amount, among other things, includes the accommodation of
$12,898.00, reflecting one half of the value of billed non-
working travel time during the Application Period and time
charges for certain professionals billing less than five hours
during any given month on a client level basis.  The $16,724
accommodation referenced in paragraph 19 has been made upon
preparation of this Application during which Skadden, Arps
discovered that non-working travel time during November 10, 2008
through and including November 30, 2008 was incorrectly billed at
full time value.  Moreover, additional accommodations were made
for certain professionals billing less than five hours during any
given month.

11

allowances and/or a final allowance of compensation in
the future in accordance with the Retention Order and
the Interim Compensation Order.

23.   Skadden, Arps has received no promise of
payment for professional services rendered or to be
rendered in these cases other than in accordance with
the provisions of the Bankruptcy Code.

### BASIS FOR RELIEF

24.   It is not practical to describe every
phone call made, meeting attended, document generated,
or other service provided in the Debtors' cases dnring
the Application Period.  Thns, this Application
highlights the most significant services performed by
Skadden, Arps for the Debtors during the Application
Period and the attached time records contain the detail
of each task performed.

25.   Skadden, Arps submits that the legal
services and advice that it rendered to the Debtors in
connection with their chapter 11 cases during the
Application Period were necessary and beneficial to the
Debtors, their creditors, and their estates.  During
this Applicatiou Period, Skadden, Arps devoted

12

substantial time to the matters related to the filing of
first day motions and applications in these chapter 11
cases, to preparing for the first day hearing, to
obtaining the relief requested in the first day hearing,
to preparing for an auction and the sale of the
inventory at approximately five hundred and sixty of the
Debtors' locations, to obtaining financing for the
Debtors in these bankruptcy cases, and ultimately to
beginning the wind-down of the Debtors' estates.

26.   During the Application Period, attorneys
and paraprofessionals of Skadden, Arps devoted a total
of 5615.55 hours to representation of the Debtors in
their chapter 11 cases. Of the aggregate time expended,
978.60 hours were spent by partners, 20.4 hours were
spent by counsel, 4097.60 hours were spent by associates
and 518.95 hours were epent by paraprofessionals.
Schedules showing the name and position of each such
partner, counsel, associate, and paraprofessional, hours
worked during the Application Period, and hourly billing
rate are provided at the front of this Application.
Exhibit D provides the detail by matter of the time
billed for such services.

13

27. Skadden, Arps' attorneys, legal assistants, and support staff billed their services in this case to numerous matters corresponding to particular activities in the case. Set forth on Exhibit E attached hereto are the detailed expense charges incurred during the Application Period by matter number.

### DESCRIPTION OF SERVICES RENDERED

28. The following description of Skadden, Arps' services is a summary of the matters that occupied substantial amounts of attorney time during the Application Period.

### I. MATTERS OVER $200,000

29. During the Application Period, Skadden, Arps professionals devoted significant time to key matters, the time value of which exceeds $200,000 for such matters. These matters are as follows:

### A. Real Property Leases (Amount Sought: $562,479.00)

30. During the Application period, the Debtors were parties to hundreds of unexpired leases of real property. During the Application Period,

14

professionals at Skadden, Arps offered the Debtors legal
advice with respect to various matters pertaining to
such leases, including (without limitation) stub rent,
bidding procedures, rejection, abandonment of property,
payment of monthly lease obligations, and extension of
the deadline provided for in Bankruptcy Code 365(d)(4).

        31.   The Debtors received numerous notices
and/or demands for the payment of stub rent, with
respect to which demands Skadden, Arps responded on the
Debtors' behalf. Among other things, these responses
included multiple formal objections to motions demanding
payment of stub rent and motions for reconsideration of
the Bankruptcy Conrt's ruling on stub rent, as well as
preparation of findings of fact and conclusions of law
on the stub rent issues for the Court. Ultimately,
Skadden, Arps was able to delay immediate payment of
stub rent, saving the Debtors and their estates an
estimated $20-25 million of availability under their
financing facility.

        32.   Skadden, Arps also developed bidding
procedures enabling the Debtors to auction and sell
their leases for retail locations upon the conclusion of

                              15

store closing sales and realize additional value for
their estates and creditors.

33.     Moreover, Skadden, Arps professionals
prepared and filed during the Application Period three
motions to reject numerous of the Debtors leases and
responded to landlord objections to these rejection
motions, both with formal responses to the Bankruptcy
Court and informal negotiations with the respective
landlords.

34.     In addition, professionals at Skadden,
Arps responded to landlord inquiries regarding rent
payments and defaults, as well as inquiries regarding
rejection of various leases.

35.     Finally, during the Application Period,
Skadden, Arps spent time preparing a motion for an
extension of the time during which the Debtors may
assume or reject their real estate leases.

36.     In all, during the Application Period,
Skadden, Arps professionals devoted a total of 1055.0
hours to real property lease matters for which
compensation is sought, with a total time value of
$562,479.00.

16

**B.   Employee Matters**
      **(Amount Sought: $400,690.00)**

37.   Among the many critical issues addressed
by professionals at Skadden, Arps during the Application
Period was the need for the Debtors to address issues
related to, among other employee matters, compliance
with the federal WARN Act and other state WARN laws,
terminated employee issues, and current employee
compensation and benefits.

38.   Skadden, Arps professionals devoted
significant time to analyzing whether the federal
WARN Act and a host of state WARN and plant closing laws
would be triggered in connection with the initial
closure of 155 stores and mass terminations of field
staff and support center employees in the fourth quarter
of 2008, and again in connection with closure of Circuit
City's remaining approximately 600 locations in the
first quarter of 2009.  Work related to the WARN Act
also included research and analysis of potential
application of WARN exceptions, preparation of WARN and
termination notices in compliance with federal and state
laws for employees at closing locations, preparation and

17

distribution of WARN notices to over 500 government
officials, and WARN extension notices for the Debtors'
wind down team at their support center.

39. Skadden, Arps professionals also provided
advice regarding compliance with employment
discrimination laws in connection with store closings,
preparation of release agreements and OWBPA age
disclosures in connection with initial store closures;
advice and commentary on numerous communications
materials, Q&A's and other documents provided
to managers and associates and/or posted on Circuit
City's website in connection with store closings and
employment terminations.

40. Skadden, Arps provided analyses and
advice regarding COBRA obligations, the impact of
Stimulus Act on COBRA obligations, retiree medical plan,
severance issues and other employee compensation and
benefits matters.

41. Finally, Skadden, Arps professionals at
Skadden, Arps prepared a motion to approve a management
incentive plan so that the Debtors retained key
personnel.

18

42. During the Application Period, 741.7 hours were spent on such matters for which compensation is sought with a time value of $400,490.00.

## C. Tax Matters
### (Amount Sought: $316,736.00)

43. During the Application Period, Skadden, Arps professionals navigated through various tax matters, including (without limitation) the consequences resulting from a substantial equity purchase occurring immediately following the Petition Date. This involved eignificant research and requests to the IRS for IRS rulings concerning ownership change matters, drafting various motions and stipulations, and considering alternatives to unwind the equity purchase transaction to limit any tax-related losses.

44. Professionals at Skadden, Arps also analyzed issues regarding the payment of state sales and use or other trust fund taxes, drafted motions to approve payment of such taxes and negotiated to resolve objections of the Creditors' Committee.

45. Finally, Skadden, Arps professionals
analyzed the tax consequences of proposed restructurings,
asset sales and liquidation.

46. During the Application Period, Skadden,
Arps professionals devoted a total of 560 hours to tax
matters for which compensation is sought, with a total
time value of $316,736.00.

D.  Asset Disposition (General)
    (Amount Sought: $295,418.00)

47. Early in the Application Period, Skadden,
Arps addressed issues related to the store closing sales
at one hundred fifty-four of the Debtors retail stores.

48. Throughout the Application Period,
Skadden, Arps professionals worked closely with the
Debtors, the Debtors investment bankers, and the
Debtors' financial advisors to locate potential going-
concern purchasers or, in the alternative, potential
purchasers for inventory at the remaining five hundred
fifty seven stores. In this regard, Skadden, Arps
professionals worked closely with interested parties,
including the Debtors' secured lenders, the Creditors'

20

Committee, vendors, landlords and potential purchasers,
concerning various types of transactions.

49. Additionally, drafted and sought approval
of a bidding procedures motion. By that motion, the
Debtors sought authority to sell such assets to a
stalking horse bidder or other successful bidder(s)
following an auction and sale process.

50. After receiving approval of the bidding
procedures motion, Skadden, Arps professionals devoted
substantial time preparing for the auction and sale
process, negotiating with numerous parties, including
both going-concern and inventory bidders. After
consultations with the Debtors' secured lenders and the
Creditors' Committee, Skadden, Arps focused negotiations
on securing a stalking horse bidder for the purchase of
the inventory at the Debtors' remaining stores and
negotiating the agency agreements with the two bidders
for the conduct of the sales of such inventory.

51. Ultimately, Skadden, Arps professionals
sought and gained approval of the agency agreement that
was deemed to be the highest and best bid at the store
closing sale auction, whereby a group lead by Great

21

American purchased the inventory at the Debtors'
remaining stores.

52.   Duriug the Application Period, 467.1
hours were spent on matters related to the sale of the
Debtors' assets for which compensation is sought with a
time value of $295,418.00.

## E.   Financing
### (Amount Sought: $270,182.00)

53.   During the Application Period, Skadden,
Arps worked closely with the Debtors, Kirkland & Ellis,
LLP (the Debtors' financing counsel), and the Debtors'
secured lenders negotiating the terms of proposed debtor
in possession financing and obtaining interim and final
approval a $1.1 billion credit facility.  Such financing
provided the Debtors with the critical liquidity they
needed to continue to operate their businees and realize
value for their estates and creditors.  Throughout this
process, Skadden, Arps resolved numerous objections to
the proposed financing and credit agreement, in
particular, objections and discovery requests of the
Creditors' Committee that required preparation for
litigating such disputes.  Moreover, Skadden, Arps

22

sought and received approval of three amendments to the
debtor in possession credit agreement.

54.   During the Application Period, Skadden,
Arps professionals devoted a total of 421.75 hours to
financing matters for which compensation is sought, with
a total time value of $270,182.00.

## F.   Case Administration
(Amount Sought: $201,756.00)

55.   During the Application Period, Skadden,
Arps worked with the Debtors' management to ensure that
the Debtors conducted their affairs in accordance with
the Bankruptcy Code and applicable non-bankruptcy law.
Among the tasks completed during this period was the
filing of these cases, and coordination of and
attendance at the various hearings conducted in these
cases.   In addition, upon the filing of the bankruptcy
cases, the professionals at Skadden, Arps worked
diligently to respond to inquiries from potential
creditors, including current and former employees,
suppliers, landlords, and customers.

56.   Skadden, Arps spent considerable time
advising the Debtors with respect to their powers and

23

duties as debtors and debtors in possession in the
continued management and operation of their busineeses
and properties, attended meetings, and negotiated with
representatives of creditors and other parties in
interest and advised and consulted on the conduct of the
cases, including all of the legal requirements of
operating in chapter 11 and the administration of their
estates.

57.   During the Application Period, Skadden,
Arps professionals devoted a total of 444.6 hours to
matters pertaining to case administration for which
compensation is sought, with a total time value of
$201,756.00.

II.  MATTERS OVER $50,000

58.   During the Application Period, Skadden,
Arps professionals devoted significant time to certain
other matters, the time value of which exceeds $50,000
for each matters.  These matters are as follows:

A.   Vender Matters
     (Amount Sought: $150,235.00)

59.   Upon the filing of the bankruptcy cases,
the Debtors (not unexpectedly) addressed numerous issues

raised by and inquiries received from the Debtors'
vendors. Skadden, Arps professionals assisted the
Debtors in formulating and implementing a response to
such inquiries designed to maintain the Debtors'
business operations while minimizing any unnecessary
payments by the Debtors' estates. Skadden, Arps also
assisted the Debtors in their attempts to negotiate
trade credit terms with various vendors.

60.    Skadden, Arps professionals spent 250.2
hours working on vendor-related matters. In connection
with such matters, Skadden, Arps seeks compensation in
the amount of $150,235.00.

B.    Utilities
      (Amount Sought: $139,549.00)

61.    Given the Debtors' significant retail
operations, utility deposits and utility demands for
additional adequate assurance upon the filing of the
chapter 11 cases were significant issues for the Debtors.
During the Application Period, therefore, professionals
at Skadden, Arps sought approval of the Debtors' motion
seeking approval of a procedure to address any utility
demands in a manner that balanced the rights of the

25

utilities under the Bankruptcy Code against the needs of
the Debtors and their estates. Following approval of
such procedure, Skadden, Arps worked with the Debtors
during the Application Period to resolve certain utility
demands received by the Debtors.

62. Moreover, professionals at Skadden, Arps
worked with the Debtors to negotiate a resolution of
certain utilities' appeals of the order approving the
Debtors' adequate assurance procedure, and likewise
devoted significant time to certain other utilities'
adequate assurance of payment demands.

63. Professionals at Skadden, Arps spent
275.7 hours working to ensure that the Debtors' critical
utility services were not impacted adversely by the
bankruptcy filings, with a time value of $139,549.00.

C.    Retentions (Professionals Other than Skadden, Arps)
      (Amount Sought: $89,596.00)

64. Shortly after the Petition Date,
professionals at Skadden, Arps worked with the Debtors
to finalize and file retention applications for
professionals other than Skadden, Arps, whose services
were deemed critical to the success of the Debtors'

26

bankruptcy cases. Included among these retentions were
applications for Rothschild Inc. as investment banker,
FTI Consulting, Inc. as financial advisor, Ernst & Young
LLP as accounting and tax consultant, KPMG as
independent auditor and tax consultant, DJM Realty
Services LLC as real estate consultant, Kirkland & Ellis
LLP as special counsel, and McGuireWoods as bankruptcy
co-counsel to the Debtors. Skadden, Arps professionale
also prepared and filed a motion to establish procedures
for interim compensation and reimbursement of expenses
for such professionals.

            65.   Finally, during the Application Period,
Skadden, Arps professionals prepared and filed a motion
to obtain the Debtors' authority to employ their
ordinary course professionals.

            66.   Professionals at Skadden, Arps spent
164.8 hours, among other things, drafting, revising, and
finalizing applications to permit the Debtors to retain
these professionals for which compensation is sought in
the amount of $89,596.00.

27

## D.   Asset Analysis and Recovery
        (Amount Sought: $72,788.00)

67.   During the Application Period, Skadden,
Arps worked closely with Canadian counsel and the
Canadian monitor regarding various issues in the
Canadian proceedings, particularly those relating to the
sale of Canadian assets and the influence of these
issues on the debtor-in-possession financing agreement.

68.   Skadden, Arps professionals spent 91
hours working such asset analysis and recovery matters.
In connection with such matters, Skadden, Arps seeks
compensation in the amount of $72,788.00.

## F.   Executory Contracts (Personalty)
        (Amount Sought: $65,071.00)

69.   During the Application Period,
professionals at Skadden, Arps responded to numerous
inquiries regarding contract-party claims, payments and
adequate assurance.  Skadden, Arps also drafted several
motions to reject certain executory contracts.  And,
Skadden, Arps professionals drafted objections to
motions for adequate assurance and motions to compel
assumption or rejection of certain executory contracts.

28

70.  During the Application Period, 129.4
hours were spent on these issues, as well as related
matters, for which compensation is sought, with a total
time value of $65,071.00.

## G.  Retention/Fee Matters (Skadden, Arps)
### (Amount Sought: $64,137.00)

71.  Beginning prior to the Petition Date,
Skadden, Arps began preparing for its Rule 2014
disclosures in coujunction for its retention application.
With the help of the Debtors, over two thousand
interested parties were identified and Skadden, Arps
professionals thoroughly investigated what, if any,
disclosures would be required regarding these interested
parties.  Having gathered and analyzed such data,
Skadden, Arps drafted and revised its retention
application for approval by the Bankruptcy Court soon
after the Petition Date.

72.  Subsequently, Skadden, Arps undertook a
comprehensive survey of its employees to identify any
additional disclosures necessary and makes such
disclosures in its supplemental affidavit.

29

73. Skadden, Arps professionals devoted a
total of 171.3 hours to matters relating to the
retention of Skadden, Arps during the Application Period
for which compensation is sought, with a total time
value of $64,137.00.

III. MATTERS OVER $25,000

74. During the Application Period, Skadden,
Arps professionals devoted time to certain other matters,
the time value of which exceeds $50,000 for each matters.
These matters are as follows:

A. Litigation
(Amount Sought: $42,286.00)

75. During the Application Period, Skadden,
Arps prepared defenses to, among other things, claims by
consignment vendors and various attempts to lift the
automatic stay. Time was also devoted to responding to
discovery requests of the Creditors' Committee regarding
the Debtors' financing arrangements.

76. Later in the Application Period, Skadden,
Arps prepared a motion to dismiss an adversary complaint
of a contract counterparty. Skadden, Arps also drafted
and filed a motion to extend the period to remove

30

actions. Finally, Skadden, Arps professionals worked
with the Debtors to develop a document retention policy
in light of their liquidation.

77.    During the Application Period, Skadden,
Arps professionals devoted a total of 70.8 hours to such
matters for which compensation is sought, with a total
time value of $42,286.00.

## B.  Claims Administration (Reclamation) (Amount Sought: $40,336.00)

78.    Shortly after the Petition Date, the
Debtors received many reclamation claims from vendors.
Professionals at Skadden, Arps spent time drafting
reclamation procedures, reviewing reclamation claims and
addressing various inquiries of vendors. Later in the
Application Period, Skadden Arps drafted respouaes to
various motions for payment of reclamation claims as
administrative expenses.

79.    Skadden, Arps professionals spent 99.3
hours working on issues related to reclamation claims.
In connection with such matters, Skadden, Arps seeks
compensation in the amount of $40,336.00.

31

## C.   Credit Card Agreements
##      (Amount Sought: $32,608.00)

80.   The Debtors were parties to a credit card
agreement with Chase and, during the Application Period,
the professionals at Skadden, Arps worked with Chase and
the Debtors to agree on a stipulation that provided
Chase with adequate protection to ensure that the credit
card agreement between Chase and the Debtors remained in
place while the Debtors operated their stores.  Once the
Debtors decided to liquidate, the stipulation also
provided for the terms of an orderly termination of the
agreement with Chase.

81.   During the Application Period, 49.3 hours
were spent on these issues for which compensation is
sought with a time value of $32,608.00.

## D.   Insurance
##      (Amount Sought: $30,985.00)

82.   Professionals at Skadden, Arps spent time
during the Application Period evaluating the Debtors'
insurance coverage, making sure that the Debtors'
maintained, and were authorized to maintain sufficient
coverage for inherent risk over the course of their
chapter 11 cases.

32

83. During the Application Period, 41.5 hours were spent on these issues, as well as related matters, for which compensation is sought with a time value of \$30,985.00.

**E.  Creditor Meetings**
    **(Amount Sought: \$30,712.00)**

84. During the Application Period, professionals at Skadden, Arps spent time preparing for and attending meetings and holding teleconferences with the Creditors' Committee and its professionals. At such meetings and on such teleconferences, Skadden, Arps worked to resolve the objections of the Creditors' Committee to various matters and provided information in response to the Creditors' Committee's request.

85. During the Application Period, 36.4 hours were spent working with the Creditors' Committee, for which compensation is sought with a time value of \$30,712.00.

**F.  Disclosure Statement**
    **(Amount Sought: \$30,688.00)**

86. During the Application Period, Skadden, Arps professionals drafted a motion to extend the exclusive periods to file and solicit a plan. Skadden,

33

Arps also began drafting a disclosure statement and a
solicitation procedures motion.

87.   Skadden, Arps professionals spent 52.4
hours working on disclosure statement matters.   In
connection with such matters, Skadden, Arps seeks
compensation in the smount of $30,688.00.

## G.   Claims Administration (General)
   (Amount Sought: $28,071.00)

88.  During the Application Period,
professionals at Skadden, Arps responded to various
inquiries from creditors and other parties in interest
regarding filing and payment of claims.  Moreover,
Skadden, Arps professionals filed a motion for bar dates
by which proofs of claim must be filed against the
Debtors.

89.   During the Application Period,
professionals at Skadden, Arps spent 56.7 hours on
claims administration matters for which compensation is
sought in the amount of $28,071.00.

## H.   Automatic Stay (Relief Action)
   (Amount Sought: $29,031.00)

90.   During the Application Period, several
parties doing business with the Debtors sought relief

34

from the automatic stay to terminate contracts or
otherwiee proceed against the Debtors.  In turn,
professionals at Skaddeu, Arps drafted, revised and
filed objections to these motions, while concurrently
attempting to reach negotiated solutions.

91.   Skadden, Arps professionals spent 111.9
hours warding off requests for relief from the automatic
stay.  In connection with such matters, Skadden, Arps
seeks compensation in the amount of $29,031.00.

I.   Asset Dispositions (Real Property)
     (Amount Sought: $26,047.00)

92.   During the Application Period, Skadden,
Arps prepared a motion seeking the approval of bidding
procedures to conduct an auction for the assumption and
assignment of the Debtors' leases, as well as the
approval of such assumptions and asaignments at a sale
hearing following the auction.  Skadden, Arps
professionals worked closely with the Debtora and the
Debtors' real estate advisors to address issues that
arose regarding the contemplated auction and sale.

93.   During the Applicatiou Period, 39.6 hours
were spent on maters related to the aale of the Debtors'

35

real property for which compensation is sought with a
time value of $26,047.00.

## J. Secured Claims
## (Amount Sought: $25,101.00)

94.    During the Application Period, Skadden,
Arps professionals dealt with two primary types of
secured claims -- those of consignment vendors and those
of mechanics and materialmen. For each of these types
of claims, Skadden, Arps researched various issues
relating to the perfection of such claims. Moreover,
these claims were tracked so as to be accounted for in
the Debtors' budget. Finally, Skadden, Arps responded
to numerous inquiries by holders of such claims
regarding, among other things, payment.

95.    Professionals at Skadden, Arps spent 55.6
hours working on matters related to secured claims, with
a time value of $25,101.00.

## IV.   MATTERS UNDER $25,000

96.    Skadden, Arps devoted time to other
matters for the Debtors, the time value of which is less
than $25,000 for each matter. These matters included
general corporate advice, business operations and

36

strategic planning, disposition of inventory,
intellectual property matters, regulatory and SEC
matters, reorganization plan matters, and reports and
schedules and U.S. Trustee matters. Skadden, Arps
devoted a total of 62.6 hours to these matters and seeks
compensation for these matters in the aggregate amount
of $40,405.00.

## ALLOWANCE OF COMPENSATION

97. **Compensation Sought.** Because of the
benefits realized by the Debtors, the nature of these
cases, the standing at the bar of the attorneys who
rendered services, the amount of work done, the time
consumed, the skill required, and the contingent nature
of the compensation, Skadden, Arps requests that it be
allowed at this time all compensation for the
professional services rendered during the Application
Period. Additionally, Skadden, Arps seeks payment of
the remaining fifteen percent (15%) of the of the value
of professional services rendered during the Application
Period, less accommodations made during the preparation
of this Application, totaling $446.953.00. Skadden,
Arps reserves the right to return to this Court seeking

37

reimbursement for amounts related to work performed or
expenses incurred during the Application Period but not
yet reflected in the firm's time records or to amend the
amounts listed herein to correct any bookkeeping errors.
In the event that a subsequent review reveals that
additional professional services have been rendered or
expenses have been incurred on behalf of the Debtors
during the Application Period, which were not processed
by the firm's accounting system before the time of this
Application, Skadden, Arps reserves the right to seek
such additional fees and expenses by subsequent
application to the Court.[4]

        98.   Skadden, Arps achieved cost efficiencies
by employing a streamlined case management structure.
Instead of assigning various attorneys to the myriad of
tasks that arose during these cases, Skadden, Arps
designated a core group of associates who were assigned
responsibility for specific matters and types of matters.
This (i) allowed some attorneys to work almost

---

[4]   Skadden, Arps further reserves the right to request additional
      compensation at a later date for time spent preparing this
      interim fee application.

38

exclusively on discrete matters in the Debtors' cases,
(ii) permitted the case to be staffed with as little
partner involvement as appropriate, and (iii) enabled
Skadden, Arps to avoid performing duplicative or
unnecessary work.

99.  Reimbursement of Expenses. Skadden, Arps
has disbursed, and requests allowance reimbursement for
$128,170.00, which represents actual, necessary expenses
incurred in the rendition of professional services in
these cases.[5]

100. Other than between Skadden, Arps and its
affiliated law practices and their members, no agreement
or understanding exists between Skadden, Arps and any
other person or persons for the sharing of compensation
received or to be received for professional services
rendered in or in connection with these cases, nor will
any be made except as permitted pursuant to Bankruptcy
Code section 504(b)(1).

---

[5]  Exhibit E to this Application provides further information and
detail concerning the firm's expenses.

39

WHEREFORE, Skadden, Arps respectfully requests (a) approval of interim compensation for professional services rendered as attorneys for the Debtors in the sum of $3,074,399.00 for one hundred percent (100%) fees incurred during the Application Period; (b) authorization for payment of $446,953.00 as fifteen percent (15%) of fees held back less additional accommodations; (c) approval of reimbursement of actual and necessary expenses incurred in the sum of $128,170.00; and (d) such other and further relief as is just and proper.

Dated:     March 17, 2009

              SKADDEN, ARPS, SLATE, MEAGHER & FLOM
              LLP

              /s/ Gregg M. Galardi
              Gregg M. Galardi (I.D. No. 2991)
              One Rodney Square
              P.O. Box 636
              Wilmington, Delaware 19899-0636
              (302) 651-3000


              /s/ Douglas M. Foley
              Dion W. Hayes (VSB No. 34304)
              Douglas M. Foley (VSB No. 34364)
              MCGUIREWOODS LLP
              One James Center
              901 E. Cary Street
              Richmond, Virginia 23219
              (804) 775-1000

## EXHIBIT A

(Retention Order)

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &        MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors
and Debtors in Possession

          IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :    Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :    Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :    Jointly Administered
- - - - - - - - - - - - - - x

ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 327(a) AND
329, BANKRUPTCY RULES 2014 AND 2016, AND LOCAL RULES
2014-1 AND 2016-1 AUTHORIZING EMPLOYMENT AND RETENTION
OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND
AFFILIATES AS BANKRUPTCY COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION EFFECTIVE AS OF THE PETITION DATE

          Upon the application (the "Application")[1] of

the Debtors for an order, pursuant to Bankruptcy Code

sections 327(a) and 329, Bankruptcy Rules 2014 and 2016

---

[1]    Capitalized terms not otherwise defined herein shall have the
       meanings ascribed to them in the Application.



and Local Rules 2014-1 and 2016-1, authorizing the

employment and retention of Skadden, Arps, effective as

of the Petition Date, under a general retainer as the

Debtors' bankruptcy connsel; and the Court having

reviewed the Application and the Galardi Declaration;

and the Court being satisfied with the representations

made in the Application and the Galardi Declaration that

Skadden, Arps does not hold or represent any interest

adverse to the Debtors or their estates, that it is a

"disinterested peraon" as that term is defined pursuant

to Bankruptcy Code section 101(14); and that its

employment is necessary and in the best interests of the

Debtors' estates, creditors, aud other parties iu

interest; and due and sufficient notice of the

Application having been given under the particular

circumstances; and it appeariug that uo other or further

notice need be provided; and upon the record herein; and

after due deliberation thereon; and good and sufficient

cause appearing therefor, it is hereby

### ORDERED, ADJUDGED, AND DECREED THAT:

1.   The Application is GRANTED.

2

2. Pursuant to Bankruptcy Code sections
327(a) and 329, the Debtors, as debtors and debtors in
possession, are authorized to employ and retain Skadden,
Arps as their bankruptcy counsel under a general
retainer, effective as of the Petition Date, in
accordance with the Application, Engagement Agreement,
the Galardi Declaration and this Order, and to perform
the services described therein.

3. Skadden, Arps shall be compensated in
accordance with the applicable provisions of the
Bankruptcy Code, the Bankruptcy Rules, the Local Rules,
the United States Trustee Fee Guidelines, and any orders
entered in these cases governing professional
compensation and reimbursement for services rendered and
charges and disbursements incurred.

4. As promptly as practicable after all fees
and charges accrued prior to the Petition Date have been
finally posted within the Firm's computerized billing
system, Skadden, Arps will issue a final detailed billing
statement to the Company for the actual fees, charges,
and disbursements incurred for the period prior to the
Petition Date (the "Final Prepetition Bill Amount").
Skadden, Arps is authorized to reconcile the Final

3

Prepetition Bill Amount with the On-Account Cash. To the extent that the Final Prepetition Bill Amount is less than the Ou-Account Cash, Skadden, Arps may hold the full amount of the difference as a postpetition evergreen retaiuer to be applied against any amounts approved by the Court in connection with any Skadden, Arps' final fee application in these cases. In the event that the Final Prepetition Bill Amount exceeds the On-Account Caah, Skadden, Arps shall be deemed to have waived any claim against the Debtors for payment with respect to the amount by which the Final Prepetition Bill Amount exceeds the On-Account Cash.

5. The requirement nnder Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

4

6.      The Court shall retain jurisdiction to

hear and determine all matters arising from or related to

the implementation or interpretation of this Order.

Dated:   Richmond, Virginia
         December __, 2008
         Dec 8 2008

                              /s/ Kevin Huennekens
                              UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

                                        Entered on Docket: 12/8/08
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

/a/ Douglas M. Foley___
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Proposed Counsel to the Debtors
and Debtors in Possession

5

CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

I hereby certify that proposed order has been endorsed by all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

6

## EXHIBIT B

(Interim Compensation Order)

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Proposed Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                                :
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
          Debtors.              :   Jointly Administered
- - - - - - - - - - - - - - - x

ORDER UNDER BANKRUPTCY CODE SECTIONS 105(a) AND 331
ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION

Upon the motion (the "Motion") of the Debtors[1]

---

[1] The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc.
(3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc.
(0875), Ventoux International, Inc. (1838), Circuit City Purchasing
Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company
of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer
Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659),
Patapsco Designs, Inc. (6796), Sky Venture Corp. (0211), Prahs,
Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel,
LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR,
(cont'd)

for entry of an order under Bankruptcy Code sections 105(a)
and 331, establishing procedures for interim compensation
and reimbursement of expenses of professionals on a monthly
basis; and due and sufficient notice of the Motion[2] having
been given under the particular circumstances; and it
appearing that no other or further notice need be provided;
and it appearing that the relief requested by the Motion is
in the best interests of the Debtors, their estates, their
creditors, and other parties in interest; and after due
deliberation thereon and sufficient cause appearing therefor,
it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.   The Motion is GRANTED.

2.   Except as may otherwise be provided in orders
of this Court authorizing the retention of specific
professionals, all professionals in these cases may seek
interim compensation in accordance with the procedures set
forth in Exhibit A attached hereto.

3.   Each member of any Committee (once appointed)
shall be permitted to submit statements of expenses and

(cont'd from previous page)
    LLC (5512).  The address for Circuit City Stores West Coast, Inc. is
    9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other
    Debtors, the address is 9950 Mayland Drive. Richmond, Virginia 23233.

[2]   Capitalized terms not otherwise defined herein shall have the meanings
      ascribed to such terms in the Motion.

2

supporting vouchers (which may include individual Committee

members' counsel's travel expenses incurred in connection

with official committee business) to counsel to such

Committee, which shall collect and submit such requests for

reimbursement in accordance with the foregoing procedure for

monthly and interim compensation and reimbursement of

Professionals; provided, however, that all Committee

members' requests for reimbursement of such Committee

members' attorneys' fees or expenses (other than travel

expenses) must be made by separate application and scheduled

for hearing upon proper notice.

4.    All time periods referenced in this Order

shall be calculated in accordance with Bankruptcy Rule

9006(a).

5.    The requirement under Local Bankruptcy Rule

9013-1(G) to file a memorandum of law in connection with the

Motion ia hereby waived.

6.    This Court retains jurisdiction to hear and

determine all matters arising from or related to the

implementation or interpretation of this Order.

3

Dated:     Richmond, Virginia
           December ____, 2008
           Dec 9 2008

                        /s/ Kevin Huennekens
                        HONORABLE KEVIN R. HUENNEKENS
                        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.            Entered on Docket: 12/9/08
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

4

SEEN AND NO OBJECTION:

/s/ Robert B. Van Arsdale (with permission by email dated
12/8/08)
Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond VA 23219
(804) 771-2327

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

5

**Exhibit A**
(Interim Compensation Procedures)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
                               :
In re:                         :    Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :    Case No. 08-35653 (KRH)
et al.,                        :
                               :    Jointly Administered
            Debtors.           :
                               :
- - - - - - - - - - - - - - x
```

## CIRCUIT CITY STORES, INC.
## INTERIM COMPENSATION PROCEDURES

(a)     On the date that is no earlier than the
10th day of each month following the month for which
compensation is sought, each Professional will serve a
Monthly Fee Request, which need not include a narrative, but
must include time and expense detail, on the following
parties (collectively, the "Notice Parties"): (i) Circuit
City Stores, Inc., 9950 Mayland Drive, Richmond, Virginia
23233 (Attn: Bruce H. Besanko, Executive Vice President and
Chief Financial Officer; and Reginald D. Hedgebeth, Secretary
and General Connsel); (ii) Skadden, Arps, Slate, Meagher &
Flom LLP, One Rodney Square, P.O. Box 636, Wilmington,
Delaware 19899 (Attn: Gregg M. Galardi, Esq.), co-counsel to
the Debtors; (iii) McGnireWoods LLP, One James Center, 901
E. Cary Street, Richmond, Virginia 23219 (Attn: Douglas M.
Foley, Esq.), co-counsel to the Debtors; (iv) the Office of
the United States Trustee for the Eastern District of
Virginia, 701 East Broad Street, Suite 4304, Richmond,
Virginia (Attn: Robert B. Van Arsdale); and (v) Pachulski
Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 11th
Floor, Los Angeles, California 90067-4100 (Attn: Jeff
Pomerantz), counsel to the official committee of unsecured
creditors (the "Committee") appointed in these chapter 11
cases.

(b)     Each Notice Party will have twenty (20)
days after service of a Monthly Fee Request to review the
request. Upon the expiration of the 20 day period, the

1

Debtors will promptly pay each Professional its "Actual
Interim Payment" equal to the lesser of (i) 85% of the fees
and 100% of the expenses requested in the Monthly Fee
Request (the "Maximum Payment") or (ii) 85% of the fees and
100% of the expenses not subject to an objection.

     (c)    If any Notice Party objects to a
Professional's Monthly Fee Request, the objecting party
shall, within twenty (20) days of service of the Monthly Fee
Request, serve upon the respective Professional and each of
the Notice Parties a written "Notice of Objection to Monthly
Fee Request" setting forth the precise nature of the
objection and the amount at issue. Thereafter, the
objecting party and the Professional shall attempt to
resolve the objection on a consensual basis. If the parties
reach an agreement, the Debtors shall promptly pay 85% of
the agreed upon fees and 100% of the agreed upon expenses.
If the parties are unable to reach a resolution of the
objection within twenty (20) days after service of the
objection, the objecting party shall file its objection (the
"Objection") with the Court within three (3) business days
and serve such Objection on the respective Professional and
each of the Notice Parties. Thereafter, the Professional
may either: (i) file a response to the Objection with the
Court, together with a request for payment of the
difference, if any, between the Maximum Payment and the
Actual Interim Payment made to the affected Professional
(the "Incremental Amount") or (ii) forego payment of the
Incremental Amount until the next interim or final fee
application hearing, at which time the Court will consider
and dispose of the Objection, if requested by the parties.

     (d)    Beginning with the three-month period
ending on January 31, 2009, and at three-month intervals
thereafter (the "Interim Fee Period"), each of the
Professionals must file with the Court and serve on the
Notice Parties an interim fee application (the "Interim Fee
Application") for compensation and reimbursement of expenses
sought in the Monthly Fee Requests served during such
period. The Interim Fee Application must include a
narrative discussion, as well as a summary of the Monthly
Fee Requests that are the subject of the application and
appropriate time and expense detail. Each Professional
shall serve notice of its Interim Fee Application (which
identifies the Professional seeking compensation, discloses

2

the period for which the payment of compensation and
reimbursement of expenses is being sought, and describes the
amount of compensation and expenses sought) on all parties
that have entered their appearance pursuant to Bankruptcy
Rule 2002.  Parties will have twenty (20) days after service
of an Interim Fee Application to object thereto.  Each
Professional must file its Interim Fee Application within 45
days after the end of the Interim Fee Period for which the
request seeks allowance of compensation and reimbursement of
expenses.  The first Interim Fee Application should cover
the Interim Fee Period from the Petition Date through and
including January 31, 2009.  Any Professional that fails to
file an Interim Fee Application when due will be ineligible
to receive further interim payments of fees or expenses with
respect to any subsequent Interim Fee Period until such time
as an Interim Fee Application is filed and served by the
Professional.

           (e)    The Debtors shall request that the
Court schedule a hearing on the Interim Fee Applications at
least once every three months, with the first hearing to be
held between April 1, and April 30, 2009.  The Court, in its
discretion, may approve an uncontested Interim Fee
Application without the need for a hearing, upon the
Professional's filing of a certificate of no objection.
Upon allowance by the Court of a Professional's Interim Fee
Application, the Debtors shall be authorized to promptly pay
such Professional all requested fees (including the 15%
holdback) and expenses not previously paid.

           (f)    The pendency of an Objection to payment
of compensation or reimbursement of expenses will not
disqualify a Professional from the future payment of
compensation or reimbursement of expenses.

           (g)    Neither the payment of nor the failure
to pay, in whole or in part, monthly interim compensation
and reimbursement of expenses, nor the filing of or failure
to file an Objection, will bind any party-in-interest or the
Court with respect to the allowance of interim or final
applications for compensation and reimbursement of expenses
of the Professionals.  All fees and expenses paid to the
Professionals under these compensation procedures are
subject to disgorgement until final allowance by the Court.

                            3

**EXHIBIT C**

(Statements)

**NOVEMBER 10, 2008 - NOVEMBER 31, 2008**

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

DIRECT DIAL
(312) 407-0736
DIRECT FAX
(312) 407-8650
EMAIL ADDRESS
CONGRESS@SKADDEN.COM

## 333 WEST WACKER DRIVE

### CHICAGO, ILLINOIS 60606-1285

TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

December 11, 2008

FIRM/AFFILIATE OFFICES
────
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
────
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

Reginald D. Hedgebeth
General Counsel
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233

Re:   In re Circuit City Stores, Inc.,
      Case No. 08-35653 (KRH),
      Jointly Administered

Dear Reggie:

Enclosed is our firm's fee request for services rendered and charges
and disbursements incurred from November 10, 2008 through November 30, 2008
(the "Fee Period"), in connection with the post-petition work performed as counsel to
Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in
accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Estab-
lishing Interim Compensation Procedures entered on December 9, 2008 in the above
referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $897,598 consisting of
$877,737 for professional fees and $19,861 for charges and disbursements. The
principal charges during the Fee Period were for Tax Matters ($194,862), Leases
(Real Property) ($153,869), and Vendor Matters ($100,439). We have written off the
amount of $21,513 as an accommodation in connection with our regular billing
review process. This amount includes, among other categories, 50% of non-working
travel time and time charges for certain professionals billing less than three hours
during the month on a client level basis.

The Order authorizes the Company to pay professionals in the cases
monthly for 85% of fees and 100% of charges and disbursements. If the fee request
is acceptable to you and no timely and proper objections are made prior to January
2, 2009 pursuant to the Order, you will be authorized to pay to our firm at that time

Reginald D. Hedgebeth
December 11, 2008
Page 2

the amount of $769,815 with respect to the fee request, which amount is net of the
15% fee holdback amount of $132,336. Payment of the holdback amount remains
subject to Court authorization after a hearing on an interim fee application for the
period of November 10, 2008 through January 31, 2009.

Should you have any questions or comments, please do not hesitate to
call me at your convenience.

Very truly yours,

Chris L. Dickerson

Enclosures

cc: James Marcum
    Sandy Raabe
    Gregg Galardi
    Linda Edwards

# SKADDEN, ARPS, SLATE,
# MEAGHER & FLOM LLP
### AND AFFILIATES

Circuit City Stores, Inc. (DIP)
9950 Mayland Drive
Richmond, Virginia  23233

December 8, 2008
Bill No.:  1241519

TIN:  13-1777230

| | | PLEASE REMIT TO: | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10502 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1241519 |

Invoice # 1241519

Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED as set
forth in the attached Summary of Services
as follows:

For General Corporate Advice ........................      $2,552

Charges and Disbursements

Computer Legal Research .............. $     1,517
Courier, Express
Delivery and Postage ................                 8
Electronic Document Management .......              83
Reproduction and Document Preparation             278
Travel Expenses ......................          1,797

Total Disbursements ...................          3,683

$      6,235

For Asset Analysis and Recovery .....................      $12,823

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

D41

**TIME SUMMARY - - ALL MATTERS**
**CIRCUIT CITY STORES, INC. (DIP): through November 30, 2008**

|  | $ | 12,823 |

For Asset Dispositions (General)  ....................   $2,741

|  | $ | 2,741 |

For Assets Dispositions (Inventory)  .................   $2,984

|  | $ | 2,984 |

For Asset Dispositions (Real Property)  ..............   $21,464

|  | $ | 21,464 |

For Automatic Stay (Relief Actions)  .................   $932

|  | $ | 932 |

For Business Operations / Strategic Planning  .........   $284

|  | $ | 284 |

For Case Administration  .............................   $54,055

Charges and Disbursements
Computer Legal Research ..............    $    223
Courier, Express
Delivery and Postage  ...............         80

**TIME SUMMARY - - ALL MATTERS**
CIRCUIT CITY STORES, INC. (DIP); through November 30, 2008

| | |
|---|---|
| Electronic Document Management ....... | 157 |
| Reproduction and Document Preparation | 25 |
| Travel Expenses ...................... | 1,131 |

Total Disbursements .................... _____ 1,716

$ 55,771

For Claims Admin. (General) .......................... $8,939

Charges and Disbursements
Computer Legal Research .............. $ 49

Total Disbursements .................... _____ 49

$ 8,988

For Claims Admin. (Reclamation/Trust Funds) .......... $11,442

Charges and Disbursements
Computer Legal Research .............. $ 174

Total Disbursements .................... _____ 174

$ 11,616

For Credit Card Agreements .......................... $8,861

$ 8,861

For Creditor Meetings / Statutory Committees ......... $16,914

$ 16,914

For Disclosure Statement / Voting Issues ............ $30,688

**TIME SUMMARY - - ALL MATTERS**
**CIRCUIT CITY STORES, INC. (DIP): through November 30, 2008**

Charges and Disbursements
Computer Legal Research .............. $      210

    Total Disbursements..................... _____     210

                                                                           $     30,898

For Employee Matters (General)  .......................  $63,033

Charges and Disbursements
Computer Legal Research .............. $    2,153
Travel Expenses ......................       59

    Total Disbursements................... _____   2,212

                                                                           $     65,245

For Employee Matters (Labor Unions)  ................            $0

Charges and Disbursements
Computer Legal Research .............. $      432

    Total Disbursements................... _____     432

                                                                           $        432

For Executory Contracts (Personalty)  ................  $8,603

                                                                           $      8,603

For Financing (DIP and Emergence)  ....................  $27,017

                                                                           $     27,017

**TIME SUMMARY - - ALL MATTERS**
**CIRCUIT CITY STORES, INC. (DIP): through November 30, 2008**

For Insurance .......................................... $11,890

$      11,890

For Intellectual Property ............................. $2,449

Charges and Disbursements
Computer Legal Research ..............   $      101

Total Disbursements ...................  _____101

$      2,550

For Leases (Real Property) ........................... $151,435

Charges and Disbursements
Computer Legal Research .............   $      2,434

Total Disbursements ...................  _____2,434

$      153,869

For Litigation (General) ............................. $20,807

Charges and Disbursements
Computer Legal Research ..............   $      2,076
Travel Expenses .....................            22

Total Disbursements ...................  _____2,098

$      22,905

For Nonworking Travel Time ........................... $12,676

$      12,676

xii

**TIME SUMMARY - - ALL MATTERS**
CIRCUIT CITY STORES, INC. (DIP): through November 30, 2008

For Regulatory and SEC Matters ........................          $576

                                         $          578

For Reorganization Plan / Plan Sponsors .............          $5,813

                                         $        5,813

For Reports and Schedules ...........................          $1,040

Charges and Disbursements
Computer Legal Research ..............   $      630

    Total Disbursements .................... _____  ___630

                                         $        1,670

For Retention / Fee Matters (SASM&F) ................          $37,786

                                         $       37,786

For Retention / Fee Matters / Objections (Others) ....          $23,112

                                         $       23,112

For Secured Claims ..................................          $14,783

Charges and Disbursements
Computer Legal Research .............  $       3,008

    Total Disbursements .................... ____ .___3,008

                                                          741

**TIME SUMMARY - - ALL MATTERS**
**CIRCUIT CITY STORES, INC. (DIP): through November 30, 2008**

.

$        17,791

For Tax Matters .....,................................ $193,996

Charges and Disbursements
Computer Legal Research ..............        $       726
Reproduction and Document Preparation                140

Total Disbursements....................  ____.____  866

$       194,862

For U.S. Trustee Matters ...........................        $1,229

$        1,229

For Utilities ......................................,..... $28,620

$        28,620

For Vendor Matters ...................................  $98,191

Charges and Disbursements
Computer Legal Research ..............  $     2,248

Total Disbursements.................... _____2,248

$       100,439

Total Fees ............................................ $877,737

Total Charges & Disbursements .......................... $19,861

Grand Total .......................................... $897,598

151

**DECEMBER 1, 2008 - DECEMBER 31, 2008**

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

DIRECT DIAL
(312) 407-0766
DIRECT FAX
(312) 407-0680
EMAIL ADDRESS
CDICKERSK@SKADDEN.COM

333 WEST WACKER DRIVE

CHICAGO, ILLINOIS 60606-1285

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

January 21, 2009

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
─────────
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

Reginald D. Hedgebeth
General Counsel
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233

> Re:   In re Circuit City Stores, Inc.,
>       Case No. 08-35653 (KRH),
>       Jointly Administered

Dear Reggie:

Enclosed is our firm's fee request for services rendered and charges and disbursements incurred from December 1, 2008 through December 31, 2008 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $1,174,044 consisting of $1,127,539 for professional fees and $45,505 for charges and disbursements. The principal charges during the Fee Period were for Leases (Real Property) ($270,020), Tax Matters ($94,329), and Vendor Matters ($24,875). We have written off the amount of $66,220 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50% of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request. Thus, if the fee request is acceptable to you and no timely

Reginald D. Hedgebeth
January 20, 2009
Page 2

objections are made prior to February 10, 2009, you are authorized to pay to our firm
the amount of $1,003,913 with respect to the fee request, which amount is net of the
15% fee holdback amount of $169,131. Payment of the holdback amount remains
subject to Court authorization after a hearing on an interim fee application for the
period of November 10, 2008 through January 31, 2009.

       Should you have any questions or comments, please do not hesitate to
call me at your convenience.

Very truly yours,

Chris L. Dickerson

Enclosures

cc: James Marcum
    Sandy Raabe
    Gregg Galardi
    Linda Edwards

**SKADDEN, ARPS, SLATE,**
**MEAGHER & FLOM LLP**
AND AFFILIATES

Circuit City Stores, Inc. (DIP)                    January 13, 2009
9950 Mayland Drive                                 Bill No.: 1246913
Richmond, Virginia  23233

                                                   TIN:  13-1777230

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1246913 |

Invoice # 1246913
    Re:  Corporate Advice, Financing and Special Projects


TO PROFESSIONAL SERVICES RENDERED as set
forth in the attached Summary of Services
as follows:


For General Corporate Advice ..........................    $2,484


                                              $       2,484



For Asset Analysis and Recovery ......................    $19,214

    Charges and Disbursements
    Telecommunications ...................    $     7

         Total Disbursements ...................  _____    7

                                              $      19,221



PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.
                                                                        843

**TIME SUMMARY - - ALL MATTERS**
**CIRCUIT CITY STORES, INC. (DIP): through December 31, 2008**

For Asset Dispositions (General) ...................... $23,406

| Charges and Disbursements | | |
|---|---|---|
| Computer Legal Research .............. | $ | 409 |
| Telecommunications ................... | | 8 |
| Travel Expenses ...................... | | 38 |
| Total Disbursements ................. | | 455 |
| | $ | 23,861 |

For Automatic Stay (Relief Actions) ................... $11,134

| Charges and Disbursements | | |
|---|---|---|
| Computer Legal Research .............. | $ | 271 |
| Total Disbursements .................. | | 271 |
| | $ | 11,405 |

For Business Operations / Strategic Planning .......... 90

| Charges and Disbursements | | |
|---|---|---|
| Computer Legal Research .............. | $ | 262 |
| Total Disbursements .................. | | 262 |
| | $ | 262 |

For Case Administration ............................... $90,399

| Charges and Disbursements | | |
|---|---|---|
| Computer Legal Research .............. | $ | 7,378 |
| Courier, Express Delivery and Postage ................ | | 225 |
| Telecommunications ................... | | 358 |
| Electronic Document Management ....... | | 941 |
| Reproduction and Document Preparation | | 400 |
| Travel Expenses ...................... | | 11,066 |
| Total Disbursements .................. | | 20,368 |

**TIME SUMMARY - - ALL MATTERS**
**CIRCUIT CITY STORES, INC. (DIP); through December 31, 2008**

|  |  |  |  |
|---|---|---|---|
|  |  | $ | 110,767 |

For Claims Admin. (General) .......................... $6,281

Charges and Disbursements
Telecommunications ...................  $        66
Travel Expenses .......................           46

Total Disbursements .................. _____   112

$      6,393

For Claims Admin. (Reclamation/Trust Funds) ........... $24,865

Charges and Disbursements
Computer Legal Research .............  $    693

Total Disbursements .................. _____   693

$     25,558

For Credit Card Agreements ........................... $12,635

$     12,635

For Creditor Meetings / Statutory Committees .......... $10,382

$     10,382

For Employee Matters (General) ....................... $103,590

Charges and Disbursements
Computer Legal Research .............  $    4,043

<sub>us</sub>

**TIME SUMMARY - - ALL MATTERS**
CIRCUIT CITY STORES, INC. (DIP): through December 31, 2008

| | |
|---|---|
| Telecommunications .................... | 8 |
| Travel Expenses ....................... | 262 |
| Total Disbursements .................. | 4,313 |

$       107,903

For Executory Contracts (Personalty) .................. $31,877

Charges and Disbursements
| | |
|---|---|
| Travel Expenses ....................... | $34 |
| Total Disbursements .................. | 34 |

$        31,911

For Financing (DIP and Emergence) .................... $220,147

Charges and Disbursements
| | | |
|---|---|---|
| Computer Legal Research ............. | $ | 1,215 |
| Courier, Express Delivery and Postage ............... | | 25 |
| Telecommunications ................... | | 350 |
| Electronic Document Management ....... | | 192 |
| Reproduction and Document Preparation | | 93 |
| Travel Expenses ....................... | | 2,830 |
| Total Disbursements .................. | | 4,705 |

$       224,852

For Insurance ........................................ $17,775

$        17,775

For Leases (Real Property) ........................... $267,217

Charges and Disbursements

M3

**TIME SUMMARY · · ALL MATTERS**
**CIRCUIT CITY STORES, INC. (DIP): through December 31, 2008**

| | | |
|---|---|---|
| Computer Legal Research .............. | $ | 1,508 |
| Courier, Express | | |
| Delivery and Postage ................ | | 67 |
| Reproduction and Document Preparation | | 314 |
| Travel Expenses ...................... | | 914 |

| | | |
|---|---|---|
| Total Disbursements ................. | | 2,803 |

| | | |
|---|---|---|
| | $ | 270,020 |


For Litigation (General) ..............................                       $0

Charges and Disbursements
Electronic Document Management .......   $      1,546

Total Disbursements ...................          1,546

                                          $         1,546


For Nonworking Travel Time ...........................  $24,908

Charges and Disbursements
Travel Expenses ......................         $2,592

Total Disbursements ...................          2,592

                                          $        27,500


For Reports and Schedules ............................  $12,570

                                          $        12,570


For Retention / Fee Matters (SASM&F) .................  $17,290

Charges and Disbursements
Courier, Express
Delivery and Postage ................   $      896
Reproduction and Document Preparation          3,459

                                                           843

**TIME SUMMARY - - ALL MATTERS**
CIRCUIT CITY STORES, INC. (DIP): through December 31, 2008

| | | |
|---|---|---|
| Travel Expenses ...................... | 79 | |
| Total Disbursements .................. | | 4,434 |
| | $ | 21,724 |

For Retention / Fee Matters / Objections (Others) ..... $38,394

$ 38,394

For Secured Claims ................................... $4,573

Charges and Disbursements
Travel Expenses ...................... $45

Total Disbursements .................. 45

$ 4,618

For Tax Matters .................................... $94,329

Charges and Disbursements
| | | |
|---|---|---|
| Computer Legal Research .............. | $ | 1,563 |
| Telecommunications ................... | | 137 |
| Reproduction and Document Preparation | | 208 |
| Travel Expenses ...................... | | 312 |
| Total Disbursements .................. | | 2,220 |

$ 96,549

For Utilities ...................................... $70,597

Charges and Disbursements
| | | |
|---|---|---|
| Computer Legal Research .............. | $ | 215 |
| Courier, Express | | |
| Delivery and Postage ............... | | 27 |

84

**TIME SUMMARY - - ALL MATTERS**
**CIRCUIT CITY STORES, INC. (DIP): through December 31, 2008**

| | | |
|---|---|---|
| Total Disbursements ................... | _____ | 242 |
| | $ | 70,839 |

For Vendor Matters ................................... $23,472

Charges and Disbursements
| | | |
|---|---|---|
| Computer Legal Research ............. | $ | 1,303 |
| Telecommunications ................... | | 80 |
| Travel Expenses ...................... | | 20 |
| Total Disbursements .................. | _____ | 1,403 |
| | $ | 24,875 |

Total Fees ......................................... $1,127,539

Total Charges & Disbursements ......................... $45,505

Grand Total ........................................ $1,174,044

0•2

**JANUARY 1, 2009 - JANUARY 31, 2009**

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

DIRECT DIAL
(312) 407-0788
DIRECT FAX
(312) 407-8580
EMAIL ADDRESS
EDKBEASL@SKADDEN.COM

333 WEST WACKER DRIVE

CHICAGO, ILLINOIS 60606-1285

TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

February 25, 2009

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

Reginald D. Hedgebeth
General Counsel
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, Virginia 23233

Re:    In re Circuit City Stores, Inc.,
       Case No. 08-35653 (KRH),
       Jointly Administered

Dear Reggie:

Enclosed is our firm's fee request for services rendered and charges
and disbursements incurred from January 1, 2008 through January 31, 2008 (the "Fee
Period"), in connection with the post-petition work performed as counsel to Circuit
City Stores, Inc. (the "Company"). The fee request has been prepared in accordance
with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim
Compensation Procedures entered on December 9, 2008 in the above referenced
Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $1,147,641 consisting of
$1,085,837 for professional fees and $61,804 for charges and disbursements. The
principal charges during the Fee Period were for Leases (Real Property) ($144,653),
Tax Matters ($36,245), and Vendor Matters ($28,572). We have written off the
amount of $47,906 as an accommodation in connection with our regular billing
review process. This amount includes, among other categories, 50% of
non-working travel time and time charges for certain professionals billing less than
five hours during the month on a client level basis.

The Order authorizes the Company to pay professionals in the cases
monthly for 85% of fees and 100% of charges and disbursements if no objections to
a fee request have been made within 20 days of notice having being given with

Reginald D. Hedgebeth
February 25, 2009
Page 2

respect to such a request.  Thus, if the fee request is acceptable to you and no timely
objections are made prior to March 19, 2009, you are authorized to pay to our firm
the amount of $984,765 with respect to the fee request, which amount is net of the
15% fee holdback amount of $162,876.  Payment of the holdback amount remains
subject to Court authorization after a hearing on an interim fee application for the
period of November 10, 2008 through January 31, 2009.

Should you have any questions or comments, please do not hesitate to
call me at your convenience.

Very truly yours,

Chris L. Dickerson

Enclosures

cc: James Marcum
    Sandy Raabe
    Gregg Galardi
    Linda Edwards

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

AND AFFILIATES

Circuit City Stores, Inc. (DIP)
9950 Mayland Drive
Richmond, Virginia  23233

February 24, 2009
Bill No.:  1251626

TIN:  13-1777230

| PLEASE REMIT TO: | | |
|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1251626 |

Invoice # 1251626
Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED
through January 31, 2009, as set forth in
the attached Summary of Services as
follows:

For General Corporate Advice ...................$        6,479

    Charges and Disbursements
Total Disbursements.............................. _____0

                                            $        6,479

For Asset Analysis and Recovery ................$       40,751

    Charges and Disbursements
Computer Legal Research ..............     $       43
Reproduction and Document Preparation            378

       Total Disbursements.................... _____421

                                            $       41,172

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

B43E

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement   (January, 2009)
February 24, 2009 - Summary Page 2

For Asset Dispositions (General)  ...............$        269,271

| Charges and Disbursements | | |
|---|---|---|
| Computer Legal Research .............. | $ | 106 |
| Courier, Express | | |
| Delivery and Postage ................ | | 356 |
| Outside Research Services ........... | | 12 |
| Reproduction and Document Preparation | | 811 |
| Travel Expenses ..................... | | 6,379 |
| Total Disbursements................... | | 7,664 |

$        276,935


For Asset Dispositions (Real Property)  ........$          4,583

| Charges and Disbursements | |
|---|---|
| Total Disbursements............................ | 0 |

$          4,583


For Automatic Stay (Relief Actions)  ............$         45,572

| Charges and Disbursements | | |
|---|---|---|
| Computer Legal Research .............. | $ | 3,016 |
| Outside Research Services ........... | | 4 |
| Total Disbursements................... | | 3,020 |

$         48,592

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (January, 2009)
February 24, 2009 - Summary Page 3

For Case Administration .......................$      57,302

| Charges and Disbursements | | |
|---|---|---|
| Computer Legal Research ............. | $ | 5,479 |
| Courier, Express | | |
| Delivery and Postage ............... | | 268 |
| Telecommunications ................... | | 14 |
| Outside Research Services ........... | | 426 |
| Electronic Document Management ....... | | 302 |
| Reproduction and Document Preparation | | 520 |
| Travel Expenses ..................... | | 1,725 |

Total Disbursements ...................            8,734

$      66,036

For Claims Admin. (General) ...................$      14,577

Charges and Disbursements
Computer Legal Research .............    $    50

Total Disbursements ...................            50

$      14,627

For Claims Admin. (Reclamation/Trust Funds) ....$      4,029

| Charges and Disbursements | | |
|---|---|---|
| Computer Legal Research .............. | $ | 234 |
| Outside Research Services ............ | | 21 |

Total Disbursements ...................            255

$       4,284

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (January, 2009)
February 24, 2009 - Summary Page 4

For Credit Card Agreements ....................$        11,112

    Charges and Disbursements
    Computer Legal Research .............    $    164

        Total Disbursements...................  _____    164

                                   $        11,276


For Creditor Meetings / Statutory Committees ...$        3,416

    Charges and Disbursements
    Outside Research Services ............    $    16

        Total Disbursements...................  _____    16

                                   $        3,432


For Employee Matters (General) ................$        234,067

    Charges and Disbursements
    Computer Legal Research .............  $    13,258
    Courier, Express
    Delivery and Postage ................        3,025
    Reproduction and Document Preparation         4

        Total Disbursements...................  _____  16,287

                                   $        250,354

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement   (January, 2009)
February 24, 2009 - Summary Page 5


For Executory Contracts (Personalty) ...........$        24,591

    Charges and Disbursements
    Computer Legal Research .............. $      1,951

        Total Disbursements...................          1,951

                                               $        26,542


For Financing (DIP and Emergence) ..............$        23,018

    Charges and Disbursements
    Computer Legal Research ..............  $       4,023
    Outside Research Services ............             33
    Reproduction and Document Preparation              8
    Travel Expenses ......................            334

        Total Disbursements...................          4,398

                                               $        27,416


For Insurance ................................$         1,320

    Charges and Disbursements
    Total Disbursements.............................           0

                                               $         1,320


For Intellectual Property .....................$         1,547

    Charges and Disbursements
    Total Disbursements.............................           0

                                               $         1,547

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement (January, 2009)
February 24, 2009 - Summary Page 6

For Leases (Real Property) ....................$     144,653

Charges and Disbursements
Computer Legal Research .............    $    799
Courier, Express
Delivery and Postage ................         10
Outside Research Services ............         60
Reproduction and Document Preparation        2

Total Disbursements....................         871

                                   $    145,524


For Litigation (General) ......................$     21,479

Charges and Disbursements
Computer Legal Research .............    $    63
Outside Research Services ............        16
Electronic Document Management .......      194
Reproduction and Document Preparation      370

Total Disbursements....................         643

                                   $    22,122


For Nonworking Travel Time ....................$     29,629

Charges and Disbursements
Travel Expenses .....................     $13,490

Total Disbursements....................      13,490

                                   $    43,119

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement   (January, 2009)
February 24, 2009 - Summary Page 7

For Regulatory and SEC Matters ................$              207

    Charges and Disbursements
    Total Disbursements .............................   _____ 0

                                       $              207


For Reports and Schedules .....................$              189

    Charges and Disbursements
    Total Disbursements ............................   _____ 0

                                        $              189


For Retention / Fee Matters (SASM&F) ..........$            9,061

    Charges and Disbursements
    Courier, Express
    Delivery and Postage ................      $    12

        Total Disbursements ...................   _____ 12

                                        $            9,073


For Retention / Fee Matters / Objections (Others)          28,090
.......................................$

    Charges and Disbursements
    Computer Legal Research ..............    $    494

        Total Disbursements ...................   _____ 494

                                        $           28,584

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement   (January, 2009)
February 24, 2009 - Summary Page 8

For Secured Claims ...........................$            5,745

    Charges and Disbursements
    Computer Legal Research .............     $      694

        Total Disbursements....................            694

                                              $          6,439

For Tax Matters ...............................$           36,245

    Charges and Disbursements
    Outside Research Services ............     $      77

        Total Disbursements....................             77

                                              $         36,322

For Utilities ................................$           40,332

    Charges and Disbursements
    Computer Legal Research .............     $      681
    Outside Research Services ............            12

        Total Disbursements....................            693

                                              $         41,025

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement   (January, 2009)
February 24, 2009 - Summary Page 9

For Vendor Matters ............................. $        28,572

    Charges and Disbursements
    Computer Legal Research .............   $      1,679
    Outside Research Services ............             11
    UCC Research/Opinion .................            180

        Total Disbursements ...................        1,870

                                   $       30,442

Total Fees ..................................... $    1,085,837

Total Charges and Disbursements .................         61,804

Grand Total .................................... $    1,147,641

**EXHIBIT D**

(Detail of Time Billed)

NOVEMBER 10, 2008 - NOVEMBER 31, 2008

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                          Bill Date: 12/08/08
General Corporate Advice                                  Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 11/12/08 | 1.20 | PARTICIPATE IN BOARD CALL RE: FILING AND NEXT STEPS AND RESPONSIBILITIES (1.2). |
| GALARDI GM | 11/14/08 | 1.10 | REVIEW AND COMMENT ON LETTER TO CUSTOMERS, Q& AS AND OTHER DOCUMENTS (.8); REVIEW AND COMMENT ON BOARD CALENDAR (.3). |
| GALARDI GM | 11/15/08 | 0.40 | REVIEW AND COMMENT ON CRITICAL DATES CALENDAR. |
| | | 2.70 | |
| Total Partner | | 2.70 | |
| MATTER TOTAL | | 2.70 | |

ccj

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 12/08/08 |
|---|---|---|---|
| Asset Analysis and Recovery | | | Bill Number: 1241519 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 11/16/08 | 0.40 | DISCUSSIONS RE CANADIAN MATTERS. |
| DICKERSON CL | 11/17/08 | 1.40 | CONFERENCE CALL WITH OSLER RE CANADIAN PROCEEDINGS (1.1); ANALYSIS OF ISSUES RE SAME (.3). |
| DICKERSON CL | 11/20/08 | 1.10 | CONTINUED ATTENTION TO ANALYSIS OF CANADIAN ISSUES (.8); DISCUSSIONS RE SAME (.3). |
| DICKERSON CL | 11/21/08 | 0.90 | ATTENTION TO ISSUES RE POTENTIAL SALE OF AIRCRAFT (.3); DISCUSSIONS WITH CLIENT RE SAME (.2); CONFERENCE CALL WITH SALINAS COUNSEL RE SAME (.4). |
| DICKERSON CL | 11/22/08 | 0.50 | REVIEW REVISED CANADIAN INITIAL ORDER (.3); DISCUSSIONS RE SAME (.2). |
| DICKERSON CL | 11/24/08 | 1.30 | REVIEW DRAFT MONITOR REPORT RE CANADIAN ASSETS. |
| DICKERSON CL | 11/25/08 | 1.20 | CONTINUED ATTENTION TO CANADIAN ISSUES RE MONITOR AND INITIAL ORDER (.8); DISCUSSIONS WITH OSLER RE SAME (.4). |
| DICKERSON CL | 11/26/08 | 2.20 | CONTINUED ATTENTION TO CANADIAN ISSUES RE MONITOR AND INITIAL ORDER (.8); DISCUSSIONS WITH OSLER RE SAME (.4). |
| DICKERSON CL | 11/30/08 | 0.70 | CONTINUED ATTENTION TO DOCUMENTS RE CANADIAN ISSUES (.6); DISCUSSIONS WITH OSLER RE SAME (.1). |
| | | 9.70 | |
| GALARDI GM | 11/17/08 | 0.40 | COORDINATE MEETING WITH CANADIAN COUNSEL AND MONITOR (.4). |
| GALAROI GM | 11/18/08 | 0.90 | REVIEW AND RESPOND TO EMAIL RE: ROTHSCHILD SALE PROCESS, MONITOR MEETING AND RELATED ISSUES (.4); CALLS RE: SAME AND PRESENTAITON (.5). |
| GALARDI GM | 11/19/08 | 1.80 | MEETING WITH MONITOR. |
| GALARDI GM | 11/20/08 | 0.40 | FOLLOW-UP RE: INTERCOMPANY ACCOUNTS WITH CANADA. |
| GALARDI GM | 11/22/08 | 0.80 | CALL RE: CANADA OPERATIONS AND NEXT STEPS (.8). |
| GALARDI GM | 11/26/08 | 0.80 | CALL WITH CANADIAN COUNSEL RE: HEARING AND ISSUES (.8). |

2

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  |
|---|---|
|  | 5.10 |
| Total Partner | 14.80 |
| MATTER TOTAL | 14.80 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/08/08
Asset Dispositions (General)                                       Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 11/11/08 | 0.30 | WORK ON 363 TIMELINE WITH ROTHSCHILD (.3). |
| GALARDI GM | 11/12/08 | 0.60 | DEVELOP SALE TIMELINE AND DISCUSS SAME WITH FTI AND ROTHSCHILD (.6). |
| GALARDI GM | 11/17/08 | 0.40 | REVIEW AND COMMENT ON 363 TIMELINE (.4). |
| GALARDI GM | 11/19/08 | 0.30 | WORK ON SALE OF AIRPLANE (.3). |
| GALARDI GM | 11/25/08 | 1.10 | WORK ON STRATEGY RE: FFE SALE IN CLOSING STORES (.4); CALL WITH FTI RE: SAME AND STRATEGY/PROCESS (.7). |
| GALARDI GM | 11/28/08 | 0.20 | REVIEW AND FOLLOW-UP RE: FFE SIDE DEAL (.2). |
|  |  | 2.90 |  |
| Total Partner |  | 2.90 |  |
| MATTER TOTAL |  | 2.90 |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP)<br>Assets Dispositions (Inventory) | | | Bill Date: 12/08/08<br>Bill Number: 1241519 |
| --- | --- | --- | --- |
| **NAME** | **DATE** | **HOURS** | **DESCRIPTION** |
| GALARDI GM | 11/10/08 | 0.70 | PREPARE FOR AND REPRESENT COMPANY AT HEARING ON STORE CLOSING SALE AND AGENCY AGREEMENT (.7). |
| | | 0.70 | |
| Total Partner | | 0.70 | |
| FREDERICKS IS | 11/25/08 | 3.50 | REVIEW LIQUIDATOR AGREEMENT FOR SALE OF FF&E AND PROVIDE COMMENTS TO SAME; MULTIPLE CORRESPONDENCE TO AND FROM G. GALARDI RE: CONSIDERATIONS RELATED TO AGREEMENT; CONFERENCE CALL WITH S. STEGENGA, K. REAGAN AND G. GALARDI RE: SAME (3.5). |
| FREDERICKS IS | 11/26/08 | 0.80 | TELEPHONE CALL FROM K. REGAN RE: FF&E SALE BY GB/HILCO (.7); CORRESPONDENCE TO G. GALARDI RE: SAME (.1). |
| | | 4.30 | |
| Total Associate | | 4.30 | |
| MATTER TOTAL | | 5.00 | |

5

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 12/08/08 |
|---|---|---|---|
| Asset Dispositions (Real Property) | | | Bill Number: 1241519 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| CONWAY DS | 11/10/08 | 6.00 | DRAFT, REVISE AND NEGOTIATE CIRCUIT CITY AND INTERTAN CONFIDENTIALITY AGREEMENTS; CONFERENCES AND COMMUNICATIONS RE/ SAME. |
| CONWAY DS | 11/11/08 | 1.30 | CONDUCT CIRCUIT CITY AND INTERTAN NDA PROCESS. |
| CONWAY DS | 11/12/08 | 1.30 | COORDINATE CONFIDENTIALITY AGREEMENT DRAFTING, REVISIONS AND PROCESS. |
| CONWAY DS | 11/13/08 | 1.50 | DRAFT AND REVISE CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 11/14/08 | 1.40 | NEGOTIATE CONFIDENTIALITY AGREEMENT CHANGES. |
| CONWAY DS | 11/17/08 | 3.10 | NEGOTIATE CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 11/18/08 | 3.00 | NEGOTIATE AND REVISE CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 11/19/08 | 2.70 | NEGOTIATE AND REVISE CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 11/20/08 | 2.70 | NEGOTIATE AND REVISE CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 11/21/08 | 1.10 | NEGOTIATE AND REVISE CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 11/24/08 | 1.30 | NEGOTIATION AND REVISION OF CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 11/25/08 | 0.90 | NEGOTIATION OF, AND REVISIONS TO, CONFIDENTIALITY AGREEMENTS. |
| CONWAY DS | 11/26/08 | 2.40 | NEGOTIATE AND REVISE CONFIDENTIALITY AGREEMENTS; REVIEW AND COMMENT ON ROTHSCHILD PROCESS LETTER. |
| CONWAY DS | 11/28/08 | 0.80 | NEGOTIATION AND REVISION OF CONFIDENTIALITY AGREEMENTS. |
| | | 29.50 | |
| FREDERICKS IS | 11/25/08 | 2.60 | REVIEW, REVISE AND FINALIZE LEASE PROCEDURES MOTION AND WORK WITH K. GRANT RE: SAME (2.6). |
| | | 2.60 | |
| Total Associate | | 32.10 | |
| MATTER TOTAL | | **32.10** | |

6

DCS

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/08/08
Automatic Stay (Relief Actions)                                    Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FREDERICKS IS | 11/24/08 | 0.80 | REVIEW AND REVISE DRAFT AUTOMATIC STAY LETTER PREPARED BY MCGUIREWOODS AND MULTIPLE CORRESPONDENCE TO AND FROM S. BOEHM RE: SAME (.8). |
| | | 0.80 | |
| LIBERI JM | 11/14/08 | 0.80 | RESEARCH PROPERTY OF ESTATE/AUTOMATIC STAY ISSUES RE: CIRCUIT CITY GIFT CARDS (0.8). |
| | | 0.80 | |
| Total Associate | | 1.60 | |
| MATTER TOTAL | | 1.60 | |

8

DC2

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/08/08
Business Operations / Strategic Planning                           Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI CM | 11/21/08 | 0.30 | EMAILS WITH B. BESANKO RE: ULTIMATE ELECTRONICS (.3). |
| | | 0.30 | |
| Total Partner | | 0.30 | |
| MATTER TOTAL | | 0.30 | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP)<br>Case Administration | | | Bill Date: 12/09/08<br>Bill Number: 1241519 |
|---|---|---|---|
| **NAME** | **DATE** | **HOURS** | **DESCRIPTION** |
| DICKERSON CL | 11/10/08 | 7.40 | CONTINUED ATTENTION TO ISSUES RE FILING (1.6); PREPARE FOR/ATTEND FIRST DAY HEARING (6.8). |
| DICKERSON CL | 11/11/08 | 1.60 | REVIEW RECENTLY FILED PLEADINGS (.8); REVIEW REVISED FIRST DAY ORDERS FOR FILING (.4); MULTIPLE DISCUSSIONS RE SAME (.4). |
| DICKERSON CL | 11/12/08 | 2.00 | REVIEW RECENTLY FILED PLEADINGS/CORRESPONDENCE (.7); REVIEW REVISED FIRST DAY ORDERS FOR FILING (.8); MULTIPLE DISCUSSIONS RE SAME (.5). |
| DICKERSON CL | 11/15/08 | 1.30 | REVIEW RECENTLY FILED PLEADINGS/CORRESPONDENCE. |
| DICKERSON CL | 11/16/08 | 1.30 | MULTIPLE CONFERENCE CALLS RE STATUS OF POST-FILING MATTERS (1.3). |
| DICKERSON CL | 11/17/08 | 0.50 | REVIEW RECENTLY FILED PLEADINGS/CORRESPONDENCE. |
| DICKERSON CL | 11/18/08 | 0.40 | REVIEW RECENTLY FILED PLEADINGS/CORRESPONDENCE. |
| DICKERSON CL | 11/19/08 | 0.30 | REVIEW RECENTLY FILED PLEADINGS/CORRESPONDENCE. |
| DICKERSON CL | 11/20/08 | 0.80 | REVIEW RECENTLY FILED PLEADINGS/CORRESPONDENCE. |
| DICKERSON CL | 11/21/08 | 0.60 | REVIEW RECENTLY FILED PLEADINGS/CORRESPONDENCE. |
| DICKERSON CL | 11/24/08 | 0.40 | REVIEW RECENTLY FILED PLEADINGS/CORRESPONDENCE. |
| DICKERSON CL | 11/25/08 | 0.40 | REVIEW RECENTLY FILED PLEADINGS/CORRESPONDENCE. |
| DICKERSON CL | 11/26/08 | 0.70 | REVIEW RECENTLY FILED PLEADINGS/CORRESPONDENCE. |
| | | **17.70** | |
| GALARDI GM | 11/10/08 | 3.20 | PREPARE FOR, ATTEND AND REPRESENT CIRCUIT CITY AT FIRST DAY HEARING. |
| GALARDI GM | 11/11/08 | 3.40 | REVIEW AND RESPOND TO NUMEROUS QUESTIONS FOR COMPANY RE: OPERATIONS/LEGAL ISSUES AND CALLS FROM VENDORS SUPPLIERS AND OTHERS (2.1); REVIEW AND COMMENT ON PRESS AND OTHER DISCLOSURES (1.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GALARDI GM | 11/24/08 | 0.40 | EMAILS WITH COMMITTEE RE: FIRST DAY MOTIONS (.4). |
| GALARDI GM | 11/29/08 | 0.10 | REVIEW AND RESPOND TO EMAIL RE: THEATRE EXTREME (.1). |
| | | 7.10 | |
| **Total Partner** | | **24.80** | |
| BAKER SK | 11/11/08 | 0.70 | DRAFT SUGGESTION OF BANKRUPTCY. |
| BAKER SK | 11/19/08 | 0.30 | CONFERENCE CALL WITH CIRCUIT CITY WORKING GROUP REGARDING STATUS OF CASE AND NEW ASSIGNMENTS. |
| | | 1.00 | |
| FISHER CP | 11/26/08 | 0.30 | TELECONFERENCE RE: STRATEGY FOR HEARING (0.3). |
| | | 0.30 | |
| FREDERICKS IS | 11/10/08 | 15.40 | REVIEW AND FINALIZE VARIOUS FIRST DAY PLEADINGS PRIOR TO THEIR FILING, BUT AFTER THE PETITION WAS FILED (4.6); PREPARE FOR AND ATTEND FIRST DAY HEARING (8.3); WORK WITH MCGUIREWOODS TO REVISE ORDERS FOLLOWING HEARING (1.4); MULTIPLE TELEPHONE CALLS TO THE COMPANY RE: FIRST DAY HEARING (1.2). |
| FREDERICKS IS | 11/11/08 | 1.20 | MEETING WITH CIRCUIT CITY IN-HOUSE LEGAL DEPARTMENT RE: IMPACT OF BANKRUPTCY ON VARIOUS GENERAL CORPORATE MATTERS AND GENERAL BANKRUPTCY OVERVIEW (1.2). |
| FREDERICKS IS | 11/11/08 | 1.80 | REVIEW AND REVISE VARIOUS ORDERS CONSISTENT WITH FIRST DAY HEARING (1.8). |
| FREDERICKS IS | 11/12/08 | 1.00 | CONTINUE TO REVIEW, REVISE AND FINALIZE ORDERS AND CORRESPONDENCE TO S. BOEHM RE: SAME (1.0). |
| FREDERICKS IS | 11/12/08 | 1.20 | CONFERENCE CALL WITH THE COMPANY AND T. BEHNKE RE: RELIEF GRANTED BY FIRST DAY ORDERS AND OPERATING IN CHAPTER 11 (1.2). |
| FREDERICKS IS | 11/12/08 | 0.90 | TELECONFERENCE WITH KCC, MCGUIREWOODS AND CERTAIN MEMBERS OF SKADDEN WORKING GROUP RE: KCC WEBSITE, GENERAL SERVICES ISSUES, AND SERVICE ISSUES RELATED TO FIRST DAY ORDERS (.9). |
| FREDERICKS IS | 11/16/08 | 0.90 | PARTICIPATE IN CONFERENCE CALL WITH SKADDEN WORKING GROUP RE: CASE STRATEGY AND MATTERS TO BE ADDRESSED IN THE COMING WEEKS (.9). |

11

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FREDERICKS IS | 11/19/08 | 0.40 | CORRESPONDENCE TO AND FROM S. BOEHM RE: POTENTIAL AMENDMENTS TO CERTAIN PETITIONS. |
|---|---|---|---|
| FREDERICKS IS | 11/19/08 | 0.90 | REVIEW AND REVISE DRAFT COMMITTEE CONFIDENTIALITY MOTION (.9). |
| FREDERICKS IS | 11/26/08 | 0.70 | CONFERENCE CALL WITH SKADDEN WORKING GROUP RE: PREPARATION OF RESPONSES TO VARIOUS MOTIONS AND OBJECTIONS SCHEDULED FOR UPCOMING HEARING AND VARIOUS MATTERS TO BE ADDRESSED IN THE COMING WEEKS (.7). |
| FREDERICKS IS | 11/26/08 | 0.70 | COORDINATE WITH KCC AND MCGUIREWOODS CASE SERVICE PROCEDURE, INCLUDING MULTIPLE CORRESPONDENCE TO AND FROM D. BLANKS AND E. GERSHIEM (KCC) RE: SAME AND TELEPHONE CALL TO R. GERSHIEM RE: SAME (.7). |

25.10

| GRANT K | 11/16/08 | 0.90 | WORKING GROUP STRATEGY CALL. (.9). |
|---|---|---|---|

0.90

| KUMAR JS | 11/10/08 | 3.20 | RESEARCHING 4TH CIRCUIT LAW ALLOWING EXTENSION OF REMOVAL PERIOD (.9). DRAFTING MOTION AND ORDER TO EXTEND REMOVAL PERIOD (2.3). |
|---|---|---|---|
| KUMAR JS | 11/12/06 | 1.20 | CALL WITH SKADDEN WORKING GROUP RE OUTSTANDING TASKS (.3). CALL WITH ACCOUNTING GROUP AT COMPANY RE FIRST DAY MOTIONS (.9). |
| KUMAR JS | 11/14/08 | 2.60 | DRAFTING BACKGROUND SECTION FOR MOTIONS (1.9). REVIEWING MATERIALS ON CASE DISTRIBUTION LIST (.7). |
| KUMAR JS | 11/16/08 | 0.80 | CALL WITH SKADDEN WORKING GROUP RE OUTSTANDING ISSUES. |
| KUMAR JS | 11/17/08 | 0.30 | REVIEWING DISTRIBUTION LIST AND IDENTIFYING ITEMS FOR FOLLOW UP (.2). CALL WITH D. RAMSEY AND I. FREDERICKS RE CUSTOMER PRACTICES MOTION (.1). |
| KUMAR JS | 11/19/08 | 0.40 | CALL WITH SKADDEN WORKING GROUP (.4). |
| KUMAR JS | 11/20/08 | 3.40 | RESPONDING TO CALLS FROM PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES (3.2). REVIEWING SHIPPING AND CUSTOMER PRACTICES MOTIONS RE: QUESTIONS FROM COMPANY AND PARTIES IN INTEREST (.2). |

22

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KUMAR JS | 11/21/08 | 4.50 | RESPONDING TO CALLS, EMAILS AND CORRESPONDENCE FROM PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES (4.1). UPDATING VENDOR SPREADSHEET TO INCLUDE CURRENT QUESTIONS FROM PARTIES IN INTEREST (.2). |
|---|---|---|---|
| KUMAR JS | 11/24/08 | 1.40 | RESPONDING TO CALLS FROM PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES (1.4). |
| KUMAR JS | 11/25/08 | 1.30 | RESPONDIGN TO CALLS FROM VARIOUS PARTIES IN INTEREST CONCERNING NOTICE OF FILING AND OTHER QUESTIONS (1.3). |
| KUMAR JS | 11/26/08 | 1.10 | RESPONDING TO CALLS AND EMAILS FROM PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES (.5). CALL WITH SKADDEN WORKING GROUP (.6). |
|  |  | 20.00 |  |
| LAZAROFF KA* | 11/19/08 | 0.30 | STATUS CALL WITH INTERNAL WORKING GROUP. |
| LAZAROFF KA* | 11/25/08 | 0.90 | REVISED WORKING GROUP LIST (.5); STATUS CALL WITH INTERNAL WORKINC GROUP (.4). |
|  |  | 1.30 |  |
| Total Associate/Law Clerk |  | 49.50 |  |
| HEANEY CM | 11/10/08 | 4.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); ASSIST ATTORNEYS WITH HEARING PREPARATION (2.2); OBTAIN, REVIEW AND DISTRIBUTE VARIOUS SIGNED ORDERS ON THIRD PARTIES (.9); OUTLINE SERVICE OF ORDRRS (.4); COORDINATE WITH THIRD PARTIES RE: STATUS OF ORDER SERVICE (.3). |
| HEANEY CM | 11/11/08 | 3.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES VARIOUS OUTSTANDING SERVICE PARTIES (.4) UPDATE SERVICE INFORMATION (.6); OBTAIN, REVIEW AND DISTRIBUTE PLEADING (.3); ASSIST ATTORNEYS WITH PREPARATION OF ADDITONAL PLEADINGS (.9); DISTRIBUTE ADDITIONAL MOTION, ORDER AND EXHIBITS ON THIRD PARTIES (.6). |
| HEANEY CM | 11/13/08 | 1.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.2); REVIEW SIGNED ORDERS IN PREPARATION FOR DRAFTING CASE CALENDAR (.6); COORDINATE WITH THIRD PARTIES REGARDING UPDATED SERVICE INFORMATION (1.1). |

13

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| HEANEY CM | 11/14/08 | 2.90 | DRAFT EDIT/REVISE CASE CALENDAR (2.3); REVIEW DOCKET RE: UPDATES TO FILES (.3); ASSIST ATTORNEYS WITH RESEARCH CONCERNING GIFT CARDS (.3). |
| HEANEY CM | 11/18/08 | 0.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES RE: CONTACT INFORMATION FOR CANADIAN CASES (.1). |
| HEANEY CM | 11/19/08 | 1.10 | REVIEW COURT DOCKETS AND CASE FILES RE: PLEADINGS TO BE USED AS PRECEDENT (.9); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS (.2). |
| HEANEY CM | 11/20/08 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.9). |
| HEANEY CM | 11/21/08 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE DOCUMENTS ON THIRD PARTIES (.4). |
| | | 15.40 | |
| LAMANNA KK | 11/10/08 | 0.30 | ASSIST WITH SET UP OF INFORMATIONAL VOICE MAILBOX TO RESPOND TO GENERAL INQUIRIES FROM THIRD PARTIES. |
| LAMANNA WK | 11/11/08 | 0.10 | RESPOND TO INQUIRIES FROM THIRD PARTIES RE: GENERAL CASE INFORMATION. |
| LAMANNA WK | 11/13/08 | 0.10 | RESPOND TO TELEPHONE CALL OF THIRD PARTY FOR CASE INFORMATION (0.1). |
| LAMANNA WK | 11/18/08 | 0.10 | RESPOND TO TELEPHONE INQUIRIES FROM THIRD PARTIES. |
| LAMANNA WK | 11/19/08 | 0.30 | REVIEW COURT DOCUMENTS AND CASE DOCKET IN PREPARATION FOR CALENDARING CRITICAL DATES (0.3). |
| LAMANNA KK | 11/19/08 | 3.70 | DOWNLOAD AND REVIEW NEW CASE DOCUMENTS AND COURT DOCKET (0.4); BEGIN CALENDARING CASE CRITICAL DATES FROM PLEADINGS, DOCKET, AND FEDERAL CODE AND RULES (3.1); RUN PRELIMINARY CASE CALENDAR AND REVIEW (0.2). |
| LAMANNA WK | 11/20/08 | 1.50 | REVIEW COURT DOCUMENTS AND CASE DOCKET (0.2); CALENDAR CRITICAL DATES IN MAIN CASE (0.8) ; PREPARE AND DISTRIBUTE CASE CALENDAR (0.3); MAINTAIN CLIENT'S CASE FILE FOR STORAGE (0.2). |

14

107

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LAMANGA WK | 11/21/08 | 1.40 | REVIEW NEWLY FILED COURT DOCUMENTS (0.3); CALENDAR CRITICAL DATES IN MAIN CASE (0.8); PREPARE AND DISTRIBUTE CASE CALENDAR (0.3). |
| | | 7.50 | |
| NORTON LS | 11/24/08 | 2.90 | COMPILE AND DISTRIBUTE RECENT FILINGS IN CASE TO ATTORNEYS FOR REVIEW (.8); COMPILE PLEADINGS AND ASSEMBLE DRAFT PLEADINGS BINDER FOR ATTORNEY REVIEW (1.9); ORGANIZE HAND DELIVERY TO ATTORNEY REGARDING SAME (.2). |
| NORTON LS | 11/25/08 | 2.10 | COMPILE ALL DRAFT PLEADINGS AND FORWARD TO CHICAGO ATTORNEY (.6); COMPILE RECENT FILINGS IN CASE AND DISTRIBUTE TO ATTORNEYS (.9); COMPILE PRECEDENT PLEADINGS AND FORWARD TO ATTORNEY RE: BAR DATE MOTIONS AND ORDERS (.6). |
| NORTON LS | 11/26/08 | 0.50 | COMPILE RECENT FILINGS IN CASE AND DISTRIBUTE TO ATTORNEYS (.5). |
| | | 5.50 | |
| Total Legal Assistant | | 28.40 | |
| MATTER TOTAL | | 101.70 | |

* Law clerks are law school graduates who are not presently admitted to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                              Bill Date: 12/08/08
Claims Admin. (General)                                      Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 11/28/08 | 0.30 | ATTENTION TO ISSUES RE GOVERNMENTAL BAR DATE. |
| | | 0.30 | |
| GALARDI GM | 11/28/08 | 0.30 | CALLS AND EMAIL RE: GOVERNMENT UNIT BAR DATE (.3). |
| | | 0.30 | |
| Total Partner | | 0.60 | |
| ATKINSON TA | 11/14/08 | 2.90 | RESEARCH AND ANALYSIS REGARDING GIFT CARDS. |
| | | 2.90 | |
| BAKER SK | 11/10/08 | 1.30 | DRAFT MOTION TO ESTABLISH BAR DATE FOR FILING PROOFS OF CLAIM. |
| BAKER SK | 11/10/08 | 0.80 | DRAFT ORDER TO ESTABLISH BAR DATE FOR FILING PROOFS OF CLAIM. |
| BAKER SK | 11/10/08 | 0.70 | DRAFT NOTICE TO ESTABLISH BAR DATE FOR FILING PROOFS OF CLAIM. |
| BAKER SK | 11/14/08 | 0.30 | REVIEW PIONEER USA INC'S 503(B)(9) CLAIM AGAINST CIRCUIT CITY STORES, INC. |
| BAKER SK | 11/25/08 | 0.80 | REVIEW AND REVISE BAR DATE MOTION; REVIW BAR DATE NOTICE; REVIEW BAR DATE ORDER. |
| | | 3.90 | |
| FREDERICKS IS | 11/20/08 | 2.30 | REVIEW, REVISE AND FINALIZE BAR DATE MOTION AND RELATED DOCUMENTS. |
| FREDERICKS IS | 11/24/08 | 0.40 | CORRESPONDENCE TO AND FROM KCC RE: SERVICE OF BAR DATE NOTICE AND EXHIBIT ON VARIOUS DISCRETE GOVERNMENTAL AGENCIES AND OTHER CREDITORS (.4). |
| FREDERICKS IS | 11/25/08 | 1.90 | REVIEW, REVISE AND FINALIZE BAR DATE MOTION AND RELATED DOCUMENTS AND COORDINATE FILING OF SAME (1.9). |
| FREDERICKS IS | 11/28/08 | 0.60 | MULTIPLE CORRESPONDENCE TO AND FROM G, GALARDI AND C. DICKERSON RE: BAR DATE. |
| | | 5.20 | |

16

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRANT K | 11/21/08 | 2.30 | REVIEWED DRAFT BAR DATE MOTION, ORDER AND NOTICES IN CONNECTION WITH SAME. (2.3). |
| | | 2.30 | |
| LAZAROFF KA* | 11/19/08 | 1.40 | RESEARCHED WHEN AN ORDER BECOMES EFFECTIVE. |
| | | 1.40 | |
| Total Associate/Law Clerk | | 15.70 | |
| MATTER TOTAL | | 16.30 | |

* Law clerks are law school graduates who are not presently admitted to practice.

17

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 12/08/08 |
| Claims Admin. (Reclamation/Trust Funds) | | | Bill Number: 1241519 |

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 11/10/08 | 0.70 | REVIEW SAMSUNG NOTICE OF RECLAMATION AND DOCUMENTS IN SUPPORT. |
| BAKER SK | 11/10/08 | 0.70 | REVIEW 20TH CENTURY FOX NOTICE OF RECLAMATION OF GOODS AND DOCUMENTS IN SUPPORT. |
| BAKER SK | 11/11/08 | 0.20 | REVIEW NEWLY FILED RECLAMATION DEMAND OF PANASONIC. |
| BAKER SK | 11/11/08 | 0.20 | REVIEW RECLAMATION DEMAND OF BETHSSDA SOFTWORKS. |
| BAKER SK | 11/11/08 | 0.50 | REVIEW RECLAMATION DEMAND OF BUENA VISTA HOME ENTERTAINMENT. |
| BAKER SK | 11/11/08 | 0.20 | REVIEW RECLAMATION DEMAND OF DISNEY INTERACTIVE DISTRIBUTION. |
| BAKER SK | 11/13/08 | 4.20 | REVIEW RECLAMATION CLAIM OF LEXMARK INTERNATIONAL INC. (.4); REVIEW RECLAMATION CLAIM OF WESTERN DIGITAL TECHNOLOGIES (.4); REVIEW RECLAMATION DEMAND OF ACCO BRANDS USA LLC (.4); REVIEW RECLAMATION DEMAND OF HOMEDICS, INC. (.4); REVIEW RECLAMATION DEMAND OF THE HOOVER COMPANY (.6); REVIEW RECLAMATION OEMAND OF COKEM INTERNATIONAL LTD (.6); REVIEW RECLAMATION DEMAND OF OLYMPICS IMAGING AMERICA (.6); REVIEW RECLAMATION CLAIM OF PARAMOUNT HOME ENTERTAINMENT (.6); REVISE RECLAMATION CLAIM REPORT (.2). |
| BAKER SK | 11/14/08 | 0.90 | REVIEW PIONEER STRATEGIC BUSINESS SERVICES, INC'S RECLAMATION DEMAND. |
| | | 7.60 | |
| FISHER CP | 11/21/08 | 6.10 | RESEARCH RE: RECLAMATION CLAIMS (4.2); DRAFT MEMO RE: RECLAMATION CLAIMS (1.9). |
| FISHER CP | 11/23/08 | 0.50 | REVISING DOCUMENTS RE: RECLAMATIONS MEMO (0.3). |

18

153

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FISHER CP | 11/24/08 | 6.20 | DRAFTING DOCUMENTS RE: RETENTION CLAIMS MEMO (0.3); RESEARCH RE: RECLAMATION QUESTIONS FROM VENDOR (0.7); RESEARCH RE: SECTION 546 & RECLAMATION CLAIMS (3.1); REVIEWING AND TRACKING RE: RECLAMATION CLAIM SUBMISSIONS FROM VENDORS (1.7); REVISING MEMO RE: SECTION 546 & RECLAMATION CLAIMS (0.2); TELEPHONE CALL RE: RECLAMATION QUESTIONS FROM VENDOR (0.2). |
|---|---|---|---|
| FISHER CP | 11/25/08 | 3.20 | RESEARCH RE: RECLAMATION QUESTIONS FROM VENDOR (0.2); RESEARCH RE: SECTION 546 & RECLAMATION CLAIMS (1.0); REVIEWING AND TRACKING RE: RECLAMATION CLAIM SUBMISSIONS FROM VENDORS (0.8); REVISING MEMO RE: SECTION 546 & RECLAMATION CLAIMS (1.1); TELEPHONE CALL RE: RECLAMATION QUESTIONS FROM VENDOR'S ATTORNEY (0.1). |
| FISHER CP | 11/26/08 | 2.10 | RESEARCH RE: RECLAMATION QUESTIONS FROM VENDOR (1.4); REVIEWING AND TRACKING RE: RECLAMATION CLAIM SUBMISSIONS FROM VENDORS (0.7). |
| | | 17.90 | |
| FREDERICKS IS | 11/24/08 | 0.80 | CORRESPONDENCE TO AND FROM C. FISCHER RE: RECLAMATION DEMAND (.2); TELECONFERENCE WITH COUNSEL TO RECLAMATION CLAIMANT RE: RECLAMATION PROCEDURES (.6). |
| | | 0.80 | |
| Total Associate | | 26.30 | |
| HEANEY CM | 11/12/08 | 0.40 | DRAFT NOTICE REGARDING RECLAIMATION (.4). |
| HEANEY CM | 11/19/08 | 0.20 | COORDINATE WITH THIRD PARTIES REGARDING REVISIONS TO 503(B)(9) PUBLICATION NOTICES (.2). |
| | | 0.60 | |
| Total Legal Assistant | | 0.60 | |
| MATTER TOTAL | | 26.90 | |

19

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/08/08
Credit Card Agreements                                             Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 11/28/08 | 3.60 | ATTENTION TO STIPULATION RE CHASE CO-BRANDED CREDIT CARD (2.1); DISCUSSIONS WITH CLIENT AND CHASE COUNSEL RE SAME (.5). |
| DICKERSON CL | 11/29/08 | 3.40 | CONTINUED ATTENTION TO STIPULATION AND RELATED PLEADINGS RE CHASE CO-BRANDED CREDIT CARD (2.6); DISCUSSIONS WITH CLIENT AND CHASE COUNSEL RE SAME (.8). |
| DICKERSON CL | 11/30/08 | 1.60 | CONTINUED ATTENTION TO STIPULATION AND RELATED PLEADINGS RE CHASE CO-BRANDED CREDIT CARD (1.2); DISCUSSIONS WITH CLIENT AND CHASE COUNSEL RE SAME (..4). |
| | | 8.60 | |
| GALARDI GX | 11/28/08 | 0.70 | REVIEW CHASE STIPULATION (.4); CALLS AND EMAILS RE: SAME (.3). |
| | | 0.70 | |
| Total Partner | | 9.30 | |
| KUMAR JS | 11/12/08 | 1.30 | RESEARCH RE SETOFF IN CONNECTION WITH AMERICAN EXPRESS CONTRACTS. |
| KUMAR JS | 11/13/08 | 1.10 | REVIEWING AMERICAN EXPRESS CONTRACTS RE SETOFF ISSUES. |
| | | 2.40 | |
| Total Associate | | 2.40 | |
| MATTER TOTAL | | **11.70** | |

20

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/08/08
Creditor Meetings / Statutory Committees                           Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 11/25/08 | 2.60 | PREPARE FOR/ATTEND CONFERENCE CALL WITH COMMITTEE RE STATUS OF VARIOUS ISSUES (2.6). |
| | | 2.60 | |
| GALARDI GM | 11/12/08 | 0.90 | REVIEW APPOINTMENT OF COMMITTEE (.2); FOLLOW-UP WITH COMPANY RE: SAME (.4); CALLS WITH POTENTIAL COUNSEL (.3). |
| GALARDI GM | 11/13/08 | 0.80 | CALLS WITH POTENTIAL COMMITTEE COUNSEL RE: BACKGROUND FOR INTERVIEWS. |
| GALARDI GM | 11/14/08 | 1.70 | CALLS AND EMAILS WITH POTENTIAL COMMITTEE COUNSEL (1.7). |
| GALARDI GM | 11/15/08 | 1.10 | WORK ON MODELS AND INFORAMTION FOR COMMITTEE MEETING. |
| GALARDI GM | 11/17/08 | 0.90 | CALLS AND EMAILS WITH COMMITTEE RE: INFORMATION REQUESTS AND DC MEETING (.9). |
| GALARDI GM | 11/18/08 | 2.20 | REVIEW AND RESPONDTO EMAILS RE: COMMITTEE COUNSEL (.6) FOLLOW-UP WITH COMPANY RE: COMMITTEE COUNSEL AND PRESENTATION TO COMMITTEE (.5); REVIEW AND COMMENT ON COMMITTEE PRESENTATION (1.1). |
| GALARDI GM | 11/19/08 | 3.60 | PREPARE FOR CREDITORS COMMITTEE MEETING (1.8); ATTEND CREDITORS COMMITTEE MEETING IN DC (2.8). |
| GALARDI GM | 11/21/08 | 0.80 | REVIEW LETTER FROM COMMITTEE AND DRAFT RESPONSE (.8). |
| GALARDI GM | 11/22/08 | 0.50 | REVIEW AND RESPOND TO COMMITTEE INFORAMTION REQUESTS (.4). |
| GALARDI GM | 11/25/08 | 1.80 | PRE-CALL FOR COMMITTEE CALL (.6) COMMITTEE CONFERENCE CALL (1.2). |
| GALARDI GM | 11/27/08 | 0.30 | REVIEW AND RESPOND TO COMMITTEE REQUEST FOR INFORMATION AND EXTESNIONS OF TIME (.3). |
| GALARDI GM | 11/30/08 | 0.40 | REVIEW AND RESPOND TO COMMITTEE EMAILS RE: RETENTIONS AND OTHER MATTERS (.4). |
| | | 15.00 | |
| Total Partner | | 17.60 | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER SK | 11/10/08 | 1.20 | DRAFT NOTICE OF 11 U.S.C. § 341 MEETING OF CREDITORS. |
|----------|----------|------|------------------------------------------------------|
|          |          | 1.20 |                                                      |
| Total Associate |   | 1.20 |                                                      |
| MATTER TOTAL |       | 18.80 |                                                     |

22

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| Circuit City Stores, Inc. (DIP) | | | Bill Date: 12/08/08 |
| Disclosure Statement / Voting Issues | | | Bill Number: 1241519 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 11/15/08 | 0.80 | BEGIN WORKING ON VENDOR PLAN (.8). |
| | | 0.80 | |
| Total Partner | | 0.80 | |
| DOSUNMU FS | 11/13/08 | 2.40 | DRAFT DISCLOSURE STATEMENT. |
| DOSUNMU FS | 11/14/08 | 9.60 | DRAFT DISCLOSURE STATEMENT. |
| DOSUNMU FS | 11/15/08 | 11.70 | CONTINUE DRAFTING DISCLOSURE STATEMENT. |
| DOSUNMU FS | 11/17/08 | 5.00 | CONTINUE DRAFT OF DISCLOSURE STATEMENT. |
| DOSUNMU FS | 11/18/08 | 5.40 | RESEARCH ON ISSUES RE: DISCLOSURE STATEMENT; CONTINUE DRAFT OF DISCLOSURE STATEMENT. |
| DOSUNMU FS | 11/20/08 | 0.70 | REVIEW SOLICITATION MATERIALS. |
| DOSUNMU FS | 11/21/08 | 2.20 | REVIEW SOLICITATIONS MATERIALS. |
| DOSUNMU FS | 11/24/08 | 1.40 | REVIEW CASE MATERIALS RE: SOLICITATION MATERIALS; CONFERENCE WITH K. GRANT RE: SOLICITATION PACKAGE. |
| | | 38.40 | |
| GRANT K | 11/19/08 | 2.10 | BEGAN WORK ON SOLICITATION PROCEDURES MOTION. (2.1). |
| GRANT K | 11/20/08 | 1.40 | CONTINUED WORK ON SOLICITATION PROCEDURES. (1.4). |
| GRANT K | 11/25/08 | 5.30 | CONTINUED WORK ON SOLICITATION PROCEDURES MOTION. (5.3). |
| | | 8.80 | |
| REED AL* | 11/10/08 | 3.20 | DRAFT MOTION TO EXTEND EXCLUSIVE PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A PLAN OF REORGANIZATION; DRAFT ACCOMPANYING ORDER; DRAFT ADDITIONAL EQUITY LISTS. |
| REED AL* | 11/11/08 | 0.70 | CONFERENCE RE: MOTION TO EXTEND EXCLUSIVE PERIODS (.2); REVISE INTERIM COMPENSATION TO REFLECT ADVISOR CHANGES (.5). |
| REED AL* | 11/20/08 | 0.50 | REVISE MOTION TO EXTEND EXCLUSIVE PERIODS TO FILE AND SOLICIT A PLAN. |

23

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|                            |       |
|----------------------------|-------|
|                            | 4.40  |
| Total Associate/Law Clerk  | 51.60 |
| MATTER TOTAL               | 52.40 |

\* Law clerks are law school graduates who are not presently admitted
to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 12/08/08 |
| Employee Matters (General) | | | Bill Number: 1241519 |

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 11/10/08 | 1.10 | ATTEND CALL WITH PR TEAM RE EMPLOYEE COMMUNICATIONS PROGRAM (.5); REVIEW DOCUMENTS RE SAME (.6). |
| DICKERSON CL | 11/13/08 | 0.20 | CONTINUED ATTENTION TO ISSUES RE CANADIAN KERP. |
| DICKERSON CL | 11/19/08 | 0.80 | REVIEW DOCUMENTS RE CANADIAN KERP (.5); DISCUSSIONS WITH CLIENT RE SAME (.3). |
| | | 2.10 | |
| FURFARO JP | 11/10/08 | 1.50 | REVIEW OF COURT PAPERS (.90); CONF. D. LATTA RE: CLAIMS (.20); REVIEW OF GOVERNMENT NOTICES (.40). |
| FURFARO JP | 11/12/08 | 1.40 | REVIEW OF WARN INQUIRY/ITEMS FOR RESPONSE (.80); REVIEW OF CLAIMS ANALYSIS/PROCESSING AND PROCEDURE FOR SAME (.60). |
| FURFARO JP | 11/15/08 | 2.50 | REVIEW OF CA INQUIRY RE: WARN/RESPONSE (1.2); REVIEW OF CLAIMS ISSUES RE: EMPLOYMENT LITIGATION (.90); REVIEW OF UPDATE TO WARN LIST FOR SUPPORT CENTER (.40). |
| FURFARO JP | 11/17/08 | 2.20 | REVIEW OF VACATION PAY QUESTION (.80); REVIEW OF WAGE AUDIT (.70); REVIEW OF BONUS QUESTION (.40); REVIEW OF SUPPORT CENTER ADVICE QUESTION (.30). |
| FURFARO JP | 11/18/08 | 1.50 | REVIEW OF BONUS COMPENSATION QUESTION/PAYMENT ISSUES (.80); REVIEW OF QUESTION RE: STATE LABOR INQUIRIES/CONF. R. SALINS (.70). |
| FURFARO JP | 11/19/08 | 0.90 | REVIEW OF STAY FOR PROCEEDINGS FOR LABOR/EMPLOYMENT MATTERS. |
| FURFARO JP | 11/20/08 | 1.30 | REVIEW OF COBRA QUESTIONS (.30); REVIEW OF PAID TIME OFF QUESTIONS/CONF. R. SALINS (1.0). |
| FURFARO JP | 11/21/08 | 1.50 | REVIEW OF WARN QUESTION (.40); REVIEW OF RESEARCH RE: LABOR/EMPLOYEE CLAIMS (1.1). |
| FURFARO JP | 11/24/08 | 1.40 | REVIEW OF AUTOMATIC STAY/VACATION PAY RESEARCH (.90); CONFS. T. FREDERICKS, D. LATTA RE: MEMO TO EMPLOYEES RE: VACATION PAY (.30); REVIEW OF CLAIM FORMS/CONF. T. FREDERICKS RE: RESPONSE (.20). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FURFARO JP | 11/25/08 | 1.70 | REVIEW OF RESEARCH RE: EMPLOYMENT CLAIMS (.80); REVIEW WITH I. FREDERICKS, D. LATTA EMPLOYEE MEMO/PTO (.60); CONF. K. MAJOR/REVIEW OF CA RESEARCH (.30). |
|---|---|---|---|
| | | 15.80 | |
| GALARDI CM | 11/10/08 | 1.20 | PREPARE FOR AND ATTEND FIRST DAY HEARING ON EMPLOYEE MOTIONS. |
| GALARDI GM | 11/11/08 | 1.10 | REVIEW AND RESPOND TO NUMEROUS QUESTIONS RE: EMPLOYEE ORDER AND EMPLOYEE BENEFITS AND NEXT STEPS. |
| GALARDI GM | 11/13/08 | 0.40 | WORK ON AMEX REIMBURSEMENT ISSUES (.4). |
| GALARDI GM | 11/17/08 | 0.70 | ADDRESS PAYMENT OF VARIOUS EMPLOYEE AMOUNTS AND BENEFITS. |
| GALARDI GM | 11/18/08 | 0.70 | CALLS AND EMAILS WITH M. NICHOLS RE: EMPLOYEE BENEFITS, RETENTION AND RELATED ISSUES (.7). |
| GALARDI GM | 11/18/08 | 0.60 | REVIEW AND RESPOND TO EMAILS RE: STATE VACATION PAY OBLIGATION. |
| GALARDI GM | 11/19/08 | 0.40 | REVIEW AND RESPOND TO EMAILS RE INCENTIVE PLAN (.4). |
| GALARDI GM | 11/20/08 | 0.60 | EMAILS RE: EMPLOYEE LIFT STAY (.2); CALL WITH MCGUIREWOODS RE: EMPLOYEE CLAIMS HANDLING (.4). |
| GALARDI GM | 11/24/08 | 0.60 | ADDRESS COMPANY QUESTIONS RE: PTO AND OTHER EMPLOYEE MATTERS (.6). |
| GALARDI GM | 11/25/08 | 0.70 | CALL AND RESPOND TO QUESTIONS RE: INCENTIVE PLAN (.7). |
| GALARDI GM | 11/26/08 | 0.60 | REVIEW OBJECTION TO WARN EMPLOYEES (.2); CALL WITH COMPANY RE: SAME (.3); WORK ON RETENTION PLAN ISSUES (.3). |
| | | 7.80 | |
| **Total Partner** | | **25.70** | |
| MAJOR K | 11/12/08 | 2.20 | REVIEW E-MAIL AND MATERIALS FROM D. LATTA REGARDING LETTER FROM THE CALIFORNIA DLSE (1.0); CONFERENCE WITH R. SALINS REGARDING SAME (1.0); DRAFT RESPONSE TO DLSE REGARDING COMPLIANCE WITH WARN AND CAL WARN (.2). |
| MAJOR K | 11/13/08 | 0.70 | CONFERENCE WITH R. SALINS REGARDING RESPONSE TO DLSE REGARDING STORE CLOSINGS IN CALIFORNIA AND STAY OF EMPLOYMENT LAW PROCEEDINGS (.5); REVISE RESPONSE TO THE DLSE (.2). |

26

| MAJOR X | 11/14/08 | 0.70 | FINALIZE RESPONSE TO DLSE REGARDING WARN AND CALIFORNIA WARN ACT COMPLIANCE (.2); REVIEW E-MAILS FROM R. SALINS AND J. FURFARO REGARDING SAME; DRAFT E-MAIL TO D. LATTA REGARDING SAME; REVIEW E-MAIL FROM L. ANDERSON REGARDING WARN ISSUES; RESEARCH SAME; CONFERENCE WITH R. SALINS REGARDING SAME (.5). |
|---------|----------|------|----------|
| MAJOR K | 11/17/08 | 1.60 | REVIEW AND RESPOND TO E-MAILS FROM D. LATTA AND R. SALINS REGARDING VACATION PAYMENT ISSUES UNDER CALIFORNIA LAW (.6); PHONE CONFERENCE WITH R. SALINS AND J. FURFARO REGARDING EMPLOYER ISSUES (.6); PHONE CONFERENCE WITH D. LATTA REGARDING EDD AUDIT ISSUES (.2); FOLLOW-UP PHONE CONFERENCE WITH R. SALINS REGARDING SAME (.2). |
| MAJOR K | 11/18/08 | 0.40 | REVIEW E-MAILS REGARDING VACATION AND BONUS PAYOUT ISSUES (.2); PHONE CONFERENCE WITH R. SALINS REGARDING SAME (.2). |
| MAJOR K | 11/19/08 | 0.30 | PHONE CONFERENCE WITH R. SALINS REGARDING BANKRUPTCY STAY IN THE CONTEXT OF EMPLOYEE CLAIMS (.1); REVIEW MATERIALS REGARDING SAME (.2). |
| MAJOR X | 11/20/08 | 1.00 | PHONE CONFERENCES WITH R. SALINS REGARDING VACATION PAY ISSUES AND CLAIMS SUBJECT TO THE AUTOMATIC STAY (.3); REVIEW MATERIALS REGARDING SAME (.3); DRAFT SUMMARY OF DLSE GUIDANCE ON ISSUE OF CALIFORNIA VACATION CLAIMS IN BANKRUPTCY (.4). |
| MAJOR K | 11/25/08 | 2.00 | CONFERENCES WITH J. FURFARO AND I. FREDRICKSON REGARDING PRE-PETITION AND POST-PETITION CALIFORNIA WAGE CLAIMS; REVIEW MATERIALS AND ANALYZE SAME (1.0); DRAFT SUMMARY OF ISSUES (1.0). |
| | | 8.90 | |
| Total Counsel | | 8.90 | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FREDERICKS IS | 11/18/08 | 3.30 | REVIEW ISSUES LIST FROM M. NICHOLS AND PARTICIPATE IN CONFERENCE CALL WITH G. GALARDI, M. NICHOLS AND T. BENKHE RE: SAME (.7); MULTIPLE CONFERENCE CALLS WITH R. SALINS RE: PUERTO RICO EMPLOYEE MATTERS; REVIEW CORRESPONDENCE FROM COMPANY, INCLUDING MEMORANDUM OF LAW, RELATED TO PUERTO RICO EMPLOYEE MATTERS AND CORRESPONDENCE TO COMPANY RE: SAME (2.6). |
| FREDERICKS IS | 11/24/08 | 1.80 | REVIEW EMPLOYEE NOTICE COMPANY PREPARED AND PROVIDE COMMENTS TO D. LATTIA RE: SAME (.6); PARTICIPATE IN MULTIPLE CONFERENCE CALLS WITH D. LATTIA AND J. FURFARO RE: SAME (1.2). |
| FREDERICKS IS | 11/25/08 | 1.50 | MULTIPLE CORRESPONDENCE TO AND FROM AND TELEPHONE CALLS WITH O. LATTA RE: PAID TIME OFF ISSUES. |
| | | 6.60 | |
| JACOBSON CP* | 11/18/08 | 2.60 | RESEARCH AUTOMATIC STAY PROVISION AS IT RELATES TO STATE DEPARTMENT OF LABOR CLAIMS. |
| JACOBSON CP* | 11/19/08 | 7.00 | RESEARCH AUTOMATIC STAY PROVISION AS IT RELATES TO STATE DEPARTMENT OF LABOR CLAIMS. |
| JACOBSON CP* | 11/20/09 | 4.70 | CONTINUE TO RESEARCH AUTOMATIC STAY PROVISION BASED ON DISCUSSIONS WITH RESTRUCTURING GROUP. |
| | | 14.30 | |
| KUMAR JS | 11/10/08 | 3.10 | PREPARATION OF MATERIALS FOR USE AT FIRST DAY HEARING RE EMPLOYMENT MOTION (3.1). |
| KUMAR JS | 11/17/08 | 2.80 | ISSUES RE PAYMENT OF ACCRUED VACATION: CALL WITH G. KRUEGER AT COMPANY (.1), CALL WITH M. QUIRK (.2), CALL WITH R. SALINS (.2), CALL WITH I. FREDERICKS AND R. SALINS (.2), EMAIL TO G. GALARDI (.3), EMAIL TO G. KRUEGER (.2). LEGAL RESEARCH RE PAYMENT OF ACCRUED VACATION (1.6). |
| KUMAR JS | 11/18/08 | 1.50 | CALL WITH HR PERSONNEL AT COMPANY RE: EMPLOYEE MOTION (1.3). CALL WITH G. KRUEGER RE: QUESTIONS ON EMPLOYEE MOTION (.2). CALL WITH R. SALINS RE: QUESTIONS ON EMPLOYEE MOTION (.1). |
| | | 7.50 | |

28

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LIBON BO* | 11/12/08 | 4.90 | RESEARCH RE: ADEQUACY OF WARN NOTICES. |
|---|---|---|---|
| LIBON BO* | 11/13/08 | 0.20 | COMMUNICATE WITH SUPERVISING ATTORNEY RE: WARN RESEARCH. |
| | | 5.10 | |
| REED AL* | 11/19/08 | 0.40 | CONFERENCE RE: PREPARATION OF MOTION TO APPROVE MANAGEMENT INCENTIVES, AMENDED PETITIONS, AND COMPENSATION DISCLOSURE (.2); PREPARE AMENDED PETITIONS (.4). |
| REED AL* | 11/19/08 | 1.50 | DRAFT MOTION TO APPROVE MANAGEMENT INCENTIVES (1.1); DRAFT ACCOMPANYING ORDER (.4). |
| REED AL* | 11/20/08 | 2.10 | REVISE MOTION TO APPROVE MANAGEMENT INCENTIVES. |
| | | 4.00 | |
| SALINS RM | 11/10/08 | 0.40 | CALL W/J. FURFARO AND CORRESPONDENCE W/D. LATTA RE: EMPLOYEE MATTERS AFFECTED BY BANKRUPTCY FILING (.20). REVIEWED REVISED INSTALLER/DRIVER TERMINATION NOTICES (.20). |
| SALINS RM | 11/12/08 | 1.00 | CALL W/L. ANDERSON RE: EMPLOYEE TERMINATIONS AND WARN PAY (.20); REVIEWED EMPLOYEE LISTS AT WARN STORES (.30). CALLS W/K. MAJOR AND J. FURFARO TO DISCUSS RESPONSE TO CALIFORNIA DEAPRTMENT OF LABOR WARN QUERY (.50). |
| SALINS RM | 11/13/08 | 2.10 | CALL W/B. LIBON RE: RESEARCH RE: WARN ACT; REVIEWED RESEARCH; CALL W/J. FURFARO AND L. ANDERSON TO DISCUSS (1.2). REVIEWED DRAFT LETTER IN RESPONSE TO CALIFORNIA DEPT. OF LABOR WARN QUERY; CALL W/J. FURFARO AND D. LATTA TO DISCUSS (.60). CALL W/J. FURFARO AND I. FREDERICKS RE: WEIDLER CLAIMS PROCESS AND OTHER PENDING EMPLOYMENT LITIGATIONS (.30). |
| SALINS RM | 11/14/08 | 1.50 | CALL W/L. ANDERSON RE: WARN NOTICE, PAY AND BONUS QUESTIONS; REVIEWED WARN REGULATIONS RE: QUESTIONS; CALL W/K. MAJOR TO DISCUSS; EMAIL CORRESPONDENCE W/L. ANDERSON RE: ISSUES. |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| SALINS RM | 11/17/08 | 6.50 | MET W/E. LUDWIG RE: WARN RESEARCH RE: EMPLOYEE TRANSFERS AND EMPLOYEE BONUSES; REVIEWED E. LUDWIG RESEARCH; CALLS W/L. ANDERSON AND J. FURFARO TO DISCUSS (2.5); CALLS AND CORRESPNODENCE W/J. FURFARO, I. FREDERICKS, AND K. MAJOR RE: CALIFORNIA EDD AUDIT (.50). CALLS AND CORRESPONDENCE W/J. FURFARO, I. FREDERICKS AND J. KUMAR RE: VACATION PAY; RESEARCH RE: DIRECTOR AND OFFICER LIABILITY RE: VACATION PAY AND STATE LAWS RE: CHANGING VACATION POLICY (3.5). |
|---|---|---|---|
| SALINS RM | 11/18/08 | 2.00 | CALLS W/I. FREDERICKS AND J. KUMAR RE: EMPLOYEE VACATION AND BONUS PAYMENTS; REVIEWED P.R. BONUS POLICY AND CORRESPONDENCE RE: BONUS PAYMENTS (1.0). CALLS W/J. FURFARO TO DISCUSS EFFECTS OF AUTHORITY STAY. RESEARCH RE: AUTOMATIC STAY IN LABOR CONTEXT (1.0). |
| SALINS RM | 11/19/08 | 5.00 | ADDITIONAL RESEARCH RE: APPLICATION OF STAY TO DEPARTMENT OF LABOR PROCEEDINGS (2.0); MET W/C. JACOBSON TO DISCUSS (.50); REVIEWED C. JACOBSON RESEARCH (2.20); CALL W/K. MAJOR TO DISCUSS (.30). |
| SALINS RM | 11/20/08 | 6.00 | ADDITIONAL REVIEW OF C. JACOBSON RESEARCH RE: APPLICATION OF AUTOMATIC STAY TO DOL AND EEOC PROCEEDINGS (5.5); REVIEWED CC PTO AND TIME AWAY POLICIES (.80); CALLS W/I. FREDERICKS AND K. MAJOR TO DISCUSS (.50); MET W/J. FURFARO TO DISCUSS (.60); DRAFTED EMAIL SUMMARIZING RESEARCH (.60). |
| SALINS RM | 11/21/08 | 0.30 | REVIEWED EMAIL CORRESPONDENCE RE: PR BONUS AND WARN PAYOUTS. |
|  |  | 24.70 |  |
| Total Associate/Law Clerk |  | 62.20 |  |
| **MATTER TOTAL** |  | **26.80** |  |

* Law clerks are law school graduates who are not presently admitted to practice.

30

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 12/08/08 |
| Executory Contracts (Personalty) | | | Bill Number: 1241519 |

| NAME | DATE | HOURS | DESCRIPTION |
| --- | --- | --- | --- |
| GALARDI GM | 11/13/08 | 0.30 | CALL WITH VERIZON COUNSEL RE: EQUIPMENT AND CONTRACT ISSUES (.2). |
| GALARDI GM | 11/17/06 | 0.80 | CALLS AND EMAILS RE: ADVERTISING CONTRACTS AND AGREEMENT FOR FUNDING. |
| GALARDI GM | 11/18/08 | 0.20 | FOLLOW-UP WITH JL. STRICKON RE: ADVERTISING AGREEMENT. |
| GALARDI GM | 11/20/08 | 0.70 | CALL WITH D. RAMSEY RE: CHASE ISSUES (.4); CALLS AND EMAILS RE: IBM EQUIPMENT AND CONTRACT ISSUES (.3). |
| GALARDI GM | 11/25/08 | 0.40 | REVIEW AND COMMENT ON ASSURANCE ISSUES (.4). |
| GALARDI GM | 11/26/08 | 2.50 | CALLS AND EMAILS RE: IBM CONTRACT AND EQUIPMENT RETURN (.7); CALL WITH G. HOLTZER RE: CHASE AGREEMENT (.5); FOLLOW-UP RE: SAME AND STIPULATION (.6); CALL WITH VERIZON ATTORNEY RE: DIP ISSUES (.4); CALL WITH D. RAMSEY RE: ASSURANT ISSUES AND PAYMENTS (.3). |
| GALARDI GM | 11/28/08 | 0.60 | REVIEW IBM AGREEMENTS AND ADDRESS PAYMENT ISSUES WITH D. RAMSEY (.6). |
| GALARDI GM | 11/29/08 | 0.70 | EMAILS AND ANALYSIS RE: CHASE CREDIT CARD AGREEMENT (.7). |
| | | 6.20 | |
| Total Partner | | 6.20 | |
| FREDERICKS IS | 11/21/08 | 2.60 | REVIEW IBM AGREEMENTS, RELATED CORRESPONDENCE AND RELATED RESEARCH AND IDENTIFY ADDITIONAL CONSIDERATIONS (2.6). |
| | | 2.60 | |
| KUMAR JS | 11/29/08 | 2.40 | DRAFTING GENERAL REJECTION MOTION (1.3). DRAFTING MOTION TO REJECT CERTAIN IBM CONTRACTS (3.1). |
| | | 2.40 | |
| Total Associate | | 5.00 | |
| HEANEY CM | 11/17/08 | 0.80 | REVIEW COURT DOCKETS AND CASE FILES RE: PLEADINGS TO BE USED AS PRECEDENT (.6); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS (.2). |
| | | 0.80 | |

31

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | |
|---|---|
| Total Legal Assistant | 0.80 |
| MATTER TOTAL | 11.00 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                            Bill Date: 12/03/08
Financing (DIP and Emergence)                              Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 11/13/08 | 0.70 | MULTIPLE DISCUSSIONS WITH K&E RE DIP ISSUES. |
| DICKERSON CL | 11/17/08 | 1.70 | CONFERENCE CALL WITH K&E AND OSLER RE CANADIAN DIP ISSUES (1.1); REVIEW DOCUMENTS RE SAME (.6). |
| DICKERSON CL | 11/18/08 | 1.40 | CONTINUING ATTENTION TO DIP ISSUES RE CLOSING AND PREPARATION FOR FINAL HEARING (1.2); DISCUSSIONS WITH K&E RE SAME (.2). |
| DICKERSON CL | 11/21/08 | 1.40 | REVIEW COMMITTEE DISCOVERY REQUEST RE DIP FINANCING (1.1); CONFERENCE CALL WITH OTHER PROFESSIONALS RE SAME (.3). |
| DICKERSON CL | 11/22/08 | 0.50 | MULTIPLE DISCUSSIONS RE FINAL DIP HEARING. |
| DICKERSON CL | 11/24/08 | 1.40 | ATTENTION TO CORRECTION TO INTERIM DIP ORDER (.1); REVIEW DRAFT FINAL ORDER (1.3). |
| DICKERSON CL | 11/26/08 | 1.30 | REVIEW/ANALYZE OBJECTIONS TO DIP FINANCING. |
| DICKERSON CL | 11/27/08 | 1.00 | CONTINUED ATTENTION TO OBJECTIONS TO DIP (.9); DISCUSSIONS RE SAME (.1). |
|  |  | 9.40 |  |
| GALARDI GM | 11/10/08 | 2.80 | PREPARE FOR AND ATTEND HEARING ON INTERIM DIP FINANCING. |
| GALARDI GM | 11/12/08 | 1.90 | WORK ON DIP FUNDING AND CANADIAN PAYDOWN ISSUES (1.1); CALLS AND EMAILS RE: SAME WITH D. BERMAN AND CANADIAN COUNSEL (.8). |
| GALARDI GM | 11/13/08 | 0.80 | CALLS AND EMAILS RE: DIP AND CANADIAN FUNDING ISSUES (.8). |
| GALARDI GM | 11/14/08 | 0.80 | CALLS AND EMAILS RE: CANADIAN/US FINANCING ISSUES (.8). |
| GALARDI GM | 11/15/08 | 0.90 | WORK ON CANADIAN FUNDING AND MONITOR ISSUES (.9). |
| GALARDI GM | 11/16/08 | 1.20 | WORK ON DIP MODELS AND POSSIBLE VENDOR TERM ISSUES WITH FTI (1.1). |
| GALARDI GM | 11/17/08 | 0.90 | CALLS WITH CANADIAN COUNSEL RE FUNDING. |

33

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GALARDI GM | 11/20/08 | 0.60 | FOLLOW-UP WITH D. BERMAN RE: MONITOR MEETING, COMMITTEE MEETING AND DISCOVERY AND VARIOUS OTHER ISSUES RE: RESERVES AND BLOCKED ACCOUNT (.6). |
|---|---|---|---|
| GALARDI GM | 11/21/08 | 3.50 | WORK ON DISCOVERY RE: DIP FINANCING (1.1); CALLS WITH COMMITTEE RE: DISCOVERY AND DIP (.8); CALLS WITH FINANCIAL ADVISERS AND COMMITTEE COUNSEL RE: FINANCIAL DISCOVERY (.9);CALLS WITH D. BERMAN RE: COMMITTEE DISCOVERY, DIP ISSUES AND CANADA (.7). |
| GALARDI GM | 11/26/08 | 0.30 | CALL WITH COMPANY RE: CONSIGNMENT ISSUES (.3). |
| | | 13.70 | |
| MEEHAN EJ | 11/21/08 | 2.40 | OBTAIN BACKGROUND ON CREDITOR COMMITTEE DISPUTE WITH DIP FINANCING (0.4); REVIEW COMMITTEE DISCOVERY DEMANDS AND DEVELOP APPROACH TO RESPONDING (1.8); TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL A. KORNFELD (0.2). |
| MEEHAN EJ | 11/23/08 | 0.20 | REVIEW DEVELOPMENTS AND PLANNING ON CREDITORS COMMITTEE DISCOVERY. |
| MEEHAN EJ | 11/24/08 | 0.30 | ADDRESS PROCEDURES FOR RESPONDING TO DISCOVERY REQUESTS BY CREDITORS COMMITTEE. |
| MEEHAN EJ | 11/25/08 | 0.30 | ADDRESS DISCOVERY FROM CREDITORS COMMITTEE. |
| | | 3.20 | |
| **Total Partner** | | 26.30 | |
| FREDERICKS IS | 11/26/08 | 0.20 | REVIEW AND REVISE NOTICE OF FILING OF EXECUTED DIP CREDIT AGREEMENT AND REDLINE COMPARED TO VERSION FILED WITH THE MOTION (.2). |
| | | 0.20 | |
| GRANT K | 11/11/08 | 0.70 | REVIEWED DRAFT PAYOFF LETTER FOR PREPETITION FACILITY (.4) AND EMAILS WITH M. MCFARLAND REGARDING SAME. (.3). |
| GRANT K | 11/12/08 | 1.30 | TELECONFERENCES WITH KIRKLAND AND RIEMER TEAMS AND CLIENT REGARDING DIP FINANCING FACILITY FUNDING AND CLOSING (.9); EMAILS REGARDING SAME. (.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 11/24/08 | 2.10 | REVIEWED DRAFT FINAL DIP ORDER AND KIRKLAND'S PROPOSED CHANGES FOR SAME (1.2); REVIEWED FIRST REPORT OF MONITOR FOR CANADIAN PROCEEDINGS (.9). |
| | | 4.10 | |
| **Total Associate** | | **6.30** | |
| HEANEY CM | 11/11/08 | 1.10 | DRAFT EDIT/REVISE NOTICE OF ENTRY OF INTERIM DIP ORDER (.7); OBTAIN, REVIEW AND DISTRIBUTE DIP DOCUMENTS ON THIRD PARTIES (.4). |
| HEANEY CM | 11/12/08 | 0.30 | REVIEW ORGANIZE AND DISTRIBUTE FINANCING PLEADINGS (.3). |
| HEANEY CM | 11/17/08 | 0.30 | DRAFT EDIT/REVISE NOTICE OF EXECUTE CREDIT AGREEMENTS (.3). |
| HEANEY CM | 11/19/08 | 0.40 | EDIT/REVISE NOTICE OF EXECUTED CREDIT AGREEMENT (.4). |
| | | 2.10 | |
| **Total Legal Assistant** | | **2.10** | |
| **MATTER TOTAL** | | **32.70** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                          Bill Date: 12/09/08
Insurance                                                Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 11/10/08 | 0.80 | PREPARE FOR AND REPRESENT COMPANY AT HEARING ON INSURANCE MOTION (.8). |
| GALARDI GM | 11/12/08 | 1.20 | PARTICIPATE IN CALLS RE: INSURANCE COVERAGE (.8); REVIEW AND RESPOND TO EMAILS RE: PROGRAMS (.4). |
| GALARDI GM | 11/14/08 | 0.40 | REVIEW AND RESPOND TO EMAILS RE: INSURANCE PLACEMENT (.4). |
| GALARDI GM | 11/17/08 | 0.40 | ADDRESS INSUBANCE ISSUES WITH L. BALDYGA (.4). |
| GALARDI GM | 11/19/08 | 0.10 | REVIEW AND RESPONDTO EMAILS RE: INSURANCE QUOTES (.1). |
|  |  | 2.90 |  |
| REYNOLDS T | 11/11/08 | 2.10 | REVIEW EMAILS. |
| REYNOLDS T | 11/12/08 | 4.30 | CALL WITH L. BALDYEGA;  BOARD CONFERENCE CALL. |
| REYNOLDS T | 11/13/08 | 2.10 | FOLLOW UP CALL RE RUNOFF PLACEMENT ISSUES; EMAILS RE SAME. |
|  |  | 8.50 |  |
| Total Partner |  | 11.40 |  |
| LAZAROFF KA* | 11/10/08 | 1.10 | PREPARED FOR SERVICE AND DISTRIBUTION OF FIRST DAY INSURANCE MOTION TO INTERESTED PARTIES. |
| LAZAROFF KA* | 11/17/08 | 2.00 | CORRESPONDENCE WITH THE DEBTORS ABOUT INSURANCE PARTIES IN INTEREST. |
|  |  | 3.10 |  |
| Total Associate/Law Clerk |  | 3.10 |  |
| MATTER TOTAL |  | 14.50 |  |

* Law clerks are law school graduates who are not presently admitted
to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                              Bill Date: 12/00/08
Intellectual Property                                        Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FISHER CP | 11/14/08 | 6.20 | RESEARCH RE: EFFECT OF STAY ON LICENSES (6.2). |
| | | 6.20 | |
| Total Associate | | 6.20 | |
| MATTER TOTAL | | 6.20 | |

37

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/09/08
Leases (Real Property)                                             Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 11/16/08 | 0.50 | ATTENTION TO REVIEW OF DOCUMENTS RE REAL ESTATE LIQUIDATOR. |
| DICKERSON CL | 11/17/08 | 2.50 | ATTENTION TO ANALYSIS OF VARIOUS LANDLORD OBJECTIONS (2.1); MULTIPLE DISCUSSIONS WITH CLIENT AND OTHER PROFESSIONALS RE SAME (.4). |
| DICKERSON CL | 11/24/08 | 0.20 | REVIEW DJM PRESS RELEASE. |
| | | 3.20 | |
| GALARDI GM | 11/10/08 | 1.20 | PREPARE FOR AND ATTEND HEARNG ON LEASE REJECTION MOTION (.4); ADDRESS NUMEROUS LANDLORD CONCERNS AT HEARING (.5); CALL WITH COUNSEL FOR LANDLORDS PRIOR TO HEARING (.3). |
| GALARDI GM | 11/11/08 | 0.80 | REVIEW AND RESPOND TO EMAILS RE: LANDLORD STUB RENT AND OTHER REQUESTS. |
| GALARDI GM | 11/12/08 | 1.90 | WORK ON ISSUES WITH LANDLORD COUNSEL RE: STUB RENT AND GOB GUIDELINES (1.2); CALLS AND EMAILS WITH R. LEHANE RE: SAME (.4); CALLS AND EMAILS WITH COMPANY RE: PAYMENT STRATEGY AND ISSUES (.3). |
| GALARDI GM | 11/13/08 | 1.70 | CONTINUE TO WORK ON LEASE REQUESTS (1.1); REVIEW AND RESPOND TO QUESTIONS FROM D. MILLER ON REAL ESTATE ISSUES (.6). |
| GALARDI GM | 11/14/08 | 1.20 | REVIEW AND RESPOND TO EMAILS FROM LANDLORD COUNSEL (.3); DEVELOP STRAEGY RE: STUB RENT ISSUES AS WELL AS SALES AND ASSIGNMENT OF LEASES (.9). |
| GALARDI GM | 11/16/08 | 0.30 | BRIEFLY REVIEW DJM AGREEMENT (.3). |
| GALARDI GM | 11/18/08 | 1.40 | REVIEW AND RESPOND TO QUESTIONS RE: LEASE ISSUE (.6); REVIEW AND COMMENT ON DRAFT MOTION RE: 365(D)(4) (.8). |
| GALARDI GM | 11/19/08 | 0.80 | REVIEW AND COMMENT ON 365(D)(4) MOTION (.8). |
| GALARDI GM | 11/20/08 | 1.70 | WORK ON REAL ESTATE LEASE STRATEGY WITH FTI (.9); CALL WITH R. LEHANE RE: SAME (.6); FOLLOW-UP CALL WITH COMMITTEE RE: LEASE ISSUES (.2). |

38

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GALARDI GM | 11/28/08 | 0.40 | EMAILS WITH COMMITTEE AND OTHERS RE: REQUESTS FOR STUB RENT (.4). |
| GALARDI GM | 11/30/08 | 0.40 | REVIEW AND COMMENT ON STUB RENT PROPOSAL (.4). |
| | | 11.80 | |
| **Total Partner** | | 15.00 | |
| BAKER SK | 11/10/08 | 0.90 | REVIEW RENT DEFAULT NOTICES. |
| BAKER SK | 11/10/08 | 1.50 | REVISE SPREADSHEET REGARDING DEFAULT AND TERMINATION NOTICES. |

069

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER SK | 11/12/08 | 5.30 | REVIEW RENT DEFAULT NOTICE REGARDING LEASE FOR STORE IN WALDORF, MD SHOPPING CENTER (.2); REVIEW RENT DEFAULT NOTICE REGARDING LEASE FOR STORE IN FINGERLAKES CROSSING IN AUBURN, NY (.3) REVIEW RENT DEFAULT NOTICE REGARDING HUMBLE, TEXAS STORE (.2); REVIEW RENT DEFAULT NOTICE REGARDING LITTLE ROCK, ARKANSAS (.3); REVIEW RENT DEFAULT NOTICE REGARDING MAPLEWOOD, MINNESOTA STORE; REVIEW RENT DEFAULT NOTICE REGARDING MARRERO, LOUISIANA STORE (.3); REVIEW RENT DEFAULT NOTICE REGARDING SALM, OREGON STORE (.2); REVIEW RENT DEFAULT NOTICE REGARDING NASHVILLE, TENNESSEE STORE (.2); REVIEW RENT DEFAULT NOTICE REGARDING STORE NUMBER 1298 IN PANAMA CITY, FLORIDA (.3); REVIEW RENT DEFAULT NOTICE REGARDING STORE NUMBER 3338 IN OLYMPIA, WASHINGTON (.3); REVIEW RENT DEFAULT NOTICE REGARDING STORE IN CARY, NORTH CAROLINA (.3); REVIEW RENT DEFAULT NOTICE REGARDING STORE IN ROME, GEORGIA (.3); REVIEW RENT DEFAULT NOTICE REGARDING STORE NUMBER 3423 IN VERO BEACH, FLORIDA (.3); REVIEW RENT DEFAULT NOTICE REGARDING STORE NUMBER 3360 IN CULVER CITY, CALIFORNIA (.3); REVIEW RENT DEFAULT NOTICE REGARDING STORE NUMBER 3790 IN BOLINGBROOK, ILLINOIS (.3); REVIEW RENT DEFAULT NOTICE REGARDING STORE NUMBER 3122 IN CALUMET CITY, ILLINOIS (.3); REVIEW RENT DEFAULT NOTICE REGARDING STORE NUMBER 4115 IN NASHUA, NEW HAMPSHIRE (.3); REVIEW RENT DEFAULT NOTICE REGARDING STORE NUMBER 4116 PORTSMOUTH, NEW HAMPSHIRE (.3); REVIEW RENT DEFAULT NOTICE REGARDING STORE NUMBER 4124 MANCHESTER, NEW HAMPSHIRE (.2); REVIEW RENT DEFAULT NOTICE REGARDING STORES IN TYLER AND LUBBOCK, TEXAS (.1); REVISE SPREADSHEET REPORT REGARDING LANDLORD RENT DEFAULT NOTIFICATIONS (.1). |
|----------|----------|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| BAKER SK | 11/14/08 | 0.30 | REVIEW CORRESPONDENCE REGARDING DAMAGE TO BETHLEHEM, PENNSYLVANIA STORE AND INSURANCE PROCEEDS (.2); REVIEW RENT DEFAULT NOTICE FOR IMPERIAL PROMENADE SHOPPING CENTER STORE (.1). |
| BAKER SK | 11/19/08 | 0.60 | RESEARCH REGARDING INTERPRETATION OF CAUSE UNDER SECTION 365(b)(4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER SK | 11/25/08 | 0.50 | REVIEW MOTION BY BASILE LLC REGARDING COMPEL PAYMENT OF RENT. |
|---|---|---|---|
| | | 9.10 | |
| DOSUNMU FS | 11/13/08 | 11.40 | WORKED WITH K. GRANT RE: REJECTED LEASES ISSUES (3.3); RESEARCH ON ISSUES RE: ASSUMED/REJECTED LEASES (7.8). |
| DOSUNMU FS | 11/17/08 | 0.40 | RESEARCH ON ISSUES RE: LEASES. |
| DOSUNMU FS | 11/20/08 | 0.60 | REVIEW FILED LEASED OBJECTIONS. |
| DOSUNMU FS | 11/24/08 | 2.70 | REVIEW CASE MATERIALS RE: REJECTED LEASES AND OBJECTIONS (2.4); CONFERENCE WITH K. GRANT (.3). |
| DOSUNMU FS | 11/25/08 | 13.40 | REVIEW LEASE OBJECTIONS (2.6); RESEARCH RE: LEASE ISSUES (6.3); DRAFT RESPONSE IN SUPPORT OF ORDER REJECTING LEASES (4.5). |
| DOSUNMU FS | 11/26/08 | 12.80 | REVIEW OBJECTIONS TO REESE REJECTION ORDER (4.0); DRAFT RESPONSES IN SUPPORT OF ORDER REJECTING LEASES (4.9); RESEARCH RE: LEASE ISSUES (4.0). |
| DOSUNMU FS | 11/28/08 | 14.60 | REVIEW LEASE OBJECTIONS TO LEASE REJECTION ORDER (2.4); REVIEW AND REVISE RESPONSE IN SUPPORT OF ORDER REJECTING LEASES (3.6); RESEARCH ON ISSUES REGARDING STUB RENT (2.0); DRAFT OMNIBUS OBJECTION TO MOTION TO COMPEL PAYMENT OF POST-PETITION RENT AS ADMINISTRATIVE CLAIM (4.2); REVIEW AND REVISE EXHIBIT TO RESPONSE IN SUPPORT OF ORDER REJECTING LEASES (2.4). |
| DOSUNMU FS | 11/29/08 | 10.30 | REVIEW AND REVISE OMNIBUS OBJECTION TO MOTION TO COMPEL (5.1); DRAFT REPLY IN SUPPORT OF STORE CLOSING MOTIONS (4.1); RESEARCH ISSUES RE: LEASE OBJECTIONS; REVIEW AND REVISE LEASE REJECTION MOTION (1.1). |
| DOSUNMU FS | 11/30/08 | 3.60 | REVIEW AND REVISE REPLY IN SUPPORT OF STORE CLOSING MOTION (1.2); REVIEW AND REVISE REPLY IN SUPPORT OF LEASE REJECTION MOTION (1.1); REVIEW AND REVISE REPLY IN SUPPORT OF OMNIBUS OBJECTION TO MOTION TO COMPEL (1.3). |
| | | 69.80 | |
| FREDERICKS IS | 11/12/08 | 0.30 | CORRESPONDENCE TO AND FROM D. KILLER RE: RETURNING KEYS PER COURT'S ORDER (.3). |

41

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FREDERICKS IS | 11/15/08 | 7.40 | DRAFT MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES; CONDUCT RELATED RESEARCH AND REVIEW RELEVANT DOCUMENTS, INCLUDING CREDIT AGREEMENT (7.4). |
| --- | --- | --- | --- |
| FREDERICKS IS | 11/18/08 | 1.90 | REVIEW AND REVISE MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES (1.6); MULTIPLE CORRESPONDENCE FROM AND TO COUNSEL TO LANDLORD FOR STORE CLOSING LOCATION (.3). |
| FREDERICKS IS | 11/19/08 | 3.40 | REVIEW AND REVISE MUTIPLE DRAFTS OF 365(D)(4) EXTENSION MOTION AND CORRESPONDENCE TO G. GALARDI RE: SAME (1.7). |
| FREDERICKS IS | 11/20/08 | 3.70 | REVIEW, REVISE AND FINALIZE 365(D)(4) EXTENSION MOTION, INCLUDING REVIEW AND COMMENTING ON THREE EXHIBITS TO ENSURE ACCURACY, AND COORDINATE FILING (3.7). |
| FREDERICKS IS | 11/26/08 | 0.50 | CORRESPONDENCE TO AND FROM D. POLLACK RE: EXHIBIT TO LEASE SALE PROCEDURES MOTION (.1); CORRESPONDENCE TO AND FROM K. GRANT RE: SAME (.1); REVIEW REVISED SCHEDULE TO LEASE SALE PROCEDURES MOTION (.1); DRAFT NOTICE OF FILING OF SCHEDULE TO LEASE SALE PROCEDURES MOTION (.2). |
| FREDERICKS IS | 11/30/08 | 5.90 | REVIEW AND REVISE OMNIBUS REPLY TO VARIOUS OBJECTIONS TO THE LEASE REJECTION MOTION AND RELATED RESEARCH (5.9). |
| | | 23.10 | |
| GARTNER M | 11/18/08 | 4.70 | DRAFT, REVIEW AND REVISE BIDDING PROCEDURES AND DOCUMENTS RELATING TO LEASE SALE MOTION (4.7). |
| GARTNER M | 11/19/08 | 6.30 | CONTINUE TO DRAFT, REVIEW, AND REVISE VARIOUS DOCUMENTS RELATING TO LEASE SALE MOTION (6.3). |
| GARTNER M | 11/20/08 | 6.60 | DRAFT AND REVISE DOCUMENTS RELATED TO LEASE SALE MOTION (6.6). |
| GARTNER M | 11/21/08 | 4.70 | CONTINUE TO DRAFT AND REVISE DOCUMENTS RELATED TO LEASE SALE MOTION (4.7). |
| | | 22.30 | |
| GRANT K | 11/10/08 | 1.80 | TELECONFERENCES AND EMAILS WITH D. MILLER REGARDING REAL ESTATE MATTERS (.5); ANALYSIS OF SAVOY SPRINGS LEASE (.7) AND EXETER LEASE. (.6). |

42

(image)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GRANT K | 11/20/08 | 7.60 | TELECONFERENCE WITH D. MILLER AND OTHER CLIENTS REGARDING REJECTED LEASE ISSUES (.4); REVIEWED AND ANALYZED OBJECTIONS TO LEASE MOTIONS (2.9); REVIEWED CORRESPONDENCE FROM LANDLORDS' COUNSEL (1.2); TELECONFERENCES AND EMAILS WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES (1.6) WORKED ON REVISIONS TO LEASE SALE PROCEDURES MOTION (1.5). |
| GRANT K | 11/21/08 | 6.70 | CONTINUED WORK ON LEASE SALE PROCEDURES MOTION, ORDER AND NOTICE (2.9) CONTINUED REVIEW ANDANALYSIS OF LANDLORD OBJECTIONS (1.9); TELECONFERENCES AND EMAILS WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES. (1.9). |
| GRANT K | 11/24/08 | 5.60 | TELECONFERENCES AND EMAILS WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES (4.2); CONTINUED REVIEW AND ANALYSIS OF OBJECTIONS TO LEASE MOTIONS. (2.4). |
| GRANT K | 11/25/08 | 5.80 | TELECONFERENCES AND EMAILS WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES (1.4) EMAILS WITH D. MILLER REGARDING SAME. (.5) REVISED AND FINALIZED LEASE SALE PROCEDURES MOTION, ORDER AND EXHIBITS (1.8) BEGAN WORK ON RESPONSE IN SUPPORT OF LEASE REJECTION AND STORE CLOSING MOTIONS. (2.1). |
| GRANT K | 11/26/08 | 3.30 | CONTINUED WORK ON RESPONSES TO OBJECTIONS TO STORE CLOSING MOTION AND LEASE REJECTION MOTION (1.9); TELECONFERENCES AND EMAILS WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES. (1.4). |
| | | 75.60 | |
| LAZAROFF KA* | 11/10/08 | 1.00 | BEGAN PREPARING MOTION TO EXTEND 365(D)(4) LEASE REJECTIONS. |
| LAZAROFF KA* | 11/11/08 | 1.60 | DRAFTED MOTION TO EXTEND 365(D)(4) LEASE REJECTION PERIOD. |
| LAZAROFF KA* | 11/12/08 | 2.20 | COMPLETED 365(D)(4) MOTION TO EXTEND LEASE REJECTION PERIOD. |
| LAZAROFF KA* | 11/20/08 | 2.00 | RECORDED AND SUMMARIZED OBJECTIONS TO STORE CLOSING AND LEASE REJECTION ORDERS. |
| LAZAROFF KA* | 11/21/08 | 1.20 | RECORDED OBJECTIONS AND RESPONSES TO LEASE REJECTION AND STORE CLOSING MOTIONS. |

44

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LAZAROFF KA* | 11/24/08 | 0.90 | REVIEWED AND SUMMARIZED OBJECTIONS TO LEASE REJECTION MOTION AND STORE CLOSING MOTION. |

LAZAROFF KA*    11/25/08    10.00   RECORDED AND SUMMARIZED OBJECTIONS TO LEASE REJECTION AND STORE CLOSING MOTIONS (1). RESEARCHED VARIOUS ISSUES IN RESPONSE TO OBJECTIONS TO LEASE REJECTION MOTION, INCLUDING: WHEN REJECTION BECOMES EFFECTIVE; THE STATUS OF RENT OBLIGATIONS UNDER 365 AND 503; AND WHAT A DEBTOR MUST DO TO SURRENDER POSSESSION (9.1 ).

LAZAROFF KA*    11/26/08    6.50    REVIEWED OBJECTIONS TO LEASE REJECTION AND STORE CLOSING MOTIONS AND MOTIONS TO COMPEL PAYMENT OF STUB RENT (1.5); INTERNAL WORKING GROUP STATUS CALL (.5); COORDINATED RESPONSES TO OBJECTIONS (2); RESEARCHED WHEN REJECTION OF LEASES BECOMES EFFECTIVE (2.5).

LAZAROFF KA*    11/28/08    8.10    PREPARED EXHIBIT FOR OMNIBUS OBJECTION TO MOTIONS TO COMPEL PAYMENT OF STUB RENT (.5); PREPARED EXHIBIT FOR OMNIBUS REPLY TO OBJECTIONS TO STORE CLOSING MOTION (.4); DRAFTED SUMMARIES OF OBJECTIONS TO LEASE REJECTIONS AND RESPONSES (4); RESEARCHED LEASE REJECTION ISSUES INCLUDING RESPONSIBILITY FOR REPAIR AND REMOVAL COSTS, ABANDONMENT OF PERSONAL PROPERTY, AND PROPERTY TAX OBLIGATIONS (3.4).

LAZAROFF KA*    11/29/08    8.50    REVIEWED AND SUMMARIZED ONLINE RESEARCH ON LEASE REJECTION ISSUES INCLUDING LIABILITY FOR ABANDONED PROPERTY, REPAIR AND REMOVAL COSTS, PROPERTY TAXES, COMMON AREA MAINTENANCE CHARGES, AND SECURITY DEPOSITS (5.7); REVISED LEASE REJECTION MOTION (.6); RESEARCHED, REVIEWED, AND SUMMARIZED OBJECTIONS TO GOING OUT OF BUSINESS SALE METHODS (3); REVISED EXHIBIT FOR OMNIBUS REPLY TO OBJECTIONS TO STORE CLOSING MOTION (1.2).

LAZAROFF KA*    11/30/08    3.00    REVISED OBJECTION CHART FOR REPLY TO LEASE REJECTION MOTION (2); REVISED LEASE REJECTION REPLY MOTION (1).

                            45.20

Total Associate/Law Clerk    245.10

032

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DEMMA J | 11/20/08 | 5.10 | PREPARE LEASES AND LEASE SUMMARIES FOR ATTORNEY REVIEW (5.1). |
| DEMMA J | 11/24/08 | 2.60 | PREPARE LEASES FOR ATTORNEY REVIEW (2.6). |
| DEMMA J | 11/26/08 | 1.60 | PREPARE LEASES FOR ATTORNEY REVIEW (1.6). |
| | | 9.30 | |
| HEANEY CM | 11/20/08 | 3.40 | REVIEW CASE FILES AND COURT DOCKETS RE: 365(D)(4) DOCUMENTS TO BE USED AS PRECEDENT (.4); OBTAIN AND DISTRIBUTE PRECEDENT (.2); DRAFT, EDIT/REVISE EXHIBIT FOR MOTION (.9); ASSIST ATTORNEY WITH PREPARATION OF DOCUMENTS (1.9). |
| | | 3.40 | |

Total Legal Assistant             12.70

| NELSON VP | 11/13/08 | 2.80 | RESEARCH RE BANKRUPTCY CASES INVOLVING REJECTED LEASES AND RENTS PAID BY SUBTENANTS. |
| | | 2.80 | |

Total Legal Assistant Specialist     2.80

MATTER TOTAL                   275.60

* Law clerks are law school graduates who are not presently admitted to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) Litigation (General) | | | Bill Date: 12/08/08 Bill Number: 1241519 |
|---|---|---|---|
| **NAME** | **DATE** | **HOURS** | **DESCRIPTION** |
| GALARDI GM | 11/12/08 | 0.80 | ANALYZE DEFENSE TO PANASONIC CONSIGNMENT CLAIM AND INSOLVENCY TERMINATION (.8). |
| GALARDI GM | 11/14/08 | 1.30 | REVIEW ISSUES RE: HHGREGG CREDIT CARD OFFER (.4); ANALYZE RESEARCH (.3); REVIEW INTERNET ARTICLE (.2); REVIEW AND RESPOND TO EMAILS RE: GIFT CARD STRATEGY (.4). |
| GALARDI GM | 11/20/08 | 2.10 | REVIEW AND BEGIN COORDINATING COMMITTEE DISCOVERY. |
| | | 4.20 | |
| Total Partner | | 4.20 | |
| HERRMANN DD | 11/14/08 | 3.10 | RESEARCH RE GIFT CARDS AND OTHERS ACCEPTANCE THEREOF. |
| HERRMANN DD | 11/29/08 | 4.70 | RESEARCH LEGAL POINTS RE ENFORCEMENT OF EQUITY ORDER/STAY VIOLATION (2.6); PREPARE RIDERS FOR MOTION RE SAME (1.2); RESEARCH FACTUAL POINTS RE SALINAS PURCHASES (.9). |
| | | 7.80 | |
| LIBERI JM | 11/21/08 | 9.60 | REVIEW DOCUMENT REQUESTS AND DEPOSITION NOTICES PROPOUNDED BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS UPON THE DEBTORS, FTI CONSULTING, AND BANK OF AMERICA (1.8); BEGIN PREPARING RESPONSES TO DISCOVERY REQUESTS (1.3); CONFERENCE CALLS RE: DISCOVERY MATTERS (1.6); EVALUATE ELECTRONIC DISCOVERY MATTERS WITH LITIGATION TECHNOLOGY COORDINATOR (0.6); REVIEW PLEADINGS, DOCUMENTS AND COMMUNICATIONS RELATING TO BASIS OF DISCOVERY (2.4); ORGANIZE NOTES RE: POTENTIAL DISCOVERY CUSTODIANS (0.9). |
| LIBERI JM | 11/22/08 | 1.20 | CONFERENCE CALL WITH F. TELEGADAS, A. MCCRAY, D. FOLEY RE: COMMITTEE DISCOVERY ISSUES (0.4); REVIEW DRAFT DISCOVERY RESPONSES (0.8). |

47

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LIBERI JM | 11/25/08 | 4.20 | ORGANIZE INFORMATION RE: POTENTIAL CUSTODIANS IN RESPONSE TO COMMITTEE DISCOVERY REQUESTS (1.1); WORK WITH LITIGATION TECHNOLOGY GROUP ON DOCUMENT RETENTION MATTERS (0.9); DRAFT LITIGATION HOLD REQUESTS (0.8); REVIEW DOCUMENTS AND COMMUNICATIONS RE: COMMITTEE DISCOVERY REQUESTS (1.4). |
|---|---|---|---|
| LIBERI JM | 11/26/08 | 1.40 | REVIEW DISCOVERY RESPONSE PLANS (0.6); REVIEW DRAFT DISCOVERY RESPONSES (0.8). |
| | | 16.40 | |
| RUNNELLS ST* | 11/21/08 | 4.30 | REVIEW DIP FILINGS AND REQUESTS FOR PRODUCTION OF DOCUMENTS (.3); MEET WITH G. GALARDI AND J. LIBERI RE: REQUESTS FOR PRODUCTION OF DOCUMENTS AND STATUS OF CASE, AND CREATE CHART OF DOCUMENT PRODUCTION REQUESTS BY TOPIC (1.1); MEET WITH G. GALARDI AND J. LIBERI RE: COORDINATING DISCOVERY AND DRAFT LITIGATION HOLD LETTER FOR RETENTION OF DOCUMENTS (1.5); CONFERENCE CALL WITH IN-HOUSE AND OUTSIDE COUNSEL RE: COORDINATING DISCOVERY EFFORTS (.4); DRAFT AND CIRCULATE CONFIDENTIALITY AGREEMENT (.3); CONFERENCE CALL WITH OTHER COUNSEL TO COORDINATE DISCOVERY EFFORTS AND IDENTIFY CUSTODIANS OF DOCUMENTS (1.0). |
| RUNNELLS ST* | 11/24/08 | 1.10 | CONFERENCE CALL WITH LOCAL COUNSEL AND COMMITTEE COUNSEL RE: DOCUMENT REQUESTS AND DISCOVERY SCHEDULE; WRITE MEMO SUMMARIZING CONFERENCE CALL AND EMAIL TO J. LIBERI. |
| RUNNELLS ST* | 11/25/08 | 0.80 | EMAIL J. LIBERI AND OTHER COUNSEL RE: DRAFT CONFIDENTIALITY AGREEMENT; PROVIDE DRAFT FOR REVIEW; SCHEDULE CONFERENCE CALL RE: DISCOVERY ISSUES; REVIEW DRAFT LITIGATION HOLD ORDER. |
| RUNNELLS ST* | 11/26/08 | 0.40 | CONFERENCE CALL WITH DEBTORS' COUNSEL RE: DISCOVERY STATUS AND UPDATES AND DOCUMENT PRODUCTION FROM LAW FIRM CUSTODIANS. |
| | | 6.60 | |
| Total Associate/Law Clerk | | 30.80 | |
| **MATTER TOTAL** | | **35.00** | |

* Law clerks are law school graduates who are not presently admitted
to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/08/08
Nonworking Travel Time                                             Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 11/11/08 | 3.50 | NONWORKING TRAVEL TO CHICAGO FOLLOWING FIRST DAY HEARING. |
|  |  | 3.50 |  |
| GALARDI GM | 11/14/08 | 3.80 | NONWORKING DELAYED TRAVEL FROM RICHMOND TO WILMINGTON. |
| GALARDI GM | 11/19/08 | 4.10 | TRAVEL TO AND FROM WASHINGTON DC FOR CREDITORS COMMITTEE MEETING. |
|  |  | 7.90 |  |
| Total Partner |  | 11.40 |  |
| FREDERICKS IS | 11/11/08 | 4.30 | TRAVEL FROM DOWNTOWN RICHMOND TO THE COMPANY (.5); TRAVEL FROM THE COMPANY TO RICHMOND AIRPORT (TRAFFIC DELAYS) (1.4); TRAVEL FROM RICHMOND TO PHILADELPHIA, INCLUDING TIME WAITING FOR FLIGHT (1.8); TRAVEL FROM PHILADELPHIA AIRPORT TO WILMINGTON (.5). |
|  |  | 4.30 |  |
| Total Associate |  | 4.30 |  |
| MATTER TOTAL |  | 15.70 |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/08/08
Regulatory and SEC Matters                                         Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 11/15/08 | 0.70 | ATTENTION TO ISSUES RE SECURITIES FILINGS (.7). |
| | | 0.70 | |
| Total Partner | | 0.70 | |
| MATTER TOTAL | | 0.70 | |

50

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/08/08
Reorganization Plan / Plan Sponsors                                Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRANT K | 11/12/08 | 4.20 | CONTINUED WORK ON DRAFT PLAN OF REORGANIZATION. (4.2). |
| GRANT K | 11/13/08 | 4.30 | CONTINUED WORK ON DRAFT PLAN. (4.3). |
| GRANT K | 11/14/08 | 0.60 | CONTINUED WORK ON DRAFT PLAN. (.8). |
|  |  | 9.30 |  |
| Total Associate |  | 9.30 |  |
| MATTER TOTAL |  | 9.30 |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                          Bill Date: 12/08/08
Reports and Schedules                                    Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 11/18/08 | 0.70 | CALL WITH FTI AND COMPANY RE; SCHEDULES AND STATEMENTS. |
|  |  | 0.70 |  |
| Total Partner |  | 0.70 |  |
| FREDERICKS IS | 11/26/08 | 0.70 | TELEPHONE CALL TO T. BEHNKE RE: ISSUES RELATED TO SCHEDULES AND SOFAS (.7). |
|  |  | 0.70 |  |
| Total Associate |  | 0.70 |  |
| MATTER TOTAL |  | 1.40 |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/08/08
Retention / Fee Matters (SASM&F)                                   Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 11/17/08 | 1.20 | REVIEW SKADDEN RETENTION PLEADINGS. |
| DICKERSON CL | 11/18/08 | 1.10 | CONTINUED ATTENTION TO REVIEW OF SKADDEN RETENTION PLEADINGS. |
| | | 2.30 | |
| GALARDI CM | 11/16/08 | 0.40 | FOLLOW-UP RE: SKADDEN RETENTION APPLICATION (.4). |
| GALARDI GM | 11/17/08 | 1.10 | REVIEW AND EDIT GALARDI AFFIDAVIT FOR RETENTION. |
| GALARDI CM | 11/18/08 | 1.20 | FINALIZE SKADDEN RETENTION. |
| GALARDI CM | 11/30/08 | 0.90 | FINALIZE SKADDEN RETENTION (.9). |
| | | 3.60 | |
| Total Partner | | 5.90 | |
| BAKER SK | 11/12/08 | 3.50 | DRAFT CONFLICT OF INTEREST EMAILS TO PARTNERS. |
| | | 3.50 | |
| FISHER CP | 11/10/08 | 8.10 | RESEARCH RE: CONNECTIONS AND DISCLSOURE (8.1). |
| FISHER CP | 11/11/08 | 1.70 | RESEARCH RE: CONNECTIONS AND DISCLSOURE (1.7). |
| FISHER CP | 11/12/08 | 5.70 | RESEARCH RE: CONNECTIONS & DISCLSOURE (5.7). |
| FISHER CP | 11/13/08 | 0.20 | RESEARCH RE: CONNECTIONS AND DISCLOSURE (0.2). |
| | | 15.70 | |
| FREDERICKS IS | 11/12/08 | 0.80 | WORK W/ K. LAZAROFF ON SKADDEN RETENTION MATTERS, INCLUDING OBTAINING INFORMATION ON CONNECTIONS AND RELATIONSHIPS (.8). |
| FREDERICKS IS | 11/13/08 | 2.40 | WORK WITH K. LARAROFF RE: CONENCTIONS SEARCHES FOR PREPARATION OF BANKRUPTCY RULE 2014 OISCLOSURE AFFIDAVIT. |
| FREDERICKS IS | 11/14/08 | 2.80 | REVIEW AND REVISE SASM&F RETENTION APPLICATION, AFFIDAVIT AND RELATED DOCUMENTS AND CORRESPONDENCE TO G. GALARDI FOR REVIEW (2.8). |

53

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FREDERICKS IS | 11/19/08 | 3.80 | REVIEW AND REVISE G. GALARDI 2014 AFFIDAVIT CONSISTENT WITH COMMENTS AND CORRESPONDENCE TO G. GALARDI RE: OPEN ITEMS. |
| | | 9.80 | |
| KUMAR JS | 11/12/08 | 2.60 | EMAILING PARTNERS TO CONFIRM LACK OF CONFLICTS. |
| | | 2.60 | |
| LAZAROFF KA* | 11/10/08 | 7.00 | RESEARCHED FOR RULE 2014 DISCLOSURES. |
| LAZAROFF KA* | 11/11/08 | 9.50 | ANALYZED CONNECTIONS FOR RULE 2014 DISCLOSURES. |
| LAZAROFF KA* | 11/12/08 | 12.00 | RESEARCHED CONNECTIONS FOR RULE 2014 DISCLOSURES (9).   DRAFTED SKADDEN RETITION AFFIDAVIT (3). |
| LAZAROFF KA* | 11/13/08 | 6.00 | RESEARCH FOR RULE 2014 DISCLOSURES (2); DRAFTED RETENTION AFFIDAVIT (4). |
| LAZAROFF KA* | 11/14/08 | 6.30 | RESEARCHED FOR RULE 2014 DISCLOSURES (3); REVISED RETENTION AFFIDAVIT (1.5); DRAFTED EXHIBITS, APPLICATION AND ORDER FOR RETENTION APPLICATION (1.8). |
| LAZAROFF KA* | 11/18/08 | 0.80 | RESEARCHED PRIOR CIRCUIT CITY-RELATED REPRESENTATION FOR RETENTION AFFIDAVIT. |
| LAZAROFF KA* | 11/19/08 | 5.00 | CONNECTIONS AND DISCLOSURE RESEARCH (2.5), RESEARCHED PRIOR CIRCUIT CITY-RELATED REPRESENTATIONS (1.6), REVISED RETENTION AFFIDAVIT (.9). |
| LAZAROFF KA* | 11/20/08 | 1.80 | PREPARED EXHIBIT FOR RETENTION AFFIDAVIT (1); RESEARCHED CONNECTIONS AND DISCLOSURE (.5); DISCUSSED CIRCUIT CITY-RELATED PRIOR REPRESENTATIONS (.2). |
| LAZAROFF KA* | 11/21/08 | 0.30 | IDENTIFIED PARTIES IN INTEREST. |
| | | 48.70 | |
| REED AL* | 11/19/08 | 0.70 | PREPARE COMPENSATION DISCLOSURE IN ACCORDANCE WITH LOCAL RULES. |
| REED AL* | 11/21/08 | 0.20 | FINALIZE COMPENSATION DISCLOSURE. |
| | | 0.90 | |
| Total Associate/Law Clerk | | 31.20 | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HEANEY CM | 11/13/08 | 0.40 | REVIEW CASE FILES AND COURT DOCUMENT FOR PLEADINGS TO BE USED AS PRECEDENT (.4). |
|-----------|----------|------|----------------------------------------------------------------------------------|
| HEANEY CM | 11/19/08 | 0.30 | DRAFT EDIT/REVISE COVER PAGE FOR RETENTION SCREENING QUESTIONNAIRES (.3). |
|           |          | 0.70 |  |
| Total Legal Assistant |  | 0.70 |  |
| MATTER TOTAL |  | 87.80 |  |

* Law clerks are law school graduates who are not presently admitted
to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/08/08
Retention / Fee Matters / Objections (Others)                      Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 11/14/08 | 0.20 | REVIEW AND RESPOND TO QUESTION RE: FTI, ROTHSCHILD RETENTION ISSUES (.2). |
| GALARDI GM | 11/18/08 | 0.70 | REVIEW AND COMMENT ON DJM CONTRACT ISSUES. |
| GALARDI GM | 11/28/08 | 0.40 | BEGIN WORKING ON COMMITTEE OBJECTION TO PROFESSIONAL RETENTIONS (.4). |
| | | 1.30 | |
| Total Partner | | 1.30 | |
| FISHER CP | 11/11/08 | 3.30 | REVISE DOCUMENTS RE: RETENTION APPLICATIONS (2.3); DRAFTING DOCUMENTS RE: RETENTION APPLICATIONS (1.1). |
| FISHER CP | 11/12/08 | 3.80 | DRAFTING DOCUMENTS RE: RETENTION APPLICATIONS (3.8). |
| FISHER CP | 11/13/08 | 3.00 | DRAFTING DOCUMENTS RE: RETENTION APPLICATIONS (3.0). |
| FISHER CP | 11/14/08 | 1.90 | REVISING DOCUMENTS RE: RETENTION APPLICATIONS (1.9). |
| FISHER CP | 11/21/08 | 0.40 | DRAFTING DOCUMENTS RE: RETENTION APPLICATIONS (0.4). |
| FISHER CP | 11/22/08 | 4.60 | DRAFTING DOCUMENTS RE: RETENTION APPLICATIONS (4.6). |
| FISHER CP | 11/23/08 | 1.60 | DRAFTING DOCUMENTS RE: RETENTION APPLICATIONS (1.6). |
| FISHER CP | 11/24/08 | 0.10 | REVISING DOCUMENTS RE: RETENTION APPLICATIONS (0.1). |
| FISHER CP | 11/26/08 | 5.90 | DRAFTING DOCUMENTS RE: MOTION AND ORDER TO SHORTEN NOTICE TIME (0.7); DRAFTING DOCUMENTS RE: RETENTION APPLICATIONS (5.0); REVISE DOCUMENTS RE: RETENTION APPLICATIONS (0.2). |
| | | 24.60 | |
| FREDERICKS IS | 11/12/08 | 0.40 | CORRESPONDENCE FROM AND TO F. TELEGODES RE: PROCEDURE FOR RETENTION OF ORDINARY COURSE PROFESSIONALS (.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FREDERICKS IS | 11/14/08 | 1.90 | WORK ON ISSUES RELATED TO RETENTION OF OTHER PROFESSIONALS, INCLUDING REVIEWING AND REVISING RETENTION DOCUMENTS; CORRESPONDENCE TO AND FROM THE COMPANY RE: E&Y ISSUES; AND COMPREHENSIVE CORRESPONDENCE TO AND FROM G. GALARDI RE: QUESTIONS CONCERNING RETENTIONS (1.9). |
|---|---|---|---|
| FREDERICKS IS | 11/16/08 | 5.60 | REVIEW AND REVISE ALL RETENTION DOCUMENTS (E&Y, FTI, ROTHSCHILD, AND SKADDEN) AND CORRESPONDENCE TO COMPANY, CO-COUNSEL AND PROFESSIONALS OUTLINING COMMENTS AND ISSUES THAT NEED TO BE ADDRESSED (5.6). |
| FREDERICKS IS | 11/17/08 | 5.70 | ADDRESS ISSUES RELATED TO DRAFT RETENTION DOCUMENTS AND REVISE DOCUMENTS ACCORDINGLY (3.7); WORK WITH D. BLANKS ON ISSUES RELATED TO RETENTIONS AND FINALIZE SAME FOR FILING (1.3); MULTIPLE CORRESPONDENCE TO AND FROM KCC RE: SERVICE ISSUES (.7). |
| FREDERICKS IS | 11/20/08 | 2.90 | REVIEW, REVISE AND FINALIZE SKADDEN RETENTION DOCUMENTS (2.9). |
| FREDERICKS IS | 11/25/08 | 1.70 | REVIEW, REVISE AND FINALIZE INERIM COMPENSATION MOTION AND RELATED DOCUMENTS AND COORDINATE FILING OF SAME (1.7). |
| | | 18.20 | |
| GRANT K | 11/21/08 | 1.10 | REVIEWED AND REVISED INTERIM COMPENSATION MOTION, ORDER AND PROCEDURES. (1.1). |
| | | 1.10 | |
| KUMAR JS | 11/13/08 | 2.10 | CALL WITH ACCOUNTING GRDUP AT COMPANY RE FIRST DAY MOTIONS (.9). REVIEWING RETENTION APPLICATIONS FOR FTI AND ERNST & YOUNG (1.2). |
| | | 2.10 | |
| LAZAROFF KA* | 11/24/08 | 0.60 | PREPARED MOTION TO EMPLOY ORDINARY COURSE PROFESSIONALS. |
| LAZAROFF KA* | 11/25/08 | 0.40 | DISCUSSED LIST OF ORDINARY COURSE PROFESSIONALS TO BE EMPLOYED BY THE COMPANY. |
| | | 1.00 | |
| REED AL* | 11/21/08 | 0.90 | REVISE INTERIM COMPENSATION MOTION, ORDER, AND PROCEDURES. |
| | | 0.90 | |

57

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Total Associate/Law Clerk          47.90

MATTER TOTAL                       49.20

* Law clerks are law school graduates who are not presently admitted
to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP)<br>Secured Claims | | | Bill Date: 12/08/08<br>Bill Number: 1241519 |
|---|---|---|---|
| **NAME** | **DATE** | **HOURS** | **DESCRIPTION** |
| GALARDI GM | 11/11/08 | 2.60 | CALLS AND EMAILS WITH COUNSEL TO PANSONIC RE: CONSIGNMENT AND LITIGATION ISSUES (1.4); REVIEW AND COMMENT ON VARIOUS PROPOSALS BY PANSONIC (.8); CALLSAND MEETINGS WITH COMPANY RE: SAME (.4). |
| GALARDI GM | 11/20/08 | 0.30 | ADDRESS CONSIGNMENT RESEARCH ISSUES (.3). |
| | | 2.90 | |
| Total Partner | | 2.90 | |
| BAKER SK | 11/10/08 | 0.20 | REVIEW NOTICE OF INTENT TO FILE MECHANIC'S LIEN ON BEHALF OF TURF MASTER LLC. |
| BAKER SK | 11/10/08 | 0.10 | REVIEW NOTICE OF INTENT TO FILE MECHANIC'S LIEN ON BEHALF OF ENGINEERED STRUCTURES, INC. |
| BAKER SK | 11/10/08 | 0.60 | REVIEW APPLICATION FOR MECHANICS' LIEN FILED IN HAWAII STATE COURT BY HEIDE & COOK FOR $43,965.00. |
| BAKER SK | 11/10/08 | 0.30 | REVIEW MECHANICS' LIENS FILED BY TRANE U.S. INC. IN VIRGINA AND CALIFORNIA. |
| BAKER SK | 11/10/08 | 0.10 | REVIEW MECHANIC'S LIEF OF UNITED RENTAL'S INC. |
| BAKER SK | 11/11/08 | 1.50 | RESEARCH REGARDING PENNSYLVANIA MECHANIC'S LIEN LAW. |
| BAKER SK | 11/11/08 | 2.00 | DRAFT MEMORANDUM REGARDING PENNSYLVANIA MECHANICS' LIEN LAW. |
| BAKER SK | 11/11/08 | 0.10 | REVIEW INTENT TO FILE MECHANIC'S LIEN ON BEHALF OF ENGINEERED STRUCTURES, INC. REGARDING STORE NUMBER 3745. |
| BAKER SK | 11/11/08 | 0.10 | REVIEW INTENT TO FILE MECHANIC'S LIEN ON BEHALF OF ENGINEERED STRUCTURES, INC. REGARDING STORE NUMBER 3306. |
| BAKER SK | 11/11/08 | 0.50 | REVIEW INTENT TO FILE MECHANIC'S LIEN ON BEHALF OF AMORR CONSTRUCTION COMPANY. |
| BAKER SK | 11/11/08 | 0.20 | REVIEW INTENT TO FILE MECHANIC'S LIEN ON BEHALF OF SENTECH SERVICES OF FLORIDA. |

59

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER SK | 11/11/08 | 0.10 | REVIEW INTENT TO FILE MECHANIC'S LIEN ON BEHALF OF SUN CONSTRUCTION GROUP, INC. |
|---|---|---|---|
| BAKER SK | 11/11/08 | 1.30 | REVISE MECHANIC'S LIEN SPREADSHEET. |
| BAKER SK | 11/19/08 | 4.90 | REVIEW MECHANIC'S LIEN NOTICES FORWARDED FROM CIRCUIT CITY (2.5); REVISE REPORT OF MECHANIC'S LIENS (2.4). |
| | | 14.00 | |
| LAZAROFF KA* | 11/19/08 | 3.00 | COMPUTER RESEARCH ON REQUIREMENTS FOR ASSERTING A VALID MECHANICS LIEN. |
| LAZAROFF KA* | 11/20/08 | 4.80 | RESEARCHED PERFECTION OF SECURITY INTERESTS IN COMMINGLED PROCEEDS AND CONSIGNED GOODS. |
| LAZAROFF KA* | 11/20/08 | 1.50 | RECORDED MECHANICS LIENS. |
| LAZAROFF KA* | 11/21/08 | 3.60 | RECORDED MECHANICS LIENS. |
| LAZAROFF KA* | 11/24/08 | 1.00 | RECORDED MECHANICS LIENS FILED AGAINST THE COMPANY. |
| LAZAROFF KA* | 11/25/08 | 0.30 | RECORDED MECHANICS LIENS. |
| | | 14.20 | |
| Total Associate/Law Clerk | | 28.20 | |
| MATTER TOTAL | | 31.30 | |

* Law clerks are law school graduates who are not presently admitted
to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                              Bill Date: 12/08/08
Tax Matters                                                  Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 11/13/08 | 0.50 | ATTENTION TO ISSUES RE SETTLEMENT WITH IRS (.3); DISCUSSIONS WITH OTHER PROFESSIONALS AND CLIENT RE SAME (.2). |
| DICKERSON CL | 11/18/08 | 2.30 | ATTENTION TO ISSUES RE SALINAS PURCHASE OF EQUITY (1.1); REVIEW NOL ORDER AND RELATED DOCUMENTS (.5); REVIEW PRESS RELEASE RE SAME (.2); CONFERENCE CALL RE SAME (.5). |
| DICKERSON CL | 11/19/08 | 2.70 | CONTINUED ATTENTION TO ISSUES RE SALINAS PURCHASE OF EQUITIES (.5); DISCUSSIONS WITH SALINAS COUNSEL RE SAME (.1); REVIEW/PROVIDE COMMENTS TO 8-K RE NOL ORDER (1.6); CONFERENCE CALL WITH CLIENT AND OTHER PROFESSIONALS RE SAME (.5). |
| DICKERSON CL | 11/20/08 | 1.90 | CONTINUED ANALYSIS OF TAX ISSUES IMPLICATED BY SALINAS STOCK PURCHASE (.8); DISCUSSIONS WITH OTHER PROFESSIONALS AND SALINAS COUNSEL (.6); ATTENTION TO ISSUES RE IRS REFUND (.2); DISCUSSIONS RE SAME (.3). |
| DICKERSON CL | 11/21/08 | 2.50 | CONTINUED ATTENTION TO ANALYSIS OF ISSUES RE SALINAS EQUITY PURCHASE (1.8); MULTIPLE DISCUSSIONS WITH OTHER PROFESSONALS RE SAME (.7). |
| DICKERSON CL | 11/22/08 | 1.60 | MULTIPLE DISCUSSIONS RE NOL ISSUES (.5); REVIEW RESEARCH RE SAME (1.1). |
| DICKERSON CL | 11/24/08 | 1.90 | MULTIPLE DISCUSSIONS RE NOL ISSUES (.8); REVIEW PLEADINGS RE SAME (1.1). |
| DICKERSON CL | 11/26/08 | 1.50 | CONTINUED ATTENTION TO PLEADINGS RE SALINAS TAX ISSUE (1.2); CONFERENCE CALL WITH OTHER PROFESSIONALS AND SALINAS COUNSEL RE SAME (.3). |
| DICKERSON CL | 11/28/08 | 1.90 | CONTINUED ATTENTION TO PLEADINGS RE SALINAS TAX ISSUE (1.6); DISCUSSIONS RE SAME (.3). |
| DICKERSON CL | 11/29/08 | 0.70 | CONTINUED ATTENTION TO PLEADINGS RE SALINAS TAX ISSUE (.6); DISCUSSIONS RE SAME (.1). |
| | | 17.50 | |
| GALARDI GM | 11/12/08 | 0.80 | REVIEW CORRESPONDENCE RE: TAX SETTLEMENT (.6); FOLLOW-UP RE: SAME WITH COMPANY (.2). |

61

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| GALARDI GM | 11/13/08 | 0.40 | WORK ON PLAN RE: STATE TAX ISSUES. |
| GALARDI GM | 11/17/08 | 0.40 | WORK ON EQUITY PURCHASE AND NOL ISSUES. |
| GALARDI GM | 11/18/08 | 1.70 | CALL RE: SALINAS AND NOLS (1.1); CALL WITH COMPANY RE: CHANGE OF CONTROL ISSUES (.6). |
| GALARDI GM | 11/20/08 | 0.40 | CALL RE: SALINAS AND NEXT STEPS (.4). |
| GALARDI GM | 11/21/08 | 0.70 | REVIEW AND RESPOND EMAILS RE: SALINAS STRATEGY (.7). |
| GALARDI GM | 11/26/08 | 0.60 | CONTINUE DEVELOPING ANALYSIS AND STRATEGY RE: SHARE SELLDOWN. |
| GALARDI GM | 11/29/08 | 0.20 | REVIEW AND COMMENT ON SHARE SELL DOWN ISSUES (.2). |
| | | 5.20 | |
| LEVY DP | 11/10/08 | 0.80 | ATTENTION TO BANKRUPTCY PLANNING AND STRUCTURING ISSUES. RESEARCH RE TECHNICAL ISSUES. |
| LEVY DP | 11/12/08 | 3.80 | ATTENTION TO DEAL STRUCTURING ISSUES. (.50) ANALYSIS OF TAX PAYMENT TIMING ISSUES. (.50) CONFERENCE CALL W/EY AND CC TEAMS RE TAX PROFILE AND STRUCTURING ISSUES. (1.2) DUE DILIGENCE. (.60). |
| LEVY DP | 11/13/08 | 1.30 | ATTENTION TO STRUCTURING AND TAX PLANNING ISSUES. (.60) ANALYSIS OF TAX PAYMENT TIMING ISSUES. (.70). |
| LEVY DP | 11/14/08 | 1.30 | MULTIPLE CONFERENCE CALLS W/CC, EY, AND SKADDEN TEAM MEMBERS RE BANKRUPTCY PROCEDURE AND TAX PAYMENT PERMISSIBILITY ISSUES. (.70) ANALYSIS OF BANKRUPTCY AND TAX PROCEDURE ISSUES. (.60). |
| LEVY DP | 11/17/08 | 1.80 | ANALYSIS OF STATE TAX ISSUES. (.60) ANALYSIS OF FEDERAL TAX PLANNING ISSUES, INCLUDING NOL USAGE. (.50) CONFERENCE CALLS W/SKADDEN, CC, AND EY TEAM MEMBERS. (.70). |
| LEVY DP | 11/18/08 | 3.70 | ANALYSIS OF NOL ISSUES AND TRADING RESTRICTION ISSUES. (.70) ANALYSIS OF SALINAS PURCHASE OF CC STOCK. (.70) MULTIPLE CONFERENCE CALLS W/CC, EY, AND SKADDEN TEAM MEMBERS RE 382 IMPLICATIONS. (1.50) DRAFT AND EDIT PUBLIC FILINGS. (.80). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LEVY DF | 11/19/08 | 3.80 | ANALYSIS OF OWNERSHIP CHANGE ISSUES AND IMPLICATIONS. (.90) ANLAYSIS OF TRADING ORDER ENFORCEMENT ISSUES. (1.0) CONFERENCE MULTIPLE TIMES W/CIRCUIT CITY, EY, AND SKADDEN TEAM MEMBERS RE SALINAS ISSUES. (1.9). |
|---|---|---|---|
| LEVY DF | 11/20/08 | 2.70 | RESEARCH RE AND ANALYSIS OF OWNERSHIP CHANGE ISSUES. (.60) ANALYSIS OF BANKRUPTCY ORDERS, PROCEDURES, AND SIMILAR TRANSACTIONS. (.70) CONFERENCE W/SKADDEN TEAM MEMBERS. (.40) DUE DILIGENCE RE NOL ISSURS. (.60) CONFERENCE W/EY TEAM. (.40) |
| LEVY DF | 11/21/08 | 3.70 | ANALYSIS OF MULTIPLE 382 ISSUES. (.50) ATTENTION TO TRANSACTION STRUCTURING. (.60) ANALYSIS OF MULTIPLE PRECEDENTS RE ENFORCEMENT OF TRADING ORDERS AND IRS RULING POLICY. (.60) DUE DILIGENCE. (.60) CONFERENCE W/EY TEAM RE 382. (.40) CONFERENCE W/SKADDEN AND SALINAS TEAM MEMBERS RE MULTIPLE TRADING ORDER ISSUES. (.50) CONFERENCE W/SKADDEN TEAM MEMBERS. (.50). |
| LEVY DF | 11/22/08 | 3.70 | ANALYSIS OF OWNERSHIP CHANGE ISSUES. (1.0) DRAFT SALINAS MOTION. (1.0) DRAFT RULING REQUEST MATERIALS. (1.0) CONFERENCE W/SKADDEN TEAM MEMBERS. (.70). |
| LEVY DF | 11/24/08 | 3.60 | ANALYSIS OF MULTIPLE 382 ISSUES. (.80) CONFERENCE W/K. GIDEON AND M. ROSEN RE IRS RULING STRATEGIES. (.70) CONFERENCE W/M. ROSEN AND IRS PERSONNEL RE IRS RULING ISSUES. (.70) DRAFT AND EDIT MOTION AND TRANSACTION DOCUMENTS. (.70) RESEARCH RE STRUCTURING ISSUES. (.70). |
| LEVY DF | 11/25/08 | 3.80 | RESEARCH RE AND ANALYSIS OF MULTIPLE NOL ISSUES, INCLUDING SALINAS RELATED ISSUES. (.70) ATTENTION TO RESOLUTION OF SALINAS ISSUES. (.70) ANALYSIS OF UPDATED 382 MODEL AND INCORPORATION OF SALINAS PURCHASE TRANSACTIONS. (.70) CONFERENCE CALL W/CIRCUIT CITY TEAM. (.50) CONFERENCE CALL W/EY TEAM. (.60) CONFERENCE CALL W/EY TEAM AND SALINAS TEAM. (.60). |

63

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LEVY DF | 11/26/08 | 3.60 | DRAFT AND EDIT RULING REQUEST. (.60) ANALYSIS OF SALINAS SELL DOWN ISSUES, INCLUDING APPROPRIATE SELL DOWN LEVELS. (.60) CONFERENCE W/EY TEAM. (.30) CONFERENCE W/CC TEAM. (.30) CONFERENCE W/SKADDEN TEAM, (.30) DRAFT AND EDIT SELL DOWN ORDER AND MOTION. (.60) ANALYSIS OF 382 ISSUES. (.60). |
|---|---|---|---|
| LEVY DF | 11/27/08 | 1.40 | ANALYSIS OF OWNERSHIP CHANGE ISSUES. (.70) DRAFT RULING. (.70). |
| LEVY DF | 11/28/08 | 3.80 | DRAFT AND EDIT RULING REQUEST. (1.5) RESEARCH RE AND ANALYSIS OF 382 ISSUES, OWNERSHIP CHANGE ISSUES, PRESUMPTION ISSUES, AND PRIOR RULINGS IN THE RESTRICTED SHARE TRANSFER AREA. (1.5) CONFERENCE W/SKADDEN TEAM MEMBERS. (.80). |
| LEVY DF | 11/29/08 | 1.70 | DRAFT SALINAS SELL DOWN ORDER. (.30) ATTENTION TO SELL DOWN ANALYSIS. (.30) DEVELOP SELL DOWN PROTOCOL. (.40) ANALYSIS OF PRIOR SELL DOWN BANKRUPTCY ORDERS. (.40) CONFERENCE W/SKADDEN TEAM MEMBERS. (.30). |
| LEVY DF | 11/30/08 | 1.40 | DRAFT STIP ORDER AND RELATED DOCUMENTS RE SALINAS. (1.10) CONFERENCE W/SKADDEN TEAM MEMBERS. (.30). |
| | | 44.90 | |
| ROSEN MA | 11/18/08 | 0.50 | CONFERENCES; ANALYSIS. |
| ROSEN MA | 11/22/08 | 1.20 | CONFERENCES; ANALYSIS. |
| ROSEN MA | 11/24/08 | 2.50 | CONFERENCES; ANALYSIS. |
| | | 4.20 | |
| Total Partner | | 71.80 | |
| ERDMANN CR | 11/11/08 | 0.70 | ANALYZE STATE TAX ISSUES RE: TRUST FUND TAXES. |
| ERDMANN CR | 11/12/08 | 1.20 | REVIEW FIRST DAY ORDER (.7); ANALYZE STATE TAX ISSUES (.2); DISCUSSION WITH M. BRUNSVOLD (.3). |
| ERDMANN CR | 11/13/08 | 1.50 | ANALYZE TAX ISSUES RE; PAYMENT OF TRUST FUND TAXES (1.20); DISCUSSION WITH M. BRUNSVOLD RE: SAME (.30). |
| ERDMANN CR | 11/14/08 | 0.70 | ANALYZE STATE TAX ISSUES (.50); DISCUSSION WITH M. BRUNSVOLD (.2). |
| | | 4.10 | |

64

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Total Counsel | | 4.10 | |
|---|---|---|---|
| BRUNSVOLD ML | 11/10/08 | 1.10 | REVIEW PRESS RELEASES (.5); REVIEW NOL MOTION AND ORDER AS FILED (.1); REVIEW WAMU'S STOCK TRADING ORDER AND EMAIL REGARDING SAME (.5). |
| BRUNSVOLD ML | 11/11/08 | 4.70 | EMAILS AND CALLS WITH E&Y REGARDING ALL-HANDS CALL FOR FEDERAL AND STATE TAX ISSUES (2.1); REVIEW MOTION TO PAY SALES AND USE TAXES (.5); EMAILS AND CALLS REGARDING CASE MANAGEMENT AND STATUS ISSUES (2.1). |
| BRUNSVOLD ML | 11/12/08 | 10.50 | CALL WITH E&Y AND COMPANY REGARDING FEDERAL AND STATE TAX ISSUES AND OPERATIONAL QUESTIONS REGARDING PAYMENT OF PRE- AND POST-PETITION TAXES (3.0); RESEARCH REGARDING SAME (5.3); FOLLOW-UP CALLS AND EMAILS REGARDING SAME (3.0); REVIEW STATE TAX CHECKLIST FROM E&Y (.2). |
| BRUNSVOLD ML | 11/13/08 | 5.40 | NUMEROUS EMAILS AND CALLS ORGANIZING AND FACILITATING STATE TAX ISSUES (4.9); EMAILS REGARDING AND REVIEW OF NOL ORDER (1.0); MEET WITH D. LEVY REGARDING STATUS OF TAX ISSUES (.5). |
| BRUNSVOLD ML | 11/14/08 | 5.70 | EMAILS AND CALLS ORGANIZING AND FACILITATING STATE TAX ISSUES (2.1); FEDERAL TAX STATUS CALL WITH COMPANY AND E&Y (1.0); CALL WITH I. FREDERICKS REGARDING NOL ORDER FOR PUBLICATION IN NEWSPAPERS (.6); EMAILS AND CALLS REGARDING MISCELLANEOUS TAX MATTERS (2.0). |
| BRUNSVOLD ML | 11/17/08 | 9.80 | EMAILS AND CALLS ORGANIZING AND FACILITATING STATE TAX ISSUES (2.5); CALL WITH J. MCDONALD AND E&Y REGARDING RESTRUCTURING MODELS WORK-PLAN (2.3); DRAFT SUMMARY OF FEDERAL CALL (1.5); REVIEW NOL NOTICE FOR NEWSPAPER PUBLICATION (1.0); EMAILS REGARDING MISCELLANEOUS TAX ISSUES (2.5). |
| BRUNSVOLD ML | 11/18/08 | 9.00 | CALLS, EMAILS AND RESEARCH REGARDING SALINAS PURCHASES OF STOCK AND EFFECT ON 382 ANALYSIS AND OWNERSHIP CHANGE (4.0); CALL WITH G. GALARDI, C. D. DICKERSON, D. LEVY AND I. FREDERICKS REGARDING SAME (1.0); REVIEW AND PROVIDE COMMENTS ON FORM 8-K FILING FOR NOL ORDER (2.0); CLEAN-UP EMAILS FOR MISCELLANEOUS TAX ISSUES (2.0). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BRUNSVOLD ML | 11/19/08 | 8.60 | CALL WITH CIRCUIT CITY REGARDING SALINAS STOCK PURCHASES AND 382 ANALYSIS (.8); REVIEW RULES AND REGULATIONS UNDER SECTION 382 (2.0); MEET WITH B. DEVIRGILIO REGARDING RESEARCH ON PLRS (1.0); CALLS WITH D. LEVY REGARDING SAME (.8); REVIEW FORM 906 CLOSING AGREEMENT AND EMAIL TO TEAM REGARDING SAME (1.0); RESERACH REGARDING PRECEDENT RULING REQUESTS (3.0). |
|---|---|---|---|
| BRUNSVOLD ML | 11/20/08 | 7.50 | REVIEW EMAILS REGARDING STATUS OF STATE TAX MATTERS (.5); RESEARCH SALINAS PURCHASES (.5); PREPARE PACKAGE OF RULING REQUEST MATERIALS FOR K. GIDEON (2.0); RESEARCH FOR RULING REQUEST (2.0); REVIEW PRECEDENT RULING SUBMISSIONS (2.0); DISCUSS RESZARCH ON 382 PLRS WITH B. DEVIRGILIO (.5). |
| BRUNSVOLD ML | 11/21/08 | 9.70 | NUMEROUS EMAILS REGARDING SALINAS PURCHASES AND TIMELINE (1.8); REVIEW PRECEDENT RULINGS AND CASES INVOLVING TRADES IN VIOLATION OF AN ORDER OR CHARTER RESTRICTION (3.9); REVIEW OUTLINE OF CASES AND RULINGS REGARDING VIOLATIONS OF TRADING ORDER (1.0); CALL WITH PAUL WEISS (.5); CALL WITH EGY REGARDING STATUS (.5); PREPARE EMAILS TO K. GIDEON WITH BACKGROUND FOR RULINO REQUEST (2.0). |
| BRUNSVOLD ML | 11/22/08 | 5.00 | REVIEW OUTLINE OF RULINGS AND CASES REGARDING SECTION 382 AND TRADING ORDERS AND CHARTER RESTRICTIONS (2.0); REVIEW SECTION TO VOID SALINAS' PURCHASES (3.0). |
| BRUNSVOLD ML | 11/23/08 | 7.50 | DRAFT MOTION FOR SALINAS ORDER TO SHOW CAUSE (4.0); REVIEW DRAFT OF RULING REQUEST (3.0); REVIEW 382 RULES REGARDING HIGHFIELD'S PRESUMPTION (.5). |
| BRUNSVOLD ML | 11/24/08 | 8.70 | CALL WITH D. LEVY, M. ROSEN AND K. GIDEON REGARDING SALINAS STOCK PURCHASES (1.0); REVIEW DRAFT AND REVISE RULING REQUEST (5.7); REVIEW PRECEDENT -2T(G)((5)(I)(B) PLRS (2.0). |

| | | | |
|---|---|---|---|
| BRUNSVOLD ML | 11/25/08 | 6.70 | REVIEW DRAFT AND REVISE RULING REQUEST FOR SALINAS PURCHASES AND 382 ISSUES (4.9); CALL WITH PAUL HEISS, C. DICKERSON AND E&Y REGARDING SALINAS PURCASES (1.0); CALL WITH R. LEDUC REGARDING CREDITORS' COMMITTEE (.3); MISCELLANEOUS STATE TAX EMAILS (.5). |
| BRUNSVOLD ML | 11/26/08 | 6.50 | DRAFT STATUS EMAIL TO J. MCDONALD (.8); MISCELLANEOUS EMAILS AND CALLS REGARDING STATE TAX AND INTERCOMPANY ISSUES (1.2); MEET WITH D. LEVY AND S. DEVIRGILIO REGARDING RULING REQUEST (1.0); FOLLOW-UP DISCUSSIONS WITH B. DEVIRGILIO REGARDING RULING REQUEST (2.0); MISCELLANEOUS EMAILS AND CALLS REGARDING CASE ORGANIZATION (1.5). |
| BRUNSVOLD ML | 11/28/08 | 2.50 | EMAILS REGARDING CAPITAL STRUCTURE AND INTERCOMPANY ISSUES (.5); REVIEW SALINAS STIPULATION AND PROVIDE COMMENTS (2.0). |
| BRUNSVOLD ML | 11/29/08 | 1.30 | REVIEW D. LEVY'S COMMENTS AND PROVIDE CUMULATIVE CUMMENTS TO C. DICKERSON (.9); FOLLOW-UP EMAILS (.4). |
| BRUNSVOLD ML | 11/30/08 | 2.30 | REVIEW AGGREGATION AND SEGREGATION RULES UNDER 382 REGULATIONS (2.0); EMAILS REGARDING SALINAS STIPULATION (.3). |
| | | **112.50** | |
| DEVIRGILIO BJ* | 11/19/08 | 9.90 | CONFERENCE CALL WITH DAVE LEVY, E&Y AND CIRCUIT CITY REGARDING IMPLICATIONS OF THE SALINAS STOCK PURCHASES (0.6). RESEARCHING BANKRUPTCY COURT TRADE ORDERS AND THEIR EFFECT ON AN I.R.C. SECTION 382 ANALYSIS IN REGARDS TO THE UNWIND OF THE SALINAS STOCK PURCHASES OF NOVEMBER 12-14 (4.1). RESEARCHING CHARTER TRANSFER RESTRICTIONS FOR CORPORATIONS AND THEIR EFFECT ON AN I.R.C. SECTION 382 ANALYSIS IN REGARDS TO THE UNWIND OF THE SALINAS STOCK PURCHASES OF NOVEMBER 12-14 (3.4). RESEARCHING CASE LAW REGARDING BANKRUPTCY COURT INJUNCTIONS RESTRICTING THE TRANSFER OF STOCK IN REGARDS TO THE UNWIND OF THE SALINAS STOCK PURCHASES OF NOVEMBER 12-14 (1.8). |

67

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DEVIRGTLIO BJ* | 11/20/08 | 12.40 | RESEARCHING BANKRUPTCY COURT TRADE ORDERS AND THEIR EFFECT ON AN I.R.C. SECTION 382 OWNERSHIP CHANGE ANALYSIS (3.1).  RESEARCHING CHARTER TRANSFER RESTRICTIONS OF CORPORATIONS AND THEIR IMPACT ON AN I.R.C. SECTION 382 OWNERSHIP CHANGE ANALYSIS (2.6).  RESEARCHING CHARTER RESTRICTIONS FOR REITS AND THEIR IMPACT ON UNWINDING PURCHASES AND SALES IN VIOLATION OF THE RESTRICTION (2.8).  PREPARING A CHART OF AUTHORITIES INCLUDING PRIVATE LETTER RULINGS AND COURT CASES REGARDING CHARTER RESTRICTIONS, BANKRUPTCY COURT TRADE ORDERS AND BANKRUPTCY COURT INJUNCTIONS RESTRICTING THE TRANSFER OF STOCK.  THE CHART SUMMARIZED THE RULINGS AND HOLDINGS AS WELL ANY SIGNIFICANT FACTS AND REPRESENTATIONS (3.9). |
| --- | --- | --- | --- |
| DEVIRGILIO BJ* | 11/21/08 | 9.45 | CONFERENCE CALL WITH DAVE LEVY AND E&Y TO DISCUSS THE SECTION 382 IMPLICATIONS OF THE SALINAS PURCHASES OF CIRCUIT CITY STOCK (1.1).  RESEARCHING CHARTER RESTRICTIONS OF REITS IN REGARD TO THE UNWIND OF THE SALINAS STOCK PURCHASES (3.2).  PREPARING A MEMO OF RELATED AUTHORITIES REGARDING THE SALINAS PURCHASES OF STOCK ON NOVEMBER 12-14 (2.75).  DRAFTING OF THE PRIVATE LETTER RULING REGARDING THE UNWIND OF THE SALINAS STOCK PURCHASES (2.4). |
| DEVIRGILIO BJ* | 11/22/08 | 11.70 | DRAFTING A 34 PAGE PRIVATE LETTER RULING REQUEST REGARDING A SECTION 382 OWNERSHIP CHANGE AND THE UNWIND OF THE SALINAS STOCK PURCHASES.  THE RULING REQUEST INCLUDES A DETAILED FACT SECTION, A DETAILED DESCRIPTION OF THE FOUR RULINGS REQUESTED FROM THE INTERNAL REVENUE SERVICE. A LEGAL ANALYSIS OF EACH OF THE FOUR RULINGS REQUESTED AND SUMMARY CONCLUSIONS (11.7). |
| DEVIRGILIO BJ* | 11/23/08 | 7.40 | DRAFTING A 34 PAGE PRIVATE LETTER RULING REQUEST REGARDING A SECTION 382 OWNERSHIP CHANGE AND THE UNWIND OF THE SALINAS STOCK PURCHASES.  THE RULING REQUEST INCLUDES A DETAILED FACT SECTION, A DETAILED DESCRIPTION OF THE FOUR RULINGS REQUESTED FROM THE INTERNAL REVENUE SERVICE, A LEGAL ANALYSIS OF EACH OF THE FOUR RULINGS REQUESTED AND SUMMARY CONCLUSIONS (7.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DEVIRGILIO BJ* | 11/24/08 | 4.80 | DRAFTING A 34 PAGE PRIVATE LETTER RULING REQUEST REGARDING A SECTION 382 OWNERSHIP CHANGE AND THE UNWIND OF THE SALINAS STOCK PURCHASES. THE RULING REQUEST INCLUDES A DETAILED FACT SECTION, A DETAILED DESCRIPTION OF THE FOUR RULINGS REQUESTED FROM THE INTERNAL REVENUE SERVICE, A LEGAL ANALYSIS OF EACH OF THE FOUR RULINGS REQUESTED AND SUMMARY CONCLUSIONS (4.8). |
|---|---|---|---|
| DEVIRGILIO BJ* | 11/25/08 | 8.80 | CONFERENCE CALL WITH DAVE LEVY, E&Y AND LAWYERS REPRESENTING MR. SALINAS FROM PAUL WEISS REGARDING THE IMPLICATIONS AND UNWIND OF THE SALINAS STOCK PURCHASES (1.0). RESEARCHING ARTICLES AND OTHER AUTHORITIES REGARDING I.R.C. SECTION 382 SEGREGATION RULES (2.6). ANALYZING WHICH FORMS AND SCHEDULES FILED WITH THE SEC CAN BE RELIED UPON FOR SECTION 382 OWNERSHIP CHANGE CALCULATION PURPOSES (3.8). DRAFTING THE PRIVATE LETTER RULING REQUEST REGARDING I.R.C. SECTION 382 AND THE UNWIND OF THE SALINAS STOCK PURCHASES (1.4). |
| DEVIRGILIO BJ* | 11/26/08 | 7.05 | REVISING THE 34 PAGE PRIVATE LETTER RULING REGARDING I.R.C. SECTION 382 AND THE UNWIND OF THE SALINAS STOCK PURCHASES INCLUDING REVISING THE RULINGS REQUESTED AND THE LEGAL ANALYSIS SECTIONS (5.85). RESEARCH REGARDING REIT CHARTER RESTRICTIONS RELATED TO THE UNWIND OF THE SALINAS STOCK PURCHASES (1.2). |
| DEVIRGILIO BJ* | 11/30/08 | 3.40 | REVISING THE 34 PAGE PRIVATE LETTER RULING REQUEST REGARDING THE UNWIND OF THE SALINAS STOCK PURCHASES INCLUDING REVISING THE LEGAL ANALYSIS AND FACT SECTIONS SUBSEQUENT TO THE DRAFTING OF THE STIPULATION AND ORDER. |
| | | 74.90 | |
| FISHER CP | 11/19/08 | 4.90 | RESEARCH RE: TAX ATTRIBUTES (4.9). |
| FISHER CP | 11/20/08 | 1.10 | RESEARCH RE: TAX ATTRIBUTES AND EQUITY TRADING (1.1). |
| | | 6.00 | |
| FREDERICKS IS | 11/13/08 | 1.30 | REVIEW E&Y TAX QUESTIONAIRE AND WORK W/ M. BRUMSVOLD RE: SAME (1.3). |
| FREDERICKS IS | 11/14/08 | 1.30 | REVIEW AND REVISE CLAIMS/EQUITY TRADING NOTICES (1.3). |

69

| | | | |
|---|---|---|---|
| FREDERICKS IS | 11/17/08 | 1.60 | REVIEW, REVISE AND FINALIZE CLAIMS/EQUITY TRADING NOTICE, WORK WITH M. BRUNVOLD TO FINALIZE AND WORK WITH KCC ON SERVICE ISSUES (1.6). |
| FREDERICKS IS | 11/18/08 | 5.70 | PARTICIPATE IN CONFERENCE CALL WITH SKADDEN TAX WORKING GROUP, G. GALARDI AND C. DICKERSON RE: EQUITY TRADING ISSUES AND NOL (.7); WORK WITH KCC TO ON SERVICES RELATED TO TRADING ORDER AND NOTICE, INCLUDING SERVICES OF PARTICULAR SHAREHOLDERS AND RESEARCH RELATED THERETO (2.4); CONFER W/ G. GALARDI (.3) AND TELEPHONE FROM G. GALARDI RE: EQUITY TRADING ORDER (.3). |
| FREDERICKS IS | 11/19/08 | 0.60 | CORRESPONDENCE TO ANF FROM COUNSEL TO GOLDMAN SACHS RE: CLAIMS TRADING ORDER AND CORRESPONDENCE TO AND FROM G. GALARDI RE: SAME (.6). |
| FREDERICKS IS | 11/20/08 | 3.40 | REVIEW AND REVISE MOTION TO ENFORCE AUTOMATIC STAY RELATED TO SALINAS STOCK PURCHASES (3.4). |
| FREDERICKS IS | 11/25/08 | 1.40 | REVIEW AND REVISE SUPPLEMENTAL SALES TAX MOTION AND CORRESPONDENCE TO LENDER AND WORKING GROUP RE: SAME (1.4). |
| FREDERICKS IS | 11/26/08 | 2.00 | WORK WITH J. KUMAR REGARDING STIPULATION AND 9019 MOTION RELATED TO SALINAS STOCK PURCHASES AND RESOLUTION THEREOF (.6); REVIEW AND PROVIDE COMMENTS RE: DRAFT STIPULATION (.5); TELEPHONE CALL FROM D. LEVY RE: STIPULATION (.1); REVIEW MULTIPLE CORRESPONDENCE FROM SKADDEN WORKING GROUP RE: SALINAS RESOLUTION AND RELATED ISSUES, E&Y NOL ANALYSIS AND RELATED MATTERS (.8). |
| FREDERICKS IS | 11/28/08 | 1.30 | REVIEW AND REVISE SALINAS STIPULATION RELATING TO EQUITY TRADING POSTPETITION. |
| | | 19.10 | |
| GARTHER M | 11/14/08 | 7.20 | REVIEW AND REVISE DRAFT LETTER TO TAXING AUTHORITIES (.6); RESEARCH VARIOUS STATE TAX LAWS ISSUES AND THEIR RELATIONSHIP TO BANKRUPTCY LAW (4.4); RESEARCH STATE FRANCHISE TAX LAW (2.2). |
| | | 7.20 | |
| GRANT K | 11/14/08 | 0.90 | REVIEWED TAX MATRIX FROM ERNST & YOUNG (.9). |

70

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | 0.90 | |
|---|---|---|---|
| KUMAR JS | 11/26/08 | 3.10 | DRAFTING STIPULATION AND ORDER APPROVING SETTLEMENT AGREEMENT WITH SALINAS (2.3). DRAFTING MOTION APPROVING SETTLEMENT AGREEMENT WITH SALINAS (.8). |
| KUMAR JS | 11/28/08 | 1.70 | CONTINUE DRAFTING AND REVISING STIPULATION, MOTION AND ORDER TO APPROVE SALINAS SETTLEMENT (1.7). |
| KUMAR JS | 11/29/08 | 1.10 | REVISING STIPULATION, MOTION AND ORDER APPROVING SALINAS SETTLEMENT (1.1). |
| | | 5.90 | |
| LAZAROFF KA* | 11/21/08 | 1.00 | DRAFTED SUPPLEMENTAL MOTION TO PAY SALES AND USE TAXES. |
| LAZAROFF KA* | 11/24/08 | 0.80 | DRAFTED SUPPLEMENTAL MOTION TO PAY SALES AND USE TAXES. |
| | | 1.80 | |
| LIBERI JM | 11/19/08 | 6.30 | REVIEW PRECEDENT DOCUMENTS AND CASES RE: CLAIMS TRADING VIOLATIONS (1.4); BEGIN RESEARCH RE: UNWINDING SECURITIES TRANSACTIONS (2.2); BEGIN DRAFTING MOTION RE: VIOLATION OF AUTOMATIC STAY AND UNWINDING OF SECURITIES TRANSACTIONS (2.7). |
| LIBERI JM | 11/20/08 | 6.30 | CONTINUE DRAFTING MOTION RE: VIOLATION OF AUTOMATIC STAY AND UNWINDING SECURITIES TRANSACTIONS (3.4); RESEARCH VOIDABILITY OF ACTIONS TAKEN IN VIOLATION OF STAY IN THE FOURTH CIRCUIT (1.6); RESEARCH UNWINDING OF SECURITIES TRANSACTIONS GENERALLY (1.3). |
| LIBERI JM | 11/23/08 | 0.80 | REVISE MOTION RE: SECURITIES TRADING ISSUES (0.8). |
| | | 13.40 | |
| TREVINO DM | 11/10/08 | 2.10 | REVIEW NOL ORDER, MOTION AND EXHIBITS AND VOLUNTARY PETITION FOR BANKRUPTCY. |
| TREVINO DM | 11/13/08 | 4.30 | RESEARCH VIRGINA STATE SALES TAX HOLIDAY, RESEARCH PRE-FILING AND POST-FILING TAX ISSUES. |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| TREVINO DM | 11/13/08 | 3.20 | RESEARCH BANKRUPTCY TREATMENT OF PRE-PETITION AND POST-PETITION SALES AND USE AND FRANCHISE TAXES. DRAFT E-MAIL CORRESPONDENCE REGARDING SAME. PHONE CONFERENCE WITH CIRCUIT CITY AND ERNST & YOUNG REGARDING OPEN ISSUES AND CLIENT QUESTIONS. |
|---|---|---|---|
| TREVINO DM | 11/15/08 | 0.70 | DRAFT E-MAIL CORRESPONDENCE REGARDING PRE-PETITION AND POST-PETITION SALES AND USE TAX PAYMENTS. |
| TREVINO DM | 11/17/08 | 5.20 | PHONE CONFERENCE WITH CLIENT, MCGUIRE WOODS AND ERNST & YOUNG REGARDING STATE SALES AND USE TAX ISSUES. PREPARE SUMMARY OF SAME. REVIEW DRAFT OF ERNST & YOUNG PRELIMINARY TAX ISSUES LIST. |
| TREVINO DM | 11/18/08 | 2.50 | PHONE CONFERENCE WITH CIRCUIT CITY, MCGUIRE WOODS AND ERNST & YOUNG REGARDING STATE AND LOCAL TAX ISSUES. |
| TREVINO DM | 11/19/08 | 1.50 | PHONE CONFERENCE WITH CIRCUIT CITY, MCGUIRE WOODS AND ERNST & YOUNG REGARDING STATE AND LOCAL TAX ISSUES. |
| TREVINO DM | 11/20/08 | 3.20 | PREPARE SUMMARY TABLE OF SALINAS STOCK PURCHASES. PREPARE SUMMARY OF SALES AND USE TAX CALLS. |
| TREVINO DM | 11/22/08 | 2.50 | REVIEW AND COMMENT ON TAX ISSUES SUMMARY PROVIDED BY ERNST & YOUNG. DRAFTED E-MAIL CORRESPONDENCE REGARDING SAME. |

|  |  | 15.20 |  |
|---|---|---|---|
| Total Associate/Law Clerk |  | 366.90 |  |
| **MATTER TOTAL** |  | **342.80** |  |

* Law clerks are law school graduates who are not presently admitted
to practice.

72

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                Bill Date: 12/08/08
U.S. Trustee Matters                                           Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 11/10/08 | 1.30 | PRE FIRST DAY MEETING WITH UST (.9); INITIAL DEBTOR INTERVIEW WITH UST (.4). |
| | | 1.30 | |
| Total Partner | | 1.30 | |
| MATTER TOTAL | | 1.30 | |

73

502

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                          Bill Date: 12/08/08
Utilities                                                Bill Number: 1241519

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI CM | 11/11/08 | 0.90 | WORK ON ISSUES RE: BLOCKED ACCOUNT AND UTILITY REQUESTSFOR ADEQUATE ASSURANCE. |
| GALARDI GM | 11/12/08 | 0.70 | FOLLOW-UP WITH R. JOHNSON RE: CLIENTS AND DEPOSITS (.3); FOLLOW-UP RE: RESERVES AND OTHER UTILITY REQUESTS (.4). |
| GALARDI CM | 11/13/08 | 0.60 | FOLLOW-UP RE: UTILITY REQUESTS AND ISSUES. |
| GALARDI GM | 11/14/08 | 0.20 | SEND AND RESPOND TO EMAILS WITH R. JOHNSON (.2). |
| GALARDI GM | 11/17/08 | 0.20 | REVIEW UTILITY REQUESTS (.2). |
| GALARDI CM | 11/20/08 | 0.20 | FOLLOW-UP RE: BLOCKED ACCOUNT ISSUES (.2). |
| GALARDI CM | 11/26/08 | 0.20 | FOLLOW-UP RE: ENTERGY (.2). |
| | | 3.00 | |
| Total Partner | | 3.00 | |
| BAKER SY | 11/14/08 | 1.80 | DRAFT NOTICE OF AMENDED UTILITIES EXHBIT A (.3); REVIEW CORRESPONDENCE REGARDING PACIFIC GAS AND ELECTRIC COMPANY'S DEMAND FOR ADDITIONAL ASSURANCE OF PAYMENT (.3); REVIEW CORRESPONDENCE REGARDING ENTERGY ARKANSAS INC.'S DEMAND FOR ADDITIONAL ASSURANCE OF PAYMENT (.3); REVISE UTILITIES REPORT REGARDING ADDITIONAL ASSURANCE OF PAYMENT REQUESTS (.9). |
| BAKER SK | 11/19/08 | 1.70 | REVIEW CORRESPONDENCE REGARDING DUKE ENERGY SETTLEMENT DISCUSSIONS (.2); REVIEW CORRESPONDENCE REGARDING GEORGIA POWER COMPANY'S REQUEST FOR ADDITIONAL ADEQUATE ASSURANCE (.2); REVIEW CORRESPONDENCE REGARDING DUQUESNE LIGHT COMPANY'S REQUEST FOR ADDITIONAL ADEQUATE ASSURANCE (.2); REVISE UTILITY REPORT REGARDING UTILITY PROVIDERS REQUESTING ADDITIONAL ADEQUATE ASSURANCE (1.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER SK | 11/20/08 | 9.60 | RESEARCH REGARDING EFFECT OF COMMINGLED PROCEEDS FROM SALE OF CONSIGNMENT GOODS UNDER THE UNIFORM COMMERCIAL CODES (1.9); REVIEW VARIOUS ADEQUATE ASSURANCE DEMAND (4.5); REVISE REPORT OF UTILITIES SEEKING ADDITIONAL ADEQUATE ASSURANCE OF PAYMENT AND STATUS OF NEGOTIATIONS TO SETTLE ADDITIONAL ADEQUATE ASSURANCE REQUESTS (3.2). |
| --- | --- | --- | --- |
| BAKER SK | 11/21/08 | 9.00 | TELECONFERENCE WITH VARIOUS UTILITY REPRESENTATIVES (2.8); DRAFT MOTION FOR DETERMINATION HEARING REGARDING ENERGY'S REQUEST FOR ADDITIONAL ADEQUATE ASSURANCE (6.2). |
| BAKER SK | 11/24/08 | 10.80 | REVIEW VARIOUS CORRESPONDENCE REGARDING REQUEST FOR ADDITIONAL ADEQUATE ASSURANCE (4.1); DRAFT STIPULATION REGARDING SETTLEMENT OF ADDITIONAL ADEQUATE ASSURANCE REQUESTS (4.3); REVISE REPORT OF UTILITY COMPANIES SEEKING ADDITIONAL ADEQUATE ASSURANCE (2.5). |
| BAKER SK | 11/25/08 | 3.50 | REVIEW VARIOUS REQUESTS FOR ADDITIONAL  ADEQUATE ASSURANCE (1.4); REVISE REPORT OF ADEQUATE ASSURANCE REQUEST (2.1). |
| BAKER SK | 11/25/08 | 2.70 | REVISE REPORT OF ADEQUATE ASSURANCE REQUESTS. |
| BAKER SK | 11/25/08 | 1.00 | REVISE REPORT OF ADEQUATE ASSURANCE REQUEST. |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER SK | 11/26/08 | 1.80 | DRAFT STIPULATION REGARDING SETTLEMENT OF TUCSON ELECTRIC POWER COMPANY'S ADDITIONAL ADEQUATE ASSURANCE REQUEST (.2) ; DRAFT STIPULATION REGARDING SETTLEMENT OF NIPSCO'S ADDITIONAL ADEQUATE ASSURANCE REQUEST (.2) ; TELEPHONE CONFERENCE WITH COUNSEL FOR SOUTH LOUISIANA ELECTRIC COOPERATIVE REGARDING CLAIM FOR ADDITIONAL ADEQUATE ASSURANCE (.1) ; TELECONFERENCE WITH COUNSEL FOR TUCSON ELECTRIC POWER COMPANY REGARDING LANGUAGE OF STIPULATION (.1) ; TELEPHONE CONFERENCE WITH REPRESENTATIVE FROM CITY OF MESA REGARDING ADEQUATE ASSURANCE REQUEST (.1) ; REVIEW NIPSCO'S ACCEPTANCE OF ADEQUATE ASSURANCE COMPROMISE (.1) ; REVISE REPORT OF ADDITIONAL ADEQUATE ASSURANCE REQUESTS TO REFLECT NIPSCO SETTLEMENT (.2) ; TELEPHONE CONFERENCE WITH P. MARY REGARDING DATE OF FILING PETITION AND TREATMENT OF UTILITIES (.1) ; CONFERENCE CALL WITH CIRCUIT CITY TEAM REGARDING UPCOMING HEARING AND NEW ASSIGNMENTS (.7). |
| BAKER SK | 11/26/08 | 2.00 | REVIEW AND ANALYZE SOUTH CAROLINA ELECTRIC GAS AND COMPANY'S REQUEST FOR ADDITIONAL ADEQUATE ASSURANCE (.2) ; REVISE REPORT OF ADDITIONAL ASSURANCE REQUEST TO REFLECT SOUTH CAROLINA GAS AND ELECTRIC ACCOUNTS (.2) ; REVIEW AND ANALYZE PUBLIC SERVICE COMPANY OF NORTH CAROLINA'S REQUEST FOR ADDITIONAL ADEQUATE ASSURANCE (.2) ; REVISE REPORT OF ADDITIONAL ADEQUATE ASSURANCE REQUESTS TO REFLECT PUBLIC SERVICE COMPANY OF NORTH CAROLINA ACCOUNTS (.2) ; REVIEW AND ANALYZE AT&T'S REQUEST FOR ADDITIONAL ADEQUATE ASSURANCE (.4) ; REVISE REQUEST OF ADDITIONAL ADEQUATE ASSURANCE REQUESTS TO REFLECT AT&T'S REQUEST FOR ASSURANCE FOR SPECIFIC ACCOUNTS INTENDED (.3); TELEPHONE CONFERENCE WITH COUNSEL FOR PUBLIC SERVICE COMPANY OF NORTH CAROLINA REGARDING ADEQUATE ASSURANCE REQUEST (.1) ; REVIEW MISHAWAKA UTILITIES REQUESTS FOR ADDITIONAL ADEQUATE ASSURANCE (.1 ) ; REVISE REPORT OF ADDITIONAL ASSURANCE REQUESTS TO REFLECT MISHAWAKA UTILITIES ACCOUNTS (.1) ; REVIEW GULF POWER COMPANY'S ADDITIONAL ADEQUATE ASSURANCE REQUEST (.1). |

43.90

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FREDERICKS JS | 11/24/08 | 2.70 | REVIEW AND REVISE ESCROW AGREEMENT FROM BANK OF AMERICA AND CORRESPONDENCE TO AND FROM K&E RE: SAME (2.7). |
|---|---|---|---|
| FREDERICKS JS | 11/24/08 | 2.70 | REVIEW AND REVISE PROPOSED UTILITY ESCROW AGREEMENT AND MULTIPLE CORRESPONDENCE TO AND FROM K&E RE: SAME (2.7). |
| FREDERICKS JS | 11/26/08 | 1.00 | REVIEW PROPOSAL FROM R. JOHNSON (COUNSEL TO VARIOUS LANDLORDS) RE: RESOLUTION OF ADEQUATE ASSURANCE OF PAYMENT REQUESTS AND DISCUSSION WITH G. GALARDI RE: SAME (.4); CORRESPONDENCE TO AND FROM AND TELEPHONE FROM COUNSEL TO ENTERGY RE: RESOLUTION OF ADEQUATE ASSURANCE OF PAYMENT REQUESTS (.6). |
| | | 6.40 | |
| KUMAR JS | 11/13/08 | 1.30 | DRAFTING INTERROGATORIES FOR UTILITIES EXCLUDED FROM UTILITIES FIRST DAY ORDER (1.3). |
| | | 1.30 | |
| Total Associate | | 51.60 | |
| MATTER TOTAL | | 54.60 | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 12/08/08 |
|---|---|---|---|
| Vendor Matters | | | Bill Number: 1241519 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 11/13/08 | 0.50 | MULTIPLE CALLS FROM VENDOR COUNSEL RE CASE FILING. |
| DICKERSON CL | 11/18/08 | 1.40 | ATTENTION TO ISSUES RE VENDORS RAISED BY CLIENT (1.2); DISCUSSIONS RE SAME (.2). |
| DICKERSON CL | 11/19/08 | 2.80 | MULTIPLE CALLS WITH CLIENT AND OTHER PROFESSIONALS RE VENDOR ISSUES (1.6); REVIEW DOCUMENTS/PLEADINGS RE SAME (1.2). |
| DICKERSON CL | 11/25/08 | 0.90 | REVIEW PANASONIC 9019 MOTION (.7); DISCUSSIONS RE SAME (.2). |
| DICKERSON CL | 11/26/08 | 0.70 | ATTENTION TO ISSUES RE PLUMCHOICE (.6); DISCUSSIONS RE SAME (.1). |
| | | 6.30 | |
| GALARDI GM | 11/11/08 | 3.30 | CALL WITH HP COUNSEL (.3); CALLS WITH 4 LARGEST VENDORS (.5); CALLS/MEETINGS WITH SAMSUNG RE: VARIOUS MATTERS (.9); WORK ON POTENTIAL VENDOR AGREEMENTS AND CRITICAL VENDOR MATTERS WITH COMPANY (1.2); CALL AND EMAIL WITH COUNSEL TO FOX (.4). |
| GALARDI GM | 11/12/08 | 4.50 | CALLS AND EMAILS WITH HP (.6); CALLSEMAILS AND MEETING WITH SAMSUNG COUNSEL (1.9); CONTINUE WORKING ON PANASONIC CONSIGMENT MATTERS (.7); FOLLOW-UP RE: MICROSOFT CONSIGNMENT AND TERMS ISSUES (.2); REVIEW AND RESPOND TO EMAIL RE: MDF (.3); REVIEW CORRESPONDENCE FROM ACTIVE AND COMMENT ON SAME TO CLIENT (.6). |
| GALARDI GM | 11/13/08 | 3.80 | CALL WITH APPLE COUNSEL (.6); EMAIL TO B. BESANKO RE: SAME (.2); CALL WITH MICROSOFT LAWYER (.4); FOLLOW-UP RE: PANASONIC AGREEMENT AND ISSUES (1.2); CALLS AND EMAILS WITH HP COUNSEL (.3); DEVELOP STRATEGY FOR VENDOR PAYMENTS AND ISSUES ON CASH FLOW AND BORROWING BASE (1.1). |
| GALARDI GM | 11/14/08 | 2.80 | REVIEW, COMMENT AND FINALIZE AGREEMENT WITH HP (.7); REVIEW AND COMMENT ON ARRANGEMENT WITH PANASONIC (.9); CALLS AND EMAILS WITH COUNSEL TO SAMSUNG (.4); CALLS AND EMAILS WITH SONY COUNSEL (.2); WORK ON GENERAL VENDOR STRATEGY AND PRESENTATION FOR TERMS (.6). |

76

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GALARDI GM | 11/16/08 | 1.30 | REVIEW AGREEMENT WITH PANASONIC (.4); CALL WITH SAMSUNG RE: NUMER OF ISSUES AND TERMS (.9). |
|---|---|---|---|
| GALARDI GM | 11/17/08 | 3.80 | WORK ON VENDOR TERM ISSUES WITH PTI AND COMPANY (1.3); WORK ON VENDOR ISSUES WITH PANASONIC (1.1); WORK ON VENDOR TERMS WITH SAMSUNG(.7); WORK ON VENDOR TERM ISSUES WITH HP (.6); CALL WITH COMPANY RE: MISCELLANEOUS VENDOR PAYMENT ISSUES (.4). |
| GALARDI GM | 11/18/08 | 1.50 | CALL RE: SAMSUNG TERMS (.4); CONTINUE WORK ON PANASONIC (.9); CALL RE: LG (.2). |
| GALARDI GM | 11/19/08 | 3.40 | WORK ON VENDOR MODEL WITH PTI AND COMPANY (1.1); NEGOTIATIONS, EMAILS AND CALLS WITH SAMSUNG, HO AND OTHER VENDORS (2.3). |
| GALARDI GM | 11/20/08 | 2.60 | COPNTINUE WORKING ON VENDOR ISSUES (1.2); REVIEW AND FOLLOW-UP RE: APPLE ISSUES AND PAYMENTS (.4); REVIEW AND COMMENT ON MEDIA BUYING CONTRACT/AMENDMENT (.6); EMAILS RE: SONY (.4). |
| GALARDI GM | 11/21/08 | 1.20 | CALLS AND EMAILS RE: PANASONIC (.3); CALL WITH IBM (.4); CALL WITH COMPANY RE: CHASE ISSUES (.5). |
| GALARDI GM | 11/24/08 | 0.40 | EMAILS RE: VENDOR ARRANGEMENTS (.4). |
| GALARDI GM | 11/25/08 | 1.30 | CALL WITH R. FEINSTEIN RE: NUMEROUS VENDOR AND OTHER ISSUES (1.1); REVIEW AND RESPOND TO FOLLOW-UP EMAILS (.2). |
| GALARDI GM | 11/25/08 | 1.10 | CALLS AND EMAILS WITH HP RE: PROPOSAL FOR CREDIT TERMS (.6); FOLLOW-UP RE: PANASONIC AND COMMITTEE POSITION (.3); CALL WITH BANK RE: VENDOR TERMS (.2). |
| GALARDI GM | 11/26/08 | 1.10 | CALLS AND EMAILS WITH HP (.4); CALL WITH COMPANY RE: VENDOR STRATEGY AND PLAN (.7). |
| GALARDI GM | 11/28/08 | 0.20 | EMAIL EXCHANGES WITH HP COUNSEL (.2). |
| | | 32.10 | |
| **Total Partner** | | **38.40** | |
| BAKER SK | 11/10/08 | 0.10 | REVIEW IBM NOTICE OF TERMINATION OF MASTER SERVICE AGREEMENT. |
| BAKER SK | 11/10/08 | 0.90 | REVIEW IBM MASTER SERVICES AGREEMENT. |

79

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER SK | 11/12/08 | 3.70 | RESEARCH CONTRACTUAL INTERFERECE UNDER NEW YORK LAW AND DRAFT MEMORANDUM. |
| BAKER SK | 11/13/08 | 3.50 | RESEARCH REGARDING WHETHER A PARTY IN BREACH OF A CONTRACT CAN LATER BRING TORTIOUS INTERFERENCE CLAIMS AGAINST NON-BREACHING PARTY. |
| BAKER SK | 11/14/08 | 5.00 | RESEARCH ANTICIPATORY REPUDIATION UNDER NY LAW (2.5); DRAFT MEMORANDUM REGARDING ANTICIPATORY REPUDIATION UNDER NY LAW (1.5); REVIEW CORRESPONDENCE REGARDING CODY KRAMER DEMAND FOR PAYMENT (1.0). |
| BAKER SK | 11/25/08 | 0.90 | REVIEW SHOPPING.COM MOTION FOR ADEQUATE ASSURANCE REGARDING MERCHANT SERVICES AGREEMENT (.5); REVIEW MOTION OF SHOPPING.COM TO FILE DOCUMENTS UNDER SEAL (.4). |
| BAKER SK | 11/26/08 | 3.40 | RESEARCH REGARDING 9019 MOTIONS AND STANDARD TO BE APPLIED (2.3) ; REVIEW RESEARCH REGARDING 9019 MOTIONS AND STANDARD TO BE APPLIED (1.1). |
| BAKER SK | 11/28/08 | 6.10 | DRAFT 9019 MOTION REGARDING SETTLEMENT WITH VERIZON (5.2) ; DRAFT ORDER FOR 9019 MOTION REGARDING SETTLEMENT WITH VERIZON (.9). |
| | | 23.60 | |
| FREDERICKS IS | 11/11/08 | 7.60 | WORK WITH THE COMPANY TO RESOLVE VARIOUS VENDOR MATTERS, INCLUDING CONFERENCES WITH D. RAMSEY, T. BEHNKE AND B. CASHMAN AND VARIOUS TELEPHONE CALLS TO AND FROM VARIOUS VENDORS AND COUNSEL TO VARIOUS VENDORS (7.6). |
| FREDERICKS IS | 11/12/08 | 1.70 | TELECONFERENCE WITH D. RAMSEY RE: VARIOUS VENDOR MATTERS AND PREPARATION FOR AMEX AND GARMIN CALLS (1.7). |
| FREDERICKS IS | 11/12/08 | 1.50 | PREPARE FOR AMEX CALL, INCLUDING REVIEWING RELEVANT AGREEMENTS (.6); TELECONFERENCE WTH AMEX AND D. RAMSEY RE: RESOLUTION OF OPEN ISSUES (.9). |
| FREDERICKS IS | 11/12/08 | 1.40 | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH GARMIN (1.4). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 11/12/08 | 3.10 | REVIEW CONTRACT WITH ACTIVE AND PREPARE FOR CONFERENCE CALL WITH SAME (.8); PARTICIPATE IN CONFERENCE CALL WITH ACTIVE (.7); COORDINATE RESEARCH OF ISSUES RELATED TO ACTIVE WITH S. BAKER (.2); REVIEW RESULTS OF RESEARCH AND PROVIDE FOLLOW-UP ISSUES TO BE RESEARCHED (1.4). |
| FREDERICKS IS | 11/13/08 | 4.90 | PARTICIPATE IN CONFERENCE CALL WITH VARIOUS COMPANY REPRESENTATIVES RE: FIRST DAY ORDERS AND SCOPE OF RELIEF OBTAINED (1.3); PARTICIPATE IN VARIOUS CONFERENCE CALLS WITH VARIOUS VENDORS AND D. RAMSEY TO ADDRESS POST-BANKRUPTCY CONCERNS (3.6); . |
| FREDERICKS IS | 11/13/08 | 7.40 | REVIEW VARIOUS VENDOR EMAILS RELATING TO POST-FILING ISSUES; REVIEW RELEVANT CONTRACTS AND RELATED DOCUMENTS; WHERE APPROPRIATE RESPOND TO NUMEROUS VENDOR EMAILS AND/OR CORRESPONDENCE TO THE COMPANY RE: SAME (7.4). |
| FREDERICKS IS | 11/14/08 | 7.30 | PARTICIPATE IN NUMEROUS CONFERENCE CALLS WITH D. RAMSEY AND NUMEROUS VENDORS; REVIEW VENDOR CONTRACTS AND OTHER MATERIALS TO PREPARE FOR VENDOR CALLS; PARTICIPATE IN FOLLOW-UP AND PRE CALLS WITH D. RAMSEY RE: SAME (7.3). |
| FREDERICKS IS | 11/17/08 | 5.50 | PARTICPATE IN MULTIPLE TELECONFERENCES WITH VARIOUS VENDOR; PARTICIPATE IN PRE-CALLS WITH D. RAMSEY; REVIEW CONTRACTS AND RELATED DOCUMENTS TO PREPARE FOR CALLS (5.5). |
| FREDERICKS IS | 11/19/08 | 5.80 | PARTICIPATE IN MULTIPLE TELECONFERENCES WITH D. RAMSEY AND T. BENHKE CONCERNING VENDOR MATTERS (1.4); PREPARE FOR, REVIEW CONTRACT AND PARTICIPATE IN TELECONFERENCE WITH ASSURANT RE: ISSUES RELATED TO CONTRACT AND POSTPETITION PERFORMANCE (1.7); PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH TELETEK RE: CONTRACT AND POSTPETITION PERFORMANCE, PROPOSED SETTLEMENT OF SAME AND RELATED ISSUES (1.9); REVIEW AND RESPOND TO MULTIPLE CORRESPONDENCE TO AND FROM COUNSEL TO VARIOUS VENDORS (.8). |
| FREDERICKS IS | 11/19/08 | 3.20 | PARTICIPATE IN AND PREPARE FOR VARIOUS VENDOR CALLS, INCLUDING PRE-CALLS WITH D. RAMSEY (3.2). |

81

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FREDERICKS IS | 11/20/08 | 3.60 | COORDINATE RESEARCH RE: CONSIGNMENT ISSUES; REVIEW RESULTS OF RESEARCH AND COORDINATE FOLLOW-UP RESEARCH; PARTICIPATE IN CONFERENCE CALLS WITH G. GALARDI RE: CONSIGNMENT VENDORS AND RELATED ISSUES (3.6). |
|---|---|---|---|
| FREDERICKS IS | 11/21/08 | 2.80 | PARTICIPATE IN VARIOUS CONFERENCE CALLS WITH VENDORS AND D. RAMSEY; MULTIPLE CORRESPONDENCE TO AND FROM D. RAMSEY RE: VENDOR ISSUES; AND REVIEW RELEVANT DOCUMENTS TO ADDRESS VENDOR ISSUES (2.8). |
| FREDERICKS IS | 11/24/08 | 2.70 | REVIEW AND RESPOND TO VARIOUS VENDOR INQUIRY EMAILS (2.7);. |
| FREDERICKS IS | 11/25/08 | 3.90 | TELEPHONE CALL WITH D. RAMSEY RE: VARIOUS VENDOR ISSUES (1.4); REVIEW PROPOSED AGREEMENT WITH PLUMCHOICE AND DRAFT COMPREHENSIVE EMAIL TO D. RAMSEY RE: SAME (.9); REVIEW AND REVISE PANASONIC SETTLEMENT ORDER AND WORK WITH D. HILLMAN AND D. REIMER RE: SAME (1.6). |
| FREDERICKS IS | 11/26/08 | 2.70 | MULTIPLE CALLS FROM D. RAMSEY RE: VARIOUS VENDOR MATTERS (1.7); CONFERENCE CALL WITH D. RAMSEY AND COUNSEL TO NAVARE RE: RESOLUTION OF CONSIGNMENT MATTERS AND OTHER MERCHANDISE PURCHASING MATTERS (.6); CONFERENCE CALL WITH COUNSEL TO ASSURANT AND G. GALARDI RE: RESOLUTION OF POST-PETITION MATTERS (.4). |
| FREDERICKS IS | 11/26/08 | 1.40 | REVIEW, REVISE AND FINALIZE PANASONIC 9019 MOTION, INCLUDING CORRESPONDANCE TO AND FROM AND TELEPHONE CALL FROM C. DICKERSON AND J. KUMAR RE: SAME (1.4). |
|  |  | 66.50 |  |
| GRANT K | 11/20/08 | 0.70 | REVIEWED MOTION FOR APPROVAL OF PANASONIC SETTLEMENT. (.7). |
|  |  | 0.70 |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KUMAR JS | 11/11/08 | 4.80 | CONTINUE DRAFTING MOTION AND ORDER TO EXTEND REMOVAL PERIOD (.4). REVIEWING LOCAL RULES (1.1). CALL WITH SKADDEN WORKING GROUP RE NEXT STEPS (.4). PREPARING SPREADSHEET TO TRACK VENDOR ISSUES (.9). REVIEWING VENDOR CONTRACT FOR ISSUES RE POSTPETITION PAYMENTS FOR ADVERTISEMENTS (.6). REVIEWING SUMMARIES OF FIRST DAY MOTIONS TO BE PROVIDED TO COMPANY (.6). DRAFTING LETTER TO BE PROVIDED TO COUNSEL RE TREATMENT OF PREPETITION SETTLEMENT AGREEMENTS (.8). |
| --- | --- | --- | --- |
| KUMAR JS | 11/12/08 | 0.90 | CALL WITH COMPANY AND VENDOR ACTIVE INTERNATIONAL RE PAYMENT OF POSTPETITION CLAIMS (.5). DISCUSSION WITH COMPANY RE HANDLING OF VENDOR (.4). |
| KUMAR JS | 11/14/08 | 1.70 | REVIEWING VENDOR CONTRACT RE SETOFF ISSUES (1.1). DRAFTING EMAIL TO I. FREDERICKS RE RESULTS OF CONTRACT REVIEW (.6). |
| KUMAR JS | 11/17/08 | 5.80 | DRAFTING MOTION TO APPROVE SETTLEMENT AGREEMENT WITH PANASONIC (3.6). RESEARCHING ISSUES RE SETOFF OF SELL-THOUGH AND OTHER CREDITS IN VENDOR CONTRACT (2.2). |
| KUMAR JS | 11/18/08 | 0.90 | REVISING MOTION AND ORDER TO APPROVE SETTLEMENT AGREEMENT WITH PANASONIC (.7). COMPILING SPREADSHEET OF VENDOR ISSUES (.2). |
| KUMAR JS | 11/19/08 | 2.30 | REVIEWING VENDOR CONTRACTS RE: DIVISIBILITY/SEVERABILITY. (.7). LEGAL RESEARCH RE: DIVISIBILITY/SEVERABILITY OF CONTRACTS (1.6). |
| KUMAR JS | 11/20/08 | 3.70 | RESEARCH RE: CONSIGNMENT INTEREST IN PROCEEDS (1.4). DRAFTING MOTION AND ORDER TO SHORTEN NOTICE PERIOD FOR MOTION APPROVING PANASONIC SETTLEMENT (1.4). REVISING MOTION AND ORDER TO APPROVE PANASONIC SETTLEMENT (.9). |
| KUMAR JS | 11/21/08 | 0.80 | REVISION MOTION TO APPROVE PANASONIC SETTLEMENT (.8). |

83

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KUMAR JS | 11/25/08 | 6.10 | MAKING REVISIONS TO ORDER APPROVING SETTLEMENT AGREEMENT WITH PANASONIC (1.9). RESPONDING TO CALLS AND EMAILS CONCERNING QUESTIONS FROM VARIOUS VENDORS (1.6). REVIEWING AGREEMENTS WITH IBM AND LEGAL RESEARCH RE: SEVERABILITY OF AGREEMENTS (2.7). REVISING LETTER TO VERIZON RE: SETTLEMENT OF CLAIMS AND TERMINATION OF AGREEMENT (.9). |
|---|---|---|---|
| KUMAR JS | 11/26/08 | 0.60 | REVISIONS TO MOTION TO APPROVE PANASONIC SETTLEMENT (.6). |
| KUMAR JS | 11/28/08 | 1.10 | OBTAINING AND REVIEWING AGREEMENT WITH CHASE RE: RESERVE AND REPORTING REQUIREMENTS. |
| KUMAR JS | 11/30/08 | 3.10 | DRAFTING MOTION AND ORDER APPROVING CHASE SETTLEMENT (3.1). |
|  |  | 31.80 |  |

Total Associate    122.60

MATTER TOTAL    161.00

CLIENT TOTAL    1,514.90

84

**DECEMBER 1, 2008 - DECEMBER 31, 2008**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 01/13/09
General Corporate Advice                                           Bill Number: 1246913

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 12/04/08 | 1.80 | PREPARE FOR AND ATTEND BOARD CALL (1.8). |
| GALARDI GM | 12/10/08 | 0.60 | NOMINATING COMMITTEE CALL RE: 409A ISSUES (.6). |
| | | 2.40 | |
| Total Partner | | 2.40 | |
| FREDERICKS IS | 12/16/08 | 0.40 | REVIEW ACCOUNTING QUESTIONS FROM THE COMPANY AND CORRESPONDENCE TO THE COMPANY RE: SAME (.4). |
| | | 0.40 | |
| Total Associate | | 0.40 | |
| TOTAL TIME | | 2.80 | |

B43X

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)
Asset Analysis and Recovery

Bill Date: 01/13/09
Bill Number: 1246913

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 12/01/08 | 2.10 | CONTINUED ATTENTION TO ISSUES RE CANADIAN ASSETS (1.4); MULTIPLE DISCUSSIONS WITH OSLER AND OTHER PROFESSIONALS RE SAME (.7). |
| DICKERSON CL | 12/02/08 | 1.60 | CONTINUED ATTENTION TO ISSUES RE CANADIAN ASSETS (1.1); MULTIPLE DISCUSSIONS WITH OSLER AND OTHER PROFESSIONALS RE SAME (.5). |
| DICKERSON CL | 12/03/08 | 2.30 | REVIEW REVISED CANADIAN PROCEEDINGS DOCUMENTS INCLUDING MONITOR REPORT AND RELATED ORDERS AND EXHIBITS (1.8); DISCUSSIONS WITH OSLER RE SAME (.5). |
| DICKERSON CL | 12/04/08 | 2.20 | CONTINUED ATTENTION TO ISSUES RE CANADIAN SUB SALE PROCESS (1.4); MULTIPLE DISCUSSIONS RE SAME (.8). |
| DICKERSON CL | 12/17/08 | 0.50 | CONTINUED ATTENTION TO ISSUES RE CANADIAN SALE PROCESS (.3); DISCUSSIONS RE SAME (.2). |
| DICKERSON CL | 12/18/08 | 0.90 | ATTENTION TO INTERTAN ISSUES RE DIP AMENDMENT, MONITOR AND INITIAL ORDER (.6); DISCUSSIONS WITH OSLER RE SAME (.3). |
| DICKERSON CL | 12/20/08 | 0.70 | CONTINUED ATTENTION TO INTERTAN ISSUES RE DIP AMENDMENT, MONITOR AND INITIAL ORDER (.5); DISCUSSIONS WITH OSLER RE SAME (.2). |
| DICKERSON CL | 12/22/08 | 2.70 | CONTINUED ATTENTION TO INTERTAN ISSUES RE DIP AMENDMENT, MONITOR AND INITIAL ORDER (.8); DISCUSSIONS WITH OSLER RE SAME (1.9). |
| DICKERSON CL | 12/23/08 | 2.50 | CONTINUED ATTENTION TO INTERTAN ISSUES RE DIP AMENDMENT, MONITOR AND INITIAL ORDER (.4); DISCUSSIONS WITH OSLER RE SAME (2.1). |
| | | 15.50 | |
| GALARDI GM | 12/01/08 | 0.60 | CALL RE: LIQUIDATION ANALYSIS. |
| GALARDI GM | 12/12/08 | 1.20 | CALLS RE: CANADIAN SALE ISSUES (1.2). |
| GALARDI GM | 12/23/08 | 4.20 | WORK ON ISSUES RE: CANADIAN COURT AND DIP (2.7); CALL WITH MORITOR AND COUNSEL (.9); FOLLOW-UP RE: AMENDMENT AND MODIFICATIONS TO ORDER (.6). |
| GALARDI GM | 12/24/08 | 0.40 | FOLLOW-UP CALL WITH CANADIAN COUNSEL RE: DIP AND CCAA HEARING (.4). |
| GALARDI GM | 12/29/08 | 0.40 | WORK ON ISSUES RE: MONITOR MEETING WITH CANADIAN COUNSEL (.4). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|               | 6.80  |
|---------------|-------|
| Total Partner | 22.30 |
| TOTAL TIME    | 22.30 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 01/13/09
Asset Dispositions (General)                                       Bill Number: 1246913

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 12/03/08 | 0.70 | ATTENTION TO ISSUES RE LIQUIDATION OF GOOB STORES (.5); DISCUSSIONS RE SAME (.2). |
| | | 0.70 | |
| GALARDI GM | 12/07/08 | 0.20 | REVIEW ROTHSCHILD UPDATE (.2). |
| GALARDI GM | 12/11/08 | 0.90 | WORK ON ISSUES RE: DISCLOUSURE OF BIDDERS (.3); FOLLOW-UP RE: SALE PROCESS (.6). |
| GALARDI GM | 12/14/08 | 0.10 | CALL WITH COMMITTEE COUNSEL RE: SALE PROCESS (.1). |
| GALARDI GM | 12/17/08 | 1.70 | STATUS CALL WITH COMPANY RE: SALE PROCESS (.6); DRAFT TERM SHEET FOR PALN/SALE/FINANCING (.6); NEGOTIATE TIMING OF SALE HEARING WITH COMMITTEE (.3). |
| GALARDI GM | 12/18/08 | 2.20 | EXTENDED CALL WITH COMPANY AND PURCHASER RE: SALE TIMELINE AND PROCESS (1.3); EMAILS WITH COMMITTEE RE: SALE SCHEDULE (.3); WORK ON ISSUES WITH COMPANY AND ADVISERS RE: SALE PROCESS (.6). |
| GALARDI GM | 12/19/08 | 0.20 | REVIEW AND RESPOND TO EMAILS RE: ASSET DISPOSITION PROCESS AND JEFFRIES INVOLVEMENT (.2). |
| GALARDI GM | 12/20/08 | 0.30 | EMAILS WITH COMPNAY AND COMMITTEE RE: SALE PROCESS TIMELINE (.3). |
| GALARDI GM | 12/23/08 | 0.70 | CALLS AND EMAILS WITH ROTSRCILD AND BIDDERS FINANCIAL ADVISERS AND COUNSEL (.7). |
| GALARDI GM | 12/29/08 | 0.90 | EMAILS RE: AIRPLANE SALE (.2); FOLLOW-UP RE: SALE PROCESS, TIMING AND FORM APA (.7). |
| GALARDI GM | 12/31/08 | 0.30 | FOLLOW-UP WITH ROTSCHILD RE: SALE PROCESS STATUS (.3). |
| | | 7.50 | |
| Total Partner | | 8.20 | |
| FREDERICKS IS | 12/27/08 | 6.70 | REVIEW AND REVISE SALE MOTION, ORDER AND PROCEDURES (6.4) AND CORRESPONDENCE TO G. GALARDI RE: SAME (.3). |
| FREDERICKS IS | 12/28/08 | 5.10 | REVISE SALE PROCEDURES MOTION TO MAKE IT A COMBINED PROCEDURES AND SALE MOTION AND WORK W/ J. KUMAR RE: SAME (4.6); CORRESPONDENCE TO AND FROM G. GALARDI RE: SAME (.5). |

4                                                          MJE

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FREDERICKS IS | 12/29/08 | 3.20 | CONTINUE TO UPDATE DRAFT SALE MOTION, SALE PROCEDURES AND ORDER (3.2). |
|---|---|---|---|
| | | 15.00 | |
| GRANT K | 12/15/08 | 1.20 | TELECONFERENCES AND EMAILS WITH J. AVALLONE REGARDING LEASE SALE PROCESS (.8) REVIEWED OFFERS REGARDING SAME. (.4). |
| | | 1.20 | |
| KUMAR JS | 12/17/08 | 0.40 | DRAFTING SALE PROCEDURES MOTION. |
| KUMAR JS | 12/22/08 | 1.40 | CONTINUE DRAFTING SALE PROCEDURES MOTION. |
| KUMAR JS | 12/23/08 | 7.60 | CONTINUE DRAFTING SALE MOTION, ORDER AND SALE PROCEDURES EXHIBIT. |
| KUMAR JS | 12/28/08 | 4.30 | REVISING SALE MOTION. |
| | | 13.70 | |
| MURPNY M | 12/23/08 | 0.70 | REVIEW AND RESEARCH PRECEDENT SALE PROCEDURES. |
| | | 0.70 | |
| Total Associate | | 30.60 | |
| HEANEY CM | 12/17/08 | 0.60 | REVIEW CASE FILES AND COURT DOCKETS RE: SALE MOTION PLEADINGS TO BE USED AS PRECEDENT (.4); OBTAIN AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2). |
| HEANRY CM | 12/23/08 | 0.30 | REVIEW CASE FILES AND COURT DOCKETS RE: SALE PLEADINGS TO BE USED AS PRECEDENT (.3). |
| | | 0.90 | |
| Total Legal Assistant | | 0.90 | |
| **TOTAL TIME** | | **39.70** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 01/13/09
Automatic Stay (Relief Actions)                                    Bill Number: 1246913

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 12/20/08 | 0.30 | REVIEW PROPOSAL RE: NAVARRE LIFT STAY (.3). |
| | | 0.30 | |
| **Total Partner** | | 0.30 | |
| FREDERICKS IS | 12/18/08 | 3.30 | TELEPHONE CALL WITH US SIGNS RE: RELIEF STAY MOTION (.5); REVIEW NJ STATUTE AND RELATED US SIGNS DOCUMENTS; CONDUCT RESEARCH RELATED TO MECHANICS LIENS AND RELATION BACK ISSUES (2.0); CORRESPONDENCE TO COUNSEL TO US SIGNS RE: RESULTS OF RESEARCH (.8). |
| FREDERICKS IS | 12/19/08 | 2.30 | REVIEW AND REVISE OBJECTION TO US SIGNS' LIFT STAY MOTION AND MULTIPLE TELEPHONE CALLS WITH J. KUMAR RE: SAME (2.3). |
| FREDERICKS IS | 12/29/08 | 0.70 | CONFERENCE CALL WITH K. GRANT AND COUNSEL TO THE COMMITTEE RE: STATUS OF VARIOUS MATTERS LIFT STAY MATTERS (.7). |
| | | 6.30 | |
| GRANT K | 12/18/08 | 1.10 | REVIEWED STAY MOTION OF US SIGNS (.6); TELECONFERENCES WITH R. HUTSON REGARDING SAME. (.5). |
| GRANT K | 12/24/08 | 3.30 | REVIEWED MANSFIELD LIFT STAY MOTION AND SUPPORTING DOCUMENTS (2.9) AND EMAIL WITH S. GOLDICH REGARDING SAME (.4). |
| GRANT K | 12/29/08 | 3.10 | REVIEWED AND ANALYZED LIFT STAY MOTIONS OF HILLSBOROUGH COUNTY (.4) PA ACADIA (.6) NORTH PLAINFIELD (.8); TELECONFERENCE WITH J. FRIEDMAN REGARDING MANSFIELD MOTION (1.3). |
| | | 7.50 | |
| KUMAR JS | 12/19/08 | 5.20 | DRAFTING OBJECTION TO US SIGNS MOTION TO LIFT THE STAY. |
| KUMAR JS | 12/21/08 | 0.80 | SUMMARIZING US SIGNS OBJECTION FOR HEARING. |
| | | 6.00 | |
| **Total Associate** | | 19.80 | |
| **TOTAL TIME** | | **20.10** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 01/13/09
Case Administration                                                Bill Number: 1246913

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 12/01/08 | 0.50 | REVIEW RECENTLY FILED PLEADINGS /CORRESPONDENCE. |
| DICKERSON CL | 12/02/08 | 1.30 | REVIEW RECENTLY FILED PLEADINGS /CORRESPONDENCE (.6); REVIEW AGENDA FOR OMNIBUS HEARING (.7). |
| DICKERSON CL | 12/03/08 | 1.70 | REVIEW RECENTLY FILED PLEADINGS/CORRESPONDENCE; REVIEW AGENDA FOR 12/5 HEARING (.7); DISCUSSIONS WITH CLIENT RE SAME (.2). |
| DICKERSON CL | 12/04/08 | 2.20 | REVIEW PLEADINGS, DRAFT AGENDA AND OTHER PREPARATION FOR 12/5 HEARING. |
| DICKERSON CL | 12/05/08 | 0.70 | REVIEW RECENTLY FILED PLEADINGS /CORRESPONDENCE. |
| DICKERSON CL | 12/08/08 | 0.40 | REVIEW RECENTLY FILED PLEADINGS /CORRESPONDENCE. |
| DICKERSON CL | 12/09/08 | 0.50 | REVIEW RECENTLY FILED PLEADINGS /CORRESPONDENCE. |
| DICKERSON CL | 12/15/08 | 0.90 | PREPARE FOR/ATTEND DAILY STATUS CALL WITH CLIENT AND OTHER PROFESSIONALS. |
| DICKERSON CL | 12/17/08 | 1.20 | PREPARE FOR/ATTEND DAILY STATUS CALL WITH CLIENT AND OTHER PROFESSIONALS (1.2). |
| DICKERSON CL | 12/20/0R | 0.80 | CONFERENCE CALL RE PREP FOR 12/22 HEARING. |
| DICKERSON CL | 12/24/08 | 0.60 | CONFERENCE CALL RE GENEREL CASE ISSUES. |
|  |  | 10.80 |  |
| GALARDI GM | 12/01/0R | 0.60 | CALL WITH COMMITTEE COUNSEL RE: OPEN ISSUES (.6). |
| GALARDI GM | 12/05/08 | 2.20 | PREPARE FOR AND ATTEND AND/OR REPRESHNT COMPANY AT HEARING ON NUMEHOUS MATTERS (2.2). |
| GALARDI GM | 12/22/08 | 1.40 | PREPARE FOR AND REPRESENTED COMPANY AT 11 AM HEARING MATTERS. |
|  |  | 4.20 |  |
| Total Partner |  | 15.00 |  |
| BAKER SK | 12/04/08 | 3.70 | REVIEW AND ANALYZE PART OF SETTLEMENT AGREEMENTS IN ORDER TO DETERMINE PAYMENT IN ORDER TO UPDATE BUDGE (3.7). |
| BAKER SK | 12/15/08 | 1.70 | REVIEW DECEMBERS HEARING TRANSCRIPT REGARDING IDENTIFICATION OF UNRESOLVED MATTERS (1.7). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER SK | 12/18/08 | 1.30 | REVIEW DECEMBER 5TH HEARING TRANSCRIPT REGARDING PREPARATION FOR UPCOMING HEARING (1.3). |
|---|---|---|---|
| BAKER SK | 12/22/08 | 0.80 | REVIEW AGENDA FOR MORNING HEARING (.5); REVIEW CORRRSPONDENCE FOR S. AMBROSE REGARDING SERVICE OF DOCUMENTS. (.1). REVIEW UPDATED CASE CALENDAR. (.2). |
| BAKER SK | 12/23/08 | 0.90 | CIRCUIT CITY CONFERENCE CALL REGARDING NEW ASSIGNMENT STATUS UPDATES (.9). |
| | | 8.40 | |
| FREDERICKS IS | 12/02/08 | 2.60 | REVIEW AND REVISE DRAFT AGENDA FOR DECEMBER 5 HEARING AND MULTIPLE CORRESPONDENCE TO AND FROM MCGUIREWOODS RE: SAME (2.6). |
| FREDERICKS IS | 12/03/08 | 2.60 | REVIEW AND REVISE AND WORK WITH MCGUIREWOODS TO FINALIZE AGENDA FOR DECEMBER 5 HEARING (2.6). |
| FREDERICKS IS | 12/04/08 | 6.70 | PREPARE FOR DECEMBER 5 HEARING, INCLUDING UPDATING AND FINALIZING MULTIPLE AMENDED AGENDAS, REVIEWING DOCUMENTS RELATED TO MATTEES SCHEDULED FOR HEARING, WORKING WITR D. FOLEY AND G. GALARDI ON STATUSES, RESOLUTIONS AND MATTERS GOING FORWARD, COMMUNICATE (SMAIL AND PHONE CALLS) WITH PARTIES IN INTEREST TO RESOLVE OR ATTEMPT TO RESOLVE VARIOUS MATTERS (6.7). |
| FREDERICKS IS | 12/05/08 | 11.90 | PREPARE FOR HEARING, INCLUDING REVIEWING AND REVISING PROPOSED FORM OF ORDERS, EEVIEWING RRLEVANT OOCUMENTS AND STRATEGIZING (7.2); ATTEND AND PARTICIPATR IN NEARING, INCLUDING BREAKS AND SETTLEMENT DISCUSSIDNS WITH LANDLORDS AND OTHER PARTIES IN INTEREST (4.7). |
| FREDERICKS IS | 12/11/08 | 3.30 | PARTICIPATE IN CONFERENCE CALL WITH MANAGEMENT, FTI, RDTHSCHILD AND G. GALARDT RE: RECENT CASE DEVELOPMENTS WITN THR COMMITTEE (1.2); PARTICIPATE IN MEETIHGS WITH KPMG AND OTHER ACCOUNTING REFRESENTATIVES RE: GENERAL CASE RELATED QUESTIONE AND IMPACT DN ACCOUNTING (2.1). |
| FREDERICKS IS | 12/16/08 | 1.60 | CONFER WITH G. GALARDI ABOUT VARIOUS CASE RELATRD ISSUES (.8); REVIEW AND REVISE DRAFT AGENDA FOR DECEMBER 22 HEARING AND CORRESPONDENCE TO MCGUIREWOODS RE: SAME (.8). |

8438

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FREDERICKS IS | 12/17/08 | 3.60 | MULTIPLE CORRESPONDENCE FROM AND TO AND (ARTICIPATE IN CONFERENCE CALL WITH D. HILLMAN RE: GOLDSMITH LEASE (.6); REVIEW, WEVISE AND UPDATE STATUS CHART FOR OBJECTIONS TO THE FIRST DAY REJECTION MOTION AND TELEPHONE CALL WITH K. LAZAROFF RE: SAME (2.3); REVIEW AND REVISE AND WORK WITH C. HEANEY ON DRAFT AGENDAS FOR DECEMBER 22 WEARING (.7). |
|---|---|---|---|
| FREDERICKS IS | 12/18/08 | 2.70 | REVIEW AND REVISE MULTIPLE DRAFTS OF THE AGENDAS (10 AM AND 1 PM) AND FINALIZE FOR FILING (2.7). |
| FREDERICKS IS | 12/19/08 | 1.60 | REVIEW AND REVISE AMENDED AGENDAS (10 AM AND 1 PM HEARINGS). |
| FREDERICKS IS | 12/20/08 | 1.40 | PARTICIPATE IN CONFERENCE CALL WITH K. GRANT, G. GALARDI, C. DICKERSON RE: PREPARATION FOR UPCOMING HEARING, INCLUDING, REVIEWING MATTERS SCHEDULED FOR DECEMBER 22 HEARINGS (1.4). |
| FREDERICKS IS | 12/21/08 | 3.40 | PREPARE FOR WEARING (3.4). |
| FREDERICKS IS | 12/22/08 | 9.30 | CONTINUE TO PREPARE FOR AND ATTEND AND PARTICIPATE IN HEARINGS (10 AM AND 1 PM) (DIP MOTION, VARIOUS LANDLORD MATTERS, AND OTHER MOTIONS AND APPLICATIONS) (9.3). |
| FREDERICKS IS | 12/23/08 | 3.10 | CONFERENCE CALL WITH SKADDEN WORKING GROUP RE: GOING FORWARD STRATEGY, STATUS OF VARIOUS MATTERS, AND DISCUSSION OF MATTERS SCHEDULED FOR JANUARY 16 HEARING (.7); WORK WITH MCGUIREWOODS TO FINALIZE ALL ORDERS (INCLUDING INCORPORATIMG CHANGES FROM HEARING) FOR SUBMISSION TO THE COURT (2.4). |
| FREDERICKS IS | 12/24/08 | 1.10 | PARTICIPATE IN CONFEREMCE CALL WITH G. GALARDI, C. DICKERSON, AND K. GRANT RE: UPCOMING STRATEGY (1.1). |
| FREDERICKS IS | 12/30/08 | 4.10 | REVIEW CORRESPONDENCE RECEIVED IN THE CASE AND RECENTLY FILED PLEADINGS; COORDINATE RESPONDING TO PLEADINGS AND CORRESPONDENCE WITH SKADDEN WORKING GROOP (3.7); TELEPHONE CALLS (K3) FROM CREDITORS RE: BAR DATE AND RELATED QUESTIONS (.4). |
| | | 59.00 | |
| GRANT K | 12/16/08 | 0.40 | TEAM STRATEGY CALL. (.4). |
| GRANT K | 12/17/08 | 1.30 | REVISED DRAFT AGENDA REGARDING LEASE ISSUES. |
| GRANT K | 12/20/08 | 1.00 | WORKING GROUP STRATEGY CALL REGARDING PREPARATION FOR OMNIBUS HEARING ON DECEMBER 22. |
| GRANT K | 12/23/08 | 0.40 | TEAM STRATEGY MEETING. |

843E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 12/24/08 | 0.80 | SENIOR STRATEGY CALL REGARDING UPCOMING HEARINGS AND PLEADINGS. |
| | | 3.90 | |
| JANUS CP | 12/16/08 | 0.70 | PLANNING AGENDA AND RESPONSES RE: DECEMBER 22 HEARING (0.7). |
| JANUS CP | 12/23/08 | 0.70 | STRATEGY AND PLANNING RE: DECEMBER 22 AND JANUARY HEARING (0.7). |
| | | 1.40 | |
| KUMAR JS | 12/02/08 | 1.30 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES (1.3). |
| KUMAR JS | 12/03/08 | 0.80 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES (.8). |
| KUMAR JS | 12/04/08 | 0.70 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES (.7). |
| KUMAR JS | 12/05/08 | 0.80 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES (.8). |
| KUMAR JS | 12/09/08 | 1.30 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES (1.3). |
| KUMAR JS | 12/10/08 | 2.10 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES (1.2). REVIEWING CASE DISTRIBUTION LISTS FOR ITEMS REQUIRING FOLLOW-UP (.9). |
| KUMAR JS | 12/11/08 | 0.60 | CALLS WITH PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES (.6). |
| KUMAR JS | 12/15/08 | 1.60 | RESPONDIGN TO INQUIRES FROM PARTIES IN INTEREST RE: VARIOUS CASE MANAGEMENT ISSUES (1.6). |
| KUMAR JS | 12/16/08 | 0.60 | SKADDEN WORKING GROUP CALL. |
| KUMAR JS | 12/18/08 | 0.80 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES. |
| KUMAR JS | 12/23/08 | 0.70 | SKADDEN WORKING GROUP CALL. |
| KUMAR JS | 12/29/08 | 0.90 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES (.4). CHECKING DOCKET FOR AMENDED NOTICES OF HEARING (.3). CHECKING DATA ROOM FOR LLC AGREEMENTS (.2). |
| KUMAR JS | 12/30/08 | 0.40 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE: VARIOUS CASE ADMINISTRATION ISSUES. |
| | | 12.60 | |

B45X

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LAZAROFF KA | 12/08/08 | 0.40 | INTERNAL STATUS CALL. |
|---|---|---|---|
| LAZAROFF KA | 12/11/08 | 2.00 | COORDINATED INTERNALLY FOR 12/12 FILING DEADLINE. PREPARED DOCUMENTS FOR FILING. DISTRIBUTED DOCUMENTS TO CREDITORS' COMMITTEE AND LENDERS. |
| LAZAROFF KA | 12/12/08 | 1.20 | PREPARED AND COLLECTED PLEADINGS TO BE FILED. |
| LAZAROFF KA | 12/16/08 | 2.00 | STATUS CALL AND DISCUSSION WITH INTERNAL WORKING GROUP (1.3). REVIEWED AND REVISED DRAFT AGENDA FOR 12/22 HEARING (.7). |
| LAZAROFF KA | 12/17/08 | 0.50 | REVIEWED AND UPDATED DRAFT AGENDA FOR 12/22 HEARING/. |
| LAZAROFF KA | 12/23/08 | 1.70 | INTERNAL WORKING GROUP STATUS CALL (.8); REVIRWED ASSIGNMENTS, CREATED TASK LIST (.9). |
| | | 7.80 | |
| REED AL* | 12/08/08 | 0.50 | CONFERENCE RE: PREPARATION OF CASE CALENDAR IN CONJUNCTION WITH DOCKET AND AGENDA. |
| REED AL* | 12/10/08 | 0.80 | REVIEW AND REVISE NOTICE OF COMMENCEMENT. |
| REED AL* | 12/12/08 | 2.70 | CONFERENCE RE; AGENDA FOR DECEMBER 22 HEARING, SHAREHOLDER INQUIRIES, AND CORRESPONDENCE (.3); REVIEW DECEMBER 5 TRANSCRIPT (1.3); EMAILS RE: DECEMBER 5 TRANSCRIPT (.1); REVIEW CASE CALENDAR (.7); CONFERENCE RE: CASE CALENDAR (.3). |
| REED AL* | 12/15/08 | 5.10 | REVIEW DOCKET TO PREPARE AGENDA (.9); REVIEW AND EDIT AGENDA TO ENSURE ACCURACY (4.2). |
| REED AL* | 12/16/08 | 0.80 | CONFERENCE CALL WITH TEAM RE: STATUS FOR DECEMBER 22 HEARING (.5); EMAIL RE: AGENDA (.1); CALLS RE: RECENTLY DOCKETED ITEMS (.2). |
| REED AL* | 12/17/08 | 1.80 | CONFERENCE RE: DISTRIBUTION OF CORRESPONDENCE, PLEADINGS, AND KCC MATERIALS (.8); CONFERENCE RE: EQUITY LISTS FOR CC AND AFFILTATES (.1); DRAFT EQUITY LIST FOR CC AND AFFILIATES (.9). |
| REED AL* | 12/18/08 | 1.70 | REVIEW RECENTLY RECEIVED PLEADINGS, CORRESPONDENCE, AND PROOFS OF CLAIM (1.7). |
| REED AL* | 12/19/08 | 1.30 | REVIEW RECENTLY RECEIVED PLEADINGS, CORRESPONDENCE, AND PROOFS OF CLAIM. |
| REED AL* | 12/22/08 | 1.10 | REVIEW RECENTLY RECEIVED PLEADINGS, CORRESPONDENCE, AND PROOFS OF CLAIM. |

11

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| REED AL* | 12/23/08 | 4.40 | CONFERENCE RE: CASE CALENDAR (.6); REVIEW CASE CALENDAR ENTRIES FOR ACCURACY (.5); CORRESPONDENCE RE: MONTHLY HEARING REPORTS (.2); CORRESPONDENCE RE: EQUITY LIST (.2); CORRESPONDENCE RE: PLEADINGS, CLAIMS, AND OTHER DOCUMENTS (.9); REVIEW AFFILIATE OPERATING AGREEMENTS AND CORPORATE INFORMATION CHART TO PREPARE EQUITY LIST (.9); REVISE AND UPDATE EQUITY LIST (.5); CONFERENCE RE: CASE STATUS (.6). |
| | | 20.20 | |
| Total Associate/Law Clerk | | 113.30 | |
| HEANEY CM | 11/09/08 | 1.40 | REVIEW VOLUNTARY PETITIONS FOR ACCURACY (.3); COORDINATE WITH THIRD PARTIES RE: STATUS OF OUTSTANDING SERVICE INFORMATION (.3); REVIEW AND RESEARCH BACKGROUND INFORMATION FOR OUTSTANDING SERVICE PARTIES (.8). |
| HEANEY CM | 12/01/08 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 12/02/08 | 1.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); OBTAIN AND ORGANIZE PLEADINGS FOR 12-5 HEARING BINDERS (.6). |
| HEANEY CM | 12/03/08 | 5.10 | PREPARE BINDERS OF HEARING PLEADINGS FOR 12-5 HEARING (1.7); OBTAIN, REVIEW AND ORGANIZE ADDITIONAL DOCUMENTS FOR HEARING (.9); ASSIST ATTORNEYS WITH PREPARATION OF HEARING AGENDA AND HEARING PREPARATION (2.3); COORDINATE WITH THIRD PARTIES REGARDING PREPARATION OF SERVICE OF AGENDA (.2). |
| HEANEY CM | 12/04/08 | 3.80 | REVIEW DOCKET RE: UPDATES TO 12-5 HEARING AGENDA (.4); OBTAIN, REVIEW AND DISTRIBUTE ADDITIONAL HEARING OBJECTIONS (.6); PREPARE ADDITIONAL BINDERS OF DOCUMENTS FOR HEARING (1.9); ASSIST ATTORNEYS WITH HEARING PREPARATION (.9). |
| BEANEY CM | 12/05/08 | 0.80 | REVIEW DOCKET RE: UPDATES TO HEARING MATTERS (.4); OBTAIN, REVIEW AND DISTRIBUTE ADDITIONAL OBJECTIONS TO HEARING MATTERS (.4). |
| HEANEY CM | 12/08/08 | 3.80 | DRAFT EDIT/REVISE 12-22 HEARING AGENDA (3.2); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| REANEY CM | 12/09/08 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| HEANEY CM | 12/10/08 | 1.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.8). |
|---|---|---|---|
| HEANEY CM | 12/11/08 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.2); OBTAIN AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 12/12/08 | 1.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.8). |
| HEANEY CM | 12/15/08 | 0.90 | EDIT/REVISE 12-22 HEARING AGENDA (.9). |
| HEANEY CM | 12/16/08 | 1.70 | REVIEW DOCKET RE: UPDATES TO CASE 12-22 HEARING MATTERS (.2); EDIT/REVISE HEARING AGENDA (1.1); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 12/17/08 | 1.40 | REVIEW DOCKET RE: UPDATES TO 12-22 HEARING AGENDA (.3); EDIT/REVISE HEARING AGENDAS (.9); COORDINATE WITH THIRD PARTIES REGARDING SERVICE OF AGENDAS (.2). |
| HEANEY CM | 12/18/08 | 6.20 | REVIEW DOCKET RE: UPDATES TO 12-22 HEARING AGENDA (.3); EDIT/REVISE HEARING AGENDAS (3.8); COORDINATE WITH THIRD PARTIES REGARDING SERVICE OF AGENDAS (.2); OBTAIN PLEADINGS AND PREPARE ROUGH HEARING BINDERS (1.9). |
| HEANEY CM | 12/19/08 | 2.80 | REVIEW DOCKET RE: UPDATES TO HEARING MATTERS (.3); REVISE AND REORGANIZE HEARING BINDERS FOR 12-22 HEARING (2.2); DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). |
| HEANEY CM | 12/20/08 | 2.60 | PREPARE BINDERS OF HEARING PLEADINGS FOR 12-22 HEARING (2.6). |
| HEANEY CM | 12/22/08 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 12/23/08 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3); ASSIST WITH UPDATES TO CASE CALENDAR (.3). |
| HEANEY CM | 12/24/08 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS FOR DISTRIBUTION ON THIRD PARTIES (.3). |
| HEANEY CM | 12/29/08 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 12/30/08 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 12/31/08 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

39.50

| LAMANNA WK | 12/01/08 | 2.70 | REVIEW COURT DOCKET UPDATE AND NEW CASE DOCUMENTS (0.3); DOWNLOAD NEWLY FILED PLEADINGS (0.3); CALENDAR CRITICAL DATES IN LEAD CASE (1.9); PREPARE, REVIEW AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
|---|---|---|---|
| LAMANNA WK | 12/03/08 | 1.40 | REVIEW COURT DOCUMENTS AND CASE DOCKET (0.3); PREPARE CLIENT FILES OF PLEADINGS, CLAIMS, CORRESPONDENCE AND RETURNED MAIL FOR CENTRAL STORAGE (1.1). |
| LAMANNA WK | 12/04/08 | 0.30 | TELCON WITH THIRD PARTY REGARDING CASE INFORMATION (0.1); MEET WITH I. FREDERICKS REGARDING UPDATES TO CASE CALENDAR (0.2). |
| LAMANNA WK | 12/05/08 | 0.20 | TELCON WITH THIRD PARTY REGARDING GENERAL CASE INFORMATION (0.1); REVIEW NEW CASE PLEADINGS IN DAILY DISTRIBUTION (0.1). |
| LAMANNA WK | 12/08/08 | 2.00 | PREPARE AND DISTRIBUTE FIRST DAY HEARING BINDER (0.7); REVIEW COURT DOCUMENTS AND CASE DOCKET (0.2); CALENDAR CRITICAL DATES IN MAIN CASE (1.1). |
| LAMANNA WK | 12/09/08 | 3.10 | TELCON WITH THIRD PARTY REGARDING GENERAL CASE INFORMATION (0.1); REVIEW COURT DOCUMENTS AND CASE DOCKET (0.3); CALENDAR CRITICAL DATES IN MAIN CASE, APPEALS, AND ADVERSARY PROCEEDING (1.9); MEET WITH ASSOCIATE TO DISCUSS CRITICAL DATES AND NEW RELATED CASES (0.5); PREPARE, REVIEW AND DISTRIBUTE CASE CALENDAR TO TEAM (0.3). |
| LAMANNA WK | 12/10/08 | 0.50 | DISCUSS CALENDARING QUESTIONS WITH A. REED (0.1); SET UP NEW CLIENT RECORDS FILES FOR COURT PAPERS (0.3); REVIEW AGENDA FOR 12/22/08 HEARING (0.1). |
| LAMANNA WK | 12/11/08 | 4.30 | RECORD CALLER MESSAGES AND FORWARD TO ATTORNEYS REGARDING GENERAL CASE INFORMATION (0.3); UPDATE/REVIEW CASE DOCKET AND DOWNLOAD/REVIEW NEW COURT DOCUMENTS (0.5); CALENDAR CRITICAL DATES IN MAIN CASE (0.3); EDIT/REVISE 12/22/08 HEARING AGENDA (3,2). |
| LAMANNA WK | 12/12/08 | 7.10 | UPDATE CASE DOCKET AND REVIEW FOR NEW CRITICAL DATES (0.4); DOWNLOAD NEW PLEADINGS SET FOR 12/22 HEARING (0.5); CALENDAR CRITICAL DATES IN MAIN CASE (2.3); DISCUSS APPELLEE'S DESIGNATION DUE DATE WITH ATTORNEY (0.1); EDIT/REVISE 12/22 HEARING AGENDA (3.6); PREPARE AND DISTRIBUTE DEPARTMENT CALENDAR TO TEAM (0.2). |

14                                                                          8438

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LAMANNA WK | 12/15/08 | 1.90 | REVIEW AND EDIT/REVISE 12/22 HEARING AGENDA (0.8); UPDATE AND REVIEW COURT DOCKET FOR NEW PLEADINGS (0.2); CALENDAR CRITICAL DATES IN MAIN CASE FROM NUMEROUS 12/12/08 FILINGS (0.3); PREPARE, REVIEW AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2); REVIEW CALLER MESSAGES AND FORWARD FOR RESPONSE REGARDING GENERAL CASE INFORMATION (0.4). |
|---|---|---|---|
| LAMANNA WK | 12/16/08 | 0.90 | DISCUSS AGENDA WITH A. REED (0.1); REVIEW NUMEROUS COURT DOCUMENTS FOR PREVIOUS WEEK AND PREPARE FOR INCLUSION IN CLIENT FILE (0.5); REVIEW COURT'S CALENDAR FOR 12/22 HEARING AND COMPARE WITH DRAFT AGENDA (.20); CALENDAR CRITICAL DATES IN MAIN CASE (0.1). |
| LAMANNA WK | 12/19/08 | 0.90 | REVIEW AND PREPARE CLIENT COURT PAPERS FOR CENTRAL RECORDS. |
| LAMANNA WK | 12/22/08 | 4.40 | ORGANIZE NUMEROUS PLEADINGS TO UPDATE CLIENT RECORDS FOR STORAGE (0.7); REVIEW CASE DOCKET AND COURT DOCUMENTS (0.5); COORDINATE PRINTING OF CASE PLEADINGS FOR CALENDARING AND TO MAINTAIN CLIENT FILE (0.3); CALENDAR CRITICAL DATES IN MAIN CASE AND APPEALS (2.6); PREPARE, REVIEW AND DISTRIBUTE CASE CALENDAR TO TEAM (0.3). |
| LAMANNA WK | 12/23/08 | 0.80 | TELCON WITH ATTORNEYS RE: CRITICAL DATES (0.2); REVIEW AND ADD/EDIT CRITICAL DATES (0.6). |
| LAMANNA WK | 12/30/08 | 5.80 | MAINTAIN CLIENT CASE FILE BY SORTING NUMEROUS COURT DOCUMENTS FOR CENTRAL STORAGE (1.1); COORDINATE PRINTING OF MISSING CASE DOCUMENTS FOR CLIENT FILE (0.4); REVIEW COURT DOCUMENTS AND CASE DOCKET (0.5); CALENDAR CRITICAL DATES IN MAIN CASE AND DISCUSS CALENDARING ISSUES WITH I. FREDERICKS (3.6); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
|  |  | 36.30 |  |

Total Legal Assistant      75.80

**TOTAL TIME**      204.10

\* Law clerks are law school graduates who are not presently admitted
to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                      Bill Date: 01/13/09
Claims Admin. (General)                                              Bill Number: 1246913

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 12/02/08 | 1.20 | ATTENTION TO ISSUES RE BAR DATE (.7); DISCUSSIONS RE SAME (.5). |
| DICKERSON CL | 12/11/08 | 0.80 | CONTINUED ATTENTION TO ISSUES RE BAR DATE. |
| | | 2.00 | |
| Total Partner | | 2.00 | |
| BAKER SK | 12/22/08 | 0.50 | TELEPHONE CONFERENCE WITH MARY JENKE REGARDING BAR DATE DEADLINES (.2); REVIEW CORRESPONDENCE FROM IN DEPARTMENT OF ENVIRONMENT MANAGEMENT REGARDING FILING OF CLAIM. (.1); TELEPHONE CONFERENCE WITH R. DINER REGARDING WATER BILL FOR LOCATION 6949 (.2). |
| BAKER SK | 12/23/08 | 0.20 | REVIEW ALACHUA COMPANY'S TAX COLLECTOR'S PROOF OF CLAIM (.2). |
| BAKER SK | 12/29/08 | 0.20 | REVIEW 503(B)(9) CLAIM OF WARNER HOME VIDEO (.2). |
| | | 0.90 | |
| FREDERICKS IS | 12/11/08 | 2.60 | WORK WITH KCC AND MCGUIREWOODS TO FINALIZE BAR DATE NOTICES AND RELATED DOCUMENTS, INCLUDING MULTIPLE CORRESPODENCE AND CONFERENCE CALLS RE: SAME AND REVIEWING, REVISING AND FINALIZING RELATED DOCUMENTS (2.6). |
| FREDERICKS IS | 12/16/08 | 1.90 | REVIEW REVISED DAR DATE FAQS PREPARED BY THE COMPANY (.5); PROVIDE COMMENTS TO SAME; CONFER WITH G. GALARDI RE: SAME (.5); AND CORRESPONDENCE TO T. BEHNKE RE: SAME (.3); CONFERENCE CALL WITH KCC RE: CLAIMS' WEBSITE AND RELATED MATTERS AND CORRESPONDANCE TO E&Y RE: SAME (.6). |
| | | 4.50 | |
| JANUS CP | 12/08/08 | 0.10 | RETURNING CALL RE: EQUITY OWNERSBIP AND PROOF OF INTRREST (0.1). |
| JANUS CP | 12/24/08 | 0.10 | CORRESPONDENCE WITH POTENTIAL CREDITOR RE: 503(B)(9) AND GENERAL CLAIM FORMS (0.1). |
| | | 0.20 | |
| REED AL* | 12/09/08 | 1.10 | CONTACT SHAREHOLDERS TO RESOLVE VARIOUS INQUIRIES. |
| REED AL* | 12/10/08 | 1.20 | CONTACT SHAREHOLDERS TO RESOLVE INQUIRIES RECEIVED BY PHONE AND MAIL (.9); REVIEW SHAREHOLDER INQUIRIES RECEIVED (.3). |

16                                                                        5432

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| REED AL* | 12/15/08 | 0.80 | RESPOND TO SHAREHOLDER INQUIRIES. |
| REED AL* | 12/16/08 | 0.90 | RESPOND TO SHAREHOLDER INQUIRIES (.7): DOCUMENT STATUS OF SHAREHOLDER INQUIRIES AND RESPONSES (.2). |
| | | 4.00 | |
| **Total Associate/Law Clerk** | | 9.60 | |
| LAMANNA WK | 12/09/08 | 0.10 | TELCON WITH S. BAKER RE: PROPOSED BAR DATE. |
| LAMANNA WK | 12/18/08 | 0.20 | REVIEW MESSAGES FROM GENERAL CLAIMANTS AND FORWARD TO L. KUMAR FOR RENPONSE. |
| LAMANNA WK | 12/23/08 | 0.50 | REVIEW CALLER MESSAGES AND FORWARD INFORMATION REGARDING GENERAL CLAIMS DEADLINE TO ATTORNEY (0.5). |
| | | 0.80 | |
| **Total Legal Assistant** | | 0.80 | |
| **TOTAL TIME** | | **12.40** | |

* Law clerks are law school graduates who are not presently admitted
to practice.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                  Bill Date: 01/13/09
Claims Admin. (Reclamation/Trust Funds)                          Bill Number: 1246913

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 12/01/08 | 0.30 | REVIEW RECLAMATION DEMAND OF SAMSUNG ELECTRONICS (.3). |
| | | 0.30 | |
| FREDERICKS IS | 12/02/08 | 1.40 | MULTIPLE TELEPHONE CALLS TO AND FROM C. FISHER RE: OBJECTIONS TO RECLAMATION MOTION AND RESOLUTIONS THEREOF (.2); TELEPHONE CALL WITH C. DICKERSON RE: SAME (.2); REVIEW RECLAMATION PROCEDURES OBJECTIONS (1.0). |
| FREDERICKS IS | 12/03/08 | 1.60 | REVIEW, REVISE AND FINALIZE REPLY TO OBJECTIONS TO THE RECLAMATION MOTION (1.6). |
| FREDERICKS IS | 12/09/08 | 0.80 | REVISE RECLAMATION ORDER TO INCORPORATE COMMENTS FROM OBJECTORS AND FINALIZE FOR FILING WITH THE COURT (.8). |
| FREDERICKS IS | 12/16/08 | 0.60 | CORRESPONDENCE FROM AND TO C. FISHER RE: RESEARCH RELATED TO RECLAMATION CLAIMS AND SUMMARY OF ADDITIONAL RESEARCH (.6). |
| FREDERICKS IS | 12/29/08 | 0.60 | MULTIPLE CORRESPONDENCE TO AND FROM M. WAITING RE: RECLAMATION CLAIMS (.6). |
| | | 5.00 | |
| JANUS CP | 12/01/08 | 2.30 | RESEARCH RE: 503(B)(9) QUESTIONS FROM ALLEGED CREDITORS (0.2); REVIEWING AND TRACKING RE: 503(B)(9) CLAIM SUBMISSIONS FROM VENDORS (0.4); REVIEWING AND TRACKING RE: RECLAMATION CLAIM SUBMISSIONS FROM VENDORS (1.7). |
| JANUS CP | 12/02/08 | 9.00 | DRAFTING RE: REPLY TO RECLAMATION OBJECTIONS (3.7); RESEARCH RE: RECLAMATION OBJECTIONS (2.7); RETURNING PHONE CALLS RE: 503(B)(9) CLAIM FORM QUESTIONS (1.3); REVIEWING AND TRACKING RE: 503(B)(9) CLAIM SUBMISSIONS FROM VENDORS (0.1); REVIEWING AND TRACKING RE: RECLAMATION CLAIM SUBMISSIONS FROM VENDORS (0.2); REVIEWING OBJECTIONS RE: RECLAMATION MOTION (0.7); TELEPHONE CALLS RE: RECLAMATION OBJECTIONS WITH COUNSELS FOR CREDITORS (0.3). |
| JANUS CP | 12/03/08 | 5.60 | RESEARCH RE: 503(R)(9) CLAIM FORM QUESTIONS (0.1): RESEARCH RE: REPLY TO RECLAMATION OBJECTIONS (1.5); RETURNING PHONE CALLS RE: 503(B)(9) CLAIM FORM QUESTIONS (1.4); REVIEWING AND TRACKING RE: RECLAMATION CLAIM SUBMISSIONS FROM VENDORS (0.1); REVISING DOCUMENTS RE: REPLY TO RECLAMATION OBJECTIONS (2.5). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| JANUS CP | 12/04/08 | 1.00 | ADDRESSING, RESEARCHING AND RETURNING PHONE CALLS RE: 503(B)(9) CLAIM FORM QUESTIONS (0.9); REVIEWING AND TRACKING RE: RECLAMATION CLAIM SUBMISSIONS FROM VENDORS (0.1). |
|---|---|---|---|
| JANUS CP | 12/05/08 | 2.10 | ADDRESSING, RESEARCHING AND RETURNING PHONE CALLS RE: 503(B)(9) CLAIM FORM QUESTIONS (2.1). |
| JANUS CP | 12/08/08 | 0.60 | ADDRESSING, RESEARCHING AND RETURNING PHONE CALLS RE: 503(B)(9) CLAIM FORM QUESTIONS (0.2); RESEARCHING AND ADDRESSING QUESTIONS RE: RECLAMATION PROCESS (0.4). |
| JANUS CP | 12/09/08 | 0.80 | ADDRESSING, RESEARCHING AND RETURNING PHONE CALLS RE: 503(B)(9) CLAIM FORM QUESTIONS (0.8). |
| JANUS CP | 12/10/08 | 7.40 | RESEARCH RE: RECLAMATION PROCESS (0.6); RESEARCHING AND ADDRESSING QUESTIONS RE: RECLAMATION PROCESS (0.2); RESEARCHING RE: BAPCPA SECTION 546 CHANGES (6.6). |
| JANDS CP | 12/11/08 | 0.80 | ADDRESSING AND RETURNING PHONE CALLS RE: 503(B)(9) CLAIM FORM QUESTIONS (0.5); RESEARCH RE: RECLAMATION PROCESS (0.3). |
| JANUS CP | 12/12/08 | 0.30 | REVIEWING AND TRACKING RE: RECLAMATION CLAIM SUBMISSIONS FROM VENDORS (0.3). |
| JANUS CP | 12/15/08 | 0.10 | REVIEWING AND TRACKING RE: RECLAMATION CLAIM SUBMISSIONS FROM VENDORS (0.1). |
| JANUS CP | 12/16/08 | 2.80 | ADDRESSING, RESEARCHING AND RETURNING PHONE CALLS RE: 503(B)(9) CLAIM FORM QUESTIONS (0.20); RESEARCH RE: RECLAMATION CLAIMANT CLAIM STATUS (0.5); RESEARCHING AND ADDRESSING QUESTIONS FROM VENDORS RE: RECLAMATION AND RETURN PROCEDURES (0.6); REVIEWING AND TRACKING RE: RECLAMATION CLAIM SUBMISSIONS FROM VENDORS (1.5). |
| JANUS CP | 12/17/08 | 6.70 | ADDRESSING, RESEARCHING AND RETURNING PHONE CALLS RE: 503(B)(9) CLAIM FORM QUESTIONS (0.2); RESEARCHING AND ADDRESSING QUESTIONS FROM VENDORS RE: RECLAMATION AND RETURN PROCEDURES (0.1); REVIEWING AND TRACKING RE: RECLAMATION CLAIM SUBMISSIONS FROM VENDORS (2.5); REVIEWING HEARING TRANSCRIPT RE: RECLAMATION CLAIMS (0.5); REVIEWING MOTIONS FILED RE: ALLEGED SECTION 503(B)(9) GOODS (0.5); REVISING AND RESEARCR RE: RECLAMATION CREDITORS MEMORANDUM (2.9). |
| JANUS CP | 12/18/08 | 3.20 | RESEARCH RE: RECLAMATION CREDITORS MEMORANDUM (2.5); REVIEWING AND TRACKING RE: RECLAMATION CLAIM SUBMISSIONS FROM VENDORS (0.7). |

19

243E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| JANUS CP | 12/19/08 | 2.10 | RESEARCH RE: RECLAMATION CREDITORS MEMORANDUM (2.1). |
|---|---|---|---|
| JANUS CP | 12/22/08 | 1.30 | TRACKING CLAIMS RE: 503(B)(9) AND RECLAMATION (1.3). |
| JANUS CP | 12/23/08 | 1.30 | RESEARCH RE: SECTION 503(B)(9) CLAIM SUBMISSIONS (0.3); RESEARCH RE: STATUS OF RECLAMATION CREDITORS (1.0). |
| JANUS CP | 12/24/08 | 0.40 | EEVIEW RE: SECTION 503(B)(9) CLAIM SUBMISSIONS (0.4). |
| JANUS CP | 12/29/08 | 1.00 | REVIEWING 503(B)(9) MOTION FOR COMPLIANCE WITH CLAIM PROCEDURES (0.9); TRACKING CLAIM AMOUNTS RE: 503(B)(9) (0.1). |
| JANUS CP | 12/30/08 | 3.50 | DISCUSSION WITH COUNSEL RE: 503(B)(9) MOTION PURPOSE (0.1); TRACKING RECLAMATION CLAIM SUBMISSIONS (3.4). |
|  |  | 52.30 |  |
| **Total Associate** |  | **57.60** |  |
| LAMANNA WK | 12/01/08 | 1.40 | RECEIVE AND RESPOND TO NUMEROUS INQUIRIES FROM THIRD PARTIES REGARDING NOTICE OF 503(B)(9) CLAIM FILING DEADLINE. |
| LAMANNA WK | 12/02/08 | 1.80 | TELCONS WITH THIRD PARTIES REGARDING NOTICE OF 503(B)(9) CLAIM FILING DEADLINE (0.2); RECORD CALLER MESSAGES FROM NUMEROUS PARTIES AND FORWARD INFORMATION FOR RESPONSE REGARDING NOTICE OF 503(B)(9) CLAIM FILING DEADLINE (1.6). |
| LAMANNA WK | 12/04/08 | 0.40 | RECORD CALLER MESSAGES FROM NUMEROUS PARTIES AND FORWARD INFORMATION FOR RESPONSE REGARDING NOTICE OF 503(B)(9) CLAIM FILING DEADLINE (0.4). |
| LAMANNA WK | 12/05/08 | 0.20 | RECORD CALLER MESSAGES AND FORWARD INFORMATION TO LAWYER FOR RESPONSE REGARDING NOTICE OF 503(B)(9) CLAIM FILING DEADLINE. |
| LAMANNA WK | 12/09/08 | 0.50 | RECORD CALLER MESSAGES FROM NUMEROUS PARTIES AND FORWARD INFORMATION FOR RESPONSE REGARDING NOTICE OF 503(B)(9) CLAIM FILING DEADLINE. |
| LAMANNA WK | 12/11/08 | 0.30 | RECORD CALLER MESSAGES AND FORWARD INFORMATION FOR RESPONSE REGARDING NOTICE OF 503(B)(9) CLAIM FILING DEADLINE (0.3). |
|  |  | 4.60 |  |
| **Total Legal Assistant** |  | **4.60** |  |
| **TOTAL TIME** |  | **62.20** |  |

20                                                                                    MJE

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | Bill Date: 01/13/09 |
|---|---|
| Credit Card Agreements | Bill Number: 1246913 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 12/01/08 | 1.00 | CONTINUED ATTENTION TO REVIEW OF OF PLEADINGS RE CHASE ADEQUATE PROTECTION STIP (.8); DISCUSSIONS RE SAME (.2). |
| DICKERSON CL | 12/03/08 | 1.20 | CONTINUED ATTENTION TO REVISIONS TO CHASE STIP (.7); DISCUSSIONS WITH CLIENT RE SAME (.5). |
| DICKERSON CL | 12/08/08 | 1.10 | CONTINUED ATTENTION TO ISSUES RE CHASE STIPULATION (.8); DISCUSSIONS WITH CLIENT RE SAME (.3). |
| DICKERSON CL | 12/09/08 | 2.90 | CONTINUED ATTENTION TO ISSUES RE CHASE STIPULATION (1.2); REVIEW PLEADINGS RE SAME (1.4); DISCUSSIONS WITH CLIENT RE SAME (.9). |
| DICKERSON CL | 12/15/08 | 1.40 | ATTENTION TO ISSUES RE AMERICAN EXPRESS AGREEMENT (1.2); DISCUSSIONS RE SAME (.2). |
| DICKERSON CL | 12/17/08 | 0.40 | CONTINUED ATTENTION TO ISSUES RE CHASE STIPULATION RAISED BY DIP LENDERS AND COMMITTEE (.3); DISCUSSIONS WITH CHASE COUNSEL RE SAME (.1). |
| DICKERSON CL | 12/18/08 | 0.50 | DISCUSSIONS WITH UCC RE CHASE STIP (.5). |
| | | 8.50 | |
| GALARDI GM | 12/09/08 | 0.40 | REVIEW AND COMMENT ON EMAILS RE: CHASE STIPULATIONS (.4). |
| | | 0.40 | |
| Total Partner | | 8.90 | |
| KUMAR JS | 12/01/08 | 2.40 | REVISING MOTION AND ORDER TO APPROVE CHASE SETTLEMENT. (1.7). DRAFTING MOTION AND ORDER TO EXPEDITE HEARING ON MOTION TO APPROVE CHASE SETTLEMENT (.7). |
| KUMAR JS | 12/02/08 | 1.40 | REVISING STIPULATION WITH CHASE BANK (1.4). |
| KUMAR JS | 12/03/08 | 0.20 | REVISING STIPULATION WITH CHASE BANK (.2). |
| KUMAR JS | 12/08/08 | 1.40 | REVISING STIPULATION WITH CHASE BANK (1.4). |
| KUMAR JS | 12/09/08 | 2.70 | REVISING STIPULATION WITH CHASE BANK (.3). REVISING MOTION TO APPROVE CHASE STIPULATION (1.3). REVISING ORDER TO APPROVE CHASE STIPULATION (1.1). |
| KUMAR JS | 12/10/08 | 0.90 | REVISING STIPULATION WITH CHASE BANK (.3). REVISING MOTION TO APPROVE CHASE STIPULATION (.6). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KUMAR JS | 12/11/08 | 0.60 | FINAL REVISIONS OF CHASE STIPULATION (.4). SENDING CHASE STIPULATION TO LOCAL COUNSEL FOR SIGNATURE (.2). |
| KUMAR JS | 12/21/08 | 1.80 | SUMMARIZING CHASE 9019 MOTION AND STIPULATION FOR HEARING. |
|  |  | **11.40** |  |
| Total Associate |  | **11.40** |  |
| TOTAL TIME |  | **20.30** |  |

22

8438

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                          Bill Date: 01/13/09
Creditor Meetings / Statutory Committees                 Bill Number: 1246913

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 12/03/08 | 0.60 | REVIEW AND COMMENT ON UCC PRESENTATION (.6). |
| GALARDI GM | 12/04/08 | 5.90 | CREDITORS COMMITTEE MEETING IN DC (5.8). |
| GALARDI GM | 12/09/08 | 1.70 | CALL WITH COMMITTEE COUNSEL RE: NUMEROUS ISSUES INCLUDING SALE UPDATE, DIP MATTERS AND PROFESSIONAL RETENTIONS (1.7). |
| GALARDI GM | 12/23/08 | 0.60 | COMMITTEE CALL RE: SALE PROCESS (.6). |
| | | 8.70 | |
| Total Partner | | 8.70 | |
| BAKER SK | 12/03/08 | 2.70 | REVIEW AND ANALYZE CREDITORS' COMMITTEE MOTION TO CLARIFY INFORMATION SHARING DUTIES WITH ALL CREDITORS (1.5) ; DRAFT CORRESPONDENCE REGARDING SUGGESTED CHANGES TO CREDITORS' COMMITTEE MOTION AND INCORPORATE CHANGES INTO MOTION AND ORDER (1.2). |
| BAKER SK | 12/16/08 | 0.40 | REVIEW PROPOSED REVISIONS TO CREDITOR AMENITIES MOTION FOR PROCEDURES FOR SHARING OF CONFIDENTIAL INFORMATION (.4). |
| | | 3.10 | |
| GRANT K | 12/15/08 | 0.50 | DRAFTED LETTER TO COMMITTEE COUNSEL REGARDING SALE PROCESS. (.5). |
| GRANT K | 12/29/08 | 0.50 | PREPARED FOR (.3) AND PARTICIPATED IN TELECONFERENCE WITH S. GOLDICH AND I. FREDERICKS. REGARDING COMMITTEE ISSUES (.5). |
| | | 1.00 | |
| Total Associate | | 4.10 | |
| TOTAL TIME | | 12.80 | |

23                                                                        8438

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)
Employee Matters (General)

Bill Date: 01/13/09
Bill Number: 1246913

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 12/04/08 | 0.60 | CONTINUED ATTENTION TO ANLAYSIS OF ISSUES RE WARN PAYMENTS (.3); DISCUSSIONS RE SAME (.3). |
| | | 0.60 | |
| FURFARO JP | 12/01/08 | 1.20 | REVIEW OF RESEARCH RE: WARN PAYMENTS (.90); CONFS. R. SALINS RE: SAME (.30). |
| FURFARO JP | 12/02/08 | 1.20 | REVIEW OF CREDITORS COURT PAPERS (.20); REVIEW OF RESEARCH/CONF. R. SALINS (1.0). |
| FURFARO JP | 12/03/08 | 1.00 | REVIEW OF ISSUE/RESEARCH RE: COBRA MATTER (.80); CONF. R. SALINS (.10); FOLLOW UP EMAIL (.10). |
| FURFARO JP | 12/04/08 | 2.70 | REVIEW OF MEMO RE: BONUS PAY/COMPARISON TO PTO MEMO (.70); REVIEW OF SEVERANCE PAY MEMO/PRIOR NOTICE (.30); REVIEW OF RESEARCH/PLAN DOCUMENTS RE: BEREFITS IGUSES (MEDICAL) (1.7). |
| FURFARO JP | 12/05/08 | 2.90 | REVIEW OF PLAN DOCUMENTS RE: BENEFITS (1.3); REVIEW OF RESEARCH RE: COBRA ISSUES (1.0); CONF. G. KRUEGER, N. LEFF, R. SALINS RE: BENEFITS ISSUES (.60). |
| FURFARO JP | 12/11/08 | 1.90 | REVIEW OF QUESTIONS RE: WARN EXTENSIONS/RELATED BENEFITS ISSUES (1.1); REVIEW OF POSSIBLE NEW WARN NOTICE (.40); REVIEW OF NY REQUIREMENTS (.20); RELATED MEDICAL ISSUES FOR PART-TIME EMPLOYEES (.20). |
| FURFARO JP | 12/12/08 | 1.20 | REVIEW OF WARN ISSUES/UPDATES TO NOTICES (1.0); REVIEW OF QUESTION EE: CAL WARN (.20). |
| FURFARO JP | 12/16/08 | 0.60 | REVIEW OF QUESTION RE: PAID TIME OFF/FIRST DAY ORDER. |
| FURFARO JP | 12/18/08 | 1.90 | REVIEW OF WARN ISSUES (.90); REVIEW OF DATA FOR ANALYSIS (.60); CONF. R. SALINS RE: NOTICES (.40). |
| FURFARO JP | 12/19/08 | 3.30 | REVIEW OF DRAFT WARN NOTICES FOR CLOSING LOCATIONS/REVISIONS (1.1); REVIEW OF POTENTIAL NY CLOSING ISSURS (.90); REVIEW OF NOTICE EXCEPTION/RESEARCH (1.3). |
| FURFARO JP | 12/22/08 | 2.40 | REVIEW OF RESEARCH/ANALYSIS RE: POTENTIAL CLOSINGS (1.4); CONF. R. SALINS RE: WARN/COBRA (.30); REVIEW OF REVISED NOTICES (.70). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FURFARO JP | 12/29/08 | 4.40 | REVIEW OF NEW TERMINATION ISSUES/DATA FOR ANALYSIS OF POTENTIAL LAYOFFS (1.7); CONF. G. GALARDI, R. SALINS RE: CONTINGENCY EMPLOYMENT ISSUES (.40); REVIEW OF FTI ANALYSIS (.80); REVIEW OF MEDICAL BENEFITS PLAN RE: COBRA QUESTION (.90); ITEMS FOR DRAFTS OF EMPLOYEE NOTICES (.60). |
| --- | --- | --- | --- |
| FURFARO JP | 12/30/08 | 2.60 | ANALYSIS OF LAYOFFS (.70); CONF. W/G. GALARDI, R. HEDGEBETH, R. SALINS RE: EMPLOYEE ISSUES (.60); REVIEW OF WARN RESEARCH/ISSUES RE: POTENTIAL REDUCTIONS (1.3). |
| FURFARO JP | 12/31/08 | 2.90 | REVIEW OF DRAFT NOTICES/REQUIREMENTS/REVISIONS (1.6); REVIEW OF QUESTIONS RE DATA FOR ANALYSIS (.8); REVIEW OF INFORMATION IN BID PROCESS (.5). |
| | | 30.20 | |
| GALARDI GM | 12/01/08 | 1.30 | REVIEW AND COMMENT ON EMPLOYEE INCENTIVE PLAN (.9); REVIEW AND COMMENT ON WARN OBJECTION (.4). |
| GALARDI GM | 12/02/08 | 0.70 | REVIEW AND RESPOND TO EMAILS RE: WARN EMPLOYEE ISSUES (.3); REVIEW AND RESPOND TO EMAILS RE: RETENTION MATTERS (.4). |
| GALARDI GM | 12/03/08 | 0.40 | FOLLOW-UP RE: INCENTIVE PLAN CONVERSATIONS. |
| GALARDI GM | 12/04/08 | 0.90 | WORK ON WARN EMPLOYEE PRESENTATION WITH J. MARCUM (.6); WORK ON INCENTIVE PLAN ISSUES (.3). |
| GALARDI GM | 12/05/08 | 1.30 | PREPARE FOR HEARING ON WARN PAYMENT REQUEST (.7); ATTEND AND REPRESENT COMPANY AT HEARING ON WARN REQUEST (.6). |
| GALARDI GM | 12/07/08 | 0.10 | WORK ON RETENTION PLAN ISSUES WITH ROTHSCHILD (.1). |
| GALARDI GM | 12/08/08 | 1.30 | CALL WITH COMPANY RE: EMPLOYEE PLANS AND SCHEDULES (.6); CALL WITH EXECUTIVES RE: INCENTIVE PLAN (.7). |
| GALARDI GM | 12/10/08 | 0.90 | WORK ON EMPLOYEE INCENTIVE PLAN ISSUES WITH FTI AND COMPANY REPRESENTATIVES. |
| GALARDI GM | 12/16/08 | 0.40 | DEVELOP STRATEGY RE: CALIFORNIA WORKERS COMP REQUEST (.3); WORK ON ISSUES RE: EMPLOYEE INCENTIVE (.1). |
| GALARDI GM | 12/18/08 | 0.20 | REVIEW AND RESPOND TO EMAILS FROM D. LATTA RE: WARN ISSUES. |
| GALARDI GM | 12/19/08 | 0.60 | DEVELOP STRATEGY RE: EMPLOYEE WARN ISSUES (.6). |
| GALARDI GM | 12/29/08 | 0.60 | CALL RE: WARN ISSUES AND STRATEGY (.6). |
| GALARDI GM | 12/30/08 | 1.20 | WORK ON WARN ACT NOTICE ISSUES (1.2). |

25

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|                |          | 9,90  |                                                                                                                                                                                                                                                                                                    |
| -------------- | -------- | ----- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| Total Partner  |          | 40.70 |                                                                                                                                                                                                                                                                                                    |
| MAJOR K        | 12/01/08 | 0.40  | PHONE CONFERENCE WITH R. SALINS REGARDING EMPLOYEE MATTERS (.2); REVIEW ISSUES REGARDING SHAREHOLDER AND DIRECTOR LIABILITY UNDER THE WARN ACT (.2).                                                                                                                                                 |
| MAJOR X        | 12/02/08 | 0.50  | REVIEW RESEARCN AND ISSUES RELATED TO WARN ACT PAYMENTS AND LIABILITY.                                                                                                                                                                                                                              |
| MAJOR K        | 12/03/08 | 0.30  | REVIEW E-MAILS REGARDING COBRA ISSUE FOR PART-TIME EMPLOYEES (.2); REVIEW MATERIALS REGARDING SAME (.1).                                                                                                                                                                                             |
| MAJOR K        | 12/11/08 | 0.60  | DRAFT ANALYSIS REGARDING EFFECTS OF LAYOFFS AND CLOSURES IN CONTEXT OF CALIFORNIA WARN ACT.                                                                                                                                                                                                          |
| MAJOR K        | 12/12/08 | 0.60  | REVIEW E-MAILS FROM L. ANDERSON REGARDING CALIFORNIA WARN ACT ISSUES (.2); DRAFT RESPONSE TO SAME (.4).                                                                                                                                                                                              |
| MAJOR K        | 12/18/08 | 0.30  | FOLLOW-UP REGARDING CALIFORNIA WARN NOTICES FOR DISTRIBUTION CENTERS (.2); CONFERENCE WITH R. SALINS REGARDING SAME (.1).                                                                                                                                                                            |
| MAJOR K        | 12/19/08 | 1.40  | REVIEW WARN NOTICES (.4); DRAFT COMMENTS REGARDING SAME (.3); FOLLOW-UP REGARDING PAY IN LIEU OF NOTICE ISSUES (.2); PHONE CONFERENCE WITH R. SALINS REGARDING SAME (.2); REVIEW DLSE OPINIONS AND GUIDANCE REGARDING SAME (.2).                                                                       |
| MAJOR K        | 12/23/08 | 0.70  | REVIEW TERMINATION NOTICE AND WARN DISCLOSURES (.2); CONFERENCE WITH R. SALINS REGARDING SAME (.1); FOLLOW-UP REGARDING ADDITIONAL EMPLOYEE TERMINATION ISSUES (.4).                                                                                                                                  |
| MAJOR K        | 12/29/08 | 1.00  | REVIEW GOVERNMENT WARN NOTICES (.2); PREPARE AND FINALIZE FOR MAILING (.2); PHONE CONFERENCES WITN R. SALINS REGARDING WARN AND OTHER EMPLOYEE ISSUES (.2); REVIEW R-MAILS FROM D. LATTA REGARDING ADDITIONAL TERMINATION ISSUES (.1); PHONE CONFRRENCE WITH R. SALINS REGARDING SAME (.3).            |
| MAJOR X        | 12/30/08 | 1.00  | CONFERENCE WITH R. SALINS REGARDING ADDITIONAL CALIFORNIA WARN ISSUES (.2); REVIRW AND RKSHARCN SAME (.4); REVIEW AND RRSPOND TO R-MAILS REGARDING ADDITIONAL INFORMATION NEEDED FOR WARN ANALYSIS (.4).                                                                                              |
| MAJOR K        | 12/31/08 | 0.70  | REVIEN AND RESPOND TO E-MAILS REGARDING WARN ISSUES (.1); REVIEW MATERIALS FOR FALTERING COMPAMY EXCEPTION (.4); REVIRW ADDITIONAL WARN NOTICES (.1); DRAFT E-MAIL TO R. SALINS REGARDING SAME (.1).                                                                                                  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  |  | 7.50 |  |
|---|---|---|---|
| Total Counsel |  | 7.50 |  |
| BAKER SK | 12/18/08 | 0.20 | REVIEW OBJECTION OF JEFFERY LEOPOLD TO DEBTOR'S MOTION TO REJECT HIS SEVERANCE AGREEMENT AND CLAIMS (.2). |
| BAKER SK | 12/23/08 | 0.20 | REVIEW MOTION TO REJECT EMPLOYMENT CONTRACT (.2). |
|  |  | 0.40 |  |
| ESKENAZI MG* | 12/29/08 | 0.90 | CONFERENCE WITH R. SALINS REGARDING EMPLOYEE WARN ACT MATTERS; ATTENTION TO EMPLOYEE WARN ACT MATTERS. |
| ESKENAZI MG* | 12/30/08 | 7.60 | ATTENTION TO EMPLOYEE WARN ACT MATTERS. |
| ESKENAZI MG* | 12/31/08 | 4.30 | ATTENTION TO EMPLOYEE WARN ACT MATTERS. |
|  |  | 12.80 |  |
| FREDERICKS IS | 12/19/08 | 0.60 | CONFERENCE CALL WITH CALIFORNIA RE: INCREASE IN WORKERS COMPENSATION LC. |
|  |  | 0.60 |  |
| JACOBSON HONOROWSKI C* | 12/01/08 | 6.00 | RESEARCH WARN ACT ISSUES. |
| JACOBSON HONOROWSKI C* | 12/31/08 | 4.00 | WORK ON EMPLOYEE WARN MATTERS. |
|  |  | 10.00 |  |
| KUMAR JS | 12/04/08 | 0.50 | CALL WITH R. SALINS RE: QUESTION FROM COMPANY ABOUT CHANGES TO MEDICAL PLAN (.3). LOOKING UP DOCUMENTS RE: MEDICAL PLAN QUESTION (.2). |
| KUMAR JS | 12/05/08 | 0.60 | CALL WITH R. SALINS, J. FURFARO, N. LEFF, S. DALE, AND G. KRUEGER RE: COMPANY'S COBRA OBLIGATIONS UPON CHANGING MEDICAL PLAN COVERAGE. |
| KUMAR JS | 12/15/08 | 0.30 | FOLLOW UP WITH R. SALINS AND S. DALE RE: COBRA COVERAGE REQUIRED IF MEDICAL PLAN COVERAGE IS CHANGED (.3). |
|  |  | 1.40 |  |
| LIBOW BO* | 12/22/08 | 3.90 | RESEARCH RE: WARN. |
| LIBOW BO* | 12/29/08 | 0.60 | WORK ON EMPLOYEE WARN ACT MATTERS. |
| LIBOW BO* | 12/30/08 | 7.40 | WORK ON EMPLOYEE WARN ACT MATTERS. |
| LIBOW BO* | 12/31/08 | 4.10 | WORK ON EMPLOYEE WARN MATTERS. |
|  |  | 16.00 |  |
| REED AL* | 12/03/08 | 0.10 | EMAIL RE: EMPLOYEE MOTION AND ORDER IN PREPARATION FOR 12/5 HEARING. |
|  |  | 0.10 |  |

8435

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| SALINS RM | 12/01/08 | 1.00 | CORRESPONDENCE W/I. FREDERICKS RE: PERSONAL LIABILITY UNDER WARN ACT. REVIEWED C. JACOBSON RESEARCH RE: PERSONAL LIABILITY UNDER WARN ACT. |
|---|---|---|---|
| SALINS RM | 12/02/08 | 3.50 | ADDITIONAL REVIEW OF RESEARCH RE: INDIVIDUAL LIABILITY UNDER WARN ACT (1.0). REVIEWED RESEARCH RE: WHETHER WARN ACT PAYMENTS ARE WAGES UNDER STATE WAGE PAYMENT LAWS (1.5); MET W/C. JACOBSON TO DISCUSS RESEARCH. DRAFTED MEMO TO I. FREDERICKS SUMMARIZING RESEARCH (.5). REVIEWED CREDITORS' OBJECTION TO WARN ACT PAYMENT; CALL W/I. FREDERICKS TO DISCUSS (.5). |
| SALINS RM | 12/03/08 | 2.50 | REVIEWED COBRA REGULATIONS RE: AMENDING MEDICAL PLAN (1.6). E-MAIL CORRESPONDENCE W/J. KUMAR AND N. LEFF RE: AMENDING MEDICAL PLAN (.2). CALLS W/S. DALE TO DISCUSS (.2); REVIEWED S. DALE RESEARCH (.5). |
| SALINS RM | 12/04/08 | 6.80 | ADDITIONAL REVIEW OF COBRA REGS. RE: QUALIFYING EVENTS AND ANTICIPATORY CUTBACKS (1.5). CALLS W/N. LEFF AND S. PIERCE TO DISCUSS (.2). CALL W/J. FURFARO AND J. KUMAR RE: TERMINATION OF BENEFITS FOR PART-TIME EMPLOYEES. REVIEWED BLUE CROSS MEDICAL PLAN (.2). RESEARCH RE: WHETHER WARN ACT PERMITS TERMINATION OF BENEFITS DURING WARN NOTICE PERIOD (1.8). DRAFTED MEMO SUMMARIZING ISSUES RE: TERMINATION OF BENEFITS/COBRA RIGHTS FOR PART-TIME EMPLOYEES (2.4). REVIEWED PR BONUS MEMO (.1); CALL W/J. FURFARO TO DISCUSS. DRAFTED REVISIONS TO MEMO (.2). REVIEWED S. DALE RESEARCH RE: ANTICIPATORY CUTBACKS UNDER COBRA (.2); CALL W/S. DALE TO DISCUSS (.2). |
| SALINS RM | 12/05/08 | 0.50 | CALL W/J. FURFARO RE: ANTICIPATORY CUTBACKS (.1); CONF. CALL W/G. KRUEGER, J. FURFARO, N. LEFF AND S. DALE RE: TERMINATING MEDICAL PLANS FOR PART-TIME EMPLOYEES AND COBRA RIGHTS (.4). |
| SALINS RM | 12/11/08 | 4.00 | RESEARCH AND ANALYSIS OF WARN ACT MATTERS IN CONNECTION WITH CLOSURES OF AND TERMINATIONS AT DISTRIBUTION CENTERS AND RE: EXTENDING TERMINATION DATES AT STORES (2.0); CALL W/J. FURFARO TO DISCUSS (.30); CALL W./L. ANDERSON TO DISCUSS (.40); DRAFTED EMAILS TO L. ANDERSON RE: WARN MATTERS (1.3). |
| SALINS RM | 12/12/08 | 0.20 | REVIEWED CORRESPONDENCE RE: CALIFORNIA WARN ISSUES. |
| SALINS RM | 12/15/08 | 0.20 | CORRESPONDENCE W/J. KUMAR AND S. DALE RE: COBRA QUESTIONS. |

28

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| SALINS RM | 12/18/08 | 6.00 | REVIEWED CORRESPONDENCE RE: EMPLOYEE MATTERS (.50); CORRESPONDENCE W/L. ANDERSON RE: WARN MATTERS (.50); WARN ANALYSIS RE: FIREDOG TERMINATIONS AT ATLANTA AND DALLAS SERVICE CENTERS (1.5). DRAFTED EMPLOYEE WARN NOTICES AND GOVERNMENT WARN NOTICES AND PREPARED ENCLOSURES TO GOVERNMENT WARN NOTICES FOR INDUSTRY AND WALNUT DISTRIBUTION CENTERS (3.5). |
|---|---|---|---|
| SALINS RM | 12/19/08 | 2.00 | CALL W/ G. GALARDI RE EMPLOYEE MATTERS (.2); RESEARCH RE NY AMD FEDERAL WARN REQUIREMENTS AND EXCEPTIONS (1.3); EMAIL CORRESPONDENCE W/ G. GALARDI AND J. FURFARD RE WARN REQUIREMENTS AND EXCEPTIONS (.5). |
| SALINS RM | 12/21/08 | 1.00 | DRAFTED REVISIONS TO WARN NOTICES FOR CA DISTRIBUTION CENTERS. |
| SALINS RM | 12/22/08 | 2.10 | CALL W/ J. FURFARO RE WARN AND EMPLOYEE MATTERS (.3); CALL W/ B. LIBOW TO DISCUSS ADDITIONAL WARN RESEARCH (.3); DRAFTED ADDITIONAL REVISIONS TO AND FINALIZED WARN NOTICES FOR DISTRIBUTION CENTERS, AS PER L. ANDERSION, CORRESPONDENCE W/ L. ANDERSON RE NOTICES (1.5). |
| SALINS RM | 12/23/08 | 4.50 | REVIEWED TERMINATION NOTICE FOR DISTRIBUTION CENTER MANAGERS, CALL W/ K. MAJOR TO DISCUSS (.5); RESEARCH RE FEDERAL AND STATE WARN EXCEPTIONS (1); REVIEWED B. LIBOW CASE LAW RESEARCN WHERE EXCEPTIONS APPLIED (2.5); DRAFTED EMAIL TO G. GALARDI RE EXCEPTIONS (.5). |
| SALINS RM | 12/29/08 | 8.80 | FINALIZED WARN NOTICES FOR DISTRIBUTION CENTERS (.50); CALL W/G. GALARDI, J. FURFARO AND D. CONWAY RE: WARN MATTERS (.50); MST W/M. ESKENAZI, B. LIROW, K. ZYLICE AND H. ADRIAN RE: WARN MATTES (.80). RESEARCH RE: STATE WARN LAW REQUIREMENTS; UPDATED CHART RE: STATE REQUIREMENTS (6.0); CALL W/D. LATTA RE: HOURLY EMPLOYEE TERMINATIONS; REVIEWED SPREADSHEET RE: HOURLY EMPLOYEE TERMINATIONS (1.0). |
| SALINS RM | 12/30/08 | 9.00 | ADDITIONAL STATE WARN LAW RESEARCH (2.0); WORKED ON WARN NOTICES (1.0); MEETINGS W/K. ZYLICH, M. ADRIAN, R. LIBOW AND M. ESKENAZI RE: WARN MATTERS (1.5), CALL W/G. GALARDI, J. FURFARO AND R. NEDGEBETH RE: WARN MATTERS (.50). WARN ANALYSIS RE: HOURLY EHPLOYEE TERMINATIONS; DRAFTED EMAIL TO D. LATTA RE: ANALYSIS (2.0); CALL W/D. LATTA RE: WARN AND EMPLOYEE MATTERS (.50); DRAFTED RMAIL TO D. LATTA RE: INFORMATION NERDED FOR WARN ANALYSIS (.50); CALL W/I. FREDERICKS RE: SALE PROCEDURES; REVIEWED SALE PROCEDURES MOTION (1.0). |

M3K

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| SALINS RM | 12/31/08 | 6.20 | CALL W/ D. CONWAY RE SALE PROCESS, REVIEWED LETTER TO BIDDERS RE SALE PROCESS (.7); DRAFTED WARN EMPLOYEE AND GOVERNMENT WARN NOTICES FOR SUPPORT CENTER AND STORES (4); MET W/ B. LIBOW, C. JACOBSON, M. ESKENAZI AND M. ADRIAN RE WARN MATTERS (1); CALLS W/ D. LATTA AND L. ANDERSON RE EMPLOYEE DATA (.5). |
| --- | --- | --- | --- |
|  |  | 58.30 |  |
| Total Associate/Law Clark |  | 99.60 |  |
| ZYLICH AK | 12/18/08 | 2.40 | ANALYZE DATA RE: CIRCUIT CITY EMPLOYEE LIST FOR DIGITAL DEPOTS IN ATLANTA AND DALLAS. |
| ZYLICH AK | 12/29/08 | 10.10 | RESEARCH RE: EMPLOYEE WARN ACT MATTERS. |
| ZYLICH AK | 12/30/08 | 8.90 | RESEARCH RE: FEDERAL AND STATE WARN ACTS; COORDINATE/ ATTEND MEETING RE: CURRENT PROJECTS AND ASSISTANCE NEEDED ON FRIDAY, JANUARY 2, 2009 AND SATURDAY, JANUARY 3, 2009. |
|  |  | 21.30 |  |
| Total Legal Assistant |  | 21.30 |  |
| TOTAL TIME |  | 169.10 |  |

* Law clerks are law school graduates who are not presently admitted to practice.

B43S

Circuit City Stores, Inc. (DIP)                                    Bill Date: 01/13/09
Executory Contracts (Personalty)                                   Bill Number: 1246913

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 12/01/08 | 0.20 | REVIEW AND RESPOND TO SHOPPING.COM EMAILS (.2). |
| GALARDI GM | 12/02/08 | 0.30 | REVIEW EMAILS/ISSUES RE: SHOPPING.COM AND IBM (.3). |
| GALARDI GM | 12/08/08 | 0.30 | REVIEW VRZ STIPULATION RE: SETOFF (.3). |
| GALARDI GM | 12/09/08 | 0.40 | CALLS AND EMAILS RE: IBM ISSUES (.4). |
| GALARDI GM | 12/16/08 | 0.50 | CALL WITH IBM COUNSEL (.3); FOLLOW-UP WITH COMPANY RE: AMENDMENT (.2). |
| GALARDI GM | 12/17/08 | 0.90 | REVIEW AND RESPOND TO EMAIL RE: FOX BROADCATING (.6); CALLS AND EMAILS RE: IBM CONTRACT AMENDMENT (.3). |
| GALARDI GM | 12/18/08 | 0.30 | FOLLOW-UP RE: IBM STATUS (.1); CALLS WITH D. RAMSEY (.1); CALLS WITH IBM COUNSEL (.1). |
| GALARDI GM | 12/20/08 | 0.40 | EMAILS AND CALLS WITH J. MARCUM RE: IBM (.4). |
| GALARDI GM | 12/21/08 | 0.20 | REVIEW AND RESPOND TO EMAILS RE: IBM AND OTHER CONTRACT ISSUES (.2). |
| GALARDI GM | 12/26/08 | 0.30 | REVIEW AND FOLLOW-UP RE: IBM SETTLEMENT ISSUES (.3). |
| | | 3.80 | |
| Total Partner | | 3.80 | |
| FREDERICKS IS | 12/03/08 | 0.60 | CORRESPONDENCE TO AND FROM AND TELEPHONE CALL WITH COUNSEL TO SHOPPING.COM RE: STATUS OF MOTION AND OBJECTION THERETO AND ATTEMPTS TO RESOLVE THE MATTER (.6). |
| FREDERICKS IS | 12/04/08 | 3.60 | REVIEW AND REVISE MULTIPLE DRAFTS OF THE OBJECTION TO SHOPPING.COM MOTION, INCLUDING TELEPHONE CALLS WITH D. RAMSEY AND J. KUMAR RE: SAME (3.6). |
| FREDERICKS IS | 12/12/08 | 1.70 | REVIEW, REVISE AND FINALIZE MOTION TO REJECT CONTRACTS AND A MOTION TO REJECT UNEXPIRED LEASES OF PERSONAL PROPERTY AND RELATED EXHIBITS FOR EACH (1.7). |
| FREDERICKS IS | 12/23/08 | 0.40 | MULTIPLE CORRESPONDENCE TO AND FROM COUNSEL TO SHOPPING.COM RE: REVISED PAYMENT TERMS AND OUTSTANDING PAYMENT ISSUES (.4). |
| FREDERICKS IS | 12/24/08 | 0.50 | MULTIPLE CORRESPONDENCE TO AND FROM J. COHEN (COUNSEL TO SHOPPING.COM) RE: PAYMENT ISSUE AND AGREEMENT REGARDING REVISED PAYMENT TERMS (.5). |

31                                                                       RLSE

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| FREDERICKS IS | 12/28/08 | 0.60 | DRAFT CORRESPONDENCE TO COMMITTEE AND LENDERS RE: IBM SOFTWARE SETTLEMENT, BACKGROUND AND RELATED INFORMATION (.6). |
|---|---|---|---|
| FREDERICKS IS | 12/29/08 | 0.80 | REVIEW DRAFT MOTION TO APPROVE SETTLEMENT WITH IBM AND TELEPHONE CALL WITH J. KUMAR RE: SAME (.8). |
| FREDERICKS IS | 12/30/0R | 2.10 | FURTHER REVISE PROPOSED SETTLEMENT MOTION WITH IBM AND CORRESPONDENCE TO AND TELEPHONE CALLS WITH J. KUMAR (2.1). |
| | | 10.30 | |
| KUMAR JS | 12/02/08 | 5.70 | BEGAN DRAFTING OBJECTION TO SHOPPING.COM MOTION FOR ADEQUATE ASSURANCE OF PAYMENT (3.1). RESEARCHING LEGAL ISSUES RE: SHOPPING.COM MOTION - RIGHT OF CONTRACT COUNTERPARTY TO ADEQUATE ASSURANCE (2.6). |
| KUMAR JS | 12/03/08 | 6.60 | CONTINUE DRAFTING OBJECTION TO SHOPPING.COM MOTION (3.2). CONTINUE LEGAL RESEARCH RE: SHOPPING.COM MOTION - ADEQUATE ASSURANCE (3.4). |
| KUMAR JS | 12/04/08 | 4.30 | LEGAL RESEARCH RE: SHOPPING.COM MOTION/ADEQUATE ASSURANCE (.9). FINISH DRAFTING OBJECTION TO SHOPPING.COM MOTION (3.4). |
| KUMAR JS | 12/09/08 | 4.20 | REVISING MOTION TO REJECT EXECUTORY CONTRACTS AND LEASES (.9). DRAFTING EXHIBITS TO MOTION TO REJECT (1.3); LEGAL RESEARCH RE: SEVERABILITY OF EQUIPMENT LEASES FOR REJECTION (2.1). |
| KUMAR JS | 12/10/08 | 2.60 | LEGAL RESEARCE RE: SEVERABILITY OF EQUIPMENT LEASES FOR REJECTION (1.7); REVISING MOTION TO REJECT EXECUTORY CONTRACTS AND LEASS (.9). |
| KUMAR JS | 12/11/08 | 3.90 | REVISING MOTION TO REJECT EXECUTORY CONTRACTS AND LEASES TO APPLY ONLY TO EXECUTORY CONTRACTS (1.1). DRAFTING MOTION TO REJECT LEASES OF PERSORAL PRDPERTY (1.3). DRAFTING ORDER TO REJECT LEASES OF PERSONAL PROPERTY (.9). REVISING EXHIEITS TO MOTIONS TO REJECT EXECUTORY CONTRACTS AND LEASES (.6). |
| KUMAR JS | 12/12/08 | 6.40 | REVISING MOTION TO REJECT EKECUTORY CONTRACTS (1.2). REVISING ORDER TO REJECT EXECUTORY CONTRACTS (.7). COMPLETING EXHIBIT TO MOTION TO REJECT EXECUTORY CONTRACTS (1.1). REVISING MOTION TO REJECT LEASES OF PERSONAL PROPERTY (.9). REVISING ORDER TO REJECT LEASES OF PERSONAL PROPERTY (.7). COMPLETING EXHIBITS TO MOTION TO REJECT LEASES OF PERSONAL PROPERTY (1.8). |

32

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KUMAR JS | 12/14/08 | 1.90 | BEGIN DRAFTING STIPULATION WITH IBM RE: USE OF SOFTWARE LICENSES (1.9). |
|----------|----------|------|-----|
| KUMAR JS | 12/15/08 | 2.80 | CONTINUE DRAFTING STIPULATION WITH IBM (1.2). BEGIN DRAFTING MOTION TO APPROVE STIPULATION WITH IEM (1.6). |
| KUMAR JS | 12/17/08 | 1.10 | REVIEWING IBM CONTRACT RE: SEVERABILITY OF WORK FLOWS (1.1). |
| KUMAR JS | 12/18/08 | 0.70 | COMPILING CHART OF AND REVIEWING OBJECTIONS TO FIRST OMNIBUS EXECTORY CONTRACT REJECTION MOTION. |
| KUMAR JS | 12/29/08 | 4.70 | REVIEWING IBM CONTRACT AND LEGAL RESEARCH RE: SEVERABILITY OF WORK FLOWS (3.1). REVISING IBM STIPULATION AND 9019 MOTION (1.6). |
| KUMAR JS | 12/30/08 | 1.20 | REVISING IBM 9019 MOTION AND STIPULATION. |
| KUMAR JS | 12/31/08 | 3.30 | REVISING IBM 9019 MOTION, STIPULATION AND ORDER. |
| | | 49.40 | |

Total Associate          59.70

TOTAL TIME               63.50

33                                                                      E4JK

Circuit City Stores, Inc. (DIP)                                    Bill Date: 01/13/09
Financing (DIP and Emergence)                                      Bill Number: 1246913

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 12/01/08 | 1.40 | ATTENTION TO ANALYSIS /RESOLUTION OF DIP OBJECTIONS (1.1); DISCUSSIONS RE SAME (.3). |
| DICKERSON CL | 12/08/08 | 1.80 | PREPARE FOR/ATTEND CONFERENCE CALL WITH CLIENT AND OTHER PROFESSIONALS RE SECOND LIEN FINANCING (1.8). |
| DICKERSON CL | 12/09/08 | 0.60 | CONTINUED ATTENTION TO RESOLUTION OF OBJECTIONS TO FINAL DIP ORDER (.4); DISCUSSIONS RE SAME (.2). |
| DICKERSON CL | 12/11/08 | 2.30 | PREPARE FOR/ATTEND CONFERENCE CALL RE COMMITTEE CORRESPONDENCE RE FINAL DIP ORDER (1.8); CONTINUED ATTENTION TO DIP OBJECTIONS (.4); DISCUSSIONS RE SAME (.1). |
| DICKERSON CL | 12/12/08 | 5.50 | PREPARE FOR /ATTEND MEETING WITH BANKS AND UCC RE FINAL DIP HEARING. |
| DICKERSON CL | 12/13/08 | 2.50 | ATTENTION TO ISSUES RE AMENDMENT TO DIP (2.1); DISCUSSIONS RE SAME (.4). |
| DICKERSON CL | 12/15/08 | 2.20 | REVIEW/PROVIDE COMMENTS TO AMENDMENT TO DIP (1.8); DISCUSSIONS RE SAME (.4). |
| DICKERSON CL | 12/16/08 | 2.10 | CONTINUED ATTENTION TO SECOND AMENDMENT TO DIP CREDIT AGREEMENT (.4); DISCUSSIONS RE SAME (.2); CONFERENCE CALL WITH CLIENT AND PROFESSIONALS RE POTENTIAL SETTLEMENT (1.5). |
| DICKERSON CL | 12/17/08 | 0.90 | CONTINUED ATTENTION TO ISSUES RE RESOLUTION OF COMMITTEE OBJECTION TO DIP (.3); DISCUSSIONS NE SAME (.2); CONTINUED ATTENTION TO RESOLUTION OF OTHER NUMEROUS OBJECTIONS TO FINAL DIP ORDER (.3); DISCUSSIONS RE SAME (.1). |
| DICKERSON CL | 12/19/08 | 0.70 | REVIEW DRAFT FINAL DIP ORDER (.4); DISCUSSIONS RE SAME (.3). |
| DICKERSON CL | 12/30/08 | 1.10 | REVIEW/PROVIDE COMMENTS TO VARIOUS DRAFTS OF 8-K RE ENTRY OF FINAL DIP ORDER (.7); MULTIPLE DISCUSSIONS RE SAME (.4). |
|  |  | 21.10 |  |
| GAJARDT GM | 12/05/08 | 0.60 | CALLS AND EMAILS RE: DIP DISCOVERY (.6). |
| GALARDI GM | 12/06/08 | 3.70 | EMAILS AND CALL WITH D. BERMAN RE: DIP ISSUES; NUMEROUS CALLS AND EMAILS WITH COMPANY, FTI, SAMSUNG AND HP RE: SECOND LIEN PROGRAM (3.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GALARDI GM | 12/07/08 | 2.40 | CONTINUE WORKING ON VENDOR LIEN FINANCING AND MODELING WITH FTI AND COMPANY (1.1); DEVELOP MOTION RE: VENDOR LIEN (.7); REVIEW AND RESPOND TO EMAILS FROM COMMITTEE (.2); WORK ON DISCOVERY ISSUES (.4). |
|---|---|---|---|
| GALARDI GM | 12/09/08 | 2.40 | CALLS AND EMAILS RE: DIP ISSUES AND STRATEGY (.8); REVIEW AND COMMENT ON DIP SENSITIVITY ANALYSIS AND ISSUES (.6); FOLLOW-UP RE: FTI FEE (.3); REVIEW AND RESPOND TO EMAILS AND CALLS RE: COMMITTEE DISCOVERY (.7). |
| GALARDI GM | 12/10/08 | 2.30 | CALLS AND EMAILS RE: COMMITTEE DIP OBJECTION AND DISCOVERY (1.3); REVIEW AND ANALYZE COMMITTEE LETTER TO BANKS (.6); CALL WITH BANKS RE: DISCOVERY STATUS AND POSSIBLE RESOLUTIONS (.4). |
| GALARDI GM | 12/11/08 | 2.30 | CALLS RE: DIP ADJUSTMENTS WITH FTI AND BANK COUNSEL (.8); DEVELOP ANALYSIS RE: VOTING REQUIREMENTS FOR DIP AMENDMENTS (.4); CONTINUE WORKING ON DISCOVERY MATTERS (1.1). |
| GALARDI GM | 12/12/08 | 9.40 | MEET WITH COMPANY IN PREPARATION FOR MEETING WITH COMMITTEE AND BANKS RE: FINAL DIP (.7); MEETINGS WITH BANKS AND COMMITTEE RE: DIP (4.8); MEETINGS WITH COMPANY RE: DIP PROPOSALS AND NEGOTIATIONS (2.8); CALLS AND EMAILS RE: DISCOVERY ISSUES AND STRATEGY (1.1). |
| GALARDI GM | 12/13/08 | 1.10 | CALLS RE: DIP DISCVOERY STRATEGY (1.1). |
| GALARDI GM | 12/14/08 | 0.40 | WORK ON ISSUES RE: DIP DISCOVERY. |
| GALARDI GM | 12/15/08 | 0.40 | FOLLOW-UP RE: DEPO PREP AND DISCOVERY (.2); CALL WITH D. BERMAN RE: COMMITTEE EMAIL AND AMENDMENT ISSUES (.2). |
| GALARDI GM | 12/16/08 | 5.70 | NUMEROUS CALLS WITH COMMITTEE AND BANK COUNSEL RE: FINAL DIP (2.6); EMAILS RE: FINAL DIP FINANCING HEARING, COMMITTEE OBJECTIONS AND DISCOVERY PREPARATION (1.4); CALL WITH FTI RE: BUDGET ISSUES (.4); CALL WITH MANAGEMENT RE: COMMITTEE/BANK SETTLEMENT (1.3). |
| GALARDI GM | 12/17/08 | 2.30 | WORK ON COMMITTEE SETTLEMENT AND BANK AMENDMENT (1.7); CALL WITH BANKS RE: INVENTORY PURCHASES AND PERFORMANCE (.6). |
| GALARDI GM | 12/19/08 | 0.80 | ADDRESS DIP AND TRANSACTION TIMING ISSUES (.8). |
| GALARDI GM | 12/20/08 | 0.60 | CALL WITH COMMITTEE PROFESSIONALS RE: WIND DOWN BUDGET (.6). |
| GALARDI GM | 12/21/08 | 0.70 | BEGIN PREPARING FOR FINAL HEARING ON DIP (.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GALARDI GM | 12/22/08 | 1.90 | COMPLETE PREPARATION FOR HEARING FINAL DIP (1.1); ATTEND AND REPRESENT COMPANY AT HEARING ON DIP (.8). |
| GALARDI GM | 12/30/08 | 0.60 | CALLS RE: DIP ISSUES AND RESERVES (.6). |
| GALARDI GM | 12/31/08 | 0.70 | WORK ON WINDDOWN BUDGET MATTERS. |
| | | 38.30 | |
| MEEHAN EJ | 12/01/08 | 2.00 | ADDRESS CONFIDENTIALITY AGREEMENT DRAFT (0.8); FURTHER ANALYSIS OF ISSUES FOR DIP DISPUTE (1.2). |
| MEEHAN EJ | 12/03/08 | 0.30 | FOLLOWUP ANALYSIS OF DIP DISCOVERY PRODUCTION AND CONFIDENTIALITY ISSUES. |
| MEEHAN EJ | 12/04/08 | 0.20 | REVIEW DIP DISCOVERY STATUS AND CONFIDENTIALITY OF DOCUMENT PRODUCTION. |
| MEEHAN EJ | 12/05/08 | 0.20 | REVIEW STATUS AND UPDATES ON DIP DISCOVERY. |
| MEEHAN EJ | 12/08/08 | 0.50 | ADDRESS DIP DISCOVERY AND CONFIDENTIALITY ISSUES. |
| MEEHAN EJ | 12/09/08 | 2.10 | REVIEW LATEST DRAFT OF CONFIDENTIALITY STIPULATION AND DEVELOP RESPONSES TO COMMENTS FROM PARTIES (0.8); UPDATES ON DEVELOPMENTS AND PLANNING FOR DIP DISCOVERY (1.3). |
| MEEHAN EJ | 12/10/08 | 3.70 | PREPARE FOR DEPOSITIONS (2.3); ADDRESS COMMITTEE DIP DISCOVERY REQUESTS (1.4). |
| MEEHAN EJ | 12/11/08 | 8.00 | WITNESS PREPARATION (1.8); TELEPHONE CONFERENCES WITH COMMITTEE COUNSEL ON DIP DISCOVERY ISSUES (0.7); FURTHER ANALYSIS OF POTENTIAL OBJECTIONS AND RESPONSES (3.3); DEVELOP APPROACH TO DEPOSITIONS AND DIP DOCUMENT DISCOVERY (2.2). |
| MEEHAN EJ | 12/12/08 | 4.80 | FURTHER ANALYSIS OF DIP DISCOVERY ISSUES AND DEPOSITION PREPARATION. |
| MEEHAN EJ | 12/13/08 | 0.90 | REVIEW DEVELOPMENTS AND MATERIALS ON ISSUES IN DIP DISPUTE. |
| MEEHAN EJ | 12/14/08 | 0.60 | UPDATES AND STRATEGY PLANNING FOR DIP DISCOVERY. |
| MEEHAN EJ | 12/15/08 | 11.20 | PREPARE WITNESSES FOR TESTIMONY AND DEVELOP APPROACH TO HEARING. |
| MEEHAN EJ | 12/16/08 | 8.10 | PREPARE FOR DEPOSITIONS (4.0); DEVELOP RESPONSES TO DIP DISCOVERY REQUESTS (1.3); PREPARE FOR DIP HEARING (2.8). |
| | | 42.60 | |
| Total Partner | | 102.00 | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER SK | 12/01/08 | 0.70 | REVIEW DRAFT OF IRREVOCABLE STAND BY LETTER OF CREDIT SUBMITTED BY ALABAMA POWER (.4) ; REVIEW JOINDER OF BASILE LLC TO INLAND SOUTHWEST 'S DIP OBJECTION (.1) ; REVIEW JOINDER OF 502-12 96TH STREET TO POLARIS LTD'S OBJECTION TO DIP FINANCING (.1) ; REVIEW JOINDER OF WOODLAWN TRUSTEES TO INLAND SOUTHWEST'S DIP FINANCING OBJECTION (.1). |
|---|---|---|---|
| | | 0.70 | |
| FREDERICKS IS | 12/19/08 | 1.70 | REVIEW AND REVISE REPLY TO NAVARR'S OBJECTION TO THE DIP AND OBJECTION TO NAVARE'S MOTION FOR ADEQUATE PROTECTION AND TELEPHONE CALL WITH K GRANT RE: SAME (.9); REVIEW REVISED BUDGET TO ACTUAL AND PROVIDE COMMENTS TO K. CHEW RE: SAME; TELEPHONE CALL WITH K. CHEW RE: SAME (.8). |
| FREDERICKS IS | 12/20/08 | 2.40 | PARTICIPATE IN CONFERENCE CALL WITH COUNSEL TO THE COMMTITEE, G. GALARDI, C. DICKERSON AND FTI RE: WIND-DOWN BUDGET (1.5); PARTICPATE IN FOLLOW-UP CONFERENCE CALL WITH ALL BUT FTI RE: (.5) SALE TAX ORDER AND ROTHSCHILD AND DJM RETENTION ISSUES (.2); AND FOLLOW-UP CONFERENCE CALL WITH C. DICKERSON RE: SAME (.2). |
| FREDERICKS IS | 12/23/08 | 1.10 | MULTIPLE CORRESPONDENCE TO AND FROM COUNSEL TO THE MONITOR RE: DIP ORDER (.5); MULTIPLE TELEPHONE CALLS WITH K. GRANT RE: NAVARE AND MONITOR ISSUES WITH LANGUAGE IN THE DIP (.6). |
| | | 5.20 | |
| GRANT K | 12/08/08 | 1.40 | BEGAN REVIEW OF DIP OBJECTIONS AND ANALYSIS REGARDING SAME. (1.4). |
| GRANT K | 12/09/08 | 1.60 | CONTINUED REVIEW AND ANALYSIS OF DIP OBJECTIONS. (1.6). |
| GRANT K | 12/10/08 | 1.40 | CONTINUED WORK ON REVIEW AND RESPONSES TO DIP OBJECTIONS. (1.4). |
| GRANT K | 12/11/08 | 2.40 | WORKING GROUP CALL REGARDING DIP OBJECTIONS WITH CLIENT AND PROFESSIONALS (1.3); CONTINUED WORK ON REVIEW OF AND RESPONSE TO DIP OBJECTIONS (1.1). |
| GRANT K | 12/12/08 | 2.60 | WORKING GROUP CALL REGARDING DIP FINANCING WITH CIRCUIT CITY AND PROFESSIONALS (1.1); REVIEWED CREDIT AGREEMENTS REGARDING NOTICE REQUIREMENTS (1.2); TELECONFERENCES AND EMAILS WITH M. KILKENNY REGARDING SAME. (.3). |
| GRANT K | 12/14/08 | 1.10 | EMAILS REGARDING DIP OBJECTIONS AND WORKED ON DOCUMENT REQUEST FROM CREDITORS' COMMITTEE. (1.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 12/15/08 | 2.70 | CONTINUED WORK ON RESPONSES TO DIP OBJECTIONS AND TELECONFERENCES WITH COUNSEL REGARDING SAME(2.3); TELECONFERENCES AND EMAILS WITH M. KILKENNY REGARDING SAME. (.4). |
|---|---|---|---|
| GRANT K | 12/16/08 | 6.40 | TELECONFERENCE WITH D. BERMAN, M. CRIDER AND M. KILKENNY REGARDING DIP OBJECTIONS (.6); REVIEWED DRAFT FINAL ORDER REGARDING SAME. (1.4); CONTINUED WORK ON RESOLUTIONS OF DIP OBJECTIONS AND TELECONFERENCES AND EMAILS WITH PARTIES REGARDING SAME. (1.9); TELECONFERENCE WITH COMPANY AND PROFESSIONALS REGARDING RESOLUTION OF DIP ISSUES WITH COMMITTEE (1.7); REVIEWED PROPOSED AMENDMENT TO DIP AGREEMENT. (.8). |
| GRANT K | 12/17/08 | 4.50 | CONTINUED REVIEW OF 2ND AMENDMENT TO DIP CREDIT AGREEMENT (1.1); REVIEWED AND MARKED UP DRAFT FINAL ORDER AND EMAILS WITH LENDERS' COUNSEL REGARDING SAME. (2.2); WORKED ON STIPULATION RESOLVING NAVARRE OBJECTION. (1.2). |
| GRANT K | 12/18/08 | 4.30 | CONTINUED WORK TO RESOLVE/RESPOND TO DIP OBJECTIONS (3.1); CONTINUED REVIEW OF AMENDMENT DOCUMENTS REGARDING SAME. (1.2). |
| GRANT K | 12/19/08 | 6.40 | CONTINUED WORK TO RESPOND TO AND RESOLVE DIP OBJECTIONS AND BEGAN HEARING PREPARATION REGARDING SAME (2.6); DRAFTED AND REVISED OBJECTION TO NAVARRE MOTION AND OBJECTIONS (3.8). |
| GRANT K | 12/20/08 | 4.10 | CONTINUED WORK ON RESOLVING OBJECTIONS TO FINAL DIP ORDER (1.9). REVIEWED DRAFT OF FINAL ORDER (1.1) AND SECOND AMENDMENT (.6) AND COMMENTS OF CREDITORS' COMMITTEE REGARDING SAME (.5). |
| GRANT K | 12/21/08 | 7.50 | TRAVELED TO RICHMOND FOR OMNIBUS HEARING. |
| GRANT K | 12/22/08 | 8.70 | PREPARED FOR (2.8) AND ATTENDED (5.9) OMNIBUS HEARING. |
| GRANT K | 12/23/08 | 5.90 | WORKED ON FINALIZING AND SUBMITTING FINAL DIP ORDER (3.2) AND EMAILS AND TELECONFERENCES WITH COUNSEL FOR CANADIAN MONITOR (1.3) AND NAVARRE (.7) REGARDING SAME. ALSO WORKED ON FINALIZING SECOND AMENDMENT TO DIP CREDIT AGREEMENT (.7). |
| GRANT K | 12/30/08 | 1.60 | REVIEWED CREDIT AGREEMENT REGARDING PREPAYMENT AND EMAIL WITH B. CASHMAN REGARDING SAME (.4); REVIEWED DRAFT 8-K REGARDING ENTRY OF FINAL DIP ORDER (.9); AND EMAILS REGARDING SAME. (.3). |

62.60

| KUMAR JS | 12/07/08 | 2.30 | BEGAN DRAFTING MOTION TO APPROVE TRADE CREDIT PROGRAM AND GRANTING OF TRADE LIENS TO VENDORS (2.3). |
|---|---|---|---|
| KUMAR JS | 12/08/08 | 4.50 | CONTINUE DRAFTING MOTION TO APPROVE TRADE CREDIT PROGRAM AND GRANTING OF TRADE LIENS (3.9). CALL WITH G. GALARDI, C. DICKERSON, B. BESANKO, AND OTHERS RE: TRADE CREDIT PROGRAM (.6). |
| KUMAR JS | 12/09/08 | 3.20 | REVISING TRADE CREDIT/LIEN MOTION (2.1). DRAFTING TRADE CREDIT/LIEN ORDER (1.1). |
| | | 10.00 | |
| LIBERI JM | 12/01/08 | 2.40 | COMFERENCE CALL WITH COMMITTEE COUNSEL AND DIP LENDER COUNSEL RE: COMMITTEE DISCOVERY (0.7); EEVIEW COMMUNICATIONS RE: SAME (0.4); REVIEW DRAFT DISCOVERY RESPONSES AND FORM OF CONFIDENTIALITY AGREEMENT (1.3). |
| LIBERI JM | 12/02/08 | 1.90 | REVISE DRAFT CONPIDENTIALITY AGREEMENT (0.7); PREPARE FOR DOCUMENT COLLECTION AND PRODUCTION ISSUES (1.2). |
| LIBERI JM | 12/04/08 | 1.90 | REVIEW COMMUNICATIONS RE: COMMITTEE DISCOVERY ISSUES (0.5): REVISE CONFIOENTIALITY AGREEMENT RE: COMMITTEE DISCOVEEY (1.4). |
| LIBERI JM | 12/08/08 | 1.50 | CONFERENCE CALLS WITH DIP LENDER COUNSEL AND COMMITTE COUNSEL RE: DIP FINANCING LITIGATION DISCOVEEY (1.1); REVISE AND CIECULATE DRAFT DISCOVERY AGREEMENT (0.4). |
| LIBERI JM | 12/10/08 | 1.90 | COORDINATE COLLECTION AND PROCESSING OF DOCUMENTS RE: DIP FINANCING DISCOVERY (1.3); COMMUNICATE WITH DOCUMENT CUSTODIANS RE: SAME (0.4); COMMUNICATE WITH COMMITTEE COUNSEL RE: DISCOVERY AND CONFIDENTIALITY MATTERS (0.2). |
| LIBERI JM | 12/11/08 | 1.10 | COORDINATE COLLECTION AND REVIEW OF DOCUMENTS FOR PRODUCTION RE: DIP PINANCING LITIGATION (0.8); REVISE CONPIDENTIALITY AGREEMENT RE: COMMENTS FROM BANK AGENT COUNSEL (0.2); CIRCULATE EXECUTION COPY OF CONFIDENTIALITY AGREEMENT (0.1). |
| LIBEEI JM | 12/12/08 | 9.40 | REVIEW DOCUMENTS FOR PRODUCTION RE: DIP FINANCING DISCOVERY (8.8); DRAFT KEY PARTIES LIST RE: SAME (0.6). |
| LIBERI JM | 12/13/08 | 6.80 | REVIEW DOCUMENTS FOR PRODUCTION RE: DIP FINANCING LITIGATION (6.2); COORDINATE PRODUCTION OF SAME (0.6). |
| LIBERI JM | 12/14/08 | 2.70 | LOCATE AND SUMMARIZE DOCUMENTS OF INTEREST IN PREPARATION FDR DIP PINANCING LITIGATION DEPOSITIONS (2.7). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LIBERI JM | 12/15/08 | 7.70 | REVIEW DOCUMENTS FOR PRODUCTION RE: DIP FINANCING LITIGATION (6.9); COORDINATE COLLECTION AND PRODUCTION OF DOCUMENTS (0.8). |
| LIBERI JM | 12/16/08 | 6.90 | REVIEW DOCUMENTS FOR PRODUCTION RE: DIP FINANCING LITIGATION (6.6); COORDINATE PRODUCTION OF DOCUMENTS (0.3). |
| LIBERI JM | 12/17/08 | 1.10 | REVIEW GREYSTONE COMPLAINT AND CONTRACT (1.1). |
| LIBERI JM | 12/18/08 | 0.80 | REVIEW CASELAW RE: CONSTRUCTIVE TRUST ISSUES (0.8). |
| LIBERI JM | 12/19/08 | 0.30 | COMMUNICATE WITH D. FOLEY RE: GREYSTONE ADVERSARY COMPLAINT MATTERS (0.3). |
| LIBERI JM | 12/22/08 | 1.40 | REVIEW CONSUMER ELECTRONIC PROGRAM AGREEMENT RECEIVED FROM THE COMPANY RE: GREYSTONE ADVERSARY COMPLAINT (0.9); CONSIDER POTENTIAL RESPONSES TO GREYSTONE COMPLAINT BASED ON SAME (0.5). |
| LIBERI JM | 12/23/08 | 1.20 | REVIEW GREYSTONE ADVERSARY MATTERS (0.7); CONFERENCE CALL WITH D. RAMSEY RE: GREYSTONE MATTERS (0.5). |
| | | 49.00 | |
| MURPHY M | 12/08/08 | 8.60 | REVIEW OBJECTIONS TO DIP FINANCING MOTION (8.6). |
| MURPHY M | 12/09/08 | 3.90 | RESEARCH DIP RESPONSE PRECEDENT (3.9). |
| MURPHY M | 12/10/08 | 0.80 | REVIEW DIP OBJECTIONS AND RESEARCH POTENTIAL RESPONSES (0.8). |
| MURPHY M | 12/11/08 | 8.50 | RESEARCH POTENTIAL RESOLUTIONS TO DIP OBJECTIONS, AND CONTACT OBJECTORS (8.5). |
| MURPHY M | 12/12/08 | 7.90 | CONTACT DIP OBJECTORS AND ATTEMPT TO RESOLVE OBJECTIONS (7.9). |
| MURPHY M | 12/14/08 | 1.60 | UPDATE CHART OF DIP OBJECTIONS AND RELATED BINDER (1.6). |
| MURPHY M | 12/15/08 | 5.10 | CONTACT OBJECTORS, ATTEMPT TO RESOLVE OBJECTIONS AND DRAFT FOLLOW-UP EMAILS (3.1); REVIEW TRANSCRIPTS AND CIRCULATE EXCERPTS TO OBJECTORS (2.0). |
| MURPEY M | 12/16/08 | 5.80 | CALL WITH DIP LENDER RE: RESOLUTION OF OBJECTIONS (0.3); CONTACT OBJECTORS AND ATTEMPT TO RESOLVE OBJECTIONS (3.6); DRAFT STIPULATION TO RESOLVE OBJECTION (1.9). |
| MURPHY M | 12/17/08 | 3.50 | DRAFT STIPULATION TO RESOLVE DIP OBJECTION (2.1); PREPARE HEARING MATERIALS (0.9); RESPOND TO OBJECTORS AND WORK TO RESOLVE OBJECTIONS (0.5). |
| MURPHY M | 12/18/08 | 7.30 | RESOLVE DIP OBJECTIONS (7.3). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| MURPHY M | 12/19/08 | 5.90 | DISCUSS DIP OBJECTION ISSUES WITH TEXAS TAXING AUTHORITIES, CONFIRM RESOLUTIONS OF OTHER DIP OBJECTIONS, RESEARCH DIP PRIMING ISSUES, AND OTHER TASKS RELATED TO RESOLUTION OF DIP OBJECTION (5.9). |
|---|---|---|---|
| MURPHY M | 12/20/08 | 1.00 | REVIEW RECENT CHANGES TO DIP ORDER AND COMMUNICATE ALTERATIONS TO OBJECTORS (1.0). |
| MURPHY M | 12/21/08 | 2.00 | REVIEW REVISED ORDER AND COMMUNICATE CHANGES TO OBJECTORS (2.0). |
| MURPHY M | 12/22/08 | 6.00 | LISTEN TO JUDICIAL DECISION AND NOTE CHANGES TO BE MADE TO CONFORM RELATED DOCUMENTS (2.0); UPDATE ORDER AND STIPULATIONS TO CONFORM TO COURT'S INSTRUCTIONS, SEND TO LENDER'S AND OPPOSING COUNSEL FOR REVIEW AND DISCUSS OPPOSING COUNSEL'S MODIFICATIONS WITH WORKING GROUP (4.0). |
| MURPEY M | 12/23/08 | 2.60 | INCORPORATE CHANGES AND COMMENTS FROM VARIOUS PARTIES INTO FINAL DIP ORDER. (1.8) MEETING WITH WORKING GROUP. (.8). |

70.50

| RUNNELLS ST* | 12/08/08 | 2.30 | READ DRAFT DOCUMENTS RE: CONFIDENTIALITY AGREEMENT AND DISCOVERY PROCEDURES (.3); ATTEND CONFERENCE CALL WITH DEBTOR AND DIP LENDER COUNSEL RE: DISCOVERY PLAN AND PREPARATION FOR COMMITTEE CONFERENCE CALL (1.0); ATTEND CONFERENCE CALL WITH COMMITTEE COUNSEL TO FINALIZE DOCUMENT PRODUCTION AND SCHEDULE DEPOSITIONS (.7); WRITE MEMO AND EMAIL TO G. GALARDI SUMMARIZING CONFERENCE CALLS (.3). |
|---|---|---|---|
| RUNNELLS ST* | 12/16/08 | 1.10 | REVIEW DOCUMENTS FOR PRODUCTION FROM SKADDEN EMAILS BETWEEN NOVEMBER 10 AND DECEMBER 11. |
| RUNNELLS ST* | 12/18/08 | 4.20 | MEET WITH J. LIBERI; DRAFT MOTION TO DISMISS IN RESPONSE TO CONSTRUCTIVE TRUST COMPLAINT. |
| RUNNELLS ST* | 12/21/08 | 2.60 | REVIEW CONSUMER ELECTRONICS PROGRAM AGREEMENT AND SUMMARIZE RELEVANT TERMS AS THEY RELATE TO GREYSTON ADVERSARIAL COMPLAINT FOR CONSTRUCTIVE TRUST. |
| RUNNRLLS ST* | 12/22/08 | 0.60 | REVIEW CONSUEMR ELECTRONICS SERVICE AGREEMENT FOR DEFINITION OF "CLAIM" AS IT APPLIES TO THIRD PARTY SERVICERS; DISCUSS SAME WITH J. LIBERI. |

10.80

Total Associate/Law Clerk     208.80

41                                                                              0435

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| CHU LT | 12/12/08 | 7.25 | TELEPHONE CONFERENCE W/ J. LIBERI ET AL. RE: MATTER INTRODUCTION AND DOCUMENT REVIEW (0.25 HR); REVIEW AND ANALYZE DOCUMENTS (7.0 HR). |
|---|---|---|---|
| | | 7.25 | |
| ROSS SE | 12/12/08 | 7.00 | CONDUCT DOCUMENT REVIEW. |
| | | 7.00 | |
| Total Staff Attorney/Staff Law Clerk | | 14.25 | |
| INGRAM CH | 12/09/08 | 1.00 | ASSIST CASE TEAM WITH ELECTRONIC DIP DISCOVERY PROJECT RE: COMMUNICATIONS W/CASE TEAM AND IT (.4); COORDINATING SKADDEN INTERNAL EMAIL COLLECTION (.6). |
| INGRAM CH | 12/10/08 | 2.00 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: COMMENCE EMAIL RESTORATION PROCESS; CONFS W/CASE TEAM; COMMENCE VENDOR COORDINATION RE DATA PROCESSING. |
| INGRAM CH | 12/11/08 | 3.70 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: MANAGE SKADDEN EMATL HARVESTING; VENDOR COORDINATION RE ELECTRONIC DISCOVERY PROCESSING AND NEW E DISCOVERY REVIEW DATABASE CREATION AND POPULATION. |
| INGRAM CH | 12/12/08 | 4.70 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: WORK ON ELECTRONIC PRODUCTION OF FILES. |
| INGRAM CH | 12/13/08 | 3.70 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: WORK ON ELECTRONIC PRODUCTION. |
| INGRAM CH | 12/15/08 | 2.10 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: CONTINUATION OF EMAIL HARVEST AND PROCESSING; COORDINATE W/VENDOR, STAFF AND CASE TEAM. |
| INGRAM CH | 12/16/08 | 4.10 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: WORK ON CONTINUED PRODUCTION, PRIVILEGE CHANGES; COORDINATE W/VENDOR, CASE TEAM, STAFF AND OPPOSING COUNSEL. |
| INGRAM CH | 12/17/08 | 1.20 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: PRODUCTION DATABASE CREATION; MANAGE CASE EMAILS AND WORKING FILES. |
| | | 22.50 | |
| Total Client Specialist | | 22.50 | |
| DEMMA J | 12/09/08 | 0.60 | PREPARE DIP OBJECTION REPLY PRECEDENT FOR ATTORNEY REVIEW (.6). |
| DEMMA J | 12/11/08 | 1.10 | PREPARE LANDLORD CONTACT LIST REGARDING DIP OBJECTIONS (1.1). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

|  | | 1.70 | |
|---|---|---|---|
| HEANEY CM | 12/17/08 | 0.40 | REVIEW ADVERSARY CASE FOR UPDATES (.2); OBTAIN AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2). |
|  | | 0.40 | |
| Total Legal Assistant | | 2.10 | |
| TOTAL TIME | | 249.65 | |

\* Law clerks are law school graduates who are not presently admitted to practice.

43

3435

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 01/13/09
Insurance                                                          Bill Number: 1246913

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| REYNOLDS T | 11/03/08 | 3.70 | REVIEW POLICY PLACEMENT ISSUES (3.0); TEL CALLS RE SAME (.7). |
| REYNOLDS T | 11/04/08 | 2.30 | EMAILS RE C COVERAGE (1.2); CALL RE SAME (1.1). |
| REYNOLDS T | 11/05/08 | 3.10 | CALLS RE D&O UPDATE (2.5); REVIEW EMAILS RE SAME (.6). |
| REYNOLDS T | 11/07/08 | 3.40 | CONFERENCE CALL WITH BOARD RE D&O (2.8); PREP EMAILS AND CALLS BEFOREHAND (.6). |
| REYNOLDS T | 11/24/08 | 2.10 | EMAILS RE FIDUCIARY AND CRIME (1.6); REVIEW FIDUCIARY POLICY (.5). |
|  |  | 14.60 |  |
| Total Partner |  | 14.60 |  |
| FREDERICKS IS | 12/02/08 | 0.50 | MULTIPLE CORRESPONDENCE TO AND FROM L. BALDAGA AND T. BEHNKE RE: NWIL ISSUES AND RELATED INTERCOMPANY INSURANCE TRANSACTIONS (.5). |
|  |  | 0.50 |  |
| REED AL* | 12/01/08 | 4.80 | REVIEW AND ANALYZE INSURANCE AGREEMENTS (1.6); DRAFT INSURANCE MOTION (2.3); DRAFT ACCOMPANYING ORDER(.9). |
| REED AL* | 12/16/08 | 3.60 | CONFERENCE RE: ASSURANT AGREEMENT AND DEVELOPMENTS REGARDING SAME (.1); READ AND ANALYZE AGREEMENT WITH ASSURANT (.9); RESEARCH RE: TERMINATION OF EXECUTORY CONTRACTS (.7); RESEARCH RE: PERSONAL SERVICE CONTRACTS (.5); DRAFT LETTER RESPONDING TO ASSURANT'S ATTEMPT TO TERMINATE AGREEMENT (1.4). |
| REED AL* | 12/17/08 | 1.90 | CONFERENCE RE: ASSURANT'S PURPORTED ATTEMPT TO DENY NEW AUTHORIZATIONS AND DISCUSSION OF APPROPRIATE RESPONSE (.2); RESEARCH RE: AUTOMATIC STAY (.7); REVISE DRAFT RESPONSE TO ASSURANT (1.0). |
|  |  | 10.30 |  |
| Total Associate/Law Clerk |  | 10.80 |  |
| TOTAL TIME |  | 25.40 |  |

* Law clerks are law school graduates who are not presently admitted
to practice.

44                                                                          B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                      Bill Date: 01/13/09
Leases (Real Property)                                               Bill Number: 1246913

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 12/02/08 | 0.40 | REVIEW AND RESPOND TO EMAILS RE: LANDLORD ISSUES FOR 12/5 HEARING. |
| GALARDI GM | 12/04/08 | 1.30 | DEVELOP STRATEGY RE: LANDLORD OBJECTIONS TO NUMEROUS MOTIONS (1.3). |
| GALARDI GM | 12/05/08 | 5.90 | PREPARE FOR HEARING ON NUMEROUS REAL ESTATE MATTERS (1.4); MEETINGS WITH LANDLORDS RE: NUMEROUS REAL ESTATE MATTERS (3.6); REPRESENT COMPANY AT HEARING ON NUMEROUS REAL ESTATE MATTERS (.9). |
| GALARDI GM | 12/06/08 | 0.60 | EMAILS RE: MODIFICATIONS TO 365(D)(4) ORDER. |
| GALARDI GM | 12/07/08 | 0.50 | REVIEW BLACKLINE ORDERS OF 365(D)(4) AND OTHER ORDERS. |
| GALARDI GM | 12/08/08 | 1.10 | WORK ON LEASE REJECTION STRATEGY (.3); CALLS AND EMAILS RE: 365(D)(3) AND OTHER LANDLORD ISSUES (.8). |
| GALARDI GM | 12/09/08 | 1.60 | FINALIZE LEASE SALE PROCEDURES (.7); CALLS AND EMAILS RE: NUMEROUS MOTIONS TO COMPEL AND RENT ISSUES (.9). |
| GALARDI GM | 12/10/08 | 0.90 | REVIEW AND RESPOND TO NUMEROUS EMAILS RE: LEASE PAYMENT MATTERS (.9). |
| GALARDI GM | 12/16/08 | 1.10 | FOLLOW-UP RE: LEASE AUCTION (.3); WORK ON ISSUES AND RESPONSES TO MOTIONS TO COMPEL (.8). |
| GALARDI GM | 12/17/08 | 0.70 | REVIEW AND RESPOND TO EMAILS RE: LEASE AUCTION (.3); REVIEW AND RESPOND TO EMAILS RE: MOTIONS TO COMPEL (.4). |
| GALARDI GM | 12/18/08 | 0.90 | WORK ON NUMEROUS LANDLORD ISSUES RE: MOTIONS TO COMPEL AND 12/22 HEARING (.9). |
| GALARDI GM | 12/21/08 | 0.60 | BEGIN PREPARING FOR HEARING ON MOTIONS TO COMPEL (.6). |
| GALARDI GM | 12/22/08 | 3.90 | COMPLETE PREPARATION FOR 1 PM HEARING MATTERS ON LEASES AND MOTIONS TO COMPEL (1.8); ATTEND AND REPRESENT COMPANY AT HEARING ON NUMEROUS LEASE MATTERS (2.1). |
| | | 19.50 | |
| Total Partner | | 19.50 | |
| BAKER SK | 12/01/08 | 0.20 | REVIEW GENERATION ONE'S AMENDED OBJECTION TO LEASE REJECTION MOTION (.2). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| BAKER SK | 12/03/08 | 0.70 | REVIEW CARDINAL CAPITAL'S OBJECTION TO BIDDING PROCEDURES (.3) ; REVIEW MOTION TO COMPEL PAYMENT OF ADMINISTRATIVE RENT (.4) . |
|---|---|---|---|
| BAKER SK | 12/10/08 | 0.60 | REVIEW HAMILTON CHASE SANTA MARRA'S OBJECTIONS TO DEBTORS CURE AMOUNTS (.4) ; REVIEW TUTWILER PROPERTIES OBJECTION TO DEBTORS' CURE AMOUNTS (.2) . |
| BAKER SK | 12/17/08 | 4.60 | REVIEW OBJECTION OF WEST CAMPUS SQUARN COMPANY, LLC TO CURE AMOUNT PROPOSED BY DEBTORS (.3) ; REVIEW OBJECTION OF INLAND AMERICA RETAIL MANAGEMENT LLC TO CURE AMOUNT PROPOSED BY DEBTORS' (.2) ; REVIEW ARBORETUM SOUTH BARRINGTON'S OBJECTION TO DEBTOES' PROPOSED CURE AMOUNTS (.4) ; REVIEW MOTION OF BURBANK MALL ASSOCIATION TO COMPEL POST-PETITION RENT AND TAXES (.2) ; REVIEW MOTION TO COMPEL POST-PETITION PAYMENT OF RENT AND TAXES OF CROWN CCI LLC (.2) REVIEW MOTION TO COMPEL PAYMENT OF POS-PETITION RENT OF WOODLAWN TRUSTEES, INC. (.1) ; REVIEW MOTION TO COMPEL PAYMENT OF POS-PETITION RENT OF 502-12 86TH STREET LLC (.1) ; REVIEW MOTION TO COMPEL PAYMENT OF POS-PETITION RENT OF BASIL LLC (.1) ; REVIEW MOTION TO COMPEL PAYMENT OF POS-PETITION RENT OF GREEN 521 5TH AVE LLC (.1) ; REVIEW MOTION TO COMPEL PAYMENT OF POS-PETITION RENT OF CCDC MERTON PORTFOLIO, L.P. (.2) ; REVIEW MOTION TO COMPEL PAYMENT OF POS-PETITION RENT OF PANATTONI DENTON (.1) ; REVIEW MOTION TO COMPEL PAYMENT OF POET-PETITION RENT OF "RAY MACCI'S INC. (.2) ; REVIEW MOTION TO COMPEL PAYMENT OF PONT-PETITION RENT OF PARATTONI DEVELOPMENT COMPANY (.1) ; REVIEW MOTION TO COMPEL PAYMENT OF POST-PETITION RENT OF POLARIS CIRCUIT CITY, LLC (.1) ; REVIEW MOTION TO COMPEL PAYMENT OF POST-PETITION RENT OF HAYWARD 880, LLC (.1) ; REVISE CHART OF NTATUS OF OBJECTIONS TO DEBTORS' CURE AMOUNTS (2.1). |
| BAKER SK | 12/18/08 | 0.40 | REVIEW CARMAX BUSINESS SERVICES DEBTORS' MOTION TO REJECT LEASES (.2); REVIEW FOOD LION'S OBJECTION TO DEBTORS' MOTION TO REJECT LEASEN (.2). |
| DAKER SK | 12/19/08 | 2.60 | COMPILE AND REVIEW EXHIBITS TO LEASE REJECTION MOTION, BIDDING PROCEDURES MOTION AND MOTION TO EXTORT DEADLINE TO ASSUME OR REJECT LEASES. (2.6). |

B43E

| BAKER SK | 12/22/08 | 0.30 | REVIEW CORRESPONDENCE FOR A. MEIER REGARDING MONTEVIDEO INVESTMENTS LLC (.1); REVIEW CORRRSPONDENCE FOR T. LEE REGARDING MOS REALTY'S PROPERTIES (.1); REVIEW CORRESPONDENCE FOR J. VESELY RRGARDING LOCATION 1604 CAM PAYMENT (.1). |
| --- | --- | --- | --- |
| BAKER SK | 12/23/08 | 0.30 | TELEPHONE CONFERENCE WITH C. MELTON REGARDIHG PROCESS FOR RETURNING POSSESSION OF LEASE AND PROPERTIES TO LANDLORDS (.2); DRAFT EMAIL TO W. GRAY REGARDING PROCEDURES FOR RETURNING LEASED PREMISES TO LANDLORDS (.1). |
| BAKER SK | 12/29/08 | 4.80 | REVIEW LEASE AGREEMENT BETWEEN CIRCUIT CITY AND CRA ACQUISITION CORPORATION (.2) ; REVIEW GROUND LEASE AGREEMENT BETWEEN CIRCUIT CITY AND CRA ACQUISITION CORPORATION (2.2); RESEARCH REGARDING BREACH OF BUILDING LEASE AS EVENT OF DEFAULT UNDER GROUND LEASE (2.4). |
| BAKER SK | 12/30/08 | 8.20 | RESEARCH RE: WHETHER REJECTION OF BUILDING LEASE TERMINATES GROUND LEASE UNDER VIRGINIA LAW AND BANKRUPTCY CODE (3.7) ; REVIEW RESEARCH REGARDING BUILDING LEASE TERMINATION AND DRAFT MEMO REGARDING SAME (4.5). |
|  |  | 22.70 |  |
| DOSUNMU FS | 12/01/08 | 17.80 | REVIEW AND REVISE OMNIBUS REPLY IN SUPPORT OF LEASE REJECTION MOTION (9.6); ATTENTION TO ISSUES RE: LEASBS (3.2); CONFERENCRS WITH CERTAIN LANDLORDS RE: LEASE ISSUES (2.5); REVISE OBJECTIONS TO LEASE REJECTION MOTION (2.1); RESEARCH ON LEASE REJECTION ISSUES (.4). |
| DOSUNMU FS | 12/02/08 | 6.30 | REVIEW AND REVISE OMNIBUS OBJECTION TO MOTIONS TO COMPEL (1.3); REVIEW AND REVISE REPLY TO LEASE REJECTION MOTION AND RELATIVE EXHIBITS (1.8); ATTENTION TO LANDLORD/SUBTENANT TSSUES (.6); DRAFT AUTOMATIC STAY VIOLATION LETTER (.6); RESEARCB ON LEASE ISSUES (2.0). |
| DOSUNMU FS | 12/03/08 | 12.30 | ATTENTION TO LEASE REJECTION ISSUES (2.8); ATTENTTON TO STORE CLOSING ISSUES (2.4); ATTENTION TO GOING PORWARD STORE ISSUBS (2.6); REVIEW SALES OBJECTIONS TO LEASE SALE PROCEDURES; REVIEW LEASES RE: RELEVANT OBJECTIONS (1.5); RESEARCH RE: LEASE ISSUES (2.0). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| DOSUNMU FS | 12/04/08 | 7.60 | ATTENTION TO LEASE REJECTION ISSUES (1.5); ATTENTION TO STORE CLOSING ISSUES (1.5); ATTENTION TO GOING FORWARD STORE ISSUES (1.1); REVIEW SALES OBJECTIONS TO LEASE SALE PROCEDURES (.8); REVIEW LEASES RE: RELEVANT OBJECTIONS (.9); RESEARCH RE: LEASE ISSUES (1.3); PREPARE FOR OMNIBUS REARING (.6). |
|---|---|---|---|
| DOSUNMU FS | 12/05/08 | 5.40 | ATTENTION TO LEASE REJECTION ISSUES (2.5); STORE CLOSING ISSUES (1.6); GOING FORWARD STORE ISSUES (1.3). |
| DOSUNMU FS | 12/08/08 | 5.20 | ATTENTION TO LEASE REJECTION, STORE CLOSING AND GOING FORWARD STORE LEASE ISSUES. |
| DOSUNMU FS | 12/09/08 | 6.20 | ATTENTION TO LEASE REJECTION, STORE CLOSING AND GOING FORWARD STORE LEASE ISSUES. |
| DOSUNMU FS | 12/10/0R | 6.40 | ATTENTION TO LEASE REJECTION, STORE CLOSING AND GOING FORWARD STORE LEASE ISSUES (5.6); CONFERENCES WITH COUNSEL FOR STORE CLOSING OBJECTIONS (.8). |
| DOSUNMU FS | 12/11/08 | 5.20 | ATTENTION TO LEASE REJECTION, STORE CLOSING AND GOING FORWARD STORE LEASE ISSUES. |
| DOSUNMU FS | 12/12/08 | 5.40 | ATTENTION TO LEASE REJECTION, STORE CLOSING AND GOING FORWARD STORE LEASE ISSUES. |
| DOSUNMU FS | 12/15/08 | 5.20 | ATTENTION TO LEASE REJECTION, STORE CLOSING AND GOING FORWARD STORE LEASE ISSUES. |
| DOSUNMU FS | 12/16/08 | 5.40 | ATTENTION TO LEASE REJECTION, STORE CLOSING AND GOING FORWARD STORE LEASE ISSUES. |
| DOSUNMU FS | 12/17/08 | 7.70 | ATTENTION TO LEASE REJECTION ISSUES; STORE CLOSING ISSUES AND GOING FORWARD LEASE ISSUES. |
| DOSUNMU FS | 12/18/08 | 8.80 | ATTENTION TO LEASE REJECTION ISSUES; STORE CLOSING ISSUES, GOING FORWARD ISSUES; ATTENTION TO NOVEMBER STUB RENT ISSUES. |
| DOSUNMU FS | 12/19/08 | 6.40 | ATTENTION TO LEASE REJECTION ISSUES; STORE CLOISNG ISSUES; GOING FORWARD ISSUES; ATTENTION TO NOVEMBER SUB RENT ISSUES; REVIEW AND REVISE MOTION TO COMPEL. |
| DOSUNMU FS | 12/20/08 | 3.20 | ATTENTION TO LEASE REJECTION ISSUES; STORE CLOSING ISSUES; GONIG FORWARD ISSUES. |
| DOSUNMU FS | 12/21/08 | 0.70 | ATTENTION TO LEASE REJECTION ISSUES; STORE CLOSING ISSUES; GOING FORWARD ISSUES. |

8413

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| DOSUNMU FS | 12/22/08 | 7.70 | ATTENTION TO LEASE REJECTION ISSUES, STORE CLOSING ISSUES AND GOING FORWARD STORE ISSUES. |
| DOSUNMU FS | 12/23/08 | 6.20 | ATTENTION TO LEASE REJECTION ISSUES, STORE CLOSING ISSUES AND GOING FORWARD STORE ISSUES. |
| DOSUNMU FS | 12/24/08 | 4.10 | ATTENTION TO LEASE REJECTION ISSUES, STORE CLOSING ISSUES AND GOING FORWARD STORE ISSUES. |
| DOSUNMU FS | 12/29/08 | 4.80 | ATTENTION TO LEASE REJECTION ISSUES, STORE CLOSING ISSUES AND GOING FORWARD ISSUES; REVIEW MOTION TO COMPEL AND DRAFT REEPECTIVE ORDERE. |
| DOSUNMU FS | 12/30/08 | 4.40 | ATTENTION TO LEASE REJECTION ISSUES, STORE CLOSING ISSUES AND GOING FORWARD ISSUES; REVIEW MOTION TO COMPEL AND DRAFT RESPECTIVE ORDERS, |

                                        142.40

| | | | |
|---|---|---|---|
| FREDERICKS IS | 12/01/08 | 15.80 | CONTINUE TO DRAFT OMNIBUS OBJECTION TO MOTIONS TO COMPEL PAYMENT OF STUB RENT (12.2); REVIEW AND REVISE OMNIBUS REPLY TO OBJECTIONS TO LEASE REJECTION MOTION (3.6). |
| FREDERICKS IS | 12/02/08 | 12.20 | REVIEW AND REVISE UPDATED VERSION OF REPLY TO OBJECTIONS TO THE LEASE REJECTION MOTION AND CONDUCT RELATED RESEARCH AS NECESSARY AND REVIEW AND REVISE OMNIBUS OBJECTION TO STUB RENT MOTIONS (10.9); MULTIPLE CORRESPONDENCE TO AND FROM D. MILLER AND D. NILLMAN RE: DECEMBER 1 LEASE PAYMENTS (.6); MULTIPLE TELEPHONE CALLS FROM D. MILLER RE: LEASE PAYEMNT ISSUES (.7). |
| FREDERICKS IS | 12/03/08 | 12.70 | CONTINUE TO REVIEW AND REVISE AND FINALIZE REPLY TO OBJECTIONS TO LEASE REJECTION MOTION AND RELATED CHART AND REVIEW AND REVISE OBJECTION TO MOTIONS TO COMPEL PAYMENT OF STUB RENT (6.3); WORK ON ISSUES RELATED TO NON-PAYMENT OF DECEMBER 1 RENT, INCLUDING CORRESPONDENCE AND TELEPHONE CALLS WITR VARIOUS LANDLORDS, CIRCUIT CITY AND SKADDEN WORKING GROUP (5.7); CORRESPONDENCE TO AND FROM DIP LENDER RE: APPROVAL OF REVISED STORE CLOSING ORDER, ASSUMPTION AND ASSIGNMENT OF LEASES TO LANDLORDS AND RELATED ISSUES (.7). |
| FREDERICKS IS | 12/07/08 | 5.30 | REVIEW COMMENTS FROM LANDLORDS TO BAR DATE ORDER, LEASE PROCEDURES ORDER, 365D4 ORDER, AND STORE CLOSING ORDER AND REVISE SUCH ORDERS TO INCORPORATE COMMENTS AND AGREEMENTS REACHED AT THE HEARING. |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

FREDERICKS IS    12/08/08    13.70  FINALIZE DRAFT ORDERS (365D4, LEASE
                                    PROCEDURES, BAR DATE AND STORE CLOSING
                                    ORDERS ("ORDERS") AND CORRESPONDENCE TO
                                    LANDLORDS RE: SAME (2.3); REVIEW
                                    CORRESPONDENCE FROM AND DRAFT
                                    CORRESPONDENCE TO AND PARTICIPATE IN
                                    TELEPHON CALLS WITH VARIOUS LANDLORDS
                                    RE: COMMENTS AND ISSUES WITH REVISED
                                    ORDERS; INCORPORATE AND MERGE COMMENTS
                                    AND OTHERWISE UPDATE, REVISE AND
                                    FINALIZE ORDERS FOR RECIRCULATION TO
                                    LANDLORD GROUP (11.4).

FREDERICKS IS    12/09/08     4.50  REVIEW CORRESPONDENCE FROM AND DRAFT
                                    CORRESPONDENCE TO AND PARTICIPATE IN
                                    TELEPHON CALLS WITH VARIOUS LANDLORDS
                                    RE: COMMENTS AND ISSUES WITH FURTHER
                                    REVISED ORDERS; INCORPORATE AND MERGE
                                    COMMENTS AND OTHERWISE UPDATE, REVISE
                                    AND FINALIZE ORDERS FOR RECIRCULATION
                                    TO LANDLORD GROUP (4.5).

FREDERICKS IS    12/12/08     5.10  (GURNEE REAL ESTATE) REVIEW, REVISE AND
                                    FINALIZE MOTION TO ASSUME, ASSIGN AND
                                    SELL LEASE AT LANDLORD'S REQUEST;
                                    (CIRCUIT DISTRIBUTION - ILLINOIS
                                    PARTNERSNIP) REVIRW, REVISE AND
                                    FINALIZE MOTION TO ASSUME, ASSIGN AND
                                    SELL LEASE AT LANDLORD'S REQUEST; (CCI
                                    DELAWARR BUSINESS TRUST) REVIEW, REVISE
                                    AND FINALIZE MOTION TO ASSUME, ASSIGN
                                    AND SELL LEASE AT LANDLORD'S REQUEST;
                                    REVIEW, REVISE AND FINALIZE MOTION TO
                                    REJECT REAL PROPERTY LEASES AND RELATED
                                    EXRIBITS (.9).

FREDERICKS IS    12/16/08     2.60  CORRESPONDENCE TO KCC RE: STATUS OF
                                    AUCTION AND BIDS ON CLOSING STORE LEASES
                                    (.2); WORK WITR K. GRANT AND F. DOSUNMU
                                    RE: DECEMBER RENT ISSUES AND
                                    RESOLUTIONS OF OUTSTANDING MATTERS
                                    PRIOR TO THE REARING (2.4).

FREDERICKS IS    12/18/08     4.60  REVIEW AND REVISE SECOND OMNIBUS
                                    OBJECTION TO MOTIONS TO COMPEL PAYMENT
                                    OF STUB RENT AND REVISE AND REVISE
                                    RELATED CHART ADDRESSING DISCRETE
                                    SPECIFIC OBJECTIONS; REVISE AND
                                    FINALIZE UPDATEO LEASE REJECTION STATUS
                                    CHART FOR G. GALARDI (4.6).

FREDERICKS IS    12/23/08     0.40  CORRESPONDENCE FROM LANDLORD RE:
                                    UTILITY PROBLEMS AT CLOSING STORE
                                    LOCATION; AND CORRESPONDENCE TO AND
                                    FROM RILCO/GB RE: SAME (.4).

FREDERICKS IS    12/24/08     0.80  WORK WITH S. BOEHM AT MCGUIREWOODS TO
                                    FINALIZE CERTAIN REJECTION ORDERS FOR
                                    SUBMISSION TO TNE COURT (.8).

                             77.70

50

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 12/08/08 | 2.20 | TELECONFERENCE WITH D. MILLER REGARDING LEASE ISSUES (.4); DRAFTED FORM STAY LETTER FOR MAINTENANCE OBLIGATIONS (.6) AND EMAIL WITH D. MILLER REGARDING SAME. (.1); TELECONFERENCES AND EMAILS WITE LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES. (1.1). |
|---|---|---|---|
| GRANT K | 12/09/08 | 4.90 | TELECONFERENCE WITH D. MILLER, C. CROWE AND CIRCUIT CITY TAX TEAM REGARDING REAL ESTATE TAX MATTERS (1.1); TELECONFERENCES AND EMAILS WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES. (3.8). |
| GRANT K | 12/10/08 | 2.30 | TELECONFERENCES AND EMAILS WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES. (2.3). |
| GRANT K | 12/11/08 | 2.30 | TELECONFERENCES AND EMAILS WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES (1.3); REVIEWED AND REVISED MOTIONS TO APPROVE ASSUMPTION/ASSIGNMENT AGREEMENTS. (1.0). |
| GRANT K | 12/12/08 | 2.10 | REVIEWED AND REVISED LEASE REJECTION MOTION (.9); TELECONFERENCES AND EMAILS WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES. (1.2). |
| GRANT K | 12/15/08 | 5.00 | REVIEWED TRANSCRIPTS OF PRIOR HEARINGS FOR LEASE ISSUES (2.6); TELECONFERENCES WITH LANDLORDS' COUNSEL REGARDING LEASE ISSUES. (2.4). |
| GRANT K | 12/16/08 | 4.50 | TELECONFERENCES WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES (1.3); REVIEWED PLEADINGS ON LEASE ISSUES IN PREPARATION FOR UPCOMING HEARING. (3.2). |
| GRANT K | 12/17/08 | 6.30 | DRAFTED AGREEMENT FOE ASSUMPTION AND ASSIGNMENT OF LEASE WITE 44 NORTH PROPERTIES (1.3); TELECONFERENCES AND EMAILS HITH THEIR COUNSEL EEGARDING SAME (.3) WORKED ON OBJECTION TO MOTION TO COMPEL PAYMENT OF RENT (2.6) TELECONFERENCES WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES. (2.1). |
| GRANT K | 12/18/08 | 3.40 | CONTINUED WORK TO EVALUATE LEASE OBJECTIONS AND MOTIONS TO COMPEL (1.9); TELECONFERENCES WITH LANDLORDS AND THEIR COUNSEL REGARDING SAME. (1.5). |
| GRANT K | 12/19/08 | 2.30 | TELECONFERENCES WITH LANDLORDS AND THEIR COUNSEL EEGARDING LEASE ISSUES (1.4); BEGAN WORK ON HEARING PREPARATION REGARDING SAME. (.9). |
| GRANT K | 12/20/08 | 0.20 | EMAILS WITH COUNSEL FOR LANDLORDS RRGARDING REJECTION OBJECTIONS. |

51

SKADDEN, ARPS. SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| GRANT K | 12/21/08 | 2.40 | WORKED ON PREPARATION FOR HEARING ON LEASE MATTERS. |
|---------|----------|------|-----------------------------------------------------|
| GRANT K | 12/23/08 | 2.90 | TELECONFERENCES AND EMAILS WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES (1.2). REVISED AND FINALIZED MOTION APPROVING ASSUMPTION OF LEASE TO 44 NORTH ASSOCIATES (1.1) AND EMAILS NITR R. COSTRLLA (.4) REGARDING SAME. ATTENTION TO FILING AND SERVING SAME (.2). |
| GRANT K | 12/24/08 | 0.70 | TELECONFERENCES AND EMAILS NITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES. |
| GRANT K | 12/29/08 | 4.80 | ANALYZED ISSUE REGARDING CORPORATE HEADQUARTERS LEASE (.4); TELECONFERENCES AND EMAILS WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES, (.6) DRAFTED ORDER IN CONNECTION WITH STUB RENT (3.8). |
| GRANT K | 12/30/08 | 2.70 | TELECONFERENCES AND EMAILS WITH CLIENT REGARDING PAYMENT OF POST-PETITION RENTS (.9); EMAILS WITH M. O'LAUGHLIN REGARDING JANUARY RENT PAYMENTS (.6); REVISED PROPOSED ORDER REGARDING STUB RENT CLAIMS; (.4) TELECONFERENCES AND EMAILS WITH LANDLORDS AND THEIR COUNSEL REGARDING LEASE ISSUES. (.8). |

49.00

| JANUS CP | 12/03/08 | 5.70 | RESEARCH LEASES RE: OBJECTIONS TO 365(D)(4) MOTION (5.7). |
|----------|----------|------|-------------------------------------------------------------|
| JANUS CP | 12/04/08 | 6.90 | RESEARCH LEASES RE: OBJECTIONS TO 365(D)(4) MOTION (3.0); REVIEWING LEASES AND RESOLVING OBJECTIONS RE: TO 365(D)(4) MOTION (3.9). |
| JANUS CP | 12/05/08 | 0.20 | RESEARCR LEASES RE: RELATEO TO RENT PAYMENTS (0.2). |
| JANUS CP | 12/08/08 | 1.10 | RESEARCHING AND REVIEWING PROVISIONS IN STORE LEASES (1.1). |
| JANUS CP | 12/09/08 | 0.20 | RESEARCHING AND REVIEWING PROVISIONS IN STORE LEASES (0.2). |
| JANUS CP | 12/10/08 | 0.10 | RESEARCHING AND REVIEWING PROVISIONS IN STORE LEASES (0.1). |
| JANUS CP | 12/11/08 | 0.20 | RESEARCRING AND REVIEWING PROVISIONS IN STORE LEASES (0.2). |
| JANUS CP | 12/12/08 | 0.40 | RESEARCHING AND REVIEWING PROVISIONS IN STORE LEASES (0.4). |
| JANUS CP | 12/16/08 | 0.40 | RESEARCNING AND REVIEWING PROVISIONS IN STORE LEASES (0.4). |
| JANUS CP | 12/17/08 | 0.60 | RESEARCNING AND REVIEWING PROVISIONS IN STORE LEASES (0.6). |

B432

| JANUS CP | 12/18/08 | 3.90 | RESEARCHING AND REVIEWING PROVISIONS IN STORE LEASES (3.9). |
| JANUS CP | 12/19/08 | 4.30 | RESEARCHING AND REVIEWING PROVISIONS IN STORE LEASES (4.3). |
| JANUS CP | 12/20/08 | 0.30 | REVIEWING LEASE PROVISIONS RE: RENT (0.3). |
| JANUS CP | 12/22/08 | 1.30 | RESEARCH STORE LEASES RE: RENT PAYMENTS (1.3). |
| JANUS CP | 12/29/08 | 0.10 | RESEARCHING AND REVIEWING PROVISIONS IN STORE LEASES (0.1). |
| JANUS CP | 12/30/08 | 0.10 | RESEARCHING AND REVIEWING PROVISIONS IN STORE LEASES (0.1). |

25.80

| KUMAR JS | 12/11/08 | 2.10 | DRAFTING MOTION TO REJECT LEASES OF REAL PROPERTY (.9). DRAFTING ORDER TO REJECT LEASES OF REAL PROPERTY (.6). REVISING EXHIBIT TO MOTION TO REJECT LEASES OF REAL PROPERTY (.6). |
| KUMAR JS | 12/12/08 | 5.20 | REVISING MOTION TO REJECT LEASES OF REAL PROPERTY (1.2). REVISING ORDER TO REJECT LEASES OF REAL PROPERTY (.8). COMPLETING EXHIBIT TO MOTION TO REJECT LEASES OF REAL PROPERTY (2.1). COMPILING LIST OF LANDLORD ADDRESSES AND SENDING TO KCC FOR NOTICE (1.1). |
| KUMAR JS | 12/16/08 | 2.40 | DRAFTING LEASE TERMINATION AGREEMENT (.7). LEGAL RESEARCH RE: BANKRUPTCY CODE SECTION 558 FOR RESPONSE TO OBJECTION TO CURE FOR ASSUMPTION OF LEASE (1.7). |
| KUMAR JS | 12/17/08 | 3.10 | REVISING CHART OF MOTIONS TO COMPEL PAYMENT OF RENT FOR USE AT 12/22 HEARING. |
| KUMAR JS | 12/18/08 | 9.20 | CONTINUE REVISING CHART OF MOTIONS TO COMPEL (6.8). COMPILING CHART OF OBJECTIONS TO FIRST OMNIBUS LEASE REJECTION MOTION (1.4). |
| KUMAR JS | 12/19/08 | 4.50 | REVISING ASSUME AND ASSIGN MOTION (1.4). CONTINUE REVISING CHART OF MOTIONS TO COMPEL (3.1). |

25.50

| LAZAROFF KA | 12/01/08 | 11.10 | REVISED REPLY TO OBJECTIONS TO LEASE REJECTION (3); RESEARCHED DETAILS OF LEASE REJECTIONS AND SURRENDER OF POSSESSION AND OBJECTIONS TO THESE REJECTIONS AND SURRENDEES (5.9); REVISED EXHIEIT REPLY TO OBJECTIONS TO LEASE REJECTION (1.4); REVIEWED DEATILS OF STORE CLOSING OBJECTIORS (.8). |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LAZAROFF KA | 12/02/08 | 13.40 | REVISED REPLY TO LEASE REJECTION OBJECTIONS (1.9; REVISED LEASE REJECTION OBJECTION CHART (2.4); REVIEWED FACT ISSUES WITH RESPECT TO SURRENDER OF REJECTED LEASE PREMISES (3); ORAFTED DECLARATION IN SUPPORT OF REPLY TO LEASE REJECTION OBJECTIONS (2.6); RESEARCHED LEASE REJECTION ISSUES INCLUDING RETROACTIVITY AND CONSTRUCTIVE NOTICE (3.5). |
|---|---|---|---|
| LAZAROFF KA | 12/03/08 | 17.00 | NEGOTIATED AGREEMENTS TO ASSUME AND ASSIGN LEASES AND SUBLEASES ON THE REJECTION LIST (6); SUMMARIZED AND CHARTED OBJECTIONS TO EXTEND 365(D)(4) (5); RESOLVED STORE CLOSING OBJECTIONS (3); REVISED LEASE REJECTION OBJECTIONS REPLY AND CHART (3). |
| LAZAROFF KA | 12/04/08 | 16.30 | RESOLVED OBJECTIONS TO 365(D)(4) EXTENSION (5.6); NEGOTIATED AGREEMENTS TO ASSUME AND ASSIGN LEASES AND SUBLEASES ON REJECTION LIST (5.3); SUMMARIZED LANDLORD ISSUES FOR HEARING (3); UPDATED LEASE REJECTION, STORE CLOSING AND 365(D)(4) OBJECTION CHARTS FOR HEARING (2.4). |
| LAZAROFF KA | 12/05/08 | 7.50 | NEGOTIATED AND DOCUMENTED AGREEMENTS TO ASSUME AND ASSIGN LEASES AND SUBLEASES ON THE REJECTION LIST (7.5). |
| LAZAROFF KA | 12/08/08 | 4.00 | COMMUNICATIONS WITH LANDLORD OBJECTORS (2.5); COMMUNICATED WITH COUNTERPARTIES TO ASSUMPTION AND ASSIGNMENT OF CERTAIN LEASES (.1 BOND), (.2 OLP), (.3 CARDINAL); REVIEWED AND NOTED RESOLUTIONS OF LANDLORD OBJECTION (1). |
| LAZAROFF KA | 12/09/08 | 6.40 | COORDINATED WITH COUNTERPARTIES ON ASSUME AND ASSIGN AGREEMENTS (.4); REVIEWED, UPDATED, AND COMUNICATED WITH LANDLORDS REGARDING THE RESOLUTIOR OR STATUS OF LANDLORD-RELATED OBJECTIONS FROM 12/5 NEARING (5.5); RECORDED MOTIONS TO COMPEL PAYMENT OF STUB RENT (.5). |
| LAZAROFF KA | 12/10/08 | 4.70 | REVIEWED STATUS OF LEASE REJECTIONS AND OBJECTIONS AND COMMUNICATED WITH LANDLORDS AND THE COMPANY (1.3); REVIEWED AND RECORDED MOTIONS TO COMPEL PAYMENT OF STUB RENT (2.3); REVIEWED AND RECORDED OBJECTIONS TO PROPOSED CURE AMOUNTS (1.1). |

| LAZAROFF KA | 12/11/08 | 6.40 | REVISED ASSUMPTION AND ASSIGNMENT MOTIONS AND ORDERS, PREPARED FOR FILING, AND COORDINATED WITH COUNTERPARTIES (4.5); COMMUNICATED INTERNALLY WITH THE COMPANY ABOUT RESOLUTION OF LEASE REJECTIONS AND OBJECTIONS AND STORE CLOSING OBJECTIONS (.5); REVIEWED AND RECORDED MOTIONS TO COMPEL PAYMENT OF STUB RENT AND COMMUNICATED WITH LANDLORDS (1.4). |
|---|---|---|---|
| LAZAROFF KA | 12/12/08 | 1.90 | REVISED MOTIONS AND ORDERS TO ASSUME AND ASSIGN (.9); REVIEWED AND RECORDED MOTIONS TO COMPEL PAYMENT OF RENT (1). |
| LAZAROFF KA | 12/15/08 | 2.00 | REVIEWED STATUS OF LANDLORD OBJECTIONS, UPDATED CHARTS AND FOLLOWED UP WITH COUNSEL FOR LANDLORDS. |
| LAZAROFF KA | 12/16/08 | 6.00 | REVIEWED AND SUMMARIZED MOTIONS TO COMPEL PAYMENT OF ADMINISTRATIVE RENT (3); COLLECTED DATA ON LANDLORDS, STORES AND RENT PAID FOR THOSE FILING MOTIONS TO COMPEL PAYMENT (3). |
| LAZAROFF KA | 12/17/08 | 7.50 | COLLECTED DATA AND CHARTED MOTIONS TO COMPEL PAYMENT OF RENT (3); REVIEWED STATUS OF LEASE REJECTION OBJECTIONS AND UPDATED CHART (1); PREPARED EXHIBIT TO OMNIBUS OBJECTION TO MOTION TO COMPEL (2); DRAFTED OMNIBUS OBJECTION TO MOTION TO COMPEL (1.5). |
| LAZAROFF KA | 12/18/08 | 5.10 | RESOLVED AND RECORDED MOTIONS TO COMPEL PAYMENT OF ADMINISTRATIVE RENT (2.5); REVISED OMNIBUS OBJECTION TO MOTIONS TO COMPEL PAYMENT AND EXHIBIT (1.8); REEEARCHED WHEN RENT WAS DUE AND PAID TO LANDLORDS FILING MOTIONS TO COMPEL (.8). |
| LAZAROFF KA | 12/19/08 | 7.00 | PREPARED BINDERS FOR LANDLOED ISSUES FOR HEARING (2.5); REVIEWED RESOLUTIONS OF MOTIONS TO COMPEL PAYMENT OF ADMINISTRATIVE RENT (1); COMPLETED AND REVISED FULL SUMMARY AND DATA CHARTS FOR LANDLORD ISSUES FOR 12/22 HEARING (3.5). |
| LAZAROFF KA | 12/20/08 | 1.20 | SEARCHED FOR LEASE DATA. |
| LAZAROFF KA | 12/21/08 | 0.30 | UPDATING STATUTE OF LL-RELATED OBJECTIONS FOR 12/22 HEARING. |
| LAZAROFF KA | 12/22/08 | 2.00 | GATHERED DATA FOR MOTIONS TO COMPEL PAYMENT OF RENT AND LEASE REJECTION OBJEUTIONS. |
| LAZAROFF KA | 12/24/08 | 2.50 | GATHERED DATA ON MOTIONS TO COMPEL PAYMENT OF RENT AND OTHER MOTIONS FILED BY LANDLORDS. |
| LAZAROFF KA | 12/30/08 | 0.30 | PREPARED ORDERS ADDRESSING MOTIONS TO COMPEL PAYMENT OF ADMINISTRATIVE RENT, |

122.70