# Tavenner & Beran, PLC
## 20 North Eighth Street, Second Floor
### Richmond, VA 23219

**Invoice submitted to:**
Circuit City Committee

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| January 20, 2009 | 10798 | |

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Business Operations** | | | |
| 11/24/2008 - LLT | Review FPI Notice of Appeal of Utility Order and various objectives to Hilco Agreement | 0.20 325.00/hr | 65.00 |
| 11/25/2008 - PSB | Receipt, review and revision of WARN objection and related items | 0.50 315.00/hr | NO CHARGE |
| - LLT | Correspondence to/from S. Goldich re: WARN Act Order and objections related thereto (.20); Review WARN Act Order (.50); Review and revise Objection to same (1.50); Research re: Virginia corporate law issues related to WARN (1.0); Correspondence to/from J. Pomerantz re: same (.20); Telephone call with S. Goldich re: objection deadlines (.30); Address service issues for objections (.30) | 4.00 325.00/hr | 1,300.00 |
| 11/26/2008 - LLT | Draft and revise Limited Objection to first day orders (wage, contract, taxes, foreign vendors, shipping, store closing) (3.0); Review Debtors Motion to Approve Lease Auction Procedures (.50) | 3.50 325.00/hr | 1,137.50 |
| - PSB | Review and revise Limited Objection | 1.00 315.00/hr | NO CHARGE |
| 12/1/2008 - LLT | Revise Order Resolving Limited Objection to First Day Motions (1.20); Correspondence with S. Goldich re: same (.10) | 1.30 325.00/hr | 422.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/2/2008 - LLT | | 4.30 | 1,397.50 |
| | Review Committee proposed resolutions of Objections to First Day Orders (.10); Review and revise Order on same (.30); Review press article on WARN Act payments (.20); Review and revise Objection to Supplemental Motion re: payment of pre-petition taxes (.70); Review Motion to Compel Post-Petition Rent filed by CCDC Marion (.50); Revise and file Motion Clarifying Access to Confidential Information (.90); Draft and file Notice of Hearing on same (.50); Review various landlord objections to 365 extension motion (.50); Review various landlord objections to Lease Rejection Motion (.60) | 325.00/hr | |
| 12/3/2008 - PSB | | 2.50 | NO CHARGE |
| | Review objections to lease procedures motion, motions to compel and objection to same | 315.00/hr | |
| - LLT | | 6.50 | 2,112.50 |
| | Review and revise response to lease procedure motion (.60); Review various objections filed and lease procedure motion (1.80); Telephone call with D. Green re: same (.10); Correspondence with J. Pomerantz re: lease procedure objection (.10); Prepare, file and serve same (.50); Revise and file objection to Tax Motion (1.60); Correspondence from I. Fredericks re: Order re: Reporting Requirements on First Day Motions (.10); Review and revise opposition to Panasonic settlement motion (.80); Review Debtor's Omnibus Objection to Motions to Compel Admin Rent Payments (.80); Correspondence to J. Pomerantz re: pleadings filed today (.10) | 325.00/hr | |
| 12/4/2008 - LLT | | 1.00 | 325.00 |
| | Revise and file Objection to Debtors Motion Approving Settlement Agreement with Panasonic (.90); Coordinate service of same with Bizport (.10) | 325.00/hr | |
| - PSB | | 1.00 | NO CHARGE |
| | Review and revise Panasonic pleading | 315.00/hr | |
| 12/5/2008 - LLT | | 0.80 | 260.00 |
| | Review Baltimore Gas Notice and Appeal and Statement of Issues and address operational issues Receipt and review of correspondence from former employees re: WARN Act objection (.30); Review Greystone Complaint for Turnover (.20) | 325.00/hr | |
| 12/8/2008 - LLT | | 0.20 | 65.00 |
| | Review filed objections to cure amounts | 325.00/hr | |
| 12/10/2008 - LLT | | 0.20 | 65.00 |
| | Correspondence re: marketing strategies | 325.00/hr | |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/11/2008 - | LLT | | 0.80 | 260.00 |
| | | Review various Motions to Compel Admin Rent Payments | 325.00/hr | |
| 12/12/2008 - | LLT | | 2.50 | 812.50 |
| | | Prepare for and participate in Committee Meeting re: operational status, sale prospects and liquidation alternatives (1.90); Review various Motions of Landlords for Admin Rent (.60) | 325.00/hr | |
| 12/15/2008 - | LLT | | 0.10 | 32.50 |
| | | Review Baltimore Gas Statement of Issues on Appeal | 325.00/hr | |
| - | PSB | | 1.50 | NO CHARGE |
| | | Review of operational matters and division of labor associated with same | 315.00/hr | |
| 12/17/2008 - | LLT | | 0.80 | 260.00 |
| | | Review various Landlord objections to cure amounts (.60); Review Interlink Motion to File Document under seal (.20) | 325.00/hr | |
| 12/19/2008 - | LLT | | 0.20 | 65.00 |
| | | Review update on sale process | 325.00/hr | |
| - | PSB | | 1.00 | 315.00 |
| | | Receipt and review of correspondence related to taxes/trust fund issues | 315.00/hr | |
| 12/23/2008 - | PSB | | 1.00 | 315.00 |
| | | Receipt and review of performance evaluation and analysis | 315.00/hr | |
| | SUBTOTAL: | | [    34.90 | 9,210.00] |

Case Administration

| | | | | |
|---|---|---|---|---|
| 11/18/2008 - | DLL | | 3.00 | 285.00 |
| | | Update Docket and Index | 95.00/hr | |
| 11/19/2008 - | PSB | | 2.00 | 630.00 |
| | | Correspondence re: transcript (1.0); Revise NOA (.50); Correspondence with Court re: procedures and electronic tape (.50) | 315.00/hr | |
| - | DLL | | 2.00 | 190.00 |
| | | Draft NOA | 95.00/hr | |
| - | LLT | | 1.40 | 455.00 |
| | | Revise Notice of Appearance (.80); Various correspondence with Co-Counsel re: Pro Hac Vice information (.60) | 325.00/hr | |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/19/2008 - | PSB | | 10.00<br>315.00/hr | NO CHARGE |
| | | Travel to and from creditor meeting (6.0); Prepare for and participate in creditor meeting and debtor meeting (4.0); | | |
| - | LLT | | 12.00<br>325.00/hr | 3,900.00 |
| | | Travel to and from DC; Prepare for attend Committee Meeting and meeting with Debtor Representatives | | |
| 11/20/2008 - | PSB | | 4.60<br>315.00/hr | 1,449.00 |
| | | Review, revise and file Pro Hacs and NOA (2.0); Review and revise discovery (2.0); Correspondence re: ECF noticing (.40); Correspondence re: transcript (.20) | | |
| - | LLT | | 0.80<br>325.00/hr | 260.00 |
| | | Review Objections to First Day Orders | | |
| - | LLT | | 3.40<br>325.00/hr | NO CHARGE |
| | | Review and revise Notice of Appearance for Committee (.80); Review Admin Order (.80); Revise Pro Hac Motions (1.80) | | |
| - | DLL | | 8.70<br>95.00/hr | 826.50 |
| | | Create Core Group Service List (2.50); Create Rule 2002 Service List (2.1); Service Pleadings In House (3.80); Update Docket (.30) | | |
| - | LLT | | 0.60<br>325.00/hr | 195.00 |
| | | Telephone call with various creditor lawyers re: status | | |
| 11/21/2008 - | DLL | | 1.00<br>95.00/hr | 95.00 |
| | | Update Docket (.50); Calendar Depositions and Hearings (.50) | | |
| - | PSB | | 0.50<br>315.00/hr | 157.50 |
| | | Correspondence re: ECF notification | | |
| 11/22/2008 - | LLT | | 0.50<br>325.00/hr | 162.50 |
| | | Prepare for and participate in professional call with Pachulski lawyers re: overall division of labor and case handling going forward | | |
| - | PSB | | 0.50<br>315.00/hr | NO CHARGE |
| | | Prepare for and participate in professional call with Pachulski lawyers re: overall division of labor and case handling going forward | | |
| 11/24/2008 - | PSB | | 3.50<br>315.00/hr | 1,102.50 |
| | | Correspondence re: response filings (.50); Review of notice/service issues (1.0); Review of docket for committee issues (2.0) | | |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/24/2008 - | DLL | Update Docket and file maintenance | 1.50<br>95.00/hr | 142.50 |
| - | DLL | File with Court ECF Notification Forms | 1.00<br>95.00/hr | 95.00 |
| - | LLT | Telephone call with J. Choidm (vendor) re: case status information (.20); Telephone call with C. Lehman (creditor counsel) re: filing information (.20); Address service issues for objectives to first days and review Admin Order re: same (.80); Telephone call with S. Goldich re: Committee information flow (.20) | 1.40<br>325.00/hr | 455.00 |
| 11/25/2008 - | LLT | Prepare for and attend telephonic committee meeting (including telephonic Debtor presentation) | 2.50<br>325.00/hr | NO CHARGE |
| - | DLL | Update Docket (.50); Revise Service List (2.50) | 3.00<br>95.00/hr | 285.00 |
| - | PSB | Review of pleadings filed by Debtor | 2.00<br>315.00/hr | 630.00 |
| - | PSB | Correspondence re: ECF Notification (.50); Prepare for and participate in committee and Debtor calls (3.0); Review of servicing issues (.50); Receipt of transcript and forwarding same to co-counsel (.20) | 4.20<br>315.00/hr | 1,323.00 |
| - | LLT | Review all First Day Orders re: Objection deadlines and other procedural issues (1.50); Review docket for substantive pleadings recently filed (.50) | 2.00<br>325.00/hr | NO CHARGE |
| 11/26/2008 - | DLL | Update Docket (.30); Revise Service Lists (1.0); Revise Order of First Day Pleadings (.80) | 2.10<br>95.00/hr | 199.50 |
| - | PSB | Review, revise and file Committee responses (2.50); Review of servicing issues (1.20) | 3.70<br>315.00/hr | 1,165.50 |
| - | LLT | Review revised service lists for filing pleadings (.50); Correspondence with co-counsel re: pleadings to be filed today (.20); Telephone call with B. Dassar re: additional Motion to file today (.20); Review Bar Date Motion (.50); Various correspondence with co-counsel re: committee input on pleadings for filing today (.50) | 1.90<br>325.00/hr | NO CHARGE |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 12/1/2008 - | LLT | Review Agenda items for committee call, including financial advisor analysis (.80); Prepare for and attend telephonic meeting (2.30); Correspondence re: committee protocol motion (.20); Correspondence re: in-person committee meeting (.10) | 3.40 325.00/hr | NO CHARGE |
| - | DLL | Update Docket | 0.50 95.00/hr | 47.50 |
| - | PSB | Prepare for and participate in Committee call (2.30); Review and revise various pleadings (1.10); Review of docket and numerous filed pleadings (3.50); Coordination of service issues (1.0) | 7.90 315.00/hr | 2,488.50 |
| 12/2/2008 - | LLT | Review Committee By-Laws (.20); Correspondence with J. Pomerantz re: telephonic appearance in Court (.10); Review Objection Deadlines for pleadings on upcoming docket (.50); Review Updated Service List (.50); Coordinate with co-counsel re: 12/3 pleadings to be filed and served (.10) | 1.40 325.00/hr | 455.00 |
| - | PSB | Telephone call with counsel for Nikon (.20); Correspondence with J. Pomerantz re: same (.10); Review Objections (2.0) | 2.30 315.00/hr | 724.50 |
| - | PSB | Correspondence with J. Pomerantz re: appearance issues (.20); Correspondence with S. Boehm re: court procedures (.30); Correspondence with co-counsel re: same (.20) | 0.70 315.00/hr | 220.50 |
| 12/3/2008 - | LLT | Correspondence with R. Feinstein re: service of pleadings (.10); Correspondence with S. Goldich re: adjournment of claims trading motion (.10); Prepare for upcoming committee meeting in D.C. (.80) | 1.00 325.00/hr | 325.00 |
| 12/4/2008 - | PSB | Prepare for and attend Committee meeting (and related travel) (10.0); Coordination of service issues (.50) | 10.50 315.00/hr | 3,307.50 |
| - | LLT | Correspondence to Inquiring Creditor S. Hirsch re: claim (.10); Review Agenda for 12/5 hearing (.20); Review Protiviti and Jeffries committee presentations (.50) | 0.80 325.00/hr | NO CHARGE |
| - | DLL | Update Docket and File Maintenance | 1.50 95.00/hr | 142.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/5/2008 - | PSB | | 8.60<br>315.00/hr | 2,709.00 |
| | | Correspondence with R. Van Arsdale re: meeting (.10); Prepare for and attend 12/5 hearings (8.0); Prepare for and meet with R. Van Arsdale (.50) | | |
| - | DLL | | 2.00<br>95.00/hr | 190.00 |
| | | Hearing preparation and assistance to counsel | | |
| 12/8/2008 - | DLL | | 1.50<br>95.00/hr | 142.50 |
| | | Update Service List | | |
| 12/9/2008 - | DLL | | 0.50<br>95.00/hr | 47.50 |
| | | Update Docket | | |
| - | LLT | | 1.00<br>325.00/hr | NO CHARGE |
| | | Prepare for and attend telephonic committee meeting | | |
| - | PSB | | 2.10<br>315.00/hr | 661.50 |
| | | Prepare for and participate in Committee call | | |
| - | LLT | | 0.40<br>325.00/hr | NO CHARGE |
| | | Review various correspondence/pleadings served by mail (Notices of Appearance) | | |
| - | PSB | | 1.70<br>315.00/hr | 535.50 |
| | | Receipt and review of open items and matters requiring committee attention | | |
| 12/10/2008 - | LLT | | 0.60<br>325.00/hr | NO CHARGE |
| | | Review various pleadings/notices filed today | | |
| - | DLL | | 0.50<br>95.00/hr | 47.50 |
| | | Update Docket and File Maintenance | | |
| - | PSB | | 1.70<br>315.00/hr | 535.50 |
| | | Prepare for and participate in Committee call | | |
| 12/11/2008 - | LLT | | 1.00<br>325.00/hr | 325.00 |
| | | Review Miscellaneous Pleadings served upon Tavenner & Beran (.80); Email to/from G. Brown re: Pro Hac Motions (.20) | | |
| - | DLL | | 1.00<br>95.00/hr | 95.00 |
| | | Update Docket and Calendar Hearings | | |
| 12/12/2008 - | LLT | | 0.90<br>325.00/hr | 292.50 |
| | | Review various pleadings served upon Tavenner & Beran | | |
| 12/15/2008 - | DLL | | 1.50<br>95.00/hr | 142.50 |
| | | Update Docket | | |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/15/2008 - | LLT | 0.80 | 260.00 |
| | Prepare Pro Hac Motions for Brown, Kornfeld and Morris | 325.00/hr | |
| 12/16/2008 - | DLL | 1.00 | 95.00 |
| | Update Docket | 95.00/hr | |
| - | PSB | 0.10 | NO CHARGE |
| | Review committee update memo | 315.00/hr | |
| - | PSB | 1.00 | 315.00 |
| | Receipt and review of transcript and correspondence re: same | 315.00/hr | |
| - | LLT | 0.10 | 32.50 |
| | Review committee update memo | 325.00/hr | |
| 12/17/2008 - | DLL | 1.00 | 95.00 |
| | Update Docket | 95.00/hr | |
| - | LLT | 0.60 | 195.00 |
| | Review and revise Pro Hac Motions (.50); E-mail to/from S. Hirsch re: local counsel question (.10) | 325.00/hr | |
| 12/18/2008 - | DLL | 1.50 | 142.50 |
| | Update Service List | 95.00/hr | |
| - | PSB | 0.20 | 63.00 |
| | Telephone call with R. Van Arsdale re: protocol | 315.00/hr | |
| - | DLL | 1.00 | 95.00 |
| | Prepare Pro Hac Vice Orders and BOP to Court | 95.00/hr | |
| - | PSB | 0.80 | 252.00 |
| | Correspondence with R. Van Arsdale re: Committee Protocol Motion (.50); Correspondence with J. Pomerantz and R. Feinstein re: same (.30) | 315.00/hr | |
| - | DLL | 0.50 | 47.50 |
| | Update Docket and Index | 95.00/hr | |
| 12/19/2008 - | DLL | 0.50 | 47.50 |
| | Update Docket and Index | 95.00/hr | |
| - | LLT | 0.20 | NO CHARGE |
| | Review Agenda for 12/22 hearings | 325.00/hr | |
| 12/22/2008 - | PSB | 1.50 | 472.50 |
| | Correspondence with R. Stein re: Committee protocol issue (.50); Correspondence with R. Van Arsdale re: same (.50); Revise Order (.50) | 315.00/hr | |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/22/2008 - | PSB | Prepare for and participate in 12/22 hearings | 5.20 315.00/hr | 1,638.00 |
| - | DLL | Update Docket | 0.50 95.00/hr | 47.50 |
| 12/23/2008 - | LLT | Prepare for and attend telephonic committee meeting | 1.20 325.00/hr | 390.00 |
| - | PSB | Prepare for and attend telephonic committee meeting | 1.20 315.00/hr | NO CHARGE |
| 12/29/2008 - | DLL | Update Docket and Index | 1.50 95.00/hr | 142.50 |
| - | PSB | Receipt and review of entered Protocol Order and coordinate service of same | 0.50 315.00/hr | 157.50 |
| 12/30/2008 - | DLL | Update Service List | 1.00 95.00/hr | 95.00 |
| - | DLL | Update Docket | 0.50 95.00/hr | 47.50 |
| 12/31/2008 - | DLL | Update Docket | 0.30 95.00/hr | 28.50 |

|  | SUBTOTAL: |  | [    157.50 | 32,097.50] |

Claims Administration

| 11/24/2008 - | LLT | Telephone call with S. Goldich re: Claims Trading Motion and Objection (.50); Review Motion and Order approving Trade Claim Procedures (1.50); Follow-up with S. Goldich re: extension of objection deadline (.20); Review various landlord objections to Order on Motion to Reject (1.20) | 3.40 325.00/hr | 1,105.00 |
|---|---|---|---|---|
| 12/1/2008 - | LLT | Review claims filed (.30); Review objection to bar date motion (.20); Review Reclamation Demands (.50) | 1.00 325.00/hr | 325.00 |
| 12/2/2008 - | PSB | Review of reclamation and related matters | 1.50 315.00/hr | NO CHARGE |
| - | LLT | Review Samsung reclamation demand | 0.20 325.00/hr | 65.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/3/2008 -  LLT | Review Imtek and Barcodi 503 (b)(9) claims served upon Tavenner & Beran | 0.30 325.00/hr | 97.50 |
| SUBTOTAL: |  | [    6.40 | 1,592.50] |

Fee/Employment Applications

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/21/2008 -  PSB | Correspondence re: employment applications | 0.50 315.00/hr | 157.50 |
| 11/24/2008 -  LLT | Review Debtor's applications to employ counsel  Skadden and McGuire Woods | 1.50 325.00/hr | NO CHARGE |
| 11/25/2008 -  LLT | Review conflicts Disclosure of Skadden | 0.60 325.00/hr | NO CHARGE |
| 12/1/2008 -  LLT | Review terms of retention for Financial Advisors of Debtor | 0.90 325.00/hr | NO CHARGE |
| 12/3/2008 -  PSB | Review of objection issues | 0.50 315.00/hr | NO CHARGE |
| -  LLT | Review Proposed Resolution to Objections to FTI and Rothschild Retention (.40); Address issues re: extension of objection deadline (.20); Review draft objection to Rothschild Application (.60) | 1.20 325.00/hr | 390.00 |
| 12/4/2008 -  PSB | Review and revise employment objections in context of local rule and practice | 1.00 315.00/hr | 315.00 |
| 12/8/2008 -  PSB | Review of employment app issues | 1.00 315.00/hr | 315.00 |
| 12/9/2008 -  DLL | Draft Employment Application for Tavenner & Beran, PLC | 1.50 95.00/hr | 142.50 |
| -  LLT | Correspondence re: Committee Retention of Professionals (.10); Review interim compensation order (.20) | 0.30 325.00/hr | 97.50 |
| 12/10/2008 -  LLT | Review Interim Compensation Order | 0.40 325.00/hr | NO CHARGE |
| -  DLL | Draft Employment Application for Tavenner & Beran, PLC and Protiviti | 2.50 95.00/hr | 237.50 |

|              |     |                                                                                                                                                                                                                                                                                                                                                                                                                              | Hrs/Rate          | Amount    |
|--------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 12/10/2008 - | PSB | Review and revise Tavenner & Beran application                                                                                                                                                                                                                                                                                                                                                                                | 1.80<br>315.00/hr | 567.00    |
| -            | LLT | Review and revise Committee Applications to Employ Protiviti                                                                                                                                                                                                                                                                                                                                                                  | 1.40<br>325.00/hr | 455.00    |
| 12/11/2008 - | PSB | Correspondence with D. Abadir re: Jefferies employment application and notifications to same                                                                                                                                                                                                                                                                                                                                  | 1.10<br>315.00/hr | 346.50    |
| -            | LLT | Review and revise Jefferies Employment Application and conform to local practice (1.80); Review and revise PSZJ Retention Application and conform to local practice (.90); Review and revise Protiviti Employment Application and conform to local practice (1.60); Correspondence with R. Feinstein re: employment application revisions (.10); Follow-up with R. Feinstein re: chair endorsement of applications and filing issues (.10) | 4.50<br>325.00/hr | 1,462.50  |
| -            | DLL | Draft and prepare Monthly Fee Statement                                                                                                                                                                                                                                                                                                                                                                                       | 2.00<br>95.00/hr  | 190.00    |
| 12/15/2008 - | LLT | Address status of retention applications                                                                                                                                                                                                                                                                                                                                                                                      | 0.20<br>325.00/hr | NO CHARGE |
| 12/16/2008 - | PSB | Receipt and review of correspondence from Committee chair re: employment applications                                                                                                                                                                                                                                                                                                                                         | 0.20<br>315.00/hr | 63.00     |
| -            | PSB | Correspondence with J. Pomerantz and R. Feinstein re: employment issues                                                                                                                                                                                                                                                                                                                                                       | 0.30<br>315.00/hr | 94.50     |
| 12/17/2008 - | LLT | Review revised Jefferies Application (.20); Correspondence from D. Abadir re: PSZJ Application signatures (.10); E-mail to committee professionals re: notice procedures on applications (.10); Review Gowlings application (.20)                                                                                                                                                                                                | 0.60<br>325.00/hr | NO CHARGE |
| 12/18/2008 - | DLL | Revise Tavenner & Beran, PLC's Monthly Fee Statement                                                                                                                                                                                                                                                                                                                                                                          | 1.00<br>95.00/hr  | 95.00     |
| -            | PSB | Correspondence with R. Neal re: employment applications and related issues                                                                                                                                                                                                                                                                                                                                                    | 1.00<br>315.00/hr | 315.00    |
| -            | PSB | Address issues related to signature pages of employment applications                                                                                                                                                                                                                                                                                                                                                          | 0.50<br>315.00/hr | 157.50    |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/19/2008 - | PSB | Correspondence with R. Feinstein and J. Pomerantz re: employment applications and status of same | 0.50 315.00/hr | 157.50 |
| 12/22/2008 - | LLT | Finalize and file Tavenner & Beran Employment Application, PSJZ Employment Application, Gowlings Employment Application, Protiviti Employment Application and Jefferies Employment Application (.90); Revise and file Notices of Filing re: same (.80) | 1.70 325.00/hr | NO CHARGE |
| - | PSB | Finalize and file employment applications and correspondence with co-counsel re: same (2.50); Coordination of service of same (.50) | 3.00 315.00/hr | 945.00 |
| 12/23/2008 - | PSB | Correspondence with J. Pomerantz and R. Feinstein re: local practice and rules related to noticing of employment applications and review of case management order related to same | 1.00 315.00/hr | 315.00 |
| - | LLT | Address notice issue raised by Debtor on employment applications | 0.20 325.00/hr | NO CHARGE |
| - | PSB | Receipt and review of correspondence from I. Frederics re: employment issues | 0.10 315.00/hr | 31.50 |
| 12/28/2008 - | PSB | Receipt and review of correspondence from G. Galaridi re: same | 0.10 315.00/hr | 31.50 |
| - | PSB | Receipt and review of correspondence from J. Pomerantz re: issues related to employment | 0.10 315.00/hr | 31.50 |
| 12/29/2008 - | LLT | Address objection deadline to Committee employment applications and extension thereof for Debtor | 0.20 325.00/hr | NO CHARGE |
| - | PSB | Review and revise form fee letter and correspondence re: same | 1.00 315.00/hr | 315.00 |

SUBTOTAL:                                          [        34.40        7,228.00]

| | | Hrs/Rate | Amount |
|---|---|---|---|

**Financing**

| Date | Init. | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/18/2008 - | PSB | Review of DIP Financing Pleadings | 1.00<br>315.00/hr | NO CHARGE |
| 11/20/2008 - | LLT | Review and revise Objection to DIP Motion (2.20); Review and revise Motion to Reconsider DIP Order (1.50); Telephone calls with G. Brown re: proposed discovery (.30); Telephone call with A. Connah re: same (.20); Telephone call re: Motions to reconsider (.20); Review and revise discovery re: financing (3.80); Correspondence to discovery recipients re: service of same (.20) | 8.40<br>325.00/hr | 2,730.00 |
| 11/21/2008 - | PSB | Review of discovery issues and prepare materials related thereto (2.0); Review of correspondence related to same (.50) | 2.50<br>315.00/hr | 787.50 |
| 11/24/2008 - | LLT | Review various landlord objections to DIP Order | 1.00<br>325.00/hr | 325.00 |
| 11/26/2008 - | LLT | Review various objections to DIP order | 1.50<br>325.00/hr | 487.50 |
| 12/1/2008 - | LLT | Review objections to DIP Order | 0.50<br>325.00/hr | 162.50 |
| 12/9/2008 - | LLT | Review status of DIP negotiations | 0.30<br>325.00/hr | 97.50 |
| 12/10/2008 - | LLT | Review status of negotiations with Bank counsel and discovery schedule | 0.20<br>325.00/hr | 65.00 |
| 12/11/2008 - | LLT | Address Protocol for Committee discovery on DIP (.80); Review draft letter to Bank Group (.20) | 1.00<br>325.00/hr | 325.00 |
| 12/12/2008 - | LLT | Participate in Committee Consideration of DIP and proposal to Bank | 1.60<br>325.00/hr | 520.00 |
| - | PSB | Prepare for and participate in numerous calls re: DIP financing issues | 1.60<br>315.00/hr | NO CHARGE |
| - | PSB | Receipt and review of correspondence related to bank issues and potential litigation re: same | 1.00<br>315.00/hr | NO CHARGE |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/13/2008 - | LLT | | 0.10 | 32.50 |
| | | Correspondence with G. Brown re: discovery logistics | 325.00/hr | |
| 12/15/2008 - | PSB | | 1.10 | 346.50 |
| | | Review of issues related to DIP litigation and correspondence re: same | 315.00/hr | |
| - | PSB | | 1.00 | NO CHARGE |
| | | Receipt and review of Protiviti's updated analysis and related issues | 315.00/hr | |
| - | LLT | | 0.10 | 32.50 |
| | | Review discovery logistics and schedules | 325.00/hr | |
| 12/16/2008 - | LLT | | 1.10 | 357.50 |
| | | Review updated analysis of DIP scenarios prepared by Protiviti (.70); Address status of negotiation with Banks (.30); Correspondence with G. Brown re: deposition on objections to DIP financing (.10) | 325.00/hr | |
| - | PSB | | 0.50 | 157.50 |
| | | Correspondence with G. Brown re: documents and related DIP financing issues | 315.00/hr | |
| - | PSB | | 2.00 | 630.00 |
| | | Prepare for and participate in Committee call on DIP financing | 315.00/hr | |
| 12/17/2008 - | PSB | | 0.50 | 157.50 |
| | | Correspondence with G. Brown re: DIP financing issues | 315.00/hr | |
| - | PSB | | 1.50 | 472.50 |
| | | File Pro Hac Motions and coordination of service of same | 315.00/hr | |

SUBTOTAL:         [    28.50      7,686.50]

Relief from Stay

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2008 - | LLT | | 1.60 | 520.00 |
| | | Telephone call with G. Fathergill re: Expedited Hearing Request on Funches Stay Motion on 12/03 (.10); Review Pleadings re: same (.90); Correspondence from D. Foley re: debtor position on same (.10); Review Weidler Consent Order and correspondence with C. Jones re: same (.50) | 325.00/hr | |
| 12/2/2008 - | PSB | | 1.00 | NO CHARGE |
| | | Review of Funches issues and related pleadings | 315.00/hr | |
| - | LLT | | 1.00 | 325.00 |
| | | Correspondence with D. Foley re: Funches hearing and committee support of debtor (.10); Review Weidler Stay Order (.20); Review Debtor response to Funches Motion (.30); | 325.00/hr | |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
|  | Review Foley correspondence to/from movant re: same (.20); Review Amended Motion to Expedite Funches Motion (.20) |  |  |
| 12/3/2008 - LLT |  | 3.40 325.00/hr | 1,105.00 |
|  | Review Motion for Joinder on Funches Stay Motion (.30); Prepare for and attend Funches Stay hearing (2.40); Review Proposed Order and correspondence to L. Hudson re: same (.40); Correspondence with J. Pomerantz re: Funches order terms (.10); Follow-up correspondence to/from L. Hudson and D. Foley re: revisions to same (.20) |  |  |
| 12/4/2008 - LLT |  | 0.20 325.00/hr | 65.00 |
|  | Correspondence with L. Hudson re: status of Funches litigation in Chicago |  |  |

SUBTOTAL:                               [      7.20       2,015.00]

For professional services rendered           268.90      $59,829.50

Additional Charges :

|  |  | Qty/Price | Tax# |  |
|---|---|---|---|---|
| Case Administration |  |  |  |  |
| 11/10/2008 - PSB |  | 1 | | 454.20 |
|  | Transcript Charges | 454.20 | | |
| 11/19/2008 - PSB |  | 188 | | 91.18 |
|  | Mileage | 0.49 | | |
| - PSB |  | 1 | | 14.00 |
|  | Parking | 14.00 | | |
| 11/20/2008 - LLT |  | 1104 | | 165.60 |
|  | Photocopies - Pro Hac Copies | 0.15 | | |
| - LLT |  | 207 | | 31.05 |
|  | Photocopies - Notice of Appearance | 0.15 | | |
| 11/24/2008 - PSB |  | 5 | | 5.00 |
|  | Fax | 1.00 | | |
| - PSB |  | 1 | | 0.82 |
|  | Long Distance Call Charges | 0.82 | | |

|  |  |  | Qty/Price | Tax# | Amount |
|---|---|---|---|---|---|
| 11/25/2008 - | PSB | | 13 | | 13.00 |
| | | Fax - Korrell (202) 346-7939 | 1.00 | | |
| 11/26/2008 - | PSB | | 19 | | 19.00 |
| | | Fax - Vincent M. Guida (410) 583-2437 | 1.00 | | |
| - | PSB | | 4 | | 4.00 |
| | | Fax - Daniel Carrigan (202) 496-7756 | 1.00 | | |
| - | PSB | | 9 | | 9.00 |
| | | Fax - Alan M. Noskow (703) 744-8001 | 1.00 | | |
| - | PSB | | 1 | | 386.26 |
| | | Bizport Charges | 386.26 | | |
| 11/30/2008 - | LLT | | 1 | | 150.35 |
| | | LexisNexis Charges | 150.35 | | |
| 12/2/2008 - | PSB | | 1 | | 475.38 |
| | | Bizport Charges | 475.38 | | |
| 12/3/2008 - | PSB | | 1 | | 430.58 |
| | | Bizport Charges | 430.58 | | |
| - | PSB | | 11 | | 11.00 |
| | | Fax - Copies 1020 | 1.00 | | |
| 12/4/2008 - | PSB | | 1 | | 229.74 |
| | | Accomodations for Committee Meeting | 229.74 | | |
| - | PSB | | 1 | | 14.00 |
| | | Parking | 14.00 | | |
| - | PSB | | 188 | | 91.18 |
| | | Mileage | 0.49 | | |
| - | PSB | | 1 | | 335.50 |
| | | Bizport Charges | 335.50 | | |
| 12/5/2008 - | PSB | | 1 | | 90.90 |
| | | Deposition Costs | 90.90 | | |
| - | PSB | | 107 | | 21.40 |
| | | Photocopies - Agenda Copies | 0.20 | | |
| - | PSB | | 1 | | 88.71 |
| | | Working Lunch for numerous people on hearing date | 88.71 | | |

|  |  |  | Qty/Price | Tax# | Amount |
|---|---|---|---|---|---|
| 12/8/2008 - | PSB | FedEx | 1<br>7.30 |  | 7.30 |
| - | PSB | FedEx | 1<br>30.77 |  | 30.77 |
| 12/10/2008 - | PSB | Fax - Frank T. Pepler (415) 978-9862 | 8<br>1.00 |  | 8.00 |
| - | PSB | Fax - Dewey & LeBoeuf - Lisa Hill Fenning | 11<br>1.00 |  | 11.00 |
| 12/15/2008 - | PSB | Fax - Navarre Distribution | 21<br>1.00 |  | 21.00 |
| 12/17/2008 - | PSB | Fax - Sarah K. Kam (212) 808-7897 | 61<br>1.00 |  | 61.00 |
| - | PSB | Bizport Charges | 1<br>623.50 |  | 623.50 |
| - | PSB | FedEx Charges | 1<br>73.06 |  | 73.06 |
| 12/22/2008 - | PSB | Bizport Charges | 1<br>3,821.40 |  | 3,821.40 |
| 12/31/2008 - | PSB | Lexis Charges | 1<br>22.26 |  | 22.26 |
| - | LLT | Pacer Costs | 1<br>442.24 |  | 442.24 |

SUBTOTAL:                                                         [    8,253.38]

Total costs                                                        $8,253.38

Total amount of this bill                                           $68,082.88

Balance due                                                        $68,082.88

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lynn L. Tavenner | 84.40 | 325.00 | $27,430.00 |
| Lynn L. Tavenner | 22.50 | 0.00 | $0.00 |
| Paula S. Beran | 88.50 | 315.00 | $27,877.50 |

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Paula S. Beran | 25.90 | 0.00 | $0.00 |
| David L. Leadbeater | 47.60 | 95.00 | $4,522.00 |

# Tavenner & Beran, PLC
**20 North Eighth Street, Second Floor**
**Richmond, VA 23219**

**Invoice submitted to:**

Circuit City Committee

| *Invoice Date* | *Invoice Number* | *Last Bill Date* |
|---|---|---|
| February 13, 2009 | 10802 | 1/20/2009 |

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | Asset Disposition | | |
| 1/5/2009 -  PSB | Prepare for and participate in Committee call | 1.50 330.00/hr | 495.00 |
| -  LLT | Prepare for and attend telephonic committee meeting | 1.40 340.00/hr | 476.00 |
| -  LLT | Review Motion to file under seal | 0.60 340.00/hr | 204.00 |
| 1/7/2009 -  LLT | Committee call re: update on sale process (.80); Review Protiviti analysis on same (.50); Correspondence re: extension request (.20) | 1.50 340.00/hr | NO CHARGE |
| -  PSB | Prepare for and participate in Committee call | 1.50 330.00/hr | 495.00 |
| 1/8/2009 -  PSB | Prepare for and participate in Committee call | 1.00 330.00/hr | 330.00 |
| -  LLT | Address recent issues re: unsealing bid procedures motion | 0.60 340.00/hr | NO CHARGE |
| -  PSB | Correspondence re: sale issues and bid procedures issues | 1.10 330.00/hr | 363.00 |
| 1/9/2009 -  LLT | Review new sale procedure motion (.70); Review professionals analysis of offer (.50) | 1.20 340.00/hr | NO CHARGE |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/9/2009 - | PSB | Prepare for and attend procedures hearing | 3.50<br>330.00/hr | 1,155.00 |
| 1/12/2009 - | PSB | Review of Protiviti analysis (1.0); Prepare for and participate in Committee call (1.50) | 2.50<br>330.00/hr | 825.00 |
| - | LLT | Prepare for and attend call with committee on sale updates and prospects (1.20); Follow-up correspondence re: same (.80) | 2.00<br>340.00/hr | NO CHARGE |
| 1/13/2009 - | PSB | Prepare for and participate in Committee calls re: status | 1.50<br>330.00/hr | 495.00 |
| - | LLT | Status reports from NY on sale (.70); Attend committee calls on same (1.20) | 1.90<br>340.00/hr | 646.00 |
| 1/14/2009 - | LLT | Prepare for and attend committee call on auction status (1.80); Review various sale updates from professionals in NY (.80) | 2.60<br>340.00/hr | 884.00 |
| 1/15/2009 - | LLT | Prepare for and attend various committee calls to evaluate bids (2.50); Review various confidential data analysis on proposed offers (1.10) | 3.60<br>340.00/hr | 1,224.00 |
| - | PSB | Correspondence re: auction and related items | 1.50<br>330.00/hr | 495.00 |
| 1/16/2009 - | PSB | Prepare for and participate in sale hearing (and hearing on related items) | 8.60<br>330.00/hr | 2,838.00 |
| 1/19/2009 - | PSB | Receipt and review of bid summary and correspondence re: same | 1.10<br>330.00/hr | 363.00 |
| 1/20/2009 - | LLT | Review analysis and status of auction bidding (.90); Review issues re: need for risk management/loss prevention measures (.20) | 1.10<br>340.00/hr | 374.00 |
| - | PSB | Prepare for and participate in calls re: business and sale issues | 0.90<br>330.00/hr | 297.00 |
| - | LLT | Review professionals materials in preparation for upcoming committee call (1.20); Prepare for and attend emergency committee calls (2.0) | 3.20<br>340.00/hr | 1,088.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/26/2009 - | LLT | Review Financial Materials for committee presentation | 0.70<br>340.00/hr | 238.00 |
| 1/28/2009 - | PSB | Correspondence from Minnesota lawyer re: asset sales and correspondence with J. Pomerantz and R. Feinstein re: same | 0.50<br>330.00/hr | 165.00 |
| | SUBTOTAL: | | [    45.60 | 13,450.00] |

Business Operations

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2009 - | PSB | Review of motion to reconsider | 0.70<br>330.00/hr | 231.00 |
| - | LLT | Review Notice of Appeal of Rent Issues | 0.20<br>340.00/hr | 68.00 |
| 1/6/2009 - | LLT | Review Motion to Reconsider on Admin Rent Issue | 0.80<br>340.00/hr | 272.00 |
| 1/7/2009 - | PSB | Prepare for and attend hearing on Motion to Compel (continued without Committee knowledge) (1.50); Correspondence re: same (.30) | 1.80<br>330.00/hr | 594.00 |
| - | LLT | Correspondence with co-counsel re: CC Investors expedited hearing on rent issues | 0.20<br>340.00/hr | 68.00 |
| 1/8/2009 - | LLT | Review IBM Stipulation and Motion | 0.30<br>340.00/hr | NO CHARGE |
| - | PSB | Receipt and review of compromise pleadings | 1.50<br>330.00/hr | 495.00 |
| 1/9/2009 - | LLT | Review Motion re: Verizon agreement (.20); Review requests for admin rent (.30) | 0.50<br>340.00/hr | NO CHARGE |
| 1/12/2009 - | LLT | Review weekly update materials to committee | 0.90<br>340.00/hr | 306.00 |
| 1/13/2009 - | LLT | Review requests for payment of admin rent | 0.60<br>340.00/hr | 204.00 |
| 1/15/2009 - | LLT | Address issues and opposition to proposed IBM settlement (.20); Review letters from trade creditors re: ongoing business operations (.20) | 0.40<br>340.00/hr | NO CHARGE |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/20/2009 - | PSB | | 2.50 | 825.00 |
| | | Receipt and review of numerous landlord pleadings | 330.00/hr | |
| 1/26/2009 - | PSB | | 0.70 | 231.00 |
| | | Correspondence with R.Feinstein and J. Pomerantz re: Protiviti engagement in connection with loss prevention | 330.00/hr | |
| - | LLT | | 0.70 | 238.00 |
| | | Review Assurant Motion to Compel | 340.00/hr | |
| 1/27/2009 - | LLT | | 0.70 | 238.00 |
| | | Review Motion and Objection re: Chase Bank Credit Card Program | 340.00/hr | |
| - | PSB | | 1.00 | NO CHARGE |
| | | Review Chase and Assurant Motion and related documents | 330.00/hr | |
| 1/29/2009 - | LLT | | 0.40 | 136.00 |
| | | Review LEXAR pleadings re: consignment | 340.00/hr | |
| | SUBTOTAL: | | [   13.90 | 3,906.00] |

Case Administration

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/2/2009 - | PSB | | 1.00 | 330.00 |
| | | Correspondence with S. Leach re: creditor inquiries | 330.00/hr | |
| - | PSB | | 0.50 | 165.00 |
| | | Receipt and review of expedited hearing and correspondence with R. Feinstein and J. Pomerantz re: same | 330.00/hr | |
| 1/5/2009 - | PSB | | 0.20 | 66.00 |
| | | Receipt and review of expedited order | 330.00/hr | |
| 1/6/2009 - | DLL | | 1.00 | 95.00 |
| | | Update docket and file maintenance | 95.00/hr | |
| 1/7/2009 - | DLL | | 1.50 | 142.50 |
| | | Update docket and file maintenance | 95.00/hr | |
| - | LLT | | 0.10 | 34.00 |
| | | Telephone call with P. Hakin (retiree) re: case status | 340.00/hr | |
| 1/9/2009 - | LLT | | 1.40 | 476.00 |
| | | Telephone call with H. Meeks re: potential admin claim for headquarters facility management (.20); Meeting with co-counsel re: hearings on sale/liquidation (1.20) | 340.00/hr | |

|            |     |                                                                                                              | Hrs/Rate          | Amount    |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 1/9/2009 - | PSB | Correspondence with R.Feinstein re: hearing                                                                   | 0.30<br>330.00/hr | 99.00     |
| -          | DLL | Prepare hearing binder and other court preparation                                                           | 1.50<br>95.00/hr  | 142.50    |
| -          | DLL | Update docket and file maintenance                                                                           | 0.50<br>95.00/hr  | 47.50     |
| 1/13/2009 -| DLL | Update docket and file maintenance                                                                           | 0.50<br>95.00/hr  | 47.50     |
| 1/14/2009 -| DLL | Update docket and original pleading maintenance                                                              | 2.00<br>95.00/hr  | 190.00    |
| 1/15/2009 -| DLL | Update docket and file maintenance                                                                           | 2.00<br>95.00/hr  | 190.00    |
| -          | LLT | Review agenda for upcoming hearings                                                                           | 0.20<br>340.00/hr | NO CHARGE |
| 1/16/2009 -| DLL | Prepare hearing binder and other Court preparation                                                           | 1.70<br>95.00/hr  | 161.50    |
| -          | DLL | Update docket and calendar maintenance                                                                       | 1.00<br>95.00/hr  | 95.00     |
| -          | LLT | Meeting with co-counsel and professionals in preparation for Court hearings and committee statement to court | 2.20<br>340.00/hr | 748.00    |
| 1/19/2009 -| DLL | Update docket and file maintenance                                                                           | 1.00<br>95.00/hr  | 95.00     |
| 1/20/2009 -| PSB | Correspondence with creditors re: case status and bar deadline                                               | 1.00<br>330.00/hr | 330.00    |
| -          | LLT | Correspondence with A. Kim reNetgear issues                                                                   | 0.20<br>340.00/hr | 68.00     |
| -          | DLL | Update docket and index                                                                                       | 0.50<br>95.00/hr  | 47.50     |
| -          | DLL | Update original pleading and file maintenance                                                                 | 0.70<br>95.00/hr  | 66.50     |
| 1/21/2009 -| PSB | Correspondence withPBGC re: local practice and procedures on orders  and the like (.50); Correspondence with Court re: same (.30) | 0.80<br>330.00/hr | 264.00    |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/21/2009 - | DLL | Update docket and file maintenance | 1.00 95.00/hr | 95.00 |
| - | DLL | Update service list and co-ordination of service | 1.50 95.00/hr | 142.50 |
| 1/22/2009 - | DLL | Update docket | 1.00 95.00/hr | 95.00 |
| - | PSB | Correspondence re: transcript and receipt and review of same | 1.10 330.00/hr | 363.00 |
| 1/23/2009 - | LLT | Review recent pleadings (.60); Correspondence with T. Redmond re: leases (.20) | 0.80 340.00/hr | 272.00 |
| - | DLL | Update service list and co-ordination of service | 2.00 95.00/hr | 190.00 |
| - | DLL | Update docket and index | 1.50 95.00/hr | 142.50 |
| 1/26/2009 - | PSB | Prepare for and participate in committee call | 1.00 330.00/hr | 330.00 |
| - | DLL | Update docket | 0.50 95.00/hr | 47.50 |
| 1/27/2009 - | DLL | Update service list and co-ordination of service | 1.00 95.00/hr | 95.00 |
| - | LLT | Correspondence with J. Burke re: creditor inquiries | 0.10 340.00/hr | 34.00 |
| - | DLL | Update docket | 1.30 95.00/hr | 123.50 |
| 1/28/2009 - | DLL | Update hearing binder and hearing preparation | 1.60 95.00/hr | 152.00 |
| - | DLL | Update docket | 0.50 95.00/hr | 47.50 |
| - | PSB | Correspondence with R. Feinstein re: upcoming hearings (.50); Correspondence with R. Van Arsdale re: same (.50) | 1.00 330.00/hr | 330.00 |
| - | LLT | Telephone call with J. Pomerantz re: alliance stipulation and coverage at upcoming hearing and review contested matters on docket (.70); Telephone call with J. Burkes re: creditor inquiry (.20) | 0.90 340.00/hr | 306.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/28/2009 - | PSB | | 4.20 | 1,386.00 |
| | | Review of various pleadings and correspondence in preparation of 1/29 hearing | 330.00/hr | |
| - | PSB | | 1.10 | 363.00 |
| | | Correspondence with creditors re: case status and bar deadline | 330.00/hr | |
| 1/29/2009 - | DLL | | 0.50 | 47.50 |
| | | Update docket | 95.00/hr | |
| - | LLT | | 0.40 | 136.00 |
| | | Review Plum Choice App for Admin Status | 340.00/hr | |
| - | PSB | | 3.30 | 1,089.00 |
| | | Prepare for and attend omni hearing (2.0); Prepare report re: same (1.30) | 330.00/hr | |
| - | LLT | | 0.80 | 272.00 |
| | | Telephone calls with J. David re: case status and assets available for sale | 340.00/hr | |
| 1/30/2009 - | LLT | | 0.50 | 170.00 |
| | | Review Daily Pleadings | 340.00/hr | |
| - | LLT | | 1.10 | 374.00 |
| | | Telephone call with creditor re: retiree/pension plan issues (.20); Follow-up on retiree questions and correspondence re: same (.90) | 340.00/hr | |

|  | SUBTOTAL: | [ | 50.50 | 10,503.50] |

Creditors Meeting

| 1/9/2009 - | PSB | | 1.50 | 495.00 |
|---|---|---|---|---|
| | | Prepare for and attend 341 meeting | 330.00/hr | |

|  | SUBTOTAL: | [ | 1.50 | 495.00] |

Fee/Employment Applications

| 1/8/2009 - | PSB | | 0.70 | 231.00 |
|---|---|---|---|---|
| | | Correspondence with J. Pomerantz and R. Feinstein re: employment orders and related matters | 330.00/hr | |
| 1/11/2009 - | PSB | | 0.70 | 231.00 |
| | | Correspondence with R. Feinstein and J. Pomerantz re: employment orders (.50); Correspondence with R. Van Arsdale re: same (.20) | 330.00/hr | |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/12/2009 - | PSB | | 0.50 | 165.00 |
| | | Correspondence re: employment orders | 330.00/hr | |
| - | DLL | | 1.00 | 95.00 |
| | | Break out Fee Orders and prepare for BOP'ing | 95.00/hr | |
| 1/13/2009 - | PSB | | 0.50 | 165.00 |
| | | Review and revise fee statement | 330.00/hr | |
| 1/14/2009 - | LLT | | 0.50 | NO CHARGE |
| | | Review of employment issues | 340.00/hr | |
| - | PSB | | 0.50 | 165.00 |
| | | Correspondence with R. Feinstein and J. Pomerantz re: employment orders | 330.00/hr | |
| - | PSB | | 0.50 | 165.00 |
| | | Correspondence with B. Dassa re: local procedures and practice on fee letters | 330.00/hr | |
| - | PSB | | 3.00 | 990.00 |
| | | Finalize PSJZ and TB orders (1.0); Correspondence with R. Van Arsdale and J. Pomerantz/R. Feinstein re: same (.70); Correspondence re: Gowling order and status (.30); Modify Gowling order (.50); Correspondence re: fee statements of Committee (.50) | 330.00/hr | |
| 1/15/2009 - | PSB | | 1.00 | 330.00 |
| | | Correspondence re: employment orders and related matters | 330.00/hr | |
| - | LLT | | 3.00 | 1,020.00 |
| | | Correspondence to/from R. Van Arsdale re: Protiviti employment order (.20); Follow-up with co-counsel re: same (.10); Co-ordinate with co-counsel re: protocol for monthly fee statements (2.0); Correspondence to/from R. Van Arsdale re: Gowlings Employment (.20); Address resolution of Jefferies employment (.50) | 340.00/hr | |
| 1/16/2009 - | PSB | | 0.50 | 165.00 |
| | | Correspondence with R. Van Arsdale and D. Foley re: Jeffries order | 330.00/hr | |
| - | LLT | | 0.50 | 170.00 |
| | | Address revisions to Jefferies Order and discuss same with M. Heniken and S. Rutsky | 340.00/hr | |
| 1/19/2009 - | PSB | | 0.50 | 165.00 |
| | | Correspondence with B. Dassa re: fee statements and other local issues | 330.00/hr | |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/20/2009 - | PSB | Finalize and submit Jeffries order | 0.20<br>330.00/hr | 66.00 |
| - | LLT | Review Jefferies Order as entered (.10); Correspondence to/from S. Rotsky re: same (.20) | 0.30<br>340.00/hr | 102.00 |
| 1/21/2009 - | PSB | Finalize and file and circulate fee statements for committee professionals | 2.70<br>330.00/hr | 891.00 |
| - | PSB | Receipt and review of supplemental verified statement of Protiviti and correspondence with J. Pomerantz re: same | 0.50<br>330.00/hr | 165.00 |
| - | SLT | Draft fee statement | 1.50<br>95.00/hr | 142.50 |
| - | LLT | Draft and revise Interim Fee Letter/Invoice for Tavenner & Beran (.60); Correspondence with Debtor and UST re: Tavenner & Beran and Protiviti Invoices (.20) | 0.80<br>340.00/hr | NO CHARGE |
| 1/26/2009 - | LLT | Address issues re: Protiviti Retention Order | 0.20<br>340.00/hr | 68.00 |
| 1/27/2009 - | PSB | Correspondence with J. Turner re: Excel backup | 0.50<br>330.00/hr | 165.00 |
| - | PSB | Correspondence with D Avadir re: revised order and local practice/procedures | 0.50<br>330.00/hr | 165.00 |
| - | PSB | Coordination of service of supplemental statement | 0.50<br>330.00/hr | 165.00 |
| - | LLT | Correspondence with Skadden and committee professionals re: committee invoices (.50); Address status of Protiviti converted order and supplemental statement (.20) | 0.70<br>340.00/hr | 238.00 |
| 1/30/2009 - | LLT | Correspondence with R. Van Arsdale re: corrected Protiviti Order and BOP same to Clerk | 0.30<br>340.00/hr | 102.00 |
| | SUBTOTAL: | | [    22.10 | 6,326.50] |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Relief from Stay** | | | | |
| 1/28/2009 - | LLT | | 0.50 | 170.00 |
| | | Review status of Funches Motion | 340.00/hr | |
| 1/29/2009 - | LLT | | 0.60 | 204.00 |
| | | Review various stipulations re Funches stay hearing | 340.00/hr | |
| - | PSB | | 1.50 | 495.00 |
| | | Prepare for and attend Funches hearing | 330.00/hr | |
| | | SUBTOTAL: | [    2.60 | 869.00] |
| | | For professional services rendered | 136.20 | $35,550.00 |

Additional Charges :

|  |  |  | Qty/Price | Tax# |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 1/1/2009 - | PSB | | 1 | 0.88 |
| | | Cavalier Charges | 0.88 | |
| 1/5/2009 - | PSB | | 15 | 15.00 |
| | | Fax - Kurtzman Carson | 1.00 | |
| 1/10/2009 - | PSB | | 24 | 24.00 |
| | | Fax | 1.00 | |
| 1/16/2009 - | LLT | | 135 | 27.00 |
| | | Copies - Hearing Binder Copies | 0.20 | |
| - | LLT | | 32 | 6.40 |
| | | Copies - Agency Agreement and Black-line | 0.20 | |
| - | PSB | | 1 | 126.90 |
| | | J&J Court Transcribers, Inc. Charges | 126.90 | |
| - | LLT | | 74 | 74.00 |
| | | Fax - Pleadings KCC | 1.00 | |
| 1/18/2009 - | LLT | | 1 | 70.79 |
| | | Meal Cost | 70.79 | |
| | | SUBTOTAL: | | [    344.97 |
| | | Total costs | | $344.97 |

|                           | Amount       |
|---------------------------|-------------:|
| Total amount of this bill | $35,894.97   |
| Previous balance          | $68,082.88   |
| Balance due               | $103,977.85  |

### Timekeeper Summary

| Name                | Hours | Rate   | Amount      |
|---------------------|------:|-------:|------------:|
| Lynn L. Tavenner    | 34.20 | 340.00 | $11,628.00  |
| Lynn L. Tavenner    |  8.00 |   0.00 |      $0.00  |
| Paula S. Beran      | 64.20 | 330.00 | $21,186.00  |
| Paula S. Beran      |  1.00 |   0.00 |      $0.00  |
| David L. Leadbeater | 27.30 |  95.00 |  $2,593.50  |
| Sarah L. Tavenner   |  1.50 |  95.00 |    $142.50  |